## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| | ) |
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## SUMMARY COVER SHEET TO THE NINTH INTERIM APPLICATION OF PROSKAUER ROSE LLP, COUNSEL FOR DEBTOR ENERGY FUTURE HOLDINGS CORP., FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2017 THROUGH AUGUST 31, 2017

In accordance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Proskauer Rose LLP ("Proskauer"), counsel for Energy Future Holdings Corp. (the "Debtor"), submits this summary (this "Summary") of fees and expenses sought as actual, reasonable and necessary in the ninth interim fee application to which this Summary is attached (the "Fee Application") for the period May 1, 2017 through August 31, 2017 (the "Fee Period").

Proskauer submits the Fee Application as an interim fee application in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [ECF No. 2066] (the "Interim Compensation Order") and the *Stipulation and Order Appointing a Fee Committee* [ECF No. 1896].

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## General Information

| | |
|---|---|
| Name of Applicant: | Proskauer Rose LLP |
| Authorized to Provide Services to: | Energy Future Holdings Corp. |
| Petition Date: | April 29, 2014 |
| Date of Order Authorizing the Debtor to Retain Proskauer: | Retention order entered on January 13, 2015 (effective as of November 19, 2014) [ECF No. 3281] |

## Summary of Fees and Expenses Sought in the Fee Application

| | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | May 1, 2017 through August 31, 2017 |
| Voluntary Expense Reduction in this Fee Period: | Reduced expenses by $15,717.24[1] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary for the Fee Period: | $1,139,610.25 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary for the Fee Period: | $28,733.76 |
| Total Compensation and Expense Reimbursement Requested for the Fee Period: | $1,168,344.01 |

## Rate Increases Applicable to the Fee Period

| | |
|---|---|
| Total Amount of Compensation Sought for the Fee Period, Calculated Using Rates as of the Date of Retention | $1,005,954.00 |

## Summary of Past Requests for Compensation and Prior Payments[2]

| | |
|---|---|
| Total Amount of Compensation Previously Requested Pursuant to the Interim Compensation Order to Date: | $21,474,461.25 |

---

[1]  Proskauer voluntarily reduced its expenses by this amount and consequently does not seek payment of such expenses in this Fee Application.

[2]  Amounts reflect compensation and expenses sought and, as applicable, paid in accordance with the Interim Compensation Order in connection with Proskauer's previously-filed monthly fee statements.

Total Amount of Expense Reimbursement
Previously Requested Pursuant to the Interim
Compensation Order to Date:                     $503,291.01

Total Compensation Approved Pursuant to
the Interim Compensation Order to Date:         $18,343,073.28

Total Amount of Expense Reimbursement
Approved Pursuant to the Interim
Compensation Order to Date:                     $457,216.05

Total Allowed Compensation Paid to Date:        $18,343,073.28

Total Allowed Expenses Paid to Date:            $457,216.05

Compensation Sought in this Fee Application
Already Paid Pursuant to the Interim
Compensation Order But Not Yet Allowed:         $543,728.20

Expenses Sought in this Fee Application
Already Paid Pursuant to the Interim
Compensation Order But Not Yet Allowed:         $16,483.03

Dated:  October 18, 2017                 **PROSKAUER ROSE LLP**
        Chicago, Illinois

                                         */s/ Peter J. Young*_____

                                         Jeff J. Marwil (admitted *pro hac vice*)
                                         Mark K. Thomas (admitted *pro hac vice*)
                                         Peter J. Young (admitted *pro hac vice*)
                                         Three First National Plaza
                                         70 West Madison, Suite 3800
                                         Chicago, IL  60602-4342
                                         Telephone:  (312) 962-3550
                                         Facsimile:  (312) 962-3551

                                         *Counsel for Energy Future Holdings Corp.*

93776298v2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NINTH INTERIM APPLICATION OF PROSKAUER ROSE LLP, COUNSEL FOR DEBTOR ENERGY FUTURE HOLDINGS CORP., FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2017 THROUGH AUGUST 31, 2017

Proskauer Rose LLP ("Proskauer"), counsel for Energy Future Holdings Corp. ("EFH Corp."), hereby submits this application (the "Fee Application"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rules 2016-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* dated September 16, 2014 [ECF No. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* dated August 21, 2014 [ECF No. 1896] (the "Fee Committee Order") and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Large Chapter 11 Cases, effective November 1, 2013 (the "UST Guidelines"), for the allowance and award of compensation for professional services provided in the amount of $1,139,610.25 and reimbursement of actual and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

necessary expenses in the amount of $28,733.76 that Proskauer incurred during the period commencing May 1, 2017 through and including August 31, 2017 (the "Fee Period").  In support of the Fee Application, Proskauer submits the declaration of Peter J. Young, which is attached hereto as **Exhibit A** and incorporated herein by reference.   In further support of this Fee Application, Proskauer respectfully represents as follows:

### Jurisdiction

1.        The Court has jurisdiction over the Fee Application pursuant to 28 U.S.C. §§ 157 and 1334.

2.        This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

3.        Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.        The bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rules 2016-1 and 2016-2, the Interim Compensation Order, the Fee Committee Order and the UST Guidelines.

### Factual Background of EFH Corp.'s Chapter 11 Case

5.        On April 29, 2014, EFH Corp. and each of its above-captioned debtor and debtor-in-possession affiliates (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") formed an official committee of unsecured creditors representing the interests of EFH Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance, Inc. and EECI, Inc. (the "EFH Creditors' Committee") on October 27, 2014 [ECF No. 2570].  Further information regarding the Debtors' business operations and capital structure is set forth in the declaration [ECF No. 98] of Paul Keglevic in support of the Debtors' first day motions.

6.        On August 21, 2014, the Court entered the Fee Committee Order, which appointed a fee committee (the "Fee Committee") to, among other things, review and report as

appropriate on all interim and final fee applications filed by professionals retained under sections 105, 327, 363 or 1103 of the Bankruptcy Code, in accordance with sections 328, 330 and 331 of the Bankruptcy Code and the Interim Compensation Order.

7.      On September 16, 2014, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all retained professionals in these chapter 11 cases.

<b><u>Procedural Background for the Fee Application</u></b>

**A.      EFH Corp.'s Retention of Proskauer**

8.      EFH Corp. sought approval of this Court to retain Proskauer as counsel, pursuant to sections 327(a) and 330 of the Bankruptcy Code, by application filed on December 16, 2014 [ECF No. 3037] (the "Proskauer Retention Application").  As set forth in the Proskauer Retention Application and Proskauer's engagement letter, EFH Corp. engaged Proskauer to advise and represent EFH Corp. in connection with Conflict Matters (used herein as such term is defined in and pursuant to the authority delegated to EFH Corp.'s disinterested directors pursuant to resolutions of EFH Corp.'s board of directors) and in determining whether a matter constitutes a Conflict Matter, reporting to and at the direction of EFH Corp.'s disinterested directors. Proskauer's retention was approved by this Court by order dated January 13, 2015 [ECF No. 3281] (the "Retention Order"), effective *nunc pro tunc* to November 19, 2014.

9.      The Retention Order authorizes EFH Corp. to compensate Proskauer at Proskauer's hourly rates charged for services of this type and to reimburse Proskauer for Proskauer's actual and necessary out-of-pocket expenses incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the Interim Compensation Order, the Fee Committee Order and the UST Guidelines.

**B.      Disinterestedness of Proskauer**

3

10.    To the best of Proskauer's knowledge and as disclosed in the *Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [ECF No. 3037, Exhibit C] (the "Initial Retention Declaration"), the *Supplemental Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [ECF No. 3128] (the "Supplemental Retention Declaration"), the *Second Supplemental Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [ECF No. 3200] (the "Second Supplemental Retention Declaration") and the *Third Supplemental Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [ECF No. 3917] (the "Third Supplemental Retention Declaration" and, collectively with the Initial Retention Declaration, the Supplemental Retention Declaration and the Second Supplemental Retention Declaration, the "Retention Declarations"), Proskauer is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest adverse to EFH Corp.'s estate, as required by section 327(a) of the Bankruptcy Code, and Proskauer's attorneys do not hold or represent any interest adverse to EFH Corp. or its estate, except as otherwise specified in the Retention Declarations.

4

11.     Proskauer might have in the past represented, might currently represent, and may in the future represent parties in interest in this case in connection with matters unrelated to EFH Corp. or its chapter 11 case.  In the Retention Declarations, Proskauer disclosed its connections to parties in interest in EFH Corp.'s case that it has been able to ascertain using reasonable efforts.  Proskauer will update such disclosures, as appropriate, if Proskauer becomes aware of relevant and material new information.

12.     Proskauer performed the services for which it is seeking compensation on behalf of EFH Corp. and its estate and not on behalf of any committee, creditor or other entity.

13.     Proskauer has not received payment or promise of payment from any source other than EFH Corp. for services provided or to be provided in any capacity whatsoever in connection with EFH Corp.'s case.

14.     Proskauer does not share fees with any attorneys except to the extent permitted by section 504 of the Bankruptcy Code.

**C.     Summary of Compliance with Interim Compensation Order and Fee Committee Order**

15.     This Fee Application has been prepared in accordance with the Interim Compensation Order and the Fee Committee Order.

16.     Proskauer seeks interim compensation for professional services rendered to EFH Corp. during the Fee Period in the amount of $1,139,610.25 and reimbursement of actual and necessary expenses incurred in connection with providing such services in the amount of $28,733.76.  During the Fee Period, Proskauer attorneys and paraprofessionals expended a total of 1,080.9 hours for which compensation is requested.

17.     Proskauer has submitted monthly fee statements for the following periods: May 1, 2017 to May 31, 2017 [ECF No. 11395] (the "May Monthly Fee Statement"); June 1, 2017 to

5

June 30, 2017 [ECF No. 11525] (the "June Monthly Fee Statement"); July 1, 2017 to July 31, 2017 [ECF No. 11799] (the "July Monthly Fee Statement"); and August 1, 2017 to August 31, 2017 [ECF No. 11929] (the "August Monthly Fee Statement" and, collectively with the May Monthly Fee Statement, the June Monthly Fee Statement and the July Monthly Fee Statement, the "Monthly Fee Statements").  Each of the Monthly Fee Statements sought payment for each month of (a) eighty percent (80%) of the fees incurred by EFH Corp. for reasonable and necessary professional services rendered by Proskauer and (b) one hundred percent (100%) of the actual and necessary costs and expenses incurred by Proskauer in connection with the services provided to EFH Corp. for each month.  Proskauer has received payments totaling $560,211.23[2] under the Interim Compensation Order and the Fee Committee Order during the Fee Period.

### Relief Requested

18.    By this Fee Application, Proskauer respectfully requests that the Court approve the interim allowance and award of compensation for professional services rendered by Proskauer, as counsel for EFH Corp., during the Fee Period of $1,139,610.25, representing 1,080.9 hours in professional and paraprofessional time for such services and reimbursement of actual and necessary expenses incurred by Proskauer during the Fee Period of $28,733.76. Proskauer seeks the interim allowance of such fees and expenses, as well as this Court's authorization for payment of such amounts by EFH Corp., less any amounts paid to Proskauer prior to the hearing on this Fee Application pursuant to the Monthly Fee Statements and in accordance with the terms of the Interim Compensation Order.

---

[2]  This amount represents eighty percent (80%) of the fees incurred by EFH Corp. for reasonable and necessary professional services rendered by Proskauer and one hundred percent (100%) of the actual and necessary costs and expenses incurred by Proskauer in connection with such services for the periods covered by the May Monthly Fee Statement, the June Monthly Fee Statement and the July Monthly Fee Statement.  Proskauer has not received any compensation sought in the August Monthly Fee Statement as of the filing of this Fee Application.

**Summary of Professional Compensation and Reimbursement of Expenses Requested**

19.     Proskauer's hourly rates are set at a level designed to compensate Proskauer fairly for the work of its attorneys and paraprofessionals.  Proskauer's fees for this Fee Period are in accordance with the agreed-upon terms set forth in the Proskauer Retention Application and, as disclosed in the *Fifth Supplemental Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [ECF No. 10120], reflect Proskauer's client-wide rate increase effective November 1, 2016.  Proskauer's fees for the services rendered are reasonable given the complexity of the matters attendant to this case and the level of expertise required to best serve EFH Corp.  In particular, the depth and complexity of the issues involved in EFH Corp.'s chapter 11 case, and the sophistication and breadth of expertise necessary to successfully advise EFH Corp. on such issues, is best served by employing counsel with Proskauer's sophistication in handling large matters for corporations and its expertise in, among other areas, restructuring, finance, litigation, and tax.  The hourly rates charged by Proskauer professionals and paraprofessionals during the Fee Period covered by this Fee Application are no greater than the customary hourly rates for such services provided both inside and outside of bankruptcy cases.  Moreover, Proskauer believes that its fees are comparable to the fees charged by other highly-skilled practitioners experienced in advising clients with sizeable operations in and outside of chapter 11.  Attached hereto as **Exhibit B** is a summary of the blended hourly rates for Proskauer attorneys and paraprofessionals who billed to non-bankruptcy matters and the blended hourly rates for attorneys and paraprofessionals who billed to EFH Corp.'s chapter 11 case during the Fee Period.

20.     All services for which compensation is requested by Proskauer in this Fee

7

Application were performed for or on behalf of EFH Corp.  Except as described in the Fee

Application, Proskauer has not received payment from any source for services rendered in

connection with EFH Corp.'s bankruptcy proceeding and Proskauer does not have an agreement

to share compensation received for services rendered except as in accordance with the

Bankruptcy Code.

21.     In the ordinary course of Proskauer's practice, Proskauer maintains records of the

time expended to render the professional services required by EFH Corp.  For the convenience of

the Court and all parties in interest, attached hereto as **Exhibit C** is a summary of fees incurred

and hours expended during the Fee Period, setting forth the following information:

- the name of each attorney and paraprofessional for whose work on EFH Corp.'s chapter 11 case compensation is sought;

- each attorney's year of bar admission and area of practice concentration;

- the aggregate time expended and fees billed by each attorney and each paraprofessional during the Fee Period;

- the hourly billing rate for each attorney and each paraprofessional at Proskauer's current billing rate for these matters; and

- a calculation of total compensation requested using the rates disclosed in the Proskauer Retention Application.

22.     Furthermore, in the ordinary course of Proskauer's practice, Proskauer maintains

a record of expenses incurred in rendering professional services for EFH Corp. and for which

reimbursement is sought.  Proskauer currently charges $0.15 per page for standard duplication in

its offices in the United States.  Notwithstanding the foregoing and consistent with the Local

Bankruptcy Rules, Proskauer charged no more than $0.10 per page for standard duplication

services.  Proskauer's expense reimbursement request complies with the caps established by the

Fee Committee.

23.     For the convenience of the Court and all parties in interest, attached hereto as

93776298v2

**Exhibit D** is a summary of the total amount of reimbursement sought with respect to each category of expenses for which Proskauer is seeking reimbursement for the Fee Period.

### Proposed Payment Allocation

24.    Pursuant to paragraph 4 of the Retention Order, absent an order of the Court, the fees and expenses incurred by Proskauer are paid by EFH Corp.  As such, no allocation pursuant to paragraph 2(b) of the Interim Compensation Order is applicable.

### Summary of Professional Services Rendered

25.    During the Fee Period, Proskauer provided necessary professional services to EFH Corp. with respect to Conflict Matters.  These services were necessary to address a variety of critical issues both unique to EFH Corp. in its chapter 11 case and typically faced by large corporate debtors in similar cases of this magnitude.

26.    Proskauer has structured its time records using its internal system of matter numbers.  A schedule setting forth a description of the matter numbers utilized in EFH Corp.'s chapter 11 case, the number of hours expended by Proskauer partners, associates and paraprofessionals by matter and the aggregate fees associated with each matter number is attached hereto as **Exhibit E**.  Attached hereto as **Exhibit F** is Proskauer's budget and staffing plan for this Fee Period, and attached hereto as **Exhibit G** is a comparison of hours and fees budgeted for each matter category against the hours and fees for which Proskauer seeks compensation during the Fee Period.  In addition, Proskauer's computerized records of time expended providing professional services to EFH Corp. are attached hereto as **Exhibit H** and Proskauer's records of expenses incurred during the Fee Period in rendering professional services to EFH Corp. are attached hereto as **Exhibit I**.

27.    Proskauer utilized four primary practice groups in rendering services to EFH Corp.: tax, litigation, corporate/mergers and acquisitions and bankruptcy.  Due to the nature of

Proskauer's engagement (and that many Conflict Matters or potential Conflict Matters are interdisciplinary), a discrete task assigned to one practice group or one Proskauer attorney could impact the overall strategy for EFH Corp.'s chapter 11 case.  Thus, Proskauer conducted periodic meetings among its attorneys, both within and across practice groups, to assist Proskauer's professionals in understanding the impact of their individual tasks on EFH Corp.'s overall restructuring goals.  Additionally, it often was necessary to have multiple attorneys attend meetings or conference calls due to any particular attorney's knowledge of a specific matter to be addressed during such meeting or call.  In all instances where multiple attendees were present for a meeting or a conference call, Proskauer took efforts to involve only those attorneys whose presence were deemed necessary due to such attorneys' specific work on, or knowledge regarding, a specific matter.

28.    The following descriptions provide a summary of the primary services rendered by Proskauer during the Fee Period with respect to each matter number.  Given the scope of the work performed, these summaries do not cover all work performed but instead highlight the major areas of work.

**A.    Case Administration – Matter Number 001**

*Total Fees: $4,716.00; Total Hours: 6.0*

29.    This category includes time spent by Proskauer on a variety of tasks that were necessary to ensure the efficient and smooth rendition of legal services relating to EFH Corp.'s chapter 11 case in connection with Conflict Matters and in determining whether matters constitute Conflict Matters.  Specifically, Proskauer spent time reviewing, analyzing and preparing documents in advance of court hearings.

**B.    EFH Business Operations – Matter Number 003**

*Total Fees: $8,822.50; Total Hours: 8.2*

10

30.     This category includes time spent by Proskauer reviewing matters involving EFH Corp.'s business operations, including reviewing and analyzing EFH Corp.'s operating reports, accounts payables, cash projections and other filings for information that impacts or could potentially impact Proskauer's representation of EFH Corp. with respect to Conflict Matters.

**C.     EFH Contested Matters and Adversary Proceedings – Matter Number 004**

*Total Fees: $96,763.00; Total Hours: 84.0*

31.     This category includes time spent by Proskauer relating to contested matters and adversary proceedings that involve or potentially involve Conflict Matters.  Proskauer spent time reviewing and analyzing pleadings filed, and opinions issued, in certain adversary proceedings and appeals relating to such adversary proceedings, as well as advising EFH Corp.'s disinterested directors in connection therewith.  Specifically, Proskauer spent time:

- reviewing and analyzing a complaint and related materials filed by certain creditors challenging the plan support agreement; and

- reviewing, analyzing, and drafting pleadings in connection with the actual and prospective NextEra merger agreement termination fee litigation, as well as conducting research with respect to issues implicated in the litigation.

**D.     EFH Corporate Governance and Board Matters – Matter Number 005**

*Total Fees: $132,845.00; Total Hours: 115.5*

32.     This category includes time spent by Proskauer advising EFH Corp.'s disinterested directors with respect to corporate governance issues and preparing for and participating in EFH Corp.'s board meetings and joint meetings of the boards of EFH Corp. and other Debtors.  Specifically, Proskauer spent time:

- conducting internal group meetings in preparation for board meetings;

- preparing for, including coordinating with the Debtors' other professionals, and participating in numerous board meetings, including joint board meetings and meetings of EFH Corp.'s disinterested directors;

11

- conducting research on discrete corporate governance issues;

- reviewing and commenting on board materials and other presentation materials distributed in connection with board meetings, including with respect to transactional and litigation matters and other inter-estate issues;

- drafting and revising board minutes and resolutions; and

- meeting and communicating with Proskauer professionals with respect to corporate governance issues.

**E.      Discovery (Intercompany and Cross Debtor Claims) – Matter Number 006**

*Total Fees: $156,275.00; Total Hours: 139.0*

33.      This category includes time spent by Proskauer related to responding to requests for discovery propounded by parties in interest on significant issues pending in the Debtors' cases that implicate Conflict Matters, including with respect to confirmation of the E-side Debtors' plan of reorganization and litigation in connection with the NextEra merger agreement termination fee.  Specifically, Proskauer spent time:

- reviewing and analyzing pleadings filed in connection with discovery disputes;

- reviewing and analyzing deposition requests, requests for documents and other discovery-related requests;

- conducting internal meetings with respect to the discovery and plan confirmation process, including on issues related to responses to discovery requests;

- preparing for and attending multiple depositions in connection with plan confirmation and the NextEra merger agreement termination fee litigation;

- drafting strategic memoranda with respect to discovery issues and general plan confirmation strategy; and

- meeting and corresponding with the Debtors' other retained professionals and other parties in interest regarding discovery and the confirmation process and issues in connection therewith.

**F.      Employment Applications – Matter Number 007**

*Total Fees: $4,462.50; Total Hours: 3.8*

12

34.     This category includes time spent by Proskauer related to the retention of EFH Corp.'s professionals and their ongoing disclosure obligations.  Specifically, Proskauer spent time advising SOLIC Capital Advisors ("SOLIC"), EFH Corp.'s financial advisor for Conflict Matters, on matters concerning a modified fee arrangement and preparing a declaration in connection therewith.

**G.     Fee Applications and Objections – Matter Number 008**

*Total Fees: $74,910.00; Total Hours: 77.5*

35.     This category includes time spent by Proskauer related to the preparation and filing of monthly fee statements and interim applications for compensation.  Specifically, Proskauer spent time:

- drafting Proskauer's eighth interim fee application and the Monthly Fee Statements;

- reviewing an interim fee application and monthly fee statements for SOLIC;

- reviewing and revising invoices regarding privilege and compliance with applicable guidelines and rules; and

- preparing, reviewing and revising monthly budgets and staffing plans.

**H.     Financing and Cash Collateral – Matter Number 009**

*Total Fee: $8,517.50; Total Hours: 7.8*

36.     This category includes time spent by Proskauer related to the Debtors' capital structure, prepetition and postpetition financing and cash collateral issues.  Specifically, Proskauer spent time reviewing and analyzing the Debtors' replacement postpetition financing motion and related documents.

**I.     Hearings – Matter Number 010**

*Total Fees: $27,420.00; Total Hours: 24.0*

13

37.      This category includes time spent by Proskauer related to preparing for and attending hearings.  During the Fee Period, Proskauer professionals prepared for and participated in seven hearings.

**J.      Claims Investigation, Analyses and Objections – Matter Number 011**

*Total Fees: $21,375.00; Total Hours: 18.6*

38.      This category includes time spent by Proskauer related to investigating and analyzing potential claims between and among, and/or asserted against, EFH Corp. and the other Debtors.  Specifically, Proskauer spent time:

- attending meetings with the Debtors' other professionals with respect to certain large claims;

- reviewing various settlements with respect to claims; and

- reviewing various objections to claims and responses thereto, which could implicate Conflict Matters.

**K.      Meetings and Communications with Creditors and Other Debtors 012**

*Total Fees: $19,822.50; Total Hours: 16.2*

39.      This category includes time spent by Proskauer related to meetings and other communications with creditors and other Debtors concerning discrete matters that do not fall into one of the other matter categories.

**L.      Other Motions and Applications – Matter Number 013**

*Total Fees: $420.00; Total Hours: 0.4*

40.      This category includes time spent by Proskauer related to reviewing pleadings filed in the Debtors' cases with respect to a discrete matter that do not fall into one of the other matter categories.  Specifically, Proskauer spent time reviewing the Debtors' motion and order enlarging the time to remove actions.

**M.      Non-Working Travel – Matter Number 014**

14

*Total Fees: $75,536.25; Total Hours: 132.2*

41.     This category includes non-working travel time spent by Proskauer attorneys in connection with their representation of EFH Corp.   The amounts requested in the Fee Application reflect a reduction of fifty percent (50%) of the charges for travel time not spent working on matters related to EFH Corp.'s chapter 11 case.

**N.     Plan and Disclosure Statement – Matter Number 015**

*Total Fees: $417,959.50; Total Hours: 360.5*

42.     This category includes time spent by Proskauer related to various issues involving the E-side Debtors' plan of reorganization.  Specifically, Proskauer spent time:

- communicating and meeting with the Debtors' other retained professionals to discuss alternative plan issues and strategies, including terms of a plan support agreement, an alternative plan term sheet, a revised disclosure statement, and other related documents;

- reviewing and analyzing plan materials that implicate Conflict Matters and conducting meetings and communications with creditors and other interested parties regarding such matters;

- analyzing alternative plan options and preparing for and engaging in diligence with respect to plan issues;

- researching and analyzing certain discrete issues in connection with plan confirmation as such issues relate to Conflict Matters and drafting memoranda regarding such research;

- reviewing pleadings filed in connection with the plan confirmation processes that implicate Conflict Matters, including objections and related pleadings in connection with a proposed alternative merger agreement;

- reviewing, analyzing and commenting on various transaction documents proposed in connection with alternative plan structures;

- drafting memoranda and preparing presentations to EFH Corp.'s disinterested directors advising them on plan issues, structures and strategies;

- preparing for and conducting meetings and telephone conferences with Proskauer professionals with respect to plan structure and confirmation;

- reviewing pleadings filed in the regulatory hearing concerning the Oncor transaction and analyzing the impact of a certain regulatory decision regarding same;

- preparing memoranda regarding the Debtors' strategic options and alternatives in light of the foregoing regulatory decision; and

- meeting with EFH Corp.'s disinterested directors and advising the disinterested directors on the confirmation processes and other confirmation issues that implicate Conflict Matters.

## O.    Tax – Matter Number 016

*Total Fees: $89,765.50; Total Hours: 87.2*

43.    This category includes time spent by Proskauer on tax issues, which time was critical given that EFH Corp., as the sole taxpayer among all of the Debtors' estates, could be subject to a multi-billion dollar Internal Revenue Service ("IRS") tax claim in certain circumstances.  Specifically, Proskauer spent time:

- researching tax issues in connection with the Debtors' plans of reorganization, including issues with respect to tax consequences of the various alternative plan structures;

- reviewing and revising tax provisions contained in the alternative plans and related transaction documents;

- analyzing the impact of a certain regulatory decision regarding the terms of the Oncor transaction, and reviewing alternative plan structures in connection therewith;

- researching various discrete tax issues and drafting memoranda regarding such research;

- preparing presentations to EFH Corp.'s disinterested directors advising them on tax consequences with respect to various plan structures;

- reviewing certain submissions to the IRS; and

- conducting internal group meetings to discuss and analyze tax issues and the tax consequences to EFH Corp. relating to the foregoing.

### Allowance of Compensation

44.    The foregoing professional services rendered by Proskauer on behalf of EFH

16

Corp. during the Fee Period were reasonable, necessary and appropriate for the administration of EFH Corp.'s chapter 11 case and in the best interests of EFH Corp. and its estate. The compensation requested for the foregoing services is commensurate with the complexity and nature of the problems, issues and tasks involved. The professional services were performed expediently and in an efficient manner. In particular, Proskauer made use of its internal experts and specialists to provide efficient and cost-effective answers to questions and allocated work among professionals and paraprofessionals in a manner designed to promote cost effectiveness.

45.    During the Fee Period, the professional services performed by Proskauer on behalf of EFH Corp. required an aggregate expenditure of 1,080.9 recorded hours by Proskauer professionals and paraprofessionals. Of the aggregate time expended, 1,012.9 recorded hours were expended by partners, counsel and special counsel, 64.3 recorded hours were expended by associates and 3.7 recorded hours were expended by Proskauer paraprofessionals.

46.    Proskauer billed EFH Corp. for time expended by professionals and paraprofessionals at hourly rates ranging from $330 to $1,425. Allowance of compensation in the amount requested would result in a blended hourly billing rate: (a) for partners, counsel and special counsel, approximately $1,068.63; (b) for associates, approximately $870.58; (c) for paraprofessionals, approximately $330.00; and (d) for all professionals and paraprofessionals, approximately $1,054.32.[3]   The hourly rates utilized by Proskauer in connection with its engagement by EFH Corp. are equivalent to the hourly rates used by Proskauer for similar complex corporate and litigation matters. These rates and rate structures reflect that such matters involve great complexity, high stakes and severe time pressures.

**Actual and Necessary Expenses Incurred by Proskauer**

---

[3]  Blended hourly billing rates are calculated by dividing the total dollar amount billed by such timekeepers during the Fee Period by the total number of hours billed by such timekeepers during the Fee Period.

47.    As set forth in **Exhibit D**, Proskauer seeks reimbursement of $28,733.76 on account of expenses incurred in performing professional services during the Fee Period.[4] Reimbursable expenses (whether performed by Proskauer in-house or by third-party vendors) include: photocopying, travel expenses, filing and recording fees, long distance telephone calls, postage, express mail and messenger charges, computerized legal research charges, transcription charges, and expenses for "working meals."  Pursuant to Proskauer's expense policies, out-of-pocket expenses are passed through at actual costs.

48.    Proskauer has negotiated discounted rates for Westlaw and Lexis computer-assisted legal research, which rates vary according to the type of research conducted and the specific files researched, but, in any event, such charges are billed at cost.  Computer-assisted legal research is used whenever the researcher determines that using Westlaw or Lexis is more cost effective than using traditional (non-computer assisted legal research) techniques.

49.    In addition, Proskauer has applied a voluntary reduction in the amount of $15,717.24 to its expense reimbursement request to comply with the caps established by the Fee Committee.  Specifically, Proskauer applied the following reductions:

- a fifty-percent (50%) reduction to first-class airfare to approximate the cost differential between first-class airfare and refundable coach-class fare, resolving the issue raised by the Fee Committee in connection with its review of Proskauer's first interim fee application;

- a $1.40 reduction for certain telecommunication expenses incurred that are not reimbursable pursuant to the guidelines established by the Fee Committee;

- a $489.68 reduction for business meal expenses in excess of the reimbursable cap imposed by the Fee Committee;

- a $2,094.13 reduction for lodging expenses in excess of the reimbursable cap imposed by the Fee Committee;

---

[4]  Of the amounts sought for reimbursement in this Fee Application, $42.80 relate to expenses incurred during the prior fee period that, due to the timing of the submission of such expenses and the time it takes to process and account for such expenses, were not included in Proskauer's prior interim fee application.

18

- a $380.02 reduction for cab and carfare expenses incurred going to and from airports in excess of the reimbursable cap imposed by the Fee Committee; and

- a $38.35 reduction of word processing and proofreading expenses incurred that are not reimbursable pursuant to the guidelines established by the Fee Committee.

50.     Factoring in the foregoing reductions, all expenses charged comply with the various provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the Interim Compensation Order, the Fee Committee Order and the UST Guidelines.

51.     Proskauer respectfully submits that the actual expenses incurred in providing professional services during the Fee Period and billed to EFH Corp. were necessary, reasonable and justified under the circumstances to serve the needs of EFH Corp. in its chapter 11 case.

## The Requested Compensation Should be Allowed

52.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.   Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and . . . reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A) and (B).

53.     Section 330 of the Bankruptcy Code also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded to . . . [a] professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or

19

> beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3)(A)-(F).

54.    In the instant case, Proskauer respectfully submits that the services for which it seeks compensation and the expenditures for which it seeks reimbursement in this Fee Application were necessary for and beneficial to EFH Corp.'s orderly administration of its estate and its efforts in chapter 11.    Proskauer worked diligently to anticipate or respond to EFH Corp.'s needs and assist in EFH Corp.'s chapter 11 case.    Proskauer's services and expenditures were necessary to, and in the best interests of, EFH Corp.'s estate and creditors.    Proskauer submits further that the services its professionals and paraprofessionals provided to EFH Corp. were performed economically, effectively and efficiently, and that the results obtained to date have benefited not only EFH Corp. but all of EFH Corp.'s stakeholders.    The services provided by Proskauer were consistently performed in a timely manner commensurate with the complexity, importance, novelty and nature of the issues involved.    Accordingly, Proskauer respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to EFH Corp., its estate and all parties in interest.

## **Reservation of Rights**

55.    It is possible that some professional time expended or expenses incurred during the Fee Period are not reflected in the Fee Application.    Proskauer reserves the right to include

such amounts in future fee applications.

## Notice

56.     Proskauer provided notice of this Fee Application to:  (a) the Debtors; (b) co-counsel to the Debtors, Kirkland & Ellis LLP; (c) co-counsel to the Debtors, Richards, Layton & Finger, P.A.; (d) the U.S. Trustee; (e) counsel for the agent of the EFIH First Lien DIP Financing Facility; (f) counsel to the EFH Creditors' Committee; and (g) counsel to the Fee Committee (collectively, the "Notice Parties").  Pursuant to the Interim Compensation Order, any party, other than the Notice Parties, that wishes to object to the Fee Application, must file its objection with the Court, with a copy to Chambers and serve it on Proskauer and the Notice Parties so that it is actually received on or before November 7, 2017, at 4:00 p.m. (prevailing Eastern Time).

## No Prior Request

57.     Other than the Monthly Fee Statements, no prior request for the relief requested herein has been made to this or any other Court.

WHEREFORE, Proskauer respectfully requests that the Court enter an order: (i) awarding Proskauer the sum of $1,139,610.25 as compensation for services rendered and $28,733.76 for reimbursement of actual and necessary expenses Proskauer incurred during the Fee Period; (ii) providing that the allowance of such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to Proskauer's right to seek additional compensation for services rendered and for expenses incurred during the Fee Period which were not processed at the time of this Fee Application; and (iii) granting such other and further relief as the Court deems appropriate.

93776298v2

Dated:  October 18, 2017
      Chicago, Illinois

**PROSKAUER ROSE LLP**

/s/ Peter J. Young

Jeff J. Marwil (admitted *pro hac vice*)
Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL  60602-4342
Telephone:  (312) 962-3550
Facsimile:  (312) 962-3551

*Counsel for Energy Future Holdings Corp.*

**<u>Exhibit A</u>**

[Verification of Peter J. Young]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### Verification of Peter J. Young

1.      I am a partner in the firm of Proskauer Rose LLP ("Proskauer"),[2] which maintains an office for the practice of law at 70 West Madison Street, Suite 3800, Chicago, Illinois 60602. I am one of the lead attorneys from Proskauer working on the EFH Corp.'s chapter 11 case.  I am an attorney duly licensed in, and am a member in good standing of, the Bar for the State of Illinois and am admitted to practice in the United States District Court for the Northern District of Illinois.  There are no disciplinary proceedings pending against me.

2.      I have personally performed many of the legal services rendered by Proskauer as counsel to EFH Corp. and am familiar with all other work performed on behalf of EFH Corp. by the lawyers and other persons in the firm.

3.      The facts set forth in the foregoing Fee Application are true and correct to the best of my knowledge, information and belief.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the *Ninth Interim Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from May 1, 2017 Through August 31, 2017* (the "Fee Application").

4. I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that Proskauer's Fee Application complies with Rule 2016-2.

 Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  October 18, 2017     _/s/ Peter J. Young_
                 Name:  Peter J. Young
                 Title:    Partner, Proskauer Rose LLP

2

# **Exhibit B**

[Rate Disclosures]

## Rate Disclosures

- The blended hourly rate for all Proskauer domestic timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the twelve-month period beginning on September 1, 2016 and ending on August 31, 2017 (the "Comparable Period") was, in the aggregate, approximately $754.96 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all Proskauer timekeepers (including both professionals and paraprofessionals) who billed for services rendered to EFH Corp. during the Fee Period was approximately $1,054.32 per hour (the "Debtor Blended Hourly Rate").[3]

- The following chart sets forth a detailed comparison of these rates:[4]

| Category of Timekeeper | Debtor Blended Hourly Rate | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Partners and Counsel | $1,068.63 | $1,022.87 |
| Associates | $870.58 | $687.20 |
| Paraprofessionals | $330.00 | $274.79 |
| **Total** | **$1,054.32** | **$754.96** |

---

[1] It is the nature of Proskauer's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Proskauer's restructuring group. Non-Bankruptcy Matters consist of matters on which Proskauer domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding as a retained professional; however, such Non-Bankruptcy Matters exclude all time billed by Proskauer domestic timekeepers who primarily work within Proskauer's restructuring group.

[2] Proskauer calculated the blended rate for Non-Bankruptcy Matters by dividing the total dollar amount billed by Proskauer domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the total number of hours billed by Proskauer domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period. The Non-Bankruptcy Blended Hourly Rate excludes from its calculation all Proskauer domestic timekeepers who primarily work within Proskauer's restructuring group.

[3] Proskauer calculated the blended rate for timekeepers who billed to EFH Corp.'s bankruptcy case by dividing the total dollar amount billed by such timekeepers during the Fee Period by the total number of hours billed by such timekeepers during the Fee Period.

[4] The difference in the overall Debtor Blended Hourly Rate and the overall Non-Bankruptcy Blended Hourly Rate is attributable primarily to two factors: (i) the specialized nature of Proskauer's bankruptcy and tax practices (each of which is heavily involved in EFH Corp.'s case), as such specialization impacts billing rates and, therefore, the blended rate; and (ii) the partner-to-associate staffing ratio on EFH Corp.'s case. Proskauer's representation of EFH Corp. has included the consistent involvement of senior-level partners. Given the complexity and uniqueness of the matters EFH Corp. faces, Proskauer believes experienced senior attorneys work more efficiently than assigning tasks to a multitude of junior attorneys with less collective experience. Because partners billed more hours at higher rates during the Fee Period, the overall Debtor Blended Hourly Rate ($1,054.32) is closer to the partners and counsel Debtor Blended Hourly Rate ($1,068.63).

## Exhibit C

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation Sought in this Fee Application | Compensation if Billed at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|
| Richard M. Corn | Partner | 2005 | Tax | $975 | 39.1 | $38,122.50 | $34,212.50 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,075 | 54.3 | $58,372.50 | $52,942.50 |
| Daniel I. Ganitsky | Partner | 2001 | Corporate | $1,125 | 5.6 | $6,300.00 | $5,600.00 |
| Jeff J. Marwil | Partner | 1986 | Corporate | $1,275 | 0.4 | $510.00 | $450.00 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,425 | 12.0 | $17,100.00 | $15,300.00 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,275 | 349.8 | $445,995.00 | $393,525.00 |
|  |  |  |  | $637.50 | 54.5 | $34,743.75[1] | $30,656.25[1] |
| Peter J. Young | Partner | 2002 | Corporate | $1,050 | 419.5 | $440,475.00 | $388,037.50 |
|  |  |  |  | $525 | 77.7 | $40,792.50[1] | $35,936.25[1] |
| Muhyung Lee | Associate | 2014 | Tax | $735 | 8.1 | $5,953.50 | $5,953.50 |
| Gary Silber | Associate | 2011 | Tax | $845 | 10.1 | $8,534.50 | $7,019.50 |
| Jared D. Zajac | Associate | 2009 | Corporate | $900 | 46.1 | $41,490.00 | $35,266.50 |
| **Total** |  |  |  |  | **1,077.2** | **$1,138,389.25** | **$1,004,899.50** |

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation Sought in this Fee Application | Compensation if Billed at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|
| Natasha Petrov | Paralegal | 2 years | Corporate | $330 | 3.7 | $1,221.00 | $1,054.50 |
| **Total** |  |  |  |  | **3.7** | **$1,221.00** | **$1,054.50** |

| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **1,080.9** | **$1,139,610.25** | **$1,005,954.00** |
|---|---|---|---|

---

[1] Represents a fifty percent (50%) reduction for non-working travel time.

**<u>Exhibit D</u>**

[Summary of Actual and Necessary Expenses for the Fee Period]

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Reproduction Costs (at $0.10 per page) | $501.10 |
| Telecommunications | $524.00[1] |
| Research (Lexis/Westlaw/Other Database Searches) | $3,634.30 |
| Litigation and Corporate Support Services[2] | $111.00 |
| Travel Out-of-Town – Transportation | $13,346.63[3] |
| Taxi, Carfare, Mileage, Parking | $3,090.91[4] |
| Messenger/Delivery | $177.61 |
| Business Meals | $734.06[5] |
| Out-of-Town Lodging | $6,614.15[6] |
| Word Processing | $0.00[7] |
| **Total** | **$28,733.76** |

[1]  Includes a reduction of $1.40 for telecommunication expenses incurred that are not reimbursable pursuant to the Fee Committee guidelines.

[2]  Consists of CourtCall, PACER and outside copying expenses.

[3]  Includes non-refundable first-class airfare reduced by fifty percent (50%) to approximate the cost differential between non-refundable first-class airfare and refundable coach-class fare, addressing the concerns of the Fee Committee with respect to such expenses.

[4]  Includes a reduction of $380.02 for cab and carfare expenses incurred going to and from airports in excess of the reimbursable cap imposed by the Fee Committee.

[5]  Includes a reduction of $489.68 for business meal expenses in excess of the reimbursable cap imposed by the Fee Committee.

[6]  Includes a reduction of $2,094.13 for lodging expenses in excess of the reimbursable cap imposed by the Fee Committee.

[7]  Reflects a reduction of $38.35 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the Fee Committee guidelines.

## **Exhibit E**

[Statement of Fees by Subject Matter]

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 6.0 | $4,716.00 |
| 003 | EFH Business Operations | 8.2 | $8,822.50 |
| 004 | EFH Contested Matters and Adversary Proceedings | 84.0 | $96,763.00 |
| 005 | EFH Corporate Governance and Board Matters | 115.5 | $132,845.00 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 139.0 | $156,275.00 |
| 007 | Employment Applications | 3.8 | $4,462.50 |
| 008 | Fee Applications and Objections | 77.5 | $74,910.00 |
| 009 | Financing and Cash Collateral | 7.8 | $8,517.50 |
| 010 | Hearings | 24.0 | $27,420.00 |
| 011 | Claims Investigations, Analyses and Objections | 18.6 | $21,375.00 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 16.2 | $19,822.50 |
| 013 | Other Motions and Applications | 0.4 | $420.00 |
| 014 | Non-Working Travel | 132.2 | $75,536.25 |
| 015 | Plan and Disclosure Statement | 360.5 | $417,959.50 |
| 016 | Tax | 87.2 | $89,765.50 |
| **TOTAL FOR ALL MATTER NOS.** | | **1,080.9** | **$1,139,610.25** |

**<u>Exhibit F</u>**

[Budget and Staffing Plan]

## Budget and Staffing Plan for the Fee Period

**Budget**

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 001 | Case Administration | 20-24 | $20,000-$24,000 |
| 003 | EFH Business Operations | 8-12 | $8,000-$12,000 |
| 004 | EFH Contested Matters and Adversary Proceedings | 45-54 | $53,000-$66,000 |
| 005 | EFH Corporate Governance and Board Matters | 200-240 | $232,000-$280,000 |
| 008 | Fee Applications and Objections | 85-102 | $80,000-$97,000 |
| 009 | Financing and Cash Collateral | 8-12 | $8,000-$12,000 |
| 010 | Hearings | 150-180 | $170,000-$205,000 |
| 011 | Claims Investigations, Analyses and Objections | 280-336 | $244,000-$294,000 |
| 015 | Plan and Disclosure Statement | 1,160-1,392 | $1,200,000-$1,440,000 |
| 016 | Tax | 485-582 | $539,000-$648,000 |
| **TOTAL** | | **2,441-2,934** | **$2,554,000-$3,078,000** |

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|:---:|:---:|
| Partner | 6 | $1,133.33 |
| Associate (4+ years since first admission) | 4 | $845.00 |
| Jr. Associate (1-3 years since first admission) | 1 | $555.00 |
| Paralegal | 0 | $0.00 |
| **Total Attorney** | **11** | **$975.45** |
| **Total Non-Attorney** | **0** | **$0.00** |
| **Total** | **11** | **$975.45** |

---

[1] The "Average Hourly Rate" is the weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of EFH Corp.'s chapter 11 case.

93776298v2

**<u>Exhibit G</u>**

[Summary, by Matter Number, of Fees Budgeted and Fees Incurred During the Fee Period]

## Summary of Legal Services Rendered

| Matter Number | Matter Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 001 | Case Administration | 20-24 | 6.0 | $20,000-$24,000 | $4,716.00 |
| 003 | EFH Business Operations | 8-12 | 8.2 | $8,000-$12,000 | $8,822.50 |
| 004 | EFH Contested Matters and Adversary Proceedings | 45-54 | 84.0 | $53,000-$66,000 | $96,763.00 |
| 005 | EFH Corporate Governance and Board Matters | 200-240 | 115.5 | $232,000-$280,000 | $132,845.00 |
| 006 | Discovery | 0 | 139.0 | 0 | $156,275.00 |
| 007 | Employment Applications | 0 | 3.8 | 0 | $4,462.50 |
| 008 | Fee Applications and Objections | 85-102 | 77.5 | $80,000-$97,000 | $74,910.00 |
| 009 | Financing and Cash Collateral | 8-12 | 7.8 | $8,000-$12,000 | $8,517.50 |
| 010 | Hearings | 150-180 | 24.0 | $170,000-$205,000 | $27,420.00 |
| 011 | Claims Investigations, Analyses and Objections | 280-336 | 18.6 | $244,000-$294,000 | $21,375.00 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 0 | 16.2 | 0 | $19,822.50 |
| 013 | Other Motions and Applications | 0 | 0.4 | 0 | $420.00 |
| 014 | Non-Working Travel | 0 | 132.2 | 0 | $75,536.25 |
| 015 | Plan and Disclosure Statement | 1,160-1,392 | 360.5 | $1,200,000-$1,440,000 | $417,959.50 |
| 016 | Tax | 485-582 | 87.2 | $539,000-$648,000 | $89,765.50 |
| **TOTAL** | | **2,441-2,934** | **1,080.9** | **$2,554,000-$3,078,000** | **$1,139,610.25** |

## **Exhibit H**

[Detailed Description of Services Provided]

**ENERGY FUTURE HOLDINGS CORP.**                                    **June 15, 2017**
**Invoice No. 171500689**                                                    **Page 2**

**CASE ADMINISTRATION**
**Client/Matter No. 26969.0001**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 05/05/17 | PJY | Review and analyze certification of counsel re order scheduling omnibus hearing date. | 0.10 | 105.00 |
| 05/10/17 | PJY | Review and analyze order scheduling June omnibus hearing date. | 0.10 | 105.00 |
| 05/19/17 | NP | Schedule with CourtCall telephonic appearance for P. Young. | 0.10 | 33.00 |
| 05/23/17 | PJY | Emails to M. Thomas re 5/31 omnibus hearing of matters in debtors' cases. | 0.10 | 105.00 |
| 05/24/17 | PJY | Emails to M. Thomas and N. Petrov re 5/31 omnibus hearing of matters in debtors' cases. | 0.30 | 315.00 |
| 05/25/17 | PJY | Emails with A. Yenamandra re 5/31 omnibus hearing of matters in debtors' cases. | 0.10 | 105.00 |
| 05/25/17 | NP | Schedule with CourtCall telephonic appearance for M. Thomas. | 0.10 | 33.00 |
| 05/26/17 | PJY | Review and analyze 5/31 omnibus hearing agenda. | 0.20 | 210.00 |
| 05/30/17 | PJY | Review and analyze 5/31 omnibus hearing cancellation notice. | 0.10 | 105.00 |
| 05/31/17 | PJY | Review and analyze certification of counsel re order scheduling 7/11 omnibus hearing, order scheduling same. | 0.10 | 105.00 |

| <u>Attorney</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|
| PETER J. YOUNG | 1.10 | 1,050.00 | 1,155.00 |
| **Total For Partner** | **1.10** | | **1,155.00** |
| NATASHA PETROV | 0.20 | 330.00 | 66.00 |
| **Total For Legal Assistant** | **0.20** | | **66.00** |
| **Professional Fees** | **1.30** | $ | **1,221.00** |
| **Total this Matter** | | $ | **1,221.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                      June 15, 2017
**Invoice No. 171500689**                                                      **Page 3**


**EFH BUSINESS OPERATIONS**
**Client/Matter No. 26969.0003**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/01/17 | PJY | Review and analyze report re February monthly operating report. | 0.20 | 210.00 |
| 05/03/17 | PJY | Review and analyze historical professional fee spend summary in light of cash projections (.4); emails with R. Nowitz re same (.1). | 0.50 | 525.00 |
| 05/05/17 | PJY | Review, analyze and revise updated diligence tracker (.3); emails with R. Nowitz and M. Cumbee re same (.2). | 0.50 | 525.00 |
| 05/11/17 | PJY | Review, analyze and revise updated diligence tracker (.3); emails with N. Luria, R. Nowitz and M. Cumbee re same (.1). | 0.40 | 420.00 |
| 05/12/17 | PJY | Emails with R. Nowitz re updated diligence tracker. | 0.10 | 105.00 |
| 05/25/17 | JJM | Analyze cash balance, changes. | 0.20 | 255.00 |
| 05/31/17 | PJY | Review and analyze March monthly operating report. | 0.40 | 420.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| JEFF J. MARWIL | 0.20 | 1,275.00 | 255.00 |
| PETER J. YOUNG | 2.10 | 1,050.00 | 2,205.00 |
| **Total For Partner** | **2.30** | | **2,460.00** |

| | | | |
|----------|-------|------|--------|
| **Professional Fees** | **2.30** | **$** | **2,460.00** |
| **Total this Matter** | | **$** | **2,460.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                                 **June 15, 2017**
**Invoice No. 171500689**                                                                **Page 4**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 05/11/17 | MKT | Review Elliott Funds complaint and all related pleadings. | 1.80 | 2,295.00 |
| 05/11/17 | PJY | Review and analyze Elliott's adversary complaint, related documents and reports re same (1.9); email to M. Thomas re same (.1); review and analyze notice re 5/12 telephonic status conference re same and report re same (.1); emails to N. Petrov re telephonic access same (.1). | 2.20 | 2,310.00 |
| 05/11/17 | NP | Schedule with CourtCall telephonic appearance for P. Young. | 0.10 | 33.00 |
| 05/12/17 | MKT | Review materials relating to Elliott litigation, hearing and schedule (.5); review emails from P. Young re same (.4). | 0.90 | 1,147.50 |
| 05/12/17 | PJY | Review and analyze report re Elliott's adversary complaint (.1); emails with R. Nowitz re same (.1); further review and analyze same (.4); review and analyze letter from M. McKane to court in contemplation of telephonic status hearing re same and report re same (.6); review and analyze reports re status hearing re Elliott's adversary complaint (.2); draft summary of same (.3); email to M. Thomas re same (.1). | 1.80 | 1,890.00 |
| 05/18/17 | PJY | Review and analyze notice of 5/20 telephonic hearing re Elliott adversary proceeding discovery dispute. | 0.10 | 105.00 |
| 05/18/17 | MAF | Telephone conference with P. Young on Elliott Management issues and related review of Elliott Management adversary complaint. | 0.40 | 430.00 |
| 05/19/17 | PJY | Emails to N. Petrov re telephonic participation in hearing re Elliott adversary proceeding discovery dispute (.1); prepare for and telephonically participate in same (.8); review and analyze report re same (.2). | 1.10 | 1,155.00 |
| 05/24/17 | MAF | Research status of Elliott claims in Oncor acquisition by NextEra. | 0.30 | 322.50 |

| <u>Attorney</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|
| MARK K. THOMAS | 2.70 | 1,275.00 | 3,442.50 |
| MICHAEL A. FIRESTEIN | 0.70 | 1,075.00 | 752.50 |
| PETER J. YOUNG | 5.20 | 1,050.00 | 5,460.00 |
| **Total For Partner** | **8.60** | | **9,655.00** |
| NATASHA PETROV | 0.10 | 330.00 | 33.00 |
| **Total For Legal Assistant** | **0.10** | | **33.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **8.70** | **$** | **9,688.00** |
| **Total this Matter** | | **$** | **9,688.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                    **June 15, 2017**
**Invoice No. 171500689**                                                      **Page 5**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
**Client/Matter No. 26969.0004**

**ENERGY FUTURE HOLDINGS CORP.**                          June 15, 2017
**Invoice No. 171500689**                                      Page 6

**EFH CORPORATE GOVERNANCE AND BOARD MATTERS**
**Client/Matter No. 26969.0005**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 05/01/17 | MKT | Prepare for board meeting by reviewing materials, call with client and call with Kirkland (2.7); attend board meeting and meet with clients after same (3.3); emails with P. Young re same (.1). | 6.10 | 7,777.50 |
| 05/01/17 | PJY | Prepare for and telephonically participate in joint boards workshop (3.2); emails with M. Thomas re same (.1). | 3.30 | 3,465.00 |
| 05/02/17 | MKT | Conference with P. Young re 5/1 board call and next steps (.4); conference with S. Rosow re 5/1 board call and next steps (.6). | 1.00 | 1,275.00 |
| 05/02/17 | PJY | Emails with N. Luria and R. Nowitz re 5/1 joint boards workshop, transaction structure (.2); review and analyze merger agreement and historical notes re transaction structure issue (2.0). | 2.20 | 2,310.00 |
| 05/05/17 | MKT | Review and comment on draft board materials for 5/10 board meeting. | 0.90 | 1,147.50 |
| 05/05/17 | PJY | Review and analyze draft materials for 5/10 joint boards meeting and A. Wright's email to boards re same (.6); review and analyze historical notes and correspondence re same (.6); prepare for 5/10 joint boards meeting (.4). | 1.60 | 1,680.00 |
| 05/08/17 | PJY | Review and analyze 5/10 joint boards meeting materials. | 1.30 | 1,365.00 |
| 05/09/17 | MKT | Review materials for 5/10 board meeting (1.3); calls and emails with P. Young re board meeting and materials (1.0); emails and call with S. Rosow re board materials (.4); emails and calls with client re board materials (1.4); call and emails with Kirkland re board materials (.5). | 4.60 | 5,865.00 |
| 05/09/17 | PJY | Emails with M. Thomas, S. Rosow and R. Corn re 5/10 joint boards meeting materials, tax review thereof (.2); review and analyze comments re 5/10 joint boards meeting materials (.3); emails with B. Williamson and M. Thomas re preparation for 5/10 joint boards meeting, status update (.2); telephone conferences (2) with M. Thomas re same (.6). | 1.30 | 1,365.00 |
| 05/10/17 | MKT | Review and respond to emails from B. Williamson and P. Young re board issues and board call. | 0.80 | 1,020.00 |
| 05/10/17 | PJY | Prepare for and telephonically participate in joint boards meeting (1.7); emails with D. Evans, B. Williamson and M. Thomas re participation in same (.1); draft summary of same (.4); emails with M. Thomas re same (.1); telephone conference and emails with R. Nowitz re follow-up re same (.3). | 2.60 | 2,730.00 |
| 05/11/17 | PJY | Emails to D. Evans, B. Williamson and M. Thomas re 5/15 call to discuss board inquiries (.1); prepare for same (.4). | 0.50 | 525.00 |
| 05/12/17 | MKT | Review emails from P. Young re board materials and board meeting. | 0.30 | 382.50 |

**ENERGY FUTURE HOLDINGS CORP.**                                            **June 15, 2017**
**Invoice No. 171500689**                                                             **Page 7**

**EFH CORPORATE GOVERNANCE AND BOARD MATTERS**
**Client/Matter No. 26969.0005**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/12/17 | PJY | Review and analyze correspondence to board re debtors' amicus brief in support of NextEra's PUCT rehearing request (.1); review and analyze joint boards meeting materials (.7); emails to M. Thomas re same, joint boards meeting outcomes (.2); prepare for and participate in joint boards meeting (.5); draft summary of same (.2); review and analyze emails from A. Wright re upcoming joint boards meetings, outcomes of status hearing re Elliott's adversary complaint (.3). | 2.00 | 2,100.00 |
| 05/15/17 | MKT | Calls and emails with C. Husnick and M. Kieselstein re 5/16 board meeting; review materials for meeting and consider same (.7); emails with P. Young re board meeting (.2); call with P. Young re same (.2). | 1.10 | 1,402.50 |
| 05/15/17 | PJY | Review and analyze email from A. Wright re 5/16 joint boards meeting (.1); review and analyze restructuring update for same (.3); telephone conference and emails with M. Thomas re same, open matters, status (.4). | 0.80 | 840.00 |
| 05/16/17 | MKT | Analyze governance issues raised by client (.4); call with D. Evans, B. Williamson and P. Young re same (.4); follow-up call with P. Young re same (.2); prepare for and attend board call (.9). | 1.90 | 2,422.50 |
| 05/16/17 | PJY | Review and analyze documents in preparation for telephone conference with D. Evans, B. Williamson and M. Thomas re EFH cash conservation (.9); telephone conference and emails with D. Evans, B. Williamson and M. Thomas re same (.4); follow-up telephone conference with M. Thomas re same (.2). | 1.50 | 1,575.00 |
| 05/17/17 | MKT | Emails, calls and conferences with Kirkland re 5/18 board call, status and alternatives. | 1.20 | 1,530.00 |
| 05/17/17 | PJY | Review and analyze agenda for 5/18 joint boards meeting (.1); emails to M. Thomas re same (.1). | 0.20 | 210.00 |
| 05/18/17 | MKT | Calls with Kirkland prior to board meeting (.4); review materials prior to board meeting (.4); review and analyze issues based on same (.8); email to P. Young re discussion with S. Rosow (.2); prepare for and attend board call (.9). | 2.70 | 3,442.50 |
| 05/18/17 | PJY | Review and analyze joint boards meeting materials (.4); email to M. Thomas re same (.1); prepare for and telephonically participate in joint boards meeting (.6); emails with M. Thomas re same (.1); telephone conference and emails with R. Nowitz re same (.3). | 1.50 | 1,575.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                              **June 15, 2017**
 **Invoice No. 171500689**                                                        **Page 8**


**EFH CORPORATE GOVERNANCE AND BOARD MATTERS**
**Client/Matter No. 26969.0005**


| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| MARK K. THOMAS | 20.60 | 1,275.00 | 26,265.00 |
| PETER J. YOUNG | 18.80 | 1,050.00 | 19,740.00 |
| **Total For Partner** | **39.40** | | **46,005.00** |
| | | | |
| **Professional Fees** | **39.40** | **$** | **46,005.00** |
| | | | |
| **Total this Matter** | | **$** | **46,005.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                    **June 15, 2017**
**Invoice No. 171500689**                                                        **Page 9**

**EMPLOYMENT APPLICATIONS**
**Client/Matter No. 26969.0007**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 05/16/17 | MKT | Calls with N. Luria of SOLIC re engagement issues (.4); review materials to prepare for call with client re SOLIC engagement issues (.7); call with client re same (.4); emails to P. Young re same (.3). | 1.80 | 2,295.00 |
| 05/18/17 | PJY | Research, draft and revise supplemental N. Luria declaration in support of SOLIC retention application reflecting modified fee arrangement (.7); emails with N. Luria and R. Nowitz re same (.2). | 0.90 | 945.00 |
| 05/20/17 | PJY | Emails to M. Thomas re supplemental N. Luria declaration in support of SOLIC retention application reflecting modified fee arrangement. | 0.10 | 105.00 |
| 05/22/17 | PJY | Emails with N. Luria, R. Nowitz and M. Cumbee re supplemental N. Luria declaration in support of SOLIC retention application reflecting modified fee arrangement (.2); revise same (.2). | 0.40 | 420.00 |
| 05/25/17 | MKT | Draft, review and respond to emails with P. Young re SOLIC engagement amendments. | 0.30 | 382.50 |
| 05/25/17 | PJY | Emails with D. Klauder, A. Huber and M. Thomas re supplemental N. Luria declaration in support of SOLIC retention application reflecting modified fee arrangement. | 0.20 | 210.00 |
| 05/31/17 | PJY | Emails to M. Firestein re SOLIC's modified fee arrangement. | 0.10 | 105.00 |


| <u>Attorney</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|
| MARK K. THOMAS | 2.10 | 1,275.00 | 2,677.50 |
| PETER J. YOUNG | 1.70 | 1,050.00 | 1,785.00 |
| **Total For Partner** | **3.80** | | **4,462.50** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **3.80** | **$** | **4,462.50** |
| **Total this Matter** | | **$** | **4,462.50** |

**ENERGY FUTURE HOLDINGS CORP.**                                  **June 15, 2017**
**Invoice No. 171500689**                                               **Page 10**


**FEE APPLICATIONS AND OBJECTIONS**
**Client/Matter No. 26969.0008**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 05/01/17 | JZ | Review SOLIC fee statement (.3); email P. Hogan re same (.1); email D. Klauder re same (.1); email A. Huber re same (.1); review filed fee statement (.1); email P. Hogan re same (1.). | 0.80 | 720.00 |
| 05/02/17 | PJY | Emails with G. Moor, C. Dobry and J. Zajac re sixth interim fee application holdback amount (.1); review and analyze documents re same (.3). | 0.40 | 420.00 |
| 05/02/17 | JZ | Email C. Dobry re holdbacks (.1); email P. Young re same (.2). | 0.30 | 270.00 |
| 05/03/17 | PJY | Emails with G. Moor, C. Dobry and J. Zajac re sixth interim fee application holdback amount. | 0.10 | 105.00 |
| 05/03/17 | JZ | Email C. Dobry re holdback (.1); review matrix re same (.1); email P. Young re same (.1). | 0.30 | 270.00 |
| 05/05/17 | PJY | Emails with G. Moor, C. Dobry and J. Zajac re sixth interim fee application holdback amount (.1); review and analyze revised invoice re same (.1); emails with M. Reetz re April invoice (.1). | 0.30 | 315.00 |
| 05/05/17 | JZ | Email C. Dobry re holdback (.1); email P. Young re same (.1). | 0.20 | 180.00 |
| 05/08/17 | PJY | Review and revise April invoice in preparation for preparation of monthly fee statement. | 1.40 | 1,470.00 |
| 05/09/17 | PJY | Emails with M. Reetz re April invoice. | 0.10 | 105.00 |
| 05/10/17 | PJY | Further review and revise April invoice in preparation for preparation of monthly fee statement (.9); emails with M. Reetz re same (.1). | 1.00 | 1,050.00 |
| 05/11/17 | PJY | Telephone conference with J. Zajac re CNO re December 2016 fee statement (.1); research re same (.3); emails to J. Marwil and M. Reetz re same, sixth interim fee application holdback amount payment application (.1); telephone conference with M. Reetz re same (.2). | 0.70 | 735.00 |
| 05/11/17 | JZ | Call from P. Young re fee statement holdbacks. | 0.10 | 90.00 |
| 05/12/17 | PJY | Telephone conference and emails with M. Reetz re April invoice, revisions thereto (.2); review and analyze correspondence to G. Moor and C. Dobry re CNO re December monthly fee statement, related invoice (.1); review and analyze letter from K. Stadler re March monthly fee statement (.1); emails with J. Zajac re same (.1). | 0.50 | 525.00 |
| 05/12/17 | JZ | Review December CNO (.1); email G. Moor re same (.1); email P. Hogan re SOLIC CNO (.1); review same (.1); email D. Klauder re same (.1); email P. Young re objection deadline (.1); review fee committee letter (.1); review filed CNO (.1); email P. Hogan re same (.1). | 0.90 | 810.00 |
| 05/15/17 | MKT | Review monthly fee budget emails from P. Young re same (.3); analyze SOLIC engagement issues (.3). | 0.60 | 765.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                        **June 15, 2017**
**Invoice No. 171500689**                                                **Page 11**

**FEE APPLICATIONS AND OBJECTIONS**
**Client/Matter No. 26969.0008**

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 05/15/17 | PJY | Draft, review and revise June budget and staffing plan (1.2); emails with M. Thomas re same (.2); email to G. Moor and C. Dobry re same (.1); draft summary of same for fee committee (.2); email to R. Gitlin re same (.1). | 1.80 | 1,890.00 |
| 05/16/17 | PJY | Review and analyze CNO re March monthly fee statement, MFIS re same. | 0.20 | 210.00 |
| 05/16/17 | JZ | Draft CNO (.5); email P. Young re same (.1); email M. Reetz re expenses (.1); email P. Hogan re fee statement (.1); review SOLIC fee statement (.2); email D. Klauder re same (.1); email P. Hogan re same (.1); draft fee statement (1.0); review filed SOLIC application (.1); email P. Hogan re same (.1). | 2.40 | 2,160.00 |
| 05/17/17 | PJY | Review and analyze correspondence with D. Klauder and A. Huber re CNO re March monthly fee statement (.1); review and analyze correspondence to G. Moor and C. Dobry re same, MFIS re same (.1); review and revise April monthly fee statement (.4); emails with J. Zajac re same (.1). | 0.70 | 735.00 |
| 05/17/17 | JZ | Email D. Klauder re fee statement (.1); review filed CNO (.1); email G. Moor re same (.1); draft fee statement (1.9); revise exhibits (.2); email P. Young re fee statement (.1). | 2.50 | 2,250.00 |
| 05/22/17 | PJY | Review and analyze correspondence with G. Moor, C. Dobry, D. Klauder and A. Huber re April monthly fee statement (.1); emails with J. Zajac re preparation of interim fee application (.2). | 0.30 | 315.00 |
| 05/22/17 | JZ | Review and finalize fee application (.4); email D. Klauder re same (.1); email P. Young re budget plans (.1); email G. Moor re fee statement (.1). | 0.70 | 630.00 |
| 05/25/17 | JZ | Prepare exhibits for fee committee and file same (.3); email J. Khan re expenses (.1); draft interim fee application (1.9). | 2.30 | 2,070.00 |
| 05/26/17 | JZ | Draft interim fee application. | 5.60 | 5,040.00 |
| 05/30/17 | PJY | Emails with R. Nowitz re SOLIC's April fee statement (.1); review and analyze same (.2). | 0.30 | 315.00 |
| 05/30/17 | JZ | Review SOLIC fee statement (.2); email D. Klauder re same (.1); email P. Hogan re same (.1). | 0.40 | 360.00 |
| 05/31/17 | JZ | Review filed fee statement (.1) and email P. Hogan re same (.1). | 0.20 | 180.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **June 15, 2017**
**Invoice No. 171500689**                                                    **Page 12**

**FEE APPLICATIONS AND OBJECTIONS**
**Client/Matter No. 26969.0008**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| MARK K. THOMAS | 0.60 | 1,275.00 | 765.00 |
| PETER J. YOUNG | 7.80 | 1,050.00 | 8,190.00 |
| **Total For Partner** | **8.40** | | **8,955.00** |
| | | | |
| JARED ZAJAC | 16.70 | 900.00 | 15,030.00 |
| **Total For Associate** | **16.70** | | **15,030.00** |
| | | | |
| **Professional Fees** | **25.10** | $ | **23,985.00** |
| | | | |
| **Total this Matter** | | $ | **23,985.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                  **June 15, 2017**
**Invoice No. 171500689**                                              **Page 13**

**FINANCING AND CASH COLLATERAL**
**Client/Matter No. 26969.0009**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/18/17 | PJY | Emails to M. Thomas re term of potential DIP loan. | 0.10 | 105.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| PETER J. YOUNG | 0.10 | 1,050.00 | 105.00 |
| **Total For Partner** | **0.10** | | **105.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **0.10** | **$** | **105.00** |
| **Total this Matter** | | **$** | **105.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                    **June 15, 2017**
**Invoice No. 171500689**                                                      **Page 14**

**HEARINGS**
**Client/Matter No. 26969.0010**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 05/12/17 | PJY | Prepare for and telephonically attend status hearing re Elliott's adversary complaint. | 0.70 | 735.00 |

| <u>Attorney</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|
| PETER J. YOUNG | 0.70 | 1,050.00 | 735.00 |
| **Total For Partner** | **0.70** | | **735.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **0.70** | **$** | **735.00** |
| **Total this Matter** | | **$** | **735.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                June 15, 2017
**Invoice No. 171500689**                                                          **Page 15**

**CLAIMS INVESTIGATIONS, ANALYSES AND OBJECTIONS**
**Client/Matter No. 26969.0011**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/04/17 | PJY | Emails with C. Husnick, L. Esayian and M. Thompson re 5/8 asbestos claims diligence meeting, questions/issues list re same. | 0.30 | 315.00 |
| 05/05/17 | PJY | Emails with C. Husnick, L. Esayian and M. Thompson re 5/8 asbestos claims diligence meeting, questions/issues list re same. | 0.10 | 105.00 |
| 05/08/17 | MKT | Prepare for and attend alternative plan diligence meeting at Kirkland (1.4); conferences with P. Young re same (.4); begin review of voluminous diligence responses received at meeting (2.6). | 4.40 | 5,610.00 |
| 05/08/17 | PJY | Prepare for and participate in asbestos claims diligence meeting with C. Husnick, L. Esayian, M. Thompson and M. Thomas (1.4); conferences with M. Thomas re same (.4); review and analyze documents distributed at same (2.5); review and analyze 9019 settlement motion re swap claim stipulation between EFH and Citigroup Financial Products, declaration re same (.4); emails with N. Luria, R. Nowitz and M. Cumbee re same (.2); review and analyze E-side plan provisions re same (.8). | 5.70 | 5,985.00 |
| 05/09/17 | MKT | Finish review of voluminous diligence responses re alternative plan issues. | 2.60 | 3,315.00 |
| 05/09/17 | PJY | Emails with N. Luria, R. Nowitz and M. Cumbee re 9019 settlement motion re swap claim stipulation between EFH and Citigroup Financial Products (.3); further review and analyze E-side plan re same (.3). | 0.60 | 630.00 |
| 05/10/17 | PJY | Review and analyze creditor's claim withdrawal. | 0.10 | 105.00 |
| 05/11/17 | PJY | Review and analyze notice of claim transfer. | 0.10 | 105.00 |
| 05/16/17 | PJY | Review and analyze notice of claim transfer. | 0.10 | 105.00 |
| 05/30/17 | PJY | Review and analyze order approving settlement re swap claim stipulation between EFH and Citigroup Financial Products. | 0.20 | 210.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 7.00 | 1,275.00 | 8,925.00 |
| PETER J. YOUNG | 7.20 | 1,050.00 | 7,560.00 |
| **Total For Partner** | **14.20** | | **16,485.00** |
| | | | |
| **Professional Fees** | **14.20** | **$** | **16,485.00** |
| | | | |
| **Total this Matter** | | **$** | **16,485.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                  **June 15, 2017**
**Invoice No. 171500689**                                              **Page 16**

**NON-WORKING TRAVEL**
**Client/Matter No. 26969.0014**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/01/17 | MKT | Return home after board meeting. | 4.50 | 5,737.50 |
| 05/01/17 | PJY | Travel to New York, NY to prepare for and participate in debtor and creditor meetings re alternative plan issues. | 8.00 | 8,400.00 |
| 05/03/17 | MKT | Travel to New York for meetings on EFH. | 4.00 | 5,100.00 |
| 05/05/17 | MKT | Return from New York meetings. | 4.00 | 5,100.00 |
| 05/05/17 | PJY | Travel to Los Angeles, CA following participation in debtor meetings re alternative plan issues. | 8.30 | 8,715.00 |
| 05/07/17 | PJY | Travel to Chicago, IL to prepare for and participate in asbestos due diligence meeting. | 6.70 | 7,035.00 |
| 05/09/17 | PJY | Travel to Los Angeles, CA following 5/8 asbestos due diligence meeting. | 6.70 | 7,035.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 12.50 | 1,275.00 | 15,937.50 |
| PETER J. YOUNG | 29.70 | 1,050.00 | 31,185.00 |
| **Total For Partner** | **42.20** | | **47,122.50** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **42.20** | **$** | **47,122.50** |
| Less 50% Non-Working Travel | | | (23,561.25) |
| **Total this Matter** | | **$** | **23,561.25** |

**ENERGY FUTURE HOLDINGS CORP.**                                    June 15, 2017
**Invoice No. 171500689**                                                   **Page 17**

**PLAN AND DISCLOSURE STATEMENT**
Client/Matter No. 26969.0015

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/01/17 | PJY | Emails to M. Thomas re alternative plan issues (.1); research re same (.8); review and analyze E-side plan documents re termination fee issues (1.4). | 2.30 | 2,415.00 |
| 05/02/17 | MKT | Begin analyzing and outlining plan restructuring options and alternatives. | 1.80 | 2,295.00 |
| 05/03/17 | MKT | Draft alternative plan diligence list (1.1); conference with P. Young re alternative plan issues (.6); conferences with C. Cremens (.2), T. Horton (.2), D. Ying (.2), C. Husnick (.2) and M. Kieselstein (.2) re alternative plan status, issues and next steps. | 2.50 | 3,187.50 |
| 05/03/17 | PJY | Telephone conference with R. Nowitz re transaction structure, follow-up re 5/1 joint boards workshop (.5); telephone conference with M. Firestein re transaction status, open matters (.3); review and analyze plan support agreements re parties' obligations thereunder (1.1); research, draft and revise memorandum re same (1.8); office conference and emails with M. Thomas re debtor and creditor meetings re alternative plan issues, alternative plan issues (.6). | 4.30 | 4,515.00 |
| 05/03/17 | MAF | Telephone conference with P. Young on status of reorganization issues. | 0.30 | 322.50 |
| 05/04/17 | MKT | Finalize diligence list for alternative plan issues and emails with P. Young re same (1.1); meet with T. Horton and P. Young to discuss alternative plan status, options and next steps (1.3) and discuss same with Kirkland (.6). | 3.00 | 3,825.00 |
| 05/04/17 | PJY | Emails with M. Thomas re debtor meetings re alternative plan issues, diligence list re same (.2); meeting with A. Horton and M. Thomas re debtor meetings re alternative plan issues (1.3); review, analyze and revise diligence list re alternative plan issues (.9). | 2.40 | 2,520.00 |
| 05/08/17 | MKT | Review pertinent transcripts from NextEra hearings (.8); conference with P. Young re diligence list for alternative plan (.4). | 1.20 | 1,530.00 |
| 05/08/17 | PJY | Conferences with M. Thomas re diligence list for alternative plan analyses, open matters, status (.4); emails with debtors' counsel re E-side plan issues (.3); emails with A. Terteryan and M. Thomas re hearing transcript re E-side transaction issue (.2); review and analyze same (.6); review and analyze NextEra's motion for rehearing of PUCT's order denying Oncor change-of-control application and report re same (1.2). | 2.70 | 2,835.00 |
| 05/08/17 | MAF | Review 9019 motion. | 0.20 | 215.00 |
| 05/10/17 | MKT | Review NextEra petition for rehearing before PUCT. | 0.90 | 1,147.50 |
| 05/10/17 | PJY | Review and analyze report re hearing on NextEra's motion for rehearing of PUCT's order denying Oncor change-of-control application. | 0.10 | 105.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **June 15, 2017**
**Invoice No. 171500689**                                                    **Page 18**

**PLAN AND DISCLOSURE STATEMENT**
**Client/Matter No. 26969.0015**

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 05/11/17 | MKT | Review emails from client and P. Young re alternative plan issues. | 0.40 | 510.00 |
| 05/11/17 | PJY | Review and analyze debtors' amicus brief in support of NextEra's PUCT rehearing request and report re same. | 0.60 | 630.00 |
| 05/12/17 | MKT | Review debtors' PUCT amicus brief. | 0.40 | 510.00 |
| 05/15/17 | PJY | Review and analyze transaction documents re proposed action. | 1.30 | 1,365.00 |
| 05/16/17 | PJY | Prepare materials for D. Evans' and B. Williamson's consideration of alternative plan issues. | 1.30 | 1,365.00 |
| 05/17/17 | MKT | Analyze issues relating to alternatives. | 0.60 | 765.00 |
| 05/17/17 | PJY | Review and analyze PUCT 5/18 open meeting agenda re Oncor change-of-control application hearing (.1); prepare for same (.3); prepare materials for D. Evans' and B. Williamson's consideration of alternative plan issues (1.4). | 1.80 | 1,890.00 |
| 05/18/17 | PJY | Prepare for and attend by video PUCT open meeting re Oncor change-of-control application hearing (.5); draft summary of same (.3); review and analyze reports re same (.2); telephone conference with M. Firestein re transaction status, open matters (.4); prepare materials for D. Evans' and B. Williamson's consideration of alternative plan issues (.7). | 2.10 | 2,205.00 |
| 05/19/17 | PJY | Prepare materials for D. Evans' and B. Williamson's consideration of alternative plan issues. | 2.30 | 2,415.00 |
| 05/22/17 | MKT | Review emails (.4); draft memo re next steps for alternative plan concepts (.5). | 0.90 | 1,147.50 |
| 05/22/17 | PJY | Prepare materials for D. Evans' and B. Williamson's consideration of alternative plan issues. | 1.60 | 1,680.00 |
| 05/23/17 | PJY | Prepare materials for D. Evans' and B. Williamson's consideration of alternative plan issues. | 1.30 | 1,365.00 |
| 05/24/17 | MKT | Review PUCT joint reply. | 0.40 | 510.00 |
| 05/24/17 | PJY | Review and analyze reply submitted by PUCT staff, Office of Public Utility Counsel, Texas Industrial Energy Consumers and the steering committee of cities served to NextEra's reconsideration request re PUCT's change-of-control application denial and report re same (.6); research, review and revise materials for D. Evans' and B. Williamson's consideration of alternative plan issues (1.3). | 1.90 | 1,995.00 |
| 05/25/17 | MKT | Finalize disclosure statement issues for P. Young on alternative plan issues (1.1); review and respond to P. Young's email re next steps. (.3). | 1.40 | 1,785.00 |
| 05/25/17 | PJY | Emails with M. Thomas, R. Corn and G. Silber re materials for D. Evans' and B. Williamson's consideration of alternative plan issues (.2); research, draft, review and revise same (1.9); briefly review and analyze reorganized T-side debtors' post-confirmation quarterly operating report (.2); emails with D. Klauder re transaction status (.2). | 2.50 | 2,625.00 |
| 05/25/17 | MAF | Review post-confirmation operating report. | 0.20 | 215.00 |
| 05/26/17 | PJY | Research, review and revise materials for D. Evans' and B. Williamson's consideration of alternative plan issues. | 2.20 | 2,310.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                          **June 15, 2017**
 **Invoice No. 171500689**                                                     **Page 19**

**PLAN AND DISCLOSURE STATEMENT**
**Client/Matter No. 26969.0015**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/31/17 | PJY | Research, review and revise materials for D. Evans' and B. Williamson's consideration of alternative plan issues (1.6); telephone conference and emails with R. Corn re same (.4). | 2.00 | 2,100.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 13.50 | 1,275.00 | 17,212.50 |
| MICHAEL A. FIRESTEIN | 0.70 | 1,075.00 | 752.50 |
| PETER J. YOUNG | 32.70 | 1,050.00 | 34,335.00 |
| **Total For Partner** | **46.90** | | **52,300.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **46.90** | **$** | **52,300.00** |
| **Total this Matter** | | **$** | **52,300.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                          **June 15, 2017**
**Invoice No. 171500689**                                                **Page 20**

**TAX**
**Client/Matter No. 26969.0016**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 05/01/17 | RMC | Review board book on structure options (.8); office conference with S. Rosow re same (.2); prepare draft of structure options for EFH Corp. (1.3). | 2.30 | 2,242.50 |
| 05/01/17 | SLR | Office conference with R. Corn re EFH transaction. | 0.20 | 285.00 |
| 05/02/17 | SLR | Prepare for and telephone conference with M. Thomas re potential alternatives. | 0.80 | 1,140.00 |
| 05/04/17 | MKT | Emails to and from P. Young, R. Corn and S. Rosow re tax issues (.4); review pertinent tax opinions (.9); prepare for and attend meeting with R. Corn and P. Young to discuss tax issues (1.1). | 2.40 | 3,060.00 |
| 05/04/17 | PJY | Office conference and emails with M. Thomas and R. Corn re alternative plan tax consequences, case law re same (1.0); research re same (1.4). | 2.40 | 2,520.00 |
| 05/04/17 | RMC | Review EFH corp structure options (.6); office conference with S. Rosow re conversion debt (.2); discuss tax issues with M. Thomas and P. Young (.6). | 1.40 | 1,365.00 |
| 05/04/17 | SLR | Office conference with R. Corn re conversion debt (.2); review M. Thomas' email re same (.1). | 0.30 | 427.50 |
| 05/09/17 | GS | Review and revise slides re tax plan alternative. | 1.30 | 1,098.50 |
| 05/09/17 | RMC | Review board book on restructuring options (2.0); office conference with S. Rosow re same (.3). | 2.30 | 2,242.50 |
| 05/09/17 | SLR | Review board slides (.3); office conference with R. Corn re same (.3); telephone conference with M. Thomas re same (.4); conference call with T. Maynes re analysis (.5); review tax analysis re potential tax structure (.2). | 1.70 | 2,422.50 |
| 05/10/17 | GS | Review and revise slides re tax plan alternative. | 0.90 | 760.50 |
| 05/10/17 | RMC | Review board book on restructuring options. | 1.10 | 1,072.50 |
| 05/11/17 | GS | Review and revise slides re tax plan alternative. | 0.30 | 253.50 |
| 05/11/17 | RMC | Review board book on restructuring options. | 1.80 | 1,755.00 |
| 05/15/17 | RMC | Research into restructuring options. | 1.20 | 1,170.00 |
| 05/25/17 | PJY | Review and analyze certain tax provisions of plan (.7); emails with R. Corn and G. Silber re same, implications thereof in alternative plan (.3). | 1.00 | 1,050.00 |
| 05/25/17 | GS | Review and revise slides re tax plan alternative (2.3); emails with P. Young and R. Corn re same (.3). | 2.60 | 2,197.00 |
| 05/25/17 | RMC | Review restructuring options prepared by Proskauer tax (.1); emails with P. Young and G. Silber re same (.3); review NextEra merger plan and merger agreement for tax restrictions (.5); review tax law on ownership changes (.4). | 1.30 | 1,267.50 |
| 05/25/17 | SLR | Review R. Corn's email re alternative plan. | 0.30 | 427.50 |
| 05/26/17 | GS | Review and revise slides re tax plan alternative. | 1.60 | 1,352.00 |
| 05/28/17 | RMC | Review slides on alternative EFH structure. | 0.90 | 877.50 |
| 05/29/17 | GS | Review and revise slides re tax plan alternative. | 0.30 | 253.50 |

**ENERGY FUTURE HOLDINGS CORP.**                                June 15, 2017
**Invoice No. 171500689**                                          Page 21

**TAX**
**Client/Matter No. 26969.0016**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 05/30/17 | GS | Discussions with R Corn (.2) and changes to "tax plan" slides (.7). | 0.90 | 760.50 |
| 05/30/17 | RMC | Revise slides on restructuring steps (.7); research into tax issues with respect to ownership changes (.4); conference with G. Silber re same (.2). | 1.30 | 1,267.50 |
| 05/31/17 | RMC | Telephone conference with S. Rosow re NOLs (.4); discuss tax issues and steps with P. Young (.4). | 0.90 | 877.50 |
| 05/31/17 | ML | Review authorities on net unrealized built in gain calculation. | 3.40 | 2,499.00 |
| 05/31/17 | SLR | Review R. Corn email re NOLs (.2); telephone conference with R.Corn re NOLs (.4) | 0.60 | 855.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 2.40 | 1,275.00 | 3,060.00 |
| PETER J. YOUNG | 3.40 | 1,050.00 | 3,570.00 |
| RICHARD M. CORN | 14.50 | 975.00 | 14,137.50 |
| STUART L. ROSOW | 3.90 | 1,425.00 | 5,557.50 |
| **Total For Partner** | **24.20** | | **26,325.00** |
| GARY SILBER | 7.90 | 845.00 | 6,675.50 |
| MUHYUNG LEE | 3.40 | 735.00 | 2,499.00 |
| **Total For Associate** | **11.30** | | **9,174.50** |

| | | | |
|----------|-------|------|--------|
| **Professional Fees** | **35.50** | $ | **35,499.50** |
| **Total this Matter** | | $ | **35,499.50** |

**ENERGY FUTURE HOLDINGS CORP.**                                  July 11, 2017
**Invoice No. 171500774**                                              Page 2

**CASE ADMINISTRATION**
**Client/Matter No. 26969.0001**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/12/17 | PJY | Emails to N. Petrov re telephonic appearance for 6/15 omnibus hearing. | 0.10 | 105.00 |
| 06/13/17 | PJY | Review and analyze 6/15 omnibus hearing cancellation notice and email from N. Petrov re same. | 0.10 | 105.00 |
| 06/13/17 | NP | Confirm cancellation of omnibus hearing (.1), email P. Young and M .Thomas re same (.1). | 0.20 | 66.00 |
| 06/20/17 | PJY | Review and analyze certification of counsel re August omnibus hearing. | 0.10 | 105.00 |
| 06/21/17 | PJY | Review and analyze order scheduling August omnibus hearing. | 0.10 | 105.00 |
| 06/22/17 | NP | Schedule telephonic appearance for P. Young and M. Thomas at 6/26 hearing. | 0.20 | 66.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| PETER J. YOUNG | 0.40 | 1,050.00 | 420.00 |
| **Total For Partner** | **0.40** | | **420.00** |
| NATASHA PETROV | 0.40 | 330.00 | 132.00 |
| **Total For Legal Assistant** | **0.40** | | **132.00** |

| | | | |
|----------|-------|------|--------|
| **Professional Fees** | **0.80** | **$** | **552.00** |
| **Total this Matter** | | **$** | **552.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                           **July 11, 2017**
**Invoice No. 171500774**                                                          **Page 3**

**EFH BUSINESS OPERATIONS**
**Client/Matter No. 26969.0003**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/01/17 | MKT | Review latest filed monthly operating report. | 0.30 | 382.50 |
| 06/01/17 | PJY | Review and analyze report re March monthly operating report (.2); review and analyze revisions to financial diligence tracker (.2); emails with R. Nowitz re same (.1). | 0.50 | 525.00 |
| 06/01/17 | MAF | Review plan reporting operating reports. | 0.20 | 215.00 |
| 06/16/17 | PJY | Review and analyze debtors' April monthly operating report and report re same. | 0.40 | 420.00 |
| 06/30/17 | PJY | Review and analyze debtors' May monthly operating report. | 0.40 | 420.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 0.30 | 1,275.00 | 382.50 |
| MICHAEL A. FIRESTEIN | 0.20 | 1,075.00 | 215.00 |
| PETER J. YOUNG | 1.30 | 1,050.00 | 1,365.00 |
| **Total For Partner** | **1.80** | | **1,962.50** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **1.80** | **$** | **1,962.50** |
| **Total this Matter** | | **$** | **1,962.50** |

**ENERGY FUTURE HOLDINGS CORP.**                              **July 11, 2017**
**Invoice No. 171500774**                                              **Page 4**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
**Client/Matter No. 26969.0004**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/01/17 | PJY | Review and analyze district court's order dismissing D. Joyner appeal of order denying motion to intervene as creditor/plaintiff. | 0.10 | 105.00 |
| 06/09/17 | PJY | Review and analyze report re Elliott preliminary injunction hearing scheduling (.1); review and analyze court calendar re same (.1). | 0.20 | 210.00 |
| 06/12/17 | PJY | Review and analyze report re Elliott preliminary injunction hearing scheduling. | 0.10 | 105.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| PETER J. YOUNG | 0.40 | 1,050.00 | 420.00 |
| **Total For Partner** | **0.40** | | **420.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **0.40** | **$** | **420.00** |
| **Total this Matter** | | **$** | **420.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                        **July 11, 2017**
**Invoice No. 171500774**                                                        **Page 5**

**EFH CORPORATE GOVERNANCE AND BOARD MATTERS**
**Client/Matter No. 26969.0005**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 06/01/17 | PJY | Emails with R. Nowitz re 6/2 joint boards meeting (.2); review and analyze materials for same (.6); prepare for same (.4); email to M. Thomas re same (.1). | 1.30 | 1,365.00 |
| 06/02/17 | MKT | Prepare for and attend board call (1.3); call with client after board call (.2); follow-up telephone conference and emails with P. Young (.6).. | 2.10 | 2,677.50 |
| 06/02/17 | PJY | Prepare for and telephonically participate in joint boards meeting (.9); emails with R. Nowitz re materials for same (.1); follow-up telephone and emails with M. Thomas re same (.6). | 1.60 | 1,680.00 |
| 06/07/17 | PJY | Review and analyze reports to joint boards re PUCT revised order re NextEra's Oncor transaction reconsideration petition, 6/29 hearing and response to same (.2); emails with N. Luria, R. Nowitz and M. Cumbee re analysis for D. Evans and B. Williamson (.2); telephone conferences with M. Thomas re same (.3). | 0.70 | 735.00 |
| 06/14/17 | PJY | Emails with M. Kieselstein, C. Husnick and M. Thomas re 6/16 joint boards meeting. | 0.10 | 105.00 |
| 06/15/17 | PJY | Emails to M. Thomas re 6/16 joint boards meeting, materials for same. | 0.10 | 105.00 |
| 06/16/17 | MKT | Review materials to prepare for board call (1.3); call with R. Levin re alternative plan issues and board meeting (.4); emails with P. Young re R. Levin call (.3); attend board call (1.1); calls and emails with client after board call (1.1); emails and calls with Kirkland after board call (.9); emails and calls with SOLIC and P. Young after board call (.8). | 5.90 | 7,522.50 |
| 06/16/17 | PJY | Review and analyze materials for joint boards meeting (1.4); emails with N. Luria, R. Nowitz, M. Cumbee and M. Thomas re same (.2); prepare for and telephonically participate in same (1.2); follow-up emails with M. Thomas re same (.1). | 2.90 | 3,045.00 |
| 06/20/17 | PJY | Emails with D. Evans, B. Williamson and M. Thomas re scheduling call to discuss process, next steps re alternative plan and termination fee allocation issues, disinterested directors/manager termination fee allocation meeting (.2); prepare for 6/21 joint meeting of boards of EFH, EFIH and EFIH Finance (.3); review and analyze agenda for, and email from A. Wright re, same (.2). | 0.70 | 735.00 |
| 06/21/17 | MKT | Prepare for and participate in board call (1.3); calls and emails with clients re board call and next steps (.6); emails to R. Levin re same (.2); emails and calls with P. Young re same (.6). | 2.70 | 3,442.50 |

**ENERGY FUTURE HOLDINGS CORP.**                                           **July 11, 2017**
**Invoice No. 171500774**                                                         **Page 6**

**EFH CORPORATE GOVERNANCE AND BOARD MATTERS**
**Client/Matter No. 26969.0005**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/21/17 | PJY | Prepare for and telephonically participate in joint meeting of boards of EFH, EFIH and EFIH Finance (.5); emails with M. Thomas re same (.1); emails with D. Evans, B. Williamson and M. Thomas re 6/26 call to discuss process, next steps re termination fee allocation issues (.2); emails with M. Thomas re materials for disinterested directors' consideration of termination fee allocation issues (.2). | 1.00 | 1,050.00 |
| 06/23/17 | PJY | Emails with D. Evans, B. Williamson and M. Thomas re termination fee allocation issues. | 0.20 | 210.00 |
| 06/26/17 | PJY | Review and analyze email from A. Wright re upcoming joint meetings of boards of EFH, EFIH and EFIH Finance (.1); telephone conference with M. Thomas re call with D. Evans and B. Williamson re termination fee allocation issues (.2); prepare for same (.4); follow-up emails with M. Thomas re same (.2). | 0.90 | 945.00 |
| 06/29/17 | PJY | Review and analyze update to debtors' boards re PUCT's denial of NextEra rehearing petition (.1); prepare for 6/30 joint meeting of boards of EFH, EFIH and EFIH Finance (.3); review and analyze materials for same (.8); emails to M. Thomas re same (.1). | 1.30 | 1,365.00 |
| 06/30/17 | MKT | Review board materials (.6); participate in board call (1.6); call with clients after board call (.4); call with P. Young after board call (.5); call with M. Kieselstein after board call (.4); review and respond to emails from Kirkland after board call (.2). | 3.70 | 4,717.50 |
| 06/30/17 | PJY | Prepare for and participate in joint meeting of boards of EFH, EFIH and EFIH Finance (1.6); follow-up telephone conferences with M. Thomas re same (.5); follow-up emails with R. Nowitz re same (.1); review and analyze latest liquidity forecast distributed to joint boards and correspondence re same (.3). | 2.50 | 2,625.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 14.40 | 1,275.00 | 18,360.00 |
| PETER J. YOUNG | 13.30 | 1,050.00 | 13,965.00 |
| **Total For Partner** | **27.70** | | **32,325.00** |
| | | | |
| **Professional Fees** | **27.70** | $ | **32,325.00** |
| | | | |
| **Total this Matter** | | $ | **32,325.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                    **July 11, 2017**
**Invoice No. 171500774**                                                         **Page 7**

**FEE APPLICATIONS AND OBJECTIONS**
Client/Matter No. 26969.0008

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/01/17 | JZ | Draft interim fee application. | 1.00 | 900.00 |
| 06/07/17 | PJY | Emails with M. Reetz re May fee invoice. | 0.10 | 105.00 |
| 06/08/17 | PJY | Review and revise May invoice in preparation for preparation of monthly fee statement (1.1); email to M. Reetz re same (.1). | 1.20 | 1,260.00 |
| 06/09/17 | PJY | Emails with M. Reetz re May invoice. | 0.10 | 105.00 |
| 06/09/17 | JZ | Email J. Blanchard re blended rates. | 0.10 | 90.00 |
| 06/12/17 | PJY | Emails with J. Zajac re CNO re April fee statement, client invoice re same (.1); further review and revise May invoice in preparation for preparation of monthly fee statement (.7); email to M. Reetz re same (.1); review and analyze letter from K. Stadler re April monthly fee statement (.1); emails with J. Zajac re same (.1). | 1.10 | 1,155.00 |
| 06/12/17 | JZ | Review CNO from SOLIC (.2); email D. Klauder re same (.1); review fee committee letter and email from P. Young re same (.1); email P. Young re CNO (.1); draft fee application (3.1). | 3.60 | 3,240.00 |
| 06/13/17 | PJY | Emails with J. Zajac re eighth interim fee application, CNO re April monthly fee statement, MFIS re same (.1); review and revise eighth interim fee application (.7); telephone conference with J. Zajac re same, open matters, status (.2); review and analyze draft CNO re April monthly fee statement, MFIS re same (.1). | 1.10 | 1,155.00 |
| 06/13/17 | JZ | Draft and revise fee application (5.2); email P. Young re same (.1); call with P. Young re same (.2); draft CNO re April fee statement (.4); review filed SOLIC CNOs (.1); email P. Hogan re same (.1); email P. Young re CNO (.1); prepare time/expense exhibits for filed fee application (.5); email D. Klauder re fee application (.1); draft notice re same (.3). | 7.10 | 6,390.00 |
| 06/14/17 | MKT | Review draft budget (.2); email to P. Young re same (.1). | 0.30 | 382.50 |
| 06/14/17 | PJY | Review and analyze correspondence with D. Klauder and A. Huber re CNO re April monthly fee statement, eighth interim fee application (.1); draft, review and revise July budget and staffing plan (1.0); emails with M. Thomas re same (.2); draft summary of same for fee committee (.2). | 1.50 | 1,575.00 |
| 06/14/17 | JZ | Prepare receipt exhibits for fee application submission. | 2.00 | 1,800.00 |
| 06/15/17 | PJY | Email to G. Moor and C. Dobry re July budget and staffing plan (.1); email to R. Gitlin re summary of same for fee committee (.1); review and analyze SOLIC July budget and staffing plan (.2); emails with N. Luria, R. Nowitz and M. Cumbee re same (.1); Review and analyze correspondence to G. Moor and C. Dobry re CNO re April monthly fee statement, MFIS re same (.1). | 0.60 | 630.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                                    **July 11, 2017**
Invoice No. 171500774                                                                           **Page 8**

**FEE APPLICATIONS AND OBJECTIONS**
Client/Matter No. 26969.0008

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/15/17 | JZ | Email G. Moor re CNO (.1); email P. Hogan re fee application (.1). | 0.20 | 180.00 |
| 06/26/17 | PJY | Emails with J. Zajac re May monthly fee statement. | 0.10 | 105.00 |
| 06/26/17 | JZ | Email J. Khan re expenses (.1); email P. Young re fee statement (.1). | 0.20 | 180.00 |
| 06/27/17 | JZ | Email P. Hogan re SOLIC CNO (.1); review same (.1); email D. Klauder re same (.1); draft fee statement (2.6). | 2.90 | 2,610.00 |
| 06/28/17 | PJY | Review and revise May monthly fee statement (.4); emails with J. Zajac re same (.1); review and analyze correspondence with G. Moor, C. Dobry, D. Klauder and A. Huber re same (.1). | 0.60 | 630.00 |
| 06/28/17 | JZ | Draft fee statement and exhibits (.7); email P. Young re same (.1); review filed SOLIC CNOs (.1); email P. Hogan re same (.1); finalize fee statement (.4); email D. Klauder re same (.1); email G. Moor re same (.1); email P. Young re same (.1); email P. Hogan re fee application (.1). | 1.80 | 1,620.00 |
| 06/30/17 | PJY | Review and analyze letter from K. Stadler re May monthly fee statement (.1); emails with J. Zajac re same (.1). | 0.20 | 210.00 |
| 06/30/17 | JZ | Review fee committee letter (.1); email P. Young re same (.1). | 0.20 | 180.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 0.30 | 1,275.00 | 382.50 |
| PETER J. YOUNG | 6.60 | 1,050.00 | 6,930.00 |
| **Total For Partner** | **6.90** | | **7,312.50** |
| JARED ZAJAC | 19.10 | 900.00 | 17,190.00 |
| **Total For Associate** | **19.10** | | **17,190.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **26.00** | $ | **24,502.50** |
| **Total this Matter** | | $ | **24,502.50** |

**ENERGY FUTURE HOLDINGS CORP.**                                            **July 11, 2017**
Invoice No. 171500774                                                          **Page 9**

**FINANCING AND CASH COLLATERAL**
Client/Matter No. 26969.0009

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/05/17 | PJY | Review and analyze replacement DIP motion, motion to file under seal fee letter re same and reports re same. | 1.20 | 1,260.00 |
| 06/06/17 | MKT | Review EFIH DIP motion and exhibits. | 1.40 | 1,785.00 |
| 06/06/17 | PJY | Review and analyze reports re replacement DIP motion. | 0.30 | 315.00 |
| 06/06/17 | MAF | Review DIP replacement motion. | 0.30 | 322.50 |
| 06/07/17 | PJY | Review and analyze 3Q DIP budget and report re same. | 0.30 | 315.00 |
| 06/08/17 | PJY | Prepare for 6/26 replacement DIP motion hearing. | 0.40 | 420.00 |
| 06/11/17 | PJY | Emails to M. Thomas re preparing for 6/26 hearing on replacement DIP motion. | 0.10 | 105.00 |
| 06/12/17 | PJY | Prepare for 6/26 hearing on replacement DIP motion. | 0.20 | 210.00 |
| 06/19/17 | PJY | Review and analyze EFIH first-lien indenture trustee's limited objection to debtors' replacement DIP motion and report re same (.2); review and analyze EFIH second-lien indenture trustee's reservation of rights re debtors' replacement DIP motion and report re same (.2). | 0.40 | 420.00 |
| 06/22/17 | PJY | Review and analyze debtors' reply in support of DIP motion and reports re same (.8); emails with N. Petrov re telephonic access to 6/26 hearing re DIP motion (.1); review and analyze proposed agenda for same (.1). | 1.00 | 1,050.00 |
| 06/23/17 | PJY | Review and analyze certification of counsel re EFIH's and EFIH Finance's motion to file under seal replacement DIP loan fee letter and order granting same (.1); review and analyze revised proposed order approving replacement DIP loan and report re same (.8). | 0.90 | 945.00 |
| 06/25/17 | MAF | Review revised EFIH motion on financing issues. | 0.20 | 215.00 |
| 06/26/17 | PJY | Prepare for and telephonically participate in hearing re debtors' replacement DIP loan motion (.5); review and analyze reports re same (.2); briefly review and analyze entered order approving same (.3). | 1.00 | 1,050.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 1.40 | 1,275.00 | 1,785.00 |
| MICHAEL A. FIRESTEIN | 0.50 | 1,075.00 | 537.50 |
| PETER J. YOUNG | 5.80 | 1,050.00 | 6,090.00 |
| **Total For Partner** | **7.70** | | **8,412.50** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **7.70** | **$** | **8,412.50** |
| **Total this Matter** | | **$** | **8,412.50** |

**ENERGY FUTURE HOLDINGS CORP.**                                **July 11, 2017**
**Invoice No. 171500774**                                                    **Page 10**

**CLAIMS INVESTIGATIONS, ANALYSES AND OBJECTIONS**
**Client/Matter No. 26969.0011**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/05/17 | PJY | Review and analyze creditor's proof of claim withdrawal. | 0.10 | 105.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| PETER J. YOUNG | 0.10 | 1,050.00 | 105.00 |
| **Total For Partner** | **0.10** | | **105.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **0.10** | **$** | **105.00** |
| **Total this Matter** | | **$** | **105.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                         **July 11, 2017**
**Invoice No. 171500774**                                                      **Page 11**

**OTHER MOTIONS AND APPLICATIONS**
**Client/Matter No. 26969.0013**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/19/17 | PJY | Review and analyze debtors' motion to further enlarge period within which debtors may remove actions. | 0.20 | 210.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| PETER J. YOUNG | 0.20 | 1,050.00 | 210.00 |
| **Total For Partner** | **0.20** | | **210.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **0.20** | **$** | **210.00** |
| **Total this Matter** | | **$** | **210.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                          **July 11, 2017**
**Invoice No. 171500774**                                                     **Page 12**

**PLAN AND DISCLOSURE STATEMENT**
**Client/Matter No. 26969.0015**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 06/01/17 | MKT | Emails with Kirkland and call with Kirkland and P. Young re current status of discussions on alternative plan (2.2); review and analyze options and alternatives given status update received (.7); call and emails with P. Young re same (.6). | 3.50 | 4,462.50 |
| 06/01/17 | PJY | Research, review and revise materials for D. Evans' and B. Williamson's consideration of alternative plan issues (2.9); telephone conference and emails with M. Thomas re same (.3); telephone conference and emails with C. Husnick, A. Yenamandra, R. Levin, V. Lazar and M. Thomas re update on creditor discussions re plan (1.1); follow-up telephone conference with M. Thomas re same (.3). | 4.60 | 4,830.00 |
| 06/02/17 | PJY | Emails with R. Nowitz re merger agreement termination fee issues (.3); research re same (1.7); prepare for negotiations re same (.9). | 2.90 | 3,045.00 |
| 06/05/17 | MKT | Review proposed alternative plan materials (1.0); emails with P. Young re same (.1); review materials relating to NEE termination fee and allocation issues relating thereto (1.2). | 2.30 | 2,932.50 |
| 06/05/17 | PJY | Emails with M. Thomas re materials for D. Evans' and B. Williamson's consideration of alternative plan issues (.1); review and revise same (.6). | 0.70 | 735.00 |
| 06/06/17 | MKT | Calls with C. Husnick, D. Evans and R. Levin re NEE deal issues including termination issues (1.1); work on memo to client re same (1.1). | 2.20 | 2,805.00 |
| 06/06/17 | PJY | Review and analyze draft PUCT order denying rehearing of NextEra-Oncor change-of-control application and reports re same. | 0.70 | 735.00 |
| 06/07/17 | MKT | Review emails re PUCT order on re-hearing (.3) and review order (.3); emails with SOLIC re NEE deal issues (.4); call with SOLIC re same (.6); telephone conference with P. Young re same. | 1.90 | 2,422.50 |
| 06/07/17 | PJY | Prepare for and attend by video conference PUCT hearing re NextEra's Oncor transaction reconsideration petition (.4); review and analyze agenda for same (.2); review and analyze commissioners' memoranda re same (.2); review and analyze report re same (.2). | 1.00 | 1,050.00 |
| 06/08/17 | JJM | Telephone conference with N. Luria re PUCT disapproval of last plan, next steps. | 0.20 | 255.00 |
| 06/08/17 | PJY | Review and analyze termination fee allocation analyses (.6); emails with N. Luria, R. Nowitz and M. Cumbee re same (.2). | 0.80 | 840.00 |
| 06/09/17 | MKT | Review SOLIC materials (.3); review and analyze same and alternatives (.3); emails to SOLIC re same (.4). | 1.00 | 1,275.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                                      **July 11, 2017**
**Invoice No. 171500774**                                                                    **Page 13**

**PLAN AND DISCLOSURE STATEMENT**
**Client/Matter No. 26969.0015**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/09/17 | PJY | Review and analyze notice of filing of PUCT order denying rehearing of NextEra-Oncor change-of-control application (.1); emails with N. Luria, R. Nowitz and M. Cumbee re termination fee allocation analyses (.2). | 0.30 | 315.00 |
| 06/09/17 | MAF | Review PUCT order on Oncor for reconsideration. | 0.30 | 322.50 |
| 06/11/17 | MKT | Consider SOLIC analysis (.4); email to SOLIC and P. Young re same (.2); review SOLIC response (.3). | 0.90 | 1,147.50 |
| 06/11/17 | PJY | Emails with N. Luria, R. Nowitz, M. Cumbee and M. Thomas re termination fee allocation analyses (.2); review and analyze revised version of same (.3). | 0.50 | 525.00 |
| 06/12/17 | MKT | Review materials relating to alternative plan issues. | 1.30 | 1,657.50 |
| 06/12/17 | PJY | Review and analyze debtors' and asbestos claimants' joint statement to district court re asbestos claimants' consolidated appeals and report re same. | 0.30 | 315.00 |
| 06/13/17 | MKT | Calls and emails with P. Young re alternative plan issues (.3); review and analyze and review materials for client decks (1.6); work on materials for client (1.8); conference with H. Morris re research project (.4); pull and review pertinent pleadings relating to alternative plan (.8). | 4.90 | 6,247.50 |
| 06/13/17 | PJY | Telephone conference with M. Thomas re termination fee allocation issues, research needs re same. | 0.30 | 315.00 |
| 06/14/17 | MKT | Emails to and from Elliott Management attorney re alternative plan conference (.3); emails with P. Young re same (.3); emails with Kirkland re same (.2); continue to work on materials to present to clients on alternative plan issues (2.6). | 3.40 | 4,335.00 |
| 06/14/17 | PJY | Emails with M. Thomas re termination fee allocation issues, 6/15 call with Elliott re same (.2); review and analyze correspondence re same (.2). | 0.40 | 420.00 |
| 06/15/17 | MKT | Review materials drafted by P. Young re alternative plan issues (.6); call and emails to P. Young re same (.8); call with counsel for Elliott re alternative plan issues (.5); emails to and from Elliott's counsel re same (.4); calls and emails with Kirkland and Jenner re Elliott views on alternative plan issues (.8); emails with P. Young and clients re Elliott views on alternative plan issues (.7); review and analyze Elliott position on alternative plan issues (.8); draft memo to clients re same and possible responses (1.0); review RSA term sheet received from Elliott (.7); email to P. Young re issues in term sheet (.7). | 7.00 | 8,925.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                July 11, 2017
Invoice No. 171500774                                                    Page 14

PLAN AND DISCLOSURE STATEMENT
Client/Matter No. 26969.0015

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/15/17 | PJY | Emails with M. Thomas re materials for D. Evans' and B. Williamson's consideration of alternative plan issues (.2); review and analyze revisions to same (.4); further review and revise same (.5); telephone conference with M. Thomas re call with G. Galardi, alternative plan issues, termination fee allocation issues (.3); emails with D. Evans, B. Williamson, G. Galardi, K. Wofford, C. Husnick, R. Levin and M. Thomas re same (.2); review and analyze proposed alternative plan term sheet and markup of debtors' alternative plan term sheet (1.3); emails with G. Galardi, K. Wofford and M. Thomas re same (.3); review and analyze correspondence re same (.2). | 3.40 | 3,570.00 |
| 06/16/17 | PJY | Emails with C. Husnick and M. Thomas re correspondence re proposed alternative plan term sheet and markup of debtors' alternative plan term sheet (.1); review and revise materials for D. Evans' and B. Williamson's consideration of alternative plan issues (1.3); telephone conference and emails with M. Thomas re alternative plan issues, termination fee allocation issues, EFIH disinterested manager's position re same (.6); emails with N. Luria, R. Nowitz, M. Cumbee and M. Thomas re termination fee allocation analyses, alternative plan issues (.2); review and analyze revised version of termination fee allocation analyses (.4); review and analyze draft materials for D. Evans' and B. Williamson's consideration of termination fee allocation issues (.7). | 3.30 | 3,465.00 |
| 06/17/17 | MKT | Calls and emails with clients and P. Young re alternative plan issues. | 1.10 | 1,402.50 |
| 06/17/17 | PJY | Emails with D. Evans, B. Williamson and M. Thomas re termination fee allocation issues, consideration of same (.4); emails with M. Thomas re revisions to materials for D. Evans' and B. Williamson's consideration of alternative plan issues (.2); revise same (.8). | 1.40 | 1,470.00 |
| 06/18/17 | MKT | Calls and emails with clients, SOLIC and P. Young re alternative plan issues. | 1.00 | 1,275.00 |
| 06/18/17 | PJY | Review and analyze alternative plan creditor distribution analysis (.3); emails with N. Luria, R. Nowitz, M. Cumbee and M. Thomas re same (.1); emails with M. Thomas re correspondence with D. Evans re termination fee allocation issues (.2). | 0.60 | 630.00 |
| 06/19/17 | MKT | Review alternative plan deck (1.6); review and analyze alternative plan issues and options (1.4); calls and emails with S. Rosow, R. Corn, C. Husnick, P. Young and R. Levin re alternative plan issues (1.4). | 4.40 | 5,610.00 |
| 06/19/17 | PJY | Further review and revise materials for D. Evans' and B. Williamson's consideration of alternative plan issues (1.8); emails with M. Thomas re same (.1); telephone conference with M. Thomas re alternative transaction status update, open matters (.3). | 2.20 | 2,310.00 |
| 06/19/17 | MAF | Review operating report for impact on plan issues. | 0.20 | 215.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **July 11, 2017**
**Invoice No. 171500774**                                                  **Page 15**

**PLAN AND DISCLOSURE STATEMENT**
**Client/Matter No. 26969.0015**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/20/17 | MKT | Work on alternative plan issues including emails and calls with clients and P. Young (.8); emails and calls with Kirkland (.6); emails with R. Levin (.2); review pertinent materials and outline memo for clients (4.9); telephone conference with M. Firestein re same (.6). | 7.10 | 9,052.50 |
| 06/20/17 | PJY | Emails with M. Kieselstein, C. Husnick and M. Thomas re disinterested directors/manager termination fee allocation meeting (.2); research re termination fee issues (1.3); emails with M. Thomas and P. Possinger re same (.1). | 1.60 | 1,680.00 |
| 06/20/17 | MAF | Telephone conference with M. Thomas on status of new EFH plan and NextEra breakup fee issues. | 0.60 | 645.00 |
| 06/21/17 | MKT | Review and analyze alternative plan and allocation issues (1.8); work on materials re same (2.6); telephone conference and emails with P. Young re same (.4). | 4.80 | 6,120.00 |
| 06/21/17 | PJY | Review and analyze research memorandum re termination fee issues, cases cited therein (1.2); emails with M. Thomas re same (.1); telephone conference with M. Thomas re termination fee and transaction issues (.3). | 1.60 | 1,680.00 |
| 06/22/17 | MKT | Work on alternative plan issues (6.7); call with R. Corn re same (.6); call with P. Young re same (.8); call with C. Husnick re same (.4). | 8.50 | 10,837.50 |
| 06/22/17 | PJY | Telephone conference and emails with M. Thomas re termination fee and transaction issues (.8); emails with C. Husnick and A. Yenamandra re alternative plan term sheet (.2). | 1.00 | 1,050.00 |
| 06/22/17 | MAF | Review agenda and related documents for hearings relative to impact on plan. | 0.20 | 215.00 |
| 06/23/17 | MKT | Call with R. Levin re allocation issues (.3); email to clients and P. Young re same (.3); near final revisions to memo to client re allocation issues (2.4); telephone conference and emails with P. Young re same (.7); review latest draft restructuring term sheet (1.4). | 5.10 | 6,502.50 |
| 06/23/17 | PJY | Telephone conference and emails with M. Thomas re termination fee and transaction issues (.5); emails with C. Husnick, A. Yenamandra and M. Thomas re alternative plan term sheet (.2); review and analyze latest markup of same (.6); review and revise materials for D. Evans' and B. Williamson's consideration of alternative plan issues (1.4). | 2.70 | 2,835.00 |
| 06/26/17 | MKT | Prepare for and participate in call with clients re alternative plan issues (.5); telephone conference and emails with P. Young re same (.4). | 0.90 | 1,147.50 |
| 06/26/17 | PJY | Telephone conference and emails with R. Nowitz re termination fee allocation (.3); review and analyze agenda for 6/29 PUCT open meeting re NextEra rehearing petition (.2). | 0.50 | 525.00 |
| 06/27/17 | MKT | Review NextEra's and debtors' PUCT submissions (.7); call with M. Kieselstein re alternative plan issues, options and status (.4); finalize memo to clients re plan alternatives and options (1.3). | 2.40 | 3,060.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                      **July 11, 2017**
Invoice No. 171500774                                                          **Page 16**

**PLAN AND DISCLOSURE STATEMENT**
Client/Matter No. 26969.0015

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/27/17 | PJY | Review and analyze NextEra's second PUCT rehearing motion on Oncor transaction, debtors' amicus brief and reports re same (1.1); review and analyze revised draft materials for D. Evans' and B. Williamson's consideration of termination fee allocation issues (.7); emails to M. Thomas re same (.1). | 1.90 | 1,995.00 |
| 06/27/17 | NP | Legal research re transcript cite for H. Morris. | 0.60 | 198.00 |
| 06/27/17 | MAF | Review court order on EFIH motion for impact on plan issues. | 0.20 | 215.00 |
| 06/28/17 | PJY | Emails with M. Kieselstein, C. Husnick, A. Yenamandra, R. Levin, V. Lazar and M. Thomas re status (.4); telephone conference with D. Klauder re same (.3). | 0.70 | 735.00 |
| 06/29/17 | PJY | Prepare for and attend by video PUCT open meeting re NextEra rehearing petition (.4); review and analyze Commissioner Anderson's memorandum re denial of NextEra rehearing petition (.1); review and analyze reports re same (.2). | 0.70 | 735.00 |
| 06/30/17 | PJY | Review and analyze certain provisions of E-side committee settlement (.6); email to M. Thomas re same (.1); review and analyze latest liquidity and distributable cash projections (.4); emails with N. Luria, R. Nowitz and M. Cumbee re same (.2); emails with debtors' and disinterested directors'/manager's counsel re termination fee allocation issues (.2). | 1.50 | 1,575.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| JEFF J. MARWIL | 0.20 | 1,275.00 | 255.00 |
| MARK K. THOMAS | 63.70 | 1,275.00 | 81,217.50 |
| MICHAEL A. FIRESTEIN | 1.50 | 1,075.00 | 1,612.50 |
| PETER J. YOUNG | 35.60 | 1,050.00 | 37,380.00 |
| **Total For Partner** | **101.00** | | **120,465.00** |
| NATASHA PETROV | 0.60 | 330.00 | 198.00 |
| **Total For Legal Assistant** | **0.60** | | **198.00** |

| | | | |
|----------|-------|------|--------|
| **Professional Fees** | **101.60** | $ | **120,663.00** |
| **Total this Matter** | | $ | **120,663.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                              **July 11, 2017**
**Invoice No. 171500774**                                                          **Page 17**

TAX
**Client/Matter No. 26969.0016**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 06/01/17 | RMC | Review tax law issues under 382 (.5); conference with M. Lee re same (.1); review steps in connection with EFH Corp plan (.7). | 1.30 | 1,267.50 |
| 06/01/17 | ML | Review relevant authorities in applying Notice 2003-65 (1.6); conference with R. Corn re same (.1). | 1.70 | 1,249.50 |
| 06/02/17 | RMC | Review tax law issues under 382 (1.7); office conference with M. Lee re same (.1). | 1.80 | 1,755.00 |
| 06/02/17 | ML | Conference with R. Corn (.1); review authorities on application of insolvency exception under section 382 (2.9). | 3.00 | 2,205.00 |
| 06/15/17 | PJY | Emails with R. Corn and G. Silber re revisions to tax structure slides in materials for D. Evans' and B. Williamson's consideration of alternative plan issues (.3); review and analyze historical notes and correspondence re same (.4); research re same (.4); review and analyze revised version of same (.4). | 1.50 | 1,575.00 |
| 06/15/17 | GS | EFH slides update (.6); emails with P. Young and R. Corn re same (.3). | 0.90 | 760.50 |
| 06/15/17 | RMC | Review tax issues with respect to EFH Corp. distribution (.3); emails with P. Young and G. Silber re same (.3).. | 0.60 | 585.00 |
| 06/17/17 | PJY | Emails to S. Rosow, R. Corn and M. Thomas re alternative plan analysis tax issue. | 0.10 | 105.00 |
| 06/19/17 | PJY | Telephone conference with R. Corn re alternative plan tax issues (.2); emails to M. Thomas, S. Rosow and R. Corn re same (.1). | 0.30 | 315.00 |
| 06/19/17 | RMC | Discussion with S. Rosow on restructuring issues that could affect EFH Corp, plan (.2); review steps and tax issues of potential EFH Corp. plan (.9); telephone conference with P. Young re same (.2). | 1.30 | 1,267.50 |
| 06/19/17 | SLR | Telephone conference with R. Corn re status discussions. | 0.20 | 285.00 |
| 06/21/17 | PJY | Emails to S. Rosow, R. Corn and M. Thomas re alternative plan analysis tax issue. | 0.10 | 105.00 |
| 06/22/17 | PJY | Emails to S. Rosow, R. Corn and M. Thomas re alternative plan analysis tax issues. | 0.10 | 105.00 |
| 06/22/17 | RMC | Discuss potential tax issues with EFIH vs EFH plans and application of TMA with M. Thomas (.6); review TMA limitation provisions (1.2). | 1.80 | 1,755.00 |
| 06/26/17 | RMC | Review TMA limitation provisions and TAA provisions. | 2.20 | 2,145.00 |
| 06/27/17 | RMC | Review TMA limitation provisions and TAA provisions. | 0.60 | 585.00 |
| 06/27/17 | SLR | Review R. Corn email re TMA and analysis issue. | 0.20 | 285.00 |
| 06/29/17 | GS | Latest tax issues discussion with R. Corn. | 0.20 | 169.00 |
| 06/29/17 | RMC | Review TMA limitation provisions and TAA provisions (1.7); office conference with G. Silber re same (.2). | 1.90 | 1,852.50 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **July 11, 2017**
**Invoice No. 171500774**                                                        **Page 18**

**TAX**
**Client/Matter No. 26969.0016**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| PETER J. YOUNG | 2.10 | 1,050.00 | 2,205.00 |
| RICHARD M. CORN | 11.50 | 975.00 | 11,212.50 |
| STUART L. ROSOW | 0.40 | 1,425.00 | 570.00 |
| **Total For Partner** | **14.00** | | **13,987.50** |
| | | | |
| GARY SILBER | 1.10 | 845.00 | 929.50 |
| MUHYUNG LEE | 4.70 | 735.00 | 3,454.50 |
| **Total For Associate** | **5.80** | | **4,384.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **19.80** | $ | **18,371.50** |
| **Total this Matter** | | $ | **18,371.50** |

**ENERGY FUTURE HOLDINGS CORP.**                                                       **August 15, 2017**
**Invoice No. 171500892**                                                                          **Page 2**


**CASE ADMINISTRATION**
**Client/Matter No. 26969.0001**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/06/17 | PJY | Emails with case professionals re rescheduled 7/12 omnibus hearing (.1); review and analyze notice of same (.1). | 0.20 | 210.00 |
| 07/07/17 | PJY | Emails with N. Petrov re telephonic appearance at 7/12 omnibus hearing. | 0.10 | 105.00 |
| 07/07/17 | NP | Confirm change in hearing date and schedule telephonic appearance with CourtCall for P. Young at 7/12 hearing (.1); conference with P. Young re same (.1). | 0.20 | 66.00 |
| 07/10/17 | PJY | Review and analyze proposed 7/12 hearing agenda. | 0.20 | 210.00 |
| 07/11/17 | PJY | Review and analyze amended proposed 7/12 hearing agenda (.2); prepare for same (.2). | 0.40 | 420.00 |
| 07/11/17 | NP | Schedule telephonic appearance with CourtCall for M. Thomas at 7/12 hearing (.1); compile binder of pleadings (.9). | 1.00 | 330.00 |
| 07/18/17 | PJY | Review and analyze certification of counsel re September omnibus hearing date. | 0.10 | 105.00 |
| 07/19/17 | PJY | Review and analyze entered order scheduling September omnibus hearing date. | 0.10 | 105.00 |
| 07/20/17 | NP | Schedule telephonic appearance with CourtCall for P. Young on 7/21. | 0.10 | 33.00 |
| 07/24/17 | NP | Schedule telephonic appearance with CourtCall for P. Young on 7/26. | 0.10 | 33.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| PETER J. YOUNG | 1.10 | 1,050.00 | 1,155.00 |
| **Total For Partner** | **1.10** | | **1,155.00** |
| NATASHA PETROV | 1.40 | 330.00 | 462.00 |
| **Total For Legal Assistant** | **1.40** | | **462.00** |
| **Professional Fees** | **2.50** | **$** | **1,617.00** |
| **Total this Matter** | | **$** | **1,617.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                    **August 15, 2017**
**Invoice No. 171500892**                                                          **Page 3**

**EFH BUSINESS OPERATIONS**
**Client/Matter No. 26969.0003**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/03/17 | PJY | Review and analyze report re debtors' May monthly operating report. | 0.20 | 210.00 |
| 07/31/17 | PJY | Review and analyze statement of amounts paid to OCPs 4/1-6/30. | 0.20 | 210.00 |

| <u>Attorney</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|
| PETER J. YOUNG | 0.40 | 1,050.00 | 420.00 |
| **Total For Partner** | **0.40** | | **420.00** |
| **Professional Fees** | **0.40** | **$** | **420.00** |
| **Total this Matter** | | | **$    420.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                    **August 15, 2017**
**Invoice No. 171500892**                                                         **Page 4**


**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
**Client/Matter No. 26969.0004**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/10/17 | PJY | Review and analyze Elliott's dismissal of EFIH PIK-related adversary proceeding and report re same. | 0.20 | 210.00 |
| 07/13/17 | PJY | Emails to M. McKane, B. Stephany, D. Klauder and M. Thomas re NextEra transaction termination fee adversary proceeding. | 0.20 | 210.00 |
| 07/14/17 | MKT | Review draft adversary complaint on termination fee and revise same. | 1.80 | 2,295.00 |
| 07/14/17 | PJY | Emails to M. McKane, B. Stephany, C. Husnick, A. Terteryan, M. Petrino, D. Klauder and M. Thomas re NextEra transaction termination fee adversary proceeding, proposed revisions to same (.3); review and analyze draft of complaint, motion to expedite hearing on same (.9). | 1.20 | 1,260.00 |

| <u>Attorney</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|
| MARK K. THOMAS | 1.80 | 1,275.00 | 2,295.00 |
| PETER J. YOUNG | 1.60 | 1,050.00 | 1,680.00 |
| **Total For Partner** | **3.40** | | **3,975.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **3.40** | **$** | **3,975.00** |
| **Total this Matter** | | **$** | **3,975.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                      August 15, 2017
Invoice No. 171500892                                                          Page 5

EFH CORPORATE GOVERNANCE AND BOARD MATTERS
Client/Matter No. 26969.0005

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/04/17 | PJY | Review and analyze draft resolutions and UWCs re alternative plan and transaction documents (.4); emails with debtors' and disinterested directors'/manager's counsel re same (.1). | 0.50 | 525.00 |
| 07/05/17 | PJY | Emails with A. Wright and M. Thomas re 7/6 joint boards meeting to consider alternative plan transaction (.2); prepare for same (.6); telephone conferences and emails with M. Thomas re same, transaction status, open matters (.6). | 1.40 | 1,470.00 |
| 07/06/17 | MKT | Review board materials in advance of board call (.6); emails to P. Young re same (.3); call and emails with J. Sprayregen re board meeting and open issues (.4); review Elliott letter to board (.3) and emails to and from P. Young and Kirkland with comments re same (.5), prepare for and attend board call (1.5). | 3.60 | 4,590.00 |
| 07/06/17 | PJY | Review and analyze letter from Elliott to board (.2); emails with M. Kieselstein, C. Husnick and M. Thomas re same (.2); review and analyze materials for joint EFH, EFIH and EFIH Finance board meeting (2.4); emails to M. Thomas re same (.1); prepare for and telephonically participate in joint EFH, EFIH and EFIH Finance board meeting (1.5); follow-up emails with R. Nowitz re same (.1). | 4.50 | 4,725.00 |
| 07/10/17 | PJY | Emails with M. Thomas, S. Rosow and R. Corn re update from 7/6 joint EFH, EFIH and EFIH Finance board meeting (.2); review and analyze notes from same (.4); review and analyze debtors' letter in response to Elliott's letter to board (.2). | 0.80 | 840.00 |
| 07/11/17 | MKT | Review letter to board from Kirkland with all attachments. | 0.80 | 1,020.00 |
| 07/11/17 | PJY | Review and analyze Elliott's letter in response to debtors' 7/7 letter, related documents and report re same (.6); review and analyze correspondence with joint boards re correspondence with Elliott (.2); follow-up telephone conference and emails with R. Nowitz re same, transaction status, open matters (.4). | 1.20 | 1,260.00 |
| 07/13/17 | PJY | Review and analyze materials for 7/14 joint boards meeting (1.3); emails to M. Thomas re same (.1). | 1.40 | 1,470.00 |
| 07/14/17 | MKT | Review materials to prepare for board call (.9); attend board call (1.0). | 1.90 | 2,422.50 |
| 07/14/17 | PJY | Prepare for and participate in joint boards meeting (1.2); review and analyze point-counterpoint analysis on Elliott's 7/11 letter to C. Husnick and correspondence to joint boards re same (.4). | 1.60 | 1,680.00 |
| 07/18/17 | PJY | Review and analyze revised deck re NextEra transaction termination fee issues and correspondence to D. Evans and B. Williamson re same (.8); emails to M. Thomas re same, upcoming meetings re same (.2). | 1.00 | 1,050.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **August 15, 2017**
**Invoice No. 171500892**                                                       **Page 6**

**EFH CORPORATE GOVERNANCE AND BOARD MATTERS**
**Client/Matter No. 26969.0005**

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 07/19/17 | PJY | Review and analyze correspondence from A. Wright re 7/20 joint boards meeting (.1); review and analyze materials for same (.8); emails to M. Thomas re same (.1). | 1.00 | 1,050.00 |
| 07/20/17 | MKT | Prepare for and attend board call. | 1.30 | 1,657.50 |
| 07/20/17 | PJY | Prepare for and telephonically participate in joint boards meeting. | 1.10 | 1,155.00 |
| 07/21/17 | PJY | Review and analyze email from A. Wright re cancellation of Q2 joint boards meeting. | 0.10 | 105.00 |
| 07/27/17 | PJY | Review and analyze materials for 7/28 joint boards meeting (.4); email to M. Thomas re same (.1). | 0.50 | 525.00 |
| 07/28/17 | PJY | Prepare for and telephonically participate in joint boards meeting (1.1); emails with M. Thomas re same, meeting among counsel for NextEra, debtors and disinterested directors/manager (.2). | 1.30 | 1,365.00 |

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| MARK K. THOMAS | 7.60 | 1,275.00 | 9,690.00 |
| PETER J. YOUNG | 16.40 | 1,050.00 | 17,220.00 |
| **Total For Partner** | **24.00** | | **26,910.00** |
| **Professional Fees** | **24.00** | $ | **26,910.00** |
| **Total this Matter** | | $ | **26,910.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                    **August 15, 2017**
**Invoice No. 171500892**                                                         **Page 7**

**DISCOVERY**
**Client/Matter No. 26969.0006**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/18/17 | PJY | Emails with E-side plan confirmation participating parties re Elliott's request for access to historical plan-related documents and document productions (.2); review and analyze notice of Elliott's document request to debtors re Berkshire merger agreement motion (.1). | 0.30 | 315.00 |
| 07/19/17 | PJY | Review and analyze Elliott's notice of Berkshire's deposition, subpoena re same. | 0.20 | 210.00 |
| 07/20/17 | PJY | Review and analyze notice of Elliott's and debtors' deposition requests re Berkshire merger agreement motion (.4); review and analyze notice of 7/21 telephonic hearing re Berkshire merger agreement motion discovery dispute (.1); emails to N. Petrov re telephonic access to same (.1). | 0.60 | 630.00 |
| 07/21/17 | MKT | Review pleadings re discovery disputes. | 0.40 | 510.00 |
| 07/21/17 | PJY | Review and analyze notices of subpoenas, document requests and interrogatories re Berkshire merger agreement motion. | 0.40 | 420.00 |
| 07/22/17 | PJY | Review and analyze notice of deposition re Berkshire merger agreement motion (.1); review and analyze debtors' subpoena issued to Moelis, notice of same (.2); review and analyze email from K. Jobson re 7/24 Berkshire 30(b)(6) deposition (.1). | 0.40 | 420.00 |
| 07/23/17 | PJY | Emails with E-side plan confirmation participating parties re 7/25 depositions. | 0.20 | 210.00 |
| 07/24/17 | MKT | Attend to P. Goodman deposition. | 2.00 | 2,550.00 |
| 07/24/17 | PJY | Review and analyze notices of objections to Elliott's deposition notices and subpoena duces tecum (.2); review and analyze certain documents produced by Berkshire and debtors (1.9). | 2.10 | 2,205.00 |
| 07/25/17 | MKT | Attend Moelis deposition (3.0); attend T. Horton deposition (2.0). | 5.00 | 6,375.00 |
| 07/25/17 | PJY | Review and analyze Elliott's notices of depositions re Berkshire merger agreement. | 0.20 | 210.00 |
| 07/28/17 | PJY | Review and analyze debtors' notices of depositions of Elliott funds and Sunrise Partners in connection with Berkshire merger agreement approval motion. | 0.20 | 210.00 |
| 07/31/17 | PJY | Review and analyze debtors' amended subpoena issued to Moelis, notices of service re debtors' first and amended interrogatories and requests for production in connection with Berkshire merger agreement motion. | 0.20 | 210.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                        **August 15, 2017**
**Invoice No. 171500892**                                                              **Page 8**

**DISCOVERY**
**Client/Matter No. 26969.0006**

| Attorney | Hours | Rate | Amount |
|----------|------:|-----:|-------:|
| MARK K. THOMAS | 7.40 | 1,275.00 | 9,435.00 |
| PETER J. YOUNG | 4.80 | 1,050.00 | 5,040.00 |
| **Total For Partner** | **12.20** | | **14,475.00** |
| | | | |
| **Professional Fees** | **12.20** | **$** | **14,475.00** |
| | | | |
| **Total this Matter** | | **$** | **14,475.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                    **August 15, 2017**
**Invoice No. 171500892**                                                              **Page 9**

**FEE APPLICATIONS AND OBJECTIONS**
Client/Matter No. 26969.0008

DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/05/17 | PJY | Review and analyze fee committee's status report re uncontested fee applications set for 7/11 hearing. | 0.10 | 105.00 |
| 07/06/17 | PJY | Emails with K. Stadler re draft omnibus fee order (.1); emails with case professionals re same, rescheduling 7/11 hearing re same (.1); emails to M. Thomas and N. Petrov re omnibus fee hearing (.1); emails with M. Reetz re June invoice (.1). | 0.40 | 420.00 |
| 07/07/17 | PJY | Emails with M. Reetz re June invoice (.1); review and revise same in preparation for preparation of monthly fee statement (1.4); review and analyze certification of counsel re omnibus fee order (.1). | 1.60 | 1,680.00 |
| 07/07/17 | JZ | Review SOLIC fee application (.8); email D. Klauder re same (.1); email P. Hogan re same (.1); review filed application (.1); email P. Hogan re same (.1). | 1.20 | 1,080.00 |
| 07/09/17 | PJY | Email to M. Reetz re June invoice. | 0.10 | 105.00 |
| 07/10/17 | PJY | Emails with M. Reetz re June invoice (.1); review and analyze entered omnibus fee order (.1); emails with J. Zajac re same, holdback invoice to client (.1); review and analyze same, correspondence to G. Moor and C. Dobry re same (.2). | 0.50 | 525.00 |
| 07/10/17 | JZ | Review fee order (.1); email P. Young re same (.1); prepare holdback notice (.5); email G. Moor re same (.1); draft certificate of no objection (.4). | 1.20 | 1,080.00 |
| 07/11/17 | PJY | Emails with M. Reetz re June invoice. | 0.10 | 105.00 |
| 07/15/17 | PJY | Draft, review and revise August budget and staffing plan (1.0); draft summary of same for fee committee (.2). | 1.20 | 1,260.00 |
| 07/17/17 | PJY | Email to G. Moor and C. Dobry re August budget and staffing plan (.1); email to R. Gitlin re summary of same for fee committee (.1). | 0.20 | 210.00 |
| 07/17/17 | JZ | Email J. Khan re expenses. | 0.10 | 90.00 |
| 07/20/17 | PJY | Emails with J. Zajac re June monthly fee statement, CNO re May fee statement and May invoice (.2); review and revise June monthly fee statement (.4). | 0.60 | 630.00 |
| 07/20/17 | JZ | Draft fee statement (2.2); emails with P. Young re same (.2); review CNO (.2); email M. Reetz re bill details (.1). | 2.70 | 2,430.00 |
| 07/21/17 | PJY | Review and analyze correspondence with D. Klauder and A. Huber re June monthly fee statement, CNO re May monthly fee statement. | 0.20 | 210.00 |
| 07/21/17 | JZ | Email D. Klauder re fee statement. | 0.10 | 90.00 |
| 07/24/17 | JZ | Email G. Moor re CNO. | 0.10 | 90.00 |
| 07/28/17 | PJY | Review and analyze SOLIC June time entries (.2); review and analyze certain professionals' monthly fee statements (.3); emails with N. Luria and R. Nowitz re same (.1). | 0.60 | 630.00 |
| 07/30/17 | PJY | Emails with N. Luria and R. Nowitz re SOLIC June time entries, form monthly fee statements. | 0.20 | 210.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                          **August 15, 2017**
**Invoice No. 171500892**                                                        **Page 10**

**FEE APPLICATIONS AND OBJECTIONS**
**Client/Matter No. 26969.0008**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| PETER J. YOUNG | 5.80 | 1,050.00 | 6,090.00 |
| **Total For Partner** | **5.80** | | **6,090.00** |
| JARED ZAJAC | 5.40 | 900.00 | 4,860.00 |
| **Total For Associate** | **5.40** | | **4,860.00** |
| **Professional Fees** | **11.20** | $ | **10,950.00** |
| **Total this Matter** | | $ | **10,950.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                    **August 15, 2017**
**Invoice No. 171500892**                                                          **Page 11**

**HEARINGS**
**Client/Matter No. 26969.0010**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/12/17 | MKT | Telephonically participate in court status hearing. | 0.80 | 1,020.00 |
| 07/12/17 | PJY | Prepare for and telephonically participate in hearing of matters in debtors' cases. | 1.20 | 1,260.00 |
| 07/21/17 | PJY | Prepare for and telephonically participate in hearing re Berkshire merger agreement motion discovery dispute. | 0.80 | 840.00 |
| 07/26/17 | MKT | Prepare for court and attend court. | 7.50 | 9,562.50 |
| 07/26/17 | PJY | Prepare for and telephonically participate in hearing on E-side plan confirmation dates and protocols motion and Elliott's motion to adjourn hearing on Berkshire merger agreement motion. | 8.30 | 8,715.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 8.30 | 1,275.00 | 10,582.50 |
| PETER J. YOUNG | 10.30 | 1,050.00 | 10,815.00 |
| **Total For Partner** | **18.60** | | **21,397.50** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **18.60** | **$** | **21,397.50** |
| **Total this Matter** | | **$** | **21,397.50** |

**ENERGY FUTURE HOLDINGS CORP.**                                    **August 15, 2017**
**Invoice No. 171500892**                                                      **Page 12**

**CLAIMS INVESTIGATIONS, ANALYSES AND OBJECTIONS**
**Client/Matter No. 26969.0011**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/10/17 | PJY | Review and analyze certain omnibus claims objections, declaration in support of same. | 0.40 | 420.00 |
| 07/17/17 | PJY | Review and analyze quarterly filed claims registers. | 0.70 | 735.00 |
| 07/19/17 | PJY | Review and analyze correspondence between Elliott and debtors and documents re asbestos claims (.6); emails with A. Yenamandra, M. Thompson and L. Esayian re same (.2). | 0.80 | 840.00 |
| 07/27/17 | PJY | Review and analyze creditor's claim withdrawal. | 0.20 | 210.00 |
| 07/28/17 | PJY | Review and analyze entered order sustaining certain claims objections. | 0.30 | 315.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| PETER J. YOUNG | 2.40 | 1,050.00 | 2,520.00 |
| **Total For Partner** | **2.40** | | **2,520.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **2.40** | **$** | **2,520.00** |

| | | |
|---|---|---|
| **Total this Matter** | **$** | **2,520.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                    August 15, 2017
Invoice No. 171500892                                                      Page 13

**MEETINGS AND COMMUNICATIONS WITH CREDITORS AND OTHER DEBTORS**
Client/Matter No. 26969.0012

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/10/17 | MKT | Emails and call with Fidelity attorneys re termination fee issues. | 0.90 | 1,147.50 |
| 07/19/17 | MKT | Prepare for meetings with clients and creditors (1.8); attend meeting with clients re creditor meetings (1.2); attend meeting with creditor (2.0); follow-up meeting with clients (.4); calls and emails with SOLIC, and review materials from SOLIC, before and after meeting with creditor (1.0); emails with P. Young re same (.1). | 6.50 | 8,287.50 |
| 07/19/17 | PJY | Review and analyze summary of take aways from meeting with Fidelity (.3); emails with M. Thomas re same (.1). | 0.40 | 420.00 |
| 07/20/17 | MKT | Emails to and from Fidelity representatives. | 0.30 | 382.50 |
| 07/21/17 | MKT | Prepare for and participate in call with Fidelity advisors (.9); calls and emails with SOLIC after call with Fidelity advisors (.4); call with J. Sprayregen re Fidelity meetings (.4); call with client re Fidelity meetings (.4). | 2.10 | 2,677.50 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 9.80 | 1,275.00 | 12,495.00 |
| PETER J. YOUNG | 0.40 | 1,050.00 | 420.00 |
| **Total For Partner** | **10.20** | | **12,915.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **10.20** | **$** | **12,915.00** |
| **Total this Matter** | | **$** | **12,915.00** |

**ENERGY FUTURE HOLDINGS CORP.**                              **August 15, 2017**
**Invoice No. 171500892**                                            **Page 14**

**OTHER MOTIONS AND APPLICATIONS**
**Client/Matter No. 26969.0013**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/06/17 | PJY | Review and analyze certification of counsel re debtors' proposed order enlarging period within which debtors may remove actions. | 0.10 | 105.00 |
| 07/07/17 | PJY | Review and analyze entered order further enlarging period within which debtors may remove actions. | 0.10 | 105.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| PETER J. YOUNG | 0.20 | 1,050.00 | 210.00 |
| **Total For Partner** | **0.20** | | **210.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **0.20** | **$** | **210.00** |
| **Total this Matter** | | **$** | **210.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                      **August 15, 2017**
**Invoice No. 171500892**                                                          **Page 15**


**NON-WORKING TRAVEL**
**Client/Matter No. 26969.0014**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/19/17 | MKT | Travel to and from Dallas for meetings with clients and Fidelity (delays on return). | 8.50 | 10,837.50 |
| 07/25/17 | MKT | Travel to Philadelphia for 7/26 court hearing. | 4.00 | 5,100.00 |
| 07/26/17 | MKT | Travel from Philadelphia to Wilmington and back to Chicago (extensive flight delays). | 8.50 | 10,837.50 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 21.00 | 1,275.00 | 26,775.00 |
| **Total For Partner** | **21.00** | | **26,775.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **21.00** | $ | **26,775.00** |
| Less 50% of Non-Working Travel | | | (13,387.50) |
| **Total this Matter** | | $ | **13,387.50** |

**ENERGY FUTURE HOLDINGS CORP.**                    **August 15, 2017**
**Invoice No. 171500892**                                          **Page 16**

**PLAN AND DISCLOSURE STATEMENT**
**Client/Matter No. 26969.0015**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|------|------|------|------|------|
| 07/02/17 | PJY | Review and analyze draft alternative plan and transaction documents (multiple versions) (3.3); emails with debtors' and disinterested directors' / manager's counsel re same (.3). | 3.60 | 3,780.00 |
| 07/02/17 | DIG | Correspondence re alternative plan transaction documents. | 0.30 | 337.50 |
| 07/03/17 | MKT | Review current drafts of BHE revised plan, merger agreement, Oncor letter (2.4); review latest cash flow projections (.6); review prior settlement agreements with creditors (1.1). | 4.10 | 5,227.50 |
| 07/03/17 | PJY | Emails with debtors' and disinterested directors' / manager's counsel re draft alternative plan and transaction documents. | 0.10 | 105.00 |
| 07/03/17 | DIG | Review drafts of merger agreement and plan of reorganization. | 1.70 | 1,912.50 |
| 07/04/17 | PJY | Review and analyze further revised draft alternative plan and transaction documents (1.7); emails with debtors' and disinterested directors'/manager's counsel re same, merger agreement approval motion (.2); review and analyze merger agreement approval motion (.5); emails to M. Thomas and M. Firestein re termination fee allocation issues (.1); review and revise section of draft alternative plan disclosure statement (.5); emails to A. Yenamandra, R. Chaikin, M. Petrino, C. Kochman and M. Thomas re same (.2). | 3.20 | 3,360.00 |
| 07/04/17 | DIG | High-level review of revised transaction documents. | 0.60 | 675.00 |
| 07/05/17 | MKT | Review current drafts of BHE plan, merger agreement, Oncor letter, board resolutions approving same, and motion to approve merger agreement (3.8); calls and emails with A. Wright, C. Husnick, B. Williamson and P. Young re deal status and open issues (.9); review and revise language on allocation reservation of rights and emails re same (.4); calls with P. Young re deal status and open issues (.6); revise memo to clients re alternative plan and allocation issues (.6). | 5.30 | 6,757.50 |
| 07/05/17 | PJY | Telephone conference with D. Ganitsky re transaction status, issues (.3); emails to D. Ganitsky and M. Ellis re same (.1); emails with debtors' and disinterested directors' / manager's counsel re draft alternative plan and transaction documents, revisions thereto (.4); review and analyze same (.8). | 1.60 | 1,680.00 |
| 07/05/17 | DIG | Review revised merger agreement (1.4); telephone conference with P. Young re same (.3). | 1.70 | 1,912.50 |
| 07/06/17 | PJY | Emails with A. Yenamandra re TTI issue (.2); review and analyze NextEra / TTI merger agreement re same (.9). | 1.10 | 1,155.00 |
| 07/07/17 | MKT | Review termination letters (.4), scheduling motion (.5), BHE SEC form 8k (.9) and TTI merger agreement (.8). | 2.60 | 3,315.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **August 15, 2017**
**Invoice No. 171500892**                                                         **Page 17**

**PLAN AND DISCLOSURE STATEMENT**
**Client/Matter No. 26969.0015**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/07/17 | PJY | Review and analyze reports, press releases, 8-K and regulatory commitment documents re Berkshire plan transaction and documents (.8); emails with D. Klauder re same (.2); review and analyze notices of termination of NextEra plan support and merger agreements, notice thereof (.3); emails with parties in interest re same (.2); review and analyze final versions of Berkshire plan, disclosure statement, plan confirmation scheduling motion, notice of hearing re same, disclosure statement approval motion, notice of hearing re same, merger agreement approval motion, declarations in support of same (2.4). | 3.90 | 4,095.00 |
| 07/08/17 | PJY | Further review and analyze final versions of Berkshire plan, disclosure statement, plan confirmation scheduling motion, notice of hearing re same, disclosure statement approval motion, notice of hearing re same, merger agreement approval motion, notice of hearing re same, declarations in support of same. | 3.40 | 3,570.00 |
| 07/08/17 | MAF | Review motion on Berkshire deal (.4) and review revised disclosure statement in part (.3). | 0.70 | 752.50 |
| 07/10/17 | MKT | Review Elliott and debtors' cleansing materials (2.1); review pertinent new plan filings (.8); emails to M. Firestein re new plan issues (.2); review NextEra letter on termination fee (.2). | 3.30 | 4,207.50 |
| 07/10/17 | PJY | Review and analyze reports re Berkshire plan transaction and documents, Elliott plan term sheet, related documents (.8); review and analyze debtors' notice of filing of letter terminating EFIH PIK PSA and additional materials cleansed under Elliott confidentiality agreement and report re same (.9); review and analyze NextEra's letter in reply to debtors' notice of termination of the NextEra PSA and merger agreement, notice thereof, report re same (.3). | 2.00 | 2,100.00 |
| 07/10/17 | DIG | Review transaction document provisions in light of possible competitive bid. | 1.30 | 1,462.50 |
| 07/11/17 | MKT | Review latest materials from Elliott (.6); call with R. Levin (.2); call with client (.2); call with Kirkland re Elliott and next steps (.3); work on memo to clients re alternative plan issues (.4); telephone conference with M. Firestein re same (.7). | 2.40 | 3,060.00 |
| 07/11/17 | PJY | Review and analyze notice re void NextEra plan and confirmation order. | 0.20 | 210.00 |
| 07/11/17 | MAF | Review multiple pleadings related to Berkshire and NextEra dispute over Oncor (.3); telephone conference with M. Thomas on all pending deals for Oncor and upcoming disputes in litigation strategy related to same (.7). | 1.00 | 1,075.00 |
| 07/12/17 | MKT | Review and analyze materials for client (.6) and provide drafts to SOLIC for review (.3); emails with Kirkland re status hearing (.5). | 1.40 | 1,785.00 |
| 07/12/17 | PJY | Review and analyze reports re E-side plan status conference. | 0.20 | 210.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                **August 15, 2017**
Invoice No. 171500892                                                          **Page 18**

**PLAN AND DISCLOSURE STATEMENT**
Client/Matter No. 26969.0015

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/13/17 | MKT | Review Elliott letter to Oncor board (.3); review SOLIC markup to charts (.3); prepare for and participate in call with SOLIC re alternative deal status and options (.9); review materials supplied by SOLIC after call (.6) and review other pertinent materials (.6); continue finalizing memo to clients re alternative plan issues (1.7). | 4.40 | 5,610.00 |
| 07/13/17 | PJY | Review and analyze Elliott's letter to Oncor board re Berkshire transaction, PUCT approval process and report re same. | 0.30 | 315.00 |
| 07/14/17 | MKT | Review Elliott letters and draft rebuttal points (.6); continue refining memo to clients re alternative plan issues (3.5). | 4.10 | 5,227.50 |
| 07/14/17 | MAF | Review deck for disinterested directors and prepare related comments on same to M. Thomas. | 0.70 | 752.50 |
| 07/15/17 | MKT | Review and respond to emails from M. Firestein re memo to clients re alternative plan issues (.4); call with M. Firestein re same (.7); review client memo based on call with M. Firestein (.8). | 1.90 | 2,422.50 |
| 07/15/17 | MAF | Prepare and attend telephone conference and emails with M. Thomas on settlement positions and strategy for deck to disinterested directors. | 0.90 | 967.50 |
| 07/16/17 | MKT | Review materials received from SOLIC. | 0.50 | 637.50 |
| 07/17/17 | MKT | Continue allocation issue diligence (1.4); review letters from NextEra and draft response (.4); revise draft response and emails with Kirkland re same (.3); emails to and from creditors re allocation issues (.3). | 2.40 | 3,060.00 |
| 07/17/17 | PJY | Review and analyze correspondence from NextEra re transaction fee, draft response to same, proposed revisions to draft response (.4); emails with debtors' and disinterested directors'/manager's counsel re same (.2); review and analyze Berkshire's press release re proposed Oncor transaction supporters, regulatory commitments and report re same (.3). | 0.90 | 945.00 |
| 07/18/17 | MKT | Review creditor and PUCT letters (.3); call with C. Husnick re same and next steps (.3); review voluminous materials from Kirkland re allocation issue diligence requested by creditors (2.1); numerous calls and emails with SOLIC re allocation diligence issues (1.2); review materials prepared by SOLIC (.8); finalize memo to client re allocation issues (1.3). | 6.00 | 7,650.00 |
| 07/19/17 | PJY | Review and analyze Elliott's objection to plan confirmation scheduling motion, motion to adjourn Berkshire merger agreement motion, motion to shorten notice of hearing re Berkshire merger agreement motion and reports re same (1.1); review and analyze creditors' joinders to same and report re same (.4); review and analyze NextEra's appeal of PUCT's denial of Oncor transaction regulatory approval and report re same (1.4); emails with N. Luria, R. Nowitz and M. Cumbee re report re Berkshire transaction, Elliott issues (.1); review same (.2). | 3.20 | 3,360.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **August 15, 2017**
Invoice No. 171500892                                                    **Page 19**

PLAN AND DISCLOSURE STATEMENT
Client/Matter No. 26969.0015

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/20/17 | MKT | Emails and call with Kirkland after board call (.4); emails and call with SOLIC after board call (.8); emails and call with R. Levin after board call (.9); review materials received from R. Levin after board call (.7); review Elliott and PIK trustee pleadings re scheduling motion (.9); numerous emails and calls with SOLIC re allocation issues (1.0); review and comment on SOLIC materials relating to allocation (.7). | 5.40 | 6,885.00 |
| 07/20/17 | PJY | Review and analyze entered order granting Elliott's motion to shorten notice of hearing re Berkshire merger agreement motion (.1); review and analyze E-side plan liquidation analysis and report re same (.6). | 0.70 | 735.00 |
| 07/21/17 | MKT | Calls and emails with SOLIC re allocation issues (.7); review and revise allocation materials (.8); call with M. Kieselstein re plan issues (.5). | 2.00 | 2,550.00 |
| 07/21/17 | PJY | Review and analyze letter from M. McKane to court re scope of 7/26 hearing re E-side plan confirmation dates and protocols and Elliott's motion to adjourn Berkshire merger agreement motion (.2); review and analyze Berkshire's and Elliott's letters to court re Berkshire merger agreement motion discovery dispute (.4); review and analyze report re hearing re Berkshire merger agreement motion discovery dispute (.2); review and analyze debtors' reply in support of E-side plan confirmation dates and protocols motion, declaration in support of same (.8); prepare for 7/26 hearing re same (.4); review and analyze EFH notes indenture trustee's statement in support of same (.2). | 2.20 | 2,310.00 |
| 07/22/17 | PJY | Review and analyze Berkshire's joinder to debtors' reply in support of E-side plan confirmation dates and protocols motion. | 0.20 | 210.00 |
| 07/23/17 | PJY | Emails to M. Thomas re 7/26 hearings, open matters, status. | 0.30 | 315.00 |
| 07/23/17 | MAF | Review and prepare strategic correspondence on potential declaratory relief and settlement meeting issues. | 0.20 | 215.00 |
| 07/24/17 | MKT | Emails with Kirkland and Fidelity re merger agreement approval order (.6) and review proposed revised order (.5); review debtor and BHE reply in support of scheduling motion (.4); emails and calls with SOLIC re allocation issues (1.8); emails and call with client re allocation issues (1.1). | 4.40 | 5,610.00 |
| 07/24/17 | PJY | Review and analyze report re debtors' reply in support of E-side plan confirmation dates and protocols motion, Berkshire joinder to same (.2); review and analyze R. Miller's objection to E-side plan (.2); review and analyze proposed 7/26 hearing agenda (.2); emails with N. Petrov re telephonic access to 7/26 hearing (.1); review and analyze latest draft proposed Berkshire merger agreement approval order, proposed revisions to same (.5); emails with debtors' and disinterested directors'/manager's counsel re same, 7/28 meeting with D. Webb (.3); review and analyze revised NextEra termination fee analysis (.6); emails with D. Evans, B. Williamson and M. Thomas re same (.2). | 2.30 | 2,415.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                              **August 15, 2017**
**Invoice No. 171500892**                                                      **Page 20**

**PLAN AND DISCLOSURE STATEMENT**
**Client/Matter No. 26969.0015**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 07/25/17 | MKT | Emails with Kirkland re trial issues (.5); emails with P. Young, SOLIC and client re allocation issues (.9). | 1.40 | 1,785.00 |
| 07/25/17 | PJY | Review and analyze further revised NextEra termination fee analysis (.4); emails to D. Evans, B. Williamson and M. Thomas re same (.2); review and analyze debtors' and Berkshire's objections to Elliott's motion to adjourn hearing on Berkshire merger agreement motion and report re same (.5); review and analyze debtors' and Berkshire's joint exhibit list for 7/26 hearing, joint notice of disclosure of same (.3); emails with parties in interest re same (.1); review and analyze revise proposed 7/26 hearing agenda (.2); further prepare for same (.7); review and analyze debtors' demonstratives for same, email from M. Thompson re same (.4); review and analyze Berkshire's press release re additional proposed Oncor transaction supporters and report re same (.2). | 3.00 | 3,150.00 |
| 07/26/17 | PJY | Emails to M. Thomas re discussions with D. Evans and B. Williamson re NextEra termination fee analysis (.2); review and analyze reports re hearing on E-side plan confirmation dates and protocols motion and Elliott's motion to adjourn hearing on Berkshire merger agreement motion, outcomes of same (.4); emails with parties in interest re E-side plan disclosure statement hearing (.2). | 0.80 | 840.00 |
| 07/27/17 | MKT | Prepare for call with Kirkland re plan issues (.8), emails and call with Kirkland re plan issues (.7), prepare for call with E-side committee counsel re plan issues (.8), participate in call with E-Side committee counsel re plan issues (.6); emails to and from P. Young and clients re plan and hearing status (.4). | 3.30 | 4,207.50 |
| 07/27/17 | PJY | Review and analyze report re hearing on E-side plan confirmation dates and protocols motion and Elliott's motion to adjourn hearing on Berkshire merger agreement motion, outcomes of same (.3); emails with D. Evans, B. Williamson and M. Thomas re same (.2); emails with A. Terteryan, R. Nowitz and L. Rappaport re transcript from same (.2); emails with M. Thomas re NextEra merger agreement termination fee, correspondence with D. Evans and B. Williamson re same (.2); review and analyze re-notice of motion for order authorizing merger agreement (.1); review and analyze revised proposed order approving E-side plan confirmation dates and protocols motion, certification of counsel re same (.3). | 1.30 | 1,365.00 |
| 07/28/17 | MKT | Prepare for meeting with NextEra and attend meeting with NextEra (2.0); emails to P. Young re same (.2); attend meeting with Kirkland and CRO after NextEra meeting (.8); draft memo re NextEra meeting (.8); call with M. Firestein re plan status and emails to M. Firestein re same (.4). | 4.20 | 5,355.00 |

**ENERGY FUTURE HOLDINGS CORP.**                              **August 15, 2017**
**Invoice No. 171500892**                                            **Page 21**

**PLAN AND DISCLOSURE STATEMENT**
**Client/Matter No. 26969.0015**

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 07/28/17 | PJY | Review and analyze entered order approving E-side plan confirmation dates and protocols motion and report re same (.3); review and analyze PUCT open meeting agenda (.2); review and analyze Oncor's 10-Q re Berkshire transaction issues (.4); review and analyze report re Oncor Sharyland transaction (.2). | 1.10 | 1,155.00 |
| 07/28/17 | MAF | Telephone conference with M. Thomas on settlement status and strategy on disinterested directors' issues re EFIH. | 0.40 | 430.00 |
| 07/29/17 | PJY | Review and analyze Elliott funds motion to reconsider order approving NextEra termination fee, declaration in support of same, report re same (1.2); emails with debtors' and disinterested directors' / manager's counsel re same (.2); review and analyze notes and historical correspondence re same (1.1). | 2.50 | 2,625.00 |
| 07/30/17 | MAF | Review Elliott Management motion to reconsider and associated declarations concerning termination fee. | 0.40 | 430.00 |
| 07/31/17 | MKT | Review Elliott motion for reconsideration and supporting submissions (1.2); review NextEra motion for allowance and payment of administrative expense and related submissions (1.3); draft and respond to emails with M. Firestein and P. Young re termination fee litigation issues (.9); emails to and from R. Levin re termination fee allocation issues (.4) and draft email to clients re same (.3). | 4.10 | 5,227.50 |
| 07/31/17 | PJY | Review and analyze further report re Elliott funds motion to reconsider order approving NextEra termination fee, declaration in support of same (.3); further review and analyze notes and historical correspondence re same (.9); emails with M. Thomas and M. Firestein re same, open matters, status (.4); review and analyze notice of hearing re R. Miller's objection to E-side plan (.1); review and analyze NextEra's application for termination fee payment, declaration in support of same, report re same (1.9); review and analyze notice re certain rescheduled dates re E-side plan disclosure statement (.2). | 3.80 | 3,990.00 |
| 07/31/17 | MAF | Review and prepare correspondence on termination fee rejection motion strategy. | 0.30 | 322.50 |

**ENERGY FUTURE HOLDINGS CORP.**                              **August 15, 2017**
**Invoice No. 171500892**                                              **Page 22**

**PLAN AND DISCLOSURE STATEMENT**
**Client/Matter No. 26969.0015**

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| DANIEL I. GANITSKY | 5.60 | 1,125.00 | 6,300.00 |
| MARK K. THOMAS | 63.20 | 1,275.00 | 80,580.00 |
| MICHAEL A. FIRESTEIN | 4.60 | 1,075.00 | 4,945.00 |
| PETER J. YOUNG | 41.90 | 1,050.00 | 43,995.00 |
| **Total For Partner** | **115.30** | | **135,820.00** |
| | | | |
| **Professional Fees** | **115.30** | **$** | **135,820.00** |
| | | | |
| **Total this Matter** | | **$** | **135,820.00** |

**ENERGY FUTURE HOLDINGS CORP.**         **August 15, 2017**
**Invoice No. 171500892**         **Page 23**

**TAX**
**Client/Matter No. 26969.0016**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| **Date** | **Attorney** | **Description** | **Hours** | **Amount** |
|---|---|---|---|---|
| 07/05/17 | MKT | Emails with S. Rosow and R. Corn re deal tax issues. | 0.50 | 637.50 |
| 07/05/17 | PJY | Emails with M. Thomas, S. Rosow and R. Corn re tax review of draft alternative plan and transaction documents. | 0.20 | 210.00 |
| 07/05/17 | GS | Update slides re alternative plan tax considerations. | 1.10 | 929.50 |
| 07/05/17 | RMC | Review revised merger agreement (1.4); emails with P. Young, M. Thomas and S. Rosow re same (.2); review TMA and structure of merger for tax issues (1.3). | 2.90 | 2,827.50 |
| 07/05/17 | SLR | Emails with M. Thomas, P. Young and R. Corn re tax review of alternative plan and transaction documents. | 0.80 | 1,140.00 |
| 07/06/17 | PJY | Telephone conference with R. Corn re tax review of draft alternative plan and transaction documents, call with T. Maynes re same. | 0.30 | 315.00 |
| 07/06/17 | RMC | Review revised merger agreement (1.6); telephone conference with P. Young re same (.3); review TMA and structure of merger for tax issues (.4); discuss merger agreement with S. Rosow (.3); phone call with T. Maynes and S. Rosow on tax issues with respect to merger agreement (.5). | 3.10 | 3,022.50 |
| 07/06/17 | SLR | Office conference with R. Corn re merger, tax issues (.3); conference call with T. Maynes and R. Corn re merger, tax issues (.5); review and analyze alternative plan (.3). | 1.10 | 1,567.50 |
| 07/10/17 | MKT | Emails to and from P. Young, S. Rosow and R. Corn re new plan issues. | 0.30 | 382.50 |

| **Attorney** | **Hours** | **Rate** | **Amount** |
|---|---|---|---|
| MARK K. THOMAS | 0.80 | 1,275.00 | 1,020.00 |
| PETER J. YOUNG | 0.50 | 1,050.00 | 525.00 |
| RICHARD M. CORN | 6.00 | 975.00 | 5,850.00 |
| STUART L. ROSOW | 1.90 | 1,425.00 | 2,707.50 |
| **Total For Partner** | **9.20** | | **10,102.50** |
| GARY SILBER | 1.10 | 845.00 | 929.50 |
| **Total For Associate** | **1.10** | | **929.50** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **10.30** | **$** | **11,032.00** |
| **Total this Matter** | | **$** | **11,032.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                September 18, 2017
Invoice No. 171500969                                                              **Page 2**

**CASE ADMINISTRATION**
**Client/Matter No. 26969.0001**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/07/17 | PJY | Emails to M. Thomas and N. Petrov re 8/9 omnibus hearing, 8/11 hearing (.2); review and analyze notice of cancellation of 8/9 omnibus hearing (.1). | 0.30 | 315.00 |
| 08/07/17 | NP | Review case docket and circulate notice of cancellation of omnibus hearing (.1); schedule with CourtCall telephonic appearance for M. Thomas on 8/11 (.1). | 0.20 | 66.00 |
| 08/09/17 | PJY | Review and analyze debtors' proposed 8/11 hearing agenda. | 0.10 | 105.00 |
| 08/10/17 | PJY | Review and analyze debtors' amended proposed 8/11 hearing agenda. | 0.20 | 210.00 |
| 08/11/17 | PJY | Review and analyze debtors' second amended proposed hearing agenda. | 0.20 | 210.00 |
| 08/24/17 | PJY | Emails with M. Thompson and T. Langenkamp re case listserv. | 0.10 | 105.00 |
| 08/28/17 | PJY | Emails with S. Garabato (Epiq) re electronic service (.1); emails with Help Desk re same (.2). | 0.30 | 315.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| PETER J. YOUNG | 1.20 | 1,050.00 | 1,260.00 |
| **Total For Partner** | **1.20** | | **1,260.00** |
| NATASHA PETROV | 0.20 | 330.00 | 66.00 |
| **Total For Legal Assistant** | **0.20** | | **66.00** |

| | | | |
|----------|-------|------|--------|
| **Professional Fees** | **1.40** | **$** | **1,326.00** |
| **Total this Matter** | | **$** | **1,326.00** |

**ENERGY FUTURE HOLDINGS CORP.**                    **September 18, 2017**
**Invoice No. 171500969**                                             **Page 3**

**EFH BUSINESS OPERATIONS**
**Client/Matter No. 26969.0003**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/04/17 | PJY | Review and analyze Vistra's press release and presentation re 2Q17 earnings, debtor issues and report re same. | 0.40 | 420.00 |
| 08/09/17 | PJY | Emails with N. Luria, R. Nowitz and M. Cumbee re historical cash forecasts (.2); review and analyze historical version of same (.3). | 0.50 | 525.00 |
| 08/21/17 | PJY | Review and analyze debtors' June monthly operating report. | 0.40 | 420.00 |
| 08/21/17 | MAF | Review operating report documents for impact on EFH. | 0.20 | 215.00 |
| 08/22/17 | PJY | Review and analyze report re debtors' June monthly operating report. | 0.20 | 210.00 |
| 08/23/17 | MKT | Review memo from SOLIC re monthly operating reports. | 0.20 | 255.00 |
| 08/23/17 | PJY | Emails with N. Luria, R. Nowitz, M. Cumbee and M. Thomas re debtors' June monthly operating report, follow-up questions for Evercore re same (.2); briefly review and analyze 2Q17 T-side post-confirmation report (.3). | 0.50 | 525.00 |
| 08/24/17 | MKT | Review emails from SOLIC and P. Young re cash issues. | 0.20 | 255.00 |
| 08/24/17 | PJY | Emails with N. Luria, R. Nowitz and M. Cumbee re Evercore's responses to follow up questions re debtors' June monthly operating report, additional questions (.2); further review and analyze same (.5). | 0.70 | 735.00 |
| 08/29/17 | PJY | Review and analyze debtors' motion for authorization to consent to Oncor's entry into Sharyland merger agreement. | 0.40 | 420.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 0.40 | 1,275.00 | 510.00 |
| MICHAEL A. FIRESTEIN | 0.20 | 1,075.00 | 215.00 |
| PETER J. YOUNG | 3.10 | 1,050.00 | 3,255.00 |
| **Total For Partner** | **3.70** | | **3,980.00** |

| | | | |
|----------|-------|------|--------|
| **Professional Fees** | **3.70** | **$** | **3,980.00** |
| **Total this Matter** | | **$** | **3,980.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                   **September 18, 2017**
**Invoice No. 171500969**                                                          **Page 4**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
**Client/Matter No. 26969.0004**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/01/17 | MKT | Complete review of voluminous submissions in support of Elliott motion to reconsider and NextEra motion for allowance of administrative claim (2.8); analyze termination fee pleadings and issues relating thereto (.7); numerous calls with R. Levin re allocation issues and termination fee issues (1.2); calls with M. Kieselstein and M. McKane re same (.8); review, revise and draft memo to client re same (.9); calls with clients re same (.3); calls with P. Young re same (.3); calls with creditor re same (.3). | 7.30 | 9,307.50 |
| 08/01/17 | PJY | Review and analyze reports re NextEra's application for termination fee payment (.3); review and analyze second re-notice of Berkshire merger agreement approval motion and hearing thereon (.1); telephone conference with M. Thomas re NextEra merger agreement termination fee allocation issues, open matters, status (.3); emails with D. Evans, B. Williamson and M. Thomas re same, 8/2 call to discuss same (.3); prepare for same (.9). | 1.90 | 1,995.00 |
| 08/01/17 | MAF | Review NextEra's motion to enforce termination fee. | 0.50 | 537.50 |
| 08/02/17 | MKT | Prepare for and participate in call with clients and P. Young re fee allocation issues (.7); follow-up call with P. Young re same (.2); calls and emails with R. Levin and P. Young re same (.6); calls with Kirkland re same and termination fee issues (.9); review court orders implicating fee and allocation issues (1.2); review Elliott preliminary objection to NextEra administrative claim motion (.2). | 3.80 | 4,845.00 |
| 08/02/17 | PJY | Prepare for and participate on telephone conference with D. Evans, B. Williamson and M. Thomas re NextEra merger agreement termination fee allocation issues, open matters, status (.5); follow-up telephone conference with M. Thomas (.2); review and analyze entered orders and historical documents re NextEra termination fee allocation, fee allocation issues (2.8); emails with M. Thomas re same (.4); emails with R. Levin and M. Thomas re 8/7 preliminary meeting re same (.2); review and analyze Elliott's preliminary objection to NextEra's application for termination fee payment and report re same (.3). | 4.40 | 4,620.00 |
| 08/03/17 | MKT | Review and comment on declaratory judgment complaint, consolidation motion and motion to shorten time, all relating to termination fee litigation (1.8); calls and emails with Kirkland re same (1.1); calls and emails with R. Levin re same (1.2); calls and emails with P. Young re same (.5); begin review of company materials relating to allocation issues raised by R. Levin (2.1). | 6.70 | 8,542.50 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **September 18, 2017**
Invoice No. 171500969                                                        **Page 5**

EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS
Client/Matter No. 26969.0004

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/03/17 | PJY | Review and revise further revised draft adversary complaint against NextEra re merger agreement termination fee, motion to consolidate same with Elliott and NextEra pleadings, adjourn NextEra motion set for hearing and set scheduling conference, motion to shorten notice of hearing on consolidation/scheduling conference motion (multiple versions) and reports re same (1.9); emails with debtors' and disinterested directors' / manager's counsel re same, proposed revisions to same (.4); telephone conference and emails with M. Thomas re same, transaction issues, open matters, status (.5); emails with M. Thomas re 8/7 preliminary meeting with R. Levin and P. Gelston re NextEra termination fee allocation issues (.1); prepare for same (.8). | 3.70 | 3,885.00 |
| 08/04/17 | MKT | Call with R. Levin re allocation issues (.3); call and emails with P. Young re same and court hearings on termination fee issues (.9); review transcripts, orders, pleadings, fee applications and board decks to prepare for allocation meeting and issues relating thereto (4.8). | 6.00 | 7,650.00 |
| 08/04/17 | PJY | Review and analyze Elliott's objection to debtors' motion to shorten notice of hearing on motion to consolidate NextEra merger agreement termination fee adversary complaint with Elliott and NextEra pleadings, adjourn NextEra motion set for hearing and set scheduling conference and reports re same (.3); review and analyze NextEra's letter re same (.2); review and analyze certification of counsel re proposed, and entered, order granting consolidation and scheduling motion and report re same (.2); emails with M. Thomas re 8/11 hearing on consolidation and scheduling motion (.3); begin preparing for same (.5); further prepare for 8/7 preliminary meeting with R. Levin and P. Gelston re NextEra termination fee allocation issues (.5); research and review documents re same (2.9); emails with J. Ganter, A. Terteryan, M. Rishel, M. Thomas and M. Giddens re same (.2); telephone conference with M. Thomas re same, open matters, status (.6). | 5.70 | 5,985.00 |
| 08/05/17 | PJY | Research in preparation for 8/7 preliminary meeting with R. Levin and P. Gelston re NextEra termination fee allocation issues (2.2); review and analyze documents re same (.9); emails with J. Ganter, A. Terteryan, M. Rishel, M. Thomas and M. Giddens re same (.2). | 3.30 | 3,465.00 |
| 08/06/17 | PJY | Research and review documents in preparation for 8/7 preliminary meeting with R. Levin and P. Gelston re NextEra termination fee allocation issues (3.3); review and analyze R. Levin memo and attachments re same (.6). | 3.90 | 4,095.00 |

**ENERGY FUTURE HOLDINGS CORP.**                     **September 18, 2017**
Invoice No. 171500969                                              **Page 6**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/07/17 | MKT | Prepare for meeting with EFIH disinterested manager advisors, including office conferences and emails with P. Young re same (1.5); attend meeting with EFIH disinterested manager advisors (1.5); follow-up meeting with P. Young (.9); call with M. Kieselstein and P. Young re same (.3); draft memo re meeting issues (.3). | 4.50 | 5,737.50 |
| 08/07/17 | PJY | Research and review documents in preparation for preliminary meeting with R. Levin and P. Gelston re NextEra termination fee allocation issues, inter-estates issues (2.2); office conferences and emails with M. Thomas re same (1.3); telephone conference with M. Kieselstein and M. Thomas re same (.3); prepare for and participate in same (1.9); follow-up conference with M. Thomas re same (.9); emails with D. Evans, B. Williamson and M. Thomas re same, call week of 8/14 to discuss same, open matters, status (.2). | 6.80 | 7,140.00 |
| 08/08/17 | MKT | Emails with clients re allocation issues (.6); work on memo in response to EFIH allocation positions (1.8); emails and calls with creditor's counsel re same (.5). | 2.90 | 3,697.50 |
| 08/08/17 | PJY | Emails to D. Evans, B. Williamson and M. Thomas re 8/7 preliminary meeting with R. Levin and P. Gelston re NextEra termination fee allocation issues, inter-estates issues, call week of 8/14 to discuss same (.2); telephone conference and emails with M. Thomas re same, 8/11 joint boards meeting, 8/11 hearings, open matters, status (.6). | 0.80 | 840.00 |
| 08/09/17 | PJY | Emails to M. Thomas re draft correspondence to D. Evans and B. Williamson re 8/7 preliminary meeting with counsel for EFIH's disinterested manager re NextEra termination fee allocation issues, inter-estates issues and R. Levin re memo re same (.2); review and revise same (.6); review and analyze correspondence with B. Williamson re same (.1); emails to M. Thomas and M. Firestein re same (.1). | 1.00 | 1,050.00 |
| 08/10/17 | PJY | Review and analyze stipulation and entered order re Elliott's motion to reconsider order approving NextEra merger agreement transaction termination fee, certification of counsel re same, report re same (.4); review and analyze responses to motions to consolidate draft adversary complaint against NextEra re merger agreement termination fee with NextEra pleading and to adjourn NextEra motion set for hearing and set schedule and report re same (.5); emails to M. Thomas re same, fee allocation issues, 8/11 hearings (.2). | 1.10 | 1,155.00 |

**ENERGY FUTURE HOLDINGS CORP.**                               September 18, 2017
Invoice No. 171500969                                                    Page 7

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/11/17 | PJY | Review and analyze debtors' reply to responses to motions to consolidate draft adversary complaint against NextEra re merger agreement termination fee with NextEra pleading and to adjourn NextEra motion set for hearing and set schedule and report re same. (.3); emails to M. Thomas re correspondence re 8/7 preliminary meeting with R. Levin and P. Gelston re NextEra termination fee allocation issues and inter-estates issues, follow-up re same, response to R. Levin memo re same (.3); review and analyze report re hearing re NextEra termination fee dispute, 8/21 Berkshire-Oncor merger agreement approval hearing (.2). | 0.80 | 840.00 |
| 08/11/17 | MAF | Review debtor reply re consolidation motion. | 0.20 | 215.00 |
| 08/12/17 | MAF | Research upcoming hearing issues on reconsideration and scheduling on new plan matters. | 0.20 | 215.00 |
| 08/16/17 | PJY | Review and analyze email from R. Ball re intervention in debtors' adversary proceeding re NextEra merger agreement termination fee (.1); review and analyze correspondence re NextEra's query re reserving for termination fee (.1). | 0.20 | 210.00 |
| 08/17/17 | PJY | Review and analyze certification of counsel re order consolidating certain NextEra merger agreement termination fee proceedings and setting scheduling conference. | 0.30 | 315.00 |
| 08/18/17 | PJY | Review and analyze entered order consolidating certain NextEra merger agreement termination fee proceedings and setting scheduling conference. | 0.10 | 105.00 |
| 08/23/17 | MKT | Review final discovery letters (.3) review proposed order on disclosure statement and related issues (.3). | 0.60 | 765.00 |
| 08/23/17 | PJY | Emails with R. Levin and V. Lazar re NextEra termination fee allocation issues. | 0.30 | 315.00 |
| 08/24/17 | PJY | Review and analyze certification of counsel re stipulation and order granting EFH notes indenture trustee's intervention in NextEra termination fee adversary proceeding (.2); emails with R. Levin and V. Lazar re NextEra termination fee allocation issues (.2). | 0.40 | 420.00 |
| 08/28/17 | MKT | Review new Elliott pleadings re termination fee. | 1.40 | 1,785.00 |
| 08/28/17 | PJY | Review and analyze Elliott's motion to intervene in NextEra merger agreement termination fee adversary proceeding, memorandum of law in support of same, certain sources cited in same, report re same. | 1.40 | 1,470.00 |
| 08/29/17 | PJY | Review and analyze debtors' application to retain special counsel for NextEra merger agreement termination fee adversary proceeding. | 0.30 | 315.00 |
| 08/31/17 | MKT | Review pleading on intervention in termination fee dispute. | 0.50 | 637.50 |
| 08/31/17 | PJY | Review and analyze filings by EFIH PIK notes indenture trustee and EFH notes indenture trustee in support of Elliott's motion to intervene in NextEra merger agreement termination fee adversary proceeding and report re same. | 0.50 | 525.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                 **September 18, 2017**
**Invoice No. 171500969**                                                          **Page 8**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
**Client/Matter No. 26969.0004**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| MARK K. THOMAS | 33.70 | 1,275.00 | 42,967.50 |
| MICHAEL A. FIRESTEIN | 0.90 | 1,075.00 | 967.50 |
| PETER J. YOUNG | 36.90 | 1,050.00 | 38,745.00 |
| **Total For Partner** | **71.50** | | **82,680.00** |
| **Professional Fees** | **71.50** | $ | **82,680.00** |
| **Total this Matter** | | $ | **82,680.00** |

**ENERGY FUTURE HOLDINGS CORP.**                              September 18, 2017
Invoice No. 171500969                                                        Page 9

**EFH CORPORATE GOVERNANCE AND BOARD MATTERS**
Client/Matter No. 26969.0005

DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/02/17 | PJY | Review and analyze UWCs approving June and July board meeting minutes, email from A. Wright re same and response to same. | 0.40 | 420.00 |
| 08/08/17 | PJY | Emails with V. Indelicato re independent counsel appointments (.2); review and analyze document re same (.2); review and analyze email from A. Wright re 8/11 joint boards meeting (.1). | 0.50 | 525.00 |
| 08/09/17 | PJY | Emails to D. Evans, B. Williamson, A. Wright and M. Thomas re 8/11 joint boards meeting. | 0.10 | 105.00 |
| 08/11/17 | MKT | Review materials in advance of board call (.8); call with Kirkland in advance of board call (.6); participate in board call (.8). | 2.20 | 2,805.00 |
| 08/11/17 | PJY | Review and analyze email from A. Wright re joint boards meeting and board member's response to same (.2); review and analyze materials for same (.8); emails with R. Nowitz re same (.1); emails with M. Firestein re same (.1). | 1.20 | 1,260.00 |
| 08/11/17 | MAF | Review board deck in anticipation of board meeting (.6); emails with P. Young re same (.1); attend board call on merger issues (.9); attend disinterested directors call on new potential bidder and related strategy (.5). | 2.10 | 2,257.50 |
| 08/12/17 | MAF | Further review of board deck on potential new strategic bidder. | 0.30 | 322.50 |
| 08/14/17 | PJY | Emails to D. Evans, B. Williamson and M. Thomas re priorities week of 8/14. | 0.10 | 105.00 |
| 08/16/17 | PJY | Review and revise memo to D. Evans and B. Williamson re proposed alternative transaction documents, board's consideration of same (.6); telephone conferences and emails with M. Thomas re same, discussion with M. Kieselstein re same, letter from Elliott to EFH and EFIH boards, open matters, status (.7); emails with debtors' joint boards and professionals re Elliott's letter to C. Cremens re Berkshire merger transaction, debt holdings (.2); telephone conference with R. Nowitz re same (.2); review and analyze letter from Elliott to EFH and EFIH boards re notice of disapproval of Berkshire merger agreement and rejection of Berkshire plan (.2). | 1.90 | 1,995.00 |
| 08/17/17 | PJY | Review and analyze draft minutes from 7/20, 7/28 and 8/11 joint boards meetings and email from A. Wright re same (.5); review and analyze proposed revisions to same (.2); review and analyze materials for 8/18 joint boards meeting and emails from A. Wright re same (1.0); review and revise draft summary to D. Evans and B. Williamson re alternative transactions, issues (.4); emails to M. Thomas re same (.3). | 2.40 | 2,520.00 |
| 08/18/17 | MKT | Prepare for and attend board meeting (1.7); emails with P. Young re same (.2); calls and emails with Kirkland and Jenner prior to board meeting (.6). | 2.50 | 3,187.50 |

**ENERGY FUTURE HOLDINGS CORP.**                                   **September 18, 2017**
**Invoice No. 171500969**                                                          **Page 10**


**EFH CORPORATE GOVERNANCE AND BOARD MATTERS**
**Client/Matter No. 26969.0005**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/18/17 | PJY | Review and analyze additional materials for joint boards meeting (.6); prepare for and telephonically participate in same (1.8); emails with M. Thomas re same, materials for same, strategy (.2). | 2.60 | 2,730.00 |
| 08/19/17 | PJY | Review and analyze email from M. Firestein re materials for 8/20 joint boards meeting. | 0.10 | 105.00 |
| 08/20/17 | MKT | Prepare for and attend board call (1.5); calls, conferences and emails with Kirkland, Jenner, clients and P. Young in advance of board call (2.3). | 3.80 | 4,845.00 |
| 08/20/17 | PJY | Review and analyze materials for joint boards meeting (.8); prepare for and telephonically participate in same (1.5); emails with M. Thomas and M. Firestein re same (.4); review and analyze letter from EFH notes indenture trustee to joint boards re Sempra transaction (.2); review and analyze update to joint boards re Sempra merger agreement, Elliott plan support agreement (.2). | 3.10 | 3,255.00 |
| 08/20/17 | MAF | Review new board deck and preparation strategic memorandum on same. | 0.50 | 537.50 |
| 08/21/17 | PJY | Review and analyze correspondence among joint boards re Sempra merger agreement, Elliott plan support agreement. | 0.20 | 210.00 |
| 08/23/17 | PJY | Review and analyze email from A. Wright re future joint boards meetings (.1); prepare for same (.3). | 0.40 | 420.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 8.50 | 1,275.00 | 10,837.50 |
| MICHAEL A. FIRESTEIN | 2.90 | 1,075.00 | 3,117.50 |
| PETER J. YOUNG | 13.00 | 1,050.00 | 13,650.00 |
| **Total For Partner** | **24.40** | | **27,605.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **24.40** | $ | **27,605.00** |
| **Total this Matter** | | $ | **27,605.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                    **September 18, 2017**
**Invoice No. 171500969**                                                            **Page 11**

**DISCOVERY**
**Client/Matter No. 26969.0006**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/01/17 | PJY | Review and analyze notice of service re Berkshire's responses and objections to Elliott's request for production in connection with Berkshire merger agreement motion. | 0.10 | 105.00 |
| 08/02/17 | PJY | Review and analyze debtors' production letter to EFH plan confirmation discovery participating parties re Berkshire merger agreement approval motion (.1); review and analyze certain documents produced (1.6); review and analyze notice of service of debtors' responses and objections to Elliott's request for production in connection with Berkshire merger agreement motion (.1). | 1.80 | 1,890.00 |
| 08/03/17 | MKT | Review and respond to emails from M. Firestein re latest discovery requests. | 0.30 | 382.50 |
| 08/03/17 | PJY | Review and analyze E-side plan-related document requests (asbestos claimants, EFH notes indenture trustee, Elliott funds), notice of service re same (.7); review and analyze documents re potential responsiveness to same (1.8); review and analyze Elliott's notice of service of responses and objections to debtors' discovery re Berkshire merger agreement motion (.1). | 2.60 | 2,730.00 |
| 08/03/17 | MAF | Review indenture trustee's discovery and prepare memorandum on same (.3); review multiple discovery requests from asbestos claimants (.3). | 0.60 | 645.00 |
| 08/04/17 | PJY | Review and analyze asbestos claimants' notice of service of E-side plan-related document requests (.1); review and analyze notice of 8/7 telephonic hearing re discovery dispute (.2); review and analyze Sunrise Partners' notice of service of responses and objections to debtors' discovery re Berkshire merger agreement motion (.1); review and analyze EFH indenture trustee's discovery issued pursuant to E-side plan, notice of service of same (.5); review and analyze certain documents produced, production letters (2.3). | 3.20 | 3,360.00 |
| 08/07/17 | MKT | Review numerous discovery emails and filings (.9); office and telephone conferences with P Young re same (.2). | 1.10 | 1,402.50 |
| 08/07/17 | PJY | Review and analyze letters to court from M. McGinnis and M. McKane re discovery disputes (.8); review and analyze report re hearing on same (.2); emails with parties in interest re same, 8/10-11 depositions (.3); prepare for 8/10-11 depositions (.4); office and telephone conferences with M. Thomas re same (.2); review and analyze notice of service of debtors' amended responses and objections to Elliott's document request re Berkshire merger agreement (.1); emails with M. McKane, A. Terteryan and M. Firestein re debtors' discovery responses, 8/8 call re same (.2). | 2.20 | 2,310.00 |
| 08/07/17 | MAF | Review multiple correspondence on discovery dispute re merger hearing (.3); review and prepare correspondence on privilege issues (.2). | 0.50 | 537.50 |

**ENERGY FUTURE HOLDINGS CORP.**                               **September 18, 2017**
**Invoice No. 171500969**                                                   **Page 12**

**DISCOVERY**
**Client/Matter No. 26969.0006**

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/08/17 | MKT | Review discovery issues and requests (.9); call with Kirkland re same (.4); emails and calls with Kirkland re next steps and open issues for discovery and upcoming hearings (.5). | 1.80 | 2,295.00 |
| 08/08/17 | PJY | Prepare for and participate on telephone conference with A. Terteryan, M. Thomas and M. Firestein re debtors' discovery responses (.4); emails to M. Thomas re same (.1); review and analyze notice of service of debtors' responses and objections to deposition notice issued by Elliott, letter from B. Stephany to M. McGinnis re same (.2); emails with parties in interest re same (.1); prepare for 8/10-11 depositions (.4). | 1.20 | 1,260.00 |
| 08/08/17 | MAF | Telephone conference with M. Thomas, P. Young and A. Terteryan on discovery issues on new E-side plan and disinterested directors' document production (.4); review debtor deposition objections on 30 (b)(6) issues (.1). | 0.50 | 537.50 |
| 08/09/17 | MKT | Calls, conferences and emails with A. Wright, clients, Fidelity counsel, Kirkland restructuring and litigation attorneys, M. Firestein and P. Young re discovery and upcoming hearings (for consolidation motion and for merger agreement approval hearing). | 4.80 | 6,120.00 |
| 08/09/17 | PJY | Prepare for 8/10-11 depositions re Berkshire transaction merger agreement (.6); emails with parties in interest re depositions week of 8/14 (.2); review and analyze email from A. Terteryan re 8/10 P. Keglevic deposition (.1); emails with M. Thomas re same, 8/11 depositions (D. Prager, A. Horton) (.2); review and analyze certification of counsel, and entered order, re certain discovery issues in connection with Berkshire merger agreement approval motion (.3); review and analyze letter to participating parties from counsel for, and documents produced by, EFIH's disinterested manager (.8); emails with M. Thomas and M. Firestein re same (.4). | 2.60 | 2,730.00 |
| 08/09/17 | MAF | Review and prepare multiple correspondence on deposition issues and document production (.4); telephone conference with V. Lazar on discovery production and related preparation of correspondence on same, including review of documents produced by EFIH (.5); review and prepare multiple correspondence on strategy concerning document production matters and termination fee (.4). | 1.30 | 1,397.50 |
| 08/10/17 | MKT | Attend P. Keglevic deposition (4.0); calls and emails with P. Young and M. Firestein and Kirkland re debtor's responses to discovery (.8). | 4.80 | 6,120.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **September 18, 2017**
**Invoice No. 171500969**                                                          **Page 13**

**DISCOVERY**
**Client/Matter No. 26969.0006**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/10/17 | PJY | Emails with M. Thomas re deposition re Berkshire merger agreement (.1); prepare for same (.4); review and analyze Berkshire's notice of service re objections to Elliott's notice of deposition (.1); emails to M. McKane, J. Ganter, M. Esser, B. Stephany, M. Thomas and M. Firestein re E-side plan-related discovery responses (.4); review and analyze Elliott's, Berkshire's and debtors' responses and objections to plan-related discovery, notice of service of Elliott's responses and objections (.8). | 1.80 | 1,890.00 |
| 08/10/17 | MAF | Review discovery order (.1); attend P. Keglevic deposition (3.8); attend deposition of D. Ying (2.3); telephone conference with M. Thomas on conflict concerning discovery issues (.2); telephone conference with Kirkland team and M. Thomas on discovery response issues (.4); telephone conference with M. McKane on discovery response for interrogatory (.2); review and revise interrogatory response for debtor (.5); review Elliott discovery responses (.3); review discovery responses of debtor and prepare memorandum on same (.3). | 8.10 | 8,707.50 |
| 08/11/17 | MKT | Telephonically participate in deposition of D. Prager (2.7); call with R. Nowitz re depositions (.4); emails with N. Luria, R. Nowitz and P. Young re same (.1). | 3.20 | 4,080.00 |
| 08/11/17 | PJY | Prepare for and participate in T. Horton deposition re Berkshire merger agreement (2.3); emails with A. Terteryan and M. Rishel re 8/10 D. Ying deposition transcript (.1); review and analyze portions of same (.8); telephone conference with R. Nowitz re D. Prager deposition, alternative transaction issues (.4); emails with N. Luria and R. Nowitz re same (.1); review and analyze notice of service of Berkshire's responses and objections to EFH notes indenture trustee's and asbestos claimants' plan-related discovery (.1); emails with M. McKane, A. Terteryan and M. Thomas re depositions week of 8/14, regulatory issues (.1). | 3.90 | 4,095.00 |
| 08/11/17 | MAF | Attend deposition of A. Horton (2.0); attend deposition of D. Prager (.2). | 2.20 | 2,365.00 |
| 08/12/17 | PJY | Review and analyze email from K. Jobson re R. Wood and J. Rosenbaum depositions re Berkshire merger agreement. | 0.10 | 105.00 |
| 08/14/17 | MKT | Review D. Ying deposition transcript (.8); review draft pretrial order (.2). | 1.00 | 1,275.00 |
| 08/14/17 | PJY | Review and analyze email from M. Thompson re C. Cremens and J. Silvetz depositions re Berkshire merger agreement (.1); prepare for and telephonically participate in P. Goodman deposition (4.5); prepare for 8/15 depositions re Berkshire merger agreement (.4); review and analyze document referenced in 8/10 D. Ying deposition and email from M. Esser re same (.3); review and analyze email from K. Jobson re 8/15 G. Abel deposition (.1). | 5.40 | 5,670.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **September 18, 2017**
**Invoice No. 171500969**                                                        **Page 14**

**DISCOVERY**
**Client/Matter No. 26969.0006**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/14/17 | MAF | Research C. Cremens deposition issues (.2); review pretrial order for 8/21 hearing (.2); review document produced by D. Ying (.1). | 0.50 | 537.50 |
| 08/15/17 | MKT | Participate in C. Cremens deposition and emails with his counsel re same (4.9); review P. Goodman deposition transcript (1.0). | 5.80 | 7,395.00 |
| 08/15/17 | PJY | Prepare for and telephonically participate in C. Cremens deposition (4.9); review and analyze email from M. Thompson re same, J. Silvetz deposition (.1); emails with M. Thomas re same, G. Abel deposition, deposition transcripts (.2); emails with A. Terteryan re deposition transcripts (.1); prepare for and telephonically participate in G. Abel deposition (4.4); prepare for and telephonically participate in portions of J. Silvetz deposition (2.5); review and analyze portions of P. Keglevic, D. Ying and D. Prager deposition transcripts (1.6). | 13.80 | 14,490.00 |
| 08/15/17 | MAF | Attend deposition of C. Cremens (4.2); attend deposition of G. Abel (3.2). | 7.40 | 7,955.00 |
| 08/16/17 | MKT | Participate in portions of R. Wood deposition (4.0); review deposition transcripts of T. Horton (.4) and J. Silvetz (.4). | 4.80 | 6,120.00 |
| 08/16/17 | PJY | Emails with A. Terteryan re 8/15 G. Abel deposition transcript (.1); review and analyze portions of same (.4); emails to M. Thomas re R. Wood deposition, 8/17 J. Rosenbaum deposition (.2); prepare for and telephonically participate in portions of R. Wood deposition (2.1); emails with R. Nowitz re C. Cremens and D. Prager deposition transcripts (.1); review and analyze emails from G. Demers re 8/17 J. Rosenbaum deposition (.1); review and analyze Elliott's notices of depositions of C. Cremens, P. Keglevic and A. Horton re Berkshire merger agreement (.2). | 3.20 | 3,360.00 |
| 08/16/17 | MAF | Attend deposition of Moelis 30b(6) representative. | 1.50 | 1,612.50 |
| 08/17/17 | MKT | Telephonically participate in a portion of J. Rosenbaum deposition (1.0); emails with P. Young re same (.1); review transcript of G. Abel deposition (.9); review deposition designations filed by parties (1.9). | 3.90 | 4,972.50 |
| 08/17/17 | PJY | Prepare for and telephonically participate in portions of J. Rosenbaum deposition (2.3); emails with M. Thomas re same (.1); review and analyze portions of transcript of same (.9); emails with A. Terteryan re same (.1); review and analyze debtors' and Elliott's deposition designations for 8/21 hearing re Berkshire merger agreement approval (.9); emails with parties in interest re same (.2). | 4.50 | 4,725.00 |
| 08/17/17 | MAF | Review new deposition notices and related preparation of correspondence to M. McKane on same (.2); attend deposition of J. Rosenbaum (4.3); review deposition designations for evidentiary hearing (.2). | 4.70 | 5,052.50 |
| 08/18/17 | MKT | Review transcripts of depositions of J. Rosenbaum and R. Wood (1.4); emails with P. Young re R. Wood deposition transcript (.2). | 1.60 | 2,040.00 |

**ENERGY FUTURE HOLDINGS CORP.**        **September 18, 2017**
**Invoice No. 171500969**        **Page 15**

**DISCOVERY**
**Client/Matter No. 26969.0006**

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/18/17 | PJY | Emails with A. Terteryan and M. Thomas re 8/16 R. Wood deposition transcript, exhibits thereto (.2); review and analyze portions of same (.7); emails with R. Nowitz re 8/17 J. Rosenbaum deposition transcript (.1); review and analyze additional deposition designations for 8/21 hearing re Berkshire merger agreement approval, objections and counter-designations to deposition designations, document production letters and certain produced documents, witness and exhibit lists (3.3); emails with parties in interest re same (.3); review and analyze notice of telephonic hearing re discovery dispute between debtors and Elliott and correspondence re same (.2); review and analyze reports re same (.3); review and analyze correspondence re 8/19 P. Keglevic deposition re alternative transaction (.2); prepare for same (.4). | 5.70 | 5,985.00 |
| 08/18/17 | MAF | Review J. Rosenbaum deposition designations (.3); review R. Wood deposition designations (.2); review new discovery materials (.1); review multiple re-designations and counter designations and objections to new designated testimony (.3). | 0.90 | 967.50 |
| 08/19/17 | MKT | Review all direct testimony declarations. | 1.40 | 1,785.00 |
| 08/19/17 | PJY | Prepare for and telephonically participate in portions of P. Keglevic deposition re proposed alternative transaction (.8); review and analyze portions of transcript of same and email from A. Terteryan re same (.9); review and analyze document production letters and certain produced documents, witness and exhibit list, objections thereto, written direct testimony re 8/21 Berkshire merger agreement approval hearing (3.1). | 4.80 | 5,040.00 |
| 08/19/17 | MAF | Review multiple discovery production materials (.2); review C. Cremens direct testimony declaration (.3); review P. Keglevic direct examination testimony (.3); review Horton declaration with exhibits, and D. Ying direct with exhibits (.7); review R. Wood and J. Rosenbaum direct examinations (.2); review Goodman direct (.2); attend second deposition of P. Keglevic (2.5). | 4.40 | 4,730.00 |
| 08/20/17 | PJY | Review and analyze objections to written direct testimony re 8/21 Berkshire merger agreement approval hearing, supplemental and revised exhibit lists, objection thereto, trial exhibits, revised trial exhibits, notice of service of written direct testimony. | 1.40 | 1,470.00 |
| 08/20/17 | MAF | Review multiple evidentiary objections to exhibits and declarations and counter designations with related research re evidentiary hearing. | 0.60 | 645.00 |
| 08/23/17 | PJY | Review and analyze letter from Elliott re 8/16 and 8/17 R. Wood and J. Rosenbaum depositions (.2); review and analyze R. Wood and J. Rosenbaum deposition transcripts re same (.3). | 0.50 | 525.00 |
| 08/24/17 | MKT | Review and respond to emails from Kirkland re discovery issues. | 0.30 | 382.50 |

**ENERGY FUTURE HOLDINGS CORP.**                              September 18, 2017
**Invoice No. 171500969**                                              Page 16

**DISCOVERY**
**Client/Matter No. 26969.0006**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| MARK K. THOMAS | 34.80 | 1,275.00 | 44,370.00 |
| MICHAEL A. FIRESTEIN | 33.20 | 1,075.00 | 35,690.00 |
| PETER J. YOUNG | 58.80 | 1,050.00 | 61,740.00 |
| **Total For Partner** | **126.80** | | **141,800.00** |
| **Professional Fees** | **126.80** | $ | **141,800.00** |
| **Total this Matter** | | $ | **141,800.00** |

**ENERGY FUTURE HOLDINGS CORP.**                    **September 18, 2017**
Invoice No. 171500969                                              **Page 17**

**FEE APPLICATIONS AND OBJECTIONS**
Client/Matter No. 26969.0008


DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/02/17 | PJY | Emails with M. Reetz re July invoice (.1); review and analyze letter from K. Stadler re June monthly fee statement (.1); email to J. Zajac re same (.1); further review and analyze SOLIC June time entries (.4); emails with R. Nowitz re same (.1). | 0.80 | 840.00 |
| 08/02/17 | JZ | Review fee letter. | 0.10 | 90.00 |
| 08/04/17 | PJY | Emails with M. Reetz re July invoice (.1); review and analyze same in preparation for preparation of monthly fee statement (.9). | 1.00 | 1,050.00 |
| 08/08/17 | PJY | Further review and revise July invoice in preparation for preparation of monthly fee statement. | 0.70 | 735.00 |
| 08/09/17 | JZ | Draft certificate of no objection. | 0.50 | 450.00 |
| 08/10/17 | PJY | Emails with M. Reetz re preparation of July invoice (.1); review and revise certificate of no objection re June fee statement and June invoice (.2); emails with J. Zajac re same (.1). | 0.40 | 420.00 |
| 08/10/17 | JZ | Email P. Young re certificate of no objection. | 0.10 | 90.00 |
| 08/11/17 | PJY | Emails with M. Reetz re preparation of July invoice. | 0.10 | 105.00 |
| 08/14/17 | PJY | Finally review and revise July invoice in preparation for preparation of monthly fee statement (.5); emails with M. Reetz re same (.1); draft, review and revise September budget and staffing plan (1.4); emails with M. Thomas re same (.2); draft summary of same for fee committee (.2); review and analyze correspondence with G. Moor, C. Dobry, D. Klauder and C. Stephenson re certificate of no objection re June monthly fee statement (.1). | 2.50 | 2,625.00 |
| 08/14/17 | JZ | Email G. Moor re certificate of no objection. | 0.10 | 90.00 |
| 08/15/17 | PJY | Email to G. Moor and C. Dobry re September budget and staffing plan (.1); email to R. Gitlin re summary of same for fee committee (.1). | 0.20 | 210.00 |
| 08/17/17 | PJY | Review and analyze fee committee's letter re eighth interim fee application. | 0.50 | 525.00 |
| 08/18/17 | PJY | Review and analyze SOLIC June monthly fee statement, notice of same (.3); emails with N. Luria and R. Nowitz re same (.1). | 0.40 | 420.00 |
| 08/22/17 | PJY | Emails with J. Zajac re July monthly fee statement. | 0.10 | 105.00 |
| 08/22/17 | JZ | Email P. Young re fee statement (.1); review SOLIC fee statement (.2); emails with P. Hogan re same (.2); email D. Klauder re same (.1); draft fee statement (1.6). | 2.20 | 1,980.00 |
| 08/23/17 | PJY | Review and revise July monthly fee statement (.4); emails with J. Zajac re same (.1); review and analyze correspondence with G. Moor, C. Dobry, D. Klauder and C. Stephenson re same (.1). | 0.60 | 630.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                           September 18, 2017
Invoice No. 171500969                                                                          Page 18

**FEE APPLICATIONS AND OBJECTIONS**
Client/Matter No. 26969.0008

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/23/17 | JZ | Draft fee statement (.8); email P. Young re same (.1); email P. Hogan re certificate of no objection (.1); review certificate of no objection (.1); email D. Klauder re same (.1); email G. Moor re same (.1). | 1.30 | 1,170.00 |
| 08/24/17 | JZ | Finalize fee statement exhibits for fee committee. | 0.30 | 270.00 |
| 08/30/17 | MKT | Review fee committee letter re most recent quarterly fee application (.9); call with P. Young re same (.2). | 1.10 | 1,402.50 |
| 08/30/17 | PJY | Review and analyze letter from K. Stadler re July monthly fee statement (.1); email to J. Zajac re same (.1); further review and analyze fee committee's letter re eighth interim fee application, devise counterproposal thereto (1.4); telephone conference with M. Thomas re same (.2). | 1.80 | 1,890.00 |
| 08/30/17 | JZ | Email J. Khan re expenses (.1); review fee letter (.1). | 0.20 | 180.00 |
| 08/31/17 | PJY | Email to L. Schmidt re call to discuss counterproposal re eighth interim fee application. | 0.10 | 105.00 |
| 08/31/17 | JZ | Email P. Hogan re fee statement. | 0.10 | 90.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 1.10 | 1,275.00 | 1,402.50 |
| PETER J. YOUNG | 9.20 | 1,050.00 | 9,660.00 |
| **Total For Partner** | **10.30** | | **11,062.50** |
| JARED ZAJAC | 4.90 | 900.00 | 4,410.00 |
| **Total For Associate** | **4.90** | | **4,410.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **15.20** | **$** | **15,472.50** |
| **Total this Matter** | | **$** | **15,472.50** |

**ENERGY FUTURE HOLDINGS CORP.**                    **September 18, 2017**
**Invoice No. 171500969**                                              **Page 19**

**HEARINGS**
**Client/Matter No. 26969.0010**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/11/17 | MKT | Dial into court hearing. | 0.80 | 1,020.00 |
| 08/11/17 | MAF | Attend court hearing on scheduling conference and NextEra claims. | 0.80 | 860.00 |
| 08/18/17 | MAF | Attend court hearing on discovery. | 0.90 | 967.50 |
| 08/21/17 | MKT | Attend court hearing on BHE approval motion. | 0.50 | 637.50 |
| 08/21/17 | PJY | Prepare for and appear for client at court hearing. | 1.00 | 1,050.00 |
| 08/21/17 | MAF | Attend court hearing on merger deal. | 0.70 | 752.50 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 1.30 | 1,275.00 | 1,657.50 |
| MICHAEL A. FIRESTEIN | 2.40 | 1,075.00 | 2,580.00 |
| PETER J. YOUNG | 1.00 | 1,050.00 | 1,050.00 |
| **Total For Partner** | **4.70** | | **5,287.50** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **4.70** | **$** | **5,287.50** |
| **Total this Matter** | | **$** | **5,287.50** |

**ENERGY FUTURE HOLDINGS CORP.**                                    **September 18, 2017**
**Invoice No. 171500969**                                                           **Page 20**

**CLAIMS INVESTIGATIONS, ANALYSES AND OBJECTIONS**
**Client/Matter No. 26969.0011**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/02/17 | PJY | Review and analyze K. Stewart filing. | 0.10 | 105.00 |
| 08/07/17 | MKT | Review pertinent court orders re intercompany claims and alternative plans. | 1.20 | 1,530.00 |
| 08/11/17 | PJY | Review and analyze creditors' partial transfers / assignments of claims to Elliott. | 0.40 | 420.00 |
| 08/16/17 | PJY | Review and analyze filed notice of entry of historical judgment (.1); review and analyze email from M. Thomas re transfer of Fidelity's claims to Elliott (.1). | 0.20 | 210.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 1.20 | 1,275.00 | 1,530.00 |
| PETER J. YOUNG | 0.70 | 1,050.00 | 735.00 |
| **Total For Partner** | **1.90** | | **2,265.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **1.90** | **$** | **2,265.00** |
| **Total this Matter** | | **$** | **2,265.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                    September 18, 2017
Invoice No. 171500969                                                              Page 21

**MEETINGS AND COMMUNICATIONS WITH CREDITORS AND OTHER DEBTORS**
Client/Matter No. 26969.0012

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/08/17 | PJY | Emails with M. Roose and M. Thomas re NextEra termination fee allocation issues. | 0.10 | 105.00 |
| 08/10/17 | PJY | Review and analyze summary of 8/9 call with M. Roose (.2); review and analyze historical transaction documents re same (.9). | 1.10 | 1,155.00 |
| 08/11/17 | MKT | Emails with creditors and P. Young re plan issues (.7) and draft talking points for creditors (.6). | 1.30 | 1,657.50 |
| 08/13/17 | PJY | Review and analyze correspondence and proposed correspondence with Fidelity (.2); emails to M. Thomas re 8/14 call re same (.2). | 0.40 | 420.00 |
| 08/14/17 | MKT | Prepare for and participate in call with Fidelity and P. Young (.6); calls and emails with clients and P. Young after Fidelity call (.8). | 1.40 | 1,785.00 |
| 08/14/17 | PJY | Telephone conference with B. Scheler, M. Roose and M. Thomas re transaction issues (.6); follow-up telephone conferences and emails with M. Thomas re same, depositions week of 8/14, meetings with creditor and clients (1.1). | 1.70 | 1,785.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 2.70 | 1,275.00 | 3,442.50 |
| PETER J. YOUNG | 3.30 | 1,050.00 | 3,465.00 |
| **Total For Partner** | **6.00** | | **6,907.50** |

| | | | |
|----------|-------|------|--------|
| **Professional Fees** | **6.00** | **$** | **6,907.50** |
| **Total this Matter** | | **$** | **6,907.50** |

**ENERGY FUTURE HOLDINGS CORP.**                                    **September 18, 2017**
**Invoice No. 171500969**                                                        **Page 22**

**NON-WORKING TRAVEL**
**Client/Matter No. 26969.0014**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/06/17 | PJY | Travel to Chicago, IL to prepare for and participate in 8/7 preliminary meeting with R. Levin and P. Gelston re NextEra termination fee allocation issues, inter-estate issues. | 6.60 | 6,930.00 |
| 08/08/17 | PJY | Travel to Los Angeles, CA following 8/7 preliminary meeting with R. Levin and P. Gelston re NextEra termination fee allocation issues, inter-estate issues. | 6.30 | 6,615.00 |
| 08/09/17 | MKT | Travel to New York for depositions. | 4.00 | 5,100.00 |
| 08/09/17 | PJY | Travel to New York, NY to prepare for and participate in 8/10-11 depositions re Berkshire transaction merger agreement. | 8.30 | 8,715.00 |
| 08/10/17 | MKT | Return to Chicago from New York (delays). | 6.00 | 7,650.00 |
| 08/11/17 | PJY | Travel to Los Angeles, CA following 8/10-11 depositions re Berkshire transaction merger agreement. | 8.30 | 8,715.00 |
| 08/19/17 | PJY | Travel to Chicago, IL to prepare for 8/21 Berkshire merger agreement approval hearing. | 5.10 | 5,355.00 |
| 08/20/17 | MKT | Travel to Philadelphia for Monday hearing. | 5.00 | 6,375.00 |
| 08/20/17 | PJY | Travel to Philadelphia, PA to prepare for 8/21 Berkshire merger agreement approval hearing. | 3.60 | 3,780.00 |
| 08/21/17 | MKT | Travel from Philadelphia to Delaware for court hearing; then return to Chicago from Delaware. | 6.00 | 7,650.00 |
| 08/21/17 | PJY | Travel to Wilmington, DE to prepare for, and appear for client at, hearing (1.0); travel to Los Angeles, CA following same (8.8). | 9.80 | 10,290.00 |


| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 21.00 | 1,275.00 | 26,775.00 |
| PETER J. YOUNG | 48.00 | 1,050.00 | 50,400.00 |
| **Total For Partner** | **69.00** | | **77,175.00** |

| | | | |
|----------|-------|------|--------|
| **Professional Fees** | **69.00** | **$** | **77,175.00** |
| Less 50% Non-Working Travel | | | (38,587.50) |
| **Total this Matter** | | **$** | **38,587.50** |

**ENERGY FUTURE HOLDINGS CORP.**                    **September 18, 2017**
Invoice No. 171500969                                                **Page 23**

**PLAN AND DISCLOSURE STATEMENT**
Client/Matter No. 26969.0015

DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/01/17 | PJY | Review and analyze Oncor earnings presentation and 10-Q re proposed Berkshire merger transaction issues and report re same. | 0.70 | 735.00 |
| 08/02/17 | MKT | Calls and emails with P. Young re transaction issues. | 0.90 | 1,147.50 |
| 08/02/17 | PJY | Telephone conference and emails with M. Thomas re transaction issues, open matters, status (.9); review and analyze further report re Oncor Sharyland transaction (.2); review and analyze Berkshire merger agreement re termination fee issue (.6). | 1.70 | 1,785.00 |
| 08/02/17 | MAF | Review new pleadings on new plan objections thereto. | 0.20 | 215.00 |
| 08/03/17 | PJY | Emails with D. Klauder re transaction issues, open matters, status. | 0.10 | 105.00 |
| 08/04/17 | PJY | Review and analyze letter from M. McKane re debtors' proposed protocols for 8/21 Berkshire merger agreement approval hearing (.2); emails with participating parties re same (.3); review and analyze TCEH first lien indenture trustee's notice of intent to participate in E-side plan proceedings (.2). | 0.70 | 735.00 |
| 08/07/17 | MKT | Review draft deal documents from Elliott (1.0) and emails to and from Kirkland re same (.9). | 1.90 | 2,422.50 |
| 08/07/17 | PJY | Review and analyze reports re E-side transaction issues (.4); emails with M. Thomas re 8/29 E-side plan disclosure statement hearing (.1); review and analyze draft Elliott merger agreement blackline and equity commitment letter (1.1); emails with debtors' and disinterested directors' / manager's counsel re same (.3). | 1.90 | 1,995.00 |
| 08/08/17 | PJY | Emails with A. Terteryan and R. Nowitz re transcript of hearing on E-side plan confirmation dates and protocols motion and Elliott's motion to adjourn hearing on Berkshire merger agreement motion (.2); review and analyze portions of same (.8); review and analyze historical cash forecast used in disclosure statement and correspondence re same (.5); emails with N. Luria, R. Nowitz and M. Cumbee re same (.1); review and analyze revised proposed order authorizing debtors' entry into Berkshire merger agreement and approving termination fee, notice of filing of same (.4); emails with M. Firestein re Berkshire transaction termination fee issue (.1). | 2.10 | 2,205.00 |
| 08/08/17 | MAF | Review revised order on BHE termination fee and related preparation of correspondence on same. | 0.20 | 215.00 |
| 08/09/17 | MKT | Review objections to BHE merger agreement filed by parties in interest. | 1.30 | 1,657.50 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **September 18, 2017**
**Invoice No. 171500969**                                                           **Page 24**

**PLAN AND DISCLOSURE STATEMENT**
**Client/Matter No. 26969.0015**

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/09/17 | PJY | Review and analyze objections to, and reservations of rights re, Berkshire merger agreement approval motion and report re same (1.3); emails to M. Thomas re same (.2); review and analyze TCEH first-lien agent's notice of intent to participate in E-side disclosure statement and plan confirmation proceedings (.1). | 1.60 | 1,680.00 |
| 08/09/17 | MAF | Review agenda issues for hearing. | 0.10 | 107.50 |
| 08/10/17 | PJY | Emails to M. Thomas re potential alternative transaction (.2); analyze elements of same (.8); further review and analyze Elliott's objection to Berkshire merger agreement approval motion (.2); emails with M. Firestein re same (.2); emails with N. Luria, R. Nowitz and M. Cumbee re E-side committee's limited objection to Berkshire merger agreement approval motion, NextEra merger agreement termination fee issues (.2). | 1.60 | 1,680.00 |
| 08/10/17 | MAF | Review Elliott's objection to merger (.2); emails with P. Young re same (.2); review UCC opposition to merger agreement and termination fee (.2); review indenture trustee's and NextEra's opposition to debtor motion (.2). | 0.80 | 860.00 |
| 08/11/17 | MKT | Prepare for and participate in call re plan alternatives (.8); calls and emails with M. Firestein and P. Young re plan alternatives (.4). | 1.20 | 1,530.00 |
| 08/11/17 | PJY | Prepare for and participate in telephone conference with debtors' management and counsel and disinterested directors'/manager's counsel re alternative transaction (.6); follow-up telephone conferences and emails with M. Thomas re same, NextEra merger agreement termination fee allocation issues, open matters, status (.4); review and analyze Elliott's and debtors' letters to court re 8/21 contested evidentiary hearing on Berkshire merger agreement approval (.4); review and analyze re-notice of 8/21 Berkshire-Oncor merger agreement hearing (.1); review and analyze Berkshire announcement re additional supporters for Oncor transaction and report re same (.2); review and analyze PUCT's answer to NextEra's appeal re regulatory denial and report re same (.2). | 1.90 | 1,995.00 |
| 08/11/17 | MAF | Review correspondence on protocols to be followed at hearing on merger agreement (.2); telephone conference with M. Thomas and P. Young on hearing and disinterested director strategy in light of new plan developments (.3). | 0.50 | 537.50 |
| 08/14/17 | MKT | Review pleadings relating to certain BHE closing conditions. | 2.80 | 3,570.00 |

**ENERGY FUTURE HOLDINGS CORP.**                      **September 18, 2017**
Invoice No. 171500969                                              **Page 25**

**PLAN AND DISCLOSURE STATEMENT**
Client/Matter No. 26969.0015

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/14/17 | PJY | Review and analyze draft joint pretrial order memorializing court's rulings re 8/21 hearing protocols, proposed revisions to same (.3); emails with parties in interest re same (.2); prepare for 8/21 hearing re Berkshire merger agreement approval motion (.4); research TTI drag-along rights litigation (3.1); emails to M. Thomas re same (.2); emails with A. Terteryan and M. Rishel re transcript of hearing in same (.1); review and analyze same (.3); review and analyze certification of counsel re order on Elliott's motion to adjourn debtors' Berkshire merger agreement approval motion (.2). | 4.80 | 5,040.00 |
| 08/15/17 | MKT | Draft, review and respond to emails to and from Kirkland and P. Young re alternative plan issues (1.1); quick review of alternative bid and emails and calls with P. Young re same (1.4). | 2.50 | 3,187.50 |
| 08/15/17 | PJY | Review and analyze entered order on Elliott's motion to adjourn debtors' Berkshire re merger agreement approval motion (.1); emails with M. Kieselstein, C. Husnick and M. Thomas re transaction issues (.3); review and analyze certification of counsel re joint stipulated final pretrial order for 8/21 contested hearing on Berkshire merger agreement approval (.1); review and analyze re-notice of E-side disclosure statement, plan solicitation procedures motion hearings (.1); review and analyze revised proposed order approving E-side disclosure statement, plan solicitation procedures, notice of filing re same (.3); telephone conference and emails with M. Thomas re proposed alternative transaction (.5). | 1.40 | 1,470.00 |
| 08/16/17 | MKT | Review transaction documents received from new bidder (1.7); calls and emails with P. Young re same (.7); calls and emails with Kirkland re same (.8); draft memo to clients re same (.6); review proposed BHE approval order, emails re same (.3) and provide comments on same (.2); review draft reply in support of BHE approval motion (.3); review comments to and provide comments to same (.3); review correspondence from Elliott re holdings, BHE transaction and plan (1.1); emails and calls with P. Young re same and consider implications of same (1.1). | 7.10 | 9,052.50 |

**ENERGY FUTURE HOLDINGS CORP.**                          **September 18, 2017**
**Invoice No. 171500969**                                              **Page 26**

PLAN AND DISCLOSURE STATEMENT
Client/Matter No. 26969.0015

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 08/16/17 | PJY | Review and analyze proposed alternative transaction documents and correspondence re same (2.8); review and analyze entered joint stipulated final pretrial order for 8/21 contested hearing on Berkshire merger agreement approval (.1); review and analyze proposed revisions to draft proposed Berkshire merger agreement approval order (.2); review and analyze Berkshire merger agreement re same (.4); emails with debtors' and disinterested directors'/manager's counsel re same (.2); review and analyze Elliott's letter to C. Cremens re Berkshire merger transaction, debt holdings (.2); emails with M. Thomas re same, proposed alternative transaction documents, 8/21 hearing (.3); review and analyze debtors' reply to objections to Berkshire merger agreement approval motion, Berkshire joinder to same, declaration filed in connection therewith and report re same (1.0); review and analyze Elliott's and Sunrise Partners' notice of disapproval of Berkshire merger agreement and rejection of Berkshire plan and report re same (.2); review and analyze Berkshire press release re Oncor transaction offer and report re same (.2). | 5.60 | 5,880.00 |
| 08/16/17 | MAF | Review final pretrial order (.2); review debtor reply in support of merger agreement (.4); review notice of disapproval by creditors of BHE merger agreement (.2). | 0.80 | 860.00 |
| 08/17/17 | MKT | Numerous, lengthy calls, conferences and emails with P. Young, Kirkland and Jenner re potential options and alternatives (3.8); calls with clients re same (.8); prepare memo to client re same (.5); calls and emails with P. Young re same (.6). | 5.70 | 7,267.50 |
| 08/17/17 | PJY | Review and analyze proposed amendment to Berkshire merger agreement (.4); emails with debtors' and disinterested directors' / manager's counsel re same (.2); telephone conferences (several) and emails with M. Thomas re same, 8/21 hearing, plan re same, alternative transaction issues, open matters, open matters status (.9); review and analyze 8/21 agenda for hearing re Berkshire merger agreement (.2); research re alternative plan issues (3.9). | 5.60 | 5,880.00 |
| 08/18/17 | MKT | Analyze and draft memo re issues and options based upon new bid. | 1.40 | 1,785.00 |
| 08/18/17 | PJY | Review and analyze letter from Elliott to debtors' boards re alternative transaction and correspondence from alternative bidder to Elliott (.3); emails with parties in interest re same (.1); review and analyze objections to, and reservation of rights re, E-side plan disclosure statement and report re same (1.1); review and analyze press release re PUCT staff and stakeholders agreement to endorse Berkshire's Oncor acquisition and report re same (.3); prepare for 8/21 Berkshire merger agreement approval hearing (.6). | 2.40 | 2,520.00 |
| 08/18/17 | MAF | Telephone conference with M. McKane on hearing strategy (.3); review Sunrise objection, UMB objection, Elliott objection and NextEra objection to disclosure statement (.7). | 1.00 | 1,075.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **September 18, 2017**
Invoice No. 171500969                                                           **Page 27**

**PLAN AND DISCLOSURE STATEMENT**
Client/Matter No. 26969.0015

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/19/17 | MKT | Calls and conferences with Kirkland, Jenner, D. Evans and B. Williamson re issues and alternatives (1.6); analyze options and recommendations (.9). | 2.50 | 3,187.50 |
| 08/19/17 | PJY | Review and analyze latest draft amendment to Berkshire merger agreement (.3); emails with debtors' and disinterested directors' counsel re same (.4). | 0.70 | 735.00 |
| 08/19/17 | MAF | Prepare strategic comments on EFH hearing and discovery issues (.2); telephone conference with M. McKane on restructuring strategy relating to bidder B (.3). | 0.50 | 537.50 |
| 08/20/17 | MKT | Review revised Sempra deal documents (.9); conferences and emails with P. Young re same (.7). | 1.60 | 2,040.00 |
| 08/20/17 | PJY | Telephone conference with M. Thomas re alternative transactions update (.3); telephone conferences and emails with D. Evans, B. Williamson, M. Thomas and debtors' and disinterested directors' / manager's counsel re same, call re same (1.2); conferences with M. Thomas re same (.4); review and analyze latest draft amendment to Berkshire merger agreement, notice of filing of same, reports re same (.3); emails with M. Thomas re 8/21 hearing (.1); review and analyze bidder's revised draft merger agreement, Oncor letter agreement, plan, commitment letter and fee letter (1.9); emails with debtors' and disinterested directors' / manager's counsel re same (.2); review and analyze press release re Sempra transaction and reports re same (.2). | 4.60 | 4,830.00 |
| 08/20/17 | MAF | Review and prepare multiple strategic correspondence on plan issues (.2); review demonstratives for hearing (.1). | 0.30 | 322.50 |
| 08/21/17 | PJY | Review and analyze report re Elliott support of Sempra transaction (.1); review and analyze reports re court hearing (.2). | 0.30 | 315.00 |
| 08/21/17 | MAF | Review supplemental multiple submissions of evidence (.2); review amended plan documents (.2). | 0.40 | 430.00 |
| 08/22/17 | MKT | Review revised plan support agreement (.4) and email to P. Young re same (,4). | 0.80 | 1,020.00 |
| 08/22/17 | PJY | Telephone conference and emails with M. Firestein re status update (.3); emails with debtors' counsel re Sempra transaction plan support agreement (.2); review and analyze same (1.3); emails with M. Thomas re terms of same (.1); review and analyze NextEra's motion for transfer to court of appeals of PUCT's denial of regulatory approval determination and report re same (.5); review and analyze re-notice of disclosure statement hearing (.1). | 2.50 | 2,625.00 |
| 08/22/17 | MAF | Telephone conference with P. Young on status and strategy (.3); review revised motion papers on voting issues (.1). | 0.40 | 430.00 |
| 08/23/17 | MKT | Review and respond to numerous emails from Kirkland and Jenner re disclosure statement (1.0) and review pertinent language (.6); review letter from PUCT to Oncor (.2). | 1.80 | 2,295.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **September 18, 2017**
Invoice No. 171500969                                                              **Page 28**

**PLAN AND DISCLOSURE STATEMENT**
Client/Matter No. 26969.0015

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/23/17 | PJY | Review and analyze K. Anderson's letter to Oncor re PUCT 8/31 open meeting and report re same (.3); review and analyze amended and superseding order scheduling dates and deadlines and establishing protocols re plan confirmation (.3); emails with parties in interest re same (.2); emails with debtors' and disinterested directors'/manager's counsel re revised disclosure statement, NextEra query re reserving for termination fee (.3); research re same (.9); review and analyze amended and superseding motion to approve entry into Sempra merger agreement, termination fee and performance under PSA, declaration in support of same, report re same (.7); review and analyze amended plan and related disclosure statement, reports re same (1.6); review and analyze further revised proposed order approving disclosure statement and plan solicitation procedures (.4). | 4.70 | 4,935.00 |
| 08/23/17 | MAF | Review new post-plan pleadings. | 0.20 | 215.00 |
| 08/24/17 | MKT | Review motion to approve plan support agreement and revised disclosure statement (1.4); review memo from SOLIC re same (.2); review and respond to numerous emails from Jenner, Kirkland and P. Young re modified disclosure statement language and calls with Jenner and P. Young re same (1.7). | 3.30 | 4,207.50 |
| 08/24/17 | PJY | Telephone conference and emails with M. Thomas re revised disclosure statement, other 8/23 Sempra plan transaction filings, NextEra query re reserving for termination fee, NextEra termination fee allocation issues (.5); review and analyze further report re 8/23 Sempra plan transaction filings (.3); emails with debtors' and disinterested directors'/manager's counsel re revised disclosure statement, NextEra query re reserving for termination fee (.3); review and analyze certification of counsel re, and entered order, shortening notice of amended and superseding motion to approve entry into Sempra merger agreement, termination fee and performance under PSA, notice of hearing (.3); emails with N. Luria, R. Nowitz and M. Cumbee re revised disclosure statement (.3); further review and analyze portions of same (1.6). | 3.30 | 3,465.00 |
| 08/24/17 | NP | Compile binder of plan-related pleadings for M. Thomas. | 0.80 | 264.00 |
| 08/24/17 | MAF | Research new and review new scheduling order (.2); review new disclosure statement (.3); review new amended plan (.4). | 0.90 | 967.50 |
| 08/25/17 | MKT | Review and respond to emails from Kirkland, Jenner and P. Young re modified disclosure statement language (.5); review proposed revised scheduling order (.3). | 0.80 | 1,020.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    September 18, 2017
Invoice No. 171500969                                               Page 29

**PLAN AND DISCLOSURE STATEMENT**
Client/Matter No. 26969.0015

| Date | Attorney | Description | Hours | Amount |
|---|---|---|---|---|
| 08/25/17 | PJY | Review and analyze Sempra presentation re Oncor transaction and reports re same (.4); review and analyze proposed revisions to disclosure statement to address NextEra objection thereto (.3); emails with debtors' and disinterested directors' / manager's counsel re same (.2); review and analyze historical notes and correspondence re same (.8); review and analyze revised proposed plan confirmation scheduling order (.3); emails with parties in interest re same (.2). | 2.20 | 2,310.00 |
| 08/28/17 | PJY | Prepare for 9/6 disclosure statement and Sempra merger agreement approval motion hearings (.4); review and analyze certification of counsel re revised proposed plan confirmation scheduling order (.2); emails with debtors' and disinterested directors' / manager's counsel re proposed revisions to disclosure statement to address NextEra objection thereto (.2). | 0.80 | 840.00 |
| 08/29/17 | PJY | Review and analyze entered plan confirmation scheduling order. | 0.20 | 210.00 |
| 08/31/17 | MKT | Review PUCT hearing report. | 0.20 | 255.00 |
| 08/31/17 | PJY | Review and analyze agenda for PUCT open meeting re transactions issues (.2); prepare for and attend same by video conference (1.6); review and analyze report re same (.2); review and analyze EFH notes indenture trustee's reservation of rights re disclosure statement approval and report re same (.2). | 2.20 | 2,310.00 |
| 08/31/17 | MAF | Review new schedule order on plan. | 0.20 | 215.00 |

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| MARK K. THOMAS | 35.80 | 1,275.00 | 45,645.00 |
| MICHAEL A. FIRESTEIN | 6.50 | 1,075.00 | 6,987.50 |
| PETER J. YOUNG | 53.60 | 1,050.00 | 56,280.00 |
| **Total For Partner** | **95.90** | | **108,912.50** |
| NATASHA PETROV | 0.80 | 330.00 | 264.00 |
| **Total For Legal Assistant** | **0.80** | | **264.00** |

| **Professional Fees** | **96.70** | **$** | **109,176.50** |
|---|---|---|---|
| **Total this Matter** | | **$** | **109,176.50** |

**ENERGY FUTURE HOLDINGS CORP.**                                    **September 18, 2017**
**Invoice No. 171500969**                                                          **Page 30**

TAX
**Client/Matter No. 26969.0016**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/13/17 | PJY | Emails with S. Rosow re tax issues re alternative transactions. | 0.10 | 105.00 |
| 08/13/17 | SLR | Review P. Young's email re NOLS (.1); analyze NOL issues (.4); email R. Corn re NOL analysis (.1); review email re NOL analysis (.1). | 0.70 | 997.50 |
| 08/14/17 | RMC | Review tax issues with respect to potential merger. | 0.80 | 780.00 |
| 08/30/17 | MKT | Call with S. Rosow and P. Young re Vistra requested PLR (.6); review Vistra proposed PLR and emails to S. Rosow and P. Young re same (1.0). | 1.60 | 2,040.00 |
| 08/30/17 | PJY | Review and analyze Vistra's draft E&P IRS ruling request and correspondence re same (.8); telephone conferences and emails with M. Thomas and S. Rosow re same (.6); review and analyze merger agreements re supplemental tax rulings contemplated by current and former merger agreements (3.3); email to S. Rosow re same (.2). | 4.90 | 5,145.00 |
| 08/30/17 | RMC | Review draft PLR request re E&P allocation (2.0); review merger agreements for Berkshire and for Sempra (.7); review TMA to determine procedural restrictions imposed on the parties (.5). | 3.20 | 3,120.00 |
| 08/30/17 | SLR | Review M. Sexton's email re E&P ruling (.1); telephone conference with A. Sexton re ruling request (.3); review ruling request (.9); telephone conferences and emails with P. Young re same (.6). | 1.90 | 2,707.50 |
| 08/31/17 | MKT | Review E&P report and email to S. Rosow re same. | 0.80 | 1,020.00 |
| 08/31/17 | PJY | Telephone conference with R. Corn re Vistra's draft E&P IRS ruling request, transaction status (.4); research re same (.8); emails to M. Thomas and S. Rosow re proposed revisions to Vistra's draft E&P IRS ruling request (.1). | 1.30 | 1,365.00 |
| 08/31/17 | RMC | Review draft PLR request re E&P allocation (1.8); telephone conference with P. Young re same (.4); review merger agreements for Berkshire and for Sempra (.9). | 3.10 | 3,022.50 |
| 08/31/17 | SLR | Review M. Sexton's email re E&P ruling request (.1); review ruling request (.8); review regulations and alternatives (1.4); telephone conference with L. Arnaboldi re ruling request (.4); conference call with T. Mayes re E&P ruling request (.5). | 3.20 | 4,560.00 |

**ENERGY FUTURE HOLDINGS CORP.**                    September 18, 2017
Invoice No. 171500969                                          Page 31

**TAX**
**Client/Matter No. 26969.0016**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| MARK K. THOMAS | 2.40 | 1,275.00 | 3,060.00 |
| PETER J. YOUNG | 6.30 | 1,050.00 | 6,615.00 |
| RICHARD M. CORN | 7.10 | 975.00 | 6,922.50 |
| STUART L. ROSOW | 5.80 | 1,425.00 | 8,265.00 |
| **Total For Partner** | **21.60** | | **24,862.50** |
| **Professional Fees** | **21.60** | $ | **24,862.50** |
| **Total this Matter** | | $ | **24,862.50** |

**<u>Exhibit I</u>**

[Detailed Description of Expenses and Disbursements]

**ENERGY FUTURE HOLDINGS CORP.**                                                  **June 15, 2017**
**Invoice No. 171500689**                                                                **Page 22**

**EXPENSES**
**Client/Matter No. 26969.0019**

### Disbursements and Other Charges

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 05/01/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1Airport Limo O'Hare to Home | 75.00 |
| 05/01/2017 | Mark K. Thomas | Out Of Town Transportation-Uber Hotel to Dallas Airport | 75.00 |
| 05/01/2017 | Peter J. Young | Airplane-Los Angeles to New York 5/1-5/17 | 2,538.20 |
| 05/01/2017 | Peter J. Young | Airplane-GoGoAir Internet | 39.95 |
| 05/01/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber Home to LAX | 59.57 |
| 05/02/2017 | Peter J. Young | Out Of Town Transportation-Carey Limo JFK to Hotel | 100.00 |
| 05/02/2017 | Mark K. Thomas | Reproduction | 3.20 |
| 05/02/2017 | Mark K. Thomas | Reproduction | 0.90 |
| 05/03/2017 | Mark K. Thomas | Lodging-2 Nights New York | 1,000.00 |
| 05/03/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo Home to O'Hare | 75.00 |
| 05/03/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab LGA to Hotel | 50.00 |
| 05/03/2017 | Mark K. Thomas | Airplane-Chicago to/from New York 5/3-5/17 | 620.50 |
| 05/03/2017 | Mark K. Thomas | Airplane-Agent Fee | 35.00 |
| 05/03/2017 | Peter J. Young | Out Of Town Meals | 40.00 |
| 05/04/2017 | Mark K. Thomas | Out Of Town Meals-M. Thomas, P. Young and T. Horton | 120.00 |
| 05/05/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo O'Hare to Home | 75.00 |
| 05/05/2017 | Mark K. Thomas | Out Of Town Transportation-Uber Hotel to LGA | 66.72 |
| 05/05/2017 | Peter J. Young | Out Of Town Transportation-Carey Limo Hotel to JFK | 100.00 |
| 05/05/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab LAX to Home | 55.00 |
| 05/05/2017 | Peter J. Young | Lodging-4 Nights New York | 2,000.00 |
| 05/05/2017 | Peter J. Young | Airplane-GoGoAir Internet | 33.95 |
| 05/07/2017 | Peter J. Young | Airplane-Los Angeles to/from Chicago 5/7-9/17 | 1,314.20 |
| 05/07/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber Home to LAX | 76.47 |
| 05/07/2017 | Peter J. Young | Out Of Town Transportation-Cab O'Hare to Hotel | 65.00 |
| 05/07/2017 | Peter J. Young | Lodging-2 Nights Chicago | 600.00 |
| 05/07/2017 | Peter J. Young | Lodging-Internet | 15.00 |
| 05/09/2017 | Peter J. Young | Out Of Town Transportation-Uber Hotel to O'Hare | 75.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **June 15, 2017**
**Invoice No. 171500689**                                                 **Page 23**

**EXPENSES**
**Client/Matter No. 26969.0019**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|
| 05/09/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab LAX to Home | 55.00 |
| 05/09/2017 | Peter J. Young | Airplane-GoGoAir Internet | 26.95 |
| 05/09/2017 | Mark K. Thomas | Reproduction | 3.70 |
| 05/09/2017 | Mark K. Thomas | Reproduction | 6.70 |
| 05/12/2017 | Peter J. Young | Telephone-Court Call | 37.00 |
| 05/16/2017 | Jared Zajac | Reproduction | 0.40 |
| 05/16/2017 | Mark K. Thomas | Reproduction | 0.10 |
| 05/16/2017 | Mark K. Thomas | Reproduction | 4.10 |
| 05/17/2017 | Jared Zajac | Reproduction | 1.80 |
| 05/17/2017 | Jared Zajac | Reproduction | 1.20 |
| 05/18/2017 | Mark K. Thomas | Reproduction | 0.50 |
| 05/18/2017 | Mark K. Thomas | Reproduction | 12.70 |
| 05/19/2017 | Peter J. Young | Telephone-Court Call | 37.00 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 4.70 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 4.10 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 4.20 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 9.70 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 1.40 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 3.50 |
| 05/23/2017 | Mark K. Thomas | Reproduction | 9.00 |

**Disbursements and Other Charges**                          **$      9,532.41**

**ENERGY FUTURE HOLDINGS CORP.**                                    **July 11, 2017**
**Invoice No. 171500774**                                                      **Page 19**

**EXPENSES**
**Client/Matter No. 26969.0019**


**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 05/24/2017 | Jeff J. Marwil | Messenger/delivery | 24.75 |
| 05/24/2017 | Jeff J. Marwil | Messenger/delivery | 24.12 |
| 05/30/2017 | Jeff J. Marwil | Messenger/delivery | 21.18 |
| 05/30/2017 | Jeff J. Marwil | Messenger/delivery | 70.46 |
| 06/01/2017 | Mark K. Thomas | Reproduction | 3.90 |
| 06/01/2017 | Muhyung Lee | Lexis | 258.00 |
| 06/07/2017 | Mark K. Thomas | Reproduction | 24.60 |
| 06/12/2017 | Jared Zajac | Reproduction | 4.10 |
| 06/12/2017 | Jared Zajac | Reproduction | 2.10 |
| 06/12/2017 | Jared Zajac | Reproduction | 3.00 |
| 06/13/2017 | Jared Zajac | Reproduction | 0.40 |
| 06/13/2017 | Jared Zajac | Reproduction | 4.40 |
| 06/14/2017 | Jared Zajac | Reproduction | 0.30 |
| 06/15/2017 | Michele M. Reetz | Reproduction | 0.10 |
| 06/15/2017 | Mark K. Thomas | Reproduction | 4.20 |
| 06/16/2017 | Holly Morris | Westlaw | 3,220.00 |
| 06/19/2017 | Holly Morris | Westlaw | 125.00 |
| 06/23/2017 | Mark K. Thomas | Reproduction | 1.00 |
| 06/23/2017 | Mark K. Thomas | Reproduction | 3.40 |
| 06/26/2017 | Jared Zajac | Reproduction | 4.80 |
| 06/27/2017 | Jared Zajac | Reproduction | 1.80 |

**Disbursements and Other Charges**                          **$      3,801.61**

**ENERGY FUTURE HOLDINGS CORP.**                                    **August 15, 2017**
**Invoice No. 171500892**                                              **Page 24**

**EXPENSES**
**Client/Matter No. 26969.0019**

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 09/28/2016 | Jeff J. Marwil | Messenger/delivery | 15.65 |
| 09/28/2016 | Jeff J. Marwil | Messenger/delivery | 21.45 |
| 04/30/2017 | Jared Zajac | Other Database Research-Pacer | 2.70 |
| 04/30/2017 | Sherri Cupplo | Other Database Research-Pacer | 3.00 |
| 06/19/2017 | Mark K. Thomas | Airplane-In Air WiFi | 17.95 |
| 07/05/2017 | Mark K. Thomas | Reproduction | 3.10 |
| 07/05/2017 | Mark K. Thomas | Reproduction | 4.00 |
| 07/06/2017 | Peter J. Young | Telephone-Court Call | 30.00 |
| 07/10/2017 | Jared Zajac | Reproduction | 0.80 |
| 07/10/2017 | Jared Zajac | Reproduction | 0.40 |
| 07/11/2017 | Sean Sheridan | Reproduction | 0.80 |
| 07/11/2017 | Sean Sheridan | Reproduction | 13.40 |
| 07/11/2017 | Sean Sheridan | Reproduction | 3.30 |
| 07/11/2017 | Sean Sheridan | Reproduction | 13.60 |
| 07/11/2017 | Sean Sheridan | Reproduction | 1.90 |
| 07/11/2017 | Sean Sheridan | Reproduction | 9.90 |
| 07/11/2017 | Sean Sheridan | Reproduction | 13.90 |
| 07/11/2017 | Sean Sheridan | Reproduction | 7.90 |
| 07/11/2017 | Sean Sheridan | Reproduction | 9.20 |
| 07/12/2017 | Mark K. Thomas | Court Reporting Service-Court Call | 37.00 |
| 07/12/2017 | Peter J. Young | Telephone-Court Call | 44.00 |
| 07/18/2017 | Kimberly White | Reproduction | 2.70 |
| 07/18/2017 | Kimberly White | Reproduction | 10.50 |
| 07/18/2017 | Kimberly White | Reproduction | 2.20 |
| 07/19/2017 | Mark K. Thomas | Airplane-Chicago to/from Dallas | 481.38 |
| 07/19/2017 | Mark K. Thomas | Airplane-Agent Fee | 35.00 |
| 07/19/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from O'Hare to Home | 75.00 |
| 07/19/2017 | Mark K. Thomas | Out Of Town Transportation-Cab from Dallas Airport to Meeting | 75.00 |
| 07/19/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from home to O'Hare | 75.00 |
| 07/19/2017 | Mark K. Thomas | Out Of Town Transportation-Uber from Meeting to Dallas Airport | 97.00 |
| 07/20/2017 | Jared Zajac | Reproduction | 1.70 |
| 07/21/2017 | Mark K. Thomas | Reproduction | 5.00 |
| 07/21/2017 | Peter J. Young | Telephone-Court Call | 30.00 |
| 07/25/2017 | Mark K. Thomas | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 40.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **August 15, 2017**
**Invoice No. 171500892**                                                              **Page 25**

**EXPENSES**
**Client/Matter No. 26969.0019**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|
| 07/25/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-Cab to O'Hare | 55.00 |
| 07/25/2017 | Mark K. Thomas | Reproduction | 0.60 |
| 07/25/2017 | Mark K. Thomas | Reproduction | 1.20 |
| 07/25/2017 | Mark K. Thomas | Reproduction | 1.90 |
| 07/25/2017 | Mark K. Thomas | Reproduction | 1.30 |
| 07/25/2017 | Mark K. Thomas | Reproduction | 2.30 |
| 07/25/2017 | Mark K. Thomas | Airplane-Chicago to/from Philadelphia | 914.98 |
| 07/25/2017 | Mark K. Thomas | Airplane-Agent Fee | 35.00 |
| 07/25/2017 | Mark K. Thomas | Out Of Town Meals | 40.00 |
| 07/25/2017 | Mark K. Thomas | Out Of Town Meals | 35.70 |
| 07/25/2017 | Mark K. Thomas | Lodging-1 Night Philadelphia | 299.15 |
| 07/26/2017 | Mark K. Thomas | Out Of Town Transportation-Cary Limo from Philadelphia Hotel to Courthouse | 115.08 |
| 07/26/2017 | Mark K. Thomas | Out Of Town Transportation-Uber from Courthouse to Philadelphia Airport | 91.12 |
| 07/26/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo from O'Hare to Home | 75.00 |
| 07/26/2017 | Mark K. Thomas | Out Of Town Meals-M. Thomas, J. Huston and V. Lazar | 47.50 |
| 07/26/2017 | Peter J. Young | Telephone-Court Call | 212.00 |
| 07/27/2017 | Peter J. Young | Airplane-GoGo Air WiFi | 29.95 |
| 07/27/2017 | Paulette Lindo | Reproduction | 0.20 |
| 07/27/2017 | Paulette Lindo | Reproduction | 1.20 |
| 07/27/2017 | Paulette Lindo | Reproduction | 0.10 |
| 07/27/2017 | Paulette Lindo | Reproduction | 5.10 |
| 07/27/2017 | Paulette Lindo | Reproduction | 0.20 |

**Disbursements and Other Charges**                              **$      3,149.01**

**ENERGY FUTURE HOLDINGS CORP.**                    **September 18, 2017**
**Invoice No. 171500969**                                          **Page 32**

**EXPENSES**
**Client/Matter No. 26969.0019**

**Disbursements and Other Charges**

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 07/06/2017 | Natasha Petrov | Other Database Research-Pacer | 25.60 |
| 08/01/2017 | Mark K. Thomas | Reproduction | 0.20 |
| 08/01/2017 | Mark K. Thomas | Reproduction | 0.40 |
| 08/01/2017 | Mark K. Thomas | Reproduction | 4.20 |
| 08/01/2017 | Mark K. Thomas | Reproduction | 2.70 |
| 08/02/2017 | Kimberly White | Reproduction | 0.40 |
| 08/03/2017 | Mark K. Thomas | Reproduction | 14.20 |
| 08/03/2017 | Mark K. Thomas | Reproduction | 0.10 |
| 08/03/2017 | Mark K. Thomas | Reproduction | 0.30 |
| 08/04/2017 | Mark K. Thomas | Reproduction | 3.20 |
| 08/04/2017 | Mark K. Thomas | Reproduction | 3.10 |
| 08/04/2017 | Mark K. Thomas | Reproduction | 3.10 |
| 08/04/2017 | Mark K. Thomas | Reproduction | 3.30 |
| 08/04/2017 | Kimberly White | Reproduction | 73.20 |
| 08/04/2017 | Kimberly White | Reproduction | 0.40 |
| 08/04/2017 | Kimberly White | Reproduction | 4.40 |
| 08/06/2017 | Peter J. Young | Airplane-8/6-8/17 Los Angeles to/from Chicago | 934.20 |
| 08/06/2017 | Peter J. Young | Airplane-WiFi | 19.00 |
| 08/06/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber Home to LAX | 70.97 |
| 08/06/2017 | Peter J. Young | Out Of Town Transportation-Cab O'Hare to Hotel | 55.00 |
| 08/06/2017 | Peter J. Young | Lodging-2 Nights Chicago | 600.00 |
| 08/07/2017 | Peter J. Young | Out Of Town Meals | 7.24 |
| 08/07/2017 | Peter J. Young | Out Of Town Meals-P. Young and M. Thomas | 44.91 |
| 08/07/2017 | Peter J. Young | Out Of Town Meals-P. Young and J. Stillings | 80.00 |
| 08/07/2017 | Peter J. Young | Out Of Town Transportation-Cab from Hotel to Chicago Office | 10.00 |
| 08/07/2017 | Peter J. Young | Out Of Town Transportation-Cab from Chicago Office to Hotel | 10.00 |
| 08/08/2017 | Peter J. Young | Out Of Town Transportation-Uber from LAX to Home | 90.98 |
| 08/08/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from Hotel to O'Hare | 50.00 |
| 08/08/2017 | Peter J. Young | Airplane-WiFi | 26.95 |
| 08/08/2017 | Mark K. Thomas | Reproduction | 2.20 |
| 08/08/2017 | Mark K. Thomas | Reproduction | 0.10 |
| 08/09/2017 | Mark K. Thomas | Lodging-1 Night New York | 500.00 |
| 08/09/2017 | Mark K. Thomas | Out Of Town Meals | 40.00 |

**ENERGY FUTURE HOLDINGS CORP.**                          **September 18, 2017**
**Invoice No. 171500969**                                              **Page 33**

**EXPENSES**
**Client/Matter No. 26969.0019**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|
| 08/09/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1Airport Limo from Home to O'Hare | 75.00 |
| 08/09/2017 | Mark K. Thomas | Out Of Town Transportation-Cab from LaGuardia to Hotel | 55.00 |
| 08/09/2017 | Mark K. Thomas | Airplane-8/9-10/17 Chicago to/from New York | 605.70 |
| 08/09/2017 | Peter J. Young | Airplane-8/9-11/17 Los Angeles to/from New York | 2,548.20 |
| 08/09/2017 | Peter J. Young | Airplane-WiFi | 39.95 |
| 08/09/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from Home to LAX | 77.21 |
| 08/09/2017 | Peter J. Young | Lodging-2 Nights New York | 1,000.00 |
| 08/09/2017 | Peter J. Young | Out Of Town Meals | 40.00 |
| 08/10/2017 | Peter J. Young | Out Of Town Transportation-Umber in New York | 53.88 |
| 08/10/2017 | Mark K. Thomas | Taxicab/car Svc.-XYZ Car Service from New York Office to LaGuardia | 57.36 |
| 08/10/2017 | Peter J. Young | Out Of Town Meals-P. Young and G. Richards | 80.00 |
| 08/10/2017 | Mark K. Thomas | Airplane-Agent Service Fees | 105.00 |
| 08/10/2017 | Mark K. Thomas | Out Of Town Transportation-Cab to New York Office | 20.00 |
| 08/10/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo Service from O'Hare to Home | 75.00 |
| 08/10/2017 | Mark K. Thomas | Out Of Town Meals-M. Thomas, P. Young and J. Allen | 120.00 |
| 08/11/2017 | Mark K. Thomas | Reproduction | 12.10 |
| 08/11/2017 | Mark K. Thomas | Reproduction | 3.90 |
| 08/11/2017 | Michael A. Firestein | Telephone-CourtCall | 30.00 |
| 08/11/2017 | Peter J. Young | Airplane-WiFi | 33.95 |
| 08/11/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from LAX to Home | 55.00 |
| 08/11/2017 | Peter J. Young | Out Of Town Meals | 19.27 |
| 08/11/2017 | Michael A. Firestein | Telephone-CourtCall Supplemental Fee | 37.00 |
| 08/11/2017 | Peter J. Young | Taxicab/car Svc.-XYZ Car Service to JFK | 82.42 |
| 08/14/2017 | Mark K. Thomas | Reproduction | 1.60 |
| 08/14/2017 | Mark K. Thomas | Reproduction | 1.20 |
| 08/14/2017 | Mark K. Thomas | Reproduction | 1.10 |
| 08/14/2017 | Mark K. Thomas | Reproduction | 1.80 |
| 08/14/2017 | Mark K. Thomas | Reproduction | 2.50 |
| 08/14/2017 | Mark K. Thomas | Reproduction | 1.30 |
| 08/14/2017 | Mark K. Thomas | Reproduction | 1.70 |

**ENERGY FUTURE HOLDINGS CORP.**                     **September 18, 2017**
**Invoice No. 171500969**                                              **Page 34**

**EXPENSES**
**Client/Matter No. 26969.0019**

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|
| 08/16/2017 | Mark K. Thomas | Airplane-gent Service Fee | 70.00 |
| 08/16/2017 | Mark K. Thomas | Reproduction | 1.60 |
| 08/16/2017 | Mark K. Thomas | Reproduction | 0.50 |
| 08/16/2017 | Mark K. Thomas | Reproduction | 0.90 |
| 08/16/2017 | Mark K. Thomas | Reproduction | 4.50 |
| 08/16/2017 | Mark K. Thomas | Reproduction | 4.80 |
| 08/16/2017 | Mark K. Thomas | Reproduction | 5.10 |
| 08/16/2017 | Mark K. Thomas | Reproduction | 3.10 |
| 08/16/2017 | Paulette Lindo | Reproduction | 7.60 |
| 08/17/2017 | Mark K. Thomas | Court Reporting Service-Court Call | 37.00 |
| 08/18/2017 | Mark K. Thomas | Reproduction | 4.90 |
| 08/18/2017 | Mark K. Thomas | Reproduction | 5.30 |
| 08/18/2017 | Peter J. Young | Airplane-8/18-21/17 Los Angeles to Chicago to Philadelphia to Los Angeles | 1,827.00 |
| 08/18/2017 | Michael A. Firestein | Telephone-CourtCall Supplemental Charge | 7.00 |
| 08/18/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Uber from Home to LAX | 77.05 |
| 08/20/2017 | Peter J. Young | Out Of Town Transportation-Cab from Philadelphia Airport to Hotel | 35.00 |
| 08/20/2017 | Peter J. Young | Lodging-1 Night Philadelphia | 300.00 |
| 08/20/2017 | Mark K. Thomas | Airplane-8/20-21/17 Chicago to/from Philadelphia | 929.32 |
| 08/20/2017 | Peter J. Young | Airplane-WiFi | 16.95 |
| 08/20/2017 | Mark K. Thomas | Lodging-1 Night Philadelphia | 300.00 |
| 08/20/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo Service from Home to O'Hare | 75.00 |
| 08/21/2017 | Mark K. Thomas | Taxi, Carfare, Mileage and Parking-A1 Airport Limo Service from O'Hare to Home | 75.00 |
| 08/21/2017 | Mark K. Thomas | Out Of Town Meals | 19.44 |
| 08/21/2017 | Peter J. Young | Airplane-WiFi | 29.95 |
| 08/21/2017 | Kimberly White | Reproduction | 0.30 |
| 08/21/2017 | Peter J. Young | Out Of Town Transportation-Cab from Wilmington to Philadelphia Airport | 110.00 |
| 08/21/2017 | Peter J. Young | Taxi, Carfare, Mileage and Parking-Cab from LAX to Home | 45.00 |
| 08/21/2017 | Peter J. Young | Out Of Town Transportation-Carey Car Service from Philadelphia to Wilmington | 115.08 |
| 08/21/2017 | Peter J. Young | Other Disbursements-Cash Gratuities | 20.00 |
| 08/22/2017 | Mark K. Thomas | Reproduction | 3.20 |
| 08/22/2017 | Mark K. Thomas | Reproduction | 2.80 |

**ENERGY FUTURE HOLDINGS CORP.**                              September 18, 2017
Invoice No. 171500969                                                    Page 35

**EXPENSES**
**Client/Matter No. 26969.0019**

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 08/22/2017 | Mark K. Thomas | Reproduction | 0.30 |
| 08/22/2017 | Kimberly White | Reproduction | 0.40 |
| 08/23/2017 | Jared Zajac | Reproduction | 1.80 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.10 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.20 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.10 |
| 08/24/2017 | Shirley Brown | Reproduction | 13.60 |
| 08/24/2017 | Shirley Brown | Reproduction | 9.30 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.50 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.10 |
| 08/24/2017 | Shirley Brown | Reproduction | 1.50 |
| 08/24/2017 | Shirley Brown | Reproduction | 1.10 |
| 08/24/2017 | Kimberly White | Reproduction | 1.30 |
| 08/24/2017 | Shirley Brown | Reproduction | 1.10 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.50 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.20 |
| 08/24/2017 | Shirley Brown | Reproduction | 3.00 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.50 |
| 08/24/2017 | Shirley Brown | Reproduction | 5.50 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.20 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.10 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.10 |
| 08/24/2017 | Shirley Brown | Reproduction | 1.20 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.10 |
| 08/24/2017 | Shirley Brown | Reproduction | 4.20 |
| 08/24/2017 | Shirley Brown | Reproduction | 2.10 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.10 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.80 |
| 08/24/2017 | Shirley Brown | Reproduction | 9.60 |
| 08/24/2017 | Shirley Brown | Reproduction | 0.50 |
| 08/24/2017 | Michael A. Firestein | Telephone-CourtCall | 60.00 |
| 08/24/2017 | Peter J. Young | Airplane-WiFi | 29.95 |
| 08/24/2017 | Mark K. Thomas | Court Reporting Service-CourtCall | 37.00 |
| 08/27/2017 | Peter J. Young | Airplane-WiFi | 7.50 |
| 08/30/2017 | Mark K. Thomas | Reproduction | 4.80 |
| 08/30/2017 | Mark K. Thomas | Reproduction | 0.50 |

**Disbursements and Other Charges**                     **$      12,250.73**