# Exhibit A

## Satisfied Claims

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | MITCHELL COUNTY TAX OFFICE ATTN: SYLVIA CLANTON, TAX ASSESSOR COLLECTOR 438 E 2ND ST COLORADO CITY, TX 79512 | | No Debtor Asserted | 11/28/2016 | 37768 | $1,862.46 | Claim included post-petition amounts, which were paid in the ordinary course of business.  Paid via check number 1010079839 on 02/08/2017. |
| 2 | RC FACILITY SERVICES LLC 11132 ALLEN LANE TERRELL, TX 75161 | 14-10979 (CSS) | Energy Future Holdings Corp. | 06/30/2014 | S2019176724 | $5,711.90 | Claim satisfied through filed claim number 7556 |
| | | | | | TOTAL | $7,574.36 | |