# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## SUPPLEMENTAL DECLARATION OF THOMAS KILKENNY IN CONNECTION WITH THE DEBTORS' RETENTION AND EMPLOYMENT OF DELOITTE & TOUCHE LLP AS INDEPENDENT AUDITOR

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, Thomas Kilkenny, under penalty of perjury, declares as follows:

1. I am a partner of the firm of Deloitte & Touche LLP ("**Deloitte & Touche**"). I am duly authorized to make and submit this fifth supplemental declaration (the "**Supplemental Declaration**") on behalf of Deloitte & Touche in accordance with section 327(a) of title 11 of the United States Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedures in connection with the retention and employment of Deloitte & Touche as independent auditor to the above-captioned debtors and debtors in possession (the "**Debtors**"), so authorized by order of this Court, dated October 29, 2014 [D.I. 2617] (the "**Retention Order**").

2. The statements set forth in this Supplemental Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

ordinary course of business that were reviewed by me or other personnel of Deloitte & Touche or its affiliates.

3. As discussed in paragraph 9 of the declaration of Randy Stokx (the "**Original Declaration**") submitted in support of the Debtors' application [D.I. 656] (the "**Application**") for entry of the Retention Order, Deloitte & Touche stated that as additional material information was discovered, Deloitte & Touche would supplement the Original Declaration.[2] The disclosures set forth below are subject to the statements and qualifications made in the Original Declaration, which are incorporated herein by reference.

4. Accordingly, by this Supplemental Declaration, I am providing the following supplemental information in connection with Deloitte & Touche's retention and services as independent auditor of the Debtors.

5. It is my understanding that Deloitte & Touche is the independent auditor of Sempra Energy, the prospective purchaser of Debtors' equity in Oncor. In its capacity as independent auditor, Deloitte & Touche is providing, and/or may in the future provide, auditing services and accounting and related advice with respect to such matters that arise from Sempra Energy's contractual arrangement with the Debtors.

Dated: October 18, 2017

By: _____
Thomas Kilkenny
Partner
Deloitte & Touche LLP

SUSAN MANESS
OFFICIAL NOTARY PUBLIC
COMMISSION EXPIRES
04-20-2019

State of Texas   County of Dallas
Sworn to and subscribed before me this 18
day of October, 20 17
_____ Notary Public

---

[2] In further support of and in connection with the Debtors' Application for entry of the Retention Order and to supplement certain disclosures included in the Original Declaration, Deloitte & Touche submitted several supplemental declarations (*see* D.I. 2580, 7210, 8592, and 10616).

2