# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) ) ) | (Jointly Administered) |

**AFFIDAVIT OF PUBLICATION OF TOUSSAINT HUTCHINSON OF NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN AND <u>RELATED VOTING AND OBJECTION DEADLINES IN USA TODAY</u>**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.



## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Toussaint Hutchinson says that he is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: on **Monday, September 25, 2017**, the following legal advertisement – **In re: Energy Future Holdings** – was published in the national edition of **USA TODAY**.

*[signature]*
Principal Clerk of USA TODAY
September 28, 2017

This _28th_ day of _September_ month _2017_ year.

*[signature]* Robin Sue Purcell
Notary Public
Commission expires
31 October 2019

*[Notary Seal: ROBIN SUE PURCELL, NOTARY PUBLIC, MY COMMISSION NUMBER 7630258, COMMONWEALTH OF VIRGINIA]*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE

)  Chapter 11
ENERGY FUTURE HOLDINGS CORP., et al.,  )  Case No. 14-10979 (CSS)
        Debtors.  )  Jointly Administered

### NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11 PLAN AND RELATED VOTING AND OBJECTION DEADLINES

PLEASE TAKE NOTICE THAT, on September 6, 2017, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order [D.I. 11870] (the "EFH Disclosure Statement Order"): (a) authorizing Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"), Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "EFH/EFIH Debtors") to solicit acceptances to the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11887] (as may be modified, amended, or supplemented from time to time, the "Plan");[3] (b) approving the *Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, including all exhibits and schedules thereto [D.I. 11889] (as may be modified, amended, or supplemented from time to time, the "EFH Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages; (d) approving procedures for soliciting, receiving and tabulating votes on the Plan; and (e) establishing notice and objection procedures for confirmation of the Plan.

PLEASE TAKE FURTHER NOTICE THAT the hearing at which the Court will consider Confirmation of the Plan (the "EFH Confirmation Hearing") will commence at **a time and date to be determined**, before The Honorable Christopher S. Sontchi, in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, Fifth Floor, Courtroom 6, Wilmington, Delaware 19801. Upon such time that the EFH Confirmation Hearing is scheduled, a supplemental notice of hearing shall be provided, in accordance with the EFH Disclosure Statement Order.

**PLEASE BE ADVISED**: THE EFH CONFIRMATION HEARING MAY BE CONTINUED FROM TIME TO TIME BY THE COURT OR THE EFH/EFIH DEBTORS *WITHOUT FURTHER NOTICE* OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE COURT AND SERVED ON ALL PARTIES ENTITLED TO NOTICE.

### CRITICAL INFORMATION REGARDING VOTING ON THE PLAN

**Voting Record Date.** The voting record date is **September 6, 2017** (the "Voting Record Date"), which was the date for determining which holders of Claims or Interests, as applicable, against the EFH/EFIH Debtors in Classes A4, A5, A6, A7, A8, A9, A10, A11, B5, and B6 are entitled to vote on the Plan.

**Voting Deadline.** The deadline for voting on the Plan is **4:00 p.m. (prevailing Eastern Time) on October 30, 2017** (the "Voting Deadline"). If you received a Solicitation Package, including a Ballot and intend to vote on the Plan you **must**: (a) follow the instructions carefully; (b) complete all of the required information on the ballot; and (c) execute and return your completed Ballot according to and as set forth in detail in the voting instructions so that it is **actually received** by the EFH/EFIH Debtors' solicitation agent, Epiq Bankruptcy Solutions, LLC (the "Solicitation Agent") on or before the Voting Deadline. **Failing to follow such instructions may disqualify your vote.**

### CRITICAL INFORMATION REGARDING OBJECTING TO THE PLAN

ARTICLE VIII OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND **ARTICLE VIII.D. CONTAINS A THIRD-PARTY RELEASE**. THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.

**Plan Objection Deadline.** The deadline for filing preliminary objections to the Plan is **October 30, 2017** (the "Preliminary Plan Objection Deadline"); the deadline to file final objections to the Plan will be determined at a later date, but in no event shall such objection deadline occur later than **December 19, 2017** (the "Final Plan Objection Deadline"). Only those parties who file an objection to the Plan on or before the Preliminary Plan Objection Deadline shall be permitted to file a final objection to the Plan, unless otherwise ordered by the Bankruptcy Court. All objections to the relief sought at the EFH Confirmation Hearing must: (a) be in writing; (b) conform to the Bankruptcy Rules, the Local Rules, and any orders of the Court; (c) state, with particularity, the legal and factual basis for the objection and, if practicable, a proposed modification to the Plan (or related materials) that would resolve such objection; and (d) be filed with the Court (contemporaneously with a proof of service) and served upon the following parties so as to be **actually received** on or before the Preliminary Plan Objection Deadline and the Final Plan Objection Deadline, as applicable: *Co-Counsel to the Debtors*: **KIRKLAND & ELLIS LLP**, Attn: Edward O. Sassower, P.C., Attn: Stephen E. Hessler, P.C., Attn: Brian E. Schartz, Esq., Attn: Aparna Yenamandra, Esq., 601 Lexington Avenue, New York, NY 10022; Attn: James H.M. Sprayregen, P.C., Attn: Marc Kieselstein, P.C., Attn: Chad J. Husnick, P.C., Attn: Steven N. Serajeddini, Esq., 300 North LaSalle, Chicago, IL 60654 -and- **RICHARDS, LAYTON & FINGER, P.A.**, Attn: Mark D. Collins, Esq., Attn: Daniel J. DeFranceschi, Esq., Attn: Jason M. Madron, Esq., 920 North King Street, Wilmington, DE 19801. *Co-Counsel to Energy Future Holdings Corp.*: **PROSKAUER ROSE LLP**, Attn: Mark K Thomas, Esq., Attn: Peter J. Young, Esq., Three First National Plaza, 70 W. Madison Street, Suite 3800, Chicago, IL 60602 -and- **BIELLI & KLAUDER, LLP**, Attn: David M. Klauder, Esq., 1204 N. King Street, Wilmington, DE 19801. *Co-Counsel to Energy Future Intermediate Holding Company LLC*: **CRAVATH, SWAIN, & MOORE LLP**, Attn: Michael A Paskin, Esq., Worldwide Plaza, 825 Eighth Ave., New York, NY 10019-7475; **JENNER & BLOCK LLP**, Attn: Richard Levin, Esq., 919 Third Ave., New York, NY 10022-3908 -and- **STEVENS & LEE, P.C.**, Attn: Joseph H. Huston, Jr., 919 Market Street, Suite 1300, Wilmington, DE 19801. **THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE**, Attn: Richard L. Schepacarter, Esq., Attn: Andrea B. Schwartz, Esq., 844 King Street, Suite 2207, Wilmington, DE 19801. *Co-Counsel to the EFH Creditors' Committee*: **SULLIVAN & CROMWELL LLP**, Attn: Andrew G. Dietderich, Esq., Attn: Brian D. Glueckstein, Esq., Attn: Michael H. Torkin, Esq., 125 Broad Street, New York, NY 10004 -and- **MONTGOMERY, MCCRACKEN, WALKER, & RHOADS LLP**, Attn: Natalie D. Ramsey, Esq., Attn: Davis Lee Wright, Esq., Attn: Mark A. Fink, Esq., 1105 N. Market Street, 15th Floor, Wilmington, DE 19801.

### ADDITIONAL INFORMATION

**Obtaining Solicitation Materials.** The materials in the Solicitation Package are intended to be self-explanatory. If you should have any questions or if you would like to obtain additional solicitation materials (or paper copies of solicitation materials if you received a CD-ROM), please feel free to contact the Debtors' Solicitation Agent, by: (a) calling the Debtors' restructuring hotline at (877) 276-7311; (b) visiting the Debtors' restructuring website at: http://www.efhcaseinfo.com; and/or (c) email to efhvote@epiqsystems.com and reference "EFH/EFIH" in the subject line. You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov. Please be advised that the Solicitation Agent is authorized to answer questions about, and provide additional copies of, solicitation materials, but may **not** advise you as to whether you should vote to accept or reject the Plan.

**Filing the Plan Supplement.** The Debtors will file the Plan Supplement (as defined in the Plan) no later than **October 20, 2017**, or such later date as may be approved by the Bankruptcy Court and will serve notice on all holders of Claims and Interests entitled to vote on the Plan, which will: (a) inform parties that the Debtors filed the Plan Supplement; (b) list the information contained in the Plan Supplement; and (c) explain how parties may obtain copies of the Plan Supplement.

### BINDING NATURE OF THE PLAN:

IF CONFIRMED, THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS AGAINST THE EFH/EFIH DEBTORS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM IN THE CHAPTER 11 CASES OR FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN OR VOTED TO REJECT THE PLAN.

Dated:    September 11, 2017    Wilmington, Delaware    /s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**, Mark D. Collins (No. 2981), Daniel J. DeFranceschi (No. 2732), Jason M. Madron (No. 4431), 920 North King Street, Wilmington, Delaware 19801, Email: collins@rlf.com, defranceschi@rlf.com, madron@rlf.com -and- **KIRKLAND & ELLIS LLP, KIRKLAND & ELLIS INTERNATIONAL LLP**, Edward O. Sassower, P.C. (admitted *pro hac vice*), Stephen E. Hessler, P.C. (admitted *pro hac vice*), Brian E. Schartz (admitted *pro hac vice*), Aparna Yenamandra (admitted *pro hac vice*), 601 Lexington Avenue, New York, New York 10022-4611, Email: edward.sassower@kirkland.com, stephen.hessler@kirkland.com, brian.schartz@kirkland.com, aparna.yenamandra@kirkland.com -and- James H.M. Sprayregen, P.C. (admitted *pro hac vice*), Marc Kieselstein, P.C. (admitted *pro hac vice*), Chad J. Husnick, P.C. (admitted *pro hac vice*), Steven N. Serajeddini (admitted *pro hac vice*), 300 North LaSalle, Chicago, Illinois 60654, Email: james.sprayregen@kirkland.com, marc.kieselstein@kirkland.com, chad.husnick@kirkland.com, steven.serajeddini@kirkland.com. *Co-Counsel to the Debtors and Debtors in Possession*

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

[3] Capitalized terms not otherwise defined herein shall have the same meanings set forth in the Plan.