## EXHIBIT A

**DECLARATION OF MICHAEL PASKIN**

=

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**DECLARATION OF MICHAEL PASKIN IN SUPPORT OF THE NINTH**
**INTERIM FEE APPLICATION OF CRAVATH, SWAINE & MOORE LLP,**
**INDEPENDENT COUNSEL FOR ENERGY FUTURE INTERMEDIATE HOLDING**
**COMPANY LLC FOR MAY 1, 2017 THROUGH AUGUST 31, 2017**

I, Michael Paskin, declare under penalty of perjury as follows:

1.      I am a partner in the firm of Cravath, Swaine & Moore LLP ("**Cravath**"), with an office located at Worldwide Plaza, 825 Eighth Avenue, New York, NY 10019, and have been duly admitted to practice law in the State of New York.

2.      I am the lead attorney from Cravath working on the EFIH chapter 11 case. I am authorized to submit this Declaration in support of the Ninth Interim Fee Application of Cravath, Swaine & Moore LLP as Independent Counsel to Energy Future Intermediate Holding Company LLC For The Period May 1, 2017 Through August 31, 2017 (the "**Fee Application**"). Except as otherwise noted, I have personal knowledge of the matters set forth in this Declaration.

3.      I have read the Fee Application. The statements contained in the Fee Application are true and correct according to the best of my knowledge, information and belief. I believe that the Fee Application complies with Local Bankruptcy Rules 2016-1 and 2016-2.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

=

4.      I certify:

(a)      To the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Fee Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions.

(b)      The fees and disbursements sought in the Fee Application are billed at rates Cravath customarily employs and Cravath clients generally accept.

(c)      None of the professionals seeking compensation varied their hourly rate based on the geographic location of the EFIH case.

(d)      Cravath is not seeking compensation for this Fee Period for time spent reviewing or revising time records or preparing, reviewing, or revising invoices. Cravath regularly revises its time records for privileged and confidential information and accordingly did not spend any additional time reviewing time records to redact such privileged or confidential information.

(e)      Cravath does not make a profit on costs or expenses for which it seeks reimbursement, whether the service is performed by Cravath in-house or through a third party.

(f)      In accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between Cravath and any other person for the sharing of compensation to be received in connection with the above cases except as authorized by the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules.

(g)      All services for which compensation is sought were professional services rendered on behalf of EFIH and not on behalf of any other person.

I declare under penalty of perjury as provided in 28 U.S.C. § 1746 that the foregoing is true and correct according to the best of my knowledge, information and belief.

Dated: October 18, 2017

/s/      Michael Paskin
Michael Paskin

10/19/2017 SL1 1489351v1 109285.00005

2612845.2