**EXHIBIT D**

**Summary of Cravath, Swaine & Moore LLP Blended Hourly Rates**
**(Customary And Comparable Compensation Disclosures)**

| Timekeeper Category | Blended Hourly Rate ||
| --- | --- | --- |
| | **Worked and Billed in 2016** (excluding Restructuring lawyers) | **Billed in this Fee Application** |
| Partners | $1,161 | $1,300.00 |
| Associates | $654 | $721.82 |
| Litigation Tech Specialist | $224 | $355.00 |
| Total | $708 | $1,081.22 |

Case Name:           Energy Future Intermediate Holding Company LLC
Case Number:         14-10979 (CSS)
Applicant's Name:    Cravath, Swaine & Moore LLP
Date of Application: October 18, 2017
Interim or Final:    Interim

2612845.2

=