**<u>EXHIBIT E</u>**

**Summary of Cravath, Swaine & Moore LLP Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Philip Gelston** | Partner | 1979 | Corporate | 1,300 | 151.40 | 189,280.00 |
| **Andrew Needham** | Partner | 1995 | Tax | 1,300 | 13.00 | 16,900.00 |
| | | | | | | |
| **A. Wein** | Associate | 2011 | Corporate | 850 | 34.70 | 29,495.00 |
| **G. Kleeman** | Associate | 2014 | Corporate | 770 | 17.60 | 13,552.00 |
| **Lillian Bond** | Associate | 2016 | Corporate | 675 | 27.60 | 18,630.00 |
| **T. Nguyen** | Associate | 2017 | Corporate | 560 | 19.50 | 10,920.00 |
| | | | | | | |
| **M. Kraus** | Litigation Tech Specialist | n/a | Litigation support | 355 | 1.5 | 532.50 |
| | | | | | | |
| **TOTAL** | | | | | **265.30** | **$279,309.50** |

=