## EXHIBIT F

### Summary of Cravath, Swaine & Moore LLP Expenses

| Service Description | Amount |
|---|---:|
| CLIENT BUSINESS TRANSPORTATION | $ 155.85 |
| OTHER DATABASE RESEARCH | $ 115.18 |
| CONF. CALL/VOICE/DATA | $ 34.48 |
| GROUND TRANSPORTATION | $ 12.52 |
| TRAVEL | $ 1,165.11 |
| MISCELLANEOUS | $ 21.98 |
| BUSINESS MEALS | $ 54.00 |
| **TOTAL** | **$ 1,559.12** |

2612845.2