# EXHIBIT G

## Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Description | Total Billed Hours | | Total Fees |
|---|---:|---|---:|
| Plan and Disclosure | 253.70 | $ | 271,769.50 |
| Non-working Travel | 11.60 | $ | 7,540.00 |
| **TOTAL** | **265.30** | **$** | **279,309.50** |

2612845.2