# EXHIBIT H

## Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| **11205-003-May** | 5/1/2017 | Gelston, P A | Partner | 5.40 | Review Board package (1.8); director workshop/bankruptcy paths conference call (3.6). |
| **11205-003-May** | 5/4/2017 | Gelston, P A | Partner | 0.10 | E-Mail with C. Cremens concerning EFH Teach-in" (0.1)." |
| **11205-003-May** | 5/5/2017 | Gelston, P A | Partner | 0.80 | Reviewed PUCT Advocacy plan deck (0.8). |
| **11205-003-May** | 5/8/2017 | Gelston, P A | Partner | 0.80 | Reviewed board meeting materials on BoardVantage (0.8). |
| **11205-003-May** | 5/10/2017 | Gelston, P A | Partner | 1.20 | Joint Board call (1.2). |
| **11205-003-May** | 5/12/2017 | Gelston, P A | Partner | 0.90 | E-Mails with C. Cremens and R. Levin concerning Elliott article (0.3) participated by telephone in Joint board meeting (0.6). |
| **11205-003-May** | 5/15/2017 | Gelston, P A | Partner | 0.20 | E-Mail with R. Levin concerning EFIH debtholders (0.2). |
| **11205-003-May** | 5/16/2017 | Gelston, P A | Partner | 0.60 | Joint board call (0.6). |
| **11205-003-May** | 5/18/2017 | Gelston, P A | Partner | 0.30 | Joint board meeting conference call (0.3). |
| **11205-003-May** | 5/25/2017 | Gelston, P A | Partner | 0.80 | E-Mail exchange with C. Cremens, R. Levin and M. Kieselstein concerning EFH Board update (0.8). |
| **11205-003-May** | 5/26/2017 | Gelston, P A | Partner | 0.30 | E-Mail exchange with R. Levin concerning board update (0.3). |
| **11205-003-June** | 6/1/2017 | Gelston, P A | Partner | 0.80 | E-Mail with R. Levin concerning Elliott developments (0.8). |
| **11205-003-June** | 6/2/2017 | Gelston, P A | Partner | 1.70 | Telephone call with R. Levin (0.6); Joint Board Meeting call (1.1). |
| **11205-003-June** | 6/5/2017 | Gelston, P A | Partner | 0.20 | E-Mail with C. Cremens (0.2). |
| **11205-003-June** | 6/7/2017 | Gelston, P A | Partner | 0.20 | E-Mail with A. Wright concerning PUCT update (0.2). |
| **11205-003-June** | 6/8/2017 | Gelston, P A | Partner | 1.20 | E-Mail with D. Prager and R. Levin concerning break-up fee analysis (0.4); Email with T. Raulf-Pick; reviewed board materials (0.8). |
| **11205-003-June** | 6/9/2017 | Gelston, P A | Partner | 1.20 | Review break-up fee analysis (1.2). |
| **11205-003-June** | 6/12/2017 | Gelston, P A | Partner | 0.80 | E-Mail with R. Levin and D. Prager concerning Elliott discussions (0.8). |
| **11205-003-June** | 6/13/2017 | Gelston, P A | Partner | 0.60 | E-Mail exchange with R. Levin and D. Prager concerning break-up fee analysis and asbestos claim (0.6). |
| **11205-003-June** | 6/15/2017 | Gelston, P A | Partner | 2.90 | Reviewed Elliott financial analysis (0.8); Elliott proposal conference call with R. Levin and D. Prager (0.9); Analyzed Elliot term shet (1.2). |
| **11205-003-June** | 6/16/2017 | Gelston, P A | Partner | 2.50 | E-Mail exchange with A. Needham, R. Levin, D. Prager and C. Cremens concerning EFH termination fee (0.6); EFIH Breakup fee allocation conference call (0.7); Joint Board call (1.2). |

## EXHIBIT H-Continued

## Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| **11205-003-June** | 6/18/2017 | Needham, A | Partner | 1.20 | Email corr w/ R. Levin & P. Gelston re EFH standalone plan and related tax issues, attn to related tax issues. |
| **11205-003-June** | 6/18/2017 | Gelston, P A | Partner | 0.50 | E-Mail exchange with R. Levin and A. Needham concerning deconsolidation questions (0.2); Email exchange with R. Levin concerning EFH termination fee (0.3). |
| **11205-003-June** | 6/19/2017 | Needham, A | Partner | 1.60 | Correspondence w/ K&E re EFH standalone plan and related tax issues, follow up w/ Jenner & Block re same. |
| **11205-003-June** | 6/19/2017 | Wein, Allison | Associate | 6.30 | Call with team re: termination fee (.5); review history of negotiations and board materials re: break fee and triggers and emails with Gelston re same (5.8). |
| **11205-003-June** | 6/19/2017 | Gelston, P A | Partner | 1.90 | Email exchange with R. Levin and A. Needham concerning deconsolodation (0.2); email exchange with R. Levin concerning EFIH termination fee (0.3); email exchange with R. Levin and D. Prager concerning break up fee (0.2); email exchange with A. Wein concerning restructuring update (0.2); Termination fee conference call with R. Levin and D. Prager (0.6); Telephone calls with R. Levin and A. Wein concerning termination fee (0.4). |
| **11205-003-June** | 6/20/2017 | Gelston, P A | Partner | 0.80 | Research on termination fee history (0.8). |
| **11205-003-June** | 6/21/2017 | Gelston, P A | Partner | 2.60 | Review board presentation (1.2); Joint Board meeting (1.1); Telephone calls with R. Levin concerning Board meeting (0.3). |
| **11205-003-June** | 6/21/2017 | Wein, Allison | Associate | 2.20 | Board call and follow up with Levin (1.2); follow up re: break fee amount and triggers and review of K&E pre signing deck (1.0). |
| **11205-003-June** | 6/22/2017 | Gelston, P A | Partner | 1.20 | Further investigation of termination fee history (1.2). |
| **11205-003-June** | 6/23/2017 | Gelston, P A | Partner | 2.10 | Conference call with Jenner, Goldin and Cremens concerning termination fee allocation and follow-up email exchanges (1.3); reviewed Elliot termsheet (0.8). |
| **11205-003-June** | 6/23/2017 | Wein, Allison | Associate | 0.50 | Telephone call re: EFIH termination fee allocation. |
| **11205-003-June** | 6/28/2017 | Gelston, P A | Partner | 0.30 | E-Mail exchange with C. Cremens and V. Lazar concerning EFIH update (0.3). |
| **11205-003-June** | 6/29/2017 | Wein, Allison | Associate | 1.50 | Meeting with Elliott re: EFIH (1.0); emails with R. Levin re: Elliott meeting and positions (.5). |
| **11205-003-June** | 6/29/2017 | Gelston, P A | Partner | 0.50 | E-Mail exchange with A. Wein, R. Levin, P. Keglevic and K. Bhavaraju concerning allocation issues (0.2); email exchange with A. Wright; reviewed Commissioner Anderson memo (0.3). |
| **11205-003-June** | 6/30/2017 | Gelston, P A | Partner | 2.30 | Review Board presentation (1.1); participate in Joint Board meeting (1.2). |
| **11205-003-June** | 6/30/2017 | Wein, Allison | Associate | 1.50 | Board call (1.0); update call with Gelston (.6). |

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| **11205-003-July** | 7/2/2017 | Gelston, P A | Partner | 2.20 | Reviewed BHE Merger Agreement, Plan of Reorganization and Oncor Letter Agreement (2.2). |
| **11205-003-July** | 7/3/2017 | Gelston, P A | Partner | 1.80 | E-Mail with R. Levin concerning DDA drafts (0.2); reviewed drafts of BHE documents (1.6). |
| **11205-003-July** | 7/3/2017 | Needham, A | Partner | 1.70 | Review of comments from K&E on draft merger agreement from BHE, review of draft plan of reorganization. |
| **11205-003-July** | 7/4/2017 | Gelston, P A | Partner | 0.60 | Reviewed draft resolutions (0.6). |
| **11205-003-July** | 7/5/2017 | Wein, Allison | Associate | 1.00 | Termination fee discussion(.5); comments on resolutions(.5). |
| **11205-003-July** | 7/5/2017 | Gelston, P A | Partner | 3.00 | Telephone calls with R. Levin concerning BHE (0.3); termination fee discussion conference call with C. Cremens (0.8); reviewed revised BHE drafts (1.6); prepared resolution comments (0.3). |
| **11205-003-July** | 7/5/2017 | Needham, A | Partner | 1.70 | Review of revised drafts of BHE merger agreement and plan of reorganization, corr w/ R. Levin, P. Gelston re same. |
| **11205-003-July** | 7/6/2017 | Gelston, P A | Partner | 4.90 | Further review and analysis of BHE drafts (2.1) Review board materials (1.2); participate in telephonic board meeting (1.6). |
| **11205-003-July** | 7/6/2017 | Wein, Allison | Associate | 1.50 | Board call (1.5) |
| **11205-003-July** | 7/7/2017 | Gelston, P A | Partner | 1.00 | Reviewed EFH NEE PSA termination letter (0.3); reviewed fee allocations and interest savings analysis (0.4); email exchange with R. Levin concerning EFH/EFIH cash distribution definition (0.3). |
| **11205-003-July** | 7/11/2017 | Gelston, P A | Partner | 1.60 | E-Mail exchange with C. Cremens, R. Levin and A. Yenamandra concerning Elliott letter, Recovery Waterfall and Rate Case Sensitivities; reviewed Elliott letter, Recovery Waterfall and Rate Case Sensitivities. |
| **11205-003-July** | 7/12/2017 | Wein, Allison | Associate | 1.50 | Call with Levin and Goldin re: allocation issues (.5); discuss with Tim re: research request(.7); follow up with K&E(.3) |
| **11205-003-July** | 7/12/2017 | Gelston, P A | Partner | 1.80 | Attention to expense allocation issues, including email exchange with R. Levin (0.3); reviewed interim fee allocations (0.3); email exchange with A. Wein concerning board slides (0.2); Allocation Issues conference call (1.0). |
| **11205-003-July** | 7/12/2017 | Nguyen, Timothy | Associate | 5.50 | Review EFH/EFIH onboarding materials; Review NEE/BHE merger agreements; Review EFIH board materials; Review EFH/EFIH court transcripts. |
| **11205-003-July** | 7/13/2017 | Gelston, P A | Partner | 0.40 | E-Mail exchange with R. Levin concerning Elliott meeting (0.2); email exchange with D. Prager concerning Evercore response; reviewed professional fee budget and expert report of T. Vasquez (0.2). |
| **11205-003-July** | 7/13/2017 | Nguyen, Timothy | Associate | 2.00 | Review EFH/EFIH onboarding materials; Review EFH/EFIH court transcripts. |

**EXHIBIT H-Continued**

**Detailed Time Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| **11205-003-July** | 7/14/2017 | Wein, Allison | Associate | 1.00 | Board call. |
| **11205-003-July** | 7/14/2017 | Nguyen, Timothy | Associate | 7.00 | Draft NEE/BHE merger agreement summary. |
| **11205-003-July** | 7/14/2017 | Gelston, P A | Partner | 2.70 | Joint Board teleconference (0.8); email exchange and telephone calls with R. Levin concerning EFH/EFIH cash forecasts and Elliott meeting (0.6); reviewed Elliott analysis (1.3). |
| **11205-003-July** | 7/15/2017 | Gelston, P A | Partner | 0.50 | E-Mail with R. Levin concerning cash forecasts. |
| **11205-003-July** | 7/16/2017 | Gelston, P A | Partner | 0.30 | Reviewed NEE-BHE proposals for allocations. |
| **11205-003-July** | 7/16/2017 | Nguyen, Timothy | Associate | 5.00 | Revise NEE/BHE merger agreement summary. |
| **11205-003-July** | 7/16/2017 | Wein, Allison | Associate | 2.00 | Review Tim's note re BHE history and questions re same and revise note. |
| **11205-003-July** | 7/17/2017 | Gelston, P A | Partner | 1.60 | E-Mail exchange with R. Levin, C. Husnick and A. Wein concerning asbestos escrow release/insurance (0.4); email exchange with C. Cremens concerning Elliott analysis (0.4); reviewed termination fee letter (0.8). |
| **11205-003-July** | 7/18/2017 | Gelston, P A | Partner | 1.40 | E-Mail exchange with R. Levin, D. Prager and G. Galardi concerning allocation issues (0.6); review allocation issues memo (0.8). |
| **11205-003-July** | 7/19/2017 | Wein, Allison | Associate | 1.30 | Review memo from Levin and review Tim's memo (.5); call with Levin and Goldin re: allocations (.8). |
| **11205-003-July** | 7/19/2017 | Gelston, P A | Partner | 1.10 | E-Mail exchange with R. Levin; reviewed allocation memo (0.3); Allocation discussion conference call (0.8). |
| **11205-003-July** | 7/20/2017 | Gelston, P A | Partner | 2.30 | Participated on telephonic joint board meeting (1.1); expense allocations conference call (0.9); email exchange with R. Levin and D. Prager concerning upcoming meetings (0.3). |
| **11205-003-July** | 7/21/2017 | Gelston, P A | Partner | 2.30 | Attendance at Elliott meeting and follow-up (2.3). |
| **11205-003-July** | 7/23/2017 | Gelston, P A | Partner | 0.40 | E-Mail exchange with R. Levin concerning C. Cremens deposition (0.2); reviewed deposition notices (0.2). |
| **11205-003-July** | 7/26/2017 | Gelston, P A | Partner | 0.20 | E-Mail exchange with R. Levin concerning Elliott (0.2). |
| **11205-003-July** | 7/27/2017 | Gelston, P A | Partner | 0.80 | Review EFIH recovery analysis (0.8). |
| **11205-003-July** | 7/28/2017 | Gelston, P A | Partner | 2.40 | E-Mail exchange with R. Levin and C. Cremens concerning Elliott depositions (0.3); Joint Board meeting conference call (0.9); reviewed board deck (1.2). |
| **11205-003-July** | 7/31/2017 | Gelston, P A | Partner | 1.80 | Review Elliott Funds motion to reconsider (1.8). |
| **11205-003-August** | 8/1/2017 | Wein, Allison | Associate | 0.50 | Discuss fiduciary out with Phil and review EFH/BHE merger agreement re: same. |
| **11205-003-August** | 8/1/2017 | Gelston, P A | Partner | 0.80 | E-Mail exchange with R. Levin and A. Wein fiduciary out exercise ability (0.8). |

**EXHIBIT H-Continued**

## Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| **11205-003-August** | 8/2/2017 | Gelston, P A | Partner | 1.30 | E-Mail exchange with R. Levin and A. Needham; reviewed Tax Matters Agreement (0.5)reviewed Board minutes (0.8). |
| **11205-003-August** | 8/2/2017 | Needham, A | Partner | 2.20 | Correspondence w/ K&E re current plan, review of TMA, drafted email to R. Levin @ Jenner & Block re consequences of foreclosure. |
| **11205-003-August** | 8/3/2017 | Gelston, P A | Partner | 0.90 | E-Mail exchange with R. Levin concerning NextEra Adversary Proceeding (0.3); Reviewed joint board minutes (0.6). |
| **11205-003-August** | 8/3/2017 | Needham, A | Partner | 1.40 | Follow up on current E side plan, review of Berkshire merger agreement. |
| **11205-003-August** | 8/4/2017 | Gelston, P A | Partner | 4.90 | Attendance at litigation planning meeting at Kirkland & Ellis (3.1); reviewed BHE documents (1.8). |
| **11205-003-August** | 8/6/2017 | Gelston, P A | Partner | 3.10 | E-Mail exchange with R. Levin and V. Lazar concerning deposition preparation; reviewed deposition schedule (0.3); prep for meeting in Chicago by reviewing materials including EFH/EFIH allocation issues memo; T. Vasques expert report; EFH/EFIH liquidity forecast and professional fee budget (2.8). |
| **11205-003-August** | 8/7/2017 | Gelston, P A | Partner | 4.20 | Meeting with Proskauer concerning expense allocation (2.1); review of Elliott proposed agreements (2.1). |
| **11205-009-August** | 8/7/2017 | Gelston, P A | Partner | 6.30 | Travel to and from Chicago. |
| **11205-003-August** | 8/8/2017 | Wein, Allison | Associate | 0.80 | Meet with Phil re: Elliot bid and discuss same with Lillian (0.5); review Elliot merger agreement comparison from Lillian (.3). |
| **11205-003-August** | 8/8/2017 | Bond, Lillian | Associate | 2.50 | Review of TWC merger agreement |
| **11205-003-August** | 8/8/2017 | Gelston, P A | Partner | 4.60 | Attend deposition prep for D. Prager at Jenner & Block (2.8); email exchange with D. Prager and R. Levin concerning EFH Analyses and reviewed Analyses (1.8). |
| **11205-003-August** | 8/9/2017 | Gelston, P A | Partner | 3.90 | Reviewed material changes to BHE merger agreement (0.8); Participated on Joint board telephonic meeting (1.2); reviewed Oncor management presentation (0.9); email exchange with R. Levin concerning C. Cremens deposition (0.2); reviewed Elliott Funds' Objection to Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee and media coverage (0.8). |
| **11205-003-August** | 8/9/2017 | Kraus, M | Lit Tech Manager/Specialist | 1.50 | Attention to - Research and answer A. Larkin's questions regarding the production documents and general case information for matter 11205-001. |

**EXHIBIT H-Continued**

## Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| **11205-003-August** | 8/9/2017 | Wein, Allison | Associate | 0.40 | Email to Lillian re: comments on Elliot agreement comparison. |
| **11205-003-August** | 8/10/2017 | Gelston, P A | Partner | 1.80 | E-Mail exchange with R. Levin concerning Regulatory (0.2); email exchange with V. Lazar concerning Ying deposition and C. Cremens deposition preparation (0.4); prepared for C. Cremens deposition preparation (1.2). |
| **11205-003-August** | 8/11/2017 | Bond, Lillian | Associate | 1.00 | EFIH board call |
| **11205-003-August** | 8/11/2017 | Gelston, P A | Partner | 8.30 | Attendance at D. Prager deposition (4.2); attendance at C. Cremens deposition preparation (1.8); telephone call with A. Calder concerning new proposal (0.5); call with KE and Management re new proposal (1.8). |
| **11205-003-August** | 8/11/2017 | Wein, Allison | Associate | 2.50 | Attendance at prager deposition (1.5); board call (1.0). |
| **11205-003-August** | 8/12/2017 | Gelston, P A | Partner | 0.60 | E-Mail exchange with A. Calder and R. Levin concerning S transaction. |
| **11205-003-August** | 8/14/2017 | Gelston, P A | Partner | 0.20 | E-Mail exchange with R. Levin, D. Prager concerning EFH Allocation negotiation (0.2). |
| **11205-003-August** | 8/14/2017 | Wein, Allison | Associate | 1.80 | Goodman deposition (1.0); cremens deposition prep (.8). |
| **11205-003-August** | 8/15/2017 | Wein, Allison | Associate | 0.80 | Discuss comparison of Sempra bid and summary of termination fee triggers with Lillian. |
| **11205-003-August** | 8/15/2017 | Needham, A | Partner | 2.10 | Attention to questions from R. Levin re tax consequences of future foreclosure, review of current E side plan, review of prepetition TSA, corr w/ R. Levin re same. |
| **11205-003-August** | 8/15/2017 | Gelston, P A | Partner | 4.20 | Participated in C. Cremens deposition (4.2). |
| **11205-003-August** | 8/16/2017 | Needham, A | Partner | 1.10 | Draft of email to R. Levin re tax consequences of future foreclosure, review of current E side plan and prepetition TSA. |
| **11205-003-August** | 8/16/2017 | Bond, Lillian | Associate | 8.50 | Drafting/revising termination metrix summary comparing termination rights and fees between the Berkshire and Sempra merger agreements |
| **11205-003-August** | 8/16/2017 | Kleeman, Gabriella | Associate | 6.50 | Email with P. Gelston re: fee triggers (0.2); Emails with L. Bond re: Matrix (0.2); Telephone call with L. Bond re: Termination Matrix (0.3); Discussion with A. Wein and L. Bond re: bankruptcy and bidding background/timeline and tasks (0.4); Review of BHE and Sempra merger agreements (1.9); Review of Termination Matrix (0.4); Revising Termination Matrix (2.0); Prep of high level issues list (1.1). |

**EXHIBIT H-Continued**

## Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| **11205-003-August** | 8/16/2017 | Wein, Allison | Associate | 3.40 | Discuss status and termination fee comparison with Gelston, Lillian and Gabi (.5); review summary of Sempra/BHE MA from Gabi (1.1); comments on termination fee matrix (1.8). |
| **11205-003-August** | 8/16/2017 | Gelston, P A | Partner | 5.90 | E-Mail exchange with R. Levin concerning C. Cremens' testimony (0.3); reviewed EFH/BHE Approval Reply (0.4); reviewed letter to Cremens concerning the proposed transaction (0.4); reviewed BHE/Sempra merger agreements comparison (0.8); negotiations with Sempra (2.1); meeting at KE concerning Elliott purchases (1.9). |
| **11205-003-August** | 8/17/2017 | Wein, Allison | Associate | 4.20 | Rosenbloom deposition (1.7); review and comments on termination fee matrix (2.5). |
| **11205-003-August** | 8/17/2017 | Bond, Lillian | Associate | 5.30 | Conference call with Charles Cremens Rich Levin, Phil Gelston, Gabi Kleeman and Vincent Lazor (2.0); review of Berkshire amendment to merger agreement (.8); drafting/revising termination and termination fee matrix (2.5) |
| **11205-003-August** | 8/17/2017 | Gelston, P A | Partner | 5.00 | Reveiwed merger agreement amendment and termination fee matrix (1.1); Oncor Regulatory update conference call (1.2); Email exchange with R. Levin and C. Cremens concerning regulatory issues (0.3); reviewed joint board minutes (0.6); reviewed board materials (1.8). |
| **11205-003-August** | 8/17/2017 | Kleeman, Gabriella | Associate | 3.40 | Emails with A. Wein and P. Gelston re: Matrix and amendment to merger agreement (0.2); Telephone call with L. Bond re: Matrix (0.1); Conference call with P. Gelston, R. Levin and C. Cremens re: new developments and board vote (2.0); Review of amendment to merger agreement (0.6); Revising Termination Matrix (0.5). |
| **11205-003-August** | 8/18/2017 | Gelston, P A | Partner | 4.80 | E-Mail exchange with V. Lazar concerning J. Rosenbaum testimony (0.2); reviewed Wood and Rosenbaum deposition designations (0.8); reviewed Elliott letter to the Board (0.8) BHE/Sempra issues conference call with C. Cremens (1.2); Joint Board meeting conference call (1.8). |
| **11205-003-August** | 8/18/2017 | Kleeman, Gabriella | Associate | 2.20 | Emails with L. Bond and P. Gelston (0.3); Telephone call with L. Bond re: EFIH merger options and weekend expectations (0.3); Conference call with EFIH recap and recent events (1.6). |
| **11205-003-August** | 8/18/2017 | Bond, Lillian | Associate | 2.00 | Conference call with Chuck Cremens, Phil Gelston and Vincent Lazor before board meeting (1.0) and after board meeting (1.0) |
| **11205-003-August** | 8/19/2017 | Gelston, P A | Partner | 4.20 | Reviewed merger BHE agreement amendment (0.8); reviewed D. Ying, T. Horton, C. Cremens and P. Keglevic declarations (0.8); participated by telephone on Keglevic deposition and deposition summary email (2.6). |

**EXHIBIT H-Continued**

## Detailed Time Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| **11205-003-August** | 8/19/2017 | Bond, Lillian | Associate | 4.50 | Review of amendment no. 2 to the Berkshire merger agreement (3.5); drafting/revising termination matrix (1.0) |
| **11205-003-August** | 8/19/2017 | Kleeman, Gabriella | Associate | 2.60 | Emails with L. Bond and P. Gelston re: amendment and Matrix (0.2); Review of high level summary of amendment no. 2 to BHE merger agreement (1.6) and Matrix re: termination fees (0.8). |
| **11205-003-August** | 8/20/2017 | Bond, Lillian | Associate | 3.80 | Review of Berkshire final amendments 1 and 2 to merger agreement and August 20 draft of Sempra merger agreement (2.75); drafting/revising termination matrix (1.0) |
| **11205-003-August** | 8/20/2017 | Kleeman, Gabriella | Associate | 2.90 | Emails with L. Bond re: Sempra merger agreement (0.2) and re: BHE filed amendments (0.1); Telephone call with L. Bond re: BHE amendments (0.4); Review of Termination Matrix (0.1), BHE filed amendment (0.7) and Sempra agreement (0.4); Revising summary of BHE amendments (0.5), summary of Sempra revised agreement (0.4) and Termination Matrix (0.1). |
| **11205-003-August** | 8/20/2017 | Gelston, P A | Partner | 8.40 | Reviewed board materials (0.8); reviewed BHE merger agreement amendments summary (0.4); reviewed Sempra merger agreement, Oncor letter agreement, plan of reorganization, commitment and fee letters (2.1); Email exchange with C. Cremens concerning reverse break fee (0.3); EFH/EFIH DD conference call (1.1); Joint Board call (1.6); Coordination conference call with KE and DDAs (1.2); meeting with C. Cremens on developments (0.9). |
| **11205-009-August** | 8/20/2017 | Gelston, P A | Partner | 2.70 | Travel to Delaware (2.7). |
| **11205-003-August** | 8/21/2017 | Gelston, P A | Partner | 1.30 | Reviewed board meeting update (0.2); meetin with R. Levin concerning hearing (1.1). |
| **11205-009-August** | 8/21/2017 | Gelston, P A | Partner | 2.60 | Travel to New York (2.6). |
| **11205-003-August** | 8/23/2017 | Gelston, P A | Partner | 0.60 | Telephone call with R. Levin concerning developments (0.6). |
| | | | | **265.30** | |