## **EXHIBIT I**

## **Detailed Expense Records for Cravath, Swaine & Moore LLP**

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 11205-003-May | 5/31/2017 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 6.86 | Public Document Retrieval - Pacer |
| 11205-003-June | 6/30/2017 | Larkin, Alexandra | OTHER DATABASE RESEARCH | 3.81 | Public Document Retrieval - Pacer |
| 11205-003-June | 6/30/2017 | Wein, Allison | CONF. CALL/VOICE/DATA | 4.48 | Conferece call by Allison Wein |
| 11205-003-July | 7/12/2017 | Nguyen, Timothy | GROUND TRANSPORTATION | 8.00 | TAXI Local TRIP PURPOSE: Review onramping materials CITIES VISITED: New York RptID: 010018934342 |
| 11205-003-July | 7/14/2017 | Nguyen, Timothy | GROUND TRANSPORTATION | 4.52 | TAXI Local TRIP PURPOSE: Project Bobtail - Review notices and consents EFIH - Review NEE/BHE proposals CITIES VISITED: New York RptID: 010018974772 |
| 11205-003-July | 7/31/2017 | Nguyen, Timothy | OTHER DATABASE RESEARCH | 20.14 | Public Document Retrieval - Pacer |
| 11205-003-July | 7/31/2017 | Del Giorno, J | OTHER DATABASE RESEARCH | 0.54 | Public Document Retrieval - Pacer |
| 11205-003-July | 7/31/2017 | Nguyen, Timothy | OTHER DATABASE RESEARCH | 82.96 | Public Document Retrieval - Pacer |
| 11205-003-August | 8/7/2017 | Gelston, P A | TRAVEL | 430.40 | ROUND TRIP AIRFARE CITIES VISITED: Chicago, Illinois ,TICKET NO: 1016-8643747260 TRIP PURPOSE: Attend meeting RptID: 010019400781 |
| 11205-003-August | 8/7/2017 | Gelston, P A | MISCELLANEOUS | 9.99 | INTERNET,  TRIP PURPOSE: Attend meeting CITIES VISITED: Chicago, Illinois RptID: 010019418485 |
| 11205-003-August | 8/7/2017 | Gelston, P A | MISCELLANEOUS | 11.99 | INTERNET,  TRIP PURPOSE: Attend meetings CITIES VISITED: Chicago, Illinois RptID: 010019457550 |
| 11205-003-August | 8/7/2017 | Gelston, P A | TRAVEL | 116.51 | TAXI Out of Town TRIP PURPOSE: Attend meeting CITIES VISITED: Chicago, Illinois RptID: 010019418485 |
| 11205-003-August | 8/7/2017 | Gelston, P A | TRAVEL | 58.20 | TAXI Out of Town TRIP PURPOSE: Attend meeting CITIES VISITED: Chicago, Illinois RptID: 010019418485 |
| 11205-003-August | 8/11/2017 | Kaplan, K | CONF. CALL/VOICE/DATA | 30.00 | TELEPHONE,  TRIP PURPOSE: Courtcall 14-10979 for P. Gelston 8/11/17 10am CITIES VISITED: DE RptID: 010019339966 |
| 11205-003-August | 8/11/2017 | Gelston, P A | CLIENT BUSINESS TRANSPORTATION | 95.25 | BLS Limousine Service (USA) - Newark Airport |
| 11205-003-August | 8/14/2017 | Wein, Allison | CLIENT BUSINESS TRANSPORTATION | 11.76 | TAXI Local TRIP PURPOSE: Client meeting (taxi back to office). CITIES VISITED: New York RptID: 010019689469 |
| 11205-003-August | 8/14/2017 | Wein, Allison | CLIENT BUSINESS TRANSPORTATION | 15.95 | TAXI Local TRIP PURPOSE: Document review (taxi to client meeting). CITIES VISITED: New York RptID: 010019689469 |
| 11205-003-August | 8/17/2017 | Gelston, P A | CLIENT BUSINESS TRANSPORTATION | 32.89 | TAXI Local TRIP PURPOSE: conference calls RptID: 010019663179 |
| 11205-003-August | 8/20/2017 | Gelston, P A | BUSINESS MEALS | 7.00 | MEALS: HOTEL - MEALS OTHER BUSINESS PURPOSE: Attend meetings VENUE: Hotel DuPont CITIES VISITED: Wilmington, DE ATTENDEES CRAVATH: Philip Gelston, Philip Gelston RptID: 010019663179 |
| 11205-003-August | 8/20/2017 | Gelston, P A | BUSINESS MEALS | 7.00 | MEALS: HOTEL - MEALS OTHER BUSINESS PURPOSE: Attend meetings VENUE: Hotel DuPont CITIES VISITED: Wilmington, DE ATTENDEES CRAVATH: Philip Gelston, Philip Gelston RptID: 010019663179 |
| 11205-003-August | 8/20/2017 | Gelston, P A | BUSINESS MEALS | 40.00 | MEALS: HOTEL - DINNER BUSINESS PURPOSE: Attend meetings VENUE: The Green Room CITIES VISITED: Wilmington, DE ATTENDEES CRAVATH: Philip Gelston, Philip |

2612845.2

=

# EXHIBIT I-Continued

## Detailed Expense Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| | | | | | Gelston RptID: 010019663179 |
| 11205-003-August | 8/20/2017 | Gelston, P A | TRAVEL | 210.00 | ROUND TRIP RAIL TRAVEL CITIES VISITED: Wilmington, Delaware ,TICKET NO: 2300650606322 TRIP PURPOSE: Attend meetings  RptID: 010019663179 |
| 11205-003-August | 8/20/2017 | Gelston, P A | TRAVEL | 350.00 | LODGING Hotel DuPont TRIP PURPOSE: Attend meetings CITIES VISITED: Wilmington, DE RptID: 010019663179 |
| 11205-003-August | 8/31/2017 | Del Giorno, J | OTHER DATABASE RESEARCH | 0.87 | Public Document Retrieval - Pacer |
| | | | Total | $1,559.12 | |

2