# EXHIBIT J

## Monthly Budgets for Cravath, Swaine & Moore LLP

2612845.2

919 THIRD AVENUE  NEW YORK  NEW YORK  10022-3908                          JENNER&BLOCK LLP

June 26, 2017

Richard Levin
Tel  +1 212 891 1601
rlevin@jenner.com

VIA EMAIL
PRIVILEGED AND CONFIDENTIAL

Andrew M. Wright
Executive Vice President and General Counsel
Energy Future Intermediate Holdings
Company LLC
Energy Plaza
1601 Bryan Street, 43rd Floor
Dallas, TX 75201

Re:    Budget And Staffing Plan for Cravath, Swaine & Moore, May - August 2017

Dear Andrew:

On behalf of Cravath, Swaine & Moore, this letter and attachments present the budget and staffing plan for Cravath, Swaine & Moore, as independent counsel for Energy Future Intermediate Holding Company LLC for the Matters listed below for the period May 1 through August 31, 2017 (the "**Budget Period**"), for your review and approval.

- Exhibit A sets forth the proposed aggregate budget for each of the Matters Cravath anticipates working on during the Budget Period;

- Exhibit B sets forth the proposed aggregate staffing plan for each of the Matters Cravath anticipates working on during the Budget Period;

- Exhibits C set forth the proposed staffing plan for each of the Matters Cravath anticipates working on during the Budget Period.

Exhibits A and B, as approved, after redaction to exclude any sensitive or privileged information, will be attached as an exhibit to the fee application that Cravath files with the Court for the Budget Period. Exhibit C will not be filed with Cravath's fee application.

Budgets and staffing plans are speculative, particularly in a large chapter 11 case, which commonly involves conflicting interests of diverse and numerous constituents. Cravath reserves the right to seek payment for all of its fees and expenses incurred in accordance with the terms of the engagement letter effective as of November 16, 2014 between you and Cravath,

Swaine & Moore (the "**Engagement**"). Your acceptance of the budget and staffing plan is without prejudice to you and your need for legal services, whether known or unknown at the beginning of the Budget Period. You and Cravath recognize and agree that the budget and the staffing plan set forth in this letter and attachments do not impair or impede any party's rights with respect to the Engagement, including any right under the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Rules for the District of Delaware, or any other applicable state or federal law.

Sincerely,

*Richard Levin*

AuthorTitle


cc: Charles H. Cremens (w/enclosures)
      Brady C. Williamson (w/enclosures other than Exhibit C)

**Exhibit A**

**Aggregate Budget for All Matter Categories**
**for the Period May 1 through August 31, 2017**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
(Cravath, Swaine & Moore)

**May - August 2017 Fee Period**

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 1 | Chapter 11 General and Administrative | 0 | $0 |
| 2 | Governance | 0 | $0 |
| 3 | Plan and Disclosure Statement | 150 | $160,625 |
| 4 | Intercompany Claims | 0 | $0 |
| 5 | Tax Issues | 0 | $0 |
| 6 | Oncor Sale Process | 0 | $0 |
| 7 | Financing | 0 | $0 |
| 8 | Employment and Fee Applications | 0 | $0 |
| 9 | Non-Working Travel | 20 | $26,000 |
| 10 | Claims Litigation | 0 | $0 |
| | **Total** | **170** | **$186,625** |

**May-17**

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 1 | Chapter 11 General and Administrative | 0 | $0 |
| 2 | Governance | 0 | $0 |
| 3 | Plan and Disclosure Statement | 15 | $16,375 |
| 4 | Intercompany Claims | 0 | $0 |
| 5 | Tax Issues | 0 | $0 |
| 6 | Oncor Sale Process | 0 | $0 |
| 7 | Financing | 0 | $0 |
| 8 | Employment and Fee Applications | 0 | $0 |
| 9 | Non-Working Travel | 20 | $26,000 |
| 10 | Claims Litigation | 0 | $0 |
| | **Total** | **58** | **$52,725** |

**Jun-17**

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 1 | Chapter 11 General and Administrative | 0 | $0 |
| 2 | Governance | 0 | $0 |
| 3 | Plan and Disclosure Statement | 35 | $39,250 |
| 4 | Intercompany Claims | 0 | $0 |
| 5 | Tax Issues | 0 | $0 |
| 6 | Oncor Sale Process | 0 | $0 |
| 7 | Financing | 0 | $0 |
| 8 | Employment and Fee Applications | 0 | $0 |
| 9 | Non-Working Travel | 0 | $0 |
| 10 | Claims Litigation | 0 | $0 |
| | **Total** | **58** | **$52,725** |

**Jul-17**

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 1 | Chapter 11 General and Administrative | 0 | $0 |
| 2 | Governance | 0 | $0 |
| 3 | Plan and Disclosure Statement | 50 | $52,500 |
| 4 | Intercompany Claims | 0 | $0 |
| 5 | Tax Issues | 0 | $0 |
| 6 | Oncor Sale Process | 0 | $0 |
| 7 | Financing | 0 | $0 |
| 8 | Employment and Fee Applications | 0 | $0 |
| 9 | Non-Working Travel | 10 | $13,000 |
| 10 | Claims Litigation | 0 | $0 |
| | **Total** | **58** | **$52,725** |

**Aug-17**

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 1 | Chapter 11 General and Administrative | 0 | $0 |
| 2 | Governance | 0 | $0 |
| 3 | Plan and Disclosure Statement | 50 | $49,750 |
| 4 | Intercompany Claims | 0 | $0 |
| 5 | Tax Issues | 0 | $0 |
| 6 | Oncor Sale Process | 0 | $0 |
| 7 | Financing | 0 | $0 |
| 8 | Employment and Fee Applications | 0 | $0 |
| 9 | Non-Working Travel | 10 | $13,000 |
| 10 | Claims Litigation | 0 | $0 |
| **Total** | | **58** | **$52,725** |

3

**Exhibit B**

**Aggregate Staffing Plan
for the Period May 1 through August 31, 2017**
*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
(Cravath, Swaine & Moore, LLP)

| **Category of Timekeeper** | **Number of Timekeepers Expected to Perform Work in Connection With Matter During the Budget Period** | **Average Hourly Rate** |
|---|---|---|
| Partner | 2 | $1,300.00 |
| Associate (4+ years since first admission) | 1 | $675.00 |
| Jr. Associate (1-3 years since first admission) | 0 | N/A |
| Legal Assistant/Paralegal | 0 | N/A |
| Case Assistant | 0 | N/A |
| Project Assistant (and other support staff) | 0 | N/A |
| **Total Attorney** | **3** | **$1,097.79** |
| **Total Non-Attorney** | **0** | **N/A** |
| **Total** | **3** | **$1,097.79** |