# EXHIBIT K

## Comparison of Cravath, Swaine & Moore LLP Budgeted and Actual Fees

## May through August 2017

|  |  | 1<br>**Gen** | 3<br>**Plan** | 4<br>**Intercompany** | 5<br>**Tax** | 6<br>**Oncor** | 9<br>**Travel** | **Total** |
|---|---|---|---|---|---|---|---|---|
| **Hours** |  |  |  |  |  |  |  |  |
| May | Budget | 0 | 15 | 0 | 0 | 0 | 20 | 35 |
|  | Actual | 0 | 11.4 | 0 | 0 | 0 | 0 | 11.4 |
|  | Difference | 0 | 3.6 | 0 | 0 | 0 | 0 | 23.6 |
| June | Budget | 0 | 35 | 0 | 0 | 0 | 0 | 35 |
|  | Actual | 0 | 39.1 | 0 | 0 | 0 | 0 | 39.1 |
|  | Difference | 0 | -4.1 | 0 | 0 | 0 | 0 | -4.1 |
| July | Budget | 0 | 50 | 0 | 0 | 0 | 10 | 60 |
|  | Actual | 0 | 66.3 | 0 | 0 | 0 | 0 | 66.3 |
|  | Difference | 0 | -16.3 | 0 | 0 | 0 | 10 | -6.3 |
| August | Budget | 0 | 50 | 0 | 0 | 0 | 10 | 60 |
|  | Actual | 0 | 136.9 | 0 | 0 | 0 | 11.6 | 148.5 |
|  | Difference | 0 | -86.9 | 0 | 0 | 0 | -1.6 | -88.5 |
| **Total** | **Budget** | 0 | 150 | 0 | 0 | 0 | 40 | 190 |
|  | **Actual** | 0 | 253.7 | 0 | 0 | 0 | 11.6 | 265.3 |
|  | **Difference** | 0 | -103.7 | 0 | 0 | 0 | 28.4 | -75.30 |

2612845.2

=

|  |  | 1<br>Gen | 3<br>Plan | 4<br>Intercompany | 5<br>Tax | 6<br>Oncor | 9<br>Travel | Total |
|---|---|---|---|---|---|---|---|---|
| **Fees** | | | | | | | | |
| May | Budget | $0.00 | $16,375.00 | $0.00 | $0.00 | $0.00 | $26,000.00 | $42,375.00 |
| | Actual | $0.00 | $14,820.00 | $0.00 | $0.00 | $0.00 | $0.00 | $14,820.00 |
| | Difference | $0.00 | $1,555.00 | $0.00 | $0.00 | $0.00 | $26,000.00 | $27,555.00 |
| June | Budget | $0.00 | $39,250.00 | $0.00 | $0.00 | $0.00 | $0.00 | $39,250.00 |
| | Actual | $0.00 | $45,430.00 | $0.00 | $0.00 | $0.00 | $0.00 | $45,430.00 |
| | Difference | $0.00 | $ 4,020.00 | $0.00 | $0.00 | $0.00 | $0.00 | -$6,180.00 |
| July | Budget | $0.00 | $52,500.00 | $0.00 | $0.00 | $0.00 | $13,000.00 | $65,500.00 |
| | Actual | $0.00 | $68,025.00 | $0.00 | $0.00 | $0.00 | $0.00 | $68,025.00 |
| | Difference | $0.00 | -$15,525.00 | $0.00 | $0.00 | $0.00 | $13,000.00 | -$2,525.00 |
| August | Budget | $0.00 | $49,750.00 | $0.00 | $0.00 | $0.00 | $13,000.00 | $62,750.00 |
| | Actual | $0.00 | $143,494.50 | $0.00 | $0.00 | $0.00 | $15,080.00[1] | $158,574.50 |
| | Difference | $0.00 | -$93,744.50 | $0.00 | $0.00 | $0.00 | -$2,080.00 | -$95,824.50 |
| **Total** | **Budget** | **$0.00** | **$157,875.00** | **$0.00** | **$0.00** | **$0.00** | **$52,000.00** | **$209,875.00** |
| | **Actual** | **$0.00** | **$271,769.50** | **$0.00** | **$0.00** | **$0.00** | **$15,080.00** | **$286,849.50** |
| | **Difference** | **$0.00** | **$93,779.50** | **$0.00** | **$0.00** | **$0.00** | **-$36,920.00** | **-$76,974.50** |

---

[1] Travel is being billed at one-half hourly rate.

2612845.2

DError! Bookmark not defined.
10/19/2017 SL1 1489351v1 109285.00005