## EXHIBIT B

### List of Executory Contracts and Unexpired Leases to be Assumed by Reorganized Debtors on the Effective Date

Pursuant to Article V.A of the Plan, Executory Contracts or Unexpired Leases of the EFH Debtors or the EFIH Debtors including the Rejected Executory Contracts or Unexpired Leases, not previously assumed or rejected pursuant to an order of the Bankruptcy Court, including the TCEH Confirmation Order or the EFH Confirmation Order, are hereby rejected, in accordance with the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code, other than those Executory Contracts or Unexpired Leases that are: (1) identified on the Assumed Executory Contract and Unexpired Lease List; (2) the subject of a motion to assume Executory Contracts or Unexpired Leases that is pending on the EFH Confirmation Date; or (3) subject to a motion to reject an Executory Contract or Unexpired Lease pursuant to which the requested effective date of such rejection is after the EFH Effective Date; *provided that* each of (1), (2) and (3) must be in form and substance acceptable to the Plan Sponsor with respect to any pleading filed after the date the Merger Agreement is executed.

Entry of the EFH Confirmation Order by the Bankruptcy Court shall constitute approval of such rejections and the assignments and/or assumptions of the Executory Contracts or Unexpired Leases listed on the Assumed Executory Contract and Unexpired Lease List pursuant to sections 365(a) and 1123 of the Bankruptcy Code. Any motions to assume Executory Contracts or Unexpired Leases of the EFH Debtors or EFIH Debtors pending on the EFH Effective Date shall be subject to approval by the Bankruptcy Court on or after the EFH Effective Date by a Final Order. Each Executory Contract and Unexpired Lease assumed pursuant to this Article V.A or by any order of the Bankruptcy Court, which has not been assigned to a third party before the EFH Confirmation Date, shall revest in and be fully enforceable by Reorganized EFH or Reorganized EFIH, as applicable, or their successors in accordance with its terms, except as such terms are modified by the Plan or any order of the Bankruptcy Court authorizing and providing for its assumption under applicable federal law.

The Plan Sponsor, Reorganized EFH, and Reorganized EFIH, as applicable, reserve the right to alter, amend, modify, or supplement the Assumed Executory Contract and Unexpired Lease List and the schedules of Executory Contracts and Unexpired Leases with respect to EFH, Reorganized EFH, EFIH, and Reorganized EFIH at any time through and including 45 days after the EFH Effective Date, without incurrence of any penalty or changing the priority or security of any Claim as a result of such treatment change.  The Tax Matters Agreement, the Transition Services Agreement, and the Separation Agreement, to the extent in the form attached to the Merger Agreement or as amended or modified in accordance with their respective terms and with the consent of the Plan Sponsor, shall be Assumed Executory Contracts or Unexpired Leases.

Additionally, any provisions that restrict assignment in any Executory Contracts and Unexpired Leases assumed by the Debtors shall be deemed invalid for purposes of assumption and assignment in accordance with sections 365 and 1123 of the Bankruptcy Code.

Article V.C. of the Plan also provides that any monetary defaults under each Assumed Executory Contract or Unexpired Lease shall be satisfied, pursuant to section 365(b)(1) of the

Bankruptcy Code, by payment of the default amount in Cash on the EFH Effective Date (and, with respect to Assumed Executory Contracts or Unexpired Leases of the EFH Debtors or EFIH Debtors, by the EFH Debtors or the EFIH Debtors, as applicable, and, for the avoidance of doubt, not the Reorganized EFH Debtors or the Reorganized EFIH Debtors), subject to the limitation described below, or on such other terms as the parties to such Executory Contracts or Unexpired Leases may otherwise agree.  In the event of a dispute regarding (1) the amount of any payments to cure such a default, (2) the ability of the Reorganized EFH/EFIH Debtors or any assignee to provide "adequate assurance of future performance" (within the meaning of section 365 of the Bankruptcy Code) under the Executory Contract or Unexpired Lease to be assumed, or (3) any other matter pertaining to assumption, the cure payments required by section 365(b)(1) of the Bankruptcy Code shall be made following the entry of a Final Order resolving the dispute and approving the assumption.  At least 14 days before the applicable Confirmation Hearing, the Debtors will provide for notices of proposed assumption and proposed cure amounts to be sent to applicable third parties and for procedures for objecting thereto and resolution of disputes by the Bankruptcy Court. Any objection by a counterparty to an Executory Contract or Unexpired Lease to a proposed assumption or related cure amount must be Filed, served, and actually received by the Debtors before the objection deadline provided in the notice of proposed assumption and cure amount and in no event later than seven (7) days prior to the EFH Confirmation Hearing.  Any counterparty to an Executory Contract or Unexpired Lease that fails to object timely to the proposed assumption or cure amount is deemed to have consented to such assumption or proposed cure amount.

The Debtors have listed the amounts that the Debtors believe must be paid to cure all prepetition defaults, if any, under the Executory Contracts or Unexpired Leases as of the Petition Date in accordance with section 365(b) of the Bankruptcy Code (in each instance, the "Cure Amount"). Cure Amounts may be listed on an agreement-by-agreement basis or in the aggregate for multiple agreements.

Neither the exclusion nor inclusion of any Executory Contract or Unexpired Lease on the Rejected Executory Contract and Unexpired Lease List or the Assumed Executory Contract and Unexpired Lease List, nor anything contained in the Plan, shall constitute an admission by the Debtors that any such contract or lease is in fact an Executory Contract or Unexpired Lease or that any of the Reorganized EFH/EFIH Debtors has any liability thereunder.

Unless otherwise provided in the Plan, each Executory Contract or Unexpired Lease that is assumed shall include all modifications, amendments, supplements, or restatements, thereto or thereof, if any, including all easements, licenses, permits, rights, privileges, immunities, options, rights of first refusal, and any other interests, unless any of the foregoing agreements have been previously rejected or repudiated or is rejected or repudiated under the Plan.

Assumption of any Executory Contract or Unexpired Lease shall result in the full release and satisfaction of any Claims or defaults, whether monetary or nonmonetary, including defaults of provisions restricting the change in control or ownership interest composition or other bankruptcy-related defaults, arising under any Assumed Executory Contract or Unexpired Lease at any time before the effective date of assumption. Any Proofs of Claim Filed with respect to an Assumed Executory Contract or Unexpired Lease shall be deemed disallowed and expunged, without further notice to or action, order, or approval of the Bankruptcy Court.

**Exhibit B (Contract Assumptions)**

| | Details of Contract (s) | | Counterparty Information | | | | Other Information | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any[1] | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 27 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | ACE | ATTN: ANNE ESLER TWO RIVERWAY SUITE 900 HOUSTON, TX 77056 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 52 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY | AEGIS | ATTN: STEVE WAGNER 1 MEADOWLANDS PLAZA RUTHERFORD, NJ 07073 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 119 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | AIG | ATTN: DANIEL NAVARRO 2929 ALLEN PARKWAY SUITE 1300 HOUSTON, TX 77019 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 208 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | AXIS | ATTN: ANGELA OSBORNE THREE RIVERWAY SUITE 903 HOUSTON, TX 77056 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 209 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - FIDUCIARY | AXIS | ATTN: ANGELA OSBORNE THREE RIVERWAY SUITE 903 HOUSTON, TX 77056 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 248 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | BEAZLEY | ATTN: ANTHONY KOMRO 35 EAST WACKER DRIVE SUITE 3900 CHICAGO, IL 60601 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 249 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY | BEAZLEY | ATTN: ANTHONY KOMRO 35 EAST WACKER DRIVE SUITE 3900 CHICAGO, IL 60601 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 644 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | RSUI (CRC) | ATTN: MARK HANINGTON 945 EAST PACES FERRY ROAD SUITE 1800 ATLANTA, GA 30326-1125 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 645 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | RSUI (CRC) | ATTN: MARK HANINGTON 945 EAST PACES FERRY ROAD SUITE 1800 ATLANTA, GA 30326-1125 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 847 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | ENDURANCE | ATTN: RAYMOND O'BYRNE 767 THIRD AVENUE NEW YORK, NY 10017 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 848 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY | ENDURANCE | ATTN: RAYMOND O'BYRNE 767 THIRD AVENUE NEW YORK, NY 10017 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 868 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY | ENERGY INSURANCE MUTUAL (EIM) | ATTN: GARY GRESHAM 3000 BAYPORT DRIVE SUITE 550 TAMPA, FL 33607 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 1178 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY | HCC | ATTN: TOM PETTIT 8 FOREST PARK DRIVE FARMINGTON, CT 06032 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 1730 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | BERKLEYPRO | ATTN: PAUL BROPHY 757 THIRD AVENUE NEW YORK, NY 10017 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 1785 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | NAVIGATORS | ATTN: ALLISON HOLLERN THE ST BOTOLPH BUILDING 138 HOUNDSDITCH LONDON, EC3A 7AG UNITED KINGDOM | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |

[1] Nothing herein shall prejudice or impair the right of the EFH Debtors, EFIH Debtors, or the Plan Administrator Board from engaging any of the Debtors' currently retained professionals with respect to any post-EFH Effective Date matters relating to these chapter 11 cases on the terms set forth in the current engagement letters (or as may be set forth in new engagement letters), *provided, that* the fees and expenses for any such engagements shall not be the obligation of Reorganized EFH, Reorganized EFIH, or Plan Sponsor.

**Exhibit B (Contract Assumptions)**

| | Details of Contract (s) | | Counterparty Information | | Contract Assignee, if any[1] | Amount Required to Cure Default Thereunder, if any | Other Information | Details of Material Amendments | Assumption Date |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | | | Cure Details | | |
| 1786 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | NAVIGATORS | ATTN: ALLISON HOLLERN THE ST BOTOLPH BUILDING 138 HOUNDSDITCH LONDON, EC3A 7AG UNITED KINGDOM | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2094 | LSGT GAS COMPANY LLC | GUARANTEE AGREEMENT | RELIANCE NATIONAL RISK SPECIALISTS | C/O RELIANCE INSURANCE COMPANY 75 BROAD STREET, 10TH FLOOR NEW YORK, NY 10004 | | $ - | LSGT Gas Company LLC- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2122 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | RLI | ATTN: MARC GALINDO 909 LAKE CAROLYN PARKWAY SUITE 800 DALLAS, TX 75039 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2326 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | STARR | ATTN: DAVID FLANNERY 500 WEST MONROE STREET SUITE 2600 CHICAGO, IL 60661 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2327 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY | STARR | ATTN: DAVID FLANNERY 500 WEST MONROE STREET SUITE 2600 CHICAGO, IL 60661 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2328 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - NON-OWNED AVIATION | STARR AVIATION ON BEHALF | ATTN: JIM ANDERSON 17550 NORTH PERIMETER DRIVE SUITE 340 SCOTTSDALE, AZ 85255 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2709 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | XL SPECIALTY INSURANCE COMPANY | ATTN: ROBERT DUNN 100 CONSTITUTION PLAZA 17TH FLOOR HARTFORD, CT 06103 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2710 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - FIDUCIARY | XL SPECIALTY INSURANCE COMPANY | ATTN: ROBERT DUNN 100 CONSTITUTION PLAZA 17TH FLOOR HARTFORD, CT 06103 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |

[1] Nothing herein shall prejudice or impair the right of the EFH Debtors, EFIH Debtors, or the Plan Administrator Board from engaging any of the Debtors' currently retained professionals with respect to any post-EFH Effective Date matters relating to these chapter 11 cases on the terms set forth in the current engagement letters (or as may be set forth in new engagement letters), *provided, that* the fees and expenses for any such engagements shall not be the obligation of Reorganized EFH, Reorganized EFIH, or Plan Sponsor.