## EXHIBIT F

## EFH Plan Administrator Board Disclosures

Pursuant to the Plan, the "EFH Plan Administrator Board" shall be a one or two member board of directors comprised of a person or persons as determined by the EFH Debtors and EFIH Debtors in their sole and absolute discretion, which board shall be appointed on or after the EFH Effective Date and tasked with directing the Disbursing Agent with respect to Cash distributions made on account of Allowed Claims asserted against the EFH Debtors and EFIH Debtors and shall not, for the avoidance of doubt, be authorized to direct the Disbursing Agent with respect to any Cash distributions made on account of Allowed Claims asserted against the TCEH Debtors or EFH Shared Services Debtors, if any.

The EFH Debtors and EFIH Debtors hereby identify Anthony Horton, current Executive Vice President and Chief Financial Officer of EFH Corp. and EFIH as the member of the EFH Plan Administrator Board. Subject to obtaining approval from the applicable Boards of Directors and/or Managers, the EFH Debtors and EFIH Debtors expect that the EFH Plan Administrator Board will receive compensation in the amount of $25,000 per month, which compensation will be paid solely from the EFH/EFIH Cash Distribution Account, and shall not be an obligation of the Plan Sponsor or its affiliates, including the Reorganized EFH Debtors and the Reorganized EFIH Debtors.  To the extent the EFH Plan Administrator Board determines to retain one or more advisors to assist in the execution of its duties and responsibilities, the fees and expenses of such advisors will be paid solely from the EFH/EFIH Cash Distribution Account, and shall not be an obligation of the Plan Sponsor or its affiliates, including the Reorganized EFH Debtors and the Reorganized EFIH Debtors.