## EXHIBIT M

### Tax Contingency Disclosure

As described throughout the Disclosure Statement,[1] the tax consequences of the consummation of the Plan to Holders of Allowed Claims will depend on certain factors, including, but not limited to, the Supplemental Rulings (as defined in the Merger Agreement) that may be issued by the IRS.

With respect to distributions to be made under the Plan (subject to the terms set forth in the Plan), except as provided below: (a) Holders of Allowed Impaired Claims in the following Classes will receive a Cash distribution from the EFH Unsecured Creditor Recovery Pool: (i) Class A4 – EFH Legacy Note Claims; (ii) Class A5 – EFH Unexchanged Note Claims; (iii) Class A6 – EFH LBO Note Primary Claims; (iv) Class A7 – EFH Swap Claims; (v) Class A8 – EFH Non-Qualified Benefit Claims; (vi) Class A9 – General Unsecured Claims Against EFH Corp.; (vii) Class A10 – General Unsecured Claims Against the EFH Debtors Other Than EFH Corp.; and (viii) Class A11 – TCEH Settlement Claim, in each case, in full satisfaction and discharge of their Claims; and (b) Holders of Allowed Impaired Claims in the following Classes will receive a Cash distribution through the EFIH Unsecured Creditor Recovery Pool: (i) Class B5 – EFH LBO Note Guaranty Claims; and (ii) Class B6 – General Unsecured Claims Against the EFIH Debtors (collectively, the "Anticipated Plan Recovery").[2]

Pursuant to Section 1.8 of the Merger Agreement, in the event the IRS indicates that it will not provide one or more of the required Supplemental Rulings unless certain Holders of Allowed Claims receive an alternative recovery other than the Anticipated Plan Recovery, certain Holders of Allowed Claims may receive, in lieu of all or a part of the Anticipated Plan Recovery, New Holdco Class A Units, which will be, or deemed to be, contributed to the Rollover Trust in exchange for Rollover Trust Certificates, or such other alternative recovery as may be required by the IRS, in full satisfaction and discharge of their Claims (the "Alternative Recovery"). Certain terms of the New Holdco Class A Units and Rollover Trust Certificates are described in Exhibit C to the Merger Agreement, which is attached as Exhibit G to the Plan Supplement, to which this Exhibit M is attached. The Disclosure Statement also discusses certain tax consequences to Holders of Allowed Claims that receive Cash or New Holdco Class A Units (which will be, or deemed to be, contributed to the Rollover Trust in exchange for Rollover Trust Certificates) in satisfaction and discharge of their Claims under the heading "Certain U.S. Federal Income Tax Consequences of the Plan to the Holders of Claims Against the Debtors," which discussion begins on page 176 of the Disclosure Statement.[3]

EFH filed with the IRS the request for the Supplemental Rulings on August 31, 2017. The IRS has not yet ruled on whether it will require the Alternative Recovery to issue the Supplemental Rulings, but a decision by the IRS is expected in the fourth quarter of 2017. The Debtors anticipate, but cannot guarantee, that the Supplemental Rulings will be provided and that the Alternative Recovery will not be

---

[1]  Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [Dkt. No. 11887] (the "Plan").

[2]  As set forth in the Plan, Holders of Allowed EFH Non-Qualified Benefit Claims shall receive, in any event, Cash on account of their Claims (including any TCEH Settlement Claim Turnover Distributions distributed to such Holders of EFH Non-Qualified Benefit Claims).

[3]  As described in greater detail in Exhibit O to the Plan Supplement, Holders of Allowed EFIH Second Lien Note Claims will no longer be offered the Rollover Trust Investment Election.

2

required.    If the IRS does require the Alternative Recovery, however, additional information will be included in a supplement to this exhibit to the Plan Supplement.

2

Americas 93549726