# EXHIBIT N

## EFH/EFIH Cash Distribution Account Disclosure

As set forth in the Plan (Article VI.A) and the EFH Disclosure Statement (Section I.E), the EFH/EFIH Cash Distribution Account is comprised of one or more interest-bearing accounts. The EFH Debtors and EFIH Debtors are hereby providing a non-binding, good faith estimate of the following amounts, subject to ongoing review and revision:

| Category of Claim(s) | Non-Binding, Good Faith Estimate |
|---|---|
| General Administrative and Priority Claims Asserted Against the EFH Debtors[1] | Approximately $108 million |
| General Administrative and Priority Claims Asserted Against the EFIH Debtors[2] | Approximately $45 million |
| Winddown Costs for the EFH Debtors | Approximately $14 million |
| Winddown Costs for the EFIH Debtors | Approximately $30 million |

This preliminary analysis is subject to ongoing review and material change based on a variety of factors, including the timing of the EFH Effective Date, the existence (if any) of post-EFH Effective Date litigation related to these chapter 11 cases, and any orders entered in connection with such litigation. The estimates set forth above do not include any amounts on account of any "reserves," and the analysis set forth herein may be modified, revised, amended, supplemented in accordance with the terms of the Plan to reflect one or more reserves to the extent ordered by the Bankruptcy Court or as otherwise agreed to in a manner consistent with the Merger Agreement and Sempra Plan Support Agreement.

---

[1] This amount reflects the relief set forth in the *Order Allowing Administrative Expense Claim for Fidelity Management & Research Company's Substantial Contribution* [D.I. 11050], subject to the terms of such order. This amount also reflects projected fees and expenses incurred by the EFH Notes Trustee that may become Allowed Administrative Claims against the EFH Debtors pursuant to the Confirmation Order.

[2] This amount does not include (a) the amounts to be funded into the EFIH First Lien Post-Effective Date Fee and Indemnification Claims Reserve and the EFIH Second Lien Post-Effective Date Fee and Indemnification Claims Reserve, each as defined and described in the Plan or (b) any amounts on account of the NEE Termination Fee.

This amount does reflect the up to $35 million in fees and expenses incurred by the Supporting Creditors party to the Sempra Plan Support Agreement (as defined therein), to the extent such fees and expenses become Allowed Administrative Claims against EFIH pursuant to the Confirmation Order.