# Exhibit A

**Ordinary Course Professional Quarterly Statement of Payments**

| OCP | Service Description | For the Postpetition Period of July 01, 2017 to September 30, 2017 | | | Aggregate Postpetition Payments Through September 30, 2017 | |
|---|---|---|---|---|---|---|
| | | Compensation for Services / Expense Reimbursement [1] | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement [1] | Total Payments |
| **Tier 1 OCP's (3-Month Rolling Average Cap of $450,000)** | | | | | | |
| Hunton & Williams LLP | Benefits-Immigration, Political | 33,082 | 11,027 | 33,082 | 2,704,238 | 2,704,238 |
| Morgan Lewis & Bockius LLP | Regulatory - FERC | 187,847 | 62,616 | 187,847 | 2,530,169 | 2,553,199 |
| **Tier 2 OCP's (3-Month Rolling Average Cap of $195,000)** | | | | | | |
| Enoch Kever[2] | Regulatory and Legislative | 250,963 | 83,654 | 250,963 | 1,042,602 | 1,042,602 |
| Gibson Dunn & Crutcher LLP | Corporate and Litigation | 113,295 | 37,765 | 113,295 | 503,396 | 503,396 |

1.  For purposes of this report, includes aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred unless otherwise noted.
2.  Based on service dates, the cap was not exceeded.