# Exhibit A

**Professional Fees for the Period
May 1, 2017 through August 31, 2017**

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

May 01, 2017 - August 31, 2017

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Bankruptcy Related Research Consultation and Transaction* | | | | | |
| 05/17/2017 | | | | | |
| | Kilkenny, Tom | Review complaint filed with bankruptcy court by Elliott Associates. | $720.00 | 1.0 | $720.00 |
| 06/30/2017 | | | | | |
| | Kilkenny, Tom | Research accounting for merger agreement termination fee. | $720.00 | 0.5 | $360.00 |
| 07/10/2017 | | | | | |
| | Janiak, Stacy | Discuss Berkshire agreement and other matters impacting the 2017 EFH audit with T. Kilkenny. | $720.00 | 0.5 | $360.00 |
| | Kilkenny, Tom | Discuss Berkshire agreement and other matters impacting the 2017 EFH audit with S. Janiak. | $720.00 | 0.5 | $360.00 |
| 07/19/2017 | | | | | |
| | Kilkenny, Tom | Meeting to discuss accounting for termination of merger agreement with NextEra with T. Horton-CFO, A. Wright-GC, and T. Nutt-Vistra CAO. | $720.00 | 1.0 | $720.00 |
| 07/20/2017 | | | | | |
| | Kilkenny, Tom | Discuss EFH private letter ruling submissions with C. Howard, Vistra. | $720.00 | 0.4 | $288.00 |
| 07/31/2017 | | | | | |
| | Kilkenny, Tom | Read the supplemental private letter ruling request dated July 14, 2017. | $720.00 | 0.6 | $432.00 |
| 08/01/2017 | | | | | |
| | Kilkenny, Tom | Review NextEra termination fee claim filed with the bankruptcy court on July 31, 2017. | $720.00 | 0.5 | $360.00 |
| 08/25/2017 | | | | | |
| | Kilkenny, Tom | Attend Sempra Energy investor call about the proposed acquisition of EFH. | $720.00 | 0.8 | $576.00 |
| | Kilkenny, Tom | Call with Deloitte partners on Sempra and Oncor to explain how Oncor ringfence applies to Deloitte EFH and Oncor teams. | $720.00 | 0.7 | $504.00 |
| | | Subtotal for Bankruptcy Related Research Consultation and Transaction: | | 6.5 | $4,680.00 |

1

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

May 01, 2017 - August 31, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | |
| 05/02/2017 | | | | |
| Babanova, Maria | Discuss limited review procedures on EFH Q1 financial statements with T. Kilkenny. | $215.00 | 0.3 | $64.50 |
| Kilkenny, Tom | Discuss limited review procedures on EFH Q1 financial statements with M. Babanova. | $365.00 | 0.3 | $109.50 |
| 05/03/2017 | | | | |
| Babanova, Maria | Perform limited review procedures on EFH Q1 financial statements. | $215.00 | 3.1 | $666.50 |
| Kilkenny, Tom | Discuss 2016 audit and upcoming EFH audit committee meeting with M. Parker, Deloitte, and A. Wright, T. Horton, EFH. | $365.00 | 1.4 | $511.00 |
| Parker, Matt | Discuss 2016 audit and upcoming EFH audit committee meeting with T. Kilkenny, Deloitte, and A. Wright, T. Horton, EFH. | $365.00 | 1.4 | $511.00 |
| 05/04/2017 | | | | |
| Babanova, Maria | Perform limited review procedures on EFH Q1 financial statements. | $215.00 | 0.8 | $172.00 |
| Kilkenny, Tom | Review draft audit committee minutes. | $365.00 | 0.3 | $109.50 |
| 05/05/2017 | | | | |
| Kilkenny, Tom | Review draft quarterly financial statements. | $365.00 | 0.6 | $219.00 |
| 05/08/2017 | | | | |
| Bowers, Rachel | Assess requirements for internal quality monitoring deadlines. | $290.00 | 0.5 | $145.00 |
| Kilkenny, Tom | Review quarterly financial statements. | $365.00 | 0.5 | $182.50 |
| 05/09/2017 | | | | |
| Babanova, Maria | Prepare independence documentation within Deloitte Entity Search and Compliance for EFH Corp. and its subsidiaries. | $215.00 | 3.0 | $645.00 |

2

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

May 01, 2017 - August 31, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | |
| 05/10/2017 | | | | |
| Babanova, Maria | Continue to prepare independence documentation within Deloitte Entity Search and Compliance for EFH Corp. and its subsidiaries. | $215.00 | 4.0 | $860.00 |
| Bowers, Rachel | Attend EFH Corp. Audit Committee meeting to discuss current event incurred in Q1 2017 with T. Kilkenny, Deloitte, P. Keglevic, A. Wright, T. Horton, EFH, and B. Williamson, A. Acosta, K. Youngblood, D. Evans, J. Young, T. Nutt, J. Ho, C. Howard. | $290.00 | 1.5 | $435.00 |
| Bowers, Rachel | Prepare for 5/10/17 EFH Corp. audit committee meeting. | $290.00 | 0.8 | $232.00 |
| Kilkenny, Tom | Attend EFH Corp. Audit Committee meeting to discuss current event incurred in Q1 2017 with M. Bowers, Deloitte, P. Keglevic, A. Wright, T. Horton, EFH, and B. Williamson, A. Acosta, K. Youngblood, D. Evans, J. Young, T. Nutt, J. Ho, C. Howard. | $365.00 | 1.5 | $547.50 |
| Kilkenny, Tom | Prepare for audit committee meeting. | $365.00 | 1.0 | $365.00 |
| 05/11/2017 | | | | |
| Bowers, Rachel | Address requirements for internal monitoring program. | $290.00 | 0.5 | $145.00 |
| 05/18/2017 | | | | |
| Kilkenny, Tom | Listen to Public Utility Council of Texas webcast of hearing to consider NextEra rehearing request. | $365.00 | 0.3 | $109.50 |
| 05/25/2017 | | | | |
| Babanova, Maria | Prepare client continuation profile for EFH Corp. 2017 audit. | $215.00 | 2.9 | $623.50 |
| 05/26/2017 | | | | |
| Babanova, Maria | Continue to prepare client continuation profile for EFH Corp. 2017 audit. | $215.00 | 0.9 | $193.50 |
| 05/31/2017 | | | | |
| Babanova, Maria | Prepare client continuation profile for EFH Corp. 2017 audit. | $215.00 | 1.6 | $344.00 |

3

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

May 01, 2017 - August 31, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | |
| 06/13/2017 | | | | |
| Kilkenny, Tom | Assess billing requirements for 2017 audit. | $365.00 | 0.5 | $182.50 |
| 06/14/2017 | | | | |
| Kilkenny, Tom | Assess billing requirements for 2017 audit. | $365.00 | 0.5 | $182.50 |
| 06/26/2017 | | | | |
| Bowers, Rachel | Research audit committee communication materials for the 2017 audit service plan. | $290.00 | 0.6 | $174.00 |
| Bowers, Rachel | Prepare team resources to fulfill audit requirements for 2017 EFH Corp. audit. | $290.00 | 1.4 | $406.00 |
| 06/27/2017 | | | | |
| Babanova, Maria | Prepare Audit Service Plan for EFH Corp. 2017 audit. | $215.00 | 0.7 | $150.50 |
| 06/28/2017 | | | | |
| Babanova, Maria | Prepare Audit Service Plan for EFH Corp. 2017 audit. | $215.00 | 0.4 | $86.00 |
| Bowers, Rachel | Review client continuation acceptance form as part of the planning procedures for the 2017 audit. | $290.00 | 0.5 | $145.00 |
| 06/29/2017 | | | | |
| Babanova, Maria | Update client continuation acceptance form as part of the planning procedures for the 2017 audit. | $215.00 | 1.5 | $322.50 |
| Bowers, Rachel | Assess audit plan and timing for 2017 audit. | $290.00 | 0.5 | $145.00 |
| Kilkenny, Tom | Discuss EFH Corp. second quarter significant accounting and business activity with A. Wright, A. Yenamendra (Kirkland & Ellis), T. Nutt, C. Dobry , B. Stone, C. Howard (Vistra Energy), M. Parker, D. Morehead, Deloitte. | $365.00 | 0.7 | $255.50 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

May 01, 2017 - August 31, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | |
| 06/29/2017 | | | | |
|   Morehead, David | Discuss EFH Corp. second quarter significant accounting and business activity with A. Wright, A. Yenamendra (Kirkland & Ellis), T. Nutt, C. Dobry , B. Stone, C. Howard (Vistra Energy), M. Parker, T. Kilkenny, Deloitte. | $265.00 | 0.7 | $185.50 |
|   Parker, Matt | Discuss EFH Corp. second quarter significant accounting and business activity with A. Wright, A. Yenamendra (Kirkland & Ellis), T. Nutt, C. Dobry , B. Stone, C. Howard (Vistra Energy), D. Morehead, T. Kilkenny, Deloitte. | $365.00 | 0.7 | $255.50 |
| 07/03/2017 | | | | |
|   ., Kashang | Update Bankruptcy docket tracker workpaper from the Epiq website. | $175.00 | 6.0 | $1,050.00 |
|   Pansari, Anubhav | Update Bankruptcy docket tracker workpaper from the Epiq website. | $215.00 | 2.0 | $430.00 |
| 07/04/2017 | | | | |
|   Pansari, Anubhav | Update Bankruptcy docket tracker workpaper from the Epiq website. | $215.00 | 1.0 | $215.00 |
| 07/05/2017 | | | | |
|   Bowers, Rachel | Review planned budget for EFH Corp 2017 audit. | $290.00 | 0.5 | $145.00 |
| 07/06/2017 | | | | |
|   Ravindran, Sarradha | Consultation/Review of engagement letter modifications. | $265.00 | 3.0 | $795.00 |
| 07/07/2017 | | | | |
|   Persons, Hillary | Prepare the 2017 audit engagement letter. | $215.00 | 0.5 | $107.50 |
| 07/10/2017 | | | | |
|   Babanova, Maria | Address review notes on EFH 2017 engagement letter. | $215.00 | 0.6 | $129.00 |
|   Babanova, Maria | Discuss budget of hours for the 2017 audit with C. Benvenuti and R. Bowers. | $215.00 | 0.5 | $107.50 |
|   Benvenuti, Christina | Discuss budget of hours for the 2017 audit with M. Babanova and R. Bowers. | $175.00 | 0.7 | $122.50 |

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

May 01, 2017 - August 31, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|//
*Financial Statement Audit and Related Services*

**07/10/2017**

| | | | | |
|---|---|---|---|---|
| Bowers, Rachel | Discuss budget of hours for the 2017 audit with C. Benvenuti and M. Babanova. | $290.00 | 0.7 | $203.00 |
| Bowers, Rachel | Review planned budget for EFH Corp. 2017 audit. | $290.00 | 1.5 | $435.00 |
| Morehead, David | Review audit engagement budget for fiscal year 2017 audit | $265.00 | 2.5 | $662.50 |
| Persons, Hillary | Prepare the 2017 audit engagement letter. | $215.00 | 1.0 | $215.00 |

**07/11/2017**

| | | | | |
|---|---|---|---|---|
| Babanova, Maria | Review amounts of hours needed to complete 2017 audit as part of the planning procedures for EFH Corp. | $215.00 | 2.7 | $580.50 |
| Bowers, Rachel | Discuss EFH Corp 2017 audit scope of work with T. Kilkenny. | $290.00 | 0.8 | $232.00 |
| Bowers, Rachel | Review planned budget for EFH Corp. 2017 audit. | $290.00 | 2.3 | $667.00 |
| Kilkenny, Tom | Discuss EFH Corp 2017 audit scope of work with R. Bowers. | $365.00 | 0.8 | $292.00 |
| Persons, Hillary | Prepare the 2017 audit engagement letter. | $215.00 | 0.5 | $107.50 |

**07/12/2017**

| | | | | |
|---|---|---|---|---|
| Kilkenny, Tom | Prepare for telephone call with audit committee chair regarding recent matters and upcoming meeting with management on the 2017 audit plan. | $365.00 | 0.5 | $182.50 |
| Kilkenny, Tom | Call with T. Horton, CFO, to discuss his call with the audit committee chair. | $365.00 | 0.3 | $109.50 |

**07/13/2017**

| | | | | |
|---|---|---|---|---|
| Bowers, Rachel | Discuss EFH Corp 2017 audit scope of work with T. Kilkenny, M. Parker, R. Bowers, and D. Morehead. | $290.00 | 1.0 | $290.00 |
| Bowers, Rachel | Review planned budget for EFH Corp. 2017 audit. | $290.00 | 1.5 | $435.00 |

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

May 01, 2017 - August 31, 2017

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | | |
| 07/13/2017 | | | | | |
| | Kilkenny, Tom | Call with B. Williamson, audit committee chair, to discuss recent matters and our upcoming meeting with management on the 2017 audit plan. | $365.00 | 0.5 | $182.50 |
| | Kilkenny, Tom | Discuss EFH Corp 2017 audit scope of work with M. Parker, R. Bowers, and D. Morehead. | $365.00 | 1.0 | $365.00 |
| | Morehead, David | Discuss EFH Corp 2017 audit scope of work with T. Kilkenny, M. Parker, and R. Bowers. | $265.00 | 1.0 | $265.00 |
| | Parker, Matt | Discuss EFH Corp 2017 audit scope of work with T. Kilkenny, R. Bowers, and D. Morehead. | $365.00 | 1.0 | $365.00 |
| 07/14/2017 | | | | | |
| | Bowers, Rachel | Address review comments on EFH Corp. 2017 engagement letter. | $290.00 | 1.5 | $435.00 |
| | Bowers, Rachel | Review planned budget for EFH Corp. 2017 audit. | $290.00 | 0.5 | $145.00 |
| 07/15/2017 | | | | | |
| | Bowers, Rachel | Review planned budget for EFH Corp. 2017 audit. | $290.00 | 1.5 | $435.00 |
| 07/17/2017 | | | | | |
| | Babanova, Maria | Address review notes left by T. Kilkenny on the EFH engagement letter. | $215.00 | 1.5 | $322.50 |
| | Bowers, Rachel | Review EFH Corp 2017 audit engagement letter. | $290.00 | 1.0 | $290.00 |
| | Kilkenny, Tom | Review draft engagement letter for 2017 audit. | $365.00 | 0.5 | $182.50 |
| | Persons, Hillary | Prepare the 2017 audit engagement letter. | $215.00 | 0.5 | $107.50 |
| 07/18/2017 | | | | | |
| | Kilkenny, Tom | Review draft of audit committee materials for August meeting. | $365.00 | 0.8 | $292.00 |
| | Kilkenny, Tom | Meeting to debrief 2016 audit with T. Horton and M. Parker. | $365.00 | 1.0 | $365.00 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

May 01, 2017 - August 31, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | |
| 07/18/2017 | | | | |
| Kilkenny, Tom | Call with T. Horton to debrief his discussions with the CEO and audit committee chair to review EFH draft audit committee slides regarding Q2 limited review procedures. | $365.00 | 0.5 | $182.50 |
| Parker, Matt | Meeting to debrief 2016 audit with Tony Horton (CFO) and T. Kilkenny. | $365.00 | 1.0 | $365.00 |
| 07/19/2017 | | | | |
| Babanova, Maria | Address review notes left on the EFH audit service plan left by T. Kilkenny. | $215.00 | 0.8 | $172.00 |
| 07/20/2017 | | | | |
| ., Kashang | Update Bankruptcy docket tracker workpaper from the Epiq website. | $175.00 | 2.0 | $350.00 |
| Babanova, Maria | Review of 2017 audit fees. | $215.00 | 0.6 | $129.00 |
| Kilkenny, Tom | Discuss EFH planning and risk assessment with M. Parker. | $365.00 | 0.6 | $219.00 |
| Kilkenny, Tom | Review EFH draft audit committee slides regarding Q2 limited review procedures. | $365.00 | 0.5 | $182.50 |
| Pansari, Anubhav | Update Bankruptcy docket tracker workpaper from the Epiq website. | $215.00 | 1.0 | $215.00 |
| Parker, Matt | Discuss EFH planning and risk assessment with T. Kilkenny. | $365.00 | 0.6 | $219.00 |
| 07/25/2017 | | | | |
| Kilkenny, Tom | Read Oncor audit committee materials and attend the July 25 Oncor audit committee meeting. | $365.00 | 2.5 | $912.50 |
| 07/26/2017 | | | | |
| Kilkenny, Tom | Review and comment on draft 1.0 of the EFH second quarter financial statements. | $365.00 | 0.7 | $255.50 |
| 07/27/2017 | | | | |
| Babanova, Maria | Perform review of the Q2 EFH Corp financial statements. | $215.00 | 1.5 | $322.50 |

8

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

May 01, 2017 - August 31, 2017

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | | |
| 07/27/2017 | | | | | |
| | Benvenuti, Christina | Continue to review procedure related to the second quarter report by agreeing financial statements to the general ledger. | $175.00 | 1.3 | $227.50 |
| | Benvenuti, Christina | Review procedure related to the second quarter report by agreeing financial statements to the general ledger. | $175.00 | 2.9 | $507.50 |
| | Bowers, Rachel | Address review comments on EFH Corp 2017 engagement letter. | $290.00 | 0.4 | $116.00 |
| | Kilkenny, Tom | Discuss upcoming audit committee meeting including our plan for the 2017 audit with M. Parker, A. Wright, and T. Horton. | $365.00 | 0.7 | $255.50 |
| | Parker, Matt | Discuss upcoming audit committee meeting including our plan for the 2017 audit with T. Kilkenny, A. Wright, and T. Horton. | $365.00 | 0.7 | $255.50 |
| 07/28/2017 | | | | | |
| | Bowers, Rachel | Address comments on EFH Corp. materials for audit committee meeting regarding recent matters and upcoming meeting with management on the 2017 audit plan. | $290.00 | 0.6 | $174.00 |
| 07/30/2017 | | | | | |
| | Kilkenny, Tom | Read new edits to the EFH second quarter financial statements and draft additional proposed edits. | $365.00 | 0.8 | $292.00 |
| 07/31/2017 | | | | | |
| | Bowers, Rachel | Address review comments on EFH Corp. 2017 engagement letter. | $290.00 | 0.3 | $87.00 |
| | Kilkenny, Tom | Read and provide comments on draft 1.2 of the EFH second quarter financial statements. | $365.00 | 0.5 | $182.50 |
| 08/01/2017 | | | | | |
| | Bowers, Rachel | Address review comments on EFH Corp. 2017 engagement letter. | $290.00 | 0.5 | $145.00 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

May 01, 2017 - August 31, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | |
| 08/02/2017 | | | | |
| Kilkenny, Tom | Draft email correspondence to T. Horton (CFO), and review resulting changes to our audit committee materials. | $365.00 | 0.5 | $182.50 |
| 08/07/2017 | | | | |
| Kilkenny, Tom | Discussion with T. Nutt (Vistra), on possible cancellation of audit committee meeting and the draft communication regarding status of Q2 review from EFH. | $365.00 | 0.5 | $182.50 |
| 08/22/2017 | | | | |
| Kilkenny, Tom | Call with B. Williamson (audit committee chair) to discuss 2017 audit plan and estimated fees. | $365.00 | 0.5 | $182.50 |
| 08/24/2017 | | | | |
| Kilkenny, Tom | Prepare memo documenting discussion with audit committee chair. | $365.00 | 0.5 | $182.50 |
| Subtotal for Financial Statement Audit and Related Services: | | | 102.1 | $27,443.00 |
| *Preparation of Fee Applications* | | | | |
| 05/04/2017 | | | | |
| Gutierrez, Dalia | Review April fee detail in preparation for monthly statement. | $175.00 | 1.6 | $280.00 |
| 05/05/2017 | | | | |
| Gutierrez, Dalia | Complete review of April fee detail in preparation for monthly statement. | $175.00 | 3.0 | $525.00 |
| 05/12/2017 | | | | |
| Gutierrez, Dalia | Prepare draft of February fee statement. | $175.00 | 3.0 | $525.00 |
| 05/15/2017 | | | | |
| Gutierrez, Dalia | Continue to prepare February monthly fee statement. | $175.00 | 3.0 | $525.00 |
| 05/17/2017 | | | | |
| Kilkenny, Tom | Review initial time reporting for March. | $365.00 | 0.5 | $182.50 |

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

May 01, 2017 - August 31, 2017

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Preparation of Fee Applications* | | | | | |
| 05/19/2017 | | | | | |
| | Kilkenny, Tom | Review February bill and time detail. | $365.00 | 0.5 | $182.50 |
| 05/22/2017 | | | | | |
| | Gutierrez, Dalia | Prepare March 2017 fee detail exhibit for R. Young's (Deloitte) review. | $175.00 | 1.8 | $315.00 |
| 05/25/2017 | | | | | |
| | Gutierrez, Dalia | Finalize February monthly fee statement. | $175.00 | 0.5 | $87.50 |
| 06/01/2017 | | | | | |
| | Murawski, Bryan | Prepare the March fee application. | $265.00 | 2.0 | $530.00 |
| | Murawski, Bryan | Prepare the April fee application. | $265.00 | 1.0 | $265.00 |
| 06/02/2017 | | | | | |
| | Gutierrez, Dalia | Prepare first draft of the March monthly fee statement. | $175.00 | 3.0 | $525.00 |
| 06/05/2017 | | | | | |
| | Gutierrez, Dalia | Prepare first draft of the April monthly fee statement. | $175.00 | 2.5 | $437.50 |
| | Gutierrez, Dalia | Finalize the March monthly fee statement. | $175.00 | 0.5 | $87.50 |
| 06/06/2017 | | | | | |
| | Gutierrez, Dalia | Review May fee detail in preparation for the monthly fee statement. | $175.00 | 0.3 | $52.50 |
| 06/12/2017 | | | | | |
| | Gutierrez, Dalia | Finalize the April monthly fee statement. | $175.00 | 0.5 | $87.50 |
| 06/21/2017 | | | | | |
| | Gutierrez, Dalia | Prepare fee exhibit for OGC review. | $175.00 | 0.5 | $87.50 |
| 06/23/2017 | | | | | |
| | Gutierrez, Dalia | Include fee data for WBS#EFH10094-01 in May fee report per comments from M. Babanova. | $175.00 | 1.0 | $175.00 |
| 07/05/2017 | | | | | |
| | Gutierrez, Dalia | Prepare draft of June monthly fee statement. | $175.00 | 2.0 | $350.00 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

May 01, 2017 - August 31, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Preparation of Fee Applications* | | | | |
| 07/07/2017 | | | | |
| Gutierrez, Dalia | Prepare fee detail exhibit for R. Young's review. | $175.00 | 0.5 | $87.50 |
| 07/10/2017 | | | | |
| Abrom, Carisa | Prepare May monthly fee application for filing. | $215.00 | 0.1 | $21.50 |
| 07/11/2017 | | | | |
| Abrom, Carisa | Update and prepare June monthly fee application in its entirety. | $215.00 | 1.2 | $258.00 |
| 07/12/2017 | | | | |
| Abrom, Carisa | Continue to prepare June monthly fee application. | $215.00 | 0.2 | $43.00 |
| 07/18/2017 | | | | |
| Abrom, Carisa | Begin to prepare 9th interim fee application. | $215.00 | 1.5 | $322.50 |
| 07/19/2017 | | | | |
| Abrom, Carisa | Revise ninth interim fee application. | $215.00 | 1.3 | $279.50 |
| 07/20/2017 | | | | |
| Abrom, Carisa | Finish draft of 9th interim fee application. | $215.00 | 1.6 | $344.00 |
| 07/31/2017 | | | | |
| Babanova, Maria | Update ninth interim fee application. | $215.00 | 0.6 | $129.00 |
| Babanova, Maria | Update ninth interim fee application. | $215.00 | 2.5 | $537.50 |
| 08/02/2017 | | | | |
| Babanova, Maria | Prepare ninth interim fee application. | $265.00 | 1.0 | $265.00 |
| Kilkenny, Tom | Review ninth interim fee application. | $365.00 | 0.5 | $182.50 |
| 08/03/2017 | | | | |
| Abrom, Carisa | Revise and update 9th interim fee application. | $215.00 | 0.8 | $172.00 |
| 08/04/2017 | | | | |
| Babanova, Maria | Prepared ninth interim fee application. | $265.00 | 1.0 | $265.00 |
| 08/07/2017 | | | | |
| Abrom, Carisa | Update ninth interim fee application draft. | $215.00 | 0.4 | $86.00 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

May 01, 2017 - August 31, 2017

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Preparation of Fee Applications* | | | | |
| 08/07/2017 | | | | |
| Abrom, Carisa | Review of July fees in preparation for the monthly fee application. | $215.00 | 1.1 | $236.50 |
| Kilkenny, Tom | Review ninth interim fee application. | $365.00 | 0.5 | $182.50 |
| 08/08/2017 | | | | |
| Babanova, Maria | Prepared July application for compensation. | $265.00 | 0.5 | $132.50 |
| 08/10/2017 | | | | |
| Abrom, Carisa | Continue to update the ninth interim fee application draft. | $215.00 | 0.2 | $43.00 |
| 08/15/2017 | | | | |
| Babanova, Maria | Prepared July application for compensation. | $265.00 | 0.3 | $79.50 |
| 08/16/2017 | | | | |
| Babanova, Maria | Prepared July application for compensation. | $265.00 | 0.5 | $132.50 |
| Subtotal for Preparation of Fee Applications: | | | 43.5 | $9,019.50 |
| **Total** | | | **152.1** | **$41,142.50** |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Janiak, Stacy | $720.00 | 0.5 | $360.00 |
| Kilkenny, Tom | $720.00 | 6.0 | $4,320.00 |
| Kilkenny, Tom | $365.00 | 23.8 | $8,687.00 |
| Parker, Matt | $365.00 | 5.4 | $1,971.00 |
| Bowers, Rachel | $290.00 | 20.9 | $6,061.00 |
| Babanova, Maria | $265.00 | 3.3 | $874.50 |
| Morehead, David | $265.00 | 4.2 | $1,113.00 |
| Murawski, Bryan | $265.00 | 3.0 | $795.00 |
| Ravindran, Sarradha | $265.00 | 3.0 | $795.00 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

May 01, 2017 - August 31, 2017

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---:|---:|---:|
| Abrom, Carisa | $215.00 | 8.4 | $1,806.00 |
| Babanova, Maria | $215.00 | 30.5 | $6,557.50 |
| Pansari, Anubhav | $215.00 | 4.0 | $860.00 |
| Persons, Hillary | $215.00 | 2.5 | $537.50 |
| ., Kashang | $175.00 | 8.0 | $1,400.00 |
| Benvenuti, Christina | $175.00 | 4.9 | $857.50 |
| Gutierrez, Dalia | $175.00 | 23.7 | $4,147.50 |