## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

### THIRTIETH-FIFTH MONTHLY FEE APPLICATION OF MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP AS DELAWARE BANKRUPTCY COUNSEL AND CONFLICTS COUNSEL TO THE EFH OFFICIAL COMMITTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM SEPTEMBER 1, 2017 THROUGH SEPTEMBER 30, 2017

| Name of Applicant | Montgomery, McCracken, Walker & Rhoads, LLP |
|---|---|
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. |
| Date of Retention: | January 12, 2015 *nunc pro tunc* to November 5, 2014 |
| Period for which compensation and reimbursement is sought: | September 1, 2017 through September 30, 2017 |
| Amount of Compensation sought as actual, reasonable and necessary: | $41,499.60 (80% of $51,874.50) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $479.82 |

This is a(n) **X** monthly ___ interim ___ final application.  No prior application was filed for this Fee Period.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each defined herein), and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Order.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code,

(the **"Bankruptcy Code"**), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the

**"Bankruptcy Rules"**), the *Order Authorizing the Official Committee of Unsecured Creditors of*

*Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH*

*Finance, Inc., and EECI, Inc. for an Order Under Bankruptcy Code Sections 328(a) and 1103(a)*

*and Bankruptcy Rules 2014(a) and 2016(b) Approving the Employment and Retention of*

*Montgomery, McCracken, Walker & Rhoads, LLP Nunc Pro Tunc to November 5, 2014* [D.I.

3241] (the **"Retention Order"**), the *Order Establishing Procedures for Interim Compensation*

*and Reimbursement of Expenses for Professionals, dated September 16, 2014* [D.I. 2066] (the

**"Interim Compensation Order"**), the *Stipulation and Order Appointing a Fee Committee* [D.I.

1896] (the **"Fee Committee Order"**), and the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware, the law firm of

Montgomery, McCracken, Walker & Rhoads, LLP (**"MMWR"**), Delaware Bankruptcy Counsel

and Conflicts Counsel to the Official Committee of Unsecured Creditors of Energy Future

Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and

EECI, Inc. (the **"EFH Committee"**), hereby files this monthly fee application (the

**"Application"**) for: (i) compensation in the amount of $41,499.60 for the reasonable and

necessary legal services of MMWR to the EFH Committee from September 1, 2017 through

September 30, 2017 (the **"Fee Period"**) (80% of $51,874.50); and (ii) reimbursement of the

actual and necessary expenses that MMWR incurred, in the amount of $479.82 during the Fee

Period.[3]

---

[3] All services for which MMWR requests compensation were performed for, or on behalf of, the EFH Committee.
The EFH Committee represents creditors of Energy Future Holdings Corporation, Energy Future Intermediate
Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. and  MMWR's compensation is proposed as an

**Itemization of Services Rendered and Disbursements Incurred**

1.      In support of this Application, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by MMWR's partners, associates, and paralegals during the Fee Period with respect to each of the subject matter categories MMWR established in accordance with its internal billing procedures.  As reflected in **Exhibit A**, MMWR incurred $51,874.50 in fees during the Fee Period. Pursuant to this Application, MMWR seeks reimbursement for 80% of such fees totaling $41,499.60.

- **Exhibit B** is a schedule providing certain information regarding the MMWR attorneys and paralegals for whose work on these chapter 11 cases compensation is sought in this Application.  Attorneys and paralegals of MMWR expended a total of 101.30 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which MMWR is seeking reimbursement in this Application.  All of these disbursements comprise the requested sum of $479.82 for MMWR's out of pocket expenses.

- **Exhibit D** consists of MMWR's records of expenses incurred during the Fee Period in the rendition of professional services to the Debtors and their estates.

2.      Although every effort has been made to include all fees and expenses incurred in the Fee Period within this Application, some fees and expenses might not be included due to delays caused by accounting and processing.  MMWR reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the

---

expense of each of these estates pursuant to section 328 of the Bankruptcy Code, jointly and severally.  With respect to the allocation of fees and expenses contemplated by section 2(b) of the Interim Compensation Order, the fees and expenses of MMWR are for the benefit of the EFH Committee and not for the direct benefit of any Debtor and, accordingly, no allocation is proposed at this time by MMWR.

Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim

Compensation Order.

      **WHEREFORE**, MMWR requests that it be allowed reimbursement for its fees and

expenses incurred during the Fee Period in the total amount of $41,979.42 consisting of (a)

$41,499.60 which is 80% of the $51,874.50 fees incurred by the EFH Committee for reasonable

and necessary professional services rendered by MMWR and (b) $479.82, which represents

actual and necessary expenses incurred in the rendition of professional services to the EFH

Committee in these cases.

Dated: Wilmington, Delaware
       October 24, 2017

                     **MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

                     */s/ Mark A. Fink*
                     Natalie D. Ramsey (DE Bar No. 5378)
                     Davis Lee Wright (DE Bar No. 4324)
                     Mark A. Fink (DE Bar No. 3946)
                     1105 North Market Street, 15th Floor
                     Wilmington, DE 19801
                     Telephone: (302) 504-7800
                     Facsimile: (302) 504-7820
                     E-mail:      nramsey@mmwr.com
                                     dwright@mmwr.com
                                   mfink@mmwr.com

                     *Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC; EFIH Finance Inc.; and EECI, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., *et al.,*[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Obj. Due: 11/14/2017 @ 4:00 pm Eastern Time** |
| | ) | **Hearing Date:  Only if required** |
| | ) | |

## <u>NOTICE OF FEE APPLICATION</u>

**PLEASE TAKE NOTICE** that Montgomery, McCracken, Walker & Rhoads, LLP (the

"**Applicant**") has filed the attached **Thirtieth-Fifth Monthly Fee Application of Montgomery,**

**McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts**

**Counsel to the EFH Official Committee for Compensation and Reimbursement of**

**Expenses for the Period from September 1, 2017 through September 30, 2017** (the "**Fee**

**Application**") with the United States Bankruptcy Court for the District of Delaware (the

"**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Application

must be made in accordance with *Order Establishing Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the

"**Administrative Order**"), and must be filed with the Clerk of the United States Bankruptcy

Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801, and be

served upon and received by (i) the above-captioned debtors and debtors in possession

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

(collectively, the **"Debtors"**), Energy Future Holdings Corp., *et al*., 1601 Bryan Street, 43rd

Floor, Dallas, TX, 75201, Attn: Andrew M Wright and Cecily Gooch; (ii) co-counsel to the

Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E.

Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL, 60654, Attn: Chad Husnick;

(iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street,

Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andy Vara, the

Acting United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street,

Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of

Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New

York, NY 10014, Attn: Andrew B. Schwartz; (v) counsel for the agent of the EFIH First Lien

DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY

10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel to the fee committee, Godfrey &

Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler; (vii) co-counsel

to the EFH Committee, Sullivan & Cromwell, LLP, 125 Broad Street, New York, NY 10004-

2498, Attn: Alexa Kranzley; and (viii) the Applicant, Montgomery, McCracken, Walker &

Rhoads, LLP, 1105 North Market Street, 15th Floor, Wilmington, DE 19801, Attn: Natalie D.

Ramsey and Davis Lee Wright by no later than **4:00 p.m. (prevailing Eastern Time) on**

**November 14, 2017** (the **"Objection Deadline"**).

      **PLEASE TAKE FURTHER NOTICE** that if any responses or objections to the Fee

Application are timely filed, served, and received in accordance with this notice, a hearing on the

Fee Application will be held at the convenience of the Bankruptcy Court.  Only those objections

made in writing and timely filed and received in accordance with the Administrative Order and

the procedures described herein will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKER FURTHER NOTICE** that pursuant to the Administrative Order, if

no objection to the Fee Application is timely filed, served and received by the Objection

Deadline, the Fee Application may be paid an amount equal or lesser of (i) 80 percent of fees and

100 percent of expenses requested in the Fee Application or (ii) 80 percent of fees and 100

percent of expenses not subject to an objection without the need for further order of the

Bankruptcy Court.

Dated: Wilmington, Delaware
      October 24, 2017

                                        **MONTGOMERY, McCRACKEN, WALKER
                                        & RHOADS, LLP**

                                        */s/ Mark A. Fink*
                                        Natalie D. Ramsey (DE Bar No. 5378)
                                        Davis Lee Wright (DE Bar No. 4324)
                                        Mark A. Fink (DE Bar No. 3946)
                                        1105 North Market Street, 15th Floor
                                        Wilmington, DE 19801
                                        Telephone: (302) 504-7800
                                        Facsimile: (302) 504-7820
                                        E-mail:      nramsey@mmwr.com
                                                          dwright@mmwr.com
                                                          mfink@mmwr.com

                                        *Counsel for The Official Committee of Unsecured
                                        Creditors of Energy Future Holdings Corp.; Energy
                                        Future Intermediate Holding Company LLC; EFIH
                                        Finance Inc.; and EECI, Inc.*

**<u>Exhibit A</u>**

| | | |
|---|---|---|
| Invoice Date: | | 10/23/17 |
| Invoice Number: | | 751105 |
| Client Matter Number: | | 66471.00003 |
| I.D.# | | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 001 | Asset Analysis | 0.80 | $132.00 |
| 002 | Asset Disposition | 2.90 | $1,827.00 |
| 006 | Case Administration | 18.90 | $9,520.50 |
| 007 | Claims Administration and Objections | 6.30 | $3,969.00 |
| 010 | Employment and Fee Applications (MMWR) | 12.70 | $3,072.00 |
| 011 | Employment and Fee Applications (Others) | 4.80 | $1,815.00 |
| 013 | Other Litigation | 24.30 | $15,385.50 |
| 014 | Meetings and Communications with Creditors | 2.90 | $1,894.50 |
| 015 | Non-Working Travel | 2.00 | $630.00 |
| 016 | Plan and Disclosure Statement | 15.50 | $10,033.50 |
| 021 | Hearings | 9.60 | $3,190.50 |
| 030 | Asbestos-Related Matters | 0.60 | $405.00 |
| | Matter Total | 101.30 | $51,874.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

## **<u>Exhibit B</u>**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 15.10 | $10,192.50 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $630.00 | 55.40 | $34,902.00 |
| Mark A. Fink | Travel | $315.00 | 2.00 | $630.00 |
| Davis Lee Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $590.00 | 3.30 | $1,947.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **75.80** | **$47,671.50** |
| **LEGAL ASSISTANTS** | | | | |
| Jason Smith | Paralegal | $165.00 | 25.20 | $4,158.00 |
| Keith Mangan | Paralegal | $150.00 | 0.30 | $45.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **25.50** | **$4,203.00** |
| **TOTAL ALL PROFESSIONALS** | | | **101.30** | **$51,874.50** |

## Exhibit C

**EXPENSE SUMMARY**
**SEPTEMBER 1, 2017 THROUGH SEPTEMBER 30, 2017**

| Expense Category | Total Expenses |
|---|---|
| Miscellaneous Expenses | $217.00 |
| Delivery Service | $7.50 |
| Filing Fee – Other | $30.00 |
| Travel – Rail Fare | $170.00 |
| Telephone | $4.18 |
| Westlaw On-Line Legal Research | $35.64 |
| Pacer | $15.50 |
| **Total:** | **$479.82** |

## **<u>Exhibit D</u>**

Invoice Date:           10/23/17
Invoice Number:           751105
Client Matter Number:  66471.00003
I.D.#                        01051

## Disbursements and Other Related Charges Incurred
## On Your Behalf

| Date | Description | | Amount |
|------|-------------|---|--------|
| 09/30/17 | Pacer | $ | 15.50 |
| 09/07/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 8/21/17, Court Call Hearing 8/21/17 at 9:00am | $ | 30.00 |
| 09/07/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 8/18/17, Court6 Call Hearing 8/18/17 at 1:00pm | $ | 37.00 |
| 09/12/17 | Westlaw On-Line Legal Research | $ | 35.64 |
| 09/15/17 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions  - Services for the month of August, 2017 (Acct # 3003555) | $ | 150.00 |
| 09/22/17 | Delivery Service - PAID TO: Parcels Inc - 9/1/17, Fr MMWR To Judge C.Sontchi, U.S. Bankruptcy Court, Wilmington, DE | $ | 7.50 |
| 09/25/17 | Travel - Rail Fare - PAID TO: Mark A. Fink  - 9/19/17, Roundtrip Amtrak railfare from New York to Wilmington to attend hearing | $ | 170.00 |
| 09/28/17 | Telephone - PAID TO: Soundpath Conferencing  - Conference call at 1:56pm on 8/28/17 with 2 participants | $ | 4.18 |
| 09/29/17 | Filing Fee - Other - PAID TO: American Express - CCALL ID # 8545096 charge on 8/25/2017 | $ | 30.00 |
| | Total Disbursements | $ | 479.82 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**