**EXHIBIT D**

**Summary of Stevens & Lee, P.C. Non-Bankruptcy Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category (Delaware) | Blended Hourly Rate | |
| --- | --- | --- |
| | **Worked and Billed in 2017** (excluding bankruptcy lawyers) | **Billed in this Fee Application** |
| Practice Leader/Shareholders | $456.00[1] | $735.00 |
| Associates | $270.00 | $275.00 |
| Legal Assistants/Paralegals | $173.00 | $175.00 |
| **Average Rate** | $300.00 | $395.00 |

Case Name:        Energy Future Intermediate Holding Company LLC
Case Number:    14-10979 (CSS)
Applicant's Name:    Stevens & Lee, P.C.
Date of Application:    October 26, 2017
Interim or Final:    Interim

---

[1] This includes hours recorded on matters which were contingent and unsuccessful; institutional and governmental clients who negotiated volume discounts; work for nonprofits; and negotiated fee engagements.