## **EXHIBIT F**

**Summary of Stevens & Lee, P.C. Expenses**

| Service Description | Amount |
|---|---|
| DOCUMENT PRODUCTION | $ 291.74 |
| COLOR DOCUMENT PRODUCTION | $ 20.00 |
| COMPUTER RESEARCH | $ 8.90 |
| PARCELS, INC. HAND DELIVERY | $ 42.24 |
| FILING FEE | $ 350.00 |
| TELEPHONE CHARGES | $ 10.78 |
| **TOTAL** | **$ 723.66** |