**EXHIBIT G**

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| **(1) Professional Retentions** | 0.80 | $    532.00 |
| **(2) Case Administration-General Matters** | 1.20 | $    790.00 |
| **(3) Chapter 11 Issues** | 0.00 | $    0.00 |
| **(4) Communications with Professionals** | 2.60 | $    1,911.00 |
| **(5) Fee Applications – Others** | 15.30 | $    5,343.50 |
| **(6) Fee Applications – S&L** | 15.90 | $    5,334.50 |
| **(7) Hearings** | 21.60 | $    15,140.00 |
| **(8) Legal & Factual Research** | 0.00 | $    0.00 |
| **(9) Meetings** | 0.00 | $    0.00 |
| **(10) Plans of Reorganization and Disclosure Statements** | 14.90 | $    10,951.50 |
| **(11) Pleadings, Motions & Briefs** | 0.00 | $    0.00 |
| **(12) Non-working Travel Time** | 0.00 | $    0.00 |
| **(13) NextEra Energy, Inc. – Adversary Proceeding** | 39.00 | $    20,023.00 |
| **TOTAL** | **122.70** | **$    68,404.50** |