# EXHIBIT H

**Detailed Time Records for Stevens & Lee, P.C.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **109285-00005** | **ENERGY FUTURE/FEE APPLICATIONS- OTHERS** | | |

**JDA    Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 5/18/17 | 0.20 | $55.00 | REVIEW JENNER'S 23RD MONTHLY FEE APPLICATION AND EXCHANGE EMAILS WITH SF RE: SAME. |
| 5/30/17 | 0.20 | $55.00 | REVIEW CNO RE: JENNER AND BLOCK'S 22ND MONTHLY FEE APPLICATION AND EMAIL SLFO RE: SAME. |
| **JDA Total:** | **0.40** | **$110.00** | |

**SLFO    Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 5/2/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE: DI 11184 |
| 5/18/17 | 0.30 | $52.50 | EFILE TWENTY-THIRD MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM APRIL 1, 2017 THROUGH APRIL 30, 2017 - SEND TO INTERESTED PARTIES VIA EMAIL - SEND TO EPIQ FOR SERVICE |
| 5/30/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CNO RE JENNER'S TWENTY-SECOND MONTHLY FEE APP (MARCH, 2017) |
| 5/30/17 | 0.20 | $35.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-SECOND MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2017 THROUGH MARCH 31, 2017 |
| **SLFO Total:** | **0.90** | **$157.50** | |
| **109285-00005 Total:** | **1.30** | **$267.50** | |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **109285-00006** | **ENERGY FUTURE/FEE APPLICATIONS-S&L** | | |

**JDA    Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 5/11/17 | 0.70 | $192.50 | DRAFT APRIL 2017 FEE APP |
| 5/11/17 | 0.50 | $137.50 | DRAFT CNO RE: 27TH AND 28TH FEE APPS AND SEND SAME TO JHH FOR REVIEW AND APPROVAL. |
| 5/12/17 | 0.10 | $27.50 | UPDATE APRIL FEE APP PER JHH REVISIONS. |
| 5/30/17 | 0.10 | $27.50 | REVIEW COMMITTEE LETTER RE: APRIL 2017 FEE APPLICATION. |
| **JDA Total:** | **1.40** | **$385.00** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 5/12/17 | 0.40 | $294.00 | REVIEW CNOS RE 27TH &28TH FEE APPS AND REVIEW AND REVISE 29TH FEE APP, EMAIL JDA SAME |
| **JHH Total:** | **0.40** | **$294.00** | |

**SLFO    Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 5/12/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-SEVENTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017 |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 5/12/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-EIGHTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2017 THROUGH MARCH 31, 2017 |
| 5/12/17 | 0.30 | $52.50 | EFILE TWENTY-NINTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM APRIL 1, 2017 THROUGH APRIL 30, 2017 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL - UPLOAD FILES TO BOX |
| 5/18/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE: DI 11240 |
| **SLFO Total:** | **1.00** | **$175.00** | |

| **109285-00006 Total:** | **2.80** | **$854.00** | |

**109285-00011**  **ENERGY FUTURE/PLEADINGS, MOTIONS AND BRIEFS**

**JHH**  **Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 5/31/17 | 1.10 | $808.50 | READ/ANALYZE ELLIOTT ASSOCIATES ADV PRO COMPLAINT (.9) AND EMAILS JENNER RE RESPONSE AND APPEARANCE REQUIRED (.2) |
| **JHH Total:** | **1.10** | **$808.50** | |

| **109285-00011 Total:** | **1.10** | **$808.50** | |

| **Grand Total:** | **5.20** | **$1,930.00** | |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **109285-00001** | | **ENERGY FUTURE/PROFESSIONAL RETENTIONS** | |

**JHH     Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 6/15/17 | 0.30 | $220.50 | REVIEW AND EFILING OF JENNER 8TH SUPPLEMENTAL DECL AND EMAIL V LAZAR SAME |
| *JHH Total:* | *0.30* | *$220.50* | |

**SLFO    Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 6/15/17 | 0.10 | $17.50 | EFILE EIGHTH SUPPLEMENTAL DECLARATION OF RICHARD LEVIN IN SUPPORT OF APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF JENNER & BLOCK LLP AS COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC UNDER SECTIONS 327(A) AND 1107(B) OF THE BANKRUPTCY CODE, EFFECTIVE NUNC PRO TUNC TO MAY 18, 2015 |
| *SLFO Total:* | *0.10* | *$17.50* | |
| **109285-00001 Total:** | **0.40** | **$238.00** | |

| **109285-00005** | | **ENERGY FUTURE/FEE APPLICATIONS- OTHERS** | |

**JDA     Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 6/9/17 | 0.10 | $27.50 | REVIEW EMAIL FROM CRAVATH RE: INTERIM FEE APPLICATION JAN-MAY 2017. |
| 6/14/17 | 0.10 | $27.50 | REVIEW JENNER AND BLOCK MONTHYL FEE STATEMENT PRIOR TO FILING. |
| 6/15/17 | 0.30 | $82.50 | REVIEW AND FILE J&B 8TH SUPPLEMENTAL DECLARATION. |
| 6/22/17 | 0.50 | $137.50 | REVIEW JENNER'S 24TH MONTHLY FEE APP AND CLARIFY ISSUES RE: EXPENSES WITH JHH AND R. LEVINE. |
| 6/22/17 | 0.40 | $110.00 | CONFER WITH CP AND COUNSEL FOR CONTINENTAL STEEL (VOICEMAIL AND VIA EMAIL) RE: FINALIZED/FILED STIP AND CONSENT ORDER. |
| 6/27/17 | 0.20 | $55.00 | REVIEW/REVISE JENNER AND BLOCK 23RD AMENDED FEE STATEMENT. |
| 6/28/17 | 0.20 | $55.00 | FINALIZE AMENDED 23RD FEE STATEMENT OF JENNER AND BLOCK FOR FILING. |
| *JDA Total:* | *1.80* | *$495.00* | |

**JHH     Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 6/12/17 | 0.40 | $294.00 | READ AND REVISE CRAVATH 26-29TH MONTHLY APPS |
| 6/15/17 | 0.40 | $294.00 | REVIEW AND REVISE, FILING AND SERVICE OF JENNER 6TH INTERIM - EMAILS V LAZAR SAME |
| 6/16/17 | 0.10 | $73.50 | EMAILS V LAZAR RE CRAVATH INTERIM APP |
| 6/21/17 | 0.80 | $588.00 | REVIEW JENNER 23RD CNO (.2) - REVIEW AND REVISE CRAVATH 8TH INTERIM AND RELATED NOTICE (.6) |
| 6/22/17 | 0.40 | $294.00 | REVIEW AND APPROVE JENNER 24TH MONTHLY - EMAILS R LEVIN RE QUESTIONS RE APP- FILING AND SERVICE |
| 6/28/17 | 0.30 | $220.50 | REVISE CORRECTED JENNER 24TH AND EMAILS TEAM SAME |
| 6/29/17 | 0.40 | $294.00 | REVIEW AND CORRECT DRAFT OF JENNER 23RD APP AND DISCS JDA RE SAME |
| *JHH Total:* | *2.80* | *$2,058.00* | |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| | | | |

**SLFO    Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 6/1/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE DI 11264 |
| 6/13/17 | 0.30 | $52.50 | EFILE TWENTY-NINTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM APRIL 1, 2017 THROUGH APRIL 30, 2017  - SEND TO INTERESTED PARTIES VIA EMAIL - SEND TO EPIQ FOR SERVICE |
| 6/13/17 | 0.30 | $52.50 | EFILE TWENTY-EIGHTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2017 THROUGH MARCH 31, 2017  - SEND TO INTERESTED PARTIES VIA EMAIL - SEND TO EPIQ FOR SERVICE |
| 6/13/17 | 0.30 | $52.50 | EFILE TWENTY-SEVENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017 - SEND TO INTERESTED PARTIES VIA EMAIL - SEND TO EPIQ FOR SERVICE |
| 6/13/17 | 0.30 | $52.50 | EFILE TWENTY-SIXTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017 - SEND TO INTERESTED PARTIES VIA EMAIL - SEND TO EPIQ FOR SERVICE |
| 6/14/17 | 0.20 | $35.00 | CHECK DOCKET FOR OBJECTIONS; DRAFT CNO RE JENNER'S TWENTY-THIRD MONTHLY FEE APP (APRIL, 2017) |
| 6/15/17 | 0.10 | $17.50 | DRAFT NOTICE RE JENNER'S SIXTH INTERIM FEE APP |
| 6/15/17 | 0.30 | $52.50 | EFILE SIXTH INTERIM FEE APPLICATION OF JENNER & BLOCK LLP INDEPENDENT COUNSEL FOR ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, FOR THE PERIOD JANUARY 1, 2017 THROUGH APRIL 30, 2017 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 6/16/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE: DOCKET NOS. 11337- 11340 |
| 6/21/17 | 0.10 | $17.50 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-THIRD MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM APRIL 1, 2017 THROUGH APRIL 30, 2017 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 6/21/17 | 0.10 | $17.50 | DRAFT NOTICE RE CRAVATH'S EIGHTH INTERIM FEE APP |
| 6/21/17 | 0.30 | $52.50 | EFILE EIGHTH INTERIM FEE APPLICATION OF CRAVATH, SWAINE & MOORE LLP INDEPENDENT COUNSEL FOR ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, FOR THE PERIOD JANUARY 1, 2017 THROUGH APRIL 30, 2017  - SEND TO INTERESTED PARTIES VIA EMAIL - SEND TO EPIQ FOR SERVICE |
| 6/22/17 | 0.30 | $52.50 | EFILE TWENTY-FOURTH MONTHLY FEE STATEMENT JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2017 THROUGH MAY 31, 2017  - SEND TO INTERESTED PARTIES VIA EMAIL - SEND TO EPIQ FOR SERVICE |
| 6/28/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE: DOCKET NOS. 11376 |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 6/29/17 | 0.30 | $52.50 | EFILE AMENDED TWENTY-THIRD MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM APRIL 1, 2017 THROUGH APRIL 30, 2017 - SEND TO INTERESTED PARTIES VIA EMAIL - SEND TO EPIQ FOR SERVICE |
| *SLFO Total:* | *3.20* | *$560.00* | |
| **109285-00005 Total:** | **7.80** | **$3,113.00** | |

| 109285-00006 | ENERGY FUTURE/FEE APPLICATIONS-S&L |
|---|---|

**JDA    Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 6/20/17 | 0.60 | $165.00 | DRAFT S&L'S 30TH MONTHLY FEE APP (MAY 2017) AND SEND TO JHH FOR REVIEW. |
| *JDA Total:* | *0.60* | *$165.00* | |

**JHH    Huston, Joseph**

| 6/20/17 | 0.30 | $220.50 | REVIEW AND REVISE 30TH MONTHLY |
|---|---|---|---|
| *JHH Total:* | *0.30* | *$220.50* | |

**SLFO    Foster, Stephanie L.**

| 6/14/17 | 0.20 | $35.00 | CHECK DOCKET FOR OBJECTIONS; DRAFT CNO RE S&L'S TWENTY-NINTH MONTHLY FEE APP (APRIL, 2017) |
|---|---|---|---|
| 6/16/17 | 0.10 | $17.50 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-NINTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM APRIL 1, 2017 THROUGH APRIL 30, 2017 |
| *SLFO Total:* | *0.30* | *$52.50* | |
| **109285-00006 Total:** | **1.20** | **$438.00** | |

| 109285-00007 | ENERGY FUTURE/HEARINGS |
|---|---|

**JHH    Huston, Joseph**

| 6/23/17 | 0.60 | $441.00 | READ DEBTORS' REPLY TO DTC OBJECTION TO NEW FINANCING (.4) - READ AGENDA OF HEARING AND EMAILS JENNER RE ATTENDANCE (.2) |
|---|---|---|---|
| *JHH Total:* | *0.60* | *$441.00* | |
| **109285-00007 Total:** | **0.60** | **$441.00** | |

| 109285-00010 | ENERGY FUTURE/PLANS OF REORGANIZATION AND DIS |
|---|---|

**JHH    Huston, Joseph**

| 6/16/17 | 0.40 | $294.00 | FOLLOW EMAILS AND APPROVE SUBMISSION RE MEDIATION |
|---|---|---|---|
| 6/19/17 | 0.40 | $294.00 | READ RESERVATION OF RIGHTS OF DELAWARE TRUST COMPANY, AS TRUSTEE FOR THE EFIH FIRST LIEN NOTES |
| *JHH Total:* | *0.80* | *$588.00* | |
| **109285-00010 Total:** | **0.80** | **$588.00** | |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **Grand Total:** | **10.80** | **$4,818.00** | |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| <u>Date</u> | <u>Hours</u> | <u>Dollars</u> | <u>Description</u> |

**109285-00005     ENERGY FUTURE/FEE APPLICATIONS- OTHERS**

**COM      Masters, Calla O**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 7/5/17 | 0.40 | $70.00 | EFILE AFFIDAVIT OF SERVICE RE: DOCKET NOS. 11354, 11383, 11399 |
| 7/14/17 | 0.50 | $87.50 | EFILE DOCKET NO. 11492  - SEND TO INTERESTED PARTIES VIA EMAIL - SEND TO EPIQ FOR SERVICE |
| **COM Total:** | **0.90** | **$157.50** | |

**JDA      Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 7/14/17 | 0.40 | $110.00 | DRAFT AND FILE NOTICE OF WITHDRAWAL OF JENNER'S 25TH MONTHLY FEE APP. |
| 7/17/17 | 0.20 | $55.00 | REVIEW JENNER'S 25TH MONTHLY FEE STATEMENT. |
| **JDA Total:** | **0.60** | **$165.00** | |

**JHH      Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 7/11/17 | 0.30 | $220.50 | REVIEW AND APPROVE CNOS RE CRAVATH'S 27-30TH AND EMAILS RE FEE COMMITTEE LETTER |
| 7/14/17 | 0.20 | $147.00 | REVIEW JENNER 25TH MONTHLY AND REVIEW WITHDRAWAL DOC |
| **JHH Total:** | **0.50** | **$367.50** | |

**SLFO     Foster, Stephanie L.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 7/11/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CNO RE CRAVATH'S TWENTY-SIXTH MONTHLY FEE APP (JAN, 2017) |
| 7/11/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CNO RE CRAVATH'S TWENTY-SEVENTH MONTHLY FEE APP (FEB, 2017) |
| 7/11/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CNO RE CRAVATH'S TWENTY-EIGHTH MONTHLY FEE APP (MAR, 2017) |
| 7/11/17 | 0.30 | $52.50 | CHECK DOCKET FOR OBJECTIONS; DRAFT CNO RE CRAVATH'S TWENTY-NINTH MONTHLY FEE APP (APR, 2017) |
| 7/12/17 | 0.30 | $52.50 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-SIXTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2017 THROUGH JANUARY 31, 2017 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 7/12/17 | 0.30 | $52.50 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-SEVENTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1, 2017 THROUGH FEBRUARY 28, 2017 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 7/12/17 | 0.30 | $52.50 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-EIGHTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2017 THROUGH MARCH 31, 2017 - SEND TO INTERESTED PARTIES VIA EMAIL |
| 7/12/17 | 0.30 | $52.50 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE TWENTY-NINTH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM APRIL 1, 2017 THROUGH APRIL 30, 2017 - SEND TO INTERESTED PARTIES VIA EMAIL |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **SLFO Total:** | **2.40** | **$420.00** | |
| **109285-00005 Total:** | **4.40** | **$1,110.00** | |

### 109285-00006   ENERGY FUTURE/FEE APPLICATIONS-S&L

**COM   Masters, Calla O**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 7/18/17 | 0.40 | $70.00 | EFILE THIRTIETH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2017 THROUGH MAY 31, 2017 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL - UPLOAD FILES TO BOX |
| 7/18/17 | 0.40 | $70.00 | EFILE THIRTY FIRST MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JUNE 1, 2017 THROUGH JUNE 30, 2017 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL - UPLOAD FILES TO BOX |
| 7/18/17 | 0.40 | $70.00 | EFILE EIGHTH INTERIM FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2017 THROUGH APRIL 30, 2017 - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL - UPLOAD FILES TO BOX |
| 7/21/17 | 0.30 | $52.50 | EFILE AFFIDAVIT OF SERVICE RE: DOCKET NO. 11497-11499 |
| **COM Total:** | **1.50** | **$262.50** | |

**JDA   Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 7/6/17 | 4.50 | $1,237.50 | DRAFT S&L'S 8TH INTERIM FEE APPLICATION. |
| 7/13/17 | 0.50 | $137.50 | REVISE S&L'S 8TH INTERIM FEE APP |
| 7/13/17 | 0.30 | $82.50 | FURTHER REVISE 8TH INTERIM FEE APP AND CONFER WITH KR RE: SAME. |
| 7/18/17 | 0.50 | $137.50 | DRAFT S&L 30TH MONTHLY FEE STATEMENT. |
| 7/18/17 | 0.60 | $165.00 | DRAFT S&L 31ST MONTHLY FEE STATEMENT. |
| 7/24/17 | 0.20 | $55.00 | CONFER WITH G. MOORE RE: PAYMENT PACKAGES AND SEND CNOS/INTERIM ORDERS TO SAME. |
| **JDA Total:** | **6.60** | **$1,815.00** | |

**JHH   Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 7/6/17 | 0.30 | $220.50 | REVIEW AND APPROVE AGREED INTERIM FEE RE 7TH INTERIM, CHECK ADJUSTMENT NUMBER AND EMAILS COMMITTEE ET AL SAME |
| 7/7/17 | 0.40 | $294.00 | REVIEW AND REVISE 8TH INTERIM AND EMAILS JDA SAME |
| 7/13/17 | 0.30 | $220.50 | REVIEW FINAL 8TH INTERIM AND DISC JDA SAME |
| 7/18/17 | 0.60 | $441.00 | REVIEW AND REVISE S&L 30TH AND 31ST MONTHLIES - EMAILS RE PAYMENT PACKAGE AND 8TH INTERIM |
| **JHH Total:** | **1.60** | **$1,176.00** | |
| **109285-00006 Total:** | **9.70** | **$3,253.50** | |

### 109285-00007   ENERGY FUTURE/HEARINGS

**JHH   Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 7/12/17 | 1.40 | $1,029.00 | PREP FOR AND ATTEND STATUS CONFERENCE ON RENEWED CONFIRMATION PROCESS |
| 7/24/17 | 0.70 | $514.50 | READ AGENDA FOR 7-26 HEARING AND EMAILS M SOWA RE SCHEDULE (.3) - FOLLOW DOCKET OF RELEVANT NEW FILINGS RE SCHEDULING ORDER ETC. (.4) |
| 7/25/17 | 1.10 | $808.50 | EMAILS V LAZAR RE LOGISTICS FOR HEARING (.2) - READ AMENDED AGENDA (.1) READ DEBTORS' OBJECTION TO MOTION TO ADJOURN (.2) - PREP MATERIALS FOR HEARING AND REVIEW RELEVANT PLEADINGS ( .6) |
| 7/26/17 | 8.60 | $6,321.00 | PREP FOR AND ATTEND EVIDENTIARY HEARING ON SCHEDULING (7.8)   DISCUSS BACKGROUND AND STRATEGY RE SAME WITH V LAZAR AND M THOMAS (.6) - EMAILS V LAZAR RE RESULT (.2) |
| **JHH Total:** | **11.80** | **$8,673.00** | |
| **109285-00007 Total:** | **11.80** | **$8,673.00** | |

**109285-00010   ENERGY FUTURE/PLANS OF REORGANIZATION A**

**JHH     Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 7/12/17 | 1.70 | $1,249.50 | READ RELEVANT PROVISIONS OF BH ENERGY PLAN DISCLOSURE STATEMENT |
| 7/21/17 | 0.20 | $147.00 | READ LETTERS TO COURT FROM PARTIES RE DISCOVERY DISPUTE AND RE SCOPE OF 7-26 HEARING (.4) - READ ELLIOTT OBJECTION AND MOTION TO ADJOURN HEARING ( ) |
| 7/24/17 | 0.80 | $588.00 | READ ELLIOT OBJECTION TO SCHEDULE, UMB JOINDER AND DEBTORS RESPONSE (. 8 ) - |
| 7/28/17 | 0.40 | $294.00 | READ CONFIRMATION SCHEDULING ORDER AND CALENDAR DATES (.4) |
| 7/31/17 | 1.10 | $808.50 | READ ELLIOTT MOTION TO VACATE TERMINATION FEE AND RELATED DECLS |
| **JHH Total:** | **4.20** | **$3,087.00** | |
| **109285-00010 Total:** | **4.20** | **$3,087.00** | |

**109285-00013   ENERGY FUTURE/NEXTERA ENERGY, INC - ADVE**

**JDA     Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 7/14/17 | 0.50 | $137.50 | REVIEW MULTIPLE EMAILS RE: POTENTIAL ADVERSARY COMPLAINT AND DOCUMENTS TO BE FILED THEREWITH FROM OUTSIDE COUNSEL AND JHH. |
| 7/20/17 | 2.60 | $715.00 | REVIEW/ANALYZE LATEST PLAN AND DISCLOSURE STATEMENT AND SUMMARIZE SAME. |
| 7/20/17 | 0.80 | $220.00 | REVIEW/ANALYZE DISCLOSURE STATEMENT AND SUPPLEMENT PLAN SUMMARY. |
| 7/21/17 | 0.30 | $82.50 | REVIEW EMAILS FROM JHH RE: COMPLAINT/MTD AND RETRIEVE/SEND COPIES OF SAME. |
| **JDA Total:** | **4.20** | **$1,155.00** | |

**JHH     Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 7/14/17 | 3.90 | $2,866.50 | EMAILS K&E RE ADVERSARY COMPLAINT AND DIVISION OF LABOR (.4) - REVIEW AND REVISE COMPLAINT (1.8) - REVIEW AND REVISE MOTION TO EXPEDITE (.8) - DISCUSSION WITH JDA RE ASSIGNMENT AND BACKGROUND (.3) - EMAILS TEAM RE PROCEDURE ON MOTION TO SHORTEN AND PROVIDE RECENT PRECEDENT (.4) - EMAILS TEAM RE SCHEDULING (.2) |
| 7/16/17 | 1.60 | $1,176.00 | REVIEW AND REVISE MOTION TO SHORTEN AND MOTION TO EXPEDITE (1.2) - EMAILS TEAM RE SAME AND TIMING (.4) |
| 7/24/17 | 0.60 | $441.00 | FOLLOW DOCKET AND EMAILS M SOWA RE SCHEDULE ON FILING AND RELATED MATTERS |
| *JHH Total:* | *6.10* | *$4,483.50* | |
| **109285-00013 Total:** | **10.30** | **$5,638.50** | |
| | | | |
| **Grand Total:** | **40.40** | **$21,762.00** | |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **109285-00001** | | **ENERGY FUTURE/PROFESSIONAL RETENTIONS** | |
| *JHH*   *Huston, Joseph* | | | |
| 8/30/17 | 0.40 | $294.00 | REVIEW AND REVISE NOTICE OF SUBSTITUTION OF COUNSEL (SHAW FISHMAN) AND DISCUSS BASES AND APPROVAL PROCESS WITH JDA |
| *JHH Total:* | *0.40* | *$294.00* | |
| **109285-00001 Total:** | **0.40** | **$294.00** | |
| **109285-00002** | | **ENERGY FUTURE/CASE ADMINISTRATION-GENER** | |
| *JDA*   *Angelo, Jason D* | | | |
| 8/1/17 | 0.20 | $55.00 | RETRIEVE/REVIEW BRIEF OF INDENTURE TRUSTEE AND SEND SAME TO JHH. |
| *JDA Total:* | *0.20* | *$55.00* | |
| *JHH*   *Huston, Joseph* | | | |
| 8/21/17 | 0.50 | $367.50 | SORT AND MANAGE PLEADINGS AND OTHER PAPERS IN MAIN CASE, ELLIOTT MOTION AND ADV PRO (.5) |
| 8/22/17 | 0.30 | $220.50 | FOLLOW DOCKET FOR UPDATED DS ETC. SCHEDULING INFO - EMAIL R LEVIN SAME |
| 8/30/17 | 0.20 | $147.00 | EMAILS K&E RE ELECTRONIC NOTIFICATION IN ADV PRO AND EMAILS TEAM SAME |
| *JHH Total:* | *1.00* | *$735.00* | |
| **109285-00002 Total:** | **1.20** | **$790.00** | |
| **109285-00004** | | **ENERGY FUTURE/COMMUNICATIONS WITH PROF** | |
| *JHH*   *Huston, Joseph* | | | |
| 8/3/17 | 0.40 | $294.00 | NUMEROUS EMAILS WITH K&E, EPIQ AND D KLAUDER RE LOGISTICS OF FILING AND SERVICE MOTIONS TO CONSOLIDATE AND SHORTEN NOTICE AND SERVICE OF COMPLAINT ON NEXTERA |
| 8/3/17 | 0.70 | $514.50 | EMAILS AND TC R LEVIN RE NEXTERA ADV PRO CONFLICT ISSUES (.3) - TCS WITH A WRIGHT AND C CREMENS RE AUTHORITY TO FILE MOTIONS (.4) |
| 8/4/17 | 0.80 | $588.00 | TC R LEVIN RE CONFLICT ISSUE RE ELLIOTT (.3) EMAILS EPIQ SYSTEMS AND BIELLI & KLAUDER RE SERVICE OF ORDER TO SHORTEN AND DELIVERY TO CHAMBERS (.3) - EMAILS RLF RE LOGISTICS AND AGENDA FOR HEARING ON MOTION (.2) |
| 8/11/17 | 0.70 | $514.50 | NUMEROUS EMAILS WITH K&E RE REVISIONS TO DOCS, FILING ORDERS AND EXECUTION OF STIP RE ELLIOTT HEARING, DOCS TO SUBMIT TO THE COURT |
| *JHH Total:* | *2.60* | *$1,911.00* | |
| **109285-00004 Total:** | **2.60** | **$1,911.00** | |
| **109285-00005** | | **ENERGY FUTURE/FEE APPLICATIONS- OTHERS** | |
| *COM*   *Masters, Calla O* | | | |
| 8/28/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE DOCKET NO. 11781 |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **COM Total:** | **0.10** | **$17.50** | |

**JDA    Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 8/4/17 | 0.30 | $82.50 | DRAFT AND FILE CNO RE: JENNER'S 24TH MONTHLY FEE STATEMENT AND FORWARD COPY OF SAME TO CO-COUNSEL. |
| 8/15/17 | 0.30 | $82.50 | REVIEW JENNER'S JULY MONTHLY FEE APP AND REVISE AS NEEDED. |
| 8/18/17 | 0.30 | $82.50 | FILE/SERVE JENNER'S 26TH MONTHLY FEE APP. |
| **JDA Total:** | **0.90** | **$247.50** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 8/4/17 | 0.20 | $147.00 | EMAILS R LEVIN RE CNO FOR 24TH MONTHLY AND REVIEW AND APPROVE FILING |
| 8/17/17 | 0.40 | $294.00 | REVIEW AND REVISE JENNER 26TH MONTHLY AND EMAILS R LEVIN WITH QUESTIONS SAME |
| 8/18/17 | 0.20 | $147.00 | EMAILS JDA RE CHANGE TO JENNER 25TH AND REVIEW FINAL VERSION |
| **JHH Total:** | **0.80** | **$588.00** | |
| **109285-00005 Total:** | **1.80** | **$853.00** | |

**109285-00006    ENERGY FUTURE/FEE APPLICATIONS-S&L**

**JDA    Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 8/15/17 | 0.90 | $247.50 | DRAFT S&L JULY 2017 FEE APP. |
| 8/15/17 | 0.30 | $82.50 | DRAFT CNOS FOR MAY AND JUNE 2017 FEE APPS AND SEND TO JHH FOR REVIEW/APPROVAL. |
| 8/16/17 | 0.30 | $82.50 | REVIEW LETTER REPORT RE: 8TH INTERIM FEE APP AND CONFER WITH JHH RE: SAME. |
| 8/18/17 | 0.30 | $82.50 | FILE/SERVE CNOS RE S&L MAY AND JUNE 2017 FEE APPS. |
| **JDA Total:** | **1.80** | **$495.00** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 8/18/17 | 0.40 | $294.00 | REVIEW AND APPROVE 32D MONTHLY AND 30TH AND 31ST CNOS, FILING AND SERVICE ISSUES |
| **JHH Total:** | **0.40** | **$294.00** | |
| **109285-00006 Total:** | **2.20** | **$789.00** | |

**109285-00007    ENERGY FUTURE/HEARINGS**

**JDA    Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 8/21/17 | 1.60 | $440.00 | PREPARE FOR/ATTEND HEARING RE: STATUS UPDATE ON MERGER TALKS AND SCHEDULING FOR SEPTEMBER. |
| **JDA Total:** | **1.60** | **$440.00** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 8/7/17 | 0.40 | $294.00 | READ LETTERS FROM DEBTORS AND ELLIOTT RE DISCOVERY ISSUES FOR HEARING |
| 8/8/17 | 0.60 | $441.00 | EMAILS J MADRON RE COPY OF DISCOVERY TEL HEARING TRANSCRIPT AND READ SAME |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 8/11/17 | 2.10 | $1,543.50 | PREP FOR AND ATTEND HEARING ON MOTION TO CONSOLIDATE (1.6) - DISC JDA RE COPIES OF ORDERS AND APPEARANCES (.2) -- FOLLOW UP WITH JENNER RE OUTCOME OF HEARING AND ATTENDANCE AT 8/21 (.3) |
| 8/18/17 | 2.20 | $1,617.00 | NUMEROUS EMAILS R LEVIN AND V LAZAR RE LOGISTICS, ATTENDEES AND PREP FOR BHE HEARING (.7) - DISC JDA SAME (.3) - GENERAL PREP FOR HEARING, ASSEMBLE DOCS AND AGENDA, AND READ DECLARATIONS IN LIEU OF TESTIMONY (1.2) |
| 8/21/17 | 2.30 | $1,690.50 | PREP FOR AND ATTEND HEARING ON BHE MERGER AGREEMENT (1.5) - POST MORTEM AND PLANNING MEETING WITH R LEVIN, K&E AND EFH (.6) - BRIEF JDA ON MEETING AND SCHEDULE (.2) |
| **JHH Total:** | **7.60** | **$5,586.00** | |
| **109285-00007 Total:** | **9.20** | **$6,026.00** | |

**109285-00010    ENERGY FUTURE/PLANS OF REORGANIZATION A**

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 8/20/17 | 5.10 | $3,748.50 | PREP FOR HEARING ON MERGER AGREEMENT AND TERMINATION FEE: REREAD MOTION, READ/STUDY ELLIOTT OBJECTION, DEBTORS' REPLY, KEGLEVIC DECLARATION AND CREMENS WRITTEN DIRECT TESTIMONY (2.8) - PREP NOTES RE CREMENS CROSS EX (.5) - READ/STUDY BHE JOINDER IN MOTION AND REPLY AND RELEVANT PORTIONS OF CHIPMAN DEC IN SUPPORT (1.2) - EMAILS AND TCS JDA AND R LEVIN RE PREP AND LOGISTICS FOR HEARING, POTENTIAL SETTLEMENT OF MATTER (.6) |
| 8/29/17 | 1.30 | $955.50 | READ/ANALYZE AMENDED SCHEDULE NOTICE AND RELATED DOCS AND RECORD MILESTONES |
| **JHH Total:** | **6.40** | **$4,704.00** | |
| **109285-00010 Total:** | **6.40** | **$4,704.00** | |

**109285-00011    ENERGY FUTURE/PLEADINGS, MOTIONS AND BR**

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 8/5/17 | 2.10 | $1,543.50 | READ/ANALYZE ELLIOTT FUNDS' MOTION TO RECONSIDER TERMINATION FEE, ROSENBLUM DECLARATION AND SELECT PORTIONS OF FAY DECLARATION |
| 8/6/17 | 1.10 | $808.50 | READ/ANALYZE NEXTERA MOTION TO RECONSIDER TERMINATION FEE |
| 8/10/17 | 1.30 | $955.50 | REVIEW/REVISE DRAFT ORDERS AND REPLY (.6) - NUMEROUS EMAILS K&E, D KLAUDER AND JDA RE REVIEW, FILING, SERVICE AND DELIVERY TO CHAMBERS OF SAME (.7) |
| 8/11/17 | 1.90 | $1,396.50 | REVIEW AND REVISE REPLY TO NEXTERA AND ELLIOTT OBJECTIONS AND NUMEROUS EMAILS WITH K&E RE SAME AND FILING IN ADV PRO (1.2) - OVERSEE FILING AND SERVICE AND DELIVERY TO CHAMBERS (.3) - ADDITIONAL EMAILS WITH K&E AND RLF RE AGENDA AND LOGISTICS FOR DELIVERY OF ORDERS ETC. (.4) |
| 8/14/17 | 0.60 | $441.00 | READ CERT OF COUNSEL RE ELLIOTT MOTION AND OBJECTION TO CONSOLIDATION - PROPOSE CHANGES AND DOCKET FINAL |
| 8/16/17 | 1.10 | $808.50 | READ FINAL PRETRIAL ORDER RE BERKSHIRE AGREEMENT HEARING (1) - EMAILS J MADRON RE NEW FILINGS (.1) - FOLLOW DOCKET (.3) - READ REPLY TO OBJECTION TO PLAN AND MERGER AGREEMENT (.6) |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 8/24/17 | 3.20 | $2,352.00 | READ/ANALYZE AMENDED AND SUPERSEDING MOTION TO APPROVE MERGER AGREEMENT AND PSA, PROPOSED FORM OF ORDER, PSA, HORTON DEC IN SUPPORT AND RELEVANT PROVISIONS OF AMENDED DS |
| 8/25/17 | 1.20 | $882.00 | READ/ANALYZE REDLINED TERM SHEET (.9 ) - REVIEW AND APPROVE UMB STIP TO INTERVENE AND EMAILS D KLAUDER AND OPP COUNSEL SAME (.3) |
| 8/30/17 | 1.00 | $735.00 | READ/ANALYZE MOTION TO RETAIN SHAW FISHMAN (.4) - EMAILS R LEVIN SAME (.2) - EMAILS AND TC K&E AND EMAILS D KLAUDER RE SAME AND TIMING (.4) - |
| 8/31/17 | 0.30 | $220.50 | READ RESERVATION OF RIGHTS AND JOINDER TO ELLIOTT BY AST/EFIH TRUSTEE AND EMAILS R LEVIN SAME |
| **JHH Total:** | **13.80** | **$10,143.00** | |
| **109285-00011 Total:** | **13.80** | **$10,143.00** | |

**109285-00013    ENERGY FUTURE/NEXTERA ENERGY, INC - ADVE**

**COM    Masters, Calla O**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 8/8/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE DOCKET NO 1-3 |
| 8/8/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE DOCKET NO 11668-11670 |
| 8/29/17 | 0.20 | $35.00 | EFILE AFFIDAVIT OF SERVICE RE DOCKET NO. 11769 & ADV. DOCKET NO. 19 |
| **COM Total:** | **0.40** | **$70.00** | |

**JDA    Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 8/3/17 | 0.70 | $192.50 | PREPARE ADVERSARY COMPLAINT FOR FILING/SERVICE AND FILE SAME WITH BANKRUPTCY COURT. |
| 8/3/17 | 1.20 | $330.00 | PREPARE AND FILE MOTION TO CONSOLIDATE/SCHEDULE 7016 CONFERENCE AND MOTION TO SHORTEN RE: SAME IN MAIN AND ADVERSARY CASES. |
| 8/3/17 | 0.30 | $82.50 | CONFER WITH CO-COUNSEL RE: EXHIBITS TO ADVERSARY COMPLAINT AND CONFIRM FILING OF SAME. |
| 8/3/17 | 0.40 | $110.00 | EXCHANGE EMAILS WITH EPIQ RE: SERVICE OF COMPLAINT/MOTIONS ON PARTIES AND TO JUDGE'S CHAMBERS. |
| 8/3/17 | 0.20 | $55.00 | CIRCULATE FILED COPIES OF COMPLAINT AND MOTIONS TO NEXTERA COUNSEL AND ELLIOTT FUNDS' COUNSEL. |
| 8/3/17 | 1.90 | $522.50 | REVIEW AND REVISE/REDLINE COMPLAINT, MOTION TO CONSOLIDATE AND MOTION TO SHORTEN AND SEND REDLINES TO KIRKLAND ELLIS. |
| 8/4/17 | 0.80 | $220.00 | REVIEW, REVISE, AND FILE CERTIFICATION OF COUNSEL RE: ORDER GRANTING MOTION TO SHORTEN. |
| 8/8/17 | 0.70 | $192.50 | REVIEW DRAFT AGENDA FROM RLF AND EXCHANGE MULTIPLE EMAILS WITH JHH, RLF AND B&K RE: SAME RE: CONSOLIDATION STIPULATION LANGUAGE. |
| 8/10/17 | 1.50 | $412.50 | EXCHANGE MULTIPLE EMAILS WITH K&E ATTYS AND JHH, D. KLAUDER RE: STATUS OF COC, DRAFTS RE: MOTION TO CONSOLIDATE AND REPLY ISO SAME. |
| 8/10/17 | 0.50 | $137.50 | REVIEW NEXTERA'/ELLIOTT FUNDS' LIMITED OBJECTION TO MOTIONS TO CONSOLIDATE. |
| 8/10/17 | 0.60 | $165.00 | REVIEW/ANALYZE PLEADINGS FILED UNDER COC AND CONFER WITH JHH RE: SAME |
| 8/11/17 | 0.50 | $137.50 | FILE AND SERVE REPLY I/S/O MOTION TO CONSOLIDATE AND EXCHANGE EMAILS WITH K&E, JHH RE: SAME. |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 8/11/17 | 1.80 | $495.00 | PREPARE FOR AND ATTEND HEARING ON MOTION TO CONSOLIDATE. |
| 8/17/17 | 1.30 | $357.50 | REVIEW/FINALIZE AND FILE CERTS OF COUNSEL CONCERNING ORDER CONSOLIDATING TERMINATION PROCEEDINGS AND SCHEDULING 7016 CONFERENCE IN BOTH MAIN AND ADVERSARY CASES AND SERVE SAME. |
| 8/17/17 | 0.40 | $110.00 | CONFER WITH JHH AND COM RE: SERVICE OF PAPERS TO CHAMBERS AND CONFIRMATION OF SAME. |
| 8/30/17 | 0.40 | $110.00 | CONFER W/JHH RE: SUBSTITUTION OF COUNSEL/NEW RETENTION APPLICATION FILED BY K&E. |
| 8/30/17 | 0.20 | $55.00 | DRAFT FIRST VERSION OF SUBSTITUTION OF COUNSEL. |
| 8/31/17 | 0.30 | $82.50 | ADD K&E ATTORNEYS TO SERVICE LIST IN ADVERSARY PROCEEDING. |
| 8/31/17 | 0.40 | $110.00 | DRAFT NOTICE OF SUBSTITUTION OF COUNSEL. |
| **JDA Total:** | **14.10** | **$3,877.50** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 8/2/17 | 0.40 | $294.00 | EMAILS AND TC K&E RE RETENTION AS CONFLICTS COUNSEL - EMAILS D KLAUDER SAME AND DIVISION OF LABOR |
| 8/3/17 | 1.20 | $882.00 | READ/REVISE MOTIONS TO CONSOLIDATE AND TO SHORTEN DATES (.6) - REVIEW FINAL REVISED COMPLAINT (.3) - FILING AND SERVICE OF SAME (.3) |
| 8/4/17 | 3.20 | $2,352.00 | NUMEROUS EMAILS WITH K&E AND OPP COUNSEL RE FILINGS AND CERTS OF COUNSEL ON MOTIONS TO SHORTEN AND CONSOLIDATE (1.1) - REVIEW AND REVISE PROPOSED FORM OF ORDER AND CERT OF COUNSEL SAME AND CIRCULATE TO OPP COUNSEL (.9) - OVERSIGHT OF FILING AND SERVICE OF SAME, CONTACTS WITH CHAMBERS AND RLF RE FILINGS AND SCHEDULING LOGISTICS (1.2) |
| 8/7/17 | 0.20 | $147.00 | FOLLOW UP ON PAYING FEE FOR FILING ADV PRO |
| 8/7/17 | 0.60 | $441.00 | READ LETTER SUBMISSIONS RE DISCOVERY DISPUTES |
| 8/8/17 | 1.10 | $808.50 | FOLLOW DOCKET AND DEVELOPMENTS RE PLAN AND DISCOVERY (.3) - DISC TEAM RE LOGISTICS FOR REPLY TO NEXTERA AND ELLIOT RESPONSES TO MOTION TO CONSOLIDATE AND HEARING (.2) - EMAILS K&E RE SAME (.2) - EMAILS RLF RE HEARING AND REVIEW PROPOSED FORM OF AGENDA (.4) |
| 8/10/17 | 2.40 | $1,764.00 | READ OBJECTIONS/RORS RE MOTION TO CONSOLIDATE, CERT OF COUNSEL RE STIPULATION ON ELLIOTT MOTION AND AGENDA (1.3) - EMAILS DE COUNSEL RE LOGISTICS FOR HEARING AND ISSUES WITH STIPULATION (.4) - DISC WITH JDA RE OVERNIGHT AND EARLY COVERAGE ON POTENTIAL REPLY TO BE FILED (.2) - PREP MATERIALS FOR HEARING (.5) |
| 8/11/17 | 0.60 | $441.00 | READ/ANALYZE LETTER BRIEFS RE HEARING PARAMETERS AND PROTOCOLS BY EFH AND ELLIOTT (.4) - REVIEW AND APPROVE AMENDED AND SECOND AMENDED AGENDA (.2) - |
| 8/17/17 | 0.60 | $441.00 | REVIEW AND APPROVE CERT OF COUNSEL RE 8-11 HEARING ORDER - EMAILS WITH JDA AND COM RE FILING AND CHAMBERS SERVICE DETAILS |
| 8/18/17 | 0.40 | $294.00 | READ ORDER CONSOLIDATING AND SETTING DATES, CALENDAR EVENTS |
| 8/24/17 | 0.30 | $220.50 | REVIEW, SUGGEST CHANGE AND APPROVE STIPULATION GRANTING EFH TRUSTEE INTERVENTION |
| 8/25/17 | 0.30 | $220.50 | READ/COMPARE ANSWER TO COMPLAINT |
| 8/25/17 | 0.50 | $367.50 | REVIEW AND APPROVE, CHECK WITH K&E RE AUTHORITY TO SIGN STIP FOR UMB TO INTERVENE AND EMAILS D KLAUDER SAME |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 8/28/17 | 2.10 | $1,543.50 | READ/ANALYZE ELLIOTT MOTION TO INTERVENE/DERIVATIVE STANDING, MEMO IN SUPPORT AND PROPOSED COMPLAINT (1.7) - READ FENICLE/ASBESTOS PLAINTIFFS' MOTION TO INTERVENE (.4) |
| 8/31/17 | 0.30 | $220.50 | EMAILS JDA RE REVISION TO SUBSTITUTION AND NEW COUNSEL |
| *JHH Total:* | *14.20* | *$10,437.00* | |
| **109285-00013 Total:** | **28.70** | **$14,384.50** | |
| | | | |
| **Grand Total:** | **66.30** | **$39,894.50** | |