**EXHIBIT I**

**Aggregate Budget & Comparison with Actual Fees for Stevens & Lee, P.C.[1]**

| | Aggregate Budget for All Matter Categories<br>For the Period May 1, 2017 through August 31, 2017 | | |
|---|---|---|---|
| **Matter No.** | **Matter Description** | **Hours Budgeted** | **Total Compensation Budgeted** |
| 1 | Professional Retentions | 0.80 | $ 532.00 |
| 2 | Case Administration-General Matters | 1.20 | $ 790.00 |
| 3 | Chapter 11 Issues | 0.00 | $ 0.00 |
| 4 | Communications with Professionals | 2.60 | $ 1,911.00 |
| 5 | Fee Applications – Others | 15.30 | $ 5,343.50 |
| 6 | Fee Applications – S&L | 15.90 | $ 5,334.50 |
| 7 | Hearings | 21.60 | $ 15,140.00 |
| 8 | Legal & Factual Research | 0.00 | $ 0.00 |
| 9 | Meetings | 0.00 | $ 0.00 |
| 10 | Plans of Reorganization and Disclosure Statements | 14.90 | $ 10,951.50 |
| 11 | Pleadings, Motions & Briefs | 0.00 | $ 0.00 |
| 12 | Non-working Travel Time | 0.00 | $ 0.00 |
| 13 | NextEra Energy, Inc. – Adversary Proceeding | 39.00 | $ 20,023.00 |
| | **Totals** | **122.70** | **$ 68,404.50** |

---

[1] Stevens & Lee was not required to submit budgets. Accordingly, the budget and staffing plan for the Fee Period was prepared using the actual data for the Fee Period. *See* paragraph 13 of the Application.

10/26/2017 SL1 1489306v1 109285.00006

| | MATTER | 1<br>Prof. Retentions | 2<br>Case Admin. | 3<br>Ch. 11 Issues | 4<br>Comm. w/ Prof. | 5<br>Fee App. (Others) | 6<br>Fee App. (S&L) | 7<br>Hearings | 8<br>Research | 9<br>Meetings | 10<br>Reorg. Plans | 11<br>Pleadings, Motions, Briefs | 12<br>Non-working Travel | 13<br>NextEra Energy Adversary | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HOURS** | | | | | | | | | | | | | | | |
| **May** | **Budget** | 0.0 | 0.0 | 0.0 | 0.0 | 1.3 | 2.8 | 0.0 | 0.0 | 0.0 | 0.0 | 1.10 | 0.0 | 0.0 | 5.20 |
| | **Actual** | 0.0 | 0.0 | 0.0 | 0.0 | 1.3 | 2.8 | 0.0 | 0.0 | 0.0 | 0.0 | 1.10 | 0.0 | 0.0 | 5.20 |
| | **Difference** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **June** | **Budget** | 0.4 | 0.0 | 0.0 | 0.0 | 7.8 | 1.2 | .6 | 0.0 | 0.0 | .8 | 0.0 | 0.4 | 0.0 | 10.8 |
| | **Actual** | 0.4 | 0.0 | 0.0 | 0.0 | 7.8 | 1.2 | .6 | 0.0 | 0.0 | .8 | 0.0 | 0.4 | 0.0 | 10.8 |
| | **Difference** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **July** | **Budget** | 0.0 | 0.0 | 0.0 | 0.0 | 4.4 | 9.7 | 11.8 | 0.0 | 0.0 | 4.2 | 0.0 | 0.0 | 10.3 | 40.4 |
| | **Actual** | 0.0 | 0.0 | 0.0 | 0.0 | 4.4 | 9.7 | 11.8 | 0.0 | 0.0 | 4.2 | 0.0 | 0.0 | 10.3 | 40.4 |
| | **Difference** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Aug.** | **Budget** | 0.4 | 1.2 | 1.1 | 2.6 | 1.8 | 2.2 | 9.2 | 0.0 | 0.0 | 6.4 | 13.8 | 0.0 | 28.7 | 66.3 |
| | **Actual** | 0.4 | 1.2 | 1.1 | 2.6 | 1.8 | 2.2 | 9.2 | 0.0 | 0.0 | 6.4 | 13.8 | 0.0 | 28.7 | 66.3 |
| | **Difference** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |
| **Total** | **Budget** | 0.8 | 1.2 | 0.0 | 2.6 | 15.3 | 15.9 | 21.6 | 0.0 | 0.0 | 11.4 | 14.9 | 0.0 | 39.0 | 122.7 |
| | **Actual** | 0.8 | 1.2 | 0.0 | 2.6 | 15.3 | 15.9 | 21.6 | 0.0 | 0.0 | 11.4 | 14.9 | 0.0 | 39.0 | 122.7 |
| | **Difference** | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 |

| | MATTER | 1<br>Prof. Ret. | 2<br>Admin | 3<br>Ch. 11 Issues | 4<br>Comm. w/ Prof | 5<br>Fee App. (Others) | 6<br>Fee App. (S&L) | 7<br>Hearings | 8<br>Research | 9<br>Mtgs | 10<br>Reorg. Plans | 11<br>Pleadings/ Mtns/Briefs | 12<br>Non-Work Travel | 13<br>NextEra AP | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **FEES** | | | | | | | | | | | | | | | |
| **May** | **Budget** | 0.00 | 0.00 | 0.00 | 0.00 | 267.50 | 854.00 | 0.00 | 0.00 | 0.00 | 0.00 | 808.50 | 0.00 | 0.00 | 1,930.00 |
| | **Actual** | 0.00 | 0.00 | 0.00 | 0.00 | 267.50 | 854.00 | 0.00 | 0.00 | 0.00 | 0.00 | 808.50 | 0.00 | 0.00 | 1,930.00 |
| | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **June** | **Budget** | 238.00 | 0.00 | 0.00 | 0.00 | 3,113.00 | 438.00 | 441.00 | 0.00 | 0.00 | 588.00 | 0.00 | 0.00 | 0.00 | 4,818.00 |
| | **Actual** | 238.00 | 0.00 | 0.00 | 0.00 | 3,113.00 | 438.00 | 441.00 | 0.00 | 0.00 | 588.00 | 0.00 | 0.00 | 0.00 | 4,818.00 |
| | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **July** | **Budget** | 0.00 | 0.00 | 0.00 | 0.00 | 1,110.00 | 3,253.50 | 8,673.00 | 0.00 | 0.00 | 3,087.00 | 0.00 | 0.00 | 5,638.50 | 21,762.00 |
| | **Actual** | 0.00 | 0.00 | 0.00 | 0.00 | 1,110.00 | 3,253.50 | 8,673.00 | 0.00 | 0.00 | 3,087.00 | 0.00 | 0.00 | 5,638.50 | 21,762.00 |
| | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Aug.** | **Budget** | 294.00 | 790.00 | 0.00 | 1,911.00 | 853.00 | 789.00 | 6,026.00 | 0.00 | 0.00 | 4,704.00 | 10,143.00 | 0.00 | 14,384.50 | 39,894.50 |
| | **Actual** | 294.00 | 790.0 | 0.00 | 1,911.00 | 853.00 | 789.00 | 6,026.00 | 0.00 | 0.00 | 4,704.00 | 10,143.00 | 0.00 | 14,384.50 | 39,894.50 |
| | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **Budget** | 532.00 | 790.00 | 0.00 | 1,911.00 | 5,343.50 | 5,334.50 | 15,140.00 | 0.00 | 0.00 | 8,379.00 | 10,951.50 | 0.00 | 20,023.00 | 68,404.50 |
| | **Actual** | 532.00 | 790.00 | 0.00 | 1,911.00 | 5,343.50 | 5,334.50 | 15,140.00 | 0.00 | 0.00 | 8,379.00 | 10,951.50 | 0.00 | 20,023.00 | 68,404.50 |
| | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |