IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                           )    Chapter 11
In re                                      )
                                           )    Case No. 14-10979 (CSS)
ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] )
                                           )    (Jointly Administered)
                    Debtors.               )
_____)

**NOTICE OF INTENT TO PARTICIPATE IN
CONFIRMATION PROCEEDINGS FOR THE FIRST AMENDED JOINT PLAN OF
REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE
INTERMEDIATE HOLDING COMPANY LLC, AND THE EFH/EFIH DEBTORS
<u>PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE</u>**

In accordance with the *Amended and Superseding Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code,* Aug. 29, 2017, ECF No. 11835 (the "**Scheduling Order**"), Robert Albini ("Mr. Albini"), individually and as executor and successor-in-interest of the estate of Gino Albini, by and through his undersigned counsel, hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Scheduling Order).

1.    Mr. Albini's address is: 1376 Marion Avenue, PO Box 184, Marion, CT 06444.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

2651574

- 2 -

2. The name and address of counsel to Mr. Albini is (1) Ethan Early, Esq., The Early Law Firm, LLC, 360 Lexington Avenue, 20th Floor, New York, NY 10017, and (2) Daniel K. Hogan, HOGAN♦McDANIEL, 1311 Delaware Avenue, Wilmington, Delaware 19806.

3. Mr. Albini has asbestos-related personal injury and wrongful death claims against the Debtors individually and as executor and successor in interest of Gino Albini's estate. Gino Albini was exposed to the Debtors' asbestos while working as a mason at the Millstone Nuclear Power Plant located in Waterford, CT, a site that is on the EECI site list provided by Debtors in these bankruptcies. Robert Albini may have also been exposed to asbestos brought home by Gino Albini.

4. Gino Albini passed away on June 22, 2016. He was diagnosed with mesothelioma post-mortem on June 23, 2016. Gino Albini and Robert Albini were not notified of, and were unaware of, the bar date in these cases, and did not file proofs of claim before the bar date.

5. If the discharge provisions of the Debtors' Plan were approved, Mr. Albini's claims against the Debtors would, purportedly, be discharged.

6. Mr. Albini has agreed to be bound by the Confidentiality Agreement and Stipulated Protective Order approved by the Court on August 13, 2014 (D.I. 1833).

7. A true and correct copy of the Proxy for Representation of Mr. Albini in the above-captioned bankruptcy cases is attached hereto as **Exhibit A**.

Dated:  October 27, 2017
       Wilmington, Delaware

    Respectfully submitted:

    HOGAN♦McDANIEL

    By: /s/ *Daniel K. Hogan*
    Daniel K. Hogan (DE Bar # 2814)
    1311 Delaware Avenue
    Wilmington, Delaware  19806
    Telephone:  (302) 656-7540
    Facsimile:   (302) 656-7599
    dkhogan@dkhogan.com

    -and-

    THE EARLY LAW FIRM, LLC

    Ethan Early, Esq.
    360 Lexington Avenue, 20th Floor
    New York, NY 10017
    Telephone: (212) 986-2233
    eearly@elslaw.com