## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>Energy Future Holdings Corp., *et al.,*<br><br>                     Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this    27th    day of October, 2017, a true and correct copy of the *NOTICE OF INTENT TO PARTICIPATE IN CONFIRMATION PROCEEDINGS FOR THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ENTERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, AND THE EFH/EFIH DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE* was served upon all interested parties listed below via first class mail and all other interested parties registered for service via CM/ECF.

Jason M. Madron
Daniel J. DeFranceschi
Mark D. Collins
Richards, Layton & Finger, P.A.
920 North King Street
P.O. Box 551
Wilmington, DE 19899

James H.M. Sprayregen
Chad J. Husnick
Marc Kleselstein
Steven N. Serajeddini
Kirkland & Ellis, LLP
300 North LaSalle
Chicago, IL 60654

Edward O. Sassower
Steven E. Hessler
Brian E. Schartz
Aparna Yenamandra
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022

Richard L. Shepacarter
Office of the United States Trustee
U. S. Department of Justice
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801

Epiq Bankruptcy Solutions LLC
www.epiqsystems.com
777 Third Avenue, 12th Floor
New York, NY 10017

                                           */s/Daniel K. Hogan*
                                           Daniel K. Hogan (DE #2814)
                                           **HOGAN♦McDANIEL**
                                           1311 Delaware Avenue
                                           Wilmington, Delaware  19806
                                           Telephone:  (302) 656-7540
                                           Facsimile: (302) 656-7599
                                           dkhogan@dkhogan.com