# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## **PROXY AUTHORIZING REPRESENTATION**

I, Kurt Carlson, was diagnosed on July 11, 2017 with malignant mesothelioma caused by my exposure to asbestos. From 1981 through approximately 1991, I was exposed to asbestos as a result of my work as a senior radiation technician at Millstone Nuclear Power Plant. As a senior radiation technician, I measured radiation contamination for the habitability of the workforce. My job duties required that I work closely with the maintenance department, instrument and control department and outside contractors during outages (a/k/a shutdowns) and when general maintenance was required on mechanical equipment associated with the Unit 1 and Unit 2 reactors. I regularly worked beside tradesmen who were working with asbestos-containing gaskets, packing and insulation in order to repair mechanical equipment such as turbines, pumps, valves and boilers among other equipment. This work created visible asbestos-containing dust that I inhaled.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

DOC# 2593765.v1-10/11/17

- 2 -

By this proxy, I authorize my attorney, Ethan Early, to act on my behalf in all respects related to the above-captioned bankruptcy. I agree to be bound by the Confidentiality Agreement and Stipulated Protective Order approved by the Court on August 13, 2014 (D.I. 1833).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 17, 2017

*Kurt Carl* (signature)
KURT CARLSON