**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Related to D.I. 11887** |
| | ) |

**RESERVATION OF RIGHTS OF DELAWARE TRUST COMPANY,**
**AS TRUSTEE FOR THE EFIH FIRST LIEN NOTES,**
**WITH RESPECT TO CONFIRMATION OF**
**FIRST AMENDED JOINT PLAN OF REORGANIZATION (D.I. 11887)**

Delaware Trust Company, indenture and collateral trustee ("First Lien Trustee") for the

first-lien notes ("EFIH First Lien Notes") issued by Energy Future Intermediate Holding

Company LLC and EFIH Finance Inc. (together, "EFIH" or the "EFIH Debtors"), submits this

reservation of rights with respect to the First Amended Joint Plan of Reorganization of Energy

Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH

Debtors Pursuant to Chapter 11 of the Bankruptcy Code, D.I. 11887 (the "Plan").[2]

The Plan contemplates that Class B3, the EFIH First Lien Note Claims (defined in the

Plan as all secured claims derived from or based upon the EFIH First Lien Notes), will be left

unimpaired under the Plan. *See* Plan, Art. III.B.18(d).  Specifically, it provides for the EFIH

First Lien Note Claims to be allowed in an amount equal to the amount in which such claims are

allowed under the EFIH Settlement Agreement (D.I. 11048, Ex. A) and the EFIH Secureds

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the
debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these
chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four
digits of their federal tax identification numbers is not provided herein.  A complete list of such information
may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms not otherwise defined herein have the meaning ascribed to them in the Plan.

Settlement Approval Order (this Court's order approving the EFIH Settlement Agreement, D.I. 11048), and for payment in full, in cash of all such allowed claims, including all EFIH First Lien Fees (as defined in the EFIH Settlement Agreement), to the extent such claims have not already been paid. *See* Plan, Art. III.B.18(c). The Plan also provides for the funding of the EFIH First Lien Post-Effective Date Fee and Indemnification Claims Reserve (as defined in the EFIH Settlement Agreement) in accordance with the EFIH Secureds Settlement Approval Order. *See* Plan, Art. III.B.18(c).

Counsel to the First Lien Trustee sent to counsel to the Debtors a few proposed language changes and additions to the Plan (most of which were correcting places where defined terms had been conflated), and the Debtors have agreed to make those changes and additions.

The First Lien Trustee files this reservation of rights to preserve its right to object to confirmation in the event that (a) the changes and additions to which the Debtors agreed are not in fact implemented or (b) any other amendments to the Plan are made that impair or otherwise affect the rights and claims of the First Lien Trustee or holders of the EFIH First Lien Notes or EFIH First Lien Note Claims, or otherwise any terms of the Plan could impair or affect those rights and claims.

Dated: October 27, 2017

COLE SCHOTZ P.C.

 /s/ J. Kate Stickles
Norman L. Pernick (Bar No. 2290)
J. Kate Stickles (Bar No. 2917)
500 Delaware Avenue, Suite 1410
Wilmington, DE  19801
Telephone: 302-652-3131
Facsimile:  302-652-3117
npernick@coleschotz.com
kstickles@coleschotz.com

Warren A. Usatine
Court Plaza North
25 Main Street
Hackensack, NJ 07602
Telephone: 201-489-3000
Facsimile:  201-489-1536
wusatine@coleschotz.com

2

52881/0001-15089683v1

WILMER CUTLER PICKERING HALE AND DORR LLP

| Philip D. Anker | Joel Millar |
|---|---|
| 7 World Trade Center | David Gringer |
| 250 Greenwich Street | Isley Gostin |
| New York, NY 10007 | 1875 Pennsylvania Avenue, NW |
| Telephone: 212-230-8800 | Washington, DC 2006 |
| Facsimile: 212-230-8888 | Telephone: 202-663-6000 |
| Philip.Anker@wilmerhale.com | Facsimile: 202-663-6363 |
| | Joel.Millar@wilmerhale.com |
| | David.Gringer@wilmerhale.com |
| | Isley.Gostin@wilmerhale.com |

*Counsel for Delaware Trust Company*

52881/0001-15089683v1