# EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 3.5 | $885.00 |
| [ALL] Case Administration | 2.9 | $737.00 |
| [ALL] Plan and Disclosure Statement | 3 | $1,050.00 |
| [ALL] Non-BK Retention and Fee Applications | .9 | $315.00 |
| [ALL] Contested Matters & Adv Proceed. | .1 | $35.00 |
| [ALL] Hearings | 5.2 | $1,760.00 |
| [EFH] Contested Matters & Adv Proceed. | 2.2 | $770.00 |
| **Total** | **17.8** | **$5,552.00** |