# **EXHIBIT B**

**[Attorney and Paraprofessional Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 11.9 | $4,165.00 |
| Thomas D. Bielli | Partner | 2006 (PA) | Bankruptcy | $350.00 | 0.3 | $105.00 |
| Nella M. Bloom | Of Counsel | 2010 (PA) | Bankruptcy | $325.00 | 2.4 | $780.00 |
| Cory P. Stephenson | Associate | 2015 (DE) 2015 (PA) | Bankruptcy | $205.00 | .4 | $82.00 |
| Alyssa Carrillo | Paralegal | *Not Admitted | Litigation Support | $150.00 | 2.8 | $420.00 |
| **Total** | | | | | **17.8** | **$5,552.00** |