# **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| Online Research - Pacer | 1.80 |
| **Total** | **$1.80** |
| | |