**<u>EXHIBIT D</u>**

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 09-18-2017 | Online Research | Pacer | $1.80 |
| **TOTAL** | | | **$1.80** |
| | | | |