## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| _____ | ) | Chapter 11 |
| In re | ) | |
| | ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |

**NOTICE OF INTENT TO PARTICIPATE IN CONFIRMATION PROCEEDINGS FOR THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, AND THE EFH/EFIH DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

In accordance with the *Amended and Superseding Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code,* Aug. 29, 2017, ECF No. 11835 (the "**Scheduling Order**"), Harold Bissell ("Mr. Bissell"), by and through his undersigned counsel, hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Scheduling Order).

1.      Mr. Bissell's address is:  258 Pendleton Hill Road, North Stonington, CT 06359.

2.      The name and address of counsel to Mr. Bissell is (1) Ethan Early, Esq., The Early Law Firm, LLC, 360 Lexington Avenue, 20th Floor, New York, NY 10017, and (2)

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Daniel K. Hogan, HOGAN♦McDANIEL, 1311 Delaware Avenue, Wilmington, Delaware 19806.

3.      Mr. Bissell has claims against the Debtors for personal injury arising from his exposure to asbestos while working as a carpenter and laborer at the Millstone Nuclear Power Plant located in Waterford, CT, a site that is on the EECI site list provided by Debtors in these bankruptcies.

4.      Mr. Bissell was diagnosed with mesothelioma on January 17, 2017.  He was not notified of, and was unaware of, the bar date in these cases, and did not file a proof of claim.  If the discharge provisions of the Debtors' Plan were approved, Mr. Bissell's claim against the Debtors for personal injury caused by exposure to asbestos at a plant on the EECI site list would, purportedly, be discharged.

5.      Mr. Bissell has agreed to be bound by the Confidentiality Agreement and Stipulated Protective Order approved by the Court on August 13, 2014 (D.I. 1833).

6.      A true and correct copy of the Proxy for Representation of Harold Bissell in the above-captioned bankruptcy cases is attached hereto as **Exhibit A**.

Dated:  October 27, 2017
          Wilmington, Delaware

Respectfully submitted:

HOGAN♦McDANIEL

By: /s/ *Daniel K. Hogan*
Daniel K. Hogan (DE Bar # 2814)
1311 Delaware Avenue
Wilmington, Delaware  19806
Telephone:  (302) 656-7540
Facsimile:   (302) 656-7599
dkhogan@dkhogan.com

-and-

THE EARLY LAW FIRM, LLC

Ethan Early, Esq.
360 Lexington Avenue, 20th Floor
New York, NY 10017
Telephone: (212) 986-2233
eearly@elslaw.com