# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## PROXY AUTHORIZING REPRESENTATION

I, Harold Bissell, was diagnosed on January 17, 2017 with malignant mesothelioma caused by my exposure to asbestos. From 1970 through 1973, I worked as a laborer and carpenter at Millstone Nuclear Power Plant on numerous occasions. As a laborer at Millstone, I assisted carpenters with setting up scaffolding on buildings all around the site, including those that housed turbines, pumps and boilers, and assisted with the building and fixing of office areas. As a carpenter, I set up scaffolding and constructed other structures around the site. I worked in close proximity to masons, pipefitters, electricians, and insulators at Millstone on a regular basis during this time. I often worked closely to insulators while they cut, fabricated, and installed insulation. I worked closely to electricians while they cut insulated cables and wires. This process created visible dust which covered my clothing and that I inhaled.

On a regular basis during this time I worked in close proximity to other tradesmen who used asbestos-containing products and insulation while they repaired equipment, and installed

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

DOC# 2593675.v1-10/11/17

- 2 -

pipes, steam lines, and boilers. This work created visible dust, which I breathed. As a result of my work and proximity to others' working with asbestos-containing products on a regular basis I was exposed to asbestos-containing dust that I inhaled.

By this proxy, I authorize my attorney, Ethan Early, to act on my behalf in all respects related to the above-captioned bankruptcy. I agree to be bound by the Confidentiality Agreement and Stipulated Protective Order approved by the Court on August 13, 2014 (D.I. 1833).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 12, 2017

_____
HAROLD BISSELL

_____
Notary Public
My commission expires: 3\31\2022

_____
Printed Name of Notary

LAUREN A. ACKLEY
• Notary Public
My Commission Expires 3/31/2022