# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | Chapter 11 |
| Energy Future Holdings Corp., *et al.,* | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this _____27th_____ day of October, 2017, a true and correct copy of the *NOTICE OF INTENT TO PARTICIPATE IN CONFIRMATION PROCEEDINGS FOR THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ENTERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, AND THE EFH/EFIH DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE* was served upon all interested parties listed below via first class mail and all other interested parties registered for service via CM/ECF.

| | |
|---|---|
| Jason M. Madron | Edward O. Sassower |
| Daniel J. DeFranceschi | Steven E. Hessler |
| Mark D. Collins | Brian E. Schartz |
| Richards, Layton & Finger, P.A. | Aparna Yenamandra |
| 920 North King Street | Kirkland & Ellis LLP |
| P.O. Box 551 | 601 Lexington Avenue |
| Wilmington, DE 19899 | New York, NY 10022 |
| | |
| James H.M. Sprayregen | Richard L. Shepacarter |
| Chad J. Husnick | Office of the United States Trustee |
| Marc Kleselstein | U. S. Department of Justice |
| Steven N. Serajeddini | J. Caleb Boggs Federal Building |
| Kirkland & Ellis, LLP | 844 King Street, Suite 2207 |
| 300 North LaSalle | Lockbox #35 |
| Chicago, IL 60654 | Wilmington, DE 19801 |

Epiq Bankruptcy Solutions LLC
www.epiqsystems.com
777 Third Avenue, 12th Floor
New York, NY 10017

*/s/Daniel K. Hogan*
Daniel K. Hogan (DE #2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, Delaware  19806
Telephone:  (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com