## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------- X
:
In re:                                                    :  Chapter 11
:
Energy Future Holdings Corp., *et al.*,[1]                :  Case No. 14-10979 (CSS)
:
        Debtors.  :  (Jointly Administered)
:
:  **Re: D.I. 11835**
:
--------------------------------------------------------- X

### NOTICE OF INTENT OF NEXTERA ENERGY, INC.
### TO PARTICIPATE IN CONFIRMATION PROCEEDINGS

Pursuant to this Court's *Amended and Superseding Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* entered on August 29, 2017 (D.I. 11835) (the "Scheduling Order"), NextEra Energy, Inc. ("NextEra"), by and through its undersigned counsel, hereby provides notice of its intent to participate in the Confirmation Proceedings.[2] In support hereof, NextEra provides the following:

1.      The address for NextEra is:

        NextEra Energy, Inc.
        700 Universe Boulevard
        Juno Beach, Florida 33408
        Attn: Charles Sieving

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Scheduling Order.

        Telephone: (561) 694-4000
        Email: Charles.Sieving@nexteraenergy.com

2.     The names and addresses of the attorneys representing NextEra are:

        Adam G. Landis
        Matthew B. McGuire
        Joseph D. Wright
        Landis Rath & Cobb LLP
        919 Market Street, Suite 1800
        Wilmington, Delaware 19801
        Telephone: (302) 467-4400
        Facsimile: (302) 467-4450
        Email: landis@lrclaw.com
              mcguire@lrclaw.com
              wright@lrclaw.com

        -and-

        Howard Seife
        Andrew Rosenblatt
        Eric Daucher
        Norton Rose Fulbright US LLP
        1301 Avenue of the Americas
        New York, New York 10019-6022
        Telephone: (212) 408-5100
        Facsimile: (212) 408-5369
        Email: howard.seife@ nortonrosefulbright.com
              andrew.rosenblatt@ nortonrosefulbright.com
              eric.daucher@nortonrosefulbright.com

        -and-

        Dan K. Webb
        Winston & Strawn LLP
        35 W. Wacker Drive
        Chicago, Illinois 60601
        Telephone: (312) 558-5600
        Facsimile: (312) 294-5700
        Email: dwebb@winston.com

        Thomas M. Buchanan
        Winston & Strawn LLP
        1700 K Street, NW
        Washington, D.C. 20006
        Telephone: (202) 282-5000
        Facsimile: (202) 282-5100
        Email: tbuchana@winston.com

3. NextEra was a party to that certain Agreement and Plan of Merger with Energy Future Holdings Corp. ("EFH Corp.") and Energy Future Intermediate Holding Company LLC ("EFIH"), dated as of July 29, 2016, pursuant to which NextEra agreed to acquire Energy Future Holdings Corp.'s indirect economic interest in Oncor Electric Delivery Company, LLC. As a result of EFH Corp.'s and EFIH's termination of that agreement, NextEra believes that it is entitled to payment of a $275 million termination fee. Although the Court has disallowed that claim in the first instance, NextEra is appealing the Court's decision contemporaneously with submission of this notice of intent.

Dated: October 30, 2017
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/*

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Joseph D. Wright (No. 5669)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
        mcguire@lrclaw.com
        wright@lrclaw.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
Eric Daucher (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: howard.seife@nortonrosefulbright.com
        andrew.rosenblatt@nortonrosefulbright.com
        eric.daucher@nortonrosefulbright.com

-and-

**WINSTON & STRAWN LLP**
Dan K. Webb (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: dwebb@winston.com

Thomas M. Buchanan (admitted *pro hac vice*)
1700 K Street, NW
Washington, D.C. 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
Email: tbuchana@winston.com

*Counsel to NextEra Energy, Inc.*