IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
In re:                                          :    Chapter 11
                                                :
Energy Future Holdings Corp., *et al.*,[1]      :    Case No. 14-10979 (CSS)
                                                :
            Debtors.                            :    (Jointly Administered)
                                                : :
                                                :    **Re: D.I. 12075**
---------------------------------------------------------------- X

## NOTICE OF APPEAL

Notice is hereby given that NextEra Energy, Inc., ( the "Appellant"), a party in interest in the above-captioned chapter 11 cases, files this Notice of Appeal pursuant to 28 U.S.C. §§ 158(a), Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, and Rule 8003-1 of the Local Rules of United States Bankruptcy Court for the District of Delaware from the *Order Granting the Elliott Funds' Motion to Reconsider in Part the September 19, 2016 Order [D.I. 9584] Approving the NextEra Termination Fee and Denying the Application of NextEra Energy Inc. for Payment of Administrative Claim*, dated October 18, 2017 [D.I. 12075] (the "Order").

The names of all parties to the judgment, order, or decree from which the Appellant appeals, and the names, addresses, and telephone numbers of their attorneys are as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

| Party | Attorney |
|---|---|
| Elliott Associates, L.P., Elliott International, L.P., and the Liverpool Limited Partnership | **BAYARD, P.A.**<br>Scott D. Cousins<br>Erin R. Fay<br>Evan T. Miller<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Keith H. Wofford<br>Gregg M. Galardi<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000 |
| Energy Future Holdings Corp., *et al.*, Debtors and Debtors in Possession | **RICHARDS LAYTON & FINGER, P.A.**<br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br><br>-and-<br><br>**KIRKLAND & ELLIS, LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL, LLP**<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler, P.C.<br>Brian E. Schartz<br>Aparna Yenamandra<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br><br>James H.M. Sprayregen, P.C.<br>Chad J. Husnick, P.C.<br>Marc Kieselstein, P.C.<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000 |

| Party | Attorney |
|---|---|
| NextEra Energy, Inc. | **LANDIS RATH & COBB LLP**<br>Adam G. Landis<br>Matthew B. McGuire<br>Joseph D. Wright<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br><br>-and-<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Howard Seife<br>Andrew Rosenblatt<br>Eric Daucher<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 408-5100<br><br>-and-<br><br>**WINSTON & STRAWN LLP**<br>Dan K. Webb<br>35 W. Wacker Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 558-5600<br><br>Thomas M. Buchanan<br>1700 K Street, NW<br>Washington, D.C. 20006<br>Telephone: (202) 282-5000 |

Pursuant to Federal Rule of Bankruptcy Procedure 8003, a copy of the Order is attached hereto as **Exhibit A**. This Notice of Appeal is also accompanied by the prescribed fee.

Dated: October 30, 2017
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *signature*

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Joseph D. Wright (No. 5669)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
      mcguire@lrclaw.com
      wright@lrclaw.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
Eric Daucher (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: howard.seife@nortonrosefulbright.com
      andrew.rosenblatt@nortonrosefulbright.com
      eric.daucher@nortonrosefulbright.com

-and-

**WINSTON & STRAWN LLP**
Dan K. Webb (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: dwebb@winston.com
Thomas M. Buchanan (admitted *pro hac vice*)
1700 K Street, NW
Washington, D.C. 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
Email: tbuchana@winston.com
*Counsel to Appellant NextEra Energy, Inc.*