## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al*., | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re: Docket No. 11835, 11887** |
| | **Hearing Date: TBA** <br> **Preliminary Objections Due: October 30, 2017** |

**OBJECTION OF SHIRLEY FENICLE, WILLIAM FAHY, JOHN H. JONES, DAVID HEINZMANN, HAROLD BISSELL, KURT CARLSON, AND ROBERT ALBINI TO CONFIRMATION OF THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS, CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC, AND THE EFH/EFIH DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE, FILED SEPTEMBER 11, 2017**

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, and Robert Albini, individually and as successor-in- interest to the Estate of Gino Albini ("**Objectors**"), by their undersigned counsel, hereby submit this Preliminary Plan Objection ("**Preliminary Plan Objection**") to the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code,* dated September 11, 2017 (D.I. 11887) (as may be further amended, the "Plan").[2]

Objectors submit this Preliminary Plan Objection pursuant to this Court's *Amended and Superseding Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, entered August 29, 2017 (D.I. 11835) (the "Scheduling Order").

Objectors intend to object to the Plan on the grounds, *inter alia*, that it would violate the due process rights of Unmanifested Asbestos Claimants[3], and thus the requirement of Bankruptcy Code Section 1129(a)(3), which provides that a plan must have been "proposed in good faith and

---

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Plan.

[3]     "**Unmanifested Asbestos Claimants**" refers to persons who, after the bar date set in these cases, have suffered or will suffer cognizable injuries caused by pre-petition exposure to the Debtors' asbestos-containing products; "**Unmanifested Asbestos Claims**" refers to the claims of such claimants.

*(footnote continued)*

not by any means forbidden by law.'"  Under the Plan, the Asbestos Debtors[4] would shed liabilities for future asbestos-related claims—and EFH Corp. and other Debtor affiliates would shed their derivative liability for such claims—by discharging and releasing the claims of Unmanifested Asbestos Claimants who did not file proofs of claim.  By definition, such claimants cannot be identified and cannot identify themselves, and thus cannot be provided constitutionally adequate notice.  Moreover, there has been no fiduciary appointed to represent the interests of such claimants, no provision made for compensation in the future, and no other safeguards of their rights adopted.  Thus, their due process rights would be violated, and the Plan cannot be confirmed.

Objectors also intend to object on the ground that the Plan cannot be confirmed because it was not proposed in good faith, and thus does not satisfy the requirement of Code Section 1129(a)(3).  The Plan was not proposed to deal fairly with, and maximize the recovery of, the Debtors' asbestos victims.  Rather, it was designed to discharge the future claims of Unmanifested Asbestos Claimants without any compensation, for the benefit of other stakeholders, in breach of the Debtors' fiduciary duties to their asbestos creditors, and in an abuse of the bankruptcy process.

Objectors reserve the right to file a Final Plan Objection no later than December 19, 2017, as set out in the Scheduling Order, in which Objectors will set out their objections and arguments in detail.  Objectors reserve the right to object to the Plan on any and all grounds at that time, regardless of whether the ground is specifically noted above.

---

[4]      "**Asbestos Debtors**" refers to EECI, Inc. (Case No. 14-10992), EEC Holdings, Inc. (Case No. 14-10990), LSGT Gas Co. LLC (Case No. 14-11039), and LSGT SACROC, Inc. (Case No. 14-11012).

Dated:  October 30, 2017              Respectfully submitted:
        Wilmington, Delaware

By:    /s/ *Daniel K. Hogan*
        Daniel K. Hogan (DE Bar # 2814)
        HOGAN MCDANIEL
        1311 Delaware Avenue
        Wilmington, Delaware 19806
        Telephone: (302) 656-7540
        Facsimile: (302) 656-7599
        dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, and Robert Albini, individually and as successor-in-interest to the Estate of Gino Albini*

-and-

Steven Kazan (admitted *pro hac vice*)
KAZAN MCCLAIN SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle*

-and-

Ethan Early (admitted *pro hac vice*)
EARLY LUCARELLI SWEENEY & MEISENKOTHEN
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for David William Fahy, Harold Bissell,
Kurt Carlson, and Robert Albini, individually and
as successor-in-interest to the Estate of Gino Albini*

-and-

Jonathan Ruckdeschel (admitted *pro hac vice*)
THE RUCKDESCHEL LAW FIRM LLC
8357 Main Street
Ellicott City, MD 21043
Telephone:  410-750-7825
Facsimile: 443-583-0430

*Counsel for David Heinzmann*

-and-

Beth Gori
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834

*Counsel for John H. Jones*