**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>          Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>)<br>) **Re: D.I. 11887, 12104, 12105**<br>) <u>Preliminary Plan Objection Deadline</u>:<br>) October 30, 2017 |

**RESERVATION OF RIGHTS OF UMB BANK, N.A.**
**TO CONFIRMATION OF THE FIRST AMENDED JOINT PLAN**
**OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP.,**
***ET AL.* PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

UMB Bank, N.A., as Indenture Trustee (the "<u>Trustee</u>") for the unsecured 11.25%/12.25% Senior Toggle Notes Due 2018 and the 9.75% Senior Notes due 2019, by and through its undersigned counsel, files this reservation of rights (the "<u>Reservation of Rights</u>") in connection with confirmation of the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11887] as it relates to the "E-Side" Debtors (the "<u>Plan</u>").[1] In support of this Reservation of Rights, the Trustee respectfully submits as follows:

**<u>RESERVATION OF RIGHTS</u>**

1.     As highlighted by the Trustee in its prior pleadings, the Trustee is supportive of the E-Side Debtors' efforts to quickly proceed toward confirmation of a chapter 11 plan for the E-Side Debtors' estates, including confirmation and consummation of this Plan.[2] The Trustee's

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

[2] This Reservation of Rights, and the Trustee's support of the Plan, is premised on the Trustee's belief that the EFIH unsecured noteholders will, as a class, vote to accept the Plan. In the event that Class B6 does not vote to accept the Plan, the Trustee reserves all rights to object to confirmation of the Plan.

support of the Plan is buttressed by the fact that Elliott[3] – as the beneficial owner of more than 74% in outstanding principal amount of EFIH unsecured notes – is a party to the Plan Support Agreement that is currently in effect and, as such, is bound (subject to certain exceptions) to support the Plan.

2.      Despite this support, the Trustee files the Reservation of Rights out of an abundance of caution.  Pursuant to the Disclosure Statement Order, "preliminary objections" to the Plan must be filed by October 30, 2017 (the "Preliminary Objection Deadline").  If a party fails to file such a pleading by this deadline, such party purportedly would be precluded from filing a "final objection" to the Plan at a later date to be determined.

3.      As this Court is well aware, the E-Side Debtors have faced insurmountable hurdles in their prior attempts to exit from bankruptcy.  Even now, confirmation and consummation of the current Plan is premised on obtaining various regulatory approvals, the outcome of which will not be known for months.  Specifically, the merits hearing on the Oncor-Sempra Energy regulatory approval application will not be held until February 21 to 23, 2018.[4] Similarly, the Plan confirmation hearing will not be held for months – until after necessary regulatory approvals are obtained which will be, at best, *almost four months* from now.  Given the history of these cases, and the significant time that will elapse between the Preliminary Objection Deadline and the confirmation hearing, the Trustee is compelled to file this Reservation of Rights in order to preserve its rights to object to the Plan if circumstances change

---

[3] "Elliott" means, collectively, those funds managed by Elliott Management Corporation which hold the EFIH unsecured notes and are party to that certain plan support agreement, entered into as of August 21, 2017 (the "Plan Support Agreement").

[4] This date could be further extended, as the statutory 180-day deadline for PUCT approval is not until April 3, 2018.

and/or other issues arise or remain outstanding while awaiting the necessary regulatory approvals.

4. Further, on October 20, 2017, the Debtors filed the Plan Supplement [D.I. 12104, 12105]. The Debtors have noted that these documents remain subject to further negotiations and have reserved the right to modify, amend or supplement the Plan Supplement. The Trustee is currently reviewing the Plan Supplement documents and reserves all rights to file an objection to the extent it identifies any issues in connection therewith. In addition, to the extent the Debtors "modify, amend or supplement" the Plan Supplement (or the Plan and/or related exhibits), the Trustee reserves all rights with respect thereto.

5. Lastly, as of the date hereof, the proposed confirmation order has not yet been filed. The Trustee reserves all rights to file an objection, or request changes, to the proposed Confirmation Order after it has had a chance to review the proposed version.

[*Remainder of page intentionally left blank.*]

6. This Reservation of Rights is submitted without prejudice to, and with a full reservation of, the Trustee's right to supplement this Reservation of Rights or to file an objection to the Plan in advance of, or in connection with, confirmation of the Plan. Nothing herein shall be deemed to waive the Trustee's right to assert any arguments in connection with confirmation of the Plan or in response to any objection to the Trustee's claims or rights under the Plan.

| | |
|---|---|
| Dated: October 30, 2017<br>Wilmington, Delaware | By: /s/ Raymond H. Lemisch<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>Raymond H. Lemisch (No. 4204)<br>919 Market Street, Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 426-1189<br>Facsimile: (302) 426-9193 |
| **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Ira S. Dizengoff (admitted *pro hac vice*)<br>Abid Qureshi (admitted *pro hac vice*)<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002 | **FOLEY & LARDNER LLP**<br>Harold L. Kaplan (admitted *pro hac vice*)<br>Mark F. Hebbeln (admitted *pro hac vice*)<br>Lars A. Peterson (admitted *pro hac vice*)<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313<br>Telephone: (312) 832-4500<br>Facsimile: (312) 832-4700 |
| Scott L. Alberino (admitted *pro hac vice*)<br>Joanna F. Newdeck (admitted *pro hac vice*)<br>1333 New Hampshire Avenue, N.W.<br>Washington, D.C. 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288 | Barry G. Felder (admitted *pro hac vice*)<br>Jonathan H. Friedman (admitted *pro hac vice*)<br>90 Park Avenue<br>New York, NY 10016<br>Telephone: (212) 682-7474<br>Facsimile: (212) 687-2329 |

*Co-Counsel for UMB BANK, N.A., as Trustee*