# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Raymond H. Lemisch, Esquire, hereby certify that on October 30, 2017 a true and correct copy of the *Reservation of Rights of UMB Bank, N.A. to Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code* was served on the parties listed below via first class mail:

| | |
|---|---|
| Edward O. Sassower, P.C., Esquire<br>Stephen Hessler, Esquire<br>Brian E. Schartz, Esquire<br>Aparna Yenamandra, Esquire<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611 | Mark D. Collins, Esquire<br>Daniel J. DeFranceschi, Esquire<br>Jason M. Madron, Esquire<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, Delaware 19801 |
| James H.M. Sprayregen, P.C., Esquire<br>Marc Kieselstein, P.C., Esquire<br>Chad J. Husnick, Esquire<br>Steven N. Serajeddini, Esquire<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654 | Jeff J. Marwil, Esquire<br>Mark K. Thomas, Esquire<br>Peter J. Young, Esquire<br>Proskauer Rose, LLP<br>Three First National Plaza<br>70 W. Madison St., Suite 3800<br>Chicago, Illinois 60602 |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| David M. Klauder, Esquire<br>Bielli & Klauder, LLC<br>1204 North King Street<br>Wilmington, Delaware | Michael A. Paskin, Esquire<br>Cravath, Swain & Moore LLP<br>Worldwide Plaza<br>825 Eighth Ave.<br>New York, New York 10022 |
| Joseph H. Hutson, Jr., Esquire<br>Stevens & Lee PC<br>1105 N. Market Street, Suite 700<br>Wilmington, Delaware 19801 | Richard L. Schepacarter, Esquire<br>Andrea B. Schwartz, Esquire<br>The Office of the United States Trustee<br>for the District of Delaware<br>844 King Street, Suite 2207<br>Wilmington, Delaware 19801 |
| Andrew G. Dietderich, Esquire<br>Brian D. Glueckstein, Esquire<br>Michael H. Torkin, Esquire<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, New York 10004 | Natalie D. Ramsey, Esquire<br>Davis Lee Wright, Esquire<br>Mark A. Fink, Esquire<br>Montgomery, McCracken, Walker &<br>Rhoads LLP<br>1105 N. Market Street, 15th Floor<br>Wilmington, Delaware 19801 |

Dated: October 30, 2017
Wilmington, Delaware

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone:    (212) 872-1000
Facsimile:    (212) 872-1002
Email:    idizengoff@akingump.com
          aqureshi@akingump.com

Scott L. Alberino (admitted *pro hac vice*)
Joanna F. Newdeck (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, DC 20036
Telephone:    (202) 887-4000
Facsimile:    (202) 887-4288
Email:    salberino@akingump.com
          jnewdeck@akingump.com

By: */s/ Raymond H. Lemisch*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Raymond H. Lemisch (DE Bar ID No. 4204)
919 Market Street, Suite 1000
Wilmington, Delaware 19801
Tel: (302) 426-1189
Fax: (302) 426-9193
Email: rlemisch@klehr.com

- *and* -

**FOLEY & LARDNER LLP**
Harold L. Kaplan (admitted *pro hac vice*)
Mark F. Hebbeln (admitted *pro hac vice*)
Lars A. Peterson (admitted *pro hac vice*)
321 North Clark Street, Suite 2800
Chicago, IL  60654-5313
Telephone: (312) 832-4500
Facsimile:  (312) 832-4700
Email:  hkaplan@foley.com
        mhebbeln@foley.com
        lapeterson@foley.com

Barry G. Felder (admitted *pro hac vice*)
Jonathan H. Friedman (admitted *pro hac vice*)
90 Park Avenue
New York, NY 10016
Tel: (212) 682-7474
Fax: (212) 687-2329
Email: bgfelder@foley.com
          jfriedman@foley.com

*Co-Counsel for UMB BANK, N.A., as Trustee*