**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,[1]<br><br><br><br><br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) Jointly Administered<br>)<br>) Re: Docket No. 11887<br>)<br>) Objection Deadline: October 30, 2017<br>)<br>) |

**LIMITED OBJECTION AND RESERVATION OF RIGHTS OF EFH INDENTURE TRUSTEE WITH RESPECT TO APPROVAL OF FIRST AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, AND THE EFH/EFIH DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

American Stock Transfer & Trust Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for notes issued by EFH Future Holdings Corp. ("EFH Corp.") (as described in Exhibit 1 attached hereto), by its undersigned counsel, hereby files this limited objection (the "Limited Objection") and reservation of rights (the "Reservation of Rights") with respect to approval of the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11887] (the "Proposed Plan").[2]  In

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

[2]  Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Proposed Plan.

1

4850-2324-9490.3

support of this Limited Objection and Reservation of Rights, the EFH Indenture Trustee respectfully states as follows:

## LIMITED OBJECTION

1. On October 20, 2017, the Debtors filed the *Supplement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12104] (the "Plan Supplement"). Exhibit D to the Plan Supplement lists the claims and causes of action to be retained by the Debtors in connection with the Proposed Plan ("Retained Causes of Action"). The Debtors listed AST and its counsel, Nixon Peabody LLP ("Nixon"), as parties against whom the Debtors were retaining causes of action. Those retained causes of action are listed on Exhibit 2. *See* Plan Supplement, at 101, 2802.

2. The EFH Indenture Trustee objects on the grounds that all claims that the Debtors may hold against AST and Nixon will be resolved under the Proposed Plan. *See* Proposed Plan, at Art. VIII.C (describing scope of releases to be provided by Debtors). Accordingly, AST and Nixon should be removed from the list of Retained Causes of Action in the Plan Supplement. As of the date of this Limited Objection, discussions with the Debtors regarding the reasons why AST and Nixon were included on the list of Retained Causes of Action, and how the issue can be resolved, are ongoing and the EFH Indenture Trustee expects that it will be determined that the inclusion was in error, or that the issue can be consensually resolved.

## RESERVATION OF RIGHTS

3. The EFH Indenture Trustee reserves the right to object in the event that there are further supplements, amendments, modifications to the Proposed Plan, or in the event that there are material changes to (i) the circumstances of the Debtors, (ii) the Proposed Plan or (iii) recoveries to unsecured creditors of EFH Corp.

Dated: Wilmington, DE
October 30, 2017

**CROSS & SIMON, LLC**

By: /s/ *Christopher P. Simon*
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

Christopher J. Fong
55 West 46th Street
New York, NY 10036
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

4850-2324-9490.3