## **EXHIBIT 2**

| | |
|---|---|
| AMERICAN STOCK TRANSFER & TRUST CO LLC<br>ATTN: GENERAL COUNSEL<br>6201 15TH AVE<br>BROOKLYN, NY 11219 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| AMERICAN STOCK TRANSFER & TRUST CO LLC<br>ATTN: PAUL KIM<br>6201 15TH AVE<br>BROOKLYN, NY 11219 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| NIXON PEABODY<br>(COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO)<br>ATTN: RICHARD C PEDONE ESQ; AMANDA D DARWIN ESQ<br>100 SUMMER ST<br>BOSTON, MA 02110 | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |

4850-2324-9490.3