UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re : | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] : | Case No. 14-10979 (CSS) |
| Debtor-in-Possession. : | (Jointly Administered) Re: D.I. 11945, 11946, and 11947 |
|  | Hearing date: November 8, 2017 at 10:00 a.m. E.T. |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS FEE ORDERS

I, William M. Alleman, Jr., counsel to the Fee Committee in the above-captioned cases, hereby certify as follows:

1. On September 26, 2017, the Fee Committee's counsel filed the *Seventh and Eighth Interim and Consolidated Applications of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered for the Period From September 1, 2016 Through April 30, 2017* (the "**Gitlin Interim Application**") [D.I. 11946]; the *Seventh and Eighth Interim and Consolidated Applications of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Expenses for the Period From September 1, 2016 through April 30, 2017* (the "**Godfrey & Kahn Interim Application**") [D.I. 11945]; and the *First and Final Fee Application of Godfrey & Kahn, S.C., Counsel to the*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Fee Committee, for Allowance of Compensation for Services Rendered Related to Non-Retained Professional Fee Review for the Period From December 1, 2015 Through July 31, 2017* (the "**Godfrey & Kahn Final Application for Non-Retained Professional Fee Review**") [D.I. 11947] (collectively, the "**Applications**").

2. The undersigned has caused the Court's docket in this case to be reviewed and no answers, objections, or other responsive pleadings to the Applications appear thereon. Pursuant to the Applications, objections to the Applications were to be filed no later than October 17, 2017.

3. Attached hereto as **Exhibit 1** is the proposed order granting the Gitlin Interim Application and the Godfrey & Kahn Interim Application.

4. Attached hereto as **Exhibit 2** is the proposed order granting the Godfrey & Kahn Final Application for Non-Retained Professional Fee Review.

5. Copies of **Exhibits 1 and 2** have been provided to the United States Trustee and lead counsel for the Debtors, and each has indicated they have no objection to entry of these orders.

[Remainder of Page Intentionally Blank]

WHEREFORE, the Fee Committee respectfully requests that the Court enter the orders attached as **Exhibits 1 and 2** at its earliest convenience.

Dated:  October 30, 2017
       Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

 */s/ William M. Alleman, Jr.*
Jennifer R. Hoover (DE Bar No. 5111)
William M. Alleman, Jr. (DE Bar No. 5449)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Phone: (302) 442-7010
Fax: (302) 442-7012
E-mail: jhoover@beneschlaw.com
       walleman@beneschlaw.com

-and-

Katherine Stadler, Esquire (*admitted pro hac vice*)
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

17918829.4