# **<u>Exhibit B</u>**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Re:  D.I. 11355, 11231, 11356, 11400, 11179, 11353, 11354, 11423, 11466, 11376, 11345, 11352, 11498, 11409, 11357, 11359, and 11349** |

**OMNIBUS ORDER AWARDING INTERIM
ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND FOR REIMBURSEMENT OF EXPENSES**

This matter coming before the Court on the interim fee applications (together
D.I. 111355, 11231, 11356, 11400, 11179, 11353, 11354, 11423, 11466, 11376, 11345, 11352,
11498, 11409, 11357, 11359, and 11349, the "**Applications**") of those professionals listed on
**Exhibit A** attached hereto (together, the "**Applicants**"), pursuant to sections 330(a) and 331 of
the Bankruptcy Code, 11 U.S.C. §§ 101-1532, Rule 2016 of the Federal Rules of Bankruptcy
Procedure and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the
United States Bankruptcy Court for the District of Delaware, for the interim allowance of certain
fees, including all holdbacks, and expenses incurred by the Applicants for the specific period of
time set forth in each of the Applications (the "**Compensation Period**"), filed in accordance
with the *Order Establishing Procedures for Interim Compensation and Reimbursement of
Expenses for Professionals* [D.I. 2066] (the "**Interim Compensation Order**") and the
*Stipulation and Order Approving a Fee Committee* [D.I. 1896] (the "**Fee Committee Order**");

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the *Amended Order Confirming the Sixth Amended Joint Plan of Reorganization* [D.I. 7285] (the

"**Amended Confirmation Order**"); and the Court having reviewed the Applications with

respect to the Applicants and/or the omnibus report filed by the Fee Committee (as such term is

defined in the Fee Committee Order) with respect to each of the Applications (*see* D.I. _____);

and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C.

§§ 157 and 1334; (b) notice of the Applications and the hearing thereon was adequate under the

circumstances; and (c) all parties with notice of the Applications have been afforded the

opportunity to be heard on the Applications, and no objections having been filed; now therefore

IT IS HEREBY ORDERED THAT:

1.      The Applications are GRANTED on an interim basis, to the extent set

forth on the attached **Exhibit A.**

2.      Each of the Applicants is allowed (a) interim compensation for services

rendered during the Compensation Period and (b) interim reimbursement for actual and

necessary expenses incurred during the Compensation Period, each in the respective amounts set

forth on the attached **Exhibit A**, including any and all holdbacks.

3.      To the extent not already paid pursuant to the Interim Compensation

Order, the Debtors are hereby authorized and directed to pay each of the Applicants 100 percent

of the fees and 100 of the expenses listed on **Exhibit A** hereto under the columns "Interim Fees

Approved" and "Interim Expenses Approved," respectively, for services rendered and expenses

incurred during the Compensation Period.

Dated: _____, 2017
        Wilmington, Delaware
                                          _____
                                          THE HONORABLE CHRISTOPHER S. SONTCHI
17962035.1                                UNITED STATES BANKRUPTCY JUDGE

# **<u>Exhibit A</u>**

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)
**Ninth Interim Fee Period Applications**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| 1 | Richards Layton & Finger [D.I. 11231] | 05/01 - 08/31/2016 | $637,280.50 | $2,979.25 | $64,669.99 | $7,788.02 | $634,301.25 | $56,881.97 |
| 2 | Greenberg Traurig [D.I. 11355] | 05/01 - 08/31/2016 | $169,319.50 | $833.00 | $1,702.31 | $0.00 | $168,486.50 | $1,702.31 |
| 3 | Greenberg Traurig [D.I. 11356] | 09/01 - 12/31/2016 | $80,463.00 | $0.00 | $0.00 | $0.00 | $80,463.00 | $0.00 |
| 4 | Montgomery McCracken W&R LLP [D.I. 11179] | 09/01 - 12/31/2016 | $131,056.50 | $1,435.50 | $5,077.79 | $0.00 | $129,621.00 | $5,077.79 |
| 5 | EPIQ [D.I. 11400] | 09/01 - 12/31/2016 | $311,030.10 | $740.90 | $261,128.64 | $0.00 | $310,289.20 | $261,128.64 |
| 6 | Bielli & Klauder [D.I. 11353] | 01/01 - 04/30/2017 | $28,979.00 | $0.00 | $84.10 | $0.00 | $28,979.00 | $84.10 |
| 7 | Jenner & Block [D.I. 11354] | 01/01 - 04/30/2017 | $55,877.50 | $0.00 | $88.92 | $0.00 | $55,877.50 | $88.92 |
| 8 | SOLIC Capital Advisors [D.I. 11423] | 01/01 - 04/30/2017 | $800,000.00 | $0.00 | $0.00 | $0.00 | $800,000.00 | $0.00 |
| 9 | AlixPartners LLP [D.I. 11466] | 01/01 - 04/30/2017 | $14,478.50 | $0.00 | $0.00 | $0.00 | $14,478.50 | $0.00 |
| 10 | Cravath Swaine & Moore LLP [D.I. 11376] | 01/01 - 4/30/2017 | $82,815.50 | $0.00 | $288.52 | $0.00 | $82,815.50 | $288.52 |
| 11 | Proskauer Rose LLP [D.I. 11352] | 01/01 - 04/30/2017 | $1,049,585.50 | $84,957.25 | $27,194.88 | $7,211.96 | $964,628.25 | $19,982.92 |
| 12 | Stevens & Lee PC [D.I. 11498] | 01/01 - 04/30/2017 | $43,204.50 | $826.50 | $269.45 | $0.00 | $42,378.00 | $269.45 |
| 13 | Sullivan & Cromwell LLP [D.I. 11409] | 01/01 - 04/30/2017 | $269,353.80 | $882.25 | $7,638.07 | $0.00 | $268,471.55 | $7,638.07 |
| 14 | Alvarez & Marsal North America, LLC [D.I. 11357] | 01/01 - 04/30/2017 | $134,945.00 | $0.00 | $2,185.77 | $0.00 | $134,945.00 | $2,185.77 |
| 15 | Filsinger Energy Partners [D.I. 11359] | 01/01 - 04/30/2017 | $32,734.50 | $0.00 | $44.00 | $0.00 | $32,734.50 | $44.00 |
| 16 | Kirkland & Ellis [D.I. 11349] | 01/01 - 4/30/2017 | $6,309,112.50 | $97,511.63 | $222,741.03 | $13,858.00 | $6,211,600.87 | $208,883.03 |