# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: Docket No. 11887** |

## RESERVATION OF RIGHTS OF THE EFIH SECOND LIEN TRUSTEE TO CONFIRMATION OF FIRST AMENDED JOIN PLAN OF REORGANIZATION

Computershare Trust Company, N.A. and Computershare Trust Company of Canada, in their capacities as indenture trustee (the "**EFIH Second Lien Trustee**") for the senior secured second lien notes (the "**EFIH Second Lien Notes**") issued by Energy Future Intermediate Holding Company LLC, and EFIH Finance, Inc. pursuant to that certain indenture dated April 25, 2011, as supplemented, files this reservation of rights (the "**Reservation of Rights**") with respect to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 11887] (the "**Plan**")[1]  In further support of this Reservation of Rights, the EFIH Second Lien Trustee respectfully submits as follows:

## RESERVATION OF RIGHTS

1.     The Plan contemplates that Class B4, the EFIH Second Lien Notes, will be left unimpaired under the Plan and will receive payment in full in cash of the amounts allowed under the EFIH Settlement Agreement and the EFIH Settlement Approval Order.  The Plan also provides payment of all outstanding fees and expenses owed to the EFIH Second Lien Trustee

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

and for the funding of the EFIH Second Lien Post-Effective Date Fee and Indemnification Claims Reserve (as defined in the EIFH Settlement Agreement).

2. The Plan as filed contemplated that certain holders of EFIH Second Lien Notes may be able to participate in an optional equity conversion of their Notes through a Rollover Trust Election. However, the Plan Supplement disclosed that Sempra Energy will now be providing an all cash merger consideration and the Debtors will therefore not offer the Rollover Trust Investment Election to holders of Allowed Second Lien Note Claims.

3. The EFIH Second Lien Trustee files this reservation of rights to preserve its right to object to confirmation of the Plan in the event that amendments or changes are made to the Plan that in any way impair or affect the rights and claims of the holders of Allowed EFIH Second Lien Notes and the EFIH Second Lien Trustee.

Dated:  October 30, 2017         PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones
(Bar No. 2436)
Robert J. Feinstein
(NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com
           rfeinstein@pszjlaw.com

*- and -*

- 3 -

KRAMER LEVIN NAFTALIS & FRANKEL LLP

Thomas Moers Mayer
Gregory A. Horowitz
Joshua K. Brody
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, New York 10036
Telephone:  (212) 715-9100
Facsimile:   (212) 715-8000
Email: tmayer@kramerlevin.com
          ghorowitz@kramerlevin.com
          jbrody@kramerlevin.com


*- and -*

BRYAN CAVE LLP

Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: (212) 541-1114
Facsimile: (212) 904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the EFIH Second Lien Trustee*