UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979         BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order GRANTING the Motion To Reconsider of Elliott Associates, L.P. and DENYING the Application of NextEra Energy Inc. for Payment of Administrative Claim.

**Docket #:** 12075         **Date Entered:** 10/18/2017

Item Transmitted:

| | | | | |
|---|---|---|---|---|
| ✓ | Notice of Appeal | Docket #: 12141 | Date Filed: | 10/30/2017 |
| ☐ | Amended Notice of Appeal | Docket #: | Date Filed: | |
| ☐ | Cross Appeal | Docket #: | Date Filed: | |
| ☐ | Motion for Leave to Appeal | Docket #: | Date Filed: | |
| ☐ | Request for Certification of Direct Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

NextEra Energy, Inc.

**Appellee/Cross Appellee**

Energy Future Holdings Corp.
and
Elliott Associates, L.P. et al.

**Counsel for Appellant/Cross Appellant:**

Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE  19801

**Counsel for Appellee/Cross Appellee:**

Richards Layton & Finger, P.A.
920 N. Market Street; Wilmington, DE
Bayard, P.A.
222 Delaware Avenue, Suite 900

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ● | ○ |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ○ | ● |
| ***If Yes, has District Court assigned a Civil Action Number?** | ○ | ● |
| **Civil Action Number:** | | |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 10/31/2017      **by:** Donna Capell
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    17-41