# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $825 | 14.3 | $11,797.50 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $575 | 102.5 | $58,937.50 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $410 | 10.5 | $4,305.00 |
| Christopher M. De Lillo | Associate | 2017 | Bankruptcy | $320 | 6.6 | $2,112.00 |
| David T. Queroli | Associate | 2016 | Bankruptcy | $320 | 1.7 | $544.00 |
| Brian S. Yu | Associate | Pending | Bankruptcy | $295 | 1.8 | $531.00 |
| Total | | | | | 137.4 | $78,227.00 |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 17 | Bankruptcy | $250 | 47.1 | $11,775.00 |
| Ann Jerominski | Paralegal | 17 | Bankruptcy | $250 | 2.0 | $500.00 |
| Cynthia McMenamin | Paralegal | 2 | Bankruptcy | $250 | 1.0 | $250.00 |
| Rebecca V. Speaker | Paralegal | 15 | Bankruptcy | $250 | 1.3 | $325.00 |
| Carlos B. Terreforte | Litigation Support | 2 | MIS | $245 | 0.5 | $122.50 |
| Tesia S. Smith | Case Management Assistant | 2 | Bankruptcy | $135 | 3.4 | $459.00 |
| Total | | | | | 55.3 | $13,431.50 |
| | | | | **Total Fees** | | $91,658.50 |