# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $246.69 |
| Conference Calling | $0.00 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $317.46 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $0.00 |
| Long distance Telephone Charges | $0.46 |
| Messenger and Delivery Service | $178.76 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $2,119.21 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $14.72 |
| Travel Expense | $122.67 |
| **Total:** | **$2,999.97** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $48.14 |
| Conference Calling | $0.00 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $61.94 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $0.09 |
| Messenger and Delivery Service | $34.88 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $413.50 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $2.87 |
| Travel Expense | $23.94 |
| **Total:** | **$585.36** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $306.86 |
| Conference Calling | $0.00 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $394.89 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $0.57 |
| Messenger and Delivery Service | $222.36 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $2,636.09 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $18.31 |
| Travel Expense | $152.59 |
| **Total:** | **$3,731.67** |