## EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 9/6/2017 | Tonic | Lunch | 6 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 9/6/17 hearing | $34.50 | $207.00 |
| 9/6/2017 | Rodney Grille | Snacks | 10 | Refreshments for visiting co-counsel, client representatives, and other estate professionals in connection with 9/6/17 hearing | $0.75 | $7.50 |
| 9/14/2017 | Iron Hill Brewery | Dinner | 1 | Working meal for RL&F team member (paralegal) in connection with after-hours preparation and filing of Alvarez & Marsal Thirty-Ninth Monthly Fee Statement | $8.77 | $8.77 |
| 9/18/2017 | Chelsea Tavern | Dinner | 1 | Working meal for RL&F team member (paralegal) in connection with after-hours preparation for 9/19/17 hearing | $24.22 | $24.22 |
| 9/19/2017 | Manhattan Bagel | Breakfast | 10 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 9/19/17 hearing | $16.00 | $160.00 |
| 9/27/2017 | Manhattan Bagel | Breakfast | 6 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 9/27/17 hearing | $19.17 | $115.00 |
| 9/27/2017 | Urban Café | Lunch | 6 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 9/27/17 hearing | $13.20 | $79.20 |
| **TOTALS** | | | | | | **$601.69** |