IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Energy Future Holdings Corp., et al

|  |  |  |
|---|---|---|
| **NextEra Energy, Inc.** | ) ) ) ) ) | |
| Appellants, | ) ) | Civil Action No. 17-1546 UNA |
| v. | ) ) | |
| **Energy Future Holdings Corp.** | ) ) | |
| Appellee, | ) ) ) | Bankruptcy Case No. 14-10979 BAP No. 17-41 |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 10/18/2017 was docketed in the District Court on 10/31/2017:

**Order GRANTING the Motion To Reconsider of Elliott Associates, L.P. and DENYING the Application of NextEra Energy Inc. for Payment of Administrative Claim**

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

               John A. Cerino
               Clerk of Court

Date: 10/31/17
CC: U.S. Bankruptcy Court
    Counsel via CM/ECF