**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:  ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1]  ) | Case No. 14-10979 (CSS) |
| ) | |
| ) | (Jointly Administered) |
| ) | |
| Debtors.  ) | |

**AMENDED NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE PURSUANT TO FED. R. BANKR. P. 2002**

**PLEASE TAKE NOTICE** that Computershare Trust Company, N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senior Secured Second Lien Notes due 2022 issued by Energy Future Intermediate Holding Company, LLC and EFIH Finance Inc. (the "Indenture Trustee") by its counsel, Bryan Cave LLP, Kramer Levin Naftalis & Frankel LLP and Pachulski Stang Ziehl & Jones LLP (collectively, "Counsel") hereby amends its prior appearance, and requests that the contact information for the undersigned be updated in the official mailing matrix and service lists in these cases. Counsel request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

applications, lists, schedules, statements, chapter 11 plans, disclosure statements and all other matters arising herein or in any related adversary proceeding, be given and served upon the Indenture Trustee through service upon the Indenture Trustee and each Counsel, at the addresses, telephone, email addresses and facsimile numbers set forth below:

| | |
|---|---|
| Stephanie Wickouski, Esq.<br>Laith J. Hamdan, Esq.<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104<br>Telephone: 212-541-2000<br>Facsimile: 212-541-1439<br>Email: stephanie.wickouski@bryancave.com<br>          laith.hamdan@bryancave.com | Michael A. Smith, V.P.<br>Computershare Trust Company, N.A.<br>2950 Express Drive South, Suite 210<br>Islandia, NY 11749<br>Email: michael.smith2@computershare.com<br><br>Alessandra Pansera<br>Computershare Trust Company of Canada<br>1500, Robert-Bourassa Blvd., 7th Floor<br>Montreal, Quebec, H3A 3S8<br>Email: alessandra.panersa@computershare.com |
| Thomas Moers Mayer, Esq.<br>Gregory A. Horowitz, Esq.<br>Joshua K. Brody, Esq.<br>Philip Bentley, Esq.<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br>Facsimile: (212) 715-8000<br>Email: tmayer@kramerlevin.com<br>          ghorowitz@kramerlevin.com<br>          jbrody@kramerlevin.com<br>          pbentley@kramerlevin.com | Laura Davis Jones, Esq.<br>Robert J. Feinstein, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market Street, 17 Floor<br>P.O. Box 8705<br>Wilmington, DE 19899<br>(Courier 19801)<br>Telephone: (302) 652-4100<br>Facsimile: (302) 652-4400<br>Email: ljones@pszjlaw.com<br>          rfeinstein@pszjlaw.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, complaint or demand, motion, petition, pleading or request, and answering or reply papers filed in these cases, whether formal or informal, written or oral, and whether served,

transmitted or conveyed by mail, email, hand delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned cases and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance and Request for Service Pursuant to Fed. R. Bankr. P. 2002* shall not be deemed or construed to be a waiver of any of the rights of the Indenture Trustee, including, without limitation, to (i) have final orders in non-core matters entered only after de novo review by a higher court, (ii) trial by jury in any proceeding so triable in this case, or any case, controversy, or adversary proceeding related to this case, (iii) have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which the Indenture Trustee may be entitled in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: November 1, 2017

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
919 North Market Street, 17th Floor
P O Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone:  302-652-4100
Facsimile:  302-652-4400
Email: ljones@pszjlaw.com
      rfeinstein@pszjlaw.com

-and-

BRYAN CAVE LLP
Stephanie Wickouski, Esq.
Laith J. Hamdan, Esq.
Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104
Telephone: 212-541-2000
Facsimile: 212-541-1439
Email: stephanie.wickouski@bryancave.com
　　　　laith.hamdan@bryancave.com

-and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Thomas Moers Mayer
Gregory A. Horowitz
Joshua K. Brody
Philip Bentley
1177 Avenue of the Americas
New York, NY 10036
Telephone:  212-715-9100
Facsimile:  212-715-8000
Email:  tmayer@kramerlevin.com
　　　　ghorowitz@kramerlevin.com
　　　　jbrody@kramerlevin.com
　　　　pbentley@kramerlevin.com

*Counsel for the Indenture Trustee*