# EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL E-SIDE] Case Administration | 5.50 | $1,786.00 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 0.40 | $258.00 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 710.00 | $623,094.00 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 54.80 | $54,334.50 |
| 12 | [ALL E-SIDE] Hearings | 50.70 | $47,881.00 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 44.20 | $25,616.00 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 1.60 | $1,528.00 |
| 18 | [ALL E-SIDE] Non-Working Travel | 20.20 | $21,891.00 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 255.70 | $274,978.50 |
| 29 | [ALL E-SIDE] Tax Issues | 199.50 | $253,726.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 14.90 | $18,924.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 12.10 | $6,246.50 |
| | **Totals:** | **1,369.60** | **$1,330,264.00** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $727.79 |
| Standard Copies or Prints | $777.90 |
| Color Copies or Prints | $819.60 |
| Production Blowbacks | $1,084.90 |
| Closing/Mini Books | $60.00 |
| Overnight Delivery | $33.17 |
| Local Transportation | $232.02 |
| Travel Expense | $2,170.19 |
| Airfare | $9,829.26 |
| Transportation to/from airport | $611.79 |
| Travel Meals | $759.21 |
| Other Travel Expenses | $129.00 |
| Court Reporter Fee/Deposition | $1,234.45 |
| Other Court Costs and Fees | $7,436.00 |
| Computer Database Research | $118.35 |
| Westlaw Research | $2,920.76 |
| LexisNexis Research | $366.00 |
| Overtime Transportation | $108.86 |
| Overtime Meals - Attorney | $453.67 |
| Rental Expenses | $1,500.00 |
| **Total:** | **$31,372.92** |