# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 835.00 | 61.10 | $51,018.50 |
| Steven Cantor | Associate | 2017 | Taxation | 560.00 | 22.50 | $12,600.00 |
| Maxwell Coll | Associate | 2016 | Litigation - General | 630.00 | 69.10 | $43,533.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 905.00 | 11.30 | $10,226.50 |
| Austin Klar | Associate | 2013 | Litigation - General | 845.00 | 24.90 | $21,040.50 |
| David Moore | Associate | 2015 | Corporate - General | 735.00 | 8.50 | $6,247.50 |
| Daniel Rudewicz | Associate | 2016 | Restructuring | 735.00 | 2.50 | $1,837.50 |
| Matthew Smart | Associate | 2016 | Restructuring | 645.00 | 3.90 | $2,515.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 905.00 | 66.40 | $60,092.00 |
| Nacif Taousse | Associate | Pending | Restructuring | 555.00 | 26.10 | $14,485.50 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 810.00 | 26.60 | $21,546.00 |
| David Thompson | Associate | 2013 | Corporate - M&A/Private Equity | 905.00 | 1.80 | $1,629.00 |
| McClain Thompson | Associate | 2014 | Litigation - General | 725.00 | 98.90 | $71,702.50 |
| Patrick Venter | Associate | 2016 | Restructuring | 645.00 | 25.90 | $16,705.50 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 955.00 | 83.20 | $79,456.00 |
| Aaron Berlin | Partner | 2011 | Corporate - Debt Finance | 995.00 | 3.00 | $2,985.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,475.00 | 22.50 | $33,187.50 |
| Thomas Dobleman | Partner | 2011 | Corporate - Debt Finance | 995.00 | 1.00 | $995.00 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,095.00 | 10.40 | $11,388.00 |
| Michael Esser | Partner | 2009 | Litigation - General | 965.00 | 30.30 | $29,239.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,525.00 | 5.30 | $8,082.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 995.00 | 77.90 | $77,510.50 |
| Chad J Husnick P.C. | Partner | 2004 | Restructuring | 1,165.00 | 26.50 | $30,872.50 |
| Chad J Husnick P.C. | Partner | 2004 | Restructuring | 1,245.00 | 2.00 | $2,490.00 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,155.00 | 4.90 | $5,659.50 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,475.00 | 39.40 | $58,115.00 |
| Michelle Kilkenney, P.C. | Partner | 2002 | Corporate - Debt Finance | 1,225.00 | 0.30 | $367.50 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,625.00 | 78.40 | $127,400.00 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,325.00 | 7.70 | $10,202.50 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,175.00 | 100.60 | $118,205.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,475.00 | 10.40 | $15,340.00 |
| Veronica Nunn | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 22.40 | $22,288.00 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 995.00 | 51.10 | $50,844.50 |
| John Pitts, P.C. | Partner | 2010 | Corporate - M&A/Private Equity | 1,095.00 | 9.20 | $10,074.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,410.00 | 19.10 | $26,931.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,425.00 | 12.00 | $17,100.00 |
| Anthony Sexton | Partner | 2011 | Taxation | 1,040.00 | 60.40 | $62,816.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,475.00 | 30.20 | $44,545.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 1,015.00 | 87.00 | $88,305.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 1,075.00 | 3.20 | $3,440.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,295.00 | 17.60 | $22,792.00 |
| **Grand Total** | | | | | **1,265.50** | **$1,295,811.00** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Hannah Kupsky | Junior Paralegal | 6 months | Restructuring | 220.00 | 1.10 | $242.00 |
| Meg McCarthy | Junior Paralegal | 2.5 years | Litigation - General | 215.00 | 3.00 | $645.00 |
| Jonathon Merriman | Junior Paralegal | 1.5 years | Litigation - General | 230.00 | 12.40 | $2,852.00 |
| Cecilia Tesdahl | Other | 1 year | Admin Services | 295.00 | 0.30 | $88.50 |
| Kurt Wunderlich | Other | 11.5 years | Admin Services | 680.00 | 0.70 | $476.00 |
| Michael S. Fellner | Paralegal | 9.5 years | Litigation - General | 325.00 | 3.70 | $1,202.50 |
| Beth Friedman | Paralegal | 10 years | Restructuring | 420.00 | 1.60 | $672.00 |
| Travis Langenkamp | Paralegal | 12.5 years | Litigation - General | 390.00 | 16.30 | $6,357.00 |
| Adrienne Levin | Paralegal | 10 years | Litigation - General | 370.00 | 5.10 | $1,887.00 |
| Robert Orren | Paralegal | 7 years | Restructuring | 340.00 | 35.40 | $12,036.00 |
| Meghan Rishel | Paralegal | 1 year | Litigation - General | 325.00 | 24.00 | $7,800.00 |
| Kenneth Sturek | Paralegal | 16 years | Litigation - General | 390.00 | 0.50 | $195.00 |
| **Grand Total** | | | | | **104.10** | **$34,453.00** |
| | | | **Total Fees Requested** | | **1,369.60** | **$1,330,264.00** |

RLF1 18399830v.1