# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $727.79 |
| Standard Copies or Prints | $698.80 |
| Color Copies or Prints | $512.40 |
| Production Blowbacks | $1,084.90 |
| Closing/Mini Books | $60.00 |
| Overnight Delivery | $33.17 |
| Local Transportation | $232.02 |
| Travel Expense | $2,170.19 |
| Airfare | $9,829.26 |
| Transportation to/from airport | $611.79 |
| Travel Meals | $759.21 |
| Other Travel Expenses | $129.00 |
| Court Reporter Fee/Deposition | $1,234.45 |
| Other Court Costs and Fees | $7,436.00 |
| Computer Database Research | $118.35 |
| Westlaw Research | $2,920.76 |
| LexisNexis Research | $366.00 |
| Overtime Transportation | $108.86 |
| Overtime Meals - Attorney | $453.67 |
| Rental Expenses | $1,500.00 |
| **Total:** | **$30,986.62** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $7.20 |
| **Total:** | **$7.20** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $71.90 |
| Color Copies or Prints | $307.20 |
| **Total:** | **$379.10** |