## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

November 1, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Stephanie Zapata Moore

**Invoice Number:  5203434**
**Client Matter: 14356-109**

---

**In the matter of    [ALL E-SIDE] Expenses**

For legal services rendered through September 30, 2017
(see attached Description of Legal Services for detail)                                   $ .00

For expenses incurred through September 30, 2017
(see attached Description of Expenses for detail)                                  $ 30,986.62

Total legal services rendered and expenses incurred                              $ 30,986.62

Beijing   Boston   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Third Party Telephone Charges | 727.79 |
| Standard Copies or Prints | 698.80 |
| Color Copies or Prints | 512.40 |
| Production Blowbacks | 1,084.90 |
| Closing/Mini Books | 60.00 |
| Overnight Delivery | 33.17 |
| Local Transportation | 232.02 |
| Travel Expense | 2,170.19 |
| Airfare | 9,829.26 |
| Transportation to/from airport | 611.79 |
| Travel Meals | 759.21 |
| Other Travel Expenses | 129.00 |
| Court Reporter Fee/Deposition | 1,234.45 |
| Other Court Costs and Fees | 7,436.00 |
| Computer Database Research | 118.35 |
| Westlaw Research | 2,920.76 |
| LexisNexis Research | 366.00 |
| Overtime Transportation | 108.86 |
| Overtime Meals - Attorney | 453.67 |
| Rental Expenses | 1,500.00 |
| | |
| TOTAL EXPENSES | $ 30,986.62 |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Third Party Telephone Charges

| Date | Description | Amount |
|---|---|---|
| 7/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Conference call(s) | 14.39 |
| 8/19/17 | Michael Esser, Internet, Hearing | 19.99 |
| 8/21/17 | Beth Friedman, Teleconference, Telephonic Hearing etc. (Inv. 027996601136) | 30.00 |
| 8/22/17 | Michael Esser, Internet, Hearing | 21.99 |
| 8/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Teleconference Charges | 4.46 |
| 8/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Teleconference Fees | 1.18 |
| 8/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conference calls with client. | 47.99 |
| 8/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Telephone Conference. | 2.84 |
| 8/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (NT), Teleconference, Telephone conference(s) | 13.27 |
| 8/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 153.63 |
| 8/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conference calls with client. | 1.33 |
| 8/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls | 21.85 |
| 9/04/17 | Patrick Venter, Internet, Trip back from LA - internet usage | 39.95 |
| 9/08/17 | John Pitts, Internet, Attention to various transactional matters. | 2.00 |
| 9/13/17 | Robert Orren, Teleconference, Telephone hearing. CourtCall ID # 8577983 | 37.00 |
| 9/18/17 | Mark McKane, Internet, Hearing | 19.99 |
| 9/19/17 | Mark McKane, Internet, Hearing | 21.99 |
| 9/25/17 | Robert Orren, Teleconference, Telephone Hearing. CourtCall ID: 8600127. | 93.00 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (NT), Teleconference, Monthly Conference Calls | 1.41 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 6.45 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 0.92 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 | 4.46 |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

|  |  |  |
|---|---|---|
|  | COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences |  |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 1.31 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 0.04 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 5.58 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 0.80 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 0.69 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 0.54 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 0.79 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 1.16 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 11.02 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 3.39 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 1.53 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 8.40 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 1.92 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 1.45 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 | 15.25 |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

|  |  |  |
|---|---|---|
|  | COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences |  |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 3.98 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 3.19 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 7.96 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 1.59 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences | 5.71 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, teleconference | 0.42 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Telephone Conference. | 4.63 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Teleconference charges for September 2017. | 18.65 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Conference call(s) | 15.25 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 45.69 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference. | 2.32 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference. | 4.44 |
| | **Total:** | **727.79** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|--------|
| 9/08/17 | Standard Copies or Prints | 0.10 |
| 9/08/17 | Standard Prints | 0.60 |
| 9/08/17 | Standard Prints | 0.10 |
| 9/08/17 | Standard Prints | 0.30 |
| 9/08/17 | Standard Prints | 3.00 |
| 9/08/17 | Standard Prints | 0.30 |
| 9/08/17 | Standard Prints | 5.80 |
| 9/08/17 | Standard Prints | 25.30 |
| 9/08/17 | Standard Prints | 2.40 |
| 9/08/17 | Standard Prints | 2.30 |
| 9/08/17 | Standard Prints | 30.40 |
| 9/08/17 | Standard Prints | 1.40 |
| 9/08/17 | Standard Prints | 1.40 |
| 9/08/17 | Standard Prints | 10.50 |
| 9/08/17 | Standard Prints | 5.90 |
| 9/08/17 | Standard Prints | 3.90 |
| 9/08/17 | Standard Prints | 2.60 |
| 9/08/17 | Standard Prints | 6.70 |
| 9/08/17 | Standard Prints | 11.50 |
| 9/08/17 | Standard Prints | 4.10 |
| 9/08/17 | Standard Prints | 1.00 |
| 9/08/17 | Standard Prints | 0.90 |
| 9/08/17 | Standard Prints | 14.90 |
| 9/08/17 | Standard Prints | 2.90 |
| 9/08/17 | Standard Prints | 9.30 |
| 9/08/17 | Standard Prints | 3.10 |
| 9/08/17 | Standard Prints | 2.90 |
| 9/08/17 | Standard Prints | 25.50 |
| 9/08/17 | Standard Prints | 42.20 |
| 9/08/17 | Standard Prints | 14.60 |
| 9/08/17 | Standard Prints | 8.40 |
| 9/08/17 | Standard Prints | 72.10 |
| 9/08/17 | Standard Prints | 5.40 |
| 9/08/17 | Standard Prints | 4.80 |
| 9/08/17 | Standard Prints | 0.60 |
| 9/08/17 | Standard Prints | 0.70 |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| 9/08/17 | Standard Prints | 0.10 |
| 9/08/17 | Standard Prints | 0.10 |
| 9/08/17 | Standard Prints | 5.30 |
| 9/08/17 | Standard Prints | 1.80 |
| 9/08/17 | Standard Prints | 5.00 |
| 9/08/17 | Standard Prints | 7.70 |
| 9/08/17 | Standard Prints | 0.80 |
| 9/08/17 | Standard Prints | 0.20 |
| 9/08/17 | Standard Prints | 4.40 |
| 9/08/17 | Standard Prints | 0.40 |
| 9/08/17 | Standard Prints | 1.10 |
| 9/08/17 | Standard Prints | 1.80 |
| 9/11/17 | Standard Copies or Prints | 0.10 |
| 9/11/17 | Standard Prints | 0.80 |
| 9/11/17 | Standard Prints | 5.60 |
| 9/11/17 | Standard Prints | 1.60 |
| 9/11/17 | Standard Prints | 0.70 |
| 9/11/17 | Standard Prints | 0.20 |
| 9/11/17 | Standard Prints | 1.40 |
| 9/11/17 | Standard Prints | 0.40 |
| 9/11/17 | Standard Prints | 1.70 |
| 9/11/17 | Standard Prints | 1.30 |
| 9/11/17 | Standard Prints | 3.10 |
| 9/11/17 | Standard Prints | 0.10 |
| 9/11/17 | Standard Prints | 2.00 |
| 9/11/17 | Standard Prints | 1.90 |
| 9/12/17 | Standard Prints | 4.80 |
| 9/12/17 | Standard Prints | 18.30 |
| 9/12/17 | Standard Prints | 2.10 |
| 9/12/17 | Standard Prints | 1.50 |
| 9/12/17 | Standard Prints | 2.00 |
| 9/13/17 | Standard Prints | 19.10 |
| 9/13/17 | Standard Prints | 3.60 |
| 9/13/17 | Standard Prints | 0.90 |
| 9/13/17 | Standard Prints | 5.90 |
| 9/13/17 | Standard Prints | 1.30 |
| 9/13/17 | Standard Prints | 4.70 |
| 9/13/17 | Standard Prints | 8.60 |
| 9/13/17 | Standard Prints | 3.40 |
| 9/13/17 | Standard Prints | 50.50 |
| 9/14/17 | Standard Prints | 7.00 |
| 9/14/17 | Standard Prints | 1.50 |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 9/14/17 | Standard Prints | 14.80 |
| 9/14/17 | Standard Prints | 0.30 |
| 9/14/17 | Standard Prints | 1.20 |
| 9/14/17 | Standard Prints | 2.80 |
| 9/14/17 | Standard Prints | 3.40 |
| 9/14/17 | Standard Prints | 2.10 |
| 9/14/17 | Standard Prints | 2.80 |
| 9/14/17 | Standard Prints | 17.90 |
| 9/15/17 | Standard Prints | 7.10 |
| 9/15/17 | Standard Prints | 4.80 |
| 9/15/17 | Standard Prints | 0.90 |
| 9/15/17 | Standard Prints | 1.00 |
| 9/15/17 | Standard Prints | 2.80 |
| 9/15/17 | Standard Prints | 1.30 |
| 9/15/17 | Standard Prints | 1.90 |
| 9/18/17 | Standard Prints | 8.70 |
| 9/18/17 | Standard Prints | 1.30 |
| 9/18/17 | Standard Prints | 0.80 |
| 9/18/17 | Standard Prints | 0.60 |
| 9/19/17 | Standard Prints | 0.30 |
| 9/19/17 | Standard Prints | 0.10 |
| 9/19/17 | Standard Prints | 12.00 |
| 9/19/17 | Standard Prints | 2.70 |
| 9/20/17 | Standard Copies or Prints | 0.10 |
| 9/20/17 | Standard Prints | 12.50 |
| 9/20/17 | Standard Prints | 0.10 |
| 9/20/17 | Standard Prints | 0.30 |
| 9/20/17 | Standard Prints | 2.50 |
| 9/20/17 | Standard Prints | 0.70 |
| 9/20/17 | Standard Prints | 1.60 |
| 9/21/17 | Standard Prints | 0.40 |
| 9/21/17 | Standard Prints | 3.70 |
| 9/21/17 | Standard Prints | 1.00 |
| 9/22/17 | Standard Copies or Prints | 0.20 |
| 9/22/17 | Standard Prints | 12.60 |
| 9/22/17 | Standard Prints | 0.40 |
| 9/22/17 | Standard Prints | 1.20 |
| 9/25/17 | Standard Prints | 2.70 |
| 9/25/17 | Standard Prints | 0.30 |
| 9/25/17 | Standard Prints | 6.80 |
| 9/25/17 | Standard Prints | 0.60 |
| 9/25/17 | Standard Prints | 0.20 |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 9/26/17 | Standard Prints | 0.10 |
| 9/26/17 | Standard Prints | 1.00 |
| 9/26/17 | Standard Prints | 0.20 |
| 9/26/17 | Standard Prints | 1.70 |
| 9/27/17 | Standard Prints | 0.10 |
| 9/27/17 | Standard Prints | 1.60 |
| 9/27/17 | Standard Prints | 0.40 |
| 9/27/17 | Standard Prints | 0.10 |
| 9/28/17 | Standard Prints | 18.60 |
| 9/28/17 | Standard Prints | 5.20 |
| 9/28/17 | Standard Prints | 2.50 |
| 9/28/17 | Standard Prints | 12.10 |
| 9/28/17 | Standard Prints | 0.90 |
| 9/28/17 | Standard Prints | 0.10 |
| 9/28/17 | Standard Prints | 2.00 |
| | **Total:** | **698.80** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 9/08/17 | Color Prints | 0.60 |
| 9/08/17 | Color Prints | 0.90 |
| 9/08/17 | Color Prints | 11.40 |
| 9/08/17 | Color Prints | 12.30 |
| 9/08/17 | Color Prints | 4.50 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 19.20 |
| 9/08/17 | Color Prints | 31.20 |
| 9/08/17 | Color Prints | 4.80 |
| 9/08/17 | Color Prints | 3.00 |
| 9/08/17 | Color Prints | 1.20 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 0.60 |
| 9/08/17 | Color Prints | 0.60 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 1.50 |
| 9/08/17 | Color Prints | 1.50 |
| 9/08/17 | Color Prints | 0.90 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 0.90 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 0.90 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 0.90 |
| 9/08/17 | Color Prints | 0.60 |
| 9/08/17 | Color Prints | 0.60 |
| 9/08/17 | Color Prints | 19.20 |
| 9/08/17 | Color Prints | 0.90 |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 9/08/17 | Color Prints | 0.90 |
| 9/08/17 | Color Prints | 0.60 |
| 9/08/17 | Color Prints | 0.90 |
| 9/08/17 | Color Prints | 0.90 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 0.60 |
| 9/08/17 | Color Prints | 1.80 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 0.90 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 3.90 |
| 9/08/17 | Color Prints | 0.60 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 0.90 |
| 9/08/17 | Color Prints | 3.60 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 0.90 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 3.30 |
| 9/08/17 | Color Prints | 2.10 |
| 9/08/17 | Color Prints | 1.50 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 3.60 |
| 9/08/17 | Color Prints | 3.60 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 0.90 |
| 9/08/17 | Color Prints | 0.90 |
| 9/08/17 | Color Prints | 1.20 |
| 9/08/17 | Color Prints | 6.60 |
| 9/08/17 | Color Prints | 0.60 |
| 9/08/17 | Color Prints | 1.50 |
| 9/08/17 | Color Prints | 2.40 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 43.80 |
| 9/08/17 | Color Prints | 0.90 |
| 9/08/17 | Color Prints | 0.60 |
| 9/08/17 | Color Prints | 3.30 |
| 9/08/17 | Color Prints | 3.30 |
| 9/08/17 | Color Prints | 23.10 |
| 9/08/17 | Color Prints | 23.10 |
| 9/08/17 | Color Prints | 14.40 |
| 9/08/17 | Color Prints | 47.70 |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 9/08/17 | Color Prints | 3.90 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 1.80 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 2.10 |
| 9/08/17 | Color Prints | 0.90 |
| 9/08/17 | Color Prints | 0.60 |
| 9/08/17 | Color Prints | 2.10 |
| 9/08/17 | Color Prints | 2.10 |
| 9/08/17 | Color Prints | 0.60 |
| 9/08/17 | Color Prints | 0.60 |
| 9/08/17 | Color Prints | 0.90 |
| 9/08/17 | Color Prints | 0.60 |
| 9/08/17 | Color Prints | 1.80 |
| 9/08/17 | Color Prints | 0.90 |
| 9/08/17 | Color Prints | 0.90 |
| 9/08/17 | Color Prints | 2.40 |
| 9/08/17 | Color Prints | 2.10 |
| 9/08/17 | Color Prints | 3.30 |
| 9/08/17 | Color Prints | 3.00 |
| 9/08/17 | Color Prints | 2.10 |
| 9/08/17 | Color Prints | 2.40 |
| 9/08/17 | Color Prints | 3.00 |
| 9/08/17 | Color Prints | 1.80 |
| 9/08/17 | Color Prints | 22.20 |
| 9/11/17 | Color Prints | 1.20 |
| 9/11/17 | Color Prints | 0.90 |
| 9/11/17 | Color Prints | 0.60 |
| 9/11/17 | Color Prints | 0.30 |
| 9/11/17 | Color Prints | 1.20 |
| 9/11/17 | Color Prints | 0.60 |
| 9/11/17 | Color Prints | 3.90 |
| 9/11/17 | Color Prints | 3.60 |
| 9/11/17 | Color Prints | 3.60 |
| 9/11/17 | Color Prints | 1.50 |
| 9/12/17 | Color Prints | 0.30 |
| 9/12/17 | Color Prints | 6.60 |
| 9/12/17 | Color Prints | 3.90 |
| 9/12/17 | Color Prints | 0.30 |
| 9/13/17 | Color Prints | 0.30 |
| 9/13/17 | Color Prints | 0.30 |
| 9/13/17 | Color Prints | 0.30 |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 9/13/17 | Color Prints | 0.30 |
| 9/13/17 | Color Prints | 1.80 |
| 9/13/17 | Color Prints | 3.00 |
| 9/13/17 | Color Prints | 1.20 |
| 9/13/17 | Color Prints | 1.20 |
| 9/13/17 | Color Prints | 0.90 |
| 9/13/17 | Color Prints | 0.90 |
| 9/13/17 | Color Prints | 1.80 |
| 9/13/17 | Color Prints | 0.60 |
| 9/13/17 | Color Prints | 0.30 |
| 9/13/17 | Color Prints | 6.30 |
| 9/13/17 | Color Prints | 6.30 |
| 9/13/17 | Color Prints | 0.30 |
| 9/13/17 | Color Prints | 0.30 |
| 9/13/17 | Color Prints | 0.30 |
| 9/13/17 | Color Prints | 6.30 |
| 9/14/17 | Color Prints | 0.30 |
| 9/14/17 | Color Prints | 0.30 |
| 9/14/17 | Color Prints | 3.00 |
| 9/14/17 | Color Prints | 7.50 |
| 9/14/17 | Color Prints | 0.30 |
| 9/15/17 | Color Prints | 0.60 |
| 9/15/17 | Color Prints | 0.60 |
| 9/15/17 | Color Prints | 0.60 |
| 9/15/17 | Color Prints | 3.30 |
| 9/15/17 | Color Prints | 3.30 |
| 9/15/17 | Color Prints | 2.10 |
| 9/15/17 | Color Prints | 0.60 |
| 9/15/17 | Color Prints | 0.30 |
| 9/15/17 | Color Prints | 1.50 |
| 9/15/17 | Color Prints | 0.60 |
| 9/15/17 | Color Prints | 0.60 |
| 9/15/17 | Color Prints | 0.30 |
| 9/20/17 | Color Prints | 0.60 |
| 9/20/17 | Color Prints | 1.80 |
| 9/20/17 | Color Prints | 1.50 |
| 9/20/17 | Color Prints | 0.60 |
| 9/20/17 | Color Prints | 0.30 |
| 9/20/17 | Color Prints | 0.30 |
| 9/20/17 | Color Prints | 0.90 |
| 9/20/17 | Color Prints | 1.20 |
| 9/20/17 | Color Prints | 1.80 |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| Date | Description | Amount |
|---|---|---|
| 9/21/17 | Color Prints | 0.30 |
| 9/21/17 | Color Prints | 1.50 |
| 9/22/17 | Color Prints | 5.40 |
| 9/25/17 | Color Prints | 0.90 |
| 9/25/17 | Color Prints | 0.60 |
| 9/25/17 | Color Prints | 0.30 |
| 9/26/17 | Color Prints | 4.50 |
| 9/27/17 | Color Prints | 0.30 |
| 9/28/17 | Color Prints | 0.90 |
| 9/28/17 | Color Prints | 1.20 |
| 9/28/17 | Color Prints | 1.80 |
| 9/28/17 | Color Prints | 0.90 |
| 9/28/17 | Color Prints | 0.30 |
| 9/28/17 | Color Prints | 1.50 |
| 9/28/17 | Color Prints | 3.00 |
| 9/28/17 | Color Prints | 0.30 |
| | **Total:** | **512.40** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Production Blowbacks**

| Date | Description | Amount |
|---|---|---|
| 9/08/17 | Production Blowbacks | 65.70 |
| 9/08/17 | Production Blowbacks | 1,019.20 |
| | **Total:** | **1,084.90** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Closing/Mini Books

| Date | Description | Amount |
|------|-------------|-------:|
| 9/08/17 | Closing/Mini Books | 60.00 |
| | **Total:** | **60.00** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overnight Delivery

| Date | Description | Amount |
|------|-------------|--------|
| 9/08/17 | Overnight Delivery, Overnight Delivery Fed Exp to: Arman Naraghi-Pour | 8.99 |
| 9/11/17 | Overnight Delivery, Fed Exp to:David S. Rosner, NEW YORK,NY from:Meghan Rishel | 8.06 |
| 9/11/17 | Overnight Delivery, Fed Exp to:Marshall Huebner, NEW YORK,NY from:Meghan Rishel | 8.06 |
| 9/11/17 | Overnight Delivery, Fed Exp to:Seth Herman,NEW YORK,NY from:Meghan Rishel | 8.06 |
| | **Total:** | **33.17** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Local Transportation

| Date | Description | Amount |
|------|-------------|-------:|
| 8/30/17 | Anthony Sexton, Taxi, Cab home after working late | 10.50 |
| 9/06/17 | Bryan Stephany, Taxi, Hearing | 8.90 |
| 9/06/17 | Bryan Stephany, Taxi, Hearing | 17.95 |
| 9/06/17 | Rebecca Chaikin, Taxi, Taxi from train station. Travel to Wilmington for EFH. | 10.00 |
| 9/06/17 | Michael Petrino, Taxi, Attend Hearing | 13.00 |
| 9/06/17 | Michael Petrino, Taxi, Attend Hearing | 42.67 |
| 9/06/17 | Michael Petrino, Taxi, Attend Hearing | 42.33 |
| 9/06/17 | Michael Petrino, Taxi, Attend Hearing | 7.47 |
| 9/18/17 | McClain Thompson, Taxi, September 19th hearing | 11.16 |
| 9/18/17 | McClain Thompson, Taxi, September 19th hearing | 8.18 |
| 9/19/17 | McClain Thompson, Taxi, September 19th hearing | 11.16 |
| 9/19/17 | McClain Thompson, Taxi, September 19th hearing | 6.69 |
| 9/19/17 | McClain Thompson, Taxi, September 19th hearing | 9.52 |
| 9/27/17 | McClain Thompson, Taxi, Attend hearing. | 6.84 |
| 9/27/17 | McClain Thompson, Taxi, Attend hearing. | 7.70 |
| 9/27/17 | McClain Thompson, Taxi, Attend hearing. | 11.15 |
| 9/27/17 | McClain Thompson, Taxi, Attend hearing. | 6.80 |
| | **Total:** | **232.02** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Expense

| Date | Description | Amount |
|---|---|---|
| 8/21/17 | Michael Esser, Lodging, Wilmington, DE 08/19/2017 to 08/21/2017, Hearing | 700.00 |
| 8/22/17 | Michael Esser, Lodging, Philadelphia, PA 08/21/2017 to 08/22/2017, Hearing | 206.75 |
| 9/07/17 | Rebecca Chaikin, Lodging, Wilmington 09/06/2017 to 09/07/2017, Hotel cancellation fee.   Travel to Wilmington for EFH. | 350.00 |
| 9/16/17 | McClain Thompson, Lodging, Wilmington, DE 09/18/2017 to 09/19/2017, September 19th hearing | 311.54 |
| 9/18/17 | Marc Kieselstein, Lodging, Wilmington, Delaware 09/18/2017 to 09/19/2017, Meeting with client. | 251.90 |
| 9/19/17 | Mark McKane, Lodging, Wilmington, DE 09/18/2017 to 09/19/2017, Hearing | 350.00 |
| | **Total:** | **2,170.19** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

**Description of Expenses**

**Airfare**

| Date | Description | Amount |
|---|---|---|
| 6/26/17 | Michael Esser, Airfare, Newark, NJ 08/05/2017 to 08/09/2017, Depositions of D. Ying and D. Prager, SFO to Newark to SFO | 630.40 |
| 6/26/17 | Michael Esser, Agency Fee, Depositions of D. Ying and D. Prager | 58.00 |
| 8/08/17 | Michael Esser, Airfare, San Francisco, CA 08/11/2017 to 08/11/2017, Depositions of D. Ying and D. Prager, EWR to SFO | 294.00 |
| 8/12/17 | Bryan Stephany, Airfare, New York, NY 08/13/2017 to 08/15/2017, Merger Agreement Deposition(s), ILM to LGA to ILM | 1,567.50 |
| 8/15/17 | Michael Esser, Airfare, Philadelphia, PA 08/19/2017 to 08/22/2017, Hearing, SFO to PHL to SFO | 1,810.28 |
| 8/15/17 | Michael Esser, Agency Fee, Hearing | 21.00 |
| 8/30/17 | Mark McKane, Airfare, Philadelphia, PA 09/18/2017 to 09/19/2017, Hearing, SFO to PHL to SFO | 1,810.28 |
| 8/30/17 | Mark McKane, Agency Fee, Hearing | 21.00 |
| 9/05/17 | Chad Husnick, Agency Fee, Restructuring | 58.00 |
| 9/05/17 | Bryan Stephany, Agency Fee, Hearing | 58.00 |
| 9/05/17 | Marc Kieselstein, Rail, Wilmington, DE 09/06/2017 to 09/06/2017, Cancelled trip to Wilmington - Train from NY to Wilmington | 190.00 |
| 9/05/17 | Marc Kieselstein, Agency Fee, Cancelled trip to Wilmington - Train from NY to Wilmington | 58.00 |
| 9/05/17 | Rebecca Chaikin, Rail, Wilmington 09/06/2017 to 09/06/2017, Travel to Wilmington for EFH. | 190.00 |
| 9/05/17 | Rebecca Chaikin, Agency Fee, Travel to Wilmington for EFH. | 58.00 |
| 9/05/17 | Bryan Stephany, Rail, Wilmington, DE 09/06/2017 to 09/06/2017, Hearing | 125.00 |
| 9/05/17 | Chad Husnick, Airfare, Chicago, IL 09/06/2017 to 09/06/2017, Restructuring, PHL to ORD | 362.20 |
| 9/05/17 | Chad Husnick, Airfare, Philadelphia, PA 09/06/2017 to 09/06/2017, Restructuring, PHL to ORD | 362.20 |
| 9/05/17 | Michael Petrino, Rail, Wilmington, DE 09/06/2017 to 09/06/2017, Attend Hearing | 143.00 |
| 9/05/17 | Michael Petrino, Agency Fee, Attend Hearing | 58.00 |
| 9/06/17 | Bryan Stephany, Rail, Washington, DC 09/06/2017 to 09/06/2017, Hearing | (134.00) |
| 9/06/17 | Rebecca Chaikin, Rail, New York 09/06/2017 to 09/06/2017, Return Travel from Wilmington for EFH. | 190.00 |
| 9/06/17 | Rebecca Chaikin, Agency Fee, Return Travel from Wilmington for EFH. | 58.00 |
| 9/06/17 | Bryan Stephany, Rail, Washington, DC 09/06/2017 to 09/06/2017, Hearing | 186.00 |
| 9/06/17 | Michael Petrino, Rail, Washington, DC 09/06/2017 to 09/06/2017, Attend Hearing | (134.00) |
| 9/06/17 | Michael Petrino, Rail, Washington, DC 09/06/2017 to 09/06/2017, Attend | 186.00 |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| | Hearing | |
| 9/12/17 | Marc Kieselstein, Airfare, Delaware 09/18/2017 to 09/19/2017, Meeting with client. PHL to ORD | 640.87 |
| 9/12/17 | Marc Kieselstein, Agency Fee, Meeting with client. | 58.00 |
| 9/16/17 | McClain Thompson, Rail, Wilmington, DE 09/18/2017 to 09/19/2017, September 19th hearing | 190.00 |
| 9/17/17 | Marc Kieselstein, Airfare, Wilimington, DE 09/18/2017 to 09/19/2017, Meeting with client. ORD to PHL | 83.53 |
| 9/18/17 | McClain Thompson, Rail, Wilmington, DE 09/18/2017 to 09/19/2017, September 19th hearing | (60.00) |
| 9/18/17 | Aparna Yenamandra, Rail, Wilmington 09/19/2017 to 09/19/2017, EFH Hearing | 190.00 |
| 9/18/17 | Aparna Yenamandra, Agency Fee, EFH Hearing | 58.00 |
| 9/19/17 | Aparna Yenamandra, Rail, New York 09/19/2017 to 09/19/2017, EFH Hearing | 190.00 |
| 9/19/17 | Aparna Yenamandra, Agency Fee, EFH Hearing | 58.00 |
| 9/26/17 | McClain Thompson, Rail, Wilmington, NY 09/27/2017 to 09/27/2017, Attend hearing. | 190.00 |
| 9/27/17 | McClain Thompson, Rail, Wilmington, De 09/27/2017 to 09/27/2017, Attend hearing. | 4.00 |
| | **Total:** | **9,829.26** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
 109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Transportation to/from airport

| Date | Description | Amount |
|------|-------------|--------|
| 5/10/17 | TRF Chad Husnick Duplicate Transportation To/From Airport, 5/10/17 | (95.03) |
| 8/18/17 | VITAL TRANSPORTATION INC, Passenger: KIESELSTEIN MARC, Transportation to/from airport, Date: 8/9/2017, LGA to New York, NY | 54.84 |
| 8/18/17 | VITAL TRANSPORTATION INC, Passenger: COLL,MAXWELL K, Transportation to/from airport, Date: 8/8/2017, Newark airport to New York, NY | 83.41 |
| 8/25/17 | VITAL TRANSPORTATION INC, Passenger: HUSNICK,CHAD Transportation to/from airport, Date: 8/14/2017, Newark Airport to New York, NY | 84.85 |
| 8/25/17 | VITAL TRANSPORTATION INC, Passenger: HUSNICK,CHAD JOHN, Transportation to/from airport, Date: 8/18/2017, New York, NY to LGA | 100.00 |
| 8/25/17 | VITAL TRANSPORTATION INC, Passenger: MCKANE,MARK EDWARD, Transportation to/from airport, Date: 8/18/2017, Newark Airport to New York, NY | 78.49 |
| 9/01/17 | VITAL TRANSPORTATION INC, Passenger: VENTER PATRICK,THOMAS, Transportation to/from airport, Date: 8/20/2017, New York, NY to Penn Station | 26.90 |
| 9/05/17 | ALL ABOUT CHARTER INC, Transportation to/from airport, Chad J Husnick, P.C., 9/5/2017, Glen Ellyn to ORD | 75.00 |
| 9/06/17 | Chad Husnick, Transportation To/From Airport, Restructuring, Wilmington, DE to Philadelphia, PA | 53.33 |
| 9/06/17 | ALL ABOUT CHARTER INC, Transportation to/from airport, Chad J Husnick, P.C., 9/6/2017, Glen Ellyn, IL to ORD | 75.00 |
| 9/06/17 | ALL ABOUT CHARTER INC, Transportation to/from airport, Chad J Husnick, P.C., 9/6/2017, ORD to GlenEllyn, IL | 75.00 |
| | **Total:** | **611.79** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
     109 - [ALL E-SIDE] Expenses

### Description of Expenses

#### Travel Meals

| Date | Description | Amount |
|------|-------------|-------:|
| 8/08/17 | Bryan Stephany, Travel Meals, New York, NY Deposition(s) McClain Thompson, Jonathan Ganter, Dinner (3) | 120.00 |
| 8/09/17 | Michael Esser, Travel Meals, New York, NY Depositions of D. Ying and D. Prager, Dinner (1) | 39.67 |
| 8/13/17 | Bryan Stephany, Travel Meals, New York, NY Merger Agreement Deposition(s), Dinner (1) | 30.57 |
| 8/19/17 | Michael Esser, Travel Meals, Wilmington, DE Hearing, Dinner (1) | 4.50 |
| 8/19/17 | Michael Esser, Travel Meals, Wilmington, DE Hearing, Dinner (1) | 8.00 |
| 8/19/17 | Michael Esser, Travel Meals, Wilmington, DE Hearing, Dinner (1) | 8.00 |
| 8/20/17 | Michael Esser, Travel Meals, Wilmington, DE Hearing, Dinner (1) | 8.00 |
| 8/21/17 | Michael Esser, Travel Meals, Philadelphia, PA Hearing Aparna Yenamandra, Jonathan Ganter, McClain Thompson, Justin Sowa, Anna Terteryan, Maxwell Coll, Dinner (7) | 280.00 |
| 9/06/17 | Chad Husnick, Travel Meals, Philadelphia, PA Restructuring, Dinner (1) | 40.00 |
| 9/06/17 | Bryan Stephany, Travel Meals, Washington, DC Hearing, Breakfast (1) | 17.18 |
| 9/06/17 | Bryan Stephany, Travel Meals, Washington, DC Hearing, Dinner (1) | 26.84 |
| 9/06/17 | Rebecca Chaikin, Travel Meals, Wilmington Travel meal.   Travel to Wilmington for EFH. Lunch (1) | 9.77 |
| 9/06/17 | Michael Petrino, Travel Meals, Wilmington, DC Attend Hearing, Breakfast (1) | 6.98 |
| 9/16/17 | McClain Thompson, Travel Meals, Wilmington, DE September 19th hearing, Dinner (1) | 40.00 |
| 9/16/17 | McClain Thompson, Travel Meals, Wilmington, DE September 19th hearing, Lunch (1) | 2.50 |
| 9/18/17 | Marc Kieselstein, Travel Meals, Wilmington, Delaware Meeting with client. Dinner (1) | 26.78 |
| 9/18/17 | McClain Thompson, Travel Meals, New York September 19th hearing, Lunch (1) | 2.71 |
| 9/19/17 | Marc Kieselstein, Travel Meals, Wilmington, DE Meeting with client. Mark McKane, Aparna Yenamandra, Patrick Venter, Lunch (4) | 85.00 |
| 9/27/17 | McClain Thompson, Travel Meals, Wilmington, NY Attend hearing. Dinner (1) | 2.71 |
| | **Total:** | **759.21** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Other Travel Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 9/19/17 | Marc Kieselstein, Parking, Chicago, IL Meeting with client. | 57.00 |
| 9/19/17 | Mark McKane, Parking, San Francisco International Airport Hearing | 72.00 |
| | **Total:** | **129.00** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Court Reporter Fee/Deposition

| Date | Description | Amount |
|------|-------------|-------:|
| 9/21/17 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original, Electronic & Certified Transcripts, etc. | 879.20 |
| 9/29/17 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original, Electronic & Certified Transcripts, etc. | 355.25 |
| | **Total:** | **1,234.45** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Other Court Costs and Fees

| Date | Description | Amount |
|------|-------------|--------|
| 8/31/17 | E-EMPIRE DISCOVERY LLC - 148 MADISON AVENUE 9TH FLOOR (TP), Court Costs and Fees, Blowbacks & Assembly, etc. | 3,659.45 |
| 9/05/17 | E-TSG REPORTING INC - 747 THIRD AVENUE (NT), Court Costs and Fees, Original, Electronic & Certified Transcripts, etc. | 1,779.70 |
| 9/05/17 | E-TSG REPORTING INC - 747 THIRD AVENUE (NT), Court Costs and Fees, Original, Electronic & Certified Transcripts, etc. | 1,996.85 |
| | **Total:** | **7,436.00** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Computer Database Research

| Date | Description | Amount |
|------|-------------|-------:|
| 9/05/17 | E-BUREAU OF NATIONAL AFFAIRS INC - PO BOX 17009 (TP), Computer Database Research, Bloomberg Dockets Usage for 08/2017 by JOHN S FITZGERALD | 5.35 |
| 9/08/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 8/18/2017 | 78.00 |
| 9/08/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 8/29/2017 | 5.00 |
| 9/08/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 8/3/2017 | 22.00 |
| 9/08/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 8/12/2017 | 8.00 |
| | **Total:** | **118.35** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
  109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Westlaw Research

| Date | Description | Amount |
|------|-------------|-------:|
| 9/05/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, WACKER,MARY ANN, 9/5/2017 | 42.47 |
| 9/07/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, THOMPSON,MCCLAIN, 9/7/2017 | 90.64 |
| 9/08/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 9/8/2017 | 106.44 |
| 9/10/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, HUSNICK,CHAD, 9/10/2017 | 138.52 |
| 9/12/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, COLL,MAXWELL, 9/12/2017 | 112.51 |
| 9/15/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, KLAR,AUSTIN, 9/15/2017 | 67.51 |
| 9/16/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, THOMPSON,MCCLAIN, 9/16/2017 | 22.66 |
| 9/18/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, ESAYIAN,LISA G, 9/18/2017 | 125.12 |
| 9/19/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, KLAR,AUSTIN, 9/19/2017 | 22.50 |
| 9/20/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CHAIKIN,REBECCA, 9/20/2017 | 181.29 |
| 9/21/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, PETRINO,MICHAEL, 9/21/2017 | 143.68 |
| 9/21/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, LEVIN,ADRIENNE, 9/21/2017 | 225.03 |
| 9/22/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TAOUSSE,NACIF, 9/22/2017 | 277.88 |
| 9/22/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 9/22/2017 | 45.32 |
| 9/22/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, LEVIN,ADRIENNE, 9/22/2017 | 67.51 |
| 9/24/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TAOUSSE,NACIF, 9/24/2017 | 507.47 |
| 9/24/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SOWA,JUSTIN, 9/24/2017 | 31.37 |
| 9/25/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TAOUSSE,NACIF, 9/25/2017 | 113.31 |
| 9/25/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 9/25/2017 | 15.79 |
| 9/26/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, | 45.32 |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| | TAOUSSE,NACIF, 9/26/2017 | |
| 9/26/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, COLL,MAXWELL, 9/26/2017 | 67.51 |
| 9/26/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SOWA,JUSTIN, 9/26/2017 | 22.50 |
| 9/27/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CHAIKIN,REBECCA, 9/27/2017 | 22.66 |
| 9/27/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TAOUSSE,NACIF, 9/27/2017 | 135.97 |
| 9/28/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TAOUSSE,NACIF, 9/28/2017 | 151.76 |
| 9/28/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, KUPSKY,HANNAH, 9/28/2017 | 22.66 |
| 9/29/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TAOUSSE,NACIF, 9/29/2017 | 92.70 |
| 9/30/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TAOUSSE,NACIF, 9/30/2017 | 22.66 |
| | **Total:** | **2,920.76** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### LexisNexis Research

| Date | Description | Amount |
|------|-------------|-------:|
| 7/11/17 | LEXISNEXIS, LexisNexis Research, ADAMS, MIRTA, 7/11/2017 | 366.00 |
| | **Total:** | **366.00** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Transportation

| Date | Description | Amount |
|------|-------------|-------:|
| 8/15/17 | Patrick Venter, Taxi, OT Fare | 15.36 |
| 9/12/17 | Maxwell Coll, Taxi, OT Transportation from Office.  Research. | 11.29 |
| 9/20/17 | Anthony Sexton, Taxi, Working late re EFH | 11.25 |
| 9/25/17 | Maxwell Coll, Taxi, OT Transportation | 10.80 |
| 9/25/17 | Anthony Sexton, Taxi, Working late re EFH | 11.25 |
| 9/26/17 | Maxwell Coll, Taxi, OT transportation | 11.31 |
| 9/26/17 | Anthony Sexton, Taxi, Working late re EFH | 10.75 |
| 9/28/17 | Steven Cantor, Taxi, Taxi home | 5.50 |
| 9/28/17 | McClain Thompson, Taxi | 21.35 |
| | **Total:** | **108.86** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Meals - Attorney

| Date | Description | Amount |
|------|-------------|--------|
| 7/24/17 | McClain Thompson, Overtime Meals - Attorney | 20.00 |
| 8/12/17 | Veronica Nunn, Overtime Meals - Attorney, Overtime meal | 20.00 |
| 8/20/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Venter Patrick 08/17/2017 | 20.00 |
| 8/20/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Venter Patrick 08/15/2017 | 20.00 |
| 8/20/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Chaikin Rebecca 08/14/2017 | 20.00 |
| 8/20/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Chaikin Rebecca 08/15/2017 | 20.00 |
| 8/20/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Chaikin Rebecca 08/17/2017 | 20.00 |
| 8/20/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Chaikin Rebecca 08/19/2017 | 20.00 |
| 8/20/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Chaikin Rebecca 08/20/2017 | 20.00 |
| 8/20/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Chaikin Rebecca 08/16/2017 | 20.00 |
| 8/20/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Chaikin Rebecca 08/18/2017 | 20.00 |
| 8/20/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Chaikin Rebecca 08/19/2017 | 20.00 |
| 8/27/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Chaikin Rebecca 08/22/2017 | 20.00 |
| 9/03/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Sexton Anthony Exempt OT Meal | 15.07 |
| 9/03/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Sexton Anthony Exempt OT Meal | 6.55 |
| 9/03/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Chaikin Rebecca 08/29/2017 | 20.00 |
| 9/03/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Chaikin Rebecca 08/31/2017 | 20.00 |
| 9/03/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Chaikin Rebecca 08/30/2017 | 20.00 |
| 9/05/17 | Veronica Nunn, Overtime Meals - Attorney, Overtime meal | 19.00 |
| 9/17/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Petrino Michael 09/12/2017 | 18.80 |
| 9/17/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Petrino Michael 09/11/2017 | 20.00 |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 9/26/17 | Steven Cantor, Overtime Meals - Attorney, Overtime dinner | 20.00 |
| 9/28/17 | Steven Cantor, Overtime Meals - Attorney, Overtime dinner | 20.00 |
| 9/28/17 | McClain Thompson, Overtime Meals | 14.25 |
| | **Total:** | **453.67** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses


## Description of Expenses

**Rental Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 9/18/17 | E-PARCELS INC - PO BOX 646 (NT), Rental Expenses, copier/printer rental for use by litigation team at merger agreement hearing | 1,500.00 |
| | **Total:** | **1,500.00** |

**TOTAL EXPENSES**                                                          **30,986.62**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

November 1, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Stephanie Zapata Moore

**Invoice Number:  5203436**
**Client Matter: 14356-111**

_____

**In the matter of    [EFIH] Expenses**

For legal services rendered through September 30, 2017
(see attached Description of Legal Services for detail)                              $ .00

For expenses incurred through September 30, 2017
(see attached Description of Expenses for detail)                          $ 7.20

Total legal services rendered and expenses incurred                          $ 7.20

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    111 - [EFIH] Expenses

## **Description of Expenses**

| **Description** | **Amount** |
| --- | --- |
| Standard Copies or Prints | 7.20 |
| | |
| TOTAL EXPENSES | $ 7.20 |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
 111 - [EFIH] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 9/11/17 | Standard Prints | 1.30 |
| 9/12/17 | Standard Prints | 1.10 |
| 9/13/17 | Standard Prints | 0.40 |
| 9/13/17 | Standard Prints | 4.40 |
| | **Total:** | **7.20** |

**TOTAL EXPENSES**                                    **7.20**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

November 1, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Stephanie Zapata Moore

**Invoice Number:  5203437**
**Client Matter:  14356-112**

_____

**In the matter of    [EFH] Expenses**

For legal services rendered through September 30, 2017
(see attached Description of Legal Services for detail)                          $ .00

For expenses incurred through September 30, 2017
(see attached Description of Expenses for detail)                           $ 379.10

Total legal services rendered and expenses incurred                      $ 379.10

Beijing   Boston   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Standard Copies or Prints | 71.90 |
| Color Copies or Prints | 307.20 |
| | |
| TOTAL EXPENSES | $ 379.10 |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses


## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 9/08/17 | Standard Prints | 0.50 |
| 9/08/17 | Standard Prints | 1.40 |
| 9/08/17 | Standard Prints | 0.20 |
| 9/08/17 | Standard Prints | 2.70 |
| 9/08/17 | Standard Prints | 1.80 |
| 9/08/17 | Standard Prints | 4.40 |
| 9/08/17 | Standard Prints | 2.80 |
| 9/08/17 | Standard Prints | 2.90 |
| 9/08/17 | Standard Prints | 3.40 |
| 9/08/17 | Standard Prints | 20.10 |
| 9/08/17 | Standard Prints | 4.20 |
| 9/08/17 | Standard Prints | 5.70 |
| 9/08/17 | Standard Prints | 0.10 |
| 9/08/17 | Standard Prints | 3.50 |
| 9/08/17 | Standard Prints | 0.40 |
| 9/08/17 | Standard Prints | 0.80 |
| 9/08/17 | Standard Prints | 0.20 |
| 9/11/17 | Standard Prints | 0.50 |
| 9/12/17 | Standard Prints | 0.30 |
| 9/14/17 | Standard Prints | 5.40 |
| 9/14/17 | Standard Prints | 0.60 |
| 9/14/17 | Standard Prints | 1.20 |
| 9/15/17 | Standard Prints | 0.90 |
| 9/18/17 | Standard Prints | 0.40 |
| 9/18/17 | Standard Prints | 0.70 |
| 9/20/17 | Standard Prints | 0.60 |
| 9/21/17 | Standard Prints | 2.60 |
| 9/25/17 | Standard Prints | 1.10 |
| 9/25/17 | Standard Prints | 1.90 |
| 9/28/17 | Standard Prints | 0.60 |
| | **Total:** | **71.90** |

Legal Services for the Period Ending September 30, 2017
Energy Future Competitive Holdings Co.
   112 - [EFH] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 9/08/17 | Color Copies or Prints | 0.30 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 2.70 |
| 9/08/17 | Color Prints | 0.30 |
| 9/08/17 | Color Prints | 5.70 |
| 9/08/17 | Color Prints | 3.00 |
| 9/08/17 | Color Prints | 1.80 |
| 9/08/17 | Color Prints | 1.50 |
| 9/08/17 | Color Prints | 24.30 |
| 9/08/17 | Color Prints | 1.50 |
| 9/08/17 | Color Prints | 1.50 |
| 9/08/17 | Color Prints | 1.50 |
| 9/08/17 | Color Prints | 30.90 |
| 9/08/17 | Color Prints | 56.10 |
| 9/08/17 | Color Prints | 24.90 |
| 9/08/17 | Color Prints | 1.80 |
| 9/08/17 | Color Prints | 32.10 |
| 9/08/17 | Color Prints | 17.40 |
| 9/08/17 | Color Prints | 12.00 |
| 9/08/17 | Color Prints | 41.70 |
| 9/08/17 | Color Prints | 11.10 |
| 9/08/17 | Color Prints | 11.10 |
| 9/08/17 | Color Prints | 5.70 |
| 9/18/17 | Color Prints | 3.30 |
| 9/18/17 | Color Prints | 3.60 |
| 9/18/17 | Color Prints | 1.80 |
| 9/28/17 | Color Prints | 9.00 |
| | **Total:** | **307.20** |

**TOTAL EXPENSES**       **379.10**