**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

**DECLARATION OF JANE SULLIVAN ON BEHALF**
**OF EPIQ BANKRUPTCY SOLUTIONS, LLC, REGARDING**
**VOTING AND TABULATION OF BALLOTS CAST ON FIRST AMENDED**
**JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP.,**
**ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, AND THE**
**EFH/EFIH DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

I, Jane Sullivan, declare, under penalty of perjury:

1.      I am an Executive Vice President of Epiq Bankruptcy Solutions, LLC ("Epiq")

located at 777 Third Avenue, 12th Floor, New York, New York 10017.  I am over the age of 18

years.  I do not have a direct interest in these chapter 11 cases and should be considered an impartial

party.

2.      I submit this Declaration with respect to the *First Amended Joint Plan of*

*Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company*

*LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* dated September

11, 2017 [D.I. 11887] (as amended, supplemented, or modified from time to time, the "Plan").[2]

---

[1]      The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]      Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Plan and the EFH Disclosure Statement Order (as defined below).

Except as otherwise indicated herein, all facts set forth herein are based upon my personal knowledge or my review of relevant documents. I am authorized to submit this Declaration on behalf of Epiq. If I were called upon to testify, I could and would testify competently as to the facts set forth herein.

3.      In accordance with the (1) *Order Authorizing the Debtors to Retain and Employ Epiq Bankruptcy Solutions, LLC as the Administrative Advisor for the Debtors and Epiq eDiscovery Solutions as E-Discovery Vendor for the Debtors, Effective Nunc Pro Tunc to the Petition Date*, dated September 16, 2014 [D.I. 2053], and the (2) *Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents*, dated September 6, 2017 [D.I. 11870] (the "EFH Disclosure Statement Order") Epiq was appointed and authorized to assist the Debtors with, *inter alia*, soliciting, receiving, reviewing, determining the validity of, and tabulating Ballots cast on the Plan by holders of Claims in Voting Classes (as defined below).

4.      Pursuant to the Plan, only holders of Claims in the Classes listed on Exhibit A attached hereto (collectively, the "Voting Classes") were entitled to vote to accept or reject the Plan.

5.      The procedures for the solicitation and tabulation of votes on the Plan are outlined in the EFH Disclosure Statement Order. Epiq was instructed to solicit, review, determine the validity of, and tabulate Ballots submitted to vote to accept or reject the Plan by the holders of Claims in the Voting Classes.

6.     As specified in the EFH Disclosure Statement Order, September 6, 2017, was established as the record date for determining the holders of Claims in the Voting Classes who would be entitled to vote on the Plan (the "Voting Record Date").

7.     In accordance with the EFH Disclosure Statement Order, Epiq solicited the holders of Claims in the Voting Classes as of the Voting Record Date.  Epiq's *Affidavit of Service of Solicitation Materials for the EFH/EFIH Debtors* was filed with this Court on October 31, 2017 [D.I. 12157]

8.     Ballots returned by mail, hand delivery, or overnight courier were received by personnel of Epiq at the offices of Epiq in Beaverton, Oregon and New York, New York.  All Ballots received by Epiq were date-stamped upon receipt and were processed in accordance with the procedures set forth in the EFH Disclosure Statement Order.

9.     For a Ballot to be counted as valid, the Ballot must have been properly completed in accordance with the procedures set forth in the EFH Disclosure Statement Order and executed by the relevant holder, or such holder's authorized representative, and must have been received by Epiq no later than 4:00 p.m. (prevailing Eastern Time) on October 30, 2017 (the "Voting Deadline").

10.     All validly executed Ballots cast by holders of Claims in the Voting Classes received by Epiq on or before the Voting Deadline were tabulated as outlined in the EFH Disclosure Statement Order.  I declare that the results of the voting by holders of Claims in the Voting Classes are as set forth in Exhibit B hereto, which is a true and correct copy of the final tabulation of votes cast by timely and properly executed Ballots received by Epiq.

11.     A report of all Ballots not included in the tabulation prepared by Epiq and the reasons for exclusion of such Ballots is attached as Exhibit C hereto.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED:   November _1_, 2017
         New York, New York

                              _____
                              Jane Sullivan
                              Executive Vice President
                              Epiq Bankruptcy Solutions, LLC

**<u>EXHIBIT A</u>**

## EXHIBIT A

### EFH/EFIH VOTING CLASSES

The Plan constitutes a separate chapter 11 plan of reorganization for each EFH and EFIH Debtor.

| CLASS A4 EFH Legacy Note Claims | |
|---|---|
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS A5 EFH Unexchanged Note Claims | |
|---|---|
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS A6 EFH LBO Note Primary Claims | |
|---|---|
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS A7 EFH Swap Claims | |
|---|---|
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS A8 EFH Non-Qualified Benefit Claims | |
|---|---|
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS A9 General Unsecured Claims Against EFH Corp. | |
|---|---|
| **Case No.** | **Debtor** |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS A10 General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | |
|---|---|
| **Case No.** | **Debtor** |
| 14-10987 | Ebasco Services of Canada Limited |
| 14-10990 | EEC Holdings, Inc. |
| 14-10992 | EECI, Inc. |
| 14-10994 | EFH Australia (No. 2) Holdings Company |
| 14-10999 | EFH Finance (No. 2) Holdings Company |
| 14-11004 | EFH FS Holdings Company |
| 14-11006 | EFH Renewables Company LLC |
| 14-11017 | Generation Development Company LLC |
| 14-11039 | LSGT Gas Company LLC |
| 14-11012 | LSGT SACROC, Inc. |
| 14-11016 | NCA Development Company LLC |
| 14-11007 | TXU Receivables Company |

| CLASS A11 TCEH Settlement Claims | |
|---|---|
| Case No. | Debtor |
| 14-10979 | Energy Future Holdings Corp. |

| CLASS B5 EFH LBO Note Guaranty Claims | |
|---|---|
| Case No. | Debtor |
| 14-11008 | Energy Future Intermediate Holding Company LLC |

| CLASS B6 General Unsecured Claims Against the EFIH Debtors | |
|---|---|
| Case No. | Debtor |
| 14-11001 | EFIH Finance Inc. |
| 14-11008 | Energy Future Intermediate Holding Company LLC |

**<u>EXHIBIT B</u>**

**EXHIBIT B**

**TABULATION SUMMARY**

| Class | Debtor / Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|---|---|---|---|---|---|---|
|  |  | % | % | % | % |  |
| **A4** | **ENERGY FUTURE HOLDINGS CORP.** | 50 | 3 | $565,487,344.23 | $216,410.85 | Accepting |
|  | EFH Legacy Note Claims | **94.34%** | **5.66%** | **99.96%** | **0.04%** |  |
| **A5** | **ENERGY FUTURE HOLDINGS CORP.** | 18 | 0 | $1,673,707.08 | $0.00 | Accepting |
|  | EFH Unexchanged Note Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** |  |
| **A6** | **ENERGY FUTURE HOLDINGS CORP.** | 16 | 0 | $60,264,589.56 | $0.00 | Accepting |
|  | EFH LBO Note Primary Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** |  |
| **A7** | **ENERGY FUTURE HOLDINGS CORP.** | 6 | 0 | $9,528,504.00 | $0.00 | Accepting |
|  | EFH Swap Claims | **100.00%** | **0.00%** | **100.00%** | **0.00%** |  |
| **A8** | **ENERGY FUTURE HOLDINGS CORP.** | 41 | 1 | $16,021,805.82 | $1,776.40 | Accepting |
|  | EFH Non-Qualified Benefit Claims | **97.62%** | **2.38%** | **99.99%** | **0.01%** |  |
| **A9** | **ENERGY FUTURE HOLDINGS CORP.** | 13 | 0 | $510,745.53 | $0.00 | Accepting |
|  | General Unsecured Claims Against EFH Corp. | **100.00%** | **0.00%** | **100.00%** | **0.00%** |  |
| **A10** | **EBASCO SERVICES OF CANADA LIMITED** General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |

**EXHIBIT B**

**TABULATION SUMMARY**

| Class | Debtor / Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|-------|---------------------------|------------------|------------------|------------------|------------------|---------------------|
|       |                           | % | % | % | % |   |
| **A10** | **EEC HOLDINGS, INC.**<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| **A10** | **EECI, INC.**<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| **A10** | **EFH AUSTRALIA (NO. 2) HOLDINGS COMPANY**<br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| **A10** | **EFH FINANCE (NO. 2) HOLDINGS COMPANY**<br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| **A10** | **EFH FS HOLDINGS COMPANY**<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| **A10** | **EFH RENEWABLES COMPANY LLC**<br><br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| **A10** | **GENERATION DEVELOPMENT COMPANY LLC**<br>General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |

## EXHIBIT B

### TABULATION SUMMARY

| Class | Debtor / Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|-------|---------------------------|------------------|------------------|------------------|------------------|---------------------|
| | | % | % | % | % | |
| **A10** | **LSGT GAS COMPANY LLC** <br><br> General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | 1 <br><br> **100.00%** | 0 <br><br> **0.00%** | $440.00 <br><br> **100.00%** | $0.00 <br><br> **0.00%** | Accepting |
| **A10** | **LSGT SACROC, INC.** <br><br> General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| **A10** | **NCA DEVELOPMENT COMPANY LLC** <br><br> General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| **A10** | **TXU RECEIVABLES COMPANY** <br><br> General Unsecured Claims Against the EFH Debtors Other Than EFH Corp. | No votes were returned in this Class | | | | Accepting |
| **A11** | **ENERGY FUTURE HOLDINGS CORP.** <br><br> TCEH Settlement Claims | 2 <br><br> **100.00%** | 0 <br><br> **0.00%** | $3,980,744,541.00 <br><br> **100.00%** | $0.00 <br><br> **0.00%** | Accepting |
| **B5** | **ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC** <br><br> EFH LBO Note Guaranty Claims | 16 <br><br> **100.00%** | 0 <br><br> **0.00%** | $60,264,589.56 <br><br> **100.00%** | $0.00 <br><br> **0.00%** | Accepting |
| **B6** | **EFIH FINANCE INC.** <br><br> General Unsecured Claims Against the EFIH Debtors | 30 <br><br> **96.77%** | 1 <br><br> **3.23%** | $1,602,598,744.29 <br><br> **99.93%** | $1,051,807.35 <br><br> **0.07%** | Accepting |

## EXHIBIT B

### TABULATION SUMMARY

| Class | Debtor / Class Description | Number Accepting | Number Rejecting | Amount Accepting | Amount Rejecting | Class Voting Result |
|-------|---------------------------|------------------|------------------|------------------|------------------|---------------------|
| | | % | % | % | % | |
| B6 | **ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC**<br>General Unsecured Claims Against the EFIH Debtors | 30 | 1 | $1,602,598,744.29 | $1,051,807.35 | Accepting |
| | | **96.77%** | **3.23%** | **99.93%** | **0.07%** | |

**EXHIBIT C**

## EXHIBIT C

### REPORT OF EXCLUDED BALLOTS

| Claim Number | Schedule Number | Class | Class Description | Name | Voting Amount | Vote (A)ccept / (R)eject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|---|
| 3994 | 597913810 | A8 | EFH Non-Qualified Benefit Claims | DUBBERLY, TOMMY | $1.00 | | 35 | NO VOTE: Creditor did not mark a vote to accept or to reject the Plan |
| 4237 | 597900850 | A8 | EFH Non-Qualified Benefit Claims | GARRARD, ANN | $5,399.89 | | 23 | NO VOTE: Creditor did not mark a vote to accept or to reject the Plan |