**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| Debtor-in-Possession. | : | (Jointly Administered) |
| | : | Re: D.I. 12148 |
| | : | Hearing date: November 8, 2017 at 10:00 a.m. |

---

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS FEE ORDER

I, William M. Alleman, Jr., counsel to the Fee Committee in the above-captioned cases, hereby certify as follows:

1. On October 30, 2017, the Fee Committee filed the *Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on November 8, 2017 at 10:00 a.m.* (D.I. 12148) (the "Fee Report").

2. Attached hereto as **Exhibit 1** is the proposed order regarding interim allowance of the professional fees summarized in the Fee Report, which was also submitted as Exhibit B to the Fee Report.

3. Fee Committee counsel has circulated the proposed order attached hereto as **Exhibit 1** to all professionals affected thereby and the U.S. Trustee's office, and none oppose entry of the order.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

WHEREFORE, the Fee Committee respectfully requests that the Court enter the order attached as **Exhibit 1** at its earliest convenience.

Dated: November 2, 2017
Wilmington, Delaware

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

 /s/ William M. Alleman, Jr.
Jennifer R. Hoover (DE Bar No. 5111)
William M. Alleman, Jr. (DE Bar No. 5449)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Phone: (302) 442-7010
Fax: (302) 442-7012
E-mail: jhoover@beneschlaw.com
        walleman@beneschlaw.com

-and-

Katherine Stadler, Esquire (*admitted pro hac vice*)
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*