In The United States Bankruptcy
Court For The District of Delaware

Energy Future Holdings
(Debtors)

Chapter II **FILED**
Case: 14-10979

2017 OCT 30 AM 9: 03

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## Motion to Release/Referral

Come now I Alvester Coleman pro se
representive ask Court to motion to Release
all accounts being held by the Debtor in
Possession  Energy Future Holdings to
a U.S United States Trustee this should
inclued All creditors, deptor interview,
book end records, bank accounts, proff of
insurance, physieal inventory, real property
records, monthly property Records. and
also monthly Operating reports In closing
my Prayer is the Court see this as the
best favor and a good faith release for
the future of any reoranzation plans. I also ask
to be contacted by new U.S. Trustee.
And have full access to          Sinecly
my 51° controlling persent.    Alvester Coleman
Interest of Dividends        214-309-8507
                          3021 Forestdale Ln
                       Balch Springs, TX 75180

10-23-17

In The United States
Court For The District of Delaware

Energy Future Holdings          Chapter 11
(Debtors)                       Case no 14-10979

Attention to:
The Honorable
Christopher S. Sontchi

Alvester Coleman
3021 Forestdalehn
Balch Springs TX 75180
214-309-8507

10-23-17