# The United States Bankruptcy Court for The District of Delaware

Energy Future Holdings
(Debtors)

Chapter 11
Case no 14-10979

## Motion to be Present via television In The United States Northern District of Texas Bankrupcy Court

Come now I Alvester Coleman Motion the Court to allow me be present via television in The United States Northern District of Texas Bankrupcy Court I ask this be taken in considertion that I only recieve and have access to my Retirement Disability Benefits. In closing my prayer is the Court give rightful consent for my presence via television during any Court proceedings of my assets. (See Exihibit #1).

FILED 2017 OCT 30 AM 9:03 CLERK US BANKRUPTCY COURT DISTRICT OF DELAWARE

Sincerly
Alvester Coleman
214-309-8507
3021 Forestdale Ln
Balch Springs, TX 75180

10-23-17

**BENEFICIARY'S NAME: ALVESTER COLEMAN**

Your Social Security benefits will increase by 0.3% percent in 2017 because of a rise in the cost of living. You can use this letter as proof of your benefit amount if you need to apply for food, rent, or energy assistance. You can also use it to apply for bank loans or for other business. Keep this letter with your important financial records.

### How Much Will I Get And When?

- Your monthly amount (before deductions) is — $1,342.40
- The amount we deduct for Medicare medical insurance is — $122.40
  (If you did not have Medicare as of November 17, 2016, or if someone else pays your premium, we show $0.00.)
- The amount we deduct for your Medicare prescription drug plan is — $0.00
  (We will notify you if the amount changes in 2017. If you did not elect withholding as of November 1, 2016, we show $0.00.)
- The amount we deduct for voluntary Federal tax withholding is — $0.00
  (If you did not elect voluntary tax withholding as of November 17, 2016, we show $0.00.)
- After we take any other deductions, you will receive — $1,220.00

on or about Jan. 3, 2017.

If you disagree with any of these amounts, you must write to us within 60 days from the date you receive this letter. We would be happy to review the amounts.

If you receive a paper check and want to switch to an electronic payment, please visit the Department of the Treasury's Go Direct website at *www.godirect.org* online.

### What If I Have Questions?

- Visit our website at *www.socialsecurity.gov* for more information about Social Security.
- Call us toll-free at **1-800-772-1213 (TTY 1-800-325-0778)** if you have questions. If you speak Spanish, press 7. For other languages, wait until we answer and then ask for an interpreter.
- Contact your local Social Security office, or contact any United States embassy or consulate office when outside the United States.

2300 DUNSON DR
BALCH SPRINGS TX 75180

### Help For Seniors

The Eldercare Locator is a free service of the U.S. Administration on Aging. Call **1-800-677-1116** or visit *www.eldercare.gov* to learn about in-home supportive services, nutrition and wellness programs, transportation, and caregiving help for seniors in your community.

*(Exihibit #1) Debtors in Possession have controll of my buizness accounts and have never informed or acknowlege me as majorety shockholder.*