IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 12020** |

**CERTIFICATION OF COUNSEL REGARDING FINAL
DECREE (A) CLOSING CERTAIN OF THE CHAPTER 11 CASES,
(B) TRANSFERRING CLAIMS AGAINST AND INTERESTS ASSERTED IN THE
TCEH DEBTORS TO THE LEAD CASE, AND (C) GRANTING RELATED RELIEF**

On October 10, 2017, the above-captioned debtors and debtors in possession, and reorganized debtors (collectively, the "Debtors") filed the *Debtors' Motion for Entry of Final Decree (A) Closing Certain of the Chapter 11 Cases, (B) Transferring Claims Against and Interests Asserted In the TCEH Debtors to the Lead Case; and (C) Granting Related Relief* [D.I. 12020] (the "Motion for Final Decree") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

Pursuant to the Motion for Final Decree, the Debtors are seeking entry of an order (a) closing the cases of Energy Future Competitive Holdings Company LLC ("EFCH") and the direct and indirect subsidiaries of Texas Competitive Electric Holdings Company LLC (such entity, "TCEH," its subsidiaries, "TCEH Subsidiaries" and the TCEH Subsidiaries together with

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

EFCH, collectively, the "Closing Cases");[2] (b) transferring all claims against, and interests asserted in, the Closing Cases to TCEH; and (c) granting related relief. A copy of the *Final Decree (A) Closing Certain of the Chapter 11 Cases, (B) Transferring Claims Against and Interests Asserted in the TCEH Debtors to the Lead Case, and (C) Granting Related Relief* (the "Proposed Order") was attached as "Exhibit A" to the Motion for Final Decree.

In accordance with the *Notice of "Debtors' Motion for Entry of Final Decree (A) Closing Certain of the Chapter 11 Cases, (B) Transferring Claims Against and Interests Asserted In the TCEH Debtors to the Lead Case; and (C) Granting Related Relief" and Hearing Thereon* filed contemporaneously with the Motion for Final Decree, objections or responses to the Motion for Final Decree were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on November 1, 2017 (the "Objection Deadline") and a hearing to consider approval of

---

[2] The Closing Cases are those cases of: 4Change Energy Company, Case No. 14-10980; 4Change Energy Holdings LLC, Case No. 14-10981; Big Brown 3 Power Company LLC, Case No. 14-10983; Big Brown Lignite Company LLC, Case No. 14-10986; Big Brown Power Company LLC, Case No. 14-10988; Collin Power Company LLC, Case No. 14-10998; DeCordova Power Company LLC, Case No. 14-10982; DeCordova II Power Company LLC, Case No. 14-11003; Eagle Mountain Power Company LLC, Case No. 14-10984; Energy Future Competitive Holdings Company LLC, Case No. 14-11005; Generation MT Company LLC, Case No. 14-11021; Generation SVC Company, Case No. 14-11025; Lake Creek 3 Power Company LLC, Case No. 14-11029; Luminant Big Brown Mining Company LLC, Case No. 14-11018; Luminant Energy Company LLC, Case No. 14-11023; Luminant Energy Trading California Company, Case No. 14-11026; Luminant ET Services Company, Case No. 14-11030; Luminant Generation Company LLC, Case No. 14-11032; Luminant Holding Company LLC, Case No. 14-11037; Luminant Mineral Development Company LLC, Case No. 14-11040; Luminant Mining Company LLC, Case No. 14-11042; Luminant Renewables Company LLC, Case No. 14-11044; Martin Lake 4 Power Company LLC, Case No. 14-11010; Monticello 4 Power Company LLC, Case No. 14-11011; Morgan Creek 7 Power Company LLC, Case No. 14-11014; NCA Resources Development Company LLC, Case No. 14-11019; Oak Grove Management Company LLC, Case No. 14-11022; Oak Grove Mining Company LLC, Case No. 14-11024; Oak Grove Power Company LLC, Case No. 14-11027; Sandow Power Company LLC, Case No. 14-11033; TCEH Finance, Inc., Case No. 14-11028; Tradinghouse 3 & 4 Power Company LLC, Case No. 14-11046; Tradinghouse Power Company LLC, Case No. 14-10985; TXU Energy Receivables Company LLC, Case No. 14-10993; TXU Energy Retail Company LLC, Case No. 14-10997; TXU Energy Solutions Company LLC, Case No. 14-11002; TXU Retail Services Company, Case No. 14-11009; TXU SEM Company, Case No. 14-11013; Valley NG Power Company LLC, Case No. 14-11015; and Valley Power Company LLC, Case No. 14-11020.

the Motion for Final Decree is scheduled to be held before the Court on November 8, 2017 starting at 10:00 a.m. (Eastern Standard Time).

The Debtors did not receive any responses or objections to the Motion for Final Decree prior to the Objection Deadline nor do any responses or objections to the Motion for Final Decree appear on the Court's docket in the above-captioned chapter 11 cases.

After the Debtors filed and served the Motion, it was brought to the Debtors' attention that, inadvertently, one of the Closing Cases was omitted from the Proposed Order (*i.e.*, although the Motion for Final Decree requested the closure of the chapter 11 case of Energy Future Competitive Holdings Company LLC, Case No. 14-11005 (CSS), that entity was inadvertently omitted from the Proposed Order). Consequently, the Debtors have prepared a revised form of order (the "Revised Order") in connection with the Motion for Final Decree to include the inadvertently omitted entity. A copy of the Revised Order is attached hereto as **Exhibit A**. For the convenience of the Court and other parties-in-interest, a redline of the Revised Order marked against the Proposed Order is attached hereto as **Exhibit B**. The Debtors circulated a copy of the Revised Order to (i) the Office of the United States Trustee for the District of Delaware and (ii) counsel to the official committee of unsecured creditors of EFCH, TCEH, the direct and indirect Debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company, and neither of those parties have any objection to the entry of the Revised Order.

The Debtors therefore respectfully request that the Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: November 2, 2017
       Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com
       aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
       marc.kieselstein@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors*