# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                                    **Case No.:**14–10979–CSS

Energy Future Holdings Corp.

                                                           **Chapter:**11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.


_Una O'Boyle_

Una O'Boyle, Clerk of Court

Date: 10/31/17
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 14-10979-CSS
Energy Future Holdings Corp.                                    Chapter 11
        Debtor
                          **CERTIFICATE OF NOTICE**

District/off: 0311-1        User: DMC           Page 1 of 26        Date Rcvd: Oct 31, 2017
                           Form ID: van440      Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2017.
aty        +Adam G. Landis,   Landis Rath & Cobb LLP,   919 Market Street,   Suite 1800,
            Wilmington, DE 19801-3033
aty        +Andrea Beth Schwartz,   U.S. Department of Justice - Office of t,
            U.S. Federal Office Building,   201 Varick Street, Rm 1006,   New York, NY 10014-9449
aty        +Daniel J. DeFranceschi,   Richards, Layton & Finger,   One Rodney Square, P.O. Box 551,
            Wilmington, DE 19899-0551
aty        +Evan T. Miller,   Bayard, P.A.,   600 North King Street,   Suite 400,
            Wilmington, DE 19801-3722
aty        +Gregg M. Galardi,   Ropes & Gray LLP,   1211 Avenue of the Americas,   New York, NY 10036-8704
aty        +Jason M. Madron,   Richards, Layton & Finger, P.A.,   One Rodney Square,   P.O. Box 551,
            Wilmington, DE 19899-0551
aty        +Richard L. Schepacarter,   Office of the United States Trustee,   U. S. Department of Justice,
            844 King Street, Suite 2207,   Lockbox #35,   Wilmington, DE 19801-3519
aty        +Stephen E. Hessler,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty        +Steven N. Serajeddini,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 02, 2017                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 31, 2017 at the address(es) listed below:
          Aaron C Baker   on behalf of Attorney   Godfrey & Kahn, S.C. acb@pgslaw.com
          Aaron C Baker   on behalf of Fee Examiner Richard  Gitlin acb@pgslaw.com
          Aaron H. Stulman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
          capacity as successor Indenture Trustee astulman@wtplaw.com,   clano@wtplaw.com
          Adam  Hiller   on behalf of Interested Party   MoreTech, Inc. ahiller@hillerarban.com
          Adam  Hiller   on behalf of Creditor   Buffalo Industrial Supply, Inc. ahiller@hillerarban.com
          Adam G. Landis   on behalf of Interested Party   Marathon Asset Management, LP landis@lrclaw.com,
          raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis   on behalf of Interested Party   Alcoa Inc. landis@lrclaw.com,
          raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
          Holdings, Inc. landis@lrclaw.com,
          raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam G. Landis   on behalf of Creditor   NextEra Energy Resources, LLC landis@lrclaw.com,
          raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
          Adam Scott Moskowitz   on behalf of Creditor   ASM Capital IV, L.P. asmcapital@aol.com
          Albert Kass   on behalf of Claims Agent   Kurtzman Carson Consultants LLC
          ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
          Albert Kass   on behalf of Interested Party   Kurtzman Carson Consultants LLC
          ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
          Alessandra Glorioso   on behalf of Creditor   U.S. Bank National Association
          glorioso.alessandra@dorsey.com
          Alexa Kranzley   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
          of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance,
          Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
          Alison R. Ashmore   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc.
          aashmore@dykema.com

District/off: 0311-1          User: DMC              Page 2 of 26            Date Rcvd: Oct 31, 2017
                             Form ID: van440          Total Noticed: 9

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Allison R Axenrod    on behalf of Creditor    Claims Recovery Group LLC
       allison@claimsrecoveryllc.com,  allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
    Amish R. Doshi    on behalf of Creditor    Oracle America, Inc. adoshi@magnozzikye.com
    Amy  Baudler    on behalf of Creditor    Barr Engineering Co. amy@purduelaw.com,
       gpurdue@purduelaw.com;kim@purduelaw.com
    Ana  Chilingarishvili    on behalf of Creditor    U.S. Bank National Association
       ana.chilingarishvili@maslon.com
    Andrea Beth Schwartz    on behalf of U.S. Trustee    U.S. Trustee andrea.b.schwartz@usdoj.gov
    Andrea Stone Hartley    on behalf of Creditor    Siemens Energy, Inc. f/k/a Siemens Power
       Generation, Inc., and Siemens Demag Delaval Turbomachinery, Inc. andrea.hartley@akerman.com
    Andrew  Dean    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com,
       ann-jerominski-2390@ecf.pacerpro.com
    Andrew  Dietderich    on behalf of Creditor Committee    The Official Committee of Unsecured
       Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
       Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com
    Andrew Glenn Devore    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
       indenture trustee and collateral trustee andrew.devore@ropesgray.com
    Andrew J. Ehrlich    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
       aehrlich@paulweiss.com,  mao_fednational@paulweiss.com
    Andrew K Glenn    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
       aglenn@kasowitz.com
    Andrew L Magaziner    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
       Creditors bankfilings@ycst.com
    Andrew R. Remming    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG
       Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
       rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
    Angela  Ferrante    on behalf of Claims Agent    Garden City Group, LLC
       debra.wolther@gardencitygroup.com,  PACERteam@gardencitygroup.com
    Ann M Kashishian    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
       akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
    Ann M Kashishian    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
       Noteholders akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
    Ann M Kashishian    on behalf of Attorney    Chipman Brown Cicero & Cole, LLP akashishian@gelaw.com,
       dero@chipmanbrown.com;mccloskey@chipmanbrown.com
    Anna  Grace    on behalf of Creditor    UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
    Ari David Kunofsky    on behalf of Creditor    UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
       eastern.taxcivil@usdoj.gov
    Arlene Rene Alves    on behalf of Interested Party    Wilmington Trust, N.A. alves@sewkis.com
    Ashley F. Bartram    on behalf of Interested Party    Texas Commission on Environmental Quality
       ashley.bartram@oag.texas.gov
    Ashley F. Bartram    on behalf of Interested Party    Public Utility Commission of Texas
       ashley.bartram@oag.texas.gov
    Ashley F. Bartram    on behalf of Interested Party    Railroad Commission of Texas
       ashley.bartram@oag.texas.gov
    Ashley Robert Altschuler    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
       ashley.altschuler@dlapiper.com,  ashley-altschuler-8647@ecf.pacerpro.com
    Ashley Robert Altschuler    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
       ashley.altschuler@dlapiper.com,  ashley-altschuler-8647@ecf.pacerpro.com
    Barry  Kleiner    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
       and The Liverpool Limited Partnership dkleiner@kkwc.com
    Barry G. Felder    on behalf of Interested Party    UMB BANK, N.A., as Trustee bgfelder@foley.com
    Barry G. Felder    on behalf of Creditor    UMB Bank, N.A. bgfelder@foley.com
    Barry G. Felder    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
       bgfelder@foley.com
    Barry M. Klayman    on behalf of Interested Party    J Aron & Company bklayman@cozen.com
    Benjamin  Finestone    on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
       benjaminfinestone@quinnemanuel.com
    Benjamin  Finestone    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
       benjaminfinestone@quinnemanuel.com
    Benjamin  Finestone    on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
       benjaminfinestone@quinnemanuel.com
    Benjamin  Stewart    on behalf of Creditor    Pinnacle Technical Resources, Inc.
       bstewart@baileybrauer.com
    Benjamin J. Schladweiler    on behalf of Defendant    Brookfield Asset Management Private
       Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
       jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
       om;8289576420@filings.docketbird.com
    Benjamin J. Schladweiler    on behalf of Defendant    Angelo Gordon & Co., LP
       bschladweiler@ramllp.com,
       jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
       om;8289576420@filings.docketbird.com
    Benjamin J. Schladweiler    on behalf of Creditor    Brookfield Asset Management Private
       Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
       jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
       om;8289576420@filings.docketbird.com

District/off: 0311-1          User: DMC              Page 3 of 26              Date Rcvd: Oct 31, 2017
                             Form ID: van440         Total Noticed: 9

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Benjamin J. Schladweiler   on behalf of Creditor   Angelo Gordon & Co., LP
           bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler   on behalf of Defendant   Apollo Advisors VII, L.P.
           bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler   on behalf of Interested Party   Titan Investment Holdings LP
           bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler   on behalf of Creditor   Apollo Advisors VII, L.P.
           bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com
          Bernard George Conaway   on behalf of Creditor   Doyenne Constructors, LLC
           bconaway@cohenseglias.com,  bconaway@cohenseglias.com
          Bernard Grover Johnson, III   on behalf of Creditor   Milam Appraisal District
           bjohnson@fisherboyd.com
          Bonnie R. Golub   on behalf of Creditor   Evercore Group LLC bgolub@weirpartners.com
          Bradley R. Aronstam   on behalf of Creditor   Apollo Advisors VII, L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
          Bradley R. Aronstam   on behalf of Other Prof.   Longhorn Capital GS L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
          Bradley R. Aronstam   on behalf of Defendant   Angelo Gordon & Co., LP baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
          Bradley R. Aronstam   on behalf of Interested Party   Titan Investment Holdings LP
           baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
          Bradley R. Aronstam   on behalf of Creditor   Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
          Bradley R. Aronstam   on behalf of Defendant   Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
          Bradley R. Aronstam   on behalf of Creditor   Angelo Gordon & Co., LP baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
          Bradley R. Aronstam   on behalf of Defendant   Apollo Advisors VII, L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
          Brett H. Miller   on behalf of Interested Party   The Official Committee of TCEH Unsecured
           Creditors BMiller@mofo.com,  brett-miller-1388@ecf.pacerpro.com
          Brian  Schartz   on behalf of Debtor   Energy Future Holdings Corp. bschartz@kirkland.com
          Brian  Schartz   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
           bschartz@kirkland.com
          Brian  Tong   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C. brian.tong@srz.com
          Brian E Farnan   on behalf of Interested Party   Forest Creek Wind Farm, LLC
           bfarnan@farnanlaw.com,  tfarnan@farnanlaw.com
          Brian L. Arban   on behalf of Attorney Brian  Arban barban@hillerarban.com
          Brian Lucian Kasprzak   on behalf of Interested Party   Fireman's Fund Insurance Company
           bkasprzak@moodklaw.com,  mike@lscd.com
          Brian S. Hermann   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
           jadlerstein@paulweiss.com;bhermann@paulweiss.com;mtattnall@paulweiss.com;abernstein@paulweiss.com
           ;aehrlich@paulweiss.com;mturkel@paulweiss.com;kcairns@paulweiss.com;mcolarossi@paulweiss.com;gkro
           up@paulweiss.com
          Brian W. Hockett   on behalf of Creditor   Accenture LLP bhockett@thompsoncoburn.com
          Bruce J. Ruzinsky   on behalf of Creditor   Milam Appraisal District bruzinsky@jw.com,
           mcavenaugh@jw.com
          Camille C. Bent   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
           CCB@stevenslee.com
          Carla O. Andres   on behalf of Interested Party   Fee Committee candres@gklaw.com,
           kboucher@gklaw.com;pbrellenthin@gklaw.com
          Chad J. Husnick   on behalf of Debtor   Energy Future Holdings Corp. chusnick@kirkland.com
          Chad J. Husnick   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
           chusnick@kirkland.com
          Chantelle D'nae McClamb   on behalf of Interested Party   Simeio Solutions, Inc.
           mcclambc@ballardspahr.com
          Charles J. Brown   on behalf of Creditor   Anadarko Petroleum Corporation cbrown@gsbblaw.com,
           dabernathy@archerlaw.com

```
District/off: 0311-1          User: DMC              Page 4 of 26          Date Rcvd: Oct 31, 2017
                              Form ID: van440          Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
            Charles J. Brown   on behalf of Interested Party   Emerson Network Power Liebert Services
             cbrown@gsbblaw.com, dabernathy@archerlaw.com
            Chester B. Salomon   on behalf of Creditor   Securitas Security Services USA, Inc.
             csalomon@beckerglynn.com, saltreuter@beckerglynn.com, hhill@beckerglynn.com
            Christopher  Fong   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
             cfong@nixonpeabody.com
            Christopher  Fong   on behalf of Interested Party   American Stock Transfer & Trust Company, LLC
             cfong@nixonpeabody.com
            Christopher A. Ward   on behalf of Attorney   Morrison & Foerster LLP cward@polsinelli.com,
             LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
            Christopher A. Ward   on behalf of Attorney   Polsinelli PC cward@polsinelli.com,
             LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
            Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of Unsecured
             Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
            Christopher A. Ward   on behalf of Interested Party   The Official Committee of TCEH Unsecured
             Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
            Christopher A. Ward   on behalf of Financial Advisor   FTI Consulting, Inc. cward@polsinelli.com,
             LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
            Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of TCEH Unsecured
             Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
            Christopher B. Mosley   on behalf of Creditor   City of Fort Worth
             Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov
            Christopher L. Carter   on behalf of Creditor   Pacific Investment Management Co. LLC
             christopher.carter@morganlewis.com, julia.frost-davies@morganlewis.com
            Christopher M Hayes   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
             Christopher.hayes@kirkland.com
            Christopher Michael De Lillo   on behalf of Debtor   Energy Future Holdings Corp. delillo@rlf.com,
             rbgroup@rlf.com
            Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company
             LLC csimon@crosslaw.com, smacdonald@crosslaw.com
            Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company,
             LLC csimon@crosslaw.com, smacdonald@crosslaw.com
            Christopher R. Belmonte   on behalf of Interested Party   Moody's Analytics, Inc.
             cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
            Clark T. Whitmore   on behalf of Creditor   U.S. Bank National Association
             clark.whitmore@maslon.com
            Colin R. Robinson   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
             crobinson@pszjlaw.com, efile1@pszjlaw.com
            Corby Davin Boldissar   on behalf of Interested Party   BP America Production Company
             dboldissar@lockelord.com
            Cory P. Stephenson   on behalf of Plaintiff   Energy Future Holdings Corp.
             cstephenson@bk-legal.com
            Curtis A Hehn   on behalf of Interested Party   Somervell County Central Appraisal District
             curtishehn@comcast.net
            D. Ross Martin   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
             indenture trustee and collateral trustee rmartin@ropesgray.com
            D. Ross Martin   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
             and The Liverpool Limited Partnership rmartin@ropesgray.com
            Daniel A. Fliman   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
             dfliman@kasowitz.com
            Daniel A. O'Brien   on behalf of Creditor   Pacific Investment Management Co. LLC
             daobrien@venable.com
            Daniel A. O'Brien   on behalf of Interested Party   Pacific Investment Management Company LLC
             ("PIMCO") daobrien@venable.com
            Daniel B. Denny   on behalf of Interested Party   Berkshire Hathaway Energy Company
             ddenny@gibsondunn.com
            Daniel J. DeFranceschi   on behalf of Debtor   NCA Development Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor   EECI, Inc. RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Mining Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor   TXU Retail Services Company rbgroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor   Eagle Mountain Power Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor   EFH Renewables Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Retail Company LLC rbgroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Trading California Company
             RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor   Luminant Generation Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor   Valley NG Power Company LLC rbgroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Solutions Company LLC rbgroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor   Big Brown 3 Power Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor   EFH Finance (No. 2) Holdings Company
             RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor   Brighten Holdings LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor   DeCordova Power Company LLC RBGroup@rlf.com
            Daniel J. DeFranceschi   on behalf of Debtor   Lone Star Pipeline Company, Inc.
             defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Daniel J. DeFranceschi   on behalf of Debtor   Southwestern Electric Service Company, Inc.
             RBGroup@rlf.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Daniel J. DeFranceschi   on behalf of Debtor    Energy Future Competitive Holdings Company LLC
           defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    Generation MT Company LLC defranceschi@rlf.com,
           RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    Martin Lake 4 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Oak Grove Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Generation Development Company LLC
           defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    4Change Energy Holdings LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Energy Industries Company, Inc.
           rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC
           RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
           RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    NCA Resources Development Company LLC
           RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Mining Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Sandow Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Brighten Energy LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    EFH CG Management Company LLC defranceschi@rlf.com,
           RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    TXU Receivables Company rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    EFIH Finance Inc. defranceschi@rlf.com,
           RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    Generation SVC Company defranceschi@rlf.com,
           RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    EFH Corporate Services Company RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Big Brown Mining Company LLC
           RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    EFH CG Holdings Company LP defranceschi@rlf.com,
           RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    EFH FS Holdings Company RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Energy Future Intermediate Holding Company LLC
           defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    Monticello 4 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Big Brown Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Morgan Creek 7 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Collin Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    4Change Energy Company RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Oak Grove Management Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Lake Creek 3 Power Company LLC
           defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    DeCordova II Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Power & Light Company, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Energy Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    EEC Holdings, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Utilities Electric Company, Inc.
           RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
           defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Renewables Company LLC
           defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    EFH Australia (No. 2) Holdings Company
           RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Holding Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    TCEH Finance, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Valley Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Mineral Development Company LLC
           RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Big Brown Lignite Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant ET Services Company RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Energy Future Holdings Corp. defranceschi@rlf.com,
           RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    LSGT SACROC, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Lone Star Energy Company, Inc.
           defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Electric Service Company, Inc.
           rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Dallas Power & Light Company, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Utilities Company, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    LSGT Gas Company LLC defranceschi@rlf.com,
           RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    TXU SEM Company rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Daniel K. Astin   on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
                jmcmahon@ciardilaw.com
             Daniel K. Hogan   on behalf of Interested Party Harold  Bissell dkhogan@dkhogan.com,
                keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
             Daniel K. Hogan   on behalf of Interested Party Michelle   Ziegelbaum dkhogan@dkhogan.com,
                keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
             Daniel K. Hogan   on behalf of Creditor John H. Jones dkhogan@dkhogan.com,  keharvey@dkhogan.com,
                gdurstein@dkhogan.com,lparalegal@dkhogan.com
             Daniel K. Hogan   on behalf of Interested Party   Brake Supply Company, Inc. dkhogan@dkhogan.com,
                keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
             Daniel K. Hogan   on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
                keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
             Daniel K. Hogan   on behalf of Interested Party John H. Jones dkhogan@dkhogan.com,
                keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
             Daniel K. Hogan   on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
                keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
             Daniel K. Hogan   on behalf of Interested Party   PI Law Firms dkhogan@dkhogan.com,
                keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
             Daniel K. Hogan   on behalf of Creditor David  Heinzmann dkhogan@dkhogan.com,
                keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
             Daniel K. Hogan   on behalf of Interested Party David  Heinzmann dkhogan@dkhogan.com,
                keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
             Daniel K. Hogan   on behalf of Interested Party Kurt  Carlson dkhogan@dkhogan.com,
                keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
             Daniel K. Hogan   on behalf of Interested Party Joe  Arabie dkhogan@dkhogan.com,
                keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
             Daniel K. Hogan   on behalf of Interested Party Shirley  Fenicle dkhogan@dkhogan.com,
                keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
             Daniel K. Hogan   on behalf of Interested Party Robert  Albini dkhogan@dkhogan.com,
                keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
             Daniel K. Hogan   on behalf of Interested Party Michael  Cunningham dkhogan@dkhogan.com,
                keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
             Daniel K. Hogan   on behalf of Interested Party   Shirley Fenicle, as Successor-In-Interest to
                the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com,  keharvey@dkhogan.com,
                gdurstein@dkhogan.com,lparalegal@dkhogan.com
             Daniel K. Hogan   on behalf of Interested Party   The Richards Group, Inc. dkhogan@dkhogan.com,
                keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
             Daniel S. Shamah   on behalf of Defendant   Apollo Advisors VII, L.P. dshamah@omm.com
             Daniel S. Shamah   on behalf of Creditor   Angelo Gordon & Co., LP dshamah@omm.com
             Daniel S. Shamah   on behalf of Defendant   Brookfield Asset Management Private Institutional
                Capital Adviser (Canada), L.P. dshamah@omm.com
             Daniel S. Shamah   on behalf of Defendant   Angelo Gordon & Co., LP dshamah@omm.com
             Daniel S. Shamah   on behalf of Creditor   Brookfield Asset Management Private Institutional
                Capital Adviser (Canada), L.P. dshamah@omm.com
             Daniel S. Shamah   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
                Administrative Agent dshamah@omm.com
             Daniel S. Shamah   on behalf of Creditor   Apollo Advisors VII, L.P. dshamah@omm.com
             Daniel S. Shamah   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as
                First Lien Administrative Agent dshamah@omm.com
             Daniel Stephen Smith   on behalf of Interested Party   United States on behalf of Environmental
                Protection Agency dan.smith2@usdoj.gov,  efile_ees.enrd@usdoj.gov
             Danielle M. Audette   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
                jdisanti@whitecase.com/mco@whitecase.com:jason.bartlett@whitecase.com
             Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
                daudette@whitecase.com,  jdisanti@whitecase.com:mco@whitecase.com:jason_bartlett@whitecase.com
             Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
                daudette@whitecase.com,  jdisanti@whitecase.com:mco@whitecase.com:jason.bartlett@whitecase.com
             David  Neier   on behalf of Creditor   Chicago Bridge & Iron Company N.V. dneier@winston.com,
                dcunsolo@winston.com
             David  Neier   on behalf of Defendant   NextEra Energy, Inc. dneier@winston.com,
                dcunsolo@winston.com
             David  Neier   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital Holdings,
                Inc. dneier@winston.com,  dcunsolo@winston.com
             David B. Anthony   on behalf of Plaintiff   Avenue Capital Management II, LP
                danthony@bergerharris.com
             David B. Anthony   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
                danthony@bergerharris.com
             David B. Anthony   on behalf of Plaintiff   GSO Capital Partners LP danthony@bergerharris.com
             David B. Anthony   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
                danthony@bergerharris.com
             David B. Anthony   on behalf of Plaintiff   Third Avenue Management LLC danthony@bergerharris.com
             David Daniel Farrell   on behalf of Creditor   Martin Engineering Company
                dfarrell@thompsoncoburn.com
             David Edward Leta   on behalf of Creditor   Headwaters Resources, Inc. dleta@swlaw.com,
                wkalawaia@swlaw.com
             David G. Aelvoet   on behalf of Creditor   Ector CAD davida@publicans.com
             David M. Klauder   on behalf of Financial Advisor   SOLIC Capital Advisors, LLC
                dklauder@bk-legal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
David M. Klauder    on behalf of Plaintiff   Energy Future Holdings Corp. dklauder@bk-legal.com
David M. Klauder    on behalf of Debtor   Energy Future Holdings Corp. dklauder@bk-legal.com
David N. Deaconson   on behalf of Creditor William Jeffrey Herbert deaconson@pakislaw.com
David P. Primack    on behalf of Other Prof.   Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
    sshidner@mdmc-law.com;smullen@mdmc-law.com
David P. Primack    on behalf of Financial Advisor   Greenhill & Co., LLC dprimack@mdmc-law.com,
    sshidner@mdmc-law.com;smullen@mdmc-law.com
David P. Primack    on behalf of Interested Party   TCEH Debtors dprimack@mdmc-law.com,
    sshidner@mdmc-law.com;smullen@mdmc-law.com
David P. Primack    on behalf of Interested Party   Energy Future Competitive Holdings Company LLC
    dprimack@mdmc-law.com,  sshidner@mdmc-law.com;smullen@mdmc-law.com
David P. Primack    on behalf of Interested Party   Texas Competitive Electric Holdings Company
    LLC dprimack@mdmc-law.com,  sshidner@mdmc-law.com;smullen@mdmc-law.com
David S. Rosner    on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
    courtnotices@kasowitz.com
David W. Carickhoff   on behalf of Interested Party Allen  Shrode dcarickhoff@archerlaw.com,
    de20@ecfcbis.com
Davis Lee Wright    on behalf of Creditor Committee   The Official Committee of Unsecured
    Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
    Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com,
    keith-mangan-mmwr-1628@ecf.pacerpro.com
Dennis  Dunne, Esq.   on behalf of Interested Party   CITIBANK, N.A. ddunne@millbank.com
Dennis L. Jenkins    on behalf of Interested Party   CSC Trust Company of Delaware, as successor
    indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
Derek C. Abbott    on behalf of Interested Party   TPG Capital, L.P. dabbott@mnat.com,
    rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
Derek C. Abbott    on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
    L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
    rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
Derek C. Abbott    on behalf of Interested Party   Texas Energy Future Holdings Limited
    Partnership dabbott@mnat.com,  rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
Desiree M. Amador   on behalf of Creditor   Pension Benefit Guaranty Corporation
    amador.desiree@pbgc.gov, efile@pbgc.gov
Diane W. Sanders   on behalf of Creditor   Nueces County austin.bankruptcy@publicans.com
Diane W. Sanders   on behalf of Creditor   Lee County austin.bankruptcy@publicans.com
Diane W. Sanders   on behalf of Creditor   Walnut Springs ISD austin.bankruptcy@publicans.com
Diane W. Sanders   on behalf of Creditor   Robertson County austin.bankruptcy@publicans.com
Diane W. Sanders   on behalf of Creditor   Limestone County austin.bankruptcy@publicans.com
Diane W. Sanders   on behalf of Creditor   Falls County austin.bankruptcy@publicans.com
Diane W. Sanders   on behalf of Creditor   Round Rock ISD austin.bankruptcy@publicans.com
Diane W. Sanders   on behalf of Creditor   McLennan County austin.bankruptcy@publicans.com
Diane W. Sanders   on behalf of Creditor   Franklin ISD austin.bankruptcy@publicans.com
Donald K. Ludman   on behalf of Creditor   SAP Industries, Inc. dludman@brownconnery.com
Duane David Werb   on behalf of Creditor   BWM Services, LP
    maustria@werbsullivan.com;riorii@werbsullivan.com
Duane David Werb   on behalf of Creditor   The Kansas City Southern Railway Company
    maustria@werbsullivan.com;riorii@werbsullivan.com
Eboney  Cobb   on behalf of Creditor   Somervell County et al ecobb@pbfcm.com,
    rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
Edward O. Sassower   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
    steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;michael.esser@kirkland.com;natasha
    .hwangpo@kirkland.com;patrick.venter@kirkland.com;mcclain.thompson@kirkland.com
Edward O. Sassower   on behalf of Debtor   Energy Future Holdings Corp.
    steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;michael.esser@kirkland.com;natasha
    .hwangpo@kirkland.com;patrick.venter@kirkland.com;mcclain.thompson@kirkland.com
Edwin Kevin Camson   camson@drumcapital.com
Elihu Ezekiel Allinson, III   on behalf of Creditor   Henry Pratt Company, LLC
    ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
Elizabeth  Banda Calvo   on behalf of Creditor   Somervell County et al rgleason@pbfcm.com,
    ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
Elizabeth  Banda Calvo   on behalf of Creditor   Richardson ISD, Crowley ISD rgleason@pbfcm.com,
    ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
Ellen  Slights   on behalf of Creditor   United States/USAO usade.ecfbankruptcy@usdoj.gov
Ellen M. Halstead   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
    ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
Ellen M. Halstead   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
    ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
Epiq Bankruptcy Solutions LLC   nmrodriguez@epiqsystems.com
Eric Christopher Daucher   on behalf of Defendant   NextEra Energy, Inc.
    eric.daucher@nortonrosefulbright.com,
    howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonr
    osefulbright.com
Eric Christopher Daucher   on behalf of Creditor   NextEra Energy Resources, LLC
    eric.daucher@nortonrosefulbright.com,
    howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonr
    osefulbright.com
Erica J. Richards   on behalf of Creditor Committee   The Official Committee of Unsecured
    Creditors erichards@mofo.com,  erica-richards-1053@ecf.pacerpro.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Erik  Schneider   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
           eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
          Erik  Schneider   on behalf of Interested Party   American Stock Transfer & Trust Company, LLC
           eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
          Erin A. West   on behalf of Interested Party   Fee Committee ewest@gklaw.com,
           kboucher@gklaw.com;mfuller@gklaw.com;pbrellenthin@gklaw.com
          Erin R Fay   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P. and
           The Liverpool Limited Partnership efay@bayardlaw.com,  lmorton@bayardlaw.com
          Erin R Fay   on behalf of Plaintiff   Elliott Associates, L.P., Elliott International, L.P. and
           The Liverpool Limited Partnership efay@bayardlaw.com,  lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC, Texas
           Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
           Equity Interests in Energy Future Holdings Corp. efay@bayardlaw.com,  lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   The Liverpool Limited Partnership efay@bayardlaw.com,
           lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Elliott Associates, L.P. efay@bayardlaw.com,
           lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings, LLC, Texas
           Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
           L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, efay@bayardlaw.com,
           lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Elliott International, L.P. efay@bayardlaw.com,
           lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party Mary Ann  KIlgore efay@bayardlaw.com,
           lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Interest Holders efay@bayardlaw.com,
           lmorton@bayardlaw.com
          Evan  Rassman   on behalf of Creditor   Sunrise Partners Limited Partnership
           evan.rassman@kutakrock.com
          Evan  Rassman   on behalf of Creditor   Knife River Corporation-South evan.rassman@kutakrock.com
          Evan R. Fleck   on behalf of Interested Party   CITIBANK, N.A. EFleck@milbank.com,
           jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;bzucco@milbank.com;mprice@milbank.com;a
           leblanc@milbank.com;rnussbaum@milbank.com;nalmeida@milbank.com
          Evan T. Miller   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
           Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
           lmorton@bayardlaw.com
          Evan T. Miller   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
           and The Liverpool Limited Partnership emiller@bayardlaw.com,  lmorton@bayardlaw.com
          Frances Gecker   on behalf of Interested Party   PI Law Firms fgecker@fgllp.com,
           csmith@fgllp.com
          Francis A. Monaco, Jr.   on behalf of Interested Party   Fluor Corporation fmonaco@gsbblaw.com,
           frankmonacojr@gmail.com
          Francis A. Monaco, Jr.   on behalf of Interested Party   American Equipment Company Inc.
           fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
          Francis A. Monaco, Jr.   on behalf of Interested Party   AMECO Inc. fmonaco@gsbblaw.com,
           frankmonacojr@gmail.com
          Francis A. Monaco, Jr.   on behalf of Interested Party   Fluor Enterprises Inc.
           fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
          Francis A. Monaco, Jr.   on behalf of Interested Party   Fluor Global Services
           fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
          Frederick B. Rosner   on behalf of Interested Party   Mudrick Capital Management L.P.
           rosner@teamrosner.com
          G. Alexander Bongartz   on behalf of Interested Party   CSC Trust Company of Delaware, as
           Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
           alexbongartz@paulhastings.com
          Garden City Group, LLC    PACERTeam@gardencitygroup.com
          Garvan F. McDaniel   on behalf of Interested Party   Contrarian Capital Management, LLC
           gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
          Garvan F. McDaniel   on behalf of Other Prof.   Kasowitz Benson Torres LLP gfmcdaniel@dkhogan.com,
           gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
          Garvan F. McDaniel   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
           gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
          Garvan F. McDaniel   on behalf of Interested Party   Caxton Associates LP gfmcdaniel@dkhogan.com,
           gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
          Gary F. Seitz   on behalf of Attorney   Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
          George Davis   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as First
           Lien Administrative Agent gdavis@omm.com
          George Davis   on behalf of Creditor   Apollo Global Management, LLC gdavis@omm.com
          George Davis   on behalf of Defendant   Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. gdavis@omm.com
          George Davis   on behalf of Defendant   Apollo Advisors VII, L.P. gdavis@omm.com
          George Davis   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
           Administrative Agent gdavis@omm.com
          George  Davis   on behalf of Creditor   Angelo Gordon & Co., LP gdavis@omm.com
          Gerrit M. Pronske   on behalf of Creditor   Pallas Realty Advisors, Inc. gpronske@pgkpc.com
          GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company as Successor
           Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
           bankserve@bayardlaw.com;lmorton@bayardlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company, as TCEH First Lien
    Indenture Trustee gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company
    gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
GianClaudio  Finizio   on behalf of Interested Party   CSC Trust Company of Delaware, as
    Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
    bankserve@bayardlaw.com;lmorton@bayardlaw.com
GianClaudio  Finizio   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien
    Indenture Trustee gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
Gilbert R. Saydah, Jr.   on behalf of Creditor   CSC Trust Company of Delaware, Proposed
    Successor Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
Gregg M. Galardi   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
    and The Liverpool Limited Partnership gregg.galardi@ropesgray.com,  William.McGee@ropesgray.com
Gregory A. Taylor   on behalf of Interested Party   Ad Hoc Committee of TCEH Second Lien
    Noteholders gtaylor@ashby-geddes.com
Gregory A. Taylor   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
    capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
Gregory Joseph Flasser   on behalf of Interested Party   Elliott Associates, L.P.
    gflasser@bayardlaw.com
Gregory Joseph Flasser   on behalf of Interested Party   Elliott International, L.P.
    gflasser@bayardlaw.com
Gregory Joseph Flasser   on behalf of Interested Party   The Liverpool Limited Partnership
    gflasser@bayardlaw.com
Gregory M. Starner   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
    jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
    artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
    om
Gregory M. Weinstein   on behalf of Creditor   Mario Sinacola & Sons Excavating, Inc.
    gweinstein@weinrad.com,  mbowers@weinrad.com;wphillips@weinrad.com
Gregory Michael Starner   on behalf of Creditor   Law Debenture Trust Company of New York, in its
    capacity as Indenture Trustee gstarner@whitecase.com,
    jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
    artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
    om
Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
    gstarner@whitecase.com,
    jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
    artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
    om
Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
    gstarner@whitecase.com,
    jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
    artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
    om
Gregory T. Donilon   on behalf of Creditor   Automatic Systems, Inc. gdonilon@pwujlaw.com
Hal F. Morris   on behalf of Interested Party   Texas Commission on Environmental Quality
    hal.morris@oag.texas.gov
Hal F. Morris   on behalf of Interested Party   Public Utility Commission of Texas
    hal.morris@oag.texas.gov
Hal F. Morris   on behalf of Interested Party   Railroad Commission of Texas
    hal.morris@oag.texas.gov
Helen Elizabeth Weller   on behalf of Creditor   Jack County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Ector CAD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Northwest ISD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Northeast TX Comm Coll Dist
    dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Angelina County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Rusk County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Brownsboro ISD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Malakoff ISD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Robertson County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Fannin CAD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Harris County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Walnut Springs ISD
    dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Kaufman County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
            Helen Elizabeth Weller    on behalf of Creditor    Clay county dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Lee County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Ellis County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    City of sulphur springs
            dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Fannin county dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Valley View ISD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Irving isd dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Sulphur Springs ISD
            dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Beckville isd dallas.bankruptcy@publicans.com,
            Helen Elizabeth Weller    on behalf of Creditor    Archer County dallas.bankruptcy@publicans.com,
            Helen Elizabeth Weller    on behalf of Creditor    City of Coppell dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Morris CAD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Gainesville isd dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Limestone County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Red River County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Slocum ISD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Franklin ISD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Fort Bend County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Stephenville ISD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Nueces County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Hopkins County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Cisco College dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Camp cad dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Montague county dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Lamar CAD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Rains County AD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Coppell ISD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Navarro County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Wise County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Upshur County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Falls County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Franklin County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Rockwall Cad dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Smith County dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Cherokee CAD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    City of carrollton
            dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    Kerens ISD dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
            Helen Elizabeth Weller    on behalf of Creditor    City of bonham dallas.bankruptcy@publicans.com,
            Beth.weller@lgbs.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Helen Elizabeth Weller    on behalf of Creditor    Red River CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of Stephenville
              dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Van Zandt CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of malakoff dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    McLennan County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Hunt County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Cisco ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Round Rock ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Hood CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of Corinth dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Wise CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Cayuga isd dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Grayson County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
          Howard A. Cohen    on behalf of Interested Party    CITIBANK, N.A. hcohen@gibbonslaw.com
          Howard R. Hawkins, Jr.    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
              howard.hawkins@cwt.com,  nyecfnotice@cwt.com
          Howard R. Hawkins, Jr.    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
              howard.hawkins@cwt.com,  nyecfnotice@cwt.com
          Humayun  Khalid    on behalf of Interested Party    J. Aron & Company hkhalid@cgsh.com,
              maofiling@cgsh.com
          Humayun  Khalid    on behalf of Interested Party    J Aron & Company hkhalid@cgsh.com,
              maofiling@cgsh.com
          J Jackson Shrum    on behalf of Creditor    BWM Services, LP jshrum@jshrumlaw.com
          J Jackson Shrum    on behalf of Creditor    The Kansas City Southern Railway Company
              jshrum@jshrumlaw.com
          J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
              under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
              Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
              Collateral Trustee, kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
              Indenture Trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Other Prof.    Cole Schotz P.C. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Other Prof.    Delaware Trust Company, as First Lien Successor
              Trustee and Collateral Trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Creditor    Delaware Trust Company, as successor indenture trustee
              and collateral trustee, kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          Jacob A. Adlerstein    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
              Creditors jadlerstein@paulweiss.com
          James E. Huggett    on behalf of Creditor    URS Energy & Construction, Inc.
              jhuggett@margolisedelstein.com,  nvangorder@margolisedelstein.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            James E. Huggett    on behalf of Creditor    Oracle America, Inc. jhuggett@margolisedelstein.com,
               nvangorder@margolisedelstein.com
            James Halstead Millar    on behalf of Interested Party    CSC Trust Company of Delaware, as
               successor indenture trustee and collateral trustee james.millar@dbr.com,
               Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
            James Michael Peck    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors jpeck@mofo.com
            James Michael Peck    on behalf of Interested Party    The Official Committee of TCEH Unsecured
               Creditors jpeck@mofo.com
            James S. Carr    on behalf of Creditor    CSC Trust Company of Delaware, Proposed Successor
               Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
            James S. Yoder    on behalf of Attorney    Salesforce.com, Inc. yoderj@whiteandwilliams.com
            Jamie Lynne Edmonson    on behalf of Creditor    Pacific Investment Management Co. LLC
               jledmonson@venable.com
            Jamie Lynne Edmonson    on behalf of Interested Party    Pacific Investment Management Company LLC
               ("PIMCO") jledmonson@venable.com
            Jarrett Vine    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
               jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocking@polsinelli.com
            Jarrett Vine    on behalf of Interested Party    The Official Committee of TCEH Unsecured
               Creditors jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocking@polsinelli.com
            Jason A. Gibson    on behalf of Interested Party    Mudrick Capital Management L.P.
               gibson@teamrosner.com
            Jason A. Starks    on behalf of Creditor    Texas Office of Public Utility Counsel
               bk-jstarks@oag.texas.gov, sherri.simpson@oag.texas.gov
            Jason D. Curry    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
               sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
            Jason Daniel Angelo    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
               jda@stevenslee.com, com@stevenslee.com
            Jason M. Liberi    on behalf of Interested Party    Texas Transmission Investment LLC
               jason.liberi@skadden.com,
               christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
            Jason M. Liberi    on behalf of Defendant    Texas Transmission Investment LLC
               jason.liberi@skadden.com,
               christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
            Jason M. Madron    on behalf of Debtor    4Change Energy Holdings LLC madron@rlf.com,
               rbgroup@rlf.com
            Jason M. Madron    on behalf of Plaintiff    Energy Future Holdings Corp. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron    on behalf of Defendant    EFH Renewables Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron    on behalf of Debtor    Texas Utilities Electric Company, Inc. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron    on behalf of Debtor    DeCordova II Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron    on behalf of Debtor    Texas Electric Service Company, Inc. madron@rlf.com,
               rbgroup@rlf.com
            Jason M. Madron    on behalf of Debtor    EFH FS Holdings Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron    on behalf of Debtor    Luminant Energy Trading California Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron    on behalf of Debtor    Luminant ET Services Company madron@rlf.com,
               rbgroup@rlf.com
            Jason M. Madron    on behalf of Attorney    Kirkland & Ellis LLP madron@rlf.com, rbgroup@rlf.com
            Jason M. Madron    on behalf of Defendant    EFH Finance (No. 2) Holdings Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron    on behalf of Debtor    Valley Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron    on behalf of Debtor    Luminant Big Brown Mining Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron    on behalf of Debtor    Generation SVC Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron    on behalf of Defendant    EECI, Inc. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron    on behalf of Debtor    EFH Finance (No. 2) Holdings Company madron@rlf.com,
               rbgroup@rlf.com
            Jason M. Madron    on behalf of Defendant    EFH Australia (No. 2) Holdings Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron    on behalf of Debtor    DeCordova Power Company LLC madron@rlf.com,
               rbgroup@rlf.com
            Jason M. Madron    on behalf of Debtor    Texas Power & Light Company, Inc. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron    on behalf of Debtor    TCEH Finance, Inc. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron    on behalf of Debtor    Luminant Generation Company LLC madron@rlf.com,
               rbgroup@rlf.com
            Jason M. Madron    on behalf of Debtor    Energy Future Holdings Corp. madron@rlf.com,
               rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Jason M. Madron   on behalf of Debtor   Generation MT Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   TXU Electric Company, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor   TXU Energy Receivables Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor   Oak Grove Management Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   Southwestern Electric Service Company, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor   Texas Energy Industries Company, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor   Oak Grove Mining Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   EFH CG Management Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   Oak Grove Power Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   Collin Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor   EFH Corporate Services Company madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor   Energy Future Competitive Holdings Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   EECI, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Defendant   LSGT Gas Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   Valley NG Power Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Defendant   TXU Receivables Company madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   Eagle Mountain Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor   Dallas Power & Light Company, Inc. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   Martin Lake 4 Power Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   Luminant Holding Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Defendant   Generation Development Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   LSGT Gas Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor   Texas Utilities Company, Inc. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   LSGT SACROC, Inc. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Interested Party   Energy Future Holdings Corp. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   Luminant Mineral Development Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Defendant   EEC Holdings, Inc. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   Lone Star Pipeline Company, Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor   NCA Development Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Plaintiff   EFIH Finance Inc. madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor   Sandow Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Attorney   Richards, Layton & Finger, P.A. madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Defendant   NCA Development Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   Luminant Renewables Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   4Change Energy Company madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor   Morgan Creek 7 Power Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   Luminant Energy Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor   Big Brown Power Company LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor   Brighten Energy LLC madron@rlf.com, rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor   TXU Energy Solutions Company LLC madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Jason M. Madron    on behalf of Debtor     NCA Resources Development Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     Generation Development Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     Lone Star Energy Company, Inc. madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     Big Brown Lignite Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron    on behalf of Defendant    EFH FS Holdings Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     Monticello 4 Power Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
           madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     TXU SEM Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     EFH CG Holdings Company LP madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     EFH Renewables Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Defendant    LSGT SACROC, Inc. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Defendant    EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     Tradinghouse Power Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     EFH Australia (No. 2) Holdings Company madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     Lake Creek 3 Power Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     TXU Energy Retail Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron    on behalf of Defendant    EBASCO Services of Canada Limited madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     EEC Holdings, Inc. madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     Energy Future Intermediate Holding Company LLC
           madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Other Prof.    KPMG LLP madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     TXU Retail Services Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
           madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     Big Brown 3 Power Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     Luminant Mining Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     Brighten Holdings LLC madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor     TXU Receivables Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor     EFIH Finance Inc. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Defendant    Energy Future Holdings Corp. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jeffrey C. Wisler   on behalf of Creditor    Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
           Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
           Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
          Jeffrey C. Wisler   on behalf of Creditor    Cloud Peak Energy Resources LLC
           jwisler@connollygallagher.com
          Jeffrey C. Wisler   on behalf of Creditor    Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
           Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
           Seidlets jwisler@connollygallagher.com
          Jeffrey M. Schlerf   on behalf of Intervenor    Ovation Acquisition I, L.L.C.
           jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
           jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party    Sempra Energy jschlerf@foxrothschild.com,
           idensmore@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Intervenor    Ovation Acquisition II, L.L.C.
           jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
           jschlerf@foxrothschild.com
          Jeffrey R. Fine    on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
           jfine@dykema.com,  jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
          Jeffrey R. Fine    on behalf of Creditor    Bluebonnet Electric Cooperative, Inc. jfine@dykema.com,
           jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jeffrey S. Sabin   on behalf of Creditor   Pacific Investment Management Co. LLC
  JSSabin@Venable.com
Jeffrey S. Sabin   on behalf of Interested Party   Pacific Investment Management Company LLC
  ("PIMCO") JSSabin@Venable.com
Jennifer  Marines   on behalf of Creditor Committee   The Official Committee of Unsecured
  Creditors JMarines@mofo.com
Jennifer R Sharret   on behalf of Interested Party   Computershare Trust Company, N.A., and
  Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
  Secured Second Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com,
  corporate-reorg-1449@ecf.pacerpro.com;MWasson@kramerlevin.com
Jennifer R. Hoover   on behalf of Creditor   Michelin North America Inc. jhoover@beneschlaw.com,
  docket@beneschlaw.com;lmolinaro@beneschlaw.com
Jennifer R. Hoover   on behalf of Attorney   Benesch, Friedlander, Coplan & Aronoff, LLP
  jhoover@beneschlaw.com,  docket@beneschlaw.com;lmolinaro@beneschlaw.com
Jennifer R. Hoover   on behalf of Interested Party   Fee Committee jhoover@beneschlaw.com,
  docket@beneschlaw.com;lmolinaro@beneschlaw.com
Jennifer V. Doran   on behalf of Creditor   Invensys Systems, Inc. jdoran@hinckleyallen.com,
  calirm@haslaw.com
Jeremy William Ryan   on behalf of Creditor   Citibank, N.A., as administrative and collateral
  agent jryan@potteranderson.com, bankruptcy@potteranderson.com
Joanna Flynn Newdeck   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
  jnewdeck@akingump.com,  ddunn@akingump.com
Joanna Flynn Newdeck   on behalf of Interested Party   UMB BANK, N.A., as Trustee
  jnewdeck@akingump.com,  ddunn@akingump.com
John A. Morris   on behalf of Interested Party   Computershare Trust Company, N.A., and
  Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
  Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
John C. Kilgannon   on behalf of Creditor   City of Dallas, Texas jck@stevenslee.com,
  jck@stevenslee.com
John D. Demmy   on behalf of Creditor   City of Dallas, Texas jdd@stevenslee.com
John D. Demmy   on behalf of Creditor   Rexel, Inc. jdd@stevenslee.com
John D. Demmy   on behalf of Creditor   AEP Texas Central Company d/b/a American Electric Power
  Company and AEP Texas North Company d/b/a American Electric Power Company jdd@stevenslee.com
John G. Harris   on behalf of Plaintiff   Avenue Capital Management II, LP
  jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
  jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
  jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   Third Avenue Management LLC jharris@bergerharris.com,
  mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   GSO Capital Partners LP jharris@bergerharris.com,
  mnicholls@bergerharris.com
John H. Strock   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
  jstrock@foxrothschild.com,  dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
John M. Seaman   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
  seaman@abramsbayliss.com,  farro@abramsbayliss.com;matthews@abramsbayliss.com
John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts
  john.stern@oag.texas.gov,  bk-mbecker@oag.texas.gov
John P. Dillman   on behalf of Creditor   Angelina County houston_bankruptcy@publicans.com
John P. Dillman   on behalf of Creditor   Fort Bend County houston_bankruptcy@publicans.com
John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
John P. Melko   on behalf of Creditor   ROMCO Equipment Co. jmelko@gardere.com,
  mriordan@gardere.com;ggattis@gardere.com;rdiep@gardere.com
John R. Ashmead   on behalf of Interested Party   Wilmington Trust, N.A. ashmead@sewkis.com
Johnna  Darby   on behalf of Interested Party   Steag Energy Services, Inc. jdarby@shawfishman.com
Jon M. Chatalian   on behalf of Creditor   Pension Benefit Guaranty Corporation
  chatalian.jon@pbgc.gov,  efile@pbgc.gov
Jonathan L. Howell   on behalf of Creditor   Red Ball Oxygen Company jhowell@gpm-law.com
Joseph  Grey   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
  jgrey@crosslaw.com,  smcdonald@crosslaw.com
Joseph Charles Barsalona II   on behalf of Debtor   Energy Future Holdings Corp.
  barsalona@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Joseph Charles Barsalona II   on behalf of Creditor   Energy Future Holdings Corp.
  barsalona@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Joseph D. Frank   on behalf of Interested Party   PI Law Firms jfrank@fgllp.com,
  ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
Joseph D. Frank   on behalf of Creditor   Experian Information Solutions, Inc. jfrank@fgllp.com,
  ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
Joseph D. Frank   on behalf of Creditor   Experian Marketing Solutions, Inc. jfrank@fgllp.com,
  ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
Joseph D. Wright   on behalf of Interested Party   Alcoa Inc. wright@lrclaw.com,
  dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
Joseph D. Wright   on behalf of Defendant   NextEra Energy, Inc. wright@lrclaw.com,
  dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
Joseph D. Wright   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
  Holdings, Inc. wright@lrclaw.com,
  dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Joseph D. Wright    on behalf of Interested Party    NextEra Energy, Inc. wright@lrclaw.com,
               dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
              Joseph D. Wright    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
               LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,
               dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
              Joseph D. Wright    on behalf of Creditor    NextEra Energy, Inc. wright@lrclaw.com,
               dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
              Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity
               as First Lien Administrative Agent jhh@stevenslee.com
              Joseph H. Huston, Jr.    on behalf of Creditor    Oaktree Capital Management, L.P.
               jhh@stevenslee.com
              Joseph H. Huston, Jr.    on behalf of Creditor    Angelo Gordon & Co., LP jhh@stevenslee.com
              Joseph H. Huston, Jr.    on behalf of Creditor    Apollo Management HoldingsLP jhh@stevenslee.com
              Joseph H. Huston, Jr.    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company
               LLC jhh@stevenslee.com
              Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral
               Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
              Joseph H. Huston, Jr.    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First
               Lien Administrative Agent jhh@stevenslee.com
              Joseph H. Huston, Jr.    on behalf of Debtor    Energy Future Holdings Corp. jhh@stevenslee.com
              Joseph J. McMahon, Jr.    on behalf of Creditor    Red Ball Oxygen Company jmcmahon@ciardilaw.com,
               mflores@ciardilaw.com
              Joseph J. McMahon, Jr.    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC
               jmcmahon@ciardilaw.com,  mflores@ciardilaw.com
              Joshua K. Brody    on behalf of Defendant    Computershare Trust Company of Canada
               jbrody@kramerlevin.com,
               adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
               .pacerpro.com
              Joshua K. Brody    on behalf of Defendant    Computershare Trust Company, N.A.
               jbrody@kramerlevin.com,
               adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
               .pacerpro.com
              Joshua K. Brody    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
               Objectors jbrody@kramerlevin.com,
               adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
               .pacerpro.com
              Joshua K. Brody    on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
               adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
               .pacerpro.com
              Joshua Powers Searcy    on behalf of Creditor    D. Courtney Construction, Inc.
               joshsearcy@jrsearcylaw.com
              Joshua Y. Sturm    on behalf of Creditor    Delaware Trust Company, as successor indenture trustee
               and collateral trustee, joshua.strum@ropesgray.com
              Julia B. Klein    on behalf of Creditor    Mudrick Capital Management, L.P. klein@teamrosner.com
              Julia Bettina Klein    on behalf of Interested Party    Mudrick Capital Management L.P.
               klein@kleinllc.com
              Justin Cory Falgowski    on behalf of Creditor    Texas Big Spring, LP jfalgowski@burr.com
              Justin K. Edelson    on behalf of Interested Party    The Official Committee of TCEH Unsecured
               Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Justin K. Edelson    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Justin K. Edelson    on behalf of Financial Advisor    FTI Consulting, Inc. jedelson@polsinelli.com,
               LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Karen Beth Shaer    on behalf of Other Prof.    Garden City Group, LLC PACERTeam@gardencitygroup.com
              Karen C. Bifferato    on behalf of Interested Party    Pacific Investment Management Company LLC
               ("PIMCO") kbifferato@connollygallagher.com
              Katharine L. Mayer    on behalf of Interested Party    Aetna Inc. kmayer@mccarter.com
              Katharine L. Mayer    on behalf of Interested Party    Aetna Life Insurance Company
               kmayer@mccarter.com
              Katherine Stadler    on behalf of Interested Party    Fee Committee kstadler@gklaw.com,
               kboucher@gklaw.com;pbrellenthin@gklaw.com
              Kathleen A. Murphy    on behalf of Creditor    CATERPILLAR FINANCIAL SERVICES CORP.
               kathleen.murphy@bipc.com,  annette.dye@bipc.com
              Kathleen M. Miller    on behalf of Creditor    Valero Texas Power Marketing, Inc.
               kmiller@skjlaw.com,  llb@skjlaw.com
              Kathleen M. Miller    on behalf of Creditor    Airgas USA, LLC kmiller@skjlaw.com,  llb@skjlaw.com
              Kay Diebel Brock    on behalf of Creditor    Travis County bkecf@co.travis.tx.us
              Keith Howard Wofford    on behalf of Creditor    Elliott Associates, L.P., Elliott International,
               L.P. and The Liverpool Limited Partnership keith.wofford@ropesgray.com,
               keith.wofford@ropesgray.com
              Keith Howard Wofford    on behalf of Interested Party    CSC Trust Company of Delaware, as
               successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
               keith.wofford@ropesgray.com
              Kerry L. Haliburton    on behalf of Creditor    Buffalo Industrial Supply, Inc.
               raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Kevin C. Driscoll, Jr.   on behalf of Creditor   GATX Corporation Kevin.Driscoll@btlaw.com,
    donna.dotts@btlaw.com
Kevin G. Collins   on behalf of Creditor   GATX Corporation kevin.collins@btlaw.com,
    pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin J. Mangan   on behalf of Interested Party   American Equipment Company Inc.
    kmangan@wcsr.com,   hsasso@wcsr.com;chfitzgerald@wcsr.com
Kevin J. Mangan   on behalf of Interested Party   AMECO Inc. kmangan@wcsr.com,
    hsasso@wcsr.com;chfitzgerald@wcsr.com
Kevin J. Mangan   on behalf of Interested Party   Alltite Inc. kmangan@wcsr.com,
    hsasso@wcsr.com;chfitzgerald@wcsr.com
Kevin J. Mangan   on behalf of Interested Party   Fluor Global Services kmangan@wcsr.com,
    hsasso@wcsr.com;chfitzgerald@wcsr.com
Kevin J. Mangan   on behalf of Interested Party   Fluor Corporation kmangan@wcsr.com,
    hsasso@wcsr.com;chfitzgerald@wcsr.com
Kevin J. Mangan   on behalf of Interested Party   Fluor Enterprises Inc. kmangan@wcsr.com,
    hsasso@wcsr.com;chfitzgerald@wcsr.com
Kevin M Lippman   on behalf of Creditor   Electric Reliability Council of Texas, Inc.
    klippman@munsch.com,   lpannier@munsch.com
Kevin M. Capuzzi   on behalf of Creditor   Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
    docket@beneschlaw.com;lmolinaro@beneschlaw.com
Kimberly Ellen Connolly Lawson   on behalf of Interested Party   The Bank of New York Mellon, in
    its capacity as the PCRB Trustee klawson@reedsmith.com,   bankruptcy-2628@ecf.pacerpro.com
Kimberly Ellen Connolly Lawson   on behalf of Creditor   The Bank of New York Mellon, as
    Indenture Trustee klawson@reedsmith.com,   bankruptcy-2628@ecf.pacerpro.com
Kimberly Ellen Connolly Lawson   on behalf of Creditor   The Bank of New York Mellon Trust
    Company, N.A., as Indenture Trustee klawson@reedsmith.com,   bankruptcy-2628@ecf.pacerpro.com
Kimberly Ellen Connolly Lawson   on behalf of Creditor Committee   The Official Committee of
    Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
    LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com,
    bankruptcy-2628@ecf.pacerpro.com
Kizzy Lyn Jarashow   on behalf of Creditor   Aurelius Capital Management, LP
    kjarashow@goodwinprocter.com
Kurt F. Gwynne   on behalf of Interested Party   The Bank of New York Mellon Trust Company, N.A.,
    in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,
    llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
    kgwynne@reedsmith.com,   llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne   on behalf of Interested Party   The Bank of New York Mellon, in its capacity as
    the PCRB Trustee kgwynne@reedsmith.com,   llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne   on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., as
    Indenture Trustee kgwynne@reedsmith.com,
    llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurtzman Carson Consultants LLC   info@kccllc.com
L. John Bird   on behalf of Creditor   Creditor-Investor Consortium jbird@foxrothschild.com,
    idensmore@foxrothschild.com
L. John Bird   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
    jbird@foxrothschild.com,   idensmore@foxrothschild.com
L. John Bird   on behalf of Intervenor   Ovation Acquisition I, L.L.C. jbird@foxrothschild.com,
    idensmore@foxrothschild.com
L. John Bird   on behalf of Intervenor   Ovation Acquisition II, L.L.C. jbird@foxrothschild.com,
    idensmore@foxrothschild.com
L. Katherine Good   on behalf of Interested Party   Boral Material Technologies, LLC
    kgood@wtplaw.com,   clano@wtplaw.com
L. Katherine Good   on behalf of Interested Party   Simeio Solutions, Inc. kgood@wtplaw.com
Lara E. Shipkovitz   on behalf of Creditor   Thermo Fisher Scientific Inc.
    lshipkovitz@tuckerlaw.com
Lars A. Peterson   on behalf of Interested Party   UMB BANK, N.A., as Trustee lapeterson@foley.com
Lars A. Peterson   on behalf of Creditor   UMB Bank, N.A. lapeterson@foley.com
Laura Davis Jones   on behalf of Interested Party   Second Lien Indenture Trustee and the EFIH
    Second Lien Group ljones@pszjlaw.com
Laura Davis Jones   on behalf of Plaintiff   Computershare Trust Company, N.A.
    ljones@pszjlaw.com
Laura Davis Jones   on behalf of Interested Party   Computershare Trust Company, N.A., and
    Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
    Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com, efile1@pszyjw.com
Laura Davis Jones   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
    ljones@pszjlaw.com
Laura Davis Jones   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee &
    EFIH Second Lien Group ljones@pszjlaw.com
Laura Davis Jones   on behalf of Interested Party   Computershare Trust Company, N.A. and
    Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
    lien notes and the holders thereof. ljones@pszjlaw.com, efile1@pszyjw.com
Laura Davis Jones   on behalf of Interested Party   Second Lien Indenture Trustee
    ljones@pszjlaw.com
Laura Davis Jones   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
    Objectors ljones@pszjlaw.com
Laura Davis Jones   on behalf of Interested Party   EFIH Second Lien Indenture Trustee
    ljones@pszjlaw.com, efile1@pszyjw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Laura Davis  Jones   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
              Objectors ljones@pszjlaw.com,  efile@pszyj.com
           Laura Davis  Jones   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
              ljones@pszjlaw.com,  efile@pszyj.com
           Laurie Selber Silverstein   on behalf of Interested Party   EFIH First Lien DIP Agent
              bankruptcy@potteranderson.com
           Laurie Selber Silverstein   on behalf of Interested Party   Deutsche Bank AG New York Branch
              bankruptcy@potteranderson.com
           Lee Harrington   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
              lharrington@nixonpeabody.com
           Lee B. Gordon   on behalf of Creditor   Texas Ad Valorem Taxing Jurisdictions
              sonya.ragsdale@mvbalaw.com
           Lindsay  Zahradka   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
              Noteholders lzahradka@akingump.com
           Lindsay  Zahradka   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
              lzahradka@akingump.com
           Lino  Mendiola, III   on behalf of Interested Party   Titus County Fresh Waster Supply District
              No. 1 linomendiola@andrewskurth.com
           Lino  Mendiola, III   on behalf of Interested Party   Titus County Fresh Water Supply District
              No. 1 linomendiola@andrewskurth.com
           Lisa Cresci McLaughlin   on behalf of Interested Party   Fee Committee mmo@pgmhlaw.com
           Lorenzo  Marinuzzi   on behalf of Interested Party   The Official Committee of TCEH Unsecured
              Creditors LMarinuzzi@mofo.com,  lorenzo-marinuzzi-4664@ecf.pacerpro.com
           Lucian Borders Murley   on behalf of Creditor   Johnson Matthey Stationary Emissions Control LLC
              luke.murley@saul.com,  robyn.warren@saul.com
           Lucian Borders Murley   on behalf of Creditor   Accenture LLP luke.murley@saul.com,
              robyn.warren@saul.com
           Marc J. Phillips   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc.
              mphillips@mgmlaw.com
           Marc J. Phillips   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
              mphillips@mgmlaw.com
           Marc J. Phillips   on behalf of Creditor   Steering Committee of Cities Served by Oncor
              mphillips@mgmlaw.com
           Marc Stephen Casarino   on behalf of Creditor   Google Inc. casarinom@whiteandwilliams.com,
              debankruptcy@whiteandwilliams.com
           Maria A. Bove   on behalf of Interested Party   Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
           Maria Aprile Sawczuk   on behalf of Interested Party   Sierra Club marias@restructuringshop.com,
              marias@ecf.courtdrive.com
           Maria Aprile Sawczuk   on behalf of Creditor Miguel Oliveras Caraballo
              marias@restructuringshop.com,  marias@ecf.courtdrive.com
           Mark  Minuti   on behalf of Creditor   Electric Reliability Council of Texas, Inc.
              mark.minuti@saul.com,  robyn.warren@saul.com/ecf-9d8e07160ff2@ecf.pacerpro.com
           Mark Andrew Fink   on behalf of Interested Party   The Official Committee of Unsecured Creditors
              of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
              Inc.; and EECI, Inc. (EFH Committee) mfink@mmwr.com,
              ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
           Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
              Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
              Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com,
              ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
           Mark Andrew Fink   on behalf of Spec. Counsel   Montgomery, McCracken, Walker & Rhoads, LLP
              mfink@mmwr.com,  ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
           Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
              Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
              Finance Inc., and EECI, Inc. mfink@mmwr.com,
              ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
           Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
              Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
              Finance, Inc., and EECI, Inc. mfink@mmwr.com,
              ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
           Mark Charles 2009npfdEllenberg   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy
              Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. mark.ellenberg@cwt.com,
              michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com
           Mark D. Collins   on behalf of Debtor   Energy Future Holdings Corp.
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
           Mark D. Collins   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
           Mark D. Kotwick   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral Agent
              KOTWICK@SEWKIS.COM
           Mark D. Kotwick   on behalf of Interested Party   Wilmington Trust, N.A. kotwick@sewkis.com
           Mark D. Kotwick   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral Agent
              and First Lien Administrative Agent KOTWICK@SEWKIS.COM
           Mark D. Olivere   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
              olivere@chipmanbrown.com,  dero@chipmanbrown.com/mccloskey@chipmanbrown.com
           Mark D. Olivere   on behalf of Interested Party   Berkshire Hathaway Energy Company
              olivere@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Mark E. Felger   on behalf of Interested Party   J. Aron & Company mfelger@cozen.com,
              MBrickley@cozen.com;mmillis@cozen.com
             Mark E. Felger   on behalf of Interested Party   J Aron & Company mfelger@cozen.com,
              MBrickley@cozen.com;mmillis@cozen.com
             Mark F. Hebbeln   on behalf of Interested Party   UMB BANK, N.A., as Trustee mhebbeln@foley.com,
              jsorrels@foley.com,opetukhova@foley.com
             Mark F. Hebbeln   on behalf of Creditor   UMB Bank, N.A. mhebbeln@foley.com,  jsorrels@foley.com,
              opetukhova@foley.com
             Mark F. Rosenberg   on behalf of Creditor Committee   The Official Committee of Unsecured
              Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
              Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com
             Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Houston Electric,
              LLC mdesgrosseilliers@wcsr.com, hsasso@wcsr.com;chfitzgerald@wcsr.com
             Mark L. Desgrosseilliers   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
              mdesgrosseilliers@wcsr.com, hsasso@wcsr.com;chfitzgerald@wcsr.com
             Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Resources Corp.
              mdesgrosseilliers@wcsr.com, hsasso@wcsr.com;chfitzgerald@wcsr.com
             Mark S. Chehi   on behalf of Interested Party   Borealis Infrastructure Management Inc.
              mchehi@skadden.com,  debank@skadden.com
             Matthew B. McGuire   on behalf of Plaintiff   Marathon Asset Management, LP mcguire@lrclaw.com,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
             Matthew B. McGuire   on behalf of Interested Party   Marathon Asset Management, LP
              mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
             Matthew B. McGuire   on behalf of Creditor   Polygon Convertible Opportunity Master Fund
              mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
             Matthew B. McGuire   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
              mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
             Matthew B. McGuire   on behalf of Plaintiff   Polygon Distressed Opportunities Master Fund
              mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
             Matthew B. McGuire   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
              Holdings, Inc. mcguire@lrclaw.com,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
             Matthew B. McGuire   on behalf of Plaintiff   Polygon Convertible Opportunity Master Fund
              mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
             Matthew B. McGuire   on behalf of Defendant   NextEra Energy, Inc. mcguire@lrclaw.com,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
             Matthew B. McGuire   on behalf of Interested Party   Alcoa Inc. ,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
             Matthew B. McGuire   on behalf of Creditor   NextEra Energy Resources, LLC mcguire@lrclaw.com,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
             Matthew B. McGuire   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
              II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
             Matthew B. McGuire   on behalf of Creditor   NextEra Energy, Inc. mcguire@lrclaw.com,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
             Matthew C. Brown   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
              mbrown@whitecase.com
             Matthew G. Summers   on behalf of Creditor   URENCO, Inc. summersm@ballardspahr.com,
              chiggesd@ballardspahr.com
             Matthew G. Summers   on behalf of Creditor   Louisiana Energy Services, LLC
              summersm@ballardspahr.com,  chiggesd@ballardspahr.com
             Matthew J. Troy   on behalf of Creditor   United States of America matthew.troy@usdoj.gov
             Meredith A. Lahaie   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
              Noteholders mlahaie@akingump.com
             Meredith A. Lahaie   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
              mlahaie@akingump.com
             Michael A. Paskin   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
              mpaskin@cravath.com
             Michael D. DeBaecke   on behalf of Interested Party   Wilmington Trust, N.A.
              debaecke@blankrome.com
             Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A., as First Lien
              Collateral Agent debaecke@blankrome.com,  moody@ecf.inforuptcy.com
             Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
              Agent and First Lien Administrative Agent debaecke@blankrome.com,  moody@ecf.inforuptcy.com
             Michael David Debaecke   on behalf of Creditor   Wilmington Trust, N.A., as Successor TCEH First
              Lien Administrative Agent and Successor TCEH First Lien Collateral Agent debaecke@blankrome.com,
              moody@ecf.inforuptcy.com
             Michael David Debaecke   on behalf of Interested Party   Wilmington Trust, N.A.
              debaecke@blankrome.com,  moody@ecf.inforuptcy.com
             Michael G. Busenkell   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
              mbusenkell@gsbblaw.com
             Michael G. Busenkell   on behalf of Interested Party   Subsequent Settling EFIH PIK Noteholders
              comprised of: York Capital Management Global Advisors, LLC; P. Schoenfeld Asset Management L.P.;
              mbusenkell@gsbblaw.com
             Michael G. Busenkell   on behalf of Interested Party   Tannor Partners Credit Fund LP
              mbusenkell@gsbblaw.com
             Michael G. Busenkell   on behalf of Creditor   Sunrise Partners Limited Partnership
              mbusenkell@gsbblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Michael G. Busenkell   on behalf of Creditor   Marathon Asset Management, LP
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor   Knife River Corporation-South
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor   Polygon Convertible Opportunity Master Fund
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Interested Party   York Capital Management Global Advisors,
           LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor   Mudrick Capital Management, L.P.
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor   Aurelius Capital Management, LP
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor William Jeffrey Herbert mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Interested Party   Marathon Asset Management, LP
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Other Prof.   Ad Hoc Group of Non-Settling EFIH PIK
           Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
           Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D mbusenkell@gsbblaw.com
          Michael Joseph Joyce   on behalf of Creditor   Certain funds and accounts advised or sub-advised
           by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
          Michael Joseph Joyce   on behalf of Interested Party   certain funds and accounts advised or
           sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
          Michael Joseph Joyce   on behalf of Interested Party   Fidelity Management & Research Company
           mjoyce@oelegal.com
          Michael L. Atchley   on behalf of Creditor   Tarrant Regional Water District
           matchley@popehardwicke.com
          Michael L. Atchley   on behalf of Creditor   Northeast Texas Municipal Water District
           matchley@popehardwicke.com
          Michael P. Esser   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
           michael.esser@kirkland.com
          Michael P. Esser   on behalf of Plaintiff   Energy Future Holdings Corp.
           michael.esser@kirkland.com
          Michael P. Esser   on behalf of Debtor   Energy Future Holdings Corp. michael.esser@kirkland.com
          Michelle McMahon   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
           Objectors michelle.mcmahon@bryancave.com, dortiz@bryancave.com
          Monica S. Blacker   on behalf of Attorney   Jackson Walker LLP mblacker@jw.com,
           tsalter@jw.com;ldooley@jw.com
          Monica S. Blacker   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
           mblacker@jw.com,  tsalter@jw.com, ldooley@jw.com
          Natalie D. Ramsey   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com,  ECFdocuments@pacerpro.com
          Natalie D. Ramsey   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors of Energy Future Holding Corp., Energy Future Intermediate Holding Company LLC, EFIH
           Finance Inc., and EECI, Inc. nramsey@mmwr.com,  ECFdocuments@pacerpro.com
          Neil B. Glassman   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
           Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
           nglassman@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;jalberto@bayardla
           w.com;bankserve@bayardlaw.com
          Neil B. Glassman   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien Indenture
           Trustee bankserve@bayardfirm.com,  nglassman@bayardfirm.com
          Neil B. Glassman   on behalf of Interested Party   Delaware Trust Company
           bankserve@bayardfirm.com,  nglassman@bayardfirm.com
          Nicholas D. Mozal   on behalf of Defendant   Angelo Gordon & Co., LP nmozal@ramllp.com
          Nicholas D. Mozal   on behalf of Defendant   Apollo Advisors VII, L.P. nmozal@ramllp.com
          Nicholas D. Mozal   on behalf of Interested Party   Titan Investment Holdings LP nmozal@ramllp.com
          Nicholas D. Mozal   on behalf of Defendant   Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. nmozal@ramllp.com
          Nicholas J. Brannick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
           Indenture Trustee nbrannick@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          Nicholas J. Brannick   on behalf of Plaintiff   Delaware Trust Company nbrannick@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          Nicholas J. Brannick   on behalf of Interested Party   CSC Trust Company of Delaware, as
           successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
           otz.com
          Nick S. Kaluk, III   on behalf of Financial Advisor   Evercore Group L.L.C. nskaluk@debevoise.com
          Nicole D. Mignone   on behalf of Interested Party   Public Utility Commission of Texas
           nicole.mignone@texasattorneygeneral.gove
          Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company npernick@coleschotz.com,
           pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
           otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
    indenture trustee and collateral trustee npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
Norman L. Pernick   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
    Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
    Indenture Trustee npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company, as Indenture Trustee and
    Collateral Trustee, npernick@coleschotz.com,
    pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
    otz.com
Omar J. Alaniz   on behalf of Interested Party   CenterPoint Energy Resources Corp.
    omar.alaniz@bakerbotts.com
Omar J. Alaniz   on behalf of Interested Party   CenterPoint Energy Houston Electric, LLC
    omar.alaniz@bakerbotts.com
Owen M. Sonik   on behalf of Creditor   Galena Park Independent School District osonik@pbfcm.com,
    tpope@pbfcm.com;osonik@ecf.inforuptcy.com
Owen M. Sonik   on behalf of Creditor   Certain Texas Taxing Entities osonik@pbfcm.com,
    tpope@pbfcm.com;osonik@ecf.inforuptcy.com
Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Tejas Pipeline LLC
    pwp@pattiprewittlaw.com
Patricia Williams Prewitt   on behalf of Creditor   El Paso Natural Gas Company
    pwp@pattiprewittlaw.com
Patricia Williams Prewitt   on behalf of Creditor   Targa Gas Marketing LLC
    pwp@pattiprewittlaw.com
Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Texas Pipeline LLC
    pwp@pattiprewittlaw.com
Patrick L. Hughes   on behalf of Creditor   Airgas USA, LLC patrick.hughes@haynesboone.com
Pauline K. Morgan   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
    bankfilings@ycst.com
Peter J. Keane   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee & EFIH
    Second Lien Group pkeane@pszjlaw.com
Peter Jonathon Young   on behalf of Debtor   Energy Future Holdings Corp. pyoung@proskauer.com
Peter M. Gilhuly   on behalf of Interested Party   Ernst & Young LLP peter.gilhuly@lw.com,
    adam.malatesta@lw.com
R. Karl Hill   on behalf of Creditor   Liberty Mutual Insurance Co. khill@svglaw.com,
    spappa@svglaw.com
R. Stephen McNeill   on behalf of Creditor   Citibank, N.A., as administrative and collateral
    agent bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
R. Stephen McNeill   on behalf of Interested Party   Deutsche Bank Securities Inc.
    bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
Rachel Obaldo   on behalf of Creditor   Texas Comptroller of Public Accounts
    bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
Rachel Ringer   on behalf of Interested Party   Computershare Trust Company, N.A. and
    Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
    lien notes and the holders thereof. rringer@kramerlevin.com,
    AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;GFrenzel@kramerlevin.com;dbraun@kramerlevin.
    com/corporate-reorg-1449@ecf.pacerpro.com
Rachel B. Mersky   on behalf of Creditor   Top Line Rental , LLC rmersky@monlaw.com
Raymond H. Lemisch   on behalf of Defendant   UMB Bank, N.A., as indenture trustee
    rlemisch@klehr.com
Raymond H. Lemisch   on behalf of Creditor   UMB Bank, N.A. rlemisch@klehr.com
Raymond H. Lemisch   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
    rlemisch@klehr.com
Rebecca A. Hayes   on behalf of Creditor   UMB Bank, N.A. rhayes@foley.com
Rebecca A. Hayes   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
    rhayes@foley.com
Reed A. Heiligman   on behalf of Interested Party   PI Law Firms rheiligman@fgllp.com,
    ccarpenter@fgllp.com
Reed A. Heiligman   on behalf of Creditor   Experian Information Solutions, Inc.
    rheiligman@fgllp.com, ccarpenter@fgllp.com
Reed A. Heiligman   on behalf of Creditor   Experian Marketing Solutions, Inc.
    rheiligman@fgllp.com, ccarpenter@fgllp.com
Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
    rbarkasy@schnader.com
Richard A. Barkasy   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
    rbarkasy@schnader.com
Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
    rbarkasy@schnader.com
Richard L. Schepacarter   on behalf of U.S. Trustee   U.S. Trustee richard.schepacarter@usdoj.gov
Robert J. Feinstein   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
    Objectors rfeinstein@pszjlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Robert J. Feinstein   on behalf of Defendant    Computershare Trust Company, N.A.
                 rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Defendant    Computershare Trust Company of Canada
                 rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Interested Party    Computershare Trust Company, N.A., and
                 Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
                 Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
              Robert K. Malone   on behalf of Interested Party    CITIBANK, N.A. robert.malone@dbr.com,
                 andrew.groesch@dbr.com
              Ryan M. Bartley   on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
                 bankfilings@ycst.com
              Ryan M. Bartley   on behalf of Defendant    Vistra Energy Corp. bankfilings@ycst.com
              Sabrina L. Streusand   on behalf of Interested Party Allen  Shrode streusand@slollp.com,
                 prentice@slollp.com
              Samuel Lee Moultrie   on behalf of Creditor    RailWorks Track System, Inc. smoultrie@wlblaw.com
              Scott D. Cousins   on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
                 scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
                 Noteholders scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
                 and The Liverpool Limited Partnership scousins@bayardlaw.com,
                 lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
                 scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Sean A. O'Neal   on behalf of Interested Party    J. Aron & Company soneal@cgsh.com,
                 maofiling@cgsh.com;afee@cgsh.com
              Sean A. O'Neal   on behalf of Interested Party    J Aron & Company soneal@cgsh.com,
                 maofiling@cgsh.com;afee@cgsh.com
              Sean M. Brennecke   on behalf of Creditor    UMB Bank, N.A. sbrennecke@klehr.com,  state@klehr.com
              Shanti M. Katona   on behalf of Creditor Committee    The Official Committee of Unsecured
                 Creditors skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Shawn M. Christianson   on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
                 cmcintire@buchalter.com
              Simon E. Fraser   on behalf of Interested Party    J Aron & Company sfraser@cozen.com,
                 mmillis@cozen.com
              Simon E. Fraser   on behalf of Creditor    Goldman Sachs Lending Partners LLC sfraser@cozen.com,
                 mmillis@cozen.com
              Simon E. Fraser   on behalf of Interested Party    J. Aron & Company sfraser@cozen.com,
                 mmillis@cozen.com
              Simon E. Fraser   on behalf of Defendant    Morgan Stanley Capital Group, Inc. sfraser@cozen.com,
                 mmillis@cozen.com
              Stacey Kremling   on behalf of Creditor    2603 Augusta Investors, LP stacey@womaclaw.com
              Stacy L. Newman   on behalf of Interested Party    Union Pacific Railroad Company
                 snewman@ashby-geddes.com
              Stacy L. Newman   on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
                 capacity as successor Indenture Trustee snewman@ashby-geddes.com
              Stanley B. Tarr   on behalf of Interested Party    Wilmington Trust, N.A. tarr@blankrome.com,
                 moody@ecf.inforuptcy.com
              Stephanie Wickouski   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
                 Objectors stephanie.wickouski@bryancave.com, dortiz@bryancave.com
              Stephanie Wickouski   on behalf of Interested Party    Computershare Trust Company, N.A., and
                 Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
                 Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bryancave.com,
                 dortiz@bryancave.com
              Stephanie Wickouski   on behalf of Defendant    Computershare Trust Company of Canada
                 stephanie.wickouski@bryancave.com, dortiz@bryancave.com
              Stephanie Wickouski   on behalf of Defendant    Computershare Trust Company, N.A.
                 stephanie.wickouski@bryancave.com, dortiz@bryancave.com
              Stephen Karotkin   on behalf of Plaintiff    Third Avenue Management LLC
                 stephen.karotkin@weil.com, frank.grese@weil.com
              Stephen Karotkin   on behalf of Plaintiff    GSO Capital Partners LP stephen.karotkin@weil.com,
                 frank.grese@weil.com
              Stephen Karotkin   on behalf of Plaintiff    Avenue Capital Management II, LP
                 stephen.karotkin@weil.com, frank.grese@weil.com
              Stephen Karotkin   on behalf of Plaintiff    P. Schoenfeld Asset Management LP
                 stephen.karotkin@weil.com, frank.grese@weil.com
              Stephen Karotkin   on behalf of Plaintiff    York Capital Management Global Advisors, LLC
                 stephen.karotkin@weil.com, frank.grese@weil.com
              Stephen C. Stapleton   on behalf of Creditor    Atmos Energy Corporation
                 sstapleton@cowlesthompson.com
              Stephen D Lerner   on behalf of Interested Party    ArcelorMittal USA LLC
                 stephen.lerner@squirepb.com, sarah.conley@squirepb.com
              Stephen M. Miller   on behalf of Creditor    Law Debenture Trust Company of New York, in its
                 capacity as Indenture Trustee smiller@morrisjames.com,
                 wweller@morrisjames.com;jdawson@morrisjames.com
              Steven A. Ginther   on behalf of Creditor    Missouri Department of Revenue deecf@dor.mo.gov
              Stuart M. Brown   on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
                 stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
               stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
              Susan E. Kaufman   on behalf of Creditor   Tarrant Regional Water District
               skaufman@skaufmanlaw.com
              Theodore J. Tacconelli   on behalf of Interested Party   Titus County Appraisal District
               ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli   on behalf of Interested Party   Rusk County Appraisal District
               ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli   on behalf of Creditor   Freestone County, Texas
               ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli   on behalf of Interested Party   Freestone County Appraisal District
               ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli   on behalf of Interested Party   Robertson County Appraisal District
               ttacconelli@ferryjoseph.com
              Thomas F. Driscoll, III   on behalf of Debtor   Energy Future Holdings Corp. tdriscoll@tbf.legal,
               mdunwody@tbf.legal
              Thomas J. Moloney   on behalf of Interested Party   J Aron & Company tmoloney@cgsh.com
              Thomas J. Moloney   on behalf of Interested Party   J. Aron & Company tmoloney@cgsh.com
              Thomas M. Horan   on behalf of Debtor   Energy Future Holdings Corp. thoran@shawfishman.com
              Thomas M. Horan   on behalf of Plaintiff   Energy Future Holdings Corp. thoran@shawfishman.com
              Thomas M. Horan   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
               thoran@shawfishman.com
              Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
               Agent hooper@sewkis.com
              Thomas Ross Hooper   on behalf of Interested Party   Wilmington Trust, N.A. hooper@sewkis.com
              Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
               Agent and First Lien Administrative Agent hooper@sewkis.com
              Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company as Successor Trustee
               under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
               nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
              Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
               Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,
               nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
              Tina Niehold Moss   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
               tmoss@perkinscoie.com,
               nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
              Tobey M. Daluz   on behalf of Defendant   Pyramis Global Advisors Trust Company
               daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company
               daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series I: Fidelity Advisor High Income
               Advantage Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series II: Fidelity Advisor Strategic
               Income Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank Ltd. as trustee of Fidelity
               High Yield Bond Open Mother Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Puritan Trust: Fidelity Puritan Fund
               daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Global Bond Series  US Dollar Monthly Income
               US High Yield Pool daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company as Investment
               Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
               daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Master Trust Bank of Japan daluzt@ballardspahr.com,
               chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Variable Insurance Products Fund V: Strategic Income
               Portfolio daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Investments Canada ULC daluzt@ballardspahr.com,
               chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   FIL Investments International (FII)
               daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Summer Street Trust: Fidelity Global High
               Income Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity School Street Trust: Fidelity Strategic Income
               daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank, Ltd. as trustee of
               Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Investments daluzt@ballardspahr.com,
               chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Summer Street Trust: Fidelity Capital & Income
               Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Todd Charles Schiltz, Esq   on behalf of Interested Party   CSC Trust Company of Delaware, as
               successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
               cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
              Todd Jeffrey Rosen   on behalf of Interested Party   TCEH Debtors todd.rosen@mto.com
              Traci L. Cotton   on behalf of Creditor   UT System obo UT at Arlington tcotton@utsystem.edu
              Travis J. Ferguson   on behalf of Creditor   NextEra Energy Resources, LLC ferguson@lrclaw.com,
               dellose@lrclaw.com;raucci@lrclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Tyler D. Semmelman      on behalf of Debtor   Luminant Energy Trading California Company
          semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   EEC Holdings, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Lone Star Pipeline Company, Inc. semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   LSGT Gas Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   NCA Development Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   EECI, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Luminant Renewables Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Luminant Mining Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Eagle Mountain Power Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   TXU Energy Receivables Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   TXU Retail Services Company semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   TXU Electric Company, Inc. semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Martin Lake 4 Power Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Energy Future Intermediate Holding Company LLC
          semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Lone Star Energy Company, Inc. semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
          semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Energy Future Competitive Holdings Company LLC
          semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Energy Future Holdings Corp. semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Big Brown 3 Power Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Generation Development Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Oak Grove Mining Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Brighten Energy LLC semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Texas Electric Service Company, Inc. semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Luminant Generation Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Generation SVC Company semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Luminant Mineral Development Company LLC
          semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Texas Utilities Company, Inc. semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   TXU SEM Company semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Southwestern Electric Service Company, Inc.
          semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   EFH FS Holdings Company semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Defendant   EFIH Finance Inc. semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   4Change Energy Holdings LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Sandow Power Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   EFH Renewables Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Valley Power Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   EFH CG Management Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Attorney   Kirkland & Ellis LLP semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Luminant ET Services Company semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Generation MT Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
          Tyler D. Semmelman      on behalf of Debtor   Morgan Creek 7 Power Company LLC semmelman@rlf.com,
          rbgroup@rlf.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Tyler D. Semmelman    on behalf of Debtor    TCEH Finance, Inc. semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    NCA Resources Development Company LLC
 semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Big Brown Lignite Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Texas Energy Industries Company, Inc.
 semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    TXU Energy Retail Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Dallas Power & Light Company, Inc. semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    DeCordova Power Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Monticello 4 Power Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Lake Creek 3 Power Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Tradinghouse Power Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Luminant Big Brown Mining Company LLC
 semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Luminant Holding Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Collin Power Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Texas Power & Light Company, Inc. semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Oak Grove Power Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    TXU Energy Solutions Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Brighten Holdings LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Big Brown Power Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    TXU Receivables Company semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Valley NG Power Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    LSGT SACROC, Inc. semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    EFH CG Holdings Company LP semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    Oak Grove Management Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
 semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    DeCordova II Power Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Debtor    4Change Energy Company semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman    on behalf of Defendant   Energy Future Intermediate Holding Company LLC
 semmelman@rlf.com,  rbgroup@rlf.com
U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
Victoria D. Garry    on behalf of Interested Party   Ohio Department of Taxation
 vgarry@ag.state.oh.us
Vincent E. Lazar    on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
 vlazar@jenner.com
Ward W. Benson    on behalf of Creditor    UNITED STATES OF AMERICA wardlow.w.benson@usdoj.gov,
 Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
Ward W. Benson    on behalf of Creditor    United States of America on Behalf of the Internal
 Revenue Service wardlow.w.benson@usdoj.gov,
 Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
Warren A. Usatine    on behalf of Interested Party   CSC Trust Company of Delaware, as successor
 indenture trustee and collateral trustee wusatine@coleschotz.com,  kkarstetter@coleschotz.com
Wendy B. Reilly    on behalf of Creditor    Evercore Group LLC wbreilly@debevoise.com,
 mao-bk-ecf@debevoise.com
William A. Hazeltine    on behalf of Creditor    Mastercraft Printed Products & Services, Inc.
 Bankruptcy001@sha-llc.com
William A. Romanowicz    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
William A. Romanowicz    on behalf of Debtor    EFIH Finance Inc. rbgroup@rlf.com
William A. Romanowicz    on behalf of Debtor    Big Brown 3 Power Company LLC rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          William A. Romanowicz    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Brighten Energy LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Texas Utilities Electric Company, Inc.
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH CG Management Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH CG Holdings Company LP rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Southwestern Electric Service Company, Inc.
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Corporate Services Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Defendant  Energy Future Intermediate Holding Company LLC
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    LSGT Gas Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH FS Holdings Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Defendant  EFIH Finance Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Brighten Holdings LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Eagle Mountain Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation Development Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EEC Holdings, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    DeCordova Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
            rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    LSGT SACROC, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lone Star Energy Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation MT Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Luminant Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lone Star Pipeline Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    4Change Energy Holdings LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation SVC Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Big Brown Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EECI, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Big Brown Lignite Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    4Change Energy Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lake Creek 3 Power Company LLC rbgroup@rlf.com
          William D. Sullivan    on behalf of Creditor    Capgemini America, Inc. wdsecfnotices@sha-llc.com
          William E Kelleher, Jr    on behalf of Creditor    Westinghouse Electric Company LLC
            wkelleher@cohenlaw.com, mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
          William E. Chipman, Jr.    on behalf of Interested Party    Berkshire Hathaway Energy Company
            chipman@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          William E. Chipman, Jr.    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
            Noteholders chipman@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          William E. Chipman, Jr.    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
            chipman@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          William F. Taylor, Jr.    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
            bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
          William Mark Alleman, Jr    on behalf of Interested Party    Fee Committee WAlleman@beneschlaw.com,
            lmolinaro@beneschlaw.com;docket@beneschlaw.com
          William P. Weintraub    on behalf of Creditor    Aurelius Capital Management, LP
            wweintraub@goodwinproctor.com, zhassoun@fklaw.com
          William Pierce Bowden    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in
            its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
          Zachary I Shapiro    on behalf of Debtor    Energy Future Holdings Corp. shapiro@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                                                                                          TOTAL: 1000
```