# **Exhibit A**

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)
**Ninth Interim Fee Period Applications**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| 1 | Richards Layton & Finger [D.I. 11231] | 05/01 - 08/31/2016 | $637,280.50 | $2,979.25 | $64,669.99 | $7,788.02 | $634,301.25 | $56,881.97 |
| 2 | Greenberg Traurig [D.I. 11355] | 05/01 - 08/31/2016 | $169,319.50 | $833.00 | $1,702.31 | $0.00 | $168,486.50 | $1,702.31 |
| 3 | Greenberg Traurig [D.I. 11356] | 09/01 - 12/31/2016 | $80,463.00 | $0.00 | $0.00 | $0.00 | $80,463.00 | $0.00 |
| 4 | Montgomery McCracken W&R LLP [D.I. 11179] | 09/01 - 12/31/2016 | $131,056.50 | $1,435.50 | $5,077.79 | $0.00 | $129,621.00 | $5,077.79 |
| 5 | EPIQ [D.I. 11400] | 09/01 - 12/31/2016 | $311,030.10 | $740.90 | $261,128.64 | $0.00 | $310,289.20 | $261,128.64 |
| 6 | Bielli & Klauder [D.I. 11353] | 01/01 - 04/30/2017 | $28,979.00 | $0.00 | $84.10 | $0.00 | $28,979.00 | $84.10 |
| 7 | Jenner & Block [D.I. 11354] | 01/01 - 04/30/2017 | $55,877.50 | $0.00 | $88.92 | $0.00 | $55,877.50 | $88.92 |
| 8 | SOLIC Capital Advisors [D.I. 11423] | 01/01 - 04/30/2017 | $800,000.00 | $0.00 | $0.00 | $0.00 | $800,000.00 | $0.00 |
| 9 | AlixPartners LLP [D.I. 11466] | 01/01 - 04/30/2017 | $14,478.50 | $0.00 | $0.00 | $0.00 | $14,478.50 | $0.00 |
| 10 | Cravath Swaine & Moore LLP [D.I. 11376] | 01/01 - 4/30/2017 | $82,815.50 | $0.00 | $288.52 | $0.00 | $82,815.50 | $288.52 |
| 11 | Proskauer Rose LLP [D.I. 11352] | 01/01 - 04/30/2017 | $1,049,585.50 | $84,957.25 | $27,194.88 | $7,211.96 | $964,628.25 | $19,982.92 |
| 12 | Stevens & Lee PC [D.I. 11498] | 01/01 - 04/30/2017 | $43,204.50 | $826.50 | $269.45 | $0.00 | $42,378.00 | $269.45 |
| 13 | Sullivan & Cromwell LLP [D.I. 11409] | 01/01 - 04/30/2017 | $269,353.80 | $882.25 | $7,638.07 | $0.00 | $268,471.55 | $7,638.07 |
| 14 | Alvarez & Marsal North America, LLC [D.I. 11357] | 01/01 - 04/30/2017 | $134,945.00 | $0.00 | $2,185.77 | $0.00 | $134,945.00 | $2,185.77 |
| 15 | Filsinger Energy Partners [D.I. 11359] | 01/01 - 04/30/2017 | $32,734.50 | $0.00 | $44.00 | $0.00 | $32,734.50 | $44.00 |
| 16 | Kirkland & Ellis [D.I. 11349] | 01/01 - 4/30/2017 | $6,309,112.50 | $97,511.63 | $222,741.03 | $13,858.00 | $6,211,600.87 | $208,883.03 |