# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | |
| In re: | ) Chapter 11 |
| | ) |
| 4CHANGE ENERGY COMPANY | ) Case No. 14-10980 (CSS) |
| | ) |
| Debtor. | ) (Jointly Administered) |
| | |
| In re: | ) Chapter 11 |
| | ) |
| 4CHANGE ENERGY HOLDINGS LLC | ) Case No. 14-10981 (CSS) |
| | ) |
| Debtor. | ) (Jointly Administered) |
| | |
| In re: | ) Chapter 11 |
| | ) |
| BIG BROWN 3 POWER COMPANY LLC | ) Case No. 14-10983 (CSS) |
| | ) |
| Debtor. | ) (Jointly Administered) |
| | |
| In re: | ) Chapter 11 |
| | ) |
| BIG BROWN LIGNITE COMPANY LLC | ) Case No. 14-10986 (CSS) |
| | ) |
| Debtor. | ) (Jointly Administered) |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| BIG BROWN POWER COMPANY LLC | ) ) ) | Case No. 14-10988 (CSS) |
| Debtor. | ) ) ) | (Jointly Administered) |
| In re: | ) ) | Chapter 11 |
| COLLIN POWER COMPANY LLC | ) ) ) | Case No. 14-10998 (CSS) |
| Debtor. | ) ) ) | (Jointly Administered) |
| In re: | ) ) | Chapter 11 |
| DECORDOVA POWER COMPANY LLC | ) ) ) | Case No. 14-10982 (CSS) |
| Debtor. | ) ) ) | (Jointly Administered) |
| In re: | ) ) | Chapter 11 |
| DECORDOVA II POWER COMPANY LLC | ) ) ) | Case No. 14-11003 (CSS) |
| Debtor. | ) ) ) | (Jointly Administered) |
| In re: | ) ) | Chapter 11 |
| EAGLE MOUNTAIN POWER COMPANY LLC | ) ) ) ) | Case No. 14-10984 (CSS) |
| Debtor. | ) ) ) | (Jointly Administered) |
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC | ) ) ) ) | Case No. 14-11005 (CSS) |
| Debtor. | ) ) ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| GENERATION MT COMPANY LLC | ) | Case No. 14-11021 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| GENERATION SVC COMPANY | ) | Case No. 14-11025 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| LAKE CREEK 3 POWER COMPANY LLC | ) | Case No. 14-11029 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| LUMINANT BIG BROWN MINING COMPANY LLC | ) | Case No. 14-11018 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| LUMINANT ENERGY COMPANY LLC | ) | Case No. 14-11023 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| LUMINANT ENERGY TRADING CALIFORNIA COMPANY | ) | Case No. 14-11026 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| LUMINANT ET SERVICES COMPANY | ) | Case No. 14-11030 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| LUMINANT GENERATION COMPANY LLC | ) | Case No. 14-11032 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| LUMINANT HOLDING COMPANY LLC | ) | Case No. 14-11037 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| LUMINANT MINERAL DEVELOPMENT COMPANY LLC | ) | Case No. 14-11040 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| LUMINANT MINING COMPANY LLC | ) | Case No. 14-11042 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| LUMINANT RENEWABLES COMPANY LLC | ) | Case No. 14-11044 (CSS) |
| Debtor. | ) | (Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| MARTIN LAKE 4 POWER COMPANY LLC | ) | Case No. 14-11010 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| MONTICELLO 4 POWER COMPANY LLC | ) | Case No. 14-11011 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| MORGAN CREEK 7 POWER COMPANY LLC | ) | Case No. 14-11014 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| NCA RESOURCES DEVELOPMENT COMPANY LLC | ) | Case No. 14-11019 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| OAK GROVE MANAGEMENT COMPANY LLC | ) | Case No. 14-11022 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| OAK GROVE MINING COMPANY LLC | ) | Case No. 14-11024 (CSS) |
| Debtor. | ) | (Jointly Administered) |

RLF1 18411149v.1

| | |
|---|---|
| In re: <br><br> OAK GROVE POWER COMPANY LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 14-11027 (CSS) <br><br> (Jointly Administered) |
| In re: <br><br> SANDOW POWER COMPANY LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 14-11033 (CSS) <br><br> (Jointly Administered) |
| In re: <br><br> TCEH FINANCE, INC. <br><br> Debtor. | Chapter 11 <br><br> Case No. 14-11028 (CSS) <br><br> (Jointly Administered) |
| In re: <br><br> TRADINGHOUSE 3 & 4 POWER COMPANY LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 14-11046 (CSS) <br><br> (Jointly Administered) |
| In re: <br><br> TRADINGHOUSE POWER COMPANY LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 14-10985 (CSS) <br><br> (Jointly Administered) |
| In re: <br><br> TXU ENERGY RECEIVABLES COMPANY LLC <br><br> Debtor. | Chapter 11 <br><br> Case No. 14-10993 (CSS) <br><br> (Jointly Administered) |

| | |
|---|---|
| In re: | Chapter 11 |
| TXU ENERGY RETAIL COMPANY LLC | Case No. 14-10997 (CSS) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| TXU ENERGY SOLUTIONS COMPANY LLC | Case No. 14-11002 (CSS) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| TXU RETAIL SERVICES COMPANY | Case No. 14-11009 (CSS) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| TXU SEM COMPANY | Case No. 14-11013 (CSS) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| VALLEY NG POWER COMPANY LLC | Case No. 14-11015 (CSS) |
| Debtor. | (Jointly Administered) |
| In re: | Chapter 11 |
| VALLEY POWER COMPANY LLC | Case No. 14-11020 (CSS) |
| Debtor. | (Jointly Administered) |

**FINAL DECREE (A) CLOSING CERTAIN OF THE CHAPTER 11 CASES, (B) TRANSFERRING CLAIMS AGAINST AND INTERESTS ASSERTED IN THE TCEH**

## DEBTORS TO THE LEAD CASE, AND (C) GRANTING RELATED RELIEF

Upon the motion (the "Motion") of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for the entry of a final decree (this "Final Decree")[2]: (a) closing the Closing Cases; and (b) granting related relief, all as more fully set forth in the Motion; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion (the "Hearing") under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted in its entirety.

2. The following chapter 11 cases (the "Closing Cases") of the Debtors are hereby closed; *provided* that this Court shall retain jurisdiction as provided in Article XI of the TCEH Plan:

| Debtor | Case No. |
|---|---|
| 4Change Energy Company | 14-10980 |
| 4Change Energy Holdings LLC | 14-10981 |

---

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

| | |
|---|---|
| Big Brown 3 Power Company LLC | 14-10983 |
| Big Brown Lignite Company LLC | 14-10986 |
| Big Brown Power Company LLC | 14-10988 |
| Collin Power Company LLC | 14-10998 |
| DeCordova Power Company LLC | 14-10982 |
| DeCordova II Power Company LLC | 14-11003 |
| Eagle Mountain Power Company LLC | 14-10984 |
| Energy Future Competitive Holdings Company LLC | 14-11005 |
| Generation MT Company LLC | 14-11021 |
| Generation SVC Company | 14-11025 |
| Lake Creek 3 Power Company LLC | 14-11029 |
| Luminant Big Brown Mining Company LLC | 14-11018 |
| Luminant Energy Company LLC | 14-11023 |
| Luminant Energy Trading California Company | 14-11026 |
| Luminant ET Services Company | 14-11030 |
| Luminant Generation Company LLC | 14-11032 |
| Luminant Holding Company LLC | 14-11037 |
| Luminant Mineral Development Company LLC | 14-11040 |
| Luminant Mining Company LLC | 14-11042 |
| Luminant Renewables Company LLC | 14-11044 |
| Martin Lake 4 Power Company LLC | 14-11010 |
| Monticello 4 Power Company LLC | 14-11011 |
| Morgan Creek 7 Power Company LLC | 14-11014 |
| NCA Resources Development Company LLC | 14-11019 |
| Oak Grove Management Company LLC | 14-11022 |
| Oak Grove Mining Company LLC | 14-11024 |
| Oak Grove Power Company LLC | 14-11027 |
| Sandow Power Company LLC | 14-11033 |
| TCEH Finance, Inc. | 14-11028 |
| Tradinghouse 3 & 4 Power Company LLC | 14-11046 |
| Tradinghouse Power Company LLC | 14-10985 |
| TXU Energy Receivables Company LLC | 14-10993 |
| TXU Energy Retail Company LLC | 14-10997 |
| TXU Energy Solutions Company LLC | 14-11002 |
| TXU Retail Services Company | 14-11009 |
| TXU SEM Company | 14-11013 |
| Valley NG Power Company LLC | 14-11015 |
| Valley Power Company LLC | 14-11020 |

3.     Claims asserted against, and interests asserted in, the Closing Cases shall hereby remain unaffected by entry of this Final Decree, other than that all such claims and interests

9

shall be administered in the chapter 11 case of Texas Competitive Electric Holdings Company LLC, Case No. 14-10978, without prejudice to the rights of any claimant regarding Claims asserted and interests asserted in the Closing Cases.

4. Entry of this Final Decree is without prejudice to (a) the rights of the Debtors or any party in interest to seek to reopen any of these chapter 11 cases for cause pursuant to section 350(b) of the Bankruptcy Code, and (b) the rights of the Debtors to dispute, in an appropriate non-bankruptcy forum, all claims that were filed against the Debtors in these chapter 11 cases as contemplated by the TCEH Plan and the Confirmation Order. Any failure of the Debtors to file an objection to any claim in these chapter 11 cases shall not constitute allowance of the claim and shall not result in such claim being deemed Allowed (as defined in the TCEH Plan) against any Reorganized TCEH Debtor.

5. Nothing in this Order shall prejudice, impair, or otherwise modify the allowance and distribution provisions set forth in the TCEH Plan and TCEH Confirmation Order.

6. To the extent not already paid, the fees required to be paid to the U.S. Trustee by the Debtors on account of the Closing Cases pursuant to 28 U.S.C. § 1930(a)(6) or otherwise shall be paid within thirty (30) days following the entry of this Final Decree.

7. The Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

8. Notice of the Motion, including the form of Notice attached hereto as **Exhibit 1**, which the Debtors caused to be served on (i) each of the holders of the unresolved Non-Asbestos Proofs of Claim; and (ii) each of the Holders of the unresolved TCEH Asbestos Proofs of Claim, is hereby deemed good and sufficient notice of such motion and the requirements of Fed. R. Bankr. P. 6004(a) and the Local Bankruptcy Rules are satisfied by such Notice.

9. The Clerk of the Court shall enter this Final Decree individually on the docket of each of the Closing Cases and thereafter such dockets shall be marked as "Closed."

10. The Debtors and Epiq Bankruptcy Solutions LLC, as notice and claims agent, are authorized to take all actions that may be necessary to undertake the relief granted in this Final Decree.

11. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

12. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Final Decree.

13. Notwithstanding the possible applicability of Rules 6004(h), 7062, or 9014 of the Bankruptcy Rules or otherwise, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

Dated: November 3, 2017
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE