## Exhibit 1

**Proposed Form of Notice**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: November 8, 2017 at 10:00 a.m.** |
| | ) | **Objection Deadline: November 1, 2017 at 4:00 p.m.** |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that, on October 10, 2017, the above-captioned debtors and debtors in possession, and reorganized debtors (collectively, the "Debtors"), filed the **Debtors' Motion for Entry of Final Decree (A) Closing Certain of the Chapter 11 Cases, (B) Transferring Claims Against and Interests Asserted In the TCEH Debtors to the Lead Case; and (C) Granting Related Relief** (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Motion, the Debtors are seeking entry of an order (a) closing the cases of Energy Future Competitive Holdings Company LLC ("EFCH") and the direct and indirect subsidiaries of Texas Competitive Electric Holdings Company LLC (such entity, "TCEH," its subsidiaries, "TCEH Subsidiaries" and the TCEH Subsidiaries together with EFCH, collectively, the "Closing Cases"[2]); (b) transferring all claims against, and interests asserted in, the Closing Cases to TCEH (the "Lead Case"); and (c) granting related relief.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Closing Cases are those cases of: 4Change Energy Company, Case No. 14-10980; 4Change Energy Holdings LLC, Case No. 14-10981; Big Brown 3 Power Company LLC, Case No. 14-10983; Big Brown Lignite Company LLC, Case No. 14-10986; Big Brown Power Company LLC, Case No. 14-10988; Collin Power Company LLC, Case No. 14-10998; DeCordova Power Company LLC, Case No. 14-10982; DeCordova II Power Company LLC, Case No. 14-11003; Eagle Mountain Power Company LLC, Case No. 14-10984; Generation MT Company LLC, Case No. 14-11021; Generation SVC Company, Case No. 14-11025; Lake Creek 3 Power Company LLC, Case No. 14-11029; Luminant Big Brown Mining Company LLC, Case No. 14-11018; Luminant Energy Company LLC, Case No. 14-11023; Luminant Energy Trading California Company, Case No. 14-11026; Luminant ET Services Company, Case No. 14-11030; Luminant Generation Company LLC, Case No. 14-11032; Luminant Holding Company LLC, Case No. 14-11037; Luminant Mineral Development Company LLC, Case No. 14-11040; Luminant Mining Company LLC, Case No. 14-11042; Luminant Renewables Company LLC, Case No. 14-11044; Martin Lake 4 Power Company LLC, Case No. 14-11010; Monticello 4 Power (Continued)

PLEASE TAKE FURTHER NOTICE that **you are receiving this notice of the Motion because you have asserted one or more Class C4, Class C5, and/or Class C6 proofs of claim (the "Proofs of Claim") against one or more of the Debtors in the Closing Cases that remain unresolved at this time**.

PLEASE TAKE FURTHER NOTICE that closure of the Closing Cases shall not prejudice any party in interest or otherwise negatively affect the administration of the Debtors' consolidated estates, which will take place without interruption in the Lead Case.

PLEASE TAKE FURTHER NOTICE that **moving your Proof(s) of Claim to the Lead Case will not prejudice your rights with respect to your Proof(s) of Claim nor will it affect the consideration which will be distributed to you on account of your Proof(s) of Claim in the event that your Proof(s) of Claim are ultimately Allowed against the Debtors**. Specifically, under the construct of the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 9374] (the "TCEH Plan"[3]), all Allowed Class C4 and Class C5 Claims receive their pro rata share of the TCEH Cash Payment regardless of the TCEH Debtor against which the Allowed Claim is asserted.[4]

PLEASE TAKE FURTHER NOTICE that you may obtain a copy of the Motion or the TCEH Plan free of charge by: (a) accessing the Debtors' restructuring website with the Debtors' Court-approved claims and noticing agent, Epiq Bankruptcy Solutions (the "Claims Agent") at http://www.efhcaseinfo.com; (b) writing to the Claims Agent at Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, P.O. Box 4421, Beaverton, OR 97076-4421; or (c) calling the Debtors' restructuring hotline at (877) 276-7311. You may also obtain copies of any pleadings filed in the Debtors' chapter 11 cases, including the Motion and the TCEH Plan, for a fee via PACER at: http://www.deb.uscourts.gov (password required).

---

Company LLC, Case No. 14-11011; Morgan Creek 7 Power Company LLC, Case No. 14-11014; NCA Resources Development Company LLC, Case No. 14-11019; Oak Grove Management Company LLC, Case No. 14-11022; Oak Grove Mining Company LLC, Case No. 14-11024; Oak Grove Power Company LLC, Case No. 14-11027; Sandow Power Company LLC, Case No. 14-11033; TCEH Finance, Inc., Case No. 14-11028; Tradinghouse 3 & 4 Power Company LLC, Case No. 14-11046; Tradinghouse Power Company LLC, Case No. 14-10985; TXU Energy Receivables Company LLC, Case No. 14-10993; TXU Energy Retail Company LLC, Case No. 14-10997; TXU Energy Solutions Company LLC, Case No. 14-11002; TXU Retail Services Company, Case No. 14-11009; TXU SEM Company, Case No. 14-11013; Valley NG Power Company LLC, Case No. 14-11015; and Valley Power Company LLC, Case No. 14-11020.

[3] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the TCEH Plan.

[4] Under Art. III.B.32 of the TCEH Plan, General Unsecured Claims against EFCH are canceled and released without a distribution. Due to the fact that these Claims are released without a distribution, the relief requested in the Motion does not prejudice these Claims.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel for the Debtors on or before **November 1, 2017 at 4:00 p.m. (Eastern Daylight Time).**

PLEASE TAKE FURTHER NOTICE that, if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **November 8, 2017 at 10:00 a.m. (Eastern Standard Time).**

IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*[Remainder of page intentionally left blank.]*

Dated: October 10, 2017
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654

*Co-Counsel to the Debtors and Debtors in Possession*