# **Exhibit A**

| Applicant | Compensation Period | Interim Fees Requested | Interim Expenses Requested | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|
| Gitlin & Co. LLC & Richard Gitlin [D.I. 11946] | 09/01/2016 – 04/30/2017 | $400,000.00 | -0- | $400,000.00 | -0- |
| Godfrey & Kahn, S.C. [D.I. 11945] | 09/01/2016 – 04/30/2017 | $1,600,000.00 | $68,031.13 | $1,600,000.00 | $68,031.13 |

17918821.3