# Exhibit A

| Applicant | Compensation Period | Final Fees Documented | Final Expenses Documented | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|
| Godfrey & Kahn, S.C. [D.I. 11947] | 12/01/2015 – 7/31/2017 | $302,578.00 | -0- | $302,578.00 | -0- |

17919086.4