IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON NOVEMBER 8, 2017 STARTING AT 10:00 A.M. (EDT)[2]**

*AS NO MATTERS REMAIN SCHEDULED TO GO FORWARD,
THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

## I. RESOLVED MATTERS:

1. Debtors' Motion for Entry of an Order Further Extending the Deadline to File and Serve Objections to Claims Against or Interests in the TCEH Debtors [D.I. 11994; filed October 2, 2017]

    Response/Objection Deadline:     October 16, 2017 at 4:00 p.m. (EDT)

    Responses/Objections Received:   None.

    Related Documents:

    i. Certification of No Objection Regarding "Debtors' Motion for Entry of an Order Further Extending the Deadline to File and Serve Objections to Claims Against or Interests in the TCEH Debtors" [D.I. 11994] [D.I. 12087; filed October 18, 2017]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The November 8, 2017 hearing was scheduled to be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT).

RLF1 18424176v.1

    ii.    Order Further Extending the Deadline to File and Serve Objections to Claims Against or Interests in the TCEH Debtors [D.I. 12092; filed October 19, 2017]

    Status: On October 19, 2017, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

2. Seventh and Eighth Interim and Consolidated Applications of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 1, 2016 Through April 30, 2017 [D.I. 11945; filed September 26, 2017]

    Response/Objection Deadline:    October 17, 2017 at 4:00 p.m. (EDT)

    Responses/Objections Received:    None.

    Related Documents:

    i.    Certification of Counsel Regarding Omnibus Fee Orders [D.I. 12147; filed October 30, 2017]

    ii.    Omnibus Order Awarding Interim Allowance of Compensation for Service Rendered and for Reimbursement of Expenses [D.I. 12190; filed November 6, 2017]

    Status: On November 6, 2017, the Court entered an order granting the applicant the relief requested in connection with this interim fee application. Consequently, no hearing with respect to this matter is required.

3. Seventh and Eighth Interim and Consolidated Applications of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered for the Period from September 1, 2016 Through April 30, 2017 [D.I. 11946; filed September 26, 2017]

    Response/Objection Deadline:    October 17, 2017 at 4:00 p.m. (EDT)

    Responses/Objections Received:    None.

    Related Documents:

    i.    Certification of Counsel Regarding Omnibus Fee Orders [D.I. 12147; filed October 30, 2017]

    ii.    Omnibus Order Awarding Interim Allowance of Compensation for Service Rendered and for Reimbursement of Expenses [D.I. 12190; filed November 6, 2017]

Status: On November 6, 2017, the Court entered an order granting the applicant the relief requested in connection with this interim fee application. Consequently, no hearing with respect to this matter is required.

4. First and Final Fee Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered Related to Non-Retained Professional Fee Review for the Period from December 1, 2015 Through July 31, 2017 [D.I. 11947; filed September 26, 2017]

Response/Objection Deadline: October 17, 2017 at 4:00 p.m. (EDT)

Responses/Objections Received: None.

Related Documents:

i. Certification of Counsel Regarding Omnibus Fee Orders [D.I. 12147; filed October 30, 2017]

ii. Order Allowing the Final Fee Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered Related to Non-Retained Professional Fee Review for the Period from December 1, 2015 Through July 31, 2017 [D.I. 12191; filed November 6, 2017]

Status: On November 6, 2017, the Court entered an order granting the applicant the relief requested in connection with this final fee application. Consequently, no hearing with respect to this matter is required.

5. Debtors' Motion for Entry of Final Decree (A) Closing Certain of the Chapter 11 Cases, (B) Transferring Claims Against and Interests Asserted in the TCEH Debtors to the Lead Case; and (C) Granting Related Relief [D.I. 12020; filed October 10, 2017]

Response/Objection Deadline: November 1, 2017 at 4:00 p.m. (EDT)

Responses/Objections Received: None.

Related Documents:

i. Certification of Counsel Regarding Final Decree (A) Closing Certain of the Chapter 11 Cases, (B) Transferring Claims Against and Interests Asserted in the TCEH Debtors to the Lead Case; and (C) Granting Related Relief [D.I. 12168; filed November 2, 2017]

ii. Final Decree (A) Closing Certain of the Chapter 11 Cases, (B) Transferring Claims Against and Interests Asserted in the TCEH Debtors to the Lead Case, and (C) Granting Related Relief [D.I. 12172; filed November 3, 2017]

<u>Status</u>: On November 3, 2017, the Court entered an order granting the Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

## II. UNCONTESTED INTERIM PERIOD FEE APPLICATIONS:[3]

6. Interim Fee Applications

   <u>Related Documents</u>:

   i. Certification of Counsel Regarding Omnibus Fee Order [D.I. 12165; filed November 2, 2017]

   ii. Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 12171; filed November 3, 2017]

   <u>Status</u>: On November 3, 2017, the Court entered an order granting the various applicants the relief requested in connection with the interim fee applications listed on <u>Exhibit A</u> hereto. Consequently, no hearing with respect to this matter is required.

*[Remainder of page intentionally left blank.]*

---

[3] In accordance with paragraph 7(D) of the *General Chambers Procedures of the United States Bankruptcy Court for the District of Delaware, Dated April 3, 2006*, "[A] representative for each applicant personally familiar with the services rendered and costs incurred that are the subject of the [interim fee application] shall appear in person at the [interim fee hearing] in support of the application. If such person is not local counsel, then arrangements may be made through [CourtCall, LLC] to appear telephonically [at the interim fee hearing]." *See* General Chambers Procedures at ¶ 7(D).

Dated: November 6, 2017
Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com
aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*