# EXHIBIT A

RLF1 18424176v.1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**INDEX OF INTERIM FEE APPLICATIONS
TO BE CONSIDERED AT THE NOVEMBER 8, 2017 HEARING**

1. Seventh Interim Fee Application of Richards, Layton & Finger, P.A., Co-Attorneys for the Debtors and Debtors in Possession, for the Period from May 1, 2016 Through and Including August 31, 2016 [D.I. 11231; filed May 11, 2017]

    Response/Objection Deadline:    June 2, 2017 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

    Related Documents:

    A.  Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on November 8, 2017 at 10:00 a.m. [D.I. 12148; filed October 30, 2017]

2. Third Interim Fee Application of Greenberg Traurig, LLP, as Special Counsel for Certain Energy-Related Transactional Matters for the Debtors and Debtors in Possession, for the Period from May 1, 2016 through and Including August 31, 2016 [D.I. 11355; filed June 15, 2017]

    Response/Objection Deadline:    July 7, 2017 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

    Related Documents:

    A.  Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on November 8, 2017 at 10:00 a.m. [D.I. 12148; filed October 30, 2017]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. Fourth Interim Fee Application of Greenberg Traurig, LLP, as Special Counsel for Certain Energy-Related Transactional Matters for the Debtors and Debtors in Possession, for the Period from September 1, 2016 through and Including December 31, 2016 [D.I. 11356; filed June 15, 2017]

Response/Objection Deadline: July 7, 2017 at 4:00 p.m. (EDT)

Response/Objection Received: None.

Related Documents:

A. Notice of Filing of Supplement to Fourth Interim Fee Application of Greenberg Traurig, LLP, Dated June 15, 2017 [D.I. 11382; filed June 22, 2017]

B. Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on November 8, 2017 at 10:00 a.m. [D.I. 12148; filed October 30, 2017]

4. Seventh Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period from September 1, 2016 Through and Including December 31, 2016 [D.I. 11179; filed April 20, 2017]

Response/Objection Deadline: May 11, 2017 at 4:00 p.m. (EDT)

Response/Objection Received: None.

Related Documents:

A. Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on November 8, 2017 at 10:00 a.m. [D.I. 12148; filed October 30, 2017]

5. Eighth Interim Fee Application of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from September 1, 2016 Through December 31, 2016 [D.I. 11400; filed June 29, 2017]

Response/Objection Deadline: July 21, 2017 at 4:00 p.m. (EDT)

Response/Objection Received: None.

Related Documents:

A. Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on November 8, 2017 at 10:00 a.m. [D.I. 12148; filed October 30, 2017]

6.  Fifth Interim Fee Application of Bielli & Klauder, LLC, Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp., for the Period from January 1, 2017 Through and Including April 30, 2017 [D.I. 11353; filed June 15, 2017]

    Response/Objection Deadline:     July 6, 2017 at 4:00 p.m. (EDT)

    Response/Objection Received:     None.

    Related Documents:

    A.  Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on November 8, 2017 at 10:00 a.m. [D.I. 12148; filed October 30, 2017]

7.  Sixth Interim Fee Application of Jenner & Block LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period January 1, 2017 Through April 30, 2017 [D.I. 11354; filed June 15, 2017]

    Response/Objection Deadline:     July 6, 2017 at 4:00 p.m. (EDT)

    Response/Objection Received:     None.

    Related Documents:

    A.  Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on November 8, 2017 at 10:00 a.m. [D.I. 12148; filed October 30, 2017]

8.  Seventh Interim Application of SOLIC Capital Advisors, LLC, Financial Advisor for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from January 1, 2017 Through April 30, 2017 [D.I. 11423; filed July 7, 2017]

    Response/Objection Deadline:     July 28, 2017 at 4:00 p.m. (EDT)

    Response/Objection Received:     None.

    Related Documents:

    A.  Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on November 8, 2017 at 10:00 a.m. [D.I. 12148; filed October 30, 2017]

9.  Eighth Interim Fee Application of AlixPartners, LLP Seeking Compensation for Services Rendered and Reimbursement of Expenses Incurred as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance, Inc., and EECI, Inc. for the Period from January 1, 2017 Through April 30, 2017 [D.I. 11466; filed July 12, 2017]

      Response/Objection Deadline:      August 2, 2017 at 4:00 p.m. (EDT)

      Response/Objection Received:      None.

      Related Documents:

      A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on November 8, 2017 at 10:00 a.m. [D.I. 12148; filed October 30, 2017]

10.    Eighth Interim Fee Application of Cravath, Swaine & Moore LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period January 1, 2017 Through April 30, 2017 [D.I. 11376; filed June 21, 2017]

      Response/Objection Deadline:      July 12, 2017 at 4:00 p.m. (EDT)

      Response/Objection Received:      None.

      Related Documents:

      A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on November 8, 2017 at 10:00 a.m. [D.I. 12148; filed October 30, 2017]

11.    Eighth Interim Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from January 1, 2017 Through April 30, 2017 [D.I. 11352; filed June 15, 2017]

      Response/Objection Deadline:      July 6, 2017 at 4:00 p.m. (EDT)

      Response/Objection Received:      None.

      Related Documents:

      A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on November 8, 2017 at 10:00 a.m. [D.I. 12148; filed October 30, 2017]

12.    Eighth Interim Fee Application of Stevens & Lee, P.C., Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period of January 1, 2017 Through April 30, 2017 [D.I. 11498; filed July 18, 2017]

      Response/Objection Deadline:      August 8, 2017 at 4:00 p.m. (EDT)

      Response/Objection Received:      None.

Related Documents:

    A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on November 8, 2017 at 10:00 a.m. [D.I. 12148; filed October 30, 2017]

13. Eighth Interim Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Interim Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1, 2017 Through and Including April 30, 2017 [D.I. 11409; filed July 5, 2017]

    Response/Objection Deadline:    July 26, 2017 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

    Related Documents:

    A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on November 8, 2017 at 10:00 a.m. [D.I. 12148; filed October 30, 2017]

14. Ninth Interim Fee Application of Alvarez & Marsal North America, LLC, in their Capacity as Restructuring Advisors for the Debtors and Debtors in Possession, for the Period from January 1, 2017 Through and Including April 30, 2017 [D.I. 11357; filed June 15, 2017]

    Response/Objection Deadline:    July 7, 2017 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

    Related Documents:

    A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on November 8, 2017 at 10:00 a.m. [D.I. 12148; filed October 30, 2017]

15. Ninth Interim Fee Application of Filsinger Energy Partners, Energy Consultants for the Debtors and Debtors in Possession, for the Period from January 1, 2017 Through and Including April 30, 2017 [D.I. 11359; filed June 15, 2017]

    Response/Objection Deadline:    July 7, 2017 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

    Related Documents:

    A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on November 8, 2017 at 10:00 a.m. [D.I. 12148; filed October 30, 2017]

16. Ninth Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from January 1, 2017 Through and Including April 30, 2017 [D.I. 11349; filed June 14, 2017]

    Response/Objection Deadline:    July 6, 2017 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

    Related Documents:

    A. Certificate of Counsel Regarding Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [D.I. 12010; filed October 9, 2017]

    B. Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [D.I. 12052; filed October 13, 2017]

    C. Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on November 8, 2017 at 10:00 a.m. [D.I. 12148; filed October 30, 2017]

17. Eighth Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2017 Through April 30, 2017 [D.I. 11345; filed June 14, 2017]

    Response/Objection Deadline:    July 5, 2017 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

    Related Documents:

    A. Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on November 8, 2017 at 10:00 a.m. [D.I. 12148; filed October 30, 2017]