# Exhibit A

## Satisfied Claim

RLF1 18427399v.1

**ENERGY FUTURE HOLDINGS CORP., et al.**

**ELEVENTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claim**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | DATA SYSTEMS AND SOLUTIONS LLC<br>C/O ROLLS-ROYCE - NUCLEAR SERVICES<br>ATTN: C. DAVID THOMPSON<br>5959 SHALLOWFORD ROAD, SUITE 511<br>CHATTANOOGA, TN 37421 | 14-11032 (CSS) | Luminant Generation Company LLC | 10/26/2016 | 37717 | $4,094,244.00* | Claim included post-petition amounts, which were paid in the ordinary course of business. Paid via check numbers 2621, 4052 on 10/31/2016 and 02/07/2017 and via ACH number 8300141294 on 08/15/2017. |
| | | | | | TOTAL | $4,094,244.00 | |

\* - Indicates claim contains unliquidated and/or undetermined amounts