# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP 919 Third Avenue New York, NY 10022 | Twenty-Seventh Monthly Fee Statement 08/01/2017 through 08/31/2017 D.I. 12003 | $235,061.50 | $1,396.88 | 10/25/2017 | $188,049.20 | $1,396.88 | $47,012.30 |

11/07/2017 SL1 1493021v1 109285.00005