# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP 919 Third Avenue New York, NY 10022 | Twenty-Eighth Monthly Fee Statement 09/01/2017 through 09/30/2017 D.I. 12073 | $12,465.00 | $11.12 | 11/7/2017 | $9,972.00 | $11.12 | $2,493.00 |

11/07/2017 SL1 1493046v1 109285.00005