# Exhibit B

## SUMMARY OF PROFESSIONAL SERVICES

The MMWR attorneys and paralegals that rendered professional services in these cases during the Compensation Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 56.00 | $37,800.00 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $630.00 | 243.40 | $153,342.00 |
| Davis L. Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $590.00 | 1.10 | $649.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | 300.50 | $191,791.00 |
| **PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | | |
| Jason Smith | Paralegal | $165.00 | 68.00 | $11,220.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | 68.00 | $11,220.00 |
| **TOTAL ALL PROFESSIONALS** | | | 368.50 | $203,011.00 |