# Exhibit C

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED**

| Expense Category | Expense Amount |
|---|---|
| Miscellaneous Expense | $1,034.00 |
| Duplicating – Internal | $0.10 |
| Transcript-Deposition | $40.80 |
| Westlaw On-Line Legal Research | $35.64 |
| Pacer | $303.60 |
| **Total** | **$1,414.14** |