# Exhibit D

## May 1, 2017 – May 31, 2017

Invoice Date: 8/4/17
Invoice Number: 747908
Client Matter Number: 66471.00003
I.D.# 01051

# Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 05/31/17 | Pacer | $ | 73.70 |
| 05/18/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 4/17/17, Court Call expense re: EFH hearing | $ | 37.00 |
| 05/18/17 | Miscellaneous Expense - PAID TO: Mark A. Fink 05/12/17 Court Call conference @ 3:30 PM - EPH hearing | $ | 30.00 |
| 05/24/17 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions - Services for the month of April, 2017 | $ | 150.00 |
| | Total Disbursements | $ | 290.70 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

**Exhibit D**

**June 1, 2017 – June 30, 2017**

|  |  |
|---|---|
| Invoice Date: | 8/4/17 |
| Invoice Number: | 747940 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | Amount |
|---|---|---:|
| 06/30/17 | Pacer | $ 94.80 |
| 06/22/17 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions - Services for the month of May, 2017 (Acct # 3003555) | $ 150.00 |
|  | Total Disbursements | $ 244.80 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

**Exhibit D**

**July 1, 2017 – July 31, 2017**

|  |  | Invoice Date: | 8/11/17 |
|--|--|--|--|
|  |  | Invoice Number: | 748194 |
|  |  | Client Matter Number: | 66471.00003 |
|  |  | I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description |  | Amount |
|---|---|---|---|
| 07/31/17 | Pacer | $ | 94.30 |
| 07/17/17 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions  - Services for the month of June, 2017 | $ | 150.00 |
| 07/21/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 6/26/17, Court Call Conference re: EFH Hearing | $ | 30.00 |
|  | Total Disbursements | $ | 274.30 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# **Exhibit D**

# **August 1, 2017 – August 31, 2017**

| | |
|---|---|
| Invoice Date: | 9/22/17 |
| Invoice Number: | 749863 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---:|
| 08/31/17 | Printing & Duplicating - Internal | $ | 0.10 |
| 08/31/17 | Pacer | $ | 40.80 |
| 07/21/17 | Transcript - Deposition - PAID TO: Veritext New York Reporting Co., L.L.C. Veritext - Transcript Deposition - Paid to Veritext New York Reporting Co. - Energy Future Holdings | $ | 40.80 |
| 08/07/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 7/12/17, Courtcall Conference re: EFH Hearing 7/12, 10:00am | $ | 44.00 |
| 08/14/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 7/21/17, Attending hearing via Court Call | $ | 30.00 |
| 08/14/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 7/26/17, Attending scheduling conference dispute between the Debtors and Elliott via CourtCall | $ | 226.00 |
| 08/18/17 | Westlaw On-Line Legal Research | $ | 35.64 |
| 08/21/17 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions - Services for the month of July, 2017 | $ | 150.00 |
| 08/22/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 8/11/17, Attend 1:00pm Court Conference via CourtCall | $ | 37.00 |
| | Total Disbursements | $ | 604.34 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**