## Exhibit E

## May 1, 2017 – May 31, 2017

Invoice Date:                8/4/17
Invoice Number:              747908
Client Matter Number:  66471.00003
I.D.#                        01051

### SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| 006 | Case Administration | 17.30 | $10,407.00 |
| 011 | Employment and Fee Applications (Others) | 1.20 | $477.00 |
| 012 | Financing, Cash Collateral, Make Whole | 0.40 | $66.00 |
| 013 | Other Litigation | 2.30 | $1,449.00 |
| 014 | Meetings and Communications with Creditors | 1.50 | $945.00 |
| 016 | Plan and Disclosure Statement | 5.20 | $3,303.00 |
| 021 | Hearings | 0.70 | $441.00 |
| 030 | Asbestos-Related Matters | 0.40 | $252.00 |
| | Matter Total | 29.00 | $17,340.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

## Exhibit E

## June 1, 2017 – June 30, 2017

Invoice Date: 8/4/17
Invoice Number: 747940
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| 006 | Case Administration | 8.90 | $4,941.00 |
| 010 | Employment and Fee Applications (MMWR) | 0.30 | $189.00 |
| 011 | Employment and Fee Applications (Others) | 2.50 | $970.50 |
| 012 | Financing, Cash Collateral, Make Whole | 15.10 | $9,544.50 |
| 013 | Other Litigation | 1.90 | $1,197.00 |
| 014 | Meetings and Communications with Creditors | 0.60 | $378.00 |
| 016 | Plan and Disclosure Statement | 9.20 | $5,832.00 |
| 021 | Hearings | 2.10 | $1,279.00 |
| 030 | Asbestos-Related Matters | 0.40 | $252.00 |
| | Matter Total | 41.00 | $24,583.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

## Exhibit E

## July 1, 2017 – July 31, 2017

Invoice Date:               8/11/17
Invoice Number:             748194
Client Matter Number:  66471.00003
I.D.#                        01051

### SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| 006 | Case Administration | 21.70 | $11,368.50 |
| 007 | Claims Administration and Objections | 2.30 | $1,449.00 |
| 010 | Employment and Fee Applications (MMWR) | 17.80 | $5,308.50 |
| 011 | Employment and Fee Applications (Others) | 3.40 | $840.00 |
| 014 | Meetings and Communications with Creditors | 4.00 | $2,520.00 |
| 016 | Plan and Disclosure Statement | 76.80 | $47,527.50 |
| 021 | Hearings | 16.80 | $8,862.00 |
| 030 | Asbestos-Related Matters | 0.60 | $391.50 |
| | Matter Total | 143.40 | $78,267.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

## **Exhibit E**

## **August 1, 2017 – August 31, 2017**

Invoice Date: 9/22/17
Invoice Number: 749863
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|------|-------------|-------|--------|
| 002 | Asset Disposition | 31.40 | $19,782.00 |
| 006 | Case Administration | 29.20 | $12,997.50 |
| 007 | Claims Administration and Objections | 15.70 | $9,891.00 |
| 010 | Employment and Fee Applications (MMWR) | 8.80 | $2,521.50 |
| 011 | Employment and Fee Applications (Others) | 3.80 | $1,045.50 |
| 013 | Other Litigation | 7.70 | $4,873.50 |
| 014 | Meetings and Communications with Creditors | 3.50 | $2,205.00 |
| 016 | Plan and Disclosure Statement | 37.60 | $23,739.00 |
| 021 | Hearings | 15.50 | $4,483.50 |
| 030 | Asbestos-Related Matters | 1.90 | $1,282.50 |
| | Matter Total | 155.10 | $82,821.00 |