**<u>Exhibit F</u>**

**<u>May 1, 2017 – May 31, 2017</u>**

Invoice Date: 8/4/17
Invoice Number: 747908
Client Matter Number: 66471.00003
I.D.# 01051

### Detail for Fee Services Rendered - 006 Case Administration

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 5/4/17 | JW Smith | 006 | Review docket and recent pleadings; review and update calendar events. | 0.20 |
| 5/8/17 | MA Fink | 006 | Review of PUCT appeal papers (3.5); review of settlement motion (1.0); declaration in support (.2); review of press re PUCT appeal process (.4) | 5.10 |
| 5/11/17 | MA Fink | 006 | Review Elliott adversary papers (4.0); debtors' letter in response (.3); order for hearing (.1) | 4.40 |
| 5/11/17 | ND Ramsey | 006 | Reviewing Elliott adversary pleadings | 2.50 |
| 5/12/17 | JW Smith | 006 | Review docket and recently filed documents; review and update calendar and critical dates memo (0.30); arrange for telephonic court appearance for M. Fink for 5/12/2017 at 3:00 pm (0.20). | 0.50 |
| 5/12/17 | MA Fink | 006 | Correspondence with N. Ramsey re Elliot adversary | 0.20 |
| 5/15/17 | JW Smith | 006 | Review notice of telephonic conference (.1); review email from M. Fink regarding telephonic conference (.1) | 0.20 |
| 5/16/17 | MA Fink | 006 | Review (.3) and coordinate filing of fees | 0.30 |
| 5/24/17 | MA Fink | 006 | Review papers filed in connection with Citicorp stipulation(3.0); review of supplemental declaration (.3) | 3.30 |
| 5/25/17 | MA Fink | 006 | Review of post confirmation report | 0.20 |
| 5/26/17 | JW Smith | 006 | Review docket and recently filed documents (.1); update calendar and critical dates memo (.3) | 0.40 |

Task Total    17.30

Invoice Date:                          8/4/17
Invoice Number:                     747908
Client Matter Number:  66471.00003
I.D.#                                     01051

### SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 13.50 | $630.00 | $8,505.00 |
| 01051 | Ramsey, ND | 2.50 | $675.00 | $1,687.50 |
| 07901 | Smith, JW | 1.30 | $165.00 | $214.50 |
| | Task Total | 17.30 | | $10,407.00 |

Invoice Date:            8/4/17
Invoice Number:          747908
Client Matter Number:  66471.00003
I.D.#                    01051

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 5/1/17 | JW Smith | 011 | Review email from N. Ramsey regarding KCC invoice (.1); emails with M. Fink regarding Committee Fee Statement status (.2) | 0.20 |
| 5/17/17 | MA Fink | 011 | Review (.1) and coordinate filing and service of (.1) S&C CNO | 0.20 |
| 5/17/17 | JW Smith | 011 | Review calendar events (0.20); draft and prepare a certification of no objection regarding Sullivan Cromwell's fee application for court filing and service (0.20). | 0.40 |
| 5/22/17 | MA Fink | 011 | Finalize (.2) and coordinate filing of S&C fee app (.2) | 0.40 |

Task Total    1.20

Invoice Date:            8/4/17
Invoice Number:          747908
Client Matter Number:  66471.00003
I.D.#                    01051

## SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 0.60 | $630.00 | $378.00 |
| 07901 | Smith, JW | 0.60 | $165.00 | $99.00 |
| | Task Total | 1.20 | | $477.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 8/4/17
Invoice Number: 747908
Client Matter Number: 66471.00003
I.D.# 01051

**Detail for Fee Services Rendered - 012 Financing, Cash Collateral, Make Whole**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 5/22/17 | JW Smith | 012 | Review and prepare Sullivan Cromwell's April fee application for filing with the Court (0.4) | 0.40 |
| | | | Task Total | 0.40 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 8/4/17
Invoice Number: 747908
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED
### 012 Financing, Cash Collateral, Make Whole

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07901 | Smith, JW | 0.40 | $165.00 | $66.00 |
| | Task Total | 0.40 | | $66.00 |

Invoice Date:           8/4/17
Invoice Number:         747908
Client Matter Number:  66471.00003
I.D.#                   01051

### Detail for Fee Services Rendered - 013 Other Litigation

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 5/19/17 | MA Fink | 013 | Review of letter re discovery issues (1.3); attend Elliott hearing (.8); correspondence with Ramsey re same (.2) | 2.30 |
| | | | Task Total | 2.30 |

Invoice Date:                          8/4/17
Invoice Number:                  747908
Client Matter Number:  66471.00003
I.D.#                                    01051

### SUMMARY FOR FEE SERVICES RENDERED
### 013 Other Litigation

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 2.30 | $630.00 | $1,449.00 |
| | Task Total | 2.30 | | $1,449.00 |

Invoice Date:                8/4/17
Invoice Number:              747908
Client Matter Number:  66471.00003
I.D.#                        01051

**Detail for Fee Services Rendered - 014 Meetings and Communications with Credito**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 5/15/17 | MA Fink | 014 | Participate in committee meeting (.8); review of MORs and other materials in prep for same (.7) | 1.50 |
|  |  |  | Task Total | 1.50 |

| | | | |
|---|---|---|---|
| Invoice Date: | | | 8/4/17 |
| Invoice Number: | | | 747908 |
| Client Matter Number: | | 66471.00003 | |
| I.D.# | | | 01051 |

## <u>SUMMARY FOR FEE SERVICES RENDERED</u>
### <u>014 Meetings and Communications with Creditors</u>

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.50 | $630.00 | $945.00 |
| | Task Total | 1.50 | | $945.00 |

| | | Invoice Date: | 8/4/17 |
|---|---|---|---|
| | | Invoice Number: | 747908 |
| | | Client Matter Number: | 66471.00003 |
| | | I.D.# | 01051 |

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 5/9/17 | MA Fink | 016 | Review of regulatory commitment redline by Nextera (2.7); related press (.4) | 3.10 |
| 5/12/17 | ND Ramsey | 016 | Reviewing letter from Debtors' counsel (.4); conferring with M. Fink regarding telephonic status conference in connection with adversary proceeding and Elliott Associates, L. P., et al.'s Motion for a Preliminary Injunction (.2) | 0.60 |
| 5/12/17 | MA Fink | 016 | Review of EFH anicus brief in support of rehearing (1.2); review letter re Elliott adversary (.3) | 1.50 |

Task Total     5.20

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                              8/4/17
Invoice Number:                          747908
Client Matter Number:  66471.00003
I.D.#                                        01051

**SUMMARY FOR FEE SERVICES RENDERED**
**016 Plan and Disclosure Statement**

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 4.60 | $630.00 | $2,898.00 |
| 01051 | Ramsey, ND | 0.60 | $675.00 | $405.00 |
| | Task Total | 5.20 | | $3,303.00 |

Invoice Date:              8/4/17
Invoice Number:           747908
Client Matter Number:  66471.00003
I.D.#                     01051

### Detail for Fee Services Rendered - 021 Hearings

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 5/12/17 | MA Fink | 021 | Attend status conference re Elliott adversary | 0.70 |
|  |  |  | Task Total | 0.70 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:          8/4/17
Invoice Number:        747908
Client Matter Number:  66471.00003
I.D.#                  01051

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 0.70 | $630.00 | $441.00 |
| | Task Total | 0.70 | | $441.00 |

| | |
|---|---|
| Invoice Date: | 8/4/17 |
| Invoice Number: | 747908 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 030 Asbestos-Related Matters**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 5/8/17 | MA Fink | 030 | Review of documents re suspension of briefing (.2); orders closing appeals (.2) | 0.40 |
| | | | Task Total | 0.40 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                8/4/17
Invoice Number:              747908
Client Matter Number: 66471.00003
I.D.#                        01051

## SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 0.40 | $630.00 | $252.00 |
| | Task Total | 0.40 | | $252.00 |

**<u>Exhibit F</u>**

**<u>June 1, 2017 – June 30, 2017</u>**

Invoice Date:        8/4/17
Invoice Number:       747940
Client Matter Number: 66471.00003
I.D.#               01051

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 6/1/17 | MA Fink | 006 | Review of MORs for E-Side | 0.30 |
| 6/2/17 | ND Ramsey | 006 | Attending telephonic committee meeting of E-side committee re case update | 0.60 |
| 6/6/17 | ND Ramsey | 006 | Reviewing proposed DIP agreement | 1.40 |
| 6/7/17 | ND Ramsey | 006 | Reviewing press reports re denial of reconsideration of NextEm PUCT approval (.1); emailing correspondence to S. Kazan and E. Early re same (.1) | 0.20 |
| 6/7/17 | MA Fink | 006 | Review of correspondence to committee re status and next steps | 0.20 |
| 6/9/17 | MA Fink | 006 | Review materials for 6/12/ meeting | 0.50 |
| 6/12/17 | JW Smith | 006 | Review docket and recently file pleadings (.1); review critical dates memo (.1); email to M. Fink regarding upcoming events and deadlines (.2); update calendar (.1) | 0.50 |
| 6/14/17 | MA Fink | 006 | Attend committee call with professionals | 0.60 |
| 6/20/17 | JW Smith | 006 | Review docket and recent pleadings (.2); review deadlines and dates and update critical dates memorandum and calendar event (.3) | 0.50 |
| 6/22/17 | JW Smith | 006 | Preparation for hearing (.1); arrange for telephonic appearance (.1); emails with attorneys regarding hearing (.1) | 0.30 |
| 6/23/17 | JW Smith | 006 | Review court docket and recent pleadings (.2); review and update calendar events and critical dates memo (.3) | 0.50 |
| 6/23/17 | ND Ramsey | 006 | Reviewing agenda for 6/26/17 hearing (.1); email correspondence with M. Fink re same (.1) | 0.20 |
| 6/25/17 | MA Fink | 006 | Correspondence with J. Madron (RLF) re 6/26 hearing | 0.40 |
| 6/26/17 | ND Ramsey | 006 | Reviewing proposed DIP order | 1.40 |
| 6/28/17 | MA Fink | 006 | Call with committee and professionals | 1.30 |

Task Total    8.90

Invoice Date:                8/4/17
Invoice Number:              747940
Client Matter Number:  66471.00003
I.D.#                        01051

### SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 3.30 | $630.00 | $2,079.00 |
| 01051 | Ramsey, ND | 3.80 | $675.00 | $2,565.00 |
| 07901 | Smith, JW | 1.80 | $165.00 | $297.00 |
| | Task Total | 8.90 | | $4,941.00 |

Invoice Date:                    8/4/17
Invoice Number:                  747940
Client Matter Number:  66471.00003
I.D.#                             01051

### Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 6/21/17 | MA Fink | 010 | Review and finalize S&C fee app for filing & service | 0.30 |
| | | | Task Total | 0.30 |

---

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                8/4/17
Invoice Number:              747940
Client Matter Number:  66471.00003
I.D.#                        01051

### SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 0.30 | $630.00 | $189.00 |
| | Task Total | 0.30 | | $189.00 |

Invoice Date:              8/4/17
Invoice Number:            747940
Client Matter Number:  66471.00003
I.D.#                      01051

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 6/7/17 | MA Fink | 011 | Review and finalize Guggenheim fee application (.4); correspondence with B. Smith re same(.1) | 0.50 |
| 6/13/17 | JW Smith | 011 | Prepare Sullivan Cromwell's CNO regarding their 30th monthly fee statement for filing with the Court and service (.2); review and update calendar events (.1); emails with M. Fink regarding same (.1) | 0.40 |
| 6/14/17 | MA Fink | 011 | Review of Guggenheim interim (.6); coordinate filing and service of same(.1) | 0.70 |
| 6/14/17 | JW Smith | 011 | Prepare Guggenheim's eighth interim fee application for filing with the Court and service (.3); review and update calendar events (.1) | 0.40 |
| 6/21/17 | JW Smith | 011 | Review and prepare Sullivan & Cromwell's 31st monthly fee application for filing with the Court and service (.4); review and update calendar events (.1) | 0.50 |

Task Total    2.50

Invoice Date:                8/4/17
Invoice Number:              747940
Client Matter Number:  66471.00003
I.D.#                        01051

### SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.20 | $630.00 | $756.00 |
| 07901 | Smith, JW | 1.30 | $165.00 | $214.50 |
| | Task Total | 2.50 | | $970.50 |

Invoice Date:                        8/4/17
Invoice Number:                    747940
Client Matter Number:  66471.00003
I.D.#                                    01051

**Detail for Fee Services Rendered - 012 Financing, Cash Collateral, Make Whole**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 6/6/17 | MA Fink | 012 | Review of DIP motion (1.7); underlying loan documents (4.5); motion to seal fee letter (.3); correspondence with J. Madron (.2) and A. Kranzley (.2); re fee letter; review of fee letter (1.0) | 7.90 |
| 6/8/17 | MA Fink | 012 | Review of fee provisions | 1.00 |
| 6/14/17 | MA Fink | 012 | Review of Guggenheim materials re DIP | 0.70 |
| 6/14/17 | ND Ramsey | 012 | Review of Guggenheim materials re DIP | 0.70 |
| 6/23/17 | MA Fink | 012 | Review of reply materials filed by debtors (1.9); e-mail correspondence with N. Ramsey re hearing agenda (.1) | 2.00 |
| 6/26/17 | MA Fink | 012 | Review of proposed form of DIP order | 2.80 |

Task Total    15.10

Invoice Date:                          8/4/17
Invoice Number:                     747940
Client Matter Number:  66471.00003
I.D.#                                    01051

### SUMMARY FOR FEE SERVICES RENDERED
### 012 Financing, Cash Collateral, Make Whole

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 14.40 | $630.00 | $9,072.00 |
| 01051 | Ramsey, ND | 0.70 | $675.00 | $472.50 |
| | Task Total | 15.10 | | $9,544.50 |

Invoice Date:              8/4/17
Invoice Number:            747940
Client Matter Number:  66471.00003
I.D.#                      01051

## Detail for Fee Services Rendered - 013 Other Litigation

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 6/1/17 | MA Fink | 013 | Review of Elliott related papers | 1.60 |
| 6/8/17 | MA Fink | 013 | Review of Elliott papers for status | 0.20 |
| 6/12/17 | MA Fink | 013 | Review Elliott's stipulation | 0.10 |
| | | | Task Total | 1.90 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | |
|---|---|---|---|
| Invoice Date: | | | 8/4/17 |
| Invoice Number: | | | 747940 |
| Client Matter Number: | | | 66471.00003 |
| I.D.# | | | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 013 Other Litigation

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.90 | $630.00 | $1,197.00 |
| | Task Total | 1.90 | | $1,197.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:             8/4/17
Invoice Number:           747940
Client Matter Number:  66471.00003
I.D.#                     01051

### Detail for Fee Services Rendered - 014 Meetings and Communications with Credito

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 6/2/17 | MA Fink | 014 | Meeting with committee and professionals | 0.60 |
| | | | Task Total | 0.60 |

Invoice Date:               8/4/17
Invoice Number:             747940
Client Matter Number:  66471.00003
I.D.#                        01051

## SUMMARY FOR FEE SERVICES RENDERED
### 014 Meetings and Communications with Creditors

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 0.60 | $630.00 | $378.00 |
| | Task Total | 0.60 | | $378.00 |

| | | | | |
|---|---|---|---|---|
| | | | Invoice Date: | 8/4/17 |
| | | | Invoice Number: | 747940 |
| | | | Client Matter Number: | 66471.00003 |
| | | | I.D.# | 01051 |

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 6/1/17 | MA Fink | 016 | Review of additional briefing in connection with Nextera in prep for committee meeting | 3.00 |
| 6/7/17 | MA Fink | 016 | Review of draft PUCT order denying reconsideration(2.0); order denying reconsideration (.2); correspondence with A. Kranzley re same (.2) | 2.40 |
| 6/27/17 | MA Fink | 016 | Review of Nextera motion for reconsideration | 3.00 |
| 6/28/17 | ND Ramsey | 016 | Reviewing Nextera motion for reconsideration | 0.80 |

Task Total    9.20

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                              8/4/17
Invoice Number:                         747940
Client Matter Number:  66471.00003
I.D.#                                          01051

### SUMMARY FOR FEE SERVICES RENDERED
### 016 Plan and Disclosure Statement

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 8.40 | $630.00 | $5,292.00 |
| 01051 | Ramsey, ND | 0.80 | $675.00 | $540.00 |
| | Task Total | 9.20 | | $5,832.00 |

Invoice Date:                      8/4/17
Invoice Number:                  747940
Client Matter Number:  66471.00003
I.D.#                                01051

### Detail for Fee Services Rendered - 021 Hearings

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 6/26/17 | MA Fink | 021 | Attend omnibus hearing (.5); attend status conference with debtors & chambers (.5) | 1.00 |
| 6/26/17 | DL Wright | 021 | Attending hearing on replacement DIP financing (.5); attending chambers conference regarding case status (.6) | 1.10 |

Task Total    2.10

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 8/4/17 |
| Invoice Number: | 747940 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.00 | $630.00 | $630.00 |
| 07717 | Wright, DL | 1.10 | $590.00 | $649.00 |
| | Task Total | 2.10 | | $1,279.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:               8/4/17
Invoice Number:        747940
Client Matter Number:  66471.00003
I.D.#                   01051

**Detail for Fee Services Rendered - 030 Asbestos-Related Matters**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 6/12/17 | MA Fink | 030 | Review of status report (.2); correspondence re same (.2) | 0.40 |
| | | | Task Total | 0.40 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | | |
|---|---|---|---|---|
| | | Invoice Date: | | 8/4/17 |
| | | Invoice Number: | | 747940 |
| | | Client Matter Number: | | 66471.00003 |
| | | I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 0.40 | $630.00 | $252.00 |
| | Task Total | 0.40 | | $252.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

**<u>Exhibit F</u>**

**<u>July 1, 2017 – July 31, 2017</u>**

|                          |            |
|--------------------------|------------|
| Invoice Date:            | 8/11/17    |
| Invoice Number:          | 748194     |
| Client Matter Number:    | 66471.00003 |
| I.D.#                    | 01051      |

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 7/7/17 | ND Ramsey | 006 | Reviewing report re Berkshire interest in acquisition of Oncon (.1); telephone call with S. Kazan re same (.3); emailing correspondence with S. Kazan (.2) | 0.60 |
| 7/10/17 | MA Fink | 006 | Review hearing agenda (.1); correspondence with N. Ramsey and A. Kranzley re same (.2) | 0.30 |
| 7/10/17 | ND Ramsey | 006 | Participating in EFH-UCC conference call | 0.70 |
| 7/13/17 | ND Ramsey | 006 | Reviewing asbestos provisions of Berkshire plan | 1.00 |
| 7/14/17 | ND Ramsey | 006 | Telephone call with B. Miller (.3); reviewing correspondence from Elliot to Oncor Board (.3) | 0.60 |
| 7/18/17 | JW Smith | 006 | Research and update of critical dates memo and calendar events | 0.80 |
| 7/19/17 | JW Smith | 006 | Calendar omnibus hearing dates; update critical dates memo | 0.50 |
| 7/24/17 | ND Ramsey | 006 | Participating in EFH-UCC update conference call | 0.70 |
| 7/25/17 | ND Ramsey | 006 | Reviewing filings in preparation for 7-26-17 hearing | 3.50 |
| 7/25/17 | JW Smith | 006 | Review documents regarding Debtors motion for order scheduling certain dates and deadlines and protocols (1.2); update critical dates memo (1.0) | 2.20 |
| 7/28/17 | MA Fink | 006 | Review of order scheduling hearing and related discovery deadlines | 0.40 |
| 7/28/17 | JW Smith | 006 | Scheduling Order and events related to disclosure statement, plan and confirmation (1.2); prepare critical dates memo (.8) update calendar events (.4) | 2.40 |
| 7/31/17 | MA Fink | 006 | Attend committee call (.7); review transcript in advance of call (.6) | 1.30 |
| 7/31/17 | MA Fink | 006 | Review motion for reconsideration filed by Elliott (1.7); associated declarations (2.3) | 4.00 |
| 7/31/17 | ND Ramsey | 006 | Participating in EFH-UCC update call (.7); telephone call with B. Glueckstein (.2); reviewing Elliott's motion to reconsider Next Era's break-up fee (1.8) | 2.70 |

Task Total    21.70

Invoice Date: 8/11/17
Invoice Number: 748194
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 6.00 | $630.00 | $3,780.00 |
| 01051 | Ramsey, ND | 9.80 | $675.00 | $6,615.00 |
| 07901 | Smith, JW | 5.90 | $165.00 | $973.50 |
| | Task Total | 21.70 | | $11,368.50 |

Invoice Date:              8/11/17
Invoice Number:         748194
Client Matter Number:  66471.00003
I.D.#                          01051

**Detail for Fee Services Rendered - 007 Claims Administration and Objections**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 7/31/17 | MA Fink | 007 | Review of Nextera motion for admin claim treatment | 2.30 |
| | | | Task Total | 2.30 |

| | |
|---|---|
| Invoice Date: | 8/11/17 |
| Invoice Number: | 748194 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
#### 007 Claims Administration and Objections

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 2.30 | $630.00 | $1,449.00 |
| | Task Total | 2.30 | | $1,449.00 |

| | |
|---|---|
| Invoice Date: | 8/11/17 |
| Invoice Number: | 748194 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 7/11/17 | JW Smith | 010 | Starting to prepare 29th monthly fee application | 0.70 |
| 7/13/17 | JW Smith | 010 | Research and preparation of MMWR's 29th monthly fee application (.7); draft notice regarding MMWR's 29th monthly fee application (.2); preparation of exhibits for MMWR's 29th monthly fee application (.3); prepare MMWR's 29th for filing with the Court and service (.4); preparation of MMWR's 30th monthly fee application (.4); draft notice regarding MMWR's 30th monthly fee application (.2); preparation of exhibits for MMWR's 30th monthly fee application (.3); prepare MMWR's 30th monthly for filing with the Court and service (.3) | 2.80 |
| 7/13/17 | MA Fink | 010 | Review/revise March fee statement (.5); review/revise April Fee statement (.6) | 1.10 |
| 7/14/17 | MA Fink | 010 | Work on matters related to MMWR Quarterly fee application | 1.70 |
| 7/18/17 | MA Fink | 010 | Review monthly application materials | 0.50 |
| 7/24/17 | JW Smith | 010 | Drafting MMWR's 8th interim fee application | 2.50 |
| 7/26/17 | JW Smith | 010 | Preparation of MMWR's exhibits for the 8th interim fee application (1.5); review and revise certification (.2); preparation of category summaries (.8); review notice and application (.3) | 2.80 |
| 7/26/17 | MA Fink | 010 | Review/revise quarterly app and exhibits | 1.40 |
| 7/27/17 | MA Fink | 010 | Finalize quarterly interim application | 0.40 |
| 7/27/17 | JW Smith | 010 | Research and review supporting documentation in preparation of Exhibit G to MMWRs 8th interim fee application (1.5); final preparation of fee application, notice and exhibits for filing with the Court and service (2.4) | 3.90 |

Task Total    17.80

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:         8/11/17
Invoice Number:     748194
Client Matter Number:  66471.00003
I.D.#              01051

### SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 5.10 | $630.00 | $3,213.00 |
| 07901 | Smith, JW | 12.70 | $165.00 | $2,095.50 |
| | Task Total | 17.80 | | $5,308.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 8/11/17 |
| Invoice Number: | 748194 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 7/13/17 | MA Fink | 011 | Review S&C CNO for filing (.1); coordinate filing and service (.1) | 0.20 |
| 7/21/17 | MA Fink | 011 | Review (.3); and coordinate filing (.1) of S&C fee app | 0.40 |
| 7/21/17 | JW Smith | 011 | Review and preparation of the 32nd Monthly Fee Statement of Sullivan & Cromwell LLP for filling with the Court and service (.8); review and update calendar events regarding fee application and CNO deadlines (.2) | 1.00 |
| 7/5/17 | JW Smith | 011 | Review and prepare the eight interim fee application of Sullivan & Cromwell LLP for filing with the Court and service | 0.50 |
| 7/12/17 | JW Smith | 011 | Review AlixPartners 8th interim fee application (.2); draft a notice of application (.3); prepare fee application for filing with the Court and service (.6) | 1.10 |
| 7/13/17 | JW Smith | 011 | Prepare CNO regarding the May, 2017 Sullivan & Cromwell fee application for filing with the Court and service | 0.20 |

Task Total    3.40

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                    8/11/17
Invoice Number:                  748194
Client Matter Number:  66471.00003
I.D.#                            01051

### SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 0.60 | $630.00 | $378.00 |
| 07901 | Smith, JW | 2.80 | $165.00 | $462.00 |
| | Task Total | 3.40 | | $840.00 |

Invoice Date:              8/11/17
Invoice Number:          748194
Client Matter Number:  66471.00003
I.D.#                          01051

**Detail for Fee Services Rendered - 014 Meetings and Communications with Credito**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 7/10/17 | MA Fink | 014 | Review of Guggenheim materials (.3); participate in committee meeting (1.0) | 1.30 |
| 7/17/17 | MA Fink | 014 | Respond to creditor inquires using public information | 0.70 |
| 7/20/17 | MA Fink | 014 | Respond to inquires from asbestos creditors re statement (.3) | 0.30 |
| 7/24/17 | MA Fink | 014 | Attend weekly meeting among committee members and professionals | 0.70 |
| 7/27/17 | MA Fink | 014 | Calls/correspondence re hearing results (multiple calls) | 1.00 |

Task Total    4.00

| | | | |
|---|---|---|---|
| Invoice Date: | | | 8/11/17 |
| Invoice Number: | | | 748194 |
| Client Matter Number: | | | 66471.00003 |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 014 Meetings and Communications with Creditors

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 4.00 | $630.00 | $2,520.00 |
| | Task Total | 4.00 | | $2,520.00 |

| | | | | |
|---|---|---|---|---|
| Invoice Date: | | | | 8/11/17 |
| Invoice Number: | | | | 748194 |
| Client Matter Number: | | | | 66471.00003 |
| I.D.# | | | | 01051 |

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 7/6/17 | MA Fink | 016 | Review materials related to new proposed deal for Oncor (.6); respond to inquires re potential effect on various classes of creditors (.8); begin review of 8-K (6.7) | 8.10 |
| 7/7/17 | MA Fink | 016 | Continue review of merger related documents | 8.60 |
| 7/8/17 | MA Fink | 016 | Review of disclosure statement materials | 1.80 |
| 7/8/17 | ND Ramsey | 016 | Reviewing plan and disclosure statement reflecting Berkshire Hathaway deal (2.1); telephone call with S. Kazan re same (.3) | 2.30 |
| 7/9/17 | MA Fink | 016 | Begin review of latest plan and DS documents for BH proposed deal | 6.80 |
| 7/10/17 | MA Fink | 016 | Review of Elliott transaction proposal materials (5.6); review notice of termination and associated documents (1.1) | 6.70 |
| 7/10/17 | ND Ramsey | 016 | Correspondence with S. Kazan re new plan (.2); continuing review of plan for compliance with asbestos settlement (2.1) | 2.30 |
| 7/11/17 | MA Fink | 016 | Review of Elliott papers re sale (1.7); review of EFH-8-K re termination and Elliott response (1.5); continue review of revised plan documents and associated transaction documents (4.0) | 7.20 |
| 7/12/17 | MA Fink | 016 | Calls with N. Ramsey re plan treatment (.2); comparison of provisions with prior confirmed plans (2.1) | 2.30 |
| 7/13/17 | MA Fink | 016 | Review merger agreement motion(1.3); continue review of Plan comparisons (1.0); review Elliot letter to Oncor Board (.3); review presentation referenced (1.4) | 4.00 |
| 7/13/17 | JW Smith | 016 | Research regarding NextEra plan (.5) review new plan documents (.5) | 1.00 |
| 7/14/17 | ND Ramsey | 016 | Reviewing Elliott proposal package | 2.20 |
| 7/17/17 | MA Fink | 016 | Review regulatory commitment agreement in light of additional reported commitments | 1.30 |
| 7/18/17 | MA Fink | 016 | Review correspondence re production to be provided by Debtors | 0.10 |
| 7/19/17 | MA Fink | 016 | Review papers by Elliott  (2.8); PIKs (.4); and others re schedule for hearings (.4); review of Nextera appellate papers (.3) review of Elliott objection to debtors scheduling motion (.2) | 4.10 |
| 7/20/17 | MA Fink | 016 | Correspondence with S&C (Kranzley) re 7/26 hearing (.3) | 0.30 |
| 7/20/17 | MA Fink | 016 | Review notices of Dep (3) (0.3); review of liquidation analysis (1.8) | 2.40 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|  |  |
|---|---|
| Invoice Date: | 8/11/17 |
| Invoice Number: | 748194 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 7/21/17 | MA Fink | 016 | Review of 3 separate letters re discovery disputes (.5); participate in hearing re discovery (.5): review of replies filed to motions re scheduling; review of subpoenas issued (2.3) | 3.30 |
| 7/24/17 | MA Fink | 016 | Review various subpoenas issued in connection with 7/26 hearing | 0.20 |
| 7/25/17 | MA Fink | 016 | Review objections to Elliott motion to adjourn | 1.00 |
| 7/25/17 | MA Fink | 016 | Review of documents in preparation for hearing | 1.20 |
| 7/26/17 | MA Fink | 016 | Attend conference re scheduling for approval of timing on BH transaction | 7.00 |
| 7/27/17 | MA Fink | 016 | Review correspondence re hearing scheduling | 0.30 |
| 7/28/17 | MA Fink | 016 | Review of notices re deposition and other discovery deadlines | 0.80 |
| 7/31/17 | JW Smith | 016 | Review documents and events related to disclosure statement, plan and confirmation (1.1); update calendar events (.4) | 1.50 |

Task Total    76.80

Invoice Date:                    8/11/17
Invoice Number:              748194
Client Matter Number:  66471.00003
I.D.#                              01051

### SUMMARY FOR FEE SERVICES RENDERED
### 016 Plan and Disclosure Statement

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 67.50 | $630.00 | $42,525.00 |
| 01051 | Ramsey, ND | 6.80 | $675.00 | $4,590.00 |
| 07901 | Smith, JW | 2.50 | $165.00 | $412.50 |
| | Task Total | 76.80 | | $47,527.50 |

Invoice Date:                   8/11/17
Invoice Number:             748194
Client Matter Number:  66471.00003
I.D.#                                01051

**Detail for Fee Services Rendered - 021 Hearings**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 7/12/17 | ND Ramsey | 021 | Attending omnibus hearing | 1.80 |
| 7/12/17 | MA Fink | 021 | Prepare for (.8); and attend hearing (1.0) | 1.80 |
| 7/24/17 | JW Smith | 021 | Preparation for 7/26 hearing (.4); arrange court call appearance for M. Fink (.1); review calendar events (.1) | 0.60 |
| 7/25/17 | JW Smith | 021 | Preparation of materials and supporting documents for attorneys for hearing on 7/26/2017 (3.8); e-mail with M. Fink regarding 7/21/2017 transcript (.1); ordering and forwarding 7/21/2017 transcript to M. Fink (.2) | 4.10 |
| 7/26/17 | ND Ramsey | 021 | Attending hearing on scheduling order for plan based on sale of Oncor to Berkshire Hathaway | 8.50 |

Task Total    16.80

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                8/11/17
Invoice Number:              748194
Client Matter Number:  66471.00003
I.D.#                         01051

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 1.80 | $630.00 | $1,134.00 |
| 01051 | Ramsey, ND | 10.30 | $675.00 | $6,952.50 |
| 07901 | Smith, JW | 4.70 | $165.00 | $775.50 |
| | Task Total | 16.80 | | $8,862.00 |

| | | |
|---|---|---|
| Invoice Date: | | 8/11/17 |
| Invoice Number: | | 748194 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

### Detail for Fee Services Rendered - 030 Asbestos-Related Matters

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 7/31/17 | MA Fink | 030 | Call with N. Ramsey re potential 524(g) issues | 0.30 |
| 7/31/17 | ND Ramsey | 030 | Call with M. Fink re potential 524 issues | 0.30 |
| | | | Task Total | 0.60 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 8/11/17
Invoice Number: 748194
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 0.30 | $630.00 | $189.00 |
| 01051 | Ramsey, ND | 0.30 | $675.00 | $202.50 |
| | Task Total | 0.60 | | $391.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

**<u>Exhibit F</u>**


**<u>August 1, 2017 – August 31, 2017</u>**

| | |
|---|---|
| Invoice Date: | 9/22/17 |
| Invoice Number: | 749863 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 002 Asset Disposition**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 8/7/17 | MA Fink | 002 | Review of provisions of merger agreement related to termination fee and various milestones (1.4); review of additional letter between Debtors and Elliott (.7) | 2.10 |
| 8/7/17 | MA Fink | 002 | Review of letters re discovery dispute (.4); and exhibits to same (.3) | 0.70 |
| 8/8/17 | MA Fink | 002 | Review and provide comment to limited objection by e-side committee to break-up fee (.5);review revised order re break-up fee (.2) | 0.70 |
| 8/9/17 | MA Fink | 002 | Finalize E-side committee objection (.3); review objections filed by others to break fee (1.0) | 1.30 |
| 8/10/17 | MA Fink | 002 | Review of Elliott objection to Berkshire Deal including associated declaration materials (5.0); review stipulation regarding Elliott motion for reconsideration and associated order (.3); conference with N. Ramsey re: same (.4); review of materials filed by potential intervenors (.2); correspondence with A. Kranzley re: E-Side committee position and filings (.3); review materials for 8/11 hearing (.4) | 2.10 |
| 8/11/17 | MA Fink | 002 | Review of supplementary briefing submitted in connection with 8/11 hearing on scheduling motion (.5); conference with N. Ramsey re same (.2); attend status conference on 8/21 hearing (.7); review of notices re support for BHE transaction (.4) | 1.80 |
| 8/15/17 | MA Fink | 002 | Research transcripts re asbestos issues raised in connection with 8/21 hearing on BHE transaction (1.0); review of order re motion to adjourn hearing (.2); correspondence re intervenors (.7) | 1.90 |
| 8/16/17 | MA Fink | 002 | Review joint pretrial order re 8/21 trial (.2); review amendment to BH app (1.1) | 1.30 |
| 8/16/17 | MA Fink | 002 | Review Joinder by BH and declaration in support (3.7); review of debtors reply in support of APA (2.0) | 5.70 |
| 8/18/17 | MA Fink | 002 | Review of designations in advance of 8/21 hearing (2.8); attend 8/18 conference (.8) | 3.60 |
| 8/19/17 | MA Fink | 002 | Review of written direct examinations served pursuant to scheduling order (4.6); review of designations and counter designations (3.1); review of releases re PUCT (.3) | 8.00 |

| | | | | |
|---|---|---|---|---|
| Invoice Date: | | | | 9/22/17 |
| Invoice Number: | | | | 749863 |
| Client Matter Number: | | | 66471.00003 | |
| I.D.# | | | | 01051 |

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 8/20/17 | MA Fink | 002 | Review of demonstratives in connection with hearing (.4); review amendment to APA (.8) | 1.20 |
| 8/28/17 | MA Fink | 002 | Review of Horton declaration in support of (.3); review of amended and superseded motion (.5); review of PUCT letter re Oncor (.2) | 1.00 |

Task Total    31.40

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:          9/22/17
Invoice Number:          749863
Client Matter Number:  66471.00003
I.D.#          01051

## SUMMARY FOR FEE SERVICES RENDERED
### 002 Asset Disposition

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 31.40 | $630.00 | $19,782.00 |
| | Task Total | 31.40 | | $19,782.00 |

| | | |
|---|---|---|
| Invoice Date: | | 9/22/17 |
| Invoice Number: | | 749863 |
| Client Matter Number: | | 66471.00003 |
| I.D.# | | 01051 |

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 8/1/17 | JW Smith | 006 | Research regarding pending administrative matters (.5); review and update calendar events (.1) | 0.60 |
| 8/1/17 | MA Fink | 006 | Review Oncor 10Q and earnings presentation (1.6) | 1.60 |
| 8/2/17 | MA Fink | 006 | Review of Oncor stip with PUCT | 1.30 |
| 8/4/17 | JW Smith | 006 | Review and prepare for attorney review the Debtors complaint against NexEra (.5); research and review calendar events (.3); update critical dates memo (.2) | 1.00 |
| 8/4/17 | JW Smith | 006 | Review EFH/EFIH complaint against NextEra and prepare materials for attorneys review (.5); calendar events (.2) | 0.70 |
| 8/7/17 | ND Ramsey | 006 | Reviewing communications between debtor and Elliott re litigation schedule | 0.60 |
| 8/7/17 | MA Fink | 006 | Review of Nextera response for motion to intervene | 0.90 |
| 8/8/17 | MA Fink | 006 | Attend committee meeting | 0.30 |
| 8/8/17 | ND Ramsey | 006 | Participating in UCC follow up call | 0.30 |
| 8/8/17 | JW Smith | 006 | Review and update calendar events and critical dates memo | 1.20 |
| 8/9/17 | JW Smith | 006 | Prepare binders for August 11th hearing (1.2); review EFH v. NextEra Energy adversary proceeding and update calendar events (.5) | 1.70 |
| 8/9/17 | MA Fink | 006 | Correspondence J. Smith re 8/11 hearing objections filed and next steps (.3); review doc re discovery issues (.2); and related order (.1) | 0.60 |
| 8/11/17 | JW Smith | 006 | Update calendar events and critical dates regarding notice of depositions, emails from M. Fink and recent Court filings | 0.50 |
| 8/10/17 | ND Ramsey | 006 | Reviewing various pleadings and communications regarding motion to enter into merger agreement, NextEra's break-up fee Elliott motion for reconsideration related to August 11 hearing (2.4); conferring with M. Fink re same (.4) | 2.80 |
| 8/14/17 | JW Smith | 006 | Update calendar events pre emails regarding depositions (.2); preparation for 8/21 hearing (.5) | 0.70 |
| 8/14/17 | ND Ramsey | 006 | Participating in UCC update calls | 0.40 |
| 8/14/17 | MA Fink | 006 | Participate in weekly committee call (.4); review filings re 8/2 hearing (.3); review various versions of pre-trial order (.5) | 1.20 |
| 8/15/17 | JW Smith | 006 | Research for M. Fink regarding planned deposition and times (.8); review and update critical dates memo (.4) | 1.20 |
| 8/17/17 | MA Fink | 006 | Review of BHE 30(b)(6) witness testimony re Oncor transaction | 1.90 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | Invoice Date: | 9/22/17 |
| | | | Invoice Number: | 749863 |
| | | | Client Matter Number: | 66471.00003 |
| | | | I.D.# | 01051 |

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 8/18/17 | MA Fink | 006 | Review orders entered re breakup fees | 0.10 |
| 8/18/17 | JW Smith | 006 | Review order consolidating certain termination fee procedures (.2); research regarding plan documents (.4); review adversary document of EFH v. NextEra (.4); update calendar events (.6) | 1.60 |
| 8/20/17 | ND Ramsey | 006 | Participating in conference call with Committee re plan developments | 0.90 |
| 8/21/17 | ND Ramsey | 006 | Email communications among committee members, counsel | 0.40 |
| 8/22/17 | JW Smith | 006 | Review second re-notice regarding DS; review and update calendar and critical dates memo (.6) | 0.60 |
| 8/23/17 | JW Smith | 006 | Prepare certificate of counsel regarding stipulation and order regarding Committee's intervention in adversary for filing with the Court and service (.8); emails with M. Fink regarding same (.1) | 0.90 |
| 8/24/17 | ND Ramsey | 006 | Beginning review of plan based on sale to Sempra | 0.70 |
| 8/28/17 | MA Fink | 006 | Review latest MOR focus on available cash (.3); review Nextera appeal documents (.3); post-confirmation report (.1); order re PSA hearing (1.0) | 1.70 |
| 8/29/17 | MA Fink | 006 | Review plan scheduling order (.2) | 0.20 |
| 8/29/17 | JW Smith | 006 | Review recently filed documents, including plan documents and update calendar events and critical dates memo | 1.50 |
| 8/30/17 | MA Fink | 006 | Review of materials related to Disclosure Statement hearing (.9); correspondence with J. Smith re calendar for Plan process and Nextera adversary (.2) | 1.10 |

Task Total    29.20

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:            9/22/17
Invoice Number:          749863
Client Matter Number:  66471.00003
I.D.#                      01051

### SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 10.90 | $630.00 | $6,867.00 |
| 01051 | Ramsey, ND | 6.10 | $675.00 | $4,117.50 |
| 07901 | Smith, JW | 12.20 | $165.00 | $2,013.00 |
| | Task Total | 29.20 | | $12,997.50 |

| | |
|---|---|
| Invoice Date: | 9/22/17 |
| Invoice Number: | 749863 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### Detail for Fee Services Rendered - 007 Claims Administration and Objections

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 8/1/17 | MA Fink | 007 | Research caselaw for potential opposition to Nextera administrative claim (3.7); review declaration in support of application (2.8) | 6.50 |
| 8/2/17 | MA Fink | 007 | Research re motion for reconsideration by Elliott | 3.40 |
| 8/3/17 | MA Fink | 007 | Review of Elliott preliminary objection to Nextera claim | 0.20 |
| 8/3/17 | MA Fink | 007 | Begin review of adversary commenced by debtors re $275M for Nextera | 2.30 |
| 8/4/17 | MA Fink | 007 | Review motion to consolidate (.7); motion to Shorten (.2); and Elliott objection to same (.3) continue review adversary exhibits (1.0) | 2.20 |
| 8/23/17 | MA Fink | 007 | Review stip for intervention (.2); coordinate filing and service re same (.2) | 0.40 |
| 8/31/17 | MA Fink | 007 | Review application by debtors to retain special counsel (.5); correspondence re same (.2) | 0.70 |

Task Total    15.70

---

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:             9/22/17
Invoice Number:           749863
Client Matter Number:  66471.00003
I.D.#                          01051

## SUMMARY FOR FEE SERVICES RENDERED
### 007 Claims Administration and Objections

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 15.70 | $630.00 | $9,891.00 |
| | Task Total | 15.70 | | $9,891.00 |

Invoice Date: 9/22/17
Invoice Number: 749863
Client Matter Number: 66471.00003
I.D.# 01051

**Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 8/7/17 | MA Fink | 010 | Review and finalize CNOs for March (.2) and April (.2) | 0.40 |
| 8/7/17 | JW Smith | 010 | Draft, revise and prepare for filing the 29th monthly fee application of MMWR (.3); and the 30th monthly fee application of MMWR (.2); update calendar events (.1) | 0.60 |
| 8/9/17 | MA Fink | 010 | Review and revise May fee app for filing (.4); review and revise June fee app for filing (.4) | 0.80 |
| 8/17/17 | JW Smith | 010 | Draft of MMWR's thirty-third monthly fee application for filing with the Court and service (1.2); review and update calendar events (.2) | 1.40 |
| 8/3/17 | JW Smith | 010 | Research for M. Fink regarding MMWRs 8th interim fee application (.2); emails with R. Schepacarter of the USDOJ-OUST regarding exhibit G of the 8th interim fee application (.2) | 0.40 |
| 8/9/17 | JW Smith | 010 | Preparation of MMWR's 31st monthly fee application for filing with the court and service (1.2); preparation of MMWR's 32nd monthly fee application for filing with the Court and service (1.2); review and update calendar events (.2) | 2.60 |
| 8/17/17 | MA Fink | 010 | Review and finalize July 2017 fee app (.5) | 0.50 |
| 8/22/17 | JW Smith | 010 | Prepare MMWR's 33rd monthly fee application for filing with the Court and service (.8); review and update calendar events (.1) | 0.90 |
| 8/29/17 | MA Fink | 010 | Review/revise MMWR CNO (.2) | 0.20 |
| 8/30/17 | JW Smith | 010 | Prepare CNO for MMWRs 31st monthly fee application (.2); prepare CNO for MMWRs 32nd monthly fee application (.2); review fee charts and update calendar events (.2) | 0.60 |
| 8/31/17 | MA Fink | 010 | Review and comment on CNOs for MMWR fee apps for May (.2), and June (.2) | 0.40 |

Task Total    8.80

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                   9/22/17
Invoice Number:                 749863
Client Matter Number:  66471.00003
I.D.#                           01051

## SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| 07722 | Fink, MA | 2.30 | $630.00 | $1,449.00 |
| 07901 | Smith, JW | 6.50 | $165.00 | $1,072.50 |
| | Task Total | 8.80 | | $2,521.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:              9/22/17
Invoice Number:            749863
Client Matter Number:  66471.00003
I.D.#                      01051

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 8/8/17 | JW Smith | 011 | Prepare notice of AlixPartners 26th monthly fee application (.2); review and prepare AlixPartners 26th monthly fee application for filing with the Court and service (.3); update calendar events (.1) | 0.60 |
| 8/8/17 | MA Fink | 011 | Review/revise Alix application (.3); coordinate filing and service (.1); correspondence with L. Black (Alix) re same (.2) | 0.60 |
| 8/14/17 | JW Smith | 011 | Prepare CNO regarding Sullivan and Cromwell's June, 2017 fee application for filing with the Court and service (.4); review and update committee fee calendar events (.1) | 0.50 |
| 8/28/17 | JW Smith | 011 | Prepare Guggenheim Securities, LLC's 31st monthly fee app for filing with the court and service (.5); prepare Guggenheim Securities, LLC's 32nd monthly fee app for filing with the court and service (.3); prepare Guggenheim Securities, LLC's 33rd monthly fee app for filing with the court and service (.3); update fee chart and calendar events (.3) | 1.40 |
| 8/29/17 | MA Fink | 011 | Review/finalize Alix fee app (.3) | 0.30 |
| 8/30/17 | JW Smith | 011 | Prepare CNO regarding sixth monthly fee application of AlixPartners, LLP for filing with the Court and service (.3); update calendar events (.1) | 0.40 |

Task Total    3.80

| | |
|---|---|
| Invoice Date: | 9/22/17 |
| Invoice Number: | 749863 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 0.90 | $630.00 | $567.00 |
| 07901 | Smith, JW | 2.90 | $165.00 | $478.50 |
| | Task Total | 3.80 | | $1,045.50 |

| | |
|---|---|
| Invoice Date: | 9/22/17 |
| Invoice Number: | 749863 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 013 Other Litigation**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 8/8/17 | ND Ramsey | 013 | Reviewing draft objection to the Berkshire break fee | 0.50 |
| 8/28/17 | MA Fink | 013 | Review of Nextera answer to complaint (.9); motion to intervene (.4); review revised scheduling order draft (.3); notice re interventions of other parties. (.3) | 1.90 |
| 8/31/17 | MA Fink | 013 | Review joinders re Nextera litigation (.4); review Elliott intervention motion (.7); review additional complaint by Elliott with exhibits to same (4.2) | 5.30 |
| | | | Task Total | 7.70 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                          9/22/17
Invoice Number:                      749863
Client Matter Number:  66471.00003
I.D.#                                      01051

## SUMMARY FOR FEE SERVICES RENDERED
### 013 Other Litigation

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 7.20 | $630.00 | $4,536.00 |
| 01051 | Ramsey, ND | 0.50 | $675.00 | $337.50 |
| | Task Total | 7.70 | | $4,873.50 |

| | |
|---|---|
| Invoice Date: | 9/22/17 |
| Invoice Number: | 749863 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 014 Meetings and Communications with Credito**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 8/1/17 | MA Fink | 014 | Call with creditor re confirmation schedule | 0.20 |
| 8/4/17 | MA Fink | 014 | Participate in call with committee and professionals | 0.50 |
| 8/9/17 | MA Fink | 014 | Call with creditors re case status | 0.50 |
| 8/16/17 | MA Fink | 014 | Respond to creditor inquires | 0.50 |
| 8/20/17 | MA Fink | 014 | Attend meeting re alternative transaction | 0.90 |
| 8/21/17 | MA Fink | 014 | Respond to number of inquires re BHE deal and status | 0.90 |

Task Total    3.50

Invoice Date:                    9/22/17
Invoice Number:                749863
Client Matter Number:  66471.00003
I.D.#                              01051

### SUMMARY FOR FEE SERVICES RENDERED
### 014 Meetings and Communications with Creditors

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 3.50 | $630.00 | $2,205.00 |
| | Task Total | 3.50 | | $2,205.00 |

| | | |
|---|---|---|
| Invoice Date: | | 9/22/17 |
| Invoice Number: | | 749863 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 8/2/17 | ND Ramsey | 016 | Preparing for telephone call to J. Klause (.3); telephone call and email correspondence with J. Klause, counsel to Berkshire Hathaway (.3); conferring with S. Kazan re same (.2); email correspondence with B. Glueckstein re same (.1) | 0.90 |
| 8/4/17 | MA Fink | 016 | Review of discovery requests including those by asbestos plaintiffs | 1.70 |
| 8/7/17 | MA Fink | 016 | Continued review of various discovery requests exchanged related to merger agreement | 1.10 |
| 8/11/17 | MA Fink | 016 | Review of various discovery responses served by debtors (2.8); and BHE (.7) due to requests made by the asbestos objectors; review of PUCT response to Nextera appeal (.1) | 3.60 |
| 8/15/17 | MA Fink | 016 | Review revised approval order | 0.90 |
| 8/17/17 | MA Fink | 016 | Review of Elliott objection in light of their 8/16 filing (1.4); review of plan provisions re impaired classes (1.2); correspondence with N. Ramsey re classes (.4) research re DE 1129(a)(10) authority (1.8); review press release from BHE re bid (.1) | 4.90 |
| 8/17/17 | ND Ramsey | 016 | Reviewing Elliott letter to court (.4); conferring with M. Fink (.4), S. Kazan (.3) and B. Glueckstein (.1) re same | 1.20 |
| 8/18/17 | ND Ramsey | 016 | Participating in conference with the Court regarding developments (.4); conferring with M. Fink re same (.2); participating in court conference re discovery dispute between debtors and Elliott (.8); reviewing deposition designations and counter-designations by debtors, Elliott in preparation for 8/21 hearing (2.0); reviewing Keglevic, Ying, Chipman declarations in preparation for 8/21 hearing (.8) | 4.20 |
| 8/18/17 | MA Fink | 016 | Continue research on 1126 issues (2.9); review DS objections (2.0); research 524(g) option (1.0) | 5.90 |
| 8/19/17 | ND Ramsey | 016 | Reviewing declaration of P. Goodman in preparation for 8/21 hearing | 0.50 |
| 8/20/17 | ND Ramsey | 016 | Reviewing Elliott objections to joint designations of debtors, Berkshire | 0.40 |
| 8/22/17 | MA Fink | 016 | Plan review Sempra PSA (2.7); purchase agreement (2.1); supplementary documents (1.6) | 6.40 |
| 8/23/17 | JW Smith | 016 | Review of Plan and DS documents (.3); preparation for attorney review (.3); review and update calendar events regarding plan and DS (.2) | 0.80 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | Invoice Date: | 9/22/17 |
| | | | Invoice Number: | 749863 |
| | | | Client Matter Number: | 66471.00003 |
| | | | I.D.# | 01051 |

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 8/28/17 | ND Ramsey | 016 | Participating in UCC update calls; reviewing revised Disclosure Statement re EFH Legacy Claims | 0.90 |
| 8/29/17 | ND Ramsey | 016 | Continued review of Sempra plan (.9); reviewing waterfall analysis for Sempra plan (.4) | 1.30 |
| 8/29/17 | MA Fink | 016 | Review amended plan (1.7); and DS (1.0) | 2.70 |
| 8/31/17 | MA Fink | 016 | Plan and review documents filed in connection with disclosure statement objections (.2) | 0.20 |

Task Total    37.60

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:          9/22/17
Invoice Number:        749863
Client Matter Number:  66471.00003
I.D.#                  01051

## SUMMARY FOR FEE SERVICES RENDERED
### 016 Plan and Disclosure Statement

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 27.40 | $630.00 | $17,262.00 |
| 01051 | Ramsey, ND | 9.40 | $675.00 | $6,345.00 |
| 07901 | Smith, JW | 0.80 | $165.00 | $132.00 |
| | Task Total | 37.60 | | $23,739.00 |

|  |  |
|---|---|
| Invoice Date: | 9/22/17 |
| Invoice Number: | 749863 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### Detail for Fee Services Rendered - 021 Hearings

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 8/7/17 | MA Fink | 021 | Attend hearing re Elliott/debtor dispute (.6) | 0.60 |
| 8/10/17 | JW Smith | 021 | Preparation of materials for hearing on August 11, 2017 | 4.80 |
| 8/11/17 | ND Ramsey | 021 | Attending Omnibus hearing | 1.00 |
| 8/17/17 | JW Smith | 021 | Research regarding pending depositions (.1); review and update calendar events (.3); preparation of materials for 8/21/2017 hearing at 9:00 a.m. (2.7) | 3.10 |
| 8/20/17 | JW Smith | 021 | Research and preparation of materials for hearing (3.5); review and update calendar events (.2) | 3.70 |
| 8/21/17 | ND Ramsey | 021 | Appearance at hearing on debtors' motion to approve merger agreement with Berkshire (abandoned and new agreement announced with Sempra) | 1.50 |
| 8/21/17 | MA Fink | 021 | Attend status conference re new transaction | 0.80 |

Task Total    15.50

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:              9/22/17
Invoice Number:            749863
Client Matter Number:  66471.00003
I.D.#                       01051

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 1.40 | $630.00 | $882.00 |
| 01051 | Ramsey, ND | 2.50 | $675.00 | $1,687.50 |
| 07901 | Smith, JW | 11.60 | $165.00 | $1,914.00 |
| | Task Total | 15.50 | | $4,483.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:           9/22/17
Invoice Number:      749863
Client Matter Number:  66471.00003
I.D.#              01051

**Detail for Fee Services Rendered - 030 Asbestos-Related Matters**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 8/8/17 | ND Ramsey | 030 | Emailing correspondence with asbestos claimant's counsel re Berkshire plan | 0.30 |
| 8/10/17 | ND Ramsey | 030 | Analyzing potential allocation of break fee (1.2); telephone call with S. Kazan re same (.2); reviewing email to B. Glueckstein from S. Kazan re same (.2) | 1.60 |

Task Total   1.90

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 9/22/17
Invoice Number: 749863
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 01051 | Ramsey, ND | 1.90 | $675.00 | $1,282.50 |
| | Task Total | 1.90 | | $1,282.50 |