## Exhibit G

## EFH Official Committee MMWR Budget

| Project Category | Estimated Hours | | Estimated Fees | |
|---|---|---|---|---|
| | Low | High | Low | High |
| Asset Analysis | 0 | 0 | $0.00 | $0.00 |
| Asset Disposition | 0 | 0 | $0.00 | $0.00 |
| Assumption and Rejection of Leases & Contracts | 0 | 0 | $0.00 | $0.00 |
| Avoidance Action Analysis | 0 | 0 | $0.00 | $0.00 |
| Business Operations | 0 | 0 | $0.00 | $0.00 |
| Case Administration | 80 | 180 | $34,800.00 | $78,300.00 |
| Claims Administration and Objections | 0 | 0 | $0.00 | $0.00 |
| Corporate Governance and Board Matters | 0 | 0 | $0.00 | $0.00 |
| Employment Benefits and Pensions | 0 | 0 | $0.00 | $0.00 |
| Employment and Fee Applications (MMWR) | 40 | 60 | $17,400.00 | $26,100.00 |
| Employment and Fee Applications (Others) | 20 | 40 | $8,700.00 | $17,400.00 |
| Financing, Cash Collateral, Make Whole | 0 | 0 | $0.00 | $0.00 |
| Other Litigation | 0 | 0 | $0.00 | $0.00 |
| Meetings and Communications with Creditors | 40 | 100 | $17,400.00 | $43,500.00 |
| Non-Working Travel | 0 | 0 | $0.00 | $0.00 |
| Plan and Disclosure Statement (incl PSA and SA) | 69 | 140 | $30,015.00 | $60,900.00 |
| Relief from Stay and Adequate Protection | 0 | 0 | $0.00 | $0.00 |
| Tax | 0 | 0 | $0.00 | $0.00 |
| Valuation | 0 | 0 | $0.00 | $0.00 |
| Discovery (Non-asbestos) (Non-Plan) | 0 | 0 | $0.00 | $0.00 |
| Hearings (excluding Confirmation Hearing) | 200 | 280 | $87,000.00 | $121,800.00 |
| First and Second Day Motions | 0 | 0 | $0.00 | $0.00 |
| Claims Investigation | 0 | 0 | $0.00 | $0.00 |
| Lien Investigation | 0 | 0 | $0.00 | $0.00 |
| Intercompany Claims | 0 | 0 | $0.00 | $0.00 |
| Other Motions/Applications | 40 | 100 | $17,400.00 | $43,500.00 |
| Schedules and Statements | 0 | 0 | $0.00 | $0.00 |
| Time Entry Review | 60 | 100 | $26,100.00 | $43,500.00 |
| Budgeting (Case) | 8 | 12 | $3,480.00 | $5,220.00 |
| Asbestos-Related Matters | 80 | 140 | $34,800.00 | $60,900.00 |
| Derivative Litigation | 0 | 0 | $0.00 | $0.00 |
| **TOTAL** | **637** | **1152** | **$277,095.00** | **$501,120.00** |

## Exhibit G

## EFH Official Committee

## MMWR Staffing Plan

| Category of Timekeeper | Total Number in Category Expected to Work on Matter in Period | Estimated Average Hourly Rate[1] |
|---|---|---|
| Partner | 2 | $642.50 |
| Of Counsel | 0 | $0.00 |
| Associate | 1 | $310.00 |
| Legal Assistant | 1 | $145.00 |

Notes:

(1) Actual average hourly rate will vary with seniority of

resources, and may be higher for some work streams than others.

| Project Category | Estimated Hours | | Actual Hours 05/01/2017 - 08/31/2017 | Estimated Fees | | Actual Fees 05/01/2017 - 08/31/2017 |
|---|---|---|---|---|---|---|
| | Low | High | | Low | High | |
| Asset Analysis | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Asset Disposition | 0 | 0 | 31.40 | $0.00 | $0.00 | $19,782.00 |
| Assumption and Rejection of Leases & Contracts | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Avoidance Action Analysis | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Business Operations | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Case Administration | 80 | 180 | 77.10 | $34,800.00 | $78,300.00 | $39,714.00 |
| Claims Administration and Objections | 0 | 0 | 18.00 | $0.00 | $0.00 | $11,340.00 |
| Corporate Governance and Board Matters | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Employment Benefits and Pensions | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Employment and Fee Applications (MMWR) | 40 | 60 | 26.90 | $17,400.00 | $26,100.00 | $8,019.00 |
| Employment and Fee Applications (Others) | 20 | 40 | 10.90 | $8,700.00 | $17,400.00 | $3,333.00 |
| Financing, Cash Collateral, Make Whole | 0 | 0 | 15.50 | $0.00 | $0.00 | $9,610.50 |
| Other Litigation | 0 | 0 | 11.90 | $0.00 | $0.00 | $7,519.50 |
| Meetings and Communications with Creditors | 40 | 100 | 9.60 | $17,400.00 | $43,500.00 | $6,048.00 |
| Non-Working Travel | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Plan and Disclosure Statement (incl PSA and SA) | 69 | 140 | 128.80 | $30,015.00 | $60,900.00 | $80,401.50 |
| Relief from Stay and Adequate Protection | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Tax | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Valuation | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Discovery (Non-asbestos) (Non-Plan) | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Hearings (excluding Confirmation Hearing) | 200 | 280 | 35.10 | $87,000.00 | $121,800.00 | $15,065.50 |
| First and Second Day Motions | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Claims Investigation | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Lien Investigation | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Intercompany Claims | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Other Motions/Applications | 40 | 100 | 0 | $17,400.00 | $43,500.00 | $0.00 |
| Schedules and Statements | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Time Entry Review | 60 | 100 | 0 | $26,100.00 | $43,500.00 | $0.00 |
| Budgeting (Case) | 8 | 12 | 0 | $3,480.00 | $5,220.00 | $0.00 |
| Asbestos-Related Matters | 80 | 140 | 3.30 | $34,800.00 | $60,900.00 | $2,178.00 |
| Derivative Litigation | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| **TOTAL** | **637** | **1152** | **368.50** | **$277,095.00** | **$501,120.00** | **$203,011.00** |

# Exhibit G

# EFH Official Committee

# MMWR Staffing Plan

| Category of Timekeeper | Total Number in Category Expected to Work on Matter[1] | Maximum Number of Persons in Category that Actually Worked on Matter in any Month during Period | Total Number in Category that Actually Worked on Matter in Period |
|---|---|---|---|
| Partner | 2 | 2 | 2 |
| Of Counsel | 0 | 1 | 1 |
| Associate | 1 | 0 | 0 |
| Legal Assistant[2] | 1 | 1 | 1 |

Notes:
(1) Actual average hourly rate will vary with seniority of resources, and may be higher for some work streams than others.
(2) Includes Paralegals, Librarians, and Automated Litigation Support Specialists.