# **EXHIBIT A**

**[Statement of Fees by Subject Matter]**

{12270-001 STA A0487289.DOCX}

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| Hearings/Agendas | 0.30 | $148.50 |
| NEE Adversary Proceedings | 5.30 | $2,623.50 |
| Retention Application/Shaw Fishman | 4.00 | $1,980.00 |
| **TOTAL** | **9.60** | **$4,752.00** |

{12270-001 STA A0487289.DOCX}