## EXHIBIT C

**[Summary of Actual and Necessary Expenses for the Fee Period]**

No expenses were incurred during this Fee Period.