## **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

No expenses were incurred during this Fee Period.