# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of James A. Frederick of Littler Mendelson P.C., 2001 Ross Avenue, Suite 1500, Dallas, TX 75201, to represent Vistra Energy f/k/a TCEH Corp. in the above-captioned cases and any and all adversary proceedings commenced therein.

Dated: November 8, 2017  
      Wilmington, Delaware

          */s/ Jason M. Madron*  
Jason M. Madron (Bar No. 4431)  
RICHARDS, LAYTON & FINGER, P.A.  
One Rodney Square  
920 North King Street  
Wilmington, Delaware 19801  
Telephone:  (302) 651-7700  
Facsimile:  (302) 651-7701  
Email:  madron@rlf.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 18435467v.1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas, and am admitted to practice before the United States District Court for the Northern, Southern, Eastern, and Western Districts of Texas, and submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund*, effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ James A. Frederick*
James A. Frederick
LITTLER MENDELSON P.C.
2001 Ross Avenue, Suite 1500
Dallas, Texas 75201
Telephone:    (214) 880-8100
Facsimile:     (214) 880-0181
Email:           jfrederick@littler.com