# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue New York, NY 10024 | Thirty-First Monthly Fee Statement 06/01/2017 through 06/30/2017 D.I. 12077 | $45,430.00 | $8.29 | 11/8/2017 | $36,344.00 | $8.29 | $9,086.00 |