# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10024 | Thirty-Third Monthly Fee Statement<br><br>08/01/2017 through 08/31/2017<br><br>D.I. 12079 | $151,034.50 | $1,427.81 | 11/8/2017 | $120,827.60 | $1,427.81 | $30,206.90 |

SL1 1493062v1 109285.00005