# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Thirty-Fourth Monthly Fee Statement 09/01/2017 through 09/30/2017 D.I. 12074 | $15,780.00 | $255.80 | 11/8/2017 | $12,624.00 | $255.80 | $3,156.00 |

11/07/2017 SL1 1493065v1 109285.00006