# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No.: 14-10979 (CSS) (Jointly Administered) |
| Debtors. | Related D.I. Nos.: 11222 & 11227 |

## NOTICE OF WITHDRAWAL AS ATTORNEY AND REQUEST TO BE REMOVED FROM NOTICE, ELECTRONIC MAILING, AND SERVICE LISTS UNDER LOCAL BANKRUPTCY RULE 9010-2

**PLEASE TAKE NOTICE** that I, D. Ross Martin, am an attorney admitted to practice *pro hac vice* in the United States Bankruptcy Court for the District of Delaware, who appeared in the above-captioned case on behalf of Elliott Associates, L.P. and The Liverpool Limited Partnership (collectively, "**Elliott**") as a partner at the law firm Ropes & Gray LLP.

**PLEASE TAKE FURTHER NOTICE** that I request that I be removed as an attorney for Elliott on the docket and any applicable service lists, including Court's CM/ECF electronic notification list, maintained in the above-captioned cases and related adversary proceedings.

{BAY:03139760v1}

**PLEASE TAKE FURTHER NOTICE** that all other attorneys of record for Elliott will continue to serve as counsel for Elliott and Elliott therefore will suffer no interruption in its representation in these cases.

Dated: November 10, 2017
       Wilmington, Delaware

                                      ROPES & GRAY LLP

                                      */s/ D. Ross Martin*
                                      D. Ross Martin
                                      1211 Avenue of the Americas
                                      New York, NY 10036-8704
                                      Telephone: (212) 596-9000
                                      Facsimile: (212) 596-9090
                                      Ross.Martin@ropesgray.com

                                      *Counsel to Elliott Associates, L.P.,*
                                      *Elliott International, L.P. and The Liverpool*
                                      *Limited Partnership*