IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------------ X
In re:                                                 :    Chapter 11
                                                       :
Energy Future Holdings Corp., et al.,¹                 :    Case No. 14-10979 (CSS)
                                                       :
                          Debtors.                     :    (Jointly Administered)
                                                       :
                                                       :    Re: D.I. 12075
------------------------------------------------------ X
```

### APPELLANT NEXTERA ENERGY, INC.'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL FROM THE OCTOBER 18, 2017 RECONSIDERATION ORDER

NextEra Energy, Inc. ("NextEra" or "Appellant"), pursuant to Rule 8009 of the Federal

Rules of Bankruptcy Procedure, hereby designates the issues and record on appeal from the

*Order Granting the Motion To Reconsider of Elliott Associates, L.P. and Denying the*

*Application of NextEra Energy Inc. for Payment of Administrative Claim* of the United States

Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") dated October 18, 2017

[D.I. 12075] (the "Reconsideration Order").

### STATEMENT OF ISSUES PRESENTED ON APPEAL

NextEra intends at this time to raise the following issues on appeal:

1.      Under the Federal Rules of Civil and Bankruptcy Procedure, a motion for

reconsideration of a final order must be brought within a "reasonable time" or, with respect to an

interlocutory order, without inordinate delay.  Elliott,² despite having had full disclosure of the

---

¹   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

²   "Elliott" means collectively Elliott Associates, L.P., Elliott International, L.P. and the Liverpool Limited Partnership, the Appellees in this matter, and the entities who filed the *The Elliott Funds' Motion to Reconsider in Part the September 19, 2016 Order [D.I. 9584] Approving the NextEra Termination Fee* [D.I. 11636] (the

provisions of the Termination Fee before the Bankruptcy Court entered its Termination Fee Approval Order, waited ten months after entry of that order to make its motion for reconsideration, during which time NextEra expended enormous sums of money in reliance on that order. Did the Bankruptcy Court err in holding that the reconsideration motion was timely because the Termination Fee Approval Order only became "ripe" for reconsideration ten months after the order was entered and only after the Debtors triggered one of the conditions for payment of the fee?

2.    Did the Bankruptcy Court err in holding that there was a manifest error of fact justifying reconsideration of the Termination Fee Approval Order a full year after its entry, when it concluded that it had misunderstood the circumstances under which the Termination Fee would be payable, despite the fact that the definitive terms of the Termination Fee were fully disclosed, the contemporaneous evidentiary record was materially accurate, and the Bankruptcy Court at the hearing (i) read aloud the terms of the Termination Fee, (ii) closely questioned a witness on those terms, and (iii) obtained accurate testimony on the effect of those terms?

3.    Under *Calpine Corp. v. O'Brien Envtl. Energy, Inc. (In re O'Brien Envtl. Energy, Inc.)*, 181 F.3d 527, 536 (3d Cir. 1999), a termination fee may be allowed as an administrative expense as part of a sale transaction if it provides a benefit to the estate by inducing a bid that would otherwise not have been made. Did the Bankruptcy Court err in holding that there had been a manifest error of law justifying reconsideration of the Termination Fee Approval Order a year after its entry where the evidence is unequivocal that the Termination Fee was necessary to

---

"Reconsideration Motion"), which sought to reconsider that part of the *Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement* [D.I. 9584] (the "Termination Fee Approval Order") granting NextEra an allowed administrative expense claim on account of a termination fee in the amount of $275 million (the "Termination Fee").

induce NextEra to enter into the $18.7 billion transaction that would provide approximately $9.8 billion in cash to the estate?

## DESIGNATION OF CONTENTS FOR THE RECORD ON APPEAL

|  | Date | Docket No. | Title |
|---|---|---|---|
| *In re: Energy Future Holdings Corp.*, Case No.: 14-10979-CSS | | | |
| 1. |  | 9584, Ex. 1 | Agreement and Plan of Merger (dated July 29, 2016, as amended on September 18, 2016) between, among others, the Debtors and NextEra |
| 2. | 08/03/2016 | 9190 | Motion of the EFH/EFIH Debtors For Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement |
| 3. | 08/04/2016 | 9191 | Declaration of William O. Hiltz in Support of the Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement |
| 4. | 08/04/2016 | 9192 | Declaration of David Ying in Support of the Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement |
| 5. | 08/25/2016 | 9397 | Objection of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or Its Affiliates to Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement |
| 6. | 08/25/2016 | 9398 | Objection of Shirley Fenicle, William Fahy, and John H. Jones to Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into Performance Under Plan Support Agreement |

| | Date | Docket No. | Title |
|---|---|---|---|
| 7. | 08/25/2016 | 9399 | EFH Indenture Trustees' Objection to Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement |
| 8. | 08/25/2016 | 9402 | Objection and Joinder of Contrarian Capital Management, LLC to Motion of EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee and (C) Authorizing Entry Into and Performance Under Plan Support Agreement |
| 9. | 09/14/2016 | 9536 | EFH/EFIH Debtors' Omnibus Reply to Objections to Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement |
| 10. | 09/19/2016 | 9584 | Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement |
| 11. | 09/21/2016 | 9606 | Transcript of the hearing held before the Court on September 19, 2016, including referenced demonstratives used by Debtors (D-Dem 1, D-Dem 2, and D-Dem 3) |
| 12. | 07/29/2017 | 11638-12; 11638-13 | Transcript of the open meeting before the Public Utility Commission of Texas (the "PUCT") held on September 22, 2016 |
| 13. | 09/25/2016 | 9655 | Joint Letter From NextEra Energy, Inc. and Energy Future Holdings Corp. to The Honorable Christopher S. Sontchi Concerning Termination Fee and Proposed Oncor Transaction |
| 14. | 09/28/2016 | 9693 | Transcript of the hearing held before the Court on September 26, 2016 |
| 15. | 07/29/2017 | 11638-17 | Memorandum, dated March 30, 2017, from Commissioner Kenneth W. Anderson, Jr. [PUCT Dkt. No. 46238-535] |
| 16. | 07/31/2017 | 11650-2 | Transcript of the March 30, 2017 Open Meeting before the PUCT |

|  | Date | Docket No. | Title |
|---|---|---|---|
| 17. | 04/13/2017 | 11152 | PUCT order denying the Joint Report and Application of NextEra and Oncor Electric Delivery Company LLC for Regulatory Approvals Pursuant to PURA §§ 14.101, 39.262 and 39.915 [PUCT Dkt. No. 46238-4] dated April 13, 2017 |
| 18. | 07/29/2017 | 11638-19 | NextEra Energy, Inc.'s Motion for Rehearing [PUCT Dkt. No. 46238-543] |
| 19. |  |  | Amicus Curiae Brief of Energy Future Holdings Corp. and Energy Future Intermediate Holdings Company LLC in Support of Rehearing [PUCT Dkt. No. 46238-545] |
| 20. | 06/09/2017 | 11325 | PUCT order denying NextEra's Motion for Rehearing, dated June 7, 2017 [PUCT Dkt. No. 46238-543] |
| 21. |  | 11878, Ex. X | NextEra Energy, Inc.'s Second Motion for Rehearing, dated June 27, 2017 [PUCT Dkt. No. 46238-554]; |
| 22. |  | 11878, Ex. J | Amicus Curiae Brief of Energy Future Holdings Corp. and Energy Future Intermediate Holdings Company LLC in Support of Second Motion for Rehearing [PUCT Dkt. No. 46238-555]; |
| 23. | 06/29/2017 | 11398 | PUCT order denying NextEra's Second Motion for Rehearing, dated June 29, 2017 [PUCT Dkt. No. 46238-554] |
| 24. | 07/07/2017 | 11424 | Debtors' Letters Terminating (A) the Plan Support Agreement by and among the EFH/EFIH Debtors, the Fidelity Funds, and NEE and (B) the Merger Agreement by and among Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, NextEra Energy, Inc., and EFH Merger Co., LLC |
| 25. | 07/10/2017 | 11441 | NextEra Letter in Reply to Debtors' Notice of Termination of the Agreement and Plan of Merger |
| 26. | 07/28/2017 | 11630 | Transcript of the hearing held before the Court on July 26, 2017 |
| 27. | 07/31/2017 | 11649 | NextEra's Application for Payment of Administrative Expense Claim |
| 28. | 08/02/2017 | 11666 | The Elliott Funds' Preliminary Objection to the Application of NextEra Energy, Inc. for Payment of Administrative Claim |

{932.002-W0049308.}
CPAM: 13013047.7

| | Date | Docket No. | Title |
|---|---|---|---|
| 29. | 09/07/2017 | 11876 | Objection of NextEra Energy, Inc. to Motion to Reconsider In Part the September 19, 2016 Order Approving the NextEra Termination Fee |
| 30. | 09/07/2017 | 11878 | Declaration of Howard Seife in Support of Objection of NextEra Energy, Inc. to Motion to Reconsider In Part the September 19, 2016 Order Approving the NextEra Termination Fee |
| 31. | 09/07/2017 | 11879 | Debtors Objection to Elliott Funds Motion to Reconsider In Part the September 19, 2016 Order [Docket No.9584] Approving the NextEra Termination Fee |
| 32. | 09/14/2017 | 11905 | Reply Supporting Their Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee |
| 33. | 09/20/2017 | 11921 | Transcript of the hearing held before the Court on September 19, 2017 |
| 34. | 09/29/2017 | 11969 | Transcript of the hearing held before the Court on September 27, 2017 |
| 35. | 10/03/2017 | 11998 | Opinion on Motion for Reconsideration of an Order Approving, Among Other Things, a Termination Fee in the Amount of $275 million |
| 36. | 10/13/2017 | 12049 | NextEra's Letter on Finality |
| 37. | 10/13/2017 | 12050 | Debtors' Letter on Finality |
| 38. | 10/13/2017 | 12051 | Elliott's Letter on Finality |
| 39. | 10/18/2017 | 12075 | Order Granting the Motion to Reconsider of Elliott Associates, L.P. and Denying the Application of NextEra Energy Inc. for Payment of Administrative Claim |
| 40. | 10/30/2017 | 12141 | Notice of Appeal |

|   | Date | Docket No. | Title |
|---|------|-----------|-------|
| **Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC v.** **NextEra Energy, Inc., Adversary Proceeding No. 17-50942-CSS** | | | |
| 41. | 08/03/2017 | NextEra Adversary D.I. 1 | Adversary Complaint  Energy Future Holdings Corp. and Energy Future Intermediate Holding Company, LLC against NextEra Energy, Inc. |
| 42. | 08/03/2017 | NextEra Adversary D.I. 2 | Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion To Consolidate And Set A Rule 7016 Scheduling Conference |
| 43. | 08/03/2017 | NextEra Adversary D.I. 3 | Motion for Order Shortening Notice and Setting Response Deadline for Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference |
| 44. | 08/04/2017 | NextEra Adversary D.I. 4 | Letter filed by NextEra Energy, Inc. Regarding Debtors' Motion for Order Shortening Notice and Setting Response Deadline |
| 45. | 08/04/2017 | NextEra Adversary D.I. 6 | Certification of Counsel Regarding Order Shortening Notice on Motion to Consolidate |
| 46. | 08/04/2017 | NextEra Adversary D.I. 7 | Order Shortening Notice and Setting Response Deadline for Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference |
| 47. | 08/10/2017 | NextEra Adversary D.I. 11 | Certification of Counsel Concerning Stipulation and Order Regarding Elliott's Motion to Reconsider |
| 48. | 08/10/2017 | NextEra Adversary D.I. 12 | Limited Objection of NextEra Energy, Inc. to the Debtors' Motion to Consolidate and Set a Rule 7016 Scheduling Conference |
| 49. | 08/10/2017 | NextEra Adversary D.I. 13 | EFH Indenture Trustee's Statement Regarding Plaintiffs Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference |
| 50. | 08/10/2017 | NextEra Adversary D.I. 15 | Stipulation and Order Regarding Elliott's Motion to Reconsider |

|  | Date | Docket No. | Title |
|---|---|---|---|
| 51. | 08/11/2017 | NextEra Adversary D.I. 16 | Reply in Support of Motion to Consolidate and Set a Rule 7016 Scheduling Conference |
| 52. | 08/17/2017 | NextEra Adversary D.I. 19 | Certification of Counsel Concerning Order Consolidating Certain Termination Fee Proceedings and Setting a Rule 7016 Scheduling Conference |
| 53. | 08/18/2017 | NextEra Adversary D.I. 21 | Order Consolidating Certain Termination Fee Proceedings and Setting a Rule 7016 Scheduling Conference |
| 54. | 08/23/2017 | NextEra Adversary D.I. 22 | Certification of Counsel Regarding Stipulation and Order Granting the EFH/EFIH Committee's Intervention in the Adversary Proceeding Filed by The Official Committee of Unsecured Creditors |
| 55. | 08/23/2017 | NextEra Adversary D.I. 23 | Answer of NextEra Energy, Inc. to the Complaint |
| 56. | 08/24/2017 | NextEra Adversary D.I. 25 | Certification of Counsel Regarding Stipulation and Order Granting the EFH Indenture Trustee's Intervention in the Adversary Proceeding |
| 57. | 08/25/2017 | (NextEra Adversary D.I. 26); | Certification of Counsel Regarding Stipulation and Order Granting UMB Bank., N.A.s Intervention in the Adversary Proceeding |
| 58. | 08/25/2017 | NextEra Adversary D.I. 27 | Motion of Shirley Fenicle, William Fahy, John H. Jones and David Heinzmann to Intervene Pursuant to Rule 24 of the Federal Rules of Civil Procedure and Rule 7024 of the Federal Rules of Bankruptcy Procedure |
| 59. | 08/25/2017 | NextEra Adversary D.I. 28 | Elliott's Motion to Intervene and for Derivative Standing |
| 60. | 08/25/2017 | NextEra Adversary D.I. 29 | Memorandum of Law in Support of Elliott's Motion to Intervene and for Derivative Standing |
| 61. | 08/28/2017 | NextEra Adversary D.I. 30 | Stipulation and Order Granting the EFH Indenture Trustee's Intervention in the Adversary Proceeding |
| 62. | 08/31/2017 | NextEra Adversary D.I. 32 | EFH Indenture Trustee's Joinder and Statement in Support of Elliott's Motion to Intervene and for Derivative Standing |

|  | Date | Docket No. | Title |
|---|---|---|---|
| 63. | 08/31/2017 | NextEra Adversary D.I. 33 | Joinder of UMB Bank, N.A. in Elliott's Motion to Intervene and for Derivative Standing |
| 64. | 09/01/2017 | NextEra Adversary D.I. 35 | Joint Discovery and Scheduling Report |
| 65. | 09/05/2017 | NextEra Adversary D.I. 36 | Stipulation and Order Granting The EFH/EFIH Committee's Intervention In The Adversary Proceeding |
| 66. | 09/07/2017 | NextEra Adversary D.I. 41 | Amended Adversary Complaint    Energy Future Holdings Corp. and Energy Future Intermediate Holding Company, LLC against NextEra Energy, Inc. |
| 67. | 09/08/2017 | NextEra Adversary D.I. 42 | Summons and Notice of Pretrial Conference Served on Defendant NextEra Energy, Inc. |
| 68. | 09/08/2017 | NextEra Adversary D.I. 43 | Objection to the Asbestos Objectors' Motion to Intervene |
| 69. | 09/08/2017 | NextEra Adversary D.I. 44 | Memorandum of Law in Opposition to Elliott's Motion for Derivative Standing |
| 70. | 09/08/2017 | NextEra Adversary D.I. 45 | Objection of NextEra Energy, Inc. to the Motion of Shirley Fenicle, William Fahy, John H. Jones and David Heinzmann to Intervene Pursuant to Rule 24 of the Federal Rules of Civil Procedure and Rule 7024 of the Federal Rules of Bankruptcy Procedure |
| 71. | 09/08/2017 | NextEra Adversary D.I. 46 | Limited Objection of NextEra Energy, Inc. to Elliott's Motion to Intervene and for Derivative Standing |
| 72. | 09/11/2017 | NextEra Adversary D.I. 47 | Certification of Counsel for Approval of Proposed Scheduling Order |
| 73. | 09/11/2017 | NextEra Adversary D.I. 50 | Order Scheduling Hearing Dates and Deadlines and Establishing Protocols in Connection with Certain Termination Fee Proceedings |

{932.002-W0049308.}
CPAM: 13013047.7

|  | Date | Docket No. | Title |
|---|---|---|---|
| 74. | 09/14/2017 | NextEra Adversary D.I. 61 | Joinder and Statement of the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc., in Support of Elliott's Motion to Intervene and for Derivative Standing |
| 75. | 09/14/2017 | NextEra Adversary D.I. 62 | Stipulation and Order Granting UMB Bank, N.A.'s Intervention |
| 76. | 09/14/2017 | NextEra Adversary D.I. 63 | Reply in Support of Elliott's Motion to Intervene and for Derivative Standing |
| 77. | 09/14/2017 | NextEra Adversary D.I. 65 | [Redacted] Reply in Support of Motion of Shirley Fenicle, William Fahy, John H. Jones and David Heinzmann to Intervene Pursuant to Rule 24 of the Federal Rules of Civil Procedure and Rule 7024 of the Federal Rules of Bankruptcy Procedure |
| 78. | 09/19/2017 | NextEra Adversary D.I. 69 | Order Denying Motion to Intervene of Shirley Fenicle, William Fahy, John H. Jones and David Heinzmann |
| 79. | 09/19/2017 | NextEra Adversary D.I. 70 | Certification of Counsel Regarding Order Granting in Part and Denying in Part Elliott's Motion to Intervene and for Derivative Standing |
| 80. | 09/20/2017 | NextEra Adversary D.I. 73 | Order Granting in Part and Denying in Part Elliott's Motion to Intervene and for Derivative Standing [Dkt. No. 28] |
| 81. | 09/28/2017 | NextEra Adversary D.I. 78 | Certification of Counsel Regarding Stipulation and Order Staying Consolidated Proceedings |
| 82. | 09/28/2017 | NextEra Adversary D.I. 79 | Stipulation and Order Staying Consolidated Proceedings |
| 83. | 10/10/2017 | NextEra Adversary D.I. 87 | Certification of Counsel Regarding Order Granting the Elliott Funds' Motion to Reconsider the Termination Fee Approval Order [Docket No. 9584] |
| 84. | 10/10/2017 | NextEra Adversary D.I. 88 | Contested Certification of Counsel Concerning "Order Granting the Elliott Funds' Motion to Reconsider the Termination Fee Approval Order [D.I. 9584]" |

|     | Date       | Docket No.                     | Title                                                                                                                                                                                    |
| --- | ---------- | ------------------------------ | ---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 85. | 10/10/2017 | NextEra Adversary D.I. 89       | Certification of Counsel Regarding Order Granting the Elliott Funds' Motion to Reconsider the Termination Fee Order and Modifying the Termination Fee Order                               |
| 86. | 10/13/2017 | NextEra Adversary D.I. 91       | Letter from Howard Seife to the Court filed on behalf of NextEra Energy, Inc. Regarding Proposed Order on Elliott's Motion for Reconsideration                                            |
| 87. | 10/18/2017 | NextEra Adversary D.I. 92       | Order GRANTING the Motion To Reconsider of Elliott Associates, L.P. and DENYING the Application of NextEra Energy Inc. for Payment of Administrative Claim                                |

Dated: November 10, 2017
Wilmington, Delaware



**LANDIS RATH & COBB LLP**
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
Joseph D. Wright (No. 5669)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
          mcguire@lrclaw.com
          wright@lrclaw.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
Eric Daucher (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: howard.seife@nortonrosefulbright.com
          andrew.rosenblatt@nortonrosefulbright.com
          eric.daucher@nortonrosefulbright.com

-and-

**WINSTON & STRAWN LLP**
Dan K. Webb (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: dwebb@winston.com

Thomas M. Buchanan (admitted *pro hac vice*)
1700 K Street, NW
Washington, D.C. 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
Email: tbuchana@winston.com

*Counsel to Appellant NextEra Energy, Inc.*

{932.002-W0049308.}
CPAM: 13013047.7