IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- X
In re:                                                        :  Chapter 11
                                                              :
Energy Future Holdings Corp., *et al.*,[1]                    :  Case No. 14-10979 (CSS)
                                                              :
          Debtors.                                            :  (Jointly Administered)
                                                              :
                                                              :  **Re: D.I. 12213**
                                                              :
------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

Jared F. Schierbaum, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to NextEra Energy, Inc. Solutions in the above captioned bankruptcy case, and on the 10th day of November, 2017, he caused a copy of the below listed pleading to be served to the attached service list via hand delivery and/or U.S. Mail.

- **Appellant NextEra Energy, Inc.'s Statement of Issues and Designation of Record on Appeal from the October 18, 2017 Reconsideration Order [D.I. 12213]**

_____
Jared F. Schierbaum

SWORN TO AND SUBSCRIBED before me this 10th day of November 2017.

_____
Notary Public

[Notary Seal: RAMWATTIE RAMIREZ, MY COMMISSION EXPIRES ON 02-14-2019, NOTARY PUBLIC, STATE OF DELAWARE]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{932.002-W0049309.}

**Energy Future Holdings Corp.,** *et al.*
**Case No. 14-10979 (CSS)**

{932.002-W0049310.}

**VIA HAND DELIVERY**
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
James H.M. Sprayegen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
300 North LaSalle
Chicago, IL 60654
Facsimile: 312-862-2200

**VIA U.S.MAIL**
Ropes & Gray LLP
Keith H. Wofford
Gregg M. Galardi
L2L1 Avenue of the Americas
New York, NY 10036-8704

**VIA U.S. MAIL**
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
Mark McKane, P.C.
555 California Street
San Francisco, CA 941'04

**VIA HAND DELIVERY**
Mark D. Collins
Daniel J. DeFranceschi
James M. Madron
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801

**VIA U.S. MAIL**
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
601 Lexington Avenue
New York, NY 10022-4611
Facsimile: 212-466-4900

**VIA HAND DELIVERY**
Bayard, P.A.
Scott D. Cousins
Erin R. Fay
Evan T. Miller
222 Delaware Avenue, Suite 900
Wilmington, DE 19801