# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
In re:                                                     :  Chapter 11
                                                           :
Energy Future Holdings Corp., *et al.*,[1]                 :  Case No. 14-10979 (CSS)
                                                           :
                Debtors. :  (Jointly Administered)
                                                           :
                                                           :  Official Form 424
                                                           :  **Re: D.I. 12075**
---------------------------------------------------------- X

## CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES

A notice of appeal having been filed in the above-captioned chapter 11 cases on October 30, 2017 [D.I. 12141], appellant NextEra Energy, Inc. ("NextEra"), appellees Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (together, "Elliott"), and parties-in-interest Energy Future Holdings Corp. and Energy Future Intermediate Holding Company, LLC (together, the "Debtors" and, collectively with NextEra and Elliott, the "Parties"), hereby certify to the court under 28 U.S.C. § 158(d)(2)(A) that circumstances specified in 28 U.S.C. § 158(d)(2) exist as stated below.

1. Leave to appeal in this matter is not required under 28 U.S.C. § 158(a).

2. This certification arises in an appeal from a final order of the United States Bankruptcy Court for the District of Delaware entered on October 18, 2017.

3. The Parties all agree that an immediate appeal from the order may materially advance the progress of the case in which the appeal is taken. *See* 28 U.S.C. § 158(d)(2)(A) (iii).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4. Additionally, NextEra believes that the order involves a matter of public importance. *See* 28 U.S.C. § 158(d)(2)(A)(i).

| | |
|---|---|
| Dated: November 10, 2017<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>/s/  *Matthew B. McGuire*<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>Joseph D. Wright (No. 5669)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>        mcguire@lrclaw.com<br>        wright@lrclaw.com |

-and-

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
Eric Daucher (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: howard.seife@nortonrosefulbright.com
        andrew.rosenblatt@nortonrosefulbright.com
        eric.daucher@nortonrosefulbright.com

-and-

**WINSTON & STRAWN LLP**
Dan K. Webb (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: dwebb@winston.com

Thomas M. Buchanan (admitted *pro hac vice*)
1700 K Street, NW
Washington, D.C. 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100

Email: tbuchana@winston.com

*Counsel to Appellant NextEra Energy, Inc.*

/s/ Scott D. Cousins
**BAYARD, P.A.**
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: scousins@bayardlaw.com
      efay@bayardlaw.com
      emiller@bayardlaw.com

-and-

**ROPES & GRAY LLP**
Keith H. Wofford (admitted *pro hac vice*)
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: Keith.Wofford@ropesgray.com
      Gregg.Galardi@ropesgray.com

*Counsel to Appellees Elliott Associates, L.P., Elliott International, L.P., and the Liverpool Limited Partnership*

/s/ Jason M. Madron

**RICHARDS LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com

                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS, LLP**
**KIRKLAND & ELLIS INTERNATIONAL, LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com
       aparna.yenamandra@kirkland.com

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
       chad.husnick@kirkland.com
       marc.kieselstein@kirkland.com
       steven.serajeddini@kirkland.com

*Counsel to Debtors and Debtors in Possession*