IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 8069, 8173** |

**CERTIFICATION OF COUNSEL REGARDING ORDER SCHEDULING
HEARING AND DEADLINES WITH RESPECT TO WILLIAM JEFFERY
HERBERT'S PROOF OF CLAIM DESIGNATED AS CLAIM NO. 43664**

On September 12, 2014, William Jeffery Herbert ("Herbert") filed Proof of Claim No. 43664, with supporting addendum attached thereto (the "Proof of Claim"). On March 24, 2016, the above captioned debtors and debtors in possession filed the *Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 8069] (the "Objection"). On April 8, 2016, Herbert filed *William Jeffrey Herbert's Response to Debtors' Thirty-Ninth Omnibus (Substantive) Objection* [D.I. 8173] in connection with the Objection.

Subsequent thereto, EFH Corporate Services Company ("Corporate Services") and Herbert (together, the "Parties") have engaged in discussions regarding discovery in connection

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

with the Proof of Claim and Objection and have agreed on a proposed form of scheduling order (the "Agreed Scheduling Order"), a copy of which is attached hereto as **Exhibit A**, to govern the judicial disposition of the Objection as it relates to the Proof of Claim. The Agreed Scheduling Order further authorizes the Debtors to take any steps necessary to reflect on the official claims register that Herbert's claim underlying the Proof of Claim is asserted against Corporate Services, not Energy Future Holdings Corp.

Corporate Services believes that entry of the Agreed Scheduling Order will promote judicial economy relating to the judicial resolution of the Objection as it relates to the Proof of Claim and that the Agreed Scheduling Order should therefore be entered. For the avoidance of doubt, the relief requested herein shall not constitute the Debtors' admission of liability with respect to the Proof of Claim, or otherwise impair the Debtors' rights to challenge the Proof of Claim.

WHEREFORE, Corporate Services respectfully requests that the Court enter the Agreed Scheduling Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of the page intentionally left blank.]*

Dated: November 10, 2017
       Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*