# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**  
Energy Future Holdings Corp.

**Case No.:** 14–10979–CSS

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF REQUEST FOR CERTIFICATION OF DIRECT APPEAL

Please be advised that all parties filed a Request for Certification of Direct Appeal on 11/10/2017 regarding the Order Granting Motion to Reconsider of Elliott Associates LP and Denying the Application of Next ERA Energy Inc. for Payment of Administrative Claim.

The Request may be viewed at docket number 12222. The order on appeal may be viewed at docket number 12075. Responses due by 11/24/2017.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 11/13/17  
(VAN–464)