# Notice Recipients

District/Off: 0311−1    User: DMC    Date Created: 11/13/2017
Case: 14−10979−CSS    Form ID: van464    Total: 8

**Recipients of Notice of Electronic Filing:**
aty    Andrea Beth Schwartz    andrea.b.schwartz@usdoj.gov

                                                                                                 TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
        Adam Landis      Landis Rath      919 Market St.      Ste. 1800      Wilmington, DE 19801
        Howard Seife     Norton Rose      1301 Avenue of the Americas      New York, NY 10019
        Dan Webb         Winston Strawn   35 W. Wacker Dr.    Chicago, IL 60601
        Tom Buchanan     1700 K. St. NW   Washington, DC 20006
        Scott Cousins    Bayard PA        222 Delaware Ave.   Ste. 900    Wilmington, DE 19801
        Keith Woffard    Ropes Gray       1211 Avenue of the Americas    New York, NY 10036
        Jason Madron     Richards Layton  920 N. Market St.   Wilmington, DE 19801

                                                                                                 TOTAL: 7