# Notice Recipients

District/Off: 0311−1    User: DMC    Date Created: 11/14/2017
Case: 14−10979−CSS    Form ID: van464    Total: 8

**Recipients of Notice of Electronic Filing:**
aty    Andrea Beth Schwartz    andrea.b.schwartz@usdoj.gov

TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
Adam Landis    Landis Rath    919 Market St. Ste. 1800    Wilmington, DE 19801
Howard Seife    Norton Rose    1301 Avenue of the Americas    New York, NY 10019
Dan Webb    Winston Strawn    35 W. Wacker Dr.    Chicago, IL 60601
Tom Buchanan    1700 K. St. NW    Washington, DC 20006
Scott Cousins    Bayard PA    222 Delaware Ave. Ste. 900    Wilmington, DE 19801
Keith Woffard    Ropes Gray    1211 Avenue of the Americas    New York, NY 10036
Jason Madron    Richards Layton    920 N. Market St.    Wilmington, DE 19801

TOTAL: 7