UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

**APPEAL TRANSMITTAL SHEET**

**Case Number:** 14-10979 **BK** (●) **AP** ( )

If AP, related BK case number:

**Title of Order Appealed:** Order Granting Motion to Reconsider of Elliott Associates LP and Denying the Application of NextERA Energy Inc. for Payment of Administrative Claim.

**Docket #:** 12075 **Date Entered:** 10/18/2017

Item Transmitted:

| | Item | Docket #: | Date Filed: |
|---|---|---|---|
| ☐ | **Notice of Appeal** | | |
| ☐ | **Amended Notice of Appeal** | | |
| ☐ | **Cross Appeal** | | |
| ☐ | **Motion for Leave to Appeal** | | |
| ☑ | **Request for Certification of Direct Appeal** | 12222 | 11/10/2017 |

**Appellant/Cross Appellant:**

NextEra Energy Inc.

**Appellee/Cross Appellee**

Elliott Associates, L.P., et al.

**Counsel for Appellant/Cross Appellant:**

Landis Rath & Cobb LLP
919 Market Street, Ste. 1800
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Bayard P.A.
222 Delaware Avenue, Ste. 900
Wilmington, DE 19801

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ( ) | (●) |
| **IFP application filed by applicant?** | ( ) | (●) |
| **Have additional appeals of the same order been filed?** | (●) | ( ) |
| ***If Yes, has District Court assigned a Civil Action Number?** | (●) | ( ) |

**Civil Action Number:** 17-1546

*(continued on next page)*

**Notes:**

***I hereby certify that all designated items are available electronically through CM/ECF.***

**Date:** 11/14/2017

**by:** Donna Capell
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number: 17-41