## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Balloting/Solicitation Consultation | 40.00 | $8,053.30 |
| 642 | Fee Application Prep | 8.10 | $1,960.20 |
| 647 | Check/Equity Distributions | 9.40 | $1,448.60 |
| **Totals:** | | **57.50** | **$11,462.10** |

RLF1 18476097v.1