## **EXHIBIT B**

### **Professionals' Information**

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | 11.50 | $385.00 | $4,427.50 |
| Brian Karpuk | EBS Senior Consultant III | 8.10 | $242.00 | $1,960.20 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 8.90 | $242.00 | $2,153.80 |
| Eric Usitalo | EBS Senior Consultant I | 5.20 | $176.00 | $915.20 |
| Joseph Arena | EBS Senior Consultant I | 5.20 | $176.00 | $915.20 |
| Erika Ramseyer | EBS Case Manager II | 4.20 | $127.00 | $533.40 |
| John Chau | EBS Case Manager I | 1.10 | $83.00 | $91.30 |
| Thomas Vazquez | EBS Admin Support I | 13.30 | $35.00 | $465.50 |
| **TOTAL** | | **57.50** | | **$11,462.10** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."