## EXHIBIT D

### Detailed Description of Epiq Expenses and Disbursements

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST626 – Relativity License Fee | 47.00 | $70.00 | $3,290.0 |
| HST756 -  Billable storage fee (GB) for the eDiscovery Relativity repository | $3,781.26 | $13.00 | $49,156.38 |
| PRO128 – Client Media Storage | 2.00 | 10.00 | 20.00 |
| Tax | | | $3,517.41 |
| **TOTAL** | | | **$55,983.79** |

RLF1 18476097v.1