## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Balloting / Solicitation Consultation | 4.10 | $1,206.70 |
| 642 | Fee Application Prep | 6.90 | $1,669.80 |
| 647 | Check / Equity Distributions | 85.80 | $10,545.70 |
| 900 | EDiscovery | 0.40 | $56.00 |
| **Totals:** | | **97.20** | **$13,478.20** |