## EXHIBIT B

### Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | 1.50 | $385.00 | $577.50 |
| Brian Karpuk | EBS Senior Consultant III | 6.90 | $242.00 | $1,669.80 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 2.60 | $242.00 | $629.20 |
| Eric Usitalo | EBS Senior Consultant I | 3.50 | $176.00 | $616.00 |
| Justina Betro | Associate I | 3.00 | $145.00 | $435.00 |
| Raymond Barber | EDS Project Manager | 0.20 | $140.00 | $28.00 |
| Daniel Ford | EDS Project Manager | 0.20 | $140.00 | $28.00 |
| Erika Ramseyer | EBS Case Manager II | 29.70 | $127.00 | $3,771.90 |
| Geoff Zahm | EBS Case Manager II | 0.20 | $127.00 | $25.40 |
| Jonathan Garcia | EBS Case Manager II | 9.90 | $127.00 | $1,257.30 |
| Joseph Saraceni | EBS Case Manager II | 1.80 | $127.00 | $228.60 |
| Jun Chun | EBS Case Manager II | 12.00 | $127.00 | $996.00 |
| Natalie Roman | EBS Case Manager II | 1.10 | $127.00 | $91.30 |
| Rickey Li | EBS Case Manager II | 24.60 | $127.00 | $3,124.20 |
| **TOTAL** | | | | **$13,478.20** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."