## EXHIBIT C

### Summary of Actual and Necessary Epiq Expenses for the Fee Period

| Expense Category | Amount |
|---|---:|
| HST626 – Relativity License Fee | $3,290.00 |
| HST756 -  Billable storage fee (GB) for the eDiscovery Relativity repository | $49,156.38 |
| PRO128 – Client Media Storage | $20.00 |
| Tax | $3,521.09 |
| **TOTAL** | **$55,987.47** |