# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                                      **Case No.:**14−10979−CSS

Energy Future Holdings Corp.

                                                               **Chapter:**11

## CLERK'S NOTICE REGARDING FILING OF REQUEST FOR CERTIFICATION OF DIRECT APPEAL

Please be advised that all parties filed a Request for Certification of Direct Appeal on 11/10/2017 regarding the Order Granting Motion to Reconsider of Elliott Associates LP and Denying the Application of Next ERA Energy Inc. for Payment of Administrative Claim.

The Request may be viewed at docket number 12222. The order on appeal may be viewed at docket number 12075. Responses due by 11/24/2017.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 11/13/17
(VAN−464)

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 14-10979-CSS
Energy Future Holdings Corp.                                    Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1        User: DMC             Page 1 of 26        Date Rcvd: Nov 13, 2017
                           Form ID: van464        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 15, 2017.
              +Adam Landis,    Landis Rath,    919 Market St.,    Ste. 1800,    Wilmington, DE 19801-3033
              +Dan Webb,   Winston Strawn,    35 W. Wacker Dr.,    Chicago, IL 60601-1695
              +Howard Seife,   Norton Rose,    1301 Avenue of the Americas,    New York, NY 10019-6022
               Jason Madron,   Richards Layton,    920 N. Market St.,    Wilmington, DE  19801
              +Keith Woffard,   Ropes Gray,    1211 Avenue of the Americas,    New York, NY 10036-8704
              +Scott Cousins,   Bayard PA,    222 Delaware Ave.,    Ste. 900,    Wilmington, DE 19801-1611
              +Tom Buchanan,   1700 K. St. NW,    Washington, DC 20006-3817

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 15, 2017                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 13, 2017 at the address(es) listed below:
              Aaron C Baker    on behalf of Attorney    Godfrey & Kahn, S.C. acb@pgslaw.com
              Aaron C Baker    on behalf of Fee Examiner Richard  Gitlin acb@pgslaw.com
              Aaron H. Stulman    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
               capacity as successor Indenture Trustee astulman@wtplaw.com,  clano@wtplaw.com
              Adam  Hiller    on behalf of Interested Party    MoreTech, Inc. ahiller@hillerarban.com
              Adam  Hiller    on behalf of Creditor    Buffalo Industrial Supply, Inc. ahiller@hillerarban.com
              Adam G. Landis    on behalf of Interested Party    Marathon Asset Management, LP landis@lrclaw.com,
               raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
              Adam G. Landis    on behalf of Interested Party    Alcoa Inc. landis@lrclaw.com,
               raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
              Adam G. Landis    on behalf of Creditor    NextEra Energy, Inc. and Next Era Energy Capital
               Holdings, Inc. landis@lrclaw.com,
               raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
              Adam G. Landis    on behalf of Creditor    NextEra Energy Resources, LLC landis@lrclaw.com,
               raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
              Adam Scott Moskowitz    on behalf of Creditor    ASM Capital IV, L.P. asmcapital@aol.com
              Albert  Kass    on behalf of Claims Agent    Kurtzman Carson Consultants LLC
               ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
              Albert  Kass    on behalf of Interested Party    Kurtzman Carson Consultants LLC
               ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
              Alessandra  Glorioso    on behalf of Creditor    U.S. Bank National Association
               glorioso.alessandra@dorsey.com
              Alexa  Kranzley    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
               of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance,
               Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
              Alison R. Ashmore    on behalf of Creditor    Bluebonnet Electric Cooperative, Inc.
               aashmore@dykema.com
              Allison R Axenrod    on behalf of Creditor    Claims Recovery Group LLC
               allison@claimsrecoveryllc.com,  allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
              Amish R. Doshi    on behalf of Creditor    Oracle America, Inc. adoshi@magnozzikye.com
              Amy  Baudler    on behalf of Creditor    Barr Engineering Co. amy@purduelaw.com,
               gpurdue@purduelaw.com;kim@purduelaw.com
              Ana  Chilingarishvili    on behalf of Creditor    U.S. Bank National Association
               ana.chilingarishvili@maslon.com
              Andrea Beth Schwartz    on behalf of U.S. Trustee    U.S. Trustee andrea.b.schwartz@usdoj.gov

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Andrea Stone Hartley   on behalf of Creditor   Siemens Energy, Inc. f/k/a Siemens Power
          Generation, Inc., and Siemens Demag Delaval Turbomachinery, Inc. andrea.hartley@akerman.com
          Andrew Dean   on behalf of Debtor   Energy Future Holdings Corp. rbgroup@rlf.com,
          ann-jerominski-2390@ecf.pacerpro.com
          Andrew Dietderich   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com
          Andrew Glenn Devore   on behalf of Creditor   CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee andrew.devore@ropesgray.com
          Andrew J. Ehrlich   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
          aehrlich@paulweiss.com, mao_fednational@paulweiss.com
          Andrew K Glenn   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
          aglenn@kasowitz.com
          Andrew L Magaziner   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien
          Creditors bankfilings@ycst.com
          Andrew R. Remming   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG
          Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
          rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com.
          Angela Ferrante   on behalf of Claims Agent   Garden City Group, LLC
          debra.wolher@gardencitygroup.com, PACERteam@gardencitygroup.com
          Angela Ferrante   on behalf of Other Prof.   Garden City Group, LLC
          debra.wolher@gardencitygroup.com, PACERteam@gardencitygroup.com
          Ann M Kashishian   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
          akashishian@gelaw.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian   on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
          Noteholders akashishian@gelaw.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian   on behalf of Attorney   Chipman Brown Cicero & Cole, LLP akashishian@gelaw.com,
          dero@chipmanbrown.com;mccloskey@chipmanbrown.com.
          Anna Grace   on behalf of Creditor   UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
          Ari David Kunofsky   on behalf of Creditor   UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
          eastern.taxcivil@usdoj.gov
          Arlene Rene Alves   on behalf of Interested Party   Wilmington Trust, N.A. alves@sewkis.com
          Ashley F. Bartram   on behalf of Interested Party   Texas Commission on Environmental Quality
          ashley.bartram@oag.texas.gov
          Ashley F. Bartram   on behalf of Interested Party   Public Utility Commission of Texas
          ashley.bartram@oag.texas.gov
          Ashley F. Bartram   on behalf of Interested Party   Railroad Commission of Texas
          ashley.bartram@oag.texas.gov
          Ashley Robert Altschuler   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
          ashley.altschuler@dlapiper.com, ashley-altschuler-8647@ecf.pacerpro.com
          Ashley Robert Altschuler   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
          ashley.altschuler@dlapiper.com, ashley-altschuler-8647@ecf.pacerpro.com
          Barry Kleiner   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
          and The Liverpool Limited Partnership dkleiner@kkwc.com
          Barry G. Felder   on behalf of Interested Party   UMB BANK, N.A., as Trustee bgfelder@foley.com
          Barry G. Felder   on behalf of Creditor   UMB Bank, N.A. bgfelder@foley.com,
          Barry G. Felder   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
          bgfelder@foley.com.
          Barry M. Klayman   on behalf of Interested Party   J Aron & Company bklayman@cozen.com
          Benjamin Finestone   on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
          benjaminfinestone@quinnemanuel.com
          Benjamin Finestone   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
          benjaminfinestone@quinnemanuel.com
          Benjamin Finestone   on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
          benjaminfinestone@quinnemanuel.com
          Benjamin Stewart   on behalf of Creditor   Pinnacle Technical Resources, Inc.
          bstewart@baileybrauer.com
          Benjamin J. Schladweiler   on behalf of Defendant   Brookfield Asset Management Private
          Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
          om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler   on behalf of Defendant   Angelo Gordon & Co., LP
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
          om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler   on behalf of Creditor   Brookfield Asset Management Private
          Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
          om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler   on behalf of Creditor   Angelo Gordon & Co., LP
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
          om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler   on behalf of Defendant   Apollo Advisors VII, L.P.
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
          om;8289576420@filings.docketbird.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Benjamin J. Schladweiler   on behalf of Interested Party   Titan Investment Holdings LP
                 bschladweiler@ramllp.com,
                 jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
                 om;8289576420@filings.docketbird.com
                Benjamin J. Schladweiler   on behalf of Creditor   Apollo Advisors VII, L.P.
                 bschladweiler@ramllp.com,
                 jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
                 om;8289576420@filings.docketbird.com
                Bernard George Conaway   on behalf of Creditor   Doyenne Constructors, LLC
                 bconaway@cohenseglias.com,  bconaway@cohenseglias.com
                Bernard Grover Johnson, III   on behalf of Creditor   Milam Appraisal District
                 bjohnson@fisherboyd.com
                Bonnie R. Golub   on behalf of Creditor   Evercore Group LLC bgolub@weirpartners.com
                Bradley R. Aronstam   on behalf of Creditor   Apollo Advisors VII, L.P. baronstam@ramllp.com,
                 hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
                 om;5031916420@filings.docketbird.com
                Bradley R. Aronstam   on behalf of Other Prof.   Longhorn Capital GS L.P. baronstam@ramllp.com,
                 hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
                 om;5031916420@filings.docketbird.com
                Bradley R. Aronstam   on behalf of Defendant   Angelo Gordon & Co., LP baronstam@ramllp.com,
                 hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
                 om;5031916420@filings.docketbird.com
                Bradley R. Aronstam   on behalf of Interested Party   Titan Investment Holdings LP
                 baronstam@ramllp.com,
                 hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
                 om;5031916420@filings.docketbird.com
                Bradley R. Aronstam   on behalf of Creditor   Brookfield Asset Management Private Institutional
                 Capital Adviser (Canada), L.P. baronstam@ramllp.com,
                 hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
                 om;5031916420@filings.docketbird.com
                Bradley R. Aronstam   on behalf of Defendant   Brookfield Asset Management Private Institutional
                 Capital Adviser (Canada), L.P. baronstam@ramllp.com,
                 hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
                 om;5031916420@filings.docketbird.com
                Bradley R. Aronstam   on behalf of Creditor   Angelo Gordon & Co., LP baronstam@ramllp.com,
                 hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
                 om;5031916420@filings.docketbird.com
                Bradley R. Aronstam   on behalf of Defendant   Apollo Advisors VII, L.P. baronstam@ramllp.com,
                 hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
                 om;5031916420@filings.docketbird.com
                Brett H. Miller   on behalf of Interested Party   The Official Committee of TCEH Unsecured
                 Creditors BMiller@mofo.com,  brett-miller-1388@ecf.pacerpro.com
                Brian Schartz   on behalf of Debtor   Energy Future Holdings Corp. bschartz@kirkland.com
                Brian Schartz   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
                 bschartz@kirkland.com
                Brian Tong   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C. brian.tong@srz.com
                Brian E Farnan   on behalf of Interested Party   Forest Creek Wind Farm, LLC
                 bfarnan@farnanlaw.com,  tfarnan@farnanlaw.com
                Brian L. Arban   on behalf of Attorney Brian   Arban barban@hillerarban.com
                Brian Lucian Kasprzak   on behalf of Interested Party   Fireman's Fund Insurance Company
                 bkasprzak@moodklaw.com,  mike@lscd.com
                Brian S. Hermann   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
                 jadlerstein@paulweiss.com;bhermann@paulweiss.com;mtattnall@paulweiss.com;abernstein@paulweiss.com
                 ;aehrlich@paulweiss.com;mturkel@paulweiss.com;kcairns@paulweiss.com;mcolarossi@paulweiss.com;gkro
                 up@paulweiss.com
                Brian W. Hockett   on behalf of Creditor   Accenture LLP bhockett@thompsoncoburn.com
                Bruce J. Ruzinsky   on behalf of Creditor   Milam Appraisal District bruzinsky@jw.com,
                 mcavenaugh@jw.com
                Camille C. Bent   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
                 CCB@stevenslee.com
                Carla O. Andres   on behalf of Interested Party   Fee Committee candres@gklaw.com,
                 kboucher@gklaw.com;pbrellenthin@gklaw.com
                Chad J. Husnick   on behalf of Debtor   Energy Future Holdings Corp. chusnick@kirkland.com
                Chad J. Husnick   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
                 chusnick@kirkland.com
                Chantelle D'nae McClamb   on behalf of Interested Party   Simeio Solutions, Inc.
                 mcclambc@ballardspahr.com
                Charles J. Brown   on behalf of Creditor   Anadarko Petroleum Corporation cbrown@gsbblaw.com,
                 dabernathy@archerlaw.com
                Charles J. Brown   on behalf of Interested Party   Emerson Network Power Liebert Services
                 cbrown@gsbblaw.com,  dabernathy@archerlaw.com
                Chester B. Salomon   on behalf of Creditor   Securitas Security Services USA, Inc.
                 csalomon@beckerglynn.com,  saltreuter@beckerglynn.com;hhill@beckerglynn.com
                Christopher Fong   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
                 cfong@nixonpeabody.com
                Christopher Fong   on behalf of Interested Party   American Stock Transfer & Trust Company, LLC
                 cfong@nixonpeabody.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Christopher A. Ward    on behalf of Attorney    Morrison & Foerster LLP cward@polsinelli.com,
            LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward    on behalf of Attorney    Polsinelli PC cward@polsinelli.com,
            LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward    on behalf of Creditor Committee    The Official Committee of Unsecured
            Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward    on behalf of Interested Party    The Official Committee of TCEH Unsecured
            Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward    on behalf of Financial Advisor    FTI Consulting, Inc. cward@polsinelli.com,
            LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward    on behalf of Creditor Committee    The Official Committee of TCEH Unsecured
            Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher B. Mosley    on behalf of Creditor    City of Fort Worth
            Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov
          Christopher L. Carter    on behalf of Creditor    Pacific Investment Management Co. LLC
            christopher.carter@morganlewis.com, julia.frost-davies@morganlewis.com
          Christopher M Hayes    on behalf of Interested Party    Goldman Sachs & Co. and certain affiliates
            Christopher.hayes@kirkland.com
          Christopher Michael De Lillo    on behalf of Debtor    Energy Future Holdings Corp. delillo@rlf.com,
            rbgroup@rlf.com
          Christopher Page Simon    on behalf of Interested Party    American Stock Transfer & Trust Company
            LLC csimon@crosslaw.com, smacdonald@crosslaw.com
          Christopher Page Simon    on behalf of Interested Party    American Stock Transfer & Trust Company,
            LLC csimon@crosslaw.com, smacdonald@crosslaw.com
          Christopher R. Belmonte    on behalf of Interested Party    Moody's Analytics, Inc.
            cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
          Clark T. Whitmore    on behalf of Creditor    U.S. Bank National Association
            clark.whitmore@maslon.com
          Colin R. Robinson    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
            crobinson@pszjlaw.com, efile1@pszjlaw.com
          Corby Davin Boldissar    on behalf of Interested Party    BP America Production Company
            dboldissar@lockelord.com
          Cory P. Stephenson    on behalf of Plaintiff    Energy Future Holdings Corp.
            cstephenson@bk-legal.com
          Curtis A Hehn    on behalf of Interested Party    Somervell County Central Appraisal District
            curtishehn@comcast.net
          D. Ross Martin    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
            indenture trustee and collateral trustee rmartin@ropesgray.com
          Daniel A. Fliman    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
            dfliman@kasowitz.com
          Daniel A. O'Brien    on behalf of Creditor    Pacific Investment Management Co. LLC
            daobrien@venable.com
          Daniel A. O'Brien    on behalf of Interested Party    Pacific Investment Management Company LLC
            ("PIMCO") daobrien@venable.com
          Daniel B. Denny    on behalf of Interested Party    Berkshire Hathaway Energy Company
            ddenny@gibsondunn.com
          Daniel J. DeFranceschi    on behalf of Debtor    NCA Development Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EECI, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Retail Services Company rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Eagle Mountain Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH Renewables Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Energy Trading California Company
            RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Luminant Generation Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Valley NG Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    TXU Energy Solutions Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Big Brown 3 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    EFH Finance (No. 2) Holdings Company
            RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Brighten Holdings LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    DeCordova Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Lone Star Pipeline Company, Inc.
            defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    Southwestern Electric Service Company, Inc.
            RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
            defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    Generation MT Company LLC defranceschi@rlf.com,
            RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    Generation Development Company LLC
            defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi    on behalf of Debtor    Martin Lake 4 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Oak Grove Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    4Change Energy Holdings LLC RBGroup@rlf.com
          Daniel J. DeFranceschi    on behalf of Debtor    Texas Energy Industries Company, Inc.
            rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Daniel J. DeFranceschi   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC
                 RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
                 RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   NCA Resources Development Company LLC
                 RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Mining Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Sandow Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Brighten Energy LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH CG Management Company LLC defranceschi@rlf.com,
                 RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Receivables Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFIH Finance Inc. defranceschi@rlf.com,
                 RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Generation SVC Company defranceschi@rlf.com,
                 RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH Corporate Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Big Brown Mining Company LLC
                 RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH CG Holdings Company LP defranceschi@rlf.com,
                 RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH FS Holdings Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
                 defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Monticello 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Big Brown Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Morgan Creek 7 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Collin Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   4Change Energy Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Management Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Lake Creek 3 Power Company LLC
                 defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   DeCordova II Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Power & Light Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EEC Holdings, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Tradinghouse Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Utilities Electric Company, Inc.
                 RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
                 defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Renewables Company LLC
                 defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH Australia (No. 2) Holdings Company
                 RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Holding Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   TCEH Finance, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Receivables Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Valley Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Mineral Development Company LLC
                 RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Big Brown Lignite Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant ET Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Holdings Corp. defranceschi@rlf.com,
                 RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   LSGT SACROC, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Lone Star Energy Company, Inc.
                 defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Electric Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Electric Service Company, Inc.
                 rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Dallas Power & Light Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Utilities Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   LSGT Gas Company LLC defranceschi@rlf.com,
                 RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU SEM Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Mining Company LLC RBGroup@rlf.com
              Daniel K. Astin   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
                 jmcmahon@ciardilaw.com
              Daniel K. Hogan   on behalf of Interested Party Harold  Bissell dkhogan@dkhogan.com,
                 keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Michelle  Ziegelbaum dkhogan@dkhogan.com,
                 keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Creditor John H. Jones dkhogan@dkhogan.com,  keharvey@dkhogan.com,
                 gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party  Brake Supply Company, Inc. dkhogan@dkhogan.com,
                 keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Daniel K. Hogan   on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party John H. Jones dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party  PI Law Firms dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Creditor David  Heinzmann dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party David  Heinzmann dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Kurt  Carlson dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Shirley  Fenicle dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Joe  Arabie dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Robert  Albini dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Michael  Cunningham dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party  Shirley Fenicle, as Successor-In-Interest to
              the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com,  keharvey@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party  The Richards Group, Inc. dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel S. Shamah   on behalf of Defendant  Apollo Advisors VII, L.P. dshamah@omm.com
              Daniel S. Shamah   on behalf of Creditor  Angelo Gordon & Co., LP dshamah@omm.com
              Daniel S. Shamah   on behalf of Defendant  Brookfield Asset Management Private Institutional
              Capital Adviser (Canada), L.P. dshamah@omm.com
              Daniel S. Shamah   on behalf of Defendant  Angelo Gordon & Co., LP dshamah@omm.com
              Daniel S. Shamah   on behalf of Creditor  Brookfield Asset Management Private Institutional
              Capital Adviser (Canada), L.P. dshamah@omm.com
              Daniel S. Shamah   on behalf of Creditor  Wilmington Trust, N.A., in its capacity as First Lien
              Administrative Agent dshamah@omm.com
              Daniel S. Shamah   on behalf of Defendant  Apollo Advisors VII, L.P. dshamah@omm.com
              Daniel S. Shamah   on behalf of Defendant  Wilmington Trust, N.A., solely in its capacity as
              First Lien Administrative Agent dshamah@omm.com
              Daniel Stephen Smith   on behalf of Interested Party  United States on behalf of Environmental
              Protection Agency dan.smith2@usdoj.gov,  efile_ees.enrd@usdoj.gov
              Danielle M. Audette   on behalf of Interested Party  Ad Hoc Group of TCEH Unsecured Noteholders ,
              jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
              Danielle Marie Audette   on behalf of Intervenor  Ovation Acquisition I, L.L.C.
              daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
              Danielle Marie Audette   on behalf of Intervenor  Ovation Acquisition I, L.L.C.
              daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
              David  Neier   on behalf of Creditor  Chicago Bridge & Iron Company N.V. dneier@winston.com,
              dcunsolo@winston.com
              David  Neier   on behalf of Defendant  NextEra Energy, Inc. dneier@winston.com,
              dcunsolo@winston.com
              David  Neier   on behalf of Creditor  NextEra Energy, Inc. and Next Era Energy Capital Holdings,
              Inc. dneier@winston.com,  dcunsolo@winston.com
              David B. Anthony   on behalf of Plaintiff  Avenue Capital Management II, LP
              danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff  York Capital Management Global Advisors, LLC
              danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff  GSO Capital Partners LP danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff  P. Schoenfeld Asset Management LP
              danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff  Third Avenue Management LLC danthony@bergerharris.com
              David Daniel Farrell   on behalf of Creditor  Martin Engineering Company
              dfarrell@thompsoncoburn.com
              David Edward Leta   on behalf of Creditor  Headwaters Resources, Inc. dleta@swlaw.com,
              wkalawaia@swlaw.com
              David G. Aelvoet   on behalf of Creditor  Ector CAD davida@publicans.com
              David M. Klauder   on behalf of Financial Advisor  SOLIC Capital Advisors, LLC
              dklauder@bk-legal.com
              David M. Klauder   on behalf of Plaintiff  Energy Future Holdings Corp. dklauder@bk-legal.com
              David M. Klauder   on behalf of Debtor  Energy Future Holdings Corp. dklauder@bk-legal.com
              David N. Deaconson   on behalf of Creditor William Jeffrey Herbert deaconson@pakislaw.com
              David P. Primack   on behalf of Other Prof.  Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
              sshidner@mdmc-law.com;smullen@mdmc-law.com
              David P. Primack   on behalf of Financial Advisor  Greenhill & Co., LLC dprimack@mdmc-law.com,
              sshidner@mdmc-law.com;smullen@mdmc-law.com
              David P. Primack   on behalf of Interested Party  TCEH Debtors dprimack@mdmc-law.com,
              sshidner@mdmc-law.com;smullen@mdmc-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David P. Primack    on behalf of Interested Party    Energy Future Competitive Holdings Company LLC
           dprimack@mdmc-law.com,  sshidner@mdmc-law.com;smullen@mdmc-law.com
          David P. Primack    on behalf of Interested Party    Texas Competitive Electric Holdings Company
           LLC dprimack@mdmc-law.com,  sshidner@mdmc-law.com;smullen@mdmc-law.com
          David S. Rosner    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
           courtnotices@kasowitz.com
          David W. Carickhoff    on behalf of Interested Party Allen   Shrode dcarickhoff@archerlaw.com,
           de20@ecfcbis.com
          Davis Lee Wright    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com,
           keith-mangan-mmwr-1628@ecf.pacerpro.com
          Dennis Dunne, Esq.    on behalf of Interested Party    CITIBANK, N.A. ddunne@millbank.com
          Dennis L. Jenkins    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
           indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
          Derek C. Abbott    on behalf of Interested Party    TPG Capital, L.P. dabbott@mnat.com,
           rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Derek C. Abbott    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
           L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
           rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Derek C. Abbott    on behalf of Interested Party    Texas Energy Future Holdings Limited
           Partnership dabbott@mnat.com,  rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Desiree M. Amador    on behalf of Creditor    Pension Benefit Guaranty Corporation
           amador.desiree@pbgc.gov,  efile@pbgc.gov
          Diane W. Sanders    on behalf of Creditor    Nueces County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Lee County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Walnut Springs ISD austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Robertson County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Limestone County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Falls County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Round Rock ISD austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    McLennan County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Franklin ISD austin.bankruptcy@publicans.com
          Donald K. Ludman    on behalf of Creditor    SAP Industries, Inc. dludman@browncConnery.com
          Duane David Werb    on behalf of Creditor    BWM Services, LP
           maustria@werbsullivan.com;riorii@werbsullivan.com
          Duane David Werb    on behalf of Creditor    The Kansas City Southern Railway Company
           maustria@werbsullivan.com;riorii@werbsullivan.com
          Eboney Cobb    on behalf of Creditor    Somervell County et al ecobb@pbfcm.com,
           rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
          Edward O. Sassower    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
           steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;michael.esser@kirkland.com;natasha
           .hwangpo@kirkland.com;patrick.venter@kirkland.com;mcclain.thompson@kirkland.com
          Edward O. Sassower    on behalf of Debtor    Energy Future Holdings Corp.
           steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;michael.esser@kirkland.com;natasha
           .hwangpo@kirkland.com;patrick.venter@kirkland.com;mcclain.thompson@kirkland.com
          Edwin Kevin Camson    camson@drumcapital.com
          Elihu Ezekiel Allinson, III    on behalf of Creditor    Henry Pratt Company, LLC
           ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
          Elizabeth  Banda Calvo    on behalf of Creditor    Somervell County et al ebcalvo@pbfcm.com,
           ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo    on behalf of Creditor    Richardson ISD, Crowley ISD rgleason@pbfcm.com,
           ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Ellen  Slights    on behalf of Creditor    United States/USAO usade.ecfbankruptcy@usdoj.gov
          Ellen M. Halstead    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
           ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
          Ellen M. Halstead    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
           ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
          Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
          Eric Christopher Daucher    on behalf of Defendant    NextEra Energy, Inc.
           eric.daucher@nortonrosefulbright.com,
           howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonr
           osefulbright.com
          Eric Christopher Daucher    on behalf of Creditor    NextEra Energy Resources, LLC
           eric.daucher@nortonrosefulbright.com,
           howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonr
           osefulbright.com
          Erica J. Richards    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors erichards@mofo.com,  erica-richards-1053@ecf.pacerpro.com
          Erik  Schneider    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
           eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
          Erik  Schneider    on behalf of Interested Party    American Stock Transfer & Trust Company, LLC
           eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
          Erin A. West    on behalf of Interested Party    Fee Committee ewest@gklaw.com,
           kboucher@gklaw.com;mfuller@gklaw.com;pbrellenthin@gklaw.com
          Erin R Fay    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P. and
           The Liverpool Limited Partnership efay@bayardlaw.com,  lmorton@bayardlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Erin R Fay   on behalf of Plaintiff   Elliott Associates, L.P., Elliott International, L.P. and
          The Liverpool Limited Partnership efay@bayardlaw.com,  lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC, Texas
          Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
          Equity Interests in Energy Future Holdings Corp. efay@bayardlaw.com, lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   The Liverpool Limited Partnership efay@bayardlaw.com,
          lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Elliott Associates, L.P. efay@bayardlaw.com,
          lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings, LLC, Texas
          Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
          L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, efay@bayardlaw.com,
          lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Elliott International, L.P. efay@bayardlaw.com,
          lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party Mary Ann  KIlgore efay@bayardlaw.com,
          lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Interest Holders efay@bayardlaw.com,
          lmorton@bayardlaw.com
          Evan  Rassman   on behalf of Creditor   Sunrise Partners Limited Partnership
          evan.rassman@kutakrock.com
          Evan  Rassman   on behalf of Creditor   Knife River Corporation-South evan.rassman@kutakrock.com
          Evan R. Fleck   on behalf of Interested Party   CITIBANK, N.A. EFleck@milbank.com,
          jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;bzucco@milbank.com;mprice@milbank.com;a
          leblanc@milbank.com;rnussbaum@milbank.com;nalmeida@milbank.com
          Evan T. Miller   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
          Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
          lmorton@bayardlaw.com
          Evan T. Miller   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
          and The Liverpool Limited Partnership emiller@bayardlaw.com,  lmorton@bayardlaw.com
          Frances  Gecker   on behalf of Interested Party   PI Law Firms fgecker@fgllp.com,
          csmith@fgllp.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Corporation fmonaco@gsbblaw.com,
          frankmonacojr@gmail.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party   American Equipment Company Inc.
          fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party   AMECO Inc. fmonaco@gsbblaw.com,
          frankmonacojr@gmail.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Enterprises Inc.
          fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Global Services
          fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
          Frederick B. Rosner   on behalf of Interested Party   Mudrick Capital Management L.P.
          rosner@teamrosner.com
          G. Alexander Bongartz   on behalf of Interested Party   CSC Trust Company of Delaware, as
          Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
          alexbongartz@paulhastings.com
          Garden City Group, LLC    PACERTeam@gardencitygroup.com
          Garvan F. McDaniel   on behalf of Interested Party   Contrarian Capital Management, LLC
          gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
          Garvan F. McDaniel   on behalf of Other Prof.   Kasowitz Benson Torres LLP gfmcdaniel@dkhogan.com,
          gdurstein@dkhogan.com;karen@dkhogan.com
          Garvan F. McDaniel   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
          gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
          Garvan F. McDaniel   on behalf of Interested Party   Caxton Associates LP gfmcdaniel@dkhogan.com,
          gdurstein@dkhogan.com;karen@dkhogan.com
          Gary F. Seitz   on behalf of Attorney   Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
          George  Davis   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as First
          Lien Administrative Agent gdavis@omm.com
          George  Davis   on behalf of Creditor   Apollo Global Management, LLC gdavis@omm.com
          George  Davis   on behalf of Defendant   Brookfield Asset Management Private Institutional
          Capital Adviser (Canada), L.P. gdavis@omm.com
          George  Davis   on behalf of Defendant   Apollo Advisors VII, L.P. gdavis@omm.com
          George  Davis   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
          Administrative Agent  gdavis@omm.com
          George  Davis   on behalf of Defendant   Angelo Gordon & Co., LP gdavis@omm.com
          Gerrit M. Pronske   on behalf of Creditor   Pallas Realty Advisors, Inc. gpronske@pgkpc.com
          GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company as Successor
          Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
          bankserve@bayardlaw.com;lmorton@bayardlaw.com
          GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company, as TCEH First Lien
          Indenture Trustee gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
          GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company
          gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
          GianClaudio  Finizio   on behalf of Interested Party   CSC Trust Company of Delaware, as
          Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
          bankserve@bayardlaw.com;lmorton@bayardlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

              GianClaudio Finizio   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien
              Indenture Trustee gfinizio@bayardlaw.com,   bankserve@bayardlaw.com;lmorton@bayardlaw.com
              Gilbert R. Saydah, Jr.   on behalf of Creditor   CSC Trust Company of Delaware, Proposed
              Successor Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com
              Gregg M. Galardi   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
              and The Liverpool Limited Partnership gregg.galardi@ropesgray.com,   William.McGee@ropesgray.com
              Gregory A. Taylor   on behalf of Interested Party   Ad Hoc Committee of TCEH Second Lien
              Noteholders gtaylor@ashby-geddes.com
              Gregory A. Taylor   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
              capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
              Gregory Joseph Flasser   on behalf of Interested Party   Elliott Associates, L.P.
              gflasser@bayardlaw.com
              Gregory Joseph Flasser   on behalf of Interested Party   Elliott International, L.P.
              gflasser@bayardlaw.com
              Gregory Joseph Flasser   on behalf of Interested Party   The Liverpool Limited Partnership
              gflasser@bayardlaw.com
              Gregory M. Starner   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
              om
              Gregory M. Weinstein   on behalf of Creditor   Mario Sinacola & Sons Excavating, Inc.
              gweinstein@weinrad.com,  mbowers@weinrad.com;wphillips@weinrad.com
              Gregory Michael Starner   on behalf of Creditor   Law Debenture Trust Company of New York, in its
              capacity as Indenture Trustee gstarner@whitecase.com,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
              om
              Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
              gstarner@whitecase.com,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
              om
              Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
              gstarner@whitecase.com,
              jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
              artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
              om
              Gregory T. Donilon   on behalf of Creditor   Automatic Systems, Inc. gdonilon@pwujlaw.com
              Hal F. Morris   on behalf of Interested Party   Texas Commission on Environmental Quality
              hal.morris@oag.texas.gov
              Hal F. Morris   on behalf of Interested Party   Public Utility Commission of Texas
              hal.morris@oag.texas.gov
              Hal F. Morris   on behalf of Interested Party   Railroad Commission of Texas
              hal.morris@oag.texas.gov
              Helen Elizabeth Weller   on behalf of Creditor   Jack County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Ector CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Northwest ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Northeast TX Comm Coll Dist
              dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Angelina County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Rusk County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Brownsboro ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Malakoff ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Robertson County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Fannin CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Harris County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Walnut Springs ISD
              dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Kaufman County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Clay county dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Lee County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   Ellis County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor   City of sulphur springs
              dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Helen Elizabeth Weller    on behalf of Creditor    Fannin county dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Valley View ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Irving isd dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Sulphur Springs ISD
              dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Beckville isd dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Archer County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of Coppell dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Morris CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Gainesville isd dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Limestone County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Red River County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Slocum ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Franklin ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Fort Bend County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Stephenville ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Nueces County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Hopkins County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Cisco College dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Camp cad dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Montague county dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Lamar CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Rains County AD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Coppell ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Navarro County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Wise County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Upshur County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Falls County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Franklin County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Rockwall Cad dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Smith County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of bonham dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Cherokee CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of carrollton
              dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Kerens ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Red River CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of Stephenville
              dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Van Zandt CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of malakoff dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Helen Elizabeth Weller    on behalf of Creditor    Hunt County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    McLennan County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Cisco ISD dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Hood CAD dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Round Rock ISD dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of Corinth dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Wise CAD dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Cayuga isd dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Grayson County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com
              Howard A. Cohen   on behalf of Interested Party    CITIBANK, N.A. hcohen@gibbonslaw.com
              Howard R. Hawkins, Jr.   on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
                howard.hawkins@cwt.com, nyecfnotice@cwt.com
              Howard R. Hawkins, Jr.   on behalf of Defendant    Morgan Stanley Capital Group, Inc.
                howard.hawkins@cwt.com, nyecfnotice@cwt.com
              Humayun Khalid   on behalf of Interested Party    J. Aron & Company hkhalid@cgsh.com,
                maofiling@cgsh.com
              Humayun Khalid   on behalf of Interested Party    J Aron & Company hkhalid@cgsh.com,
                maofiling@cgsh.com
              J Jackson Shrum    on behalf of Creditor    BWM Services, LP jshrum@jshrumlaw.com
              J Jackson Shrum    on behalf of Creditor    The Kansas City Southern Railway Company
                jshrum@jshrumlaw.com
              J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
                under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                otz.com
              J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
                Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                otz.com
              J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
                indenture trustee and collateral trustee kstickles@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                otz.com
              J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
                Collateral Trustee, kstickles@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                otz.com
              J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
                Indenture Trustee kstickles@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                otz.com
              J. Kate Stickles    on behalf of Other Prof.    Cole Schotz P.C. kstickles@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                otz.com
              J. Kate Stickles    on behalf of Other Prof.    Delaware Trust Company, as First Lien Successor
                Trustee and Collateral Trustee kstickles@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                otz.com
              J. Kate Stickles    on behalf of Creditor    Delaware Trust Company, as successor indenture trustee
                and collateral trustee, kstickles@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                otz.com
              J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company kstickles@coleschotz.com,
                bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
                otz.com
              Jacob A. Adlerstein   on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
                Creditors jadlerstein@paulweiss.com
              James E. Huggett    on behalf of Creditor    URS Energy & Construction, Inc.
                jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
              James E. Huggett    on behalf of Creditor    Oracle America, Inc. jhuggett@margolisedelstein.com,
                nvangorder@margolisedelstein.com
              James Halstead Millar    on behalf of Interested Party    CSC Trust Company of Delaware, as
                successor indenture trustee and collateral trustee james.millar@dbr.com,
                Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
              James Michael Peck    on behalf of Creditor Committee    The Official Committee of Unsecured
                Creditors jpeck@mofo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              James Michael Peck    on behalf of Interested Party    The Official Committee of TCEH Unsecured
                Creditors jpeck@mofo.com
              James S. Carr    on behalf of Creditor    CSC Trust Company of Delaware, Proposed Successor
                Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
              James S. Yoder    on behalf of Attorney    Salesforce.com, Inc. yoderj@whiteandwilliams.com
              Jamie Lynne Edmonson    on behalf of Creditor    Pacific Investment Management Co. LLC
                jledmonson@venable.com
              Jamie Lynne Edmonson    on behalf of Interested Party    Pacific Investment Management Company LLC
                ("PIMCO") jledmonson@venable.com
              Jarrett Vine    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
                jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Jarrett Vine    on behalf of Interested Party    The Official Committee of TCEH Unsecured
                Creditors jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Jason A. Gibson    on behalf of Interested Party    Mudrick Capital Management L.P.
                gibson@teamrosner.com
              Jason A. Starks    on behalf of Creditor    Texas Office of Public Utility Counsel
                bk-jstarks@oag.texas.gov, sherri.simpson@oag.texas.gov
              Jason D. Curry    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
                sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
              Jason Daniel Angelo    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
                jda@stevenslee.com, com@stevenslee.com
              Jason M. Liberi    on behalf of Interested Party    Texas Transmission Investment LLC
                jason.liberi@skadden.com,
                christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
              Jason M. Liberi    on behalf of Defendant    Texas Transmission Investment LLC
                jason.liberi@skadden.com,
                christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
              Jason M. Madron    on behalf of Debtor    4Change Energy Holdings LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Plaintiff    Energy Future Holdings Corp. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Defendant    EFH Renewables Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Texas Electric Service Company, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Texas Utilities Electric Company, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    DeCordova II Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EFH FS Holdings Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Energy Trading California Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant ET Services Company madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Valley Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Attorney    Kirkland & Ellis LLP madron@rlf.com, rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant    EFH Finance (No. 2) Holdings Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Big Brown Mining Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Generation SVC Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Defendant    EECI, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EFH Finance (No. 2) Holdings Company madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant    EFH Australia (No. 2) Holdings Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    DeCordova Power Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Texas Power & Light Company, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    TCEH Finance, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Generation Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Energy Future Holdings Corp. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Generation MT Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    TXU Electric Company, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    TXU Energy Receivables Company LLC madron@rlf.com,
                rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason M. Madron    on behalf of Debtor    Oak Grove Management Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Southwestern Electric Service Company, Inc.
                    madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Texas Energy Industries Company, Inc. madron@rlf.com,
                    rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                    madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Oak Grove Mining Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EFH CG Management Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Oak Grove Power Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Collin Power Company LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    EFH Corporate Services Company madron@rlf.com,
                    rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
                    madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EECI, Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant    LSGT Gas Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Valley NG Power Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Defendant    TXU Receivables Company madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Eagle Mountain Power Company LLC madron@rlf.com,
                    rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Dallas Power & Light Company, Inc. madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Martin Lake 4 Power Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Holding Company LLC madron@rlf.com,
                    rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant    Generation Development Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    LSGT Gas Company LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    LSGT SACROC, Inc. madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Texas Utilities Company, Inc. madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Interested Party    Energy Future Holdings Corp. madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Mineral Development Company LLC madron@rlf.com,
                    rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant    EEC Holdings, Inc. madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Lone Star Pipeline Company, Inc. madron@rlf.com,
                    rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    NCA Development Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Plaintiff    EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Attorney    Richards, Layton & Finger, P.A. madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Sandow Power Company LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant    NCA Development Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Renewables Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    4Change Energy Company madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Morgan Creek 7 Power Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Energy Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Big Brown Power Company LLC madron@rlf.com,
                    rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Brighten Energy LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    TXU Energy Solutions Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    NCA Resources Development Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Big Brown Lignite Company LLC madron@rlf.com,
                    rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Generation Development Company LLC madron@rlf.com,
                    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Lone Star Energy Company, Inc. madron@rlf.com,
                    rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jason M. Madron   on behalf of Defendant    EFH FS Holdings Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Monticello 4 Power Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant    Energy Future Intermediate Holding Company LLC
           madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    TXU SEM Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    EFH CG Holdings Company LP madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    EFH Renewables Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    EFH Australia (No. 2) Holdings Company madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant    LSGT SACROC, Inc. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant    EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Tradinghouse Power Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Lake Creek 3 Power Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    TXU Energy Retail Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant    EBASCO Services of Canada Limited madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    EEC Holdings, Inc. madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Energy Future Intermediate Holding Company LLC
           madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Other Prof.   KPMG LLP madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    TXU Retail Services Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
           madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Big Brown 3 Power Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    Luminant Mining Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    Brighten Holdings LLC madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor    TXU Receivables Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant    Energy Future Holdings Corp. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor    EFIH Finance Inc. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jeffrey C. Wisler   on behalf of Creditor    Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
           Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
           Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
          Jeffrey C. Wisler   on behalf of Creditor    Cloud Peak Energy Resources LLC
           jwisler@connollygallagher.com
          Jeffrey C. Wisler   on behalf of Creditor    Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
           Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
           Seidlets jwisler@connollygallagher.com
          Jeffrey M. Schlerf   on behalf of Intervenor    Ovation Acquisition I, L.L.C.
           jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
           jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party    Sempra Energy jschlerf@foxrothschild.com,
           idensmore@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Intervenor    Ovation Acquisition II, L.L.C.
           jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
           jschlerf@foxrothschild.com
          Jeffrey R. Fine   on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
           jfine@dykema.com,  jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
          Jeffrey R. Fine   on behalf of Creditor    Bluebonnet Electric Cooperative, Inc. jfine@dykema.com,
           jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
          Jeffrey S. Sabin   on behalf of Creditor    Pacific Investment Management Co. LLC
           JSSabin@Venable.com
          Jeffrey S. Sabin   on behalf of Interested Party    Pacific Investment Management Company LLC
           ("PIMCO") JSSabin@Venable.com
          Jennifer Marines   on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors JMarines@mofo.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    Jennifer R Sharret   on behalf of Interested Party   Computershare Trust Company, N.A., and
     Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
     Secured Second Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com,
     corporate-reorg-1449@ecf.pacerpro.com;MWasson@kramerlevin.com
    Jennifer R. Hoover   on behalf of Creditor   Michelin North America Inc. jhoover@beneschlaw.com,
     docket@beneschlaw.com;lmolinaro@beneschlaw.com
    Jennifer R. Hoover   on behalf of Attorney   Benesch, Friedlander, Coplan & Aronoff, LLP
     jhoover@beneschlaw.com,   docket@beneschlaw.com;lmolinaro@beneschlaw.com
    Jennifer R. Hoover   on behalf of Interested Party   Fee Committee jhoover@beneschlaw.com,
     docket@beneschlaw.com;lmolinaro@beneschlaw.com
    Jennifer V. Doran   on behalf of Creditor   Invensys Systems, Inc. jdoran@hinckleyallen.com,
     calirm@haslaw.com
    Jeremy William Ryan   on behalf of Creditor   Citibank, N.A., as administrative and collateral
     agent jryan@potteranderson.com,   bankruptcy@potteranderson.com
    Joanna Flynn Newdeck   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
     jnewdeck@akingump.com,   ddunn@akingump.com
    Joanna Flynn Newdeck   on behalf of Interested Party   UMB BANK, N.A., as Trustee
     jnewdeck@akingump.com,   ddunn@akingump.com
    John A. Morris   on behalf of Interested Party   Computershare Trust Company, N.A., and
     Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
     Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
    John C. Kilgannon   on behalf of Creditor   City of Dallas, Texas jck@stevenslee.com,
     jck@stevenslee.com
    John D. Demmy   on behalf of Creditor   City of Dallas, Texas jdd@stevenslee.com
    John D. Demmy   on behalf of Creditor   Rexel, Inc. jdd@stevenslee.com
    John D. Demmy   on behalf of Creditor   AEP Texas Central Company d/b/a American Electric Power
     Company and AEP Texas North Company d/b/a American Electric Power Company jdd@stevenslee.com
    John G. Harris   on behalf of Plaintiff   Avenue Capital Management II, LP
     jharris@bergerharris.com,   mnicholls@bergerharris.com
    John G. Harris   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
     jharris@bergerharris.com,   mnicholls@bergerharris.com
    John G. Harris   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
     jharris@bergerharris.com,   mnicholls@bergerharris.com
    John G. Harris   on behalf of Plaintiff   Third Avenue Management LLC jharris@bergerharris.com,
     mnicholls@bergerharris.com
    John G. Harris   on behalf of Plaintiff   GSO Capital Partners LP jharris@bergerharris.com,
     mnicholls@bergerharris.com
    John H. Strock   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
     jstrock@foxrothschild.com,   dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
    John M. Seaman   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
     seaman@abramsbayliss.com,   farro@abramsbayliss.com;matthews@abramsbayliss.com
    John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts
     john.stern@oag.texas.gov,   bk-mbecker@oag.texas.gov
    John P. Dillman   on behalf of Creditor   Angelina County houston_bankruptcy@publicans.com
    John P. Dillman   on behalf of Creditor   Fort Bend County houston_bankruptcy@publicans.com
    John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
    John P. Melko   on behalf of Creditor   ROMCO Equipment Co. jmelko@gardere.com,
     mriordan@gardere.com;ggattis@gardere.com;rdiep@gardere.com
    John R. Ashmead   on behalf of Interested Party   Wilmington Trust, N.A. ashmead@sewkis.com
    Johnna Darby   on behalf of Interested Party   Steag Energy Services, Inc. jdarby@shawfishman.com
    Jon M. Chatalian   on behalf of Creditor   Pension Benefit Guaranty Corporation
     chatalian.jon@pbgc.gov,   efile@pbgc.gov
    Jonathan L. Howell   on behalf of Creditor   Red Ball Oxygen Company jhowell@gpm-law.com
    Joseph  Grey   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
     jgrey@crosslaw.com,   smacdonald@crosslaw.com
    Joseph Charles Barsalona II   on behalf of Debtor   Energy Future Holdings Corp.
     barsalona@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Joseph Charles Barsalona II   on behalf of Plaintiff   Energy Future Holdings Corp.
     barsalona@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Joseph D. Frank   on behalf of Interested Party   PI Law Firms jfrank@fgllp.com,
     ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
    Joseph D. Frank   on behalf of Creditor   Experian Information Solutions, Inc. jfrank@fgllp.com,
     ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
    Joseph D. Frank   on behalf of Creditor   Experian Marketing Solutions, Inc. jfrank@fgllp.com,
     ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
    Joseph D. Wright   on behalf of Interested Party   Alcoa Inc. wright@lrclaw.com,
     dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
    Joseph D. Wright   on behalf of Defendant   NextEra Energy, Inc. wright@lrclaw.com,
     dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
    Joseph D. Wright   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
     Holdings, Inc. wright@lrclaw.com,
     dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
    Joseph D. Wright   on behalf of Interested Party   NextEra Energy, Inc. wright@lrclaw.com,
     dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
    Joseph D. Wright   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
     LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,
     dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Joseph D. Wright   on behalf of Creditor   NextEra Energy, Inc. wright@lrclaw.com,
  dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
Joseph H. Huston, Jr.   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity
  as First Lien Administrative Agent jhh@stevenslee.com
Joseph H. Huston, Jr.   on behalf of Creditor   Oaktree Capital Management, L.P.
  jhh@stevenslee.com
Joseph H. Huston, Jr.   on behalf of Creditor   Angelo Gordon & Co., LP jhh@stevenslee.com
Joseph H. Huston, Jr.   on behalf of Creditor   Apollo Management HoldingsLP jhh@stevenslee.com
Joseph H. Huston, Jr.   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company
  LLC jhh@stevenslee.com
Joseph H. Huston, Jr.   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
  Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
Joseph H. Huston, Jr.   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First
  Lien Administrative Agent jhh@stevenslee.com
Joseph H. Huston, Jr.   on behalf of Debtor   Energy Future Holdings Corp. jhh@stevenslee.com
Joseph J. McMahon, Jr.   on behalf of Creditor   Red Ball Oxygen Company jmcmahon@ciardilaw.com,
  mflores@ciardilaw.com
Joseph J. McMahon, Jr.   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC
  jmcmahon@ciardilaw.com,  mflores@ciardilaw.com
Joshua K. Brody   on behalf of Defendant   Computershare Trust Company of Canada
  jbrody@kramerlevin.com,
  adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
  .pacerpro.com
Joshua K. Brody   on behalf of Defendant   Computershare Trust Company, N.A.
  jbrody@kramerlevin.com,
  adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
  .pacerpro.com
Joshua K. Brody   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
  Objectors jbrody@kramerlevin.com,
  adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
  .pacerpro.com
Joshua K. Brody   on behalf of Interested Party   Computershare Trust Company, N.A., and
  Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
  Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
  adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
  .pacerpro.com
Joshua Powers Searcy   on behalf of Creditor   D. Courtney Construction, Inc.
  joshsearcy@jrsearcylaw.com
Joshua Y. Sturm   on behalf of Creditor   Delaware Trust Company, as successor indenture trustee
  and collateral trustee, joshua.strum@ropesgray.com
Julia B. Klein   on behalf of Creditor   Mudrick Capital Management, L.P. klein@teamrosner.com
Julia Bettina Klein   on behalf of Interested Party   Mudrick Capital Management L.P.
  klein@kleinllc.com
Justin Cory Falgowski   on behalf of Creditor   Texas Big Spring, LP jfalgowski@burr.com
Justin K. Edelson   on behalf of Interested Party   The Official Committee of TCEH Unsecured
  Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Justin K. Edelson   on behalf of Creditor Committee   The Official Committee of Unsecured
  Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Justin K. Edelson   on behalf of Financial Advisor   FTI Consulting, Inc. jedelson@polsinelli.com,
  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Karen Beth Shaer   on behalf of Other Prof.   Garden City Group, LLC PACERTeam@gardencitygroup.com
Karen C. Bifferato   on behalf of Interested Party   Pacific Investment Management Company LLC
  ("PIMCO") kbifferato@connollygallagher.com
Katharine L. Mayer   on behalf of Interested Party   Aetna Inc. kmayer@mccarter.com
Katharine L. Mayer   on behalf of Interested Party   Aetna Life Insurance Company
  kmayer@mccarter.com
Katherine Stadler   on behalf of Interested Party   Fee Committee kstadler@gklaw.com,
  kboucher@gklaw.com;pbrellenthin@gklaw.com
Kathleen A. Murphy   on behalf of Creditor   CATERPILLAR FINANCIAL SERVICES CORP.
  kathleen.murphy@bipc.com,  annette.dye@bipc.com
Kathleen M. Miller   on behalf of Creditor   Valero Texas Power Marketing, Inc.
  kmiller@skjlaw.com,  llb@skjlaw.com
Kathleen M. Miller   on behalf of Creditor   Airgas USA, LLC kmiller@skjlaw.com,  llb@skjlaw.com
Kay Diebel Brock   on behalf of Creditor   Travis County bkecf@co.travis.tx.us
Keith Howard Wofford   on behalf of Creditor   Elliott Associates, L.P., Elliott International,
  L.P. and The Liverpool Limited Partnership keith.wofford@ropesgray.com,
  keith.wofford@ropesgray.com
Keith Howard Wofford   on behalf of Interested Party   CSC Trust Company of Delaware, as
  successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
  keith.wofford@ropesgray.com
Kerry L. Haliburton   on behalf of Creditor   Buffalo Industrial Supply, Inc.
  raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
Kevin C. Driscoll, Jr.   on behalf of Creditor   GATX Corporation Kevin.Driscoll@btlaw.com,
  donna.dotts@btlaw.com
Kevin G. Collins   on behalf of Creditor   GATX Corporation kevin.collins@btlaw.com,
  pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin J. Mangan   on behalf of Interested Party   American Equipment Company Inc.
  kevin.mangan@wbd-us.com,  Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Kevin J. Mangan    on behalf of Interested Party    AMECO Inc. kevin.mangan@wbd-us.com,
    Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Kevin J. Mangan    on behalf of Interested Party    Alltite Inc. kevin.mangan@wbd-us.com,
    Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Kevin J. Mangan    on behalf of Interested Party    Fluor Global Services kevin.mangan@wbd-us.com,
    Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Kevin J. Mangan    on behalf of Interested Party    Fluor Corporation kevin.mangan@wbd-us.com,
    Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Kevin J. Mangan    on behalf of Interested Party    Fluor Enterprises Inc. kevin.mangan@wbd-us.com,
    Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Kevin M Lippman    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
    klippman@munsch.com,  lpannier@munsch.com
Kevin M. Capuzzi    on behalf of Creditor    Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
    docket@beneschlaw.com;lmolinaro@beneschlaw.com
Kimberly Ellen Connolly Lawson    on behalf of Interested Party    The Bank of New York Mellon, in
    its capacity as the PCRB Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon, as
    Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon Trust
    Company, N.A., as Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
Kimberly Ellen Connolly Lawson    on behalf of Creditor Committee    The Official Committee of
    Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
    LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com,
    bankruptcy-2628@ecf.pacerpro.com
Kizzy Lyn Jarashow    on behalf of Creditor    Aurelius Capital Management, LP
    kjarashow@goodwinprocter.com
Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon Trust Company, N.A.,
    in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,
    llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
    kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon, in its capacity as
    the PCRB Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
    Indenture Trustee kgwynne@reedsmith.com,
    llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurtzman Carson Consultants LLC    info@kccllc.com
L. John Bird    on behalf of Creditor    Creditor-Investor Consortium jbird@foxrothschild.com,
    idensmore@foxrothschild.com
L. John Bird    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
    jbird@foxrothschild.com,  idensmore@foxrothschild.com
L. John Bird    on behalf of Intervenor    Ovation Acquisition I, L.L.C. jbird@foxrothschild.com,
    idensmore@foxrothschild.com
L. John Bird    on behalf of Intervenor    Ovation Acquisition II, L.L.C. jbird@foxrothschild.com,
    idensmore@foxrothschild.com
L. Katherine Good    on behalf of Interested Party    Boral Material Technologies, LLC
    kgood@wtplaw.com,  clano@wtplaw.com
L. Katherine Good    on behalf of Interested Party    Simeio Solutions, Inc. kgood@wtplaw.com
Lara E. Shipkovitz    on behalf of Creditor    Thermo Fisher Scientific Inc.
    lshipkovitz@tuckerlaw.com
Lars A. Peterson    on behalf of Interested Party    UMB BANK, N.A., as Trustee lapeterson@foley.com
Lars A. Peterson    on behalf of Creditor    UMB Bank, N.A. lapeterson@foley.com
Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
    Second Lien Group ljones@pszjlaw.com
Laura Davis Jones    on behalf of Plaintiff    Computershare Trust Company, N.A.
    ljones@pszjlaw.com
Laura Davis Jones    on behalf of Interested Party    Computershare Trust Company, N.A., and
    Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
    Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com,  efile1@pszjw.com
Laura Davis Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
    ljones@pszjlaw.com
Laura Davis Jones    on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee &
    EFIH Second Lien Group ljones@pszjlaw.com
Laura Davis Jones    on behalf of Interested Party    Computershare Trust Company, N.A. and
    Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
    lien notes and the holders thereof. ljones@pszjlaw.com,  efile1@pszyjw.com
Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee
    ljones@pszjlaw.com
Laura Davis Jones    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
    Objectors ljones@pszjlaw.com
Laura Davis Jones    on behalf of Interested Party    EFIH Second Lien Indenture Trustee
    ljones@pszjlaw.com,  efile1@pszyjw.com
Laura Davis Jones    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
    Objectors ljones@pszjlaw.com,  efile@pszyj.com
Laura Davis Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
    ljones@pszjlaw.com,  efile@pszyj.com
Laurie Selber Silverstein    on behalf of Interested Party    EFIH First Lien DIP Agent
    bankruptcy@potteranderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Laurie Selber Silverstein    on behalf of Interested Party    Deutsche Bank AG New York Branch
                bankruptcy@potteranderson.com
              Lee Harrington    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
                lharrington@nixonpeabody.com
              Lee B. Gordon    on behalf of Creditor    Texas Ad Valorem Taxing Jurisdictions
                sonya.ragsdale@mvbalaw.com
              Lindsay Zahradka    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
                Noteholders lzahradka@akingump.com
              Lindsay Zahradka    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
                lzahradka@akingump.com
              Lino Mendiola, III    on behalf of Interested Party    Titus County Fresh Waster Supply District
                No. 1 linomendiola@andrewskurth.com
              Lino Mendiola, III    on behalf of Interested Party    Titus County Fresh Water Supply District
                No. 1 linomendiola@andrewskurth.com
              Lisa Cresci McLaughlin    on behalf of Interested Party    Fee Committee mmo@pgmhlaw.com
              Lorenzo Marinuzzi    on behalf of Interested Party    The Official Committee of TCEH Unsecured
                Creditors LMarinuzzi@mofo.com,  lorenzo-marinuzzi-4664@ecf.pacerpro.com
              Lucian Borders Murley    on behalf of Creditor    Johnson Matthey Stationary Emissions Control LLC
                luke.murley@saul.com,  robyn.warren@saul.com
              Lucian Borders Murley    on behalf of Creditor    Accenture LLP luke.murley@saul.com,
                robyn.warren@saul.com
              Marc J. Phillips    on behalf of Creditor    Bluebonnet Electric Cooperative, Inc.
                mphillips@mgmlaw.com
              Marc J. Phillips    on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
                mphillips@mgmlaw.com
              Marc J. Phillips    on behalf of Creditor    Steering Committee of Cities Served by Oncor
                mphillips@mgmlaw.com
              Marc Stephen Casarino    on behalf of Creditor    Google Inc. casarinom@whiteandwilliams.com,
                debankruptcy@whiteandwilliams.com
              Maria A. Bove    on behalf of Interested Party    Computershare Trust Company, N.A., and
                Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
                Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
              Maria Aprile Sawczuk    on behalf of Interested Party    Sierra Club marias@restructuringshop.com,
                marias@ecf.courtdrive.com
              Maria Aprile Sawczuk    on behalf of Creditor Miguel Oliveras Caraballo
                marias@restructuringshop.com,  marias@ecf.courtdrive.com
              Mark Minuti    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
                mark.minuti@saul.com,  robyn.warren@saul.com;ecf-9d8e07160ff2@ecf.pacerpro.com
              Mark Andrew Fink    on behalf of Interested Party    The Official Committee of Unsecured Creditors
                of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
                Inc.; and EECI, Inc. (EFH Committee) mfink@mmwr.com,
                ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
              Mark Andrew Fink    on behalf of Creditor Committee    The Official Committee of Unsecured
                Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
                Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com,
                ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
              Mark Andrew Fink    on behalf of Spec. Counsel    Montgomery, McCracken, Walker & Rhoads, LLP
                mfink@mmwr.com,  ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
              Mark Andrew Fink    on behalf of Creditor Committee    The Official Committee of Unsecured
                Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
                Finance Inc., and EECI, Inc. mfink@mmwr.com,
                ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
              Mark Andrew Fink    on behalf of Creditor Committee    The Official Committee of Unsecured
                Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
                Finance, Inc., and EECI, Inc. mfink@mmwr.com,
                ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
              Mark Charles 2009npfdEllenberg    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy
                Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. mark.ellenberg@cwt.com,
                michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com
              Mark D. Collins    on behalf of Debtor    Energy Future Holdings Corp.
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Mark D. Collins    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Mark D. Kotwick    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral Agent
                KOTWICK@SEWKIS.COM
              Mark D. Kotwick    on behalf of Interested Party    Wilmington Trust, N.A. kotwick@sewkis.com
              Mark D. Kotwick    on behalf of Defendant    Wilmington Trust, N.A. as First Lien Collateral Agent
                and First Lien Administrative Agent KOTWICK@SEWKIS.COM
              Mark D. Olivere    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
                olivere@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Mark D. Olivere    on behalf of Interested Party    Berkshire Hathaway Energy Company
                olivere@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              Mark E. Felger    on behalf of Interested Party    J. Aron & Company mfelger@cozen.com,
                MBrickley@cozen.com;mmillis@cozen.com
              Mark E. Felger    on behalf of Interested Party    J Aron & Company mfelger@cozen.com,
                MBrickley@cozen.com;mmillis@cozen.com
              Mark F. Hebbeln    on behalf of Interested Party    UMB BANK, N.A., as Trustee mhebbeln@foley.com,
                jsorrels@foley.com,opetukhova@foley.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Mark F. Hebbeln   on behalf of Creditor   UMB Bank, N.A. mhebbeln@foley.com,  jsorrels@foley.com,
              opetukhova@foley.com
              Mark F. Rosenberg   on behalf of Creditor Committee   The Official Committee of Unsecured
              Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
              Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com
              Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Houston Electric,
              LLC mark.desgrosseilliers@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Mark L. Desgrosseilliers   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
              mark.desgrosseilliers@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Resources Corp.
              mark.desgrosseilliers@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Mark S. Chehi   on behalf of Interested Party   Borealis Infrastructure Management Inc.
              mchehi@skadden.com, debank@skadden.com
              Matthew B. McGuire   on behalf of Plaintiff   Marathon Asset Management, LP mcguire@lrclaw.com,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Interested Party   Marathon Asset Management, LP
              mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Creditor   Polygon Convertible Opportunity Master Fund
              mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
              mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Plaintiff   Polygon Distressed Opportunities Master Fund
              mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
              Holdings, Inc. mcguire@lrclaw.com,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Plaintiff   Polygon Convertible Opportunity Master Fund
              mcguire@lrclaw.com,  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Defendant   NextEra Energy, Inc. mcguire@lrclaw.com,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Interested Party   Alcoa Inc. ,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Creditor   NextEra Energy Resources, LLC mcguire@lrclaw.com,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
              II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew B. McGuire   on behalf of Creditor   NextEra Energy, Inc. mcguire@lrclaw.com,
              raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
              Matthew C. Brown   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
              mbrown@whitecase.com
              Matthew G. Summers   on behalf of Creditor   URENCO, Inc. summersm@ballardspahr.com,
              chiggesd@ballardspahr.com
              Matthew G. Summers   on behalf of Creditor   Louisiana Energy Services, LLC
              summersm@ballardspahr.com,  chiggesd@ballardspahr.com
              Matthew J. Troy   on behalf of Creditor   United States of America matthew.troy@usdoj.gov
              Meredith A. Lahaie   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
              Noteholders mlahaie@akingump.com
              Meredith A. Lahaie   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
              mlahaie@akingump.com
              Michael A. Paskin   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
              mpaskin@cravath.com
              Michael D. DeBaecke   on behalf of Interested Party   Wilmington Trust, N.A.
              debaecke@blankrome.com
              Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A., as First Lien
              Collateral Agent debaecke@blankrome.com,  moody@ecf.inforuptcy.com
              Michael David Debaecke   on behalf of Creditor   Wilmington Trust, N.A. as First Lien Collateral
              Agent and First Lien Administrative Agent debaecke@blankrome.com,  moody@ecf.inforuptcy.com
              Michael David Debaecke   on behalf of Creditor   Wilmington Trust, N.A., as Successor TCEH First
              Lien Administrative Agent and Successor TCEH First Lien Collateral Agent debaecke@blankrome.com,
              moody@ecf.inforuptcy.com
              Michael David Debaecke   on behalf of Interested Party   Wilmington Trust, N.A.
              debaecke@blankrome.com,  moody@ecf.inforuptcy.com
              Michael G. Busenkell   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
              mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Interested Party   Subsequent Settling EFIH PIK Noteholders
              comprised of: York Capital Management Global Advisors, LLC; P. Schoenfeld Asset Management L.P.;
              mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Interested Party   Tannor Partners Credit Fund LP
              mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Sunrise Partners Limited Partnership
              mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Marathon Asset Management, LP
              mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Knife River Corporation-South
              mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Interested Party   York Capital Management Global Advisors,
              LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Michael G. Busenkell   on behalf of Creditor    Polygon Convertible Opportunity Master Fund
              mbusenkell@gsbblaw.com
             Michael G. Busenkell   on behalf of Creditor    Mudrick Capital Management, L.P.
              mbusenkell@gsbblaw.com
             Michael G. Busenkell   on behalf of Creditor    Aurelius Capital Management, LP
              mbusenkell@gsbblaw.com
             Michael G. Busenkell   on behalf of Creditor William Jeffrey Herbert mbusenkell@gsbblaw.com
             Michael G. Busenkell   on behalf of Interested Party    Marathon Asset Management, LP
              mbusenkell@gsbblaw.com
             Michael G. Busenkell   on behalf of Other Prof.    Ad Hoc Group of Non-Settling EFIH PIK
              Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
              Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D mbusenkell@gsbblaw.com
             Michael Joseph Joyce   on behalf of Creditor    Certain funds and accounts advised or sub-advised
              by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
             Michael Joseph Joyce   on behalf of Interested Party    certain funds and accounts advised or
              sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
             Michael Joseph Joyce   on behalf of Interested Party    Fidelity Management & Research Company
              mjoyce@oelegal.com
             Michael L. Atchley   on behalf of Creditor    Tarrant Regional Water District
              matchley@popehardwicke.com
             Michael L. Atchley   on behalf of Creditor    Northeast Texas Municipal Water District
              matchley@popehardwicke.com
             Michael P. Esser   on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
              michael.esser@kirkland.com
             Michael P. Esser   on behalf of Plaintiff    Energy Future Holdings Corp.
              michael.esser@kirkland.com
             Michael P. Esser   on behalf of Debtor    Energy Future Holdings Corp. michael.esser@kirkland.com
             Michelle McMahon   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
              Objectors michelle.mcmahon@bryancave.com,   dortiz@bryancave.com
             Monica S. Blacker   on behalf of Attorney    Jackson Walker LLP mblacker@jw.com,
              tsalter@jw.com;ldooley@jw.com
             Monica S. Blacker   on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
              mblacker@jw.com,  tsalter@jw.com;ldooley@jw.com
             Natalie D. Ramsey   on behalf of Creditor Committee    The Official Committee of Unsecured
              Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
              Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com,   ECFdocuments@pacerpro.com
             Natalie D. Ramsey   on behalf of Creditor Committee    The Official Committee of Unsecured
              Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
              Finance Inc., and EECI, Inc. nramsey@mmwr.com,   ECFdocuments@pacerpro.com
             Neil B. Glassman   on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
              Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
              nglassman@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;jalberto@bayardla
              w.com;bankserve@bayardlaw.com
             Neil B. Glassman   on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien Indenture
              Trustee bankserve@bayardfirm.com,   nglassman@bayardfirm.com
             Neil B. Glassman   on behalf of Interested Party    Delaware Trust Company
              bankserve@bayardfirm.com,   nglassman@bayardfirm.com
             Nicholas D. Mozal   on behalf of Defendant    Angelo Gordon & Co., LP nmozal@ramllp.com
             Nicholas D. Mozal   on behalf of Defendant    Apollo Advisors VII, L.P. nmozal@ramllp.com
             Nicholas D. Mozal   on behalf of Interested Party    Titan Investment Holdings LP nmozal@ramllp.com
             Nicholas D. Mozal   on behalf of Defendant    Brookfield Asset Management Private Institutional
              Capital Adviser (Canada), L.P. nmozal@ramllp.com
             Nicholas J. Brannick   on behalf of Interested Party    CSC Trust Company of Delaware as Successor
              Indenture Trustee nbrannick@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
             Nicholas J. Brannick   on behalf of Plaintiff    Delaware Trust Company nbrannick@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
             Nicholas J. Brannick   on behalf of Interested Party    CSC Trust Company of Delaware, as
              successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
             Nick S. Kaluk, III   on behalf of Financial Advisor    Evercore Group L.L.C. nskaluk@debevoise.com
             Nicole D. Mignone   on behalf of Interested Party    Public Utility Commission of Texas
              nicole.mignone@texasattorneygeneral.gove
             Norman L. Pernick   on behalf of Plaintiff    Delaware Trust Company npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
             Norman L. Pernick   on behalf of Interested Party    CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
             Norman L. Pernick   on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
              Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
          Indenture Trustee npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company, as Indenture Trustee and
          Collateral Trustee, npernick@coleschotz.com,
          pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
          otz.com
          Omar J. Alaniz   on behalf of Interested Party   CenterPoint Energy Resources Corp.
          omar.alaniz@bakerbotts.com
          Omar J. Alaniz   on behalf of Interested Party   CenterPoint Energy Houston Electric, LLC
          omar.alaniz@bakerbotts.com
          Owen M. Sonik   on behalf of Creditor   Galena Park Independent School District osonik@pbfcm.com,
          tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Owen M. Sonik   on behalf of Creditor   Certain Texas Taxing Entities osonik@pbfcm.com,
          tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Tejas Pipeline LLC
          pwp@pattiprewittlaw.com
          Patricia Williams Prewitt   on behalf of Creditor   El Paso Natural Gas Company
          pwp@pattiprewittlaw.com
          Patricia Williams Prewitt   on behalf of Creditor   Targa Gas Marketing LLC
          pwp@pattiprewittlaw.com
          Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Texas Pipeline LLC
          pwp@pattiprewittlaw.com
          Patrick L. Hughes   on behalf of Creditor   Airgas USA, LLC patrick.hughes@haynesboone.com
          Pauline K. Morgan   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
          bankfilings@ycst.com
          Peter J. Keane   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee & EFIH
          Second Lien Group pkeane@pszjlaw.com
          Peter Jonathon Young   on behalf of Debtor   Energy Future Holdings Corp. pyoung@proskauer.com
          Peter M. Gilhuly   on behalf of Interested Party   Ernst & Young LLP peter.gilhuly@lw.com,
          adam.malatesta@lw.com
          R. Karl Hill   on behalf of Creditor   Liberty Mutual Insurance Co. khill@svglaw.com,
          spappa@svglaw.com
          R. Stephen McNeill   on behalf of Creditor   Citibank, N.A., as administrative and collateral
          agent bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
          R. Stephen McNeill   on behalf of Interested Party   Deutsche Bank Securities Inc.
          bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
          Rachel Obaldo   on behalf of Creditor   Texas Comptroller of Public Accounts
          bk-robaldo@oag.texas.gov,  sherri.simpson@oag.texas.gov
          Rachel Ringer   on behalf of Interested Party   Computershare Trust Company, N.A. and
          Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
          lien notes and the holders thereof, rringer@kramerlevin.com,
          AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;GFrenzel@kramerlevin.com;dbraun@kramerlevin.
          com;corporate-reorg-1449@ecf.pacerpro.com
          Rachel B. Mersky   on behalf of Creditor   Top Line Rental , LLC rmersky@monlaw.com
          Raymond H. Lemisch   on behalf of Defendant   UMB Bank, N.A., as indenture trustee
          rlemisch@klehr.com
          Raymond H. Lemisch   on behalf of Creditor   UMB Bank, N.A. rlemisch@klehr.com
          Raymond H. Lemisch   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
          rlemisch@klehr.com
          Rebecca A. Hayes   on behalf of Creditor   UMB Bank, N.A. rhayes@foley.com
          Rebecca A. Hayes   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
          rhayes@foley.com
          Reed A. Heiligman   on behalf of Interested Party   PI Law Firms rheiligman@fgllp.com,
          ccarpenter@fgllp.com
          Reed A. Heiligman   on behalf of Creditor   Experian Information Solutions, Inc.
          rheiligman@fgllp.com,  ccarpenter@fgllp.com
          Reed A. Heiligman   on behalf of Creditor   Experian Marketing Solutions, Inc.
          rheiligman@fgllp.com,  ccarpenter@fgllp.com
          Richard A. Barkasy   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
          rbarkasy@schnader.com
          Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
          rbarkasy@schnader.com
          Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
          rbarkasy@schnader.com
          Richard L. Schepacarter   on behalf of U.S. Trustee   U.S. Trustee richard.schepacarter@usdoj.gov
          Robert J. Feinstein   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
          Objectors rfeinstein@pszjlaw.com
          Robert J. Feinstein   on behalf of Defendant   Computershare Trust Company, N.A.
          rfeinstein@pszjlaw.com
          Robert J. Feinstein   on behalf of Defendant   Computershare Trust Company of Canada
          rfeinstein@pszjlaw.com
          Robert J. Feinstein   on behalf of Interested Party   Computershare Trust Company, N.A., and
          Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
          Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
          Robert K. Malone   on behalf of Interested Party   CITIBANK, N.A. robert.malone@dbr.com,
          andrew.groesch@dbr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Ryan M. Bartley   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
              bankfilings@ycst.com
              Ryan M. Bartley   on behalf of Defendant   Vistra Energy Corp. bankfilings@ycst.com
              Sabrina L. Streusand   on behalf of Interested Party Allen   Shrode streusand@slollp.com,
              prentice@slollp.com
              Samuel Lee Moultrie   on behalf of Creditor   RailWorks Track System, Inc. smoultrie@wlblaw.com
              Scott D. Cousins   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
              scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
              Noteholders scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
              and The Liverpool Limited Partnership scousins@bayardlaw.com,
              lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
              scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Sean A. O'Neal   on behalf of Interested Party   J. Aron & Company soneal@cgsh.com,
              maofiling@cgsh.com;afee@cgsh.com
              Sean A. O'Neal   on behalf of Interested Party   J Aron & Company soneal@cgsh.com,
              maofiling@cgsh.com;afee@cgsh.com
              Sean M. Brennecke   on behalf of Creditor   UMB Bank, N.A. sbrennecke@klehr.com,  state@klehr.com
              Shanti M. Katona   on behalf of Creditor Committee   The Official Committee of Unsecured
              Creditors skatona@polsinelli.com,  LSuprum@Polsinelli.com=delawaredocketing@polsinelli.com
              Shawn M. Christianson   on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com,
              cmcintire@buchalter.com
              Simon E. Fraser   on behalf of Interested Party   J Aron & Company sfraser@cozen.com
              Simon E. Fraser   on behalf of Creditor   Goldman Sachs Lending Partners LLC sfraser@cozen.com
              Simon E. Fraser   on behalf of Interested Party   J. Aron & Company sfraser@cozen.com
              Simon E. Fraser   on behalf of Defendant   Morgan Stanley Capital Group, Inc. sfraser@cozen.com
              Stacey Kremling   on behalf of Creditor   2603 Augusta Investors, LP stacey@womaclaw.com
              Stacy L. Newman   on behalf of Interested Party   Union Pacific Railroad Company
              snewman@ashby-geddes.com
              Stacy L. Newman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
              capacity as successor Indenture Trustee snewman@ashby-geddes.com
              Stanley B. Tarr   on behalf of Interested Party   Wilmington Trust, N.A. tarr@blankrome.com,
              moody@ecf.inforuptcy.com
              Stephanie Wickouski   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
              Objectors stephanie.wickouski@bryancave.com,  dortiz@bryancave.com
              Stephanie Wickouski   on behalf of Interested Party   Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bryancave.com,
              dortiz@bryancave.com
              Stephanie Wickouski   on behalf of Defendant   Computershare Trust Company of Canada
              stephanie.wickouski@bryancave.com,  dortiz@bryancave.com
              Stephanie Wickouski   on behalf of Defendant   Computershare Trust Company, N.A.
              stephanie.wickouski@bryancave.com,  dortiz@bryancave.com
              Stephen Karotkin   on behalf of Plaintiff   Third Avenue Management LLC
              stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen Karotkin   on behalf of Plaintiff   GSO Capital Partners LP stephen.karotkin@weil.com,
              frank.grese@weil.com
              Stephen Karotkin   on behalf of Plaintiff   Avenue Capital Management II, LP
              stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen Karotkin   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
              stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen Karotkin   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
              stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen C. Stapleton   on behalf of Creditor   Atmos Energy Corporation
              sstapleton@cowlesthompson.com
              Stephen D Lerner   on behalf of Interested Party   ArcelorMittal USA LLC
              stephen.lerner@squirepb.com,  sarah.conley@squirepb.com
              Stephen M. Miller   on behalf of Creditor   Law Debenture Trust Company of New York, in its
              capacity as Indenture Trustee smiller@morrisjames.com,
              wweller@morrisjames.com;jdawson@morrisjames.com
              Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
              Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
              stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
              Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
              stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
              Susan E. Kaufman   on behalf of Creditor   Tarrant Regional Water District
              skaufman@skaufmanlaw.com
              Theodore J. Tacconelli   on behalf of Interested Party   Titus County Appraisal District
              ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli   on behalf of Interested Party   Rusk County Appraisal District
              ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli   on behalf of Creditor   Freestone County, Texas
              ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli   on behalf of Interested Party   Freestone County Appraisal District
              ttacconelli@ferryjoseph.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Theodore J. Tacconelli    on behalf of Interested Party    Robertson County Appraisal District
               ttacconelli@ferryjoseph.com
              Thomas F. Driscoll, III    on behalf of Debtor    Energy Future Holdings Corp. tdriscoll@tbf.legal,
               mdunwody@tbf.legal
              Thomas J. Moloney    on behalf of Interested Party    J Aron & Company tmoloney@cgsh.com
              Thomas J. Moloney    on behalf of Interested Party    J. Aron & Company tmoloney@cgsh.com
              Thomas M. Horan    on behalf of Debtor    Energy Future Holdings Corp. thoran@shawfishman.com
              Thomas M. Horan    on behalf of Attorney    Shaw Fishman Glantz & Towbin LLC thoran@shawfishman.com
              Thomas M. Horan    on behalf of Plaintiff    Energy Future Holdings Corp. thoran@shawfishman.com
              Thomas M. Horan    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
               thoran@shawfishman.com
              Thomas Ross Hooper    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral
               Agent hooper@sewkis.com
              Thomas Ross Hooper    on behalf of Interested Party    Wilmington Trust, N.A. hooper@sewkis.com
              Thomas Ross Hooper    on behalf of Defendant    Wilmington Trust, N.A. as First Lien Collateral
               Agent and First Lien Administrative Agent hooper@sewkis.com
              Tina Niehold Moss    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
               under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
               nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
              Tina Niehold Moss    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
               Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,
               nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
              Tina Niehold Moss    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
               tmoss@perkinscoie.com,
               nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
              Tobey M. Daluz    on behalf of Defendant    Pyramis Global Advisors Trust Company
               daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Management & Research Company
               daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Advisor Series I: Fidelity Advisor High Income
               Advantage Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Advisor Series II: Fidelity Advisor Strategic
               Income Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Japan Trustee Services Bank Ltd. as trustee of Fidelity
               High Yield Bond Open Mother Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Puritan Trust: Fidelity Puritan Fund
               daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Global Bond Series  US Dollar Monthly Income
               US High Yield Pool daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Management & Research Company as Investment
               Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
               daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Master Trust Bank of Japan daluzt@ballardspahr.com,
               chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Variable Insurance Products Fund V: Strategic Income
               Portfolio daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Investments Canada ULC daluzt@ballardspahr.com,
               chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    FIL Investments International (FII)
               daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Global High
               Income Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity School Street Trust: Fidelity Strategic Income
               daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Japan Trustee Services Bank, Ltd. as trustee of
               Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Investments daluzt@ballardspahr.com,
               chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Capital & Income
               Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Todd Charles Schiltz, Esq    on behalf of Interested Party    CSC Trust Company of Delaware, as
               successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
               cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
              Todd Jeffrey Rosen    on behalf of Interested Party    TCEH Debtors todd.rosen@mto.com
              Traci L. Cotton    on behalf of Creditor    UT System obo UT at Arlington tcotton@utsystem.edu
              Travis J. Ferguson    on behalf of Creditor    NextEra Energy Resources, LLC ferguson@lrclaw.com,
               dellose@lrclaw.com;raucci@lrclaw.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Trading California Company
               semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EEC Holdings, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Lone Star Pipeline Company, Inc. semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    LSGT Gas Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EECI, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    NCA Development Company LLC semmelman@rlf.com,
               rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Tyler D. Semmelman    on behalf of Debtor    Luminant Renewables Company LLC semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Luminant Mining Company LLC semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Eagle Mountain Power Company LLC semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    TXU Energy Receivables Company LLC semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    TXU Retail Services Company semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    TXU Electric Company, Inc. semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Martin Lake 4 Power Company LLC semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
                  semmelman@rlf.com,  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Lone Star Energy Company, Inc. semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                  semmelman@rlf.com,  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
                  semmelman@rlf.com,  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Energy Future Holdings Corp. semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Big Brown 3 Power Company LLC semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Generation Development Company LLC semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Oak Grove Mining Company LLC semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Brighten Energy LLC semmelman@rlf.com,   rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Texas Electric Service Company, Inc. semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Luminant Generation Company LLC semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Generation SVC Company semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Luminant Mineral Development Company LLC
                  semmelman@rlf.com,  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Texas Utilities Company, Inc. semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    TXU SEM Company semmelman@rlf.com,   rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Southwestern Electric Service Company, Inc.
                  semmelman@rlf.com,  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    EFH FS Holdings Company semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Defendant   EFIH Finance Inc. semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    4Change Energy Holdings LLC semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Valley Power Company LLC semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Sandow Power Company LLC semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    EFH Renewables Company LLC semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    EFH CG Management Company LLC semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Luminant ET Services Company semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Attorney   Kirkland & Ellis LLP semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Morgan Creek 7 Power Company LLC semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Generation MT Company LLC semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    TCEH Finance, Inc. semmelman@rlf.com,  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    NCA Resources Development Company LLC
                  semmelman@rlf.com,  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Big Brown Lignite Company LLC semmelman@rlf.com,
                  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    Texas Energy Industries Company, Inc.
                  semmelman@rlf.com,  rbgroup@rlf.com
                Tyler D. Semmelman    on behalf of Debtor    TXU Energy Retail Company LLC semmelman@rlf.com,
                  rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Tyler D. Semmelman    on behalf of Debtor   Dallas Power & Light Company, Inc. semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   DeCordova Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Monticello 4 Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Luminant Big Brown Mining Company LLC
               semmelman@rlf.com,    rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Lake Creek 3 Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Tradinghouse Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Luminant Energy Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Luminant Holding Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   EFIH Finance Inc. semmelman@rlf.com,   rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Collin Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Texas Power & Light Company, Inc. semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Oak Grove Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   TXU Energy Solutions Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Brighten Holdings LLC semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Big Brown Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   TXU Receivables Company semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Valley NG Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   LSGT SACROC, Inc. semmelman@rlf.com,   rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   EFH CG Holdings Company LP semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   Oak Grove Management Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   EFH Australia (No. 2) Holdings Company
               semmelman@rlf.com,    rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   DeCordova II Power Company LLC semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor   4Change Energy Company semmelman@rlf.com,
               rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Defendant   Energy Future Intermediate Holding Company LLC
               semmelman@rlf.com,    rbgroup@rlf.com
          U.S. Trustee     USTPRegion03.WL.ECF@USDOJ.GOV
          Victoria D. Garry    on behalf of Interested Party    Ohio Department of Taxation
               vgarry@ag.state.oh.us
          Vincent E. Lazar    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
               vlazar@jenner.com
          Ward W. Benson    on behalf of Creditor    UNITED STATES OF AMERICA wardlow.w.benson@usdoj.gov,
               Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
          Ward W. Benson    on behalf of Creditor    United States of America on Behalf of the Internal
               Revenue Service wardlow.w.benson@usdoj.gov,
               Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
          Warren A. Usatine    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
               indenture trustee and collateral trustee wusatine@coleschotz.com,   kkarstetter@coleschotz.com
          Wendy B. Reilly    on behalf of Creditor    Evercore Group LLC wbreilly@debevoise.com,
               mao-bk-ecf@debevoise.com
          William A. Haseltine    on behalf of Creditor    Mastercraft Printed Products & Services, Inc.
               Bankruptcy001@sha-llc.com
          William A. Romanowicz    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFIH Finance Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Big Brown 3 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
               rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Brighten Energy LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Texas Utilities Electric Company, Inc.
               rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH CG Management Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
               rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH CG Holdings Company LP rbgroup@rlf.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              William A. Romanowicz   on behalf of Debtor    EFH Corporate Services Company rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    EFH Australia (No. 2) Holdings Company
                rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    Southwestern Electric Service Company, Inc.
                rbgroup@rlf.com
              William A. Romanowicz   on behalf of Defendant  Energy Future Intermediate Holding Company LLC
                rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    LSGT Gas Company LLC rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    EFH FS Holdings Company rbgroup@rlf.com
              William A. Romanowicz   on behalf of Defendant  EFIH Finance Inc. rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    Brighten Holdings LLC rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    Eagle Mountain Power Company LLC rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    Generation Development Company LLC rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    EEC Holdings, Inc. rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    DeCordova Power Company LLC rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    LSGT SACROC, Inc. rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    Lone Star Energy Company, Inc. rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    Generation MT Company LLC rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    Luminant Renewables Company LLC rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    Lone Star Pipeline Company, Inc. rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    4Change Energy Holdings LLC rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    Big Brown Power Company LLC rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    Generation SVC Company rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    EFH Renewables Company LLC rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    EECI, Inc. rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    Big Brown Lignite Company LLC rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    4Change Energy Company rbgroup@rlf.com
              William A. Romanowicz   on behalf of Debtor    Lake Creek 3 Power Company LLC rbgroup@rlf.com
              William D. Sullivan   on behalf of Creditor   Capgemini America, Inc. wdsecfnotices@sha-llc.com
              William E Kelleher, Jr   on behalf of Creditor   Westinghouse Electric Company LLC
                wkelleher@cohenlaw.com,  mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
              William E. Chipman, Jr.   on behalf of Interested Party   Berkshire Hathaway Energy Company
                chipman@chipmanbrown.com,  dero@chipmanbrown.com
              William E. Chipman, Jr.   on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
                Noteholders chipman@chipmanbrown.com,  dero@chipmanbrown.com
              William E. Chipman, Jr.   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
                chipman@chipmanbrown.com,  dero@chipmanbrown.com
              William F. Taylor, Jr.   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
                bankruptcydel@mccarter.com,  bankruptcydel@mccarter.com
              William Mark Alleman, Jr   on behalf of Interested Party   Fee Committee WAlleman@beneschlaw.com,
                lmolinaro@beneschlaw.com;docket@beneschlaw.com
              William P. Weintraub   on behalf of Creditor   Aurelius Capital Management, LP
                wweintraub@goodwinprocter.com,  zhassoun@fklaw.com
              William Pierce Bowden   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in
                its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
              Zachary I Shapiro   on behalf of Debtor   Energy Future Holdings Corp. shapiro@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                                                                                        TOTAL: 1001