# EXHIBIT A

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |

## ORDER ENFORCING THE OCTOBER 3, 2017 ORDER

Upon the motion (the "Motion")[2] of the Reorganized TCEH Debtors for entry of an order (this "Order") (a) finding plaintiff Vance Dotson in civil contempt of the Enforcement Order and (b) directing Plaintiff to pay the Reorganized TCEH Debtors an award for Plaintiff's civil contempt and/or for a portion of the Reorganized TCEH Debtors' costs and attorneys' fees incurred in connection with this matter—both amounts to be determined by the Court in its discretion and, if requested, after an *in camera* review of the relevant professionals' invoices—all as more fully described in the Motion; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334, Article XI of the TCEH Plan; paragraph 89 of the TCEH Confirmation Order; and *Travelers Indem. Co. v. Bailey*, 557 U.S. 137, 151 (2009); and the Court having found that consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] All capitalized terms used but not defined herein shall have the same meanings as in the Motion.

Court having found that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Motion was adequate and appropriate under the circumstances; and the Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and upon consideration of the record of the Hearing and all proceedings had before the Court; and the Court having found that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. The Motion is GRANTED as set forth herein.

2. Plaintiff Vance Dotson is hereby found in civil contempt of the Enforcement Order.

3. Within fifteen (15) business days of the entry of this Order, Plaintiff Vance Dotson shall pay the Reorganized TCEH Debtors $_____ by certified check or wire transfer as a sanction for Plaintiff's civil contempt and/or for the Reorganized TCEH Debtors' costs and attorneys' fees incurred in connection with this matter.

4. The Reorganized TCEH Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order, including by donating any amount collected from Plaintiff to TXU Energy Aid.

5. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

7.  The Court retains jurisdiction with respect to all matters arising from or related to the implementation or enforcement of this Order.

Dated: _____, 2017
 Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge