IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Re: D.I. 12240** |

## DECLARATION OF BRYAN M. STEPHANY IN SUPPORT OF THE MOTION OF THE REORGANIZED TCEH DEBTORS FOR ENTRY OF AN ORDER ENFORCING THE OCTOBER 3, 2017 ORDER

I, BRYAN M. STEPHANY, declare as follows:

1. I am an attorney admitted to practice in the State of New York, the District of Columbia, and the United States District Court for the District of Columbia. I am admitted *pro hac vice* to the United States Bankruptcy Court for the District of Delaware.

2. I submit this declaration in support of the *Motion of the Reorganized TCEH Debtors for Entry of an Order Enforcing the October 3, 2017 Order* [D.I. 12240] (the "Motion"), filed contemporaneously herewith.

3. I am the Kirkland & Ellis LLP ("Kirkland") partner with responsibility for the Motion, the *Motion of the Reorganized TCEH Debtors for Entry of an Order Enforcing the TCEH Confirmation Order and Imposing Costs and Fees for the Willful Disregard of the Same*, filed September 22, 2017 [D.I. 11932] (the "Motion to Enforce"), and related proceedings. I also coordinate with local counsel in *Vance Dotson v. Energy Future Holdings Corp. d/b/a TXU*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Energy, et al.*, Case No. CIV-17-575-D (W.D. Okla.) (the "Action"). I have reviewed Kirkland's invoices in connection with the Action, Motion to Enforce, and the Motion. In connection with the request for fees in the Motion, the Reorganized TCEH Debtors will make the relevant invoices of Kirkland and/or the Reorganized TCEH Debtors' Delaware co-counsel—Richards, Layton & Finger, P.A.—available for *in camera* review if the Court so requests.

4. Attached hereto as **Exhibit 1** is a true and correct copy of the October 9, 2017 letter from McClain Thompson to Brian L. Ponder.

5. Attached hereto as **Exhibit 2** is a true and correct copy of the November 3, 2017 letter from McClain Thompson to Brian L. Ponder.

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 16th day of November, 2017.

> */s/ Bryan M. Stephany*
> Bryan M. Stephany (*pro hac vice*)