# **EXHIBIT 1**

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

McClain Thompson
To Call Writer Directly:
(212) 909-3279
mcclain.thompson@kirkland.com

(212) 446-4800

www.kirkland.com

Facsimile:
(212) 446-4900

October 9, 2017

**Via E-Mail**

Brian L. Ponder
Brian Ponder LLP
200 Park Ave., Ste. 1700
New York, NY 10166
brian@brianponder.com

Re: In re Energy Future Holdings Corp., *et al.*, Case No. 14-10979 (Bankr. D. Del.); Vance Dotson v. Energy Future Holdings Corp., *et al.*, Case No. CIV-17-575-D (W.D. Okla.)

Counsel:

We write to follow-up on our October 5 telephone conference about the *Order Enforcing the TCEH Confirmation Order* (dated October 3, 2017, the "Enforcement Order") of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). *See* **Exhibit A**. We understand that you reviewed the courtesy copy we provided and shared a copy with your client. *See* **Exhibit B**.

As you know, the Enforcement Order requires you and your client "to promptly dismiss with prejudice all of claims and/or causes of action" against the non-Experian defendants in the above-captioned action in the United States District Court for the Western District of Oklahoma (the "Action"). *See* Enforcement Order at 2. Despite the Enforcement Order—and our good-faith efforts to bring it immediately to your attention—you and your client have not acted promptly.[1]

---

[1] Notably, on four separate occasions—contrary to your posture here—you and your client have made responsive filings **within a day**. *See Plaintiff's Response to Notice Filed by Defendant Energy Future Holdings Corp.* (W.D. Okla. Case No. CIV-17-575-D, D.I. 12, June 22, 2017) (filed within one day); *Plaintiff's Response Brief in Opposition to Amended Motion for Leave to File Objection to Entry of Default* (W.D. Okla. Case No. CIV-17-575-D, D.I. 25, Sept. 21, 2017) (filed same day); *Plaintiff's Response Brief in Opposition to the TXU Energy Defendants' Motion for Leave to File Answer or Other Responsive Pleadings and Brief in Support* (W.D. Okla. Case No. CIV-17-575-D, D.I. 28, Sept. 29, 2017) (filed within one day); *Plaintiffs' Motion to Strike "Notice to Court of Defendants Filing Miscellaneous Motions Before the United States Bankruptcy Court for the District of Delaware" and Brief in Support Thereto* (W.D. Okla. Case No. CIV-17-575-D, D.I. 29, Sept. 29, 2017) (filed within one day).

## KIRKLAND & ELLIS LLP

Brian L. Ponder
October 9, 2017
Page 2

If, by no later than Wednesday, October 18, 2017, you and your client have not taken appropriate action, we will have little choice but to move to enforce the Enforcement Order and seek appropriate relief.

A bankruptcy court has the authority to enforce its own orders. *See Travelers Indem. Co. v. Bailey*, 557 U.S. 137, 151 (2009); *see also In re Continental Airlines, Inc.*, 236 B.R. 318, 325 (Bankr. D. Del. 1999) ("It is axiomatic that a court possesses the inherent authority to enforce its own orders."). This includes the power to issue civil contempt orders. *See, e.g., In re Kennedy*, 80 B.R. 673 (Bankr. D. Del. 1987) (awarding attorneys' fees incurred in bringing motion for contempt); *Continental*, 236 B.R. at 331 (imposing sanctions for violation of bankruptcy court's confirmation order); *In re Ritchey*, 512 B.R. 847, 859 (Bankr. S.D. Tex. 2014) (awarding monetary sanctions despite attorney's assertions that "he is not a bankruptcy attorney and was unaware of the effect of the discharge"). *See also* Oct. 3, 2017 Hr'g Tr. at 40:14-16 (Sontchi, J.) ("So he's had two shots, and he doesn't get any more—any further violation [of] the injunction will result in the awarded fees.").

As we said on our phone call, we remain hopeful that we will not need to take further action in the Bankruptcy Court.

Sincerely,

*/s/ McClain Thompson*

McClain Thompson

cc:   Bryan Stephany, Rob Nelson, Jason Madron

## **EXHIBIT A**

**Enforcement Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: D.I.  11932, 11933, 11934, 11937, 11996, 11997 |

### ORDER ENFORCING THE TCEH CONFIRMATION ORDER AND IMPOSING COSTS AND FEES FOR THE WILLFUL DISREGARD OF THE SAME

Upon the motion (the "Motion")[2] of the Reorganized TCEH Debtors for entry of an order (this "Order") (a) enforcing the TCEH Plan injunction and the TCEH Confirmation Order discharge against Plaintiff in connection with the Action and (b) permitting the Reorganized TCEH Debtors to recover actual costs and fees from Plaintiff for his willful disregard of the same, all as more fully described in the Motion; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. § 1334, Article XI of the TCEH Plan; paragraph 89 of the TCEH Confirmation Order; and *Travelers Indem. Co. v. Bailey*, 557 U.S. 137, 151 (2009); and the Court having found that consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] All capitalized terms not defined herein shall have the same meaning as in the Motion.

RLF1 18221666v.1

Court having found that notice of the Motion was adequate and appropriate under the particular circumstances; and the Court having held a hearing to consider the relief requested in the Motion (the "Hearing"); and upon consideration of the record of the Hearing and all proceedings had before the Court; and upon the Court's findings of fact made on the record at the Hearing; and upon all of the evidence admitted into the record at the Hearing; and the Court having found that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any objections to the requested relief have been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing therefor, it is hereby **ORDERED**:

1. The Motion is GRANTED, to the extent set forth herein.

2. Plaintiff shall promptly dismiss with prejudice all of claims and/or causes of action in the Action against the Reorganized TCEH Debtors and the non-Experian defendants, including, for the avoidance of doubt, Energy Future Holdings Corp., TXU Energy Retail Company LLC, TXU Energy Solutions Company LLC, TXU Energy Industries Company, TXU Energy Services Company LLC, TXU Energy Solutions Management Company LLC, TXU Energy Trading (Canada) Company, TXU Portfolio Management Company LP, TXU Portfolio Optimization Company LLC, TXU Energy Gas Asset Management Company, TXU Energy Holdings Company, TXU Energy Retail Company LP, TXU Energy Retail Management Company LLC, TXU Energy Services Company, and TXU Energy Solutions Company LP.

3. Plaintiff is forever and permanently enjoined from commencing or continuing any action or otherwise acting to assert any of the claims and/or causes of action asserted or that could have been asserted against the Reorganized TCEH Debtors in the Action.

2

RLF1 18221666v.1

4. Plaintiff is forever and permanently enjoined from contesting or challenging the enforceability of this Order in any court other than this Court or by a timely and perfected appeal of this Order to a court of competent jurisdiction.

5. The Reorganized TCEH Debtors' request for the recovery of fees and costs in connection with the Motion and the Action is DENIED WITHOUT PREJUDICE to the rights of the Reorganized TCEH Debtors to renew such request for all fees and costs based upon any further violation by Plaintiff of any of the injunctions set forth in the TCEH Plan, TCEH Confirmation Order, and/or this Order.

6. The Reorganized TCEH Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014, or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

9. The Court retains jurisdiction with respect to all matters arising from or related to the implementation or enforcement of this Order.

Dated: October 3, 2017
Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

RLF1 18221666v.1

## **EXHIBIT B**

**Correspondence from J. Madron and B. Stephany to B. Ponder and T. Hill**

| | |
|---|---|
| **From:** | Stephany, Bryan M. |
| **To:** | *madron@rlf.com |
| **Cc:** | Brian L. Ponder, Esq.; thlegalconsulting@gmail.com; Rob Nelson; Thompson, McClain; Yenamandra, Aparna; Chaikin, Rebecca Blake |
| **Subject:** | RE: In re Energy Future Holdings Corp., et al., Case No. 14-10979 (Bankr. D. Del.) (CSS) |
| **Date:** | Wednesday, October 4, 2017 12:54:26 PM |

Brian,

Following up on my email from yesterday (below). Can you please advised as to your availability for a brief call this afternoon to discuss the Order that issued yesterday as a result of the Reorganized TCEH Debtors' Motion to Enforce? As you are undoubtedly aware, it has a direct impact on the W.D. Okla. action in which you represent Mr. Dotson.

Best,

**Bryan M. Stephany**

-------------------------------------------------------------

**KIRKLAND & ELLIS LLP**
655 Fifteenth Street, N.W., Washington, D.C. 20005
**T** +1 202 879 5998  **M** +1 607 227 1561

-------------------------------------------------------------

bryan.stephany@kirkland.com

---

**From:** Stephany, Bryan M.
**Sent:** Tuesday, October 3, 2017 3:30 PM
**To:** *madron@rlf.com <madron@rlf.com>
**Cc:** Brian L. Ponder, Esq. <brian@brianponder.com>; thlegalconsulting@gmail.com; Rob Nelson <lyle@lylenelsonlaw.com>; Thompson, McClain <mcclain.thompson@kirkland.com>; Yenamandra, Aparna <aparna.yenamandra@kirkland.com>; Chaikin, Rebecca Blake <rebecca.chaikin@kirkland.com>
**Subject:** Re: In re Energy Future Holdings Corp., et al., Case No. 14-10979 (Bankr. D. Del.) (CSS)

Brian - please advise as to your availability for a call tomorrow to discuss. We want to ensure there's no confusion regarding the impact of this order and the potential consequences of any further violation. I can be available anytime before 11 AM or after 2 PM (Eastern).


Bryan M. Stephany
-----------------------------------------------------------
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Washington, D.C. 20005
T +1 202 879 5998  M +1 607 227 1561
-----------------------------------------------------------
bryan.stephany@kirkland.com

On Oct 3, 2017, at 3:16 PM, Madron, Jason M. <Madron@RLF.com> wrote:

Dear Counsel,

Following the conclusion of this morning's 10:00 a.m. (EDT) hearing, the United States Bankruptcy Court for the District of Delaware entered the attached order in connection with the Reorganized TCEH Debtors' enforcement motion, among other things, directing Plaintiff to promptly dismiss the pending action in the Western District of Oklahoma as to the Reorganized TCEH Debtors and non-Experian Defendants.

Please let us know if you have any questions.

Best Regards,
Jason

---

The information contained in this electronic communication is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.

---

**From:** Madron, Jason M.
**Sent:** Monday, October 02, 2017 3:14 PM
**To:** 'Brian L. Ponder, Esq.'; 'thlegalconsulting@gmail.com'
**Cc:** 'Stephany, Bryan M.'; 'Rob Nelson'; 'Thompson, McClain (mcclain.thompson@kirkland.com)'; Yenamandra, Aparna (aparna.yenamandra@kirkland.com); Chaikin, Rebecca Blake (rebecca.chaikin@kirkland.com)
**Subject:** RE: In re Energy Future Holdings Corp., et al., Case No. 14-10979 (Bankr. D. Del.) (CSS)

Dear Counsel,

Attached for your records, please find a courtesy copy of the amended agenda relative to **tomorrow's 10:00 a.m. (EDT)** hearing before the Bankruptcy Court on the enforcement motion.

As always, please let us know if you have any questions.

Best Regards,
Jason

---

**From:** Madron, Jason M.
**Sent:** Monday, October 02, 2017 1:54 PM
**To:** 'Brian L. Ponder, Esq.'; thlegalconsulting@gmail.com
**Cc:** Stephany, Bryan M.; Rob Nelson; Thompson, McClain (mcclain.thompson@kirkland.com); Yenamandra, Aparna

(aparna.yenamandra@kirkland.com); Chaikin, Rebecca Blake (rebecca.chaikin@kirkland.com)
**Subject:** RE: In re Energy Future Holdings Corp., et al., Case No. 14-10979 (Bankr. D. Del.) (CSS)
**Importance:** High

Dear Counsel,

We observe that Mr. Dotson has noted a Bankruptcy Court hearing date of *October 4, 2017 at 10:00 a.m.* in the caption of both of his responsive papers. Just as a point of clarification, and for the avoidance of any doubt, as set forth in (i) all of our prior e-mail correspondence to you, (ii) the Bankruptcy Court's own order shortening time (a copy of which was served on you and Mr. Dotson), and (iii) all of the various papers filed by the Reorganized TCEH Debtors in the Bankruptcy Court and served on you and Mr. Dotson relating to this matter, the hearing date is **tomorrow, Tuesday, October 3, 2017 starting at 10:00 a.m. (Eastern Daylight Time)**.

Please let us know who intends to participate at **tomorrow morning's** hearing on behalf of Mr. Dotson and in what manner (*i.e.*, live Court appearance or telephonic Court appearance) at your earliest convenience today. Thanks very much.

Best Regards,
Jason

Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
302.651.7595 (Direct Dial)
302.498.7595 (Direct Fax)
E-mail: madron@rlf.com

**From:** Brian L. Ponder, Esq. [mailto:brian@brianponder.com]
**Sent:** Sunday, October 01, 2017 7:28 PM
**To:** Madron, Jason M.
**Cc:** thlegalconsulting@gmail.com; Stephany, Bryan M.; Rob Nelson; Thompson, McClain (mcclain.thompson@kirkland.com); Collins, Mark D.; dfranceschi@rlf.com; edward.assower@kirkland.com; stephen.hessler@kirkland.com; brian.schartz@kirkland.com; aparne.yenamandra@kirkland.com; james.sprayregen@kirkland.com; marc.kieselstein@kirkland.com; chad.husnick@kirkland.com; steven.serajeddini@kirkland.com
**Subject:** Re: In re Energy Future Holdings Corp., et al., Case No. 14-10979 (Bankr. D. Del.) (CSS)

Counsel:

See also attached, which is sent at the request of Vance Dotson.

Regards,

Brian L. Ponder

BRIAN PONDER LLP
TRIAL LAWYERS
200 Park Avenue, Suite 1700
New York, New York 10166
Tel.: 646-450-9461
Fax: 646-607-9238

Attorney Biography

Schedule a Consultation

No attorney-client relationship exists without a written and signed retainer agreement.
If you are not the intended recipient, please notify sender and delete email and attachments.
**We are a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.**

On Sun, Oct 1, 2017 at 12:01 PM, Brian L. Ponder, Esq. <brian@brianponder.com> wrote:
Counsel:

Please see the attached document sent at the direction of Vance Dotson.

Kind regards,

Brian L. Ponder

BRIAN PONDER LLP
TRIAL LAWYERS
200 Park Avenue, Suite 1700
New York, New York 10166
Tel.: 646-450-9461
Fax: 646-607-9238

Attorney Biography

Schedule a Consultation

No attorney-client relationship exists without a written and signed retainer agreement.
If you are not the intended recipient, please notify sender and delete email and attachments.
**We are a debt relief agency. We help people file for bankruptcy relief under the Bankruptcy Code.**

On Fri, Sep 29, 2017 at 1:38 PM, Madron, Jason M. <Madron@rlf.com> wrote:
Dear Counsel,

Attached please find a courtesy copy of the agenda with respect to the hearing on the Reorganized TCEH Debtors' enforcement motion scheduled to take place in the United States Bankruptcy Court for the District of Delaware on **Tuesday, October 3, 2017 starting at 10:00 a.m. (EDT).**  Please note that the instructions on how to appear by telephone at the hearing are set forth in footnote 2 to the attached agenda.  Please also note that the deadline for parties to sign-up to appear by telephone is **Monday, October 2, 2017 at 12:00 p.m. (noon) (EDT).**

Please let us know if you have any questions.

Best Regards,
Jason

Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
302.651.7595 (Direct Dial)
302.498.7595 (Direct Fax)
E-mail: madron@rlf.com

---

The information contained in this electronic communication is intended only for the use of the individual or entity named above and may be privileged and/or confidential. If the reader of this message is not the intended recipient, you are hereby notified that any unauthorized dissemination, distribution or copying of this communication is strictly prohibited by law. If you have received this communication in error, please immediately notify us by return e-mail or telephone (302-651-7700) and destroy the original message. Thank you.

---

**From:** Madron, Jason M.
**Sent:** Thursday, September 28, 2017 4:25 PM
**To:** 'brian@brianponder.com'; 'thlegalconsulting@gmail.com'
**Cc:** 'Stephany, Bryan M.'; 'Rob Nelson'; Thompson, McClain (mcclain.thompson@kirkland.com)
**Subject:** RE: In re Energy Future Holdings Corp., et al., Case No. 14-10979 (Bankr. D. Del.) (CSS)

Dear Counsel,

Please find a courtesy copy of the supporting Hartley declaration in connection with the Reorganized TCEH Debtors' enforcement motion, a copy of which was filed with the United States Bankruptcy Court for the District of Delaware this afternoon.

Please let me know if you have any questions.

Best Regards,
Jason

---

**From:** Madron, Jason M.
**Sent:** Monday, September 25, 2017 12:23 PM
**To:** 'brian@brianponder.com'; 'thlegalconsulting@gmail.com'
**Cc:** 'Stephany, Bryan M.'; 'Rob Nelson'; Thompson, McClain (mcclain.thompson@kirkland.com)
**Subject:** RE: In re Energy Future Holdings Corp., et al., Case No. 14-10979

(Bankr. D. Del.) (CSS)

Dear Counsel,

Please find a courtesy copy of the notice just filed relative to the Bankruptcy Court's entry of its order shortening the notice and objection periods in connection with the Reorganized TCEH Debtors' enforcement motion.

Please let me know if you have any questions.

Best Regards,
Jason

---

**From:** Madron, Jason M.
**Sent:** Monday, September 25, 2017 10:17 AM
**To:** 'brian@brianponder.com'; 'thlegalconsulting@gmail.com'
**Cc:** 'Stephany, Bryan M.'; 'Rob Nelson'; Thompson, McClain (mcclain.thompson@kirkland.com)
**Subject:** RE: In re Energy Future Holdings Corp., et al., Case No. 14-10979 (Bankr. D. Del.) (CSS)

Dear Counsel,

Further to my below note of Friday evening, attached please find a copy of the order entered this morning by the Bankruptcy Court scheduling the hearing on the motion to enforce for **October 3, 2017 starting at 10:00 a.m. (EDT)** and setting an objection deadline with respect to the motion of **October 2, 2017 at 12:00 p.m. (noon) (EDT)**.

Please let me know if you have any questions.

Best Regards,
Jason

Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
302.651.7595 (Direct Dial)
302.498.7595 (Direct Fax)
E-mail: madron@rlf.com

---

**From:** Madron, Jason M.
**Sent:** Friday, September 22, 2017 7:07 PM
**To:** brian@brianponder.com; thlegalconsulting@gmail.com
**Cc:** Stephany, Bryan M.; Rob Nelson; Thompson, McClain (mcclain.thompson@kirkland.com)
**Subject:** RE: In re Energy Future Holdings Corp., et al., Case No. 14-10979 (Bankr. D. Del.) (CSS)

Dear Counsel,

We have been informed by Judge Sontchi's Chambers that the Court will hold a hearing on the motion to enforce on **October 3, 2017 starting at 10:00 a.m. (EDT)** with objections due on **October 2, 2017 at 12:00 p.m. (noon) (EDT)**.  We are further informed that a formal order shortening notice will issue on Monday morning setting forth these dates.

Please let us know if you have any questions.

Best Regards,
Jason

Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square, P.O. Box 551
Wilmington, DE 19899
302.651.7595 (Direct Dial)
302.498.7595 (Direct Fax)
E-mail: madron@rlf.com

---

**From:** Thompson, McClain [mailto:mcclain.thompson@kirkland.com]
**Sent:** Friday, September 22, 2017 4:39 PM
**To:** brian@brianponder.com; thlegalconsulting@gmail.com
**Cc:** Madron, Jason M.; Stephany, Bryan M.; Rob Nelson
**Subject:** In re Energy Future Holdings Corp., et al., Case No. 14-10979 (Bankr. D. Del.) (CSS)

Counsel -

Please see the attached papers filed today in the above-referenced chapter 11 cases.

**McClain Thompson**
------------------------------------------------
**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
T +1 212 909 3279   M +1 917 545 6401
F +1 212 446 4900
------------------------------------------------
mcclain.thompson@kirkland.com

The information contained in this communication is confidential, may be attorney-client privileged, may constitute inside information, and is intended only for the use of the addressee. It is the property of Kirkland & Ellis LLP or Kirkland & Ellis International LLP. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by return email or by email to postmaster@kirkland.com, and destroy this communication and all copies thereof, including all attachments.

<Order Enforcing the TCEH Confirmation Order and Imposing Costs and Fees ....pdf>