# Exhibit E

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

| Attorney/Paraprofessional Name | Position | Department | Date of Admission | Fees Billed in this Application | Number of Rate Increases During Fee Period | Hours Billed in this Application | Hourly Rate Billed | Fees Billed in this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | Bankruptcy | 1989 | $83,312.50 | 0 | 107.5 | $775 | $83,312.50 |
| Russell C. Silberglied | Director | Bankruptcy | 1996 | $75.00 | 0 | 0.1 | $750 | $75.00 |
| Marcos A. Ramos | Director | Bankruptcy | 2003 | $183.00 | 0 | 0.3 | $610 | $183.00 |
| Jason M. Madron | Counsel | Bankruptcy | 2003 | $317,295.00 | 0 | 576.9 | $550 | $317,295.00 |
| Cory D. Kandestin | Counsel | Bankruptcy | 2007 | $107.00 | 0 | 0.2 | $535 | $107.00 |
| Joseph C. Barsalona, II | Associate | Bankruptcy | 2014 | $31,896.00 | 0 | 88.6 | $360 | $31,896.00 |
| Andrew M. Dean | Associate | Bankruptcy | 2015 | $8,702.50 | 0 | 29.5 | $295 | $8,702.50 |
| Christopher M. De Lillo | Associate | Bankruptcy | 2017 | $6,018.00 | 0 | 20.4 | $295 | $6,018.00 |
| David T. Queroli | Associate | Bankruptcy | 2016 | $2,183.00 | 0 | 7.4 | $295 | $2,183.00 |
| Barbara J. Witters | Paralegal | Bankruptcy | 16 | $69,696.00 | 0 | 290.4 | $240 | $69,696.00 |
| Ann Jerominski | Paralegal | Bankruptcy | 16 | $4,008.00 | 0 | 16.7 | $240 | $4,008.00 |
| Rebecca V. Speaker | Paralegal | Bankruptcy | 15 | $2,976.00 | 0 | 12.4 | $240 | $2,976.00 |
| Caroline E. Dougherty | Paralegal | Bankruptcy | 2 | $4,224.00 | 0 | 17.6 | $240 | $4,224.00 |
| Cynthia M. McMenamin | Paralegal | Bankruptcy | 2 | $2,064.00 | 0 | 8.6 | $240 | $2,064.00 |
| M. Lynzy McGee | Paralegal | Bankruptcy | 1 | $1,224.00 | 0 | 5.1 | $240 | $1,224.00 |
| Tesia S. Smith | CMA | Bankruptcy | 1 | $2,379.00 | 0 | 18.3 | $130 | $2,379.00 |
| Carlos B. Terreforte | Technical/Trial Support | Litigation | 1 | $1,320.00 | 0 | 5.5 | $240 | $1,320.00 |
| Daniel D. White, III | Technical/Trial Support | Litigation | 11 | $3,850.50 | 0 | 15.1 | $255 | $3,850.50 |
| Total | | | | $541,513.50 | | 1,220.6 | | $541,513.50 |

**TOTAL FEES**     **$541,513.50**

RLF1 18104904v.1