# Exhibit F

## Summary of Actual and Necessary Expenses for the Fee Period

RLF1 18104904v.1

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Binding | | | $45.00 |
| Business Meals | | | $8,943.13 |
| Conference Calling | | | $1,563.00 |
| Court Reporter | | | $559.25 |
| Document Retrieval | | $.10/pg. | $3,052.40 |
| Electronic Legal Research | | | $1,173.50 |
| Equipment Rental | | | $0.00 |
| Filing/Court Fee | | | $402.00 |
| Long distance telephone charges | | | $654.68 |
| Messenger and delivery service | | | $2,785.35 |
| Overtime | | | $3,273.51 |
| Photocopying/Printing - outside vendor | | | $4,140.49 |
| Photocopying/Printing | | $.10/pg. | $18,367.40 |
| Postage | | | $76.70 |
| Travel Expense | | | $948.82 |
| **TOTAL** | | | **$45,985.23** |

---

[1] RL&F may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.