# Exhibit G

**Summary of Fees and Expenses by Matter for the Fee Period**

RLF1 18104904v.1

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326A | [ALL] Case Administration | 93.8 | 103.2 | $34,803.00 | $38,283.00 |
| 180326B | [ALL] Creditor Inquiries | 3.0 | 3.3 | $1,428.00 | $1,571.00 |
| 180326C | [ALL] Meetings | 1.2 | 1.3 | $817.50 | $899.00 |
| 180326D | [ALL] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326E | [ALL] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [ALL] Plan of Reorganization/Disclosure Statement | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326G | [ALL] Use, Sale of Assets | 2.9 | 3.2 | $1,130.00 | $1,243.00 |
| 180326H | [ALL] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [ALL] Claims Administration | 53.7 | 59.1 | $20,235.00 | $22,259.00 |
| 180326J | [ALL] Court Hearings | 112.2 | 123.4 | $47,599.00 | $52,359.00 |
| 180326K | [ALL] General Corporate/Real Estate | 0.4 | 1.0 | $220.00 | $825.00 |
| 180326L | [ALL] Schedules/SOFA/U.S. Trustee Reports | 7.0 | 7.7 | $2,910.00 | $3,201.00 |
| 180326M | [ALL] Employee Issues | 0.6 | 1.0 | $330.00 | $825.00 |
| 180326N | [ALL] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [ALL] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [ALL] Litigation/Adversary Proceedings | 36.2 | 39.8 | $17,185.00 | $18,904.00 |
| 180326Q-1 | [ALL] RL&F Retention | 7.4 | 8.1 | $2,614.00 | $2,875.00 |
| 180326Q-2 | [ALL] Retention of Others | 14.8 | 16.3 | $6,474.00 | $7,121.00 |
| 180326R-1 | [ALL] RL&F Fee Applications | 49.0 | 53.9 | $21,278.50 | $23,406.00 |
| 180326R-2 | [ALL] Fee Applications of Others | 116.4 | 128.0 | $48,766.00 | $53,643.00 |
| 180326S | [ALL] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [ALL] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [ALL] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [ALL] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [TCEH] Case Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326B | [TCEH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [TCEH] Meetings | 1.7 | 1.9 | $935.00 | $1,029.00 |
| 180326D | [TCEH] Executory Contracts/Unexpired Leases | 2.6 | 2.9 | $1,151.00 | $1,266.00 |
| 180326E | [TCEH] Automatic | 0.0 | 0.0 | $0.00 | $0.00 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
|  | Stay/Adequate Protection |  |  |  |  |
| 180326F | [TCEH] Plan of Reorganization/Disclosure Statement | 46.9 | 51.6 | $22,842.50 | $25,127.00 |
| 180326G | [TCEH] Use, Sale of Assets | 8.5 | 9.4 | $3,788.00 | $4,167.00 |
| 180326H | [TCEH] Cash Collateral/DIP Financing | 2.2 | 2.4 | $931.00 | $1,024.00 |
| 180326I | [TCEH] Claims Administration | 36.6 | 40.3 | $16,999.50 | $18,699.00 |
| 180326J | [TCEH] Court Hearings | 2.4 | 2.6 | $667.00 | $1,500.00 |
| 180326K | [TCEH] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326L | [TCEH] Schedules/SOFA/U.S. Trustee Reports | 0.6 | 1.0 | $330.00 | $825.00 |
| 180326M | [TCEH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [TCEH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [TCEH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [TCEH] Litigation/Adversary Proceedings | 2.5 | 2.8 | $1,375.00 | $1,513.00 |
| 180326Q-1 | [TCEH] RL&F Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [TCEH] Retention of Others | 0.3 | 1.0 | $165.00 | $825.00 |
| 180326R-1 | [TCEH] RL&F Fee Applications | 0.8 | 1.0 | $530.00 | $825.00 |
| 180326R-2 | [TCEH] Fee Applications of Others | 0.5 | 1.0 | $275.00 | $825.00 |
| 180326S | [TCEH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [TCEH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [TCEH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [TCEH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFIH] Case Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326B | [EFIH] Creditor Inquiries | 0.3 | 1.0 | $108.00 | $825.00 |
| 180326C | [EFIH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [EFIH] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326E | [EFIH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [EFIH] Plan of Reorganization/Disclosure Statement | 0.0 | 0.0 | $0.00 | $0.00 |

RLF1 18104904v.1

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326G | [EFIH] Use, Sale of Assets | 4.3 | 4.7 | $2,420.50 | $2,663.00 |
| 180326H | [EFIH] Cash Collateral/DIP Financing | 15.1 | 16.6 | $6,492.50 | $7,142.00 |
| 180326I | [EFIH] Claims Administration | 0.9 | 1.0 | $697.50 | $825.00 |
| 180326J | [EFIH] Court Hearings | 18.0 | 19.8 | $11,332.50 | $12,466.00 |
| 180326K | [EFIH] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326L | [EFIH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [EFIH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFIH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFIH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFIH] Litigation/Adversary Proceedings | 49.1 | 54.0 | $25,426.00 | $27,969.00 |
| 180326Q-1 | [EFIH] RL&F Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFIH] Retention of Others | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-1 | [EFIH] RL&F Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [EFIH] Fee Applications of Others | 2.7 | 3.0 | $1,175.00 | $1,293.00 |
| 180326S | [EFIH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [EFIH] Non-Working Travel | 5.4 | 5.9 | $3,555.00 | $3,911.00 |
| 180326U | [EFIH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFIH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFH] Case Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326B | [EFH] Creditor Inquiries | 0.5 | 1.0 | $301.00 | $825.00 |
| 180326C | [EFH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [EFH] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326E | [EFH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [EFH] Plan of Reorganization/Disclosure Statement | 160.2 | 176.2 | $72,941.00 | $80,235.00 |
| 180326G | [EFH] Use, Sale of Assets | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326H | [EFH] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [EFH] Claims Administration | 1.8 | 2.0 | $847.00 | $932.00 |

RLF1 18104904v.1

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326J | [EFH] Court Hearings | 207.0 | 227.7 | $78,983.50 | $86,882.00 |
| 180326K | [EFH] General Corporate/Real Estate | 5.1 | 5.6 | $2,651.50 | $2,917.00 |
| 180326L | [EFH] Schedules/SOFA/U.S. Trustee Reports | 1.2 | 1.3 | $474.00 | $521.00 |
| 180326M | [EFH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFH] Litigation/Adversary Proceedings | 140.0 | 154.0 | $76,304.50 | $83,935.00 |
| 180326Q-1 | [EFH] RL&F Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFH] Retention of Others | 0.3 | 1.0 | $146.00 | $825.00 |
| 180326R-1 | [EFH] RL&F Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [EFH] Fee Applications of Others | 4.5 | 5.0 | $1,879.00 | $2,067.00 |
| 180326S | [EFH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [EFH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [EFH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |