## <u>Exhibit J</u>

**Budget and Staffing Plan**

**Aggregate Budget for Matter Categories**
**for the Period Beginning on September 1, 2016 and Ending on December 31, 2016[1]**

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Richards, Layton & Finger, P.A.

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| Applicable to All Debtors[3] | | | |
| A-All | Case Administration | 103.2 | $38,283.00 |
| B-All | Creditor Inquiries | 3.3 | $1,571.00 |
| C-All | Meetings | 1.3 | $899.00 |
| D-All | Executory Contracts/Unexpired Leases | 0.0 | $0.00 |
| E-All | Automatic Stay/Adequate Protection | 0.0 | $0.00 |
| F-All | Plan of Reorganization/Disclosure Statement | 0.0 | $0.00 |
| G-All | Use, Sale of Assets | 3.2 | $1,243.00 |
| H-All | Cash Collateral/DIP Financing | 0.0 | $0.00 |
| I-All | Claims Administration | 59.1 | $22,259.00 |
| J-All | Court Hearings | 123.4 | $52,359.00 |
| K-All | General Corporate/Real Estate | 1.0 | $825.00 |
| L-All | Schedules/SOFA/U.S. Trustee Reports | 7.7 | $3,201.00 |
| M-All | Employee Issues | 1.0 | $825.00 |
| N-All | Environmental | 0.0 | $0.00 |
| O-All | Tax Issues | 0.0 | $0.00 |
| P-All | Litigation/Adversary Proceedings | 39.8 | $18,904.00 |
| Q-1-All | RLF Retention | 8.1 | $2,875.00 |
| Q-2-All | Retention of Others | 16.3 | $7,121.00 |
| R-1-All | RLF Fee Applications | 53.9 | $23,406.00 |
| R-2-All | Fee Applications of Others | 128.0 | $53,643.00 |
| S-All | Vendors/Suppliers | 0.0 | $0.00 |
| T-All | Non-Working Travel | 0.0 | $0.00 |
| U-All | Utilities | 0.0 | $0.00 |
| V-All | Insurance | 0.0 | $0.00 |
| | | | |

---

[1] Due to the timing of its preparation, the budget and staffing plan for the Budget Period was prepared with the benefit of actual data for the Budget Period.

[2] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[3] Matter categories applicable to all Debtors will be allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis in connection with RL&F's fee application.

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| **Applicable to EFH Debtors** | | | |
| A-EFH | Case Administration | 0.0 | $0.00 |
| B-EFH | Creditor Inquiries | 1.0 | $825.00 |
| C-EFH | Meetings | 0.0 | $0.00 |
| D-EFH | Executory Contracts/Unexpired Leases | 0.0 | $0.00 |
| E-EFH | Automatic Stay/Adequate Protection | 0.0 | $0.00 |
| F-EFH | Plan of Reorganization/Disclosure Statement | 176.2 | $80,235.00 |
| G-EFH | Use, Sale of Assets | 0.0 | $0.00 |
| H-EFH | Cash Collateral/DIP Financing | 0.0 | $0.00 |
| I-EFH | Claims Administration | 2.0 | $932.00 |
| J-EFH | Court Hearings | 227.7 | $86,882.00 |
| K-EFH | General Corporate/Real Estate | 5.6 | $2,917.00 |
| L-EFH | Schedules/SOFA/U.S. Trustee Reports | 1.3 | $521.00 |
| M-EFH | Employee Issues | 0.0 | $0.00 |
| N-EFH | Environmental | 0.0 | $0.00 |
| O-EFH | Tax Issues | 0.0 | $0.00 |
| P-EFH | Litigation/Adversary Proceedings | 154.0 | $83,935.00 |
| Q-1-EFH | RLF Retention | 0.0 | $0.00 |
| Q-2-EFH | Retention of Others | 1.0 | $825.00 |
| R-1-EFH | RLF Fee Applications | 0.0 | $0.00 |
| R-2-EFH | Fee Applications of Others | 5.0 | $2,067.00 |
| S-EFH | Vendors/Suppliers | 0.0 | $0.00 |
| T-EFH | Non-Working Travel | 0.0 | $0.00 |
| U-EFH | Utilities | 0.0 | $0.00 |
| V-EFH | Insurance | 0.0 | $0.00 |
| | | | |
| **Applicable to EFIH Debtors** | | | |
| A-EFIH | Case Administration | 0.0 | $0.00 |
| B-EFIH | Creditor Inquiries | 1.0 | $825.00 |
| C-EFIH | Meetings | 0.0 | $0.00 |
| D-EFIH | Executory Contracts/Unexpired Leases | 0.0 | $0.00 |
| E-EFIH | Automatic Stay/Adequate Protection | 0.0 | $0.00 |
| F-EFIH | Plan of Reorganization/Disclosure Statement | 0.0 | $0.00 |
| G-EFIH | Use, Sale of Assets | 4.7 | $2,663.00 |
| H-EFIH | Cash Collateral/DIP Financing | 16.6 | $7,142.00 |
| I-EFIH | Claims Administration | 1.0 | $825.00 |
| J-EFIH | Court Hearings | 19.8 | $12,466.00 |
| K-EFIH | General Corporate/Real Estate | 0.0 | $0.00 |
| L-EFIH | Schedules/SOFA/U.S. Trustee Reports | 0.0 | $0.00 |
| M-EFIH | Employee Issues | 0.0 | $0.00 |
| N-EFIH | Environmental | 0.0 | $0.00 |

RLF1 18472678v.1

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| O-EFIH | Tax Issues | 0.0 | $0.00 |
| P-EFIH | Litigation/Adversary Proceedings | 54.0 | $27,969.00 |
| Q-1-EFIH | RLF Retention | 0.0 | $0.00 |
| Q-2-EFIH | Retention of Others | 0.0 | $0.00 |
| R-1-EFIH | RLF Fee Applications | 0.0 | $0.00 |
| R-2-EFIH | Fee Applications of Others | 3.0 | $1,293.00 |
| S-EFIH | Vendors/Suppliers | 0.0 | $0.00 |
| T-EFIH | Non-Working Travel | 5.9 | $3,911.00 |
| U-EFIH | Utilities | 0.0 | $0.00 |
| V-EFIH | Insurance | 0.0 | $0.00 |
|  |  |  |  |
| Applicable to TCEH Debtors |  |  |  |
| A-TCEH | Case Administration | 0.0 | $0.00 |
| B-TCEH | Creditor Inquiries | 0.0 | $0.00 |
| C-TCEH | Meetings | 1.9 | $1,029.00 |
| D-TCEH | Executory Contracts/Unexpired Leases | 2.9 | $1,266.00 |
| E-TCEH | Automatic Stay/Adequate Protection | 0.0 | $0.00 |
| F-TCEH | Plan of Reorganization/Disclosure Statement | 51.6 | $25,127.00 |
| G-TCEH | Use, Sale of Assets | 9.4 | $4,167.00 |
| H-TCEH | Cash Collateral/DIP Financing | 2.4 | $1,024.00 |
| I-TCEH | Claims Administration | 40.3 | $18,699.00 |
| J-TCEH | Court Hearings | 2.6 | $1,500.00 |
| K-TCEH | General Corporate/Real Estate | 0.0 | $0.00 |
| L-TCEH | Schedules/SOFA/U.S. Trustee Reports | 1.0 | $825.00 |
| M-TCEH | Employee Issues | 0.0 | $0.00 |
| N-TCEH | Environmental | 0.0 | $0.00 |
| O-TCEH | Tax Issues | 0.0 | $0.00 |
| P-TCEH | Litigation/Adversary Proceedings | 2.8 | $1,513.00 |
| Q-1-TCEH | RLF Retention | 0.0 | $0.00 |
| Q-2-TCEH | Retention of Others | 1.0 | $825.00 |
| R-1-TCEH | RLF Fee Applications | 1.0 | $825.00 |
| R-2-TCEH | Fee Applications of Others | 1.0 | $825.00 |
| S-TCEH | Vendors/Suppliers | 0.0 | $0.00 |
| T-TCEH | Non-Working Travel | 0.0 | $0.00 |
| U-TCEH | Utilities | 0.0 | $0.00 |
| V-TCEH | Insurance | 0.0 | $0.00 |
| Total |  | 1,347.0 | $600,506.00 |

**Aggregate Staffing Plan Across All Matters**
**for the Period Beginning on September 1, 2016 and Ending on December 31, 2016**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 1 | $775.00 |
| Counsel | 1 | $550.00 |
| Associate (4+ years since first admission) | 0 | $0.00 |
| Associate (0-3 years since first admission) | 4 | $311.00 |
| Paralegal (primary and back-up) | 6 | $240.00 |
| IT Trial Services Manager | 2 | $255.00 |
| **Total Attorney** | **6** | **$428.00** |
| **Total Non-Attorney** | **8** | **$244.00** |
| **Total** | **14** | **$323.00** |

---

[1] The Average Hourly Rate is an average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the Budget Period.