IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
In re:                                              : Chapter 11
                                                    :
Energy Future Holdings Corp., *et al.*,[1]          : Case No. 14-10979 (CSS)
                                                    :
             Debtors.  : (Jointly Administered)
                                                    :
------------------------------------------------------------ X

**ORDER GRANTING NEXTERA'S MOTION TO STAY THE
RECONSIDERATION ORDER PENDING APPEAL**

Upon the motion (the "Motion") of NextEra Energy, Inc. to stay the Court's *Order Granting the Motion To Reconsider of Elliott Associates, L.P. and Denying the Application of NextEra Energy Inc. for Payment of Administrative Claim* [D.I. 12075] (the "Reconsideration Order"); and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§157 and 1334; and the Court having found that consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and the Court having found that the due and proper notice of the Motion was provided and that such notice was adequate and appropriate under the particular circumstances; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having determined that the legal and factual bases establish just cause for the relief granted herein; and any objections to the Motion having been withdrawn or overruled on the merits; and after due deliberation and sufficient cause appearing, it is hereby **ORDERED**:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1. The Motion is **GRANTED.**

2. The Reconsideration Order is hereby stayed pending resolution of its appeal or such time as all appeals of the Reconsideration Order have been exhausted, or the time to file such appeals has expired.

3. Notwithstanding the possible applicability of Bankruptcy Rules 6004(a), 6004(h), 7062, 9014, or otherwise, the terms and condition of this Order shall be effective and enforceable immediately upon entry.

4. The Debtors are hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order.

5. The Court shall retain jurisdiction over any matter or disputes arising from or relating to the interpretation, implementation or enforcement of this Order.

Date: _____, 2017
Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　The Honorable Christopher S. Sontchi
　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge