# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Bankruptcy Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., | ) (Jointly Administered) |
| *et al.*,[1] | ) |
| | ) |
| *Debtors.* | ) **Re: D.I. 12075, 12213** |

## THE APPELLEES' DESIGNATION OF ADDITIONAL
## ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to rule 8009 of the Federal Rules of Bankruptcy Procedure and rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the above-captioned debtors and debtors in possession (collectively, the "Appellees") respectfully submit this designation of two additional items to be included in the record in connection with the appeal of NextEra Energy, Inc. (the "Appellant") from the *Order* [D.I. 12075], dated October 18, 2017, of the United States Bankruptcy Court for the District of Delaware (Sontchi, J.).

*[Remainder of page intentionally left blank.]*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 18514378v.1

## Additional Designations[2]

1. The following docketed items in *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (Bankr. D. Del.):

| Date | Docket No. | Title |
|---|---|---|
| 11/10/2017 | 12222 | Certification to Court of Appeals by All Parties |
| 11/10/2017 | 12224 | Joint Supplemental Statement on Certification |

*[Remainder of page intentionally left blank.]*

---

[2] The Appellees reserve the right to amend this designation of additional items to be included in the record on appeal.

It is the Appellees' understanding and belief that the items designated by the Appellant include all exhibits and other documents included within each entry for such item. If this is incorrect, the Appellees hereby designate to be included in the record on appeal all such exhibits and other documents related to the documents designated by the Appellant.

2

Dated: November 22, 2017
       Wilmington, Delaware

By: /s/

**Richards, Layton & Finger, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

**Kirkland & Ellis LLP**
**Kirkland & Ellis International LLP**
Mark E. McKane, P.C.
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

-and-

**Kirkland & Ellis LLP**
**Kirkland & Ellis International LLP**
Marc Kieselstein, P.C.
Chad J. Husnick, P.C.
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Co-Counsel to the Appellees*