IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
|  | ) Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) |
|  | ) (Jointly Administered) |
| Debtors. | ) |
|  | ) |

**NOTICE OF INTENT TO PARTICIPATE IN
CONFIRMATION PROCEEDINGS FOR THE FIRST AMENDED JOINT PLAN OF
REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE
INTERMEDIATE HOLDING COMPANY LLC, AND THE EFH/EFIH DEBTORS
PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

In accordance with the *Amended and Superseding Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code,* Aug. 29, 2017, ECF No. 11835 (the "**Scheduling Order**"), Denis Bergschneider ("**Mr. Bergschneider**"), by and through his undersigned counsel, hereby provides notice of intent to participate in the Confirmation Proceedings (as defined in the Scheduling Order).

1. Mr. Bergschneider's address is: 1 Sarum Lane Bella Vista, AR 72714.

2. The name and address of counsel to Mr. Bergschneider is: (1) Steven Kazan,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Kazan, McClain, Satterley & Greenwood, PLC, 55 Harrison Street, Suite 400, Oakland, CA 946071; and (2) Daniel K. Hogan, HOGAN♦McDANIEL, 1311 Delaware Avenue, Wilmington, Delaware 19806.

3. Mr. Bergschneider has personal injury claims against the Debtors arising from exposure to asbestos while working as a plant helper, plant equipment attendant, plant equipment operator, and a control operator at Kansas City Power & Light at the Montrose Station (near Clinton/La Due, Missouri), a site that is on the EECI site list provided by Debtors in these bankruptcies.

4. Mr. Bergschneider was diagnosed with mesothelioma on September 14, 2017. He was not notified of, and was unaware of, the bar date in these cases, and did not file a proof of claim. If the discharge provisions of the Debtors' Plan were approved, Mr. Bergschneider's claims against the Debtors would, purportedly, be discharged.

5. Mr. Bergschneider has agreed to be bound by the Confidentiality Agreement and Stipulated Protective Order approved by the Court on August 13, 2014 (D.I. 1833).

6. A true and correct copy of the Proxy for Representation of Mr. Bergschneider in the above-captioned bankruptcy cases is attached hereto as **Exhibit A**.

Dated: November 27, 2017
       Wilmington, Delaware

                        Respectfully submitted:

                        HOGAN♦McDANIEL

                        By: /s/ *Daniel K. Hogan*
                        Daniel K. Hogan (DE Bar # 2814)
                        1311 Delaware Avenue
                        Wilmington, Delaware 19806
                        Telephone: (302) 656-7540
                        Facsimile: (302) 656-7599
                        dkhogan@dkhogan.com

- 3 -

-and-

KAZAN, MCCLAIN, SATTERLEY & GREENWOOD, PLC

Steven Kazan
55 Harrison Street, Suite 400
Oakland, CA 946071