# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ) <br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

## PROXY AUTHORIZING REPRESENTATION

I, Denis Bergschneider, was diagnosed on September 14, 2017 with malignant mesothelioma caused by my exposure to asbestos. From 1969 through 1973, I worked as a plant helper, plant equipment attendant, plant equipment operator, and a control operator at Kansas City Power & Light at the Montrose Station (Near Clinton/La Due, Missouri). While at the Kansas City Power & Light Plant, I worked around insulated pipes and other insulated equipment, including turbines and boilers. I handled asbestos insulation and worked in close proximity to tradesmen who used asbestos-containing products and insulation on a regular basis while they repaired equipment, and installed pipes, steam lines, and boilers. This work created visible dust, which I breathed. As a result of my work and proximity to others working with asbestos-containing products on a regular basis I was exposed to asbestos-containing dust that I inhaled.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

By this proxy, I authorize my attorney, Steven Kazan, to act on my behalf in all respects related to the above-captioned bankruptcy. I agree to be bound by the Confidentiality Agreement and Stipulated Protective Order approved by the Court on August 13, 2014 (D.I. 1833).

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 16, 2017

Denis Bergschneider

SWORN to and subscribed before me this 16th day of November, 2017

Notary Public
My Commission Expires: 7/6/19