# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>Energy Future Holdings Corp., *et al.,*<br><br>                Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## CERTIFICATE OF SERVICE

**I DO HEREBY CERTIFY** that on this    27th    day of November, 2017, a true and correct copy of the *NOTICE OF INTENT TO PARTICIPATE IN CONFIRMATION PROCEEDINGS FOR THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ENTERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, AND THE EFH/EFIH DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE* was served upon all interested parties listed below via first class mail and all other interested parties registered for service via CM/ECF.

| | |
|---|---|
| Jason M. Madron<br>Daniel J. DeFranceschi<br>Mark D. Collins<br>Richards, Layton & Finger, P.A.<br>920 North King Street<br>P.O. Box 551<br>Wilmington, DE 19899 | Edward O. Sassower<br>Steven E. Hessler<br>Brian E. Schartz<br>Aparna Yenamandra<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022 |
| James H.M. Sprayregen<br>Chad J. Husnick<br>Marc Kleselstein<br>Steven N. Serajeddini<br>Kirkland & Ellis, LLP<br>300 North LaSalle<br>Chicago, IL 60654 | Richard L. Shepacarter<br>Office of the United States Trustee<br>U. S. Department of Justice<br>J. Caleb Boggs Federal Building<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |

Epiq Bankruptcy Solutions LLC
www.epiqsystems.com
777 Third Avenue, 12th Floor
New York, NY 10017

                                      */s/Daniel K. Hogan*
                                      Daniel K. Hogan (DE #2814)
                                      **HOGAN♦McDANIEL**
                                      1311 Delaware Avenue
                                      Wilmington, Delaware  19806
                                      Telephone:  (302) 656-7540
                                      Facsimile: (302) 656-7599
                                      dkhogan@dkhogan.com