# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Re: Dkt. Nos. 12075 & 12213 |

### ELLIOTT FUNDS' DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL FROM THE OCTOBER 18, 2017 RECONSIDERATION ORDER

Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott" or "Appellee"), hereby designate, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the following additional items (including any and all exhibits and addenda attached thereto and filed therewith) to be included in the record in connection with the appeal of NextEra Energy, Inc. from this Court's *Order Granting the Motion to Reconsider of Elliott Associates, L.P. and Denying the Application of NextEra Energy Inc. for Payment of Administrative Claim* [Dkt. No. 12075] (the "Reconsideration Order"):

|  | **Item** | **Filing/Entry Date** | **Docket No.[1]** |
|---|---|---|---|
| 1. | The Elliott Funds' Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee | 07/29/2017 | 11636 |

---

[1] Unless otherwise indicated, all references herein to "Docket No." shall be to the docket maintained for *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS).

{BAY:03146335v1}

| 2. | Declaration of Erin R. Fay Filed in Connection with The Elliott Funds' Motion to Reconsider In Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee | 07/29/2017 | 11638 |
|---|---|---|---|
| 3. | Adversary Complaint – Energy Future Holdings Corp. and Energy Future Intermediate Holding Company, LLC against NextEra Energy, Inc. | 08/03/2017 | 11668 |
| 4. | Plaintiff Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference | 08/03/2017 | 11669 |
| 5. | Stipulation and Order Regarding Elliott's Motion To Reconsider | 08/10/2017 | 11716 |
| 6. | Order Consolidating Certain Termination Fee Proceedings and Setting a Rule 7016 Scheduling Conference | 08/18/2017 | 11774 |

By Stipulation and Order dated August 10, 2017 [Dkt. No. 11716] (the "Stipulation"), the parties stipulated and agreed upon the contents of the record for purposes of Elliott's Motion to Reconsider (the "Reconsideration Record"). No pleadings in the Adversary Proceeding were included in the Reconsideration Record and the parties expressly "agreed to proceed on the Motion to Reconsider on a fixed record without additional discovery" and not to "argue an alleged fact not contained in the Reconsideration Record." Stipulation, Recital 7 and ¶¶ 7–10. Accordingly, by separate motion, Elliott is seeking to strike items 41 through 87 (all of which are Adversary Proceeding filings) from NextEra's Designation as they are not properly part of the record on appeal. Notwithstanding the foregoing, Elliott is listing items 3 through 6 in this Designation of Additional Items because they were specifically referenced in the Stipulation. Elliott is designating those items solely as filings in the main bankruptcy case (Case No. 14-10979 (CSS)), not as filings in the Adversary Proceeding.

**RESERVATION OF RIGHTS**

Elliott expressly reserves the right to (i) amend, modify, and/or supplement the foregoing designations, (ii) object to or otherwise move to strike some or all of the items designated by NextEra or any other party to be included in the record on appeal from the Reconsideration Order, and (iii) present a counterstatement of the issues on appeal in its appellate brief pursuant to Bankruptcy Rule 8014(b).

Wilmington, Delaware
Date: November 27, 2017

**BAYARD, P.A.**

*/s/ Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
scousins@bayardlaw.com
efay@bayardlaw.com
emiller@bayardlaw.com

–and–

**ROPES & GRAY LLP**
Keith H. Wofford (admitted *pro hac vice*)
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile:  (212) 596-9090
Keith.Wofford@ropesgray.com
Gregg.Galardi@ropesgray.com

*Counsel for Elliot Associates, L.P.,*
*Elliott International, L.P., and*
*the Liverpool Limited Partnership*