**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>                    Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Hearing Date: Dec. 11, 2017 at 10:00 a.m. (ET) [REQUESTED]<br>Obj. Deadline: Dec. 6, 2017 at 4:00 p.m. (ET) [REQUESTED] |

**NOTICE OF ELLIOTT FUNDS' MOTION FOR ENTRY OF AN ORDER STRIKING CERTAIN ITEMS FROM APPELLANT NEXTERA ENERGY, INC.'S STATEMENT OF ISSUES AND DESIGNATION OF RECORD ON APPEAL FROM THE OCTOBER 18, 2017 RECONSIDERATION ORDER**

**PLEASE TAKE NOTICE** that Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively "Elliott" or the "Elliott Funds"), has filed the attached *Elliott Funds' Motion for Entry of an Order Striking Certain Items from Appellant Nextera Energy, Inc.'s Statement of Issues and Designation of Record on Appeal from The October 18, 2017 Reconsideration Order* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** THAT, SUBJECT TO THE COURT'S APPROVAL, ELLIOTT HAS REQUESTED THAT A HEARING ON THE MOTION BE HELD ON **DECEMBER 11, 2017 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** THAT, SUBJECT TO THE COURT'S APPROVAL, ELLIOTT HAS REQUESTED THAT OBJECTIONS TO THE MOTION BE REQUIRED TO BE FILED WITH THE BANKRUPTCY COURT AND SERVED ON BELOW COUNSEL NOT LATER THAN **DECEMBER 6, 2017 AT 4:00 P.M. (ET).**

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

{BAY:03146346v1}

| | |
|---|---|
| Wilmington, Delaware<br>Date: November 27, 2017 | BAYARD, P.A.<br><br>*/s/ Erin R. Fay*<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Evan T. Miller (No. 5364)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Phone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>Email: scousins@bayardlaw.com<br>         efay@bayardlaw.com<br>         emiller@bayardlaw.com<br><br>-and-<br><br>ROPES & GRAY LLP<br>Keith H. Wofford<br>Gregg M. Galardi<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>Email: Keith.Wofford@ropesgray.com<br>         Gregg.Galardi@ropesgray.com<br><br>*Counsel to the Elliott Funds* |