# EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re )<br>)<br>ENERGY FUTURE )<br>HOLDINGS CORP., *et al.*, )<br>)<br>*Debtors.* )<br>) | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**ORDER STRIKING CERTAIN ITEMS FROM APPELLANT'S STATEMENT
OF ISSUES AND DESIGNATION OF RECORD ON APPEAL FROM
THE RECONSIDERATION ORDER PURSUANT TO BANKRUPTCY RULE 8009**

Upon consideration of the Motion (the "<u>Motion</u>")[1] of Elliott for entry of an order, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, striking the Improper Designation Items from the Appellant's Designation in connection with NextEra's appeal of the Reconsideration Order; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and due and proper notice of the Motion having been provided to the necessary parties; and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore,

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED as set forth herein.

2. The Improper Designation Items are hereby stricken from the Appellant's Designation and shall not be included in the record with respect to NextEra's appeal of the Reconsideration Order.

---

[1] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

    3.    Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry.

    4.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

Dated: _____, 2017
       Wilmington, Delaware

                                      _____
                                      HONORABLE CHRISTOPHER S. SONTCHI
                                      UNITED STATES BANKRUPTCY JUDGE