**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors.* | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**ORDER SHORTENING NOTICE**
**WITH RESPECT TO THE ELLIOTT FUNDS' MOTION**
**FOR ENTRY OF AN ORDER STRIKING CERTAIN**
**ITEMS FROM APPELLANT NEXTERA ENERGY, INC.'S**
**STATEMENT OF ISSUES AND DESIGNATION OF RECORD**
**ON <u>APPEAL FROM THE OCTOBER 18, 2017 RECONSIDERATION ORDER</u>**

Upon the motion (the "<u>Motion to Shorten</u>")[1] of Elliott for an order shortening the notice period with respect to the Motion to Strike; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion to Shorten as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that cause exists to grant the relief requested in the Motion to Shorten; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion to Shorten is **GRANTED**; and it is further

**ORDERED** that the Court will consider the Motion to Strike and the relief requested therein at the omnibus hearing scheduled on **December 11, 2017 at 10:00 a.m. (prevailing Eastern Time)**; and it is further

**ORDERED** that objections, if any, to the relief sought in the Motion shall be filed and served before _____, 2017 at _____ **(prevailing Eastern Time)**; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

{BAY:03146353v1}

2

**ORDERED** that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: _____, 2017
        Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE