IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) <br> ) <br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ). <br> Debtors. ) <br> ) <br> ) <br> ) <br> ) | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

## NOTICE OF SERVICE

I, Michael Busenkell, Esquire, hereby certify that on November 22, 2017, a true and correct copy of ***Plaintiff William Jeffrey Herbert's First Request for Production to Defendant Energy Future Holdings Corporation; and Plaintiff William Jeffrey Herbert's First Set of Interrogatories to Defendant Energy Future Holdings Corporation*** was served as indicated upon the party listed below:

*<u>Via Facsimile</u>*
*<u>and Electronic Mail</u>*
James A. Frederick, Esq.
LITTLER MENDELSON, P.C.
A Professional Corporation
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201.2931
Email: JFrederick@littler.com
Facsimile: (214) 880-0181

**[SIGNATURE PAGE FOLLOWS]**

---

[1] The last four digits of Energy Future Holding Corp.'s tax identification number are 8810. The location of the debtor's service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Dated: November 28, 2017
Wilmington, Delaware

**GELLERT SCALI BUSENKELL & BROWN, LLC**

/s/ Michael Busenkell
_____
Michael Busenkell (No. 3933)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 425-5800
Facsimile: (302) 425-5814
Email: mbusenkell@gsbblaw.com

-and-

David N. Deaconson, Esq.
Pakis, Giotes, Page & Burleson, P.C.
400 Austin Ave., Suite 400
P. O. Box 58
Waco, TX 76703-0058
Telephone: (254) 297-7300
Facsimile: (254) 297-7301
Email: deaconson@pakislaw.com

*Counsel to William Jeffrey Herbert*