## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| *Debtors.* | ) (Jointly Administered) |
| | ) Related D.I. 12276 |

### ORDER SHORTENING NOTICE
### WITH RESPECT TO THE ELLIOTT FUNDS' MOTION
### FOR ENTRY OF AN ORDER STRIKING CERTAIN
### ITEMS FROM APPELLANT NEXTERA ENERGY, INC.'S
### STATEMENT OF ISSUES AND DESIGNATION OF RECORD
### ON <u>APPEAL FROM THE OCTOBER 18, 2017 RECONSIDERATION ORDER</u>

Upon the motion (the "<u>Motion to Shorten</u>")[1] of Elliott for an order shortening the notice period with respect to the Motion to Strike; and it appearing that the Court has jurisdiction over this matter; and it appearing that notice of the Motion to Shorten as set forth therein is sufficient, and that no other or further notice need be provided; and it further appearing that cause exists to grant the relief requested in the Motion to Shorten; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion to Shorten is **GRANTED**; and it is further

**ORDERED** that the Court will consider the Motion to Strike and the relief requested therein at the omnibus hearing scheduled on **December 21, 2017 at 11:00 a.m. (prevailing Eastern Time)**; and it is further

**ORDERED** that objections, if any, to the relief sought in the Motion shall be filed and served before ___12/14___, 2017 at __4:00 pm__ (prevailing Eastern Time); and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

{BAY:03146353v1}

**ORDERED** that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: 11/28, 2017
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE