## EXHIBIT B

**Summary of Fees Billed by Subject Matter for the Ninth Interim Fee Period**

| Activity Description | Sum of Hours | Sum of Amount |
|---|---:|---:|
| 495 Balloting/Solicitation Consultation | 185.40 | $33,773.60 |
| 642 Fee Application Prep and Related Issues | 26.90 | $6,509.80 |
| 647 Distribution | 283.00 | $37,229.30 |
| 700 Non-Working Travel | 5.10 | $981.75 |
| 900 Ediscovery Services | 46.40 | $6,496.00 |
| 901 Ediscovery Services | 4.20 | $735.00 |
| **Totals** | **551.00** | **$85,725.45** |