**EXHIBIT C**

**Summary of Hours Billed by Epiq Professionals**[1] **During the Ninth Interim Fee Period**

| Professional | Position With Applicant | Hourly Billing Rate | Sum of Hours | Sum of Amount |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | 35.20 | $385.00 | $12,570.25 |
| Sidney Garabato | EBS Senior Consultant III | 0.20 | $242.00 | $48.40 |
| Brian Karpuk | EBS Senior Consultant III | 25.90 | $242.00 | $6,267.80 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 66.80 | $242.00 | $16,165.60 |
| Bradley Tuttle | EBS Senior Consultant III | 1.00 | $242.00 | $242.00 |
| Joseph Arena | EBS Senior Consultant I | 6.80 | $176.00 | $1,196.80 |
| Eric Usitalo | EBS Senior Consultant I | 23.70 | $176.00 | $4,171.20 |
| James Stephens | EDS Project Manager | 3.70 | $175.00 | $647.50 |
| Alena Crabtree | EDS Project Manager | 1.60 | $140.00 / $170.00 | $241.50 |
| Justina Betro | EBS Associate I | 37.80 | $145.00 | $5,481.00 |
| Raymond Barber | EDS Project Manager | 0.20 | $140.00 | $28.00 |
| Daniel Ford | EDS Project Manager | 0.20 | $140.00 | $28.00 |
| David Garcia Jr | EDS Project Manager | 0.50 | $140.00 | $70.00 |
| Chelsee Heckathorn | EDS Project Manager | 1.50 | $140.00 | $210.00 |
| Michael Kornytchuk | EDS Project Manager | 0.40 | $140.00 | $56.00 |
| Elisabetta Longo | EDS Project Manager | 2.20 | $140.00 | $308.00 |
| Michal Tchorzewski | EDS Project Manager | 38.30 | $140.00 | $5,362.00 |
| Carl Wall | EDS Project Manager | 0.50 | $140.00 | $70.00 |
| Daniel Weisenbacher | EDS Project Manager | 1.20 | $140.00 | $168.00 |
| Koshin Young | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Jonathan Garcia | EBS Case Manager II | 9.90 | $127.00 | $1,257.30 |
| Rickey Li | EBS Case Manager II | 144.60 | $127.00 | $18,364.20 |
| Erika Ramseyer | EBS Case Manager II | 51.00 | $127.00 | $6,477.00 |
| David Rodriguez | EBS Case Manager II | 0.40 | $127.00 | $50.80 |
| Joseph Saraceni | EBS Case Manager II | 2.00 | $127.00 | $254.00 |
| Geoff Zahm | EBS Case Manager II | 0.30 | $127.00 | $38.10 |
| John Chau | EBS Case Manager I | 40.90 | $83.00 | $3,394.70 |
| Jun Chun | EBS Case Manager I | 12.00 | $83.00 | $996.00 |
| Natalie Roman | EBS Case Manager I | 1.10 | $83.00 | $91.30 |
| Thomas Vazquez | EBS Admin. Support I | 40.80 | $35.00 | $1,428.00 |
| **Total** | | **551.00** | **$155.58** | **$85,725.45** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."