**EXHIBIT E**

**Summary of Actual and Necessary Expenses for the Ninth Interim Fee Period**

| Expense Category | Amount |
|---|---:|
| HST142 – Load Files-Native, Scanned & Third Party | $49.35 |
| HST626 – Relativity License Fee | $13,300.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | $196,593.02 |
| HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | $18,599.20 |
| PRO128 – Client Media Storage | $155.00 |
| Taxes | $15,793.23 |
| Travel | $501.24 |
| **TOTAL** | **$244,991.04** |