# EXHIBIT F

## Detailed Description of Expenses and Disbursements

| Month | Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|---|
| January 2017 | HST142 – Load Files-Native, Scanned & 3rd Party | 1.38 GB | $35.00 | $48.30 |
| January 2017 | HST626 – Relativity License Fee | 49.00 EA | $70.00 | $3,430.00 |
| January 2017 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 3,780.00 GB | $13.00 | $49,140.00 |
| January 2017 | HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 733.30 GB | $12.68 | $9,299.60 |
| January 2017 | PRO128 – Client Media Storage | 2.00 EA | $10.00 | $20.00 |
| January 2017 | PRO128 – Client Media Storage | 5.00 EA | $15.00 | $75.00 |
| January 2017 | Taxes | | | $4,560.39 |
| February 2017 | HST142 – Load Files-Native, Scanned & 3rd Party | 0.03 GB | $35.00 | $1.05 |
| February 2017 | HST626 – Relativity License Fee | 47.00 EA | $70.00 | $3,290.00 |
| February 2017 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 3,780.02 GB | $13.00 | $49,140.26 |
| February 2017 | HST757 - Billable storage fee (GB) for the eDiscovery Relativity repository | 733.30 GB | $12.68 | $9,299.60 |
| February 2017 | PRO128 – Client Media Storage | 2.00 EA | $10.00 | $20.00 |
| February 2017 | Taxes | | | $4,194.34 |
| February 2017 | Travel | | | $501.24 |
| March 2017 | HST626 – Relativity License Fee | 47.00 EA | $70.00 | $3,290.00 |
| March 2017 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 3,781.26 GB | $13.00 | $49,156.38 |
| March 2017 | PRO128 – Client Media Storage | 2.00 EA | $10.00 | $20.00 |
| March 2017 | Taxes | | | $3,517.41 |
| April 2017 | HST626 – Relativity License Fee | 47.00 EA | $70.00 | $3,290.00 |
| April 2017 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 3,781.26 GB | $13.00 | $49,156.38 |
| April 2017 | PRO128 – Client Media Storage | 2.00 EA | $10.00 | $20.00 |
| April 2017 | Taxes | | | $3,521.09 |
| **TOTAL** | | | | **$244,991.04** |