IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
|  | ) Objection Deadline: December 20, 2017 at 4:00 p.m. |

**COVER SHEET TO THE SEVENTEENTH MONTHLY FEE STATEMENT
(RELATING TO THE TWENTY-NINTH THROUGH FORTIETH MONTHS) OF
EVERCORE GROUP L.L.C.,
DEBTORS' INVESTMENT BANKER AND FINANCIAL ADVISOR
FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM
SEPTEMBER 1, 2016 THROUGH AUGUST 31, 2017**

| | |
|---|---|
| **Name of Applicant:** | Evercore Group L.L.C. |
| Authorized to provide professional services to: | The above-captioned Debtors |
| Date of retention: | September 16, 2014 *nunc pro tunc* to April 29, 2014 |
| Period for which compensation and reimbursement is sought (the "Fee Period"): | September 1, 2016 – August 31, 2017 |
| Compensation sought as actual, reasonable and necessary: | $2,160,000.00 (80% of $2,700,000.00)[2] |
| Expense reimbursement sought as actual, reasonable, and necessary: | $0 [3] |

This is a **monthly** fee statement.[4]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

[2] Amount reflects an aggregate voluntary reduction by Evercore for the Fee Period in conjunction with discussions with the Fee Committee and U.S. Trustee.

[3] Expenses incurred by the Debtors during the period September 1, 2016 through August 31, 2017 shall be included on a subsequent interim application.

[4] Notice of this Monthly Fee Statement shall be served in accordance with the Interim Compensation Order and Fee Committee Order (each as defined herein) and objections to payment of the amounts described in this Monthly Fee Statement shall be addressed in accordance with such orders.

## Prior Statements, Applications and Allowances

| Filing, Date Filed, D.I. | Period Covered | Total Fees (100%) | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses[5] | Paid | Holdback/ Amount Due |
|---|---|---|---|---|---|---|---|---|
| 1st Monthly Oct. 31, 2014 D.I. 2684 | Apr. 29 - May 31, 2014 | $525,000.00 | $525,000.00 | $46,375.43 | $525,000.00 | $44,482.33 | $569,482.33 | $-- |
| 2nd Monthly Oct. 31, 2014 D.I. 2685 | June 1 - June 30, 2014 | $6,025,000.00 | $6,025,000.00 | $43,469.50 | $6,025,000.00 | $42,254.63 | $6,067,254.63 | $-- |
| 3rd Monthly Oct. 31, 2014 D.I. 2686 | July 1 - July 31, 2014 | $525,000.00 | $525,000.00 | $212,521.22 | $525,000.00 | $212,051.44 | $737,051.44 | $-- |
| 4th Monthly Oct. 31, 2014 D.I. 2687 | Aug. 1 - Aug. 31, 2014 | $525,000.00 | $525,000.00 | $66,245.40 | $525,000.00 | $66,245.40 | $591,245.40 | $-- |
| 1st Interim Oct. 31, 2014 D.I. 2700 | April 29 - August 31, 2014 | $7,600,000.00 | $7,600,000.00 | $368,611.56 | $7,600,000.00 | $351,707.98 | $7,951,707.98 | $-- |
| **Total** | **1st Interim Period** | **$7,600,000.00** | **$7,600,000.00** | **$368,611.56** | **$7,600,000.00** | **$351,707.98** | **$7,951,707.98** | **$--** |
| 5th Monthly Nov. 30, 2014 D.I. 3123 | Sept. 1 - Sept. 30, 2014 | $525,000.00 | $525,000.00 | $93,143.02 | $525,000.00 | $92,732.53 | $617,732.53 | $-- |
| 6th Monthly Nov. 30, 2014 D.I. 3124 | Oct. 1 - Oct. 31, 2014 | $525,000.00 | $525,000.00 | $47,909.62 | $525,000.00 | $47,398.62 | $572,398.62 | $-- |
| 7th Monthly Mar. 3, 2014 D.I. 3744 | Nov. 1 - Nov. 30, 2014 | $525,000.00 | $525,000.00 | $17,416.72 | $525,000.00 | $17,416.72 | $542,416.72 | $-- |
| 8th Monthly Mar. 3, 2014 D.I. 3745 | Dec. 1 - Dec. 31, 2014 | $525,000.00 | $525,000.00 | $46,391.07 | $525,000.00 | $46,391.07 | $571,391.07 | $-- |
| 2nd Interim Mar. 10, 2015 D.I. 3868 | Sept. 1 - Dec. 31, 2014 | $2,100,000.00 | $2,100,000.00 | $204,860.43 | $2,100,000.00 | $203,109.24 | $2,303,109.24 | $-- |
| **Total** | **2nd Interim Period** | **$2,100,000.00** | **$2,100,000.00** | **$204,860.43** | **$2,100,000.00** | **$203,109.24** | **$2,303,109.24** | **$--** |
| 9th Monthly June 10, 2015 D.I. 4726 | Jan. 1 - Jan. 31, 2015 | $525,000.00 | $420,000.00 | $31,547.05 | $525,000.00 | $26,405.60 | $551,405.60 | $-- |
| 10th Monthly June 10, 2015 D.I. 4727 | Feb. 1 - Feb. 28, 2015 | $525,000.00 | $420,000.00 | $17,256.88 | $525,000.00 | $17,193.28 | $542,193.28 | $-- |
| 11th Monthly June 17, 2015 D.I. 4794 | March 1 - March 31, 2015 | $525,000.00 | $420,000.00 | $9,190.41 | $525,000.00 | $9,138.01 | $534,138.01 | $-- |
| 12th Monthly June 17, 2015 D.I. 4795 | April 1 - April 30, 2015 | $525,000.00 | $420,000.00 | $4,488.28 | $525,000.00 | $4,488.28 | $529,488.28 | $-- |
| 3rd Interim June 24, 2015 D.I. 4861 | Jan. 1 - April 30, 2015 | $2,100,000.00 | $420,000.00 (20%) $2,100,000.00 (100%) | $62,482.62 | $2,100,000.00 | $57,225.17 | $2,157,225.17 | $-- |
| **Total** | **3rd Interim Period** | **$2,100,000.00** | **$2,100,000.00** | **$62,482.62** | **$2,100,000.00** | **$57,225.17** | **$2,157,225.17** | **$--** |

---

[5] Expenses approved reflect voluntary adjustment by Evercore in conjunction with discussions with Fee Committee and U.S. Trustee.

| Filing, Date Filed, D.I. | Period Covered | Total Fees (100%) | Requested Fees[2] | Requested Expenses | Approved Fees | Approved Expenses[5] | Paid | Holdback/ Amount Due |
|---|---|---|---|---|---|---|---|---|
| 13th Monthly Oct. 28, 2015 D.I. 6731 | May 1 - May 31, 2015 | $525,000.00 | $420,000.00 | $8,273.18 | $525,000.00 | $8,273.18 | $533,273.18 | $-- |
| 14th Monthly Oct. 28, 2015 D.I. 6732 | June 1 - June 30, 2015 | $525,000.00 | $420,000.00 | $39,202.21 | $525,000.00 | $39,202.21 | $564,202.21 | $-- |
| 15th Monthly Oct. 28, 2015 D.I. 6733 | July 1 - July 31, 2015 | $525,000.00 | $420,000.00 | $101,895.59 | $525,000.00 | $101,895.59 | $626,895.59 | $-- |
| 16th Monthly Oct. 28, 2015 D.I. 6734 | August 1 - August 31, 2015 | $525,000.00 | $420,000.00 | $7,986.51 | $525,000.00 | $7,986.51 | $532,986.51 | $-- |
| 4th Interim Oct. 29, 2015 D.I. 6763 | May 1 - August 31, 2015 | $2,100,000.00 | $420,000.00 (20%) $2,100,000.00 (100%) | $157,357.49 | $2,100,000.00 | $157,164.21 | $2,257,164.21 | $-- |
| Total | 4th Interim Period | $2,100,000.00 | $2,100,000.00 | $157,357.49 | $2,100,000.00 | $157,164.21 | $2,257,164.21 | $-- |
| 5th Interim March 7, 2016 D.I. 7990 | Sept. 1 - Dec. 31, 2015 | $2,100,000.00 | $420,000.00 (20%) $2,100,000.00 (100%) | $52,014.38 | $2,100,000.00 | $52,014.38 | $2,152,014.38 | $-- |
| Total | 5th Interim Period | $2,100,000.00 | $2,100,000.00 | $52,014.38 | $2,100,000.00 | $52,014.38 | $2,152,014.38 | $-- |
| 6th Interim July 18, 2016 D.I. 8939 | Jan. 1 - April 30, 2016 | $2,100,000.00 | $420,000.00 (20%) $2,100,000.00 (100%) | $6,800.73 | $2,100,000.00 | $5,966.77 | $2,105,966.77 | $-- |
| Total | 6th Interim Period | $2,100,000.00 | $2,100,000.00 | $6,800.73 | $2,100,000.00 | $5,966.77 | $2,105,966.77 | $-- |
| 7th Interim Dec. 2, 2016 D.I. 10323 | May 1 - August 31, 2016 | $2,100,000.00 | $420,000.00 (20%) $2,100,000.00 (100%) | $117,166.92 | $2,100,000.00 | $116,964.04 | $2,216,964.04 | $-- |
| Total | 7th Interim Period | $2,100,000.00 | $2,100,000.00 | $117,166.92 | $2,100,000.00 | $116,964.04 | $2,216,964.04 | $-- |
| 17th Monthly Nov. 29, 2017 D.I. [ ] | September 1, 2016 - August 31, 2017 | $2,700,000.00 | $540,000.00 (20%) $2,160,000.00 (80%) | $0.00 | NA | NA | NA | $540,000.00 (20%) $2,160,000.00 (80%) |
| Total | 17th Monthly | $2,700,000.00 | $2,160,000.00 | $0.00 | NA | NA | NA | $2,700,000.00 |
| | Grand Total | $22,900,000.00 | $22,360,000.00 | $969,294.13 | $20,200,000.00 | $944,151.79 | $21,144,151.79 | $2,700,000.00 |

---

[2] Amount reflects an aggregate voluntary reduction by Evercore for the Fee Period in conjunction with discussions with the Fee Committee and U.S. Trustee.

[5] Expenses approved reflect voluntary adjustment by Evercore in conjunction with discussions with Fee Committee and U.S. Trustee.

## Professionals

Evercore professionals rendering services during the Fee Period were:

| Professional | Title | Total Hours |
|---|---|---|
| William Hiltz | Senior Managing Director | 21.5 |
| David Ying | Senior Managing Director | 361.5 |
| Jeremy Matican | Managing Director | 399.0 |
| Sesh Raghavan | Managing Director | 2.0 |
| Bo Yi | Managing Director | 65.0 |
| Lisa Levitte | Vice President | 232.5 |
| Neal Patel | Vice President/Associate | 1,070.5 |
| Andrew Longley | Associate | 55.5 |
| Harvey Li | Analyst | 128.0 |
| Connor Boyce | Analyst | 777.5 |
| Andrew Kilbourne | Analyst | 304.5 |
| Rene Negron | Analyst | 67.0 |
| **Total** | | **3,484.5** |

(Evercore does not charge hourly rates to the Debtors and no hourly rates are associated with these professionals.)

## Hours by Matter

Hours expended by these professionals by matter during the Fee Period were:

| Matter Number | Matter Description | Total Hours |
|---|---|---|
| 1 | General Case Administration | 273.5 |
| 2 | Due Diligence | 14.0 |
| 3 | Capital Structure and Debt Capacity Analysis | 16.5 |
| 4 | Financing | 371.5 |
| 5 | Asset Sales and Other M&A Activity | 149.0 |
| 6 | Valuation and Recoveries Analysis | 488.0 |
| 7 | General Financial Analysis and Research | 634.0 |
| 8 | Plan of Reorganization | 229.5 |
| 9 | Board Communications | 314.0 |
| 10 | Creditor Communication and Due Diligence | 162.0 |
| 11 | Court Testimony and Litigation Support | 812.5 |
| 12 | Travel | 20.0 |
| 13 | Evercore Retention | 0.0 |
| 14 | Fee Application | 0.0 |
| **Total** | | **3,484.5** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) ) |
| Debtors. | ) (Jointly Administered) ) Objection Deadline: December 20, 2017 at 4:00 p.m. |

**SEVENTEENTH MONTHLY FEE STATEMENT (RELATING TO THE TWENTY-NINTH THROUGH FORTIETH MONTHS) OF EVERCORE GROUP L.L.C., DEBTORS' INVESTMENT BANKER AND FINANCIAL ADVISOR FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2016 THROUGH AUGUST 31, 2017**

Pursuant to sections 327, 328, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Employment and Retention of Evercore Group L.L.C. as investment banker and financial advisor for the Debtors and Debtors in Possession Nunc Pro Tunc to the Petition Date,* dated September 16, 2014 [D.I. 2056] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), and the United States Trustee's Guidelines for Reviewing Applications for Compensation and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

Reimbursement of Expenses Filed under 11 U.S.C. §330 (the "Appendix A Guidelines"), Evercore Group L.L.C. ("Evercore"), investment banker and financial advisor to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), files this monthly fee statement (this "Monthly Fee Statement") of compensation for professional services and reimbursement for expenses incurred in the amounts described in the cover sheet hereto during the above-captioned period (the "Fee Period").

### Itemization of Services Rendered and Expenses Incurred

1. Typical of investment bankers of its kind, Evercore is not compensated by the hour, but through a structure of fixed fees and related compensation, such as was approved by the Retention Order. Accordingly, certain information appropriate to consideration of the fee requests of hourly-rate compensated professionals, such as blended rates or maturation, do not exist for Evercore.

### Proposed Payment Allocation

2. In accordance with paragraph 2(b) of the Interim Compensation Order, Evercore proposes the following tentative payment allocation of the fees and expenses[2] sought in this Application among (a) Energy Future Holdings Corp. ("EFH Corp."), (b) Energy Future Intermediate Holding Company LLC ("EFIH"), and (c) Energy Future Competitive Holdings Company LLC and each of its direct and direct subsidiaries that are Debtors in these chapter 11 cases (collectively, the "TCEH Debtors"):

---

[2] Monthly Fee and expenses are allocated to Debtors based on time.

| Debtors | Collective Unallocated | Collective Allocated | Monthly Fees[3] | |
|---|---|---|---|---|
| | | | Total Fees | 20% Holdback |
| EFH Corp. | 3.0% | 5.0% | $108,409 | $27,102 |
| EFIH | 49.5% | 81.7% | 1,764,205 | 441,051 |
| TCEH | 8.1% | 13.3% | 287,386 | 71,847 |
| Collective | 39.4% | 0.0% | - | - |
| Total | | | $2,160,000.00 | $540,000.00 |

3. Reallocation may be required to give effect to the allocation of credits and other elements of the structure of fees forth in the Retention Order.

### Certification of Compliance and Waiver

4. The undersigned representative of Evercore certifies that he has reviewed the requirements of Local Rule 2016-2 and that the Application substantially complies with that Local Rule except to the extent waived by the Retention Order or otherwise modified by orders of this Court and related guidance of the Fee Committee in this case, as permitted by orders of this Court establishing the Fee Committee and interim compensation procedures. To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, as so modified, Evercore believes that such deviations are not material and respectfully requests that any such requirement be waived.

### Reservation of Rights and Notice

5. Although every effort has been made to include all fees incurred in the Fee Period, some fees might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. As noted above, no reimbursable expenses have been included in this Monthly Fee Statement. Evercore reserves the right to make further application to this Court for allowance of such fees and expenses not included herein.

---

[3] Amount reflects an aggregate voluntary reduction by Evercore for the Fee Period in conjunction with discussions with the Fee Committee and U.S. Trustee.

6.  Notice of this Monthly Fee Statement has been or will shortly be provided by hand or overnight delivery on: (i) the Debtors, 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel DeFranceschi and Jason Madron; (iv) Roberta A. DeAngelis, the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod, (vii) counsel to the Official Creditors' Committee, Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Lorenzo Marinuzzi and Jennifer Marines, and (viii) counsel to the Fee Committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler. (ix) co-counsel to the EFH Committee, Sullivan & Cromwell, LLP, 125 Broad Street, New York, NY 10004-2498, Attn. Judith Fiorini and Alexa Kranzley; (x) co-counsel to the EFH Committee, Montgomery McCracken, Walker & Rhoads, LLP, 1105 North Market Street, 15th Floor, Wilmington, DE 19801, Attn: Natalie D. Ramsey and Davis Lee Wright

Dated: November 29, 2017

David Ying
Senior Managing Director
Evercore Group L.L.C.