# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $825 | 3.7 | $3,052.50 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $575 | 70.0 | $40,250.00 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $410 | 9.9 | $4,059.00 |
| Christopher M. DeLillo | Associate | 2017 | Bankruptcy | $320 | 3.3 | $1,056.00 |
| Brian S. Yu | Associate | Pending | Bankruptcy | $295 | 0.5 | $147.50 |
| Total | | | | | 87.4 | $48,565.00 |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 17 | Bankruptcy | $250 | 34.0 | $8,500.00 |
| Ann Jerominski | Paralegal | 17 | Bankruptcy | $250 | 1.4 | $350.00 |
| Rebecca V. Speaker | Paralegal | 15 | Bankruptcy | $250 | 2.2 | $550.00 |
| Tesia S. Smith | Case Management Assistant | 2 | Bankruptcy | $135 | 6.3 | $850.50 |
| Total | | | | | 43.9 | $10,250.50 |
| | | | | **Total Fees** | | **$58,815.50** |