## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $9.37 |
| Conference Calling | $152.16 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $296.64 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $12.00 |
| Long distance Telephone Charges | $1.25 |
| Messenger and Delivery Service | $102.06 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $240.29 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$813.77** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $1.37 |
| Conference Calling | $22.19 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $43.26 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $1.75 |
| Long distance Telephone Charges | $0.19 |
| Messenger and Delivery Service | $14.88 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $35.04 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$118.68** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $8.79 |
| Conference Calling | $142.65 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $278.10 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $11.25 |
| Long distance Telephone Charges | $1.17 |
| Messenger and Delivery Service | $95.68 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $225.27 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$762.91** |