## EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 10/20/2017 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member (paralegal) in connection with after-hours preparation and filing of Plan Supplement | $19.53 | $19.53 |
| **TOTALS** | | | | | | $19.53 |

RLF1 18532213v.1