4

## **EXHIBIT A**

### Statement of Fees and Expenses By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 7.30 | $7,892.00 |
| Employment and Fee Applications | 12.30 | $12,742.50 |
| **TOTAL** | **19.60** | **$20,634.50** |