## EXHIBIT B

## Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1250 | 3.30 | 4,125.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 1025 | 16.00 | 16,400.00 |
| Toi D. Hooker | Senior Paralegal | | | 365 | .30 | 109.50 |
| | | | | **TOTAL** | **19.60** | **20,634.50** |

NYCorp 3534423v.1
11/30/2017 SL1 1497369v1 109285.00005
109249.1