## **EXHIBIT C**

## Summary of Actual and Necessary Expenses for the Fee Period

| Service Description | Amount |
|---|---:|
| TRANSCRIPTS | 1,383.10 |
| PACER CHARGERS | 6.60 |
| TOTAL | $ 1,389.70 |