# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 8/18/17 | LEVIN, R. | PARTNER | Transcripts | 1,383.10 | Transcripts – Deposition; TSG Reporting, Inc.; 08/18/2017; Charles Cremens Deposition Transcript. |
| 55152-10034 | 9/30/17 | LEVIN, R. | PARTNER | Pacer Charges | 3.70 | Pacer Chargers |
| 55152-10034 | 10/5/17 | LEVIN, R. | PARTNER | Pacer Charges | 2.90 | Pacer Chargers; Pacer Service Center; 10/06/2017; Period: 07/01/2017 – 09/30/2017 |

NYCorp 3534423v.1
11/30/2017 SL1 1497369v1 109285.00005
109249.1