# CERTIFICATE OF SERVICE

I, Erin R. Fay, hereby certify that on this 30th day of November, 2017, I caused copies of **Elliott Funds' Objection to NextEra Energy, Inc.'s Motion to Stay the Reconsideration Order Pending Appeal** to be served on the parties listed below in the manner listed thereon:

**Via Hand Delivery and Email:**

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

Richard L. Schepacarter, Esq.
Office of the United States Trustee
U. S. Department of Justice
844 King Street, Suite 2207
Lockbox #35
Wilmington, DE 19801
Email: richard.schepacarter@usdoj.gov

Natalie D. Ramsey, Esq.
Davis Lee Wright, Esq.
Mark A. Fink, Esq.
Montgomery, McCracken, Walker
& Rhoads, LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Email:  nramsey@mmwr.com
dwright@mmwr.com
mfink@mmwr.com

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Joseph D. Wright, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801
Email: landis@lrclaw.com
mcguire@lrclaw.com
wright@lrclaw.com

**Via First Class Mail and Email:**

Edward O. Sassower, Esq.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexing Avenue
New York, NY 10022
Email: edward.sassower@kirkland.com
　　　　stephen.hessler@kirkland.com
　　　　brain.schartz@kirkland.com

Andrew G. Dietderich, Esq.
Brian D. Glueckstein, Esq.
John L. Hardiman, Esq.
Alexa J. Kranzley, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Email:  dietdericha@sullcrom.com
　　　　gluecksteinb@sullcrom.com
　　　　hardimanj@sullcrom.com
　　　　kranzleya@sullcrom.com

James H.M. Sprayregen, Esq.
Marc Kieselstein, Esq.
Chad J. Husnick, Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Email: james.sprayregen@kirkland.com
　　　　marc.kieselstein@kirkland.com
　　　　chad.husnick@kirkland.com
　　　　steven.serajeddini@kirkland.com

Dan K. Webb, Esq.
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Email: dwebb@winston.com

Thomas M. Buchanan, Esq.
Winston & Strawn LLP
1700 K Street, NW
Washington, D.C. 20006
Email: tbuchana@winston.com

Howard Seife, Esq.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
Email:
howard.seife@nortonrosefulbright.com

Robin Ball, Esq.
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Email: robin.ball@nortonrosefulbright.com

　　　　　　　　　　　　　　　　*/s/    Erin R. Fay*
　　　　　　　　　　　　　　　　　Erin R. Fay (No. 5268)