# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL E-SIDE] Case Administration | 12.90 | $6,880.50 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 12.80 | $7,979.50 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 447.40 | $385,056.00 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 40.90 | $42,099.50 |
| 12 | [ALL E-SIDE] Hearings | 7.10 | $5,270.50 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 84.50 | $49,431.50 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 4.50 | $2,980.50 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 252.70 | $252,287.00 |
| 26 | [ALL E-SIDE] Retiree & Empl. Issues/OPEB | 1.40 | $1,365.00 |
| 29 | [ALL E-SIDE] Tax Issues | 156.30 | $211,460.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 17.00 | $20,821.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 0.60 | $573.00 |
| | **Totals:** | **1,038.10** | **$986,204.00** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $428.62 |
| Standard Copies or Prints | $319.40 |
| Color Copies or Prints | $266.40 |
| Local Transportation | $21.84 |
| Travel Expense | $689.90 |
| Airfare | $2,040.94 |
| Transportation to/from airport | $911.96 |
| Travel Meals | $113.49 |
| Other Travel Expenses | $74.00 |
| Court Reporter Fee/Deposition | $616.70 |
| Other Court Costs and Fees | $606.33 |
| Outside Copy/Binding Services | $2,653.23 |
| Working Meals/K&E Only | $29.70 |
| Catering Expenses | $5,697.10 |
| Computer Database Research | $871.90 |
| Overtime Transportation | $204.92 |
| Overtime Meals - Attorney | $88.99 |
| Cash Credits | -$2,039.50 |
| **Total:** | **$13,595.92** |