# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 835.00 | 5.40 | $4,509.00 |
| Maxwell Coll | Associate | 2016 | Litigation - General | 630.00 | 50.00 | $31,500.00 |
| Mohsen Ghazi | Associate | 2017 | Taxation | 560.00 | 2.00 | $1,120.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 905.00 | 10.50 | $9,502.50 |
| Austin Klar | Associate | 2013 | Litigation - General | 845.00 | 0.90 | $760.50 |
| Kevin McClelland | Associate | 2016 | Restructuring | 645.00 | 2.50 | $1,612.50 |
| David Moore | Associate | 2015 | Corporate - General | 735.00 | 0.50 | $367.50 |
| Daniel Rudewicz | Associate | 2016 | Restructuring | 735.00 | 16.30 | $11,980.50 |
| Matthew Smart | Associate | 2016 | Restructuring | 645.00 | 2.40 | $1,548.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 905.00 | 63.10 | $57,105.50 |
| Nacif Taousse | Associate | Pending | Restructuring | 555.00 | 73.10 | $40,570.50 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 810.00 | 63.60 | $51,516.00 |
| McClain Thompson | Associate | 2014 | Litigation - General | 725.00 | 60.50 | $43,862.50 |
| Patrick Venter | Associate | 2016 | Restructuring | 645.00 | 46.80 | $30,186.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 955.00 | 99.00 | $94,545.00 |
| Aaron Berlin | Partner | 2011 | Corporate - Debt Finance | 995.00 | 0.80 | $796.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,475.00 | 10.30 | $15,192.50 |
| Jeanne T Cohn-Connor | Partner | 1985 | Environment - Transactional | 1,075.00 | 0.20 | $215.00 |
| Thomas Dobleman | Partner | 2011 | Corporate - Debt Finance | 995.00 | 2.30 | $2,288.50 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,095.00 | 18.10 | $19,819.50 |
| Michael Esser | Partner | 2009 | Litigation - General | 965.00 | 12.70 | $12,255.50 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,525.00 | 0.20 | $305.00 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 995.00 | 36.80 | $36,616.00 |
| Chad J Husnick P.C. | Partner | 2004 | Restructuring | 1,245.00 | 8.80 | $10,956.00 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,155.00 | 5.10 | $5,890.50 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,475.00 | 45.60 | $67,260.00 |
| Michelle Kilkenney, P.C. | Partner | 2002 | Corporate - Debt Finance | 1,225.00 | 3.30 | $4,042.50 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,625.00 | 69.10 | $112,287.50 |
| Andrew R McGaan, P.C. | Partner | 1986 | Litigation - General | 1,325.00 | 7.10 | $9,407.50 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,175.00 | 60.10 | $70,617.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,475.00 | 10.60 | $15,635.00 |
| Veronica Nunn | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 22.20 | $22,089.00 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 995.00 | 6.40 | $6,368.00 |
| John Pitts, P.C. | Partner | 2010 | Corporate - M&A/Private Equity | 1,095.00 | 6.30 | $6,898.50 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,425.00 | 22.10 | $31,492.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Anthony Sexton | Partner | 2011 | Taxation | 1,040.00 | 51.40 | $53,456.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,475.00 | 23.20 | $34,220.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 1,015.00 | 30.40 | $30,856.00 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,295.00 | 6.60 | $8,547.00 |
| **Grand Total** | | | | | **956.30** | **$958,197.50** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Hannah Kupsky | Junior Paralegal | 6 months | Restructuring | 220.00 | 2.40 | $528.00 |
| Colleen Caamano | Litigation Suppt Cons | 3.5 years | Litigation - General | 340.00 | 1.50 | $510.00 |
| Jason Goodman | Litigation Suppt Cons | 11.5 years | Litigation - General | 340.00 | 3.50 | $1,190.00 |
| Kurt Wunderlich | Other | 11.5 years | Admin Services | 680.00 | 1.60 | $1,088.00 |
| Michael S. Fellner | Paralegal | 9.5 years | Litigation - General | 325.00 | 6.50 | $2,112.50 |
| Beth Friedman | Paralegal | 10 years | Restructuring | 420.00 | 2.20 | $924.00 |
| Travis Langenkamp | Paralegal | 12.5 years | Litigation - General | 390.00 | 1.00 | $390.00 |
| Robert Orren | Paralegal | 7 years | Restructuring | 340.00 | 49.60 | $16,864.00 |
| Meghan Rishel | Paralegal | 1 year | Litigation - General | 325.00 | 11.00 | $3,575.00 |
| Library Factual Research | Research Specialist | N/A | Admin Services | 330.00 | 2.50 | $825.00 |
| **Grand Total** | | | | | **81.80** | **$28,006.50** |

| | | | **Total Fees Requested** | | **1,038.10** | **$986,204.00** |
|---|---|---|---|---|---|---|