# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $428.62 |
| Standard Copies or Prints | $244.70 |
| Color Copies or Prints | $213.30 |
| Local Transportation | $21.84 |
| Travel Expense | $689.90 |
| Airfare | $2,040.94 |
| Transportation to/from airport | $911.96 |
| Travel Meals | $113.49 |
| Other Travel Expenses | $74.00 |
| Court Reporter Fee/Deposition | $616.70 |
| Other Court Costs and Fees | $606.33 |
| Outside Copy/Binding Services | $2,653.23 |
| Working Meals/K&E Only | $29.70 |
| Catering Expenses | $5,697.10 |
| Computer Database Research | $871.90 |
| Overtime Transportation | $204.92 |
| Overtime Meals - Attorney | $88.99 |
| Cash Credits | -$2,039.50 |
| **Total:** | **$13,468.12** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $74.70 |
| Color Copies or Prints | $53.10 |
| **Total:** | **$127.80** |