# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

November 28, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201


Attention:  Stephanie Zapata Moore

**Invoice Number:  5217767**
**Client Matter: 14356-109**

---

**In the matter of    [ALL E-SIDE] Expenses**


For legal services rendered through October 31, 2017
(see attached Description of Legal Services for detail)                    $ .00


For expenses incurred through October 31, 2017
(see attached Description of Expenses for detail)                    $ 13,468.12

Total legal services rendered and expenses incurred                    $ 13,468.12

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Third Party Telephone Charges | 428.62 |
| Standard Copies or Prints | 244.70 |
| Color Copies or Prints | 213.30 |
| Local Transportation | 21.84 |
| Travel Expense | 689.90 |
| Airfare | 2,040.94 |
| Transportation to/from airport | 911.96 |
| Travel Meals | 113.49 |
| Other Travel Expenses | 74.00 |
| Court Reporter Fee/Deposition | 616.70 |
| Other Court Costs and Fees | 606.33 |
| Outside Copy/Binding Services | 2,653.23 |
| Working Meals/K&E Only | 29.70 |
| Catering Expenses | 5,697.10 |
| Computer Database Research | 871.90 |
| Overtime Transportation | 204.92 |
| Overtime Meals - Attorney | 88.99 |
| Cash Credits | -2,039.50 |
| | |
| TOTAL EXPENSES | $ 13,468.12 |

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

## Description of Expenses

### Third Party Telephone Charges

| Date | Description | Amount |
| --- | --- | --- |
| 8/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, conf calls | 8.94 |
| 9/13/17 | Beth Friedman, Teleconference, COURTCALL - Telephonic Hearing (Inv# 027428565919) | 30.00 |
| 9/13/17 | Beth Friedman, Teleconference, COURTCALL - Telephonic Hearing (Inv# 027428568681) | 37.00 |
| 9/27/17 | Mark McKane, Internet, Hearing | 21.99 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Conference calls | 4.49 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Conference calls | 4.20 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences with clients and attorneys | 4.07 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conf calls | 58.35 |
| 10/03/17 | Robert Orren, Teleconference, Telephonic Hearing expense | 51.00 |
| 10/04/17 | Robert Orren, Teleconference, Telephonic Hearing. CourtCall ID: 8616536. | 30.00 |
| 10/04/17 | Beth Friedman, Teleconference, CourtCall - Telephonic Hearing (Inv# 027475017694) | 30.00 |
| 10/04/17 | Beth Friedman, Teleconference, CourtCall - Telephonic Hearing (Inv# 027475014956) | 30.00 |
| 10/09/17 | Beth Friedman, Teleconference, CourtCall - Telephonic Hearing (Inv# 027402539789) | 44.00 |
| 10/17/17 | Robert Orren, Teleconference, Court Call Appearance fee | 30.00 |
| 10/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls | 3.59 |
| 10/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls | 0.22 |
| 10/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls | 3.03 |
| 10/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls | 4.61 |
| 10/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls | 0.48 |
| 10/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 | 4.40 |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| | COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls | |
| 10/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls | 4.51 |
| 10/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Teleconference charges for October 2017 - M. Coll. | 15.46 |
| 10/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls | 8.28 |
| | **Total:** | **428.62** |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 10/02/17 | Standard Prints | 17.80 |
| 10/02/17 | Standard Prints | 2.50 |
| 10/02/17 | Standard Prints | 10.20 |
| 10/02/17 | Standard Prints | 0.10 |
| 10/02/17 | Standard Prints | 1.10 |
| 10/03/17 | Standard Prints | 4.70 |
| 10/03/17 | Standard Prints | 7.60 |
| 10/03/17 | Standard Prints | 0.60 |
| 10/03/17 | Standard Prints | 0.30 |
| 10/03/17 | Standard Prints | 3.90 |
| 10/03/17 | Standard Prints | 3.90 |
| 10/04/17 | Standard Prints | 0.70 |
| 10/04/17 | Standard Prints | 1.90 |
| 10/04/17 | Standard Prints | 1.10 |
| 10/04/17 | Standard Prints | 0.30 |
| 10/04/17 | Standard Prints | 5.10 |
| 10/05/17 | Standard Prints | 5.60 |
| 10/05/17 | Standard Prints | 5.40 |
| 10/06/17 | Standard Prints | 0.30 |
| 10/09/17 | Standard Prints | 0.10 |
| 10/09/17 | Standard Prints | 2.90 |
| 10/09/17 | Standard Prints | 2.70 |
| 10/10/17 | Standard Prints | 1.10 |
| 10/10/17 | Standard Prints | 6.50 |
| 10/10/17 | Standard Prints | 8.50 |
| 10/10/17 | Standard Prints | 1.10 |
| 10/11/17 | Standard Prints | 7.20 |
| 10/11/17 | Standard Prints | 1.80 |
| 10/11/17 | Standard Prints | 0.60 |
| 10/11/17 | Standard Prints | 3.40 |
| 10/11/17 | Standard Prints | 2.80 |
| 10/12/17 | Standard Prints | 0.80 |
| 10/13/17 | Standard Prints | 0.10 |
| 10/13/17 | Standard Prints | 3.60 |
| 10/13/17 | Standard Prints | 0.90 |
| 10/13/17 | Standard Prints | 0.10 |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| Date | Description | Amount |
|------|-------------|-------:|
| 10/13/17 | Standard Prints | 0.50 |
| 10/16/17 | Standard Prints | 1.00 |
| 10/16/17 | Standard Prints | 0.70 |
| 10/16/17 | Standard Prints | 0.20 |
| 10/16/17 | Standard Prints | 0.30 |
| 10/17/17 | Standard Prints | 2.50 |
| 10/17/17 | Standard Prints | 0.20 |
| 10/17/17 | Standard Prints | 0.10 |
| 10/19/17 | Standard Prints | 0.60 |
| 10/19/17 | Standard Prints | 3.10 |
| 10/19/17 | Standard Prints | 5.30 |
| 10/19/17 | Standard Prints | 2.70 |
| 10/19/17 | Standard Prints | 13.80 |
| 10/19/17 | Standard Prints | 0.80 |
| 10/19/17 | Standard Prints | 0.70 |
| 10/20/17 | Standard Prints | 0.80 |
| 10/20/17 | Standard Prints | 1.80 |
| 10/20/17 | Standard Prints | 1.00 |
| 10/20/17 | Standard Prints | 3.20 |
| 10/23/17 | Standard Prints | 4.00 |
| 10/23/17 | Standard Prints | 9.40 |
| 10/23/17 | Standard Prints | 0.10 |
| 10/24/17 | Standard Prints | 3.00 |
| 10/24/17 | Standard Prints | 12.40 |
| 10/24/17 | Standard Prints | 0.30 |
| 10/25/17 | Standard Copies or Prints | 0.20 |
| 10/25/17 | Standard Prints | 2.60 |
| 10/25/17 | Standard Prints | 0.20 |
| 10/25/17 | Standard Prints | 3.20 |
| 10/25/17 | Standard Prints | 0.50 |
| 10/26/17 | Standard Prints | 4.20 |
| 10/26/17 | Standard Prints | 0.80 |
| 10/26/17 | Standard Prints | 5.00 |
| 10/27/17 | Standard Copies or Prints | 0.30 |
| 10/27/17 | Standard Prints | 3.80 |
| 10/27/17 | Standard Prints | 0.80 |
| 10/27/17 | Standard Prints | 7.30 |
| 10/27/17 | Standard Prints | 1.40 |
| 10/30/17 | Standard Prints | 19.50 |
| 10/30/17 | Standard Prints | 4.00 |
| 10/30/17 | Standard Prints | 4.20 |
| 10/30/17 | Standard Prints | 0.40 |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| 10/30/17 | Standard Prints | 0.50 |
| | **Total:** | **244.70** |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses


## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|--------|
| 10/02/17 | Color Prints | 11.10 |
| 10/02/17 | Color Prints | 3.90 |
| 10/02/17 | Color Prints | 6.90 |
| 10/02/17 | Color Prints | 8.70 |
| 10/02/17 | Color Prints | 6.90 |
| 10/02/17 | Color Prints | 3.30 |
| 10/02/17 | Color Prints | 3.90 |
| 10/02/17 | Color Prints | 3.60 |
| 10/02/17 | Color Prints | 0.60 |
| 10/02/17 | Color Prints | 4.80 |
| 10/02/17 | Color Prints | 8.70 |
| 10/02/17 | Color Prints | 2.10 |
| 10/02/17 | Color Prints | 0.60 |
| 10/02/17 | Color Prints | 6.90 |
| 10/02/17 | Color Prints | 2.70 |
| 10/02/17 | Color Prints | 5.10 |
| 10/03/17 | Color Prints | 0.90 |
| 10/03/17 | Color Prints | 0.90 |
| 10/03/17 | Color Prints | 2.40 |
| 10/03/17 | Color Prints | 1.20 |
| 10/03/17 | Color Prints | 0.90 |
| 10/03/17 | Color Prints | 3.00 |
| 10/03/17 | Color Prints | 0.90 |
| 10/03/17 | Color Prints | 0.90 |
| 10/03/17 | Color Prints | 0.60 |
| 10/03/17 | Color Prints | 1.50 |
| 10/03/17 | Color Prints | 8.70 |
| 10/03/17 | Color Prints | 0.30 |
| 10/03/17 | Color Prints | 1.20 |
| 10/03/17 | Color Prints | 0.90 |
| 10/03/17 | Color Prints | 0.30 |
| 10/03/17 | Color Prints | 0.90 |
| 10/03/17 | Color Prints | 6.90 |
| 10/03/17 | Color Prints | 1.20 |
| 10/03/17 | Color Prints | 0.90 |
| 10/03/17 | Color Prints | 2.40 |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 10/03/17 | Color Prints | 1.20 |
| 10/03/17 | Color Prints | 0.30 |
| 10/03/17 | Color Prints | 0.90 |
| 10/03/17 | Color Prints | 2.70 |
| 10/03/17 | Color Prints | 1.20 |
| 10/03/17 | Color Prints | 2.40 |
| 10/03/17 | Color Prints | 7.50 |
| 10/03/17 | Color Prints | 9.90 |
| 10/04/17 | Color Prints | 0.30 |
| 10/04/17 | Color Prints | 0.90 |
| 10/04/17 | Color Prints | 0.30 |
| 10/05/17 | Color Prints | 0.30 |
| 10/12/17 | Color Prints | 19.20 |
| 10/19/17 | Color Prints | 1.50 |
| 10/19/17 | Color Prints | 0.30 |
| 10/19/17 | Color Prints | 0.60 |
| 10/19/17 | Color Prints | 0.30 |
| 10/19/17 | Color Prints | 0.30 |
| 10/19/17 | Color Prints | 3.00 |
| 10/19/17 | Color Prints | 0.30 |
| 10/19/17 | Color Prints | 0.30 |
| 10/19/17 | Color Prints | 0.30 |
| 10/19/17 | Color Prints | 0.30 |
| 10/23/17 | Color Prints | 1.80 |
| 10/23/17 | Color Prints | 0.60 |
| 10/23/17 | Color Prints | 0.30 |
| 10/23/17 | Color Prints | 0.30 |
| 10/23/17 | Color Prints | 0.30 |
| 10/23/17 | Color Prints | 0.90 |
| 10/25/17 | Color Prints | 0.60 |
| 10/25/17 | Color Prints | 1.20 |
| 10/25/17 | Color Prints | 4.20 |
| 10/25/17 | Color Prints | 3.00 |
| 10/25/17 | Color Prints | 2.40 |
| 10/25/17 | Color Prints | 2.70 |
| 10/25/17 | Color Prints | 0.90 |
| 10/25/17 | Color Prints | 0.60 |
| 10/25/17 | Color Prints | 0.60 |
| 10/25/17 | Color Prints | 0.60 |
| 10/27/17 | Color Prints | 21.00 |
| 10/30/17 | Color Prints | 0.30 |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

    **Total:**                         **213.30**

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Local Transportation

| Date | Description | Amount |
|------|-------------|--------|
| 10/02/17 | Bryan Stephany, Taxi, Hearing | 12.76 |
| 10/03/17 | Bryan Stephany, Taxi, Hearing | 9.08 |
| | **Total:** | **21.84** |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Expense

| Date | Description | Amount |
|------|-------------|--------|
| 9/27/17 | Mark McKane, Lodging, Wilmington, DE 09/26/2017 to 09/27/2017, Hearing | 350.00 |
| 10/02/17 | Bryan Stephany, Lodging, Wilmington, DE 10/02/2017 to 10/03/2017, Hearing | 339.90 |
| | **Total:** | **689.90** |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Airfare

| Date | Description | Amount |
|------|-------------|--------|
| 9/22/17 | Mark McKane, Airfare, Phildelphia, PA 09/26/2017 to 09/27/2017, Hearing, DEN to PHL to SFO | 1,340.54 |
| 9/29/17 | Bryan Stephany, Airfare, Philadelphia, PA 10/02/2017 to 10/03/2017, Hearing, ILM to PHL to ILM | 642.40 |
| 9/29/17 | Bryan Stephany, Agency Fee, Hearing | 58.00 |
| | **Total:** | **2,040.94** |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Transportation to/from airport

| Date | Description | Amount |
|------|-------------|-------:|
| 7/07/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (TP), Transportation to/from Airport, MARC KIESELSTEIN 06/29/2017, Dallas Airport to 1530 Main Street, Dallas, TX | 75.00 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From 2257 Francisco St San Francisco  CA 94123  USA To Terminal 3  San Francisco  CA 94128  USA 08/05/17 | 72.24 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From 352 W 58th St  New York  NY 10019  USA To Terminal C  Newark  NJ 07114  USA 08/11/17 | 100.00 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From Terminal 3  San Francisco  CA 94128  USA To Terminal 2  San Francisco  CA 94128  USA 08/11/17 | 72.24 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From 2266 Francisco St San Francisco  CA 94123  USA To Terminal 2  San Francisco  CA 94128  USA 08/19/17 | 72.52 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From 1 Garage Access Rd Philadelphia  PA 19153  USA To 501 Market St Philadelphia  PA 19106  USA 08/21/17 | 65.48 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From 122 S 18th St Philadelphia  PA 19103  USA To Airport Hotel  1 Arrivals Rd Philadelphia  PA 19153  USA 08/21/17 | 47.01 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From 6 Domestic Terminals Departures Level  San Francisco  CA 94128  USA To 2266 Francisco St  San Francisco  CA 94123  USA 08/22/17 | 75.00 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Klar Austin To/From Airport From 411 Francisco St  San Francisco  CA 94133  USA To 106 Domestic Terminals Departures Level  San Francisco  CA 94128  USA 08/15/17 | 25.62 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Klar Austin To/From Airport From 10 Domestic Terminals Departures Level  San Francisco  CA 94128  USA To 411 Francisco St  San Francisco  CA 94133  USA 08/17/17 | 19.58 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR | 23.64 |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

|  |  |  |
|---|---|---:|
|  | (NT), Transportation to/from Airport, Klar Austin To/From Airport From 411 Francisco St  San Francisco  CA 94133  USA To 116 Domestic Terminals Arrivals Level  San Francisco  CA 94128 USA 08/19/17 |  |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Klar Austin To/From Airport From 116 Domestic Terminals Departures Level  San Francisco  CA 94128  USA To 403-445 Francisco St  San Francisco CA 94133  USA 08/22/17 | 25.74 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Terteryan  Anna To/From Airport From 577 Vallejo St  San Francisco  CA 94133  USA To 110 Domestic Terminals Departures Level  San Francisco  CA 94128  USA 08/07/17 | 35.92 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Terteryan  Anna To/From Airport From Express Rd Newark  NJ 07114  USA To 153-165 E 51st St  New York NY 10022  USA 08/08/17 | 50.03 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Terteryan  Anna To/From Airport From 99 Pollard Pl San Francisco  CA 94133  USA To Terminal 3 San Francisco  CA 94128  USA 08/19/17 | 62.38 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Terteryan  Anna To/From Airport From 10 Domestic Terminals Departures Level  San Francisco  CA 94128 USA To 551 Vallejo St  San Francisco CA 94133  USA 08/22/17 | 33.71 |
| 10/03/17 | Bryan Stephany, Transportation To/From Airport, Hearing, Wilmington, DE to Philadelphia, PA | 55.85 |
|  | **Total:** | **911.96** |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Meals

| Date | Description | Amount |
|------|-------------|--------|
| 10/02/17 | Bryan Stephany, Travel Meals, Wilmington, NC Hearing, Breakfast (1) | 12.49 |
| 10/02/17 | Bryan Stephany, Travel Meals, Wilmington, DE Hearing, Dinner (1) | 40.00 |
| 10/19/17 | Chad Husnick, Travel Meals, New York, NY Restructuring Tony Horton-EFH, Dinner (2) | 40.00 |
| 10/20/17 | Chad Husnick, Travel Meals, New York, NY Restructuring, Dinner (1) | 21.00 |
| | **Total:** | **113.49** |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Other Travel Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 9/27/17 | Mark McKane, Parking, San Francisco International Airport Hearing | 54.00 |
| 10/03/17 | Bryan Stephany, Parking, Wilmington, NC Hearing | 20.00 |
| | **Total:** | **74.00** |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Court Reporter Fee/Deposition

| Date | Description | Amount |
|------|-------------|--------|
| 10/09/17 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original, Electronic & Certified Transcripts, etc. | 276.07 |
| 10/17/17 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original, Electronic & Certified Transcript Costs, etc. | 340.63 |
| | **Total:** | **616.70** |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Other Court Costs and Fees

| Date | Description | Amount |
|---|---|---|
| 10/02/17 | E-VERITEXT - PO BOX 71303 (NT), Court Costs and Fees, Original, Electronic & Certified Transcripts, etc. | 48.30 |
| 10/05/17 | E-VERITEXT - PO BOX 71303 (NT), Court Costs and Fees, Original, Electronic & Certified Transcript Costs, etc. | 398.75 |
| 10/17/17 | E-VERITEXT - PO BOX 71303 (NT), Court Costs and Fees, Original, Electronic & Certified Transcript Costs, etc. | 159.28 |
| | **Total:** | **606.33** |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Outside Copy/Binding Services

| Date | Description | Amount |
|------|-------------|--------|
| 7/11/17 | E-EMPIRE DISCOVERY LLC - 148 MADISON AVENUE 9TH FLOOR (TP), Outside Copy/Binding, Blowbacks Assembly, etc. | 2,653.23 |
| | **Total:** | **2,653.23** |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Working Meals/K&E Only**

| Date | Description | Amount |
|------|-------------|--------|
| 9/26/17 | Bryan Stephany, Working Meal/K&E Only, Washington DC Overtime meal. | 29.70 |
| | **Total:** | **29.70** |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Catering Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 8/04/17 | FLIK, Catering Expenses, Client Meeting (10), Yenamandra, Aparna, 8/4/2017 | 200.00 |
| 8/08/17 | FLIK, Catering Expenses, Client Meeting (8), McKane, Mark, 8/8/2017 | 160.00 |
| 8/09/17 | FLIK, Catering Expenses, Client Meeting (9), McKane, Mark, 8/9/2017 | 180.00 |
| 8/09/17 | FLIK, Catering Expenses, Client Meeting (9), McKane, Mark, 8/9/2017 | 180.00 |
| 8/09/17 | FLIK, Catering Expenses, Client Meeting (5), Yenamandra, Aparna, 8/9/2017 | 187.10 |
| 8/10/17 | FLIK, Catering Expenses, Client Meeting (10), McKane, Mark, 8/10/2017 | 200.00 |
| 8/10/17 | FLIK, Catering Expenses, Client Meeting (18), McKane, Mark, 8/10/2017 | 360.00 |
| 8/10/17 | FLIK, Catering Expenses, Client Meeting (23), McKane, Mark, 8/10/2017 | 460.00 |
| 8/10/17 | FLIK, Catering Expenses, Client Meeting (4), McKane, Mark, 8/10/2017 | 80.00 |
| 8/11/17 | FLIK, Catering Expenses, Client Meeting (10), McKane, Mark, 8/11/2017 | 200.00 |
| 8/11/17 | FLIK, Catering Expenses, Client Meeting (15), McKane, Mark, 8/11/2017 | 120.00 |
| 8/11/17 | FLIK, Catering Expenses, Client Meeting (20), McKane, Mark, 8/11/2017 | 400.00 |
| 8/11/17 | FLIK, Catering Expenses, Client Meeting (36), McKane, Mark, 8/11/2017 | 720.00 |
| 8/15/17 | FLIK, Catering Expenses, Client Meeting (5), McKane, Mark, 8/15/2017 | 100.00 |
| 8/15/17 | FLIK, Catering Expenses, Client Meeting (15), McKane, Mark, 8/15/2017 | 300.00 |
| 8/15/17 | FLIK, Catering Expenses, Client Meeting (20), McKane, Mark, 8/15/2017 | 400.00 |
| 8/16/17 | FLIK, Catering Expenses, Client Meeting (6), Venter, Patrick, 8/16/2017 | 120.00 |
| 8/16/17 | FLIK, Catering Expenses, Client Meeting (6), Venter, Patrick, 8/16/2017 | 120.00 |
| 8/17/17 | FLIK, Catering Expenses, Client Meeting (6), Venter, Patrick, 8/17/2017 | 120.00 |
| 8/17/17 | FLIK, Catering Expenses, Client Meeting (6), Venter, Patrick, 8/17/2017 | 120.00 |
| 8/17/17 | FLIK, Catering Expenses, Client Meeting (10), Venter, Patrick, 8/17/2017 | 200.00 |
| 8/18/17 | FLIK, Catering Expenses, Client Meeting (7), Venter, Patrick, 8/18/2017 | 140.00 |
| 8/18/17 | FLIK, Catering Expenses, Client Meeting (7), Venter, Patrick, 8/18/2017 | 140.00 |
| 8/19/17 | FLIK, Catering Expenses, Client Meeting (5), McKane, Mark, 8/19/2017 | 100.00 |
| 8/19/17 | FLIK, Catering Expenses, Client Meeting (1), McKane, Mark, 8/19/2017 | 230.00 |
| 8/19/17 | FLIK, Catering Expenses, Client Meeting (20), McKane, Mark, 8/19/2017 | 160.00 |
| | **Total:** | **5,697.10** |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Computer Database Research

| Date | Description | Amount |
|------|-------------|-------:|
| 10/06/17 | PACER SERVICE CENTER, Computer Database Research, 7/17 - 9/17 | 561.90 |
| 10/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 9/13/2017 | 34.00 |
| 10/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 9/20/2017 | 17.00 |
| 10/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 9/25/2017 | 52.00 |
| 10/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 9/27/2017 | 114.00 |
| 10/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 9/29/2017 | 8.00 |
| 10/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 9/30/2017 | 56.00 |
| 10/11/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Hannah Kupsky on 9/12/2017 | 29.00 |
| | **Total:** | **871.90** |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Transportation

| Date | Description | Amount |
|------|-------------|--------|
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Esser Michael Overtime Transportation From 601 Lexington Avenue  New York  NY 10022  USA To 909-913 3rd Ave New York  NY 10022  USA 08/07/17 | 10.50 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Esser Michael Overtime Transportation From 358 W 58th St  New York  NY 10019  USA To 645 Lexington Ave New York  NY 10022  USA 08/08/17 | 24.99 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Esser Michael Overtime Transportation From 345-399 W 58th St  New York  NY 10019  USA To 642-644 Lexington Ave New York  NY 10022  USA 08/09/17 | 23.30 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Esser Michael Overtime Transportation From 352 W 58th St  New York  NY 10019  USA To 417 Park Ave  New York NY 10022  USA 08/10/17 | 21.02 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Esser Michael Overtime Transportation From 345 Park Avenue  345 Park Ave  New York  NY 10154  USA To 320 Park Ave  New York  NY 10022  USA 08/10/17 | 10.50 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Esser Michael Overtime Transportation From 356 W 58th St  New York  NY 10019  USA To 619-635 Lexington Ave New York  NY 10022  USA 08/11/17 | 21.43 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Esser Michael Overtime Transportation From 62-98 S 10th St  Philadelphia  PA 19107  USA To 119-121 S 18th St Philadelphia  PA 19103  USA 08/21/17 | 15.86 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Esser Michael Overtime Transportation From 705 San Bruno Ave  San Francisco  CA 94128  USA To Cancelled Trip 08/22/17 | 5.25 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Klar  Austin Overtime Transportation From 200-250 San Jacinto Blvd  Austin  TX 78701  USA To 3600 Presidential Blvd  Austin  TX 78719  USA 08/17/17 | 10.26 |
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Terteryan Anna Overtime Transportation From 644 Lexington Ave  New York  NY 10022  USA To 201-207 W 30th St New York  NY 10001  USA 08/10/17 | 19.19 |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 9/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Terteryan Anna Overtime Transportation From 175-191 Berkeley St  Boston  MA 02116  USA To 6 Bennett St Cambridge  MA 02138  USA 08/10/17 | 16.54 |
| 9/13/17 | Michael Petrino, Taxi, Overtime transportation | 13.01 |
| 10/03/17 | Nacif Taousse, Taxi, OT Cab Fare.  Worked 10/2 and left KE office 10/3 @ 12:31 AM. | 13.07 |
| | **Total:** | **204.92** |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

### Description of Expenses

**Overtime Meals - Attorney**

| Date | Description | Amount |
|------|-------------|--------|
| 9/13/17 | Michael Petrino, Overtime Meals - Attorney, Overtime meal | 8.85 |
| 9/17/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Chaikin Rebecca 09/11/2017 | 20.00 |
| 9/30/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Sexton Anthony 09/25/2017  OT Meal | 12.64 |
| 9/30/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Sexton Anthony 09/28/2017  OT Meal | 20.00 |
| 10/01/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Taousse Nacif 09/28/2017 | 20.00 |
| 10/11/17 | Anna Terteryan, Overtime Meals - Attorney, OT Meal. | 7.50 |
| | **Total:** | **88.99** |

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

### Description of Expenses

**Cash Credits**

| Date | Description | Amount |
|---|---|---|
| 10/03/17 | Cash Credits WILMINGTON HOTEL XXXIII OWNER LLC | (2,039.50) |
| | **Total:** | **(2,039.50)** |

**TOTAL EXPENSES**      13,468.12

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

November 28, 2017

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Stephanie Zapata Moore

**Invoice Number:  5217770**
**Client Matter: 14356-112**

**In the matter of    [EFH] Expenses**

For legal services rendered through October 31, 2017
(see attached Description of Legal Services for detail)                    $ .00

For expenses incurred through October 31, 2017
(see attached Description of Expenses for detail)                    $ 127.80

Total legal services rendered and expenses incurred                    $ 127.80

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
     112 - [EFH] Expenses

## **Description of Expenses**

| **Description** | **Amount** |
| --- | --- |
| Standard Copies or Prints | 74.70 |
| Color Copies or Prints | 53.10 |
| | |
| TOTAL EXPENSES | $ 127.80 |

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|--------|
| 10/04/17 | Standard Prints | 0.30 |
| 10/05/17 | Standard Prints | 52.40 |
| 10/05/17 | Standard Prints | 1.50 |
| 10/09/17 | Standard Prints | 1.20 |
| 10/11/17 | Standard Prints | 0.50 |
| 10/16/17 | Standard Prints | 3.10 |
| 10/20/17 | Standard Prints | 12.60 |
| 10/30/17 | Standard Prints | 3.10 |
| | **Total:** | **74.70** |

Beijing    Boston    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Legal Services for the Period Ending October 31, 2017
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 10/03/17 | Color Prints | 0.90 |
| 10/04/17 | Color Prints | 5.70 |
| 10/04/17 | Color Prints | 0.90 |
| 10/04/17 | Color Prints | 0.60 |
| 10/04/17 | Color Prints | 0.60 |
| 10/09/17 | Color Prints | 5.10 |
| 10/11/17 | Color Prints | 0.90 |
| 10/16/17 | Color Prints | 9.90 |
| 10/16/17 | Color Prints | 28.20 |
| 10/20/17 | Color Prints | 0.30 |
| | **Total:** | **53.10** |

**TOTAL EXPENSES**  127.80