**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 11887** |
| | ) | |

**CERTIFICATE OF COUNSEL REGARDING
STIPULATION AND PROPOSED ORDER WITH RESPECT TO
THE USE OF THE ANKURA REPORT IN THE CONFIRMATION PROCEEDINGS**

The undersigned hereby certifies as follows:

1. On September 11, 2017, the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") filed the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11887] (as may be further amended or modified, the "Plan").

2. On October 21, 2016, in connection with the prior confirmation proceedings, the Debtors served the *Forecast of the Cost of Resolving All Asbestos-Related Bodily Injury Claims Against Energy Future Holdings Corp. (E-Side)* (the "Ankura Report") of Thomas E. Vasquez,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 18539321v.2

Ph.D., and in subsequent proceedings the Debtors and certain of the Asbestos Objectors[2] stipulated to the use of the Ankura Report.

3. On November 14, 2017, the Debtors provided notice of their intent to rely on the Ankura Report in connection with the Confirmation Proceedings.

4. The Parties have agreed and entered into the Stipulation and Proposed Order regarding the use of the Ankura Report in the Confirmation Proceedings. A copy of the Stipulation and Proposed Order is attached hereto as **Exhibit A**.

WHEREFORE, the Debtors respectfully request that the Court enter the Stipulation and Proposed Order, attached hereto as **Exhibit A**, at its earliest convenience.

[*Signature page follows.*]

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Proposed Order, attached as **Exhibit A** hereto (the "Stipulation and Proposed Order").

| | |
|---|---|
| Dated: December 1, 2017<br>Wilmington, Delaware | */s/ Joseph C. Barsalona II* |

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
Joseph C. Barsalona II (No. 6102)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
   defranceschi@rlf.com
   madron@rlf.com
   barsalona@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
   stephen.hessler@kirkland.com
   brian.schartz@kirkland.com
   aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
   marc.kieselstein@kirkland.com
   chad.husnick@kirkland.com
   steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession