# EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 10.7 | $2,265.00 |
| [ALL] Case Administration | 7.5 | $1,608.00 |
| [ALL] Plan and Disclosure Statements | 1.3 | $455.00 |
| [ALL] Non-BK Retention and Fee Applications | 1.4 | $490.00 |
| [ALL] Contested Matters & Adv. Proceed. | 1.5 | $525.00 |
| [ALL] Hearings | 2.7 | $945.00 |
| [EFH] Contested Matters & Adv Proceed. | 42.4 | $12,803.00 |
| **Total** | **67.5** | **$19,091.00** |