# **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| Court Fees | $380.00 |
| In-House Reproduction | $170.80 |
| Online Research - Pacer | $21.60 |
| Other - Meals | $30.00 |
| Other Professionals - Reliable | $362.65 |
| Other Professionals - Veritext | $70.80 |
| Outside Printing | $16.80 |
| **Total** | **$1,052.65** |
| | |