# EXHIBIT D

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---:|
| 10-10-2017 | Court Fees | Initiate Vistra Case | $350.00 |
| 10-10-2017 | Online Research | Pacer | $19.30 |
| 10-12-2017 | Other Professionals | Reliable | $362.65 |
| 10-12-2017 | In-House Reproduction | Photocopies (1,568) | $156.80 |
| 10-13-2017 | Outside Printing | Printing (168) | $16.80 |
| 10-13-2017 | Other - Meals | Meals | $30.00 |
| 10-13-2017 | In-House Reproduction | Photocopies (140) | $14.00 |
| 10-17-2017 | Court Fees | CourtCall | $30.00 |
| 10-24-2017 | Online Research | Pacer | $2.30 |
| 10-26-2017 | Other Professionals | Veritext | $70.80 |
| **TOTAL** | | | **$1,052.65** |