UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Energy Future Holdings Corp., et al. | ) | Case No. 14-10979-CSS |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## NOTICE OF WITHDRAWAL OF ATTORNEY

Please take notice that I, Michelle McMahon, hereby withdraw my appearance as counsel for Computershare Trust Company, N.A., and Computershare Trust Company of Canada in its capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senior Secured Second Lien Notes due 2022 issued by Energy Future Intermediate Holding Company, LLC and EFIH Finance Inc. as a result of my resignation from Bryan Cave LLP and acceptance of a position with Cullen and Dykman LLP effective November 20, 2017. Please remove me from all 2002 and ecf notice lists.

Respectfully,

/s/Michelle McMahon
CULLEN AND DYKMAN LLP
Michelle McMahon (No. 3900)
44 Wall St.
New York, New York 10005
Telephone: 212-510-2296
Facsimile: 212-742-1219
Email: mmcmahon@cullenanddykman.com