# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  )  Case No. 14-10979 (CSS) ) Jointly Administered |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) ) ) |
| Debtors. | ) Re: Docket No. 12262 |

## NOTICE OF ADJOURNMENT OF HEARING ON EFH INDENTURE TRUSTEE'S MOTION FOR PAYMENT OF ALLOWED ADMINISTRATIVE EXPENSE CLAIM PURSUANT TO 11 U.S.C. § 503(b)(1)(A)

PLEASE TAKE NOTICE that the hearing on the *EFH Indenture Trustee's Motion for Payment of Allowed Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A)* [D.I. 12262] (the "Motion"), previously scheduled for December 11, 2017 at 10:00 a.m. (ET) before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801, has been adjourned to **January 29, 2018 at 10:00 a.m. (ET)**.

[*Signature Page to Follow*]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

| | |
|---|---|
| Dated: Wilmington, DE<br>December 5, 2017 | **CROSS & SIMON, LLC**<br><br>*/s/ Christopher P. Simon*<br>Christopher P. Simon (No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>csimon@crosslaw.com<br><br>- and -<br><br>NIXON PEABODY LLP<br>Amanda D. Darwin<br>Richard C. Pedone<br>George J. Skelly<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 345-1000<br>Facsimile: (617) 345-1300<br>adarwin@nixonpeabody.com<br>rpedone@nixonpeabody.com<br>gskelly@nixonpeabody.com<br><br>-and-<br><br>Christopher J. Fong<br>55 West 46th Street<br>New York, NY 10036<br>Telephone: 212-940-3724<br>Facsimile: 855-900-8613<br>cfong@nixonpeabody.com<br><br>*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee* |