## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| CASE ADMINISTRATION - GENERAL | .50 | $367.50 |
| FEE APPLICATIONS - OTHERS | 11.50 | $5,234.50 |
| FEE APPLICATIONS – S&L | 8.00 | $3,092.00 |
| HEARINGS | 1.10 | $808.50 |
| PLANS OF REORGANIZATION | 3.60 | $2,646.00 |
| PLEADINGS, MOTIONS, AND BRIEFS | .50 | 367.50 |
| NEXTERA ENERGY, INC. ADVERSARY PROC. | 1.80 | $495.00 |
| **TOTAL** | **27.00** | **$13,011.00** |