## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Practice Group | 2016 Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | $735.00 | 13.10 | $9,628.50 |
| Jason D. Angelo | Associate | 2013 (NJ) 2014 (DE) 2016 (PA) | Bankruptcy and Financial Restructuring | $275.00 | 9.50 | $2,612.50 |
| Calla O. Masters | Legal Assistant | N/A | Bankruptcy Support | $175.00 | 4.40 | $770.00 |
| | | | | **TOTAL:** | **27.00** | **$13,011.00** |

---

[1] These hourly rates represent in the aggregate an increase of approximately 2.9% over S&L's rates for 2015 and are in accordance with S&L's policy of reviewing and increasing its rates annually to reflect its attorneys' increased seniority and experience. The anticipated occurrence of these increases was expressly stated in S&L's engagement letter (at page 3) and agreed to by EFIH.

12/05/2017 SL1 1498157v1 109285.00006