## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| DOCUMENT REPRODUCTION | $13.90 |
| COURT CALL | $58.00 |
| **TOTAL** | **$71.90** |