## EXHIBIT D

## Detailed Description of Expenses and Disbursements

| MATTER | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 109285-00002 | 10/13/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 10/13/17 | $0.40 | DOCUMENT REPRODUCTION |
| 109285-00002 | 10/13/17 | $0.60 | DOCUMENT REPRODUCTION |
| 109285-00002 | 10/13/17 | $0.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 10/18/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 10/26/17 | $0.40 | DOCUMENT REPRODUCTION |
| 109285-00002 | 10/26/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 10/26/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 10/26/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 10/27/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 10/27/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00013 | 10/3/17 | $1.75 | DOCUMENT REPRODUCTION |
| 109285-00013 | 10/3/17 | $8.50 | DOCUMENT REPRODUCTION |
| 109285-00013 | 10/5/17 | $0.25 | DOCUMENT REPRODUCTION |
| 109285-00013 | 10/12/17 | $0.75 | DOCUMENT REPRODUCTION |
| 109285-00013 | 10/13/17 | $0.25 | DOCUMENT REPRODUCTION |
| 109285-00013 | 10/13/17 | $58.00 | COURTCALL LLC: ID 8655242 |