## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
: 
In re: : Chapter 11
: 
Energy Future Holdings, Inc., *et al.*,[1] : Case No. 14-10979 (CSS)
: 
Debtors. : (Jointly Administered)
: 
: **Re: D.I. 12243, 12287, 12288,**
: **12289**
---------------------------------------------------------------- X

### DECLARATION OF THOMAS BUCHANAN IN SUPPORT OF NEXTERA'S REPLY IN SUPPORT OF ITS MOTION TO STAY THE RECONSIDERATION ORDER PENDING APPEAL

Thomas Buchanan, pursuant to 28 U.S.C. § 1746, hereby declares under penalty of perjury as follows:

1. I am a partner at Winston & Strawn LLP, attorneys for NextEra Energy, Inc. ("NextEra") in the above-captioned bankruptcy case.

2. I make this declaration to present certain documents referenced in *NextEra's Reply in Support of its Motion to Stay the Reconsideration Order Pending Appeal* (the "Reply"), filed contemporaneously herewith. All capitalized terms not defined herein shall have the meanings ascribed to them in the Application.

3. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the hearing held before the Bankruptcy Court on September 19, 2017.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 6, 2017 in Washington, D.C.

*/s/ Thomas M. Buchanan*
Thomas M. Buchanan
