# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) (Jointly Administered) |
| Debtors. | |

## NOTICE OF WITHDRAWAL OF APPEARANCE OF JASON D. ANGELO

**PLEASE TAKE NOTICE** that Jason D. Angelo hereby withdraws as Independent Counsel for Energy Future Intermediate Holding Company LLC in the above-captioned bankruptcy case. The law firm of Stevens & Lee, P.C. continues to serve as Independent Counsel for Energy Future Intermediate Holding Company LLC in the bankruptcy case.

Dated: December 6, 2017

*/s/ Jason D. Angelo*
Jason D. Angelo (DE ID No. 6009)
919 N. Market Street, Suite 1300
Wilmington, DE 19801
Telephone: (302) 425-3211
Facsimile: (610) 371-7956
E-mail: jda@stevenslee.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## **CERTIFICATE OF SERVICE**

The undersigned certifies that a true and correct copy of the foregoing **NOTICE OF WITHDRAWAL OF APPEARANCE OF JASON D. ANGELO** has been filed electronically, is available for viewing and downloading via CM/ECF, and has also been duly served via electronic notice upon all parties receiving such service in the foregoing matter.

Dated: December 6, 2017                                              */s/ Jason D. Angelo*
                                                                                           Jason D. Angelo