# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 11, 2017 STARTING AT 10:00 A.M. (EST)[2]

I. **RESOLVED/CONTINUED MATTERS:**

1. Motion of the Reorganized TCEH Debtors for Entry of an Order Enforcing the October 3, 2017 Order [D.I. 12240; filed November 16, 2017]

    Response/Objection Deadline:    November 30, 2017 at 4:00 p.m. (EST)

    Responses/Objections Received:    None.

    Related Documents:

    i. Declaration of Bryan M. Stephany in Support of the Motion of the Reorganized TCEH Debtors for Entry of an Order Enforcing the October 3, 2017 Order [D.I. 12241; filed November 16, 2017]

    ii. Certification of No Objection Regarding "Motion of the Reorganized TCEH Debtors for Entry of an Order Enforcing the October 3, 2017 Order" [D.I. 12240] [D.I. 12296; filed December 1, 2017]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The December 11, 2017 (the "December 11th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EST). Any person who wishes to appear telephonically at the December 11th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Friday, December 8, 2017** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

      iii.    Order Enforcing the October 3, 2017 Order [D.I. 12299; filed December 4, 2017]

      Status: On December 4, 2017, the Court entered an order granting the Reorganized TCEH Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

2.    EFH Indenture Trustee's Motion for Payment of Allowed Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) [D.I. 12262; filed November 20, 2017]

      Response/Objection Deadline:    December 4, 2017 at 4:00 p.m. (EST); extended to January 22, 2018 at 4:00 p.m. (EST) for (i) the Office of the United States Trustee for the District of Delaware, (ii) the Debtors, and (iii) Elliott Management Corporation and Paloma Partners only

      Responses/Objections Received:    None at this time.

      Related Documents:

      i.    Notice of Adjournment of Hearing on EFH Indenture Trustee's Motion for Payment of Allowed Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) [D.I. 12302; filed December 5, 2017]

      Status: By agreement of the parties, the hearing on this matter has been continued to the omnibus hearing scheduled for January 29, 2018 at 10:00 a.m. (EST).

## II.   CONTESTED MATTER GOING FORWARD:

3.    NextEra's Motion to Stay the Reconsideration Order Pending Appeal [D.I. 12243; filed November 16, 2017]

      Response/Objection Deadline:    November 30, 2017 at 4:00 p.m. (EST)

      Responses/Objections Received:

      A.    Objection of the EFH/EFIH Debtors to NextEra's Motion to Stay the Reconsideration Order Pending Appeal [D.I. 12287; filed November 30, 2017]

      B.    Elliott Funds' Objection to NextEra Energy, Inc.'s Motion to Stay the Reconsideration Order Pending Appeal [D.I. 12288; filed November 30, 2017]

C.      Objection of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. to NextEra's Motion to Stay the Reconsideration Order Pending Appeal [D.I. 12289; filed November 30, 2017]

Related Documents:

i.      NextEra's Reply in Support of its Motion to Stay the Reconsideration Order Pending Appeal [D.I. 12308; filed December 6, 2017]

ii.     Declaration of Thomas Buchanan in Support of NextEra's Reply in Support of its Motion to Stay the Reconsideration Order Pending Appeal [D.I. 12309; filed December 6, 2017]

Status: The hearing on this matter will go forward on a contested basis.

*[Remainder of page intentionally left blank.]*

Dated: December 7, 2017
Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com
        aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

RLF1 18565851v.1