IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

NOTICE OF APPEARANCE AND
REQUEST FOR NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that BraunHagey & Borden LLP and Friedlander Gorris, P.A., special counsel for Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively "Elliott") and Paloma Partners Management Company and Sunrise Partners Limited Partnership (collectively "Paloma" and, together with Elliott, the "Majority Creditors"), hereby enter their appearance pursuant to Rule 9010(b) of the Bankruptcy Rules and section 1109(b) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that BraunHagey & Borden LLP and Friedlander Gorris, P.A., hereby request, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or required to be given in these chapter 11 cases and copies of all papers served or required to be served in these chapter 11 cases, including but not limited to, all notices (including those required by Bankruptcy Rule 2002), reports, pleadings, motions, applications, lists, schedules, statements, chapter 11 plans, disclosure statements, and all other matters arising herein or in any related adversary proceeding, be given and served upon the undersigned at the following

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryant Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax Identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

addresses, emails, and/or telephone/facsimile numbers, and that such names and addresses be added to any master mailing list:

| FRIEDLANDER & GORRIS P.A. | BRAUNHAGEY & BORDEN LLP |
|---|---|
| Jeffrey M. Gorris (Bar No. 5012)<br>Christopher P. Quinn (Bar No. 5823)<br>1201 N. Market Street, Suite 2200<br>Wilmington, DE 19801<br>(302) 573-3500<br>(302) 573-3501 Facsimile<br>jgorris@friedlandergorris.com<br>cquinn@friedlandergorris.com | J. Noah Hagey (*pro hac vice* to be filed)<br>Kim Berger (*pro hac vice* to be filed)<br>220 Sansome Street, 2nd Floor<br>San Francisco, CA 94014<br>(415) 599-0210 Telephone & Facsimile<br>hagey@braunhagey.com<br>berger@braunhagey.com<br><br>Amy Brown (*pro hac vice* to be filed)<br>7 Times Square, 27th Floor<br>New York, NY 10036-6524<br>(646) 876-5766<br>(415) 599-0210 Facsimile<br>brown@braunhagey.com |

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, and answering or reply papers filed in these cases, whether written or oral, formal or informal, and whether served, transmitted or conveyed by mail, hand delivery, facsimile transmission, e-mail, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver of any substantive or procedural rights of the Majority Creditors, including, but not limited to, the Majority Creditors' rights (1) to have final orders in non-core matters entered only after *de novo* review by a United States District Court, (2) to trial by jury in any proceeding so triable in these cases or any case, controversy, or proceeding related to

these cases, (3) to have a United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (4) to any other rights, claims, actions, defenses, setoffs or recoupments to which the Majority Creditors are, or may be, entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

|  |  |
|---|---|
| OF COUNSEL:<br><br>BRAUNHAGEY & BORDEN LLP<br><br>J. Noah Hagey (*pro hac vice* to be filed)<br>Kim Berger (*pro hac vice* to be filed)<br>220 Sansome Street, 2nd Floor<br>San Francisco, CA 94014<br>(415) 599-0210 Telephone & Facsimile<br>hagey@braunhagey.com<br>berger@braunhagey.com<br><br>Amy Brown (*pro hac vice* to be filed)<br>7 Times Square, 27th Floor<br>New York, NY 10036-6524<br>(646) 876-5766<br>(415) 599-0210 Facsimile<br>brown@braunhagey.com<br><br>Dated: December 8, 2017 | */s/ Jeffrey M. Gorris*<br>Jeffrey M. Gorris (Bar No. 5012)<br>Christopher P. Quinn (Bar No. 5823)<br>FRIEDLANDER & GORRIS P.A.<br>1201 N. Market Street, Suite 2200<br>Wilmington, DE 19801<br>(302) 573-3500<br>(302) 573-3501 Facsimile<br>jgorris@friedlandergorris.com<br>cquinn@friedlandergorris.com |