# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

### MAJORITY CREDITORS' NOTICE ACCEPTING APPOINTMENT OF REPRESENTATIVE TO THE EFH FEE COMMITTEE

Pursuant to Section A.2 and A.7 of the August 2014 Fee Committee Order (D.I. 1896, the "Fee Committee Order"), Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively "Elliott") and Paloma Partners Management Company and Sunrise Partners Limited Partnership (collectively "Paloma" and, together with Elliott, the "Majority Creditors"), by and through their undersigned counsel, hereby provide notice of appointment of their representative member, Kim A. Berger, to the EFH Fee Committee (the "Committee"), upon the following facts:

**WHEREAS**, the Majority Creditors are the largest remaining unsecured creditors of EFH/EFIH, collectively holding approximately 90% of the remaining unsecured debt of EFIH, with Elliott holding approximately 40% of the claims pool at EFH. Approximately 75 cents of every dollar spent (or saved) by the estate directly affects their recovery.

**WHEREAS**, on or about November 9, 2017, counsel for the Majority Creditors notified Committee Chairman Richard Gitlin, through his counsel, of the Majority Creditors' interest to have a representative appointed to join the Committee.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

**WHEREAS**, on November 15, 2017, counsel for the Majority Creditors served formal notice of Elliott's (and later Paloma's) request for joinder of a representative to the Committee.

**WHEREAS**, on November 20, 2017, the Majority Creditors, through Elliott and their counsel, attended the Committee's telephonic meeting to discuss the appointment of their representative.

**WHEREAS**, following the November 20 meeting, the Committee received confirmation of support for the Majority Creditors' request from various E-Side constituencies, including without limitation, the Indenture Trustee for the EFH Indenture Trustee, the Indenture Trustee for the EFIH PIK Notes, and the EFIH Second Lien Notes Trustee.

**WHEREAS**, on or about December 4, 2017, counsel for the Official Committee of Unsecured Creditors (the "UCC"), whose representative Peter Kravitz has served as a member of the Committee under the original Fee Committee Order, confirmed that the UCC had notified the Committee of its decision to resign and designate its seat in favor of a representative appointed by the Majority Creditors: "[T]he UCC is supportive of Elliott's request to be appointed to the fee committee with one seat as a replacement for the current creditor representative. We are communicating the same message to the fee committee."

**WHEREAS**, the Fee Committee Order, Section A.7, expressly provides for an existing Committee member to resign in favor of its appointment of another representative: "In the event that a Fee Committee Member resigns, (i) the constituent group represented by that resigning member may designate a successor member, or (ii) … Each constituent group may at any time name an individual other than it initial appointee as its designee to the Fee Committee …." (Fee Committee Order ¶ A.7.)

**NOW THEREFORE**, upon the facts and information set forth above, the Majority Creditors hereby provide notice that, effective immediately, they appoint Kim A. Berger as their representative to the Fee Committee, to replace the seat formerly held by Peter Kravitz. Ms. Berger is uniquely qualified to assist and support the Committee's investigative mandate.

She is an experienced investigator with both extensive prosecutorial and private sector experience.

| | |
|---|---|
| Wilmington, Delaware<br>Date: December 8, 2017 | FRIEDLANDER & GORRIS, P.A.<br><br>*/s/ Jeffrey M. Gorris*<br>Jeffrey M. Gorris (Bar No. 5012)<br>Christopher P. Quinn (Bar No. 5823)<br>1201 N. Market St., Suite 2200<br>Wilmington, Delaware 19801<br>Tel: (302) 573-3500<br>Fax: (302) 573-3501<br>Email: jgorris@friedlandergorris.com<br>　　　　cquinn@friedlandergorris.com<br><br>-and-<br><br>BRAUNHAGEY & BORDEN LLP<br>J. Noah Hagey (*pro hac vice* pending)<br>Amy Brown (*pro hac vice* pending)<br>7 Times Square<br>27th Floor<br>New York, NY 10036-6524<br>Tel. & Fax: (646) 829-9403<br>Email: hagey@braunhagey.com<br>　　　　brown@braunhagey.com<br><br>*Counsel to the Majority Creditors Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, Paloma Partners Management Company, and Sunrise Partners Limited Partnership* |