IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., et al. | : | Case No.: 14-10979 (CSS) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Docket Nos.: 12243 |

## ORDER

Upon consideration of the *NextEra's Motion to Stay the Reconsideration Order Pending Appeal* (D.I. 12243) (the "Motion to Stay"); the Court having reviewed the Motion to Stay, as well as the responses (D.I. 12287, 12288, and 12289) and reply (D.I. 12308) thereto; and the Court having held a hearing on the Motion to Stay on December 17, 2017 (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motion to Stay were sufficient notice under the circumstances; and (iv) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED that:

1. The Motion to Stay is DENIED for reasons set forth on the record at the Hearing.

2. The Court retains jurisdiction over all matters arising from or related to this Order.

Christopher S. Sontchi
United States Bankruptcy Judge

Date: December 11, 2017