IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Ref. Docket Nos. 12318, 12319, 12320 and 12321 |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) ss.:
COUNTY OF NEW CASTLE )

RENECIA JOHNSON, being duly sworn, deposes and says:

1. I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. (Production Center), located at 230 N. Market Street, Wilmington, DE 19801. I am an authorized representative of Parcels, Inc.

2. On December 8, 2017, I caused to be served the "Notice of Appearance and Request for Notices and Papers (Docket No. 12318); Motion to Appear Pro Hac Vice for J. Noah Hagey (Docket No. 12319); Motion to Appear Pro Hac Vice for Kim A. Beger (Docket No. 12320); and Motion to Appear Pro Hac Vice for Amy Brown (Docket No. 12321)", by causing true and correct copies to be enclosed in postage pre-paid envelopes and delivered by first class mail, unless otherwise indicated, to the parties on the service list attached hereto as Exhibit A.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryant Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax Identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*[signature]*
Renecia Johnson

SWORN TO AND SUBSCRIBED before me
This 11th day of December, 2017.

*[signature]*
Notary Public

*[Notary seal: ZAHID HOSSAIN NAWAZ, MY COMMISSION EXPIRES OCT. 10, 2018, NOTARY PUBLIC, STATE OF DELAWARE]*