# EXHIBIT

# A

| | |
|---|---|
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>JENNIFER HOOVER, ESQUIRE<br>WILLIAM M. ALLENMAN, JR., ESQUIRE<br>222 DELAWARE AVENUE, SUITE 801<br>WILMINGTON, DE 19801 | ASHBY & GEDDES PA<br>ATTN: WILLIAM BOWDEN, ESQUIRE<br>GREGORY TAYLOR ESQUIRE<br>PO BOX 1150<br>WILMINGTON, DE 19899 |
| BIELLI & KLAUDER LLC<br>ATTN: DAVID M KLAUDER ESQUIRE<br>CORY P STEPHENSON ESQU I R E<br>1204 N KING STREET<br>WILMINGTON, DE 19801 | MONTGOMERY MCCRACKEN RHOADES<br>& WALKER LLP<br>ATTN: NATALIE RAMSAY, ESQUIRE<br>DAVIS LEE WRIGHT, ESQUIRE<br>MARK FINK, ESQUIRE<br>1105 N. MARKET STREET, 15TH FLOOR<br>WILMINGTON, DE 19801 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>ATTN: RICHARD L.SCHEPACARTER, ESQUIRE<br>J. CALEB BOGGS FEDERAL BUILDING<br>844 KING STREET, SUITE 2207<br>LOCKBOX #35<br>WILMINGTON, DE 19801 | POLSINELLI PC<br>ATTN: CHRISTOPHER WARD, ESQUIRE<br>JUSTIN EDELSON, ESQUIRE<br>SHANTI KATONA, ESQUIRE<br>222 DELAWARE AVENUE, SUITE 1101<br>WILMINGTON, DE 19801 |
| REED SMITH LLP<br>ATTN: KURT F. GWYNNE, ESQUIRE<br>KIMBERLY ELLEN CONNOLLY LAWSON, ESQUIRE<br>1201 MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | THOMAS F. DRISCOLL, III, ESQUIRE<br>THE BIFFERATO FIRM PA<br>1007 N. ORANGE STREET, 4TH FLOOR<br>WILMINGTON, DE 19801 |
| THOMAS M. HORAN, ESQUIRE<br>SHAW FISHMAN GLANTZ & TOWBIN LLC<br>300 DELAWARE AVENUE, SUITE 1370<br>WILMINGTON, DE 19801 | RICHARDS LAYTON & FINGER, PA<br>ATTN: MARK D. COLLINS, ESQUIRE<br>DANIEL DEFRANCESCHI, ESQUIRE<br>JASON M. MADRON, ESQUIRE<br>920 N. KING STREET<br>WILMINGTON, DE 19801 |
| ABRAMS & BAYLISS LLP<br>KEVIN G ABRAMS, ESQUIRE<br>JOHN M SEAMAN, ESQUIRE<br>20 MONTCHANIN RD STE 200<br>WILMINGTON, DE 19807 | AKERMAN LLP<br>ATTN: ANDREA S HARTLEY, ESQUIRE<br>98 SE 7TH ST STE 1100<br>MIAMI, FL 33131 |
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>ATTN: COURTENEY F HARRIS ESQUIRE<br>14910 ALDINE WESTFIELD RD<br>HOUSTON, TX 77032 | AMERICAN STOCK TRANSFER<br>& TRUST CO LLC<br>ATTN: PAUL KIM, ESQUIRE<br>6201 15TH AVE<br>BROOKLYN, NY 11219 |
| AMERIC AMERICAN STOCK TRANSFER<br>& TRUST CO LLC<br>ATTN: GENERAL COUNSEL<br>6201 15TH AVE<br>BROOKLYN, NY 11219 | BARNES & THORNBURG LLP<br>ATTN: DAVID M POWLEN ESQUIRE<br>1000 N WEST ST STE 1500<br>WILMINGTON, DE 19801 |
| BAKER BOTTS LLP<br>ATTN: JAMES PRINCE, ESQUIRE<br>OMAR J ALANIZ, ESQUIRE<br>2001 ROSS AVE<br>DALLAS, TX 75201-2980 | BALLARD SPAHR LLP<br>ATTN: MATTHEW G SUMMERS ESQUIRE<br>919 N MARKET ST 11TH FL<br>WILMINGTON, DE 19801 |
| BARNES & THORNBURG LLP<br>ATTN: KEVIN G COLLINS ESQUIRE<br>1000 N WEST ST STE 1500<br>WILMINGTON, DE 19801 | BARNES & THORNBURG LLP<br>ATTN: KEVIN C DRISCOLL JR ESQUIRE<br>1 N WACKER DR STE 4400<br>CHICAGO, IL 60606-2833 |

{FG-W0433165.}

BAYARD PA
ATTN: NEIL GLASSMAN ESQUIRE
222 DELAWARE AVE STE 900
WILMINGTON, DE 19801

BAYARD PA
ATTN: SCOTT D COUSINS, ESQUIRE
ERIN R FAY, ESQUIRE
EVAN T MILLER, ESQUIRE
222 DELAWARE AVE STE 900
WILMINGTON, DE 19801

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
ATTN: KEVIN M. CAPUZZI, ESQUIRE
222 DELAWARE AVE STE 801
WILMINGTON, DE 19801-1611

BLANK ROME LLP
ATTN: MICHAEL B SCHAEDLE ESQUIRE
130 N 18TH ST (ONE LOGAN SQUARE)
PHILADELPHIA, PA 19103-6998

BLANK ROME LLP
ATTN: MICHAEL DEBAECKE, ESQUIRE
STANLEY TARR, ESQUIRE
1201 MARKET ST STE 800
WILMINGTON, DE 19801

BROWN RUDNICK LLP
ATTN: EDWARD WEISFELNER ESQUIRE
7 TIMES SQUARE
NEW YORK, NY 10036

BROWN & CONNERY LLP
ATTN: DONALD K LUDMAN, ESQUIRE
6 NORTH BROAD ST STE 100
WOODBURY, NJ 08096

BROWN RUDNICK LLP
ATTN: HOWARD SIEGEL, ESQUIRE
185 ASLYUM STREET
HARTFORD, CT 06103

BROWN RUDNICK LLP
ATTN: JEFFREY JONAS, ESQURE
ANDREW STREHLE, ESQUIRE
ONE FINANCIAL CENTER
BOSTON, MA 02111

BROWN RUDNICK LLP
ATTN: JEREMY B. COFFEY, ESQUIRE
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BRYAN CAVE LLP
ATTN: STEPHANIE WICKOUSKI, ESQUIRE
LAITH J. HAMDAN, ESQUIRE
1290 6TH AVENUE, #33
NEW YORK, NY 10104-3300

BRYAN CAVE LLP
ATTN: ROBERT E. PEDERSEN, ESQUIRE
1290 6TH AVENUE, #33
NEW YORK, NY 10104-3300

BUCHANAN INGERSOLL & ROONEY PC
ATTN: KATHLEEN A. MURPHY, ESQUIRE
919 N. MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

CADWALDER WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR., ESQUIRE
ELLEN M. HALSTEAD, ESQUIRE
MICHELE MAMAN, ESQUIRE
THOMAS J. CURTIN, ESQUIRE
200 LIBERTY STREET
NEW YORK, NY 10281

CHADBOURNE & PARKE LLP
ATTN: HOWARD DEIFE, ESQUIRE
DAVID M. LEMAY, ESQUIRE
CHRISTY RIVERIA, ESQUIRE
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6002

BUCHALTER NEMER, PLC
ATTN: SHAWN M. CHRISTIANSON, ESQUIRE
55 SECOND STREET, SUITE 1700
SAN FRANCISCO, CA 94105-3493

CIARDI CIARDI & ASTIN
ATTN: D. ASTIN, ESQUIRE
J. MCLAUGHLIN, JR., ESQUIRE
J. MCMAHON, JR., ESQUIRE
1204 N. KING STREET
WILMINGTON, DE 19801

CITIBANK N.A.
ATTN: OWEN COYLE, ESQUIRE
1615 BRETT ROAD, OPS III
NEW CASTLE, DE 19720

CITIBANK N.A.
ATTN: ZORI MIGLIORINI, ESQUIRE
388 GREENWICH STREET, 21ST FLOOR
NEW YORK, NY 10013

CITIBANK N.A.
ATTN: ERIC O' LIGAN, VICE PRESIDENT
388 GREENWICH STREET, 32ND FLOOR
NEW YORK, NY 10013

CITIBANK N.A.
BANK LOAN SYNDICATIONS DEPARTMENT
1615 BRETT ROAD, BUILDING III
NEW CASTLE, DE 19720

COZEN O'CONNOR
ATTN: MARK E. FELGER, ESQUIRE
1201 NORTH MARKET STREET, SUITE 1001
WILMINGTON, DE 19801

| | |
|---|---|
| CITIBANK N.A.<br>ATTN: RYAN FALCONER<br>388 GREENWICH STREET<br>NEW YORK, NY 10013 | CITY OF FORTH WORTH<br>ATTN: CHRISTOPHER B. MOSLEY, ESQUIRE<br>1000 THROCKMORTON STREET<br>FORT WORTH, TX 76102 |
| CLEARLY GOTTLIEB STEIN & HAMILTON LLP<br>ATTN: THOMAS MOLONEY, ESQUIRE<br>SEAN O'NEAL, ESQUIRE<br>HUMAYUN KHALID, ESQUIRE<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | COHEN & GRIGSBY, PC<br>ATTN: THOMAS D. MAXSON, ESQUIRE<br>625 LIBERTY AVENUE<br>PITTSBURGH, PA 15222-3152 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF<br>THE STATE OF TEXAS<br>OFFICE OF THE TEXAS ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: RACHEL OBALDO, ESQUIRE<br>JOHN MARK STERN, ESQUIRE<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | COMPUTERSHARE TRUST COMPANY NA<br>ATTN: MICHAEL A. SMITH, VP<br>2950 EXPRESS DRIVE S, SUITE 210<br>ISLANDIA, NY 11749 |
| COMPUTERSHARE TRUST OF CANADA<br>ATTN: ALESSANDRA PANSERA, ESQUIRE<br>1500 ROBERT-BOURASSA BLVD, 7TH FLOOR<br>MONTREAL, QC H3A 3S8<br>CANADA | COWELS & THOMPSON<br>ATT: STEPHEN C. STAPLETON, ESQUIRE<br>BANK OF AMERICA PLAZA<br>901 MAIN STREET, SUITE 3900<br>DALLAS, TX 75202 |
| CSC TRUST COMPANY OF DELAWARE<br>ATTN: SANDRA E. HORWITZ, MANAGING DIRECTOR<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 | DAVIS POLK & WARDWELL LLP<br>ATTN: MARSHALL HUEBNER, ESQUIRE<br>BENJAMIN KAMINETZKY, ESQUIRE<br>ELLIOTT MOSKOWITZ, ESQUIRE<br>DAMON MEYER, ESQUIRE<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 |
| DECHERT LLP<br>ATTN: MICHAEL J. SAGE, ESQUIRE<br>ANDREW C. HARMEYER, ESQUIRE<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6797 | DECHERT LLP<br>ATTN: G. ERIC BRUNSTAD, JR., ESQUIRE<br>90 STATE HOUSE SQUARE<br>HARTFORD, CT 06103-3702 |
| DEUTSCH BANK<br>ATTN: MARCUS M. TARKINGTON, ESQUIRE<br>60 WALL STREET (NYCC60-0266)<br>NEW YORK, NY 10005-2836 | DLA PIPER LLP (US)<br>ATTN: ASHLEY R. ALTSCHULER, ESQUIRE<br>R. CRAIG MARTIN, ESQUIRE<br>1201 N. MARKET STREET, SUITE 2100<br>WILMINGTON, DE 19801 |
| DORSEY & WHITNEY LLP<br>ATTN: ERIC LOPEZ SCHNABEL, ESQUIRE<br>ROBERT W. MALLARD, ESQUIRE<br>ALESSANDRA GLORIOSO, ESQUIRE<br>300 DELAWARE AVENUE, SUITE 1010<br>WILMINGTON, DE 19801 | DRINKER BIDDLE & REATH LLP<br>ATTN: ROBERT K. MALONE, ESQUIRE<br>222 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801-1621 |
| DYKEMA GOSSETT PLLC<br>ATTN: JEFFREY R. FINE, ESQUIRE<br>1717 MAIN STREET, SUITE 4200<br>DALLAS, TX 75201 | EMC CORPORATION<br>ATTN: RONALD L. ROWLAND, ESQUIRE, AGENT<br>305 FELLOWSHIP ROAD, SUITE 100<br>MOUNT LAUREL, NJ 08054-1232 |
| ENERGY FUTURE HOLDINGS CORP.<br>ATTN: ANDREW M. WRIGHT, ESQUIRE<br>1601 BRYAN STREET, 43RD FLOOR<br>DALLAS, TX 75201 | EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: LINO MENDILA III, ESQUIRE<br>ONE AMERICAN CENTER<br>600 CONGRESS AVENUE, SUITE 2000<br>AUSTIN, TX 78701 |

{FG-W0433165.}

FOLEY & LARDNER LLP
ATTN: HAROLD KAPLAN, ESQUIRE
MARK HEBBELN, ESQUIRE
LARS PETERSON, ESQUIRE
321 N. CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313

FOX ROTHSCHILD LLP
ATTN: JEFFREY SCHLERF, ESQUIRE
L. JOHN BIRD, ESQUIRE
919 N. MARKET STREET, SUITE 300
WILMINGTON, DE 19801

FOX ROTHSCHILD LLP
ATTN: JEFFREY M. SCHLERF, ESQUIRE
CARL NEFF, ESQUIRE
919 N. MARKET STREET, SUITE 300
WILMINGTON, DE 19801

FRANKGECKER LLP
ATTN: JOSEPH D. FRANK, ESQUIRE
REED HEILIGMAN, ESQUIRE
325 N. LASALLE STREET, SUITE 625
CHICAGO, IL 60654

FRANKGECKER LLP
ATTN: FRANCES GECKER, ESQUIRE
325 N. LASALLE STREET, SUITE 625
CHICAGO, IL 60654

GELLERT SCALI BUSENKELL & BROWN LLC
ATTN: MICHAEL G. BUSENKELL, ESQUIRE
1201 N. ORANGE STREET, SUITE 300
WILMINGTON, DE 19801

FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
ATTN: BRAD E. SCHELER, ESQUIRE
GARY L. KAPLAN, ESQUIRE
MATTHEW M. ROOSE, ESQUIRE
1 NEW YORK PLAZA
1 FDR DRIVE
NEW YORK, NY 10004

GARDERE WYNNE SEWELL LLP
ATTN: JOHN P. MELKO, ESQUIRE
MICHAEL K. RIORDAN, ESQUIRE
1000 LOUISIANA, SUITE 3400
HOUSTON, TX 77002

GAY MCCALL ISAACKS GORDON & ROBERTS PC
ATTN: DUSTIN L. BANKS, ESQUIRE
1919 S SHILO ROAD, SUITE 310 LB 40
GARLAND, TX 75042

GAY MCCALL ISAACKS GORDON & ROBERTS PC
ATTN: DAVID MCCALL, ESQUIRE
777 E. 15TH STREET
PLANO, TX 75074

GLAST PHILLIPS & MURRAY PC
ATTN: JONATHAN L. HOWELL, PLLC
14801 QUORUM DRIVE, SUITE 500
DALLAS, TX 75254

GOODWIN PROCTOR LLP
ATTN: WILLIAM WEINTRAUB, ESQUIRE
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018

HAYNES & BOONE LLP
ATTN: PATRICK L. HUGES, ESQUIRE
1221 MCKINNEY STREET, SUITE 2100
HOUSTON, TX 77010

GREER HERZ & ADAMS LLP
ATTN: ANDREW J. MYTELKA, ESQUIRE
MICHAEL ADAMS, ESQUIRE
J. SCOTT ANDREWS, ESQUIRE
JAMES M. ROQUEMORE, ESQUIRE
1 MOODY PLAZA, 18TH FLOOR
GALVESTON, TX 77550

HINCKLEY ALLEN
ATTN: JENNIFER V. DORAN, ESQUIRE
28 STATE STREET
BOSTON, MA 02109

HAYNES AND BOONE LLP
ATTN: TREVOR HOFFMAN, ESQUIRE
30 ROCKEFELLER CENTER, 26TH FLOOR
NEW YORK, NY 10112

HOGAN MCDANIEL
ATTN: GARVIN F. MCDANIEL, ESQUIRE
1311 DELAWARE AVENUE
WILMINGTON, DE 19806

HAYNES & BOONE LLP
ATTN: IAN T. PECK, ESQUIRE
2323 VICTORY AVENUE, SUITE 700
DALLAS, TX 75219

HOLLAND & KNIGHT LLP
ATTN: PHILIP EVANS, ESQUIRE
800 17TH STREET NW, SUITE 1100
WASHINGTON, DC 20006

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
OGDEN, UT 84201

JACKSON WALKER LLP
ATTN: J. SCOTT ROSE, ESQUIRE
WESTON CENTRE
112 E. PECAN STREET, SUITE 2400
SAN ANTONIO, TX 78205

{FG-W0433165.}

| | |
|---|---|
| JACKSON WALKER LLP<br>ATTN: BRUCE J. RUZINSKY, ESQUIRE<br>MATTHEW D. CAVENAUGH, ESQUIRE<br>1401 MCKINNEY STREET, SUITE 1900<br>HOUSTON, TX 77010 | KASOWITZ BENSON TORRES LLP<br>ATTN: DAVID ROSNER, ESQUIRE<br>ANDREW GLENN, ESQUIRE<br>DANIEL FILMAN, ESQUIRE<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| KELLEY DRYE & WARREN LLP<br>ATTN: JAMES CARR, ESQUIRE<br>BENJAMIN FEDER, ESQUIRE<br>BERT SAYDAH, ESQUIRE<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | KELLY HART & HALLMAN LLP<br>ATTN: MICHAEL MCCONNELL, ESQUIRE<br>CLAY TAYLOR, ESQUIRE<br>KATHERINE THOMAS, ESQUIRE<br>201 MAIN STREET, SUITE 2500<br>FORTH WORTH, TX 76102 |
| KIRKLAND & ELLIS LLP<br>ATTN: EDWARD SASSOWER, PC<br>STEPHEN HESSLER, ESQUIRE<br>BRIAN E. SCHWARTZ, ESQUIRE<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | KIRKLAND & ELLIS LLP<br>ATTN: JAMES H.M. SPRAYREGEN PC<br>CHAD HUSNICK, ESQUIRE<br>STEVEN SERAJEDDINI, ESQUIRE<br>300 N. LASALLE<br>CHICAGO, IL 60654 |
| KLEHR HARRISON HARVEY BRANZBURG LLP<br>ATTN: RAYMON H. LEMISCH, ESQUIRE<br>919 MARKET STREET, SUITE 1000<br>WILMINGTON, DE 19801 | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTN: THOMAS MOERS MAYER, ESQUIRE<br>GREGORY A. HOROWITZ, ESQUIRE<br>JOSHUA K. BRODY, ESQUIRE<br>PHILIP BENTLEY, ESQUIRE<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| LACKEY HERSHMAN LLP<br>ATTN: JAMIE R. WELTON, ESQUIRE<br>3102 OAK LAWN AVENUE, SUITE 777<br>DALLAS, TX 75219 | LANDIS RATH & COBB LLP<br>ATTN: ADAM G. LANDIS, ESQUIRE<br>MATTHEW B. MCGUIRE, ESQUIRE<br>919 MARKET STREET, SUITE 1800<br>WILMINGTON, DE 19801 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>ATTN: FRANK GODINO, VP<br>801 2ND AVENUE, ROOM 403<br>NEW YORK, NY 100017-8664 | LAW OFFICE OF CURTIS A. HEHN<br>ATTN: CURTIS A. HEHN, ESQUIRE<br>1000 N. WEST STREET, SUITE 1200<br>WILMINGTON, DE 19801 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>ATTN: PATRICIA WILLIAMS PREWITT, ESQUIRE<br>10953 VISTA LAKE CT<br>NAVASOTA, TX 77868 | LAW OFFICES OF ROBERT E. LUNA PC<br>ATTN: DANIEL K. BEARDEN, ESQUIRE<br>4447 N. CENTRAL EXPY, PMB 271<br>DALLAS, TX 75205-3017 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: ELIZABETH WELLER, ESQUIRE<br>2777 N. STEMMONS FWY, SUITE 1000<br>DALLAS, TX 75207 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: JOHN P. DILLMAN, ESQUIRE<br>4828 LOOP CENTRAL DRIVE, SUITE 600<br>HOUSTON, TX 77002 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: DIANE WADE SANDERS, ESQUIRE<br>2700 VIA FORTUNA DRIVE, SUITE 400<br>AUSTIN, TX 78746 | LLOYD GOSSELINK ROCHELLE & TOWNSEND PC<br>ATTN: GEOFFREY GAY, ESQUIRE<br>816 CONGRESS AVENUE, SUITE 1900<br>AUSTIN, TX 78701 |
| LOCKE LORD LLP<br>ATTN: C. DAVIN BOLDISSAR, ESQUIRE<br>601 POYDRAS STREET, SUITE 2660<br>NEW ORLEANS, LA 70130 | LOCKE LORD LLP<br>ATTN: PHILIP EISENBERG, ESQUIRE<br>2800 JPMORGAN CHASE TOWER<br>600 TRAVIS<br>HOUSTON, TX 77002 |
| MANION GAYNOR & MANNING LLP<br>ATTN: MARC PHILLIPS, ESQUIRE<br>THE NEMOURS BUILDING<br>1007 N. ORANGE STREET, 10TH FLOOR<br>WILMINGTON, DE 19801 | MARGOLIS EDELSTEIN<br>ATTN: JAMES E.HUGGETT, ESQUIRE<br>AMY D. BROWN, ESQUIRE<br>300 DELAWARE AVENUE, SUITE 800<br>WILMINGTON, DE 19801 |

| | |
|---|---|
| MASLON EDELMAN BORMAN & BRAND LLP<br>ATTN: CLARK T. WHITMORE, ESQUIRE<br>ANA CHILINGARISHVLI, ESQUIRE<br>90 S. 7TH STREET, SUITE 3300<br>MINNEAPOLIS, MN 55402-4140 | MCCREARY VESELKA BRAGG & ALLEN PC<br>ATTN: LEE GORDON, ESQUIRE<br>700 JEFFREY WAY, SUITE 100<br>ROUND ROCK, TX 78665 |
| MCELROY DEUTSCH MULVANEY & CARPENTERS LLP<br>ATTN: DAVID P. PRIMACK, ESQUIRE<br>300 DELAWARE AVENUE, SUITE 770<br>WILMINGTON, DE 19801 | MCKOOL SMITH<br>ATTN: PAUL D. MOAK, ESQUIRE<br>600 TRAVIS STREET, SUITE 7000<br>HOUSTON, TX 77002 |
| MICHAEL G. SMITH, ESQUIRE<br>9857 N 2210 ROAD<br>ARAPAHO, OK 73620-2123 | MILBANK TWEED HADLEY & MCCLOY LLP<br>ATTN: DENNIS F. DUNNE, ESQUIRE<br>EVAN R. FLECK, ESQUIRE<br>28 LIBERTY STREET<br>NEW YORK, NY 10005-1413 |
| MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER, ESQUIRE<br>P.O. BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MORRIS JAMES LLP<br>ATTN: STEPHEN MILLER, ESQUIRE<br>P.O. BOX 2306<br>WILM INGTON, DE 19899-2306 |
| MORGAN LEWIS & BOCKIUS LLP<br>ATTN: JULIA FROST-DAVIES, ESQUIRE<br>C. CARTER, ESQUIRE<br>ONE FEDERAL STREET<br>BOSTON, MA 02110-1726 | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ATTN: ANDREW REMMING, ESQUIRE<br>1201 N. MARKET STREET, SUITE 1600<br>WILMINGTON, DE 19801 |
| MUNGERS TOLLES & OLSON LLP<br>ATTN: THOMAS B. WALPER, ESQUIRE<br>TODD J. ROSEN, EDQUIRE<br>SETH GOLDMAN, ESQUIRE<br>JOHN W. SPIEGEL, ESQUIRE<br>350 S. GRAND AVENUE 50TH FLOOR<br>LOS ANGELES, CA 90071 | MORRISON & FOERSTER LLP<br>ATTN: JAMES PECK, ESQUIRE<br>BRETT H. MILLER, ESQUIRE<br>LORENZO MARINUZZI, ESQUIRE<br>250 W. 55TH STREET<br>NEW YORK, NY 10019 |
| MUNSCH HARDT KOPF & HARR PC<br>ATTN: KEVIN M. LIPPMAN, ESQUIRE<br>500 N. AKARD STREET, SUITE 3800<br>DALLAS, TX 75201-6659 | NAMAN HOWELL SMITH & LEE PLLC<br>ATTN: KERRY L. HALIBURTON, ESQUIRE<br>P.O. BOX 1470<br>WACO, TX 76703-1470 |
| NIXON PEABODY<br>ATTN: RICHARD C. PEDONE, ESQUIRE<br>AMANDA D. DARWIN, ESQUIRE<br>100 SUMMER STRETT<br>BOSTON, MA 02110 | NELSON MULLINS RIELY & SCARBOROUGH LLP<br>ATTN: JODY A. BEDENBAUGH, ESQUIRE<br>GEORGE B. CAUTHEN, ESQUIRE<br>1320 MAIN STREET, 17TH FLOOR<br>P.O. BOX 11070 (29211)<br>COLUMBIA, SC 29201 |
| O'KELLY & ERNST LLC<br>ATTN: MICHAEL J. JOYCE, ESQUIRE<br>901 N. MARKET STREET, 10TH STREET<br>WILMINGTON, DE 19801 | O'MELVENY & MYERS LLP<br>ATTN: GEORGE A. DAVIS, ESQUIRE<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 |
| O'MELVENY & MYERS LLP<br>ATTN: PETER FRIEDMAN, ESQUIRE<br>ANDREW SORKIN, ESQUIRE<br>1625 EYE STREET NW<br>WASHINGTON, DC 2006 | O'MELVENY & MYERS LLP<br>ATTN: DANIEL S. SHAMAH, ESQUIRE<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL<br>ATTN: HAL F. MORRIS, ESQUIRE<br>ASHLEY BARTRAM, ESQUIRE<br>BANKRUPTCY<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | OFFICE OF THE TEXAS ATTORNEY GENERAL<br>ATTN: HAL MORRIS, ESQUIRE<br>ASHLEY BARTRAM, ESQUIRE<br>BANKRUPTCY<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 |

| | |
|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. FEDERAL OFFICE BUILDING<br>ATTN: ANDREA SCHWARTZ, ESQUIRE<br>201 VARICK STREET, SUITE 1006<br>NEW YORK, NY 10014 | OFFICE OF THE UNITED STATES ATTORNEY<br>ATTN: DAVID C. WEISS, ESQUIRE<br>P.O. BOX 2046<br>WILMINGTON, DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES, ESQUIRE<br>ROBERT FEINSTEIN, ESQUIRE<br>P.O. BOX 8705<br>WILMINGTON, DE 19899 | POPE HARDWICKE CHRISTIE SCHELL KELLY<br>& RAY LLP<br>ATTN: MICHAEL L. ATCHLEY, ESQUIRE<br>MATTHEW T. TAPLETT, ESQUIRE<br>500 W. 7TH STREET, SUITE 600<br>FORTH WORTH, TX 76102 |
| PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN: DANIEL A. LOWENTHAL, ESQUIRE<br>CRAIG W. DENT, ESQUIRE<br>BRIAN P. GUINEY, ESQUIRE<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6170 | PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>ATTN: ALAN KORNBERG, ESQUIRE<br>KELLEY CORNISH, ESQUIRE<br>BRIAN HERMANN, ESQUIRE<br>JACOB ALDERSTEIN, ESQUIRE<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: DESIREE M. AMADOR, ESQUIRE<br>1200 K STREET, NW<br>WASHINGTON, DC 20005-4026 | PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: JON CHATALAN, ESQUIRE<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: ELIZABETH BANDA CALVO, ESQUIRE<br>500 E. BORDER STREET, SUITE 640<br>ARLINGTON, TX 76010 | PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: OWEN M. SONIK, ESQUIRE<br>1235 N. LOOP WEST, SUITE 600<br>HOUSTON, TX 77008 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: JEANMARIE BAER<br>P.O. 8188<br>WICHITA FALLS, TX 76307 | PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: JOHN T. BANKS, ESQUIRE<br>3301 NORTHLAND DRIVE, SUITE 505<br>AUSTIN, TX 78731 |
| PURDUE AWSUMB & BAUDLER PA<br>ATTN: AMY R. BAUDLER, ESQUIRE<br>4300 MARKETPOINTE DRIVE, SUITE 240<br>MINNEAPOLIS, MN 55435 | PROSKAUER ROSE LLP<br>ATTN: JEFF J. MARWIL, ESQUIRE<br>MARK K. THOMAS, ESQUIRE<br>PETER J. YOUNG, ESQUIRE<br>70 W. MADISON STREET, #3800<br>CHICAGO, IL 60602 |
| REED SMITH LLP<br>ATTN: ROBERT P. SIMONS, ESQUIRE<br>REED SMITH CENTRE<br>225 5TH AVENUE, SUITE 1200<br>PITTSBURGH, PA 15222 | QUARLES & BRADY LLP<br>ATTN: JOHN A. HARRIS, ESQUIRE<br>RENAISSANCE ONE<br>TWO N. CENTRAL AVENUE<br>PHOENIX, AZ 85004-2391 |
| REED SMITH LLP<br>ATTN: SARAH K. KAM, ESQUIRE<br>599 LEXINGTON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10022 | RIDDELL WILLIAMS P.S.<br>ATTN: JOSEPH E. SHICKICH, JR., ESQUIRE<br>1001 4TH AVENUE, SUITE 4500<br>SEATTLE, WA 98154 |
| ROPES & GRAY LLP<br>ATTN: KEITH WOFFORD, ESQUIRE<br>GREGG GALARDI, ESQUIRE<br>D. ROSS MARTIN, ESQUIRE<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 | ROPES & GRAY LLP<br>ATTN: MARK R. SOMERSTEIN, ESQUIRE<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 |

| | |
|---|---|
| ROSS ARONSTAM & MORITZ LLP<br>ATTN: BRADLEY ARONSTAM, ESQUIRE<br>BENJAMIN SCHLADWEILER, ESQUIRE<br>100 S. WEST STREET, SUITE 400<br>WILMINGTON, DE 19801 | SECURITIES & EXCHANGE COMMISSION<br>100 F STREET NE<br>WASHINGTON, DC 20549 |
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN: CHRISTOPHER R. BELMONT, ESQUIRE<br>PAMELA A. BOSSWICK, ESQUIRE<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | SAUL EWING LLP<br>ATTN: MARK MINUTI ESQUIRE<br>1201 N. MARKET STREET, 23RD FLOOR<br>WILMINGTON, DE 19801 |
| SAUL EWING LLP<br>ATTN: LUCIAN B. MURLEY, ESQUIRE<br>1201 N. MARKET STREET, 23RD FLOOR<br>WILMINGTON, DE 19801 | SCHNADER HARRISON SEGAL & LEWIS LLP<br>ATTN: RICHARD A. BARKASY, ESQUIRE<br>824 N. MARKET STREET, SUITE 800<br>WILMINGTON, DE 19801 |
| SEWARD & KISSELL LLP<br>ATTN: JOHN ASHMEAD, ESQUIRE<br>KALYAN DAS, ESQUIRE<br>ARLENE ALVES, ESQUIRE<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | SHEARMAN & STERLING LLP<br>ATTN: FREDERIC SOSNICK, ESQUIRE<br>NED S. SCHODEK, ESQUIRE<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>ATTN: MARK S. CHEHI, ESQUIRE<br>P.O. BOX 636<br>WILMINGTON, DE 19899-0636 | SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>ATTN: JAY M. GOFFMAN, ESQUIRE<br>4 TIMES SQUARE<br>NEW YORK, NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>ATTN: GEORGE N. PANAGAKIS, ESQUIRE<br>CARL T. TULLSON, ESQUIRE<br>155 N. WACKER DRIVE, SUITE 2700<br>CHICAGO, IL 60606-1720 | SMITH KATZENSTIEN & JENKINS LLP<br>ATTN: KATHLEEN M. MILLER, ESQUIRE<br>P.O. BOX 410<br>WILMINGTON, DE 19899 |
| SNELL & WILMER LLP<br>ATTN: DAVID E. LETA, ESQUIRE<br>15 W. SOUTH TEMPLE STREET, SUITE 1200<br>SALT LAKE CITY, UT 84101-1547 | SQUIRE SANDERS (US) LLP<br>ATTN: STEPEHN D. LERNER, ESQUIRE<br>ANDREW M. SIMON, ESQUIRE<br>221 E. FOURTH STREET, SUITE 2900<br>CINCINNATI, OH 45202 |
| STEFFES VINGIELLO & MCKENZIE LLC<br>ATTN: NOEL STEFFES MELANCON, ESQUIRE<br>13702 COURSEY BLVD, BUILDING 3<br>BATON ROUGE, LA 70817 | SULLIVAN & CROMWELL LLP<br>ATTN: ANDREW G. DIETDERICH, ESQUIRE<br>BRIAN D. GLUECKSTEIN, ESQUIRE<br>MICHAEL H. TORKIN, ESQUIRE<br>125 BROAD STREET<br>NEW YORK, NY 10004 |
| SULLIVAN HAZELTINE ALLINSON LLC<br>ATTN: ELIHU E. ALLINSON, III, ESQUIRE<br>901 N. MARKET STREET, SUITE 1300<br>WILMINGTON, DE 19801 | TAYLOR ENGLISH DUMA LLP<br>ATTN: STEPHEN C. GREENBERG, ESQUIRE<br>1600 PARKWOOD CIRCLE, SUITE 400<br>ATLANTA, GA 30339 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: JASON A. STARK, ASST. ATTORNEY GENERAL<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | THE UNIVERSITY OF TEXAS SYSTEM<br>OFFICE OF THE GENERAL COUNSEL<br>ATTN: TRACI L. COTTON, ESQUIRE<br>201 W SEVENTH STREET<br>AUSTIN, TX 78701 |
| THE BANK OF NEW YORK MELLON<br>TRUST COMPANY<br>ATTN: RAFAEL MARTINEZ, VP-CSM<br>601 TRAVIS STREET, 16TH FLOOR<br>HOUSTON, TX 77002 | THE BANK OF NEW YORK MELON<br>TRUST COMPANY<br>ATTN: THOMAS VLAHAKIS, VP<br>385 RIFLE CAMP ROAD, 3RD FLOOR<br>WOODLAND PARK, NJ 07424 |

{FG-W0433165.}


THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: DENNIS ROEMLEIN, ESQUIRE
601 TRAVIS STREET,
HOUSTON, TX 77702

UNITED STATES DEPARTMENT OF JUSTICE
ATTN: BRANDON ROBERS, TRIAL ATTYS
P.O. BOX 7611
WASHINGTON, DC 20044-7611

VENABLE LLP
ATTN: JEFFREY S. SABIN, ESQUIRE
1270 AVENUE OF THE AMERICAS
NEW YORK, NY 10022

WEINSTEIN RADCLIFF LLP
ATTN: GREGORY M. WEINSTEIN, ESQUIRE
8350 N. CENTRAL EXPY, SUITE 1500
DALLAS, TX 75206

WHITE & CASE LLP
ATTN: J. CHRISTOPHER SHORE, ESQUIRE
GREOGORY STARNER, ESQUIRE
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
ATTN: J. CHRISTOPHER SHORE, ESQUIRE
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: PHILIP ANKER, ESQUIRE
GEORGE SHUSTER, ESQUIRE
7 WORLD TRADE CENTER
205 GREENWICH STREET
NEW YORK, NY 10007

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: P. ANKER, ESQUIRE
C. PLATT, ESQUIRE
G. SHUSTER, ESQUIRE
250 GREENWICH STREET, 45TH FLOOR
NEW YORK, NY 10007

WILMINGTON TRUST FSB
ATTN: JEFFREY T. ROSE, ESQUIRE
50 S. SIXTH STREET, SUITE 1290
MINNEAPOLIS, MN 55402

WOMAC LAW
ATTN: BRIAN D. WOMAC, ESQUIRE
8301 KATY FWY
HOUSTON, TX 77024

WOMBLE CARLYLE SANDRIDGE & RICE LLP
ATTN: MARK DEGROSSEILLERS, ESQUIRE
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

THE ROSNER LAW GROUP LLC
ATTN: FREDERICK B. ROSNER, ESQUIRE
824 N. MARKET STREET, SUITE 810
WILMINGTON, DE 19801

VENABLE LLP
ATTN: JAMIE L. EDMONSON, ESQUIRE
1201 NORTH MARKET STREET
WILMINGTON, DE 19801

WACHTELL LIPTON ROSEN & KATZ
ATTN: RICHARD MASON, ESQUIRE
EMIL KLEINHAUS, ESQUIRE
51 W 52ND STREET
NEW YORK, NY 10019

WERB & SULLIVAN
ATTN: DUANE D. WERB, ESQUIRE
P.O. BOX 25046
WILMINGTON, DE 198099

WHITE & CASE LLP
ATTN: THOMAS LAURIA, ESQUIRE
MATTHEW BROWN, ESQUIRE
200 S. BISCAYNE BLVD, SUITE 4900
MIAMI, FL 33131

GODFREY & KAHN, S.C.
KATHERINE STADLER, ESQUIRE
ONE EAST MAIN STREET, SUITE 500
P.O. BOX 2719
MADISON, WI 53701-2719

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: BENJAMIN LOVELAND, ESQUIRE
60 STATE STREET
BOSTON, MA 02109

WILMINGTON SAVINGS FUND SOCIETY
ATTN: PATRICK J. HEALY, ESQUIRE
500 DELAWARE AVENUE
WILMINGTON, DE 19801

WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQUIRE
200 PARK AVENUE
NEW YORK, NY 10166

WOMBLE CARLYLE SANDRIDGE & RICE LLP
ATTN: MARK L. DEGROSSEILLERS, ESQUIRE
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE LLP
ATTN: KEVIN J. MANGAN, ESQUIRE
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

| | |
|---|---|
| WOMBLE CARLYLE SANDRIDGE & RICE LLP<br>ATTN: KEVIN J. MANGAN, ESQUIRE<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801 | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: PAULINE MORGAN, ESQUIRE<br>JOEL WAITE, ESQUIRE<br>RYAN BARTLEY, ESQUIRE<br>ANDREW MAGAZINER, ESQUIRE<br>1000 KING STREET<br>WILMINGTON, DE 19801 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>CADWALDER WICKERSHAM & TAFT LLP<br>ATTN: MARK C. ELLENBERG, ESQUIRE<br>700 6TH STREET, N.W.<br>WASHINGTON, DC 20001 | **CONSENTED TO ELECTRONIC SERVICE**<br>CAPLIN & DRYSDALE, CHARTERED<br>ATTN: LESLIE M. KELLEHER, ESQUIRE<br>JENNA KOSKI, ESQUIRE<br>ONE THOMAS CIRCLE, NW, SUITE 1100<br>WASHINGTON, DC 20005-5802 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>CHIPMAN BROWN CICERO & COLE LLP<br>ATTN: WILLIAM CHIPMAN, J R., ESQUIRE<br>MARK D. OLIVERE, ESQUIRE<br>HERCULES PLAZA<br>919 N. MARKET STREET, SUITE 5400<br>WILMINGTON, DE 19801 | **CONSENTED TO ELECTRONIC SERVICE**<br>CRAVATH SWAIN & MOORE LLP<br>ATTN: MICHAEL A. PASKIN, ESQUIRE<br>WORLDWIDE PLAZA<br>825 EIGHTH AVENUE<br>NEW YORK, NY 10019-7475 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>FRESHFIELDS BRUCKHAUS DERINGER US LLP<br>ATTN: SCOTT TALMADGE, ESQUIRE<br>ABBY WALSH, ESQUIRE<br>STEVEN FRUCHTER, ESQUIRE<br>601 LEXINGTON AVENUE, 31ST FLOOR<br>NEW YORK, NY 10022 | **CONSENTED TO ELECTRONIC SERVICE**<br>GELLERT SCALI BUSENKELL & BROWN LLC<br>ATTN: EVAN W. RASSMAN, ESQUIRE<br>1201 N. ORANGE STREET, SUITE 300<br>WILMINGTON, DE 19801 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>GIBSON DUNN & CRUTCHER LLP<br>ATTN: JEFFREY KRAUSE, ESQUIRE<br>MICHAEL NEUMEISTER, ESQUIRE<br>DANIEL DENNY, ESQUIRE<br>333 S. GRAND AVENUE<br>LOS ANGELES, CA 9007-3197 | **CONSENTED TO ELECTRONIC SERVICE**<br>GILLESPIE SANFORD LLP<br>ATTN: HAL K. GILLESPIE, ESQUIRE<br>4925 GREENVILLE AVENUE, SUITE 200<br>DALLAS, TX 75206 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>GORI JULIAN & ASSOCIATES PC<br>ATTN: BARRY JULIAN, ESQUIRE<br>BETH GORI, ESQUIRE<br>156 N. MAIN STREET<br>EDWARDSVILLE, IL 62025 | **CONSENTED TO ELECTRONIC SERVICE**<br>GREGORY D. WILLARD, ESQUIRE<br>7339 WESTMORELAND DRIVE<br>ST. LOUIS, MO 63130-4241 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>ATTN: DANIEL K. HOGAN, ESQUIRE<br>1311 DELAWARE AVENUE<br>WILMINGTON, DE 19806 | **CONSENTED TO ELECTRONIC SERVICE**<br>HOGAN MCDANIEL<br>ATTN: DANIEL K. HOGAN, ESQUIRE<br>GARVIN F. MCDANIEL, ESQUIRE<br>1311 DELAWARE AVENUE<br>WILMINGTON, DE 19806 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>JENNER & BLOCK<br>ATTN: RICHARD LEVIN, ESQUIRE<br>919 THRID AVENUE<br>NEW YORK, NY 10022-3908 | **CONSENTED TO ELECTRONIC SERVICE**<br>JENNER & BLOCK<br>ATTN: VINCENT E. LAZAR, ESQUIRE<br>919 THRID AVENUE<br>NEW YORK, NY 10022-3908 |
| **CONSENTED TO ELECTRONIC SERVICE**<br>ONCOR<br>C/O PAT VILLAREAL LAW<br>ATTN: PATRICIA VILLAREAL, ESQUIRE | **CONSENTED TO ELECTRONIC SERVICE**<br>POTTER ANDERSON & CORROON LLP<br>ATTN: JEREMY W. RYAN, ESQUIRE<br>R. STEPHEN MCNEILL, ESQUIRE<br>1313 N. MARKET STREET, 6TH FLOOR<br>P.O. BOX 951<br>WILMINGTON, DE 19801 |

{FG-W0433165.}

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
PERKINS COIE LLP
ATTN: TINA N. MOSS, ESQUIRE
30 ROCKERFELLER PLAZA, 22ND FLOOR
NEW YORK, NY 10112-0015

**\*\* CONSENTED TO ELECTRONIC SERVICE\*\***
SEARCY & SEARCY PC
ATTN: JASON R. SEARCY, ESQUIRE
JOSHUA P. SEARCY, ESQUIRE
P.O. BOX 3929
LONGVIEW, TX 75606

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
THE RUCKDESCHEL LAW FIRM LLC
ATTN: JONATHAN RUCKDESCHEL, ESQUIRE
8357 MAIN STREET
ELLICOTT CITY, MD 21043

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
VARNUM LLP
ATTN: MARY KAY SHAVER, ESQUIRE
BRIDGEWATER PLACE
P.O. BOX 352
GRAND RAPIDS, MI 49501-0352

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
PINCKNEY WEIDINGER URBAN & JOYCE LLC
ATTN: GREGORY T. DONILON, ESQUIRE
3711 KENNETT PIKE, SUITE 210
GREENVILLE, DE 19807

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
STEVENS & LEE PC
ATTN: JOSEPH H. HUTSON, JR., ESQUIRE
1105 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
UNITED STATES DEPARTMENT OF JUSTICE
ATTN: DANIEL S. SMITH, SR COUNSEL
P.O. BOX 7611, BEN FRANKLIN STATION
WASHINGTON, DC 20044-7611

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
WHITEFORD TAYLOR & PRESTON LLC
ATTN: L. KATHERINE GOOD, ESQUIRE
THE RENAISSANCE CENTRE
405 N. KING STREET, SUITE 500
WILMINGTON, DE 19801

{FG-W0433165.}