# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission *pro hac vice* of Kim A. Berger, Esquire of BraunHagey & Borden LLP, 220 Sansome Street, 2nd Floor, San Francisco, CA 94014 to represent Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, Paloma Partners Management Company, and Sunrise Partners Limited Partnership in the above-captioned cases and any and all adversary proceedings commenced therein.

Dated: December 6, 2017  
Wilmington, Delaware

*/s/ Jeffrey M. Gorris*  
Jeffrey M. Gorris (Bar No. 5012)  
FRIEDLANDER & GORRIS P.A.  
1201 N. Market Street, Suite 2200  
Wilmington, DE 19801  
(302) 573-3500  
jgorris@friedlandergorris.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of these cases. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 09/01/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: December 6, 2017

Kim A. Berger  
BRAUNHAGEY & BORDEN LLP  
220 Sansome Street, 2nd Floor  
San Francisco, CA 94014  
(415) 599-0210 Telephone & Facsimile  
berger@braunhagey.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

{FG-W0433095.}

12/12/17