## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 1.10 | $1,172.50 |
| Employment and Fee Applications | .80 | $1,000.00 |
| **TOTAL** | **1.90** | **$2,172.50** |