## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1250 | 1.00 | 1,250.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 1025 | .90 | 922.50 |
| | | | | **TOTAL** | **1.90** | **2,172.50** |

NYCorp 3534423v.1
12/13/2017 SL1 1499765v1 109285.00005
109249.1