## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

**No Expenses**

NYCorp 3534423v.1

12/13/2017 SL1 1499765v1 109285.00005

109249.1