## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X

In re:                                              :    Chapter 11
                                                    :
Energy Future Holdings Corp., *et al.,* [1]         :    Case No. 14-10979 (CSS)
                                                    :
                    Debtors.                        :    (Jointly Administered)
                                                    :
                                                    :    **Re: D.I. 12075, 12213, 12274 &**
                                                         **12275**

------------------------------------------------------------ X

## CERTIFICATION OF COUNSEL AND PROPOSED ORDER CONCERNING
## THE STIPULATION REGARDING THE DESIGNATED RECORD ON APPEAL
## FROM THE OCTOBER 18, 2017 RECONSIDERATION ORDER

1.      On September 19, 2016, the Bankruptcy Court entered its Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement [D.I. 9584] (the "Termination Fee Approval Order") authorizing the Debtors' entry into the Merger Agreement and approving the Termination Fee.[2]

2.      On July 29, 2017, Elliott filed a Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee [D.I. 11636] (the "Reconsideration Motion").

3.      On October 18, 2017, the Bankruptcy Court entered its order granting the Reconsideration Motion [D.I. 12075] (the "Reconsideration Order"). The Bankruptcy Court,

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Stipulated Record on Appeal (as defined below).

through the Reconsideration Order, also denied the Application and stayed the Adversary Proceeding.

4.      On October 30, 2017, NextEra timely appealed the Reconsideration Order.

5.      On November 10, 2017, NextEra filed Appellant's Statement of Issues and Designation of Record on Appeal of NextEra Energy, Inc. from the October 18, 2017 Reconsideration Order [D.I. 12213] (the "Appellant's Record on Appeal").

6.      On November 27, 2017, Elliott filed with the Bankruptcy Court Elliott Funds' Designation of Additional Items to be Included in the Record on Appeal from the October 18, 2017 Reconsideration Order [D.I. 12274] and Elliott Funds' Motion for Entry of an Order Striking Certain Items from Appellant NextEra Energy, Inc.'s Statement of Issues and Designation of Record on Appeal from the October 18, 2017 Reconsideration Order [D.I. 12275] (together, "Appellees' Proposed Changes").

7.      On November 22, 2017, the Debtors filed with the Bankruptcy Court the Appellees' Designation of Additional Items to be Included in the Record on Appeal [D.I. 12269] (the "Debtors' Proposed Changes").

8.      NextEra, Elliott, and the Debtors (collectively, the "Parties") have met and conferred in good faith to resolve the Appellees' Proposed Changes and the Debtors' Proposed Changes.  Further to those efforts, the Parties have mutually agreed to the Stipulation Regarding the Designated Record on Appeal from the October 18, 2017 Reconsideration Order, attached hereto as Exhibit A (the "Stipulated Record on Appeal").

9.      NextEra respectfully requests that the Bankruptcy Court enter the proposed order, substantially in the form attached hereto as Exhibit B, at its earliest convenience.

Dated: December 13, 2017
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
      mcguire@lrclaw.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
Eric Daucher (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: howard.seife@nortonrosefulbright.com
      andrew.rosenblatt@nortonrosefulbright.com
      eric.daucher@nortonrosefulbright.com

-and-

**WINSTON & STRAWN LLP**
Dan K. Webb (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: dwebb@winston.com

Thomas M. Buchanan (admitted *pro hac vice*)
1700 K Street, NW
Washington, D.C. 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
Email: tbuchana@winston.com

*Counsel to Appellant NextEra Energy, Inc.*