<u>Exhibit A</u>

**Stipulation Regarding the Designated Record on Appeal from the October 18, 2017 Reconsideration Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------- X

In re:                              :    Chapter 11
                                    :
Energy Future Holdings Corp., *et al.*, [1]    :    Case No. 14-10979 (CSS)
                                    :
            Debtors.                :    (Jointly Administered)
                                    : :
                                    :    **Re: D.I. 12075, 12213, 12274 &**
                                    :    **12275**

--------------------------------------------------------- X

## STIPULATION REGARDING THE DESIGNATED RECORD ON APPEAL
## FROM THE OCTOBER 18, 2017 RECONSIDERATION ORDER

**NOW COMES** NextEra Energy, Inc. ("NextEra" or "Appellant"), Elliott Associates,

L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott" or

"Appellees"), and the above-captioned debtors and debtors in possession (collectively, the

"Debtors" and together with NextEra and Elliott, the "Parties"), with respect to the appeal

regarding the *Order Granting the Motion To Reconsider of Elliott Associates, L.P. and Denying*

*the Application of NextEra Energy Inc. for Payment of Administrative Claim* of the United States

Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") dated October 18, 2017

[D.I. 12075] (the "Reconsideration Order"), and stipulate to the following:

**WHEREAS**, on July 29, 2016, certain of the Debtors entered into an Agreement and

Plan of Merger (the "Merger Agreement") with NextEra and thereafter sought its approval by the

Bankruptcy Court, including a provision for a termination fee of $275 million (the "Termination

Fee") payable to NextEra under certain circumstances; and

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**WHEREAS**, on September 19, 2016, the Bankruptcy Court entered *its Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement* [D.I. 9584] (the "Termination Fee Approval Order") authorizing the Debtors' entry into the Merger Agreement and approving the Termination Fee; and

**WHEREAS**, on July 29, 2017, Elliott filed a *Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee* [D.I. 11636] (the "Reconsideration Motion"); and

**WHEREAS**, on October 18, 2017, the Bankruptcy Court entered its order granting the Reconsideration Motion [D.I. 12075] (the "Reconsideration Order"). The Bankruptcy Court, through the Reconsideration Order, also denied the *Application of NextEra Energy, Inc. for Payment of Administrative Claim* [D.I. 11649] and stayed the Adversary Proceeding pending as Adv. No. 17-50942 (the "Adversary Proceeding"); and

**WHEREAS**, on October 30, 2017, NextEra timely appealed the Reconsideration Order; and

**WHEREAS**, on November 10, 2017, NextEra filed Appellant's *Statement of Issues and Designation of Record on Appeal of NextEra Energy, Inc. from the October 18, 2017 Reconsideration Order* [D.I. 12213] (the "Appellant's Record on Appeal"); and

**WHEREAS**, also on November 10, 2017, NextEra, Elliott, and the Debtors jointly certified that a direct appeal of the Reconsideration Order to the United States Court of Appeals for the Third Circuit (the "Third Circuit") was appropriate; and

WHEREAS, on November 14, 2017, the Clerk of the Bankruptcy Court attested that all parties had certified the appeal for direct consideration by the Third Circuit and the Clerk transmitted the record on appeal to the Third Circuit; and

WHEREAS, on November 22, 2017, the Debtors filed with the Bankruptcy Court the *Appellees' Designation of Additional Items to be Included in the Record on Appeal* [D.I. 12269] (the "Debtors' Proposed Changes"); and

WHEREAS, on November 24, 2017, NextEra filed with the Third Circuit a petition for direct appeal, including a motion for an expedited appeal; and

WHEREAS, on November 27, 2017, Elliott filed with the Bankruptcy *Court Elliott Funds' Designation of Additional Items to be Included in the Record on Appeal from the October 18, 2017 Reconsideration Order* [D.I. 12274] and *Elliott Funds' Motion for Entry of an Order Striking Certain Items from Appellant NextEra Energy, Inc.'s Statement of Issues and Designation of Record on Appeal from the October 18, 2017 Reconsideration Order* [D.I. 12275] (together, "Appellees' Proposed Changes"); and

WHEREAS, the Parties have met and conferred in good faith to resolve the Appellees' Proposed Changes and the Debtors' Proposed Changes.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the Parties, through their respective undersigned counsel, that

1.      The record on appeal shall consist of the following items:

| | Date | Docket No. | Title |
|---|---|---|---|
| *In re: Energy Future Holdings Corp.*, Case No.: 14-10979-CSS | | | |
| 1. | | 9584, Ex. 1 | Agreement and Plan of Merger (dated July 29, 2016, as amended on September 18, 2016) between, among others, the Debtors and NextEra |

| | Date | Docket No. | Title |
|---|---|---|---|
| 2. | 08/03/2016 | 9190 | Motion of the EFH/EFIH Debtors For Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement |
| 3. | 08/04/2016 | 9191 | Declaration of William O. Hiltz in Support of the Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement |
| 4. | 08/04/2016 | 9192 | Declaration of David Ying in Support of the Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement |
| 5. | 08/25/2016 | 9397 | Objection of Certain Funds and Accounts Advised or Sub-Advised by Fidelity Management & Research Company or Its Affiliates to Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement |
| 6. | 08/25/2016 | 9398 | Objection of Shirley Fenicle, William Fahy, and John H. Jones to Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into Performance Under Plan Support Agreement |
| 7. | 08/25/2016 | 9399 | EFH Indenture Trustees' Objection to Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement |
| 8. | 08/25/2016 | 9402 | Objection and Joinder of Contrarian Capital Management, LLC to Motion of EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee and (C) Authorizing Entry Into and Performance Under Plan Support Agreement |

| | Date | Docket No. | Title |
|---|---|---|---|
| 9. | 09/14/2016 | 9536 | EFH/EFIH Debtors' Omnibus Reply to Objections to Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement |
| 10. | 09/19/2016 | 9584 | Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement |
| 11. | 09/21/2016 | 9606 | Transcript of the hearing held before the Court on September 19, 2016, including referenced demonstratives used by Debtors (D-Dem 1, D-Dem 2, and D-Dem 3) |
| 12. | 07/29/2017 | 11638-12; 11638-13 | Transcript of the open meeting before the Public Utility Commission of Texas (the "PUCT") held on September 22, 2016 |
| 13. | 09/25/2016 | 9655 | Joint Letter From NextEra Energy, Inc. and Energy Future Holdings Corp. to The Honorable Christopher S. Sontchi Concerning Termination Fee and Proposed Oncor Transaction |
| 14. | 09/28/2016 | 9693 | Transcript of the hearing held before the Court on September 26, 2016 |
| 15. | 07/29/2017 | 11638-17 | Memorandum, dated March 30, 2017, from Commissioner Kenneth W. Anderson, Jr. [PUCT Dkt. No. 46238-535] |
| 16. | 07/31/2017 | 11650-2 | Transcript of the March 30, 2017 Open Meeting before the PUCT |
| 17. | 04/13/2017 | 11152 | PUCT order denying the Joint Report and Application of NextEra and Oncor Electric Delivery Company LLC for Regulatory Approvals Pursuant to PURA §§ 14.101, 39.262 and 39.915 [PUCT Dkt. No. 46238-4] dated April 13, 2017 |
| 18. | 07/29/2017 | 11638-19 | NextEra Energy, Inc.'s Motion for Rehearing [PUCT Dkt. No. 46238-543] |
| 19. | | | Amicus Curiae Brief of Energy Future Holdings Corp. and Energy Future Intermediate Holdings Company LLC in Support of Rehearing [PUCT Dkt. No. 46238-545] |

|  | Date | Docket No. | Title |
|---|---|---|---|
| 20. | 06/09/2017 | 11325 | PUCT order denying NextEra's Motion for Rehearing, dated June 7, 2017 [PUCT Dkt. No. 46238-543] |
| 21. |  | 11878, Ex. X | NextEra Energy, Inc.'s Second Motion for Rehearing, dated June 27, 2017 [PUCT Dkt. No. 46238-554]; |
| 22. |  | 11878, Ex. J | Amicus Curiae Brief of Energy Future Holdings Corp. and Energy Future Intermediate Holdings Company LLC in Support of Second Motion for Rehearing [PUCT Dkt. No. 46238-555]; |
| 23. | 06/29/2017 | 11398 | PUCT order denying NextEra's Second Motion for Rehearing, dated June 29, 2017 [PUCT Dkt. No. 46238-554] |
| 24. | 07/07/2017 | 11424 | Debtors' Letters Terminating (A) the Plan Support Agreement by and among the EFH/EFIH Debtors, the Fidelity Funds, and NEE and (B) the Merger Agreement by and among Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, NextEra Energy, Inc., and EFH Merger Co., LLC |
| 25. | 07/10/2017 | 11441 | NextEra Letter in Reply to Debtors' Notice of Termination of the Agreement and Plan of Merger |
| 26. | 07/28/2017 | 11630 | Transcript of the hearing held before the Court on July 26, 2017 |
| 27. | 07/29/2017 | 11636 | The Elliott Funds' Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee |
| 28. | 07/29/2017 | 11638 | Declaration of Erin R. Fay Filed in Connection with the Elliott Funds' Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee |
| 29. | 07/31/2017 | 11649 | NextEra's Application for Payment of Administrative Expense Claim |
| 30. | 08/02/2017 | 11666 | The Elliott Funds' Preliminary Objection to the Application of NextEra Energy, Inc. for Payment of Administrative Claim |
| 31. | 08/03/2017 | 11668 | Adversary Complaint – Energy Future Holdings Corp. and Energy Future Intermediate Holding Company, LLC against NextEra Energy, Inc. |

|     | Date | Docket No. | Title |
| --- | --- | --- | --- |
| 32. | 08/03/2017 | 11669 | Plaintiff Energy Future Holdings Corp. and Energy Future Intermediate Holding Company LLC's Motion to Consolidate and Set a Rule 7016 Scheduling Conference |
| 33. | 08/10/2017 | 11716 | Stipulation and Order Regarding Elliott's Motion To Reconsider |
| 34. | 08/18/2017 | 11774 | Order Consolidating Certain Termination Fee Proceedings and Setting a Rule 7016 Scheduling Conference |
| 35. | 09/07/2017 | 11876 | Objection of NextEra Energy, Inc. to Motion to Reconsider In Part the September 19, 2016 Order Approving the NextEra Termination Fee |
| 36. | 09/07/2017 | 11878 | Declaration of Howard Seife in Support of Objection of NextEra Energy, Inc. to Motion to Reconsider In Part the September 19, 2016 Order Approving the NextEra Termination Fee |
| 37. | 09/07/2017 | 11879 | Debtors Objection to Elliott Funds Motion to Reconsider in Part the September 19, 2016 Order [Docket No.9584] Approving the NextEra Termination Fee |
| 38. | 09/14/2017 | 11905 | Reply Supporting Their Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee |
| 39. | 09/20/2017 | 11921 | Transcript of the hearing held before the Court on September 19, 2017 |
| 40. | 09/29/2017 | 11969 | Transcript of the hearing held before the Court on September 27, 2017 |
| 41. | 10/03/2017 | 11998 | Opinion on Motion for Reconsideration of an Order Approving, Among Other Things, a Termination Fee in the Amount of $275 million |
| 42. | 10/13/2017 | 12049 | NextEra's Letter on Finality |
| 43. | 10/13/2017 | 12050 | Debtors' Letter on Finality |
| 44. | 10/13/2017 | 12051 | Elliott's Letter on Finality |
| 45. | 10/18/2017 | 12075 | Order Granting the Motion to Reconsider of Elliott Associates, L.P. and Denying the Application of NextEra Energy Inc. for Payment of Administrative Claim |

|     | Date | Docket No. | Title |
| --- | --- | --- | --- |
| 46. | 10/30/2017 | 12141 | Notice of Appeal |
| 47. | 11/10/2017 | 12222 | Certification to Court of Appeals by All Parties |
| 48. | 11/10/2017 | 12224 | Joint Supplemental Statement on Certification |

2.    Any item listed in Appellant's Record on Appeal that is not included in paragraph 1 of this Stipulation shall not be included in the record with respect to NextEra's appeal of the Reconsideration Order.

Dated: December 13, 2017
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mcguire@lrclaw.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
Eric Daucher (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: howard.seife@nortonrosefulbright.com
       andrew.rosenblatt@nortonrosefulbright.com
       eric.daucher@nortonrosefulbright.com

-and-

**WINSTON & STRAWN LLP**
Dan K. Webb (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: dwebb@winston.com

Thomas M. Buchanan (admitted *pro hac vice*)
1700 K Street, NW
Washington, D.C. 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
Email: tbuchana@winston.com

*Counsel to Appellant NextEra Energy, Inc.*

Dated: December 13, 2017
      Wilmington, Delaware

**BAYARD, P.A.**

*/s/ Erin R. Fay*
Scott D. Cousins
Erin R. Fay
Evan T. Miller
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: scousins@bayardlaw.com
      efay@bayardlaw.com
      emiller@bayardlaw.com

-and-

**ROPES & GRAY LLP**
Keith H. Wofford (admitted *pro hac vice*)
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: Keith.Wofford@ropesgray.com
      Gregg.Galardi@ropesgray.com

*Counsel to Appellees Elliott Associates, L.P., Elliott
International, L.P., and the Liverpool Limited
Partnership*

Dated: December 13, 2017
      Wilmington, Delaware

**RICHARDS LAYTON & FINGER, P.A.**

*/s/ Jason M. Madron*
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS, LLP**
**KIRKLAND & ELLIS INTERNATIONAL, LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com
      aparna.yenamandra@kirkland.com

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
      chad.husnick@kirkland.com
      marc.kieselstein@kirkland.com
      steven.serajeddini@kirkland.com

*Counsel to Debtors and Debtors in Possession*