## Exhibit B

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
In re:                                             : Chapter 11
                                                   :
Energy Future Holdings Corp., *et al.*,            : Case No. 14-10979 (CSS)
                                                   :
        Debtors.                          : (Jointly Administered)
                                                   :
                                                   :
------------------------------------------------------------ X

**PROPOSED ORDER APPROVING THE STIPULATION
REGARDING THE DESIGNATED RECORD ON APPEAL
FROM THE OCTOBER 18, 2017 RECONSIDERATION ORDER**

Upon consideration of the *Stipulation Regarding the Designated Record on Appeal from the October 18, 2017 Reconsideration Order* (the "Stipulated Record on Appeal") and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Stipulated Record on Appeal is **APPROVED**.

2. The items designated by the Parties with respect to NextEra's appeal of the Reconsideration Order shall consist solely of the items listed in paragraph 1 of the Stipulated Record on Appeal.

3. The Clerk is directed to transmit this Order and the Stipulated Record on Appeal to the United States District Court for the District of Delaware and the United States Court of Appeals for the Third Circuit.

4. This Court shall retain jurisdiction over any matters or disputes arising from or relating to the interpretation, implementation, or enforcement of this Order.

Dated: December ___, 2017
      Wilmington, Delaware

                                          HONORABLE CHRISTOPHER S. SONTCHI
                                          UNITED STATES BANKTUPTCY JUDGE