UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## ADDITIONAL ITEMS ON APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979        BK ● AP ○

If AP, related BK case number:

**District Court Case Number:** 17-1546

Item(s) Transmitted:

| | | |
|---|---|---|
| Order Concerning Stipulation Regarding Design | **Docket #:** 12345 | **Date Entered:** 12/14/2017 |
| | **Docket #:** | **Date Entered:** |
| | **Docket #:** | **Date Entered:** |

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 12/14/2017        **by:** Donna Capell
                             **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    17-41