# EXHIBIT A

## Statement of Fees By Subject Matter

*Exhibit A*

**Combined - EFH & EFIH**
*Summary of Time Detail by Task*
*September 1, 2017 through September 30, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Business Plan | 4.2 | $1,930.00 |
| Contracts | 6.9 | $4,240.00 |
| Fee Applications | 3.6 | $1,955.00 |
| POR / Disclosure Statement | 15.1 | $8,065.00 |
| Tax Review & Support | 21.5 | $17,575.00 |
| UST Reporting Requirements | 6.8 | $3,910.00 |
| **Total** | **58.1** | **$37,675.00** |

*Exhibit A*

*EFH*
*Summary of Time Detail by Task*
*September 1, 2017 through September 30, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Business Plan | 2.10 | $965.00 |
| Contracts | 3.45 | $2,120.00 |
| Fee Applications | 1.80 | $977.50 |
| POR / Disclosure Statement | 7.55 | $4,032.50 |
| Tax Review & Support | 21.50 | $17,575.00 |
| UST Reporting Requirements | 3.40 | $1,955.00 |
| *Total* | **39.80** | **$27,625.00** |

*Exhibit A*

*EFIH*
*Summary of Time Detail by Task*
*September 1, 2017 through September 30, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Business Plan | 2.10 | $965.00 |
| Contracts | 3.45 | $2,120.00 |
| Fee Applications | 1.80 | $977.50 |
| POR / Disclosure Statement | 7.55 | $4,032.50 |
| UST Reporting Requirements | 3.40 | $1,955.00 |
| **Total** | **18.30** | **$10,050.00** |