**EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

**Combined - EFH & EFIH**
*Summary of Time Detail by Professional*
*September 1, 2017 through September 30, 2017*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Chris Howe | Managing Director | $950.00 | 5.0 | $4,750.00 |
| William Seaway | Managing Director | $950.00 | 3.9 | $3,705.00 |
| Michael Eagan | Managing Director | $900.00 | 5.0 | $4,500.00 |
| Emmett Bergman | Managing Director | $800.00 | 3.7 | $2,960.00 |
| Jeff Schwarcz | Senior Director | $750.00 | 3.1 | $2,325.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 7.1 | $4,615.00 |
| Matt Frank | Senior Director | $650.00 | 1.0 | $650.00 |
| Kevin Sullivan | Director | $575.00 | 6.8 | $3,910.00 |
| Taylor Zolbe | Senior Associate | $510.00 | 4.5 | $2,295.00 |
| Rich Carter | Consultant | $475.00 | 11.0 | $5,225.00 |
| Sarah Pittman | Analyst | $400.00 | 6.4 | $2,560.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.6 | $180.00 |
| | | **Total** | **58.1** | **$37,675.00** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### September 1, 2017 through September 30, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Chris Howe | Managing Director | $950.00 | 5.00 | $4,750.00 |
| William Seaway | Managing Director | $950.00 | 3.90 | $3,705.00 |
| Michael Eagan | Managing Director | $900.00 | 5.00 | $4,500.00 |
| Emmett Bergman | Managing Director | $800.00 | 1.85 | $1,480.00 |
| Jeff Schwarcz | Senior Director | $750.00 | 3.10 | $2,325.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 3.55 | $2,307.50 |
| Matt Frank | Senior Director | $650.00 | 0.50 | $325.00 |
| Kevin Sullivan | Director | $575.00 | 3.40 | $1,955.00 |
| Taylor Zolbe | Senior Associate | $510.00 | 4.50 | $2,295.00 |
| Rich Carter | Consultant | $475.00 | 5.50 | $2,612.50 |
| Sarah Pittman | Analyst | $400.00 | 3.20 | $1,280.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.30 | $90.00 |
| | | *Total* | **39.80** | **$27,625.00** |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### September 1, 2017 through September 30, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Emmett Bergman | Managing Director | $800.00 | 1.85 | $1,480.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 3.55 | $2,307.50 |
| Matt Frank | Senior Director | $650.00 | 0.50 | $325.00 |
| Kevin Sullivan | Director | $575.00 | 3.40 | $1,955.00 |
| Rich Carter | Consultant | $475.00 | 5.50 | $2,612.50 |
| Sarah Pittman | Analyst | $400.00 | 3.20 | $1,280.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.30 | $90.00 |
| | | *Total* | 18.30 | $10,050.00 |