# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

No expenses from September 1, 2017 through September 30, 2017