# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

No expenses from September 1, 2017 through September 30, 2017