

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224



SMALL BUSINESS/SELF-EMPLOYED DIVISION

12/12/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: EFH Corporate Services Co

Re: 14-10996DE01

Dear Claims Agent:

On 02/28/2017, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number. The assigned Claim # is 37774. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE 19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
**Washington, D.C. 20224**

*CLAIMS AGENT COPY*

SMALL BUSINESS/SELF-EMPLOYED DIVISION

12/12/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: EFH Corporate Services Co

Re: 14-10996DE01

Dear Claims Agent:

On 02/28/2017, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number. The assigned Claim # is 37775. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE 19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3



**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224



CLAIMS AGENT COPY

SMALL BUSINESS/SELF-EMPLOYED DIVISION

12/12/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Luminant Mining Company LLC

Re: 14-11042DE01

Dear Claims Agent:

On 02/28/2017, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number. The assigned Claim # is 37776. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE 19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3

*CLAIMS AGENT COPY*



**DEPARTMENT OF THE TREASURY**
INTERNAL REVENUE SERVICE
Washington, D.C. 20224

SMALL BUSINESS/SELF-EMPLOYED DIVISION

12/12/2017

Epiq Bankruptcy Solutions LLC
757 Third Ave Third Fl
New York, NY 10017

Re: Luminant Holding Company LLC

Re: 14-11037DE01

Dear Claims Agent:

On 02/28/2017, a proof of claim was filed by the Internal Revenue Service for the above Corporation, in the above referenced case number. The assigned Claim # is 37777. This Proof of Claim has been satisfied. Please withdraw this claim.

If you have any questions, you may call me at (302) 286-1559 or you may write to me at Internal Revenue Service, 1352 Marrows Road, Suite 204, Newark, DE 19711

Sincerely,

Michael A James
Bankruptcy Advisor
Insolvency Group 3