IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Related to Docket No. 12323 |

## WITHDRAWAL WITHOUT PREJUDICE OF NOTICE ACCEPTING FEE COMMITTEE APPOINTMENT

**WHEREAS**, in November 2017, Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively "Elliott") and Paloma Partners Management Company and Sunrise Partners Limited Partnership (collectively "Paloma" and, together with Elliott, the "Majority Creditors"), made informal and later formal requests to have a representative on the Fee Committee (the "Committee").

**WHEREAS**, on or about December 4, 2017, counsel for the E-Side Official Committee of Unsecured Creditors (the "UCC") confirmed that the UCC had notified the Committee of its request to designate its seat in favor of a representative appointed by the Majority Creditors.

**WHEREAS**, on December 8, 2017, the Majority Creditors filed a Notice Accepting Appointment of Representative to the EFH Fee Committee (the "Fee Committee Notice"), pursuant to Sections A.2 and A.7 of the Committee Order. (D.I. 12323).

**WHEREAS**, the Court has requested input from other constituencies relating to the procedure of Fee Committee designation, and thus the Majority Creditors are concurrently filing a Motion to Appoint a Representative of the Majority Creditors to the Fee Committee.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

{FG-W0433449.}

**NOW THEREFORE PLEASE TAKE NOTICE THAT**, in order to avoid unnecessary duplication of estate resources, and to present a more complete record relating to their prospective appointment to the Fee Committee, the Majority Creditors hereby withdraw their prior Notice without prejudice.

| | |
|---|---|
| Wilmington, Delaware<br>Date: December 17, 2017 | FRIEDLANDER & GORRIS, P.A.<br><br> /s/ *Jeffrey M. Gorris*<br>Jeffrey M. Gorris (Bar No. 5012)<br>1201 N. Market St., Suite 2200<br>Wilmington, Delaware 19801<br>Tel: (302) 573-3500<br>Fax: (302) 573-3501<br>Email: jgorris@friedlandergorris.com<br><br>-and-<br><br>BRAUNHAGEY & BORDEN LLP<br>J. Noah Hagey (*pro hac vice* pending)<br>Amy Brown (*pro hac vice* pending)<br>7 Times Square<br>27th Floor<br>New York, NY 10036-6524<br>Tel. & Fax: (646) 829-9403<br>Email: hagey@braunhagey.com<br>          brown@braunhagey.com<br><br>*Counsel to the Majority Creditors Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, Paloma Partners Management Company, and Sunrise Partners Limited Partnership* |