IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**Hearing Date:** January 8, 2018 at 10:00 a.m.<br>**Objection Deadline:** December 29, 2017 at 4:00 p.m. |

# NOTICE OF THE MAJORITY CREDITORS' MOTION TO APPOINT A REPRESENTATIVE OF THE MAJORITY CREDITORS TO THE FEE COMMITTEE

**PLEASE TAKE NOTICE** that Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and Gatwick Securities LLC (collectively "Elliott") and Paloma Partners Management Company and Sunrise Partners Limited Partnership (collectively "Paloma" and, together with Elliott, the "Majority Creditors") have filed the attached *Motion to Appoint a Representative of the Majority Creditors to the Fee Committee* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses to the attached motion must be filed on or before December 29, 2017 at 4:00 p.m. (ET).

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **JANUARY 8, 2018 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

{FG-W0433445.}

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Wilmington, Delaware
Date: December 17, 2017

FRIEDLANDER & GORRIS, P.A.

*/s/ Jeffrey M. Gorris*
Jeffrey M. Gorris (Bar No. 5012)
1201 N. Market St., Suite 2200
Wilmington, Delaware 19801
Tel: (302) 573-3500
Fax: (302) 573-3501
Email: jgorris@friedlandergorris.com

-and-

BRAUNHAGEY & BORDEN LLP
J. Noah Hagey (*pro hac vice*)
Amy Brown (*pro hac vice*)
7 Times Square, 27th Floor
New York, NY 10036-6524
Tel. & Fax: (646) 829-9403
Email: hagey@braunhagey.com
          brown@braunhagey.com

*Counsel to the Majority Creditors Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, Gatwick Securities, LLC, Paloma Partners Management Company, and Sunrise Partners Limited Partnership*