# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*, <br><br> Debtors. | Case No. 14-10979 (CSS) <br><br> (Jointly Administered) <br><br> Chapter 11 |

## ORDER APPOINTING A REPRESENTATIVE OF THE MAJORITY CREDITORS TO THE FEE COMMITTEE

Upon consideration of the Motion (the "Motion") to Appoint a Representative of the Majority Creditors to the Fee Committee; and it appearing that the Court has jurisdiction over this matter; and it appearing that the notice of the Motion as set forth therein is sufficient, and that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that a representative of the Majority Creditors be and hereby is appointed to the Fee Committee; and it is further

**ORDERED** that, notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry; and it is further

**ORDERED** that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: _____, 2017
Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE