IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

### DECLARATION OF J. NOAH HAGEY IN SUPPORT OF MOTION TO APPOINT MAJORITY CREDITORS' REPRESENTATIVE TO THE FEE COMMITTEE

I, J. Noah Hagey, declare as follows:

1. I am an attorney admitted to practice in the State of California and New York.

2. I make this declaration in support of the motion of Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and Gatwick Securities LLC (collectively "Elliott") and Paloma Partners Management Company and Sunrise Partners Limited Partnership (collectively, "Paloma" and, together with Elliott, the "Majority Creditors") to appoint a representative of the Majority Creditors to the Fee Committee.

1. Attached hereto as **Exhibit 1** is a true and correct copy of an email, dated November 21, 2017, from Brady C. Williamson, counsel for the Fee Committee to Kim A. Berger, attaching two charts listing fees and expenses paid to the various retained professionals. Since April 2017, over $487 million in professional fees have been approved and/or recommended for approval by the Fee Committee. The chart does not include other professional fees charged for the exceeding tens of millions of dollars by non-estate professionals, *eg*. counsel for the First and Second Lien Indenture Trustees. Even at the Court's most recent hearing on a single issue, well over twenty attorneys attended in person with countless others by phone.

3. Attached hereto as **Exhibit 2** is a true and correct copy of an email, dated December 4, 2017, from Brian D. Glueckstein to Bradley Feingerts.

2

4. Attached hereto as **Exhibit 3** is a true and correct copy of a letter, dated November 22, 2017, from Ira S. Dizengoff to Brady C. Williamson.

5. Attached hereto as **Exhibit 4** is a true and correct copy of an email, dated November 9, 2017, from Kim A. Berger to Brady C. Williamson.

6. Attached hereto as **Exhibit 5** is a true and correct copy of an email, dated November 13, 2017, from Kim A. Berger to Brady C. Williamson.

7. Attached hereto as **Exhibit 6** is a true and correct copy of an email and attached memorandum, dated November 13, 2017, from Brady C. Williamson to Kim A. Berger.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a letter, dated November 15, 2017, from J. Noah Hagey to Brady C. Williamson.

9. Attached hereto as **Exhibit 8** is a true and correct copy of an email dated November 17, 2017, from Kim A. Berger to Brady C. Williamson.

10. Attached hereto as **Exhibit 9** is a true and correct copy of an email, dated November 20, 2017, from Kim A. Berger to Brady C. Williamson, attaching a document entitled "Preliminary Questions for Fee Committee by Elliott Management."

11. Attached hereto as **Exhibit 10** is a true and correct copy of an email, dated November 27, 2017, from Kim A. Berger to Brady C. Williamson.

12. Attached hereto as **Exhibit 11** is a true and correct copy of an email, dated November 29, 2017, from Brady C. Williamson to Kim A. Berger.

13. Attached hereto as **Exhibit 12** is a true and correct copy of a letter, dated December 4, 2017 sent by Kim A. Berger to Brady C. Williamson.

14. I have talked to counsel for the Indenture Trustee for the EFH Notes, who has confirmed that the Trustee supports the motion of the Majority Creditors to be added as a voting member of the Fee Committee.

15. I have reviewed the engagement letters filed by the various professionals in this case. Several of those engagement letters have transaction and/or contingent fees that call for

significant additional payments beyond the monthly payments agreed upon in the various engagement letters in the event that a sale or plan is confirmed.

    Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief, and that this declaration was executed in San Francisco, CA.

Dated: December 17, 2017                                        By: _____
                                                                                    J. Noah Hagey