# EXHIBIT 1

## Kim Berger

| | |
|---|---|
| **From:** | Williamson, Brady <Bwilliam@gklaw.com> |
| **Sent:** | Tuesday, November 21, 2017 2:06 PM |
| **To:** | Kim Berger |
| **Cc:** | rgitlin@gitlinco.com |
| **Subject:** | FW: EFH -- Retained Professional charts / Elliott request |
| **Attachments:** | RP.Approved.Through 11.3.17 Order.pdf; ActiveRP.Approved.Through 11.3.17 Order.pdf |

Kim:

As part of our continuing response to your requests, we are attaching two charts that provide an over-all summary of the professionals, their clients, and the amounts authorized and paid through the fee period encompassed in the Court's last order authorizing fee and expense payments. The chart listing fewer professionals reflects only those actively involved in the proceedings. Like all of the material we are providing at your request, the summaries are based on publicly-filed and available information. The data themselves come directly from the professionals themselves, submitted as part of the public record and application process, and from the Court's orders and exhibits. With respect to the Fee Committee's policies and practices, including the confidential negotiating process, those are summarized in the memoranda circulated periodically in the fee review process and provided to Elliott Management in the binder Richard Gitlin left for Elliott at the meeting in its New York offices late in September.

To the extent Elliott's other requests can be addressed, consistent with the Fee Committee's fiduciary obligations, we will continue to do so—noting, as before, that at least some of the responsive data and answers can be found through the public docket, including the fee applications submitted and the orders filed over the more than three years of these proceedings. The holiday period and travel make scheduling difficult this week, but we're certainly open to still further discussion.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

Energy Future Holdings
Retained Professionals Interim/Final Fees and Expenses Approved
Through the November 3, 2017 Fee Order
(Reflects Fees/Expenses Billed Through April 2017)

| Retained Professional | Client | Role | Total Fees and Expenses Approved |
|---|---|---|---|
| FTI Consulting, Inc. | T-Committee | Financial Advisor | $11,649,802.36 |
| Lazard Freres & Co. LLC | T-Committee | Investment Banker | $16,381,493.13 |
| Morrison & Foerster LLP | T-Committee | Bankruptcy Counsel | $37,439,982.95 |
| Polsinelli PC | T-Committee | Delaware Bankruptcy Counsel | $2,857,729.57 |
| Charles River Associates | T-Committee | Natural Gas and Energy Consultant | $440,047.01 |
| Sullivan & Cromwell LLP | E-Committee | Bankruptcy Counsel | $23,324,820.87 |
| Montgomery, McCracken, Walker & Rhoads, LLP | E-Committee | Delaware Bankruptcy Counsel | $5,328,248.99 |
| AlixPartners, LLP | E-Committee | Restructuring Advisor | $3,527,465.30 |
| Guggenheim Securities, LLC | E-Committee | Investment Banker | $6,696,763.24 |
| Kinsella Media, LLC | E-Committee | Asbestos Noticing Agent | $300,000.00 |
| Kirkland & Ellis LLP | Debtors | Bankruptcy Counsel | $167,036,928.90 |
| Richards, Layton & Finger, P.A. | Debtors | Delaware Bankruptcy Counsel | $5,533,085.90 |
| Cravath, Swaine & Moore LLP | EFIH | Special Counsel to Independent Directors | $5,329,749.70 |
| Jenner & Block | EFIH | Special Counsel to Independent Directors | $1,311,099.38 |
| Stevens & Lee, P.C. | EFIH | Co-Counsel to Independent Directors | $379,611.49 |
| Goldin & Associates, LLC | EFIH | Financial Advisor | $3,193,973.77 |
| Munger Tolles & Olson LLP | TCEH | Counsel to Independent Directors | $15,517,773.66 |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | TCEH | Co-Counsel to Independent Directors | $317,622.66 |
| Greenhill & Co., LLC | TCEH | Financial Advisor | $12,902,187.87 |
| Proskauer Rose LLP | EFH | Counsel to Independent Directors | $19,781,087.42 |
| O'Kelly Ernst & Bielli, LLC | EFH | Co-Counsel to Independent Directors | $42,262.11 |
| Bielli & Klauder | EFH | Co-Counsel to Independent Directors | $171,661.30 |
| SOLIC Capital Advisors, LLC | EFH | Financial Advisor | $5,811,382.49 |
| Alvarez & Marsal North America, LLC | Debtors | Restructuring Advisor | $29,814,308.63 |
| Deloitte & Touche LLP | Debtors | Independent Auditor | $22,437,618.50 |
| Evercore Group L.L.C. | Debtors | Investment Banker & Financial Advisor | $21,144,151.79 |
| KPMG LLP | Debtors | Bankruptcy Accounting & Tax Advisor | $15,744,295.98 |
| Balch & Bingham LLP | Debtors | Special Counsel - Environmental Matters | $5,955,372.68 |
| Enoch Kever PLLC | Debtors | Special Counsel - Regulatory/Legislative | $0.00 |
| Filsinger Energy Partners | Debtors | Energy Consultant | $29,339,058.17 |
| Gibson, Dunn & Crutcher LLP | Debtors | Special Counsel - Corporate and Litigation | $6,072,979.29 |
| Greenberg Traurig | Debtors | Special Counsel - Energy-Related Transactions | $642,339.59 |
| McDermott Will & Emery LLP | Debtors | Special Counsel - Energy-Related Transactions | $1,527,756.12 |
| Sidley Austin LLP | Debtors | Special Counsel - Corporate and Litigation | $4,039,532.76 |
| Thompson & Knight LLP | Debtors | Special Counsel - Tax-Related Matters | $3,141,028.40 |
| EPIQ Bankruptcy Solutions, LLC | Debtors | Claims/Noticing Agent | $2,618,450.02 |
| **Retained Professional Totals** | | | **$487,751,672.00** |

Energy Future Holdings
Retained Professionals Interim/Final Fees and Expenses Approved
Through the November 3, 2017 Fee Order
(Reflects Fees/Expenses Billed Through April 2017)

| Retained Professional | Client | Role | Total Fees and Expenses Approved |
|---|---|---|---|
| FTI Consulting, Inc. | T-Committee | Financial Advisor | $11,649,802.36 |
| Lazard Freres & Co. LLC | T-Committee | Investment Banker | $16,381,493.13 |
| Morrison & Foerster LLP | T-Committee | Bankruptcy Counsel | $37,439,982.95 |
| Polsinelli PC | T-Committee | Delaware Bankruptcy Counsel | $2,857,729.57 |
| Charles River Associates | T-Committee | Natural Gas and Energy Consultant | $440,047.01 |
| Sullivan & Cromwell LLP | E-Committee | Bankruptcy Counsel | $23,324,820.87 |
| Montgomery, McCracken, Walker & Rhoads, LLP | E-Committee | Delaware Bankruptcy Counsel | $5,328,248.99 |
| AlixPartners, LLP | E-Committee | Restructuring Advisor | $3,527,465.30 |
| Guggenheim Securities, LLC | E-Committee | Investment Banker | $6,696,763.24 |
| Kinsella Media, LLC | E-Committee | Asbestos Noticing Agent | $300,000.00 |
| Kirkland & Ellis LLP | Debtors | Bankruptcy Counsel | $167,036,928.90 |
| Richards, Layton & Finger, P.A. | Debtors | Delaware Bankruptcy Counsel | $5,533,085.90 |
| Cravath, Swaine & Moore LLP | EFIH | Special Counsel to Independent Directors | $5,329,749.70 |
| Jenner & Block | EFIH | Special Counsel to Independent Directors | $1,311,099.38 |
| Stevens & Lee, P.C. | EFIH | Co-Counsel to Independent Directors | $379,611.49 |
| Goldin & Associates, LLC | EFIH | Financial Advisor | $3,193,973.77 |
| Munger Tolles & Olson LLP | TCEH | Counsel to Independent Directors | $15,517,773.66 |
| McElroy, Deutsch, Mulvaney & Carpenter, LLP | TCEH | Co-Counsel to Independent Directors | $317,622.66 |
| Greenhill & Co., LLC | TCEH | Financial Advisor | $12,902,187.87 |
| Proskauer Rose LLP | EFH | Counsel to Independent Directors | $19,781,087.42 |
| O'Kelly Ernst & Bielli, LLC | EFH | Co-Counsel to Independent Directors | $42,262.11 |
| Bielli & Klauder | EFH | Co-Counsel to Independent Directors | $171,661.30 |
| SOLIC Capital Advisors, LLC | EFH | Financial Advisor | $5,811,382.49 |
| Alvarez & Marsal North America, LLC | Debtors | Restructuring Advisor | $29,814,308.63 |
| Deloitte & Touche LLP | Debtors | Independent Auditor | $22,437,618.50 |
| Evercore Group L.L.C. | Debtors | Investment Banker & Financial Advisor | $21,144,151.79 |
| KPMG LLP | Debtors | Bankruptcy Accounting & Tax Advisor | $15,744,295.98 |
| Balch & Bingham LLP | Debtors | Special Counsel - Environmental Matters | $5,955,372.68 |
| Enoch Kever PLLC | Debtors | Special Counsel - Regulatory/Legislative | $0.00 |
| Filsinger Energy Partners | Debtors | Energy Consultant | $29,339,058.17 |
| Gibson, Dunn & Crutcher LLP | Debtors | Special Counsel - Corporate and Litigation | $6,072,979.29 |
| Greenberg Traurig | Debtors | Special Counsel - Energy-Related Transactions | $642,339.59 |
| McDermott Will & Emery LLP | Debtors | Special Counsel - Energy-Related Transactions | $1,527,756.12 |
| Sidley Austin LLP | Debtors | Special Counsel - Corporate and Litigation | $4,039,532.76 |
| Thompson & Knight LLP | Debtors | Special Counsel - Tax-Related Matters | $3,141,028.40 |
| EPIQ Bankruptcy Solutions, LLC | Debtors | Claims/Noticing Agent | $2,618,450.02 |

| Retained Professional Totals | $487,751,672.00 |
|---|---|

# EXHIBIT 2

**Kim Berger**

| | |
|---|---|
| **From:** | Glueckstein, Brian D. <gluecksteinb@sullcrom.com> |
| **Sent:** | Monday, December 4, 2017 2:44 PM |
| **To:** | Bradley Feingerts |
| **Cc:** | Jeff Rosenbaum; Dietderich, Andrew G.; Kim Berger; Noah Hagey |
| **Subject:** | RE: EFH / EFIH fee committee |

We discussed today with the UCC, and the UCC is supportive of Elliott's request to be appointed to the fee committee with one seat as a replacement for the current creditor representative.  We are communicating the same message to the fee committee.

Thanks,
Brian


Brian D. Glueckstein
Sullivan & Cromwell LLP | 125 Broad Street |
    New York, NY  10004-2498
T: (212) 558-1635 | F: (212) 291-9305 |
gluecksb@sullcrom.com

# EXHIBIT 3



**Akin Gump**

STRAUSS HAUER & FELD LLP

IRA S. DIZENGOFF
+1 212.872.1096/fax: +1 212.872.1002
idizengoff@akingump.com

November 22, 2017

VIA E-MAIL (bwilliam@gklaw.com)

EFH Fee Committee
c/o Brady C. Williamson, Esq.
Godfrey & Kahn, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703

   Re: Elliott Management – Fee Committee Composition

Dear Mr. Williamson:

  As you may know, we represent UMB Bank, N.A. ("UMB"), which serves as indenture trustee for the EFIH PIK Notes.  UMB is in receipt of the November 15 letter from Braun Hagey & Borden LLP on behalf of Elliott Management Corporation ("Elliott") requesting, among other things, that Elliott be added to the fee committee as a member.  UMB, as indenture trustee for EFIH PIK Notes, supports the addition of Elliott to the fee committee.

    Very truly yours,

    Ira Di~ /JN

    Ira S. Dizengoff

# EXHIBIT 4

## Kim Berger

| | |
|---|---|
| **From:** | Kim Berger |
| **Sent:** | Thursday, November 9, 2017 11:50 AM |
| **To:** | 'Williamson, Brady' |
| **Cc:** | Noah Hagey; Andrew Levine |
| **Subject:** | Fee Committee |

Brady,

It was good to talk today.  As a follow-up to our conversation, you were going to look into circulating the following:

1. Recent Committee memo sent yesterday or today to professional advisors re: need to reduce future work leading up to confirmation.
2. Dates of upcoming formal Committee meetings (November and December).
3. Overview "map" summarizing the various advisor groups (law firms and FAs) and constituencies, together with fees paid and fees accrued for each through October 2017 (or most recent summary easily available).
4. Committee's current expectation / assessment of each active advisors' ongoing roles heading toward final confirmation, together with expected budget for each: i.e., including "active burn" and "accruing" burn.
5. Summary / timing of FA agreements to halt monthly payments beginning September/October 2016.
6. Any internal procedure or protocol governing the Committee's operation, i.e., in addition to the Court's April 2014 mandate.

We also appreciate the Committee's work to date.  Elliott's interest is to be a constructive team player at the Committee level.  To do so, we discussed that Elliott will need more than just an advising role.  Thank you for agreeing to discuss that issue with both Richard Gitlin and Richard Schepacarter.  We would like a decision on that issue before the next scheduled meeting of the Fee Committee on November 20, i.e., so that Elliott can participate in that process.  We would prefer to have consensus of the other Committee members, but will file an application with the court if need be.

Finally, we discussed Elliott's request that the Fee Committee begin preparing a recommendation for Judge Sontchi around streamlining / reducing professional fees over the next six months leading to confirmation.  We look forward to your and Mr. Gitlin's perspective and input on that (as well as that of other members).

Thanks again.  We look forward to working with you and the other Committee members.

Best,
Kim

Kim A. Berger
B R A U N H A G E Y & B O R D E N LLP
Direct:  (415) 599-0213
Cell:  (415) 271-8457

**San Francisco (Main Office)**
220 Sansome Street, 2nd Floor
San Francisco, CA 94104
Tel. & Fax: (415) 599-0210

**New York**
7 Times Square
27th Floor

# EXHIBIT 5

**Kim Berger**

| | |
|---|---|
| **From:** | Kim Berger |
| **Sent:** | Monday, November 13, 2017 8:56 AM |
| **To:** | 'Williamson, Brady' |
| **Cc:** | Noah Hagey; Andrew Levine |
| **Subject:** | RE: Fee Committee |

Brady,

I just wanted to follow up on our call and my email of last Thursday.  Please let us know where we stand on the various requests we made.  Can we have a call tomorrow morning to discuss further?  Let us know your availability.

Thanks.

Kim Berger
B R A U N H A G E Y & B O R D E N ʟʟᴘ
Direct: (415) 599-0213
Cell: (415) 271-8457

**From:** Kim Berger
**Sent:** Thursday, November 9, 2017 11:50 AM
**To:** 'Williamson, Brady' <Bwilliam@gklaw.com>
**Cc:** Noah Hagey <hagey@braunhagey.com>; Andrew Levine <levine@braunhagey.com>
**Subject:** Fee Committee

Brady,

It was good to talk today.  As a follow-up to our conversation, you were going to look into circulating the following:

1. Recent Committee memo sent yesterday or today to professional advisors re: need to reduce future work leading up to confirmation.
2. Dates of upcoming formal Committee meetings (November and December).
3. Overview "map" summarizing the various advisor groups (law firms and FAs) and constituencies, together with fees paid and fees accrued for each through October 2017 (or most recent summary easily available).
4. Committee's current expectation / assessment of each active advisors' ongoing roles heading toward final confirmation, together with expected budget for each:  i.e., including "active burn" and "accruing" burn.
5. Summary / timing of FA agreements to halt monthly payments beginning September/October 2016.
6. Any internal procedure or protocol governing the Committee's operation, i.e., in addition to the Court's April 2014 mandate.

We also appreciate the Committee's work to date.  Elliott's interest is to be a constructive team player at the Committee level.  To do so, we discussed that Elliott will need more than just an advising role.  Thank you for agreeing to discuss that issue with both Richard Gitlin and Richard Schepacarter.  We would like a decision on that issue before the next scheduled meeting of the Fee Committee on November 20, i.e., so that Elliott can participate in that process.  We would prefer to have consensus of the other Committee members, but will file an application with the court if need be.

Finally, we discussed Elliott's request that the Fee Committee begin preparing a recommendation for Judge Sontchi around streamlining / reducing professional fees over the next six months leading to confirmation.  We look forward to your and Mr. Gitlin's perspective and input on that (as well as that of other members).

Thanks again.  We look forward to working with you and the other Committee members.


Best,
Kim


Kim A. Berger
B R A U N H A G E Y & B O R D E N LLP
Direct:  (415) 599-0213
Cell:  (415) 271-8457

**San Francisco (Main Office)**
220 Sansome Street, 2nd Floor
San Francisco, CA 94104
Tel. & Fax: (415) 599-0210

**New York**
7 Times Square
27th Floor
New York, NY 10036-6524
Tel. & Fax: (646) 829-9403

This message is intended only for the confidential use of the intended recipient(s) and may contain protected information that is subject to attorney-client, work product, joint defense and/or other legal privileges.  If you are not the intended recipient, please contact me immediately at the phone number listed above and permanently delete the original message and any copies thereof from your email system.  Thank you.

# EXHIBIT 6

## Kim Berger

| | |
|---|---|
| **From:** | Williamson, Brady <Bwilliam@gklaw.com> |
| **Sent:** | Monday, November 13, 2017 11:52 AM |
| **To:** | Kim Berger |
| **Subject:** | Energy Future/Elliott Mgt. |
| **Attachments:** | 2017 11 13 -- EFH -- Memorandum to Berger of Braun Hagey on FC Procedures and Composition.PDF |

Kim:  this should bring us up-to-date.   Let's talk again before the Fee Committee meeting a week from today.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

# GODFREY KAHN s.c.

ONE EAST MAIN STREET, SUITE 500 • POST OFFICE BOX 2719
MADISON, WISCONSIN 53701-2719

TEL·608.257.3911  FAX·608.257.0609

www·GKLAW.COM

## MEMORANDUM

**TO:**      Kim A. Berger / Braun Hagey & Borden LLP

**FROM:**    Brady C. Williamson / Godfrey & Kahn, S.C.

**DATE:**    November 13, 2017

**SUBJECT:** EFH Fee Committee / Procedures and Composition

**cc:**      Richard Gitlin

Thanks for taking the time last week to share your perspective for Elliott Management on the Fee Committee's composition and approach. The discussion was helpful, and we are sharing your thoughts and related e-mail with the Fee Committee members in advance of its next meeting. With this response, we will address your November 9 and 13, 2017, e-mails to me and some of the points raised during our telephone call. Please accept this, as well, as a response for Richard Gitlin to your note to him on November 10, 2017.

The Fee Committee's next two meeting dates are November 20, by phone, beginning at 9:45 a.m. Eastern, and December 18, beginning at 1:00 p.m. Eastern, in person in New York. You are welcome to make a 10-minute presentation at the November 20 telephone meeting and, to that end, we will let you know a more precise time as the agenda comes together for that meeting. Your request to join the Fee Committee, which in any event would require a Court order, will be part of the agenda.

The Fee Committee has not yet scheduled any meetings in 2018—though the schedule will depend, in part, on the Texas regulatory proceedings and the accuracy of the Debtors' estimate of a March 30, 2018 Effective Date. You'll find attached to this note the Fee Committee's recent memorandum that I described to you in our telephone call and the most recent order from the U.S. Bankruptcy Court approving the uncontested fee applications through the end of April 2017. We're now reviewing the fee applications, all matters of public record, for the period through the end of August 2017, anticipating a hearing on those in February 2018.

The list of professionals currently involved in these proceedings can be found in the exhibits attached to the latest Court orders. We are also enclosing an exhibit to an earlier order that shows fees approved and paid to professionals no longer involved in the proceedings because their assignments were limited to the T-Side proceeding, which has concluded.

With respect to monthly payments to financial advisors, as we discussed in our telephone call, most financial advisors have not been paid—at the Fee Committee's request—for a year or, in some instances, more. We are discussing and, in some cases, concluding discussions with

financial advisors for both retrospective and prospective adjustments that reduce the monthly payments to reflect the cyclical nature of the proceedings. All of the retention agreements, whether with law firms or financial advisors, are matters of public record. As I noted during our telephone call, the Fee Committee's discussions with professionals are confidential. The Fee Committee has not addressed the decision of any interested party to retain or continue to retain one or more professionals, and the Committee is not in a position to compel an interested party to stop using a professional.

The Fee Committee has not adopted a formal written set of operating procedures. However, the policies and principles it applies in the fee review process are reflected in its periodic reports to the Court, in the series of memoranda it has sent to the professionals and, of course, in the Court's order establishing the Fee Committee. Those were included in the materials left with your client when we met for an hour with its representatives last month in New York.

We touched on several other points during last Thursday's telephone call. Every creditor, as an interested party, has standing to review and object to fee applications, interim or final, submitted by any professional. No creditor needs the Fee Committee to do that, nor does it need individual representation on the Fee Committee to do that. For its part, though the U.S. Trustee is a member of the Fee Committee, that office too has independent standing to comment on any fee application, regardless of the Fee Committee's position.

Each of the Fee Committee members is aware of your requests, and you already have spoken with the U.S. Trustee separately. If you intend to file a formal motion to change the Fee Committee's composition, please let us know so that we can inform the Fee Committee members promptly. With or without a motion, the Committee is always open to suggestions and questions from any interested party. We will be in touch soon on the timing for next Monday's meeting and call from you.

18048749.1



**GODFREY & KAHN** S.C.

ONE EAST MAIN STREET, SUITE 500 • POST OFFICE BOX 2719
MADISON, WISCONSIN 53701-2719

TEL·608.257.3911  FAX·608.257.0609

WWW.GKLAW.COM

## MEMORANDUM

| | |
|---|---|
| **TO:** | Retained Professionals |
| **FROM:** | Richard Gitlin/Fee Committee Chair |
| **DATE:** | November 6, 2017 |
| **RE:** | Fee Application timing and schedule |

Although we are following the Texas regulatory proceedings closely, the Debtors have advised everyone that they expect an effective date of March 30, 2018. This necessitates an adjustment to the fee application and approval schedule circulated previously.

The Court has entered an order approving all consensually resolved ninth interim fee applications (covering work performed from January through April of this year) [D.I. 12171]. Assuming the March 30, 2018 effective date occurs, the remaining fee schedule will be:

| Fee Period | 10th | 11th | 12th | Final |
|---|---|---|---|---|
| **Work Performed** | May-August 2017 | September-December 2017 | January – Effective Date | April 29 2014-Effective Date |
| **Applications Due** | October 15, 2017 | February 15, 2018 | May 15, 2018 | To Be Determined |
| **Hearing Date** | February 2018 | June 2018 | September 2018 | To Be Determined |

As the effective date approaches, the Fee Committee will circulate a separate memorandum that includes a form final fee application cover sheet to ensure timely processing of final fee applications.

In light of the case status, anticipated confirmation schedule, and projected effective date, the Fee Committee expects that most professionals' activities should remain minimal during the remaining months of these cases. This, of course, excludes ordinary course-type professionals doing non-bankruptcy work and bankruptcy professionals performing the essential work necessary to effectuate plan confirmation, regulatory approval, and emergence.

As always, do not hesitate to reach out to Fee Committee counsel if you have questions or concerns.

17851476.2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors.[1] | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) Re: D.I. 10257, 10227, 10163, 10255, 10228, 10218, 10217,<br>) 10404, 10224, 10248, 10733, and 9763<br>)<br>) Set for hearing: March 28, 2017 at 10:00 a.m. E.D.T. |

## OMNIBUS ORDER AWARDING FINAL REQUEST
## FOR ALLOWANCE OF COMPENSATION FOR SERVICES
## RENDERED AND FOR REIMBURSEMENT OF EXPENSES

This matter coming before the Court on the final fee applications (together D.I. 10257, 10227, 10163, 10255, 10228, 10218, 10217, 10404, 10224, 10248, 10733, and 9763, the "**Applications**") of those professionals listed on **Exhibit A** attached hereto (together, the "**Applicants**"), pursuant to sections 330(a) and 331 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for the final allowance of certain fees, including all holdbacks, and expenses incurred by the Applicants for the specific period of time set forth in each of the Applications (the "**Compensation Period**"), filed in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "**Interim Compensation Order**") and the *Stipulation and Order Approving a Fee Committee* [Docket No. 1896] (the "**Fee Committee Order**"); the *Amended Order*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Confirming the Sixth Amended Joint Plan of Reorganization* [D.I. 7285] (the "**Amended Confirmation Order**"); and the Court having reviewed the Applications with respect to the Applicants and/or the omnibus report filed by the Fee Committee (as such term is defined in the Fee Committee Order) with respect to each of the Applications (see D.I. 11038); and the Court finding that:   (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Applications and the hearing thereon was adequate under the circumstances; and (c) all parties with notice of the Applications have been afforded the opportunity to be heard on the Applications, and no objections having been filed; now therefore

IT IS HEREBY ORDERED THAT:

1.      The Applications are GRANTED on a final basis, to the extent set forth on the attached **Exhibit A.**

2.      Each of the Applicants is allowed (a) final compensation for services rendered during the Compensation Period and (b) final reimbursement for actual and necessary expenses incurred during the Compensation Period, each in the respective amounts set forth on the attached **Exhibit A**, including any and all holdbacks.

3.      To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay each of the Applicants 100% of the fees and 100% of the expenses listed on **Exhibit A** hereto under the columns "Final Fees Approved" and "Final Expenses Approved," respectively, for services rendered and expenses incurred during the Compensation Period.

Dated: March 28 , 2017
　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　THE HONORABLE CHRISTOPHER S. SONTCHI
　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE

16960610.1

2

In re: Energy Future Holdings Corp., et al. Case No. 14-10979(CSS)
Final Fee Applications
Hearing March 28, 2017

# EXHIBIT A

as of 3/27/2017

| # | Applicant | Compensation Period | Final Fees Documented FN1 | Fee Committee's Interim Fee Adjustments | Fee Committee's Final Adjustments | Final Expenses Documented FN1 | Fee Committee's Interim Expense Adjustments | Fee Committee's Final Expense Adjustments | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | McElroy Deutsch MAC [D.I. 4770, 5479, 7862, 8722, & 10257] FN2 | 01/12/15 - 10/03/16 | $306,107.00 | | | | | | $313,317.00 | $4,905.66 |
| | Final fee application preparation | | 7,210.00 | | | | | | | |
| 2 | Balch & Bingham LLP [D.I. 3542, 4756, 6503, 7881, 8834, & 10227] | 10/01/14 - 10/03/16 | $5,813,360.90 | | | 140,894.29 | | | $5,818,478.05 | $138,004.63 |
| | Final fee application preparation | | 19,269.00 | | | | | | | |
| | Seventh Fee Period | | | 3,876.75 | | | 99.00 | | | |
| | Sixth Fee Period - D.I. 9963 | | | 4,224.50 | | | 1.28 | | | |
| | Fifth Fee Period - D.I. 8824 | | | 2,293.00 | | | 490.47 | | | |
| | Fourth Fee Period - D.I. 7883 | | | 7,575.50 | | | 757.38 | | | |
| | Third Fee Period - D.I. 6667 | | | 3,523.00 | | | 1,914.28 | | | |
| | Second Fee Period - D.I. 4843 | | | 2,679.00 | | | 237.25 | | | |
| | Total Adjustments | | | 24,171.75 | | | 3,989.66 | | | |
| 3 | Greenhill & Co LLC [D.I. 10163] | 11/17/14 - 10/03/16 | $5,640,860.22 | | 1,574,193.55 | 233,692.22 | | | $12,683,333.34 | 218,854.53 |
| | Final Flat fee disallowance | | 9,500,000.00 | | 933,333.33 | | | | | |
| | Transaction Fee | | 1,695,430.11 | | | | | | | |
| | Transaction Fee Credit | | | | | | | | | |
| | Seventh Fee Period | | | | | | 191.02 | | | |
| | Sixth Fee Period - D.I. 9963 | | | | | | 2,245.60 | | | |
| | Fifth Fee Period - D.I. 8824 | | | | | | 222.52 | | | |
| | Fourth Fee Period - D.I. 7883 | | | | | | 4,149.87 | | | |
| | Third Fee Period - D.I. 6667 | | | | | | 4,866.03 | | | |
| | Second Fee Period - D.I. 4843 | | | | | | 3,152.65 | | | |
| | Total Adjustments | | | | 2,457,526.88 | | 14,837.69 | | | |
| 4 | Munger Tolles & Olson LLP [D.I. 10255] FN3 | 11/16/14 - 10/03/16 | $15,171,705.90 | | | 312,326.71 | | | $15,205,446.95 | 312,326.71 |
| | Final fee application preparation | | 48,745.00 | | | | | | | |
| | Seventh Fee Period | | | 14,503.95 | | | | | | |
| | Total Adjustments | | | 14,503.95 | | | | | | |
| 5 | Sidley Austin [D.I. 10228] FN4 | 04/29/14 - 10/03/16 | $4,033,746.17 | | | 50,268.33 | | | $3,989,328.47 | 50,203.79 |
| | Sixth Fee Period | | | 14,417.70 | | | 64.54 | | | |
| | Total Adjustments | | | 14,417.70 | | | 64.54 | | | |
| 6 | FTI Consulting [D.I. 10218] FN5 | 05/19/14 - 10/03/16 | $11,287,077.63 | | | 362,724.73 | | | $11,287,077.63 | 362,724.73 |
| 7 | Gibson, Dunn & Crutcher LLP [D.I. 10217] FN6 | 04/29/14 - 10/02/16 | $5,840,871.45 | | | 211,207.89 | | | $5,861,801.40 | 211,207.89 |
| | Final fee application preparation | | 39,256.00 | | | | | | | |
| | Seventh Fee Period | | | 18,326.05 | | | | | | |
| | Total Adjustments | | | 18,326.05 | | | | | | |
| 8 | KPMG LLP [D.I. 10226] FN7 | 4/29/14 - 10/03/16 | $15,245,411.40 | | | 574,743.50 | | | $15,245,411.40 | 574,743.50 |
| | Seventh Fee Period | | | 3,847.70 | | | | | | |
| | Total Adjustments | | | 3,847.70 | | | | | | |

167026172

In re: Energy Future Holdings Corp., et al, Case No. 14-10979(CSS)
Final Fee Applications
Hearing March 28, 2017

EXHIBIT A

as of 3/27/2017

| | Applicant | Compensation Period | Final Fees Documented FN 1 | Fee Committee's Interim Fee Adjustments | Fee Committee's Final Fee Adjustments | Final Expenses Documented FN 1 | Fee Committee's Interim Expense Adjustments | Fee Committee's Final Expense Adjustments | Final Fees Approved | Final Expenses Approved |
|---|---|---|---|---|---|---|---|---|---|---|
| 9 | Morrison & Foerster (D.I. 10224) | 05/12/14-10/3/16 | $ 36,902,408.00 | | | $ 906,422.66 | | | $ 36,502,452.15 | $ 884,066.20 |
| | Seventh Fee Period FN 8 | | | $ 16,752.00 | | | | | | |
| | Sixth Fee Period - D.I. 9963 | | | 21,074.50 | | | 67.75 | | | |
| | Fifth Fee Period - D.I. 8824 | | | 26,228.00 | | | 253.77 | | | |
| | Fourth Fee Period - D.I. 7883 | | | 61,915.00 | | | 3,576.83 | | | |
| | Third Fee Period - D.I. 6667 | | | 110,329.50 | | | 450.00 | | | |
| | Second Fee Period - D.I. 4843 | | | 21,992.00 | | | 2,753.33 | | | |
| | First Fee Period - D.I. 3148 | | | 139,664.75 | | | 15,354.78 | | | |
| | Total Adjustments | | | 399,955.75 | | | 22,356.46 | | | |
| 10 | Polsinelli PC (D.I. 10248, 10733) | 05/13/14-10/03/16 | $ 2,968,992.00 | | $ 8,384.00 | $ 117,015.37 | | $ 151.00 | $ 2,749,072.00 | $ 111,849.01 |
| | Seventh Fee Period | | | 6,289.75 | | | 833.56 | | | |
| | Sixth Fee Period | | | 63,628.00 | | | 3,249.44 | | | |
| | Fifth Fee Period - D.I. 9308 | | | 40,324.93 | | | 149.00 | | | |
| | Fourth Fee Period - D.I. 7883 | | | 30,019.13 | | | 1,152.10 | | | |
| | Third Fee Period - D.I. 6667 | | | 24,138.13 | | | 761.65 | | | |
| | Second Fee Period - D.I. 4843 | | | 13,687.06 | | | 52.91 | | | |
| | First Fee Period - D.I. 4843 | | | 33,449.00 | | | 1,999.14 | | | |
| | Total Adjustments | | | 219,920.00 | | | 5,166.36 | | | |
| 11 | Lazard Frères (D.I. 9763) FN 9 | 05/14/14-09/30/16 | $ 16,270,161.29 | | | $ 111,780.49 | | $ - | $ 16,270,161.29 | $ 111,780.49 |
| | Note: Includes Completion Fee | | $ 11,875,000.00 | | | | | | | |

1 Final Fees Documented figures do not include estimated fees for final fee application preparation. Actual fees documented for final fee application preparation are separately itemized.

2 This firm's final fee request incorporates the Fee Committee's stipulated interim fee reductions of $2,336.50 in interim fees and $218.00 in interim expenses.

3 This firm's final fee request incorporates the Fee Committee's stipulated interim fee reductions of $150,046 in interim fees and $10,984.98 in interim expenses.

4 This firm's final fee request incorporates the Fee Committee's stipulated interim fee reductions of $671,689.15 in interim fees and $16,998.05 in interim expenses.

5 This firm's final fee request incorporates the Fee Committee's stipulated interim fee reductions of $604,18.87 in interim fees and $9,582.82 in interim expenses.

6 This firm's final fee request incorporates the Fee Committee's stipulated interim fee reductions of $59,830.15 in interim fees and $1,424.07 in interim expenses.

7 This firm's final fee request incorporates the Fee Committee's stipulated interim fee reductions of $87,013.29 in interim fees and $2,394.70 in interim expenses.

8 This amount includes $11,637.00 in fees, the consideration of which has been deferred until this final fee application.

9 This firm's final fee request incorporates the Fee Committee's stipulated interim fee reductions of $13,341.90 in interim expenses.

16702617.2

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors.[1] | )  Chapter 11<br>)<br>)  Case No. 14-10979 (CSS)<br>)<br>)  (Jointly Administered)<br>)<br>)  Re: D.I. 11355, 11231, 11356, 11400, 11179, 11353, 11354,<br>)  11423, 11466, 11376, 11345, 11352, 11498, 11409, 11357,<br>)  11359, and 11349<br>) |

## OMNIBUS ORDER AWARDING INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES

This matter coming before the Court on the interim fee applications (together D.I. 111355, 11231, 11356, 11400, 11179, 11353, 11354, 11423, 11466, 11376, 11345, 11352, 11498, 11409, 11357, 11359, and 11349, the "**Applications**") of those professionals listed on **Exhibit A** attached hereto (together, the "**Applicants**"), pursuant to sections 330(a) and 331 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, Rule 2016 of the Federal Rules of Bankruptcy Procedure and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for the interim allowance of certain fees, including all holdbacks, and expenses incurred by the Applicants for the specific period of time set forth in each of the Applications (the "**Compensation Period**"), filed in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "**Interim Compensation Order**") and the *Stipulation and Order Approving a Fee Committee* [D.I. 1896] (the "**Fee Committee Order**");

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the *Amended Order Confirming the Sixth Amended Joint Plan of Reorganization* [D.I. 7285] (the "**Amended Confirmation Order**"); and the Court having reviewed the Applications with respect to the Applicants and/or the omnibus report filed by the Fee Committee (as such term is defined in the Fee Committee Order) with respect to each of the Applications (*see* D.I. _____); and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Applications and the hearing thereon was adequate under the circumstances; and (c) all parties with notice of the Applications have been afforded the opportunity to be heard on the Applications, and no objections having been filed; now therefore

IT IS HEREBY ORDERED THAT:

1.      The Applications are GRANTED on an interim basis, to the extent set forth on the attached **Exhibit A.**

2.      Each of the Applicants is allowed (a) interim compensation for services rendered during the Compensation Period and (b) interim reimbursement for actual and necessary expenses incurred during the Compensation Period, each in the respective amounts set forth on the attached **Exhibit A**, including any and all holdbacks.

3.      To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay each of the Applicants 100 percent of the fees and 100 percent of the expenses listed on **Exhibit A** hereto under the columns "Interim Fees Approved" and "Interim Expenses Approved," respectively, for services rendered and expenses incurred during the Compensation Period.

Dated:    ___11/3___, 2017
        Wilmington, Delaware

                                _____
                                THE HONORABLE CHRISTOPHER S. SONTCHI
                                UNITED STATES BANKRUPTCY JUDGE

17962035.1

2

# **<u>Exhibit A</u>**

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)
Ninth Interim Fee Period Applications

| | Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| 1 | Richards Layton & Finger [D.I. 11231] | 05/01 - 08/31/2016 | $637,280.50 | $2,979.25 | $64,669.99 | $7,788.02 | $634,301.25 | $56,881.97 |
| 2 | Greenberg Traurig [D.I. 11355] | 05/01 - 08/31/2016 | $169,319.50 | $833.00 | $1,702.31 | $0.00 | $168,486.50 | $1,702.31 |
| 3 | Greenberg Traurig [D.I. 11356] | 09/01 - 12/31/2016 | $80,463.00 | $0.00 | $0.00 | $0.00 | $80,463.00 | $0.00 |
| 4 | Montgomery McCracken W&R LLP [D.I. 11179] | 09/01 - 12/31/2016 | $131,056.50 | $1,435.50 | $5,077.79 | $0.00 | $129,621.00 | $5,077.79 |
| 5 | EPIQ [D.I. 11400] | 09/01 - 12/31/2016 | $311,030.10 | $740.90 | $261,128.64 | $0.00 | $310,289.20 | $261,128.64 |
| 6 | Bielli & Klauder [D.I. 11353] | 01/01 - 04/30/2017 | $28,979.00 | $0.00 | $84.10 | $0.00 | $28,979.00 | $84.10 |
| 7 | Jenner & Block [D.I. 11354] | 01/01 - 04/30/2017 | $55,877.50 | $0.00 | $88.92 | $0.00 | $55,877.50 | $88.92 |
| 8 | SOLIC Capital Advisors [D.I. 11423] | 01/01 - 04/30/2017 | $800,000.00 | $0.00 | $0.00 | $0.00 | $800,000.00 | $0.00 |
| 9 | AlixPartners LLP [D.I. 11466] | 01/01 - 04/30/2017 | $14,478.50 | $0.00 | $0.00 | $0.00 | $14,478.50 | $0.00 |
| 10 | Cravath Swaine & Moore LLP [D.I. 11376] | 01/01 - 4/30/2017 | $82,815.50 | $0.00 | $288.52 | $0.00 | $82,815.50 | $288.52 |
| 11 | Proskauer Rose LLP [D.I. 11352] | 01/01 - 04/30/2017 | $1,049,585.50 | $84,957.25 | $27,194.88 | $7,211.96 | $964,628.25 | $19,982.92 |
| 12 | Stevens & Lee PC [D.I. 11498] | 01/01 - 04/30/2017 | $43,204.50 | $826.50 | $269.45 | $0.00 | $42,378.00 | $269.45 |
| 13 | Sullivan & Cromwell LLP [D.I. 11409] | 01/01 - 04/30/2017 | $269,353.80 | $882.25 | $7,638.07 | $0.00 | $268,471.55 | $7,638.07 |
| 14 | Alvarez & Marsal North America, LLC [D.I. 11357] | 01/01 - 04/30/2017 | $134,945.00 | $0.00 | $2,185.77 | $0.00 | $134,945.00 | $2,185.77 |
| 15 | Filsinger Energy Partners [D.I. 11359] | 01/01 - 04/30/2017 | $32,734.50 | $0.00 | $44.00 | $0.00 | $32,734.50 | $44.00 |
| 16 | Kirkland & Ellis [D.I. 11349] | 01/01 - 4/30/2017 | $6,309,112.50 | $97,511.63 | $222,741.03 | $13,858.00 | $6,211,600.87 | $208,883.03 |

17347420.2