IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**DECLARATION OF JEFF ROSENBAUM IN SUPPORT OF MOTION TO APPOINT MAJORITY CREDITORS' REPRESENTATIVE TO THE FEE COMMITTEE**

I, Jeff Rosenbaum, hereby declare as follows:

1. I am a portfolio manager at Elliott Management Corporation, a position I have held since October 2016. Unless otherwise noted, the statements in this Declaration are based on my personal knowledge. If I were called upon to testify, I could and would testify competently to the facts set forth herein.

2. I submit this declaration in support of the motion of our four investment funds holding substantial creditor interests in this bankruptcy and for which we provide investment advisory services, Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and Gatwick Securities LLC (collectively "Elliott").

3. Together with Paloma Partners Management Company and Sunrise Partners Limited Partnership ("Paloma" and, together with Elliott, the "Majority Creditors"), Elliott seeks to have our representative appointed as a Member of the EFH Fee Committee. Our interest in doing so is to assist the Committee's work and prevent the duplication of resources and work product relating to the review and negotiation of professional fee applications in this bankruptcy.

4. Based on my understanding, the Majority Creditors hold the following outstanding EFH/EFIH unsecured debt:

    a. The Majority Creditors hold $939 million of the EFIH Second Lien Notes, or approximately 46% of the Class B4 EFIH Second Lien Note Claims;

    b. The Majority Creditors hold $1.52 billion of the EFIH Unsecured Note Claims, which constitute approximately 91% of Class B6;

    c. The Majority Creditors hold $56.4 million of the EFH LBO Note Guaranty Claims, which constitute approximately 94% of Class B5;

    d. The Majority Creditors hold $423.7 million of the EFH Legacy Notes Claims, which claims constitute approximately 73% of Class A4;

    e. The Majority Creditors hold $56.4 million of the EFH LBO Note Primary Claims, which claims constitute approximately 94% of Class A6; and

    f. The Majority Creditors hold $9.5 million of the EFH Swap Claims, which claims constitute approximately 70% of Class A7.

5. Given the extent of the Majority Creditors' holdings, approximately 75% of every dollar spent (or saved) by the estate directly affects our collective recovery.

6. I have familiarity with the different estate constituents and their respective professional advisors in this case, and am apprised of the fees being claimed by those groups. In my decade-plus experience as a debt investor, the fees sought in this case are reaching unprecedented levels. Meanwhile, the financial position of the unsecured creditors on the "E-Side" of the estate has eroded by approximately $1 billion.

7. I was informed by the Committee's counsel, Brady Williamson, that as of September 2017, the Committee had secured only $13 million in fee reductions, from "approvals" of over $500 million.

8. As one of the largest remaining unsecured creditors, Elliott is uniquely motivated to contribute to the Committee's important mandate, and is willing to contribute time and

resources to that effort. Our participation in the Committee's work will also be much more efficient for the Majority Creditors and the professional advisors at issue.

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief, and that this declaration was executed in New York, New York.

Dated: December 17, 2017                    By: _____
                                                 Jeff Rosenbaum