# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF DEPOSITION OF JOHN SILVETZ IN CONNECTION WITH THE MOTION TO APPOINT A REPRESENTATIVE OF THE MAJORITY CREDITORS TO THE FEE COMMITTEE

**TO:** John Silvetz, Paloma Partners Management Company and Sunrise Partners Limited Partnership, c/o counsel for Paloma Partners Management Company and Sunrise Partners Limited Partnership:

GELLERT SCALI BUSENKELL & BROWN, LLC
1201 North Orange Street, Suite 300
Wilmington, DE 19801

FRESHFIELDS BRUCKHAUS DERINGER US LLP
601 Lexington Avenue, 31st Floor
New York, NY 10022

FRIEDLANDER & GORRIS, P.A.
1201 N. Market St., Suite 2200
Wilmington, DE 19801

BRAUNHAGEY & BORDEN LLP
7 Times Square, 27th Floor
New York, NY 10036-6524

**PLEASE TAKE NOTICE** that, pursuant to rules 26 and 30 of the Federal Rules of Civil Procedure, as made applicable to these proceedings by rules 7026, 7030, and 9014 of the Federal Rules of Bankruptcy Procedure and rules 7026-1, 7026-2, and 7030-1 of the Local Rules of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the above-captioned debtors and debtors in possession, through their attorneys, will, in connection with the *Motion to Appoint a Representative of the Majority Creditors to the Fee Committee* and related declarations, dated December 17, 2017 [D.I. 12358-60], take the deposition upon oral examination of John Silvetz, **on January 3, 2018 beginning at 9:00 a.m. (Eastern Standard Time)**, at the office of Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022. The deposition will take place before a court reporter and will be recorded by stenographic means, and it shall continue from day to day until it has been completed. You are invited to attend and cross-examine.

*[Remainder of page intentionally left blank.]*

Dated: December 18, 2017
   Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

-and-

Mark E. McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Co-Counsel to the Debtors and Debtors in Possession*