IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 12357, 12358, 12359 and 12360** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) ss.:
COUNTY OF NEW CASTLE )

*Renecia Johnson*, being duly sworn, deposes and says:

1. I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. (Production Center), located at 230 N. Market Street, Wilmington, DE 19801. I am an authorized representative of Parcels, Inc.

2. On December 18, 2017, I caused to be served the Withdrawal Without Prejudice of Notice Accepting Fee Committee Appointment [D.I. 12357], Motion to Appoint a Representative of The Majority Credtiors to the Fee Committee [D.I. 12358], Declaration of J. Noah Hagey in Support of Motion to Appoint Majority Credtiors' Representative to the Fee Committee [D.I. 12359] and Declaration of Jeff Rosenbaum in Support of Motion to Appoint Majority Creditors' Representative to the Fee Committee [D.I. 12360], dated December 17, 2017, by causing true and correct copies to be enclosed in postage pre-paid envelopes and delivered by first class mail, unless otherwise indicated, to the parties on the service list attached hereto as Exhibit A.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryant Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax Identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*[Signature]*

SWORN TO AND SUBSCRIBED before me this 18th day of December, 2017.

*[Signature]*
Notary Public

*[Notary Seal: SPENCER ALLAN ANSPACH — MY COMMISSION EXPIRES ON 07-07-2019 — NOTARY PUBLIC — STATE OF DELAWARE]*