# EXHIBIT

# A

## V<small>IA</small> H<small>AND</small> D<small>ELIVERY</small>

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
JENNIFER HOOVER, ESQUIRE
WILLIAM M. ALLENMAN, JR., ESQUIRE
222 DELAWARE AVENUE, SUITE 801
WILMINGTON, DE 19801

BIELLI & KLAUDER LLC
ATTN: DAVID M KLAUDER ESQUIRE
CORY P STEPHENSON ESQU I R E
1204 N KING STREET
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L.SCHEPACARTER, ESQUIRE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207
LOCKBOX #35
WILMINGTON, DE 19801

REED SMITH LLP
ATTN: KURT F. GWYNNE, ESQUIRE
KIMBERLY ELLEN CONNOLLY LAWSON, ESQUIRE
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

THOMAS M. HORAN, ESQUIRE
SHAW FISHMAN GLANTZ & TOWBIN LLC
300 DELAWARE AVENUE, SUITE 1370
WILMINGTON, DE 19801

CHRISTOPHER P. SIMON, ESQUIRE
CROSS & SIMON, LLC
1105 N. MARKET STREET, SUITE 901
WILMINGTON, DE 19801

ASHBY & GEDDES PA
ATTN: WILLIAM BOWDEN, ESQUIRE
GREGORY TAYLOR ESQUIRE
PO BOX 1150
WILMINGTON, DE 19899

MONTGOMERY MCCRACKEN RHOADES & WALKER LLP
ATTN: NATALIE RAMSAY, ESQUIRE
DAVIS LEE WRIGHT, ESQUIRE
MARK FINK, ESQUIRE
1105 N. MARKET STREET, 15TH FLOOR
WILMINGTON, DE 19801

POLSINELLI PC
ATTN: CHRISTOPHER WARD, ESQUIRE
JUSTIN EDELSON, ESQUIRE
SHANTI KATONA, ESQUIRE
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

THOMAS F. DRISCOLL, III, ESQUIRE
THE BIFFERATO FIRM PA
1007 N. ORANGE STREET, 4TH FLOOR
WILMINGTON, DE 19801

RICHARDS LAYTON & FINGER, PA
ATTN: MARK D. COLLINS, ESQUIRE
DANIEL DEFRANCESCHI, ESQUIRE
JASON M. MADRON, ESQUIRE
920 N. KING STREET
WILMINGTON, DE 19801

## VIA FIRST CLASS MAIL

ABRAMS & BAYLISS LLP
KEVIN G ABRAMS, ESQUIRE
JOHN M SEAMAN, ESQUIRE
20 MONTCHANIN RD STE 200
WILMINGTON, DE 19807

AKERMAN LLP
ATTN: ANDREA S HARTLEY, ESQUIRE
98 SE 7TH ST STE 1100
MIAMI, FL 33131

ALDINE INDEPENDENT SCHOOL DISTRICT
ATTN: COURTENEY F HARRIS ESQUIRE
14910 ALDINE WESTFIELD RD
HOUSTON, TX 77032

AMERICAN STOCK TRANSFER
& TRUST CO LLC
ATTN: PAUL KIM, ESQUIRE
6201 15TH AVE
BROOKLYN, NY 11219

AMERIC AMERICAN STOCK TRANSFER
& TRUST CO LLC
ATTN: GENERAL COUNSEL
6201 15TH AVE
BROOKLYN, NY 11219

BARNES & THORNBURG LLP
ATTN: DAVID M POWLEN ESQUIRE
1000 N WEST ST STE 1500
WILMINGTON, DE 19801

BAKER BOTTS LLP
ATTN: JAMES PRINCE, ESQUIRE
OMAR J ALANIZ, ESQUIRE
2001 ROSS AVE
DALLAS, TX 75201-2980

BALLARD SPAHR LLP
ATTN: MATTHEW G SUMMERS ESQUIRE
919 N MARKET ST 11TH FL
WILMINGTON, DE 19801

BARNES & THORNBURG LLP
ATTN: KEVIN G COLLINS ESQUIRE
1000 N WEST ST STE 1500
WILMINGTON, DE 19801

BARNES & THORNBURG LLP
ATTN: KEVIN C DRISCOLL JR ESQUIRE
1 N WACKER DR STE 4400
CHICAGO, IL 60606-2833

BAYARD PA
ATTN: NEIL GLASSMAN ESQUIRE
222 DELAWARE AVE STE 900
WILMINGTON, DE 19801

BAYARD PA
ATTN: SCOTT D COUSINS, ESQUIRE
ERIN R FAY, ESQUIRE
EVAN T MILLER, ESQUIRE
222 DELAWARE AVE STE 900
WILMINGTON, DE 19801

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
ATTN: KEVIN M. CAPUZZI, ESQUIRE
222 DELAWARE AVE STE 801
WILMINGTON, DE 19801-1611

BLANK ROME LLP
ATTN: MICHAEL B SCHAEDLE ESQUIRE
130 N 18TH ST (ONE LOGAN SQUARE)
PHILADELPHIA, PA 19103-6998

BLANK ROME LLP
ATTN: MICHAEL DEBAECKE, ESQUIRE
STANLEY TARR, ESQUIRE
1201 MARKET ST STE 800
WILMINGTON, DE 19801

BROWN RUDNICK LLP
ATTN: EDWARD WEISFELNER ESQUIRE
7 TIMES SQUARE
NEW YORK, NY 10036

BROWN & CONNERY LLP
ATTN: DONALD K LUDMAN, ESQUIRE
6 NORTH BROAD ST STE 100
WOODBURY, NJ 08096

BROWN RUDNICK LLP
ATTN: HOWARD SIEGEL, ESQUIRE
185 ASLYUM STREET
HARTFORD, CT 06103

BROWN RUDNICK LLP
ATTN: JEFFREY JONAS, ESQURE
ANDREW STREHLE, ESQUIRE
ONE FINANCIAL CENTER
BOSTON, MA 02111

BROWN RUDNICK LLP
ATTN: JEREMY B. COFFEY, ESQUIRE
SEVEN TIMES SQUARE
NEW YORK, NY 10036

{FG-W0433457.}

| | |
|---|---|
| BRYAN CAVE LLP<br>ATTN: STEPHANIE WICKOUSKI, ESQUIRE<br>LAITH J. HAMDAN, ESQUIRE<br>1290 6^(TH) AVENUE, #33<br>NEW YORK, NY 10104-3300 | BRYAN CAVE LLP<br>ATTN: ROBERT E. PEDERSEN, ESQUIRE<br>1290 6^(TH) AVENUE, #33<br>NEW YORK, NY 10104-3300 |
| BUCHANAN INGERSOLL & ROONEY PC<br>ATTN: KATHLEEN A. MURPHY, ESQUIRE<br>919 N. MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | CADWALDER WICKERSHAM & TAFT LLP<br>ATTN: HOWARD HAWKINS, JR., ESQUIRE<br>ELLEN M. HALSTEAD, ESQUIRE<br>MICHELE MAMAN, ESQUIRE<br>THOMAS J. CURTIN, ESQUIRE<br>200 LIBERTY STREET<br>NEW YORK, NY 10281 |
| CHADBOURNE & PARKE LLP<br>ATTN: HOWARD DEIFE, ESQUIRE<br>DAVID M. LEMAY, ESQUIRE<br>CHRISTY RIVERIA, ESQUIRE<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6002 | BUCHALTER NEMER, PLC<br>ATTN: SHAWN M. CHRISTIANSON, ESQUIRE<br>55 SECOND STREET, SUITE 1700<br>SAN FRANCISCO, CA 94105-3493 |
| CIARDI CIARDI & ASTIN<br>ATTN: D. ASTIN, ESQUIRE<br>J. MCLAUGHLIN, JR., ESQUIRE<br>J. MCMAHON, JR., ESQUIRE<br>1204 N. KING STREET<br>WILMINGTON, DE 19801 | CITIBANK N.A.<br>ATTN: OWEN COYLE, ESQUIRE<br>1615 BRETT ROAD, OPS III<br>NEW CASTLE, DE 19720 |
| CITIBANK N.A.<br>ATTN: ZORI MIGLIORINI, ESQUIRE<br>388 GREENWICH STREET, 21^(ST) FLOOR<br>NEW YORK, NY 10013 | CITIBANK N.A.<br>ATTN: ERIC O' LIGAN, VICE PRESIDENT<br>388 GREENWICH STREET, 32^(ND) FLOOR<br>NEW YORK, NY 10013 |
| CITIBANK N.A.<br>BANK LOAN SYNDICATIONS DEPARTMENT<br>1615 BRETT ROAD, BUILDING III<br>NEW CASTLE, DE 19720<br>CITIBANK N.A.<br>ATTN: RYAN FALCONER<br>388 GREENWICH STREET<br>NEW YORK, NY 10013 | COZEN O'CONNOR<br>ATTN: MARK E. FELGER, ESQUIRE<br>1201 NORTH MARKET STREET, SUITE 1001<br>WILMINGTON, DE 19801<br>CITY OF FORTH WORTH<br>ATTN: CHRISTOPHER B. MOSLEY, ESQUIRE<br>1000 THROCKMORTON STREET<br>FORT WORTH, TX 76102 |
| CLEARLY GOTTLIEB STEIN & HAMILTON LLP<br>ATTN: THOMAS MOLONEY, ESQUIRE<br>SEAN O'NEAL, ESQUIRE<br>HUMAYUN KHALID, ESQUIRE<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | COHEN & GRIGSBY, PC<br>ATTN: THOMAS D. MAXSON, ESQUIRE<br>625 LIBERTY AVENUE<br>PITTSBURGH, PA 15222-3152 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF<br>THE STATE OF TEXAS<br>OFFICE OF THE TEXAS ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: RACHEL OBALDO, ESQUIRE<br>JOHN MARK STERN, ESQUIRE<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | COMPUTERSHARE TRUST COMPANY NA<br>ATTN: MICHAEL A. SMITH, VP<br>2950 EXPRESS DRIVE S, SUITE 210<br>ISLANDIA, NY 11749 |
| COMPUTERSHARE TRUST OF CANADA<br>ATTN: ALESSANDRA PANSERA, ESQUIRE<br>1500 ROBERT-BOURASSA BLVD, 7^(TH) FLOOR<br>MONTREAL, QC H3A 3S8<br>CANADA | COWELS & THOMPSON<br>ATT: STEPHEN C. STAPLETON, ESQUIRE<br>BANK OF AMERICA PLAZA<br>901 MAIN STREET, SUITE 3900<br>DALLAS, TX 75202 |

| | |
|---|---|
| CSC TRUST COMPANY OF DELAWARE<br>ATTN: SANDRA E. HORWITZ, MANAGING DIRECTOR<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 | DAVIS POLK & WARDWELL LLP<br>ATTN: MARSHALL HUEBNER, ESQUIRE<br>BENJAMIN KAMINETZKY, ESQUIRE<br>ELLIOTT MOSKOWITZ, ESQUIRE<br>DAMON MEYER, ESQUIRE<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 |
| DECHERT LLP<br>ATTN: MICHAEL J. SAGE, ESQUIRE<br>ANDREW C. HARMEYER, ESQUIRE<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6797 | DECHERT LLP<br>ATTN: G. ERIC BRUNSTAD, JR., ESQUIRE<br>90 STATE HOUSE SQUARE<br>HARTFORD, CT 06103-3702 |
| DEUTSCH BANK<br>ATTN: MARCUS M. TARKINGTON, ESQUIRE<br>60 WALL STREET (NYCC60-0266)<br>NEW YORK, NY 10005-2836 | DLA PIPER LLP (US)<br>ATTN: ASHLEY R. ALTSCHULER, ESQUIRE<br>R. CRAIG MARTIN, ESQUIRE<br>1201 N. MARKET STREET, SUITE 2100<br>WILMINGTON, DE 19801 |
| DORSEY & WHITNEY LLP<br>ATTN: ERIC LOPEZ SCHNABEL, ESQUIRE<br>ROBERT W. MALLARD, ESQUIRE<br>ALESSANDRA GLORIOSO, ESQUIRE<br>300 DELAWARE AVENUE, SUITE 1010<br>WILMINGTON, DE 19801 | DRINKER BIDDLE & REATH LLP<br>ATTN: ROBERT K. MALONE, ESQUIRE<br>222 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801-1621 |
| DYKEMA GOSSETT PLLC<br>ATTN: JEFFREY R. FINE, ESQUIRE<br>1717 MAIN STREET, SUITE 4200<br>DALLAS, TX 75201 | EMC CORPORATION<br>ATTN: RONALD L. ROWLAND, ESQUIRE, AGENT<br>305 FELLOWSHIP ROAD, SUITE 100<br>MOUNT LAUREL, NJ 08054-1232 |
| ENERGY FUTURE HOLDINGS CORP.<br>ATTN: ANDREW M. WRIGHT, ESQUIRE<br>1601 BRYAN STREET, 43RD FLOOR<br>DALLAS, TX 75201 | EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: LINO MENDILA III, ESQUIRE<br>ONE AMERICAN CENTER<br>600 CONGRESS AVENUE, SUITE 2000<br>AUSTIN, TX 78701 |
| FOLEY & LARDNER LLP<br>ATTN: HAROLD KAPLAN, ESQUIRE<br>MARK HEBBELN, ESQUIRE<br>LARS PETERSON, ESQUIRE<br>321 N. CLARK STREET, SUITE 2800<br>CHICAGO, IL 60654-5313 | FOX ROTHSCHILD LLP<br>ATTN: JEFFREY SCHLERF, ESQUIRE<br>L. JOHN BIRD, ESQUIRE<br>919 N. MARKET STREET, SUITE 300<br>WILMINGTON, DE 19801 |
| FOX ROTHSCHILD LLP<br>ATTN: JEFFREY M. SCHLERF, ESQUIRE<br>CARL NEFF, ESQUIRE<br>919 N. MARKET STREET, SUITE 300<br>WILMINGTON, DE 19801 | FRANKGECKER LLP<br>ATTN: JOSEPH D. FRANK, ESQUIRE<br>REED HEILIGMAN, ESQUIRE<br>325 N. LASALLE STREET, SUITE 625<br>CHICAGO, IL 60654 |
| FRANKGECKER LLP<br>ATTN: FRANCES GECKER, ESQUIRE<br>325 N. LASALLE STREET, SUITE 625<br>CHICAGO, IL 60654 | GELLERT SCALI BUSENKELL & BROWN LLC<br>ATTN: MICHAEL G. BUSENKELL, ESQUIRE<br>1201 N. ORANGE STREET, SUITE 300<br>WILMINGTON, DE 19801 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP<br>ATTN: BRAD E. SCHELER, ESQUIRE<br>GARY L. KAPLAN, ESQUIRE<br>MATTHEW M. ROOSE, ESQUIRE<br>1 NEW YORK PLAZA<br>1 FDR DRIVE<br>NEW YORK, NY 10004 | GARDERE WYNNE SEWELL LLP<br>ATTN: JOHN P. MELKO, ESQUIRE<br>MICHAEL K. RIORDAN, ESQUIRE<br>1000 LOUISIANA, SUITE 3400<br>HOUSTON, TX 77002 |

GAY MCCALL ISAACKS GORDON & ROBERTS PC
ATTN: DUSTIN L. BANKS, ESQUIRE
1919 S SHILO ROAD, SUITE 310 LB 40
GARLAND, TX 75042

GAY MCCALL ISAACKS GORDON & ROBERTS PC
ATTN: DAVID MCCALL, ESQUIRE
777 E. 15TH STREET
PLANO, TX 75074

GLAST PHILLIPS & MURRAY PC
ATTN: JONATHAN L. HOWELL, PLLC
14801 QUORUM DRIVE, SUITE 500
DALLAS, TX 75254

GOODWIN PROCTOR LLP
ATTN: WILLIAM WEINTRAUB, ESQUIRE
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018

HAYNES & BOONE LLP
ATTN: PATRICK L. HUGES, ESQUIRE
1221 MCKINNEY STREET, SUITE 2100
HOUSTON, TX 77010

GREER HERZ & ADAMS LLP
ATTN: ANDREW J. MYTELKA, ESQUIRE
MICHAEL ADAMS, ESQUIRE
J. SCOTT ANDREWS, ESQUIRE
JAMES M. ROQUEMORE, ESQUIRE
1 MOODY PLAZA, 18TH FLOOR
GALVESTON, TX 77550

HINCKLEY ALLEN
ATTN: JENNIFER V. DORAN, ESQUIRE
28 STATE STREET
BOSTON, MA 02109

HAYNES AND BOONE LLP
ATTN: TREVOR HOFFMAN, ESQUIRE
30 ROCKEFELLER CENTER, 26TH FLOOR
NEW YORK, NY 10112

HOGAN MCDANIEL
ATTN: GARVIN F. MCDANIEL, ESQUIRE
1311 DELAWARE AVENUE
WILMINGTON, DE 19806

HAYNES & BOONE LLP
ATTN: IAN T. PECK, ESQUIRE
2323 VICTORY AVENUE, SUITE 700
DALLAS, TX 75219

HOLLAND & KNIGHT LLP
ATTN: PHILIP EVANS, ESQUIRE
800 17TH STREET NW, SUITE 1100
WASHINGTON, DC 20006

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
OGDEN, UT 84201

JACKSON WALKER LLP
ATTN: J. SCOTT ROSE, ESQUIRE
WESTON CENTRE
112 E. PECAN STREET, SUITE 2400
SAN ANTONIO, TX 78205

JACKSON WALKER LLP
ATTN: BRUCE J. RUZINSKY, ESQUIRE
MATTHEW D. CAVENAUGH, ESQUIRE
1401 MCKINNEY STREET, SUITE 1900
HOUSTON, TX 77010

KASOWITZ BENSON TORRES LLP
ATTN: DAVID ROSNER, ESQUIRE
ANDREW GLENN, ESQUIRE
DANIEL FILMAN, ESQUIRE
1633 BROADWAY
NEW YORK, NY 10019

KELLEY DRYE & WARREN LLP
ATTN: JAMES CARR, ESQUIRE
BENJAMIN FEDER, ESQUIRE
BERT SAYDAH, ESQUIRE
101 PARK AVENUE
NEW YORK, NY 10178

KELLY HART & HALLMAN LLP
ATTN: MICHAEL MCCONNELL, ESQUIRE
CLAY TAYLOR, ESQUIRE
KATHERINE THOMAS, ESQUIRE
201 MAIN STREET, SUITE 2500
FORTH WORTH, TX 76102

KIRKLAND & ELLIS LLP
ATTN: EDWARD SASSOWER, PC
STEPHEN HESSLER, ESQUIRE
BRIAN E. SCHWARTZ, ESQUIRE
601 LEXINGTON AVENUE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
ATTN: JAMES H.M. SPRAYREGEN PC
CHAD HUSNICK, ESQUIRE
STEVEN SERAJEDDINI, ESQUIRE
300 N. LASALLE
CHICAGO, IL 60654

KLEHR HARRISON HARVEY BRANZBURG LLP
ATTN: RAYMON H. LEMISCH, ESQUIRE
919 MARKET STREET, SUITE 1000
WILMINGTON, DE 19801

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, ESQUIRE
GREGORY A. HOROWITZ, ESQUIRE
JOSHUA K. BRODY, ESQUIRE
PHILIP BENTLEY, ESQUIRE
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

LACKEY HERSHMAN LLP
ATTN: JAMIE R. WELTON, ESQUIRE
3102 OAK LAWN AVENUE, SUITE 777
DALLAS, TX 75219

LANDIS RATH & COBB LLP
ATTN: ADAM G. LANDIS, ESQUIRE
MATTHEW B. MCGUIRE, ESQUIRE
919 MARKET STREET, SUITE 1800
WILMINGTON, DE 19801

LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: FRANK GODINO, VP
801 2ND AVENUE, ROOM 403
NEW YORK, NY 100017-8664

LAW OFFICE OF CURTIS A. HEHN
ATTN: CURTIS A. HEHN, ESQUIRE
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE 19801

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
ATTN: PATRICIA WILLIAMS PREWITT, ESQUIRE
10953 VISTA LAKE CT
NAVASOTA, TX 77868

LAW OFFICES OF ROBERT E. LUNA PC
ATTN: DANIEL K. BEARDEN, ESQUIRE
4447 N. CENTRAL EXPY, PMB 271
DALLAS, TX 75205-3017

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: ELIZABETH WELLER, ESQUIRE
2777 N. STEMMONS FWY, SUITE 1000
DALLAS, TX 75207

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN, ESQUIRE
4828 LOOP CENTRAL DRIVE, SUITE 600
HOUSTON, TX 77002

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: DIANE WADE SANDERS, ESQUIRE
2700 VIA FORTUNA DRIVE, SUITE 400
AUSTIN, TX 78746

LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
ATTN: GEOFFREY GAY, ESQUIRE
816 CONGRESS AVENUE, SUITE 1900
AUSTIN, TX 78701

LOCKE LORD LLP
ATTN: C. DAVIN BOLDISSAR, ESQUIRE
601 POYDRAS STREET, SUITE 2660
NEW ORLEANS, LA 70130

LOCKE LORD LLP
ATTN: PHILIP EISENBERG, ESQUIRE
2800 JPMORGAN CHASE TOWER
600 TRAVIS
HOUSTON, TX 77002

MANION GAYNOR & MANNING LLP
ATTN: MARC PHILLIPS, ESQUIRE
THE NEMOURS BUILDING
1007 N. ORANGE STREET, 10TH FLOOR
WILMINGTON, DE 19801

MARGOLIS EDELSTEIN
ATTN: JAMES E.HUGGETT, ESQUIRE
AMY D. BROWN, ESQUIRE
300 DELAWARE AVENUE, SUITE 800
WILMINGTON, DE 19801

MASLON EDELMAN BORMAN & BRAND LLP
ATTN: CLARK T. WHITMORE, ESQUIRE
ANA CHILINGARISHVLI, ESQUIRE
90 S. 7TH STREET, SUITE 3300
MINNEAPOLIS, MN 55402-4140

MCCREARY VESELKA BRAGG & ALLEN PC
ATTN: LEE GORDON, ESQUIRE
700 JEFFREY WAY, SUITE 100
ROUND ROCK, TX 78665

MCELROY DEUTSCH MULVANEY & CARPENTERS LLP
ATTN: DAVID P. PRIMACK, ESQUIRE
300 DELAWARE AVENUE, SUITE 770
WILMINGTON, DE 19801

MCKOOL SMITH
ATTN: PAUL D. MOAK, ESQUIRE
600 TRAVIS STREET, SUITE 7000
HOUSTON, TX 77002

MICHAEL G. SMITH, ESQUIRE
9857 N 2210 ROAD
ARAPAHO, OK 73620-2123

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS F. DUNNE, ESQUIRE
EVAN R. FLECK, ESQUIRE
28 LIBERTY STREET
NEW YORK, NY 10005-1413

| | |
|---|---|
| MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER, ESQUIRE<br>P.O. BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MORRIS JAMES LLP<br>ATTN: STEPHEN MILLER, ESQUIRE<br>P.O. BOX 2306<br>WILM INGTON, DE 19899-2306 |
| MORGAN LEWIS & BOCKIUS LLP<br>ATTN: JULIA FROST-DAVIES, ESQUIRE<br>C. CARTER, ESQUIRE<br>ONE FEDERAL STREET<br>BOSTON, MA 02110-1726 | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ATTN: ANDREW REMMING, ESQUIRE<br>1201 N. MARKET STREET, SUITE 1600<br>WILMINGTON, DE 19801 |
| MUNGERS TOLLES & OLSON LLP<br>ATTN: THOMAS B. WALPER, ESQUIRE<br>TODD J. ROSEN, EDQUIRE<br>SETH GOLDMAN, ESQUIRE<br>JOHN W. SPIEGEL, ESQUIRE<br>350 S. GRAND AVENUE 50TH FLOOR<br>LOS ANGELES, CA 90071 | MORRISON & FOERSTER LLP<br>ATTN: JAMES PECK, ESQUIRE<br>BRETT H. MILLER, ESQUIRE<br>LORENZO MARINUZZI, ESQUIRE<br>250 W. 55TH STREET<br>NEW YORK, NY 10019 |
| MUNSCH HARDT KOPF & HARR PC<br>ATTN: KEVIN M. LIPPMAN, ESQUIRE<br>500 N. AKARD STREET, SUITE 3800<br>DALLAS, TX 75201-6659 | NAMAN HOWELL SMITH & LEE PLLC<br>ATTN: KERRY L. HALIBURTON, ESQUIRE<br>P.O. BOX 1470<br>WACO, TX 76703-1470 |
| NIXON PEABODY<br>ATTN: RICHARD C. PEDONE, ESQUIRE<br>AMANDA D. DARWIN, ESQUIRE<br>100 SUMMER STRETT<br>BOSTON, MA 02110 | NELSON MULLINS RIELY & SCARBOROUGH LLP<br>ATTN: JODY A. BEDENBAUGH, ESQUIRE<br>GEORGE B. CAUTHEN, ESQUIRE<br>1320 MAIN STREET, 17TH FLOOR<br>P.O. BOX 11070 (29211)<br>COLUMBIA, SC 29201 |
| O'KELLY & ERNST LLC<br>ATTN: MICHAEL J. JOYCE, ESQUIRE<br>901 N. MARKET STREET, 10TH STREET<br>WILMINGTON, DE 19801 | O'MELVENY & MYERS LLP<br>ATTN: GEORGE A. DAVIS, ESQUIRE<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 |
| O'MELVENY & MYERS LLP<br>ATTN: PETER FRIEDMAN, ESQUIRE<br>ANDREW SORKIN, ESQUIRE<br>1625 EYE STREET NW<br>WASHINGTON, DC 2006 | O'MELVENY & MYERS LLP<br>ATTN: DANIEL S. SHAMAH, ESQUIRE<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL<br>ATTN: HAL F. MORRIS, ESQUIRE<br>ASHLEY BARTRAM, ESQUIRE<br>BANKRUPTCY<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | OFFICE OF THE TEXAS ATTORNEY GENERAL<br>ATTN: HAL MORRIS, ESQUIRE<br>ASHLEY BARTRAM, ESQUIRE<br>BANKRUPTCY<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. FEDERAL OFFICE BUILDING<br>ATTN: ANDREA SCHWARTZ, ESQUIRE<br>201 VARICK STREET, SUITE 1006<br>NEW YORK, NY 10014 | OFFICE OF THE UNITED STATES ATTORNEY<br>ATTN: DAVID C. WEISS, ESQUIRE<br>P.O. BOX 2046<br>WILMINGTON, DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES, ESQUIRE<br>ROBERT FEINSTEIN, ESQUIRE<br>P.O. BOX 8705<br>WILMINGTON, DE 19899 | POPE HARDWICKE CHRISTIE SCHELL KELLY<br> & RAY LLP<br>ATTN: MICHAEL L. ATCHLEY, ESQUIRE<br>MATTHEW T. TAPLETT, ESQUIRE<br>500 W. 7TH STREET, SUITE 600<br>FORTH WORTH, TX 76102 |

{FG-W0433457.}

| | |
|---|---|
| PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN: DANIEL A. LOWENTHAL, ESQUIRE<br>CRAIG W. DENT, ESQUIRE<br>BRIAN P. GUINEY, ESQUIRE<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6170 | PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>ATTN: ALAN KORNBERG, ESQUIRE<br>KELLEY CORNISH, ESQUIRE<br>BRIAN HERMANN, ESQUIRE<br>JACOB ALDERSTEIN, ESQUIRE<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: DESIREE M. AMADOR, ESQUIRE<br>1200 K STREET, NW<br>WASHINGTON, DC 20005-4026 | PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: JON CHATALAN, ESQUIRE<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: ELIZABETH BANDA CALVO, ESQUIRE<br>500 E. BORDER STREET, SUITE 640<br>ARLINGTON, TX 76010 | PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: OWEN M. SONIK, ESQUIRE<br>1235 N. LOOP WEST, SUITE 600<br>HOUSTON, TX 77008 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: JEANMARIE BAER<br>P.O. 8188<br>WICHITA FALLS, TX 76307 | PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: JOHN T. BANKS, ESQUIRE<br>3301 NORTHLAND DRIVE, SUITE 505<br>AUSTIN, TX 78731 |
| PURDUE AWSUMB & BAUDLER PA<br>ATTN: AMY R. BAUDLER, ESQUIRE<br>4300 MARKETPOINTE DRIVE, SUITE 240<br>MINNEAPOLIS, MN 55435 | PROSKAUER ROSE LLP<br>ATTN: JEFF J. MARWIL, ESQUIRE<br>MARK K. THOMAS, ESQUIRE<br>PETER J. YOUNG, ESQUIRE<br>70 W. MADISON STREET, #3800<br>CHICAGO, IL 60602 |
| REED SMITH LLP<br>ATTN: ROBERT P. SIMONS, ESQUIRE<br>REED SMITH CENTRE<br>225 5TH AVENUE, SUITE 1200<br>PITTSBURGH, PA 15222 | QUARLES & BRADY LLP<br>ATTN: JOHN A. HARRIS, ESQUIRE<br>RENAISSANCE ONE<br>TWO N. CENTRAL AVENUE<br>PHOENIX, AZ 85004-2391 |
| REED SMITH LLP<br>ATTN: SARAH K. KAM, ESQUIRE<br>599 LEXINGTON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10022 | RIDDELL WILLIAMS P.S.<br>ATTN: JOSEPH E. SHICKICH, JR., ESQUIRE<br>1001 4TH AVENUE, SUITE 4500<br>SEATTLE, WA 98154 |
| ROPES & GRAY LLP<br>ATTN: KEITH WOFFORD, ESQUIRE<br>GREGG GALARDI, ESQUIRE<br>D. ROSS MARTIN, ESQUIRE<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 | ROPES & GRAY LLP<br>ATTN: MARK R. SOMERSTEIN, ESQUIRE<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 |
| ROSS ARONSTAM & MORITZ LLP<br>ATTN: BRADLEY ARONSTAM, ESQUIRE<br>BENJAMIN SCHLADWEILER, ESQUIRE<br>100 S. WEST STREET, SUITE 400<br>WILMINGTON, DE 19801 | SECURITIES & EXCHANGE COMMISSION<br>100 F STREET NE<br>WASHINGTON, DC 20549 |
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN: CHRISTOPHER R. BELMONT, ESQUIRE<br>PAMELA A. BOSSWICK, ESQUIRE<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | SAUL EWING LLP<br>ATTN: MARK MINUTI ESQUIRE<br>1201 N. MARKET STREET, 23RD FLOOR<br>WILMINGTON, DE 19801 |
| SAUL EWING LLP<br>ATTN: LUCIAN B. MURLEY, ESQUIRE<br>1201 N. MARKET STREET, 23RD FLOOR<br>WILMINGTON, DE 19801 | SCHNADER HARRISON SEGAL & LEWIS LLP<br>ATTN: RICHARD A. BARKASY, ESQUIRE<br>824 N. MARKET STREET, SUITE 800<br>WILMINGTON, DE 19801 |

{FG-W0433457.}

| | |
|---|---|
| SEWARD & KISSELL LLP<br>ATTN: JOHN ASHMEAD, ESQUIRE<br>KALYAN DAS, ESQUIRE<br>ARLENE ALVES, ESQUIRE<br>ONE BATTERY PARK PLAZA<br>NEW YORK, NY 10004 | SHEARMAN & STERLING LLP<br>ATTN: FREDERIC SOSNICK, ESQUIRE<br>NED S. SCHODEK, ESQUIRE<br>599 LEXINGTON AVENUE<br>NEW YORK, NY 10022 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>ATTN: MARK S. CHEHI, ESQUIRE<br>P.O. BOX 636<br>WILMINGTON, DE 19899-0636 | SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>ATTN: JAY M. GOFFMAN, ESQUIRE<br>4 TIMES SQUARE<br>NEW YORK, NY 10036 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP<br>ATTN: GEORGE N. PANAGAKIS, ESQUIRE<br>CARL T. TULLSON, ESQUIRE<br>155 N. WACKER DRIVE, SUITE 2700<br>CHICAGO, IL 60606-1720 | SMITH KATZENSTIEN & JENKINS LLP<br>ATTN: KATHLEEN M. MILLER, ESQUIRE<br>P.O. BOX 410<br>WILMINGTON, DE 19899 |
| SNELL & WILMER LLP<br>ATTN: DAVID E. LETA, ESQUIRE<br>15 W. SOUTH TEMPLE STREET, SUITE 1200<br>SALT LAKE CITY, UT 84101-1547 | SQUIRE SANDERS (US) LLP<br>ATTN: STEPEHN D. LERNER, ESQUIRE<br>ANDREW M. SIMON, ESQUIRE<br>221 E. FOURTH STREET, SUITE 2900<br>CINCINNATI, OH 45202 |
| STEFFES VINGIELLO & MCKENZIE LLC<br>ATTN: NOEL STEFFES MELANCON, ESQUIRE<br>13702 COURSEY BLVD, BUILDING 3<br>BATON ROUGE, LA 70817 | SULLIVAN & CROMWELL LLP<br>ATTN: ANDREW G. DIETDERICH, ESQUIRE<br>BRIAN D. GLUECKSTEIN, ESQUIRE<br>MICHAEL H. TORKIN, ESQUIRE<br>125 BROAD STREET<br>NEW YORK, NY 10004 |
| SULLIVAN HAZELTINE ALLINSON LLC<br>ATTN: ELIHU E. ALLINSON, III, ESQUIRE<br>901 N. MARKET STREET, SUITE 1300<br>WILMINGTON, DE 19801 | TAYLOR ENGLISH DUMA LLP<br>ATTN: STEPHEN C. GREENBERG, ESQUIRE<br>1600 PARKWOOD CIRCLE, SUITE 400<br>ATLANTA, GA 30339 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: JASON A. STARK, ASST. ATTORNEY GENERAL<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | THE UNIVERSITY OF TEXAS SYSTEM<br>OFFICE OF THE GENERAL COUNSEL<br>ATTN: TRACI L. COTTON, ESQUIRE<br>201 W SEVENTH STREET<br>AUSTIN, TX 78701 |
| THE BANK OF NEW YORK MELLON<br>TRUST COMPANY<br>ATTN: RAFAEL MARTINEZ, VP-CSM<br>601 TRAVIS STREET, 16TH FLOOR<br>HOUSTON, TX 77002 | THE BANK OF NEW YORK MELON<br>TRUST COMPANY<br>ATTN: THOMAS VLAHAKIS, VP<br>385 RIFLE CAMP ROAD, 3RD FLOOR<br>WOODLAND PARK, NJ 07424 |
| THE BANK OF NEW YORK MELLON<br>TRUST COMPANY<br>ATTN: DENNIS ROEMLEIN, ESQUIRE<br>601 TRAVIS STREET,<br>HOUSTON, TX 77702 | THE ROSNER LAW GROUP LLC<br>ATTN: FREDERICK B. ROSNER, ESQUIRE<br>824 N. MARKET STREET, SUITE 810<br>WILMINGTON, DE 19801 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: BRANDON ROBERS, TRIAL ATTYS<br>P.O. BOX 7611<br>WASHINGTON, DC 20044-7611 | VENABLE LLP<br>ATTN: JAMIE L. EDMONSON, ESQUIRE<br>1201 NORTH MARKET STREET<br>WILMINGTON, DE 19801 |
| VENABLE LLP<br>ATTN: JEFFREY S. SABIN, ESQUIRE<br>1270 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10022 | WACHTELL LIPTON ROSEN & KATZ<br>ATTN: RICHARD MASON, ESQUIRE<br>EMIL KLEINHAUS, ESQUIRE<br>51 W 52ND STREET<br>NEW YORK, NY 10019 |

{FG-W0433457.}

| | |
|---|---|
| WEINSTEIN RADCLIFF LLP<br>ATTN: GREGORY M. WEINSTEIN, ESQUIRE<br>8350 N. CENTRAL EXPY, SUITE 1500<br>DALLAS, TX 75206 | WERB & SULLIVAN<br>ATTN: DUANE D. WERB, ESQUIRE<br>P.O. BOX 25046<br>WILMINGTON, DE 198099 |
| WHITE & CASE LLP<br>ATTN: J. CHRISTOPHER SHORE, ESQUIRE<br>GREOGORY STARNER, ESQUIRE<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | WHITE & CASE LLP<br>ATTN: THOMAS LAURIA, ESQUIRE<br>MATTHEW BROWN, ESQUIRE<br>200 S. BISCAYNE BLVD, SUITE 4900<br>MIAMI, FL 33131 |
| WHITE & CASE LLP<br>ATTN: J. CHRISTOPHER SHORE, ESQUIRE<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | |
| WILMER CUTLER PICKERING HALE & DORR LLP<br>ATTN: PHILIP ANKER, ESQUIRE<br>GEORGE SHUSTER, ESQUIRE<br>7 WORLD TRADE CENTER<br>205 GREENWICH STREET<br>NEW YORK, NY 10007 | WILMER CUTLER PICKERING HALE & DORR LLP<br>ATTN: BENJAMIN LOVELAND, ESQUIRE<br>60 STATE STREET<br>BOSTON, MA 02109 |
| WILMER CUTLER PICKERING HALE & DORR LLP<br>ATTN: P. ANKER, ESQUIRE<br>C. PLATT, ESQUIRE<br>G. SHUSTER, ESQUIRE<br>250 GREENWICH STREET, 45TH FLOOR<br>NEW YORK, NY 10007 | WILMINGTON SAVINGS FUND SOCIETY<br>ATTN: PATRICK J. HEALY, ESQUIRE<br>500 DELAWARE AVENUE<br>WILMINGTON, DE 19801 |
| WILMINGTON TRUST FSB<br>ATTN: JEFFREY T. ROSE, ESQUIRE<br>50 S. SIXTH STREET, SUITE 1290<br>MINNEAPOLIS, MN 55402 | WINSTON & STRAWN LLP<br>ATTN: DAVID NEIER, ESQUIRE<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| WOMAC LAW<br>ATTN: BRIAN D. WOMAC, ESQUIRE<br>8301 KATY FWY<br>HOUSTON, TX 77024 | WOMBLE CARLYLE SANDRIDGE & RICE LLP<br>ATTN: MARK L. DEGROSSEILLERS, ESQUIRE<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP<br>ATTN: MARK DEGROSSEILLERS, ESQUIRE<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801 | WOMBLE CARLYLE SANDRIDGE & RICE LLP<br>ATTN: KEVIN J. MANGAN, ESQUIRE<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP<br>ATTN: KEVIN J. MANGAN, ESQUIRE<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801 | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: PAULINE MORGAN, ESQUIRE<br>JOEL WAITE, ESQUIRE<br>RYAN BARTLEY, ESQUIRE<br>ANDREW MAGAZINER, ESQUIRE<br>1000 KING STREET<br>WILMINGTON, DE 19801 |
| COZEN O'CONNOR<br>ATTN: MARK E. FELGER, ESQUIRE<br>1201 N. MARKET STREET, SUITE 1001<br>WILMINGTON, DE 19801 | LANDIS RATH & COBB LLP<br>ATTN: ADAM G. LANDIS, ESQUIRE<br>MATTHEW B. MCGUIRE, ESQUIRE<br>919 MARKET STREET, SUITE 1800<br>WILMINGTON, DE 19801 |
| MORRISON & FOERSTER LLP<br>ATTN: JAMES PECK, ESQUIRE<br>BRETT H. MILLER, ESQUIRE<br>LORENZO MARINUZZI, ESQUIRE<br>250 W 55TH STREET<br>NEW YORK, NY 10019 | THOMPSON COBURN LLP<br>ATTN: DAVID D. FARRELL, ESQUIRE<br>ONE US BANK PLAZA, SUITE 3200<br>SAINT LOUIS, MO 63101 |

{FG-W0433457.}

| | |
|---|---|
| TRAVIS COUNTY<br>ATTN: KAY D. BROCK, ASST. COUNTY ATTORNEY<br>P.O. BOX 1748<br>AUSTIN, TX 78767 | TROUTMAN SANDERS LLP<br>ATTN: HUGH MCDONALD, ESQUIRE<br>LOUIS CURCIO, ESQUIRE<br>BRETT GOODMAN, ESQUIRE<br>875 THIRD AVENUE<br>NEW YORK, NY 10022 |
| TUCKER ARENSBERG, PC<br>ATTN:  JORDAN S. BLACK, ESQUIRE<br>LARA E. SHIPKOVITZ, ESQUIRE<br>1500 ONE PPG PLACE<br>PITTSBURGH, PA 15222 | TW TELECOM INC<br>ATTN: LEGAL BANKRUPTCY<br>1025 ELDORADO BLVD<br>BROOMFIELD, CO 80021 |
| UM BANK NA<br>ATTN: LAURA ROBERSON, VP<br>2 S. BROADWAY, SUITE 600<br>ST. LOUIS, MO 63102 | UNION PACIFIC RAILROAD COMPANY<br>ATTN: MARY ANN KILGORE, ESQUIRE<br>JENNIE L. ANDERSON, ESQUIRE<br>1400 DOUGLAS STREET, STOP 1580<br>OMAHA, NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: MATTHEW J. TROY, CIVIL DIVISION<br>950 PENNSYLVANIA AVENUE, NW<br>WASHINGTON, DC 20530-0001 | UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: ARI D. KUNOFSKY, ESQUIRE<br>WARD W. BENSON, ESQUIRE<br>P.O. BOX 227<br>BEN FRANKLIN STATION<br>WASHINGTON, DC 20044 |

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
CADWALDER WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG, ESQUIRE
700 6TH STREET, N.W.
WASHINGTON, DC 20001

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
CAPLIN & DRYSDALE, CHARTERED
ATTN: LESLIE M. KELLEHER, ESQUIRE
JENNA KOSKI, ESQUIRE
ONE THOMAS CIRCLE, NW, SUITE 1100
WASHINGTON, DC 20005-5802

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
CHIPMAN BROWN CICERO & COLE LLP
ATTN: WILLIAM CHIPMAN, J R., ESQUIRE
MARK D. OLIVERE, ESQUIRE
HERCULES PLAZA
919 N. MARKET STREET, SUITE 5400
WILMINGTON, DE 19801

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
CRAVATH SWAIN & MOORE LLP
ATTN: MICHAEL A. PASKIN, ESQUIRE
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTN: SCOTT TALMADGE, ESQUIRE
ABBY WALSH, ESQUIRE
STEVEN FRUCHTER, ESQUIRE
601 LEXINGTON AVENUE, 31ST FLOOR
NEW YORK, NY 10022

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
GELLERT SCALI BUSENKELL & BROWN LLC
ATTN: EVAN W. RASSMAN, ESQUIRE
1201 N. ORANGE STREET, SUITE 300
WILMINGTON, DE 19801

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
GIBSON DUNN & CRUTCHER LLP
ATTN: JEFFREY KRAUSE, ESQUIRE
MICHAEL NEUMEISTER, ESQUIRE
DANIEL DENNY, ESQUIRE
333 S. GRAND AVENUE
LOS ANGELES, CA 9007-3197

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
GILLESPIE SANFORD LLP
ATTN: HAL K. GILLESPIE, ESQUIRE
4925 GREENVILLE AVENUE, SUITE 200
DALLAS, TX 75206

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
GORI JULIAN & ASSOCIATES PC
ATTN: BARRY JULIAN, ESQUIRE
BETH GORI, ESQUIRE
156 N. MAIN STREET
EDWARDSVILLE, IL 62025

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
GREGORY D. WILLARD, ESQUIRE
7339 WESTMORELAND DRIVE
ST. LOUIS, MO 63130-4241

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
ATTN: DANIEL K. HOGAN, ESQUIRE
1311 DELAWARE AVENUE
WILMINGTON, DE 19806

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
HOGAN MCDANIEL
ATTN: DANIEL K. HOGAN, ESQUIRE
GARVIN F. MCDANIEL, ESQUIRE
1311 DELAWARE AVENUE
WILMINGTON, DE 19806

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
JENNER & BLOCK
ATTN: RICHARD LEVIN, ESQUIRE
919 THRID AVENUE
NEW YORK, NY 10022-3908

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
JENNER & BLOCK
ATTN: VINCENT E. LAZAR, ESQUIRE
919 THRID AVENUE
NEW YORK, NY 10022-3908

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
ONCOR
C/O PAT VILLAREAL LAW
ATTN: PATRICIA VILLAREAL, ESQUIRE

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
POTTER ANDERSON & CORROON LLP
ATTN: JEREMY W. RYAN, ESQUIRE
R. STEPHEN MCNEILL, ESQUIRE
1313 N. MARKET STREET, 6TH FLOOR
P.O. BOX 951
WILMINGTON, DE 19801

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
PERKINS COIE LLP
ATTN: TINA N. MOSS, ESQUIRE
30 ROCKERFELLER PLAZA, 22ND FLOOR
NEW YORK, NY 10112-0015

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
PINCKNEY WEIDINGER URBAN & JOYCE LLC
ATTN: GREGORY T. DONILON, ESQUIRE
3711 KENNETT PIKE, SUITE 210
GREENVILLE, DE 19807

{FG-W0433457.}

| | |
|---|---|
| **\*\* CONSENTED TO ELECTRONIC SERVICE\*\***<br>SEARCY & SEARCY PC<br>ATTN: JASON R. SEARCY, ESQUIRE<br>JOSHUA P. SEARCY, ESQUIRE<br>P.O. BOX 3929<br>LONGVIEW, TX 75606 | **\*\*CONSENTED TO ELECTRONIC SERVICE\*\***<br>STEVENS & LEE PC<br>ATTN: JOSEPH H. HUTSON, JR., ESQUIRE<br>1105 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 |
| **\*\*CONSENTED TO ELECTRONIC SERVICE\*\***<br>THE RUCKDESCHEL LAW FIRM LLC<br>ATTN: JONATHAN RUCKDESCHEL, ESQUIRE<br>8357 MAIN STREET<br>ELLICOTT CITY, MD 21043 | **\*\*CONSENTED TO ELECTRONIC SERVICE\*\***<br>UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: DANIEL S. SMITH, SR COUNSEL<br>P.O. BOX 7611, BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-7611 |
| **\*\*CONSENTED TO ELECTRONIC SERVICE\*\***<br>VARNUM LLP<br>ATTN: MARY KAY SHAVER, ESQUIRE<br>BRIDGEWATER PLACE<br>P.O. BOX 352<br>GRAND RAPIDS, MI 49501-0352 | **\*\*CONSENTED TO ELECTRONIC SERVICE\*\***<br>WHITEFORD TAYLOR & PRESTON LLC<br>ATTN: L. KATHERINE GOOD, ESQUIRE<br>THE RENAISSANCE CENTRE<br>405 N. KING STREET, SUITE 500<br>WILMINGTON, DE 19801 |

{FG-W0433457.}