## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Balloting / Solicitation Consultation | 4.50 | $971.20 |
| 642 | Fee Application Prep | 1.60 | $387.20 |
| 647 | Check / Equity Distributions | 7.80 | $1,039.60 |
| 900 | EDiscovery | 0.20 | $28.00 |
| **Totals:** | | **14.10** | **$2,426.00** |