## EXHIBIT B

### Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | 1.40 | $385.00 | $539.00 |
| Brian Karpuk | EBS Senior Consultant III | 1.60 | $242.00 | $387.20 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 1.10 | $242.00 | $266.20 |
| Eric Usitalo | EBS Senior Consultant I | 1.00 | $176.00 | $176.00 |
| Daniel Ford | EDS Project Manager | 0.20 | $140.00 | $28.00 |
| David Rodriguez | EBS Case Manager II | 0.20 | $127.00 | $25.40 |
| Erika Ramseyer | EBS Case Manager II | 3.20 | $127.00 | $406.40 |
| Geoff Zahm | EBS Case Manager II | 0.20 | $127.00 | $25.40 |
| Rickey Li | EBS Case Manager II | 3.20 | $127.00 | $406.40 |
| John Chau | EBS Case Manager I | 2.00 | $83.00 | $166.00 |
| **TOTAL** | | **14.10** | | **$2,426.00** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."