## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Energy Future Holdings Corp., *et al.*,[1] | : | Case No. 14-10979 (CSS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |
|  | : | **Re: D.I. 11854** |
|  | : |  |

------------------------------------------------------------ X

## DECLARATION OF HOWARD SEIFE IN SUPPORT OF
## NEXTERA'S OBJECTION TO CONFIRMATION OF THE PLAN

Howard Seife, pursuant to 28 U.S.C. S 1746, hereby declares under penalty of perjury as follows:

1.    I am a partner at Norton Rose Fulbright US LLP, attorneys for NextEra Energy, Inc. in the above-captioned bankruptcy case.

2.    I make this declaration to present certain documents referenced in the *Objection of NextEra Energy, Inc. to First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* (the "Objection"), filed contemporaneously herewith.  All capitalized terms not defined herein shall have the meanings ascribed to them in the Objection.

3.    Attached hereto as **Exhibit A** is a true and correct copy of the *Order*, dated April 13, 2017, PUCT Docket No. 46238, Item No. 538.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4.      Attached hereto as **Exhibit B** is a true and correct copy of the *Motion for Rehearing*, PUCT Docket No. 46238, Item No. 543.

5.      Attached hereto as **Exhibit C** is a true and correct copy of the *Amicus Curiae Brief of Energy Future Holdings Corp. and Energy Future Intermediate Holdings LLC in Support of Rehearing*, PUCT Docket No. 46238, Item No. 545.

6.      Attached hereto as **Exhibit D** is a true and correct copy of the *Second Motion for Rehearing*, PUCT Docket No. 46238, Item No. 554.

7.      Attached hereto as **Exhibit E** is a true and correct copy of the *Amicus Curiae Brief of Energy Future Holdings Corp. and Energy Future Intermediate Holdings LLC in Support of Second Motion for Rehearing*, PUCT Docket No. 46238, Item No. 555.

8.      Attached hereto as **Exhibit F** is a true and correct copy of the *Original Petition*, Case No. D-1-GN-17-003234, filed with the Travis County District Court on July 13, 2017.

9.      Attached hereto as **Exhibit G** is a true and correct copy of the transcript of the hearing held before the Bankruptcy Court on December 11, 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 19th, 2017 in New York, NY.

_____

Howard Seife