# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Jointly Administered <br> ) <br> ) Re: Docket Nos. 11887, 12344 <br> ) <br> ) Objection Deadline: December 19, 2017 <br> ) |
| Debtors. | ) |

**RESERVATION OF RIGHTS OF EFH INDENTURE TRUSTEE WITH RESPECT TO CONFIRMATION OF FIRST AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, AND THE EFH/EFIH DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

American Stock Transfer & Trust Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for notes issued by EFH Future Holdings Corp. ("EFH Corp.") (as described in Exhibit 1 attached hereto), by its undersigned counsel, hereby files this reservation of rights (the "Reservation of Rights") with respect to confirmation of the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

1

[D.I. 11887] (the "Proposed Plan").[2]  In support of this Reservation of Rights, the EFH Indenture Trustee respectfully states as follows:

1.      The EFH Indenture Trustee files this Reservation of Rights to address two issues.  First, on December 14, 2017, the U.S. Trustee filed *The United States Trustee's Final Limited Objection, Response and Reservation of Rights with Respect to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12344] (the "UST Objection") pursuant to which the U.S. Trustee objected to the Proposed Plan to the extent that Article IV. Section N.1 provides that the EFH Indenture Trustee's fees and expenses incurred after February 17, 2017 could be allowed and paid as an administrative expense without an underlying valid legal basis or justification for such payment under the Bankruptcy Code.  The EFH Indenture Trustee has discussed the substance of the UST Objection with the office of the U.S. Trustee and anticipates consensually resolving the UST Objection by working with the office of the U.S. Trustee on language to address the U.S. Trustee's concerns.

2.      Second, the EFH Indenture Trustee reserves the right to object in the event that there are further supplements, amendments, modifications to the Proposed Plan, or in the event that there are material changes to (i) the circumstances of the Debtors, (ii) the Proposed Plan or (iii) recoveries to unsecured creditors of EFH Corp.  The EFH Indenture Trustee further reserves its rights with respect to (i) the apportionment of any "break-up fee" among the Debtors' estates to the extent it is determined that a "break-up fee" is owed, and (ii) the establishment and apportionment of any "reserve" under the Proposed Plan to satisfy any disputed claims.

---

[2]     Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Proposed Plan.

| | |
|---|---|
| Dated: Wilmington, DE<br>December 19, 2017 | **CROSS & SIMON, LLC**<br><br>*/s/ Christopher P. Simon*<br>Christopher P. Simon (Del. Bar No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>csimon@crosslaw.com<br><br>- and –<br><br>NIXON PEABODY LLP<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 345-1000<br>Facsimile: (617) 345-1300<br>adarwin@nixonpeabody.com<br>rpedone@nixonpeabody.com<br><br>-and-<br><br>Christopher J. Fong<br>55 West 46th Street<br>New York, NY 10036<br>Telephone: 212-940-3724<br>Facsimile: 855-900-8613<br>cfong@nixonpeabody.com<br><br>*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee* |