## **EXHIBIT A**

### **Statement of Fees By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Balloting / Solicitation Consultation | 10.00 | $2,106.50 |
| 647 | Check / Equity Distributions | 13.50 | $1,920.30 |
| **Totals:** | | **23.50** | **$4,026.80** |