## **EXHIBIT B**

### **Professionals' Information**

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | 2.70 | $385.00 | $1,039.50 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 2.90 | $242.00 | $701.80 |
| Eric Usitalo | EBS Senior Consultant I | 4.20 | $176.00 | $739.20 |
| Erika Ramseyer | EBS Case Manager II | 4.70 | $127.00 | $596.90 |
| Rickey Li | EBS Case Manager II | 4.60 | $127.00 | $584.20 |
| John Chau | EBS Case Manager I | 4.40 | $83.00 | $365.20 |
| **TOTAL** | | **23.50** | | **$4,026.80** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."