## **EXHIBIT C**

### **Summary of Actual and Necessary Epiq Expenses for the Fee Period**

| Expense Category | Amount |
|---|---:|
| HST626 – Relativity License Fee | $3,290.00 |
| HST756 -  Billable storage fee (GB) for the eDiscovery Relativity repository | $47,268.13 |
| PRO128 – Client Media Storage | $20.00 |
| Tax | $3,392.78 |
| **TOTAL** | **$53,970.91** |