## EXHIBIT D

### Detailed Description of Epiq Expenses and Disbursements

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST626 – Relativity License Fee | 47.00 | $70.00 | $3,290.00 |
| HST756 -  Billable storage fee (GB) for the eDiscovery Relativity repository | 3,636.01 | $13.00 | $47,268.13 |
| PRO128 – Client Media Storage | 2.00 | $10.00 | $20.00 |
| Tax | | | $3,392.78 |
| **TOTAL** | | | **$53,970.91** |