## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Balloting / Solicitation Consultation | 78.30 | $16,193.20 |
| 647 | Check / Equity Distributions | 11.20 | $1,544.90 |
| 900 | EDiscovery | 15.00 | $2,100.00 |
| **Totals:** | | **104.50** | **$19,838.10** |