## EXHIBIT B

### Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | 2.10 | $385.00 | $808.50 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 56.50 | $242.00 | $13,673.00 |
| Eric Usitalo | EBS Senior Consultant I | 2.50 | $176.00 | $440.00 |
| Shivam Patel | EBS Programmer III | 0.10 | $167.00 | $16.70 |
| Justina Betro | Associate I | 1.10 | $145.00 | $159.50 |
| Carlos Espiritu | EDS Project Manager | 1.00 | $140.00 | $140.00 |
| Michal Tchorzewski | EDS Project Manager | 13.00 | $140.00 | $1,820.00 |
| Terence Labrador | EDS Project Manager | 1.00 | $140.00 | $140.00 |
| David Rodriguez | EBS Case Manager II | 0.80 | $127.00 | $101.60 |
| Erika Ramseyer | EBS Case Manager II | 2.10 | $127.00 | $266.70 |
| Rickey Li | EBS Case Manager II | 5.80 | $127.00 | $736.60 |
| John Chau | EBS Case Manager I | 18.50 | $83.00 | $1,535.50 |
| **Total** | | **104.50** | | **$19,838.10** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."