## **EXHIBIT C**

## **Summary of Actual and Necessary Epiq Expenses for the Fee Period**

| Expense Category | Amount |
|---|---|
| HST626 – Relativity License Fee | $3,290.00 |
| HST756 -  Billable storage fee (GB) for the eDiscovery Relativity repository | $44,764.33 |
| PRO128 – Client Media Storage | $20.00 |
| Tax | $3,366.15 |
| **TOTAL** | $51,440.48 |