# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## RENEWED RESERVATION OF RIGHTS OF THE EFIH SECOND LIEN TRUSTEE TO CONFIRMATION OF FIRST AMENDED JOINT PLAN OF REORGANIZATION

Computershare Trust Company, N.A. and Computershare Trust Company of Canada, in their capacities as indenture trustee (the "**EFIH Second Lien Trustee**") for the senior secured second lien notes (the "**EFIH Second Lien Notes**") issued by Energy Future Intermediate Holding Company LLC, and EFIH Finance, Inc. pursuant to that certain indenture dated April 25, 2011, as supplemented, files this renewed reservation of rights (the "**Reservation of Rights**") with respect to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 11887] (the "**Plan**").[1] In further support of this Reservation of Rights, the EFIH Second Lien Trustee respectfully submits as follows:

## RESERVATION OF RIGHTS

1. The EFIH Second Lien Trustee previously filed a reservation of rights on October 30, 2017 [Dkt. No. 12149] and is filing this renewed reservation of rights in accordance with the Court's scheduling order [Dkt. No. 12279].

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Plan.

2.     The Plan contemplates that Class B4, the EFIH Second Lien Notes, will be left unimpaired under the Plan and will receive payment in full in cash of the amounts allowed under the EFIH Settlement Agreement and the EFIH Settlement Approval Order (collectively, the "**EFIH Second Lien Settlement**").  Pursuant to the EFIH Second Lien Settlement, the allowed claim for the EFIH Second Lien Notes includes all outstanding fees and expenses owed to the EFIH Second Lien Trustee and an additional $2 million for the funding of the EFIH Second Lien Post-Effective Date Fee and Indemnification Claims Reserve (as defined in the EFIH Settlement Agreement).  The Plan incorporates these provisions and provides for the payment of these fees and expenses.

3.     The Plan that is currently on file contemplates that certain holders of EFIH Second Lien Notes may be able to participate in an optional equity conversion of their Notes through a Rollover Trust Election.  This appears, however, to no longer be the case, as the Plan Supplement provides that Sempra Energy will fund the entirety of the merger consideration in cash.  The Debtors will therefore not offer the Rollover Trust Investment Election to holders of Allowed Second Lien Note Claims.  The Debtors have not yet filed any amendments to the Plan to clarify this change.

4.     In addition, Exhibit D of the Plan Supplement lists causes of action to be retained by the Debtors in connection with the Proposed Plan ("**Retained Causes of Action**").  The Debtors incorrectly listed Computershare Trust Company, N.A. and Computershare Trust Company of Canada, and its counsel, Bryan Cave LLP and Kramer Levin Naftalis & Frankel LLP, as parties against who the Debtors are retaining causes of action.  *Plan Supplement*, at 781, 2199.  The EFIH Second Lien Trustee believes this inclusion to be in error, as any and all outstanding claims were settled under the EFIH Second Lien Settlement, which has been

- 3 -

approved by Final Order. The EFIH Second Lien Trustee has been told that a revised Plan Supplement would fix this error, but to date no such revised Plan Supplement has been filed.

5. The EFIH Second Lien Trustee reiterates and incorporates by reference all arguments made in its previous Reservation of Rights [Dkt. No. 12149], and further files this reservation of rights to preserve its right to object to confirmation of the Plan in the event that amendments or changes are made (or not made) to the Plan that in any way impair or affect the rights and claims of the holders of Allowed EFIH Second Lien Notes and the EFIH Second Lien Trustee (or if the Plan Supplement is not re-filed in accordance with the above).

| | |
|---|---|
| Dated:  December 19, 2017 | PACHULSKI STANG ZIEHL & JONES LLP |

*/s/ Laura Davis Jones*
Laura Davis Jones (Bar No. 2436)
Robert J. Feinstein (NY Bar No. RF-2836)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@ pszjlaw.com
          rfeinstein@ pszjlaw.com

*- and -*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

Thomas Moers Mayer
Joshua K. Brody
Jennifer Sharret
1177 Avenue of the Americas
New York, New York 10036
Telephone: (212) 715-9100
Facsimile:  (212) 715-8000
Email: tmayer@kramerlevin.com
          jbrody@kramerlevin.com
          jsharret@kramerlevin.com

*- and -*

BRYAN CAVE LLP

Stephanie Wickouski
1290 Avenue of the Americas
New York, New York 10104-3300
Telephone: (212) 541-1114
Facsimile: (212) 904-0514
Email: stephanie.wickouski@bryancave.com

*Counsel to the EFIH Second Lien Trustee*