# EXHIBIT A

## Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Balloting / Solicitation Consultation | 31.20 | $7,950.90 |
| 647 | Check / Equity Distributions | 31.10 | $4,364.70 |
| 900 | EDiscovery | 32.10 | $4,494.00 |
| **Totals:** | | **94.40** | **$16,809.60** |