## EXHIBIT B

### Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | 4.70 | $385.00 | $1,809.50 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 25.10 | $242.00 | $6,074.20 |
| Joseph Arena | EBS Senior Consultant I | 0.40 | $176.00 | $70.40 |
| Eric Usitalo | EBS Senior Consultant I | 3.40 | $176.00 | $598.40 |
| Justina Betro | Associate I | 9.50 | $145.00 | $1,377.50 |
| Thursin Atkinson | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Richard Bradshaw | EDS Project Manager | 1.50 | $140.00 | $210.00 |
| Andrew Darwin | EDS Project Manager | 2.00 | $140.00 | $280.00 |
| Laura Davis | EDS Project Manager | 0.90 | $140.00 | $126.00 |
| Daniel Larson | EDS Project Manager | 0.40 | $140.00 | $56.00 |
| Michael Lindsey | EDS Project Manager | 0.60 | $140.00 | $84.00 |
| Joshua Monzon | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Eric Stone | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Steven Sullivan | EDS Project Manager | 0.50 | $140.00 | $70.00 |
| Michal Tchorzewski | EDS Project Manager | 24.10 | $140.00 | $3,374.00 |
| Jennifer Vargas | EDS Project Manager | 0.40 | $140.00 | $56.00 |
| Koshin Young | EDS Project Manager | 0.80 | $140.00 | $112.00 |
| Andre Gibbs | EBS Case Manager II | 0.10 | $127.00 | $12.70 |
| Rickey Li | EBS Case Manager II | 11.40 | $127.00 | $1,447.80 |
| David Rodriguez | EBS Case Manager II | 0.60 | $127.00 | $76.20 |
| Erika Ramseyer | EBS Case Manager II | 5.90 | $127.00 | $749.30 |
| John Chau | EBS Case Manager I | 1.20 | $83.00 | $99.60 |
| **Total** | | **94.40** | | **$16,809.60** |

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."