## **EXHIBIT C**

### **Summary of Actual and Necessary Epiq Expenses for the Fee Period**

| Expense Category | Amount |
|---|---:|
| HST142 – Third Party Data Loading | $122.15 |
| HST626 – Relativity License Fee | $3,290.00 |
| HST756 -  Billable storage fee (GB) for the eDiscovery Relativity repository | $45,055.01 |
| PRO128 – Client Media Storage | $20.00 |
| Tax | $3,538.62 |
| **TOTAL** | **$52,025.78** |

RLF1 18634497v.1