## **EXHIBIT D**

## **Detailed Description of Epiq Expenses and Disbursements**

| Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|
| HST142 – Third Party Data Loading | 3.49 | $35.00 | $122.15 |
| HST626 – Relativity License Fee | 47.00 | $70.00 | $3,290.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 3,465.77 | $13.00 | $45,055.01 |
| PRO128 – Client Media Storage | 2.00 | $10.00 | $20.00 |
| Tax | | | $3,538.62 |
| **TOTAL** | | | **$52,025.78** |