# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, in connection with the *Motion to Appoint a Representative of the Majority Creditors to the Fee Committee* and related declarations, filed December 17, 2017 [D.I. 12358-60], on December 18, 2017, counsel to Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases, caused a true and correct copy of each of the following documents to be served via email on all members of the service list attached hereto as **Exhibit A** in these chapter 11 cases:

- *Debtors' Requests for Production to Elliott in Connection With the Motion to Appoint a Representative of the Majority Creditors to the Fee Committee*;

- *Debtors' Requests for Production to BraunHagey & Borden LLP in Connection With the Motion to Appoint a Representative of the Majority Creditors to the Fee Committee*; and

- *Debtors' Requests for Production to Sunrise in Connection With the Motion to Appoint a Representative of the Majority Creditors to the Fee Committee.*

*[Remainder of page intentionally left blank.]*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 18635589v.1

Dated: December 19, 2017
Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

-and-

Mark E. McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, California 94104
Telephone:     (415) 439-1400
Facsimile:      (415) 439-1500
Email:            mark.mckane@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**Exhibit A**

RLF1 18635589v.1

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

**Service List**

| Participating Parties | Email | Official Service |
|---|---|---|
| (a) the Debtors | jsowa@kirkland.com<br>michael.esser@kirkland.com<br>jonathan.ganter@kirkland.com<br>SHessler@kirkland.com<br>CHusnick@kirkland.com<br>MMcKane@kirkland.com<br>esassower@kirkland.com<br>bschartz@kirkland.com<br>Aparna.yenamandra@kirkland.com<br>steven.serajeddini@kirkland.com<br>anthony.sexton@kirkland.com<br>bstephany@kirkland.com<br>collins@RLF.com<br>defranceschi@RLF.com<br>madron@rlf.com<br>travis.langenkamp@kirkland.com<br>anna.terteryan@kirkland.com<br>mcclain.thompson@kirkland.com | Edward O. Sassower, P.C.<br>Stephen Hessler, P.C.<br>Brian E. Schartz<br>Aparna Yenamandra<br>Mark E. McKane, P.C.<br>Bryan Stephany<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br><br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700 |

| Participating Parties | Email | Official Service |
|---|---|---|
| (b) Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and Gatwick Securities, LLC (collectively "Elliott") | SCousins@bayardlaw.com<br>Efay@bayardlaw.com<br>EMiller@bayardlaw.com<br>Andrew.Devore@ropesgray.com<br>Matthew.McGinnis@ropesgray.com<br>Gregory.Demers@ropesgray.com<br>Keith.Wofford@ropesgray.com<br>Gregg.Galardi@ropesgray.com<br>Matthew.McGinnis@ropesgray.com | Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Evan T. Miller (No. 5364)<br>**BAYARD**<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br><br>Andrew G. Devore<br>Matthew L. McGinnis<br>**ROPES & GRAY LLP**<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br><br>Keith H. Wofford<br>Gregg M. Galardi<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 |

2

| Participating Parties | Email | Official Service |
|---|---|---|
| (c) Elliott Associates, L.P., Elliott International, L.C., The Liverpool Limited Partnership, Gatwick Securities, LLC, Paloma Partners Management Company, and Sunrise Partners Limited Partnership | jgorris@friedlandergorris.com<br>hagey@braunhagey.com<br>brown@braunhagey.com | Jeffrey M. Gorris (Bar No. 5012)<br>**FRIEDLANDER & GORRIS, P.A.**<br>1201 N. Market St., Suite 2200<br>Wilmington, DE 19801<br>Telephone: (302) 573-3500<br>Facsimile: (302) 573-3501<br><br>J. Noah Hagey<br>Amy Brown<br>**BRAUNHAGEY & BORDEN LLP**<br>7 Times Square, 27th Floor<br>New York, NY 10036-6524 |
| (d) Paloma Partners Management Company and Sunrise Partners Limited Partnership | mbusenkell@gsbblaw.com<br>scott.talmadge@freshfields.com<br>abbey.walsh@freshfields.com | Michael Busenkell (DE 3933)<br>**GELLERT SCALI BUSENKELL & BROWN, LLC**<br>1201 N. Orange St., Suite 300<br>Wilmington, DE 19801<br><br>Scott Talmadge<br>Abbey Walsh<br>**FRESHFIELDS BRUCKHAUS DERINGER US LLP**<br>601 Lexington Ave., 31st Floor<br>New York, NY 10022 |