# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) <br> ) <br> ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

### DECLARATION OF BETH GORI, ESQ.

I, Beth Gori, state the following under penalty of perjury:

1. I am an attorney and a member in good standing of the State Bars of Missouri and Illinois, and am admitted to practice in the United States District Court for the Southern District of Illinois. I am admitted *pro hac vice* in the United States Bankruptcy Court for the District of Delaware. I am a member of the law firm Gori Julian & Associates, P.C. ("**Gori Julian**"), attorneys for John H. Jones.

2. I make this declaration to present certain documents referenced in the Objection of Shirley Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, and Denis Bergschneider to Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code, which is being filed contemporaneously herewith.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**Error! Unknown document property name.**

3. Attached hereto as **Exhibit 1** is a true and correct copy of Mr. Jones' Cytology Report, dated December 14, 2015.

4. Attached hereto as **Exhibit 2** is a true and correct copy of the complaint filed in *Jones v. A.W. Chesterson, Inc., et. al*, Case No. 2016L000283 (Madison Cty. Ill.).

5. Attached as **Exhibit 3** hereto is a true and correct copy of Mr. Jones' Answers and Objections to Defendants' Standard Asbestos Interrogatories in that case, dated April 5, 2016.

6. Attached as **Exhibit 4** hereto is a true and correct copy of Mr. Jones' First Supplemental Answers and Objections to Defendants' Standard Asbestos Interrogatories in that case, dated June 2, 2016.

7. Attached as **Exhibit 5** hereto is a true and correct copy of Mr. Jones' Work History Sworn Statement, dated April 3, 2016.

8. Attached as **Exhibit 6** hereto is a true and correct copy of Mr. Jones' Proxy Authorizing Representation, dated July 17, 2016.

The foregoing is true and correct to the best of my knowledge and belief.

EXECUTED on December 18, 2017 in Edwardsville, Illinois.

_____
Beth Gori