# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

### DECLARATION OF JONATHAN RUCKDESCHEL

I, Jonathan Ruckdeschel, state the following under penalty of perjury:

1. I am the proprietor of the Ruckdeschel Law Firm, LLC, which represents David Heinzmann in these cases. I am an attorney and a member in good standing of the State Bars of Maryland and Florida, and of the United State District Court for the District of Maryland. I am admitted *pro hac vice* to the United States Bankruptcy Court for the District of Delaware.

2. I make this declaration to present certain documents referenced in the Objection of Shirley Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, and Denis Bergschneider to Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code, which is being filed contemporaneously herewith.

3. Attached as **Exhibit 1** hereto is a true and correct copy of Mr. Heinzmann's Surgical Pathology Report, dated July 20, 2017.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

4. Attached as **Exhibit 2** hereto is a true and correct copy of a Certification of Extract From Records, dated January 12, 2017, from the Social Security Administration, certifying and attaching Mr. Heinzmann's Itemized Statement of Earnings for the years 1945 through 2015.

5. Attached as **Exhibit 3** is a true and correct copy of Mr. Heinzmann's Answers to Defendants Master Set of Interrogatories in a case captioned *Heinzmann v. BW/IP, Inc., et al.*, filed in the Circuit Court for Baltimore City.

6. Attached as **Exhibit 4** hereto is a true and correct copy of Mr. Heinzmann's Affidavit, dated December 12, 2017.

The foregoing is true and correct to the best of my knowledge and belief.

EXECUTED on December 18, 2017 in Ellicott City, Maryland.

_____
Jonathan Ruckdeschel