# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## DECLARATION OF ETHAN EARLY

I, Ethan Early, state the following under penalty of perjury:

1. I am a member at Early, Lucarelli, Sweeney & Meisenkothen, attorneys for David William Fahy, Robert and Gino Albini, Harold Bissell, and Kurt Carlson, in the above-captioned bankruptcy cases. I am an attorney and a member in good standing of the State Bars of New York and Connecticut, and am admitted to practice in the Southern District of New York and the Eastern District of New York. I am admitted *pro hac vice* to the United States Bankruptcy Court for the District of Delaware.

2. I make this declaration to present certain documents referenced in the Objection of Shirley Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, and Denis Bergschneider to Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code, which is being filed contemporaneously herewith.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

- 2 -

3. Attached as **Exhibit 1** hereto is a true and correct copy of Gino Albini's Autopsy Report, dated July 6, 2016.

4. Attached as **Exhibit 2** is a true and correct copy of an Itemized Statement of Earnings from the Social Security Administration for Gino Albini for the years 1945 through 2006.

5. Attached as **Exhibit 3** hereto is a true and correct copy of the Affidavit of Gino Albini dated May 25, 2016.

6. Attached as **Exhibit 4** hereto is a true and correct copy of Robert Albini's Affidavit, dated December 8, 2017.

7. Attached as **Exhibit 5** hereto is a true and correct copy of Harold Bissell's Pathology Report.

8. Attached as **Exhibit 6** is a true and correct copy of an excerpt of Mr. Bissell's deposition testimony taken on June 21, 2017, in a case captioned *Bissell v. ABCO Welding & Industrial Supply, Inc., et al.*, No. ASB-FBT-CV17-6063989-S (Conn. Supp. Ct.).

9. Attached as **Exhibit 7** hereto is a true and correct copy of an excerpt of Mr. Bissell's continued deposition testimony taken in that same case on June 22, 2017.

10. Attached as **Exhibit 8** hereto is a true and correct copy of an Itemized Statement of Earnings from the Social Security Administration for Mr. Bissell for the years 1965 through 2016.

11. Attached as **Exhibit 9** hereto is a true and correct copy of Mr. Bissell's Affidavit, dated December 8, 2017.

12. Attached as **Exhibit 10** hereto is a true and correct copy of Kurt Carlson's Pathology Report, dated July 17, 2017.

13. Attached as **Exhibit 11** hereto is a true and correct copy of an excerpt of Mr. Carlson's deposition testimony taken on October 16, 2017, in a case captioned *Carlson v. ABCO*

*Welding & Industrial Supply, Inc., et al.*, No. FBT-CV-17-6066182S (Conn. Supp. Ct.).

14. Attached as **Exhibit 12** hereto is a true and correct copy of an excerpt of Mr. Carlson's continued deposition testimony taken in that same case on October 17, 2017.

15. Attached as **Exhibit 13** hereto is a true and correct copy of an excerpt of Mr. Carlson's continued deposition testimony taken in that same case on October 18, 2017.

16. Attached as **Exhibit 14** hereto is a true and correct copy of Mr. Carlson's Answers and Objections to Defendants' Standard Interrogatories and Requests for Production from that same case, dated September 22, 2017.

17. Attached as **Exhibit 15** hereto is a true and correct copy of an Itemized Statement of Earnings from the Social Security Administration for Mr. Carlson for the years 1967 through 2016.

18. Attached as **Exhibit 16** hereto is a true and correct copy of Mr. Carlson's Affidavit, dated December 8, 2017.

The foregoing is true and correct to the best of my knowledge and belief.

EXECUTED on December 15th, 2017 in New York, New York.

_____
Ethan Early (admitted *pro hac vice*)