# EXHIBIT 3

## AFFIDAVIT OF GINO ALBINI

I, Gino Albini, having been duly sworn, depose and say under penalty of perjury:

1. I am over the age of twenty-one and understand the obligation of an oath. My date of birth is ▇▇▇▇▇▇

2. I have personal knowledge of the facts hereinafter set forth.

3. The affidavit I am about to give concerns my exposure to asbestos-containing products prior to December 31, 1982, while I was employed as a mason in the construction industry and worked for both union and non-union contractors. I worked at Millstone Nuclear Power Plant, located in Waterford, CT on multiple occasions from 1968 to 1972.

4. As a mason, my responsibilities included fabricating structures such as concrete beams, columns and panels; pouring and mixing cement; setting forms or molds for joints and edges. In addition to building structures, I was responsible for the installation and repair of cement on industrial equipment, including re-bricking ovens and boilers using insulation cement. While repairing damaged areas, I used a sledgehammer or a powered saw to break and cut away an area of the cement or brick. This process created visible dust which covered my clothing and that I inhaled.

5. I regularly worked in close proximity to other tradesmen who used asbestos-containing products and insulation while they repaired equipment, installed pipes, steam lines, and boilers. As a result of my work, I was exposed to asbestos-containing dust that I inhaled.

6. I have recalled and affirm under penalty of perjury that the statements made herein are true and correct to the best of my knowledge at this time.

7. This information is not meant to be all-inclusive and may be supplemented in the future.

_____
Gino Albini

STATE OF: Connecticut

COUNTY OF: New Haven

Then came Gino Albini, before me on this 25th day of May, 2016 and declared the foregoing to be his free act and deed.

_____
Notary Public
My commission expires: 6/30/18

KRISTIN EVANS
Notary Public, State of Connecticut