# EXHIBIT 13

# EXHIBIT 13

**REDACTED**