# EXHIBIT 16

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## AFFIDAVIT OF KURT CARLSON

I, Kurt Carlson, was diagnosed on July 11, 2017 with malignant mesothelioma caused by my exposure to asbestos.

From 1981 through 2011, I worked as a radiation technician, containment coordinator, and site coordinator at Millstone Nuclear Power Plant. At Millstone Nuclear Power Plant, I regularly worked in close proximity to other tradesmen who used asbestos-containing products and insulation while they repaired equipment, and installed pipes, steam lines, and boilers. This work created visible dust, which I breathed. As a result of my work and proximity to others' working with asbestos-containing products on a regular basis I was exposed to asbestos-containing dust that I inhaled.

I have no recollection of having seen any notice of the Bar Date for asbestos-related claims in the Energy Future Holdings Bankruptcy. I was not aware of the Bar Date until after I was diagnosed with mesothelioma.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

DOC# 2762426.v1 – 12/7/17

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 8, 2017

_____
Kurt Carlson

SWORN to and subscribed before me this 11 day of December, 20 17.

_____
Notary Public
My Commission Expires: **CODY ALAN ELVIN**
**NOTARY PUBLIC**
**MY COMMISSION EXPIRES 5/31/2021**
_____
Printed Name of Notary