# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) Hearing Date: January 29, 2018 @ 10:00 a.m. |
| | ) Objection Deadline: January 19, 2018 @ 4:00 pm |

## MOTION FOR JOINDER OF DENIS BERGSCHNEIDER

Pursuant to the *Amended and Superseding Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code,* Aug. 29, 2017, D.I. 11835 (the "**Scheduling Order**"), Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, and Robert Albini, individually and as successor-in-interest to the Estate of Gino Albini, together with Denis Bergschneider (collectively the "**Movants**"), hereby move this Court for entry of an order joining Mr. Bergschneider as an objector to the *Objection to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code,* dated September 11, 2017

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

*(D.I. 11887)* (the "**Objection**"), which is being filed contemporaneously with this motion for joinder (the "**Motion**").

Pursuant to Rule 7.1.1 of the Local Rules of Civil Practice and Procedure of the United States District Court for the District of Delaware, counsel for the Plan Objectors has discussed the Motion with counsel for the Debtors, and the Debtors do not oppose the Motion.

In support of this Motion, Movants respectfully state as follows:

1. Under the Scheduling Order, "any party in interest that intends to object to the Plan must file with the Court and serve on the Participating Parties a written preliminary objection to the Plan ("Preliminary Plan Objection") no later than **Monday, October 30, 2017**." Scheduling Order ¶ 12 (emphasis in original). The Scheduling Order further provides that and "only those parties who timely file a Preliminary Plan Objection shall be permitted to file a Final Plan Objection, unless otherwise ordered by the Court." Scheduling Order ¶ 12.

2. Pursuant to the Scheduling Order, a notice of intent to participate was filed on Mr. Bergschneider's behalf on November 27, 2017. *See* Notice of Intent to Participate in Confirmation Proceedings for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code, D.I. 12271.

3. Mr. Bergschneider was not a party to the *Preliminary Objection of Shirley Fenicle, William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, and Robert Albini to Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings, CORP., Energy Future Intermediate Holding Company, LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code, Filed September 11, 2017*, Oct. 30, 2017, D.I. 12142.

4. Movants seek this Court's leave to add Mr. Bergschneider as an Objector to the Objection, pursuant to the Scheduling Order.

5. Federal Rule of Civil Procedure 21, made applicable to contested matters pursuant to Bankruptcy Rule 7021 and 9014, provides that a court may add a party "at any time, on just terms." Fed. R. Civ. P. 21. In the Third Circuit, a district court "enjoys broad discretion in deciding Rule 21 motions, and may take into consideration "'the convenience of the parties, avoidance of prejudice to either party, and promotion of the expeditious resolution of the litigation.'" *Russell v. Chesapeake Appalachia, L.L.C.*, 305 F.R.D. 78, 81 (M.D. Pa. 2015) (internal citations omitted) (noting at 82 "the liberal policies favoring joinder of parties").

6. Here, Mr. Bergschneider seeks to join the Objection in its entirety; he seeks the same remedy as the other Objectors for the same reasons. His joinder will in no way prejudice the Debtors or delay these proceedings. *See California Credit Union League v. City of Anaheim*, 190 F.3d 997, 999 (9th Cir. 1999) (noting that courts allow parties to join a lawsuit on appeal "when the party seeking joinder requests the same remedy as the original party and offers the same reasons for that remedy and earlier joinder would not have affected the course of the litigation.").

7. Movants respectfully submit that the Motion should be granted, in the interests of fundamental fairness and effective judicial administration.

Dated: December 19, 2017   Respectfully submitted:
   Wilmington, Delaware

      By: /s/ *Daniel K. Hogan*
        Daniel K. Hogan (DE Bar # 2814)
        HOGAN MCDANIEL
        1311 Delaware Avenue
        Wilmington, Delaware 19806
        Telephone: (302) 656-7540
        Facsimile: (302) 656-7599
        dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, and Robert Albini, individually and as successor-in-interest to the Estate of Gino Albini, and Denis Bergschneider*

-and-

Steven Kazan (admitted *pro hac vice*)
KAZAN MCCLAIN SATTERLEY &
GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle and Denis Bergschneider*

-and-

Ethan Early (admitted *pro hac vice*)
EARLY LUCARELLI SWEENEY &
MEISENKOTHEN
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for David William Fahy, Harold Bissell, Kurt Carlson, and Robert Albini, individually and as successor-in-interest to the Estate of Gino Albini*

-and-

Jonathan Ruckdeschel (admitted *pro hac vice*)
THE RUCKDESCHEL LAW FIRM LLC
8357 Main Street
Ellicott City, MD 21043
Telephone:  410-750-7825
Facsimile: 443-583-0430

*Counsel for David Heinzmann*

4

-and-

Beth Gori
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834

*Counsel for John H. Jones*