# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Hearing Date: January 29, 2018 @ 10:00 a.m. |
| ) | Objection Deadline: January 19, 2018 @ 4:00 pm |

## NOTICE OF MOTION FOR JOINDER OF DENIS BERGSCHNEIDER

TO: Debtors' counsel, the United States Trustee, the Creditor Committee and all other parties registered for service via CM/ECF.

**Hearing on the Motion is scheduled for January 29, 2018 at 10:00 a.m. in the U.S. Bankruptcy Court, 824 Market Street, Wilmington, Delaware.**

**ANY RESPONSE MUST BE FILED AND SERVED, AND A CERTIFICATE OF SERVICE FILED ON OR BEFORE JANUARY 19, 2018. FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

You are required to file a response and the supporting documentation required by Local Rule 4001-1(d) to the attached motion at least seven (7) days before the above hearing date.

At the same time, you must also serve a copy of the response upon Movant's attorney:

        Daniel K. Hogan
        Hogan♦McDaniel
        1311 Delaware Avenue
        Wilmington, DE 19806

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent of any security instrument.

Dated:  December 19, 2017                    /s/ Daniel K. Hogan
                                             Daniel K. Hogan (#2814)
                                             HOGAN♦McDANIEL
                                             1311 Delaware Avenue
                                             Wilmington, DE 19806
                                             Telephone:  302-656-7597
                                             Facsimile:   302-656-7599

                                             *Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, and Robert Albini, individually and as successor-in-interest to the Estate of Gino Albini, and Denis Bergschneider*