# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

_____
                                                                    )     Chapter 11
In re                                                              )
                                                                    )     Case No. 14-10979 (CSS)
ENERGY FUTURE HOLDINGS CORP., *et al.,*[1]    )
                                                                    )     (Jointly Administered)
                                        Debtors.         )
_____)

## CERTIFICATE OF SERVICE

I, Daniel K. Hogan, hereby certify that on December 19, 2017, the Motion of Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, and Robert Albini, individually and as successor-in-interest to the Estate of Gino Albini, together with Denis Bergschneider for Joinder of Denis Bergschneider was caused to be served upon the following persons via email and/or regular mail upon the parties listed below:

| | |
|---|---|
| Edward O. Sassower, P.C.<br>Stephen E. Hessler, Esquire<br>Aparna Yenamandra, Esquire<br>Chad J. Husnick, Esquire<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Email: esassower@kirkland.com<br>Email: shessler@kirkland.com<br>Email: chusnick@kirkland.com<br>Email: Aparna.yenamandra@kirkland.com | Daniel J. DeFranceschi, Esquire<br>Jason M. Madron, Esquire<br>Richards, Layton & Finger<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899<br>Email: defranceschi@rlf.com<br>Email: madron@rlf.com |

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| Mark E. McKane, Esquire<br>Michael P. Esser, Esquire<br>Anna Terteryan, Esquire<br>Justin Sowa, Esquire<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>Email: mmckane@kirkland.com<br>Email: Michael.esser@kirkland.com<br>Email: anna.terteryan@kirkland.com<br>Email: Justin.sowa@kirkland.com | James H. M. Sprayregen, Esquire Marc Kieselstein, Esquire.<br>Brenton Rogers, Esquire<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Email: Brenton.Rogers@kirkland.com<br>Email: James.Sprayregen@kirkland.com<br>Email: MKieselstein@kirkland.com |

| | |
|---|---|
| John P. Melko, Esquire<br>Gardere Wynne Sewell, LLP<br>Wells Fargo Plaza, Suite 3400<br>1000 Louisiana<br>Houston, TX 77002<br>Email: jmelko@gardere.com | William E. Chipman, Jr., Esq.<br>Mark D. Olivere, Esq.<br>Chipman Brown Cicero & Cole, LLP<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Email: chipman@chipmanbrown.com<br>Email: olivere@chipmanbrown.com |
| Ellen W. Slights, AUSA<br>United States Attorney's Office<br>District of Delaware<br>1007 N. Orange Street, Suite 700<br>Wilmington, DE 19801<br>Email: Ellen.slights@usdoj.gov | William P. Bowden, Esquire<br>Gregory A. Taylor, Esquire<br>Ashby & Geddes, PA<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Email: wbowden@ashby-geddes.com<br>Email: gtaylor@ashby-geddes.com |
| Mark Minuti, Esquire<br>Saul Ewing Arnstein Lehr LLP<br>222 Delaware Avenue<br>Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Email: mark.minuti@saul.com | Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801<br>Email: landis@lrclaw.com<br>Email: mcguire@lrclaw.com |
| Jeremy W. Ryan, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>6th Floor<br>P.O. Box 951<br>Wilmington, DE 19801<br>Email: jryan@potteranderson.com | Marc J. Phillips, Esquire<br>Manion Gaynor & Manning LLP<br>The Nemours Building<br>1007 North Orange Street<br>10th Floor<br>Wilmington, DE 19801<br>Email: mphillips@mgmlaw.com |

| | |
|---|---|
| Karen C. Bifferato, Esquire<br>Kelly M. Conlan, Esquire<br>Connolly Gallagher LLP<br>1000 West Street, Suite 1400<br>Wilmington, DE 19801<br>Email: kbifferato@connollygallagher.com<br>Email: kconlan@connollygallagher.com | Mark L. Desgrosseilliers, Esquire<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Email: mdesgrosseilliers@wcsr.com |
| Pauline K. Morgan, Esquire<br>Joel A. Waite, Esquire<br>Ryan M. Bartley, Esquire<br>Andrew L. Magaziner, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street Wilmington, DE 19801<br>Email: pmorgan@ycst.com<br>Email: jwaite@ycst.com<br>Email: rbartley@ycst.com<br>Email: amagaziner@ycst.com | Derek C. Abbott, Esquire<br>Andrew R. Remming, Esquire<br>Morris Nichols Arsht & Tunnell LLP<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Email: dabbot@mnat.com<br>Email: aremming@mnat.com |
| Chris Simon, Esquire<br>Michael J. Joyce, Esquire Cross & Simon, LLC<br>913 N. Market Street, 11th Floor<br>Wilmington, DE 19899 Email: mjoyce@crosslaw.com<br>Email: csimon@crosslaw.com | Mark S. Chehi, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>Email: mark.chehi@skadden.com |
| Robert K. Malone, Esquire<br>Drinker Biddle & Reath LLP<br>222 Delaware Avenue, Suite 1410 Wilmington, DE 19801<br>Email: Robert.malone@dbr.com | Michael G. Busenkell, Esquire<br>Gellert Scali Busenkell & Brown, LLC<br>913 N. Market Street, 10th Floor<br>Wilmington, DE 19801<br>Email: mbusenkell@gsbblaw.com |
| Kathleen M. Miller, Esquire<br>Smith, Katzenstein & Jenkins LLP<br>800 Delaware Avenue, Suite 1000<br>P0 Box 410<br>Wilmington, DE 19899<br>Email: kmiller@skjlaw.com | Stephen M. Miller, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899<br>Email: smiller@morrisjames.com |

| | |
|---|---|
| Jeffrey M. Schlerf, Esquire<br>Carl Neff, Esquire<br>Fox Rothschild LLP<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801<br>Email: jschlerf@foxrothschild.com<br>Email: cneff@foxrothschild.com | Mark E. Felger, Esquire<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>Email: mfelger@cozen.com |
| Daniel K. Astin, Esquire<br>Joseph J. McMahon, Jr., Esquire Ciardi<br>Ciardi & Astin<br>1204 North King Street Wilmington,<br>DE 19801<br>Email: dastin@ciardilaw.com<br>Email: jmcmahon@ciardilaw.com | William Chipman, Esquire<br>Mark D. Olivere, Esquire<br>Chipman & Brown, LLP<br>1007 North Orange Street, Suite 1110<br>Wilmington, DE 19801<br>Email: chipman@chipmanbrown.com<br>Email: olivere@chipmanbrown.com |
| Michael D. DeBaecke, Esquire<br>Stanley B. Tarr, Esquire Blank<br>Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Email: Debaecke@blankrome.com Email:<br>Tarr@blankrome.com | Kathleen A. Murphy, Esquire<br>Buchanan Ingersoll & Rooney PC<br>919 North Market Street, Suite 150C<br>Wilmington, DE 19801<br>Email: kathleen.murphy@bipc.com |
| Kurt F. Gwynne, Esquire<br>Kimberly E.C. Lawson, Esquire<br>Reed Smith LLP<br>120l N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>Email: kgwynne@reedsmith.com<br>Email: klawson@reedsmith.com | Sarah Kam, Esquire<br>Reed Smith LLP<br>599 Lexington Avenue<br>22nd Floor<br>New York, NY 10022<br>Email:  skam@reedsmith.com |
| Richard L. Schepacarter, Esquire<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>2nd Floor, Suite 2207<br>Wilmington, DE  19801<br>Email: Richard.Schepacarter@usdoj.gov | |

| | |
|---|---|
| Christopher A. Ward, Esquire<br>Justin K. Edelson, Esquire<br>Shanti M. Katona, Esquire<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, De 19801<br>Email: cward@polsinelli.com Email: jedelson@polsinelli.com<br>Email: skatona@polsinelli.com | James E. Huggett, Esquire<br>Amy D. Brown, Esquire<br>Margolis Edelstein<br>300 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>Email: jhuggett@margolisedelstein.com<br>Email: abrown@margolisedelstein.com |
| Kramer Levin Naftalis & Frankel, LLP<br>Thomas Moers Mayer, Esquire<br>Philip Bentley, Esquire<br>Joshua K. Brody, Esquire<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Email: tmayer@kramerlevin.com<br>Email: pbentley@kramerlevin.com<br>Email: jbrody@kramerlevin.com | Stephanie Wickouski, Esquire<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-3300<br>Email: stephanie.wickouski@bryancave.com |
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | Hugh M. McDonald, Esquire<br>Louis A. Curcio, Esquire<br>Brett D. Goodman, Esquire<br>Troutman Sanders LLP<br>405 Lexington Avenue New<br>York, NY 10174<br>hugh.mcdonald@troutmansanders.com<br>louis.curcio@troutmansanders.com<br>brett.goodman@troutmansnaders.com |
| Andrew M. Calamari, Esquire<br>New York Regional Office<br>Securities & Exchange Commission<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022<br>Email: NYROBankruptcy@SEC.GOV | Jeffrey L. Jonas, Esquire<br>Andrew P. Strehle, Esquire<br>Howard Siegel, Esquire<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>Email: jjonas@brownrudnick.com<br>Email: astrehle@brownricnick.com<br>Email: hsiegel@brownrudnick.com |
| Edward S. Weisfelner, Esquire<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>Email: eweisfelner@brownrudnick.com | Steven Kazan<br>Kazan McClaim Satterler & Greenwood<br>Jack London Market<br>55 Harrison Street, Ste. 400<br>Oakland, CA 94607<br>Email:  skazan@kazanlaw.com |

| | |
|---|---|
| Rachel Obaldo, Esquire<br>John Mark Stern, Esquire<br>Office of the Texas Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548<br>Email: Bk-robaldo@texasattorneygeneral.gov | Russell L. Munsch, Esquire<br>Munsch Hardt Kopf & Harr, P.C.<br>3050 Frost Bank Tower<br>401 Congress Avenue<br>Austin, TX 78701-4071<br>Email: rmunsch@munsch.com |
| Hal F. Morris, Esquire<br>Ashley Flynn Bartram, Esquire<br>Bankruptcy Regulatory Section<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>Email: hal.morris@texasattorneygeneral.gov<br>Email: ashley.bartram@texasattorneygeneral.gov | Elizabeth Banda Calvo, Esquire<br>Perdue, Brandon, Fielder, Collins & Mott<br>P.O. Box 13430<br>Arlington, TX 76094-0430<br>Email: ebcalvo@pbfcm.com |
| Kevin M. Lippman, Esquire<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard Street, Suite 3800<br>Dallas, TX 75201-6659<br>Email: klippman@munsch.com | Philip D. Anker, Esquire<br>George W. Shuster, Jr., Esquire<br>Wilmer Cutler Pickering Hale and Don LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Email: philip.anker@wilmerhale.com<br>Email: george.shuster@wilmerhale.com |
| Owen M. Sonik, Esquire<br>Perdue, Brandon, Fielder, Collins & Mott<br>1235 North Loop West, Suite 600<br>Houston, TX 77008<br>Email: osonik@pbfcm.com | Fredric Sosnick, Esquire<br>Ned S. Schodek, Esquire<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Email: fsosnick@shearman.com<br>Email: nschodek@shearman.com |
| Benjamin W. Loveland, Esquire<br>Wilmer Cutler Pickering Hale and Don LLP<br>60 State Street<br>Boston, MA 02109<br>Email: benjamin.loveland@wilmerhale.com | Geoffrey Gay, Esquire<br>Lloyd Gosselink Rochelle & Townsend,PC<br>816 Congress Avenue, Suite 1900<br>Austin, TX 78701<br>Email: ggay@lglawfirm.com |

| | |
|---|---|
| Michael A. McConnell, Esquire<br>Clay Taylor, Esquire<br>Katherine Thomas, Esquire<br>Kelly Hart & Hallman LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102<br>Email: michael.mcconnell@kellyhart.com<br>Email: clay.taylor@kellyhart.com<br>Email: katherine.thomas@kellyhart.com | Michael Busenkell, Esquire<br>Evan W. Rassman, Esquire<br>Gellert Scali Busenkell & Brown, LLC<br>1201 N. Orange Street, Suite 300<br>Wilmington, Delaware 19801<br>Email: mbusenkell@gsbblaw.com<br>Email: erassman@gsbblaw.com |
| Harold L. Kaplan, Esquire<br>Mark F. Hebbeln, Esquire Lars<br>A. Peterson, Esquire<br>Foley & Lardner LLP<br>321 North Clark St., Ste. 2800<br>Chicago IL 60654<br>Email: mhebbeln@foley.com<br>Email: hkaplan@foley.com<br>Email: lpeterson@foley.com | Jeffrey S. Sabin, Esquire<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022-4689<br>Email: jssabin@venable.com |
| Paul D. Moak, Esquire<br>McKool Smith<br>600 Travis Street, Suite 7000<br>Houston, TX 77002<br>Email: pmoak@mckoolsmith.com | Desiree M. Amador, Esquire Office<br>of the General Counsel<br>Pension Benefit Guaranty Corp.<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>Email: amador.desiree@pbgc.gov |
| Julia Frost-Davies, Esquire<br>Christopher L. Carter, Esquire<br>Bingham McCutchen LLP<br>One Federal Street<br>Boston, MA 02110-1726<br>Email: julia.frost-davies@bingham.com<br>Email: christopher.carter@bingham.com | James Prince, Esquire<br>Omar J. Alaniz, Esquire<br>Thomas E. O'Brien, Esquire<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201<br>Email: jim.prince@bakerbotts.com Email: omar.alaniz@bakerbotts.com<br>Email:  tom.obrien@bakerbotts.com |
| Edward M. King, Esquire<br>Frost Brown Todd LLC<br>400 W. Market Street, 32nd Floor Louisville, KY 40202<br>Email: tking@fbtlaw.com | George N. Panagakis, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Email george.panagakis@skadden.com |

| | |
|---|---|
| Jay M. Goffman, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Email: jay.goffman@skadden.com | Lee Gordon, Esquire<br>McCreary, Veselka, Bragg & Allen, PC<br>P.O. Box 1269<br>Round Rock, TX 78680<br>Email: lgordon@mvbalaw.com |
| Alan W. Kornberg, Esquire<br>Kelly A. Cornish, Esquire Brian<br>S. Hermann, Esquire<br>Jacob A. Adlerstein, Esquire<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Email: akornberg@paulweiss.com<br>Email: kcornish@paulweiss.com<br>Email: bhermann@paulweiss.com<br>Email: jadlerstein@paulweiss.com | David E. Leta, Esquire<br>Snell & Wilmer LLP<br>15 West South Temple, Suite 1200<br>Salt Lake City, UT 84101<br>Email: dleta@swlaw.com |
| Richard G. Mason, Esquire<br>Emil A. Kleinhaus, Esquire Austin<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52 Street<br>New York, NY 10019<br>Email: rgmason@wlrk.com<br>Email: eakleinhaus@wlrk.com | Brad Eric Scheler, Esquire<br>Gary L. Kaplan, Esquire<br>Matthew M. Roose, Esquire<br>Fried, Frank, Harris, Schriver & Jacobson<br>One New York Plaza<br>New York, NY 10004<br>Email: brad.scheler@friedfrank.com<br>Email: gary.kaplan@friedfrank.com<br>Email: matthew.roose@friedfrank.com |
| Dennis F. Dunne, Esquire<br>Evan R. Fleck, Esquire<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>Email: efleck@milbank.com<br>Email: ddunne@milbank.com | Richard C. Pedone, Esquire<br>Amanda D. Darwin, Esquire<br>Lee Harrington, Esquire<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110<br>Email: rpedone@nixonpeabody.com<br>Email: adarwin@nixonpeabody.com<br>Email: lharrington@nixonpeabody.com |
| William P. Weintraub, Esquire<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Email: wweintraub@goodwinproctor.com | Michael L. Schein, Esquire<br>Vedder Price PC<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Email: mschein@vedderprice.com |

| | |
|---|---|
| Marshall S. Huebner, Esquire<br>Benjamin S. Kaminetzky, Esquire<br>Elliot Moskowitz, Esquire<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Email: marshall.huebner@davispolk.com<br>Email: ben.kaminetzky@davispolk.com<br>Email: elliot.moskowitz@davispolk.com | John A. Harris, Esquire<br>Quarles & Brady LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391<br>Email: john.harris@quarles.com |
| Patrick L. Hughes, Esquire<br>Haynes & Boone, LLP<br>1801 Broadway Street<br>Suite 800<br>Denver, CO 80202<br>Email: Patrick.hughes@haynesboone.com | J. Christopher Shore, Esquire White<br>& Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Email: cshore@whitecase.com |
| Daniel A. Lowenthal, Esquire<br>Craig W. Dent, Esquire<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Email: dalowenthal@pbwt.com Email:<br>cdent@pbwt.com | Thomas J. Moloney, Esquire<br>Sean A. O'Neal, Esquire<br>Humayun Khalid, Esquire<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Email: tmoloney@cgsh.com<br>Email: soneal@cgsh.com<br>Email: hkhalid@cgsh.com |
| Stephen C. Stapleton, Esquire Cowles<br>& Thompson<br>Bank of America Plaza<br>901 Main Street, Suite 3900<br>Dallas, TX 75202<br>Email: sstapleton@cowlesthompson.com | Scott L. Alberino, Esquire<br>Joanna F. Newdeck, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036<br>Email: salberino@akingump.com<br>Email: jnewdeck@akingump.com |
| Thomas E. Lauria, Esquire<br>Matthew C. Brown, Esquire<br>White & Case LLP<br>200 South Biscayne Blvd., Suite 4900<br>Miami, FL 33131<br>Email: tlauria@whitecase.com<br>Email: mbrown@whitecase.com | Christine C. Ryan, Esquire<br>Holland & Knight, PC 800<br>17th Street N.W.<br>Suite 1100<br>Washington, DC 20006<br>Email: christine.ryan@hklaw.com |

| | |
|---|---|
| Ira S. Dizengoff, Esquire<br>Abid Qureshi, Esquire<br>Stephen M. Baldini, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036<br>Email: idizengoff@akingump.com<br>Email: aqureshi@akingump.com<br>Email: sbaldini@akingump.com | Donald K. Ludman, Esquire<br>Brown & Connery, LLP<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096<br>Email: dludman@brownconnery.com |
| Jeffrey R. Fine, Esquire<br>Dykema Gossett PLLC<br>1717 Main Street, Suite 4000<br>Dallas, Texas 75201<br>Email: jfine@dykema.com | Jonathan Goldin<br>Goldin Associates, LLC<br>Email: jegoldin@goldinassociates.com |
| David Neier, Esquire<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>Email: dneier@winston.com | Michael B. Schaedle, Esquire<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103<br>Email: schaedle@blankrome.com |
| Jon Chatalian, Esquire<br>Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005<br>Email: Chatalian.jon@pbgc.gov | John R. Ashmead, Esquire<br>Kalyan Das, Esquire<br>Arlene R. Alves, Esquire<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Email: ashmead@sewkis.com<br>Email: das@sewkis.com<br>Email: alves@sewkis.com |
| John R. Ashmead, Esquire<br>Kalyan Das, Esquire<br>Arlene R. Alves, Esquire<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Email: ashmead@sewkis.com<br>Email: das@sewkis.com<br>Email: alves@sewkis.com | Robert Szwajkos, Esquire<br>Curtin & Heefner LLP<br>250 Pennsylvania Avenue<br>Morrisville, PA 19067<br>Email: rsz@curtinheefner.com |

| | |
|---|---|
| J. Scott Rose, Esquire<br>Jackson Walker, LLP<br>Weston Centre<br>112 E. Pecan Street, Suite 2400<br>San Antonio, TX 78205<br>Email: srose@jw.com | Patricia Williams Prewitt, Esquire<br>Law office of Patricia Williams Prewitt<br>10953 Vista Lake Court<br>Navasota, TX 77868<br>Email: pwp@pattiprewittlaw.com |
| D. Ross Martin, Esquire<br>Keith H. Wofford, Esquire<br>Joshua Y. Sturm, Esquire<br>Ropes & Gray, LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Email: joshua.sturm@ropesgray.com<br>Email: ross.martin@ropesgray.com<br>Email: Keith.Wofford@ropesgray.com | Judy Hamilton Morse, Esquire<br>Crowe & Dunlevy, PC<br>20 North Broadway, Suite 1800<br>Oklahoma City, OK 73102<br>Email: judy.morse@crowedunlevy.com |
| Shawn M. Christianson, Esquire Buchalter Nemer, PC<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493<br>Email: schristianson@buchalter.com | Jordan S. Blask, Esquire<br>Lara E. Shipkovitz, Esquire<br>Tucker Arensberg, PC<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>Email: jblask@tuckerlaw.com<br>Email: lshipkovitz@tuckerlaw.com |
| Jody A. Bedenbaugh, Esquire George B. Cauthen, Esquire<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main Street, 17th Floor Columbia, SC 29201<br>Email: jody.bedenbaugh@nelsonmullins.com<br>Email: george.cauthen@nelsonmullins.com | Christopher B. Mosley, Esquire<br>Senior Assistant City Attorney<br>City of Fort Worth<br>1000 Throckmorton Street<br>Fort Worth, TX 76102<br>Email: Chris.Mosley@fortworthtexas.gov |
| Jamie R. Welton, Esquire<br>Lackey Hershman, LLP<br>3102 Oak Lawn Avenue, Suite 777 Dallas, TX 75219<br>Email: jrw@lhlaw.com | Abbey Walsh, Esquire<br>Steven Fruchter, Esquire<br>Freshfields Bruckhaus Deringer US LLP<br>601 Lexington Avenue, 31st Floor<br>New York, NY 10022<br>Email: abbey.walsh@freshfields.com<br>Email: steven.fruchter@freshfields.com |

| | |
|---|---|
| Jeanmarie Baer, Esquire<br>Perdue, Brandon, Fielder, Collins & Mott,<br>P.O. Box 8188<br>Wichita Falls, TX 76307<br>Email: jbaer@pbfcm.com | Thomas D. Maxson, Esquire<br>Cohen & Grigsby, P.C.<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3152<br>Email: tmaxson@cohenlaw.com |
| James M. Peck, Esquire<br>Brett H. Miller, Esquire<br>Lorenzo Marinuzzi, Esquire<br>Todd M. Goren, Esquire<br>Morrison & Foerster<br>250 W. 55th Street<br>New York, NY 10019<br>Email: jpeck@mofo.com<br>Email: bmiller@mofo.com<br>Email: lmarinuzzi@mofo.com<br>Email:  tgoren@mofo.com | Raymond H. Lemisch, Esquire<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Email: rlemisch@klehr.com |
| Ari D. Kunofsky, Esquire<br>Trial Attorneys, Tax Division<br>U. S. Department of Justice PO<br>Box 227<br>Washington, DC 20044<br>Email: ari.d.kunofsky@usdoj.gov | Cole, Schotz, Meisel, Forman & Leonard<br>Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>Nicholas J. Brannick, Esquire<br>500 Delaware Avenue, Suite 1410 Wilmington,<br>DE 19801<br>Email: Kstickles@coleschotz.com<br>Email: NBrannick@coleschotz.com<br>Email: NPernick@coleschotz.com |
| Pachulski Stang Ziehl & Jones LLP<br>Laura Davis Jones, Esquire<br>Robert J. Feinstein, Esquire<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 Email:<br>ljones@pszjlaw.com<br>Email: rfeinstein@pszjlaw.com | James H. Millar, Esquire<br>Drinker Biddle & Reath LLP<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036-2714<br>Email: James.Millar@dbr.com |

| | |
|---|---|
| Peter Gilhuly, Esquire<br>Adam E. Malatesta, Esquire<br>Lathan & Watkins, LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560<br>Email: peter.gilhuly@lw.com<br>Email: adam.malatesta@lw.com | Diane Wade Sanders, Esquire<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760<br>Email: Austin_bankruptcy@publicans.com |

| | |
|---|---|
| Cole, Schotz, Meisel, Forman & Leonard<br>Warren A. Usatine, Esquire<br>25 Main Street<br>P.O. Box 800<br>Hackensack, NJ 07602<br>Email: Wusatine@coleschotz.com | Venable, LLP<br>Jamie L. Edmonson, Esquire<br>Daniel A. O'Brien, Esquire<br>1201 N. Market Street, Suite 1400<br>Wilmington, Delaware 19801<br>Email: jledmonson@venable.com<br>Email: daobrien@venable.com |
| John P. Dillman, Esquire<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253<br>Email: Houston_bankruptcy@publicans.com | Davis Lee Wright, Esquire<br>Natalie D. Ramsey, Esquire<br>Mark Andrew Fink, Esquire<br>Mark B. Sheppard, Esquire<br>Montgomery, McCracken, Walker & Rhoads<br>1105 N. Market Street<br>Suite 1500<br>Wilmington, DE 19081<br>Email: nramsey@mmwr.com<br>Email: mfink@mmwr.com<br>Email: msheppard@mmwr.com<br>Email: dwright@mmwr.com |
| Christopher R. Belmonte, Esquire Pamela A. Bosswick, Esquire<br>Satterlee, Stephens, Burke & Burke, LLP<br>230 Park Avenue<br>New York, NY 10169<br>Email: cbelmonte@ssbb.com<br>Email: pbosswick@ssbb.com | Brian D. Glueckstein, Esquire<br>Andrew Dietderich, Esquire<br>Michael H. Torkin, Esquire<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Email: dietdericha@sullcrom.com<br>Email: torkinm@sullcrom.com<br>Email: gluecksteinb@sullcrom.com |

| | |
|---|---|
| Joseph H. Huston, Jr., Esquire<br>Steven & Lee, PC<br>1105 North Market Street, Suite 700<br>Wilmington, Delaware 19801<br>Email: jhh@stevenslee.com | Michael A. Paskin, Esquire<br>Cravath, Swaine and Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Email: mpaskin@cravath.com |

| | |
|---|---|
| David M. Klauder, Esquire<br>Bielli & Klauder, LLC<br>1204 N. King Street<br>Wilmington, DE 19801<br>Email: dklauder@bk-legal.com | Jeff J. Marwil, Esquire<br>Mark K. Thomas, Esquire<br>Peter J. Young, Esquire<br>Proskauer Rose, LLP<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Email: jmarwil@proskauer.com Email: mthomas@proskauer.com<br>Email: pyoung@proskauer.com |
| John W. Spiegel, Esquire Seth Goldman, Esquire<br>Thomas Walper, Esquire<br>Todd J. Rosen, Esquire<br>Munger, Tolles & Olson, LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Email: Thomas.Walper@mto.com<br>Email: Todd.Rosen@mto.com<br>Email: john.spiegel@mto.com<br>Email: seth.goldman@mto.com | Michael Friedman, Esquire<br>Chapman and Cutler LLP<br>1270 Avenue of the Americas, 30th Floor<br>New York, New York 10020<br>Email: friedman@chapman.com |
| Richard Levin, Esquire<br>Jenner & Block<br>919 3rd Avenue<br>New York, NY 10022-3901<br>Email: rlevin@jenner.com | Michael L. Atchley, Esquire<br>Matthew T. Taplett, Esquire<br>Pope, Hardwicke, Christie, Schell, Kelly<br>500 West 7th Street, Suite 600<br>Fort Worth, EX 76102<br>Email: matchley@popehardwicke.com |

| | |
|---|---|
| David P. Primack, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>300 Delaware Street<br>Suite 770<br>Wilmington, DE 19801<br>Email: dprimack@mdmc-law.com | Michael A. Berman, Esquire<br>Office of the General Counsel<br>Washington, DC 20549 |
| Stephen Sakonchick, II, Esquire Stephen Sakonchick II, PC<br>6502 Canon Wren Drive<br>Austin, TX 78746 | Jeffrey T. Rose, Esquire<br>Wilmington Trust FSB<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402 |

| | |
|---|---|
| Ronald L. Rowland<br>Receivable Management Services PO<br>Box 361505<br>Columbus, OH 43236 | Jason A. Starks, Esquire<br>Greg Abbott, Esquire<br>Daniel T. Hodge, Esquire<br>John B. Scott, Esquire<br>Ronald R. Del Vento, Esquire<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711 |
| Sean Lev, Esquire<br>Office of the General Counsel<br>Federal Communications Commission<br>445 12th Street, SW<br>Washington, DC 20554 | Secretary of Treasury<br>820 Silver Lake Boulevard, Suite 100 Dover, DE 19904 |
| Daniel S. Smith<br>Senior Counsel<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>Environment & Natural Resources Division<br>P.O. Box 7611, Ben Franklin Station<br>Washington, DC 20044-7611 | Hal K. Gillespie, Esq.<br>Gillespie Sanford LLP<br>4925 Greenville Ave., Suite 200<br>Dallas, Texas 75206<br>Email: hkg@gillespiesanford.com |
| Keith H. Wofford, Esquire Gregg<br>M. Galardi, Esquire<br>D. Ross Martin, Esquire<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Email: Keith.Wofford@ropesgray.com<br>Email: Gregg.Galardi@ropesgray.com<br>Email: Ross.Martin@ropesgray.com | Scott D. Cousins, Esquire<br>Erin R. Fay, Esquire<br>Evan T. Miller, Esquire<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19801<br>Email: scousins@bayardlaw.com<br>Email: efay@bayardlaw.com<br>Email: emiller@bayardlaw.com |

| | |
|---|---|
| Jeremy W. Ryan, Esq.<br>R. Stephen McNeill, Esq.<br>Potter Anderson & Corroon LLP<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19801<br>Email: jryan@potteranderson.com<br>Email: rmcneill@potteranderson.com | Fredric Sosnick, Esquire<br>Ned S. Schodek, Esquire<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Email: fsosnick@shearman.com<br>Email: ned.schodek@shearman.com |

| | |
|---|---|
| Jeffrey C. Krause, Esq.<br>Michael S. Neumeister, Esq.<br>Daniel B. Denny , Esq.<br>Gibson, Dunn & Crutcher, LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197<br>Email: jkrause@gibsondunn.com<br>Email: mneumeister@gibsondunn.com<br>Email: ddenny@gibsondunn.com | |
| EFH_DS_Discovery_Service_List@kirkland.com | |

        /s/Daniel K. Hogan
        Daniel K. Hogan (DE #2814)