# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Chapter 11<br><br>**Hearing Date:** January 8, 2018 at 10:00 a.m.<br>**Objection Deadline:** January 3, 2018 at 4:00 p.m. |

### RE-NOTICE OF THE MAJORITY CREDITORS' MOTION TO APPOINT A REPRESENTATIVE OF THE MAJORITY CREDITORS TO THE FEE COMMITTEE

**PLEASE TAKE NOTICE** that, on December 17, 2017, Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and Gatwick Securities LLC (collectively "Elliott") and Paloma Partners Management Company and Sunrise Partners Limited Partnership (collectively "Paloma" and, together with Elliott, the "Majority Creditors") filed the *Motion to Appoint a Representative of the Majority Creditors to the Fee Committee* [D.I. 12358] (the "Motion"). **You were previously served with a copy of the Motion**.

**PLEASE TAKE FURTHER NOTICE** that, **notwithstanding any prior notice to the contrary**, any responses or objections to the Motion must be filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **January 3, 2018 at 4:00 p.m. (ET)** (the "Objection Deadline"). At the same time, you must serve a copy of any response or objection upon the undersigned counsel to the Majority Creditors so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that any reply in support of the Motion will be filed on or before January 5, 2018 at 4:00 p.m. (ET).

{FG-W0433555.}

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **JANUARY 8, 2018 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 5TH FLOOR, COURTROOM NO. 6, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

| | |
|---|---|
| Wilmington, Delaware<br>Date: December 20, 2017 | FRIEDLANDER & GORRIS, P.A.<br><br> /s/ Jeffrey M. Gorris<br>Jeffrey M. Gorris (Bar No. 5012)<br>1201 N. Market St., Suite 2200<br>Wilmington, Delaware 19801<br>Tel: (302) 573-3500<br>Fax: (302) 573-3501<br>Email: jgorris@friedlandergorris.com<br><br>-and-<br><br>BRAUNHAGEY & BORDEN LLP<br>J. Noah Hagey (*pro hac vice*)<br>Amy Brown (*pro hac vice*)<br>7 Times Square, 27th Floor<br>New York, NY 10036-6524<br>Tel. & Fax: (646) 829-9403<br>Email: hagey@braunhagey.com<br>         brown@braunhagey.com<br><br>*Counsel to the Majority Creditors Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, Gatwick Securities, LLC, Paloma Partners Management Company, and Sunrise Partners Limited Partnership* |