IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*, <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) <br><br> Re: D.I. 12378 & 12379 |

## AFFIDAVIT OF SERVICE OF KAREN E. HARVEY, PARALEGAL

STATE OF DELAWARE   :
                    :
NEW CASTLE COUNTY   :

I, Karen E. Harvey, being duly sworn, depose and say:

1. I am employed by Hogan♦McDaniel, counsel to Shirley Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, and Denis Bergschneider in the above-captioned case, and I am not less than 18 years of age; and

2. On December 19, 2017, I caused a true and correct copy of:

    (a)   [D.I. 12378] Objection to Confirmation of Plan *[REDACTED] of Shirley Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, and Denis Bergschneider [Confidential - Filed Under Temporary Seal Subject to Energy Future Holdings Protective Order]*;

    (b)   [D.I. 12379] Motion for Joinder of Denis Bergschneider

to be served via electronic mail on the Participating Parties (as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Debtors' Joint Plan of Reorganization and Approval of Debtors' Disclosure Statement* (D.I. 8514)) at the following electronic mail address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com.

3. On December 20, 2017, I caused a true and correct copy of:

(a) [D.I. 12378] Objection to Confirmation of Plan *[REDACTED] of Shirley Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, and Denis Bergschneider [Confidential - Filed Under Temporary Seal Subject to Energy Future Holdings Protective Order]*;

(b) [D.I. 12379] Motion for Joinder of Denis Bergschneider

to be served via First Class Mail upon the following:

| | |
|---|---|
| Stephen Sakonchick, II, Esquire Stephen Sakonchick II, PC 6502 Canon Wren Drive Austin, TX 78746 | Jeffrey T. Rose, Esquire Wilmington Trust FSB 50 South Sixth Street, Suite 1290 Minneapolis, MN 55402 |
| Ronald L. Rowland Receivable Management Services PO Box 361505 Columbus, OH 43236 | Jason A. Starks, Esquire Greg Abbott, Esquire Daniel T. Hodge, Esquire John B. Scott, Esquire Ronald R. Del Vento, Esquire Bankruptcy & Collections Division P.O. Box 12548 Austin, TX 78711 |
| Sean Lev, Esquire Office of the General Counsel Federal Communications Commission 445 12th Street, SW Washington, DC 20554 | Secretary of Treasury 820 Silver Lake Boulevard, Suite 100 Dover, DE 19904 |
| Daniel S. Smith Senior Counsel U.S. Department of Justice Environmental Enforcement Section Environment & Natural Resources Division P.O. Box 7611, Ben Franklin Station Washington, DC 20044-7611 | Secretary of State Division of Corporations Franchise Tax P.O. Box 898 Dover, DE 19903 |
| Michael A. Berman, Esquire Office of the General Counsel Washington, DC 20549 | |

Dated: December 20, 2017
Wilmington, Delaware

_____
Karen E. Harvey

**SWORN AND SUBSCRIBED** before me this 20th day of December, 2017.

_____
Notary Public