# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  ) Case No. 14-10979 (CSS) ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) (Jointly Administered) ) |
| Debtors. | ) **Re: D.I. 11887, 12104, 12105** ) **Final Plan Objection Deadline:** ) **December 19, 2017**[1] |

## "FINAL" RESERVATION OF RIGHTS OF UMB BANK, N.A. TO CONFIRMATION OF THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., *ET AL.* PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

UMB Bank, N.A., as Indenture Trustee (the "Trustee") for the unsecured 11.25%/12.25% Senior Toggle Notes Due 2018 and the 9.75% Senior Notes due 2019, by and through its undersigned counsel, files this final reservation of rights (the "Reservation of Rights") in connection with confirmation of the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11887] as it relates to the "E-Side" Debtors (the "Plan").[2] In support of this Reservation of Rights, the Trustee respectfully submits as follows:

## RESERVATION OF RIGHTS

1.  On October 30, 2017, the Trustee filed its "preliminary" reservation of rights [D.I. 12145] (the "Preliminary ROR") to Plan confirmation in accordance with that certain *Amended and Superseding Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding*

---

[1] By agreement with the Debtors, the Trustee's objection deadline was extended to December 22, 2017.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

*Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11835 and, as supplemented, D.I. 12279] (collectively, the "Scheduling Order"). The Scheduling Order provides that any "final" objections to the Plan must be filed by December 19, 2017 (the "Final Objection Deadline").

2. The Trustee re-asserts each of the issues and concerns raised in the Preliminary ROR and, out of abundance of caution, files this Reservation of Rights in order to preserve all rights. Although the deadline to file any objections to the Plan is December 19, 2017, the confirmation hearing itself has not yet been scheduled and, based on the other dates set forth in the Scheduling Order, will be unlikely to occur until April 2018 at the earliest – ***more than three and a half months*** from this Final Objection Deadline. Given the history of these cases, and the significant time that will elapse between the Final Objection Deadline and the confirmation hearing, the Trustee is compelled to file this Reservation of Rights in order to preserve its rights to object to the Plan if circumstances change and/or other issues arise or remain outstanding while awaiting the necessary regulatory approvals.

3. Moreover, and as also set forth in the Preliminary ROR, the Plan Supplement documents remain subject to further negotiations and the Debtors have expressly reserved the right to modify, amend or supplement the Plan Supplement. To the extent the Debtors "modify, amend or supplement" the Plan Supplement (or the Plan and/or related exhibits), the Trustee reserves all rights with respect thereto.[3]

---

[3] In addition, the Trustee and its professionals remain on the list of retained Causes of Action, filed as Exhibit D to the Plan Supplement on October 20, 2017. [D.I. 12104]. As Released Parties under the Plan, any potential claims and/or Causes of Actions against the Trustee and its professionals appear to be excluded from the retained Causes of Action. Nonetheless, for the avoidance of doubt, the Trustee believes it and its professionals should be removed from the list of retained Causes of Action.

2

4. Further, as of the date hereof, the proposed confirmation order has not yet been filed. The Trustee reserves all rights to file an objection, or request changes, to the proposed confirmation order after it has had a chance to review the proposed version.

5. Lastly, as this Court is well aware, there is a pending dispute over whether the Debtors' estates are liable for the NextEra Termination Fee. NextEra has asserted that confirmation of the Plan should be conditioned on the establishment of a reserve to satisfy any eventual allowance of the Termination Fee as a General Administrative Claim. [D.I. 12369]. The Trustee believes that no such reserve is necessary or appropriate under the circumstances, and reserves all rights to be heard on this issue, including the right to file an objection to confirmation if the Plan is revised to provide for such a reserve.

[*Remainder of page intentionally left blank.*]

6. This Reservation of Rights is submitted without prejudice to, and with a full reservation of, the Trustee's right to supplement this Reservation of Rights or to file an objection to the Plan in advance of, or in connection with, confirmation of the Plan. Nothing herein shall be deemed to waive the Trustee's right to assert any arguments in connection with confirmation of the Plan or in response to any objection to the Trustee's claims or rights under the Plan.

Dated: December 22, 2017
Wilmington, Delaware

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Ira S. Dizengoff (admitted *pro hac vice*)
Abid Qureshi (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002

Scott L. Alberino (admitted *pro hac vice*)
Joanna F. Newdeck (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000
Facsimile: (202) 887-4288

By: */s/ Raymond H. Lemisch*
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Raymond H. Lemisch (No. 4204)
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189
Facsimile: (302) 426-9193

**FOLEY & LARDNER LLP**
Harold L. Kaplan (admitted *pro hac vice*)
Mark F. Hebbeln (admitted *pro hac vice*)
Lars A. Peterson (admitted *pro hac vice*)
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: (312) 832-4500
Facsimile: (312) 832-4700

Barry G. Felder (admitted *pro hac vice*)
Jonathan H. Friedman (admitted *pro hac vice*)
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-2329

*Co-Counsel for UMB BANK, N.A., as Trustee*