IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, in connection with the *Motion to Appoint a Representative of the Majority Creditors to the Fee Committee* and related declarations, filed December 17, 2017 [D.I. 12358-60], on December 21, 2017, counsel to Majority Creditors Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and Gatwick Securities LLC (collectively "Elliott") and Paloma Partners Management Company and Sunrise Partners Limited Partnership (collectively "Paloma") in the above-captioned cases, caused a true and correct copy of the following documents to be served via email on the members of the referenced service lists attached hereto as **Exhibit A** and **Exhibit B** in these Chapter 11 cases:

- *Majority Creditors' Request for Production to the Debtors* [Exhibit A]

- *Majority Creditors' Request for Production to Richard Gitlin* [Exhibit B]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

{FG-W0433654.}

| | |
|---|---|
| Wilmington, Delaware<br>Date: December 22, 2017 | FRIEDLANDER & GORRIS, P.A.<br><br>*/s/ Jeffrey M. Gorris*<br>Jeffrey M. Gorris (Bar No. 5012)<br>1201 N. Market St., Suite 2200<br>Wilmington, Delaware 19801<br>Tel: (302) 573-3500<br>Fax: (302) 573-3501<br>Email: jgorris@friedlandergorris.com<br><br>-and-<br><br>BRAUNHAGEY & BORDEN LLP<br>J. Noah Hagey (*pro hac vice*)<br>Amy Brown (*pro hac vice*)<br>7 Times Square, 27th Floor<br>New York, NY 10036-6524<br>Tel. & Fax: (646) 829-9403<br>Email: hagey@braunhagey.com<br>         brown@braunhagey.com<br><br>*Counsel to the Majority Creditors Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, Gatwick Securities, LLC, Paloma Partners Management Company, and Sunrise Partners Limited Partnership* |

{FG-W0433654.}