# EXHIBIT A

*In re Energy Future Holdings Corp.,* Case No. 14-10979 (CSS)

**Service List**

| Participating Parties | Email | Official Service |
|---|---|---|
| (a) Debtors | collins@rlf.com<br>defranceschi@rlf.com<br>madron@rlf.com<br>Edward.sassower@kirkland.com<br>stephen.hessler@kirkland.com<br>brian.schartz@kirkland.com<br>aparna.yenamandra@kirkland.com<br>james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>chad.husnick@kirkland.com<br>steven.serajeddini@kirkland.com<br>mark.mckane@kirkland.com | Mark D. Collins, Esquire<br>Daniel J. DeFranceschi, Esquire<br>Jason M. Madron, Esquire<br>**RICHARDS LAYTON & FINGER, P.A.**<br>920 N. King Street<br>Wilmington, DE 19801<br><br>Edward O. Sassower, PC<br>Stephen E. Hessler, Esquire<br>Brian E. Schwartz, Esquire<br>Aparna Yenamandra, Esquire<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, NY 10022<br><br>James H.M. Sprayregen, PC<br>Marc Kieselstein, P.C.<br>Chad J. Husnick, Esquire<br>Steven N. Serajeddini, Esquire<br>**KIRKLAND & ELLIS LLP**<br>300 North LaSalle<br>Chicago, IL 60654<br><br>Mark McKane P.C.<br>**KIRKLAND & ELLIS LLP**<br>555 California Street<br>San Francisco, CA 94104 |