# EXHIBIT

# B

*In re Energy Future Holdings Corp.,* Case No. 14-10979 (CSS)

**Service List**

| Participating Parties | Email | Official Service |
|---|---|---|
| (a) Richard Gitlin | jhoover@beneschlaw.com<br>walleman@beneschlaw.com<br>Bwilliam@gklaw.com<br>kstadler@gklaw.com<br>rgitlin@gitlinco.com | Jennifer R. Hoover, Esquire<br>William M. Alleman, Jr., Esquire<br>**BENESCH, FRIEDLANDER, COPLAND,<br>& ARONOFF LLP**<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801<br><br>Brady C. Williamson, Esquire<br>Katherine Stadler, Esquire<br>**GODFREY & KAHN, S.C.**<br>One East Main Street, Suite 500<br>Madison, WI 53701<br><br>Richard Gitlin<br>**GITLIN & COMPANY, LLC**<br>7836 Montecito Place<br>Delray Beach, FL 33446 |

{FG-W0433653.}