IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Ref. Docket No. 12386** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
                   ) ss.:
COUNTY OF NEW YORK )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 20, 2017, I caused to be served the "Thirty Third Monthly Fee Statement of Solic Capital Advisors, LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From September 1, 2017 to September 30, 2017," dated December 20, 2017 [Docket No. 12386], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
21st day of December, 2017

_____
Notary Public

Forrest Kuffer

```
PANAGIOTA MANATAKIS
NOTARY PUBLIC STATE OF NEW YORK
QUEENS COUNTY
LIC. #01MA6221096
COMM. EXP. APRIL 26, 2018
```

**EXHIBIT A**

ENERGY FUTURE HOLDINGS CORP., ET AL
FEE APPLICATION NOTICE PARTIES

```
ENERGY FUTURE HOLDINGS CORP ET AL          ROBERTA A. DEANGELIS
ATTN: ANDREW M WRIGHT & CECILY GOOCH       UNITED STATES TRUSTEE - REGION 3
1601 BRYAN ST 43RD FL                      ATTN: RICHARD L. SCHEPACARTER
DALLAS, TX 75201                           J. CALEB BOGGS FEDERAL BUILDING
                                           844 KING ST, ROOM 2207
                                           WILMINGTON, DE 19801


ROBERTA A. DEANGELIS                       SHEARMAN & STERLING LLP
UNITED STATES DEPARTMENT OF JUSTICE        ATTN: FREDERICK SOSNICK ESQ &
OFFICE OF THE U.S. TRUSTEE                 NED SHODEK ESQ
ATTN: ANDREA B. SCHWARTZ                   599 LEXINGTON AVE
U.S. FEDERAL BUILDING                      NEW YORK, NY 10022
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


MILBANK, TWEED, HADLEY & MCCLOY LLP        MORRISON & FOERSTER LLP
ATTN: EVAN FLECK AND MATTHEW BROD          ATTN: LORENZO MARINUZZI & JENNIFER MARINES
28 LIBERTY STREET                          250 W 55TH STREET
NEW YORK, NY 10005-1413                    NEW YORK, NY 10019


GODFREY & KAHN, S.C.
ATTN: KATHERINE STADLER
ONE E MAIN ST STE 500
MADISON, WI 53703-3300
```