# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $825 | 6.9 | $5,692.50 |
| Mark A. Kurtz | Director | 2005 | Bankruptcy | $600 | 1.6 | $960.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $575 | 73.7 | $42,377.50 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $410 | 6.2 | $2,542.00 |
| Christopher M. DeLillo | Associate | 2017 | Bankruptcy | $320 | 3.4 | $1,088.00 |
| David T. Queroli | Associate | 2016 | Bankruptcy | $320 | 3.4 | $1,088.00 |
| Brian S. Yu | Associate | 2017 | Bankruptcy | $295 | 4.2 | $1,239.00 |
| Total | | | | | 99.4 | $54,987.00 |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 17 | Bankruptcy | $250 | 28.1 | $7,025.00 |
| Ann Jerominski | Paralegal | 17 | Bankruptcy | $250 | 2.2 | $550.00 |
| M. Lynzy McGee | Paralegal | 10 | Bankruptcy | $250 | 2.1 | $525.00 |
| Tesia S. Smith | Case Management Assistant | 2 | Bankruptcy | $135 | 2.6 | $351.00 |
| Total | | | | | 35.0 | $8,451.00 |
| | | | | **Total Fees** | | **$63,438.00** |