# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $0.00 |
| Conference Calling | $69.25 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $239.53 |
| Electronic Legal Research | $42.20 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $0.00 |
| Long distance Telephone Charges | $0.57 |
| Messenger and Delivery Service | $30.41 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $34.15 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$416.11** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $0.00 |
| Conference Calling | $3.30 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $11.40 |
| Electronic Legal Research | $2.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $0.03 |
| Messenger and Delivery Service | $1.45 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $1.63 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$19.81** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $0.00 |
| Conference Calling | $92.33 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $319.37 |
| Electronic Legal Research | $56.28 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $0.76 |
| Messenger and Delivery Service | $40.55 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $45.53 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$554.82** |