## EXHIBIT D

**Detailed Description of Expenses and Disbursements**



RICHARDS
LAYTON &
FINGER

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

Tax I.D. No.:  51-0226371

December 19, 2017
Invoice 555839
Page 1
Client #  740489
Matter #  180326

For disbursements incurred through November 30, 2017
relating to  EFH - Restructuring Advice

OTHER CHARGES:

| | |
|---|---|
| Conference Calling | $164.88 |
| Document Retrieval | $570.30 |
| Electronic Legal Research | $100.50 |
| Long distance telephone charges | $1.35 |
| Messenger and delivery service | $72.41 |
| Overtime | n/c |
| Photocopying/Printing | $81.30 |
| 17 @ $.10/pg / 796 @ $.10/pg | |

| | |
|---|---|
| Other Charges | $990.74 |
| **TOTAL DUE FOR THIS INVOICE** | **$990.74** |
| BALANCE BROUGHT FORWARD | $9,012.36 |
| **TOTAL DUE FOR THIS MATTER** | **$10,003.10** |

■  ■  ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 46
Client #  740489

Client:  Energy Future Holdings Corp., et al.

Matter:  EFH - Restructuring Advice
Case Administration - ALL
Case Administration - EFIH
Creditor Inquiries - ALL
Plan of Reorganization/Disclosure Statement - ALL
Plan of Reorganization/Disclosure Statement - EFH
Claims Administration - ALL
Claims Administration - EFH
Court Hearings - ALL
Court Hearings - EFH
General Corporate/Real Estate - EFH
Schedules/SOFA/U.S. Trustee Reports - ALL
Litigation/Adversary Proceedings - ALL
Litigation/Adversary Proceedings - EFH
Litigation/Adversary Proceedings - EFIH
RLF Retention - ALL
Retention of Others - ALL
Retention of Others - EFH
RLF Fee Applications - ALL
Fee Applications of Others - ALL
Fee Applications of Others - EFH

| Date | Description | | Summary Phrase |
|------|-------------|---|----------------|
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 47

Client #  740489

| 11/01/17 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =  $1.80 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $1.40 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |

Energy Future Competitive Holdings Co.                                    December 19, 2017
Texas Competitive Electric Holdings Co.                                   Invoice 555839
1601 Bryan Street                                                         Page 48
Dallas TX  75201

                                                                         Client #  740489

| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/01/17 | PACER | | DOCRETRI |
| | | Amount =  $1.00 | |
| 11/01/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 11/01/17 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 11/01/17 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 11/01/17 | Printing | | DUP |
| | | Amount =  $1.40 | |
| 11/01/17 | Printing | | DUP |
| | | Amount =  $0.70 | |
| 11/01/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 11/02/17 | 913128612009 Long Distance | | LD |
| | | Amount =  $0.06 | |
| 11/02/17 | 913128612009 Long Distance | | LD |
| | | Amount =  $0.39 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $1.90 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 49

Client #  740489

| Date | Description | | |
|---|---|---|---|
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $2.10 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $1.40 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $2.20 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $1.80 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $1.10 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

December 19, 2017
Invoice 555839
Page 50

Client # 740489

| Date | Description | | Code |
|------|-------------|---|------|
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount = $1.00 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount = $2.30 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount = $0.90 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount = $1.60 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 51

Client #  740489

| | | | |
|---|---|---|---|
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $2.30 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $1.90 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |

Energy Future Competitive Holdings Co.                    December 19, 2017
Texas Competitive Electric Holdings Co.                   Invoice 555839
1601 Bryan Street                                         Page 52
Dallas TX  75201
                                                         Client #  740489

| 11/02/17 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =  $3.00 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $2.00 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $2.00 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 53

Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $1.40 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/02/17 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 11/02/17 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 11/02/17 | Printing | | DUP |
| | | Amount =  $3.70 | |
| 11/02/17 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 11/02/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 11/02/17 | Printing | | DUP |
| | | Amount =  $0.40 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 54

Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 11/02/17 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 11/03/17 | Richards Layton and Finger/Bankruptcy Court Messenger and delivery charges | | MESS |
| | | Amount =  $6.45 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $1.60 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 55

Client #  740489

| Date | Description | | |
|---|---|---|---|
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $1.10 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/03/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839

Page 56

Client #  740489

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 11/03/17 | PACER | Amount =  $0.90 | DOCRETRI |
| 11/03/17 | PACER | Amount =  $0.30 | DOCRETRI |
| 11/03/17 | PACER | Amount =  $0.30 | DOCRETRI |
| 11/03/17 | PACER | Amount =  $0.40 | DOCRETRI |
| 11/03/17 | PACER | Amount =  $0.40 | DOCRETRI |
| 11/03/17 | PACER | Amount =  $0.30 | DOCRETRI |
| 11/03/17 | PACER | Amount =  $1.20 | DOCRETRI |
| 11/03/17 | PACER | Amount =  $0.10 | DOCRETRI |
| 11/03/17 | PACER | Amount =  $3.00 | DOCRETRI |
| 11/03/17 | PACER | Amount =  $0.60 | DOCRETRI |
| 11/03/17 | PACER | Amount =  $3.00 | DOCRETRI |
| 11/03/17 | PACER | Amount =  $3.00 | DOCRETRI |
| 11/03/17 | Printing | Amount =  $0.10 | DUP |
| 11/03/17 | Printing | Amount =  $0.10 | DUP |
| 11/03/17 | Printing | Amount =  $0.10 | DUP |
| 11/03/17 | Printing | Amount =  $0.10 | DUP |
| 11/03/17 | Printing | Amount =  $0.10 | DUP |
| 11/03/17 | Printing | Amount =  $0.10 | DUP |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 57

Client #  740489

| Date | Description | Amount | Code |
|---|---|---|---|
| 11/03/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/03/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/03/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/03/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/03/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/03/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/03/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/03/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/03/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/03/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/03/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/03/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/03/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |

Energy Future Competitive Holdings Co.                    December 19, 2017
Texas Competitive Electric Holdings Co.                   Invoice 555839
1601 Bryan Street                                         Page 58
Dallas TX  75201

Client #  740489

| 11/06/17 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount = $1.20 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $1.30 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 59

Client #  740489

| | | | |
|---|---|---|---|
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $2.40 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.90 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $1.50 | |
| 11/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 11/06/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/06/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/06/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 60

Client #  740489

| | | | |
|---|---|---|---|
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $2.50 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |

Energy Future Competitive Holdings Co.                December 19, 2017
Texas Competitive Electric Holdings Co.               Invoice 555839
1601 Bryan Street                                     Page 61
Dallas TX  75201
                                                      Client #  740489

| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $1.10 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 62

Client #  740489

| 11/07/17 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount = $0.20 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount = $1.30 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 63

Client #  740489

| Date | Type | Amount | Code |
|------|------|--------|------|
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $2.00 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 11/07/17 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 11/07/17 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 11/07/17 | Printing | | DUP |
| | | Amount =  $2.10 | |
| 11/07/17 | Printing | | DUP |
| | | Amount =  $3.10 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $1.80 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 64

Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $2.30 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/08/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/08/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 11/08/17 | Printing | | DUP |
| | | Amount =  $0.10 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 65

Client #  740489

| Date | Description | Amount | Code |
|---|---|---|---|
| 11/08/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 11/09/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/09/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/09/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/09/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/09/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/09/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/09/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/09/17 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 11/09/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/09/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/09/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/09/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/09/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/09/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/09/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 11/09/17 | Printing | | DUP |
| | | Amount =  $10.30 | |
| 11/10/17 | PACER | | DOCRETRI |
| | | Amount =  $1.20 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 66

Client #  740489

| Date | | | | |
|---|---|---|---|---|
| 11/10/17 | PACER | | DOCRETRI | |
| | | Amount = | $0.70 | |
| 11/10/17 | PACER | | DOCRETRI | |
| | | Amount = | $0.40 | |
| 11/10/17 | PACER | | DOCRETRI | |
| | | Amount = | $0.20 | |
| 11/10/17 | PACER | | DOCRETRI | |
| | | Amount = | $0.90 | |
| 11/10/17 | PACER | | DOCRETRI | |
| | | Amount = | $0.40 | |
| 11/10/17 | PACER | | DOCRETRI | |
| | | Amount = | $1.20 | |
| 11/10/17 | PACER | | DOCRETRI | |
| | | Amount = | $3.00 | |
| 11/10/17 | PACER | | DOCRETRI | |
| | | Amount = | $0.80 | |
| 11/10/17 | PACER | | DOCRETRI | |
| | | Amount = | $0.30 | |
| 11/10/17 | Printing | | DUP | |
| | | Amount = | $8.40 | |
| 11/10/17 | Printing | | DUP | |
| | | Amount = | $0.10 | |
| 11/10/17 | Printing | | DUP | |
| | | Amount = | $0.10 | |
| 11/10/17 | Printing | | DUP | |
| | | Amount = | $0.10 | |
| 11/10/17 | Printing | | DUP | |
| | | Amount = | $0.10 | |
| 11/10/17 | Printing | | DUP | |
| | | Amount = | $0.10 | |
| 11/10/17 | Printing | | DUP | |
| | | Amount = | $0.10 | |
| 11/10/17 | Printing | | DUP | |
| | | Amount = | $0.10 | |
| 11/10/17 | Printing | | DUP | |
| | | Amount = | $0.90 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 67

Client #  740489

| | | | |
|---|---|---|---|
| 11/13/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/13/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 11/13/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/13/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 11/13/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 11/13/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 11/13/17 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 11/13/17 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 11/14/17 | PARALEGAL OT THRU 11/15/17 | | OT |
| | | Amount = $0.00 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 68

Client #  740489

| 11/14/17 | PACER | | DOCRETRI |
|----------|-------|--|----------|
| | | Amount =  $0.10 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $1.10 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 69

Client #  740489

| Date | Description | Amount | |
|------|-------------|--------|--|
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $1.90 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 70

Client #  740489

| 11/14/17 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =  $0.40 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

December 19, 2017  
Invoice 555839  
Page 71  

Client #  740489

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 11/14/17 | PACER | Amount = $0.20 | DOCRETRI |
| 11/14/17 | PACER | Amount = $0.20 | DOCRETRI |
| 11/14/17 | PACER | Amount = $0.40 | DOCRETRI |
| 11/14/17 | PACER | Amount = $0.40 | DOCRETRI |
| 11/14/17 | PACER | Amount = $0.70 | DOCRETRI |
| 11/14/17 | PACER | Amount = $0.10 | DOCRETRI |
| 11/14/17 | PACER | Amount = $0.10 | DOCRETRI |
| 11/14/17 | PACER | Amount = $0.10 | DOCRETRI |
| 11/14/17 | PACER | Amount = $0.10 | DOCRETRI |
| 11/14/17 | PACER | Amount = $3.00 | DOCRETRI |
| 11/14/17 | PACER | Amount = $0.20 | DOCRETRI |
| 11/14/17 | PACER | Amount = $0.10 | DOCRETRI |
| 11/14/17 | PACER | Amount = $0.10 | DOCRETRI |
| 11/14/17 | PACER | Amount = $0.20 | DOCRETRI |
| 11/14/17 | PACER | Amount = $3.00 | DOCRETRI |
| 11/14/17 | PACER | Amount = $3.00 | DOCRETRI |
| 11/14/17 | Printing | Amount = $0.10 | DUP |
| 11/14/17 | Printing | Amount = $7.40 | DUP |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 72

Client #  740489

| 11/14/17 | Printing | | DUP |
|---|---|---|---|
| | Amount = | $3.20 | |
| 11/14/17 | Printing | | DUP |
| | Amount = | $3.10 | |
| 11/14/17 | Printing | | DUP |
| | Amount = | $3.20 | |
| 11/15/17 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 11/15/17 | Docket Search | | ELEGALRE |
| | Amount = | $25.00 | |
| 11/15/17 | Photocopies | | DUP |
| | Amount = | $1.30 | |
| 11/15/17 | Photocopies | | DUP |
| | Amount = | $0.20 | |
| 11/15/17 | 912124464903 Long Distance | | LD |
| | Amount = | $0.17 | |
| 11/15/17 | PACER | | DOCRETRI |
| | Amount = | $0.60 | |
| 11/15/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 11/15/17 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |
| 11/15/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 11/15/17 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 11/15/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 11/15/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 11/15/17 | PACER | | DOCRETRI |
| | Amount = | $0.40 | |
| 11/15/17 | PACER | | DOCRETRI |
| | Amount = | $0.40 | |
| 11/15/17 | PACER | | DOCRETRI |
| | Amount = | $0.70 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 73

Client #  740489

| Date | Type | | Amount | Code |
|------|------|---|-------|------|
| 11/15/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 11/15/17 | Printing | | | DUP |
| | | Amount = | $7.40 | |
| 11/15/17 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 11/15/17 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 11/15/17 | Printing | | | DUP |
| | | Amount = | $1.30 | |
| 11/16/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |
| 11/16/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 11/16/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 11/16/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 11/16/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 11/16/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.60 | |
| 11/16/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.50 | |
| 11/16/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 11/16/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 11/16/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.50 | |
| 11/16/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 11/16/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

December 19, 2017
Invoice 555839

Page 74

Client # 740489

| 11/16/17 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount = $0.20 | |
| 11/16/17 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 11/16/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 11/16/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 11/16/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/16/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/16/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 11/16/17 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 11/16/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/16/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/16/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/16/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/16/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/16/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/16/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/16/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/16/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 11/16/17 | Printing | | DUP |
| | | Amount = $0.10 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 75

Client #  740489

| | | | |
|---|---|---|---|
| 11/16/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 11/17/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 11/17/17 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 11/17/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 11/17/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 11/17/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/17/17 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 11/17/17 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 11/17/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 11/20/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/20/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/20/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/20/17 | PACER | | DOCRETRI |
| | | Amount =  $1.00 | |
| 11/20/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/20/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/21/17 | Messenger and delivery | | MESS |
| | | Amount =  $5.40 | |
| 11/21/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/21/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 76

Client #  740489

| 11/21/17 | PACER | | DOCRETRI |
| | | Amount =  $1.10 | |
| 11/21/17 | PACER | | DOCRETRI |
| | | Amount =  $1.00 | |
| 11/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 11/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 11/21/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 11/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 11/21/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 11/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 11/21/17 | PACER | | DOCRETRI |
| | | Amount =  $1.00 | |
| 11/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/21/17 | PACER | | DOCRETRI |
| | | Amount =  $1.30 | |
| 11/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 11/21/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 11/21/17 | Printing | | DUP |
| | | Amount =  $4.30 | |
| 11/21/17 | Printing | | DUP |
| | | Amount =  $1.10 | |
| 11/21/17 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 11/22/17 | WINSTON & STRAWN - Messenger and delivery | | MESS |
| | | Amount =  $12.31 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 77
Client #  740489

| 11/22/17 | WINSTON & STRAWN - Messenger and delivery | MESS |
|---|---|---|
| | Amount =  $17.18 | |
| 11/22/17 | ROPES & GRAY - Messenger and delivery | MESS |
| | Amount =  $12.31 | |
| 11/22/17 | NORTON ROSE FULBRIGHT - Messenger and delivery | MESS |
| | Amount =  $12.31 | |
| 11/22/17 | PACER | DOCRETRI |
| | Amount =  $0.20 | |
| 11/22/17 | PACER | DOCRETRI |
| | Amount =  $1.00 | |
| 11/22/17 | PACER | DOCRETRI |
| | Amount =  $0.10 | |
| 11/22/17 | PACER | DOCRETRI |
| | Amount =  $0.20 | |
| 11/22/17 | PACER | DOCRETRI |
| | Amount =  $0.20 | |
| 11/22/17 | PACER | DOCRETRI |
| | Amount =  $3.00 | |
| 11/22/17 | PACER | DOCRETRI |
| | Amount =  $1.20 | |
| 11/22/17 | PACER | DOCRETRI |
| | Amount =  $0.30 | |
| 11/22/17 | Printing | DUP |
| | Amount =  $0.10 | |
| 11/22/17 | Printing | DUP |
| | Amount =  $0.10 | |
| 11/22/17 | Printing | DUP |
| | Amount =  $0.10 | |
| 11/22/17 | Printing | DUP |
| | Amount =  $0.10 | |
| 11/22/17 | Printing | DUP |
| | Amount =  $0.10 | |
| 11/22/17 | Printing | DUP |
| | Amount =  $2.40 | |
| 11/22/17 | Printing | DUP |
| | Amount =  $0.10 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 78

Client #  740489

| Date | Description | Amount | Code |
|---|---|---|---|
| 11/27/17 | PACER | Amount = $3.00 | DOCRETRI |
| 11/27/17 | PACER | Amount = $0.30 | DOCRETRI |
| 11/27/17 | PACER | Amount = $3.00 | DOCRETRI |
| 11/27/17 | PACER | Amount = $0.40 | DOCRETRI |
| 11/27/17 | PACER | Amount = $0.70 | DOCRETRI |
| 11/27/17 | PACER | Amount = $1.10 | DOCRETRI |
| 11/27/17 | PACER | Amount = $0.20 | DOCRETRI |
| 11/27/17 | PACER | Amount = $0.40 | DOCRETRI |
| 11/27/17 | PACER | Amount = $0.70 | DOCRETRI |
| 11/27/17 | PACER | Amount = $2.90 | DOCRETRI |
| 11/27/17 | PACER | Amount = $1.10 | DOCRETRI |
| 11/27/17 | PACER | Amount = $0.70 | DOCRETRI |
| 11/27/17 | PACER | Amount = $3.00 | DOCRETRI |
| 11/27/17 | PACER | Amount = $0.20 | DOCRETRI |
| 11/27/17 | PACER | Amount = $3.00 | DOCRETRI |
| 11/27/17 | PACER | Amount = $0.20 | DOCRETRI |
| 11/27/17 | PACER | Amount = $0.30 | DOCRETRI |
| 11/27/17 | PACER | Amount = $0.40 | DOCRETRI |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 79

Client #  740489

| Date | Description | | Amount | Code |
|------|-------------|---|--------|------|
| 11/27/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 11/27/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.80 | |
| 11/27/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 11/27/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 11/27/17 | PACER | | | DOCRETRI |
| | | Amount = | $1.50 | |
| 11/27/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 11/27/17 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 11/27/17 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 11/27/17 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 11/28/17 | Photocopies | | | DUP |
| | | Amount = | $0.20 | |
| 11/28/17 | PARALEGAL OT THRU 11/30/17 | | | OT |
| | | Amount = | $0.00 | |
| 11/28/17 | 912129093279 Long Distance | | | LD |
| | | Amount = | $0.06 | |
| 11/28/17 | 912129093279 Long Distance | | | LD |
| | | Amount = | $0.11 | |
| 11/28/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.60 | |
| 11/28/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 11/28/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 11/28/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.30 | |
| 11/28/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 80

Client #  740489

| Date | Description | Amount | Code |
|---|---|---|---|
| 11/28/17 | PACER | Amount =  $0.70 | DOCRETRI |
| 11/28/17 | PACER | Amount =  $0.80 | DOCRETRI |
| 11/28/17 | PACER | Amount =  $3.00 | DOCRETRI |
| 11/28/17 | PACER | Amount =  $0.40 | DOCRETRI |
| 11/28/17 | PACER | Amount =  $0.30 | DOCRETRI |
| 11/28/17 | PACER | Amount =  $0.20 | DOCRETRI |
| 11/28/17 | PACER | Amount =  $0.20 | DOCRETRI |
| 11/28/17 | PACER | Amount =  $3.00 | DOCRETRI |
| 11/28/17 | PACER | Amount =  $3.00 | DOCRETRI |
| 11/28/17 | Printing | Amount =  $2.00 | DUP |
| 11/28/17 | Printing | Amount =  $0.40 | DUP |
| 11/28/17 | Printing | Amount =  $0.10 | DUP |
| 11/28/17 | Printing | Amount =  $0.10 | DUP |
| 11/28/17 | Printing | Amount =  $0.10 | DUP |
| 11/28/17 | Printing | Amount =  $0.10 | DUP |
| 11/29/17 | PACER | Amount =  $0.40 | DOCRETRI |
| 11/29/17 | PACER | Amount =  $0.40 | DOCRETRI |
| 11/29/17 | PACER | Amount =  $3.00 | DOCRETRI |

Energy Future Competitive Holdings Co.                    December 19, 2017
Texas Competitive Electric Holdings Co.                   Invoice 555839
1601 Bryan Street                                         Page 81
Dallas TX  75201
                                                          Client #  740489

| Date | Description | Amount | Code |
|---|---|---|---|
| 11/29/17 | PACER | Amount =  $3.00 | DOCRETRI |
| 11/29/17 | PACER | Amount =  $0.40 | DOCRETRI |
| 11/29/17 | PACER | Amount =  $0.70 | DOCRETRI |
| 11/29/17 | PACER | Amount =  $3.00 | DOCRETRI |
| 11/29/17 | PACER | Amount =  $3.00 | DOCRETRI |
| 11/29/17 | Printing | Amount =  $0.10 | DUP |
| 11/29/17 | Printing | Amount =  $0.10 | DUP |
| 11/29/17 | Printing | Amount =  $0.20 | DUP |
| 11/29/17 | Printing | Amount =  $2.10 | DUP |
| 11/30/17 | Docket Search | Amount =  $25.00 | ELEGALRE |
| 11/30/17 | Document Retrieval (Electronic) | Amount =  $0.50 | ELEGALRE |
| 11/30/17 | Docket Search | Amount =  $25.00 | ELEGALRE |
| 11/30/17 | Conference Calls for November 2017 Conference Calling | Amount =  $164.88 | CONFCALL |
| 11/30/17 | 912564921813 Long Distance | Amount =  $0.56 | LD |
| 11/30/17 | Richards Layton and Finger/OFFICE OF THE UNITED STATES TRUSTEE Messenger and delivery charges | Amount =  $6.45 | MESS |
| 11/30/17 | PACER | Amount =  $0.10 | DOCRETRI |
| 11/30/17 | PACER | Amount =  $0.70 | DOCRETRI |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 82

Client #  740489

| Date | | | | |
|---|---|---|---|---|
| 11/30/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 11/30/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |
| 11/30/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 11/30/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 11/30/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.60 | |
| 11/30/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 11/30/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.30 | |
| 11/30/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.30 | |
| 11/30/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 11/30/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 11/30/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 11/30/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 11/30/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 11/30/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 11/30/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.50 | |
| 11/30/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 11/30/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 11/30/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.90 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

December 19, 2017
Invoice 555839
Page 83

Client #  740489

| Date | Description | | Code | Amount |
|------|-------------|---|------|--------|
| 11/30/17 | PACER | | DOCRETRI | |
| | | Amount = | | $0.60 |
| 11/30/17 | PACER | | DOCRETRI | |
| | | Amount = | | $0.10 |
| 11/30/17 | PACER | | DOCRETRI | |
| | | Amount = | | $0.20 |
| 11/30/17 | PACER | | DOCRETRI | |
| | | Amount = | | $0.10 |
| 11/30/17 | PACER | | DOCRETRI | |
| | | Amount = | | $0.10 |
| 11/30/17 | PACER | | DOCRETRI | |
| | | Amount = | | $3.00 |
| 11/30/17 | Printing | | DUP | |
| | | Amount = | | $0.10 |
| 11/30/17 | Printing | | DUP | |
| | | Amount = | | $0.20 |
| 11/30/17 | Printing | | DUP | |
| | | Amount = | | $0.10 |
| 11/30/17 | Printing | | DUP | |
| | | Amount = | | $0.40 |

TOTALS FOR   740489          Energy Future Holdings Corp., et al.

Expenses    $990.74