IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Adv. Pro. No. 17-51785 (CSS) |
| | ) |
| VISTRA ENERGY CORP., | ) |
| | ) |
| *Defendant*. | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JANUARY 8, 2018 STARTING AT 11:00 A.M. (EST)[2]**

I. **CONTINUED MATTER IN ADVERSARY PROCEEDING 17-51785:**

1. Adversary Complaint (Filed Under Seal) [Adv. D.I. 1; filed October 10, 2017]

   Answer Deadline:   To Be Determined.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The January 8, 2018 (the "January 8th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 11:00 a.m. (EST). Any person who wishes to appear telephonically at the January 8th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Friday, January 5, 2018** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

RLF1 18716000v.1

Answer(s) Received:    None to date.

Related Documents:

i. Adversary Complaint (Sealed) [Adv. D.I. 3; filed October 10, 2017]

ii. The Elliott Funds' Motion to Intervene Pursuant to Section 1109(b) of the Bankruptcy Code and Rule 24 of the Federal Rules of Civil Procedure (Sealed) [Adv. D.I. 6; filed October 10, 2017]

iii. The Elliott Funds' Motion to Intervene Pursuant to Section 1109(b) of the Bankruptcy Code and Rule 24 of the Federal Rules of Civil Procedure (Redacted) [Adv. D.I. 7; filed October 10, 2017]

iv. Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction (Sealed) [Adv. D.I. 10; filed October 11, 2017]

v. Memorandum of Law in Support of Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction (Sealed) [Adv. D.I. 11; filed October 11, 2017]

vi. Declaration of Michael A. Firestein in Support of Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction (Sealed) [Adv. D.I. 12; filed October 11, 2017]

vii. Joinder and Statement of Elliott Funds in Support of Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction (Sealed) [Adv. D.I. 14; filed October 11, 2017]

viii. Joinder and Statement of Elliott Funds in Support of Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction (Filed Under Seal) [Adv. D.I. 15; filed October 11, 2017]

ix. Memorandum of Law in Support of Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction (Sealed) [Adv. D.I. 16; filed October 11, 2017]

x. Memorandum of Law in Support of Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction (Filed Under Seal) [Adv. D.I. 17; filed October 11, 2017]

xi. *Ex Parte* Temporary Restraining Order [Adv. D.I. 19; filed October 12, 2017]

xii. Stipulation and Scheduling Order [Adv. D.I. 26; filed October 13, 2017]

xiii. Notice of Filing of Redacted Adversary Complaint [Adv. D.I. 32; filed October 24, 2017]

xiv. Notice of Filing of Redacted (I) Exhibit to Motion for Intervention (Intervenor Complaint), (II) Joinder Regarding Temporary Restraining Order and Preliminary Injunction Motion, and (III) Related Memorandum of Law [Adv. D.I. 33; filed October 24, 2017]

xv. Notice of Filing of Unsealed Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction [Adv. D.I. 34; filed October 25, 2017]

xvi. Notice of Filing of Redacted Memorandum of Law in Support of Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction [Adv. D.I. 35; filed October 25, 2017]

xvii. Notice of Filing of Redacted Declaration of Michael A. Firestein in Support of Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction [Adv. D.I. 36; filed October 25, 2017]

xviii. Notice of Service [Adv. D.I. 37; filed October 25, 2017]

xix. Memorandum of Law of Defendant Vistra Energy Corp. in Opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Redacted) [Adv. D.I. 39; filed October 27, 2017]

xx. Memorandum of Law of Defendant Vistra Energy Corp. in Opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Sealed) [Adv. D.I. 40; filed October 27, 2017]

xxi. Letter Regarding Stipulation and Modified Scheduling Order [Adv. D.I. 50; filed November 16, 2017]

xxii. Stipulation and Modified Scheduling Order [Adv. D.I. 52; filed November 17, 2017] (the "Modified Scheduling Order")

Status: Pursuant to paragraph 6 of the Modified Scheduling Order, the status conference in connection with this matter has been continued to February 15, 2018 at 10:00 a.m. (EST).

## II. CONTESTED MATTER GOING FORWARD:

2. Motion to Appoint a Representative of the Majority Creditors to the Fee Committee [D.I. 12358; filed December 17, 2017]

Response/Objection Deadline:        January 3, 2018 at 4:00 p.m. (EST)

Responses/Objections Received:

A. Fee Committee's Response to the Majority Creditors' Motion to Appoint its Representative to the Fee Committee [D.I. 12414; January 3, 2018]

B. Statement and Response of the EFH/EFIH Official Committee to Motion to Appoint a Representative of the Majority Creditors to the Fee Committee [D.I. 12415; filed January 3, 2018]

C. Debtors' Objection to Elliott's Motion to Appoint a Representative of the Majority Creditors to the Fee Committee [D.I. 12416; filed January 3, 2018]

Related Documents:

i. Majority Creditors' Notice of Accepting Appointment of Representative to the EFH Fee Committee [D.I. 12323; filed December 8, 2017]

ii. Withdrawal Without Prejudice of Notice Accepting Fee Committee Appointment [D.I. 12357; filed December 17, 2017]

iii. Declaration of J. Noah Hagley in Support of Motion to Appoint Majority Creditors' Representative to the Fee Committee [D.I. 12359; filed December 17, 2017]

iv. Declaration of Jeff Rosenbaum in Support of Motion to Appoint Majority Creditors' Representative to the Fee Committee [D.I. 12360; filed December 17, 2017]

v. Notice of Deposition of John Silvetz in Connection with the Motion to Appoint a Representative of the Majority Creditors to the Fee Committee [D.I. 12362; filed December 18, 2017]

vi. Notice of Deposition of Jeff Rosenbaum in Connection with the Motion to Appoint a Representative of the Majority Creditors to the Fee Committee [D.I. 12363; filed December 18, 2017]

vii. Notice of Service [D.I. 12376; filed December 19, 2017]

viii. Re-Notice of the Majority Creditors' Motion to Appoint a Representative of the Majority Creditors to the Fee Committee [D.I. 12383; filed December 20, 2017]

ix. Notice of Service [D.I. 12394; filed December 22, 2017]

Status: The hearing on this matter will go forward on a contested basis.

Dated: January 4, 2018
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com
      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession with Respect to Agenda Item 2*

-and-

*/s/ David M. Klauder*
**BIELLI & KLAUDER, LLC**
David M. Klauder (No. 5769)
Cory P. Stephenson (No. 6097)
1204 N. King Street
Wilmington, Delaware 19801
Telephone:     (302) 803-6400
Facsimile:     (302) 397-2557
Email:         dklauder@bk-legal.com
               cstephenson@bk-legal.com

-and-

**PROSKAUER ROSE LLP**
Michael A. Firestein (admitted *pro hac vice*)
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone:     (310) 284-5661
Facsimile:     (310) 557-2193
Email:         mfirestein@proskauer.com

-and-

Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, Illinois 60602
Telephone:     (312) 962-3550
Facsimile:     (312) 962-3551
Email:         mthomas@proskauer.com
               pyoung@proskauer.com

*Co-Counsel to Debtor Energy Future Holdings Corp. with Respect to Agenda Item 1*