**IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ). | |
| Debtors. | ) | Case No. 14-10979 (CSS) |
| | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF SERVICE**

I, Michael Busenkell, Esquire, hereby certify that on January 4, 2018, a true and correct copy of ***Plaintiff William Jeffrey Herbert's Answers to Defendant Energy Future Holdings Corporation First Set of Interrogatories*** was served as indicated upon the party listed below:

***Via First Class Mail***
***and Electronic Mail***
James A. Frederick, Esq.
LITTLER MENDELSON, P.C.
A Professional Corporation
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, TX 75201.2931
Email: JFrederick@littler.com
Facsimile: (214) 880-0181

**[SIGNATURE PAGE FOLLOWS]**

[1] The last four digits of Energy Future Holding Corp.'s tax identification number are 8810. The location of the debtor's service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Dated: January 4, 2018  
Wilmington, Delaware

**GELLERT SCALI BUSENKELL & BROWN, LLC**

/s/ Michael Busenkell
_____
Michael Busenkell (No. 3933)  
1201 North Orange Street, Suite 300  
Wilmington, Delaware 19801  
Telephone: (302) 425-5800  
Facsimile: (302) 425-5814  
Email: mbusenkell@gsbblaw.com

-and-

David N. Deaconson, Esq.  
Pakis, Giotes, Page & Burleson, P.C.  
400 Austin Ave., Suite 400  
P. O. Box 58  
Waco, TX 76703-0058  
Telephone: (254) 297-7300  
Facsimile: (254) 297-7301  
Email: deaconson@pakislaw.com

*Counsel to William Jeffrey Herbert*