# **EXHIBIT A**

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 3.8 | $1,050.00 |
| [ALL] Case Administration | 1.5 | $285.00 |
| [ALL] Claims Administration & Objections | 0.2 | $70.00 |
| [ALL] Plan and Disclosure Statements | 0.9 | $315.00 |
| [ALL] Non-BK Retention and Fee Applications | 0.3 | $105.00 |
| [ALL] Contested Matters & Adv. Proceed. | 1.7 | $595.00 |
| B110 – Case Administration | 1.4 | $287.00 |
| L140 – Document / File Management | 0.3 | $61.50 |
| L250 – Other Written Motions and Submissions | 0.4 | $82.00 |
| L430 – Written Motions and Submissions | 1.2 | $246.00 |
| [EFH] Contested Matters & Adv Proceed. | 13.1 | $4,585.00 |
| **Total** | **24.8** | **$7,681.50** |