## **EXHIBIT B**

**[Attorney and Paraprofessional Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 18.7 | $6,545.00 |
| Cory P. Stephenson | Associate | 2015 (DE) 2015 (PA) | Bankruptcy | $205.00 | 3.3 | $676.50 |
| Tyler Sacchetta | Law Clerk | *Not Admitted | Litigation Support | $175.00 | 1.6 | $280.00 |
| Alyssa Carrillo | Paralegal | *Not Admitted | Litigation Support | $150.00 | 1.2 | $180.00 |
| **Total** | | | | | **24.8** | **$7,681.50** |