# **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| **Expense Category** | **Total Expenses** |
|---|---:|
| Other Professionals – Reliable | $10.55 |
| Copying | $6.50 |
| **Total** | **$17.05** |
|  |  |