# **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---:|
| 11-06-2017 | Other Professionals | Reliable | $10.55 |
| 11-06-2017 | Copying | Copying 65 pages | $6.50 |
| **TOTAL** | | | **$17.05** |
| | | | |