# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Thirty-Fifth Monthly Fee Statement 10/01/2017 through 10/31/2017 D.I. 12305 | $13,011.00 | $ 71.90 | 12/27/2017 | $10,408.80 | $ 71.90 | $ 2,602.20 |

11/07/2017 SL1 1493065v1 109285.00006