## **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP 919 Third Avenue New York, NY 10022 | Twenty-Ninth Monthly Fee Statement 10/01/2017 through 10/31/2017 D.I. 12286 | $20,634.50 | $1,389.70 | 12/21/2017 | $16,507.60 | $1,389.70 | $4,126.90 |

01/04/2018 SL1 1502697v1 109285.00005