# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP 919 Third Avenue New York, NY 10022 | Thirtieth Monthly Fee Statement 11/01/2017 through 11/30/2017 D.I. 12342 | $2,172.50 | $0 | 1/3/2018 | $1,738.00 | $0 | $434.50 |

01/04/2018 SL1 1502718v1 109285.00005