IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**DECLARATION OF J. NOAH HAGEY IN SUPPORT OF REPLY
IN SUPPORT OF MOTION TO APPOINT MAJORITY CREDITORS'
REPRESENTATIVE TO THE FEE COMMITTEE**

I, J. Noah Hagey, declare as follows:

1. I am an attorney admitted to practice in the State of California and New York.

2. I make this declaration in support of the Majority Creditors' reply in support of the *Motion to Appoint a Representative of the Majority Creditors to the Fee Committee*. All capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

3. Attached hereto as **Exhibit 1** is a true and correct copy of a letter, dated December 18, 2017, from J. Noah Hagey to Brady C. Williamson.

4. Attached hereto as **Exhibit 2** is a true and correct copy of a letter, dated January 4, 2018, from J. Noah Hagey to Richard Gitlin, Richard Schepacarter, and Paul Keglevic, attaching the *curriculum vitae* of James P. Carroll.

5. Attached hereto as **Exhibit 3** is a chart depicting the professionals currently involved in these cases, the person or entity whom they represent, and the amount of fees they have been awarded to date.

6. On December 26, 2017, I participated in a meet and confer call with counsel for the Debtors, the E-Side UCC and the Fee Committee regarding the Motion. During the call, counsel for the Fee Committee was unable to identify any specific person or entity to whom Mr. Kravitz currently reports on Fee Committee matters, stating only that he reports to "the

creditors" or "the creditors' committee." When pressed, counsel would not state whether she was referring to the E-Side UCC or to some other entity. Attached as **Exhibit 4** is my correspondence with counsel for the Fee Committee following the call.

7. Attached as **Exhibit 5** is a screen shot of Peter Kravitz's biographical description as it appears on the website for Province, Inc.

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief, and that this declaration was executed in San Francisco, CA.

Dated: January 5, 2018                                  By: _____
                                                              J. Noah Hagey