# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., et al.,<br><br>Debtors. | § Chapter 11<br>§<br>§ Case No. 14-10979 (CSS)<br>§<br>§ (Jointly Administered)<br>§<br>§<br>§ **Related to Docket No. 9314** |

## NOTICE OF WITHDRAWAL OF MOTION OF BLUEBONNET ELECTRIC COOPERATIVE, INC. FOR (I) ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM, OR (II) ALTERNATIVELY, FOR LEAVE TO FILE LATE PROOF OF CLAIM

PLEASE TAKE NOTICE that on August 6, 2016, Bluebonnet Electric Cooperative, Inc. ("Bluebonnet"), by and through its undersigned counsel, filed its *Motion of Bluebonnet Electric Cooperative, Inc. for (i) Allowance and Payment of Administrative Expense Claim, or (ii) Alternatively, for Leave to File Late Proof of Claim* ("Motion") [Docket No. 9314].

PLEASE TAKE FURTHER NOTICE that, Bluebonnet hereby withdraws the Motion pursuant to a settlement agreement with the above-captioned Debtors.

*(signature on following page)*

Dated: January 8, 2018

MANION GAYNOR & MANNING LLP

By: /s/ Marc J. Phillips

Marc J. Phillips (Del. Bar No. 4445)
1007 North Orange Street, 10th Floor,
Wilmington, DE 19801
Telephone: (302) 504-6803
Facsimile: (302) 657-2104
Email: MPhillips@mgmlaw.com

and

DYKEMA COX SMITH

Jeffrey R. Fine (TX Bar No. 07008410)
Alison R. Ashmore (TX Bar No. 24059400)
Aaron M. Kaufman (TX Bar No. 24060067)
1717 Main Street, Suite 4200
Dallas, Texas 75201
Telephone: (214) 462-6400
Facsimile: (214) 462-6401
Email: jfine@dykema.com
       aashmore@dykema.com
       akaufman@dykema.com

and

HOLLAND & KNIGHT LLP

Mark Davis (TX Bar No. 05525050)
1005 Congress Avenue, Suite 950
Austin, TX. 78701
Telephone: (512) 472-1081
Facsimile: (512) 472-7473
Email: Mark.Davis@hklaw.com

*Counsel for Bluebonnet Electric Cooperative, Inc.*