## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 8th day of January, 2018, I served a true and correct copy of the foregoing **Notice of Withdrawal of Motion of Bluebonnet Electric Cooperative, Inc. for (i) Allowance and Payment of Administrative Expense Claim, or (ii) Alternatively, for Leave to File Late Proof of Claim** upon all parties in interest by CM/ECF.

_____
Marc J. Phillips (No. 4445)