# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979 (CSS)

**COURTROOM LOCATION:** 6
**DATE:** 1/8/17 at 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Joseph Huston, Jr | Stevens + Lee | EFIH Cmtee fee |
| Chad Husnick | Kirkland & Ellis | Debtors |
| Mark McKane | " | " |
| Aparna Yenamandra | | |
| Brian Williamson | Godfrey & Kahn | Fee Committee |
| Kevin Capuzzi | Borsen Friedlander | Fee Committee |
| R. Stephen McNeill | Potter Anderson | EFIH DIP Agent |
| Daniel J. DeFranceschi | RLF | Debtors |
| Jason M. Madron | RLF | Debtors |
| Richard L. Schepacarter | USDOJ-OUST | U.S. Trustee |
| Katherine Stadler | Godfrey & Kahn, S.C. | Fee Committee |
| Richard Gitlin | Gitlin + Co., LLC | Fee Committee Chair / Indep Member |
| Matthew Ramsey | Montgomery McCracken | Official Committee |
| Brian Glueckstein | Sullivan & Cromwell | " |
| Christopher Sunn | Cross & Simon | EFH Indenture Trustee |
| Richard Pedone | Nixon Peabody | " |
| David V. Hogan | Hogan McDaniel | Paula Kelly Jones, Successor etc. |
| David Klauder | Bell & Klauder | EFH Corp. |
| Jeff Gorby | Fridman + Coros | Majority Creditors |
| Noah Hagey + Amy Brown | BrantHagey + Borden | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

Reg Gurbach | Kiely Harrison | UMB Bank, NA. Indenture Trustee

# Court Conference

**Calendar Date:** 01/08/2018
**Calendar Time:** 11:00 AM ET

## U.S. Bankruptcy Court-District of Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
#6

2nd Revision  Jan 8 2018 5:12AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8814479 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8808400 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Peg A. Brickley / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8808723 | Joshua Brody | (212) 715-9314 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, ComputerShare / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8816762 | James P. Carroll | (617) 899-9007 ext. | Carroll Services LLC | Interested Party, James P. Carroll / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8812306 | Christopher L. Carter | (617) 951-8063 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8794192 | Allister Chan | (212) 310-8748 ext. | Citibank, N.A. | Creditor, Citibank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8801783 | W. Andrew Dalton | (608) 257-3911 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8816240 | Eric C. Daucher | (212) 408-5405 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8817355 | Bradley Feingerts | (415) 599-0210 ext. | Elliott Management | Interested Party, Bradley Feingerts / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8814900 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Interested Party, The EFH Official Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8816179 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8815466 | Harold Kaplan | (312) 832-4393 ext. | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8816376 | Patrick C. Maxcy | (312) 876-2810 ext. | Dentons US LLP | Interested Party, Guggenheim / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8810090 | Hal F. Morris | (512) 475-4550 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8814514 | Joanna S. Newdeck | (202) 887-4549 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8814405 | David Nguyen | (212) 708-2847 ext. | Jefferies | Financial Advisor, David Nguyen / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8817351 | Jeffrey Rosembaum | (415) 599-0210 ext. | Elliott Management | Interested Party, Jeffrey Rosembaum / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8816254 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8793277 | Ned S. Schodek | (212) 848-7052 ext. | Shearman & Sterling LLP | Creditor, Citibank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8769057 | Noah M. Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8805417 | Nacif Taousse | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings, Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8817364 | Mark K. Thomas | (312) 962-3560 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corporation / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8812672 | Peter Young | (312) 962-3528 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5178) | Hearing | 8693815 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Interested Party, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5178) | Hearing | 8816092 | Laura Davis Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Representing, EFIH 2nd Lien Indenture Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 (17-5178) | Hearing | 8787762 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5178) | Hearing | 8693821 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Interested Party, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5178) | Hearing | 8814520 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5178) | Hearing | 8814482 | Stephanie S. Wickouski | (212) 541-1114 ext. | Bryan Cave LLP | Creditor, ComputerShare / LIVE |