## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL E-SIDE] Case Administration | 8.20 | $3,524.00 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 12.10 | $5,809.50 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 359.00 | $291,964.00 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 8.90 | $6,355.50 |
| 12 | [ALL E-SIDE] Hearings | 1.50 | $1,186.50 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 32.00 | $22,039.50 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 10.40 | $7,256.00 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 104.40 | $133,780.00 |
| 29 | [ALL E-SIDE] Tax Issues | 52.20 | $73,722.50 |
|  | **Totals:** | **588.70** | **$545,637.50** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $187.88 |
| Standard Copies or Prints | $151.80 |
| Color Copies or Prints | $77.10 |
| Local Transportation | $13.74 |
| Travel Expense | $328.90 |
| Airfare | $702.40 |
| Transportation to/from airport | $2,769.71 |
| Travel Meals | $19.00 |
| Other Travel Expenses | $54.00 |
| Filing Fees | $5.00 |
| Other Court Costs and Fees | $221.00 |
| Computer Database Research | $1,099.00 |
| Westlaw Research | $1,446.84 |
| Overtime Transportation | $289.30 |
| Overtime Meals - Attorney | $200.00 |
| **Total:** | **$7,565.67** |