# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 835.00 | 1.00 | $835.00 |
| Maxwell Coll | Associate | 2016 | Litigation - General | 630.00 | 80.60 | $50,778.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 905.00 | 9.00 | $8,145.00 |
| Kevin McClelland | Associate | 2016 | Restructuring | 645.00 | 1.70 | $1,096.50 |
| Matthew Smart | Associate | 2016 | Restructuring | 645.00 | 1.70 | $1,096.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 905.00 | 20.30 | $18,371.50 |
| Nacif Taousse | Associate | Pending | Restructuring | 555.00 | 20.40 | $11,322.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 810.00 | 14.40 | $11,664.00 |
| McClain Thompson | Associate | 2014 | Litigation - General | 725.00 | 59.70 | $43,282.50 |
| Patrick Venter | Associate | 2016 | Restructuring | 645.00 | 22.30 | $14,383.50 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 955.00 | 53.70 | $51,283.50 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,095.00 | 7.40 | $8,103.00 |
| Michael Esser | Partner | 2009 | Litigation - General | 965.00 | 4.60 | $4,439.00 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 995.00 | 23.00 | $22,885.00 |
| Chad J Husnick, P.C. | Partner | 2004 | Restructuring | 1,245.00 | 14.10 | $17,554.50 |
| Ellen M Jakovic | Partner | 1985 | Litigation - Antitrust/Competition | 1,155.00 | 0.50 | $577.50 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,475.00 | 50.10 | $73,897.50 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,625.00 | 34.20 | $55,575.00 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,175.00 | 31.90 | $37,482.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,475.00 | 4.60 | $6,785.00 |
| Veronica Nunn | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 2.50 | $2,487.50 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 995.00 | 18.80 | $18,706.00 |
| Edward O Sassower, P.C. | Partner | 2000 | Restructuring | 1,425.00 | 1.30 | $1,852.50 |
| Anthony Sexton | Partner | 2011 | Taxation | 1,040.00 | 13.70 | $14,248.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,475.00 | 15.60 | $23,010.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 1,015.00 | 26.90 | $27,303.50 |
| Sara B Zablotney | Partner | 2003 | Taxation | 1,295.00 | 0.30 | $388.50 |
| **Grand Total** | | | | | **534.30** | **$527,553.00** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Hannah Kupsky | Junior Paralegal | 6 months | Restructuring | 220.00 | 1.20 | $264.00 |
| Colleen Caamano | Litigation Suppt Cons | 3.5 years | Litigation - General | 340.00 | 2.60 | $884.00 |
| Michael S. Fellner | Paralegal | 9.5 years | Litigation - General | 325.00 | 6.50 | $2,112.50 |
| Beth Friedman | Paralegal | 10 years | Restructuring | 420.00 | 0.60 | $252.00 |
| Travis Langenkamp | Paralegal | 12.5 years | Litigation - General | 390.00 | 0.20 | $78.00 |
| Adrienne Levin | Paralegal | 10 years | Litigation - General | 370.00 | 1.40 | $518.00 |
| Robert Orren | Paralegal | 7 years | Restructuring | 340.00 | 23.90 | $8,126.00 |
| Meghan Rishel | Paralegal | 1 year | Litigation - General | 325.00 | 18.00 | $5,850.00 |
| **Grand Total** | | | | | **54.40** | **$18,084.50** |
| | | | **Total Fees Requested** | | **588.70** | **$545,637.50** |