# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $187.88 |
| Standard Copies or Prints | $119.80 |
| Color Copies or Prints | $70.80 |
| Local Transportation | $13.74 |
| Travel Expense | $328.90 |
| Airfare | $702.40 |
| Transportation to/from airport | $2,769.71 |
| Travel Meals | $19.00 |
| Other Travel Expenses | $54.00 |
| Filing Fees | $5.00 |
| Other Court Costs and Fees | $221.00 |
| Computer Database Research | $1,099.00 |
| Westlaw Research | $1,446.84 |
| Overtime Transportation | $289.30 |
| Overtime Meals - Attorney | $200.00 |
| **Total:** | **$7,527.37** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---:|
| Standard Copies or Prints | $32.00 |
| Color Copies or Prints | $6.30 |
| **Total:** | **$38.30** |