# **EXHIBIT D**

## **Detailed Description of Expenses and Disbursements**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

January 5, 2018

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201


Attention:  Stephanie Zapata Moore

**Invoice Number:  5245428**
**Client Matter: 14356-109**

---

**In the matter of    [ALL E-SIDE] Expenses**


For legal services rendered through November 30, 2017
(see attached Description of Legal Services for detail)                          $ .00


For expenses incurred through November 30, 2017
(see attached Description of Expenses for detail)                          $ 7,527.37

Total legal services rendered and expenses incurred                          $ 7,527.37

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Third Party Telephone Charges | 187.88 |
| Standard Copies or Prints | 119.80 |
| Color Copies or Prints | 70.80 |
| Local Transportation | 13.74 |
| Travel Expense | 328.90 |
| Airfare | 702.40 |
| Transportation to/from airport | 2,769.71 |
| Travel Meals | 19.00 |
| Other Travel Expenses | 54.00 |
| Filing Fees | 5.00 |
| Other Court Costs and Fees | 221.00 |
| Computer Database Research | 1,099.00 |
| Westlaw Research | 1,446.84 |
| Overtime Transportation | 289.30 |
| Overtime Meals - Attorney | 200.00 |
| **TOTAL EXPENSES** | **$ 7,527.37** |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses


## Description of Expenses

### Third Party Telephone Charges

| Date | Description | Amount |
|---|---|---|
| 8/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Teleconference | 4.09 |
| 8/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Teleconference | 3.77 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences with clients and attorneys | 29.21 |
| 9/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Teleconference | 6.51 |
| 10/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (NT), Teleconference, Teleconference | 98.22 |
| 10/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Teleconference | 1.18 |
| 10/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Telephone Conference. | 7.90 |
| 11/07/17 | Beth Friedman, Teleconference, Telephonic Hearing re CourtCall # 027495881531 | 37.00 |
| | **Total:** | **187.88** |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 11/01/17 | Standard Copies or Prints | 0.10 |
| 11/01/17 | Standard Prints | 0.40 |
| 11/01/17 | Standard Prints | 8.30 |
| 11/01/17 | Standard Prints | 0.10 |
| 11/02/17 | Standard Prints | 0.20 |
| 11/02/17 | Standard Prints | 0.30 |
| 11/03/17 | Standard Prints | 1.40 |
| 11/03/17 | Standard Prints | 0.80 |
| 11/06/17 | Standard Prints | 2.20 |
| 11/08/17 | Standard Prints | 6.20 |
| 11/09/17 | Standard Prints | 0.20 |
| 11/09/17 | Standard Prints | 0.70 |
| 11/13/17 | Standard Prints | 6.30 |
| 11/14/17 | Standard Prints | 0.40 |
| 11/15/17 | Standard Prints | 1.20 |
| 11/15/17 | Standard Prints | 1.20 |
| 11/15/17 | Standard Prints | 0.30 |
| 11/16/17 | Standard Prints | 4.80 |
| 11/16/17 | Standard Prints | 0.90 |
| 11/16/17 | Standard Prints | 4.80 |
| 11/20/17 | Standard Prints | 14.40 |
| 11/20/17 | Standard Prints | 11.00 |
| 11/20/17 | Standard Prints | 0.20 |
| 11/27/17 | Standard Copies or Prints | 0.20 |
| 11/27/17 | Standard Prints | 0.20 |
| 11/27/17 | Standard Prints | 10.50 |
| 11/27/17 | Standard Prints | 4.60 |
| 11/27/17 | Standard Prints | 1.00 |
| 11/27/17 | Standard Prints | 2.60 |
| 11/28/17 | Standard Prints | 3.20 |
| 11/28/17 | Standard Prints | 8.50 |
| 11/28/17 | Standard Prints | 4.10 |
| 11/28/17 | Standard Prints | 3.40 |
| 11/30/17 | Standard Prints | 0.40 |
| 11/30/17 | Standard Prints | 11.80 |
| 11/30/17 | Standard Prints | 0.60 |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 11/30/17 | Standard Prints | 1.80 |
| 11/30/17 | Standard Prints | 0.50 |
| | **Total:** | **119.80** |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

### Description of Expenses

#### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 11/01/17 | Color Prints | 0.90 |
| 11/01/17 | Color Prints | 0.90 |
| 11/01/17 | Color Prints | 2.10 |
| 11/01/17 | Color Prints | 0.30 |
| 11/01/17 | Color Prints | 0.30 |
| 11/01/17 | Color Prints | 0.30 |
| 11/01/17 | Color Prints | 0.90 |
| 11/09/17 | Color Prints | 22.80 |
| 11/15/17 | Color Prints | 0.90 |
| 11/15/17 | Color Prints | 0.90 |
| 11/15/17 | Color Prints | 0.30 |
| 11/20/17 | Color Prints | 0.30 |
| 11/20/17 | Color Prints | 0.60 |
| 11/20/17 | Color Prints | 1.20 |
| 11/20/17 | Color Prints | 1.20 |
| 11/20/17 | Color Prints | 3.60 |
| 11/20/17 | Color Prints | 0.90 |
| 11/20/17 | Color Prints | 3.00 |
| 11/20/17 | Color Prints | 0.30 |
| 11/20/17 | Color Prints | 1.20 |
| 11/20/17 | Color Prints | 0.60 |
| 11/20/17 | Color Prints | 3.90 |
| 11/20/17 | Color Prints | 0.30 |
| 11/20/17 | Color Prints | 0.60 |
| 11/20/17 | Color Prints | 0.60 |
| 11/20/17 | Color Prints | 0.30 |
| 11/20/17 | Color Prints | 0.30 |
| 11/20/17 | Color Prints | 1.20 |
| 11/27/17 | Color Prints | 0.60 |
| 11/27/17 | Color Prints | 2.10 |
| 11/27/17 | Color Prints | 3.60 |
| 11/27/17 | Color Prints | 2.10 |
| 11/27/17 | Color Prints | 3.60 |
| 11/28/17 | Color Prints | 0.30 |
| 11/28/17 | Color Prints | 1.20 |
| 11/28/17 | Color Prints | 1.20 |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| Date | Description | Amount |
|------|-------------|-------:|
| 11/30/17 | Color Prints | 1.80 |
| 11/30/17 | Color Prints | 1.80 |
| 11/30/17 | Color Prints | 1.80 |
| | **Total:** | **70.80** |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Local Transportation

| Date | Description | Amount |
|------|-------------|--------|
| 11/28/17 | Meghan Rishel, Taxi, Obtain certificate of good standing for M. McKane. | 13.74 |
| | **Total:** | **13.74** |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Expense

| Date | Description | Amount |
|------|-------------|--------|
| 10/31/17 | Marc Kieselstein, Lodging, Wilmington, DE 10/31/2017 to 11/01/2017, Court attendance and meeting with client. | 328.90 |
| | **Total:** | **328.90** |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

### Description of Expenses

**Airfare**

| Date | Description | Amount |
|------|-------------|--------|
| 10/30/17 | Marc Kieselstein, Airfare, Philadelphia, PA 10/31/2017 to 11/01/2017, Court attendance and meeting with client. ORD to PHL to ORD | 644.40 |
| 10/30/17 | Marc Kieselstein, Agency Fee, Court attendance and meeting with client. | 58.00 |
| | **Total:** | **702.40** |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses


## Description of Expenses


### Transportation to/from airport

| Date | Description | Amount |
|------|-------------|--------|
| 8/04/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, JONATHAN F GANTER From  To 07/25/2017 | 75.00 |
| 8/04/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, Jonathan F Ganter From 35 17th St E  To PHL/AA07/24/2017 | 75.00 |
| 8/04/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, MAXWELL K COLL From . 11TH AND MARKET STREETS  To PHL/UA07/27/2017 | 75.00 |
| 8/04/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, MAXWELL K COLL From  To 07/24/2017 | 75.00 |
| 8/04/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, KEVIN SCOTT MCCLELLAND From  To 07/25/2017 | 75.00 |
| 8/04/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, ANDREW R MCGAAN From 920 NORTH KING ST  To   PHL/UA07/26/2017 | 75.00 |
| 8/04/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, CHAD JOHN HUSNICK From  To 07/27/2017 | 75.00 |
| 8/04/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, Joshua Urban From 1102 N West St COURTYARD WILMINGTON DOWNTOWN To PHL/UA07/27/2017 | 75.00 |
| 8/11/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (TP), Transportation to/from Airport, Michael Phillip Esser From Newark Liberty Airport To NEW YORK 08/05/2017 | 100.00 |
| 8/18/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, ANDREW THOMAS CALDER From NEW YORK To John F. Kennedy Airport 08/17/2017 | 100.00 |
| 8/28/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, Bryan M Stephany from Philadelphia Airport to WILMINGTON08/19/2017 | 75.00 |
| 8/28/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, ANDREW R MCGAAN from Austin Bergstrom Airport to AUSTIN08/16/2017 | 75.00 |
| 8/28/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, ANDREW R MCGAAN from AUSTIN to Austin Bergstrom Airport08/18/2017 | 75.00 |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
      109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 8/28/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, CHAD JOHN HUSNICK from Philadelphia Airport to WILMINGTON08/20/2017 | 125.00 |
| 8/28/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, CHAD JOHN HUSNICK from WILMINGTON to Philadelphia Airport08/22/2017 | 75.00 |
| 8/28/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, MICHAEL PHILLIP ESSER from Philadelphia Airport to WILMINGTON08/19/2017 | 125.00 |
| 8/28/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, ANTHONY HORTON from NEW YORK to NEW YORK08/20/2017 | 75.00 |
| 8/28/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, AUSTIN L KLAR from Philadelphia Airport to WILMINGTON08/19/2017 | 125.00 |
| 8/28/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, ANNA TERTERYAN from Philadelphia Airport to WILMINGTON08/20/2017 | 125.00 |
| 8/28/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, MAXWELL K COLL from Philadelphia Airport to WILMINGTON08/20/2017 | 125.00 |
| 8/28/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, Jonathan F Ganter from Philadelphia Airport to WILMINGTON08/20/2017 | 125.00 |
| 8/28/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, Justin Sowa from Philadelphia Airport to WILMINGTON08/19/2017 | 75.00 |
| 8/28/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, Joshua Urban from CHICAGO to O'Hare International Airport08/20/2017 | 75.00 |
| 8/28/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, MAXWELL K COLL from WILMINGTON to Philadelphia Airport08/21/2017 | 125.00 |
| 9/08/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, MARC KIESELSTEIN from LaGuardia Airport to NEW YORK 09/05/2017 | 100.00 |
| 9/08/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, Chad John Husnick from Philadelphia Airport to WILMINGTON 09/06/2017 | 125.00 |
| 9/22/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, MARK EDWARD MCKANE from Philadelphia Airport to WILMINGTON 09/19/2017 | 125.00 |
| 9/22/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, MARC KIESELSTEIN from Philadelphia Airport to WILMINGTON 09/18/2017 | 125.00 |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 11/01/17 | Marc Kieselstein, Transportation To/From Airport, Court attendance and meeting with client. From Wilmington, DE to PHL,  Philadelphia, PA | 94.71 |
| | **Total:** | **2,769.71** |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Meals

| Date | Description | Amount |
|------|-------------|--------|
| 10/31/17 | Marc Kieselstein, Travel Meals, Wilmington, DE Court attendance and meeting with client. Dinner (1) | 19.00 |
| | **Total:** | **19.00** |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Other Travel Expenses

| Date | Description | Amount |
|---|---|---|
| 11/01/17 | Marc Kieselstein, Parking, Chicago, IL Court attendance and meeting with client. | 54.00 |
| | **Total:** | **54.00** |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Filing Fees**

| Date | Description | Amount |
|------|-------------|--------|
| 11/28/17 | Meghan Rishel, Filing Fees, Certificate of good standing from DC Court of Appeals for M. McKane. | 5.00 |
| | **Total:** | **5.00** |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Other Court Costs and Fees**

| Date | Description | Amount |
|------|-------------|--------|
| 11/27/17 | CLERK US COURT OF APPEALS - 21400 US COURTHOUSE (NT), Court Costs and Fees, Application for admission to U.S. Court of Appeals, Third Circuit for M. McKane. | 221.00 |
| | **Total:** | **221.00** |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Computer Database Research

| Date | Description | Amount |
|------|-------------|--------|
| 11/14/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 10/2/2017 | 186.00 |
| 11/14/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 10/30/2017 | 22.00 |
| 11/14/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 10/1/2017 | 21.00 |
| 11/14/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 10/15/2017 | 252.00 |
| 11/14/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 10/16/2017 | 11.00 |
| 11/14/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 10/2/2017 | 5.00 |
| 11/14/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 10/26/2017 | 14.00 |
| 11/14/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 10/27/2017 | 5.00 |
| 11/14/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 10/30/2017 | 134.00 |
| 11/14/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Hannah Kupsky on 10/2/2017 | 449.00 |
| | **Total:** | **1,099.00** |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Westlaw Research

| Date | Description | Amount |
|------|-------------|--------|
| 10/01/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TAOUSSE,NACIF, 10/1/2017 | 51.24 |
| 10/02/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TAOUSSE,NACIF, 10/2/2017 | 227.98 |
| 10/02/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, COLL,MAXWELL, 10/2/2017 | 37.64 |
| 10/02/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, STEPHANY,BRYAN, 10/2/2017 | 36.90 |
| 10/04/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, ESAYIAN,LISA G, 10/4/2017 | 39.78 |
| 10/04/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, COLL,MAXWELL, 10/4/2017 | 26.24 |
| 10/07/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 10/7/2017 | 38.00 |
| 10/10/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 10/10/2017 | 18.82 |
| 10/11/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, THOMPSON,MCCLAIN, 10/11/2017 | 19.00 |
| 10/11/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, COLL,MAXWELL, 10/11/2017 | 117.68 |
| 10/12/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, THOMPSON,MCCLAIN, 10/12/2017 | 19.00 |
| 10/12/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, COLL,MAXWELL, 10/12/2017 | 97.53 |
| 10/13/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, COLL,MAXWELL, 10/13/2017 | 63.88 |
| 10/13/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 10/13/2017 | 18.82 |
| 10/23/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, COLL,MAXWELL, 10/23/2017 | 56.47 |
| 10/24/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, COLL,MAXWELL, 10/24/2017 | 56.47 |
| 10/25/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, PETRINO,MICHAEL, 10/25/2017 | 129.15 |
| 10/27/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 10/27/2017 | 32.24 |
| 10/30/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TAOUSSE,NACIF, 10/30/2017 | 360.00 |
| | **Total:** | **1,446.84** |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Transportation

| Date | Description | Amount |
|---|---|---:|
| 9/11/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 30.36 |
| 9/19/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 8.50 |
| 9/21/17 | Rebecca Chaikin, Taxi, Overtime taxi after midnight on 9/20. | 27.96 |
| 9/25/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 29.16 |
| 9/26/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 32.85 |
| 9/27/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 33.50 |
| 9/28/17 | Rebecca Chaikin, Taxi, Overtime taxi. | 30.36 |
| 10/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Esser Michael Overtime Transportation From Commercial Union Assurance Building  315 Montgomery Rd  San Francisco AB 94104  USA To 2248-2252 Francisco St  San Francisco  CA 94123  USA 09/12/17 | 29.86 |
| 10/03/17 | Anthony Sexton, Taxi, Working late | 11.00 |
| 10/06/17 | Anthony Sexton, Taxi, Working late | 11.75 |
| 10/11/17 | Anthony Sexton, Taxi, Working late | 11.25 |
| 10/17/17 | Nacif Taousse, Taxi, OT Cab Fare (worked on 10/16 but left KE office 10/17 @ 12:50 AM) | 13.40 |
| 10/30/17 | Nacif Taousse, Taxi, OT Cab Fare | 7.59 |
| 10/30/17 | Patrick Venter, Taxi, OT Cab Fare | 11.76 |
| | **Total:** | **289.30** |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Meals - Attorney

| Date | Description | Amount |
|------|-------------|--------|
| 7/01/17 | David Thompson, Overtime Meals - Attorney, Working Meal. | 20.00 |
| 9/17/17 | Austin Klar, Overtime Meals - Attorney, OT Meal. | 20.00 |
| 10/08/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Taousse Nacif 10/02/2017 | 20.00 |
| 10/15/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Taousse Nacif 10/11/2017 | 20.00 |
| 10/15/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Orren Robert 10/12/2017 | 20.00 |
| 10/22/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Taousse Nacif 10/16/2017 | 20.00 |
| 10/22/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Taousse Nacif 10/18/2017 | 20.00 |
| 10/22/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Taousse Nacif 10/20/2017 | 20.00 |
| 10/22/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Taousse Nacif 10/19/2017 | 20.00 |
| 10/22/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Orren Robert 10/16/2017 | 20.00 |
| | **Total:** | **200.00** |

 

**TOTAL EXPENSES**          **7,527.37**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

January 5, 2018

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Stephanie Zapata Moore

**Invoice Number:  5245431**
**Client Matter: 14356-112**

---

**In the matter of    [EFH] Expenses**

For legal services rendered through November 30, 2017
(see attached Description of Legal Services for detail)                          $ .00

For expenses incurred through November 30, 2017
(see attached Description of Expenses for detail)                          $ 38.30

Total legal services rendered and expenses incurred                          $ 38.30

Beijing    Boston    Chicago    Hong Kong    Houston    London    Los Angeles    Munich    Palo Alto    San Francisco    Shanghai    Washington, D.C.

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

| Description | Amount |
| --- | --- |
| Standard Copies or Prints | 32.00 |
| Color Copies or Prints | 6.30 |
| | |
| TOTAL EXPENSES | $ 38.30 |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 11/03/17 | Standard Prints | 3.60 |
| 11/16/17 | Standard Prints | 0.10 |
| 11/17/17 | Standard Prints | 0.40 |
| 11/27/17 | Standard Prints | 20.50 |
| 11/28/17 | Standard Copies or Prints | 1.00 |
| 11/28/17 | Standard Prints | 5.80 |
| 11/30/17 | Standard Prints | 0.50 |
| 11/30/17 | Standard Prints | 0.10 |
| | **Total:** | **32.00** |

Legal Services for the Period Ending November 30, 2017
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

**Color Copies or Prints**

| Date | Description | Amount |
|------|-------------|-------:|
| 11/16/17 | Color Prints | 1.20 |
| 11/28/17 | Color Prints | 0.30 |
| 11/28/17 | Color Prints | 0.30 |
| 11/28/17 | Color Prints | 1.50 |
| 11/30/17 | Color Prints | 0.60 |
| 11/30/17 | Color Prints | 2.40 |
|  | **Total:** | **6.30** |

**TOTAL EXPENSES**      **38.30**