# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 659, 2531, 2539, 3127, 7433, 7551, |
| | )         10606, 10615 |

## SEVENTH SUPPLEMENTAL AFFIDAVIT AND DISCLOSURE OF DANIEL J. DEFRANCESCHI ON BEHALF OF RICHARDS, LAYTON & FINGER, P.A.

STATE OF DELAWARE      :
                       :  SS.
COUNTY OF NEW CASTLE   :

DANIEL J. DEFRANCESCHI, being first duly sworn to oath, deposes and says:

1. I am an attorney admitted to practice in the State of Delaware and before this Court, and I am a director of the firm of Richards, Layton & Finger, P.A. ("RL&F"). RL&F is a Delaware law firm with offices at One Rodney Square, 920 North King Street, Wilmington, Delaware 19801.

2. On April 29, 2014, each of the above-captioned debtors and debtors in possession (collectively, the "Debtors"[2]), filed a voluntary petition for relief under chapter 11 of title 11 of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Debtors include (i) Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"), Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "EFH/EFIH Debtors"), and (ii) Energy Future Competitive Holdings Company LLC and each of its direct and direct subsidiaries that are Debtors in these chapter 11 cases (collectively, the "TCEH Debtors").

the United States Code, §§ 101-1532, with this Court. On May 29, 2014, the Debtors filed the *Application of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective Nunc Pro Tunc to the Petition Date* [D.I. 659] (the "Application") with this Court seeking entry of an order authorizing the employment of RL&F as their Delaware co-counsel and conflicts counsel in the Debtors' jointly-administered chapter 11 cases. In support of the Application, the Debtors filed an affidavit executed by me on behalf of RL&F (see D.I. 659; Ex. B; the "Original Affidavit") in accordance with, *inter alia*, Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure and Rule 2014-1(a) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

3.   On October 24, 2014, this Court entered its *Order Authorizing the Debtors to Retain and Employ Richards, Layton & Finger, P.A. as Co-Counsel Effective Nunc Pro Tunc to the Petition Date* [D.I. 2539] (the "Retention Order"). Pursuant to the Retention Order, this Court granted the Application on the terms set forth therein, and approved the retention and employment of RL&F as the Debtors' Delaware co-counsel and conflicts counsel in their jointly-administered chapter 11 cases.

4.   I hereby submit this seventh supplemental affidavit (this "Seventh Supplemental Affidavit") to supplement the disclosures to the Court concerning RL&F's engagement by the Debtors in (i) the Original Affidavit; (ii) the *Supplemental Affidavit and Disclosure of Daniel J. DeFranceschi on Behalf of Richards, Layton & Finger, P.A.*, filed on October 23, 2014 [D.I. 2531] (the "Supplemental Affidavit"); (iii) the *Second Supplemental Affidavit and Disclosure of Daniel J. DeFranceschi on Behalf of Richards, Layton & Finger, P.A.*, filed on December 22, 2014 [D.I. 3127] (the "Second Supplemental Affidavit"); (iv) the *Third Supplemental Affidavit*

RLF1 18743503v.1

*and Disclosure of Daniel J. DeFranceschi on Behalf of Richards, Layton & Finger, P.A.*, filed on December 22, 2015 [D.I. 7433]; (v) the *Fourth Supplemental Affidavit and Disclosure of Daniel J. DeFranceschi on Behalf of Richards, Layton & Finger, P.A.*, filed on January 5, 2016 [D.I. 7551] (the "Fourth Supplemental Affidavit"); (vi) the *Fifth Supplemental Affidavit and Disclosure of Daniel J. DeFranceschi on Behalf of Richards, Layton & Finger, P.A.*, filed on January 6, 2017 [D.I. 10606]; and (vii) the *Sixth Supplemental Affidavit and Disclosure of Daniel J. DeFranceschi on Behalf of Richards, Layton & Finger, P.A.*, filed on January 9, 2017 [D.I. 10615] (the "Sixth Supplemental Affidavit").

5. As I disclosed in the Supplemental Affidavit, RL&F's billing rates are subject to annual and customary firm-wide adjustments in the ordinary course of RL&F's business. See Supplemental Affidavit at ¶ 10(f). Therefore, as required by paragraph 12 of the Retention Order, I am submitting this Seventh Supplemental Affidavit to provide the requisite notice in connection with RL&F's proposed increases in the rates set forth in the Application, the Original Affidavit, the Supplemental Affidavit, the Second Supplemental Affidavit, the Fourth Supplemental Affidavit, and/or Sixth Supplemental Affidavit.

6. In the ordinary course of RL&F's business and in keeping with RL&F's established billing practices and procedures, RL&F's standard billing rates were adjusted firm-wide on January 1, 2018. Specifically, RL&F's standard billing rates that took effect on January 1, 2018 for lawyers and paraprofessionals who may work on matters related to the Debtors'

chapter 11 cases shall range as follows[3]:

| Billing Category | Range |
| --- | --- |
| Directors | $545-$1,025 |
| Counsel | $575-$625 |
| Associates | $320-$625 |
| Paraprofessionals | $110-$275 |

Dated:    January 11, 2018
            Wilmington, Delaware

_____
Daniel J. DeFranceschi (No. 2732)

SWORN TO AND SUBSCRIBED before
me this 11th day of January 2018.

_____
Notary Public

My Commission Expires: 1/11/19

---

[3] The following increased billing rates will not be effective as to the EFH/EFIH Debtors until February 1, 2018 due to the timing of the filing of this Seventh Supplemental Affidavit. The TCEH Debtors emerged from chapter 11 on October 3, 2016. *See Notice of Entry of TCEH Confirmation Order and Occurrence of TCEH Effective Date* [D.I. 9742] and, consequently, rate changes applicable to the reorganized TCEH Debtors are no longer subject to the requirements of paragraph 12 of the Retention Order and became effective on January 1, 2018 in the ordinary course of RL&F's business.

4