## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

### NOTICE OF SERVICE OF "ENERGY FUTURE HOLDINGS CORPORATION'S OBJECTIONS AND ANSWERS TO WILLIAM JEFFREY HERBERT'S FIRST SET OF INTERROGATORIES"

PLEASE TAKE NOTICE that, in connection with the *Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1*, filed March 24, 2016 [D.I. 8069], and in accordance with paragraph 1(b) of the *Order Scheduling Hearing and Deadlines With Respect to William Jeffery Herbert's Proof of Claim Designated as Claim No. 43664*, entered November 14, 2017 [D.I. 12231] (the "Scheduling Order"[2]), on January 4, 2018, counsel to Energy Future Holdings Corp. caused a copy of **Energy Future Holdings Corporation's Objections and Answers to William Jeffrey Herbert's First Set of Interrogatories** to be served on the following parties in the manner so indicated:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On December 13, 2017, counsel to each of Energy Future Holdings Corp. and William Jeffrey Herbert agreed to extend the deadline set forth in paragraph 1(b) of the Scheduling Order from December 22, 2017 to January 4, 2018.

**VIA U.S. MAIL AND EMAIL**

David N. Deaconson
PAKIS, GIOTES, PAGE
 & BURLESON, P. C.
P. O. Box 58
Waco, TX 76703-0058
Facsimile:  (254) 297-7301
deaconson@pakislaw.com

**VIA EMAIL**

Michael Busenkell
GELLERT SCALI BUSENKELL & BROWN
913 N. Market Street, 10th Floor
Wilmington, DE 19801
mbusenkell@gsbblaw.com

*[Remainder of page intentionally left blank.]*

Dated: January 11, 2018
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:         collins@rlf.com
               defranceschi@rlf.com
               madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         edward.sassower@kirkland.com
               stephen.hessler@kirkland.com
               brian.schartz@kirkland.com
               aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         james.sprayregen@kirkland.com
               marc.kieselstein@kirkland.com
               chad.husnick@kirkland.com
               steven.serajeddini@kirkland.com

3

-and-

Mark E. McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:      (415) 439-1400
Facsimile:      (415) 439-1500
Email:          mark.mckane@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

RLF1 18744231v.1