IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) ) ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) Case No. 14-10979 (CSS) |
| Debtors. | ) ) (Jointly Administered) ) ) **Ref. Docket No. 12354** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                                     ) ss.:
COUNTY OF NEW YORK  )

FORREST KUFFER, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 15, 2017, I caused to be served the "Notice of Fee Statement," dated December 15, 2017, to which was attached the "Forty-First Monthly Fee Statement of Alvarez & Marsal North America, LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from September 1, 2017 Through September 30, 2017," dated December 15, 2017 [Docket No. 12354], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Forrest Kuffer

Sworn to before me this
18th day of December, 2017

Notary Public

JOHN CHAU
Notary Public, State of New York
Reg. No. 01CH6353383
Qualified in Queens County
Commission Expires Jan. 23, 2021

**EXHIBIT A**

ENERGY FUTURE HOLDINGS CORP, ET AL
FEE APPLICATION NOTICE PARTIES

```
ENERGY FUTURE HOLDINGS CORP ET AL         ROBERTA A. DEANGELIS
ATTN: ANDREW M WRIGHT & CECILY GOOCH      UNITED STATES TRUSTEE – REGION 3
1601 BRYAN ST 43RD FL                     ATTN: RICHARD L. SCHEPACARTER
DALLAS, TX 75201                          J. CALEB BOGGS FEDERAL BUILDING
                                          844 KING ST, ROOM 2207
                                          WILMINGTON, DE 19801


ROBERTA A. DEANGELIS                      SHEARMAN & STERLING LLP
UNITED STATES DEPARTMENT OF JUSTICE       ATTN: FREDERICK SOSNICK ESQ &
OFFICE OF THE U.S. TRUSTEE                NED SHODEK ESQ
ATTN: ANDREA B. SCHWARTZ                  599 LEXINGTON AVE
U.S. FEDERAL BUILDING                     NEW YORK, NY 10022
201 VARICK STREET, ROOM 1006
NEW YORK, NY 10014


MILBANK, TWEED, HADLEY & MCCLOY LLP       MORRISON & FOERSTER LLP
ATTN: EVAN FLECK AND MATTHEW BROD         ATTN: LORENZO MARINUZZI & JENNIFER MARINES
28 LIBERTY STREET                         250 W 55TH STREET
NEW YORK, NY 10005-1413                   NEW YORK, NY 10019


GODFREY & KAHN, S.C.
ATTN: KATHERINE STADLER
ONE E MAIN ST STE 500
MADISON, WI 53703-3300
```