**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 12367** |

**CERTIFICATE OF NO OBJECTION REGARDING THE
"THIRTY-FIFTH MONTHLY FEE STATEMENT OF PROSKAUER ROSE LLP,
COUNSEL FOR DEBTOR ENERGY FUTURE HOLDINGS CORP.,
FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM
OCTOBER 1, 2017 THROUGH OCTOBER 31, 2017" (NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, Proskauer Rose LLP

("Proskauer") has received no answer, objection or other responsive pleading with respect to its

thirty-fifth monthly fee statement for compensation and reimbursement of expenses (the

"Monthly Fee Statement").[2]  The Monthly Fee Statement was filed with the United States

Bankruptcy Court for the District of Delaware (the "Court") on December 19, 2017.  The

undersigned further certifies that he has reviewed the Court's docket in this case and no answer,

objection or other responsive pleading to the Monthly Fee Statement appears thereon.  Pursuant

to the notice filed with the Monthly Fee Statement, objections to the Monthly Fee Statement

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]     Proskauer received from counsel for the fee committee a letter dated January 5, 2018 identifying certain items set forth in the Monthly Fee Statement that may require further evaluation in connection with the upcoming interim fee application, but indicating that (i) "[those] items … do not justify a formal objection to [Proskauer's] request for monthly fees and expenses" and (ii) "[t]he Fee Committee, accordingly, does not object to the Debtor's payment of 80 percent of the fees and 100 percent of the expenses requested in [the Monthly Fee Statement]."

were to be filed and served no later than January 9, 2018, at 4:00 p.m. (Eastern Standard Time). The Monthly Fee Statement was filed and served in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "Administrative Order") and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896].

Consequently, pursuant to the Administrative Order, Energy Future Holdings Corp., one of the above-captioned debtors and debtors in possession in the above-captioned cases, is authorized to pay Proskauer eighty percent (80%) of the fees and one-hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court.  A summary of the fees and expenses sought by Proskauer is annexed hereto as **Exhibit A**.

[*Remainder of page intentionally left blank.*]

95531438v1

Dated:  January 16, 2018
       Los Angeles, California

**PROSKAUER ROSE LLP**


*/s/ Peter J. Young*
Peter J. Young (admitted *pro hac vice*)
2049 Century Park East
32nd Floor
Los Angeles, CA 90067-3206
Telephone:  (310) 557-2900
Facsimile:  (310) 557-2193

and

Jeff J. Marwil (admitted *pro hac vice*)
Mark K. Thomas (admitted *pro hac vice*)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL  60602-4342
Telephone:  (312) 962-3550
Facsimile:  (312) 962-3551

*Counsel for Energy Future Holdings Corp.*

95531438v1

**Exhibit A**

Professional Fees and Expenses
Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80%[1] | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Proskauer Rose LLP, Three First National Plaza, 70 West Madison, Suite 3800, Chicago, IL 60602<br><br>(Counsel to Debtor Energy Future Holdings Corp.) | Thirty-Fifth Monthly Fee Statement<br><br>10/1/2017 through 10/31/2017<br><br>Filed 12/19/2017<br><br>[D.I. 12367] | $859,623.00 | $4,583.21 | 1/9/2018 | $687,698.40 | $4,583.21 | $171,924.60 |

---

[1] Fees and expenses to be paid 100% by Energy Future Holdings Corp.