UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

December 1, 2017
ECO-019

No. 17-8063

In Re: Energy Future Holdings Corp, et al.,

Debtors

NextEra Energy, Inc.,

Petitioner

(D. Del. Nos.: 1-14-bk-10979 & 1-17-cv-01546)

Present:     MCKEE, VANASKIE and FUENTES, Circuit Judges

1. Petition for Permission to Appeal Pursuant to 28 U.S.C. Section 158(d)(2), by Petitioner NextEra Energy, Inc., with Motion to Expedite the Appeal, if accepted by the Court, with proposed briefing schedule:

   Appellant's brief and appendix due no later than 25 days from the date the appeal is docketed by this Court;

   Appellees' brief due no later than 20 days from the date Appellant files its opening brief;

   Appellant's reply brief due no later than 15 days from the date Appellees file their brief.

2. Response by Respondents, Elliott Associates LP, Elliot International LP and Liverpool Ltd Partnership, to Petition for Permission to Appeal Pursuant to 28 U.S.C. Section 158(d)(2), with Motion to Expedite Appeal by NextEra Energy, Inc.;

3. Response by Respondent, Energy Future Holdings, Corp., to Petition for Permission to Appeal Pursuant to 28 U.S.C. Section 158(d)(2), with Motion to Expedite Appeal by NextEra Energy, Inc.;

4. Reply by Petitioner NextEra Energy, Inc. In Support of Petition for Permission for Direct Appeal and Motion to Expedite Appeal.

Respectfully,
Clerk/slc

_____ORDER_____

The foregoing Petition for Permission to Appeal Pursuant to 28 U.S.C. Section 158(d)(2) and accompanying Motion to Expedite the Appeal are hereby GRANTED. The Clerk's office is hereby ORDERED to set an expedited briefing schedule in accordance with this order.

By the Court,

s/ Theodore A. McKee
Circuit Judge

Dated:        January 17, 2018
SLC/cc:       Counsel of Record

A True Copy:

Patricia S. Dodszuweit, Clerk

OFFICE OF THE CLERK

| | | |
|---|---|---|
| **PATRICIA S. DODSZUWEIT**<br>**CLERK**<br> | **UNITED STATES COURT OF APPEALS**<br>FOR THE THIRD CIRCUIT<br>21400 UNITED STATES COURTHOUSE<br>601 MARKET STREET<br>PHILADELPHIA, PA 19106-1790<br>Website: www.ca3.uscourts.gov | TELEPHONE<br>215-597-2995 |

# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## NOTICE

### GRANT OF PERMISSION FOR LEAVE TO APPEAL PURSUANT TO 28 U.S.C. SECTION 158(d)(2)(A)

The Court of Appeals has granted a petition for leave to appeal in this matter. Apellant(s) must pay the $207.00 docketing fee in the bankruptcy court within 14 days after the entry of the order granting permission for leave to appeal. If the United States government is the appellant, an additional fee by the government is not required. Fed. R. App. P.5.

A new notice of appeal does not need to be filed. A copy of the Court's order granting permission for leave to appeal serves as the notice of appeal and has been forwarded to the appropriate court.

The entry of date of the order granting permission to appeal serves as the date of filing of the notice of appeal for calculating time under Fed. R. App. P. 5(d)(1). **Appellant(s) shall notify the Court of Appeals by filing a notification through ECF in the current case that the filing fee has been paid.**

Upon receipt of the notice from Appellant(s), the appeal will be opened on the general docket. All future filings regarding the appeal will be entered under the new docket number.

Very truly yours,

s/ Patricia S. Dodzuweit
Clerk

By:  Case Manager/slc
267-299-4959

cc:  Thomas M. Buchanan, Esq.
 John A. Cerino, Clerk
 Eric C. Daucher, Esq.

Jonathan R. Ference-Burke, Esq.
Jonathan S. Franklin, Esq.
Gregg M. Galardi, Esq.
Douglas Hallward-Driemeier, Esq.
Matthew B. McGuire, Esq.
Michael A. Petrino, Esq.
Andrew R. Rosenblatt, Esq.
Howard Seife, Esq.
Keith H. Wofford, Esq.