# Exhibit A

## Fee Summary by Professional for the Period September 1, 2017 through November 30, 2017

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

September 01, 2017 - November 30, 2017

***Bankruptcy Related Services Regarding Sempra Transaction***

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Bradfield, Derek | Partner/Principal | $720.00 | 0.8 | $576.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 65.2 | $46,944.00 |
| Parker, Matt | Partner/Principal | $720.00 | 40.4 | $29,088.00 |
| Slyh, John | Partner/Principal | $720.00 | 10.4 | $7,488.00 |
| Caswell, Bill | Managing Director | $720.00 | 2.2 | $1,584.00 |
| Favor, Rick | Managing Director | $720.00 | 3.5 | $2,520.00 |
| Goldberg, Rob | Managing Director | $720.00 | 2.2 | $1,584.00 |
| Hickl, Jeff | Managing Director | $720.00 | 3.2 | $2,304.00 |
| Bowers, Rachel | Senior Manager | $620.00 | 80.7 | $50,034.00 |
| Capocci, Sarah | Senior Manager | $620.00 | 10.2 | $6,324.00 |
| Horn, Dave | Senior Manager | $620.00 | 3.6 | $2,232.00 |
| Babanova, Maria | Manager | $540.00 | 54.0 | $29,160.00 |
| Morehead, David | Manager | $540.00 | 2.3 | $1,242.00 |
| Benvenuti, Christina | Senior Consultant | $425.00 | 116.0 | $49,300.00 |
| Koprivnik, Xander | Senior Consultant | $425.00 | 2.2 | $935.00 |
| Choua, Johnny | Consultant | $350.00 | 16.2 | $5,670.00 |
| Elliott, Randall | Consultant | $350.00 | 14.3 | $5,005.00 |
| Hah, Morgan | Consultant | $350.00 | 2.0 | $700.00 |
| **Professional Subtotal:** | | | **429.4** | **$242,690.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

September 01, 2017 - November 30, 2017

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kilkenny, Tom | Partner/Principal | $365.00 | 9.4 | $3,431.00 |
| Parker, Matt | Partner/Principal | $365.00 | 13.7 | $5,000.50 |
| Slyh, John | Partner/Principal | $365.00 | 0.4 | $146.00 |
| Favor, Rick | Managing Director | $365.00 | 1.8 | $657.00 |
| Hickl, Jeff | Managing Director | $365.00 | 4.1 | $1,496.50 |
| Sasso, Anthony | Managing Director | $365.00 | 2.5 | $912.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 3.4 | $986.00 |
| Dwivedi, Rajesh | Senior Manager | $290.00 | 0.3 | $87.00 |
| Jain, Pratibha | Senior Manager | $290.00 | 1.5 | $435.00 |
| Wang, Charlie | Senior Manager | $290.00 | 1.8 | $522.00 |
| Babanova, Maria | Manager | $265.00 | 19.5 | $5,167.50 |
| Goswami, Chinmay | Manager | $265.00 | 0.3 | $79.50 |
| Benvenuti, Christina | Senior Consultant | $215.00 | 52.9 | $11,373.50 |
| Fredric, Jose | Senior Consultant | $215.00 | 26.0 | $5,590.00 |
| Koprivnik, Xander | Senior Consultant | $215.00 | 1.8 | $387.00 |
| Sundaran, Suchithra | Senior Consultant | $215.00 | 7.9 | $1,698.50 |
| Elliott, Randall | Consultant | $175.00 | 2.9 | $507.50 |
| Hah, Morgan | Consultant | $175.00 | 0.3 | $52.50 |
| **Professional Subtotal:** | | | **150.5** | **$38,529.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

September 01, 2017 - November 30, 2017

### *Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kilkenny, Tom | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 0.5 | $145.00 |
| Babanova, Maria | Manager | $265.00 | 2.0 | $530.00 |
| Richards, Lauren | Senior Consultant | $215.00 | 1.5 | $322.50 |
| Gutierrez, Dalia | Consultant | $175.00 | 21.5 | $3,762.50 |
| **Professional Subtotal:** | | | **26.0** | **$4,942.50** |