# EXHIBIT 1

CONFIDENTIAL

**Trios Health**
3730 Plaza Way
PO Box 6128
Kennewick, WA 99336

Department of Pathology
Phone: 509 221 6445
Fax: 509 221 5183

| NON-GYN CYTOLOGY REPORT | MED REC #/HOSPITAL VISIT # K000216769/5821182 | ACCESSION NO. NG15-00325 |
|---|---|---|

**PATIENT: JOHN H JONES**

COLLECTED: 12/03/2015   SEX: M/85 Yr.
RECEIVED: 12/04/2015    DOB: [redacted]   PT TYPE: INPT
REPORTED: 12/14/2015

ERNEST KANU
900 S. AUBURN ST
KENNEWICK WA
Kennewick, WA 99336
ERNEST KANU, MD
CC: MICHAEL DOBSON, MD

**CLINICAL HISTORY:** LT THORACENTESIS
**DESCRIPTION:** LT THORACENTESIS
**PROCEDURE:** LT THORACENTESIS

**DIAGNOSIS:**

Pleural fluid, left Thoracentesis:
- Positive for malignancy.

**COMMENT:** The morphology as well as strong positivity for mesothelial markers CK5 and D2-40 along with predominantly negative staining for the carcinoma markers taken together with the radiologic findings support a diagnosis of malignant mesothelioma.

DH:dh

Dennis Hayden, DO, Electronically Signed
(12/14/2015)

**GROSS DESCRIPTION:**
Received in Cytology/Pathology on 12/04/15 is 40 cc total volume of Red slightly cloudy CRR; with no particles seen, one sure path slide and cell block made.
:hp

**MICROSCOPIC DESCRIPTION:**
One SurePath slide and one cell block are examined revealing a highly cellular specimen with cytologically malignant cells forming papillary, glandular and single cell clusters. No intracytoplasmic mucin is identified on mucicarmine stains. On immunohistochemistry, the cells are positive for D2-40, CK5, and CK7 with focal positive staining for Ber EP 4, but negative for TTF-1, Napsin A and CEA. This light microscopic morphology and immunophenotype are consistent with malignant mesothelioma.

**COMMENTS:** Dr. Abed reviewed this case.
"IMMUNOHISTOCHEMISTRY AND IMMUNOCYTOCHEMISTRY STUDIES: Deparaffinized sections of tissue or cellblock cytological preparations are incubated with a panel of monoclonal and/or polyclonal antibodies, along with appropriate positive and negative controls. All tests, unless otherwise noted are performed on site in the Trios Health Laboratory on the DAKO Automated Immunostainer by appropriately trained and licensed technologists under the direction of Three Rivers Pathology. These tests conform to the federally mandated regulations embodied in the CLIA 1988 regulations of which our license number is 50D0639965. Localization is via a HRP labeled polymer immunoperoxidase technique, with pretreatment (enzyme and/or heat induced epitope retrieval) according to protocols optimized for each antibody. The positive and negative control slides of each test were reviewed and found satisfactory for specified antibodies.

CPT CODES: 88342 x5

CONFIDENTIAL

# Brent C. Staggs, M.D.

Diplomat, American Board of Pathology

1 Lile Court, Suite 101

Little Rock, Arkansas 72205

Phone (501) 831-0161

Fax (501) 202-1420

brentstaggs@comcast.net

March 25, 2016

RE: Jones, John (DOB███████)

Dear Sirs,

You have asked for my opinion regarding the diagnosis of Mr. Jone's disease, and whether his disease was caused by exposure to asbestos. I have reviewed medical records and pathology materials of Mr. Jones, as well as a work history containing asbestos exposure information provided by the Gori Julian law firm.

CLINICAL HISTORY:

Progress note (12/23/2015) reported a diagnosis of mesothelioma with malignant pleural effusion.

History and physical examination (12/23/2015) reported increasing shortness of breath, productive cough and pleuritic chest pain. Chest x-ray identified a moderate left pleural effusion. CT scan reportedly showed calcified pleural plaques and pleural nodularity with radiologic concern for mesothelioma.

History and physical examination (1/19/2016) reported a history of asbestos exposure.

1

CONFIDENTIAL

PATHOLOGY REPORTS:

Report from Trios Health (NG15-00325, 12/14/2015) diagnosed a left pleural fluid specimen as "positive for malignancy". The comment reported the morphology along with the positivity for mesothelial markers CK5 and D240, and negative staining for carcinoma markers were taken together with radiologic findings supports a diagnosis of mesothelioma. The microscopic description reported a highly cellular specimen forming glandular and papillary structures. Mucicarmine was reported as negative. Tumor cells were reported as positive for D240, CK5, and CK7 with focal staining for BerEP4, but negative for TTF1, Napsin A, and CEA.

PATHOLOGY MATERIALS:

I received 11 glass slides all labeled "NG15-00325" and "Jones, J". All slides were received stained, 2 with routine stains and 9 with immunohistochemistry. Microscopic examination revealed cytospin and cell block preparation of a fluid specimen showing numerous large epithelioid malignant cells with large rounded nuclei showing large nucleoli. Tumor cells showed abundant eosinophilic cytoplasm and were arranged in papillary structures and forming tubules. Mucicarmine was negative. Immunohistochemistry showed tumor cells diffusely positive for CK5 and D240 with rare cells positive for BerEP4, but negative for CK7, CK20, TTF1, CEA, and Napsin A.

Based on my review of records and tissues, my diagnosis is as follows:

Pleural fluid, left, thoracentesis (NG15-00325):

- **Malignant Pleural Mesothelioma, epithelioid type.**

ABESTOS EXPOSURE HISTORY:

An asbestos exposure history letter provided by the Gori Julian law firm reports that Mr. Jones was exposed to asbestos for many years. John H. Jones was first occupationally exposed to asbestos in 1947, 68 years before being diagnosed with malignant mesothelioma. John served in the U. S. Army from 1947-1949. He also

2

CONFIDENTIAL

served in the U. S. Air Force from 1950-1954. While in the military he worked as a radio maintenance man. From 1947-present, John worked as a service station attendant, owner/operator, and an electrician. During his career, he was exposed to numerous products that contained asbestos. John did all of his own home repairs and remodeling as routine automobile maintenance. While making those repairs, he was exposed to materials that contained asbestos.

SUMMARY:

Based on my review of the medical records including pathology materials, I conclude that Mr. Jones had malignant mesothelioma of the pleura. The work history of Mr. Jones provided to me identifies a significant history of asbestos exposure. Additionally, the identification of calcified pleural plaques provides objective evidence of previous asbestos exposure. Mr. Jones developed malignant mesothelioma after an appropriate latency period following his first known exposures to asbestos. Exposure to chrysotile and amphibole asbestos is known to cause malignant mesothelioma. Based on the information provided and reviewed, it is my opinion to a reasonable degree of medical certainty that Mr. Jones cumulative exposure to asbestos of all fiber types was the cause of his malignant mesothelioma.

I will supplement or amend this report as appropriate, if additional information becomes available.

Sincerely,

Brent C. Staggs, M.D.

3

CONFIDENTIAL