# EXHIBIT 4

CONFIDENTIAL

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

| | |
|---|---|
| JOHN H. JONES AND ALICE JONES, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Case No. 16-L-283 |
| | ) |
| JOHN CRANE, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's First Supplemental Answers to Interrogatories were provided to all attorneys of record via MyDocFileServe this _2nd_ day of **June, 2016.**

GORI, JULIAN & ASSOCIATES P.C.

By _____
Sara M. Salger, # 06296640
Randy L. Gori, # 06257394
Attorney for Plaintiff
156 N. Main St.
Edwardsville, IL 62025
Telephone (618)-659-9833
Facsimile (618)-659-9834

Case No. 16-L-283
Page 1 of 1

CONFIDENTIAL

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

JOHN H. JONES AND ALICE JONES, )
)
        Plaintiffs, )
)
vs. ) Case No. 16-L-283
)
JOHN CRANE, INC., et al., )
)
        Defendants. )

**PLAINTIFF'S FIRST SUPPLEMENTAL ANSWERS AND OBJECTIONS**
**TO DEFENDANTS' STANDARD ASBESTOS INTERROGATORIES**

11. With respect to all of your present and past employment, please state for each employer:

    (a) The employer's name, the employer's address, and the starting and ending date;
    (b) Identify each location, job site, or facility at which you worked including:
        a. The address by city and state;
        b. Your employer at each facility or location;
        c. The inclusive dates of work for each facility or location;
    (c) State your occupation, titles, and duties for each employer identified above, specifying all pertinent dates and reason for leaving said employer;
    (d) State whether you contend you were exposed to asbestos-containing products or materials including but not limited to equipment or other machinery which may have contained asbestos-containing component parts in the course of this employment for each location, job site, or facility;
    (e) State the type of product or materials, including brand name, trade name or manufacturer, suppliers, and distributors which you contend resulted in your exposure to asbestos for each location, job site, or facility and whether you, your attorneys or agents have any samples of these products or packaging from them;
    (f) Name and last known address of any co-workers at these sites;
    (g) Your earnings for each period of employment;
    (h) For each job site identify the name and address of any companies, other than your employer, working with asbestos-containing material there and all trades present; and

1 | Page

CONFIDENTIAL

      (i)     Did you (decedent) or any co-worker ever file a complaint, report, or call attention to asbestos-containing materials, dust, gases, or fumes present at any location or job site?

**ANSWER:  See attached Exhibit A. See employment, Social Security, and Income tax records available via the authorizations executed by Plaintiff. Further, Plaintiff also reserves the right to supplement this interrogatory response as investigation continues.**

Respectfully submitted as to objections only,

GORI, JULIAN & ASSOCIATES P.C.

By_____
Sara M. Salger, # 06296640
Randy L. Gori, # 06257394
Attorney for Plaintiff
156 N. Main St.
Edwardsville, IL 62025
Telephone (618)-659-9833
Facsimile (618)-659-9834

2 | Page

CONFIDENTIAL

# EXHIBIT A

# PLAINTIFF'S WORK HISTORY

3 | Page

CONFIDENTIAL

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

JOHN H. JONES AND ALICE JONES, Plaintiff,

vs.

JOHN CRANE, INC., et al., Defendants.
Case No. 16-L-283

| Years | Employer | Work Site | Job Description |
|---|---|---|---|
| 1940's-1947 | Family Farm | Family Farm, Western County, MS | Farmer |
| Between 1947-1954 | Texaco Service Station | Texaco Service Station, Blaine, WA | Service Station Attendant |
| Between 1947-1955 | Shell Station | Shell Station, Blaine, WA | Service Station Attendant |
| 1949 | WLC Liquidating Corp. | Investigation continues | Investigation continues |
| 1949 | JEC Enterprises Corp. | Investigation continues | Investigation continues |
| 1950 | Billups Petroleum Co. | Billups Petroleum Co., Memphis TN | Service Station Attendant |
| 1950 | AA Bush Contractor | Investigation continues | Investigation continues |
| 1951 | Bozeman Canning Co. | Bozeman Canning Co., Monroe, WA | Assembly Line Worker |
| 1951 | Alaska Airlines Inc. | Alaska Airlines Inc., Evert, WA | Laborer |
| 1952 | Kelley Farquhar & Co. | Investigation continues | Investigation continues |
| 1952 | Levage Construction Co. | Investigation continues | Investigation continues |
| 1953 | Carl A. Johnson | Investigation continues | Investigation continues |
| 1955-1959 | Blaine Electric, Heating & Plumbing | Various commercial and residential locations throughout Washington. Investigation continues. | Owner / Electrician |
| 1955 | Blaine School District No 503 | Blaine High School, Blaine, WA | Electrician |
| 1956 | City of Blaine | Blaine Power & Light, Blaine, WA | Electrician |

CONFIDENTIAL

| 1960-1961 | Macel Company JV | DEW Line, Alaska | Electrician |
| --- | --- | --- | --- |
| 1/27/1961 - 8/6/1962 | Pasco Electric | Various residential locations throughout Washington. Investigation continues. | Electrician |
| 8/8/1962 - 1/18/1963 | Selo Electric | Shell Oil Company, Ferndale, WA | Electrician |
| 1/24/1963 - 2/5/1963 | Foothill Electric | Hanford Nuclear Plant, Benton County, WA | Electrician |
| 2/11/1963 - 5/21/1965 | Empire Electric | IBT Plant, Walla Walla County, WA; Cascade Paper Mill, Walla Walla County, WA; Boise Hanford Nuclear Plant, Benton County, WA. Investigation continues. | Electrician |
| 5/24/1965 - 10/20/1965 | West Coast Pulp | Cascade Paper Mill, Walla Walla County, WA | Electrician |
| 1965 | Lord Electric Company | Investigation continues | Electrician |
| 11/1/1965 - 11/19/1965 | Power City | Utility District Headquarters, Pasco, WA | Electrician |
| 12/14/1965 - 3/22/1966 | Bruce Electric | Trailer Park, Pasco, WA | Electrician |
| 3/23/1966 - 2/16/1968 | GF Atkinson Contracting | Lower Monumental Dam, Franklin County, WA | Electrician |
| 4/23/1968 - 5/13/1968 | Smith Electric | Investigation continues | Electrician |
| 6/4/1968 - 1/1971 | Highland Electric Company | Various residential locations throughout Washington. Investigation continues. | Electrician |
| 10/1971-1975 | Self Employed / Inland Appliance Parts | Inland Appliance Parts, Kennewick, WA | Owner / Operator |
| 1976-1981 | Jones Supply | Jones Supply, Kennewick, WA | Owner / Operator |
| 1984-Present | Total Services | Total Services, Kennewick, WA | Owner / Operator |

CONFIDENTIAL

## VERIFICATION

John H. Jones, states that he has answered the foregoing First Supplemental Interrogatories, in accordance with Supreme Court Rules, and that the answers are correct to the best of his knowledge and belief, and the responses are complete to the best of the undersigned's knowledge and belief.

_____
   John H Jones

*Verification by Certification*

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief, and as to such matters, the undersigned certifies as aforesaid that he verily believes the same to be true.

_____
   John H Jones

Gori, Julian & Associates P.C.
Attorneys for Plaintiff(s)
156 N. Main St.
Edwardsville, IL 62025
(618) 659-9833

CONFIDENTIAL

IN THE CIRCUIT COURT
THIRD JUDICIAL CIRCUIT
MADISON COUNTY, ILLINOIS

JOHN H. JONES AND ALICE JONES, Plaintiff,

vs.

JOHN CRANE, INC., et al., Defendants.
Case No. 16-L-283

| Years | Employer | Work Site | Job Description |
|---|---|---|---|
| 1940's-1947 | Family Farm | Family Farm, Western County, MS | Farmer |
| Between 1947-1954 | Texaco Service Station | Texaco Service Station, Blaine, WA | Service Station Attendant |
| Between 1947-1955 | Shell Station | Shell Station, Blaine, WA | Service Station Attendant |
| 1949 | WLC Liquidating Corp. | Investigation continues | Investigation continues |
| 1949 | JEC Enterprises Corp. | Investigation continues | Investigation continues |
| 1950 | Billups Petroleum Co. | Billups Petroleum Co., Memphis TN | Service Station Attendant |
| 1950 | AA Bush Contractor | Investigation continues | Investigation continues |
| 1951 | Bozeman Canning Co. | Bozeman Canning Co., Monroe, WA | Assembly Line Worker |
| 1951 | Alaska Airlines Inc. | Alaska Airlines Inc., Evert, WA | Laborer |
| 1952 | Kelley Farquhar & Co. | Investigation continues | Investigation continues |
| 1952 | Levage Construction Co. | Investigation continues | Investigation continues |
| 1953 | Carl A. Johnson | Investigation continues | Investigation continues |
| 1955-1959 | Blaine Electric, Heating & Plumbing | Various commercial and residential locations throughout Washington. Investigation continues. | Owner / Electrician |
| 1955 | Blaine School District No 503 | Blaine High School, Blaine, WA | Electrician |
| 1956 | City of Blaine | Blaine Power & Light, Blaine, WA | Electrician |

CONFIDENTIAL

| | | | |
|---|---|---|---|
| 1960-1961 | Macel Company JV | DEW Line, Alaska | Electrician |
| 1/27/1961 - 8/6/1962 | Pasco Electric | Various residential locations throughout Washington. Investigation continues. | Electrician |
| 8/8/1962 - 1/18/1963 | Selo Electric | Shell Oil Company, Ferndale, WA | Electrician |
| 1/24/1963 - 2/5/1963 | Foothill Electric | Hanford Nuclear Plant, Benton County, WA | Electrician |
| 2/11/1963 - 5/21/1965 | Empire Electric | IBT Plant, Walla Walla County, WA; Cascade Paper Mill, Walla Walla County, WA; Boise Hanford Nuclear Plant, Benton County, WA. Investigation continues. | Electrician |
| 5/24/1965 - 10/20/1965 | West Coast Pulp | Cascade Paper Mill, Walla Walla County, WA | Electrician |
| 1965 | Lord Electric Company | Investigation continues | Electrician |
| 11/1/1965 - 11/19/1965 | Power City | Utility District Headquarters, Pasco, WA | Electrician |
| 12/14/1965 - 3/22/1966 | Bruce Electric | Trailer Park, Pasco, WA | Electrician |
| 3/23/1966 - 2/16/1968 | GF Atkinson Contracting | Lower Monumental Dam, Franklin County, WA | Electrician |
| 4/23/1968 - 5/13/1968 | Smith Electric | Investigation continues | Electrician |
| 6/4/1968 - 1/1971 | Highland Electric Company | Various residential locations throughout Washington. Investigation continues. | Electrician |
| 10/1971-1975 | Self Employed / Inland Appliance Parts | Inland Appliance Parts, Kennewick, WA | Owner / Operator |
| 1976-1981 | Jones Supply | Jones Supply, Kennewick, WA | Owner / Operator |
| 1984-Present | Total Services | Total Services, Kennewick, WA | Owner / Operator |

CONFIDENTIAL