# EXHIBIT 5

CONFIDENTIAL

IN THE CIRCUIT COURT
THIRD JUDICIAL COURT
MADISON COUNTY, ILLINOIS

IN RE ALL ASBESTOS LITIGATION

### WORK HISTORY SWORN STATEMENT

I, John H. Jones, being of sound mind, under no legal disability, and having first been duly sworn, under oath and subject to penalties of perjury, state as follows:

1. I, John H. Jones, worked as an Electrician at Hanford Nuclear Plant in Hanford, Washington from January of 1963 through February of 1963 while I was employed by Foothill Electric. I worked in direct contact with various trades and throughout the entire facility. While performing my job duties, I worked in close proximity with maintenance and other trades while they performed routine maintenance, service and repairs to various machines, pipes, and structures in my area.

2. This facility is also known as Hanford Nuclear Facility and Hanford Nuclear Reservation

FURTHER AFFIANT SAYETH NOT,

_____
John H. Jones

State of Washington
County of Benton

Signed or attested before me on 3 day of April, 2016 by John H. Jones.

(Seal)

_____
Notary Public Signature

_____
Title: Notary Public

My appointment expires 4-3-17

[Notary Seal: DAWN BAILEY, NOTARY PUBLIC, STATE OF WASHINGTON, 04/03/2017]

CONFIDENTIAL