# EXHIBIT 1

CONFIDENTIAL

OneContent: Generated By NGHS\Dahawks



**Northeast Georgia Medical Center**
**Department of Pathology**
743 Spring St., NE, Gainesville, GA 30501
Tel:  770-219-1553   Fax:  770-219-6204
Dr. Joseph Conway, Director

Printed:  7/20/2016 15:42

## Surgical Pathology Report

| | | | | | |
|---|---|---|---|---|---|
| Patient Name: | HEINZMANN, DAVID A. | | | Accession #: | S16-11757 |
| Acct. #: | 070001021026 | Order Loc: | SUR | Collected: | 7/15/2016 |
| Hosp. ID: | 000553281 | Pt. Loc: | S3E  3463 0 | Accessioned: | 7/15/2016 |
| DOB/Sex: | ████ (Age: 80)  M | Med. Rec. #: | 000553281 | Reported: | 7/20/2016 |
| Admitting Physician: | WINSTON,ALAN D | | | | |
| Submitting Physician: | WINSTON,ALAN D | | | | |
| Copy To: | TUMOR REGISTRY | | | | |

### Final Diagnosis

1,3,4,5,6) Right pleural and wedge biopsies:
- Malignant mesothelioma. See comment.

2) Pleural fluid for cytology:
- Negative for definitive malignancy.

Comment: Malignant mesothelial cells are identified that are positive by immunostain for PanKeratin, WT-1, and calretinin.  Additionally, the cells in our lab are negative for CEA, B72.3, Napsin A, TTF-1, PSAP, CDX-2, cytokeratin 20, and cytokeratin 7.  All controls stain appropriately. Additionally the lung wedge biopsies show marked chronic bronchiolitis with lymphoid and peribronchiolar metaplasia.

Results were called to Dr. Winston on 7/20/16.

The above case was reviewed by Mayo Clinic Dept. of Pathology, Scottsdale.   Please see their attached letter below:

"Pleura, right, biopsies:
- Malignant epithelial neoplasm most consistent with epithelial malignant mesothelioma.
   Slides reviewed with Dr. Thomas V. Colby.

Pleural fluid cytology:
- Negative for malignant cells.

Lung, right lower lobe, wedge biopsies:
- Marked chronic bronchiolitis with lymphoid and peribronchiolar metaplasia.

Immunoperoxidase studies were performed on paraffin-embedded tissue of block S16-11757, 5B.  These show that the neoplastic cells are weakly reactive with antibodies to D2-40, strongly reactive with antibodies to cytokeratin 5/6, and express estrogen receptor protein.  They fail to react with antibodies to polyclonal CEA, GATA3, or TTF-1.  In conjunction with the immunoperoxidase studies performed by the referring pathologist, these findings most support a diagnosis of malignant mesothelioma.

Diagnosis comment:

Dear Dr. Ellis:

---

HEINZMANN, DAVID A.                                                                                                    Page 1 of 3

Patient: HEINZMANN, DAVID ARTHUR    MRN: 000553281    Page 1 of 3



CONFIDENTIAL

OneContent: Generated By NGHS\Dahawks

| HEINZMANN, DAVID A.  | SURGICAL Report | S16-11757 |
|---|---|---|
| MRN:   000553281 | | |

Thank you for the opportunity to review the sections from this 80-year-old patient. He has a history of asbestos exposure and now presents with a right pleural effusion. No details of the operative report are present. You might want to note that your "operating room consult" field on your preliminary report says "left" pleural biopsy, whereas everything else in your samples is labeled "right." Therefore, I have signed this case out as everything being on the right.

Tom Colby and I have both reviewed the sections from this challenging case. The pleural shows several nodules comprised predominantly of a fibroblastic stroma in which are embedded atypical malignant epithelium forming small tubular gland-like spaces and nests. Similar appearing cells are seen growing along the pleural surface and some similar appearing cells are present in the small pleural biopsies which have been performed. Given the prominent stromal response and relatively few malignant epithelial cells as well as the cytology, we both slightly favored a diagnosis of adenocarcinoma on a morphologic basis. However, you had done a number of immunoperoxidase studies which showed that the cells were strongly reactive with antibodies to PanKeratin, WT-1 and calretinin, but failed to react with antibodies to CEA, B72.3, Napsin-A, prostatic acid phosphatase and prostate specific antigen, CDX-2, cytokeratin 20, TTF-1, or cytokeratin 7. This immunophenotypic profile therefore did suggest mesothelial differentiation. We decided to do some additional immunoperoxidase studies, however. These also support a diagnosis of mesothelioma as noted above. The ER is focally positive but this is not entirely specific for adenocarcinoma. Therefore, we are comfortable with this representing a malignant mesothelioma.

There is a lot of iron around in the pleura which is a bit odd. In someone exposed to asbestos, iron always makes one think about asbestosis. However, in this case the iron is in the pleura and not in the lung. The lung, however, is abnormal and shows fairly marked chronic bronchiolitis with peribronchiolar metaplasia accompanied by moderate lymphoid hyperplasia. The features are not those of asbestosis. Nonetheless, even his history, this likely represents an asbestos-related malignant mesothelioma.

Thank you for the opportunity to review this case. If we can be of further help in the care of this patient, please do not hesitate to contact us."

Henry D. Tazelaar, M.D., Mayo Clinic Arizona

3018700   QA:IDC/OSC

***Electronically Signed Out***
Ezra D. Ellis, MD                                                                slc/7/20/2016

### Operating Room Consult
ORC (FS): Right pleural biopsy, frozen: Spindle cell lesion; final deferred. Reactive vs neoplastic. (7/15/16; 1308/1316).
Verbal report called to surgeon.
lau/7/20/2016 Ezra D. Ellis, MD

### Pre-operative Diagnosis
Right pleural effusion

HEINZMANN, DAVID A.                                                              Page 2 of 3



CONFIDENTIAL

OneContent: Generated By NGHS\Dahawks

| HEINZMANN, DAVID A.<br>MRN:   000553281 | SURGICAL Report | S16-11757 |
|---|---|---|

### Post-operative Diagnosis
Same

### Specimen(s) Received
1: Pleura, biopsy
2: Pleural fluid
3: Pleura, biopsy
4: Pleura, biopsy
5: Lung, wedge biopsy
6: Lung, wedge biopsy

### Gross Description
Received in six parts.

Part 1 is received fresh for intraoperative consultation labeled "right pleural biopsy" and consists of a 0.1 x 0.1 x 0.1 cm soft gray tan tissue fragment. Totally submitted for frozen section. T1C

Part 2 is received fresh labeled "right pleural fluid for cytology" and consists of 25 ml of red cloudy fluid. One thin prep and one cell block are prepared.

Part 3 is received in formalin labeled "right pleural biopsy #1" and consists of a 1.3 x 1.0 x 0.3 cm rubbery red gray portion of membranous tissue. Bisected. T2B/1C

Part 4 is received in formalin labeled "right pleural biopsy #2" and consists of two rubbery red gray portions of tissue measuring 1.0 x 0.3 x 0.3 and 0.5 x 0.2 x 0.2 cm. T2B/1C

Part 5 is received in formalin labeled "right lower lobe lung wedge #1" and consists of an 11.0 gram, 5.5 x 2.5 x 1.6 cm rubbery red gray wedge-shaped portion of lung tissue. The pleural surface is slightly mottled red and tan brown which is remarkable for a roughly 3.0 cm area of dense adhesion. There is a linear staple margin attached measuring 7.0 cm in length. The staple margin is removed, the underlying surface is inked black and the cut sections reveal spongy red brown tissue. Representative sections are submitted in Cassettes A through C. 3B/3C

Part 6 is received in formalin labeled "right lower lobe lung biopsy wedge #2" and consists of a 5.0 gram, 5.0 x 2.0 x 1.0 cm wedge-shaped portion of lung. The pleural surface is a mottled red brown which is remarkable for focal areas of stapling. There is also a linear staple margin attached measuring 5.5 cm in length. This staple margin is removed, the underlying surface is inked black. Cut sections reveal spongy red brown tissue. No definite masses are identified grossly. Representative sections are submitted. 4B/3C

3012077 Gross dictation time: 1431

lau/7/15/2016                                                                                              Neal Hall

**CPT Code:   88307 x2, 88305 x4, 88342, 88331, 88341 x10, 88112**

Unless otherwise stated, microscopic examination was performed in rendering the above diagnoses.

HEINZMANN, DAVID A.                                                                                    Page 3 of 3



CONFIDENTIAL