# EXHIBIT 2

CONFIDENTIAL

**SOCIAL SECURITY ADMINISTRATION**
Baltimore, Maryland 21290-0300

**CERTIFICATION OF EXTRACT FROM RECORDS**

Pursuant to the provisions of Title 42, United States Code, Section 3505, and the authority vested in me by 45 F. R. 47245-46. I hereby certify that I have legal custody of certain records, documents, and other information established and maintained by the Social Security Administration, pursuant to Title 42, United States Code, Section 405, and that the annexed is a true extract from such records in my custody as aforesaid.

I certify that all signatures of Social Security Administration officials on the annexed document(s) are genuine and made pursuant to the signers' official capacity.

I further certify that these records may not show all the earnings reported for the periods ending after December 31, 2015 because of the time required to receive and process reports.

IN WITNESS WHEREOF, I have hereunto set my hand and caused the seal of the Social Security Administration to be affixed this ___12th___ day of ___January___, 2017

___M. De Los Reyes___
Monica De Los Reyes
Director
Division of Earnings and Business Services
Office of Central Operations

Form SSA-473 (09/13)
Destroy Prior Edition

CONFIDENTIAL

```
                    ITEMIZED STATEMENT OF EARNINGS
             * * *      FOR SSN XXX-XX-████      * * *


  ROM:   SOCIAL SECURITY ADMINISTRATION
         OFFICE OF CENTRAL OPERATIONS
         6100 WABASH AVENUE
         BALTIMORE   MARYLAND   21215



NUMBER HOLDER NAME: DAVID A HEINZMANN
   YEARS REQUESTED: 1945 THRU 2015



THE RUCKDESCHEL LAW FIRM LLC
8357 MAIN ST
ELLICOTT CITY MD 21043




EMPLOYER NUMBER:  54-0333882
COLONIAL STORES INC
321 DUNMORE ST
NORFOLK   VA 00000-0000

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
1951                                 175.19                       $175.19


EMPLOYER NUMBER:  56-0367025
CONE MILLS CORPORATION
% MICHAEL ROSENBLUM ESQ
1875 CENTURY PARK E STE 700
LOS ANGELES   CA 90067-2508

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
1952                                 381.72       211.62          $593.34
1953        60.46                                                  $60.46


EMPLOYER NUMBER:  56-0166480
CAROLINA STEEL CORPORATION
PO BOX 20888
GREENSBORO   NC 27420-0888

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
1953                    160.10       353.14                       $513.24



                            PAGE    1
```

CONFIDENTIAL

```
                      ITEMIZED STATEMENT OF EARNINGS
              * * *       FOR SSN XXX-XX-■■■■      * * *
```

EMPLOYER NUMBER:  13-5216660
LOWENSTEIN & SONS INC
C/O BROWN WHEELOCK HARRIS STEVENS INC
67 WALL ST
NEW YORK   NY 00000-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1954 |  | 16.00 | 360.00 |  | $376.00 |

EMPLOYER NUMBER:  54-0408362
TOMLINSON CO INC
PO BOX 1807
DURHAM   NC 27702-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1954 |  |  |  | 34.75 | $34.75 |

EMPLOYER NUMBER:  13-5568434
CNA HOLDING INC
222 LAS COLINAS BLVD W STE 900N
IRVING   TX 75039-5467

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1956 |  | 298.20 | 810.99 |  | $1,109.19 |

EMPLOYER NUMBER:  13-1675427
J RAY MCDERMOTT & CO INC
BABCOCK & WILCOX
14TH FLOOR BNO BLDG 1010 COMMON ST
NEW ORLEANS   LA 70112-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1957 |  |  | 1543.75 | 1425.00 | $2,968.75 |
| 1958 | 1470.00 | 1470.00 | 1260.00 |  | $4,200.00 |
| 1959 | 1545.00 | 1545.00 | 1650.00 | 60.00 | $4,800.00 |
| 1960 | 1730.00 | 1770.00 | 1300.00 |  | $4,800.00 |
| 1961 | 1890.00 | 1990.00 | 920.00 |  | $4,800.00 |
| 1962 | 2040.00 | 2760.00 |  |  | $4,800.00 |
| 1963 | 2190.00 | 2250.00 | 360.00 |  | $4,800.00 |
| 1964 | 3318.00 | 1482.00 |  |  | $4,800.00 |
| 1965 | 3528.00 | 1272.00 |  |  | $4,800.00 |

CONFIDENTIAL

```
                 26            ITEMIZED STATEMENT OF EARNINGS
                        * * *       FOR SSN XXX-XX-████        * * *
```

EMPLOYER NUMBER:  58-0341750
MCBURNEY STOKER & EQUIPMENT CO
2110 PEACHTREE ROAD NW
ATLANTA   GA 30309-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1965 |         |         | 500.00  | 1950.00 | $2,450.00 |
| 1966 | 2250.00 | 2350.00 |         |         | $4,600.00 |

EMPLOYER NUMBER:  58-0965224
MCBURNEY CORPORATION
% JOHN C MCBURNEY
PO BOX 1827
NORCROSS   GA 30091-1827

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1966 |         |         | 2000.00 |  | $2,000.00 |
| 1967 | 2700.00 | 2900.00 | 1000.00 |  | $6,600.00 |
| 1968 | 3000.00 | 3000.00 | 1800.00 |  | $7,800.00 |
| 1969 | 3150.00 | 3150.00 | 1500.00 |  | $7,800.00 |
| 1970 | 3250.00 | 3450.00 | 1100.00 |  | $7,800.00 |
| 1971 | 3450.00 | 3450.00 |  900.00 |  | $7,800.00 |
| 1972 | 3900.00 | 3900.00 | 1200.00 |  | $9,000.00 |
| 1973 | 4248.00 | 6552.00 |         |  | $10,800.00 |
| 1974 | 5150.04 | 5150.04 | 3433.36 |  | $13,733.44 |
| 1975 | 6250.02 | 6250.02 | 1599.96 |  | $14,100.00 |
| 1976 | 6250.02 | 6250.02 | 2799.96 |  | $15,300.00 |
| 1977 | 7096.17 | 7000.02 | 2403.81 |  | $16,500.00 |
| 1978 |  |  |  |  | $17,700.00 |
| 1979 |  |  |  |  | $25,900.00 |
| 1980 |  |  |  |  | $25,900.00 |
| 1981 |  |  |  |  | $29,700.00 |
| 1982 |  |  |  |  | $32,400.00 |
| 1983 |  |  |  |  | $35,700.00 |
| 1984 |  |  |  |  | $37,800.00 |
| 1985 |  |  |  |  | $39,600.00 |
| 1986 |  |  |  |  | $42,000.00 |
| 1987 |  |  |  |  | $43,800.00 |
| 1988 |  |  |  |  | $45,000.00 |
| 1989 |  |  |  |  | $48,000.00 |
| 1990 |  |  |  |  | $51,300.00 |
| 1991 |  |  |  |  | $64,906.72 |
| 1992 |  |  |  |  | $60,664.16 |
| 1993 |  |  |  |  | $60,915.78 |
| 1994 |  |  |  |  | $64,656.69 |
| 1995 |  |  |  |  | $70,035.81 |
| 1996 |  |  |  |  | $67,249.57 |
| 1997 |  |  |  |  | $71,552.91 |
| 1998 |  |  |  |  | $69,770.79 |
| 1999 |  |  |  |  | $74,171.36 |
| 2000 |  |  |  |  | $49,768.15 |

CONFIDENTIAL

```
,26              ITEMIZED STATEMENT OF EARNINGS
         * * *       FOR SSN XXX-XX-████      * * *


****************************************************************
*********  THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS  *********
*********  SOCIAL SECURITY NUMBER FOR YEAR(S) REQUESTED     *********
****************************************************************
```

PAGE    4

CONFIDENTIAL