# EXHIBIT 1

CONFIDENTIAL

PT. NAME: ALBINI, GINO

MED. REC.#: 1016184

**The Hospital of Central Connecticut**
at New Britain General and Bradley Memorial

ACCT #:
D.O.B/AGE: ▇▇▇▇▇ (Age: 87)
SEX: M
LOCATION: N5 (NBG)
CAMPUS: New Britain General Campus
ORD. PHYS: Joseph Harrison MD
ATT. PHYS: Brian Beaulieu MD

ACC #: A16-13

## AUTOPSY GENERAL INFORMATION

| | | | |
|---|---|---|---|
| Pathologist: | Harold Sanchez MD | Prosector: | Rosemary Chicoine Path Asst |
| Date Admitted: | 03/12/2016 14:50 | Restrictions: | Chest Only |
| Date of Death: | 06/22/2016 00:00 | Permit From: | Robert Albini |
| Date of Autopsy: | 06/23/2016 | Relationship: | Son |

## FINAL ANATOMIC DIAGNOSIS

**CAUSE OF DEATH: Malignant mesothelioma involving left pleural cavity**

**Contributing factors: Occupational exposure to asbestos**

PRIMARY FINDINGS

Malignant mesothelioma involving the left pleural cavity.

Benign right diaphragmatic fibrous pleural plaque.

Cachexia.

Right lower lobe pneumonia.

**Harold Sanchez MD**
Signed out: 07/06/2016 09:57:15
***Electronic Signature***

## AUTOPSY GROSS DESCRIPTION

Autopsy: The patient is that of a cachetic white male weighing approximately 115 pounds and measuring 66 inches in height. The scalp hair is short, white. The irides are brown and the pupils are 0.4 cm on the right side and 0.5 cm on the left side. The jaw is wired shut with gauze in the mouth. The head and neck are within normal limits. The upper and lower extremities are within normal limits. The chest is within normal limits and along the left lateral chest wall, there is an inserted left chest tube. The abdomen is scaphoid. The patient's back is unremarkable. There are two identification bands, one on the right wrist and the other on the right ankle identifying the patient as Gino Albini. There is slight bruising over the left dorsal hand. The autopsy is limited to lung only. A Y shaped incision is used to open the pleural cavities.

Lungs:
The left lung is 330 grams. The right lung is 460 grams. There are numerous right pleural adhesions between the right lung and the parietal pleura. There are focal adhesions along the left lung and there is less than 10 cc of a yellow-tan fluid within the left pleural space. The chest plate is reflected and along the anterior aspect of the chest plate, there are focal parietal tumor nodules on the left side. The left pleural space has a parietal pleural surface that is covered by multifocal gray-white nodules ranging up to 4.0 cm. These nodules extend over the left diaphragm and there is focal plaque like change to the left diaphragm over a 4.0 cm focus. There is also focal extension of these tumor nodules over the left lateral paracardium and involving the left lateral wall of the soft tissue around the aorta and esophagus. The right parietal pleura is smooth tan with the exception of a 5.0 cm focally calcified yellow-tan plaque along the right diaphragm. The right lung viscera pleura is smooth tan with a few adhesions, however, no significant tumor nodules are seen. There is focal bronchial mucous plugging along the right side. The right lung parenchyma has a spongy tan-red cut surface with focal consolidation and hemorrhagic change along the right lower lobe of the lung. The left lung has multifocal tumor nodules involving the viscera pleura ranging up to 3.0 cm. These tumor nodules have gray-white cut surfaces. The perihilar lymph nodes of the left lung are also markedly anthracotic, tan-black and soft. The remaining uninvolved left lung parenchyma has a spongy tan-red cut surface and no other distinct lesions are grossly apparent. As previously mentioned, the autopsy is limited to examination of both lungs.

Summary of sections:
Block 1 - parietal pleura left chest plate
Block 2 - left parietal pleura
Block 3 - left lateral paracardium
Blocks 4-5 - left parietal pleura
Block 6 - left diaphragm with nodules and plaque
Block 7 - right diaphragm plaque
Block 8 - left perihilar lymph nodes
Block 9 - left upper lobe visceral pleural nodule
Block 10 - left upper lobe of lung
Block 11 - left lower lobe of lung
Block 12 - right upper lobe of lung
Block 13 - right lower lobe of lung

## AUTOPSY MICROSCOPIC DESCRIPTION

Sections of left parietal pleura, left lateral pericardium, left diaphragm, and left lung visceral pleura all show involvement by a high grade malignant tumor with a variegated histologic appearance. The tumor is composed predominantly of sheets of large, atypical polyhedral to spindled cells with abundant eosinophilic cytoplasm. The nuclei are markedly atypical and widely variable with prominent nucleoli. There is no evidence of tumor necrosis. There are 4 to 5 mitoses seen per ten high power fields. There are occasional scattered tumor giant cells and occasional tumor cells with signet ring morphology.

Immunoperoxidase stains with appropriate controls are performed (at HOCC and Hartford Hospital) and the tumor cells are positive for AE1/3, calretinin, vimentin, and D2-40. They are negative for TTF1, melan-A, and MART1.

The tumor is found on the pleural surface of the left lung but does not show significant involvement of the underlying parenchyma. The tumor invades into the muscle of the left diaphragm. The right diaphragm has a benign fibrous pleural plaque.

Sections of the left lung show mild emphysematous changes but no other significant histopathology. Sections of the right lung show mild emphysematous changes. A section of the right lower lobe shows intra-alveolar neutrophils and scattered macrophages.

Sections of left perihilar lymph nodes show fibrosis and anthracotic pigment.

## Case Discussion

The deceased was an 87-year-old man with a past medical history of possible cerebrovascular accident vs. transient ischemic attack, rheumatoid arthritis, hypothyroidism, and prostatic hyperplasia who was admitted to the Hospital of Central Connecticut on March 12, 2016 with complaint of two weeks of progressive shortness of breath and nonproductive cough. On admission he became short of breath with speech. He also noted weight loss. He was afebrile. Imaging showed a large left pleural effusion (which was drained with a chest tube) and calcified pleural plaques. Cytology of the pleural fluid showed no evidence of malignancy.

The deceased was a retired mason with a history of exposure to asbestos.

The autopsy was limited to the chest and lungs. The left parietal pleura, visceral pleura, pericardium, and diaphragm were involved by nodules of a high grade tumor with gross, histologic, and immunohistochemical features consistent with malignant mesothelioma. The lung parenchyma showed mild emphysematous changes and a right lower lobe pneumonia, but no evidence of a lung tumor. There was no evidence of bronchial or mediastinal nodal involvement.

The right pleural cavity showed a diaphragmatic fibrous pleural plaque, but no evidence of mesothelioma.

In summary, the autopsy showed evidence of involvement of the left pleural cavity by malignant mesothelioma in this patient with a history of asbestos exposure.