# EXHIBIT 2

CONFIDENTIAL

```
SSA-1826           ITEMIZED STATEMENT OF EARNINGS           JOB: 7029

                   SOCIAL SECURITY ADMINISTRATION
                   OFFICE OF CENTRAL OPERATIONS
                   6100 WABASH AVENUE
                   BALTIMORE MARYLAND   21215

                                                   Date: 08/15/2017

EARLY LUCARELLI SWEENEY & MEISENKOTHEN
LLC
ONE CENTURY TOWER 11TH FLOOR
NEW HAVEN CT 06510



We are sending the statement of earnings requested for:

   Number Holder's Name: GINO L ALBINI
   Social Security Number: XXX-XX-████

       Years Requested: 1945 THRU 2006



Control Number: 17214150558


Enclosure(s):
     Earnings Statement
```

CONFIDENTIAL

```
SSA-1826            ITEMIZED STATEMENT OF EARNINGS            JOB: 7029
```

SOCIAL SECURITY ADMINISTRATION
EARNINGS RECORD INFORMATION

Date: 08/15/2017

Our records show the amount of earnings reported, not the amount of Social Security taxes that were paid.

Wages were first covered under Social Security in 1937. Therefore, 1937 is the first year for which earnings may be shown on our records. Employers were required to report earnings semi-annually in 1937, and on a quarterly basis for the years from 1938 through 1977. Beginning with 1978, employers are required to report earnings annually.

Our records do not show the exact date of employment (month and day) because we do not need this information to figure Social Security benefits. Employers do not give us this information.

Each year, there is a maximum amount of earnings that is subject to Social Security taxes and is used to compute benefits. If a person earns more than this maximum amount, the earnings statement will usually show the maximum rather than the total earnings. Maximum benefits can be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

Beginning in 1951, self-employed persons could also receive Social Security credit for their work. The maximum amounts of self-employment earnings that are subject to Social Security taxes and are used to compute benefits can also be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

If you have any questions, you should call, write, or visit any Social Security office. If you visit or call, please bring this letter. It will help us answer questions. The toll free number to call is 1-800-772-1213 (for the deaf or hard of hearing, call our TTY number, 1-800-325-0778).

CONFIDENTIAL

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
                   * * *      FOR SSN XXX-XX-███           * * *


FROM:  SOCIAL SECURITY ADMINISTRATION
       OFFICE OF CENTRAL OPERATIONS
       6100 WABASH AVENUE
       BALTIMORE   MARYLAND   21215


NUMBER HOLDER NAME:  GINO L ALBINI
   YEARS REQUESTED:  1945 THRU 2006



EARLY LUCARELLI SWEENEY LLC ET AL
ONE CENTURY TOWER 11TH FLOOR
NEW HAVEN CT 06510




EMPLOYER NUMBER:  06-0289350
CENTREAL CO
11 ASYLUM ST
HARTFORD   CT 06103-2209

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR          TOTAL
1945       50.25                                                 $50.25


EMPLOYER NUMBER:  06-0527800
SCOVILL INC AND SUBSIDIARIES
FIRST CITY INDUSTRIES INC
% JOHN CRUMM CHIEF FINANCIAL OFFR
499 PARK AVE
NEW YORK   NY 10022-1240

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR          TOTAL
1945      641.43       818.49        57.76                     $1,517.68
1946                                              117.94         $117.94
1947      522.69       158.14                      37.64         $718.47
1948      663.56       291.01                                    $954.57


EMPLOYER NUMBER:  13-1401980
TURNER CONSTRUCTION COMPANY
3 PARAGON DR
MONTVALE   NJ 07645-1782

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR          TOTAL
1945                                121.00       366.00          $487.00

                                PAGE    1
```

CONFIDENTIAL

```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS
                * * *       FOR SSN XXX-XX-████        * * *

EMPLOYER NUMBER:  11-0629257
CLAYBURN CONTRACTING CORP
3 HUNTER ST
LONG IS CITY   NY 11101-0000

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR         TOTAL
1945                                               308.18        $308.18


EMPLOYER NUMBER:  04-1875140
STONE & WEBSTER ENGINEERING CORP
 SWINC PLAN ADMINISTRATOR-
CONSILIDATED SWINC ESTATE
% JAMES P CARROLL
4 MOUNT ROYAL AVE STE 420
MARLBOROUGH   MA 01752-1961

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR         TOTAL
1946       231.50       111.50                                   $343.00


EMPLOYER NUMBER:  06-0600841
MCKAIG CONSTRUCTION CO
MILTON RD
LITCHFIELD   CT 06759-0000

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR         TOTAL
1946                     85.84                                    $85.84


EMPLOYER NUMBER:  06-0263050
TONY BILOTTA
476 WOLCOTT ST
WATERBURY   CT 06705-1239

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR         TOTAL
1946                                               459.55        $459.55
1947                     48.10       158.45                      $206.55


EMPLOYER NUMBER:  06-0417479
KOSER KOSESKY
MEDICAL ARTS BUILDING
95 NORTH ST
WATERBURY   CT 06716-1317

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR         TOTAL
1946                                                43.75         $43.75
1947        11.25       221.25       188.76        44.80         $466.06
1948                     65.00                                    $65.00
```

CONFIDENTIAL

```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS
                  * * *    FOR SSN XXX-XX-▮▮▮▮    * * *
```

EMPLOYER NUMBER:  06-0448920
W J MEGIN INC
205 ATT JAMES CIRILLO
NEW HAVEN   CT 06510-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1947 |  |  |  | 455.89 | $455.89 |
| 1970 |  | 4683.06 | 966.00 |  | $5,649.06 |
| 1972 |  |  |  | 2539.44 | $2,539.44 |
| 1973 | 2949.32 | 4339.26 | 561.34 |  | $7,849.92 |
| 1974 | 17.80 |  |  |  | $17.80 |

EMPLOYER NUMBER:  11-1540094
HENRY R GRIECO
98-25 65TH AVE
FOREST HILLS   NY 11375-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1948 |  | 451.60 | 1128.05 | 302.00 | $1,881.65 |

EMPLOYER NUMBER:  11-1530640
DIMONT CONTRACTING CORP
76-33 164 STREET
 FLUSHING
LONG ISLAND   NY 00000-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1948 |  |  |  | 117.50 | $117.50 |

EMPLOYER NUMBER:  06-0328400
E & F CONSTRUCTION CO
D I P
505 SYLVAN AVE
BRIDGEPORT   CT 06606-3018

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1950 | 520.00 |  |  |  | $520.00 |
| 1964 | 974.40 | 208.80 |  |  | $1,183.20 |
| 1977 |  |  | 177.03 |  | $177.03 |

SELF EMPLOYMENT:

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1951 |  |  |  |  | $2,934.00 |
| 1952 |  |  |  |  | $3,600.00 |
| 1953 |  |  |  |  | $3,600.00 |
| 1954 |  |  |  |  | $3,600.00 |
| 1955 |  |  |  |  | $4,200.00 |

CONFIDENTIAL

```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS
                 * * *      FOR SSN XXX-XX-███         * * *
```

| Year | Amount |
|---|---|
| 1956 | $4,200.00 |
| 1957 | $4,200.00 |
| 1958 | $4,200.00 |
| 1959 | $4,800.00 |
| 1960 | $4,800.00 |
| 1961 | $3,365.03 |
| 1962 | $4,800.00 |
| 1963 | $799.29 |
| 1974 | $3,272.00 |
| 1975 | $2,692.00 |
| 1976 | $11,651.00 |
| 1977 | $6,323.00 |
| 1978 | $1,426.00 |
| 1979 | $5,371.00 |
| 1980 | $2,710.00 |
| 1981 | $7,791.00 |
| 1982 | $2,264.00 |
| 1983 | $9,489.00 |
| 1984 | $3,000.00 |
| 1985 | $290.00 |
| 1986 | $1,100.00 |
| 1987 | $8,333.00 |
| 1988 | $7,418.00 |
| 1989 | $2,998.00 |
| 1991 | $23,581.00 |
| 1993 | $2,780.00 |
| 1994 | $18,579.00 |
| 1995 | $33,580.00 |
| 1996 | $29,633.00 |
| 1997 | $15,496.00 |
| 1998 | $19,243.00 |
| 1999 | $14,095.00 |
| 2000 | $16,583.00 |
| 2001 | $1,720.00 |

```
EMPLOYER NUMBER:   06-0316080
A DAPONT CONSTRUCTION CO INC
1801 THOMASTON AVE
WATERBURY   CT 06704-1022
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1951 | 666.00 | | | | $666.00 |

CONFIDENTIAL

```
SSA-1826                  ITEMIZED STATEMENT OF EARNINGS
                    * * *      FOR SSN XXX-XX-████     * * *

EMPLOYER NUMBER:  06-0284189
MARIANO CARDILLO
MARIANO CARDILLO & SONS
18 MELROSE AVE
NORWALK   CT 06855-2107
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1963 |  | 960.50 | 1598.00 |  | $2,558.50 |
| 1964 |  |  | 666.00 | 1290.05 | $1,956.05 |

```
EMPLOYER NUMBER:  06-0241390
ANACONDA AMERICAN BRASS CO
414 MEADOW ST
WATERBURY  CT 06702-1809
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1963 |  |  |  | 765.78 | $765.78 |
| 1964 | 790.43 |  |  |  | $790.43 |

```
EMPLOYER NUMBER:  06-0617234
WATERBURY CONSTRUCTION CO INC
PO BOX 777
ISLE OF PALMS  SC 29451-0777
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1963 |  |  |  | 230.55 | $230.55 |
| 1975 | 288.23 |  |  |  | $288.23 |
| 1985 |  |  |  |  | $1,977.90 |
| 1991 |  |  |  |  | $506.40 |

```
EMPLOYER NUMBER:  06-0662478
CUMMINGS INSULATION CO INC
PO BOX 815
MERIDEN   CT 06450-0815
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1963 |  |  |  | 445.88 | $445.88 |

```
EMPLOYER NUMBER:  06-0479981
O & G INDUSTRIES INC
112 WALL ST
TORRINGTON   CT 06790-5464
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1964 |  | 102.00 | 1399.32 |  | $1,501.32 |
| 1965 |  | 2077.06 | 2722.94 |  | $4,800.00 |

CONFIDENTIAL

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
                    * * *     FOR SSN XXX-XX-████        * * *

EMPLOYER NUMBER:  06-0758826
FROUGE CORP
1960 BRONSON RD
FAIRFIELD   CT 06824-2838

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR          TOTAL
1964                    641.25                                   $641.25


EMPLOYER NUMBER:  06-0790580
GYLLENSVARD K & SWENSON CK PTRS
SCANDIA REALTY
51 BOSTON POST RD
EAST LYME   CT 06333-1704

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR          TOTAL
1964                    432.00                                   $432.00


EMPLOYER NUMBER:  06-0588920
WHITE OAK CORP
7 W MAIN ST
PLAINVILLE   CT 06062-1997

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR          TOTAL
1964                                              228.41         $228.41
1965       71.20                                                  $71.20


EMPLOYER NUMBER:  06-0743587
JOSEPH DIBLASI INC
367 BANTAM RD
LITCHFIELD   CT 06759-3336

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR          TOTAL
1965      227.25                                                 $227.25
1968                                              310.50         $310.50
1969                                               60.50          $60.50
1970                                 28.00                        $28.00
1976                                814.00                       $814.00
1977                                386.00                       $386.00


EMPLOYER NUMBER:  06-0793161
ALBINI CONSTRUCTION CO INC
1694 N MAIN ST
WATERBURY   CT 06704-2718

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR          TOTAL
1965                                               37.60          $37.60
1966                     68.60                                    $68.60


                                 PAGE    6
```

CONFIDENTIAL

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
                    * * *       FOR SSN XXX-XX-▉▉▉        * * *
```

EMPLOYER NUMBER:  06-0722552
SAVIN BROTHERS INC
301 HARTFORD AVE
NEWINGTON   CT 06111-1503

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1966 |  | 2341.33 | 1934.46 | 1935.59 | $6,211.38 |
| 1967 |  | 1216.94 | 395.13 |  | $1,612.07 |

EMPLOYER NUMBER:  06-0806219
FRANK P KELLY COMPANY
PO BOX 735
WATERBURY   CT 06720-0735

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1966 |  |  |  | 202.00 | $202.00 |
| 1967 | 363.60 | 99.75 | 136.35 |  | $599.70 |

EMPLOYER NUMBER:  06-0813727
CRAFT CONCRETE CONSTRUCTION CO INC
1694 N MAIN ST
WATERBURY   CT 06704-2718

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1967 |  | 51.50 |  |  | $51.50 |

EMPLOYER NUMBER:  06-0720538
F B MATTSON CO INC
12314 DEER MOUNTAIN BLVD
KAMAS   UT 84036-9336

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1967 |  |  | 1400.80 |  | $1,400.80 |
| 1975 |  |  |  | 122.98 | $122.98 |

EMPLOYER NUMBER:  06-0789325
R S GURLAND CONSTRUCTION CO INC
19 S MAIN ST
BRANFORD   CT 06405-3856

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1967 |  |  | 647.80 | 3164.75 | $3,812.55 |
| 1968 | 2760.98 | 1096.00 | 280.50 |  | $4,137.48 |
| 1969 |  | 1430.83 | 133.35 |  | $1,564.18 |

CONFIDENTIAL

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS
                * * *    FOR SSN XXX-XX-███      * * *
```

EMPLOYER NUMBER:  25-0458265
EICHLEAY CORP
6585 PENN AVE
PITTSBURGH  PA 15206-4400

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1967 |  | 221.44 |  |  | $221.44 |

EMPLOYER NUMBER:  06-0810182
J H HOGAN INC
66 ANDERSON ST
NEW HAVEN  CT 06511-2538

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1968 |  | 1764.91 | 2763.90 | 2270.80 | $6,799.61 |
| 1969 | 2710.40 | 1395.45 | 1936.72 | 1172.15 | $7,214.72 |
| 1972 |  | 147.60 | 5.76 |  | $153.36 |
| 1974 |  | 1052.60 | 3182.00 |  | $4,234.60 |
| 1977 |  | 462.95 | 446.91 |  | $909.86 |

EMPLOYER NUMBER:  06-0791371
CONNECTICUT CONCRETE
 CONSTRUCTION CO INC
284 TOLLAND ST
EAST HARTFORD  CT 06108-2414

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1969 |  | 1322.10 | 715.90 |  | $2,038.00 |

EMPLOYER NUMBER:  06-0793519
D & A KON-KRETE CONSTRUCTION CO INC
30A SPRING ST
NEWINGTON  CT 06111-1109

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1969 |  |  | 946.95 | 342.90 | $1,289.85 |

EMPLOYER NUMBER:  06-0705725
POHLMAN & CASTELLAZZO INC
40 WOODSIDE DR
ORANGE  CT 06477-1923

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1969 |  |  |  | 280.00 | $280.00 |
| 1972 |  |  | 538.00 |  | $538.00 |

CONFIDENTIAL

```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS
                 * * *     FOR SSN XXX-XX-▮▮▮▮      * * *
```

EMPLOYER NUMBER: 06-0723805
CARL G PETERSON INC
PO BOX 557
NAUGATUCK  CT 06770-0557

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1969 |  |  |  | 2172.00 | $2,172.00 |
| 1970 | 4023.40 | 63.02 | 3713.58 |  | $7,800.00 |
| 1971 | 5336.88 | 2463.12 |  |  | $7,800.00 |
| 1972 | 3734.50 | 4492.14 | 773.36 |  | $9,000.00 |
| 1973 | 151.48 |  |  |  | $151.48 |
| 1974 |  | 263.48 | 197.62 |  | $461.10 |
| 1975 | 2072.25 | 4695.62 | 3265.27 | 884.54 | $10,917.68 |
| 1976 | 56.63 | 889.26 |  | 4.36 | $950.25 |
| 1977 |  |  | 717.40 | 764.00 | $1,481.40 |
| 1978 |  |  |  |  | $8,946.75 |

EMPLOYER NUMBER: 06-0848001
JOHN S CANTILLON
JOHN CANTILLON GENERAL CONTRACTOR
 KUKAS LN
WATERBURY  CT 06705-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1969 |  |  |  | 96.80 | $96.80 |
| 1970 | 24.20 |  |  |  | $24.20 |

EMPLOYER NUMBER: 13-1596086
MUNRO WATERPROOFINGS INC
139 BROOK ST
GARDEN CITY  NY 11530-6405

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1969 |  |  |  | 199.65 | $199.65 |
| 1970 | 520.30 |  |  |  | $520.30 |

EMPLOYER NUMBER: 94-1317494
ASSOCIATED CONSTRUCTION &
 ENGINEERING CO OF CALIF INC
139 MARCO WAY
SOUTH SAN FRANCISCO  CA 94080-6917

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1970 |  |  | 235.80 |  | $235.80 |

CONFIDENTIAL

```
SSA-1826                  ITEMIZED STATEMENT OF EARNINGS
                * * *      FOR SSN XXX-XX-████        * * *
```

EMPLOYER NUMBER:  06-0835054
COMMERCIAL ENTERPRISES INC
PO BOX 3324
WATERBURY   CT  06705-0324

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1971 | | | | 128.80 | $128.80 |

EMPLOYER NUMBER:  06-0844905
ULTIMATE CONCRETE PUMPING CORP
603 E MAIN ST
WATERBURY   CT  06702-1707

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1973 | 115.83 | | 98.01 | 2307.69 | $2,521.53 |
| 1974 | | 1630.83 | | 644.58 | $2,275.41 |
| 1975 | 79.99 | | | | $79.99 |

EMPLOYER NUMBER:  06-0710302
AMERICAN PLASTERERS INC
870B FOUR ROD RD
BERLIN   CT  06037-3630

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1973 | | | 2619.54 | 1211.76 | $3,831.30 |
| 1984 | | | | | $1,048.32 |
| 1985 | | | | | $141.20 |

EMPLOYER NUMBER:  04-2114562
NATGUN CORPORATION
11 TEAL RD
WAKEFIELD   MA  01880-1223

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1973 | | | | 89.60 | $89.60 |

EMPLOYER NUMBER:  13-2694266
INTERSTATE LATH PLASTER & DRY
 WALL CORP
370 NORTHERN BLVD
GREAT NECK   NY  11021-4813

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1974 | 2380.80 | 297.60 | 74.40 | | $2,752.80 |

CONFIDENTIAL

```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS
                 * * *      FOR SSN XXX-XX-████        * * *
```

EMPLOYER NUMBER:  06-0854503
UNITED MASON CONTRACTORS INC
1240 FARMINGTON AVE
BERLIN   CT 06037-2343

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1974 |  | 152.56 |  |  | $152.56 |

EMPLOYER NUMBER:  06-0290270
MAX H TEITELMAN
CHAPEL CONSTR CO
100 ASHMUN ST
NEW HAVEN   CT 06511-3668

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1975 |  |  |  | 430.10 | $430.10 |
| 1976 | 271.15 | 76.40 |  |  | $347.55 |

EMPLOYER NUMBER:  06-0874701
MARIANO CARDILLO & SONS INC
% MICHAEL CARDILLO
PO BOX 725
WEST REDDING   CT 06896-0725

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1976 |  |  | 840.40 |  | $840.40 |

EMPLOYER NUMBER:  06-0918533
SPEED FAB-CRETE OF CENTRAL
  CONNECTICUT INC
  MALLANE LN
NAUGATUCK   CT 06770-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1976 |  |  | 310.53 |  | $310.53 |
| 1977 |  |  |  | 4558.82 | $4,558.82 |
| 1978 |  |  |  |  | $5,602.37 |

EMPLOYER NUMBER:  06-0944383
CHAPEL CONSTRUCTION CO INC
100 ASHUM ST
NEW HAVEN   CT 06511-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1976 |  |  |  | 386.00 | $386.00 |
| 1977 |  |  | 365.62 |  | $365.62 |

PAGE   11

CONFIDENTIAL

```
SSA-1826                    ITEMIZED STATEMENT OF EARNINGS
                    * * *     FOR SSN XXX-XX-████         * * *

EMPLOYER NUMBER:  06-0895795
WATERTOWN CONSTRUCTION CO INC
PO BOX 59
WATERTOWN   CT 06795-0059

YEAR       1ST QTR       2ND QTR       3RD QTR       4TH QTR              TOTAL
1977        138.48        563.45        682.82                         $1,384.75
1978                                                                   $1,295.00
1979                                                                   $3,967.98
1980                                                                     $430.33
1981                                                                   $2,545.90
1982                                                                   $1,594.30
1983                                                                     $287.85
1984                                                                     $700.70
1985                                                                  $12,649.79
1986                                                                     $528.00
1990                                                                     $166.00
1991                                                                  $15,558.82
1992                                                                  $41,249.91
1993                                                                  $14,227.78
1994                                                                   $6,020.13


EMPLOYER NUMBER:  06-0915411
ADELINO RODRIGUES
A RODRIGUES & SONS CONCRETE
 CONSTRUCTION
66 LEWIS ST
NAUGATUCK   CT 06770-4427

YEAR       1ST QTR       2ND QTR       3RD QTR       4TH QTR              TOTAL
1977                      132.50                                         $132.50


EMPLOYER NUMBER:  06-0359260
GELLATLY CONSTRUCTION COMPANY
 BANKRUPTCY
YOST BYRON P TTEE
55 CHURCH ST
NEW HAVEN   CT 06510-3014

YEAR       1ST QTR       2ND QTR       3RD QTR       4TH QTR              TOTAL
1977                                    588.54                           $588.54


EMPLOYER NUMBER:  06-0839966
BRENNAN CONSTRUCTION CO
194 SUMMERFIELD GDNS
SHELTON   CT 06484-6309

YEAR       1ST QTR       2ND QTR       3RD QTR       4TH QTR              TOTAL
1977                                     78.80                            $78.80
```

CONFIDENTIAL

```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS
                 * * *    FOR SSN XXX-XX-▮▮▮▮     * * *

EMPLOYER NUMBER:  06-0951965
MICHAEL A IZZI & SON INC
87 INDUSTRY LN
WATERBURY   CT 06704-2481

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR            TOTAL
1977                                 112.87                        $112.87


EMPLOYER NUMBER:  06-0629633
EDWARD H COON CO INC
125 SCOTT AVE
WATERTOWN   CT 06795-2520

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR            TOTAL
1979                                                               $895.84
1981                                                            $19,251.15
1982                                                             $4,845.28
1983                                                             $4,393.24
1984                                                             $1,221.37
1985                                                             $4,576.00
1986                                                            $28,547.20
1987                                                            $34,750.80
1988                                                            $37,581.68
1989                                                            $30,279.90


EMPLOYER NUMBER:  06-0723805   (HOUSEHOLD)
CARL G PETERSON INC
PO BOX 557
NAUGATUCK   CT 06770-0557

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR            TOTAL
1979                                                             $6,649.24


EMPLOYER NUMBER:  06-0629633   (AGRICULTURAL)
EDWARD H COON CO INC
125 SCOTT AVE
WATERTOWN   CT 06795-2520

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR            TOTAL
1980                                                            $17,254.40


EMPLOYER NUMBER:  06-0722173
MONTANO BROS INC
PO BOX 8227
MANCHESTER   CT 06040-0227

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR            TOTAL
1980                                                               $884.00
```

CONFIDENTIAL

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS
              * * *     FOR SSN XXX-XX-████         * * *

1990                                                      $5,570.40


EMPLOYER NUMBER:  06-1025973
GAR-SAN CORPORATION
680 MAIN ST
WATERTOWN   CT 06795-2655

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR         TOTAL
1981                                                            $112.40


EMPLOYER NUMBER:  06-1043197
ARCHITECTURAL PLASTERING CORP
393 LEDYARD ST STE A
HARTFORD   CT 06114-3209

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR         TOTAL
1982                                                         $14,514.10
1983                                                         $21,241.95
1984                                                         $25,784.84
1985                                                         $19,965.00
1986                                                          $4,857.60
1987                                                            $716.25


EMPLOYER NUMBER:  06-0918563
G E MACK CO INC
PO BOX 169
NEW HAVEN   CT 06513-0169

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR         TOTAL
1983                                                            $288.00


EMPLOYER NUMBER:  06-1287690
COON COMPANY
30 DEPOT ST
WATERTOWN   CT 06795-2607

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR         TOTAL
1990                                                            $836.00
1991                                                            $880.00
```

CONFIDENTIAL

```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS
                  * * *      FOR SSN XXX-XX-████         * * *

EMPLOYER NUMBER:  06-1132687
INTERIOR TECHNOLOGY INC
HOFFMAN MARTIN W TTEE
29 S MAIN ST STE 215
WEST HARTFORD   CT 06107-2498

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
1991                                                           $10,566.40
1993                                                              $884.80


EMPLOYER NUMBER:  06-0874701   (HOUSEHOLD)
MARIANO CARDILLO & SONS INC
% MICHAEL CARDILLO
PO BOX 725
WEST REDDING   CT 06896-0725

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
1993                                                            $5,676.00


EMPLOYER NUMBER:  06-0646921
TAFT SCHOOL CORPORATION
110 WOODBURY RD
WATERTOWN   CT 06795-2130

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
2001                                                           $34,676.25
2002                                                           $44,528.00
2003                                                           $44,155.58
2004                                                           $46,209.90
2005                                                           $44,395.26
2006                                                           $44,796.79


****************************************************************
*********   THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS   *********
*********   SOCIAL SECURITY NUMBER FOR YEAR(S) REQUESTED      *********
****************************************************************
```

CONFIDENTIAL

CONFIDENTIAL