# EXHIBIT 4

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 )</br>) Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) </br>) (Jointly Administered) |
| Debtors. | ) ) |

### AFFIDAVIT OF ROBERT ALBINI

I, Robert Albini, am the executor of the estate of Gino Albini, my father. My father was diagnosed on June 23, 2016 with malignant mesothelioma caused by his exposure to asbestos. He died on June 22, 2016.

I make the following statements regarding my father's asbestos exposure on information and belief, based on statements made by my father, in writing and under oath, before he passed away. On numerous occasions from 1968 through 1972, he worked as a mason for both union and non-union contractors at Millstone Nuclear Power Plant, located in Waterford, Connecticut. As a mason, his responsibilities included fabricating structures, including concrete beams, columns and panels, pouring and mixing cement, and setting forms or molds for joints and edges. He was also responsible for the installation and repair of cement on industrial equipment, including re-bricking ovens and boilers using insulation cement. While repairing damaged areas, he used a

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

DOC# 2762250.v1 – 12/7/17

sledgehammer or a powered saw to break and cut away an area of the cement or brick. This process created visible dust which covered his clothing and that he inhaled.

On a regular basis during this time he worked in close proximity to other tradesmen who used asbestos-containing products and insulation while they repaired equipment, and installed pipes, steam lines, and boilers. This work created visible dust, which he breathed. As a result of his work and proximity to others working with asbestos-containing products on a regular basis he was exposed to asbestos-containing dust that he inhaled.

I was a member of my father's household from 1968 through 1972.

Based on information and belief, my father was not aware of the Bar Date for asbestos-related claims in the Energy Future Holdings Bankruptcy. I was not aware of the Bar Date in the Energy Future Holdings Bankruptcy until after my father's diagnosis.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 8, 2017

_____
Robert Albini

SWORN to and subscribed before me this _11th_ day of _Dec_, 20_17_.

_____
Notary Public
My Commission Expires: MY COMMISSION EXPIRES 10/31/2020

_Sandra A. Brunoli_
Printed Name of Notary