# EXHIBIT 5

CONFIDENTIAL


Hartford HealthCare

HHC HH Hartford Hospital
80 Seymour Street
Hartford CT 06102-8000
Inpatient Record

BISSELL,HAROLD
MRN: 2000048392
DOB: ▮▮▮▮▮, Sex: M
Acct #: 11636206809
Adm: 1/11/2017, D/C: 1/12/2017

## All Results (02/06/17 - 01/11/17)

**Pathology Report [78572136]**  Resulted: 02/06/17 1730, Result status: Final result

Ordering provider:  Mario Katigbak, MD 01/11/17 0000    Resulting lab:  HOSPITAL LAB

**Specimen Collection**

| Type | Source | Collected On |
|---|---|---|
|  |  | 01/11/17 0000 |

**Components**

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Report | -- | | | Hospital |

Result:
(NOTE)
HARTFORD HOSPITAL LABORATORY
80 Seymour St., Hartford CT 06102-5037  CT REG HP-0254    (860) 696-8020
1-800-286-9800

Surgical Pathology Report

PATIENT NAME: BISSELL, HAROLD
SPECIMEN NUMBER: HS17-581
MED REC NUMBER: 2000048392
DOB (AGE): ▮▮▮▮ (Age: 69)
SEX: M
ACCOUNT NUMBER: 100040537486
LOCATION: B7E
DATE OBTAINED: 1/11/2017
DATE RECEIVED: 1/11/2017
SUBMITTING MD: MARIO KATIGBAK, MD
Copy to:

DIAGNOSIS
A & B LEFT PARIETAL PLEURA, BIOPSIES: MALIGNANT MESOTHELIOMA, EPITHELIOID
TYPE. SEE COMMENT.

mfg/1/13/2017
**Electronically Signed Out**
MARY FIEL-GAN, MD

COMMENT
Both specimens show atypical proliferation of epithelioid cells (with
cytomorphologic features reminiscent of mesothelial cells), within fibrous
connective tissue and with superficial infiltration into attached fat.
Immunohistochemical studies show positivity for the mesothelial markers,
calretinin, WT-1, CK5 (focal), and D2-40. The markers for adenocarci noma,
MOC-31, Ber-EP4 and TTF-1 are all negative.

The histomorphologic features and immunohistochemical profile supports the
diagnosis of malignant mesothelioma, epithelioid type. The consultation report
from MSKCC agrees with the diagnosis (copy of this report is in file at the HH
Anatomic Pathology office). Additional study done at MSKCC reveals loss of
BAP-1, further supporting the diagnosis of malignancy.


88305, 88331, 88342, 88341 x 7

Clinical Diagnosis and History:
Pleural effusion. Thickened pleura with plaques and small nodules.

Tissue(s) Submitted:
A: PARIETAL PLEURAL LEFT
B: PARIETAL PLEURA LEFT PERM

Gross Description:
Specimen A is received fresh for intraoperative consultation labeled parietal
pleura left and consists of a 2.1 x 1.0 x 0.2cm irregular portion of pink-red
fibromembranous tissue which is serially sectioned. A portion is submitted for
frozen section microscopy labeled A1FS and the remainder is submitted labeled
A2.

Specime n B is received in formalin parietal pleura left perm and consists of two
irregular portions of tan pink fibromembranous tissue with attached fat
measuring 1.5 x 1.5 x 0.2 cm and 1.2 x 1.0 x 0.2 cm. The tissue is serially
sectioned and submitted in its entirety for permanent microscopy labeled B1-B2.



Hartford HealthCare

HHC HH Hartford Hospital
80 Seymour Street
Hartford CT 06102-8000
Inpatient Record

BISSELL,HAROLD
MRN: 2000048392
DOB: ▓▓▓▓▓▓, Sex: M
Acct #: 11636206809
Adm: 1/11/2017, D/C: 1/12/2017

## All Results (02/06/17 - 01/11/17) (continued)

**Pathology Report [78572136] (continued)**  Resulted: 02/06/17 1730, Result status: Final result
(LW)

LW

Intraoperative Consult Diagnosis:
A1/FSDX: LYMPHOID AGGREGATES AND MESOTHELIAL PROLIFERATION WITHOUT INVASION OF ATTACHED SKELETAL MUSCLE, NOT DIAGNOSTIC OF MALIGNANCY. TV

THERESA M. VOYTEK, MD

**Cytology Report [78572131]**  Resulted: 01/16/17 1242, Result status: Final result

| Ordering provider: | Mario Katigbak, MD  01/11/17 1140 | Resulting lab: | HOSPITAL LAB |
|---|---|---|---|

**Specimen Collection**

| Type | Source | Collected On | |
|---|---|---|---|
| | | 01/11/17 1140 | |

**Components**

| | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Report | -- | | | Hospital |

Result:
(NOTE)
HARTFORD HOSPITAL LABORATORY
80 Seymour St., Hartford CT 06102-5037  CT REG HP-0254  (860) 696-8020
1-800-286-9800

Cytopathology Report

PATIENT NAME: BISSELL, HAROLD
SPECIMEN NUMBER: HN17-55
MED REC NUMBER: 2000048392
DOB (AGE): ▓▓▓▓▓▓ (Age: 69)
SEX: M
ACCOUNT NUMBER: 100040537486
LOCATION: B7E
DATE OBTAINED: 1/11/2017
DATE RECEIVED: 1/11/2017
SUBMITTING MD: MARIO KATIGBAK, MD
COPY TO:
DIAGNOSIS:
PLEURAL FLUID LEFT:

ABUNDANT ATYPICAL CELLS IN PAPILLARY STRICTURES; FAVOR ATYPICAL MESOTHELIAL PROLIFERATION.
SEE HS17-581 FOR A DEFINITIVE DIAGNOSIS.

ka/1/12/2017
**Electronically Signed Out**
MARGARET ASSAAD, MD

Clinical Diagnosis and History:
LEFT PLERUAL EFFUSION (ASBESTOS EXPOSURE)

Tissue(s) Submitted:
A: Pleural Fluid LEFT

Specimen Description:
RECEIVED 45 MLS CLOUDY YELLOW FLUID [1 THINPREP AND 2 SMEARS MADE]

3 SLIDES TOTAL

CONFIDENTIAL