# EXHIBIT 6

CONFIDENTIAL

```
                              VOLUME 1
                              PAGES: 1-201
                              EXHIBITS: 1-6

        S T A T E   O F   C O N N E C T I C U T
        IN RE:  BRIDGEPORT ASBESTOS LITIGATION
             NO:  ASB-FBT-CV17-6063989-S

**************************
HAROLD BISSELL and          *
JANICE BISSELL,             *
     Plaintiffs,            *   SUPERIOR COURT
                            *
vs.                         *   J.D. OF FAIRFIELD
                            *
ABCO WELDING &              *   AT BRIDGEPORT
INDUSTRIAL SUPPLY, INC.,    *
ET AL.,                     *
     Defendants.            *
**************************




        VIDEOTAPED DEPOSITION OF HAROLD BISSELL
            Mystic Marriott Hotel & Spa
                 625 North Road
              Groton, Connecticut
        Wednesday, June 21, 2017, 10:03 A.M.




------- Linda Horne, CSR, RPR, LSR #482 ------
        EPPLEY COURT REPORTING, LLC
             Post Office Box 382
        Hopedale, Massachusetts  01747
    (508) 478-9795   (508) 478-0595 (Fax)
          www.eppleycourtreporting.com
```

CONFIDENTIAL

Page 150

1   It was all yellow and cracked and broken. And
2   I tore that out and put new sheetrock up.
3        Q.   Again, when you took that sheetrock
4   out of the garage, there were no markings on it
5   that told you who made it, was there?
6        A.   There probably was, but I didn't pay
7   attention to it.
8        Q.   Not limiting it to your most recent
9   house, did you ever live in a house where
10  someone replaced a roof, whether you personally
11  or a contractor, other than the one you told us
12  about in Mystic?
13       A.   I can't think of any right now.
14       Q.   After having worked in the industry
15  for all these years you've worked in the
16  unions, did you come to an understanding at a
17  certain point that certain products, building
18  products, used to have asbestos in them?
19       A.   I'm aware of that, yes.
20       Q.   Thinking back on all the houses you've
21  lived in, is there ever a job you've done at
22  any of the houses or have you seen anyone else
23  do a job at any of the houses that you now
24  think that work involved removing asbestos for

Page 151

1   any of those houses that you've lived in?
2        A.   Not to my knowledge, no.
3        Q.   The same basic question:  Thinking
4   back on all the jobs you've done and all the
5   renovations, was there ever a job where what
6   you were putting in you now believe to have
7   been asbestos?
8        MR. SWEENEY:  I'm going to object,
9   because many of the products you're talking
10  about, an individual using them in a given time
11  period wouldn't know whether they contained or
12  didn't contain asbestos.  It was not listed as
13  an ingredient.
14       So if you know, say it.  If you don't
15  know, say you don't know.
16       A.   I don't know.
17       MR. SQUITIERO:  I think this is a good
18  place to break, then.
19       THE VIDEOGRAPHER:  We're going off
20  record at 12:53.
21       (Off the record, 12:53 p.m.)
22       (Back on the record, 1:10 p.m.)
23       THE VIDEOGRAPHER:  We're back on
24  record.  The time is 1:10.

Page 152

1        Q.   Mr. Bissell, are you ready to start
2   again?
3        A.   Yes, I am.
4        Q.   We'll move into your work history, but
5   I just want to go over a couple of basic things
6   first before I get to that.
7        You've never testified like this
8   before, correct?
9        A.   No.  This is the first.
10       Q.   I asked you what you did to prepare,
11  but I didn't ask you the follow-up question:
12  Do you have any documents in your possession
13  today that relate back to your work at either
14  of the unions you worked for?
15       A.   No.
16       Q.   If you ever had records like that,
17  they don't exist anymore?
18       A.   I've never kept records myself.  I
19  wish I had.
20       Q.   Sometimes people keep a logbook or a
21  diary of jobsites or work they've done.
22       Did you ever have anything like that
23  over the years?
24       A.   No.

Page 153

1        Q.   Did you ever have a list of equipment
2   that you worked with or around, anything like
3   that?
4        A.   No.
5        Q.   During the years that you worked in
6   the union, did you ever file a workers'
7   compensation claim?
8        A.   I did, yes, one time.
9        Q.   What was the injury?
10       A.   I was building -- erecting a
11  scaffolding, and I was on my hands and knees.
12  There was pipes overhead, and I tore the
13  meniscus in my left knee.  I had to have
14  surgery.
15       Q.   You filed a claim for that?
16       A.   Yes.
17       Q.   Do you remember where you were working
18  at the time?
19       A.   It was Millstone power plant on unit
20  2. Pullman Powell was the name of the company
21  I worked for at the time.
22       Q.   At that time, which union were you in?
23       A.   Local 24.
24       Q.   Was that the carpenters?

Page 154

1    A.   Yes.  Sorry.  Yes.
2    Q.   Did you have to give any sort of a
3  statement about the incident in that case?
4    A.   I don't recall doing that.
5    Q.   Going back to when your brother first
6  talked to you about the union, you joined the
7  laborers union?
8    A.   That's correct.
9    Q.   And am I correct that once you
10  started, the next week you were a full member
11  of the union immediately?
12    A.   I paid my union dues, yes, and then I
13  was a member.
14    Q.   Were you on any sort of a restriction
15  about what work you were allowed to do
16  initially?
17    A.   No.
18    Q.   You said there was not any kind of
19  formal apprenticeship program?
20    A.   Correct.
21    Q.   Was there on-the-job training, though,
22  even if it wasn't called an apprenticeship
23  program?
24    A.   No, I never went to OJT.

Page 155

1    Q.   Let's take the first year that you
2  worked for the laborers union.  What sorts of
3  jobs did you do over that year?  I'm just
4  talking about in general terms, helping a
5  carpenter, helping a mason, or whatever.
6    A.   As a laborer, I did a lot of digging
7  with a pick and shovel.  Mostly that.  I did a
8  lot of cleanup after the other trades were
9  done.  Things like that.
10    Q.   As a laborer during the time that you
11  were in the union, obviously, you just told us
12  you used a pick and a shovel as tools.
13         What other kinds of tools were you
14  allowed to use in that position?
15    A.   Well, we used air-operated pavement
16  breakers, used a hammer.  Did some demolition
17  work.  Hammers, flat bars.  Not that much.
18    Q.   Did you have a title when you were in
19  the laborers union?
20    A.   No.
21    Q.   Were there supervisors?
22    A.   Yes.
23    Q.   Did you ever make a supervisor in the
24  laborers union?

Page 156

1    A.   Not in the laborers union, no.
2    Q.   The entire time you worked in that
3  union, what you told me was -- was it 547?
4    A.   547, yes.
5    Q.   That whole time, did you have any
6  other titles other than just laborer?
7    A.   I was just a laborer, correct.
8    Q.   Were there particular types of
9  facilities that you would go to with the
10  laborers union to do work?
11    A.   You'd go to the -- if I was out of
12  work, I'd go to the union hall, and they'd send
13  you out on a job, if they needed laborers.  And
14  you're saying facilities, like...
15       MR. SWEENEY:  Where did you work?
16       THE WITNESS:  I worked at the C.J.
17  Bates factory in Essex as a laborer.
18    Q.   Is that the first job you can recall
19  going to?
20    A.   No, the first job I went to was a
21  school in Montville that was under
22  construction.
23    Q.   What was your job there?
24    A.   The electricians were installing

Page 157

1  conduit, and we'd have to dig these trenches in
2  the ground, laid the conduit for the -- to go
3  up through the floors and stuff.  That was my
4  first job.
5    Q.   Was the floor poured yet?
6    A.   No.
7    Q.   This was the very beginning of
8  construction?
9    A.   Very beginning, yes.  Correct.
10    Q.   Were the electricians working right
11  next to you?
12    A.   Yes, as we'd get an excavation or
13  trenches done, they would put their conduit in
14  and lay it out where the next trench was.
15    Q.   So they had some sort of a plan that
16  showed where the trenches had to be done?
17    A.   Yes, they did.
18    Q.   You would dig the trenches?
19    A.   Yes.
20    Q.   And they -- the electricians would
21  come after you and put the conduit in the
22  ground?
23    A.   That's correct.
24    Q.   Who would then have to fill the hole

Page 158

1  back in?
2    A.  We did.  The laborers did.  We'd
3  backfill it.
4    Q.  And then after that, that's the end of
5  that job?
6    A.  As far as the laborers, yes.
7    Q.  Were the electricians actually pulling
8  wire at that time?
9    A.  At the point I left the job, I don't
10  recall them pulling any cable through the
11  conduit.  I was only there for a couple of
12  weeks.
13    Q.  How large was the conduit?
14    A.  As I recall, probably inch-and-a-half,
15  two-inch conduit.
16    Q.  I'm not sure there's a way to do this
17  other than to go through the places you can
18  recall working.  So that job was several weeks
19  at a school that was being built?
20    A.  Yes.
21    Q.  Did you do any other jobs there other
22  than digging for the conduit?
23    A.  No, I did not.
24    Q.  And this was through the union?

Page 159

1    A.  Yes.
2    Q.  Do you recall who the employer was?
3    A.  I don't -- I don't recall.  It could
4  have been F.W. Brown, but I'm not sure of that.
5  I'm not sure.
6    Q.  In general, would the general
7  contractor on the job hire the laborers, or
8  would it be the subcontractors?
9    A.  Both.
10    Q.  So it really depended job to job?
11    A.  Correct.  Yes.
12    Q.  In that particular job at Montville,
13  was that the general who hired you?
14    A.  I assume they did.  They called the
15  union hall and business agent and asked for X
16  number of laborers.
17    Q.  That's how you would get a job in the
18  union is you would be assigned by the union
19  hall.  They would tell you who the employer
20  was.  And how would you know where to go then?
21    A.  They would just tell you where it was,
22  and you'd just use a map.  We didn't have GPS
23  or anything at the time.  It was all local
24  stuff.

Page 160

1    Q.  So the union hall would tell you who
2  the employer was and where the jobsite was?
3    A.  Yes.
4    Q.  And then you would go, and you would
5  report to the jobsite?
6    A.  Correct.
7    Q.  Once you were at the jobsite, were you
8  under the control of that employer?
9    A.  Yes.
10    Q.  And so they directed your work from
11  that point on?
12    A.  That's correct.
13    (Bissell Deposition
14    Exhibit 3 so marked.)
15    Q.  Have you seen that piece of paper
16  before, sir?
17    A.  Yes.
18    Q.  It was delivered to us as the amended
19  jobsite list for you.  Do you recognize it as
20  that?
21    A.  Yes, I believe so.
22    Q.  It's been marked as Exhibit Number 3;
23  is that right?
24    A.  That's correct.

Page 161

1    Q.  Did you give the information that
2  became this Exhibit 3?
3    A.  Yes.
4    Q.  You weren't the one who typed it on
5  this form, right?
6    A.  No, I did not.
7    Q.  Have you seen that finished form
8  printed out on this kind of a grid before
9  today?
10    A.  Yes.  I think so, yes.
11    Q.  I'm not sure of a way to keep this
12  straight other than kind of going down the
13  list, and we'll try and work along with this.
14    A.  Okay.
15    Q.  So if you look at the top page it
16  says, Harold R. Bissell jobsite list.
17    A.  Yes.
18    Q.  Then there's columns for dates and
19  employer and notes?
20    A.  Uh-huh.
21    Q.  In '65, it says, Graduated high
22  school.  That sounds right?
23    A.  Yes.
24    Q.  Then '65, Olean Business Institute.

Page 162

1 We've already spoken about that?
2    A. Yes.
3    Q. 1965 lawn furniture company. We've
4 already talked about that?
5    A. Right.
6    Q. Then '65 to '66, it says Taylor
7 Instruments, and '66 to '69, U.S. Army?
8    A. Yes.
9    Q. In '69, joined laborers union and
10 underneath that, Howard Johnson Hotel, Mystic,
11 Connecticut?
12    A. That wasn't my first job.
13    Q. Okay. This job you just described for
14 us before I had this marked was before the
15 Howard Johnson Hotel?
16    A. Yes.
17    Q. It was at the school?
18    A. Yes.
19    Q. Can you think of any jobsites in
20 between the school and the Howard Johnson
21 Hotel?
22    A. Yes. I worked in a pasture helping a
23 carpenter put in a foundation on a horse barn,
24 stables, small stables. Yes.

Page 163

1    Q. That job was through the union?
2    A. Yes.
3    Q. Which means there had to be some
4 contractor on the job who hired you?
5    A. It was a carpenter and myself. The
6 company I was digging the trenches for the
7 electricians on the Montville high school, the
8 superintendent on the job sent me with this
9 other carpenter to go to Norwich, New York --
10 Norwich, Connecticut to work with this
11 carpenter putting in the footings and
12 foundations.
13    Q. And your job at that location was to
14 dig the holes that would then hold the
15 foundation?
16    A. Yes.
17    Q. Did you do any other work there other
18 than digging the trenches or the holes?
19    A. No, I did not.
20    Q. Then from that point once the hole was
21 there, then making the forms, mixing the
22 cement, was all done by the carpenter?
23    A. I think they had a concrete truck come
24 in to pour the concrete. He didn't mix it, and

Page 164

1 I didn't mix it.
2    Q. Did you stay on the job while he was
3 making the forms?
4    A. Yes.
5    Q. What was your job at that point when
6 he's in the hole or doing whatever he's doing
7 to make these forms? What do you have to do
8 then?
9    A. Just stand around, and if he needed
10 something, I'd get it or dig a little more.
11    Q. Once he had the forms together, he
12 braces them in some way so they won't collapse?
13    A. Right.
14    Q. And then there has to be backfilling
15 done?
16    A. Yes.
17    Q. You put the ground back next to the
18 form so it won't blow out, right?
19    A. If he couldn't brace it with wood
20 somehow, I'd backfill it.
21    Q. So you had to be there for that. If
22 backfilling was necessary, you would do that?
23    A. That's correct.
24    Q. And then once the actual cement is

Page 165

1 poured into the form, do you have any further
2 responsibility on that job?
3    A. When he built the forms -- I left the
4 job before the concrete was poured.
5    Q. Did you ever go back to that job?
6    A. No, I didn't.
7    Q. So during the time that you were
8 there, the work that you saw being done was
9 limited to you digging a trench or a hole?
10    A. Uh-huh.
11    Q. And him putting wood together for a
12 form?
13    A. Yes, that's correct.
14    Q. Do you have any recollection of any
15 asbestos being used at that job?
16    A. No, I don't.
17    Q. Was he using any kind of wire mesh or
18 anything for the cement that you saw him
19 installing?
20    A. Not mesh but rebar.
21    Q. That was, again, his job, the rebar?
22    A. He did that, yes. I don't recall
23 helping him do that.
24    Q. And how long were you at that job?

Page 166

1    A.  Oh, boy, a couple weeks.  Wasn't long.
2    Q.  What was being built, to your
3  recollection?
4    A.  It was a -- what was being built?
5    Q.  Yes.
6    A.  The building was already there.  It
7  was built off of an -- it was all rotted on the
8  bottom.  So we jacked it up, and then I dug.
9  And then he did the wood forms and then poured
10  the concrete and anchored that.
11    Q.  It was to repair the foundation for
12  the same footprint; they weren't putting on an
13  addition or anything?
14    A.  That's correct.
15    Q.  And that was the last time you were at
16  that job?
17    A.  Yes.
18    MR. SQUITIERO:  I think we have to
19  change tapes.  We'll go off the record for a
20  minute.
21    THE VIDEOGRAPHER:  This is the end of
22  videotape 2.  We're going off record at 1:25.
23    (Off the record, 1:25 p.m.)
24    (Back on the record, 1:27 p.m.)

Page 167

1    THE VIDEOGRAPHER:  Back on record at
2  1:27.  This begins videotape 3.
3    Q.  Mr. Bissell, are you ready to go
4  ahead?
5    A.  Yes, sir.
6    Q.  We just finished up talking about that
7  job where the foundation and wall had to be
8  repaired.
9    What's the next job you can recall
10  going to after that?
11    A.  Let me look at that.  I think some of
12  these are in the wrong chronological order.  I
13  think Thames Valley Steel was after the stable
14  job.
15    Q.  Thames Valley Steel, what town was
16  that?
17    A.  New London.
18    Q.  Do you remember who the contractor was
19  that you worked for.
20    A.  F.W. Brown.
21    Q.  What was the job that was happening
22  then?
23    A.  Putting an addition onto the steel
24  company's existing building.

Page 168

1    Q.  How many laborers were on the job with
2  you?
3    A.  Oh, boy, just a couple, as I recall.
4    Q.  What were you, as laborers in the
5  union, doing on that job?
6    A.  I was doing the same thing I did at
7  the Montville school job.  It was a pick and
8  shovel and digging trenches for the steel or
9  conduit.
10    Q.  So, again, we're at the same point in
11  the construction where it's prior to the floor
12  even having been poured for the building?
13    A.  That's correct.
14    Q.  You're putting in conduit underneath
15  the floor that will hold wire and cable?
16    A.  Conduit, and the pipefitters were
17  there.  They were piping for water or whatever.
18    Q.  The conduit that the electricians were
19  using, was that being done there the same way
20  it was being done at the school job?
21    A.  Yes.
22    Q.  Did you see them connecting that
23  conduit in any way?
24    A.  No, I didn't pay attention to what

Page 169

1  they were doing.
2    Q.  On any job, did you ever see
3  electricians connecting pieces of conduit to
4  each other?
5    A.  When I worked at Millstone, yes.
6    Q.  How would that conduit be connected?
7    A.  They had metal couplings.
8    Q.  It was some kind of a mechanical
9  connection?
10    A.  Correct.
11    Q.  As opposed to a soldering or welding
12  or something like that?
13    A.  Correct.
14    Q.  How about the work that the plumbers
15  were doing, were they putting metal pipe in the
16  ground as well?
17    A.  It was all metal.  I don't think they
18  had PVC at the time.
19    Q.  Did you see them connecting -- "them"
20  being the plumbers -- connecting pipe to each
21  other?
22    A.  No.
23    Q.  Do you know if it was threaded pipe or
24  some other kind of connection?

Volume 1

Page 170

1     A. No, I don't.

2     Q. Do you have any recollection of what

3 that plumbing pipe was going to be used for?

4     A. For water or whatever liquid they had

5 to have there. I just assumed water.

6     Q. Do you know whether it was water

7 coming into the building or sewer and drains

8 going out of the building?

9     A. Probably sewer also, yeah. I didn't

10 think of that, but yes.

11     Q. Your job, again, as a laborer for both

12 of those trades was to simply make holes in the

13 ground or trenches in the ground so they could

14 then put what they had to do in the ground,

15 right?

16     A. Yes.

17     Q. And then it was your job again on this

18 job for Thames to backfill?

19     A. Backfill, yes.

20     Q. And did you then leave the job after

21 that was done?

22     A. Yes.

23     Q. How long were you at that job?

24     A. That was another couple weeks.

Page 171

1     Q. Were other contractors working in your

2 vicinity while you were doing that trenching

3 work?

4     A. I don't know the answer to that.

5     Q. I'm sorry if I asked you this, but was

6 it Webb that was the general?

7     A. I think it was F.W. Brown.

8     Q. Brown. Okay. After you left Thames

9 Valley, do you remember where you went next?

10     A. Yeah, I went to Millstone on unit 2,

11 and it was just barely started.

12     Q. And Millstone is a nuclear power

13 plant?

14     A. That's correct, yes.

15     Q. There's three units there; is that

16 right?

17     A. There's three. Two in operation and

18 one is cold and dark.

19     Q. When you said that unit 2 was

20 starting, was unit 1 already constructed?

21     A. Yes.

22     Q. You were going to unit 2 in the

23 beginning of the construction of that?

24     A. Yes.

Page 172

1     Q. Do you remember who you were working

2 for?

3     A. The company was Bechtel out of

4 California.

5     Q. And what was your assignment there?

6     A. I wasn't there initially -- not long.

7 I was there a couple of weeks down in the hole

8 for the building containment structure. And we

9 were cleaning ledge off, getting ready for

10 pouring the concrete in the base of the

11 containment structure. High-pressure hoses and

12 whatnot.

13     Q. You said you were in a hole?

14     A. Yes. 40 feet deep, and I don't

15 remember the diameter.

16     Q. That was not dug by hand?

17     A. No, that wasn't dug by hand.

18     Q. So your crew did not dig that hole.

19 You just worked in the hole?

20     A. Yeah.

21     Q. And what was the ledge you were

22 talking about?

23     A. It's just a rock underground, a ledge.

24     Q. How many people were working with you

Page 173

1 as laborers in that hole for the containment

2 area?

3     A. I'm guessing six to eight probably.

4     Q. Was there any equipment installed in

5 that hole when you were in there?

6     A. I don't recall seeing any equipment at

7 the time.

8     Q. What's your understanding of what was

9 going to happen after you finished your job?

10     A. They were going to pour concrete,

11 level areas off, get ready to start the form

12 work, the gang panels.

13     Q. Were you there when any of that

14 concrete work was done?

15     A. No, they laid me off because I was

16 taking a stone out of my shoe, and I wasn't

17 working. So somebody saw me, thought I was

18 goofing off. I wasn't.

19     Q. You were there only for about two

20 weeks at that point?

21     A. At that time, yeah.

22     Q. And if something like that happened,

23 if somebody wasn't happy with you and laid you

24 off or asked you to go home, the next day you

Page 174

1  would go back to the union hall and get a
2  different assignment?
3      A.  That's correct.
4      Q.  Is that what you did here?
5      A.  Yes.
6      Q.  Do you remember where you went next?
7      A.  It's not on here.  I worked -- I was
8  on a picket line, a one-man picket line over in
9  Mystic Village, where all the stores are.
10          They had a nonunion company that was
11  going to start construction, and so we
12  picketed.  I was the only picketer there for
13  two weeks.
14      Q.  And I've never been in the union, so I
15  don't know how that works.  Is that a paid job?
16      A.  They paid me, yeah.
17      Q.  So the union asked you to go there,
18  and you had some kind of a sign saying the
19  union was not happy that nonunion work was
20  being -- nonunion workers were being used?
21      A.  That's correct.
22      Q.  And were there other people on
23  different shifts from you that were going there
24  and picketing as well?

Page 175

1      A.  No.  Eight hours each day, I was
2  there.
3      Q.  For first shift?
4      A.  Yeah, there was no night shift or
5  anything.  It was just -- it ended up the
6  company pulled out.
7      Q.  So you were there for, give or take,
8  two weeks doing that?
9      A.  Two, three weeks.
10      Q.  During that time, you were not
11  physically doing any kind of labor?
12      A.  No.
13      Q.  It was just to protect the union?
14      A.  Just standing there, yes.
15      Q.  After that, do you recall where you
16  went?
17      A.  I believe I went to Millstone, yes.
18      Q.  When you say "Millstone," is that
19  still unit 2?
20      A.  Yes, unit 2 was under construction at
21  the time.
22      Q.  The second time you went to Millstone
23  unit 2, who were you working for?
24      A.  Bechtel, again.

Page 176

1      Q.  Were they the general contractor on
2  the job?
3      A.  Yes, they were.
4      Q.  Do you recall how many people from
5  your union, the laborers union, were working at
6  the same time?
7      A.  I don't recall the number.  There was
8  a lot.  Huge project.
9      Q.  We're sometime in the early 1970s now?
10      A.  Uh-huh.
11      Q.  Do you have any knowledge of how many
12  people in total were in the laborers union in
13  your local?
14      A.  I don't know.
15      Q.  More than 100?
16      A.  Yeah.  Probably more like 1,000
17  members.  I'm guessing 1,000.  It could be 800.
18      Q.  What was your assignment when you got
19  back to unit 2 the second time?
20      A.  I worked with -- I worked with
21  carpenters in the turbine building mostly,
22  tending carpenters.
23          When you get to the job in the
24  morning, you meet with your foreman, and they

Page 177

1  would have their marching orders.  You go
2  there.  You go there.  So sometimes I worked
3  with the carpenters.  Sometimes I would push a
4  broom, cleaning up.  They moved you around.
5      Q.  Again, this is going to be one of
6  those questions, if you don't know, you don't
7  know.  At that point in time when you were at
8  Millstone unit 2 as a laborer, were there also
9  apprentice carpenters on that job?
10      A.  Yes, I'm sure there were.
11      Q.  There were journeymen carpenters as
12  well?
13      A.  Right.
14      Q.  So there were certain jobs that an
15  apprentice carpenter could do, and then there
16  are jobs that you can do as a laborer?
17      A.  Yes.
18      Q.  Is there any overlap between those
19  two?
20      A.  Overlap?
21      Q.  You could do the same thing that an
22  apprentice carpenter could do?
23      A.  No.
24      Q.  They were completely separate jobs?

Page 178

1    A.   All jurisdictional.

2    Q.   You had to be careful about that, the

3   jurisdiction?

4    A.   Oh, yeah.

5    Q.   Because what happened if somebody

6   found a laborer doing carpentry work on a

7   jobsite that big?

8    A.   They would call the union steward, and

9   they'd get together with the other steward and

10   work it out.

11    Q.   If they couldn't work it out, somebody

12   would try and stop the job, right?

13    A.   I suppose they could, yeah.

14    Q.   Did you ever see that happen?

15    A.   Not on any job I was ever on.  We

16   never walked off the job or anything over a

17   jurisdictional dispute.

18    Q.   Understood.

19       What could you do to assist a

20   carpenter on a job like at unit 2?

21    A.   They'd be building a scaffolding, for

22   instance.  They would give you a list of how

23   many screw jacks, how many welding frames, how

24   many cross planks, how many toe boards.

Page 179

1       And you would go to a storage area,

2   the laydown area, and build that order and get

3   it to the carpenters so they could build the

4   scaffolding.

5    Q.   So who was taking it apart?

6    A.   Taking it apart?  The carpenters would

7   hand the material down to another carpenter,

8   and the laborer would haul it away.

9    Q.   So you were allowed to carry it from

10   where it was stored to where it was going to be

11   used or back to where it was going to be

12   stored, but actually taking it apart or putting

13   it together, that was either a carpenter or an

14   apprentice doing that work; is that right?

15    A.   Yes.  The laborers would take it back

16   to the laydown area, and then we would clean

17   up.  A lot of times scaffolds were built for

18   all the trades, whether it was a mason or a

19   pipefitter, electricians, insulators.

20       Back in those days, it was -- what's

21   the word I want -- little lackadaisical as far

22   as safety.  And the carpenters would go up and

23   take the scaffolding down.  The insulators, for

24   instance, just insulated the pipe, and the

Page 180

1   insulators would do a lot of their fitting up

2   on the scaffolding, cutting the insulation.

3   And when they're done with that scaffolding,

4   they'd tell the carpenter foreman they were

5   done and take the scaffolding down.  The

6   carpenter would go up there.  At the time they

7   used all wooden planks, laminated.  They just

8   turned the planks over, and whatever was up

9   there would fall off.  And they'd take the

10   scaffolding down, and we'd clean up and take

11   the material away.

12    Q.   So the rules about who could build a

13   scaffolding or take it apart was restricted?

14    A.   Yes.  Carpenters built the scaffolds.

15    Q.   Then once it had been taken apart,

16   they took it apart?

17    A.   Yes.

18    Q.   Were there rules about who was allowed

19   to use the scaffolding once it was up?

20    A.   They were multi uses.  I mean, they

21   could build it for -- if they were putting a

22   new section of pipe in, it didn't make any

23   sense to take the scaffolding down and then

24   rebuild it to have it insulated or the welders

Page 181

1   would have to get up there and weld.

2    Q.   So on a jobsite like Millstone number

3   2, there was a lot of different trades working

4   there?

5    A.   Yes.

6    Q.   Could you recall the different types

7   of generic trades that were working?

8    A.   Masons, pipefitters, electricians,

9   insulators.  A lot of times if a system was

10   installed, the operations people had to go up

11   and test the valve or cycle it.  And so there

12   were many, many trades and uses.

13    Q.   So these people all worked in the

14   different areas of Millstone as it was being

15   constructed?

16    A.   Yes.

17    Q.   In your work as a laborer when you

18   were assisting people, you were not assisting

19   those other trades?  You were assisting simply

20   carpenters?

21    A.   Just carpenters, yes.

22       MR. SWEENEY:  Were you close by those

23   other trades?

24       THE WITNESS:  Oh, all the time, yeah.

Page 182

1  There was a lot going on.
2     Q.  How long were you at unit 2 the second
3  time?
4     A.  A couple years.  Three or four years.
5     Q.  And you said that scaffolding was
6  being built.  Do you know the areas where the
7  scaffolding was being built or the names of the
8  rooms it was being built or anything like that?
9     A.  Yes, they built scaffolds in the
10  turbine building, the auxiliary building, the
11  control building, the containment structure,
12  CPF building, the condensate polishing
13  facility.
14     Virtually every building on-site there
15  was scaffold going up and down.  We built
16  scaffolding for the pipefitters to get up and
17  hang a pipe hanger.  And then the carpenters
18  had to take some of it down so they can
19  maneuver the chainfalls and pipes.  There was
20  something going on every place.  It was
21  amazing.
22     Q.  Did you personally assist scaffolding
23  being built in the turbine room?
24     A.  There is no turbine room.  It's a

Page 183

1  turbine building.
2     Q.  Turbine building.
3     A.  Yes.
4     Q.  How many times did you assist in
5  scaffolding being erected in the turbine
6  building?
7     A.  How many times?  It's hard to put a
8  number on it.  A hundred.  A lot of
9  scaffolding.  A lot of them big; a lot of them
10  small.
11     Q.  Were there times when a scaffolding
12  would be erected and left there for months or
13  years at a time?
14     A.  Yeah.  Correct.
15     Q.  In that kind of situation, your job
16  would be to assist getting the stuff to the
17  place so it could be erected, and then you'd
18  have nothing to do with that, once again, until
19  it had to be taken down?
20     A.  Once it was -- yeah, once it was
21  built, yes.
22     Q.  But there was certainly more than one
23  scaffold at Millstone and more than one being
24  built at a time, right?

Page 184

1     A.  Oh, yeah.
2     Q.  Over the course of the couple of years
3  that you said you worked there --
4     MR. SWEENEY:  Three or four years.
5     Q.  Three or four years, was your work
6  only related to carpenters and scaffolding?
7     A.  No, I worked with another crew they
8  called the facilities crew.  And they did work
9  -- I did work all over the site, a lot of
10  offices.
11     They would build new office areas for
12  Bechtel.  They'd go around and fix stuff that
13  needed fixing, whatever.  There was a lot of
14  stuff going on there too.
15     Q.  Your work as a laborer -- I'm trying
16  to get some kind of a frame of how long that
17  would take.  Maybe let's start with the size of
18  the turbine building itself.  How large of a
19  building was that?
20     A.  Well, you have to think about the
21  column lines.  20 feet between the columns.
22  Between probably 360 feet long by maybe 100
23  feet wide.  Multiple floors and elevations.
24     Q.  That was my next question.  Were there

Page 185

1  floors where the entire floor covered the
2  space, or are they partial floors where some
3  parts are open all the way to the ceiling?
4     A.  They have what they called a pick bay.
5  It's where the railroad tracks came or trucks
6  would come in the pick bay for the overhead
7  crane to pick up pipe or valves or equipment.
8     So that section, the pick bay in unit
9  2, was maybe 30 by 70 or 80 feet long all the
10  way up to the turbine deck itself.
11     Q.  Was that area, the pick bay, open all
12  the way from the base of the building all the
13  way to the ceiling?
14     A.  Correct.  14.6 elevation, 54.6
15  elevation.
16     Q.  Which is a little over 40 feet?
17     A.  That's right.
18     Q.  Is that the biggest elevation change
19  inside that turbine building?
20     A.  Yeah, there was three elevations.
21  31.6 was the middle floor.  There were three
22  floors.
23     Q.  You said that you built scaffolding in
24  many different areas inside that turbine

Page 186

1  building?
2      A.  As a laborer, I didn't build them
3  but...
4      Q.  You assisted them --
5      A.  Yes.
6      Q.  -- to get the raw material to the
7  place so the carpenters would build scaffolding
8  basically, right?
9      A.  Correct.
10     Q.  So your job was to get it from the
11 staging area to go inside the building where
12 then people could put it together.  How long
13 did that process take of moving everything from
14 the one spot to the other spot?
15     A.  Once they made a list of materials,
16 out, depending on the size of the scaffolding.
17 Some of the scaffolding may be eight feet high,
18 and I know they built scaffold for the roof
19 frames on the turbine deck, 54.6.  I don't know
20 the elevation of the roof.  It's probably
21 another 40 feet high.
22         We built scaffolds for the air
23 conditioning units, fans in the ceiling.  A job
24 like that, once they give the laborers -- they

Page 187

1  had a crew of laborers with a flatbed truck
2  that would go in the laydown area and bring the
3  stuff to the closest point of erection.
4          And then the crane would -- if it was
5  on the floors, the crane would pick stuff up.
6  And then we would take it from there and bring
7  it to where they were going to build the
8  scaffold.  So it could be eight hours between
9  them ordering the material and the time it gets
10 up there.
11     Q.  Part of the time you were moving stuff
12 by hand?
13     A.  Yes.
14     Q.  But once you get, for lack of a better
15 term, the parts list, once you got the entire
16 parts list in the proper place, would a laborer
17 stand there and watch them build the
18 scaffolding itself?
19     A.  Yes.
20     Q.  Why would you have to do that?
21     A.  In case they needed something else.
22 There was always something missing from the
23 list.
24     Q.  Was there a particular person whose

Page 188

1  job it was to stand there and make sure nothing
2  was missing?
3      A.  No.
4      Q.  How would you figure that out?
5      A.  The carpenters would yell down, they
6  needed a dozen cleats for the planks.  You'd
7  have to go get them.  You'd just bring that
8  back.  That's just one item.  You'd stay right
9  there with the carpenters.
10     Q.  During the time that you would be
11 moving the parts of the scaffolding into where
12 it had to be erected, would you notice other
13 tradespeople doing work?
14     A.  Oh, yeah.
15     Q.  And how close would you be to the
16 other tradespeople?
17     A.  They were all over the different
18 floors during the construction.  It was -- boy,
19 they were moving sections of two-foot diameter
20 pipe, pipes 20, 30 feet long, using a trapeze
21 chainfall.  Electricians would be installing
22 cable trays.  Just everything going on at once.
23 You were around them all the time.
24     Q.  So as you walked in and out, you'd see

Page 189

1  these other tradesmen doing their work?
2      A.  Yes.
3      Q.  Do you know what they were doing, the
4  other tradesmen?
5      A.  Just installing -- sorry.  It's tough
6  getting old.  Sorry.  Can you repeat that
7  question?
8      Q.  The question was:  As you were moving
9  your pieces in to be erected or going back out
10 to get another load, what would you observe
11 other tradespeople doing?
12     A.  Installing whatever they had to
13 install, cable trays, hangers, ironworkers,
14 painters.  Painters would be in there painting.
15 Just every trade had something going on in the
16 building at once.
17     Q.  So you've talked about electricians?
18     A.  Yes.
19     Q.  Did you see them actually pulling wire
20 and cable?
21     A.  Yes.  Later on.
22     Q.  Do you have any recollection of who
23 made that wire and cable?
24     A.  One name sticks out.  I think it's

## Page 190

Anaconda.

Q. What did that look like, that product?

A. It was black insulated cables, some of the bigger cables.

Q. I understand there's a difference between wire and cable. What's the difference in your mind?

A. Between wire and cable?

Q. Is there a difference at all?

A. There is -- they call electrical cable -- electric wire. I don't know the difference. Maybe the millimeters. I don't know.

Q. The black Anaconda, that product you talked about, how would you describe that, the size of it?

A. There was different sizes. I've seen it probably two inches in diameter or maybe a half-inch. Maybe not half-inch. Maybe an inch in diameter.

Q. What did you see those electricians doing with that product?

A. They would pull the cables and tie wrap them. Do the cable trays, once they were

## Page 191

all set.

Q. How often did you see that kind of work going on?

A. Every day.

Q. How far would those electricians be working from when you were having to do your work getting the scaffolding material in place?

A. They could be right next to you. Could be 20 feet away. It depends on the activities.

Q. You also said that you saw laggers working in the building?

A. Insulators?

Q. Insulators. Yes.

A. Yes.

Q. What did you see them doing?

A. Installing insulation, cutting their insulation, fabricating it, putting it on the pipe, cutting it to fit, you know.

Q. Did you see any brand names --

A. Put the bands on.

Q. -- brand names or trade names of that equipment or that insulating material they were using, did you ever see the names?

## Page 192

A. No, I don't recall.

Q. Was it the type of material that was blown in, or was it in pieces that they were attaching to something?

A. They were pieces.

Q. You saw them attaching those pieces?

A. Yes.

Q. That's also the same material that you said that sometimes there would be dust or residue left over that would be on the planking and get dumped out?

A. That's correct.

Q. And was that all -- that work with the insulating material that you talked about, you're talking about inside unit 2, correct?

A. Yes.

Q. Was it only in the turbine building, or did you see it in other places?

A. No, every building has the cable trays with cables and the electricians.

Q. How about the insulators?

A. Insulators were in every building, containment.

Q. I believe you also talked about

## Page 193

plumbers?

A. Yeah.

Q. What did you see plumbers doing in Millstone 2?

A. They would be installing all different diameter pipes. I mean, main steam lines are three feet in diameter. They could be putting in maybe copper, soldering and welding stainless steel, whatever the pipe was.

Q. Could you tell us where that work was being done in relation to your work?

A. It was all near proximity or could be 10, 20 feet away. There were thousands of people working there, you know. There was just every place, activities constantly going on.

Q. You also said that there were welders?

A. Yes.

Q. What were they doing?

A. Welding pipe, TIG welding or stick welding or whatever the metal was. I'm not a welder but all kinds of welding.

Q. At the point in time when you were at Millstone 2 the second time, were there any rules in effect about protective gear that had

## Page 194

1  to be worn by workers?
2      A.  Safety belts.  They -- it's changed
3  out there.  Now the safety department governs
4  everything.  But back then, they weren't real
5  strict on enforcing any safety necessities,
6  like safety harnesses or gloves or safety
7  glasses or anything like that.
8      Q.  How about protective footwear, was
9  there anything like that?
10     A.  Not back then, no.  Now there is.
11     Q.  Did anyone wear a hard hat?
12     A.  Yeah, we wore hard hats.  Half the
13  time people would take them off working on a
14  scaffolding.  They'd set them down and -- but
15  not anymore.
16     Q.  Were the hard hats different colors
17  for different tradesmen?
18     A.  With Bechtel, they were different
19  colored hats.  Now they go one color and change
20  the tape, electrical tape colors.
21     Q.  Did you have to wear a particular
22  color as a laborer?
23     A.  I wore -- with Bechtel, it was -- I
24  think they were all yellow.

## Page 195

1      Q.  The work that Bechtel was doing, were
2  they holding regular safety meetings for their
3  employees on the job?
4      A.  Yeah, once a week they had a safety
5  meeting after lunch.
6      Q.  Did you have to attend those?
7      A.  Yes.
8      Q.  How long were each of those meetings?
9      A.  15 minutes, at the most.
10     Q.  How about separate from that, did the
11  union hold regular safety meetings?
12     A.  No, not that I know of.
13     Q.  Were there other safety meetings at
14  Millstone that were put on by anyone else other
15  than Bechtel that you would attend?
16     A.  No.
17     Q.  Did you ever see any sort of
18  regulations or rules come into effect that
19  required you to wear breathing protection at
20  Millstone?
21     A.  I've worn a mask myself, but I don't
22  recall exactly where it was.  It was at
23  Millstone, but I don't recall what job I was
24  on.

## Page 196

1      Q.  Over the years, was there ever a point
2  in time at Millstone 2 where all workers were
3  required to wear breathing protection at all
4  times?
5      A.  No.
6      Q.  Was there a point in time where if you
7  wanted breathing protection, it was available
8  and you had to ask Bechtel for that?
9      A.  Yeah.
10     Q.  Was there anyone else that you could
11  get breathing protection?
12         MR. SWEENEY:  At Bechtel?  I'm sorry.
13  Can you repeat the question?
14     Q.  Yes.  My question was:  If you wanted
15  breathing protection on the job, you could ask
16  Bechtel for that?
17         DEFENSE COUNSEL:  Objection.  Asked
18  and answered.
19     A.  Yes.
20     Q.  Could you ask anyone else for
21  breathing protection on the job other than
22  Bechtel?
23     A.  No, not to my knowledge.
24     Q.  Did you see the other tradespeople at

## Page 197

1  Millstone working with pieces of equipment?
2      A.  Yes.
3      Q.  Generically speaking, what kinds of
4  equipment did you see people working with?
5      A.  Are you talking about mechanical
6  equipment?
7      Q.  Yes.  I'm not talking about forklifts
8  or that sort of thing.
9      A.  Okay.
10     Q.  Equipment that was being installed for
11  the operation of the plant.
12     A.  Yes.
13     Q.  What sort of equipment did you see
14  other people installing?
15     A.  A lot of MCC, motor control centers,
16  electrical, huge MCCs, pumps for all different
17  systems, whether it be oil or water, hydraulic.
18  I'm trying to walk through the building to tell
19  you where everything is.  That's all I can
20  think of right now.
21     Q.  The mechanical control centers, what
22  were they controlling, to your knowledge?
23     A.  All different sections of lights, what
24  they call the electrical bus lines for the

Page 198

1  crane, the overhead crane, for pumps.  Anything
2  that was electrical, they had to, you know -- I
3  can't think of what they're called, breakers.
4      MR. SWEENEY:  Let's take a short
5  break.
6      MR. SQUITIERO:  Sure.
7      THE VIDEOGRAPHER:  Off the record at
8  1:59.
9      (Off the record, 1:59 p.m.)
10     (Bissell Deposition
11     Exhibits 4-6 so marked.)
12     (Whereupon, the deposition
13     suspended at 1:59 p.m.)
14
15
16
17
18
19
20
21
22
23
24

Page 199

1      STATE OF CONNECTICUT
2  WATERBURY, ss.
3
4      I, LINDA HORNE, a Registered Professional
   Reporter and Notary Public in and for the State
5  of Connecticut, do hereby certify that the
   foregoing deposition was taken before me on
6  June 21, 2017;
       That the witness named in the deposition,
7  prior to being examined, was by me first duly
   sworn;
8      That said deposition was taken before me
   at the time and place therein set forth, and
9  was taken down by me in shorthand and
   thereafter transcribed into typewriting under
10 my direction and supervision;
       That said deposition is a true record of
11 the testimony given by the witness and of all
   objections made at the time of the examination.
12     I further certify that I am neither
   counsel for nor related to any party to said
13 action, nor in any way interested in the
   outcome thereof.
14
15     IN WITNESS WHEREOF, I have subscribed my
   name and affixed my seal this 28th day of June,
   2017.
16
17                    Linda Horne
18 LINDA HORNE, RPR, Notary Public
   My Commission expires:  December 31, 2019
19
20 PLEASE NOTE:
21 THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT
   DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME
22 BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL
   AND/OR DIRECTION OF THE CERTIFYING REPORTER.
23
24

Page 200

1      SIGNATURE - ERRATA SHEET
2      I, HAROLD BISSELL, hereby certify under
   the pains and penalties of perjury that I have
3  read the foregoing transcript of my testimony
   and further certify that said transcript is a
   true and accurate record of my testimony (with
4  the exception of the corrections, additions,
5  and/or deletions noted below).
6
7  PAGE LINE  CORRECTIONS, ADDITION OR DELETION
8  _____
9  _____
10 _____
11 _____
12 _____
13 _____
14 _____
15 _____
16 _____
17 _____
18
19     Signed under the penalties of perjury
20 this _____ day of _____, 2017.
21
22     _____
23         HAROLD BISSELL
24

Page 201

1  ********************************************
2      INSTRUCTIONS TO DEPONENT
3  ********************************************
4  After reading this volume of your deposition,
5  indicate any corrections or changes to your
6  testimony and the reasons therefor on the
7  Errata Sheet supplied to you, and sign it.
8
       DO NOT MAKE MARKS OR NOTATIONS ON THE
9      TRANSCRIPT VOLUME ITSELF!
10
11 ********************************************
12     ERRATA SHEET HANDLING/DISTRIBUTION
13 ********************************************
14 The original of the Errata Sheet has been
15 delivered to Robert Sweeney, Esq.  When the
16 Errata Sheet has been completed by the deponent
17 and signed, a copy thereof should be delivered
18 to each party of record and the ORIGINAL
19 thereof delivered to Geoffrey Squitiero, Esq.,
20 to whom the original deposition transcript was
21 delivered.
22 ********************************************
   PLEASE REPLACE THIS PAGE OF THE TRANSCRIPT WITH
23 THE COMPLETED AND SIGNED ERRATA SHEET WHEN YOU
   RECEIVE IT.
24 ********************************************