# EXHIBIT 7

CONFIDENTIAL

                              VOLUME 2
                              PAGES: 202-368
                              EXHIBITS: NONE

        S T A T E   O F   C O N N E C T I C U T
        IN RE:  BRIDGEPORT ASBESTOS LITIGATION
              NO:  ASB-FBT-CV17-6063989-S

**************************
HAROLD BISSELL and          *
JANICE BISSELL,             *
        Plaintiffs,         *   SUPERIOR COURT
                            *
vs.                         *   J.D. OF FAIRFIELD
                            *
ABCO WELDING &              *   AT BRIDGEPORT
INDUSTRIAL SUPPLY, INC.,    *
ET AL.,                     *
        Defendants.         *
**************************

            CONTINUED VIDEOTAPED DEPOSITION
                  OF HAROLD BISSELL
              Mystic Marriott Hotel & Spa
                   625 North Road
                 Groton, Connecticut
            Thursday, June 22, 2017, 10:06 A.M.

------- Linda Horne, CSR, RPR, LSR #482 ------
          EPPLEY COURT REPORTING, LLC
               Post Office Box 382
          Hopedale, Massachusetts  01747
        (508) 478-9795  (508) 478-0595 (Fax)
              www.eppleycourtreporting.com

CONFIDENTIAL

Page 211

1    PROCEEDINGS
2    THE VIDEOGRAPHER: We're now on record
3 at 10:06 a.m. This is the continued deposition
4 of Harold Bissell recorded on June 22, 2017 in
5 Groton, Connecticut. This deposition is being
6 taken in the case of Bissell versus ABCO
7 Welding and Industrial Supply Incorporated, et
8 al, and was noticed by the defendant. My name
9 is Greg Jacques. I'm a videotape operator from
10 Geomatrix Productions, 270 Amity Road, New
11 Haven, Connecticut. I believe the witness
12 doesn't have to be sworn in again, right?
13    MR. SQUITIERO: No.
14    * * * * *
15    EXAMINATION CONDUCTED
16 BY MR. SQUITIERO:
17    Q. Good morning, Mr. Bissell.
18    **A. Good morning.**
19    Q. Are you ready to continue this
20 morning?
21    **A. I believe so, yes.**
22    Q. You recall that you took an oath
23 yesterday about your testimony?
24    **A. Yes.**

Page 212

1    Q. And you understand you're still under
2 oath today?
3    **A. I understand.**
4    Q. We won't go through that again.
5    **A. Okay.**
6    Q. I believe when we left off yesterday,
7 we were still talking about your work at
8 Millstone unit number 2; is that right?
9    **A. Yes.**
10    Q. And we were talking about the time
11 when you were a laborer at that facility?
12    **A. Uh-huh. Correct.**
13    Q. Am I correct that you also worked at
14 unit 2 as a carpenter?
15    **A. Later on, yes.**
16    Q. But let me ask you: Did you ever work
17 at unit number 2 in any capacity other than as
18 a union laborer or a union carpenter?
19    **A. No, not at that time, no.**
20    Q. At any time, did you ever work at unit
21 2 when you were not in either one of those two
22 unions?
23    **A. I was in the union. I retired when I**
24 **turned 62, and they called me back as a**

Page 213

1 supervisor for refueling outages.
2    Q. But that was later in time?
3    **A. Later in time, correct.**
4    Q. I believe where we left off yesterday,
5 I asked you about mechanical equipment inside
6 the facility that you would have worked near.
7    **A. Uh-huh.**
8    Q. Is that correct?
9    **A. That's correct.**
10    Q. You agree that your job was never to
11 work on mechanical equipment at Millstone?
12    **A. That's correct.**
13    Q. And that was not the job of either the
14 carpenters or the laborers?
15    **A. Yes. That's true.**
16    Q. I believe the first thing we talked
17 about was the mechanical control centers?
18    **A. Motor control centers, the MCC units,**
19 **yes.**
20    Q. Motor control. Got it. What trade
21 was connecting those motor controls?
22    **A. Electricians.**
23    Q. And can you tell us in relation to
24 your work assisting the carpenters putting up

Page 214

1 scaffolding where those MCCs were located?
2    **A. They were scattered throughout the**
3 **building, all three elevations. I'm guessing**
4 **-- I don't want to guess. But probably 12 of**
5 **them in the old building, the turbine building**
6 **itself, between the three elevations.**
7    Q. They were not a piece of equipment
8 that was in its own room?
9    **A. They were throughout the building,**
10 **correct.**
11    Q. Do you know who made those control
12 centers?
13    **A. Boy, I've seen them many times. I**
14 **don't recall the manufacturer, no.**
15    Q. To the best of your knowledge, did
16 they come to the site already assembled where
17 they could then be installed, or were there
18 electricians physically putting them together
19 on-site?
20    **A. They were already put together, and**
21 **they moved them and put them in place, and the**
22 **electricians would start connecting cables and**
23 **wires from all over, breakers. It was**
24 **slide-out type breaker in drawers.**

Page 215

1  Q.  Had someone else, to your knowledge,
2  built anything that then the electricians put
3  those into, or was all the work done by
4  electricians?
5  **A.  I believe electricians did it all.**
6  Q.  If I recall, the next piece of
7  equipment you mentioned were pumps.  You saw
8  pumps at Millstone unit number 2?
9  **A.  That's correct.**
10  Q.  Do you know the manufacturer or the
11  brand name or the trade name of any of those
12  pumps?
13  **A.  I do not.**
14  Q.  If I recall, you did say that some
15  pumps were large enough that they had to
16  actually be hoisted by crane to get them into
17  place?
18  **A.  Correct.**
19  Q.  That's right?
20  **A.  Yes.**
21  Q.  Was that the largest pump you saw,
22  something that had to be picked up by a crane?
23  **A.  Yes.**
24  Q.  How big was that piece of equipment?

Page 216

1  **A.  Dimensions?**
2  Q.  Whatever you can tell me.  Or a
3  comparison, even.  The size of a small car, the
4  size of a garage, anything you can give us.
5  **A.  Feedwater pumps, the size of a**
6  **Volkswagen.**
7  Q.  And you would have seen that lifted
8  into place by a Crane?
9  **A.  A crane would get it through the pick**
10  **bay, where the electricians would receive it.**
11  **And then they would move it with either**
12  **chainfalls or jacks, pallet movers.**
13  Q.  So that's a piece of equipment that
14  was large enough, it had to come in either by
15  truck or by train; is that right?
16  **A.  Correct.  Yes.**
17  Q.  Do you remember which one it came on?
18  **A.  When they were building unit 2, I**
19  **didn't see them come in, physically come into**
20  **the building.  They had train tracks that came**
21  **in, which are not used anymore.  I don't know.**
22  Q.  That's fine.
23  **A.  I don't recall.**
24  Q.  After that piece of equipment, the

Page 217

1  large feedwater pump?
2  **A.  That's one of many, yeah.**
3  Q.  Let's talk about that one.  So that
4  large feedwater pump, after it was inside the
5  building, it had to be connected at some point?
6  **A.  Yes.**
7  Q.  Did you see the workers connecting it?
8  **A.  I did not.**
9  Q.  At a later point in time, did you ever
10  see it in place fully installed?
11  **A.  Yes.**
12  Q.  Do you know who installed it?
13  **A.  As far as trades?**
14  Q.  Yes.
15  **A.  Feedwater pumps, I'm guessing**
16  **electricians or the pipefitters.  I'm not sure**
17  **who did that.**
18  Q.  You were not in the vicinity when they
19  were doing that work?
20  **A.  I was not.**
21  Q.  After it was fully and finally
22  installed, was it insulated on the exterior?
23  **A.  The pumps themselves -- the feedwater**
24  **pumps, I don't believe had insulation on them.**

Page 218

1  Q.  Do you know what the feedwater was,
2  what it was used for?
3  **A.  I should know that.  I've been there**
4  **many years.  It's a pretty complicated system.**
5  **I don't recall.  I don't know.**
6  Q.  Was there ever a point in time when
7  your work required you to either assist or to
8  physically build a scaffolding either next to
9  or on top of that feedwater pump?
10  **A.  Yes.  I could walk around unit 2 and**
11  **recall building scaffolds in every place on**
12  **that particular elevation.  And I'm sure we**
13  **built scaffolding around the feedwater pumps.**
14  Q.  You said there was a reference of what
15  the three elevations are?
16  **A.  Yes.**
17  Q.  Can you give me those again?
18  **A.  Yes.  14.6 on unit 2, ground floor;**
19  **31.6 is the middle floor.  And 54.6 is the**
20  **turbine deck.  Then there's an east cable room**
21  **that's 56 foot 6.**
22  Q.  Each of those numbers is feet and
23  inches?
24  **A.  Yes.**

Page 219

Q. 14 feet 6 inches?
A. Yes.
Q. That's measured from the very bottom of the building?
A. Yes, the ground floor, yes.
Q. If you know, how much higher was the ceiling above the 56.6 level?
A. 40 feet to the roof.
Q. So the entire building from the lowest point to the highest point was, give or take, 100 feet?
A. Yes. Correct.
Q. I'm not sure if I limited myself, but I'll go back and ask you: I'm not just limiting it to that feedwater pump, but any pumps. Are you aware of the trade name or the brand name or manufacturer's name of any of the pumps that you would have seen at Millstone number 2?
A. I don't know the names of the manufacturers.
Q. Was that feedwater pump the largest pump you remember there?
A. I don't -- I think there's others. If

Page 220

I can think of the name of them. There's regular feedwater pumps, auxiliary feedwater pumps. Oh, boy, I can't think of any of the larger ones.
Q. How about the smallest. What was the smallest pump you can recall out there?
A. There was some that are probably -- small pumps. They'd be 12 inches by 2 feet long.
Q. Was it something that was small enough that one person could lift it by themselves?
A. No, it's heavier than that.
Q. So everything had to be moved by some kind of mechanical system?
A. Correct.
Q. You said that there were some times when your job as a laborer required you to kind of stand duty next to the scaffolding in case they were missing pieces?
A. Correct.
Q. In that time when you were doing that particular job over the years, was there ever an occasion where you were standing there waiting for anything the carpenters needed when

Page 221

somebody close to you was installing a pump?
A. Oh, I'm sure. Yes.
Q. Do you have any recollection of what they were doing when they did that work?
A. Not specifically, no.
Q. In general, can you recall any pumps that were insulated after they were installed?
A. No, I do not.
Q. I think we talked about this yesterday, but if something needed to be insulated, there was a specific trade that had to do that work?
A. Correct.
Q. Were there ever responsibilities of yours that you could be overruled by another trade? So let's say that you're supposed to be doing something and they come in and say, We have to be here; you have to leave for now and come back later?
A. No, not that I recall, no.
Q. Specifically about insulators, were there ever times when they were given an area and everyone had to get out so they could do their work?

Page 222

A. Not -- I don't recall that on unit 2. Unit 1, yes.
Q. And although unit 1 was built first, you personally went to unit 1 later in time?
A. Yes.
Q. Your first two times -- your first two jobs we talked about at Millstone were both at unit 2, right?
A. Yes.
Q. We'll get to that in a couple of minutes.
A. Okay.
Q. Other than the motor control systems and pumps, you also mentioned something called CPF?
A. Yeah, condensate polishing facility.
Q. That's an actual --
A. It's a separate building, attached to the unit 2 turbine building.
Q. What sort of equipment would have been in there?
A. Tanks, motors to the tanks, pumps, motor control centers, valves, piping, cable trays, conduit. Excuse me. Resins. I handled

Page 223

1  resins.
2     Q.  What were the resins used for; do you
3  know?
4     A.  I don't know.
5     Q.  The tanks that you just described, do
6  you know who made those tanks?
7     A.  No, I do not.
8     Q.  Did you see them installed during the
9  time you worked there?
10    A.  I never saw any work, construction
11 work, at the CPF building.  I don't recall any
12 of that.
13    Q.  Did you ever have to make any
14 scaffolding inside there?
15    A.  Yes.
16    Q.  And even though you were not there
17 when things were being installed, do you know
18 why you were making the scaffolding then?
19    A.  There was one particular scaffold for
20 six different valves.  They ran out on the west
21 side of the building, 50, 60 feet long, and we
22 built a scaffold.  They had to change some of
23 the components on the valves and then test
24 them.

Page 224

1     Q.  Let me just finish up with the tanks,
2  and then we'll move on to the valves.
3        The tanks, you said you didn't know
4  the manufacturer's name?
5     A.  No.
6     Q.  When you saw them, were they already
7  fully installed and in place?
8     A.  Yes.
9     Q.  Were they insulated on the exterior?
10    A.  The tanks?  No.
11    Q.  And did you ever see anybody doing any
12 kind of maintenance or repair work on any of
13 those tanks at any time while you were in the
14 building?
15    A.  Yes, we built scaffold for the manways
16 on top of the tanks and whatever trade or
17 maintenance department would go inside the
18 tanks to check the lining or whatever they were
19 doing in there.
20    Q.  Whatever that trade was doing, you're
21 not positive right now?
22    A.  I'm sorry?
23    Q.  You're not positive what they were
24 doing?  You just know they were doing something

Page 225

1  on the tanks?
2     A.  They were going inside the tanks.  We
3  built a rescue rig over the top of that in case
4  something went wrong to get them out of there.
5     Q.  Were there also tanks in the turbine
6  building?
7     A.  Yes, feedwater.  They were horizontal
8  feedwater heaters.  They were like a tank lying
9  horizontal.
10    Q.  Were those exteriorly insulated?
11    A.  Yes, they were.
12    Q.  Do you know who did that insulation
13 work?
14    A.  I don't know the name of the local.
15 The insulators did it all.
16    Q.  What did that insulation look like
17 after it had been installed on the outside?
18    A.  It was a shiny metal.  They called it
19 -- I believe they called it mirror,
20 M-I-R-R-O-R, insulation.
21    Q.  And --
22    A.  It's a metal.
23    Q.  If you went up and touched it, was it
24 metal?

Page 226

1     A.  Yes.  Right.
2     Q.  Had you seen them putting that
3  material on top of those tanks?
4     A.  I've seen insulators work on them,
5  yes.
6     Q.  But those larger tanks, you're not
7  sure who made those either?
8     A.  I don't know.
9     Q.  Let's talk about the six large valves
10 you just talked about a minute ago --
11    A.  Uh-huh.
12    Q.  -- in the CPF building.
13        How large of a valve was it?
14    A.  They were an odd configuration.  Maybe
15 3 foot by 3 foot.  It's hard to get a dimension
16 on those.
17    Q.  You were not -- you were never a
18 mechanic there, right?
19    A.  Correct.  I was not.
20    Q.  So to your sight, did they seem to be
21 identical, all six of them --
22    A.  Yes.
23    Q.  -- or were they different?
24    A.  They were all identical.

Page 227

1    Q.   If I understood what you said, your
2    job at one point in time was to build a
3    scaffolding so that others could get up there
4    and make repairs on the valves?
5        A.   Correct.
6        Q.   Were you present in the building when
7    those valves were originally installed?
8        A.   No, I was not.
9        Q.   When you were doing the scaffolding
10   work so others could get at the valves, were
11   you a laborer or a carpenter?
12       A.   Carpenter.
13       Q.   So your job at that point in time was
14   to actually build the scaffolding?
15       A.   That's correct.
16       Q.   When you first got to that job where
17   you were building the scaffolding so the others
18   could get to the valves, were the valves
19   insulated on the exterior?
20       A.   I don't believe they had any
21   insulation on them.
22       Q.   How long did you work erecting that
23   scaffolding?
24       A.   They were pretty hard scaffold to

Page 228

1    build.  So many obstacle in the way.  I'd say
2    it was over a week.
3        Q.   Were you building one scaffolding per
4    valve?
5        A.   It was one continuous scaffolding with
6    an access ladder on either end.
7        Q.   All of these were basically on a
8    single wall, so you just went down the wall?
9        A.   Correct.
10       Q.   And you built the scaffold so that all
11   six valves could be reached at the same time,
12   if necessary?
13       A.   Correct.
14       Q.   Your job then to put the scaffolding
15   together was about a week, you said?
16       A.   It was at least a week.  Could have
17   been two weeks.
18       Q.   Did you have to be there while the
19   work was going on on those valves?
20       A.   I did not have to be there, no.
21       Q.   Were you there for any of the work
22   that was --
23       A.   It was a valve group called Ames Valve
24   Group.  They worked on them.  I was there at

Page 229

1    times if they needed a modification because a
2    diamond plate moved or a toe board.
3        Q.   What is a diamond plate?
4        A.   A diamond plate is a metal plate,
5    quarter-inch thick.  Comes in 4-by-8 sheets.
6    We'd have the tin knockers and sheetmetal
7    workers cut it down to size to put that four
8    foot to handle it and a lot of smaller pieces.
9        Q.   What was that used for?
10       A.   To fill holes, gaps in the scaffold.
11       Q.   Would you put it on top of the wood
12   or --
13       A.   No.  No wood.  We used all -- we
14   stopped using, in most cases, wood quite a
15   while ago and went to metal planks.
16       Q.   At some point in time, I'm assuming
17   you had to take that scaffolding back down?
18       A.   Correct.
19       Q.   How long had it been in place before
20   you were asked to go back and take it back
21   down?
22       A.   Mostly these scaffolds we built for
23   those particular valves, they were called
24   pre-outage scaffolding.  We built them while

Page 230

1    the plant was running.  So when the plant came
2    down for refueling, the valve group could come
3    in and use the scaffold to work on valves.
4        Q.   Were you on the crew that took those
5    scaffolds back down?
6        A.   I was a foreman.  Part of it, yes.
7        Q.   Do you know how long they had been up?
8        A.   Maybe close to -- short of three
9    months.
10       Q.   To your knowledge, in that time, the
11   other trades had done whatever had to be done
12   to those valves, and then the job was
13   completed, and then you were instructed to take
14   everything back down?
15       A.   That's correct.
16       Q.   I think we talked about that
17   yesterday, but the actual disassembly of the
18   scaffolding was done by carpenters, and they
19   would get the pieces down to the ground, and
20   then the laborers would take it back to the
21   staging areas?
22       A.   Correct.
23       Q.   That was the way it worked the entire
24   time you were at Millstone 2?

Page 231

1    A.  Yes.
2    Q.  You mentioned, again, conduit.  Can
3  you think of any other names or any
4  manufacturers of conduit that you ran into at
5  Millstone?
6    A.  No, I can't think -- I don't know the
7  names.
8    Q.  Did you ever see spools of wire and
9  cable there?
10    A.  Many times, yes.
11    Q.  Where was that kind of material
12  stored?
13    A.  It would come into the warehouse up on
14  unit 3.  And then it would be moved to the
15  turbine building or whatever building they
16  needed it.
17    Q.  I want to get some of the chronology
18  down, if I can.
19      You said that unit 1 was already
20  completed when you started at unit 2?
21    A.  Yes.
22    Q.  So you were working during the
23  construction of unit 2 when you were a laborer
24  for that four or five years?

Page 232

1    A.  Initially, yes.
2    Q.  Was unit 3 also started at that time?
3    A.  Unit 2 was completed before unit 3 was
4  started.
5    Q.  And according to your jobsite list,
6  we're talking about generally the years 1970 to
7  1974?
8    A.  Uh-huh.  Correct.
9    Q.  You said that for the most part you
10  worked at Millstone?
11    A.  Most of the time, yes.
12    Q.  And you were working first shift; is
13  that correct?
14    A.  Yes.
15    Q.  So your job at that point in time was
16  working as a union laborer through the union
17  for a contractor?
18    A.  That's correct.
19    Q.  Your job was to report to Millstone.
20  You didn't have to go somewhere else and then
21  go to Millstone?
22    A.  Yes.  Correct.
23    Q.  Each day you reported to work at
24  Millstone, and then after your shift was over,

Page 233

1  you went home?
2    A.  That's correct.
3    Q.  Did you have any particular uniform
4  you had to wear on the job?
5    A.  No, never wore any uniforms.
6    Q.  If I understand how unions work, in
7  general, you were always subject to being sent
8  somewhere else; isn't that right?
9    A.  Another jobsite, you mean?
10    Q.  Yes.  The union could ask you to do
11  something for a day or two if they needed help
12  somewhere else?
13    A.  No, I don't believe so.  No, not that
14  I can think of.  Once you were there, you
15  stayed there until they laid you off.
16    Q.  Once you were assigned to Bechtel,
17  then you were basically their employee, and
18  they told you what to do?
19    A.  That's correct.
20    Q.  Were there times during that four-year
21  time frame that you worked other places other
22  than unit 2?
23    A.  Yes.
24    Q.  Where else did you work?

Page 234

1    A.  Pfizer in Groton.  I worked with -- I
2  think it was C.J. Barney that was the
3  contractor, if I'm not mistaken.  There was
4  others.  Early on, C.J. Bates in Chester,
5  Connecticut, and Millstone.
6    Q.  Let's finish up with Millstone, and
7  then we'll go on to those others.
8      Other than the motor control centers,
9  the pumps, tanks, valves, cable trays, and
10  conduit, can you recall other equipment or
11  machinery that you would have seen being
12  installed into unit 2 while you were there as a
13  laborer?
14    A.  The feedwater heaters, at least --
15  between 12 or 14 feedwater heaters in the
16  building itself.  Excuse me.
17    Q.  I don't want to limit my question.
18  Maybe I did it too narrowly.
19      I'm asking you whether you saw things
20  installed in the building or whether you saw
21  other laborers working on equipment that was
22  installed in the building during that time that
23  you were a laborer?
24    A.  No laborers working on it.  Another

Page 235

1　trade.
2　　Q. I used the wrong term. I meant
3　"workers." You saw other workers doing work on
4　equipment that was going to be part of the
5　final power plant?
6　　A. That's correct.
7　　Q. So other than -- not just that you saw
8　installed but also that was already in place
9　and you saw people working on, maintaining,
10　repairing, anything like that. Were there
11　other types of equipment you saw that would fit
12　that description?
13　　A. The pumps.
14　　MR. SWEENEY: Are we just in the
15　turbine?
16　　Q. I'm asking, other than things we've
17　already talked about.
18　　A. Other things.
19　　Q. Let's talk about the turbine building
20　first, and we'll move on to other buildings.
21　　A. So many components. I think I've
22　named them all that I can think of.
23　　Q. Okay.
24　　A. Sorry.

Page 236

1　　Q. I don't want your attorney to have a
2　stroke. There was a turbine in the turbine
3　building, right?
4　　A. There was a turbine, yes. The turbine
5　consisted of a low-pressure turbine,
6　high-pressure turbine, the generator. They
7　called the front standard. It was all part of
8　the turbine itself.
9　　Q. When you first arrived on the job as a
10　laborer at unit number 2, was that turbine
11　already there in place?
12　　A. I don't believe it was, no. No, the
13　building wasn't complete yet.
14　　Q. At the point in time when you left
15　your last day there as a laborer, was the
16　turbine in place?
17　　A. Yes.
18　　Q. Do you know how that piece of
19　equipment got to Millstone?
20　　A. They had a subcontractor, huge rigging
21　outfit who moved the turbines into the 54.6
22　elevation. They had removed all the siding on
23　the north side of the turbine building and the
24　structural steel that was in the way. And they

Page 237

1　had a huge, impressive crane moving those
2　pieces in and down, somehow installed this
3　ramp. Rigging, and they slid them down -- not
4　slid them but moved them down this ramp into
5　place. It was quite an operation. I wasn't
6　involved in it at all.
7　　Q. Were you on-site, though, when this
8　was going on?
9　　A. Yes.
10　　Q. Did it come -- the piece of equipment
11　itself, did it come there by train or by truck
12　or some other way?
13　　A. They probably came in on railroad
14　cars.
15　　Q. Do you have any recollection of what
16　year that was that this thing was moved into
17　the building itself?
18　　A. I'd have to guess.
19　　Q. Do you know who the manufacturer of
20　that turbine was?
21　　A. I think it was Westinghouse.
22　　Q. You said there was associated
23　equipment. You said there were low- and
24　high-pressure and also a generator?

Page 238

1　　A. A generator, yes.
2　　Q. What other things do you recall being
3　associated with that turbine?
4　　A. They had the -- what do you call that?
5　I can't recall the actual name of those tanks.
6　There's one on each -- huge tanks. One on the
7　north -- west side and one on the east side of
8　the turbine. I should know the name of them.
9　　Q. Do you know whether the generator was
10　manufactured by the same company?
11　　A. I think so, yes.
12　　Q. How about the tanks?
13　　A. The tanks, I don't believe they were
14　made by Westinghouse.
15　　Q. What level was the turbine ultimately
16　installed on?
17　　A. 54.6.
18　　Q. Was there ever an occasion when you
19　were working where you stood next to the
20　turbine?
21　　A. We built many scaffolds around the
22　turbine, on the turbine itself, on the hoods.
23　　Q. If you were standing on the ground
24　next to it, how tall was the turbine itself?

**Page 239**

1     **A. With the cladding on, 20 feet.**
2     Q. So in order to get to the top of it,
3 you had to have a scaffold or some other --
4 something else. You couldn't just reach the
5 top from the ground?
6     **A. Correct.**
7     Q. How long was it from one end to the
8 other?
9     **A. Maybe 100 feet long. 80 feet long.**
10 **I'm not sure.**
11     Q. That's just your best guess?
12     **A. Yes.**
13     Q. Best estimate?
14     **A. Yes.**
15     Q. When it was initially brought into the
16 building, was the turbine put on some kind of a
17 pad or some other base?
18     **A. It rested on the concrete floor, and**
19 **it was supported by huge concrete pedestals.**
20 **It went all the way down through 31.6 to 14.6**
21 **and the base.**
22     Q. When it was originally brought into
23 the building, am I correct that it was a piece
24 of metal? There was nothing on top of it?

**Page 240**

1     **A. Yes. Correct.**
2     Q. Was there a point in time when it was
3 insulated?
4     **A. Parts of the generator were insulated.**
5 **The high-pressure and low-pressure turbines**
6 **were not insulated.**
7     Q. Could you describe what the insulation
8 looked like that was on the exterior of the
9 generator?
10     **A. They were probably three-or-four-inch**
11 **thick pads. They had a mesh kind of around it**
12 **on the outside. I don't know what kind of**
13 **insulation it was.**
14     Q. It was installed by the insulating
15 trade?
16     **A. Correct.**
17     Q. Did they need you to build a scaffold
18 to enable them to insulate that turbine?
19     **A. To reach the top, yes.**
20     Q. Was that your crew that built that
21 scaffold?
22     **A. My crew? At times, yeah. We done it**
23 **many times so...**
24     Q. So over the years, the turbine had

**Page 241**

1 many scaffolds built around it?
2     **A. Correct.**
3     Q. And as a laborer, were you ever
4 involved in the process of erecting a scaffold
5 next to the turbine or on top of it?
6     **A. No.**
7     Q. As a carpenter, were you?
8     **A. Yes.**
9     Q. How many times as a carpenter were you
10 involved in putting up a scaffolding next to
11 that turbine?
12     **A. I'm going to say a dozen times,**
13 **anyway. There's a dozen outages. We were**
14 **involved in many refueling outages.**
15     Q. If the plant was up and running, am I
16 correct from your last answer that you would
17 not be in there making scaffold?
18     **A. We built scaffolding when the plant**
19 **was running, yes.**
20     Q. How about next to the turbine?
21     **A. Yes.**
22     Q. So it could be in a shutdown; it could
23 be just regular operation?
24     **A. Usually -- most of the time, it was**

**Page 242**

1 pre-outage scaffoldings, but sometimes
2 something would go wrong and they'd have a leak
3 they had to get to. We'd build scaffolding
4 when the plant was running.
5     Q. I understand you were not the person
6 doing the work, but what is your understanding
7 of what others had to do that required you to
8 erect the scaffolding near the turbine?
9     **A. If there was a leak, they had a**
10 **company come in and do a -- they called it a**
11 **freeze seal to stop the -- isolate the leak.**
12     Q. Do you have any idea when that was
13 done?
14     **A. No, I don't. I don't.**
15     Q. Was it something that was more than
16 once?
17     **A. Yes.**
18     Q. And those times when they came in to
19 deal with that sort of a leak, were you a
20 carpenter each time?
21     **A. Yes.**
22     Q. So that was later in years?
23     **A. Yes, it was.**
24     Q. Do you recall an instance when the

Page 243

1  insulators were doing their work on the turbine
2  and you were working in the vicinity at the
3  same time?
4      **A.  There were times, yes.**
5      Q.  How many times can you recall that
6  happening?
7      **A.  Maybe six.**
8      Q.  Were they always using that padded
9  insulation you just described?
10      **A.  Yes.**
11      Q.  That was the only thing you ever saw
12  them put on the turbine?
13      **A.  Yeah, sometimes the insulation would**
14  **be damaged, and they would prefab it up in the**
15  **insulators' area and then bring it and put it**
16  **in place.**
17      Q.  And then the last piece of equipment
18  you talked about was tanks that were associated
19  with the turbine?
20      **A.  Yes.**
21      Q.  You said there were two tanks?
22      **A.  Yeah.  They were huge tanks.  I don't**
23  **know the name of them.**
24      Q.  You can't think of the manufacturer's

Page 244

1  name?
2      **A.  No, I can't.**
3      Q.  Any idea how large the tanks were in
4  capacity?
5      **A.  They were 10 feet in diameter and**
6  **probably 40, 50 feet long.**
7      Q.  Do you have any understanding of what
8  those tanks were actually used for?
9      **A.  I don't know.  I don't know.**
10      Q.  Were the tanks themselves insulated?
11      **A.  No, they were not.**
12      Q.  The only --
13      **A.  Yes, they were.  They were insulated.**
14  **For a refueling outage, we would build**
15  **scaffolding for -- there were manways in unit**
16  **2.  Seven -- 11 different manways, two-foot in**
17  **diameter.  They'd have to get in and check**
18  **stuff, so we would build scaffold.**
19      Q.  The manways were to allow access into
20  the tanks themselves?
21      **A.  Yes.**
22      Q.  I've been assuming that there was a
23  single turbine at unit 2; is that correct?
24      **A.  Yes.**

Page 245

1      Q.  So each of these pieces of equipment,
2  you talked about the high- and low-pressure
3  turbine, the generator, and the tanks, was that
4  the extent of that equipment, that is all the
5  turbine and the associated equipment?  That was
6  everything that was there?
7      **A.  No, there was the auxiliary feedwater**
8  **pumps.  There was an alpha and a bravo, two of**
9  **them.  There was a piping that came off the**
10  **tanks and valves.  We'd have to build scaffold**
11  **for that also.**
12      Q.  The floor inside the building where
13  the turbine was located, that was an open
14  floor, wasn't it?
15      **A.  Not open, no.**
16      Q.  How was it closed off?
17      **A.  With the turbine in place, the only**
18  **time it would -- there was any openings is when**
19  **the plant was shut down.  And the millwrights**
20  **would come in and take the outside cladding,**
21  **which is kind of like a walkway on the side of**
22  **the turbine, they would remove that and part of**
23  **the floor.  There was openings all the way down**
24  **to the 31.6 elevation under the generator.**

Page 246

1      Q.  On the same level where the turbine
2  was resting on the cement floor you described
3  earlier --
4      **A.  Yes.**
5      Q.  -- was it inside a closed-off room?
6      **A.  No.**
7      Q.  That's what I was trying to get at.
8  So the room -- the floor itself was open.
9  There wasn't four walls and a ceiling that kept
10  that turbine inside a specific room at the
11  place?
12      **A.  Correct.  No room, no.**
13      Q.  But it was closed off so that people
14  couldn't get at the actual turbine?
15      **A.  You could walk around the turbine up**
16  **on the walkway while the plant was running or**
17  **it was offline.**
18      Q.  The turbine's a pretty complicated
19  piece of equipment, isn't it?
20      **A.  Yes.**
21      Q.  So were you given any kind of
22  instructions to be careful when you were
23  working around that with your scaffolding?
24      **A.  Oh, yes.**

Page 247

1  Q.  What kind of things did they tell you
2  to watch out for?
3  A.  Heat was the main thing.  Big on
4  safety.  Not to interfere with the operation of
5  any valves.  We had to maintain on all
6  safety-related equipment a two-inch space
7  between our scaffolding and the components.
8  They were also -- I forgot to mention,
9  with the turbine.  There's these CI intercept
10  valves.  There's a -- on unit 2, there's six of
11  them.  There's three on each side of the
12  turbine.  CIV valves.  They're all insulated.
13  Q.  What's your understanding of what
14  those valves were used for?
15  A.  They would isolate.  They'd shut some
16  of them down at different times.  I don't
17  understand how everything worked up there.
18  Q.  That's fair.  Do you know if the
19  valves were used for water or steam or
20  something else?
21  A.  Those would be steam, I believe.
22  Q.  Do you know who manufactured those
23  valves?
24  A.  No, I don't.

Page 248

1  Q.  You did see that they were insulated?
2  A.  Yes, they were insulated.
3  Q.  What did the insulation on those
4  valves look like?
5  A.  The same as the mirror insulation and
6  the soft insulation underneath.
7  Q.  At any point in time, did you ever
8  have a reason to see any kind of specs or plans
9  or anything else that talked about what kind of
10  equipment was allowed to be used in Millstone?
11  A.  No.
12  Q.  Your job was never to order equipment
13  or deal with anything like that?
14  A.  No.
15  Q.  Did you ever see any signs inside the
16  Millstone number 2 that had warnings about
17  asbestos?
18  A.  I think the only place I ever saw any
19  signs was on the water boxes, the insulation
20  that was a spray-on type of insulation, real
21  rough.  And we were told to be careful around
22  that, don't chip it, you know.
23  Q.  Do you remember what year that was?
24  A.  No, I don't.

Page 249

1  Q.  Were you still a laborer, or were you
2  a carpenter?
3  A.  Laborer.
4  Q.  So sometime before 1974?
5  A.  Yes.  Correct.
6  Q.  Did the sign say, Don't disturb the
7  insulation?
8  A.  Yeah.  I don't recall the exact
9  wording.
10  Q.  Over the course of time unit 2,
11  whether you were a laborer or a carpenter, did
12  you ever see signs that were placed there that
13  said breathing protection was required in any
14  areas?
15  A.  No.
16  Q.  Did you ever see any other laborers,
17  any other contractors erecting any kind of
18  barriers or anything else and say, Don't enter
19  here because of dangers?
20  A.  Not on unit 2.  Unit 1, yes.
21  Q.  What --
22  A.  Well, I take that back.  There were
23  some in unit 2 around the water boxes.  I think
24  there was eight water boxes on -- four on each

Page 250

1  side.  There was some cases that occasionally
2  that the insulation was damaged, and we built
3  the scaffold around it, and then it would be
4  enclosed.  And the asbestos workers would come
5  in and repair it.
6  Q.  What is a water box?
7  A.  It's a -- it's where the water comes
8  in from the intake structure from the sound.
9  It comes through these six-foot diameter pipes
10  that go up, and it goes into the valves that
11  are open.  Water comes up and goes through,
12  around the turbines of the condenser.
13  Q.  The actual water box, is that a piece
14  of equipment or --
15  A.  It's not equipment.  There's a manway
16  on each one.  And it allowed access to the tube
17  sheet, where all the tubes are for the
18  condenser.  We'd go and build the scaffold so
19  they could clean out the tubes.  A lot of
20  seaweed and stuff collects in the tubes.
21  Q.  The water box itself, is that made out
22  of metal?
23  A.  Yes, it's probably two-inch thick
24  metal with an insulation on the outside.

Page 251

1  Q. That piece of metal is what you said
2  the insulation was blown onto?
3  **A. I believe they blew it on, yeah. I**
4  **don't know how else they could apply it. I**
5  **wasn't there when they put the insulation on.**
6  Q. How many times were you working on
7  scaffolding when you saw insulators repairing
8  that insulation on the water boxes?
9  **A. There wasn't that much damage to them.**
10 **Through the years, maybe three or four times.**
11 Q. And when they were making the repairs,
12 would they spray new insulation on, or would
13 they repair them with something else?
14 **A. I can't answer that because I wasn't**
15 **inside the enclosure. I don't know how they**
16 **did it.**
17 Q. I believe, just to tie up finally the
18 turbines, you also mentioned that there were
19 two auxiliary feed pumps?
20 **A. Yes. Alpha and bravo.**
21 Q. Do you know who the manufacturer of
22 those was?
23 **A. I think it was Westinghouse.**
24 Q. Were those auxiliary feed pumps

Page 252

1  insulated?
2  **A. Some valves that were attached to it**
3  **were insulated, yes. The heat pumps, I don't**
4  **believe they were insulated, heat water pumps.**
5  Q. And you just mentioned valves. Were
6  there valves associated with the turbine and
7  the other equipment as well?
8  **A. Yes.**
9  Q. Do you have any idea how many valves?
10 **A. There was -- down on the 31.6-foot**
11 **elevation, they had what they called a main**
12 **steam piping, three-foot-diameter piping.**
13 **Those went into the stop and control valves.**
14 **And there was six of those. Huge valves.**
15 Q. Do you know who the manufacturer of
16 those valves was?
17 **A. I don't. I don't know.**
18 Q. Were you ever required to build
19 scaffolding to access those valves?
20 **A. Yes, many times.**
21 Q. And was it always as a laborer that
22 you were doing that scaffolding?
23 **A. No, I was a carpenter.**
24 Q. Were those six large valves you've

Page 253

1  just described insulated?
2  **A. Yes.**
3  Q. Do you know what the insulation was?
4  **A. It was mirror insulation and the soft**
5  **whatever. I don't know what it was made out**
6  **of. Soft insulation. Blanket, I think they**
7  **called them.**
8  Q. So from your observation of them, did
9  they put the blanket-type material on first and
10 then the mirror on top of that?
11 **A. Correct.**
12 Q. And the mirror itself, is that the
13 metal exterior?
14 **A. That's correct.**
15 Q. How thick was it?
16 **A. Less than a eighth of an inch.**
17 Q. And so the outside was metal. What
18 was attached to the inside?
19 **A. What was attached? Soft insulation.**
20 Q. So the blanket would go down first,
21 and then just this eighth-inch piece of
22 mirrored metal on top?
23 **A. Correct.**
24 Q. I didn't know if there was actually

Page 254

1  something attached to the mirror metal and then
2  on top of the blanket as well?
3  **A. No.**
4  Q. The mirror piece was just a piece of
5  metal?
6  **A. Yes.**
7  Q. Can you think of any other equipment
8  or machinery that you would have worked around
9  inside the turbine building that we haven't
10 described already?
11 **A. What do you call it? I can't recall**
12 **the component name. I'm sorry.**
13 Q. If it comes to you later, we can go
14 back.
15 **A. Okay.**
16 Q. We'll move on the CPF building. You
17 worked there as a laborer?
18 **A. No, I was a carpenter.**
19 Q. You gave us a description of some of
20 the equipment you can recall inside there. Is
21 there anything else that comes to mind that you
22 saw inside that building?
23 **A. No, just the tanks and valves, piping,**
24 **cable trays.**

CONFIDENTIAL

Page 255

1  Q.  Then there was a containment building?
2  A.  That's where the reactor is, yes.
3  Q.  Did you work inside there?
4  A.  Yes.
5  Q.  What sort of work did you do in the
6  containment?
7  A.  Well, as a laborer, just cleaning up,
8  or we'd have carpenter crews in building
9  scaffolding, tend those.  That's about it.
10  Q.  The four years on your jobsite list
11  when you were a laborer, throughout that four
12  years, was scaffolding at that point in time
13  all metal?
14  A.  In my early years, we used a lot of
15  wood for scaffolding, 2-by-6s, wooden planks,
16  1-by-6s, cross bracing.  But then that wasn't
17  for too long.  Then they came out with it's
18  called a pole coupling scaffolding system.
19  Q.  Then from that point on, that's what
20  was used there?
21  A.  That was used a lot until a company
22  came in, Bartlett, and they had a system that
23  was all metal.  It was all those clips.  You'd
24  have vertical poles with a cup every six

Page 256

1  inches, and the horizontal pieces would go into
2  the column, snap into place.
3  Q.  I guess what I'm trying to find out,
4  you just said that part of your job in the
5  containment building would have been cleaning
6  up.
7  Would you be cleaning up debris from
8  carpenters actually cutting wood, or were you
9  cleaning other things up?
10  A.  Anything.  There was a lot of grating
11  in there.  But where there was concrete, we'd
12  be just sweeping everything up, you know, after
13  a day's work, whatever trade was in there.
14  Q.  So your job having to do with
15  scaffolding was to assist carpenters?
16  A.  Yes.
17  Q.  You could clean up after anybody?  It
18  didn't matter who made the debris?
19  A.  That's correct.  Yes.
20  Q.  What sorts of things do you think you
21  were sweeping up; do you know?
22  A.  Just whatever was there.  I don't
23  know.  Cardboard, dust, piece of insulation,
24  anything.  It was, you know...

Page 257

1  Q.  Whatever was there had to be cleaned
2  up?
3  A.  Yeah.  You wouldn't want to leave it
4  there.
5  Q.  How would you describe the size and
6  shape of that containment building?
7  A.  It's circular.
8  Q.  How tall is it?
9  A.  Unit 2, minus 22 -- it's 22 feet below
10  sea level.  The top of the dome is 90 to 100
11  feet.  It's like 120 feet from the basement, we
12  called it, the minus 22 elevation to the top of
13  the dome.
14  Q.  Is that sort of like a concrete silo?
15  A.  Yes, that shape.  Yes, it's a concrete
16  -- it's four-foot thick, loaded with huge
17  two-inch rebar.
18  Q.  Was any equipment in there, mechanical
19  equipment, that's permanently in there?
20  A.  Oh, yeah.
21  Q.  What sort of equipment was there?
22  A.  You had the reactor itself.  Two
23  generators were in there.  They called them SIT
24  tanks, C-I-T (sic), tanks, valves, piping.

Page 258

1  Feedwater lines came in through the concrete
2  from the auxiliary building.
3  Q.  Can you think of any others?
4  A.  I'm sure there are.  You had the
5  actual cavity where the reactor was or is
6  underwater.  And that's all I can think of
7  right now.
8  Q.  Were there occasions when you built
9  scaffolding inside that building?
10  A.  Yes.
11  Q.  And what was your job at that time?
12  A.  I was a carpenter.
13  Q.  What was the piece of equipment that
14  you were building the scaffolding to?
15  A.  We built hundreds up in -- we called
16  them loops.  We built down minus 22, come up
17  into the loops.  That's around where the
18  generators are for access for the insulators to
19  pull the insulation off, access valves.
20  It was pretty high radiation up there.
21  A lot of dose.  The pressurizer is in there.
22  We built so much scaffolding in there through
23  the years.  We're talking hundreds.
24  Q.  All right.  What's the first year you

Page 259

1 recall working in unit 2 as a carpenter?
2      MR. SWEENEY: If that helps you
3 (indicating).
4      **A. Are you talking new construction?**
5      Q. Ever.
6      **A. Yeah, when I was fourth-year**
7 **apprentice, I was in the -- I was in the**
8 **facilities crew. And they needed a hand inside**
9 **the containment building scaffolding, in the**
10 **containment around the generators.**
11      MR. SWEENEY: I thought the question
12 might have been unit 2 in general or the
13 containment building?
14      MR. SQUITIERO: I'm talking about unit
15 2, in general.
16      **A. Okay. Well, as a carpenter?**
17      Q. Right.
18      **A. First -- boy, it's a long time ago.**
19      MR. SWEENEY: He's asking what year
20 was that?
21      Q. There was a point in time when you
22 switched over to the carpenters union?
23      **A. Yes.**
24      Q. And then you went to unit 2 sometime

Page 260

1 after that. Was that the first year that you
2 were in the carpenters union?
3      **A. Yes.**
4      Q. And what is the last year you recall
5 working at unit 2 as a carpenter?
6      **A. The last year? You're just talking**
7 **unit 2?**
8      Q. Yes.
9      **A. All right. I'm sorry. I'm confused.**
10 **I don't know if it's new construction or -- can**
11 **I take a break?**
12      MR. SQUITIERO: Oh, sure.
13      THE VIDEOGRAPHER: Off the record at
14 11:01.
15      (Off the record, 11:01 a.m.)
16      (Back on the record, 11:14 a.m.)
17      THE VIDEOGRAPHER: We're back on
18 record at 11:14.
19      Q. Mr. Bissell, just to start over, my
20 confusion comes from your jobsite list, which I
21 see you have in front of you.
22      **A. Yes.**
23      Q. This piece of paper says that you
24 worked at Millstone from 1970 to 1974. Then

Page 261

1 again, basically, from '74 to 1980. Do you see
2 that?
3      **A. Yes.**
4      Q. We're talking about Millstone 2?
5      **A. Yes.**
6      Q. Did you work at Millstone 2 after
7 1980?
8      **A. Yes.**
9      Q. How long after that did you work
10 there?
11      **A. Off and on refueling outages. You'd**
12 **get laid off for a little while. They'd call**
13 **you back.**
14      Q. So I thought you had worked there much
15 longer than that.
16      **A. It's confusing. It is to me, too.**
17      Q. At least from 1970 to 1980, you
18 certainly worked there?
19      **A. Yes.**
20      Q. Are you retired now?
21      **A. I am right now, yes. I retired**
22 **officially, I guess, three weeks before the**
23 **surgery. I had planned on working more. They**
24 **had asked me to come back, but I'm not going to**

Page 262

1 be able to.
2      Q. Have you been to Millstone in the last
3 five years?
4      **A. Yes. I was there this year.**
5      Q. You were there this year?
6      **A. Yes. I thought of the name of those**
7 **tanks, you were -- on either side of the**
8 **turbine there. The moisture separator tanks.**
9      Q. Those were the ones; there were two of
10 those?
11      **A. Yes, one on the east side and west**
12 **side, alpha and bravo.**
13      Q. You described that you built a
14 scaffolding so that people could access the
15 manways?
16      **A. Correct. There was another -- there**
17 **was a time when I was a laborer working with**
18 **the carpenters on scaffolding. They took me**
19 **out of the crew, and they put me in what they**
20 **called a facilities crew. And it was a good**
21 **job. Working with carpenters building**
22 **scaffolding is rather boring.**
23      **I went in the facilities crew, and we**
24 **did stuff all over the site. We put in split**

Page 275

1  Q.  So when I say "two steps," what I mean
2  is they would put the blanket material first
3  and then put the mirror piece on?
4  A.  Yeah, I believe so, yeah.
5  Q.  And then the banding?
6  A.  Yes.
7  Q.  You also talked about a C-I-T tank?
8  A.  SIT tank, yeah.  S-I-T, I think,
9  safety injection tank.
10  Q.  Where was that located?
11  A.  They were on the turbine -- no, not
12  the turbine floor.  The charging floor, 38.6
13  elevation in the containment.
14  Q.  What was that tank used for, to your
15  knowledge?
16  A.  Safety injection.  I'm not sure what
17  they did.
18  Q.  How large a piece of equipment was
19  that?
20  A.  They're tanks.  SIT tanks are eight
21  feet, roughly, in diameter, maybe 30 feet high.
22  There's one on each side.  Maybe there's four
23  of them on the charging floor.
24  Q.  Was this something that you ever had

Page 276

1  to build scaffolding around or near?
2  A.  Yes.
3  Q.  For what purpose?
4  A.  They'd have to get to one small valve
5  every other outage.  They had to get to this
6  one small valve on top of the SIT tanks.
7  Q.  Was the sit tank itself insulated?
8  A.  Those weren't insulated, no.
9  Q.  And I apologize, did I ask you:  Do
10  you know who made the SIT tanks?
11  A.  I don't recall.
12  Q.  So I didn't repeat myself that time.
13  The reactor itself, were you ever
14  on-site when the reactor was installed?
15  A.  I was on-site, but I wasn't anywhere
16  near it.
17  Q.  Did you ever have to build scaffolding
18  around the reactor for any reason?
19  A.  No, I can't recall building around
20  that.
21  Q.  Do you have any knowledge of who built
22  the reactor?
23  A.  Good question.  I don't know.
24  Q.  When you approached the reactor, was

Page 277

1  it metal on the outside or something else?
2  A.  Metal.
3  Q.  Was it insulated on the exterior?
4  A.  I don't think so.  It was underwater.
5  I don't think it was insulated.
6  Q.  Then the last piece of equipment that
7  I wrote down was you mentioned generators?
8  A.  Two generators, yes.
9  Q.  Where were those located?
10  A.  They were on the -- they came
11  up through from the three-foot-eight elevation
12  in the containment up through the charging
13  floor.  And they were surrounded by -- they
14  were inside a two-foot -- four-sided, two-foot
15  with concrete around them.  And we built
16  scaffolding down below to get to -- they called
17  super snubbers, and then a manway on the top.
18  Q.  Do you know who manufactured the
19  generators?
20  A.  I do not.  I don't know.
21  Q.  Were the generators insulated?
22  A.  Yes.
23  Q.  What did that insulation look like?
24  A.  Same thing.  The mirror insulation.

Page 278

1  Q.  So just talking about all those
2  levels.  Could somebody -- before the place was
3  operational, could somebody walk all the way
4  from the underwater section all the way to the
5  very top of -- the top floor inside Millstone
6  2?
7  A.  In the containment?
8  Q.  Well, starting at the containment.
9  Was there a ladder system or --
10  A.  Stairs, yes.
11  Q.  So you could take stairs and get to
12  the main floor from the bottom of the
13  containment?
14  A.  Get to the charging floor, yes.
15  Q.  And then from the charging floor, if
16  you wanted to get up to 56.6, was there a
17  series of stairs or ladders to get you up
18  there?
19  A.  In the containment, there is no 56.6
20  elevation.  That's in the turbine building.  To
21  get to the top of the dome, there was a -- what
22  they call a maintenance truss that followed the
23  contour of the beam.  And there was a ladder
24  going up to the platforms all the way to the

Page 279

top.

Q. I got my buildings confused.

So I'm talking now about the turbine building that had the different levels you talked about. Was there a way to walk all the way from the pick bay all the way to the top floor?

A. There was, yes. Two stairways. One on the northwest corner and one on the northeast corner, and then another set of stairs on the east side down towards the south end.

Q. Any time you were inside unit number 2, was there ever a doorway or security gate or anything that would stop you from going anywhere inside the building?

A. Not in the turbine -- well, yes. There's a -- the east switchgear was a vital area, and you had to have a clearance to go through there with a key reader.

Q. Was that the entire time you were on the site?

A. No, they -- when it was under construction, you could go in there. But I

Page 280

don't know what year they started the key readers, card readers, and then a key.

Q. At some point after it was actually operational, there was more security involved?

A. Not security guards, but, yes, the key readers, yes.

Q. How about actually getting onto the premises itself, was there any kind of security that -- would you have to present ID or anything to get onto the site?

A. On the site, you would have to process in out in the outer control area, the training facility, and go through all the CBT testings, base testing. And they'd do a background check and then a urinalysis, fitness for duty.

Once that all was done, they called it the good guy letter came in saying you were good. And they would issue you a badge with a key. Now they've changed it. It's like a -- you just hold a badge up to a reader, and it will get you in.

Q. But at that point in time, after you passed the initial screening, you had a badge and you could show it to somebody and get

Page 281

on-site?

A. You didn't -- you had to wear the badge all the time around your neck. You didn't show it. It had to be visible in the upper torso.

Q. I believe you also said there was an auxiliary building?

A. Yes.

Q. Did you work in that auxiliary building?

A. Yes, I did.

Q. Was that auxiliary building on unit number 2?

A. Yes, there's an auxiliary building in all three units.

Q. The auxiliary building in unit number 2, there was permanent equipment installed inside that building?

A. Oh, yes.

Q. What sort of equipment was in there?

A. Oh, boy, what they called safeguard equipment. I have to go floor to floor. Motor control centers on every elevation. They had RBCCW tanks in the reactor building, cooling

Page 282

water. I think it's RBCCW. Valves, a multitude of valves. They had the east -- what they called the penetration where the feedwater piping and valves go in through the containment. That's the east penetration. West penetration was where the personnel hatch was to go in the containment structure.

Q. Your job in that auxiliary building, were you a laborer or a carpenter or both?

A. I don't recall being in the auxiliary building as a laborer.

Q. The times you were in there as a carpenter, you would have been making scaffolding?

A. Building scaffolding, yes.

Q. Was that construction of that room with the Transite, was that the only non-scaffolding work you did inside any of those buildings?

A. I worked in a cleanup crew for a while.

Q. So putting that aside, so either you would have been cleaning up, assisting carpenters to erect scaffolding, or erecting

CONFIDENTIAL

Page 283

1  scaffolding yourself?
2       A. Yes.
3       Q. Those are the three basic jobs you did
4  over the years?
5       A. Yes.
6       Q. How about the time when you became a
7  supervisor, did you supervise crews doing
8  anything other than those three things?
9       **A. When I was a supervisor, I would -- it**
10  **was all pre-outage when the plant was running.**
11  **They needed upwards of maybe 200 scaffolds**
12  **built before the plant came down so when the**
13  **plant came down, whatever group could get on**
14  **scaffolding to do the work.**
15       **The outages lasted -- they tried to --**
16  **they used to be long, like, two-months'**
17  **outages. And then money-wise came into the**
18  **picture, of course. And they tried to do it in**
19  **30 days or 32 days. So we built the**
20  **scaffolding when the plant was online.**
21       **It was my job to go locate a**
22  **particular component, write up safety-related**
23  **equipment, whatever was safety-related, or we**
24  **had to maintain access to fire hoses or**

Page 284

1  **whatever.**
2       **And then we started this series of**
3  **paperwork until the operations department**
4  **okayed it. And then it'd be given to the**
5  **general foreman, and they dispensed the crews**
6  **to build the scaffolding.**
7       Q. Any of the equipment that you've
8  described inside the auxiliary building, is
9  there any of those pieces that you can recall
10  the manufacturer's name or brand name of?
11       **A. No, I don't.**
12       Q. Did you do any specific work around
13  any of that equipment that's different than
14  what you've described up to this point about
15  your work at Millstone 2?
16       **A. No, just scaffolding.**
17       Q. I don't have another building name.
18  When we first started talking about Millstone
19  2, my recollection is you mentioned the turbine
20  building, the auxiliary building, and this CPF building?
21  containment building, and this CPF building?
22       A. Yes.
23       Q. Are there any others that you worked
24  in at Millstone 2?

Page 285

1       **A. The intake structure. That's separate**
2  **from the other buildings.**
3       Q. What is inside the intake structure?
4       **A. Circulation pumps. Huge pumps that**
5  **circulate 600 -- 6,000 gallons a minute or**
6  **something like that. They go into the -- pump**
7  **into the condensers.**
8       Q. Do you know who made the circulating
9  pumps?
10       **A. I do not.**
11       Q. And what work did you do around those
12  pumps?
13       **A. Built scaffold. So during the outage,**
14  **they wanted to change the piping to a different**
15  **kind of metal that wasn't as corrosive. So**
16  **we'd get scaffolding all set for the removal of**
17  **the sections of pipe and valves.**
18       **We built scaffold retrieval beams, if**
19  **you will, for divers. A diving company would**
20  **go down and check the screens, traveling**
21  **screens. And so we'd build handrails and**
22  **rescue rigs for them at the intake.**
23       Q. You talked about removing piping.
24       Were you present when that piping was

Page 286

1  removed?
2       A. Yes.
3       Q. How did they remove that piping?
4       **A. All with chainfalls.**
5       Q. Did they have to cut it or --
6       **A. No, they never cut it. It was all**
7  **welded flanges. Never had to cut it.**
8       Q. To your knowledge, were they working
9  on valves, or were they just taking the valves
10  out and replacing the piping?
11       **A. They would take valves out to be**
12  **replaced, occasionally. They removed the pipes**
13  **so the painters could check the lining of the**
14  **pipes, some special lining. I forget what it**
15  **was called.**
16       Q. In that building, were the pipes
17  insulated?
18       **A. In the intake? No, I don't recall any**
19  **insulated pipe.**
20       Q. How about the circ pumps, were they
21  insulated?
22       **A. No, they were not.**
23       MR. SQUITIERO: Let's go off the
24  record for a minute.

Page 287

1  THE VIDEOGRAPHER: This is the end of
2  videotape number 1. We're going off record at
3  11:42.
4  (Off the record, 11:42 a.m.)
5  (Back on the record, 11:44 a.m.)
6  THE VIDEOGRAPHER: We're back on the
7  record at 11:44. This begins videotape number
8  2.
9  Q. Mr. Bissell, just one kind of a
10 cleanup question.
11  Speaking of your time as a laborer in
12 the union at Millstone 2, can you think of any
13 jobs you did, any general types of jobs you
14 did, that we haven't described already?
15  A. I can't think of any.
16  Q. Can you think of work you did at any
17 buildings that we haven't described yet, the
18 actual buildings themselves?
19  A. No, I think I've covered them all.
20  Q. At some point in time, you left
21 Millstone number 2 as laborer, and then you
22 left the actual union; is that right?
23  A. Yes, I had gone -- I worked as a
24 laborer on a Friday. Monday was -- the

Page 288

1  following Monday was Veterans Day. We had the
2  day off. I didn't tell anybody. I came in the
3  following Tuesday as a carpenter in the union.
4  Q. How did you make that change?
5  A. I just did it. I don't know how I
6  made the change. I went through the union
7  carpenters union. It was easy.
8  Q. That's what I'm trying to find out.
9  Did somebody -- you got into the laborers union
10 because your brother told you they were looking
11 for people?
12  A. Yes.
13  Q. Was it something similar for the
14 carpenters?
15  A. My first wife's uncle was an officer
16 in the carpenters Local 30 back then. It was
17 before it became Local 24. He asked me one
18 time if I wanted to get into the carpenters
19 union. I said, Yes. So I got into the
20 apprentice program, worked my way up.
21  Q. Before we get into that in too much
22 detail, there are two other jobs you talked
23 about where you were still a laborer. I'd like
24 to go over those.

Page 289

1  The first that I wrote down was
2  working at Pfizer for Barney?
3  A. Yes.
4  Q. And that's Pfizer, the facility in
5  Groton?
6  A. Correct.
7  Q. What were you doing there?
8  A. They were going to put in some new
9  tanks. We were drilling holes for a company
10 that used a hydraulic device to break up the
11 rock. And that's -- I worked doing that most
12 of the time, just drilling holes with the
13 jackhammer or -- yeah, a jackhammer.
14  Q. You were jackhammering holes that were
15 going to be used for what, if you know?
16  A. They were getting rid of the ledge so
17 they could level it off and build a base for
18 the tanks outside.
19  Q. Was it your understanding that the
20 tanks, when they were finished, were going to
21 be outside, or were they going to be in a
22 building?
23  A. Outside.
24  Q. Were you actually there on-site when

Page 290

1  those tanks were put up?
2  A. No, I was not.
3  Q. And how long were you at Pfizer?
4  A. Oh, boy, maybe three months.
5  Q. And was it all jackhammer work the
6  entire time?
7  A. Yes, I think so.
8  Q. No scaffolding work out there?
9  A. No.
10  Q. And were you on your own crew, or were
11 you assisting another type of crew?
12  A. There was, like, maybe four, five, six
13 of us in one crew, all doing the same thing.
14  Q. What time of year was that?
15  A. It was all summertime, as I recall. I
16 don't remember working there in the winter. We
17 also dug a -- we had to -- at one time, we had
18 to -- outside they had a door that had been
19 blocked, some building that had something to do
20 with molasses. And they would do something
21 with molasses, grow mold, I guess.
22  And then when they were done, they
23 would throw it out this door. They wanted to
24 eventually put a set of stairs in, so we had to

Page 303

1  apprenticeship, you were also working on
2  jobsites, correct?
3      A.  Correct.
4      Q.  And how quickly after you became an
5  apprentice did you return to Millstone?
6      A.  1974.  I -- I was a laborer, and then
7  Tuesday I came in as a carpenter.
8      Q.  You went right back to Millstone?
9      A.  Right back.  I worked in the same crew
10  but I was a carpenter then, or, you know, an
11  apprentice.
12      Q.  And the major difference in your job
13  having to do with scaffolding was now you were
14  helping put it up rather than carrying pieces
15  in?
16      A.  That's correct.  Yeah.
17      Q.  Were there journeymen carpenters on
18  the crew assembling the scaffolding?
19      A.  Yes.
20      Q.  What could a journeyman carpenter do
21  on putting up a scaffolding that you as an
22  apprentice could not do?
23      A.  We could do the same.  We worked
24  together.

Page 304

1      Q.  Were there a set crew, such that you
2  always worked with the same journeyman for some
3  period of time?
4      A.  Not always.  I worked -- I went -- I
5  was in the facilities crew as a carpenter.  I
6  was in the facilities crew as a laborer.  Then
7  when I came back, I was in the facility crew.
8      And then they would send me in to
9  assist some carpenter crews on scaffolding in
10  the building.
11      Q.  Once you became an apprentice in the
12  carpenters union, did you ever do any special
13  assignments like you described at that Transite
14  room?
15      A.  Any special assignments?
16      Q.  Or different assignments other than
17  scaffolding.
18      A.  Oh, mostly scaffolding.
19      Q.  And the equipment inside the buildings
20  was the same equipment we've already talked
21  about?
22      A.  Yes, it was when it was being
23  installed.
24      Q.  If you were building the scaffolding,

Page 305

1  it was the same job we've talked about already
2  today?
3      A.  Correct.
4      Q.  So other than you had a different
5  union and a different title, the work you were
6  doing was pretty much the same as before,
7  wasn't it?
8      A.  Before I wasn't -- as a laborer, I
9  wasn't building scaffolding.  I was just
10  bringing.
11      Q.  You were still building the
12  scaffolding for the same purposes you talked
13  about this morning?
14      A.  Oh, yes, correct.
15      Q.  It would have been the same location,
16  the same -- everything would have been at the
17  -- it's the same jobsite?
18      A.  That's correct.
19      Q.  How long did you work at Millstone as
20  an apprentice, if you can remember?
21      A.  It's hard to answer.  It's so long
22  ago.  I've been on so many jobs.  I'm saying a
23  year.  I got laid off and went to other jobs.
24  I was down in Westport, Connecticut and

Page 306

1  Stamford, Connecticut.
2      Q.  So after basically another year at
3  Millstone, you then had to get a different
4  assignment from the union?
5      A.  Yes.
6      Q.  And when you went down to Stamford,
7  where were you working there?   .
8      A.  It was a small job.  Me and one of the
9  carpenters traveled down there.  It was the --
10  it's not on here.  It was a corporate
11  headquarters for the Walden Book Company.
12      Q.  What were you doing at the jobsite?
13      A.  Putting bulkheads on the -- for the
14  floors.  It was all corrugated.  They had the
15  structural steel up and the corrugated steel.
16  We scribed plywood for the floor at different
17  elevations.
18      Q.  When you use the term "bulkhead," what
19  does that mean?
20      A.  That's what forms the expansion joint
21  for the concrete floors.  It's a form, concrete
22  form.
23      Q.  So this was new construction work?
24      A.  Yes.

Page 307

1   Q. How long were you on that job?

2   A. We were on that job for two weeks,

3 working for a different local, Local 43, I

4 believe. And then the superintendent on the

5 job, he liked the way we worked. We were very

6 productive. And he called the business agent,

7 John Cunningham, and he sent us -- gave us a

8 choice of jobs. So we went to Westport. It

9 was -- they were adding onto the sewage

10 treatment plant there.

11   Q. Did you go directly from Walden Books

12 to the sewage treatment plant?

13   A. Yeah, the following Monday.

14   Q. What were they doing there?

15   A. We were putting an addition on. We

16 did all concrete work.

17   Q. Would it have been the same sort of a

18 process where some laborer or some crew had dug

19 the foundation already, and then you were doing

20 the work after that?

21   A. Yes.

22   Q. You were making forms?

23   A. Doing form work, yes.

24   Q. And who actually poured the concrete?

Page 308

1   A. The laborers. We watched the pour to

2 make sure nothing was moving and maybe put an

3 extra brace in or line a form up.

4   Q. So the forms at that point -- this was

5 still the early 1970s or mid 1970s?

6   A. Yeah.

7   Q. At that point in time, you were still

8 using wooden forms?

9   A. Simmons panels mostly.

10   Q. And your job was to put those in place

11 and get them braced as best you could. The

12 other crew poured the cement, and then after it

13 cured, the concrete -- after the concrete

14 cured, you would then take the forms apart?

15   A. Yes.

16   Q. And that was something that, as a

17 carpenter, you had to take the forms apart?

18 Nobody else could do that?

19   A. Correct.

20   Q. And then who would do the backfill

21 after the forms?

22   A. Laborers.

23   Q. So was your job done once the concrete

24 had cured and the forms were off?

Page 309

1   A. Yes.

2   Q. Then you could leave the job?

3   A. That's correct.

4   Q. How long were you on that job?

5   A. I was on there for -- I worked there

6 for close to three months. And I had an

7 opportunity to -- that was in the late '70s, as

8 I recall. I got the chance to go back to

9 Millstone for a refueling outage.

10   Q. Can you recall any other jobs you

11 worked at between leaving Westport and going

12 back to Millstone?

13   A. No.

14   Q. By the time you went back to

15 Millstone, were you returning to number 2,

16 number 1, or somewhere else?

17   A. A unit 1 outage, I believe.

18   Q. When you say the word "outage," to

19 your understanding, those were planned outages?

20   A. Yes.

21   Q. It wasn't some kind of an emergency?

22   A. No. There were a few times when the

23 plant came down for some reason, and we'd have

24 to build scaffold for a component that

Page 310

1 malfunctioned. Most of the time it was a

2 planned outage every 18 months.

3   Q. What did you do there in unit 1 when

4 you returned?

5   A. Same thing, scaffolding.

6   Q. Were you still an apprentice?

7   A. Boy, was I? No, I don't think I was.

8   Q. Did you work in any other buildings at

9 unit 2 as a carpenter that you'd never been in

10 as a laborer?

11   A. I think when I was a laborer I worked

12 in the turbine building. Boy, I don't recall

13 working in any other buildings as a laborer.

14 When I became a carpenter, I did in the

15 containment, the auxiliary building.

16   Q. And the CFP?

17   A. I don't think I worked in the CPF

18 building. I did eventually, not when I first

19 came back.

20   Q. When you went to unit 1 as a

21 carpenter, what building were you working in?

22   A. Mostly the reactor building.

23   Q. By that point in time, you said it was

24 the late '70s?

Page 311

1    A.  I believe so.
2    Q.  Unit 1 had already been completed and
3  was operating?
4    A.  Yes.
5    Q.  So all the equipment was installed
6  already?
7    A.  Yes.
8    Q.  And your job was scaffolding then?
9    A.  Yes.
10    Q.  Did you encounter any equipment at
11  unit 1 that you can recall by name, by the name
12  of the manufacturer or the brand name of it?
13    A.  No, I never paid much attention to
14  what the -- who made the equipment.
15    Q.  Was it, to your observation, generally
16  the same kind of equipment you had seen when
17  you'd been in unit 2 earlier?
18    A.  I'd say so, yes.
19    Q.  How long did you work in the reactor
20  building during that outage?
21    A.  Two months.  It gets confusing.  I've
22  been on so many jobs and...
23    MR. SWEENEY:  This might be a good
24  place to take a break anyway.

Page 312

1    MR. SQUITIERO:  That's fine.
2    THE WITNESS:  I'm sorry.
3    MR. SQUITIERO:  We're just trying to
4  get your best memory.  If you can't recall,
5  just say you don't remember.
6    THE WITNESS:  It's difficult.
7    THE VIDEOGRAPHER:  Going off record at
8  12:10.
9    (Off the record, 12:10 p.m.)
10    (Back on the record, 1:07 p.m.)
11    THE VIDEOGRAPHER:  Back on record at
12  1:07.
13    Q.  Good afternoon, Mr. Bissell.
14    A.  Good afternoon.
15    Q.  I'm going to start with just a couple
16  of general questions because I think most
17  people, if they don't work in the carpenters
18  union, they think you build stuff out of wood.
19    Was there ever a job that you went to
20  where that's what you did?  You were actually
21  building something, framing it out of wood, and
22  making a house or an addition or anything like
23  that?
24    A.  We didn't do any residential work in

Page 313

1  the carpenters union.  I did Millstone.  I was
2  in a crew.  We did studding, metal studs, at
3  the administration building.
4    Q.  I know what a framing contractor is.
5  Did the union ever do that sort of framing for
6  condominiums or apartment complexes or that
7  sort of thing?
8    A.  Yes, they did.  Navy housing in
9  Groton.  It was all a wooden structure.  Some
10  of the hotels there.  I can't remember the name
11  of the hotel on Route 32 in Norwich or
12  Montville.  That was all wooden studs, I
13  believe.  There were jobs that -- there was
14  regular carpentry work.
15    Q.  That was done by your union local?
16    A.  Yes.  Correct.
17    Q.  You personally did not work on any of
18  those jobs?
19    A.  I didn't work on those, no.  I did
20  not.
21    Q.  How about you personally, did you ever
22  build houses or help other people build houses
23  on the side?
24    A.  Yeah, I worked with -- I built a house

Page 314

1  in Niantic, 85 Chesterfield Road.  I put an
2  addition on a house in New London for a
3  gentleman and his wife.  And I've built sheds
4  and decks and trying to keep my hand in the
5  carpentry trade.
6    Q.  When you built the house in Niantic,
7  who were you working for on that job?
8    A.  Just the owner.  I worked -- the guy
9  that asked me to help him.  There was four of
10  us framing out the house.  I can't remember his
11  name.  He's passed away, but we worked for the
12  owner.
13    Q.  He hired you?
14    A.  The gentleman that passed away hired
15  me.
16    Q.  Was it the job you were doing as your
17  only job, or was it kind of a moonlighting job?
18    A.  Moonlighting.
19    Q.  Did you do it nights and weekends
20  or --
21    A.  Just days.  No nights.
22    Q.  How long did that whole job take?
23    A.  A couple weeks.
24    Q.  Did you do the framing?

Volume 2             June 22, 2017

Page 315

1   A. Yes.

2   Q. Anything after framing?

3   A. We did all the -- we closed the house

4 up with the sheathing on the roof, and then I

5 got called by the union to go on another job.

6 I don't remember where it was.

7   Q. So during that couple of weeks time

8 when you were building the house in Niantic,

9 you didn't have a job at the union?

10   A. No.

11   Q. Is that right?

12   A. That's correct, yes.

13   Q. So were you doing that job each day

14 Monday to Friday?

15   A. Yes.

16   Q. But when it came time to do the roof

17 on that particular house, you did not do that

18 work?

19   A. No, we just put the sheathing on, and

20 I was called back to work.

21   Q. Did you do the exterior -- whatever

22 the exterior finish on the house was?

23   A. No.

24   Q. Shakes or clapboards?

Page 316

1   A. No, we did not.

2   Q. And after you had left that job after

3 the initial couple of weeks, did you ever go

4 back there again for the site?

5   A. No, I did not. As a matter of fact,

6 just a point of interest, about a month ago, my

7 son and -- my daughter and my son-in-law wanted

8 to buy a house, and they wanted me look at it

9 first before they decided. It was the same

10 house that I worked on so...

11   Q. Still standing?

12   A. Still sanding, yeah. Nice house.

13   Q. Did they buy it or no?

14   A. No. I wish they had.

15   Q. Then you said you did some traditional

16 carpentry work on an addition in New London?

17   A. Yes.

18   Q. Do you remember who the owner of that

19 house was?

20   A. Yeah, his last name was Bob Prarie,

21 P-R-A-R-I-E. He was a car salesmen at Malbees

22 (phonetic). He's passed away. I think his

23 wife was Lillian, also. I'm not sure of that.

24   Q. What size addition was that?

Page 317

1   A. Roughly 14 feet by, I'm saying, 28

2 feet. It was like a three-season room, I

3 guess. I guess he had heat put in. It was

4 closed in, not a rec room. Just a porch, I

5 guess.

6   Q. So your job there was, again, framing

7 work?

8   A. Yes.

9   Q. Did you finish the walls?

10   A. Finished everything.

11   Q. So that job you completed it and

12 turned it back over to the owner?

13   A. Yes.

14   Q. What sort of materials did you use for

15 the framing itself?

16   A. 2-by-6s and 2-by-10s for the rafters.

17   Q. Was there any sort of a roof, a hip

18 roof or something like that on it?

19   A. No. No. Just a shed roof. Didn't

20 have much of a pitch at all. I think it was a

21 four-inch pitch.

22   Q. Did you do the sheathing on that roof

23 as well?

24   A. Yes.

Page 318

1   Q. Then how did you finish the final

2 roof?

3   A. Shingles.

4   Q. What sort of shingles were they?

5   A. They were asphalt shingles.

6   Q. Three-tab?

7   A. Yes. I think they were three-tab.

8 They weren't architectural.

9   Q. The house in Niantic, do you recall

10 what year that was?

11   A. Boy, 'mid '70s.

12   Q. How about the addition in New London,

13 do you remember what time that was?

14   A. It was in the '80s. I don't recall

15 the year.

16   Q. Was that job for the addition also

17 done at a time when you didn't have an

18 assignment from the union?

19   A. Yes.

20   Q. How long did that addition take you

21 from start to finish?

22   A. Probably I put an addition to the

23 bathroom also as part of the job. And I did

24 everything right up until they had carpet put

Page 319

1  in. I didn't do that. I'm saying a month.
2      Q.  Knowing Connecticut law, a permit was
3  supposed to be pulled for that job?
4      A.  I think Bob pulled one, yes.
5      Q.  And so the exterior addition, first of
6  all, did you have to do a foundation, or had
7  someone else done that already?
8      A.  It was all on piers, sonar tube.
9      Q.  And how were the exterior walls
10 finished?
11     A.  I don't know what he ended up doing
12 with that. I didn't do that work.
13     Q.  What was the house itself? Was the
14 house shakes or clapboard or something else?
15     A.  It wasn't clapboard. Probably shakes.
16     Q.  If that was finished off, it was done
17 by somebody else?
18     A.  Yes. Right.
19     Q.  Did you have to insulate the walls?
20     A.  I insulated walls and did the
21 sheetrock.
22     Q.  What did you use for the insulation?
23     A.  It was fiberglass.
24     Q.  Then you sheetrocked the interior?

Page 320

1      A.  Yes.
2      Q.  Did you use regular sheetrock or
3  waterproof or --
4      A.  No, it was all half-inch sheetrock,
5  four-by-eight sheets.
6      Q.  Was it finished the same way you
7  described yesterday with the three coats and
8  the sanding?
9      A.  I didn't do the joint compounding.
10     Q.  So --
11     A.  They hired a painter to come and do
12 that.
13     Q.  So your job was to install the
14 sheetrock in the inside, and then they took
15 care of it from there?
16     A.  Yes. Correct.
17     Q.  "They" being the owners?
18     A.  Yes.
19     Q.  The sheetrock itself, do you remember
20 how you affixed that to the wall?
21     A.  I used screws, sheetrock screws.
22     Q.  Was the owner acting as the general
23 contractor, or were you acting as the general?
24     A.  I was the general, but we were

Page 321

1  friends. And he wouldn't -- he was the general
2  contractor. Put it that way.
3      Q.  Who bought the materials?
4      A.  I ordered it, and he paid for it.
5      Q.  Do you remember where you ordered the
6  materials from?
7      A.  Yes, I do. Miner, Miner Lumber. I
8  don't know if they're still in business, in New
9  London.
10     Q.  Do you know if that's M-I-N-E-R or --
11     A.  M-I-N-E-R, yes.
12     Q.  So from Miner Lumber, you would have
13 ordered the wood, the insulation, and the
14 sheetrock?
15     A.  Yes.
16     Q.  Anything else?
17     A.  No. The windows, I don't know where
18 he got the windows from.
19     Q.  How many windows were put in there?
20     A.  A lot of windows, five or six. I
21 don't recall. It was like a sunroom, kind of.
22     Q.  Was there an exterior door as well?
23     A.  Yes.
24     Q.  So other than the house that you

Page 322

1  helped build in the mid '70s in Niantic and
2  this addition in New London, can you think of
3  any other, what I've been calling "traditional
4  carpentry jobs" you did?
5      A.  I have to think. I did my brother's
6  house up in Deep River, the Chester line. I
7  didn't build the house. It was all post and
8  beam, but myself and another gentleman, we did
9  all the wainscoting, did the floor out of all
10 -- it was a pine floor, all from a tree that
11 they got up in Ridgefield, Connecticut. He had
12 it delivered to the house, and they did what
13 they called "sticked it."
14     It came to the house where it was in
15 the same environment as the rest of the house
16 and they dried and cured it, and we used that
17 for planking, plank floor.
18     Q.  So that wood was from a special source
19 that your brother had found?
20     A.  Yes.
21     Q.  How about the wainscoting, was that
22 just --
23     A.  That was just regular pine.
24     Q.  Do you know where your brother got

Page 323

1  those materials?
2     A.  No.
3     Q.  Wainscoting is a way to finish
4  interior walls?
5     A.  Yes.
6     Q.  You did the interior walls and the
7  flooring?
8     A.  Yes.
9     Q.  How many rooms?
10    A.  It was one big room, which constituted
11 a dining room, a kitchen, and a living room.
12 One wide open room.
13    Q.  Do you remember --
14    A.  And the deck.  We built the deck also.
15    Q.  Was that process the same as you've
16 described building a deck yesterday?
17    A.  The same as I did yesterday?  I'm
18 trying to think what...
19    Q.  You told us that the general process
20 was there was either piers or foundations?
21    A.  Oh, yes.
22    Q.  Then you built it out of wood?
23    A.  Yes.
24    Q.  And you made a railing?

Page 324

1     A.  Yes.
2     Q.  All those same things you did on your
3  brother's deck?
4     A.  Yes.
5     Q.  The house in Chester, when was that
6  that you did that work?
7     A.  Boy, my brother's still working on the
8  house.  It's been about 15 years now.  What
9  year?  Probably '79.  I'd have to check on
10 that.  I don't recall the year.
11    Q.  How about if we go at it this way:  Do
12 you recall whether you were still an apprentice
13 or whether you were --
14    A.  I was a journeyman.
15    Q.  The house, your brother's house, did
16 you ever do any other jobs there other than
17 that one?
18    A.  No, I did not.
19    Q.  How long did that job take?
20    A.  We were there at least a month.
21    Q.  And at that point in time, were you
22 also working at union jobs?
23    A.  No, there was no work.  That's why my
24 brother contracted me.

Page 325

1     Q.  I apologize for jumping around.  I'm
2  trying not to do that.  I recall I made a note
3  that you also did some work on the bathroom in
4  the New London house?
5     A.  Oh, yeah.  They had a regular full
6  bath in the house, and then it was kind of in
7  the garage that Bob used.  He needed it a
8  little larger, so I extended that about two,
9  three feet out into the garage more.
10    Q.  So it was an existing bathroom that
11 you made a little bit bigger?
12    A.  Correct.
13    Q.  You did that by moving a wall,
14 basically?
15    A.  Yes.  Right.
16    Q.  What specifically did you have to do
17 to move that wall?
18    A.  I took it down and just reframed it
19 into the garage more.
20    Q.  How long a section of wall was it that
21 you had to move?
22    A.  Boy, I think four feet, five feet.
23    Q.  What had the interior wall been made
24 of before you took it down?

Page 326

1     A.  It was sheetrock.
2     Q.  So you had to take the sheetrock down
3  and remove the studs?
4     A.  Yes.
5     Q.  Move them to the new location, build a
6  new wall, and did you use sheetrock?
7     A.  Yes.
8     Q.  Did you finish the sheetrock?
9     A.  I did, yes.
10    Q.  Was that the same process you talked
11 about yesterday, three coats and sanding?
12    A.  Yeah.  That's right.
13    Q.  Was it always your procedure to do
14 three coats and then sand the last coat only?
15    A.  Yeah.  On the second coat, I mean, not
16 every time, I've done that but I would sponge
17 it over a little to get the rough edges off.
18 Made the third coat easier to apply, feather it
19 out.
20    Q.  Is there anything else you can recall
21 doing at that New London house that we haven't
22 talked about?
23    A.  I hung some new doors in their
24 bedroom.  I believe that was it.

Page 327

1    Q.  Then I think you described that from
2  time to time you would build sheds for people?
3    A.  Yes, I built a shed for Mr. Perry and
4  his wife.  They had an old one, and I tore that
5  down.  And a friend of mine hauled it away and
6  rebuilt it on his property.  And then I built a
7  new shed for Bob and his wife.
8    Q.  When you say "shed," what size are you
9  talking about?
10    A.  That was a good-sized shed, probably,
11  guessing, 10 by 12, shed roof.
12    Q.  Was there a door to get into it?
13    A.  Yes.
14    Q.  Were there windows as well?
15    A.  I think I framed a window in, yes.
16    Q.  Was there any sort of a foundation?
17    A.  No, I used the existing piers that
18  were there for the old shed.
19    Q.  Then the shed that you built, was it a
20  kit, or did you stick frame it yourself?
21    A.  Stick built.
22    Q.  All made out of wood?
23    A.  Yes.
24    Q.  The interior, did you leave the studs

Page 328

1  open, or did you finish it?
2    A.  Left them open.
3    Q.  And what did you use for a floor?
4    A.  I think it was all 2-by-6s and
5  plywood, three-quarter plywood.
6    Q.  Was that addition done before or after
7  this addition you talked about at your house?
8    A.  Sorry.  Could you repeat that?
9    Q.  The shed was made for the same person
10  that had the house in New London?
11    A.  Yes.
12    Q.  It was on the same property?
13    A.  Yes.
14    Q.  Which was done first, the addition or
15  the shed?
16    A.  The addition.
17    Q.  The shed was done sometime in the '80s
18  also?
19    A.  I believe it was, yes.
20    Q.  Can you recall building sheds for
21  anyone else?
22    A.  No.
23    Q.  So now we have three projects that I
24  took some notes on, the house that you helped

Page 329

1  build in Niantic, the addition and the shed at
2  the Perry house, and then your brother's house?
3    A.  Yes.
4    Q.  Do you recall doing any kind of
5  carpentry work for anyone else other than those
6  three jobs?
7    A.  I don't recall any more right now.
8    Q.  Am I correct those three jobs we've
9  talked about, those were not through the union?
10    A.  Correct.
11    Q.  Were you restricted when you were a
12  member of the union from moonlighting?
13    A.  No.
14    Q.  If you wanted to have a weekend job
15  doing carpentry work, you were allowed to do
16  that?
17    A.  Oh, yes.
18    Q.  You personally didn't do that
19  normally?
20    A.  Not normally, no.  I've been very
21  fortunate.  I've been employed most of the
22  time.
23    Q.  I guess just to expand on that just a
24  bit, just to kind of close out that area, for

Page 330

1  the union, did you ever go to any job where
2  your job was to build something out of wood,
3  other than a scaffolding, building an addition
4  to a house, anything like that, but it was a
5  union job?
6    A.  No.
7    Q.  So when we were talking about
8  Millstone, I believe we were in the late 1970s.
9  You recalled going back to Millstone but to
10  unit 1?
11    A.  Yes.
12    Q.  By that point in time, you were still
13  an apprentice?
14    A.  I was -- it was my last year as an
15  apprentice, and out of the class, for some
16  reason they picked me to go to an apprentice
17  contest down in New Haven Mall, that's not
18  there anymore.  I participated in a contest.
19  So they wanted to keep -- there wasn't a lot of
20  work in the union at the time, so they wanted
21  to keep me busy, so they sent me to that job on
22  unit 1.
23    Q.  How long did that last?
24    A.  Three months, four months.

Page 331

1    Q.   Again, it was a scaffolding job pretty
2    much during a shutdown?
3        A.   Yeah, primarily, yes.
4        Q.   Just from looking at the dates and
5    times, it seems to me that there had to be a
6    job between Westport and you going back to unit
7    1.  It seems like a couple-of-year gap there.
8    Do you know any places?
9        A.   Between Westport?
10       Q.   Yes.
11       A.   No, I left Westport, and I went back
12   to Millstone.
13       Q.   Which unit?
14       A.   I don't know why there's a gap.  I
15   think it was unit 2.
16       Q.   Okay.  We had not talked about that.
17   You went back to unit 2?
18       A.   I think it was unit 2, yeah.
19       Q.   How long did you work at unit 2 then?
20       A.   That's where it gets tough because
21   I've been laid off and hired so many times.
22   Maybe it's my old age, I don't know.  I get
23   confused with the dates and how long I was
24   there because I was there on and off so many

Page 332

1    times.
2        Q.   I think it's safe to say if you asked
3    anybody in this room what they did in 1978,
4    they'd probably have trouble remembering, so I
5    don't think it's just you, but...
6        A.   Okay.  Good.  I feel better.
7        Q.   You were working for Bechtel at one
8    point in time.  Was Bechtel always your
9    employer at Millstone?
10       A.   No, they were not.  That was on the
11   construction of -- I worked for Bechtel in the
12   construction of unit 2.  And I worked for
13   Bechtel at the Connecticut Yankee plant on the
14   asbestos abatement program.
15       Q.   Where was Connecticut Yankee located?
16       A.   Haddam.
17       Q.   When you first got there, what was
18   your position?  Were you an apprentice or a
19   journeyman?
20       A.   Journeyman.
21       Q.   Do you remember what year that was?
22       A.   It was in the '90s, late '90s.
23       Q.   They were in the midst of an abatement
24   program at that point?

Page 333

1        A.   Correct.
2        Q.   What was your responsibility at that
3    job?
4        A.   We just built scaffolding for the
5    asbestos company that was there.  We didn't
6    build the enclosures.  We just built
7    scaffolding.  They took over.
8        Q.   At that point in time, had you seen
9    abatement going on before?
10       A.   Before that?  No.
11       Q.   To your knowledge, once you had your
12   scaffolding up, would they go in and then do
13   something to segregate that area before they
14   started any work?
15       A.   That's correct.
16       Q.   And were you also under the impression
17   that people were going to have to suit up and
18   protect themselves?
19       A.   Yes.
20       Q.   But your crew did not have to do
21   anything like that; is that right?
22       A.   We didn't do the enclosures on that
23   job.
24       Q.   To construct the scaffolding, were you

Page 334

1    required to wear breathing protection?
2        A.   No.
3        Q.   Were there signs in the area where you
4    worked warning about asbestos or breathing
5    dangers?
6        A.   I don't recall any, no.
7        Q.   How long were you at the Connecticut
8    Yankee plant doing that work?
9        A.   Probably two months.
10       Q.   Did you have any knowledge of what the
11   asbestos was being removed from?
12       A.   The particular components we built
13   scaffolding for, yes.
14       Q.   They would tell you, This particular
15   piece of equipment over here had to have
16   removal done, so you built scaffolding for that
17   piece of equipment?
18       A.   Correct.
19       Q.   Do you remember what type of equipment
20   you built the scaffolding around?
21       A.   Basically the same as in Millstone.
22   Whether it be pumps, valves -- not pumps too
23   much -- but piping.
24       Q.   At Connecticut Yankee, just to ask you

Page 335

1  the same question: Do you have any knowledge
2  of who the manufacturer or the trade name or
3  the brand name of any of that equipment was?
4      A. No, I do not.
5      Q. Were you physically present inside the
6  building when the asbestos was being removed by
7  the other crew?
8      A. Yes.
9      Q. Where were you at that point?
10     A. We were all over the place. We were
11  in the containment building scaffolding. At
12  times we were suited up. That was for
13  contamination, not for asbestos.
14     Q. When somebody was removing asbestos
15  inside Connecticut Yankee, would they be behind
16  a plastic curtain or some kind of an enclosure?
17     A. Yeah, they had a plastic polyethylene
18  enclosure that had to be built a certain way so
19  when they were done removing the asbestos,
20  there was a certain way to unsuit. It had a
21  shower inside.
22     Q. Was there sort of an air lock thing
23  where you had to go through one area to get to
24  a middle area and then another area?

Page 336

1      A. Yes, you had a plastic door on it,
2  flaps. And they had positive -- negative air
3  pressure and all that.
4      Q. When all that was going on, if you
5  were in the plant, you were on the outside of
6  that containment area?
7      A. Correct.
8      Q. If they were doing work on the inside?
9      A. Yes. Yes.
10     Q. Were they bagging their trash before
11  they took it out of that area?
12     A. This was all bagged, and they had the
13  danger tags on it. You knew it was asbestos.
14     Q. I guess this is probably as good a
15  time as any. You went into the union, the
16  carpenters union, in 1974. And what was the
17  number of the local then?
18     A. Local 30. It was out of New London.
19     Q. Then how long was the apprenticeship
20  program?
21     A. Four years.
22     Q. Was it strictly four years, or was it
23  by the number of hours you worked?
24     A. It was four years.

Page 337

1      Q. So then by 1978, you were then a
2  journeyman?
3      A. Yes.
4      Q. Is that the next step?
5      A. Yes.
6      Q. Are there grades of journeyman, or is
7  it just one name?
8      A. There's one grade. The apprenticeship
9  started off the first year. You earned 50
10  percent of what a journeyman earned. I started
11  out off making $4.10 an hour. Every six months
12  you would get an -- I believe a 5 percent
13  raise, 10 percent, maybe. I'm not sure.
14     Q. At the end of the four years, you were
15  no longer an apprentice. Now you're a
16  journeyman, and then you're able to do
17  anything. You're not restricted from work you
18  did as a carpenter?
19     A. Correct.
20     Q. When can you actually start running a
21  job?
22     A. Some apprentices run jobs, if they're
23  that good.
24     Q. At some point in time, you became a

Page 338

1  supervisor?
2      A. Yes.
3      Q. When was that?
4      A. Let me think. Eight years ago, I
5  officially retired as a carpenter, but I came
6  back as a supervisor.
7      Q. So, 2009 give or take?
8      A. 2008, 2009, yeah.
9      Q. In 2008 or 2009, you officially
10  retired?
11     A. Yes.
12     Q. In between 1978 and that official
13  retirement date, were you always a journeyman?
14     A. Yes.
15     Q. Had you ever been a supervisor for any
16  stretch of time in the middle there?
17     A. I was a foreman, area foreman, and a
18  general foreman on all of Millstone.
19     Q. When were you first a foreman, if you
20  can recall?
21     A. I believe my first foreman job was
22  when they were building unit 3.
23     Q. Just educate me on that. If you were
24  a foreman at Millstone and then you got called

Volume 2                                          June 22, 2017

---

**Page 339**

1  to a different job, would you be a foreman on
2  the other job?
3      A.  No.
4      Q.  That job title -- that kind of went to
5  the particular job you were working on?
6      A.  I went to other jobs.  I worked at
7  Foxwoods, a ceiling tile job.  They made me a
8  foreman there.  I'm not sure what you're
9  asking.
10      Q.  Let me ask it a different way.
11        At some point in time, you were named
12  to be a foreman on a job for the first time?
13      A.  Uh-huh.
14      Q.  In the union, does that mean from that
15  point on you were always going to be a foreman
16  on every job?
17      A.  No.  No.  No, not at all.
18      Q.  When you were a foreman at unit 3 at
19  Millstone, is there then another job title
20  above foreman?
21      A.  An area foreman.
22      Q.  What is that person?
23      A.  An area foreman controls, say, four or
24  five other crews, six crews.  It's a step up,

---

**Page 340**

1  and then general foreman is next.
2      Q.  So general foreman is above area
3  foreman?
4      A.  Yes.  A job like -- a lot of what they
5  called the outside jobs away from Millstone,
6  they don't do that.  They'd just have one
7  foreman or a general foreman.  At Millstone,
8  there was so many.  You might have 100
9  carpenters there on the job, and there were
10  many foremen.  They had area foremen for
11  different areas of the job, of the site, and
12  one general foreman.
13      Q.  So one general foreman for the entire
14  jobsite?
15      A.  Correct.
16      Q.  When you were in the union, were you
17  ever a general foreman at Millstone?
18      A.  Yes.
19      Q.  Did that position, the general foreman
20  position, have responsibilities to attend
21  meetings at the site?
22      A.  Oh, yes.
23      Q.  Were there safety meetings?
24      A.  Yes.

---

**Page 341**

1      Q.  Did you attend safety meetings?
2      A.  Yes.
3      Q.  What sort of things did they talk
4  about at safety meetings?
5      A.  They had a different topic every --
6  any safety meeting I went to, there was a
7  different topic, fall protection, hearing
8  protection, general stuff, you know, hard hat,
9  safety glasses.
10      Q.  How often would they hold that kind of
11  a safety meeting?
12      A.  Usually, once a week.
13      Q.  Was it your responsibility as a
14  general foreman to be the representative of all
15  the carpenters at that meeting?
16      A.  Yeah, I would think so.  Yeah.
17      Q.  Did they ever talk about asbestos at
18  those meetings?
19      A.  You know, I don't -- I never -- I
20  don't remember ever attending a safety meeting
21  that asbestos was a topic.  I'm not saying I
22  didn't.  I just don't recall.
23      Q.  How about -- and this might be the
24  same answer.  How about asbestos abatement, did

---

**Page 342**

1  they talk about that at one of the meetings?
2      A.  I would think we did because they had
3  to know the difference between friable and
4  non-friable.
5      Q.  Was there a point in time when you
6  were working in the union when you were aware
7  that asbestos was dangerous?
8      A.  At some point, yes.
9      Q.  Do you remember when that was?
10      A.  I think -- I don't recall when.
11      Q.  Your recollection, I think from what
12  you said yesterday, there was not a point in
13  time it was required of all carpenters to wear
14  breathing protection at Millstone or any
15  jobsite?
16      A.  It was not required.
17      Q.  Was there ever a time when it was
18  required?
19      A.  It was required?  Not -- not to my
20  knowledge.  We wore full-face respirators, but
21  that was for airborne contamination,
22  radioactive contamination.  I don't -- I don't
23  ever recall wearing a particle mask.
24      Q.  And other -- let me strike that and

---

Page 343

1  start over.
2      When you were working near the
3  reactor, were there times that you you had to wear
4  a full suit?
5      A.  Oh, if you were inside of the radio --
6  the RCA area, that had contamination.  You had
7  to have a full set of PC, protective clothing.
8      Q.  Did you wear some kind of a gauge to
9  measure the levels?
10     A.  Yes.  We started off wearing what's
11  called -- the first one I ever wore was a pick.
12  It was called a pick.  You hold it up and it
13  would measure the radiation.  You would sign in
14  on an RWP, radiation work permit, and start
15  off.
16     The pick would be set at zero.  When
17  you came out and unsuited, you'd go to the
18  health physics control point and read your
19  pick.  And you wrote down how much you picked
20  up, five, ten, 100, or whatever.
21     Q.  Were you ever told that you had to
22  take some time off because you'd been exposed
23  to too much radiation?
24     A.  No.

Page 344

1      Q.  Was there ever a point in time where
2  you were doing a job where as you went in, you
3  were told you were not allowed to work in the
4  room for X number of minutes because of the
5  radiation?
6      A.  Correct.  Yes.
7      Q.  What was the limit that you could be
8  in there?
9      A.  It would vary.  Now they have what's
10  called an alarming dosimeter.  It sets points
11  for dose and dose rates.  If you get -- say
12  this table here was throwing off 300 milligram
13  an hour a foot away and you got close, you got
14  closer than a foot, the alarm would let you
15  know that the dose was so much.  You'd back
16  away.
17     Then they had the dose alarm that
18  maybe they'd set it at 20, and it was your
19  responsibility to leave that area when it was
20  80 percent of 20.  You didn't go over your
21  limit.
22     Q.  So that was --
23     A.  Now.  That's not years ago.  That's
24  what they do now.

Page 345

1      Q.  So at some point in time, they trained
2  you on how to protect yourself from radiation?
3      A.  Correct.
4      Q.  Was it something that it was your
5  responsibility to be watching the dosimeter, or
6  was somebody else monitoring?
7      A.  It was your responsibility.
8      Q.  When you say, then, the term
9  "supervisor," that you went there after you
10  officially retired, is the supervisor's job
11  nonunion?
12     A.  I didn't -- yes.  I didn't work -- let
13  me start over.  The first time I was a
14  supervisor, I was accumulating hours for
15  credits.  It was the first time.
16     After that it was nonunion.  Not
17  nonunion but I wasn't accumulating hours for
18  credits.  I was paid by the contractor that
19  hired me.
20     Q.  So the positions from apprentice up to
21  general foreman are all within the union?
22     A.  Yes.
23     Q.  And then if you were a supervisor,
24  whoever the general contractor on the job was

Page 346

1  might have hired you separately, but they
2  wouldn't go though the union.  They hired you
3  directly?
4      A.  Yes, correct.  I would just, as a
5  courtesy, call the local union up and tell them
6  I was going to be on the job.  It was always
7  Millstone.  Millstone, and then Indian Point,
8  New York, I was a supervisor up there,
9  scaffolding supervisor for about a month.
10     Q.  Both jobs that you just talked about,
11  Millstone and Indian Point where you were a
12  supervisor, were they both scaffolding jobs?
13     A.  Yes.
14     Q.  And was it basically the same kind of
15  work you've described over and over again,
16  where your responsibility was to put up the
17  scaffolding so other trades could get up there
18  and do work?
19     A.  As a supervisor, I was not in charge
20  of that.  It was more running paperwork and
21  getting authorizations and pictures and putting
22  packages together to get the scaffolding ready
23  to start.
24     Q.  So your work was still related to

Page 347

1  scaffolding, but you weren't actually watching
2  people put it up or inspecting it?
3      A.  I would, yeah.  I would watch for any
4  violations or any safety regulations, or if I
5  saw something wrong, I could stop the job.  I
6  would also -- part of the job was inspecting
7  the scaffolds, climbing up to be sure that
8  clearances were maintained and it was built
9  properly, everything was tight.
10     Q.  So it sounds like the major addition,
11  then, is that you also had some responsibility
12  for the paperwork related to the job when you
13  were a supervisor?
14     A.  That's correct.
15     Q.  Did you have a trailer or an office or
16  anywhere where you could do that work?
17     A.  Yes, I had an office and computer.
18     Q.  Were you in the building where the
19  scaffolding was being erected, or were you
20  somewhere else?
21     A.  I was separate.  That was in a break
22  area, craft assembly area.
23     Q.  When was the first time, if you can
24  remember the year, that you worked as a

Page 348

1  supervisor at Millstone?
2      A.  2009.
3      Q.  Again, this is if you know:  By 2009,
4  was asbestos abated from Millstone?
5      A.  On unit 1 it was, yeah.  When I left
6  the Connecticut Yankee power plant, the
7  asbestos abatement program, it was going to
8  start on unit 1 at Millstone.  And myself and a
9  friend of mine, two friends, we were the first
10  ones hired there.  We left Connecticut Yankee
11  and went to Millstone unit 1.
12     Q.  Your job at Millstone unit 1 related
13  to abatement was the same basic work you had
14  done at Connecticut Yankee?
15     A.  It was a little different, because we
16  did the enclosures, polyethylene enclosures.
17     Q.  How did you put those up?
18     A.  There was a certain way they had to be
19  built.  Basically, three layers of poly.  We
20  would start with the floor.  It would have to
21  come up -- it had to go at least a foot up the
22  walls and attach.  And we did the walls.  The
23  walls came down and overlapped the floor piece,
24  went all the way to the top of the ceiling.

Page 349

1      And then the ceiling came halfway down
2  the wall, up over the ceiling, back down the
3  other side.  Then we had the separate cubicles,
4  if you will, for their unsuiting, bringing bags
5  out.  And then they had a -- the last one was a
6  shower.  And they would step out onto a
7  step-off pad.
8      Q.  Was it your responsibility to build
9  the enclosure for the shower as well?
10     A.  Yes.
11     Q.  How did the water get there?
12     A.  The asbestos people would put the
13  shower in.
14     Q.  Did they have to run their own water
15  supply or have a plumber do that; do you know?
16     A.  I think they ran their own water, but
17  I was never a part of that.
18     Q.  That was outside of your job?
19     A.  Yes.
20     Q.  The water?
21     A.  Yes.
22     Q.  What was the -- the polyethylene comes
23  on rolls, right?
24     A.  Yeah, it's 20 foot by 100 feet.

Page 350

1      Q.  20 feet wide 100 feet long in each
2  roll?
3      A.  Yes.
4      Q.  If you had to cut it, you had a hand
5  tool?
6      A.  You'd cut it with a utility knife or
7  scissors.
8      Q.  What would you be attaching that
9  polyethylene to?
10     A.  We built scaffold first to the floor
11  and everything.  And then we would either use
12  tie wire or zip ties and tie baton strips about
13  every foot, 16 inches, two feet apart, and then
14  we used a hammer stapler initially.
15     Q.  And do you remember when it was that
16  you first went to unit 1 to start doing that
17  abatement work?
18     A.  1998, I believe.
19     Q.  How long were you there at unit 1?
20     A.  I stayed right after the abatement
21  program.  I left there and went to work on unit
22  3.  I never -- I didn't leave Millstone.  But
23  that job, that particular unit 1 job, probably
24  close to a year.

Page 351

1    Q.  When you left unit 1, was all the
2    asbestos abated, or did someone else take over
3    and do that work after you left unit 1?
4    A.  I think the abatement was done at that
5    time, as I recall.
6    Q.  How about unit 2, did you ever work on
7    abatement in unit 2?
8    A.  I think -- I don't think so.  Unit 1,
9    the units, unit 2 or unit 3, the water boxes
10   and the discharge lines had insulation and may
11   have contained two or three percent asbestos,
12   so we had to -- I think that was unit 3 and not
13   unit 2.
14   Q.  Do you remember how you learned that
15   it had 2 or 3 percent asbestos?
16   A.  They told us.
17   Q.  Was it something that was given to you
18   in paperwork or told to you in person; do you
19   remember?
20   A.  I don't think it was on paper.  I
21   think it was told to us verbally.
22   Q.  Once they told you that, what did you
23   have to do about that?
24   A.  If we saw any damage -- there's

Page 352

1    insulation, that particular insulation, it
2    would -- you can -- if there was a piece that
3    was damaged, we didn't touch it.  But they can
4    pull it right off, pieces, you know, it was
5    non-friable.
6        They still needed the enclosure.  I
7    think they were replacing parts of the
8    discharge pipe.  Those were the
9    six-foot-diameter pipes that went to the -- off
10   to the discharge out into the sound.  And they
11   were going to replace sections of that, so they
12   had to remove the insulation to put the new
13   piping in.
14   Q.  Again, was that sometime in the '90s
15   that that work was being done?
16   A.  Yes.
17   Q.  Then you went to unit 3.  Was the
18   first time you went to unit 3, was that in the
19   1990s as well?
20   A.  Yes.
21   Q.  And what phase of construction was
22   unit 3 in at that point?
23   A.  I was there for the new construction
24   of unit 3, towards the end.

Page 353

1    Q.  And were your duties at unit 3 similar
2    to your duties you talked about constructing
3    unit 2?
4    A.  Similar, yeah.  Then they made me a
5    foreman of a six-man crew.
6    Q.  But whether you were actually a
7    journeyman or a foreman, the work being done
8    was putting up and taking down scaffolding?
9    A.  We did some -- yeah, that was a part
10   of it.  We did some form work inside the
11   buildings for pipe penetrations and so on,
12   walls and...
13   Q.  Inside Millstone, after you made the
14   form, would it be your crew that would then put
15   the cement or the concrete in?
16   A.  No, the laborers had to have their own
17   concrete crew.  They did all the concrete work.
18   Q.  Just so I'm understanding it, the
19   difference between cement and concrete is that
20   concrete has some kind of stone in it?
21   A.  Yes.
22   Q.  An aggregate?
23   A.  Yes.
24   Q.  Which gives it strength?

Page 354

1    A.  Yes.
2    Q.  So that would be some other crew --
3    their responsibility would be to either get
4    that or mix it and put it in after you made
5    your forms?
6    A.  They had a batch plan at Millstone
7    that fixed all the concrete, and they would put
8    it in the concrete trucks and bring it down to
9    the site.  And then the laborers would,
10   whenever they were pouring, put all the piping
11   together with clamps and flexible hose.
12   Q.  At Millstone when you were making the
13   forms, were you manufacturing them as needed,
14   or did you have forms that you just kept
15   reusing?
16   A.  They used -- the majority of the form
17   work were the Simmons panels.  Again,
18   metal-reinforced panels.  They used them over
19   and over again, different sizes, two feet wide
20   out to eight-foot long.
21   Q.  Did you have an area of the yard that
22   was your area to store material, such as those
23   Simmons panels and the actual scaffolding?
24   A.  Yes.

Page 355

1  Q.  How far away was your storage area
2  from the work area that you were using?
3  A.  It varied.  We did concrete work all
4  over the place.  They had a laydown area for
5  all the panels and the hardware, the lobsters
6  and everything we used, and pins.  And there
7  were different storage areas all over the site.
8  Q.  Were they open air, or were they
9  covered?
10  A.  They weren't covered.
11  Q.  Did you have -- when I say "you," I
12  mean the carpenters -- did you have your own
13  vehicle or equipment to move things around on
14  the site?
15  A.  Operating engineers did all that,
16  equipment operators.
17  Q.  So if your scaffolding pieces were
18  heavier, you had to get one of them to move it
19  for you, or would you carry things by hand?
20  A.  We'd carry them by hand.  I mean, I
21  can't do it anymore, but two by eight was
22  really heavy.  It takes two people.  Some guys
23  were strong enough to pick one up.
24  But if they were pretty heavy, they

Page 356

1  would be delivered right to where they were
2  doing concrete work.  And we would just take
3  them off the pile and start putting everything
4  together.
5  Q.  Do you know whether asbestos was used
6  at all in the construction of unit 3?
7  A.  I don't think it was used.  I don't
8  know that for sure.  I think on the discharge
9  and the intake lines there was, like, 2 or 3
10  percent.  As far as I know, that's the only
11  place there was asbestos on unit 3.
12  Q.  The last time you were at Millstone,
13  were you there as a supervisor?
14  A.  Yeah, in January.
15  Q.  January of this year?
16  A.  Yeah.
17  Q.  What kind of work was going on at that
18  point?
19  A.  Building a -- doing pre-outage
20  scaffolds.  That's what the carpenters were
21  doing.
22  Q.  So when you say that you retired in
23  2008 or 2009 officially, that was retiring as a
24  member of the union?

Page 357

1  A.  Yes.
2  Q.  After that, you were able -- you were
3  available to be hired as a supervisor?
4  A.  Correct.
5  Q.  Did you work consistently as a
6  supervisor after 2009?
7  A.  Consistently?  There's an outage every
8  six-month overlap.  There's -- unit 2 and 3,
9  it's every 18 months.  And sometimes there's
10  two outages in a year, and sometimes there's
11  one.  But I would -- when I would go there for
12  the initial, doing all the walkdowns and
13  paperwork, and then I would stay there once the
14  plant was down and the outage started and they
15  got to a point where scaffolds were being
16  dismantled and we weren't needed, they laid me
17  off.  I wanted to get laid off at that point, a
18  lot of hours.
19  Q.  Were you being hired -- let's say at
20  the end of January of this year, were you being
21  hired by Dominion or by someone else?
22  A.  I was -- the last time I was out there
23  was for Dave Zimmerman, the maintenance
24  contractor, if you will.

Page 358

1  Q.  How long was the job in January?
2  A.  I was hired and the outage started in
3  April.  I started work -- I'm wrong with when I
4  got laid off.  They hired me.  I don't know the
5  exact date.  It was in January.  I worked there
6  January and February.
7  Probably at the end of February I got
8  the diagnosis of mesothelioma.  I asked for a
9  layoff slip.  I had to go to Boston for a lot
10  of tests.  There was no reason to stay there at
11  Millstone.
12  Q.  In between your official retirement
13  date from the union and January of this year,
14  am I correct that you were not working full
15  40-hour weeks the entire time?
16  A.  Correct.  I was off a lot.
17  Q.  Did you work anywhere else in that
18  time frame, other than at Millstone?
19  A.  No, I did not.
20  Q.  So if they had work, you would work
21  there; otherwise, you were not working?
22  A.  Not working.
23  Q.  Were you doing moonlighting jobs?
24  A.  No, I actually -- I was working on my

Page 359

1  own house and playing golf and vacations and so
2  on. No side work.
3      Q. There's a couple other jobsites that
4  are listed on your exhibit here that we haven't
5  talked about yet. Maybe it's a good time to go
6  with that. Connecticut College, New London?
7      A. Yeah.
8      Q. Do you remember that job?
9      A. Yes, I was an apprentice then.
10     Q. An apprentice carpenter?
11     A. Yes.
12     Q. What was the job that was being done?
13     A. I worked for Davis Acoustical out of
14  Hartford, maybe, suspended ceilings.
15     Q. And what was your responsibility on
16  that job, you personally?
17     A. I would help the foreman lay out the
18  main grids and hang the T-bars with wire and
19  start putting tiles in.
20     Q. The actual grid itself is metal?
21     A. Metal. Yeah.
22     Q. You can cut it with hand tools?
23     A. Yeah, tin snips.
24     Q. Is that something you did there?

Page 360

1      A. Yes.
2      Q. Then you suspended from the ceiling by
3  some type of wires?
4      A. Wire, usually.
5      Q. Then you have to put the actual panels
6  in?
7      A. Yes.
8      Q. What size panels were you using?
9      A. They were all -- not all. Most of
10  them were two foot by four foot.
11     Q. Were they rigid or flexible?
12     A. They were not flexible. If you bent
13  them, they'd break. You had to be very careful
14  with them.
15     Q. Again, you could cut that with a hand
16  tool?
17     A. Yeah, a utility knife, yes.
18     Q. That was your responsibility in the
19  job was hanging the grid properly and then
20  putting in the panels once the grid was up?
21     A. Yes.
22     Q. How long were you on that job?
23     A. Probably four months, I think.
24     Q. Did you ever see the packaging that

Page 361

1  the panels came in?
2      A. Yes, we handled them all the time.
3      Q. Do you remember who the manufacturer
4  of the panels was?
5      A. No, I do not.
6      Q. Did you ever go back to Connecticut
7  College again after that job?
8      A. No, that was the only job I did there.
9  It was a library.
10     Q. Then you have listed the New London
11  Sewerage Treatment Plant?
12     A. Yes.
13     Q. Have we talked about that one yet?
14     A. I don't think so. That was in -- I
15  was working there. That was for Dimeo
16  Construction. And that was in 1978, because I
17  worked there during the blizzard of '78.
18     Q. What work was being done at the plant
19  at that time?
20     A. It was an addition to the existing
21  plant. It was mostly concrete.
22     Q. So you were expanding the actual
23  building?
24     A. The building plus the effluent and --

Page 362

1  I think it's effluent and affluent tanks.
2      Q. And were the tanks installed when you
3  were doing your work?
4      A. No, those were all concrete tanks.
5  That was part of our job.
6      Q. The tanks you were building on-site?
7      A. Yes.
8      Q. Your job was -- that was carpentry
9  work as opposed to masonry work?
10     A. Yeah, we weren't doing any masonry
11  work. We were doing the concrete forms, the
12  bases for metal tanks inside the building to
13  the curbs, for the tanks to sit on.
14     Q. What was the building to be made out
15  of?
16     A. New building, all concrete.
17     Q. So was your job limited to the
18  footings and foundation for the new building?
19     A. Yes, we did the footings and the
20  walls, foundations and walls.
21     Q. How tall were the walls you were
22  making there?
23     A. They were that -- 16 feet high. I'm
24  not sure of that.

Volume 2

## Page 363

1   Q.  Were you present when any equipment
2   was installed that was going to be permanently
3   installed inside that new building?
4       A.  I don't recall any equipment.
5       Q.  How long was that job?  How long were
6   you on that job?
7       A.  A year, as I recall.
8       Q.  The next listing here is the Westport
9   Sewage Treatment, but I think we did talk about
10  that this morning?
11      A.  Yes.
12      Q.  You were there for about three months?
13      A.  Yes, I would say, yes.
14      Q.  Your recollection is that's the last
15  job you worked at down in Fairfield County
16  before you went back to unit 1?
17      A.  That's correct.
18      Q.  And then Maine Yankee is listed?
19      A.  I went to Maine Yankee from Millstone.
20  The company I was working for was Bartlett.
21  They sent me up there to hang -- it's called
22  two-point suspended scaffolding off the turbine
23  building roof.  And the scaffoldings were --
24  those were 20-foot long, bed ladders, aluminum

## Page 364

1   bed ladders.
2       And it was for the removal of the
3   siding on the turbine building, which contained
4   asbestos.  I was building those or moving those
5   and suspending the scaffolding for the asbestos
6   company.
7       Q.  Where is Maine Yankee located?
8       A.  Wiscasset, Maine.
9       Q.  How long were you up there?
10      A.  I went up initially in February to try
11  to find blueprints for the structural steel.
12  They had to have this special hanging devices,
13  huge U-bolts, three-foot-long U-bolts to put
14  underneath the trusses and bolt down to hang --
15  to suspend the scaffold and also for the
16  workers' fall protection.  I was up in February
17  until -- through June, six months.
18      Q.  That was in the late 1990s?
19      A.  Yes, I think it was '9 -- no.
20  Actually, I'm wrong.  It was -- 9/11 happened
21  right after I got done up there.  It was early
22  2000 to 2001.
23      Q.  Do you know whether -- strike that.
24      Do you know when Maine Yankee was

## Page 365

1   constructed?
2       A.  It was in the '60s, I believe.  I'm
3   not sure of that.
4       Q.  Do you know whether asbestos had been
5   abated from Maine Yankee before you got there?
6       A.  They were doing the -- I was on the
7   secondary side where there was no
8   contamination.  But I think they were abating
9   asbestos in the RCA area while I was up there.
10      MR. SQUITIERO:  Off the record.
11      THE VIDEOGRAPHER:  This is the end of
12  videotape number 2.  Going off record at 2:04.
13      (Whereupon, the deposition
14      suspended at 2:04 p.m.)

## Page 366

1   STATE OF CONNECTICUT
2   WATERBURY, ss.
3
4   I, LINDA HORNE, a Registered Professional
5   Reporter and Notary Public in and for the State
    of Connecticut, do hereby certify that the
    foregoing deposition was taken before me on
6   June 22, 2017;
        That the witness named in the deposition,
7   prior to being examined, was by me first duly
    sworn;
8       That said deposition was taken before me
    at the time and place therein set forth, and
9   was taken down by me in shorthand and
    thereafter transcribed into typewriting under
10  my direction and supervision;
        That said deposition is a true record of
11  the testimony given by the witness and of all
    objections made at the time of the examination.
12      I further certify that I am neither
    counsel for nor related to any party to said
13  action, nor in any way interested in the
    outcome thereof.
14
        IN WITNESS WHEREOF, I have subscribed my
15  name and affixed my seal this 28th day of June,
    2017.
16
17
18  LINDA HORNE, RPR, Notary Public
    My Commission expires:  December 31, 2019
19
20  PLEASE NOTE:
21  THE FOREGOING CERTIFICATION OF THIS TRANSCRIPT
    DOES NOT APPLY TO ANY REPRODUCTION OF THE SAME
22  BY ANY MEANS UNLESS UNDER THE DIRECT CONTROL
    AND/OR DIRECTION OF THE CERTIFYING REPORTER.
23
24

CONFIDENTIAL