# EXHIBIT 8

CONFIDENTIAL

| | | |
|---|---|---|
| SSA-1826 | ITEMIZED STATEMENT OF EARNINGS | JOB: 7029 |

```
                    SOCIAL SECURITY ADMINISTRATION
                    OFFICE OF CENTRAL OPERATIONS
                    6100 WABASH AVENUE
                    BALTIMORE MARYLAND   21215

                                             Date: 04/27/2017
```

EARLY LUCARELLI SWEENEY & MEISENKOTHEN
LLC
ONE CENTURY TOWER 11TH FLOOR
NEW HAVEN CT 06510-7013


We are sending the statement of earnings requested for:

   Number Holder's Name: HAROLD R BISSELL
   Social Security Number: XXX-XX-████

      Years Requested: 1965 THRU 2016


Control Number: 17100151854


Enclosure(s):
    Earnings Statement

CONFIDENTIAL

```
SSA-1826            ITEMIZED STATEMENT OF EARNINGS            JOB: 7029
```

SOCIAL SECURITY ADMINISTRATION
EARNINGS RECORD INFORMATION

Date: 04/27/2017

Our records show the amount of earnings reported, not the amount of Social Security taxes that were paid.

Wages were first covered under Social Security in 1937. Therefore, 1937 is the first year for which earnings may be shown on our records. Employers were required to report earnings semi-annually in 1937, and on a quarterly basis for the years from 1938 through 1977. Beginning with 1978, employers are required to report earnings annually.

Our records do not show the exact date of employment (month and day) because we do not need this information to figure Social Security benefits. Employers do not give us this information.

Each year, there is a maximum amount of earnings that is subject to Social Security taxes and is used to compute benefits. If a person earns more than this maximum amount, the earnings statement will usually show the maximum rather than the total earnings. Maximum benefits can be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

Beginning in 1951, self-employed persons could also receive Social Security credit for their work. The maximum amounts of self-employment earnings that are subject to Social Security taxes and are used to compute benefits can also be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

If you have any questions, you should call, write, or visit any Social Security office. If you visit or call, please bring this letter. It will help us answer questions. The toll free number to call is 1-800-772-1213 (for the deaf or hard of hearing, call our TTY number, 1-800-325-0778).

CONFIDENTIAL

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS            JOB: 7029
                * * *      FOR SSN XXX-XX-████       * * *

FROM:   SOCIAL SECURITY ADMINISTRATION
        OFFICE OF CENTRAL OPERATIONS
        6100 WABASH AVENUE
        BALTIMORE  MARYLAND  21215


NUMBER HOLDER NAME: HAROLD R BISSELL
   YEARS REQUESTED: 1965 THRU 2016



EARLY LUCARELLI SWEENEY & MEISENKOTHEN
LLC
ONE CENTURY TOWER 11TH FLOOR
NEW HAVEN CT 06510




EMPLOYER NUMBER:  16-0658600
TAYLOR INSTRUMENT COS
95 AMES ST
ROCHESTER  NY 14601-0000

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
1966                     79.20      1028.08                     $1,107.28
1967                                               215.14         $215.14


EMPLOYER NUMBER:  16-0713817
MAPES WOODWORKING CO INC
CHENAULT AV
WELLSVILLE  NY 14895-0000

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
1966                    240.48                                    $240.48


EMPLOYER NUMBER:  35-9990000
DEFENSE FINANCE & ACCOUNTING SERVIC
 DEPT OF THE ARMY SRD AC RC
ATTN DFAS ADIMB LAURA WICKS
% TAKESHA WASHINGTON
8899 E 56TH ST
INDIANAPOLIS  IN 46249-0002

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
1966                                               262.74         $262.74
1967       340.71       365.40       365.40        310.68       $1,382.19
```

CONFIDENTIAL

```
SSA-1826                  ITEMIZED STATEMENT OF EARNINGS                JOB: 7029
                    * * *       FOR SSN XXX-XX-████       * * *
```

| Year | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total |
|---|---|---|---|---|---|
| 1968 | 533.70 | 533.70 | 655.80 | 830.85 | $2,554.05 |
| 1969 | 836.10 | 836.10 | 491.62 | | $2,163.82 |

EMPLOYER NUMBER: 06-0663264
F W BROWN CO
45 WOODLAND DR
NORWICH  CT 06360-7319

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1969 | | | 268.80 | 638.40 | $907.20 |
| 1970 | | 378.00 | | | $378.00 |

EMPLOYER NUMBER: 06-0848138
REALE CONSTRUCTION COMPANY INC
508 TOLLAND ST
EAST HARTFORD  CT 06108-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1969 | | | | 1444.80 | $1,444.80 |
| 1970 | 2068.50 | 386.40 | | | $2,454.90 |

EMPLOYER NUMBER: 06-0795266
PIERETTI CONSTRUCTION CO INC
% JEAN B PIERETTI
16 LITTLE POINT ST
ESSEX  CT 06426-1027

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1970 | | 804.30 | 2655.00 | 2400.00 | $5,859.30 |

EMPLOYER NUMBER: 94-1026711
SEQUOIA VENTURES INC
PO BOX 194170
SAN FRANCISCO  CA 94119-4170

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1970 | | 100.80 | | | $100.80 |
| 1971 | 3596.00 | 1450.00 | | 1578.00 | $6,624.00 |
| 1972 | 3436.20 | 3185.40 | 2378.40 | | $9,000.00 |

CONFIDENTIAL

```
SSA-1826                  ITEMIZED STATEMENT OF EARNINGS              JOB: 7029
                    * * *      FOR SSN XXX-XX-████        * * *
```

EMPLOYER NUMBER:  06-0848867
ROBERT PATERSON
GLEN CONSTRUCTION CO
15 BRIARWOOD DR
OLD SAYBROOK   CT 06475-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1971 |  | 1021.50 | 607.25 |  | $1,628.75 |

EMPLOYER NUMBER:  13-0469300
W J BARNEY CORP
360 LEXINGTON AVE
NEW YORK   NY 10017-6502

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1971 |  |  | 2492.51 | 218.25 | $2,710.76 |

EMPLOYER NUMBER:  94-2173840
BECHTEL POWER CORP
50 BEALE ST TAX DEPT
SAN FRANCISCO   CA 94105-1813

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1973 | 3651.50 | 3577.80 | 3162.40 | 408.30 | $10,800.00 |
| 1974 | 4022.70 | 4033.05 | 3868.32 | 1275.93 | $13,200.00 |
| 1975 | 1790.80 | 2474.91 | 2986.46 | 126.94 | $7,379.11 |

EMPLOYER NUMBER:  06-0621560
BRADLEY & UPSON INC
77 WESLEY AVE
WESTBROOK   CT 06498-1882

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1975 |  |  | 306.35 | 983.52 | $1,289.87 |

EMPLOYER NUMBER:  06-0732326
DAVIS ACOUSTICAL CO INC
4 TYLER ST
TROY   NY 12180-5541

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1975 |  |  |  | 1776.00 | $1,776.00 |
| 1976 | 1554.00 |  |  |  | $1,554.00 |

CONFIDENTIAL

```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS              JOB: 7029
                 * * *      FOR SSN XXX-XX-████       * * *

EMPLOYER NUMBER:  82-0146120
MORRISON KNUDSEN CO INC
PO BOX 73
BOISE   ID 83729-0073

YEAR      1ST QTR       2ND QTR        3RD QTR        4TH QTR         TOTAL
1976       225.48       3851.79        3530.65        3922.48       $11,530.40
1977       628.40                                                      $628.40


EMPLOYER NUMBER:  13-5335770
RAYMOND INTERNATIONAL BUILDERS INC
% ICF INTERNATIONAL
PO BOX 27456
HOUSTON   TX 77227-7456

YEAR      1ST QTR       2ND QTR        3RD QTR        4TH QTR         TOTAL
1977      1503.43       2211.95                                      $3,715.38


EMPLOYER NUMBER:  05-0130530
DIMEO CONSTRUCTION CO
75 CHAPMAN ST
PROVIDENCE   RI 02905-5405

YEAR      1ST QTR       2ND QTR        3RD QTR        4TH QTR         TOTAL
1977                     749.42        3539.18        4332.24        $8,620.84
1978                                                                 $1,930.50


EMPLOYER NUMBER:  04-2557877
CARLSON CONSTRUCTION CORP
321 COMMONWEALTH RD
COCHITUATE   MA 01778-5039

YEAR      1ST QTR       2ND QTR        3RD QTR        4TH QTR         TOTAL
1978                                                                   $834.50


EMPLOYER NUMBER:  06-0349390
C N FLAGG & CO INC
367 RESEARCH PKWY
MERIDEN   CT 06450-7148

YEAR      1ST QTR       2ND QTR        3RD QTR        4TH QTR         TOTAL
1978                                                                 $2,140.00
1979                                                                 $7,928.73
1981                                                                $11,004.15
1984                                                                $16,373.77
```

CONFIDENTIAL

```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS              JOB: 7029
              * * *     FOR SSN XXX-XX-████          * * *
```

EMPLOYER NUMBER: 06-0641854
BONVICINI BUILDING CO INC
PO BOX 807
TORRINGTON   CT 06790-0807

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1978 | | | | | $7,529.55 |
| 1979 | | | | | $5,929.35 |

EMPLOYER NUMBER: 06-0689577
FRANK MERCEDE & SONS INC
1200 HIGH RIDGE ROAD
STAMFORD   CT 06905-1223

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1978 | | | | | $1,857.00 |

EMPLOYER NUMBER: 06-0903272
BRIDGEPORT RESTORATION CO INC
% ISAAC THOMAS
130 OAKRIDGE RD
TRUMBULL   CT 06611-5213

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1978 | | | | | $1,117.25 |

EMPLOYER NUMBER: 04-1875140
STONE & WEBSTER ENGINEERING CORP
 SWINC PLAN ADMINISTRATOR-
CONSILIDATED SWINC ESTATE
% JAMES P CARROLL
4 MOUNT ROYAL AVE STE 420
MALBORO   MA 01752-1961

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1979 | | | | | $10,053.19 |
| 1980 | | | | | $18,423.35 |
| 1981 | | | | | $22,147.41 |
| 1982 | | | | | $32,400.00 |
| 1983 | | | | | $35,700.00 |
| 1984 | | | | | $7,794.27 |
| 1993 | | | | | $35,810.79 |
| 1994 | | | | | $48,457.11 |
| 1995 | | | | | $59,774.59 |
| 1996 | | | | | $29,442.69 |

CONFIDENTIAL

```
SSA-1826                 ITEMIZED STATEMENT OF EARNINGS              JOB: 7029
                   * * *     FOR SSN XXX-XX-████        * * *
```

EMPLOYER NUMBER:  06-1023243
CHESSMEN CORPORATION
15 HOBRON ST
NEW LONDON   CT  06320-4905

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1980 |         |         |         |         | $9,774.00 |
| 1981 |         |         |         |         | $2,886.00 |

EMPLOYER NUMBER:  06-0851418
MCGRATH DAVIS INC
227 NEWFIELD AVE
HARTFORD   CT  06106-3635

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1984 |         |         |         |         | $7,035.65 |

EMPLOYER NUMBER:  13-6114302
J C PENNEY PROPERTIES INC
% TAX SERVICES A2
6501 LEGACY DR
PLANO   TX  75024-3612

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1984 |         |         |         |         | $4,050.85 |

EMPLOYER NUMBER:  06-1133557
C N FLAGG POWER INC
% SHERREE DAYE EIGHTH FLOOR
1818 MARKET ST
PHILADELPHIA   PA  19103-3638

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1985 |         |         |         |         | $39,600.00 |
| 1986 |         |         |         |         | $42,000.00 |
| 1987 |         |         |         |         | $43,800.00 |
| 1988 |         |         |         |         | $12,533.50 |
| 1989 |         |         |         |         | $5,741.26 |
| 1990 |         |         |         |         | $14,706.93 |
| 1991 |         |         |         |         | $47,080.69 |
| 1992 |         |         |         |         | $66,656.97 |
| 1993 |         |         |         |         | $2,089.92 |

CONFIDENTIAL

```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS             JOB: 7029
                * * *      FOR SSN XXX-XX-████         * * *
```

EMPLOYER NUMBER:  23-2146479
PULLMAN POWER PRODUCTS
% PAYROLL
1575 UNIVERSAL AVE STE 230
KANSAS CITY   MO 64120-1377

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1988 | | | | | $380.16 |
| 1989 | | | | | $10,921.42 |

EMPLOYER NUMBER:  25-0952038
DICK INDUSTRIAL INC
136 KISSELL SPRINGS RD
LIGONIER   PA 15658-2544

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1988 | | | | | $14,977.86 |

EMPLOYER NUMBER:  74-1197224
J T THORPE COMPANY
6833 KIRBYVILLE ST
HOUSTON   TX 77033-1107

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1988 | | | | | $8,452.53 |

EMPLOYER NUMBER:  06-0688825
C H NICKERSON & CO INC
PO BOX 808
TORRINGTON   CT 06790-0808

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1989 | | | | | $2,686.40 |

EMPLOYER NUMBER:  31-1095947
BARTLETT BRAINARD EACOTT-DUGAN &
 MEYERS JOINT VENTURE
DUGAN FRANCIS R GEN PTR
11110 KENWOOD RD
CINCINNATI   OH 45242-1818

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1989 | | | | | $294.40 |

CONFIDENTIAL

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS           JOB: 7029
              * * *     FOR SSN XXX-XX-████      * * *
```

EMPLOYER NUMBER:  06-0479981
O & G INDUSTRIES INC
112 WALL ST
TORRINGTON   CT 06790-5416

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1990 | | | | | $15,322.18 |

EMPLOYER NUMBER:  23-1483991
HARSCO CORPORATION
% MICHAEL H KOLINSKY
350 POPLAR CHURCH RD
CAMP HILL   PA 17011-2521

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1993 | | | | | $340.00 |

EMPLOYER NUMBER:  13-3261704
STONE AND WEBSTER CONSTRUCTION CO
45 MILK ST
BOSTON   MA 02109-5105

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1996 | | | | | $3,677.20 |
| 1997 | | | | | $70,204.42 |
| 1998 | | | | | $61,219.68 |
| 1999 | | | | | $40,096.34 |

EMPLOYER NUMBER:  04-3467359
BARTLETT SUPPORT SERVICES INC
97 LIBBEY INDUSTRIAL PKWY STE 400
EAST WEYMOUTH   MA 02189-3110

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1999 | | | | | $681.80 |
| 2000 | | | | | $57,791.18 |
| 2001 | | | | | $68,484.54 |
| 2002 | | | | | $59,107.34 |
| 2003 | | | | | $28,697.86 |
| 2004 | | | | | $64,008.39 |

CONFIDENTIAL

```
SSA-1826                 ITEMIZED STATEMENT OF EARNINGS              JOB: 7029
                * * *    FOR SSN XXX-XX-████         * * *
```

EMPLOYER NUMBER: 94-2681915
BECHTEL GROUP INC
PEGGY RESTIVO ASSISTANT CONTROLLER
% TAX DEPT
C/O TAX DEPARTMENT 50 BEALE STREET
SAN FRANCISCO  CA 94105-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1999 | | | | | $19,355.04 |
| 2000 | | | | | $417.96 |

EMPLOYER NUMBER: 06-1156901
ACOUSTICS INC
58 ALNA LN
EAST HARTFORD  CT 06108-1181

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2003 | | | | | $331.80 |

EMPLOYER NUMBER: 34-1467168
PERFORMANCE CONTRACTING INC
11145 THOMPSON AVE
LENEXA  KS 66219-2302

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2003 | | | | | $9,571.23 |

EMPLOYER NUMBER: 34-1761339
SAFWAY SERVICES LLC
N 19 W24200 RIVERWOOD DR
WAUKESHA  WI 53188-1179

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2003 | | | | | $14,874.27 |

EMPLOYER NUMBER: 54-1243235
ATLANTIC UNION RESOURCES INC
1500 SPRING GARDEN ST
PHILADELPHIA  PA 19130-4067

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2005 | | | | | $63,154.03 |
| 2006 | | | | | $60,045.66 |
| 2007 | | | | | $64,164.09 |
| 2008 | | | | | $69,127.66 |

CONFIDENTIAL

```
  SSA-1826              ITEMIZED STATEMENT OF EARNINGS           JOB: 7029
                * * *     FOR SSN XXX-XX-████        * * *

EMPLOYER NUMBER:  23-2499111
DAY & ZIMMERMANN NPS INC
1500 SPRING GARDEN ST
PHILADELPHIA   PA 19130-4067

YEAR       1ST QTR       2ND QTR       3RD QTR       4TH QTR            TOTAL
2008                                                                $14,694.02
2009                                                                $19,001.29
2010                                                                $14,441.75
2011                                                                $22,659.37
2012                                                                $22,638.51
2013                                                                $29,064.00
2014                                                                $48,609.75
2015                                                                $26,831.25


EMPLOYER NUMBER:  33-0445037
SUN TECHNICAL SERVICES INC
97 LIBBEY INDUSTRIAL PARKWAY
EAST WEYMOUTH   MA 02189-3110

YEAR       1ST QTR       2ND QTR       3RD QTR       4TH QTR            TOTAL
2016                                                                $30,675.00


****************************************************************************
*********     THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS     *********
*********     SOCIAL SECURITY NUMBER FOR YEAR(S) REQUESTED        *********
****************************************************************************
```