# EXHIBIT 9

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re  )<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]  )<br><br>Debtors.  ) | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## AFFIDAVIT OF HAROLD BISSELL

I, Harold Bissell, was diagnosed on January 17, 2017 with malignant mesothelioma caused by my exposure to asbestos.

From 1970 through 1973, I worked as a laborer and carpenter at Millstone Nuclear Power Plant on numerous occasions. As a laborer at Millstone, I assisted carpenters with setting up scaffolding on buildings all around the site, including those that housed turbines, pumps and boilers, and assisted with the building and fixing of office areas. As a carpenter, I set up scaffolding and constructed other structures around the site. I worked in close proximity to masons, pipefitters, electricians, and insulators at Millstone on a regular basis during this time. I often worked closely to insulators while they cut, fabricated, and installed insulation. I worked closely to electricians while they cut insulated cables and wires. This process created visible dust which covered my clothing and that I inhaled. As a result of my work and proximity to others' working with asbestos-containing products on a regular basis I was exposed to asbestos-containing dust.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

DOC# 2762526.v1-12/7/17

I have no recollection of having seen any notice of the Bar Date for asbestos-related claims in the Energy Future Holdings Bankruptcy. I was not aware of the Bar Date until after I was diagnosed with mesothelioma.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 8, 2017

_____
Harold Bissell

SWORN to and subscribed before me this \_11\_ day of \_December\_, 20\_17\_.

_____
Notary Public
My Commission Expires: _____

MANDY-LYN CRISPIM
Notary Public
My Commission Expires 6/30/2022

Mandy-Lyn Crispim
Printed Name of Notary

- 2 -