# EXHIBIT 10

CONFIDENTIAL



| Brigham and Women's Hospital<br>Department of Pathology<br>75 Francis Street, Boston, MA 02115<br>Tel (617) 732-7510<br>Fax (617) 277-9015 | Accession Number: **BS-17-N38869**<br>Unit Number(s): **BWH 355-05-429**<br>Patient Name: **CARLSON, KURT**<br>Birth Date: ▮▮▮▮ Age: 67<br>Sex: Male |
|---|---|

Page 1 of 2

## PATHOLOGY REPORT

| Received<br>07/11/17 | Report Date<br>07/17/2017 | Procedure Date<br>07/11/17 | Hospital Location<br>Not given |
|---|---|---|---|
| Physician(s)<br>RAPHAEL BUENO, M.D.<br>SCOTT J. SWANSON, M.D. | | Facility<br>BWH | Lab Control Number |

Resident:     Kyle T. Wright, M.D., Ph.D.
Pathologist:  Lucian R Chirieac, M.D.

**PATHOLOGIC DIAGNOSIS:**

A. RIGHT PLEURAL BIOPSY (INCLUDING FSA):
   MALIGNANT MESOTHELIOMA, epithelioid type, involving fibrous tissue.

   Immunohistochemistry performed at BWH demonstrates the following
   staining profile in lesional cells:
      Positive - AE1/AE3, WT-1, CALRETININ, D2-40, BAP-1 (lost)
      Negative - pCEA, TTF-1
   The immunohistochemical profile supports the above diagnosis.

B. RIGHT PLEURAL BIOPSY:
   MALIGNANT MESOTHELIOMA, epithelioid type, involving fibroadipose tissue.

C. 4R:
   Lymph node, negative for tumor.

The immunoperoxidase, immunofluorescence and in-situ hybridization tests
performed at Brigham and Women's Hospital were developed and their performance
characteristics determined by the Immunohistochemistry Laboratories in the
Department of Pathology at BWH. They have not been cleared or approved by the
U.S. Food and Drug Administration (FDA). The FDA has determined that such
clearance or approval is not necessary.

**CLINICAL DATA:**
History: Pleural thickening, pleural effusion.
Operation: Biopsy pleura, bronchoscopy flexible, mediastinoscopy cervical
Operative Findings: None provided.
Clinical Diagnosis: None provided.

**TISSUE SUBMITTED:**
A\1. Right pleural biopsy
B\2. Right pleural biopsy

**O.R. CONSULTATION:**
SPECIMEN LABELED "A. RIGHT PLEURAL BIOPSY (FSA)"
   Malignant epitheloid neoplasia.

OR Consultation by: Lucian Chirieac, M.D.

---

RAPHAEL BUENO, M.D.
BWH
Thoracic Surgery
75 FRANCIS ST
BOSTON, MA 02115

CLIA: 22D0705149
Laboratory Director:
Dr. Christopher D.M. Fletcher

CONFIDENTIAL

| Brigham and Women's Hospital | Accession: BS-17-N38869 |
|---|---|
| Department of Pathology | Patient Name: CARLSON, KURT |

Page 2 of 2

## PATHOLOGY REPORT

The senior physician certifies that he/she personally conducted a gross and/or microscopic examination of the described specimen(s) and rendered or confirmed the rapid diagnos(es) related thereto.

**GROSS DESCRIPTION:**
The specimen is received in 3 parts each labeled with the patient's name and medical record number.

Part A, received fresh in the frozen section room labeled "Right pleural biopsy", consists of two tan soft tissue fragments (0.5 x 0.4 x 0.3 and 0.2 x 0.2 x 0.1 cm). The specimen is entirely frozen as FSA.

A1: Frozen section remnant FSA, two fragments, ESS.

Part B, received fresh in the frozen section room labeled "Right pleural biopsy", consists of a tan-pink soft tissue fragment (0.6 x 0.4 x 0.3 cm) a representative section is submitted for research. The remaining soft tissue is submitted entirely.

B1: One fragment, ESS.

Part C, received fresh labeled "4 R", consists of a brown-black anthracotic lymph node Candida (0.4 cm in greatest diameter), with minimal attached soft tissue. The specimen is submitted in toto.

C1: Lymph node candidate, one fragment, ESS.


Dictated by: Homer, Heather

By his/her signature below, the senior physician certifies that he/she personally conducted a microscopic examination ("gross only" exam if so stated) of the described specimen(s) and rendered or confirmed the diagnosis(es) related thereto.

Final Diagnosis by Lucian R Chirieac M.D., Electronically signed on Monday July 17, 2017 at 12:52:25PM

CONFIDENTIAL