# EXHIBIT 11

CONFIDENTIAL

VOLUME I
PAGES: 1 - 191
EXHIBITS: None

S T A T E   O F   C O N N E C T I C U T

FBT-CV-17-6066182S
* * * * * * * * * * * * * * * * * * * * * * * *
KURT CARLSON,                        *
          Plaintiff,           *   SUPERIOR COURT
vs.                                  *
                                     *   J.D. FAIRFIELD
CBS CORP., ET AL.,                   *
          Defendants.          *   AT BRIDGEPORT
* * * * * * * * * * * * * * * * * * * * * * * *
FBT-CV-17-6066183S
* * * * * * * * * * * * * * * * * * * * * * * *
KURT CARLSON,                        *
          Plaintiff,           *   SUPERIOR COURT
vs.                                  *
                                     *   J.D. FAIRFIELD
ABCO WELDING &                       *
INDUSTRIAL SUPPLY, INC.,       *   AT BRIDGEPORT
ET AL.,                              *
          Defendants.          *
* * * * * * * * * * * * * * * * * * * * * * * *

AUDIOVISUAL DEPOSITION OF KURT CARLSON
Monday, October 16, 2017
Mystic Marriott Hotel & Spa
625 North Road (Route 117)
Groton, Connecticut

---- Deanna Veinotte, RPR, CRR, CCP, CRC ----
LSR #428
EPPLEY COURT REPORTING, LLC
Post Office Box 382
Hopedale, Massachusetts  01747
(508) 478-9795  (508) 478-0595 (Fax)
www.eppleycourtreporting.com

CONFIDENTIAL

```
 1              A P P E A R A N C E S:
 2
 3    Representing the Plaintiff:
          EARLY, LUCARELLI, SWEENEY &
 4        MEISENKOTHEN, LLC
          One Century Tower, 11th Floor
 5        265 Church Street, P.O. Box 1866
          New Haven, CT  06508
 6        BY:  BRIAN P. KENNEY, ESQ.
          (203) 777-7799
 7        bkenney@elslaw.com
 8
      Representing (By Telephone) Trane US Inc. f/k/a
 9    American Standard and Ingersoll-Rand:
          ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN
10        55 Dorrance Street
          Providence, RI  02903
11        BY:  BRIAN A. FIELDING, ESQ.
          (401) 521-6100
12        bfielding@adlercohen.com
13
      Representing ABCO; Foster Wheeler LLC; and
14    Honeywell, Inc.:
          ADLER, POLLOCK & SHEEHAN
15        One Citizens Plaza
          Providence, RI  02903
16        BY:  JAMES A. HALL, ESQ.
          (401) 274-7200
17        jhall@apslaw.com
18
      Representing Cleaver-Brooks:
19        CETRULO LLP
          2 Seaport Lane, 10th Floor
20        Boston, MA  02210
          BY:  ADAM C. MARTIN, ESQ.
21        (617) 217-5500
          amartin@cetllp.com
22
23
24
```

CONFIDENTIAL

1          MR. KENNEY:   That's what happens when
2    you get into a conversation.
3          Q.   So in 1981 you had your philosophical
4    differences with that particular church and you
5    left, yes?
6          A.   Yes.
7          Q.   And you went to Millstone?
8          A.   Yes.
9          Q.   All right.  And when you went to
10   Millstone in 1981, what was your position at
11   that facility?
12         A.   I was hired as a radiation control
13   technician.
14         Q.   Okay.  Did you have to go through any
15   retraining before you started your work at
16   Millstone?
17         A.   The training I received was basically
18   procedural training.  They gave me a week or so
19   to read through the procedures to familiarize
20   me with how they did business, what they
21   expected, job coverage.  That was about it.
22         Q.   How was your job at Millstone
23   different from what you did at Electric Boat?
24         A.   Electric Boat was very -- I would say

CONFIDENTIAL

```
 1    regimented in what was done because they would
 2    have -- for each job that was done, you would
 3    have a procedure, and you would go down the
 4    procedure step by step by step.
 5              And then if there was something that
 6    needed to be done, you would have a circle --
 7    you'd put a circle around it and a slash, and
 8    you would make sure that you completed that
 9    particular step before you could go on.
10              So there was prompts in the procedures
11    for the HPs not to make a mistake.  This was
12    much more loose you might say, much more -- not
13    quite as regimented document-wise.
14       Q.    Okay.  Would the way that you went
15    about performing the random swabs be similar or
16    dissimilar when comparing Millstone and
17    Electric Boat, or would you not have even done
18    that process at Millstone?
19              MR. KENNEY:  Objection to form.
20       Q.    Bad question.  Let me strike it and
21    ask a new question.
22       A.    Okay.
23       Q.    How was your day-to-day job from '81
24    to 2003 at Millstone different than what you
```

CONFIDENTIAL

```
 1    did at Electric Boat, putting aside the
 2    documentation differences?
 3         A.    Okay.   Just there was much more
 4    variety in the work.   There was all sorts of
 5    different projects that were done.   And it's a
 6    power plant, but I did a lot of different types
 7    of work that I hadn't experienced at Electric
 8    Boat or working around a spent fuel pool,
 9    working on piping replacement projects.
10              So there's a lot of different type of
11    work.   I learned to do more stuff than I had at
12    EB, maybe more.
13         Q.    So you gave me kind of a broad answer.
14         A.    Okay.
15         Q.    What I'm kind of looking for, and I'm
16    not trying to belabor the point.   I'm just
17    trying to get an idea of what your day in and
18    day out was, for example, were you walking
19    around with a clipboard and taking notes, or
20    were you actually doing something to measure
21    radiation levels or something along those
22    lines.
23              And again, I'm just giving examples,
24    if that helps you to describe for me what your
```

CONFIDENTIAL

1    particular job might have been day in and day

2    out and just kind of give me an idea of that,

3    and then I can ask you some more questions.

4        A.    Okay.

5             MR. KENNEY:   What were your duties and

6    responsibilities?

7        A.    Basically, I was talking about routine

8    surveys on areas and equipment that was

9    similar, the same thing, just as a baseline for

10   determining the radiological conditions of

11   every area of the plant where people were

12   accessing.

13            Albeit, on one day you could be doing

14   surveys all day, and that would be what you

15   were doing.  You're smearing and taking rad

16   readings and air samples in a particular room

17   and moving onto the next room and the next room

18   and the next room.

19            If there was work to do -- if there

20   was a valve to be worked upon, then you would

21   follow that job.  You wouldn't be doing maybe

22   as many routine surveys.  You'd be surveying

23   the valve and covering the work.  That type of

24   thing.  If you were on a project, you'd be

CONFIDENTIAL

1    designated to the project surveying whatever

2    items that might be worked on.

3        Q.   So for example, I think I understand

4    the routine survey part of it.  That is similar

5    to what you did at Electric Boat and I'll ask

6    you some questions about that, but there may

7    have been particular pieces of equipment or

8    machinery that had to have work done to it.

9    And you may have been added the responsibility

10   associated with measuring radiation levels

11   pertaining to that job that was being done,

12   correct?

13       A.   Correct.

14       Q.   And that actual work on a component,

15   be it a valve or what have you, that was done

16   by somebody else; would that be correct?

17       A.   Yes.  We did not work on equipment

18   other than our own.

19       Q.   So once again, as with Electric Boat,

20   it was outside of your job responsibilities for

21   you to perform actual work, maintenance, or

22   repair on any equipment or machinery other than

23   the tools that you used to do your routine

24   surveys or what have you, correct?

CONFIDENTIAL

1         A.    Correct.

2         Q.    All right.  And then if there was a

3    project like you described -- projects with the

4    piping systems or you made reference to some

5    sort of pool before?

6         A.    Fuel pool.

7         Q.    If there was a project going on, you

8    needed to perform surveys associated with that

9    to determine radiation levels inside the plant,

10   that would be part of your job?

11        A.    That is correct.

12        Q.    All right.  Were those, for the most

13   part, those three areas we just talked about

14   essentially describe what your duties were in

15   that '81 to 2003 time frame, or is there other

16   stuff that would be part of it as well?

17        A.    It's basically contamination,

18   radiation control.  Whatever area or component

19   that people are working on, generally speaking.

20        Q.    All right.

21        A.    So monitor for radiation.  Monitor for

22   radioactive contamination and airborne

23   contamination, whatever component area you're

24   working.

CONFIDENTIAL

1       Q.    Sure.   Using the swipe test or

2   whatever air meters or whatever counters that

3   you would use?

4       A.    Radiation meters.

5       Q.    Those would be the tools, yes?

6       A.    An air sampler, plus the counting

7   equipment that you'd use to count your air

8   samples.

9       Q.    Okay.

10      A.    Once you took the air samples, they

11  come on a little paper disc, and you would take

12  that and put that into a meter that would count

13  the disintegrations of that particular sample

14  and let you know an activity level.

15      Q.    In that particular '81 to 2003 time

16  frame -- strike that.

17            Your understanding is there were

18  multiple units at Millstone?

19      A.    That is correct.

20      Q.    In that '81 to 2003 time frame, how

21  many of those three units did you work in?

22      A.    All of them.

23      Q.    Okay.   The third one was built at some

24  point in time later in your '81 to 2003 --

CONFIDENTIAL

1        A.    It was '85.

2        Q.    So maybe not as late as I thought?

3        A.    Right.

4        Q.    Was there a particular unit that you

5    worked in more than others?

6        A.    Yes, and if you want, I'll give you

7    the time frames.  From '81 to '90, I worked

8    Unit 1 predominantly, although, at times where

9    I'm loaned to the other units if they had a

10   specific need, which I can talk about later.

11            From '90 to '96, I worked

12   predominantly Unit 2.  And then from '96 until

13   about '98, I worked Unit 3.  And then for a

14   year I went back to Unit 2, and then, again, I

15   went back to Unit 3.  So those late '90s, I'm

16   not exactly sure, but flip-flopping a couple

17   times.  It was between Unit 2 and Unit 3 in the

18   late 90s.

19       Q.    All right.  For that '81 to 2003 time

20   frame, I'm thinking what I'll do is I'll try

21   and ask you by unit, if you can remember.

22       A.    Sure.

23       Q.    And then we'll kind of go from there

24   as necessary.  Does that sound fair?

CONFIDENTIAL

1        A.    Great.

2        Q.    All right.  So are you able to recall

3    particular areas and equipment that you may

4    have performed routine surveys on during your

5    time in Unit 1?

6            MR. KENNEY:  Does that include outages

7    or no?

8        Q.    We can do outages separate or

9    together, whatever is best for you.  If it's

10   easier to answer that all as one, that's fine.

11   Whatever you want to do.

12           Why don't we do it separate.  So your

13   regular work, and then we can talk outages

14   separate.  How is that?

15       A.    Sure.

16       Q.    So during that '81 to 2003 time frame,

17   you recall doing routine surveys in Unit 1,

18   fair?

19       A.    Correct.

20       Q.    And do you recall performing those

21   surveys on particular pieces of equipment or

22   machinery?

23       A.    Yes.

24       Q.    All right.  And what were those

CONFIDENTIAL

1    particular pieces of equipment or machinery?

2         A.    Okay.   Condensate pumps, condensate

3    booster pumps, reactor feed pumps.   Let's see,

4    cleanup valves, CRD pumps, control rod drive

5    pumps.   That's what "CRD" stands for.

6         Q.    Oh, okay.

7         A.    CRD accumulators, shutdown pumps,

8    shutdown cooling heat exchangers, cleanup

9    pumps.   Let's see, fuel pool pumps, control rod

10   drives.   They drive the control rod blades into

11   the reactor up and down, depending on the need.

12        Q.    Anything else?

13        A.    I'm sure there's more.   I just can't

14   think of them off the top of my head.

15             MR. KENNEY:   Let us know if you

16   remember any.

17             THE WITNESS:   Huh?

18             MR. KENNEY:   Let us know if you

19   remember any at any point.

20             MR. COFFIN:   I was going to add that

21   part.

22        Q.    If I were to ask you individually of

23   each one of those pieces of equipment or

24   machinery whether you recall the brand name,

CONFIDENTIAL

1   trade name, or manufacturer name of any of

2   those, would you be able to tell me?

3        A.    I cannot.  Off the top of my head, no.

4   I never had any reason to ever study that.

5        Q.    And, again, in terms of your

6   involvement with those pieces of equipment or

7   machinery, it would have been confined to the

8   routine surveys, performing a swipe test, or

9   taking readings with meters in or around those

10  particular pieces of equipment in your own

11  personal goal?

12       A.    Right.  Prior to and sometimes after

13  work.

14       Q.    Work performed by somebody else?

15       A.    Right.

16       Q.    So do you recall -- and that was part

17  of your job at Millstone was to be associated

18  with -- whatever the work that was performed,

19  you were checking the radiological levels

20  associated with before, during, and after to

21  make sure the work was safe, right?

22       A.    Right.

23       Q.    The type of work that was being done

24  on these particular pieces of equipment and

CONFIDENTIAL

1    machinery, are you able to recall what that was
2    or --

3        A.    You could have pump overhaul depending
4    on what needs to be done, whether it needed new
5    impellers or gaskets or whatever internals
6    needed to be repaired or replaced.

7        Q.    And when work was being performed on
8    these particular pieces of equipment or
9    machinery, what were you doing?

10       A.    I would do initial survey.  I would
11   watch them as they opened the pump, and I would
12   take an air sample to determine the air
13   activity radiologically.

14             And I would open -- I mean, I would
15   take radiation readings on the internals of the
16   pump because sometimes they were higher than
17   what you'd find on the outside of the pump.
18   And also the smear survey to determine the
19   radiological contamination levels of the
20   internals of the pump.

21       Q.    All right.  I'm just going to kind of
22   take a detour for one second.

23       A.    Sure.

24       Q.    When did you first learn that asbestos

CONFIDENTIAL

```
 1   was hazardous to your health?
 2       A.    Late in my career.
 3       Q.    What would you define as late in your
 4   career?
 5       A.    I would say, I don't know, somewhere
 6   around 2000, give or take.
 7       Q.    Okay.
 8       A.    And that's my best recollection as far
 9   as when they started saying asbestos was bad
10   for you.
11       Q.    Okay.  And I'm not talking about when
12   Millstone first told you whether it was
13   hazardous.  I'm talking about when you yourself
14   from whatever potential avenue learned that
15   there were hazards associated with asbestos;
16   when was that?
17           MR. KENNEY:  Objection.  Asked and
18   answered.
19       A.    I would say the same time frame.  I
20   wasn't doing any independent studies or reading
21   anything along that regard.
22       Q.    Sure.  At any point in time -- and
23   understanding that at some point your employer
24   may have told you about some hazards associated
```

CONFIDENTIAL

1        A.    It's pretty -- I'm sorry.

2        Q.    How would you know that that potential

3    existed?

4        A.    For the most part, it would be

5    knowledge.  I mean, the plant had been

6    operating since 1970, and basically, you have

7    two parts to the plant, Unit 1.  It's the

8    reactor side and then the turbine condenser

9    side.

10            So the reactor side, your reactor

11    coolant, piping, valves are very, very highly

12    radioactive and contaminated.

13            The other side of the plant was the

14    steam side, your turbine, your condenser, your

15    feed pumps, your condensate pumps, your

16    condensate booster pumps are all low-level

17    contamination, so not a lot of concern as far

18    as going airborne and having a person ingest

19    something.

20        Q.    Okay.  What percentage of your time

21    was spent on the reactor side versus the other

22    side?

23            MR. KENNEY:  Objection to form.

24        Q.    And maybe my terminology is mistaken.

CONFIDENTIAL

1    And if it is, I apologize.

2        A.    Well, it's all one unit.

3        Q.    Okay.  Maybe I can ask it a different

4    way to try and resolve the objection and

5    clarify the confusing point I was trying to

6    make.

7            You testified about a reactor side

8    where there was high levels of radioactive

9    contamination as opposed to the other side

10   where there was not.  There was lower level of

11   contamination, okay.  I'm trying to use your

12   words as I remember you said them.

13       A.    Okay.

14       Q.    What percentage of time were you on

15   the side that had the higher level of

16   contamination versus the lower level of

17   contamination, if you are even able to answer

18   that question?

19           MR. KENNEY:  Objection to form.

20       A.    Hard question to answer, I would say.

21       Q.    Hard question to ask.

22       A.    I'd have to say fairly even, I guess.

23       Q.    So when I asked you before about in

24   Unit 1 the equipment and machinery that was

CONFIDENTIAL

1     present that you did your surveys on and then

2     that you were present when equipment was being

3     maintained or worked on by others, would some

4     of that equipment have been located on the side

5     of the reactor that was more radioactively

6     contaminated?

7          A.    Correct.

8          Q.    And some of it was on the side that

9     was not or lower-level contamination; is that

10    correct?

11         A.    Yes, some on either side.

12         Q.    Okay.  So for the percentage of time

13    that you were on the higher level of

14    contamination side and work was being performed

15    on equipment and machinery, in those instances,

16    you would have had a respirator on, fair?

17              MR. KENNEY:  Objection.

18         A.    If working on -- if opening up a

19    system, cleanups, for example, one of the

20    cleanup valves or cleanup pumps I spoke about,

21    if you were going to open that up, to open it

22    up, yes, you would need a respirator.

23         Q.    And then the other percentage of time

24    when you were on the lower level, you may not

CONFIDENTIAL

1    have been wearing one?

2        A.    Most likely not.  You would take an

3    air sample to verify that what you thought was

4    true was true.

5        Q.    Okay.  In terms of the work that was

6    performed on these particular components or

7    pieces of equipment or machinery that you

8    talked to me about, those are examples of the

9    types of work that may have been performed to

10   them, fair?

11       A.    Yes.

12       Q.    As you sit here today, do you have a

13   specific recollection of particular work,

14   maintenance, or repair as to any of those

15   particular components that was performed in

16   your presence?

17       A.    I'd have to go through the list again.

18   Condensate pump, condensate booster pump,

19   reactor feed pump, cleanup valves, cleanup

20   pumps, shutdown cooling heat exchanger,

21   shutdown cooling pump.  I'd go through the

22   list.  I probably worked on everything.

23       Q.    And understanding that that work would

24   have included your swipe testing for the air

CONFIDENTIAL

1   monitoring?

2       A.    Right.

3       Q.    And certainly, there was work that was

4   performed by others, and you gave me some

5   examples of that work, but as you sit here

6   today, specifically recalling what work was

7   performed on a specific component that you just

8   listed, that would be a difficult thing for you

9   to articulate to me; would that be a fair thing

10  to say?

11      A.    Basically, it's not that complicated.

12  If you're overhauling a pump, you take the

13  cover off, you open it up, you look inside, you

14  see what needs to be repaired, replaced.

15  Valves, you open those up and same thing.

16  What's inside either needs to be removed,

17  replaced, built up.

18            MR. KENNEY:  I just want to make sure,

19  are we still talking about the survey work that

20  he performed?

21            MR. COFFIN:  Yes, I'm talking about

22  the survey work, and I haven't even gotten to

23  outages.

24            MR. KENNEY:  I just want to make sure.

CONFIDENTIAL

1        Q.    And I'm thinking, the way it seems to
2   me is that survey work is kind of a component
3   of a bigger picture where --
4        A.    It is.
5        Q.    -- you're doing survey work, and then
6   when I'm asking you about being present when
7   others are performing work, maintenance, or
8   repair on equipment or machinery, that's
9   another component of your job, all right.  And
10   if I'm wrong, tell me and I can ask different
11   questions.
12        A.    It is -- that depends on the job
13   sometimes.  Sometimes they want you to be there
14   all the time when they're working.  Other
15   times, with less risk, you don't have to be
16   there all the time.
17        Q.    And when you say "less risk," that's
18   dependent upon the levels of radiation in the
19   environment?
20        A.    Less risk radiologically, yes.
21        Q.    All right.  So let me just make sure,
22   on that side of the system that would be more
23   radiologically contaminated, would you be there
24   for the entire process or just part of the

CONFIDENTIAL

```
1    process or something else in between?
2         A.    I'd be there in the beginning when
3    they opened it up.  I'd be there to survey the
4    inside to figure out what they got.  Sometimes
5    to minimize the risk, we would clean it,
6    radiologically clean it just like you would
7    clean a normal pump and try to reduce the
8    levels of radioactivity inside for them to work
9    on.
10        So you'd be there for that, and then
11   whatever else they needed to do.  If they
12   needed to grind or do anything to the internals
13   of that particular item, then you would need an
14   air sample as well.
15        Q.    In performing that cleaning or
16   grinding to the internals, that's not part of
17   your job?
18        A.    I did not do it, no.
19        Q.    That's separate and distinct?
20        A.    That is correct.
21        Q.    And there were stages in which you
22   were present to monitor that with your meters
23   or what have you?
24        A.    Correct.
```

1     Q.   And again, you described for us how

2   long it would take to do a swipe test when you

3   were at Electric Boat.

4     A.   Correct.

5     Q.   Would that time frame be similar to at

6   Millstone to do a particular swipe test?

7     A.   For an individual swipe, most likely.

8   But if I was going to swipe the inside of a

9   valve, I would swipe pretty much every

10  accessible surface that I could get in with my

11  fingers on to ensure that I don't have anything

12  down below that is not the same as up top.

13    Q.   Sure.  And for those particular pieces

14  of equipment or machinery where the risk of

15  radiological contamination is less, your

16  presence is not needed as much as on the other

17  side or for as long -- as long as it may have

18  had it been contaminated with radiation; would

19  that be fair?

20    A.   Yes.

21         MR. KENNEY:  Objection to form.

22    Q.   Did I get an answer to that?

23    A.   I said sure, but I would like to

24  qualify that.

1      Q.    Okay.

2      A.    I usually spent more time on the job

3    than most people because the reputation of my

4    particular technician group was not all that

5    well respected or listened to.

6            So a lot of times either whether it's

7    I didn't feel confident in the workers, what

8    they were doing, how they would do their work,

9    there was a lot of -- especially between

10   maintenance and my work, there was a lot of

11   animosity.

12           So I spent a long time trying to build

13   bridges to help them get the tools that they

14   needed or just be there if they needed

15   something rather than go find the HP tech.

16           So a lot of the jobs I covered, I

17   spent a good portion of my day right alongside

18   them to build relationships and trust.

19     Q.    Okay.  Were there -- for Unit 1 now,

20   just that '81 to 2003, you had referenced other

21   projects that you might have been involved in

22   separate from the routine surveys and if a

23   particular component or piece of machinery

24   needed to be worked on.

CONFIDENTIAL

1           Are there particular projects that you

2    can recall associated with Unit 1 that you were

3    involved in that would have been different from

4    what you just described to us?

5           So in other words, did it involve

6    pieces of equipment or machinery that we have

7    not talked about associated with projects that

8    you might have worked on?

9       A.    I don't know if I mentioned, one of

10   the biggest projects was spent fuel pool work.

11   After outages the control rod -- excuse me, the

12   ICIs would be -- the in-core instrumentation

13   would be removed from the reactor.  The control

14   rod blades would be removed from the reactor

15   and stored in the spent fuel pool.

16          It was a small pool, so quite

17   frequently, we'd have to go up there and take

18   the blades and the instrumentation.  Very

19   highly radioactive -- extremely highly

20   radioactive, and put them in casks for shipping

21   for burial.  That was a lot of work, too, big

22   projects.

23      Q.    Okay.  Were there particular pieces of

24   equipment or machinery that you performed any

CONFIDENTIAL

```
 1    type of surveys or testing on associated with
 2    that project that would be different than what
 3    we've already talked about?
 4         A.    No.
 5         Q.    Okay.
 6         A.    Other than underwater surveying, it
 7    was different meters.
 8         Q.    Okay.  In terms of shutdown work for
 9    Unit 1, were there particular differences in
10    your work associated with shutdown work, just
11    Unit 1 during this time frame, now?
12         A.    Basically, during the shutdown where
13    the plant was shut down for refueling
14    maintenance, the individual technicians who
15    were hourly workers were upgraded to feed
16    techs.  So each one of us had a group of
17    contractors because there was so much work
18    going on that we each had -- I generally had
19    five to six people, sometimes 10 or 12, working
20    for me covering all the various jobs that took
21    place.
22              So I never worked the refuel pool
23    where the fuel was taken out, but I worked the
24    condenser bay, which was we start off with the
```

CONFIDENTIAL

```
 1    turbine deck.  There was two areas that
 2    couldn't be worked during regular operation
 3    because the turbine was in operation, and the
 4    condenser was also in operation.
 5              So during the shutdown, they would
 6    disassemble the turbine to do any needed
 7    repairs to the turbine inspections, whatever.
 8              And the steam from the reactor would
 9    come up.  That's why it was lower level.
10    Contamination on this particular side of the
11    turbine side versus the reactor side because
12    the steam carried very little radioactive
13    contaminant in it when it arrived at the
14    turbine.
15              So the steam would turn the turbine,
16    but there was certain amounts of contaminants,
17    radioactive contaminants, in that which
18    impacted and pinched on the turbine.
19              The condenser is a big box, basically,
20    that sits directly below the turbine and
21    collects the water even though it is steaming.
22    There is slight traces of water as well as the
23    radioactive contaminants.  And after it goes
24    through all of the 14 stages of the
```

| 1 | low-pressure turbine, it drops down into the |
| 2 | condenser box and is -- the condenser box has |
| 3 | tubes with seawater going through it which the |
| 4 | water -- the steam droplets or whatever that |
| 5 | remain are condensed on the cold tubes and fill |
| 6 | the condenser, and it goes through filters and |
| 7 | then three sets of pumps, the condensate pump |
| 8 | which I talked about before, the condensate |
| 9 | booster, and the reactor feed pump.  And then |
| 10 | from there it goes into the -- basically, back |
| 11 | into the reactor. |
| 12 | So I'm not sure if I even answered the |
| 13 | question.  I'm trying to explain. |
| 14 | Q.  I'm not even sure what my question |
| 15 | was. |
| 16 | A.  I was just trying to explain. |
| 17 | Q.  It's perfectly fine.  In terms of your |
| 18 | job during shutdowns, were you essentially |
| 19 | supervising work that was done by others? |
| 20 | A.  I was. |
| 21 | Q.  Were you personally doing any surveys |
| 22 | or tests associated with equipment or machinery |
| 23 | during shutdowns? |
| 24 | A.  I did some surveys, some tests. |

1    Generally, my responsibility was to ensure that
2    the work was being done correctly.  And so in
3    doing that, I would spend 80 to 90 percent of
4    my time in the field going from job to job to
5    job verifying that everything was going well.
6            The first shutdown in '82, I had the
7    turbine deck and the condenser bay, so I spent
8    my time going up and down the stairs pretty
9    much all day long, turbine, condenser, turbine,
10   condenser, back and forth.
11      Q.    In that Unit 1, do you recall the
12   manufacturer of the turbine?
13      A.    GE, I believe.
14      Q.    And obviously, those other individuals
15   you were supervising were performing whatever
16   work, maintenance, or repair they had to
17   perform?
18      A.    Right.
19      Q.    And this is associated with equipment
20   or machinery that we've already talked about
21   that you've already named -- well, described
22   for us, right?
23      A.    (Nodding.)
24      Q.    And, again, other than supervising and

                                      CONFIDENTIAL

```
 1    performing the potential routine surveys, that
 2    was the extent of the work that you performed?
 3         A.   Well, I did inspections.  I went from
 4    job to job to job to job.
 5         Q.   And I apologize, yes.  And of the
 6    equipment that those others were working on,
 7    would it be fair to say that -- of the
 8    equipment and machinery those others were
 9    working on, fair to say you can't recall the
10    brand name, trade name, or manufacturer name of
11    any of those?
12         A.   No, sir.
13              MR. COFFIN:  Okay.  I'm going to
14    switch going into Unit 2.  Do you want to take
15    a five-minute break before I do that?
16              MR. KENNEY:  Yes.  This may be the
17    last part for the day.  We will come back
18    tomorrow.
19              MR. COFFIN:  Right.  Or if you want
20    to, I can push on a little bit further.  Its
21    totally up to you and your client.
22              MR. KENNEY:  How are you doing right
23    now?  Do you want to take a break?
24              THE WITNESS:  I'm okay.
```

CONFIDENTIAL

```
 1                MR. KENNEY:  Let's go for a little
 2     bit.
 3                MR. COFFIN:  Everybody good for a few?
 4                MR. KENNEY:  Yes.
 5        Q.    Switching gears to Unit 2.
 6        A.    Okay.
 7        Q.    In terms of your work, was there
 8     anything different in your work in Unit 2 from
 9     your work in Unit 1 that we haven't talked
10     about?
11        A.    Well, it's the same thing, same type
12     of thing, just different unit.  I used to work
13     outages in Unit 2 as well.  We would take
14     people from each unit to aid in the outage.
15        Q.    Just putting outages aside for a
16     second in Unit 2, again, similar type of job
17     where you would have routine types of surveys?
18     There may have been equipment that needed
19     maintenance or repair, again, to be performed
20     by others, and then there may have been some
21     random off projects that you may have been
22     involved in, correct?
23        A.    Yeah.
24        Q.    All right.  Do you recall for Unit 2
```

CONFIDENTIAL

```
 1    particular pieces of equipment or machinery
 2    that you did routine surveys on?
 3        A.    Routine surveys?
 4        Q.    And if it's a similar list to what you
 5    gave me for Unit 1, let me know that.  Or if
 6    there's something different to add to that,
 7    obviously, let me know that, too.
 8        A.    Mind is going blank.  Unit 2 is kind
 9    of a different animal because it's a
10    pressurized water reactor which means the
11    reactor coolant never leaves the system in the
12    containment -- strike that.
13            The reactor coolant stays in
14    containment except when it's brought out for
15    filtration and then reinserted.  So the reactor
16    water never should reach the turbine.
17            It did in Unit 2 because they had
18    leakers from the steam generator, which is the
19    heat exchanger between the reactor and the
20    turbine.  So there's somewhat different
21    equipment.  And my mind is drawing a blank on
22    probably the most important ones.
23            Charging pumps.  Charging pumps were
24    almost a constant work evolution in Unit 2
```

CONFIDENTIAL

1    because they were -- for some reason they need

2    a lot of maintenance, so it's not like every

3    week, but every couple of weeks you're down

4    there working on a different one.

5           It had shutdown heat exchangers just

6    like Unit 1, shutdown pumps just like Unit 1.

7    Give me some time to think of the other ones.

8    I can tell you about the other ones later.

9        Q.   Well, I don't want to give you too

10   much time.

11       A.   I'm getting a little tired so my

12   memory --

13       Q.   So let me just ask you a couple

14   follow-up questions here.  All right?

15       A.   Yeah.

16       Q.   Of those pieces of equipment that you

17   just named for me, the charging pumps, the

18   shutdown -- heat exchangers, shutdown pumps, do

19   you recall the brand name, trade name, or

20   manufacturer name of any of those?

21       A.   No.

22       Q.   Do you recall the brand name, trade

23   name, or manufacturer name of any of the

24   turbine generators?

CONFIDENTIAL

1       A.    No.

2       Q.    How about the turbine?

3       A.    Are you talking about the steam

4    generators?

5       Q.    Well, you tell me.  I thought you said

6    turbine generators.

7       A.    I'm sorry, because you have the

8    reactor and then you have steam generators

9    which are inside the containment which

10   circulate the reactor water.  It heats up a

11   secondary side water which is the clean water.

12   The clean water goes through the steam

13   generators and then comes out and goes as steam

14   to the turbine.

15      Q.    Okay.  Do you recall the brand name,

16   trade name, or manufacturer name of that steam

17   generator?

18      A.    No.

19      Q.    And what you described for us earlier

20   about your involvement associated with

21   monitoring and testing when work was going

22   on on particular pieces of equipment or

23   machinery, would that have been the same for

24   Unit 2 as with Unit 1?

CONFIDENTIAL

1       A.   Yes.

2       Q.   Okay.  Were there additional projects

3   that you were involved in pertaining to Unit 2

4   that you wouldn't have been involved in with

5   Unit 1, if that makes sense to you?  Let me

6   strike it and ask it a new way.

7            You described a separate project for

8   Unit 1 involving those pools?

9       A.   Yes.

10      Q.   Was there a similar type of project

11  for Unit 2 that you were involved?

12      A.   Yes.

13      Q.   What project was that?

14      A.   Same thing, spent fuel pool work.

15      Q.   I'm sorry.  I didn't mean to cut you

16  off.

17      A.   Spent fuel pool work.

18      Q.   All right.  And the testimony you gave

19  as to Unit 1 for that particular project in

20  Unit 2 would be the same?

21      A.   Say it again.

22      Q.   Sure.  The testimony describing what

23  you did associated with the --

24      A.   Yes.

CONFIDENTIAL

Kurt Carlson                Volume 1              October 16, 2017

184

```
 1        Q.    -- the pool work in Unit 1 would be
 2   applicable to the work in Unit 2?
 3        A.    Yes.
 4        Q.    All right.  And you said you did some
 5   shutdown work in Unit 2 as well?
 6        A.    Yes.
 7        Q.    All right.  And what you described for
 8   supervising of others during shutdown work in
 9   Unit 1, would that be applicable to Unit 2 as
10   well?
11        A.    Only briefly until I went to Unit 2 as
12   a supervisor.
13        Q.    Okay.  So if I'm understanding, you
14   were a Unit 2 assistant radiation protection
15   supervisor?
16        A.    Yes.
17        Q.    And for how long were you in that
18   position?
19        A.    I would say that was about -- I served
20   in the capacity for, I think, about three
21   years, but officially, only about maybe two and
22   a half.
23        Q.    Okay.
24        A.    Because they hadn't been making me an
```

CONFIDENTIAL

1    offer for a while, so I was just functioning in

2    the capacity.

3        Q.   All right.  And as a supervisor, would

4    that require you to be managing people as

5    opposed to actually performing routine surveys

6    or being present when work was done?

7        A.   Correct.

8        Q.   All right.  Was there a period of time

9    when you stopped actually performing the

10   routine surveys and being present when work was

11   done on equipment and machinery?

12       A.   Other than inspection when you become

13   a supervisor, you're expected -- I mean, a

14   first line supervisor, you're expected to let

15   the technicians do the survey work.

16       Q.   Okay.  And I realize we've only talked

17   about Unit 1 and 2 for right now.  How long

18   were you just a technician?  You know, if you

19   arrived at Millstone in 1981, how long were you

20   just a technician before you became a

21   supervisor?

22       A.   I would say it was about ten years.

23       Q.   All right.

24       A.   And then I was a supervisor about two

CONFIDENTIAL

1    and a half, then I went back to being a

2    technician again.

3        Q.    All right.   Why did you go back to

4    being a technician?

5        A.    Money.

6        Q.    Okay.   Got you.   What's a containment

7    coordinator?

8        A.    Containment coordinator is a person

9    that kind of supervises and overall has a big

10   picture on what's going on in the whole outage.

11   And the duties included, for Unit 2, is when

12   you shut down, you're opening up the

13   containment building for general access.

14   Normally, it's shut, no access.

15              And in order to do the refueling and

16   the maintenance, everybody that's going to do

17   work has to bring all their equipment in, all

18   the tools and associated equipment, all the

19   replacement parts, whatever that need to come

20   in are brought in, so that was my job to

21   organize and make sure that that happened

22   correctly, proper sequence.

23              Also, to try to resolve any

24   difficulties people were having with their

CONFIDENTIAL

Kurt Carlson                Volume 1              October 16, 2017

```
 1    performing the work where there was conflicts

 2    with one worker with another, try to resolve

 3    that type of thing, and help people, expedite

 4    people to get their work done in a timely

 5    manner.

 6         Q.   Sounds like it was a logistics type of

 7    position?

 8         A.   Yes.

 9         Q.   All right.  And were you performing

10    that at the same time you were performing your

11    duties as a technician?

12         A.   No, that was full-time.

13         Q.   All right.  How many years did you

14    hold that particular position?

15         A.   Just an outage.  It was an outage

16    function.

17         Q.   One outage?

18         A.   Actually, I did it again -- it should

19    be in the -- hopefully it's in here, maybe not.

20         Q.   Well, let's --

21         A.   I did it one more time afterwards,

22    probably about five years ago.

23              MR. COFFIN:  Why don't we go off the

24    record for a second.
```

CONFIDENTIAL

```
 1              THE VIDEOGRAPHER:  Going off the

 2     record at 3:02.

 3                    (Off the record, 3:02 p.m.)

 4                    (Whereupon, the deposition was

 5                    suspended at 3:02 p.m.)

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```