# EXHIBIT 12

CONFIDENTIAL

```
                              VOLUME II
                              PAGES: 192 - 362
                              EXHIBITS: 1

      S T A T E   O F   C O N N E C T I C U T

FBT-CV-17-6066182S
* * * * * * * * * * * * * * * * * * * * * * * *
KURT CARLSON,                    *
          Plaintiff,             *   SUPERIOR COURT
vs.                              *
                                 *   J.D. FAIRFIELD
CBS CORP., ET AL.,               *
          Defendants.            *   AT BRIDGEPORT
* * * * * * * * * * * * * * * * * * * * * * * *
FBT-CV-17-6066183S
* * * * * * * * * * * * * * * * * * * * * * * *
KURT CARLSON,                    *
          Plaintiff,             *   SUPERIOR COURT
vs.                              *
                                 *   J.D. FAIRFIELD
ABCO WELDING &                   *
INDUSTRIAL SUPPLY, INC.,         *   AT BRIDGEPORT
ET AL.,                          *
          Defendants.            *
* * * * * * * * * * * * * * * * * * * * * * * *

        CONTINUED AUDIOVISUAL DEPOSITION
                OF KURT CARLSON
          Tuesday, October 17, 2017
          Mystic Marriott Hotel & Spa
          625 North Road (Route 117)
              Groton, Connecticut

  ---- Deanna Veinotte, RPR, CRR, CCP, CRC ----
                   LSR #428
          EPPLEY COURT REPORTING, LLC
             Post Office Box 382
          Hopedale, Massachusetts  01747
        (508) 478-9795  (508) 478-0595 (Fax)
             www.eppleycourtreporting.com
```

CONFIDENTIAL

```
 1                A P P E A R A N C E S:
 2
 3      Representing the Plaintiff:
             EARLY, LUCARELLI, SWEENEY &
 4           MEISENKOTHEN, LLC
             One Century Tower, 11th Floor
 5           265 Church Street, P.O. Box 1866
             New Haven, CT  06508
 6           BY:  BRIAN P. KENNEY, ESQ.
             (203) 777-7799
 7           bkenney@elslaw.com
 8
        Representing (By Telephone) Trane US Inc. f/k/a
 9      American Standard and Ingersoll-Rand:
             ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN
10           75 Federal Street
             Boston, MA  02110
11           BY:  E. AMY LABRECQUE, ESQ.
             (617) 423-6674
12           alabrecque@adlercohen.com
13
        Representing ABCO; Foster Wheeler LLC; and
14      Honeywell, Inc.:
             ADLER, POLLOCK & SHEEHAN
15           One Citizens Plaza
             Providence, RI  02903
16           BY:  JAMES A. HALL, ESQ.
             (401) 274-7200
17           jhall@apslaw.com
18
        Representing Cleaver-Brooks:
19           CETRULO LLP
             2 Seaport Lane, 10th Floor
20           Boston, MA  02210
             BY:  ADAM C. MARTIN, ESQ.
21           (617) 217-5500
             amartin@cetllp.com
22
23
24
```

CONFIDENTIAL

1    other trades that you recall being around with

2    you at Limerick Nuclear Generating Station?

3         A.    Pretty much every trade you could

4    think of, pipefitters, carpenters, laborers.

5         Q.    Okay.  Do you recall any laggers being

6    present at Limerick?

7         A.    Do not.

8         Q.    Okay.  In October of 2009 to November

9    of 2009, you're back at Millstone and it

10   doesn't specify the unit, and you were doing

11   refueling coverage, ICI replacement coverage

12   including diving?

13        A.    That was Unit 2.  I remember that.

14        Q.    Okay.  And what was the specific work

15   that you were performing associated with that?

16        A.    It was the same.  Refueling work was

17   done that was done -- they do every outage,

18   removing the fuel, removing any faulty

19   instrumentation or replacing items.  At this

20   point they replaced ICIs.

21        Q.    What's an ICI?

22        A.    Sorry, it's in-core instrumentation.

23        Q.    This is inside the reactor or core as

24   well?

CONFIDENTIAL

```
 1          A.    It's all equipment that's inside,
 2     finds its home inside the reactor during the
 3     operation of the reactor.
 4          Q.    Okay.
 5          A.    And it tells the control room and the
 6     engineers to look at the data, you know, how
 7     the -- you might say how the burn is going, how
 8     the fuel is being used up.  It will tell you
 9     also power levels and things like that.
10          Q.    So this is instrumentation that's
11     inside the reactor that is read by somebody
12     down the line to determine the operating
13     conditions of the reactor?
14          A.    You said it well.
15          Q.    Thank you.  Are you good to keep
16     going, or do you need a break?
17          A.    Yeah.
18               MR. KENNEY:  Why don't we finish the
19     jobsite list, and then we'll take a break.
20               MR. COFFIN:  I'll try.
21          Q.    The next one is 2010.  That's
22     Millstone Nuclear Power Station, Unit 2, as a
23     site coordinator?
24          A.    Yes.
```

CONFIDENTIAL

254

1    Q.   Supervision of Bartlett employees for
2  Unit 2 outage.  Is that a logistics position
3  where you were dictating work to be done to
4  others?

5    A.   It was kind of a strange situation
6  because, generally, we had 80 to 90
7  contractors, technicians to come in for the
8  company that I worked for.  They split them up
9  between day shift and night shift, and I would
10  be their company representative.  They did not
11  report to me directly for job assignments, but
12  I was responsible for their behavior and the
13  discipline that had to be done.  Responsible
14  for any interaction that they needed to do
15  between themselves and the company, payroll.
16  Any issues that they had, I was their go-to guy
17  for that.

18    Q.   Okay.  Would you have been performing
19  any hands-on radiological technician work
20  yourself during that time, or would that have
21  been delegated to others?

22    A.   I did some.  Understaffed we were a
23  lot of times, so at certain periods I would
24  jump in to help somebody out with some work.

CONFIDENTIAL

1    Generally, it was not -- it was extraneous work

2    outside of the building.

3        Q.    And that work would have been -- in

4    the instances where you would jump in and do

5    the radiological technician work, that would

6    have been as you previously described it?

7        A.    That is correct.

8        Q.    Okay.  The next one down at ABB site,

9    May 2010 through January 2011.  What is the ABB

10   site?

11       A.    It was a place where they fabricated

12   fuel for the Navy for submarines.  And it was a

13   place where they also did -- they used it for

14   refurbishment of equipment that they used.  ABB

15   is -- I forget what A is, Brown, Boveri and

16   Combustion Engineering.  It was two companies

17   combined, and that's what they did, a lot of

18   nuclear work.

19            So they were done with the fabrication

20   of the fuel.  They stopped making it there.  By

21   the time that I got there, the buildings had

22   been pretty much torn down.  All that was left

23   was the foundations of the building, so we did

24   a lot of searching trying to find contamination

CONFIDENTIAL

```
 1   11:22.
 2                (Off the record, 11:22 a.m.)
 3                (Back on the record, 11:40 a.m.)
 4           THE VIDEOGRAPHER:  We're back on
 5   record at 11:40.
 6      Q.   Sir, I have a few follow-up questions,
 7   and then I'm going to move into some questions
 8   about your medical conditions and the
 9   allegations you've raised as to your injuries.
10   Okay?
11      A.   Okay.
12      Q.   First things first, we talked a lot
13   about your time at Millstone and the various
14   units.  And I think I'm correct in this, but I
15   just want to make sure.  Have we talked about
16   all the work that you can recall personally
17   performing during your time at Millstone and
18   the associated sites as a contractor, yes?
19           MR. KENNEY:  Objection.  You haven't
20   even touched upon half the stuff.
21      Q.   Okay.  If there's something that I'm
22   leaving out that you did that we haven't done
23   or that we haven't talked about, share with me
24   that.
```

CONFIDENTIAL

1      A.    Okay.  Well, I did -- I don't know if

2   it's been explained that I was around asbestos

3   a lot with these different job functions,

4   whether it be insulation, whether it be

5   packing, whether it be scraping of gaskets or

6   removing of gaskets, that's like -- I wouldn't

7   say a daily occurrence, but hundreds and

8   hundreds of examples of each one and being

9   around when all that work was performed, that's

10  what we did.  We were around asbestos all the

11  time.  And I mean, those are the various

12  different functions on a semi routine basis.

13     Q.    Okay.  But referring to the specific

14  tasks that you were responsible for performing,

15  all right, we talked about your swipe tests.

16  We talked about the random tests.  We talked

17  about your air monitoring.

18     A.    Correct.

19     Q.    The roles that you had as a

20  radiological technician, you've described for

21  me the particular work associated with those

22  job positions that you did, right?

23     A.    Correct.

24     Q.    All right.  And that's what I was

CONFIDENTIAL

Kurt Carlson                    Volume 2                 October 17, 2017

```
 1    asking you.  All right?
 2        A.   All right.
 3        Q.   And maybe you misunderstood my
 4    question.  We talked about that work that you
 5    did, yes?
 6             MR. KENNEY:  Objection.
 7        A.   We talked about my particular
 8    function.
 9        Q.   Yes.  Is there other work that you
10    yourself did, all right, that we have not
11    talked about, just pertaining to Millstone?
12             MR. KENNEY:  Objection.
13        A.   If you're just talking about the
14    function that I did --
15        Q.   Yes.
16        A.   -- I think we pretty much covered it.
17        Q.   And we talked a lot about work that
18    others did around you during your time at
19    Millstone; is that correct?
20        A.   We talked some about that, yes.
21        Q.   Is there additional work that you can
22    recall others performing at Millstone in your
23    presence that we have not talked about?
24        A.   The basics, yeah, I think we covered,
```

CONFIDENTIAL

Kurt Carlson                    Volume 2                    October 17, 2017

```
 1    you know, working on pumps, valves, electrical,
 2    special projects.  I think we talked about, in
 3    general, all those.
 4         Q.   Okay.  And when you made reference to
 5    electrical, you were talking about the removal
 6    of the connections --
 7         A.   Yeah.
 8         Q.   -- to a variety of pieces of equipment
 9    or machinery that were controlled electrically,
10    right?
11         A.   Right.  Sometimes running cables
12    required coverage as well.
13         Q.   Okay.  And when you say "coverage,"
14    what do you mean?
15         A.   Determining the radiological
16    conditions for the electrical workers to do
17    what they had to do.
18         Q.   Okay.  And as we've discussed ad
19    nauseam, are you able to tell me the brand
20    name, trade name, or manufacturer name of any
21    of the cable that you performed any of the
22    radiological work with?
23         A.   No.
24         Q.   All right.
```

CONFIDENTIAL

Kurt Carlson                    Volume 2                 October 17, 2017

```
 1            MR. KENNEY:  Off the record real
 2      quick.
 3            MR. COFFIN:  Sure.
 4            THE VIDEOGRAPHER:  Going off the
 5      record at 11:44.
 6                  (Off the record, 11:44 a.m.)
 7                  (Back on the record, 11:45 a.m.)
 8            THE VIDEOGRAPHER:  We're back on
 9      record at 11:45.
10      Q.    Given what we just talked about, sir,
11      have we talked about your recollection of work
12      performed by others as to equipment or
13      machinery during your time at Millstone in
14      Units 1, 2, and 3 --
15            MR. KENNEY:  Objection.  Form.
16            MR. COFFIN:  I wasn't done with my
17      question.
18            MR. KENNEY:  I heard the pause, so I
19      thought you were done.
20      Q.    All right.  So let me ask it again.
21            As best as you can recall, as you sit
22      here today, have we talked about the work that
23      was performed by others on equipment or
24      machinery during your time at Millstone in your
```

CONFIDENTIAL

1    presence?

2            MR. KENNEY:  Objection.

3        A.    We discussed it, yes.

4        Q.    All right.  Your lawyer made reference

5    to us not touching half of the work that went

6    on in your presence at Millstone.  Would you

7    disagree with that?

8        A.    I think it could be expanded upon.

9        Q.    Okay.  So what have we not talked

10   about about the work that was performed by

11   others in your presence at Millstone?

12       A.    I think maybe to the extent of which I

13   was involved.  I mean, just thinking from my

14   own perspective, if I was listening to what I

15   was saying in our conversation, I would think I

16   had an occasional type of interaction with

17   maintenance and contract workers, but for me,

18   it was like not a day-to-day like I said, but

19   very -- it was a constant thing.  That's what

20   we did.  We covered maintenance.  When they

21   took apart a pump, we were there.  When they

22   took apart a valve, we were there.

23            The first outage I did, we touched

24   briefly on it, but I worked the condenser bay

1    and the turbine.  And it was every day.  I

2    worked a 12-hour day.  Probably 10, 11 of the

3    hours that I was there was watching the work

4    going on going from one job to another job to

5    another job.

6             I would say I knew the work -- all the

7    work that was going on better than any of the

8    technicians that were there because I always

9    cautioned them on not letting anything slip

10   through the cracks.

11            And a week or so into the outage, I

12   found a valve opened contaminated, exposed

13   completely being worked upon.  And I asked --

14   there was no controls, no signs, no warnings,

15   no nothing to keep people from walking into an

16   area that was now contaminated.  And I went

17   down and questioned my techs, and said, you let

18   one go.  Somebody got through and you didn't

19   check it.  Has anybody been up there today to

20   check this job?  So I had them repost the area

21   and get things squared away, but I was

22   constantly in the area when this work was going

23   on.

24        Q.   You just made reference to not letting

CONFIDENTIAL

1        Q.    All right.  Do you know the supplier

2    of any of the lagging that was given to

3    Electric Boat?

4        A.    Do not.

5        Q.    All right.  I asked you if you

6    recalled any abatement processes occurring

7    during your time at Millstone, and I think your

8    answer was you didn't remember.

9              Is it fair to say you don't remember

10   being present when any abatement processes were

11   underway during your time at Millstone at any

12   of the units?

13       A.    I was thinking more about that.  I

14   think, you know, towards the late '90s, I think

15   they started labeling asbestos about the same

16   time we were being informed that it was

17   hazardous.

18             And then if they found asbestos, they

19   would label it with an asbestos type of sticker

20   and stuff.  So you kind of knew if you needed

21   to do something with asbestos after that, after

22   that time frame, then you would make a request

23   to the safety department or whoever to have it

24   tested because you couldn't tell yourself

                                        CONFIDENTIAL

```
 1    whether it was asbestos or not.
 2             So it started to become a point where
 3    I believe they started taking, you know,
 4    asbestos off pipings and stuff.  I don't know
 5    the exact time frame.
 6        Q.   Sure, and I appreciate that.  Do you
 7    recall having to take any radiological
 8    measurements or readings or examinations of any
 9    asbestos-containing materials that may have
10    been removed from any of the units at Millstone
11    during any kind of an abatement process?
12        A.   Well, yes.  When they would -- when
13    the insulators would take it off or whoever was
14    doing the work would take it off, they'd
15    already have it bagged and sealed so we'd be
16    protected from the hazard of asbestos itself,
17    and the asbestos would remain inside the bag.
18    We would survey just the outside of the
19    insulation.
20        Q.   Okay.  Just bear with me here.
21             All right.  Sir, I want to talk to you
22    now a little bit about -- if you're okay to
23    continue for a few more minutes here.
24        A.   Sure.
```

CONFIDENTIAL

1        A.    No.

2        Q.    That is correct?

3        A.    That is correct.

4              MR. MARTIN:  Those are all my

5     questions.  Thank you.

6              MR. KENNEY:  All right.  Who would

7     like to go next in the room?  Somebody with a

8     short --

9              MR. HOOVER:  Yes, I'm going to be

10    short.

11             MR. KENNEY:  And then we'll probably

12    take a lunch break when you're done.

13                    * * * * *

14                EXAMINATION CONDUCTED

15    BY MR. HOOVER:

16       Q.    Good afternoon, sir.

17       A.    Hi.

18       Q.    My name is Mark Hoover, and I have

19    just a few follow-up questions for you about

20    your time at Millstone, which I understand you

21    started in 1981, correct?

22       A.    Correct.

23       Q.    Okay.  And as I understand it at

24    Millstone, which you talked about yesterday and

CONFIDENTIAL

```
 1    today, is there are a number of mechanics at
 2    Millstone that were called out from time to
 3    time to perform work and repair and maintenance
 4    on various pieces of equipment, correct?
 5         A.    Correct.
 6         Q.    And your job in your department then
 7    was to kind of be assigned to that particular
 8    project to ensure that the piece of equipment
 9    wasn't contaminated, correct?
10         A.    Well, to ensure the radiological
11    safety of the worker.
12         Q.    Right.  Between not only the piece of
13    equipment but the air that the worker might be
14    working in?
15         A.    Right.
16         Q.    Okay.  And this was something that
17    Millstone had these technicians go out and just
18    to kind of ensure that the environment from a
19    radiological standpoint was safe for the
20    workers, correct?
21         A.    Right, not to exceed any federal
22    limits.
23         Q.    All right.  So they had particular
24    limits --
```

CONFIDENTIAL

1      A.     Right.

2      Q.     -- that you could go up to, and

3   anything above that --

4      A.     Correct.

5      Q.     -- they weren't allowed to work in

6   that particular area until the levels were

7   brought down?

8      A.     Right.

9      Q.     And, again, that's for the safety of

10   the Millstone workers?

11      A.     Correct.

12      Q.     One of the things that you indicated

13   in terms of the work that these mechanics might

14   be doing on the various pieces of equipment is

15   sometimes they might have to remove the

16   insulation in and around the pieces of

17   equipment, correct?

18      A.     Correct.

19      Q.     Okay.  Is it fair to say with respect

20   to the original installation of the insulation,

21   you would not know when that occurred, correct?

22           MR. KENNEY:  Objection.

23      A.     I would say it occurred obviously --

24   well, not obviously, but I would say it would

CONFIDENTIAL

1    occur during initial construction.

2         Q.    Okay.  And do you know whether or not

3    prior to you coming on board in '81 whether or

4    not there had been any other repairs done to

5    insulation?

6         A.    No, I wouldn't know that.

7         Q.    And you wouldn't know who originally

8    insulated any of the equipment, correct?

9         A.    No.

10        Q.    And when you were a rad tech, you were

11   not responsible for any removal of any

12   insulation, correct?

13        A.    Correct.

14        Q.    Okay.  That would have been done by

15   the mechanics.  You then need to determine

16   whether or not, based upon swipe tests or air

17   tests, whether or not that area is safe from a

18   radiological contamination level?

19        A.    Correct.

20        Q.    Okay.  As I understand your testimony,

21   before the late 1990s, Millstone was not taking

22   any steps with respect to asbestos; is that a

23   correct understanding?

24        A.    That's my best time frame, I think.

CONFIDENTIAL

```
 1        Q.   Okay.  So between 1981 and the late
 2   1990s, if work was being done by mechanics
 3   where they were handling insulation, were there
 4   any precautions taken while this type of work
 5   was being done prior to the late 1990s?
 6        A.   No.
 7        Q.   So is it fair to say then prior to the
 8   late 1990s, Millstone didn't put up any sort of
 9   signs or any sort of warnings with respect to
10   any of the insulation?
11        A.   No.
12        Q.   None, okay.  And prior to the late
13   1990s when work was being done on this and
14   involved the insulation, Millstone would not
15   take steps to have that particular area sealed
16   off or anything?
17        A.   No.
18        Q.   And at any point in time, either for
19   yourself or for any of the mechanics that were
20   performing this type of work on these various
21   pieces of equipment, did Millstone ever offer
22   any sort of respiratory protection whether it
23   be masks or anything along those lines?
24        A.   For asbestos, no.
```

CONFIDENTIAL

1        Q.    Did Millstone differentiate for jobs
2    where they might offer some sort of respiratory
3    protection?
4        A.    There were, and painters used
5    respirators because they had paints for -- that
6    were volatile.  Radiological protection had
7    respirators for radiological contaminants.  I'm
8    trying to think if they even used dust masks
9    for anything at that point, but no, no
10   government prescribed respiratory equipment for
11   asbestos.
12       Q.    When you would report to work at
13   Millstone, were there -- I think you had
14   mentioned earlier today you talked about daily
15   meetings, in other words, here's what's going
16   on in the mill today, and this is what's
17   happening?
18       A.    Yes.
19       Q.    Would those go on on a daily basis?
20       A.    Pretty regularly, yes.
21       Q.    When you say "pretty regularly," is it
22   once a week?
23       A.    No, daily.
24       Q.    So it would happen on a daily basis?

CONFIDENTIAL

1    the person I reported to back at the office.
2    There wasn't as much -- Unit 2 wasn't as much
3    an issue as Unit 1 was.
4            MR. SZCZESNY:  Okay.  Sir, thank you.
5    Those are all the questions I have for you.
6    Thanks.
7            MR. COFFIN:  Does somebody on the
8    phone have questions?
9            MS. CENTENO:  Yes, Christy Centeno.  I
10   have some questions.
11           MR. KENNEY:  I just want to make sure
12   that we're getting that picked up on the video.
13           THE VIDEOGRAPHER:  Oh, yeah.
14           MR. KENNEY:  Okay.  Sorry for the
15   interruption.  I just wanted to make sure we
16   could hear.  We can hear you fine.  Go ahead.
17   Thank you.
18                   * * * * *
19               EXAMINATION CONDUCTED
20   BY MS. CENTENO:
21       Q.   Mr. Carlson, can you hear me okay?
22       A.   I can.
23       Q.   Okay.  Perfect.  I just have a couple
24   of quick questions for you.  My name is Christy

```
 1    Centeno, and I represent a company called New
 2    England Insulation Company.  And my first
 3    question is, are you familiar with New England
 4    Insulation Company?
 5         A.    No.
 6         Q.    Then that leads me to my next
 7    question.  Are you familiar with any products
 8    supplied by New England Insulation to Electric
 9    Boat?
10         A.    I would not be familiar with the name,
11    no.
12         Q.    And I take it you also are not
13    familiar with any work performed by New England
14    Insulation at Electric Boat?
15         A.    Not by name, no.
16         Q.    And then my same questions with
17    Millstone, are you familiar with any products
18    supplied by New England Insulation to
19    Millstone?
20         A.    Not by name.
21         Q.    And are you familiar with any work
22    performed by New England Insulation at
23    Millstone?
24         A.    No, not by name.
```

CONFIDENTIAL