# EXHIBIT 13

CONFIDENTIAL

```
                                    VOLUME II
                                    PAGES: 363 - 484
                                    EXHIBITS: 2 - 4
```

S T A T E  O F  C O N N E C T I C U T

FBT-CV-17-6066182S
`*************************`

| | | |
|---|---|---|
| KURT CARLSON, | * | |
|     Plaintiff, | * | SUPERIOR COURT |
| vs. | * | |
| | * | J.D. FAIRFIELD |
| CBS CORP., ET AL., | * | |
|     Defendants. | * | AT BRIDGEPORT |

`*************************`
FBT-CV-17-6066183S
`*************************`

| | | |
|---|---|---|
| KURT CARLSON, | * | |
|     Plaintiff, | * | SUPERIOR COURT |
| vs. | * | |
| | * | J.D. FAIRFIELD |
| ABCO WELDING & | * | |
| INDUSTRIAL SUPPLY, INC., | * | AT BRIDGEPORT |
| ET AL., | * | |
|     Defendants. | * | |

`*************************`

CONTINUED AUDIOVISUAL DEPOSITION
OF KURT CARLSON
Wednesday, October 18, 2017
Mystic Marriott Hotel & Spa
625 North Road (Route 117)
Groton, Connecticut

---- Deanna Veinotte, RPR, CRR, CCP, CRC ----
LSR #428
EPPLEY COURT REPORTING, LLC
Post Office Box 382
Hopedale, Massachusetts  01747
(508) 478-9795   (508) 478-0595 (Fax)
www.eppleycourtreporting.com

CONFIDENTIAL

               A P P E A R A N C E S:

Representing the Plaintiff:
    EARLY, LUCARELLI, SWEENEY &
    MEISENKOTHEN, LLC
    One Century Tower, 11th Floor
    265 Church Street, P.O. Box 1866
    New Haven, CT  06508
    BY:  BRIAN P. KENNEY, ESQ.
    (203) 777-7799
    bkenney@elslaw.com

Representing (By Telephone) Trane US Inc. f/k/a
American Standard and Ingersoll-Rand:
    ADLER, COHEN, HARVEY, WAKEMAN & GUEKGUEZIAN
    55 Dorrance Street
    Providence, RI  02903
    BY:  BRIAN A. FIELDING, ESQ.
    (401) 521-6100
    bfielding@adlercohen.com

Representing ABCO; Foster Wheeler LLC; and
Honeywell, Inc.:
    ADLER, POLLOCK & SHEEHAN
    One Citizens Plaza
    Providence, RI  02903
    BY:  JAMES A. HALL, ESQ.
    (401) 274-7200
    jhall@apslaw.com

Representing (By Telephone) Cleaver-Brooks:
    CETRULO LLP
    2 Seaport Lane, 10th Floor
    Boston, MA  02210
    BY:  ADAM C. MARTIN, ESQ.
    (617) 217-5500
    amartin@cetllp.com

CONFIDENTIAL

```
 1   We'd go out and monitor various -- we'd have
 2   drills and exercises to monitor different areas
 3   in case there was a nuclear accident or
 4   incident, then we'd know what we were doing, so
 5   we'd practice that several times a year.
 6        Q.   What departments within Millstone did
 7   you work with when maintenance was required on
 8   mechanical equipment?
 9        A.   We worked with pretty much every
10   department that was on-site that had anything
11   to do with radioactive radiation areas or
12   radioactive equipment or even equipment that
13   was considered nonradioactive but in what we
14   called the radiation control area.
15             So it would be maintenance, I&C,
16   engineering operations.  Those were the main
17   groups we worked with.
18        Q.   And what does "I&C" stand for?
19        A.   Instrument and control, so they would
20   do all of the equipment that monitored the
21   plant parameters.
22        Q.   Aside from the departments within
23   Millstone with which you worked, did you ever
24   work with equipment manufacturers?
```

CONFIDENTIAL

1    A.    I worked with -- that I can recall, I
2    worked with GE equipment -- the GE rep on the
3    turbine deck predominantly, and that story I
4    told yesterday about the incident with the
5    rotor that was to be cleaned and released from
6    any radioactive controls and the disagreement
7    we had about whether it was radioactive or not.
8        Q.    Okay.  So there were GE
9    representatives on-site while you worked at
10   Millstone on certain occasions?
11       A.    Specifically, I remember outages, yes.
12       Q.    Okay.  And it sounds, based on what
13   you said today and also yesterday, you have
14   obviously interacted with them?
15       A.    That is correct.
16       Q.    Did you ever have a disagreement with
17   a GE representative as it relates to safety?
18       A.    Just the one with radiological safety,
19   releasing a contaminated item.
20       Q.    How did that safety issue arise again?
21       A.    That was a rotor, I believe, they
22   wanted to send out.  It was the one that was
23   damaged during the initial startup after a
24   ten-year outage.

CONFIDENTIAL

1   Q.   Okay.  And this rotor was connected to
2   what part of equipment?
3   A.   This was connected to the -- this is
4   part of the turbine.
5   Q.   Okay.
6   A.   The steam, when it comes off the
7   reactor first goes to the high-pressure
8   turbine.  And it's equipment that looks kind of
9   like a V with wider blades on the end, and
10  there's blades on each different sections of
11  the rotor from the middle all the way to the
12  end, and I believe there's 14 or 15.  I can't
13  remember exactly now, but a number of different
14  stages on each rotor.
15       And the steam would come up and it
16  would go through -- it would hit the first
17  stage first.  There was a smaller blade, and
18  then that would -- the steam would circulate
19  through the casing of the turbine, and it would
20  go to the next stage and it would circulate
21  again and circulate and circulate until it hit
22  the largest blade on the rotor.
23       And then from there, from that point,
24  it would go from there into the condenser

CONFIDENTIAL

1  because the energy from the steam is pretty
2  much spent by that point in time.
3       Q.   Okay.  And how specifically did that
4  dispute arise between you and that GE
5  representative?
6       A.   It was a -- there was sandblasting
7  done to clean the rotor.  It was on my day off.
8  And I believe night shift released the rotor.
9  For some reason they were sandblasted again.  I
10 wasn't around so I don't know why.  I can't
11 recall why, but they used contaminated
12 sandblast materials to sandblast it one more
13 time.
14          And after that survey was done and it
15 was clean, I went back, and I came in the next
16 morning and they said, this is ready to go.  So
17 I went in, took my own smear just to verify
18 myself and found it to be contaminated, and we
19 had to start all over again.
20      Q.   Okay.
21      A.   With clean, sandblast.  And he was
22 informed that it was clean, so he was assuming
23 I was -- either didn't understand or was
24 nervous or whatever.  I don't know what he

1  believed at that point, but he initially didn't
2  believe me until I had to prove to him that it
3  was, in fact, contaminated.
4       Q.   And it resulted in a heated
5  conversation prior to showing him the evidence
6  of the contamination?
7       A.   We didn't have an argument.  I just
8  told him and he wasn't very happy.
9       Q.   All right.  Are you familiar with the
10 layout of the entire Millstone facility?
11      A.   Yes.
12      Q.   Okay.  I want to draw your attention
13 to Exhibit 2 that I have in front of you.  Do
14 you see that there?
15      A.   Yes.
16      Q.   Can you tell us what we're looking at?
17      A.   Well, you're looking -- a bird's-eye
18 view of Millstone Power Station.
19      Q.   And from this photograph, are you able
20 to tell us where the different unit reactor
21 buildings are located?
22      A.   I am.
23      Q.   Okay.  And when we're talking about
24 Millstone, we're talking about three reactor

 1      A.   Yes.
 2      Q.   All right.  You provided testimony
 3 over these past few days about your work in the
 4 Unit 1 reactor building, correct?
 5      A.   Yes, sir.
 6      Q.   How do you access that building -- let
 7 me back up.
 8           How does a worker like yourself access
 9 that building?
10      A.   Well, it's changed since Unit 1 went
11 to SafeStore.
12      Q.   Okay.
13      A.   Or even before that.  But you would go
14 through either the maintenance shop, which is
15 down here.  The maintenance shop is directly
16 abutting the turbine building, so you could
17 walk through the maintenance shop through the
18 turbine building and then pass the -- wow.
19 Anyways, pass all the pumps, and then there's a
20 door that abutted a service building right
21 there.  And then you go around a corner and
22 then there's the door to the reactor building.
23      Q.   Okay.  Now, I'm guessing that a lot of
24 people have never been inside Millstone's Unit

1  1 reactor building or any reactor building for
2  that matter?
3       A.   Correct.
4       Q.   Can you describe for us what the
5  interior of the Unit 1 reactor building looks
6  like once you're inside?
7       A.   Okay.  The 14'6" elevation is the
8  floor that you walk in on.  It has a lot of
9  piping in the overhead.  It has, what I talked
10 about before, the accumulators.  There's a row
11 of accumulators on the east side and the west
12 side, and those were used in the case of a
13 scram to force the control rod blades up into
14 the reactor to shut the plant down and decrease
15 the neutron flux activity.
16           In each one of the corners of that
17 building, there was various safety equipment.
18 There was a big reactor building drain tank --
19 reactor building waste drain tank, and it
20 collected all the wastewater that would come
21 through the various drains on the different
22 floors.
23           There was safety equipment on two of
24 the corner rooms, the southeast -- the

1  southwest and northeast.  The southeast corner
2  on the -8 elevation housed the control rod
3  drive pump.
4          Below it, access from the southeast
5  corner room was the entrance to the torus room,
6  which was directly underneath the reactor.  And
7  the torus was a huge doughnut type of structure
8  which held water in it for reactor safety
9  reasons.  In case of an accident, that water
10 would be used to continue to be pumped into the
11 reactor to keep it maintained -- maintain the
12 cooling.  And had also safety valves and piping
13 on the west side as well.
14         On the second floor, which is the 4'2"
15 elevation, there was the cleanup pump room
16 which housed the cleanup pumps.  Also, above
17 the cleanup pump room in the same room was the
18 spent fuel cooling pumps.
19         Out in the open was your reactor
20 building, close cooling water heat exchangers
21 and various piping.  On the northwest side of
22 that building was the shutdown cooling heat
23 exchanger.  Those are the big-ticket items on
24 that floor.

CONFIDENTIAL

1      The third floor housed the repair room
2  for the control rod drives themselves, not the
3  blades.  There was two sections to a control
4  rod drive unit.  There was the blade which went
5  up into the reactor, and then there was a drive
6  which forced the blade up into the core, and
7  those would have to be worked on from time to
8  time, so they had a special room for that.
9      There was also another valve room that
10 had its own particular small room, cleanup
11 valve room, different valves in there from the
12 cleanup system.  There was a spent fuel pool
13 demin --
14     Q.   I'm sorry, what was that last part?
15     A.   Demin, demineralization.
16     Q.   Thank you.
17     A.   Spent fuel pool demineralization tank
18 room, which there was a filter unit in there as
19 well.  That's pretty much the third floor.
20     The fourth floor housed the -- it's
21 called an iso condenser.  It was another safety
22 item, huge tank filled with water.  And the
23 first -- it was the first line of defense for
24 the reactor safety.  In case of another scram

1  or whatever and the reactor was in need of
2  cooling, there would be a section of piping
3  that went from the reactor into this tank.  And
4  it was a heat exchanger, the tank was, and the
5  reactor coolant would come through, and it
6  would heat the water in the tank in a way to
7  cool the reactor water.  That water would heat
8  up and turn to steam and be sent outside the
9  building, actually.  It was just sent away.
10             And then the fifth floor housed all
11 the access to the reactor itself where the
12 refueling was done.  All the refueling work was
13 done -- refueling and ICI work and inspection
14 of the reactor was done on the fifth floor,
15 which is a 108 elevation, and it also housed
16 the spent fuel pool.
17      Q.   Have we pretty much talked about most
18 of the layout within the Unit 1 reactor
19 building?
20      A.   That's pretty much big-ticket items,
21 yeah.
22      Q.   And I noticed that you made reference
23 to different elevations?
24      A.   Yes.

CONFIDENTIAL

1  was pretty easy because it abutted the
2  maintenance shop, and we were on the opposite
3  end -- my department was on the opposite end of
4  the turbine building. It was just another door
5  down from that door that went from the -- the
6  two doors that went from the turbine building
7  to the reactor building. There was a hallway,
8  small hallway and then another door, and then
9  right there was the health physics department.
10      Q.   When you are inside the Unit 1 turbine
11 building -- well, withdraw that.
12          Give us a description of what it looks
13 like when you first entered the Unit 1 turbine
14 building.
15      A.   Okay. Coming from where I would
16 access it, you could come through the door that
17 I mentioned before, and then if you took a
18 right, there would be a small hallway that made
19 a little U-turn and you would go into the area
20 where it had the condensate booster pumps and
21 the condensate pump.
22      Q.   Okay.
23      A.   And then if you went straight through
24 that door instead, you'd go past the reactor

CONFIDENTIAL

1  feed pumps.  And if you kept going straight
2  past the feed pumps, you'd turn a corner and to
3  the left would be the turbine building, close
4  cooling water heat exchangers.  And then if you
5  kept going straight from there, there would be
6  an access to the condenser bay on the
7  right-hand side.  There would be some various
8  equipment I didn't really do much with, lube
9  oil pumps and stuff like that.
10            Beyond the heat exchangers, there was
11 a door in that turbine building called close
12 cooling water heat exchangers.  There was a
13 door to the emergency diesel room.  And then
14 just beyond that, if you went to the other side
15 of that room, there was a room for the heating
16 system.
17      Q.    Is this all on one elevation?
18      A.    This is all on the 14'6".
19      Q.    And what floor would the 14'6" be?
20      A.    It would be the first floor, ground
21 level.
22      Q.    Was there more than one elevation or
23 floor in the turbine building?
24      A.    Yes.

CONFIDENTIAL

1  Q. Okay. So what would be on the second
2  floor or next elevation?
3  A. The 42-foot level was all electrical
4  equipment, breakers and such, and there was
5  open space up there for the -- I assume the
6  mechanics to work in if they needed to up
7  there. That was pretty much it on the 42-foot
8  elevation.
9  Q. And was there a floor above that?
10  A. There was a floor above that. It was
11  the turbine deck.
12  Q. So that would be the third floor?
13  A. That would be the third floor or the
14  54-foot elevation -- 56-foot, excuse me.
15  Q. All right. And tell us what is on the
16  turbine deck -- I'll withdraw that.
17        Tell us the types of mechanical
18  equipment that you would find on the turbine
19  deck?
20  A. It's an open space. In the middle of
21  the open space is the turbine itself. On the
22  south end is the low-pressure -- the two
23  low-pressure turbines. And in front of that is
24  the high-pressure turbine. And in front of

CONFIDENTIAL

```
 1    that is the electrical end of it where the
 2    turbine is generating the electricity through.
 3         Q.   You made reference to the fact that in
 4    the middle of the room you said there was a
 5    turbine?
 6         A.   It's the turbine, yes.
 7         Q.   Was that the high-pressure turbine or
 8    low-pressure turbine?
 9         A.   Again, in the south end, you start out
10    with a low-pressure turbine.  There's
11    another -- in the back behind that is something
12    I can't remember what it was, but it's not --
13    it's either the generator -- I can't remember
14    what it is, if it's the generator or not, the
15    controls of the turbine.
16              So you have that piece of equipment.
17    Then you have directly in front of it is the
18    one low-pressure turbine.  It's either A or B,
19    and I can't remember which.  Then you have
20    another low-pressure turbine.  Then you have
21    the high-pressure turbine.  So they're all
22    connected, so they all rotate at the same time
23    and the same speed.
24         Q.   Okay.  Aside from the turbines and
```

CONFIDENTIAL

1   maybe that generator that you mentioned, are
2   there any sorts of other types of mechanical
3   equipment on the turbine deck?
4       A.   Other than that associated with the
5   turbine, the piping and the valves, stop
6   valves, control valves which you can access.
7       Q.   So in addition to the turbine, any
8   piping systems to and from the turbine and
9   associated valves would be also included in
10  that area?
11      A.   Yeah, that's pretty much it on the
12  turbine deck.
13      Q.   Is there a floor elevation above the
14  turbine deck?
15      A.   No.
16      Q.   Okay.  So if I understand your
17  testimony correctly, the top floor is the
18  turbine deck and the first floor houses various
19  pieces of mechanical equipment within the
20  turbine building including the condenser bay?
21      A.   Yes.
22      Q.   And other pumps?
23      A.   Uh-huh.
24      Q.   Okay.  Now, if I asked you the same