# EXHIBIT 15

CONFIDENTIAL

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS              JOB: 7029
```

SOCIAL SECURITY ADMINISTRATION
OFFICE OF CENTRAL OPERATIONS
6100 WABASH AVENUE
BALTIMORE MARYLAND   21215

Date: 09/22/2017

EARLY LUCARELLI SWEENEY & MEISENKOTHEN
LLC
ONE CENTURY TOWER 11TH FLOOR
NEW HAVEN CT 06510-7013

We are sending the statement of earnings requested for:

  Number Holder's Name: KURT    CARLSON
  Social Security Number: XXX-XX-████

    Years Requested: 1967 THRU 2016

Control Number: 17261112020

Enclosure(s):
    Earnings Statement

CONFIDENTIAL

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS              JOB: 7029
```

SOCIAL SECURITY ADMINISTRATION
EARNINGS RECORD INFORMATION

Date: 09/22/2017

Our records show the amount of earnings reported, not the amount of
Social Security taxes that were paid.

Wages were first covered under Social Security in 1937.  Therefore,
1937 is the first year for which earnings may be shown on our records.
Employers were required to report earnings semi-annually in 1937,
and on a quarterly basis for the years from 1938 through 1977.
Beginning with 1978, employers are required to report earnings annually.

Our records do not show the exact date of employment (month and day)
because we do not need this information to figure Social Security
benefits.  Employers do not give us this information.

Each year, there is a maximum amount of earnings that is subject to
Social Security taxes and is used to compute benefits.  If a person
earns more than this maximum amount, the earnings statement will
usually show the maximum rather than the total earnings.  Maximum
benefits can be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

Beginning in 1951, self-employed persons could also receive
Social Security credit for their work.  The maximum amounts of
self-employment earnings that are subject to Social Security taxes
and are used to compute benefits can also be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

If you have any questions, you should call, write,  or visit any
Social Security office.  If you visit or call, please bring this letter.
It will help us answer questions.  The toll free number to call is
1-800-772-1213 (for the deaf or hard of hearing, call our TTY number,
1-800-325-0778).

CONFIDENTIAL

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS         JOB: 7029
              * * *      FOR SSN XXX-XX-███        * * *
```

FROM:   SOCIAL SECURITY ADMINISTRATION
        OFFICE OF CENTRAL OPERATIONS
        6100 WABASH AVENUE
        BALTIMORE  MARYLAND  21215


NUMBER HOLDER NAME: KURT    CARLSON
   YEARS REQUESTED: 1967 THRU 2016


EARLY LUCARELLI SWEENEY & MEISENKOTHEN
LLC
ONE CENTURY TOWER 11TH FLOOR
NEW HAVEN CT 06510



EMPLOYER NUMBER:  43-0600342
BANK BUILDING & EQUIPMENT
 CORPORATION OF AMERICA
PO BOX 510893
SAINT LOUIS  MO 63151-0893

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1969 |  | 418.20 | 1389.90 |  | $1,808.10 |
| 1970 | 374.10 |  |  |  | $374.10 |


EMPLOYER NUMBER:  05-0110860
BRADFORD DYEING ASSOC INC
135 CHASE HILL RD
ASHAWAY  RI 02804-2226

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1970 |  | 229.88 | 1218.08 |  | $1,447.96 |


EMPLOYER NUMBER:  06-0861446
CDT ASSOCIATES INC
5723 LANNIE R TERRY
CHARLOTTE  NC 28210-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1970 |  | 137.60 |  |  | $137.60 |

PAGE   1

CONFIDENTIAL

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS                JOB: 7029
                * * *     FOR SSN XXX-XX-████        * * *

EMPLOYER NUMBER:  05-0318585
CARBON TECHNOLOGY INC
441 HALL AVE
SAINT MARYS  PA 15857-1400

YEAR       1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
1970                                                35.00           $35.00
1971         42.00                                                  $42.00


EMPLOYER NUMBER:  35-9990000
DEFENSE FINANCE & ACCOUNTING SERVIC
 DEPT OF THE ARMY SRD AC RC
ATTN DFAS ADIMB LAURA WICKS
% TAKESHA WASHINGTON
8899 E 56TH ST
INDIANAPOLIS  IN 46249-0002

YEAR       1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
1971                                 422.45       183.89           $606.34


EMPLOYER NUMBER:  06-0621265
UNITED BUILDERS SUPPLY CO INC
30 OAK ST
WESTERLY  RI 02891-1759

YEAR       1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
1971                                              466.42           $466.42
1972        430.52       140.00      1707.01     1712.30         $3,989.83
1973       1339.11                                               $1,339.11


EMPLOYER NUMBER:  35-9970000
INDIANPOLIS TRAVEL OPERATIONS
 MIL PCS
DFAS-IN-FJC
8899 E 56TH ST
INDIANAPOLIS  IN 46249-0002

YEAR       1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
1972                     166.80                                    $166.80
1973                                 195.30                        $195.30
1974                                 219.30                        $219.30
1975                     249.60                                    $249.60
1976                                 262.05                        $262.05
```

CONFIDENTIAL

```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS              JOB: 7029
                 * * *     FOR SSN XXX-XX-████       * * *
```

EMPLOYER NUMBER: 13-1673581
GENERAL DYNAMICS CORP
% KENNETH R HAYDUK
2941 FAIRVIEW PARK DR
FALLS CHURCH  VA 22042-4522

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1973 | 174.80 | 2271.31 | 2242.49 | 2474.65 | $7,163.25 |
| 1974 | 2417.67 | 3338.77 | 2748.54 | | $8,504.98 |
| 1975 | 170.06 | | | | $170.06 |

EMPLOYER NUMBER: 11-1673581
MORGON CURTAIN & DRAPERY MFG CO INC
2113 AVENUE X
BROOKLYN  NY 11235-2910

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1974 | | | | 3732.46 | $3,732.46 |

EMPLOYER NUMBER: 84-0202340
MOUNTAIN STATES BANK
906 GRAND BLVD FL 10
KANSAS CITY  MO 64106-2007

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1975 | | | 1039.48 | 767.51 | $1,806.99 |
| 1976 | | | 529.96 | 1000.53 | $1,530.49 |
| 1977 | 872.14 | 814.15 | | | $1,686.29 |

EMPLOYER NUMBER: 84-0455746
G I EXPRESS COMPANY
 G I MOVING & STORAGE CO
% CHRISTOPHER CLARK ATTNY
1900 GRANT ST
DENVER  CO 80203-0000

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1976 | | 257.20 | 588.35 | | $845.55 |

EMPLOYER NUMBER: 84-0630940
RESIDENCES AT FRANKLIN PARK INC
% AMERICAN BAPTIST HOME OF THE MIDW
14850 SCENIC HEIGHTS RD STE 125
EDEN PRAIRIE  MN 55344-2205

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1976 | | 312.49 | 796.00 | | $1,108.49 |

CONFIDENTIAL

```
SSA-1826                 ITEMIZED STATEMENT OF EARNINGS            JOB: 7029
                 * * *       FOR SSN XXX-XX-████        * * *
```

SELF EMPLOYMENT:

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1977 |         |         |         |         | $4,097.00 |
| 1978 |         |         |         |         | $9,419.00 |
| 1979 |         |         |         |         | $8,344.00 |
| 1980 |         |         |         |         | $8,686.00 |
| 1981 |         |         |         |         | $3,501.00 |
| 2006 |         |         |         |         | $10,710.00 |
| 2007 |         |         |         |         | $6,173.00 |

EMPLOYER NUMBER:   06-0724979
RICHARD E WHITE
189 NORWICH WESTERLY RD
N STONINGTON   CT 06359-1715

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1979 |         |         |         |         | $277.50 |
| 1980 |         |         |         |         | $121.50 |

EMPLOYER NUMBER:   06-1018779
FRANK W HEWES IV
SERVICEMASTER OF NORWICH
184 DENISON HILL RD
NORTH STONINGTON   CT 06359-1101

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1981 |         |         |         |         | $254.45 |

EMPLOYER NUMBER:   06-6039217
NORTHEAST NUCLEAR ENERGY CO
PO BOX 270
HARTFORD   CT 06141-0270

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 1981 |         |         |         |         | $17,590.23 |
| 1982 |         |         |         |         | $32,400.00 |
| 1983 |         |         |         |         | $35,700.00 |
| 1984 |         |         |         |         | $37,800.00 |
| 1985 |         |         |         |         | $39,600.00 |
| 1986 |         |         |         |         | $42,000.00 |
| 1987 |         |         |         |         | $43,800.00 |
| 1988 |         |         |         |         | $45,000.00 |
| 1989 |         |         |         |         | $48,000.00 |
| 1990 |         |         |         |         | $51,300.00 |
| 1991 |         |         |         |         | $78,581.09 |
| 1992 |         |         |         |         | $81,583.53 |
| 1993 |         |         |         |         | $71,549.99 |
| 1994 |         |         |         |         | $68,103.14 |

CONFIDENTIAL

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS           JOB: 7029
                 * * *      FOR SSN XXX-XX-████       * * *
```

| Year | Total |
|---|---|
| 1995 | $92,223.90 |
| 1996 | $78,632.94 |
| 1997 | $94,342.97 |
| 1998 | $82,790.14 |
| 1999 | $88,167.07 |
| 2000 | $80,535.39 |
| 2001 | $41,310.65 |

EMPLOYER NUMBER: 54-2009634  
DOMINION ENERGY NUCLEAR  
 CONNECTICUT INC  
% TAX DEPARTMENT  
PO BOX 26666  
RICHMOND  VA 23261-6666

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2001 | | | | | $53,606.93 |
| 2002 | | | | | $91,934.09 |
| 2003 | | | | | $71,157.61 |
| 2004 | | | | | $63,451.98 |

EMPLOYER NUMBER: 04-2663680  
BARTLETT NUCLEAR INC  
% MARY R BARLETTA  
97 LIBBEY INDUSTRIAL PKWY STE 400  
WEYMOUTH  MA 02189-3110

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2003 | | | | | $39,252.75 |
| 2004 | | | | | $52,210.00 |
| 2005 | | | | | $18,011.00 |
| 2006 | | | | | $16,089.00 |
| 2007 | | | | | $27,096.25 |
| 2008 | | | | | $50,002.00 |
| 2009 | | | | | $22,756.81 |
| 2010 | | | | | $20,296.51 |
| 2011 | | | | | $48,911.25 |
| 2012 | | | | | $45,048.94 |
| 2013 | | | | | $55,455.26 |
| 2014 | | | | | $73,342.50 |

EMPLOYER NUMBER: 25-1809839  
HUDSON GLOBAL RESOURCES MANAGEMENT  
1325 AVENUE OF THE AMERICAS FL 12  
NEW YORK  NY 10019-6071

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 2005 | | | | | $23,816.25 |

CONFIDENTIAL

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS           JOB: 7029
                * * *      FOR SSN XXX-XX-████         * * *

EMPLOYER NUMBER:  06-0957266
SECOND BAPTIST CHURCH
12 STILLMAN RD
N STONINGTON   CT 06359-1733

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
2006                                                            $4,778.88
2007                                                            $3,269.76


EMPLOYER NUMBER:  02-0448350
RADIATION SAFETY & CONTROL SERVICES
 INC
91 PORTSMOUTH AVE
STRATHAM   NH 03885-2468

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
2010                                                           $33,217.50
2011                                                           $34,936.52


EMPLOYER NUMBER:  30-0811764
BHI ENERGY I POWER SERVICES LLC
% POWER GEN HOLDINGS INC SOLE MBR
97 LIBBEY INDUSTRIAL PKWY
WEYMOUTH   MA 02189-3110

YEAR      1ST QTR      2ND QTR      3RD QTR      4TH QTR           TOTAL
2015                                                           $74,549.75
2016                                                           $74,218.51


****************************************************************
*********   THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS  *********
*********   SOCIAL SECURITY NUMBER FOR YEAR(S) REQUESTED     *********
****************************************************************
```

CONFIDENTIAL