# EXHIBIT D

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>) <br>) Case No. 14-10979 (CSS)<br>) <br>) (Jointly Administered)<br>) |

## DECLARATION OF MATTHEW THIEL

I, Matthew L. Thiel, state the following under penalty of perjury:

1.  I am an attorney and a member in good standing of the State Bar of California. I am employed by the law firm Kazan, McClain, Satterley & Greenwood, A Professional Law Corporation, which represents Denis Bergschneider in these cases.

2.  I make this declaration to present certain documents referenced in the Objection of Shirley Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, and Denis Bergschneider to Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code, which is being filed contemporaneously herewith.

3.  Attached as **Exhibit 1** hereto is a true and correct copy of Mr. Bergschneider's Tissue Report, dated September 14, 2017.

4.  Attached as **Exhibit 2** hereto is a true and correct copy of an Itemized Statement

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

of Earnings from the Social Security Administration for Mr. Bergschneider for the years 1960 through 2016.

5. Attached as **Exhibit 3** hereto is a true and correct copy of Mr. Bergschneider's Affidavit, dated December 12, 2017.

The foregoing is true and correct to the best of my knowledge and belief.

EXECUTED on December 18, 2017 in Oakland, California.

_____
Matthew Thiel