# EXHIBIT 1

CONFIDENTIAL

## NORTHWEST ARKANSAS PATHOLOGY ASSOCIATES, P.A.
390 EAST LONGVIEW STREET, FAYETTEVILLE, AR 72703 (479) 442-0144

## TISSUE REPORT

| | |
|---|---|
| **PATIENT:** Bergschneider, Denis J | **ACCESSION NO:** SN17-30142 |
| **MED REC #:** E1503670302 | **SEX:** M |
| **ENCOUNTER #:** 86406866^220758222 | **DOB/AGE:** ▬ (Age: 71) |
| **DATE COLLECTED:** 9/12/2017 | **DATE RCV'D:** 9/12/2017 |
| **LOCATION:** Mercy Hospital Northwest Arkansas | |
| | **DATE REPORTED:** 9/14/2017 08:58 |
| Matthew C. Parmley, MD | |
| Mercy Heart and Vascular Center - | **cc:** Mark S. Lee, MD |
| Physician Plaza | |
| 2708 Rife Medical Lane, Suite 210 | |
| Rogers, AR 72758 | |

**HISTORY/CLINICAL DATA:**
Pleural effusion.

**SPECIMEN(S) SUBMITTED:**
A: Right pleural fluid
B: Right parietal pleura, FS
C: Right parietal pleura

**GROSS DESCRIPTION:**
A.     Specimen consists of a tube labeled with patient's name, Denis J. Bergschneider, and "(A) right pleural fluid" on 9/12/17, which contains approximately 25 mls of yellow cloudy fluid, of which all the fluid was spun down to reveal a tiny red pellet, from which two ( 2 ) cytospin slides and one ( 1 ) cell block were prepared and submitted for cytologic evaluation (bits ns 1).
KLL ( GD: 9/12/9, GT: 9/12/17 )

B.     Received fresh for frozen section and subsequently placed in formalin, labeled with the patient's name, Denis J. Bergschneider, and designated as "parietal pleura B" are multiple unoriented segments of tan-pink to white soft tissue measuring in aggregate 1.6 x 1.2 x 0.4 cm. A portion of the specimen is submitted for frozen section. The specimen is submitted entirely in cassettes as follows: B1, residual tissue for frozen section control; B2, remainder of specimen. (bits ns 2 FS)

C.     Received in a single formalin filled container, labeled with the patient's name, Denis J. Bergschneider, and designated as "parietal pleura C" are multiple unoriented segments of tan-pink to white soft tissue measuring in aggregate 2.5 x 1.6 x 0.4 cm. The specimen is submitted entirely in C1. (bits ns 1)
BPF/dh (GD: 9/12/17, GT: 9/12/17)
Gross examination performed at 390 E. Longview St., Fayetteville, AR 72703 CLIA#04D0468675.

**INTRAOPERATIVE DIAGNOSIS:**
B. RIGHT PARIETAL PLEURA:
- POSITIVE FOR MALIGNANCY ON FROZEN SECTION.
Diagnosis rendered at 2710 Rife Medical Lane, Rogers, AR 72758, CLIA# 04D1051971

\*\*Electronically Signed Out\*\*
Thomas F. Whiteside, MD

MICROSCOPIC EXAMINATION PERFORMED, WHEN MICROSCOPIC DIAGNOSIS IS RENDERED.              Page 1 of 2

CONFIDENTIAL

Bergschneider, Denis J                                                                                       SN17-30142

### FINAL DIAGNOSIS:

A. PLEURAL FLUID, RIGHT, CYTOSPIN SMEARS AND CELL BLOCK PREPARATION:
- MALIGNANT CELLS PRESENT, CONSISTENT WITH MESOTHELIOMA

B. RIGHT PARIETAL PLEURA:
- MALIGNANT MESOTHELIOMA.

C. RIGHT PARIETAL PLEURA:
- MALIGNANT MESOTHELIOMA;
- (SEE COMMENT).

                              **Electronically Signed Out**
                              Thomas F. Whiteside, MD  9/14/2017 08:58

**COMMENT:**
Examination of specimens A, B and C show abundant malignant cells with a moderate amount of eosinophilic cytoplasm and enlarged atypical nuclei with scattered prominent nucleoli. The malignant cells show invasion into a desmoplastic stoma in specimens B and C. Immunohistochemical staining is performed on block C1 and the malignant cells are positive for calretinin, cytokeratin 5/6, epithelial membrane antigen, and are focally positive for cytokeratin 7. The malignant cells are negative for TTF-1, napsin A, and p63. The findings are consistent with malignant mesothelioma. The previous right pleural fluid specimen (C17-15545) was reviewed and I concur with the original diagnosis rendered by the reporting pathologist.

**SNOMED CODES:**
A: T2Y601 (Right pleural fluid)
B: M90503 (Mesothelioma, malignant)
C: M90503 (Mesothelioma, malignant), T29120 (Right parietal pleura)
D: M90503 (Mesothelioma, malignant), T29120 (Right parietal pleura)
CPT: A; 88305, 88108
B; 88305, 88331
C; 88305, 88342, 88341(6)
Diagnosis rendered at: 390 E. Longview St., Fayetteville, AR 72703  CLIA# 04D0468675

                                                              **Electronically Signed Out**
                                                              Thomas F. Whiteside, MD

MICROSCOPIC EXAMINATION PERFORMED, WHEN MICROSCOPIC DIAGNOSIS IS RENDERED.    Page 2 of 2    END OF REPORT

CONFIDENTIAL