# EXHIBIT 2

CONFIDENTIAL

```
SSA-1826                ITEMIZED STATEMENT OF EARNINGS
                  * * *      FOR SSN XXX-XX-████       * * *


FROM:   SOCIAL SECURITY ADMINISTRATION
        OFFICE OF CENTRAL OPERATIONS
        6100 WABASH AVENUE
        BALTIMORE   MARYLAND   21215


NUMBER HOLDER NAME: DENIS J BERGSCHNEIDER
   YEARS REQUESTED: 1960 THRU 2016



ATTN INTAKE DEPT JOAN STEWART
KAZAN MCCLAIN ET AL APLC
55 HARRISON ST STE 400
OAKLAND CA 94607




EMPLOYER NUMBER:   44-0513777
MILTON B GOLD
MILTON B GOLD FOUNDRY & MACHINE
38475 S DOUBLE EAGLE DR
TUCSON   AZ 85739-1087
```

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1964 |  |  | 394.09 | 833.13 | $1,227.22 |
| 1965 | 723.28 | 866.87 | 881.71 | 334.63 | $2,806.49 |

SELF EMPLOYMENT:

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1965 |  |  |  |  | $1,033.00 |
| 1986 |  |  |  |  | $11,217.00 |
| 1987 |  |  |  |  | $19,483.00 |
| 1988 |  |  |  |  | $21,481.00 |
| 1989 |  |  |  |  | $22,267.00 |
| 1990 |  |  |  |  | $22,735.00 |
| 1991 |  |  |  |  | $23,046.00 |
| 1992 |  |  |  |  | $24,577.00 |
| 1993 |  |  |  |  | $36,343.00 |
| 1994 |  |  |  |  | $27,689.00 |
| 1995 |  |  |  |  | $22,727.00 |
| 1996 |  |  |  |  | $14,828.00 |
| 1997 |  |  |  |  | $27,857.00 |
| 1998 |  |  |  |  | $23,691.00 |
| 1999 |  |  |  |  | $26,281.00 |
| 2000 |  |  |  |  | $39,979.00 |

CONFIDENTIAL

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS
              * * *      FOR SSN XXX-XX-████        * * *
2001                                                          $31,361.00
2002                                                          $21,595.00
2003                                                           $3,204.00
2004                                                          $19,641.00
2005                                                          $14,946.00
2006                                                           $2,601.00
2008                                                           $4,892.00


EMPLOYER NUMBER:   36-1750680
SEARS ROEBUCK & COMPANY
ATTN PAYROLL TAX 2400
% ATTN CLARK OLSEN - DEPT 768TAX
3333 BEVERLY RD
HOFFMAN EST   IL 60179-0001

YEAR     1ST QTR     2ND QTR     3RD QTR     4TH QTR          TOTAL
1966      596.45                                              $596.45


EMPLOYER NUMBER:   69-0430001
DEPT OF HIGHWAYS
JEFFERSON CTY   MO 65101-0000

YEAR     1ST QTR     2ND QTR     3RD QTR     4TH QTR          TOTAL
1966                  991.13      894.00      596.00        $2,481.13
1967     1192.00                                            $1,192.00
1968                   84.00                                   $84.00
1970                               14.52                       $14.52


EMPLOYER NUMBER:   48-0628034
US DEPARTMENT OF THE ARMY
 BLDG 407
FORT RILEY   KS 66442-0000

YEAR     1ST QTR     2ND QTR     3RD QTR     4TH QTR          TOTAL
1966                               66.81                       $66.81


EMPLOYER NUMBER:   35-9990000
DEFENSE FINANCE & ACCOUNTING SERVIC
 DEPT OF THE ARMY SRD AC RC
ATTN DFAS ADIMB LAURA WICKS
% TAKESHA WASHINGTON
8899 E 56TH ST
INDIANAPOLIS   IN 46249-0002

YEAR     1ST QTR     2ND QTR     3RD QTR     4TH QTR          TOTAL
1967                  251.25      294.10       72.85         $618.20
1968                               89.85                      $89.85

                            PAGE    2
```

CONFIDENTIAL

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS
               * * *      FOR SSN XXX-XX-████        * * *
```

EMPLOYER NUMBER:  43-0863163
LOWE OIL COMPANY INC
304 N VANSANT RD
CLINTON   MO 64735-1804

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1967 | | | | 367.90 | $367.90 |

EMPLOYER NUMBER:  44-0308720
KANSAS CITY POWER & LIGHT COMPANY
PO BOX 418679
KANSAS CITY   MO 64141-9679

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1967 | | | | 644.50 | $644.50 |
| 1968 | 1510.37 | 1667.97 | 1894.85 | 1903.63 | $6,976.82 |
| 1969 | 1678.99 | 1976.88 | 1467.78 | 2676.35 | $7,800.00 |
| 1970 | 1421.91 | 1666.78 | 2181.75 | 2529.56 | $7,800.00 |
| 1971 | 1925.12 | 2526.33 | 1920.01 | 1428.54 | $7,800.00 |
| 1972 | 3254.53 | 2885.45 | 2501.70 | 358.32 | $9,000.00 |
| 1973 | 3294.10 | 3451.52 | 2612.17 | | $9,357.79 |

EMPLOYER NUMBER:  35-9970000
INDIANPOLIS TRAVEL OPERATIONS
 MIL PCS
DFAS-IN-FJC
8899 E 56TH ST
INDIANAPOLIS   IN 46249-0002

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1969 | | | 138.57 | | $138.57 |
| 1970 | | | 165.30 | | $165.30 |
| 1971 | | | 178.35 | | $178.35 |

EMPLOYER NUMBER:  95-2494212
LEROY BERGSCHNEIDER
VALLEY MOBILE HOME SERVICE
PO BOX 8318
VAN NUYS   CA 91409-8318

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|---|---|---|---|---|---|
| 1973 | | | 1000.00 | 200.00 | $1,200.00 |
| 1974 | | | 3000.00 | 3600.00 | $6,600.00 |
| 1975 | 3900.00 | 3900.00 | 3900.00 | 2400.00 | $14,100.00 |
| 1976 | 4200.00 | 3900.00 | 3975.00 | 3225.00 | $15,300.00 |
| 1977 | 4500.00 | 4875.00 | 5250.00 | 1875.00 | $16,500.00 |
| 1978 | | | | | $17,700.00 |
| 1979 | | | | | $21,050.00 |
| 1980 | | | | | $25,900.00 |

CONFIDENTIAL

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS
                * * *     FOR SSN XXX-XX-████        * * *

1981                                                              $28,600.00
1982                                                              $11,660.00


EMPLOYER NUMBER:  43-1100376
WILLIAMS ROCK INDUSTRIES INC
604 S 8TH ST
CLINTON   MO 64735-2312

YEAR      1ST QTR     2ND QTR     3RD QTR     4TH QTR         TOTAL
1982                                                         $5,786.15


EMPLOYER NUMBER:  43-0904827
HILTY QUARRIES INC
PO BOX 23910
OVERLAND PARK   KS 66283-0910

YEAR      1ST QTR     2ND QTR     3RD QTR     4TH QTR         TOTAL
1983                                                         $5,966.78


EMPLOYER NUMBER:  43-1250723
WAGONER ELECTRICAL & APPLIANCES INC
MCDOWELL & JOHNS
2203 ARCADIA ST
CLINTON   MO 64735-2413

YEAR      1ST QTR     2ND QTR     3RD QTR     4TH QTR         TOTAL
1983                                                         $5,580.00
1984                                                        $15,600.00
1985                                                        $15,600.00
1986                                                         $4,800.00


****************************************************************
*********   THERE ARE NO OTHER EARNINGS RECORDED UNDER THIS   *********
*********   SOCIAL SECURITY NUMBER FOR YEAR(S) REQUESTED      *********
****************************************************************
```

CONFIDENTIAL