# EXHIBIT E

Contains Highly Confidential Portions Bound Separately

1

2              UNITED STATES BANKRUPTCY COURT

3                FOR THE DISTRICT OF DELAWARE

4      --------------------------------------x

5      In Re:

6      Energy Future Holdings Corporation,

7      et al.,

8                          Debtors.

9

10     Chapter 11

11     Case No. 14-10979

12     Jointly Administered

13     --------------------------------------x

14          Contains Highly Confidential Portions

15            Bound Separately - Pages 113-116

16            DEPOSITION OF PAUL KEGLEVIC

17                 New York, New York

18                 October 13, 2016

19

20

21

22     Reported by:

23     MARY F. BOWMAN, RPR, CRR

24     JOB NO. 113993

25

Contains Highly Confidential Portions Bound Separately

Keglevic

1  that's the question.

2  Q.   Is it your understanding that

3  NextEra intends to maintain EFH as a wholly

4  owned subsidiary with a separate corporate

5  structure?

6  A.   Yes.

7  Q.   And it is that subsidiary that

8  will continue to own the separate and

9  independent four asbestos debtors which

10 will not be merged into EFH; is that

11 correct?

12 A.   Yes, I think I can answer that

13 positively, that's correct.  That the new

14 reorganized EFH, which will have

15 9.8 billion dollars of equity, will be the

16 entity that has the responsibility for the

17 asbestos claims in the various

18 subsidiaries.

19 Q.   And will have whatever

20 liabilities there are with respect to those

21 receivables owing to the asbestos debtors?

22 A.   And once again, that's a legal

23 conclusion, but that's my understanding,

24 that they will deal appropriately with

Contains Highly Confidential Portions Bound Separately

Page 134

Keglevic

1    those intercompany amounts.

2    Q.    To your knowledge, are there any

3    agreements or covenants that in any way

4    will restrict the new EFH subsidiary in how

5    it deals with these receivables?

6    A.    No, I don't believe there is any

7    covenants or restrictions in the merger

8    agreement.  I think obviously, much like

9    us, it is very difficult to eliminate

10   liabilities without consideration.  There

11   are a lot of fraudulent conveyance

12   arguments if you attempted to do some of

13   those things.

14           But I assume NextEra will behave

15   in an ethical, legal manner and deal with

16   those claims as adjudicated.

17           (Continued on next page for

18       jurat.)

19

20

21

22

23

24

25

Contains Highly Confidential Portions Bound Separately

1                    Keglevic

2    Q.    Let us hope.  Thank you.

3         MR. KAZAN:  I will pass the

4    witness.

5         MR. McKANE:  Great.  We are off

6    the record.

7         (Time noted:  3:45 p.m.)

8

9         _____

10                PAUL KEGLEVIC

11   Subscribed and sworn to

12   before me this      day

13   of MO             , 2015.

14

15   _____

16

17

18

19

20

21

22

23

24

25