# EXHIBIT G

# EXHIBIT G

# Forecast of the Cost of Resolving All Asbestos-Related Bodily Injury Claims Against Energy Future Holdings Corp. (E-Side)

**Prepared by Thomas E. Vasquez, Ph.D.**
**Ankura Consulting Group, Washington, DC**

**October 21, 2016**

_____
Thomas E. Vasquez, Ph.D.

# HIGHLY CONFIDENTIAL



asbestos area, as well as in U.S. torts cases generally, that the older the claimant (all else equal), the lower the settlement amount paid by the defendant. Since the asbestos-claiming population is getting older each year, the average indemnity declines.

Average defense costs are assumed to increase at the general inflation rate.

The forecasts are presented in nominal dollars as well as discounted dollars. The forecast assumes a 2.5% inflation rate. In consultation with Counsel, a 1.5% discount rate is used resulting in a nominal interest rate of 4%.

## Forecast of Total Costs

Two scenarios were estimated. The only difference between the two is the treatment of Firm X claims. Table 4.2 shows the total nominal indemnity and defense costs under each scenario.

### Table 4.2

### Total Cost of Resolving All Pending and Future Asbestos-Related Claims Against E-Side

| Category | Scenario 1 Amount ($ Millions) | | Scenario 2 Amount ($ Millions) | |
|---|---|---|---|---|
| | Nominal | Net Present Value | Nominal | Net Present Value |
| Pending Claims | | | | |
|   Indemnity | $3.7 | $3.5 | $9.6 | $9.1 |
|   Defense Costs | $2.0 | $1.9 | $2.5 | $2.4 |
|   Total | $5.7 | $5.4 | $12.1 | $11.4 |
| Future Claims | | | | |
|   Indemnity | $21.9 | $15.5 | $31.9 | $22.5 |
|   Defense Costs | $22.1 | $15.6 | $28.5 | $20.2 |
|   Total | $44.0 | $31.0 | $60.5 | $42.6 |
| Total | | | | |
|   Indemnity | $25.6 | $18.9 | $41.5 | $31.5 |
|   Defense Costs | $24.1 | $17.5 | $31.0 | $22.5 |
|   Total | $49.7 | $36.4 | $72.6 | $54.0 |

Note: Details may not add to totals due to rounding

  Scenario 1 - All pending and future Firm X claims are dismissed or otherwise resolved without indemnity payment

  Scenario 2 - Pending Firm X claims resolved at the Company's experience with Non-Firm X law firms;
        Future Firm X claims resolved at Firm X average historical experience (the weighted average of the estimated
        pending claims dismissal rate and actual historical dismissal rate)