# EXHIBIT H

*Highly Confidential*

# David Ying's Expert Report

## October 21, 2016

EVERCORE

# Expert Report                                                         *Highly Confidential*

## Feasibility

- It is highly likely that future obligations, including any potential Make Whole claim, would be satisfied by NextEra Energy, Inc. / Reorganized EFIH[1]

- Pursuant to the Agreement and Plan of Merger, NextEra will contribute $9.8 billion of cash and NextEra common shares to EFH and EFIH, in return for 100% ownership of the stock of EFH

  - These proceeds plus cash at EFH and EFIH will be used to retire all of the debt at EFH and EFIH

- Post closing of the merger, EFH and EFIH will be wholly-owned and debt-free subsidiaries of NextEra (see simplified corporate structure on the following page)

- In the event of an adverse Make Whole judgment, those claims would constitute the only current obligations at EFIH, and could likely be satisfied, given:

  1. The $9.8 billion of equity capital NextEra Parent contributed to acquire 100% of EFH/EFIH stock
  2. The substantial cash distributions that flow annually into EFIH from its 80% interest in Oncor
  3. EFH and EFIH's sufficient creditworthiness to raise third party debt financing, and
  4. The very substantial financial resources available to EFIH's parent, NextEra Energy, Inc.

> **A substantial amount of equity cushion at Reorganized EFH/EFIH and NextEra's strong financial position will allow each to repay its future obligations as they come due**

---

(1) My understanding is the Debtors' asbestos claims estimation expert offers a nominal value of the asbestos claims that is significantly under $100 million. Even if the claims were many multiples higher, it would not alter my analysis or opinion on feasibility