## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Plan and Disclosure | 1.60 | $1,797.50 |
| Employment and Fee Applications | 1.40 | $1,592.50 |
| **TOTAL** | **3.00** | **$3,390.00** |