## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1250 | 1.40 | 1,750.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 1025 | 1.60 | 1,640.00 |
| | | | | **TOTAL** | **3.00** | **3,390.000** |