**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | X | |
| In re | : | **Chapter 11** |
| | : | |
| ENERGY FUTURE HOLDINGS CORP. *et al.,* | : | **Case No. 14-10979 (CSS)** |
| | : | |
| Debtor-in-Possession. | : | **(Jointly Administered)** |
| | : | |
| | : | Objection deadline:  February 12, 2018 at 4:00p.m. Eastern Time |
| | : | Hearing date:  February 15, 2018 at 10:00 a.m. Eastern Time |
| | X | |

**NINTH INTERIM APPLICATION OF RICHARD GITLIN, INDIVIDUALLY,
AND AS CHAIRMAN OF GITLIN & COMPANY LLC, AS THE INDEPENDENT
MEMBER OF THE FEE COMMITTEE, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED FOR THE PERIOD FROM MAY 1, 2017 THROUGH
AUGUST 31, 2017 AND FOR REIMBURSEMENT OF EXPENSES
FROM JANUARY 1, 2017 THROUGH AUGUST 31, 2017**

**SUMMARY (LOCAL FORM 101)**

| | |
|---|---|
| Name of Applicant: | Richard Gitlin, individually and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee ("the **Applicant**") |
| Authorized to Provide Services to: | Fee Committee |
| Date of Appointment: | August 21, 2014 |
| Period for which compensation and reimbursement is sought: | May 1, 2017 – August 31, 2017 (the "**Compensation Period**") |
| | January 1, 2017 – August 31, 2017 (the **"Expense Reimbursement Period"**) |
| Amount of Compensation sought as actual, reasonable and necessary: | $170,000.00 |

Amount of Expense Reimbursement sought as actual,        $4,337.13
reasonable and necessary:

This is an: _X_ interim ___ final application.

The total time expended for fee application preparation is 0 hours and the compensation
requested is $0.

Prior fee applications:        *First Interim Application of Richard Gitlin, Individually, and as
                               Chairman of Gitlin & Company LLC, as the Independent Member
                               of the Fee Committee, for Allowance of Compensation for
                               Services Rendered and Reimbursement of Expenses for the
                               Period From August 21, 2014 Through December 31, 2014*
                               [D.I. 3900]
                               Approved by order dated June 24, 2015 [D.I. 4843]

                               *Second Interim Application of Richard Gitlin, Individually, and
                               as Chairman of Gitlin & Company LLC, as the Independent
                               Member of the Fee Committee, for Allowance of Compensation
                               for Services Rendered and Reimbursement of Expenses for the
                               Period From January 1, 2015 Through April 30, 2015* [D.I. 5013]
                               Approved by order dated October 26, 2015 [D.I. 6667]

                               *Third Interim Application of Richard Gitlin, Individually, and as
                               Chairman of the Fee Committee, for Allowance of Compensation
                               for Services Rendered and Reimbursement of Expenses for the
                               Period From May 1, 2015 Through August 31, 2015* [D.I. 7714]
                               Approved by order dated February 18, 2016 [D.I. 7883]

                               *Fourth Interim Application of Richard Gitlin, Individually, and as
                               Chairman of the Fee Committee, for Allowance of Compensation
                               for Services Rendered and Reimbursement of Expenses for the
                               Period From September 1, 2015 Through December 31, 2015*
                               [D.I. 8643]
                               Approved by order dated June 27, 2016 [D.I. 8824]

                               *Fifth Interim Application of Richard Gitlin, Individually, and as
                               Chairman of the Fee Committee, for Allowance of Compensation
                               for Services Rendered and Reimbursement of Expenses for the
                               Period From January 1, 2016 Through April 30, 2016* [D.I. 9766]
                               Approved by order dated October 27, 2016 [D.I. 9963]

                               *Sixth Interim Application of Richard Gitlin, Individually, and as
                               Chairman of the Fee Committee, for Allowance of Compensation
                               for Services Rendered and Reimbursement of Expenses for the
                               Period From May 1, 2016 Through August 31, 2016* [D.I. 10973]

2

Approved by order dated March 28, 2017 [D.I. 11071]

*Seventh and Eighth Interim and Consolidated Applications of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered for the Period From September 1, 2016 Through April 30, 2017* [D.I. 11946]
Approved by order dated November 6, 2017 [D.I. 12190]

## ATTACHMENTS TO FEE APPLICATION

### EXHIBIT A:  DETAILED TIME RECORDS

Detailed records summarizing the services provided by the Applicant are attached to this Application as **Exhibit A**.

### EXHIBIT B:  DETAILED EXPENSE RECORDS—GITLIN & CO., LLC

Attached to this Application as **Exhibit B**, in compliance with Local Rule 2016-2(c)(ii), is a listing of expenses for which the Applicant requests reimbursement.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | **X** | |
| **In re** | **:** | **Chapter 11** |
| | **:** | |
| **ENERGY FUTURE HOLDINGS CORP.** *et al.,* | **:** | **Case No. 14-10979 (CSS)** |
| | **:** | |
| **Debtor-in-Possession.** | **:** | **(Jointly Administered)** |
| | **:** | |
| | **:** | Objection deadline:  February 12, 2018 at 4:00p.m. Eastern Time |
| | **:** | Hearing date:  February 15, 2018 at 10:00 a.m. |
| | **X** | Eastern Time |

**NINTH INTERIM APPLICATION OF RICHARD GITLIN, INDIVIDUALLY,
AND AS CHAIRMAN OF GITLIN & COMPANY LLC, AS THE INDEPENDENT
MEMBER OF THE FEE COMMITTEE, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED FOR THE PERIOD FROM MAY 1, 2017 THROUGH
AUGUST 31, 2017 AND FOR REIMBURSEMENT OF EXPENSES
FROM JANUARY 1, 2017 THROUGH AUGUST 31, 2017**

**FEE APPLICATION**

Richard Gitlin, individually, and as Chairman of Gitlin & Company LLC, as the

Independent Member of the Fee Committee appointed in these cases, submits this *Ninth Interim*

*Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the*

*Independent Member of the Fee Committee, for Allowance of Compensation for Services*

*Rendered for the Period From May 1, 2017 Through August 31, 2017 and for Reimbursement of*

*Expenses From January 1, 2017 Through August 31, 2017* (the "**Fee Application**") under

11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2016, and Local Rule 2016-2.  Pursuant to the flat

fee compensation arrangement established in the *Stipulation and Order Appointing a Fee*

*Committee* [D.I. 1896] (the "**Fee Committee Order**"), the Fee Application requests interim

allowance of compensation for professional services from May 1, 2017 through August 31, 2017 and reimbursement of expenses incurred from January 1, 2017 through August 31, 2017.

The Applicant requests retrospective Court approval for a total of $170,000.00 in fees. This total would, if expressed in terms of an hourly rate, reflect an average rate of $943.95. The Applicant also requests reimbursement of $4,337.13 in out-of-pocket expenses.

## **BACKGROUND**

1.      On April 29, 2014 (the "**Commencement Date**"), each of the Debtors filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**"). The Debtors' chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"). The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      The Court appointed a Fee Committee on August 21, 2014 to execute the duties set forth in the Fee Committee Order, including, among other things, monitoring the fees and expenses incurred by professionals ("**Retained Professionals**") in these chapter 11 cases. The Fee Committee Order further approved the appointment of Richard A. Gitlin, individually and as Chairman of Gitlin & Company LLC, as the Independent Member and chairperson of the Fee Committee (the "**Chair**").

3.      During the Compensation Period, the Fee Committee reviewed at least 15 interim fee applications from Retained Professionals (corresponding primarily to the Eighth Interim Fee Period, September 1, 2016 through December 31, 2016) totaling approximately $13 million in requested fees for professional services and $373,000 in expense reimbursements.

2

## THE APPLICANT

4.    The Applicant's background and qualifications were detailed in the *First Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From August 21, 2014 Through December 31, 2014* [D.I. 3900] (the "First Fee Application"), which is incorporated by reference.

## FEE COMMITTEE PROCESS

5.    During the Compensation Period, the Fee Committee met in person at least three times with all meetings taking place in New York.  The Fee Committee continued and completed the review and reporting process with respect to the Eighth Interim Fee Period (September 1, 2016 through December 31, 2016), and began work on the review and reporting process for the Ninth Interim Fee Period (January 1, 2017 through April 30, 2017).

6.    Retained Professionals began filing fee applications for the Ninth Interim Fee Period around June 15, 2017.

7.    The description of the Fee Committee's analytical and reporting process outlined in the First Fee Application [D.I. 3900] generally describes the processes for the Eighth and Ninth Interim Fee Periods.  Those details are incorporated by reference.

8.    As documented in the status report filed with the Court [D.I. 11413] and as a result of the collective efforts of the Fee Committee, the Applicant, and the Retained Professionals, no contested fee hearing has been required to date in these proceedings.  All Eighth Interim Fee Period applications were ultimately resolved on a consensual basis.

## DESCRIPTION OF SERVICES PROVIDED

9.    During the Compensation Period, the Chair presided over all Fee Committee meetings—in person, on May 18, July 11, and August 15 of 2017.  The Chair designed or

approved each meeting agenda and the format and substance for the Reports submitted to each

Retained Professional.  He has continued to ask counsel to provide background memoranda and

communicate with Retained Professionals to maintain open communication.  In addition, he has

conducted numerous individual conferences and conversations with the Fee Committee's

members and, on occasion, with the principal counsel for the Retained Professionals.  He has

demonstrated an ability to facilitate the resolution of differences, whether in discussions within

the Fee Committee or in negotiations with Retained Professionals.

## REQUEST FOR APPROVAL OF COMPENSATION

10.    Interim compensation to professionals is governed by 11 U.S.C. §§ 330 and 331.

The Court is authorized to grant "reasonable compensation for actual, necessary services

rendered by the [professional person] and reimbursement for actual, necessary expenses."

11.    The Applicant requests that the Court approve this Fee Application, incorporating

services and expenses incurred during the Compensation Period, because he has completed his

assignment in a timely, efficient and effective manner.

A.    The services of the Applicant have provided direct benefit to the estates,

both tangible and intangible, by saving amounts sought for professional services inadvertently,

improvidently, or inappropriately billed to the estates.

B.    The services of the Applicant have assisted the Fee Committee, the Court

and the U.S. Trustee in fulfilling their own responsibilities, and those same services have helped

encourage the Retained Professionals to submit applications for compensation and

reimbursement that meet the requirements of the Bankruptcy Code, the U.S. Trustee Guidelines

and the local rules of the District of Delaware.

C.    All of the Fee Committee's standards and guidelines applied to other

Retained Professionals have also been applied to the Applicant.

4

12.     The Applicant received a fixed $50,000.00 payment for May 2017 and a fixed

$40,000 payment for June through August 2017.[1]  This flat fee payment was authorized by the

Court both in the Fee Committee Order and the *Order Authorizing the Employment and*

*Retention of Godfrey & Kahn, S.C. as Counsel to the Fee Committee* [D.I. 2065] (the "**Godfrey**

**& Kahn Retention Order**").

13.     The aggregate amount of $170,000.00 in flat fees has been conditionally paid to

the Chair, subject to the filing of this Application and further order of this Court.  The Applicant

now seeks retrospective Court approval of these payments.

14.     There is no agreement or understanding between the Applicant and any other

entity for the sharing of compensation to be received.

15.     The services provided were actual and necessary to the administration of the fee

examination process in these cases.  The fee review process is a statutory mandate in all

chapter 11 cases.  Given the size and complexity of these cases, however, the parties agreed to

the creation of a Fee Committee to aid both the U.S. Trustee and the Court.

16.     In reviewing whether a compensation request should be granted, the Court should

be guided by the following factors:

> [T]he nature, the extent, and the value of such services, taking into
> account all relevant factors, including—
>
> (A)     The time spent on such services;
>
> (B)     The rates charged for such services;
>
> (C)     Whether the services were necessary to the administration
> of or beneficial at the time at which the service was rendered
> toward the completion of a case under this title;

---

[1] Effective June 1, 2017, the Fee Committee counsel and Chair voluntarily began reducing their combined flat monthly fee of $250,000 to $200,000 in recognition of the decreased workload resulting from the conclusion of 11 professionals' engagements.  Of this reduced monthly payment, $160,000 per month has been allocated to Fee Committee counsel and $40,000 per month has been allocated to the Chair.

(D)      Whether the services were performed within a reasonable
amount of time commensurate with the complexity, importance,
and nature of the problem, issue or task addressed;

(E)      With respect to a professional person, whether the person is
board certified or otherwise has demonstrated skill and experience
in the bankruptcy field; and

(F)      Whether the compensation is reasonable, based on the
customary compensation charged by comparably skilled
practitioners in cases other than these under this title.

11 U.S.C. § 330.

17.      The requested compensation and reimbursement meet the statutory requirements

for allowance.  The Applicant has completed his work in a timely and efficient manner

commensurate with the complexity, importance and nature of the issues involved.  The Applicant

has demonstrated skill in bankruptcy, generally, and in the bankruptcy fee review context,

specifically.

18.      Moreover, the requested compensation is reasonable because it is no more than the

customary compensation charged by comparably skilled professionals in other bankruptcy

contexts, such as a Chapter 11 examiner.

19.      Accordingly, approval of the requested compensation is warranted.

**REQUEST FOR REIMBURSEMENT OF ACTUAL AND NECESSARY
EXPENSES INCURRED DURING THE EXPENSE REIMBURSEMENT PERIOD**

20.      The Chair incurred total expenses from January 1, 2017 through August 31, 2017

in the amount of $4,337.13.  **Exhibit B** itemizes the Chair's requested expense reimbursement.

21.      The Applicant is not making a profit on any expense incurred as a result of

services provided by a third party and has provided no expensed services in-house.

22.      The expenses requested herein have been adjusted to comply with all of the

pertinent guidelines and caps the Fee Committee has applied in its evaluation of Retained

Professional expenses.  The expenses are actual, reasonable and necessary in light of the scope of the Applicant's appointment to aid in the administration of these cases.

## NOTICE

23.    Notice of this Fee Application has been provided to the parties in interest in accordance with the Interim Compensation Order.  Such notice is sufficient, and no other or further notice need be provided.

24.    No previous request for the relief sought has been made by the Applicant to this or any other Court for these matters.

## CONCLUSION

The Applicant respectfully requests that the Court enter an order retrospectively authorizing interim allowance of compensation for professional services rendered during the Compensation Period in the amount of $170,000.00 and ordering the reimbursement of expenses in the amount of $4,337.13.

Dated:  January 22, 2018.

BENESCH, FRIEDLANDER, COPLAN &
ARNOFF LLP


By:    */s/ Jennifer R. Hoover*
Jennifer R. Hoover (DE Bar No. 5111)
William M. Alleman, Jr. (DE Bar No. 5449)
BENESCH, FRIEDLANDER, COPLAN, &
ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Phone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: jhoover@beneschlaw.com
walleman@beneschlaw.com

7

Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

## CERTIFICATION

The Chair has reviewed the requirements of Local Rule 2016-2 and certifies that the

motion complies with Local Rule 2016-2 to the extent applicable.

GITLIN & COMPANY LLC                          GODFREY & KAHN, S.C.


___*/s/ Richard A. Gitlin*___                          ___*/s/ Katherine Stadler*___
Richard A. Gitlin                                          Brady C. Williamson
Fee Committee Chair                                  Katherine Stadler, *Admitted Pro Hac Vice*

                                                                GODFREY & KAHN, S.C.
                                                                One East Main Street, Suite 500
                                                                P.O. Box 2719
                                                                Madison, Wisconsin 53701-2719
                                                                Telephone: (608) 257-3911
                                                                Facsimile: (608) 257-0609
                                                                E-mail: bwilliam@gklaw.com
                                                                         kstadler@gklaw.com
                                                                *Attorneys for the Fee Committee*

18060735.1

8

Energy Future Holdings
Richard Gitlin Time Entries May 2017 Through August 2017
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 5/1/2017 | 1.50 | Analyze Evercore proposed reduction of monthly fees. |
| 5/3/2017 | 1.00 | Final review of 503(b) memo to professionals and emails with Godfrey & Kahn. |
|  | 0.50 | Review draft agenda for May 18 Fee Committee meeting. |
|  | 0.50 | Analyze Kirkland & Ellis rate increases. |
|  | 0.50 | Review status of Texas PUC proceeding. |
| 5/4/2017 | 0.50 | Telephone conferences with Godfrey & Kahn on case status and Texas PUC. |
|  | 0.50 | Prepare for Kirkland & Ellis meeting. |
| 5/5/2017 | 0.50 | Prepare for Kirkland & Ellis meeting. |
| 5/7/2017 | 0.50 | Telephone conference with Godfrey & Kahn on scheduling. |
| 5/8/2017 | 1.00 | Analyze scheduling for report of Fee Committee and telephone conferences with Godfrey & Kahn on planning. |
| 5/9/2017 | 1.50 | Review current status of Texas regulatory action on NextEra requesting reconsideration and implications to Chapter 11 proceeding. |
|  | 0.50 | Prepare for May 18 Fee Committee meeting and review of agenda and index. |
|  | 0.50 | Review latest rate increase information. |
| 5/10/2017 | 1.00 | Review status of review with professionals and telephone conference with Godfrey & Kahn. |
| 5/11/2017 | 1.00 | Analyze issues with multiple attendance at hearings including Kirkland & Ellis' response. |
|  | 1.00 | Prepare for May 18 Fee Committee meeting. |
| 5/12/2017 | 1.00 | Review Elliott complaint on NextEra termination fee and request to file a plan. |
|  | 1.00 | Analyze impact of potential Elliott plan and telephone conference with Godfrey & Kahn. |

Energy Future Holdings
Richard Gitlin Time Entries May 2017 Through August 2017
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| | 0.50 | Telephone conference with Godfrey & Kahn in preparation for May 18 Fee Committee meeting. |
| 5/13/2017 | 1.00 | Analyze impact of Elliott request and telephone conference with Godfrey & Kahn. |
| 5/14/2017 | 1.00 | Analyze voluntary reduction of fees for chair and counsel for Fee Committee work and review of memo to Committee. |
| 5/15/2017 | 0.50 | Review position of EFH on Oncor transaction. |
| | 0.50 | Review Debtor response to Elliott. |
| | 0.50 | Planning for future meetings. |
| | 0.50 | Review SOLIC June budget. |
| | 0.50 | Review Proskauer June budget. |
| 5/16/2017 | 2.00 | Review materials for May 18 Fee Committee meeting. |
| | 0.50 | Review status of Elliott injunction request and scheduling order. |
| 5/17/2017 | 1.00 | Prepare for May 18 Kirkland & Ellis meeting. |
| | 1.50 | Prepare for Fee Committee meeting including telephone conference with Godfrey & Kahn. |
| 5/18/2017 | 1.00 | Telephone conference with Godfrey & Kahn and review charts on rate increases. |
| | 0.50 | Meeting to prepare for Kirkland & Ellis meeting. |
| | 1.00 | Attend Kirkland & Ellis meeting. |
| | 1.00 | Review issues to be discussed at Fee Committee meeting. |
| | 1.00 | Attend Fee Committee meeting. |

Energy Future Holdings
Richard Gitlin Time Entries May 2017 Through August 2017
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| | 1.00 | Review post-meeting action items and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review implications of PUC decision on Oncor. |
| | 0.50 | Review memo to Cecily Gooch on pending issues. |
| | 3.00 | Non-working travel. |
| 5/19/2017 | 0.50 | Review revised memo to Ms. Gooch. |
| 5/20/2017 | 0.50 | Review open items and telephone conference with Godfrey & Kahn. |
| 5/22/2017 | 1.00 | Analyze Fee Committee membership regarding two creditor committees. |
| 5/24/2017 | 0.50 | Review hourly rate increases and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review scheduling and telephone conference with Godfrey & Kahn. |
| 5/27/2017 | 0.50 | Review open issues and telephone conference with Godfrey & Kahn. |
| 5/30/2017 | 1.50 | Analyze NextEra breakup fee and implications for progress in Chapter 11. |
| | 0.50 | Telephone conference with Godfrey & Kahn on case status. |
| 5/31/2017 | 0.50 | Telephone conference with Godfrey & Kahn on impact of Texas PUC delay in NextEra transaction. |
| | 1.00 | Analyze rate increase issue and related telephone conference with Jamie Sprayregen. |
| | **41.00** | **May Total** |
| 6/1/2017 | 0.50 | Coordinate with Godfrey & Kahn on scheduling and hearing dates. |
| | 0.50 | Review Declaration of SOLIC's revised fee arrangements. |
| | 1.50 | Analyze approach to fixed rate professional fees. |

Energy Future Holdings
Richard Gitlin Time Entries May 2017 Through August 2017
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| 6/2/2017 | 0.50 | Telephone conferences with Godfrey & Kahn on scheduling and fixed rate professionals. |
| 6/5/2017 | 0.50 | Review letter report to Montgomery McCracken. |
| | 0.50 | Assess open issues on tentative June 7 Fee Committee meeting. |
| | 0.50 | Telephone conference with Godfrey & Kahn on seventh interim fee applications. |
| 6/6/2017 | 1.00 | Analyze approach to reduce monthly fees to flat fee professionals. |
| 6/7/2017 | 1.00 | Review issues on fixed rate professionals and telephone conference with Godfrey & Kahn. |
| | 1.00 | Review Debtor Plan to refinance DIP loan. |
| | 0.50 | Review chart of hourly rates of fixed fee professionals. |
| | 0.50 | Analyze implications of rejection of NextEra bid to buy Oncor. |
| 6/8/2017 | 1.00 | Review actual order rejecting NextEra bid and assess implications and telephone conference with Godfrey & Kahn. |
| 6/9/2017 | 0.50 | Assess schedule and telephone conference with Godfrey & Kahn. |
| | 1.50 | Assess updated fixed fee hourly chart and develop strategy to reduce fees. |
| 6/12/2017 | 0.50 | Telephone conference with Godfrey & Kahn on open items. |
| 6/14/2017 | 0.50 | Review status of Evercore discussions in preparation for telephone call with Paul Keglevic. |
| 6/15/2017 | 0.50 | Review Proskauer July budget and staffing plan. |
| | 1.00 | Analyze potential change of Debtor representative to the Fee Committee. |
| | 0.50 | Review SOLIC July budget. |
| | 0.50 | Telephone conference with Paul Keglevic on Fee Committee membership. |

18298469.1

Energy Future Holdings
Richard Gitlin Time Entries May 2017 Through August 2017
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| 6/16/2017 | 0.50 | Review draft memo regarding Paul Keglevic as Debtors' representative. |
| | 1.00 | Coordinate with Debtor and Debtors' counsel to change the Debtor membership on the Fee Committee. |
| | 0.50 | Telephone conference with Godfrey & Kahn on debtor representation. |
| 6/19/2017 | 0.50 | Assess position of U.S. Trustee on change of debtor representation. |
| 6/20/2017 | 0.50 | Review status of replacement DIP on Fee Committee. |
| 6/22/2017 | 0.50 | Coordinate meeting with Tony Horton and plan for meeting. |
| 6/23/2017 | 0.50 | Review impact of NextEra continued efforts to acquire Oncor. |
| | 0.50 | Prepare for meeting with Tony Horton. |
| 6/25/2017 | 1.00 | Review status of Chapter 11 process and Committee open items. |
| 6/26/2017 | 1.00 | Review results of Court hearing on DIP financing and implications for the case and telephone conference with Godfrey & Kahn. |
| 6/27/2017 | 1.50 | Analyze potential reductions of fixed rate professional fees. |
| | 0.50 | Prepare for meeting with Tony Horton. |
| 6/28/2017 | 2.00 | Review flat fee professional hourly charges, assess approach to fee reductions and telephone conference with Godfrey & Kahn. |
| | 1.50 | Review key issues under review by Fee Committee including rate increases and telephone conference with Godfrey & Kahn. |
| 6/29/2017 | 1.50 | Analyze potential settlements with Evercore and plan for Evercore meeting. |
| | 1.00 | Plan for meeting with Tony Horton and telephone conferences with Godfrey & Kahn. |
| | 1.00 | Attend meeting with Tony Horton. |

Energy Future Holdings
Richard Gitlin Time Entries May 2017 Through August 2017
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 1.00 | Coordinate change of membership on Fee Committee for Debtors. |
| | 0.50 | Assess NextEra appeal of PUC decision and the denial by the PUC. |
| | 3.50 | Non-working travel. |
| 6/30/2017 | 1.00 | Review Kirkland & Ellis monthly fee statement and analyze rate increases. |
| | 2.00 | Analyze flat fee charts for fixed rate professionals, assess standard for objection and plan for meeting with Evercore plus telephone conference with Godfrey & Kahn. |
| | 0.50 | Review draft agenda for July 11 Fee Committee meeting. |
| | **39.00** | **June Total** |
| 7/2/2017 | 1.00 | Review issues regarding multiple attendees at hearings by Kirkland & Ellis and others. |
| | 0.50 | Plan for July 11 Fee Committee meeting. |
| 7/4/2017 | 0.50 | Review revised agenda for July 11 meeting and prepare for meeting. |
| 7/5/2017 | 1.00 | Review draft summary report to the Court for the July 11 hearing. |
| | 1.00 | Develop plan for fixed rate professionals and telephone conference with Godfrey & Kahn. |
| | 1.50 | Review Evercore material and data in preparation for meeting and telephone conference with Godfrey & Kahn. |
| 7/6/2017 | 0.50 | Coordinate plan regarding change of date of Fee Committee meeting. |
| | 0.50 | Review status of agreements with professionals on sixth interim applications. |
| | 0.50 | Plan for a revised date for Fee Committee meeting. |
| | 0.50 | Review potential Buffett acquisition of Oncor. |

Energy Future Holdings
Richard Gitlin Time Entries May 2017 Through August 2017
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| 7/7/2017 | 1.00 | Assess Buffett transaction to buy Oncor and implications for Fee Committee process and timing. |
|  | 1.50 | Review Evercore issues and plan for telephone call with Tony Horton prior to Evercore meeting. |
| 7/8/2017 | 1.50 | Review materials for Fee Committee meeting on July 11. |
|  | 0.50 | Further analysis of Buffett acquisition of Oncor. |
| 7/9/2017 | 1.00 | Prepare for Fee Committee meeting including telephone conference with Godfrey & Kahn. |
| 7/10/2017 | 1.50 | Prepare for meeting with Evercore on monthly fees and fee reductions. |
|  | 0.50 | Telephone conference with Tony Horton on Evercore. |
|  | 1.00 | Attend Evercore meeting. |
|  | 0.50 | Conference with Jamie Sprayregen on status of case. |
|  | 1.50 | Plan for July 11 Fee Committee meeting including transition of debtor representative. |
|  | 1.00 | Assess reduction of fee agreement with Greenhill. |
|  | 2.50 | Non-working travel. |
| 7/11/2017 | 0.50 | Assess member position on Fee Committee issues. |
|  | 1.00 | Analyze Evercore presentation and appropriate response. |
|  | 1.00 | Conference with Godfrey & Kahn on preparation for Fee Committee meeting. |
|  | 1.50 | Attend Fee Committee meeting. |
|  | 1.00 | Review and assess Elliott's position regarding current plan. |
|  | 0.50 | Review fee process under current plan. |

Energy Future Holdings
Richard Gitlin Time Entries May 2017 Through August 2017
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| | 3.00 | Non-working travel. |
| 7/12/2017 | 2.50 | Review data charts regarding Evercore fees, assess settlement strategy with Evercore and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review current status of Elliott response to Buffett transaction. |
| 7/13/2017 | 0.50 | Review results of status conference on state of plan on Chapter 11 process. |
| | 1.00 | Review updated data charts on Evercore and assess settlement approach. |
| 7/14/2017 | 0.50 | Review status of Elliott versus Buffett. |
| | 0.50 | Telephone conference with Godfrey & Kahn on status of discussion with professionals and other open items. |
| 7/15/2017 | 1.00 | Review and analyze Kirkland & Ellis response to rate increase concerns of the Fee Committee. |
| 7/17/2017 | 0.50 | Review SOLIC's August budget. |
| | 0.50 | Telephone conference with Godfrey & Kahn on Kirkland & Ellis rate increase response. |
| | 0.50 | Review Proskauer August budget and staffing plan. |
| 7/18/2017 | 0.50 | Review more rate increase data and telephone conference with Godfrey & Kahn. |
| | 1.00 | Analyze rate increase position and review draft memo to Fee Committee. |
| 7/20/2017 | 0.50 | Assess impact of NextEra suit against PUC. |
| 7/22/2017 | 1.00 | Review scheduling of fee review process in light of current status and telephone conference with Godfrey & Kahn. |
| 7/24/2017 | 0.50 | Fixed rate analysis and telephone conference with Godfrey & Kahn. |
| | 1.00 | Review Evercore position and data. |

Energy Future Holdings
Richard Gitlin Time Entries May 2017 Through August 2017
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 0.50 | Telephone conference with Godfrey & Kahn on Evercore plus open items. |
| | 0.50 | Review status on litigation regarding Buffett. |
| 7/25/2017 | 1.00 | Analyze proposed settlements with Evercore and Guggenheim and review memo to Tony Horton. |
| 7/26/2017 | 1.50 | Attend, by phone, Court hearing on scheduling. |
| | 0.50 | Telephone conference with Godfrey & Kahn on hearing and impact on fee review process. |
| 7/27/2017 | 0.50 | Review revised draft of memo to Tony Horton on Evercore and Guggenheim and telephone conference with Godfrey & Kahn. |
| 7/28/2017 | 1.00 | Analyze response of Fee Committee to Kirkland & Ellis rate increase memo and telephone conference with Godfrey & Kahn and U.S. Trustee. |
| | 0.50 | Review Court scheduling order. |
| | 0.50 | Review U.S. Trustee analysis on rate increases and assess next step. |
| | 0.50 | Review latest rate increase chart and note to U.S. Trustee. |
| 7/31/2017 | 0.50 | Review issues on Evercore and Kirkland & Ellis and telephone conference with Godfrey & Kahn. |
| | 0.50 | Coordinate with Paul Keglevic on August fee meeting and Evercore settlement proposal. |
| | **50.50** | **July Total** |
| 8/1/2017 | 0.50 | Review NextEra breakup fee issue. |
| | 0.50 | Review draft agenda and index of documents for August 15 Fee Committee meeting. |

Energy Future Holdings
Richard Gitlin Time Entries May 2017 Through August 2017
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 8/3/2017 | 1.00 | Plan for August 15 Fee Committee meeting and review revised agenda and index of documents. |
| | 1.00 | Review status of negotiations with Evercore and analysis of response to Evercore's position. |
| 8/4/2017 | 0.50 | Telephone conference with Godfrey & Kahn on open issues. |
| 8/7/2017 | 0.50 | Review PUC position on Elliott dispute. |
| | 1.00 | Review draft letters to Guggenheim and Cravath. |
| | 0.50 | Review Court decision regarding Elliott dispute. |
| | 1.00 | Analyze Kirkland & Ellis position on rate increases and review of draft response of Fee Committee. |
| 8/8/2017 | 1.00 | Additional analysis on rate increase issues and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review draft letter to Epiq and Stephens & Lee. |
| | 0.50 | Review draft letter to Alvarez & Marsal and Jenner & Block. |
| | 0.50 | Analyze status of Guggenheim's negotiations and telephone conference with Godfrey & Kahn and review update letter. |
| | 0.50 | Review redraft of Kirkland & Ellis letter. |
| 8/9/2017 | 0.50 | Plan for future Fee Committee meetings. |
| | 0.50 | Review draft Proskauer letter. |
| 8/10/2017 | 1.00 | Prepare for August 15 Fee Committee meeting. |
| | 0.50 | Finalize proposal for Evercore settlement. |
| 8/11/2017 | 0.50 | Review issues to be discussed at Fee Committee meeting and telephone conference with Godfrey & Kahn. |

Energy Future Holdings
Richard Gitlin Time Entries May 2017 Through August 2017
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| 8/14/2017 | 0.50 | Review draft memo to Evercore. |
| | 0.50 | Review draft letter reports to Sullivan and SOLIC. |
| | 0.50 | Review draft letter report to Kirkland & Ellis. |
| | 1.50 | Prepare for Fee Committee meeting. |
| 8/15/2017 | 0.50 | Review Proskauer budget and staffing for September. |
| | 1.00 | Review materials for Fee Committee meeting. |
| | 1.50 | Analyze data and status of flat fee professionals. |
| | 0.50 | Plan for Fee Committee meeting. |
| | 1.50 | Attend Fee Committee meeting. |
| | 1.00 | Analyze approach to Kirkland & Ellis rate increases post-Fee Committee discussion. |
| | 4.00 | Non-working travel. |
| 8/16/2017 | 0.50 | Follow up on issues from Fee Committee meeting and telephone conference with Godfrey & Kahn. |
| 8/17/2017 | 0.50 | Review status of Elliott-Buffett competition for Oncor. |
| | 1.00 | Review drafts of responsive letter to Kirkland & Ellis. |
| | 0.50 | Review SOLIC's September budget. |
| 8/18/2017 | 1.00 | Analyze next steps on rate increase issue with Kirkland & Ellis and telephone conference with Jamie Sprayregen. |
| 8/19/2017 | 1.00 | Analyze comprehensive negotiated solution with Evercore. |
| 8/21/2017 | 2.00 | Analyze result of Court hearing and the impact of proposed Sempra transaction on the fee review process. |

Energy Future Holdings
Richard Gitlin Time Entries May 2017 Through August 2017
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| | 0.50 | Telephone conference with Godfrey & Kahn on Court hearing and Sempra transaction. |
| | 1.00 | Review Evercore proposal and telephone conference with David Ying on it. |
| 8/22/2017 | 1.00 | Update on Sempra transaction, EFH position and prospects for PUC approval. |
| 8/23/2017 | 0.50 | Review draft agenda and index for September 12 Fee Committee meeting. |
| | 0.50 | Review Evercore chart of fees sent to Fee Committee supporting proposal. |
| | 0.50 | Analyze case timeline and rate increases of Kirkland & Ellis. |
| | 1.00 | Review transcripts for August 18 and August 21 Court hearings. |
| | 0.50 | Review status of fixed fee professionals and telephone conference with Godfrey & Kahn. |
| 8/24/2017 | 1.50 | Review Plan and Disclosure Statement of Sempra transaction and analyze responsibilities of the Fee Committee. |
| | 0.50 | Telephone conference with Godfrey & Kahn on Plan and Disclosure Statement. |
| 8/25/2017 | 0.50 | Review potential PUC issues with Sempra transaction. |
| | 0.50 | Review latest draft agenda and index for September 12 Fee Committee meeting. |
| 8/28/2017 | 0.50 | Review PUC letter to Sempra. |
| | 0.50 | Telephone conference with Godfrey & Kahn on Texas PUC process. |
| | 1.00 | Analyze Evercore resolution and telephone conferences with Godfrey & Kahn. |
| 8/29/2017 | 1.00 | Analyze 503(b) issues in new plan and telephone conference with Godfrey & Kahn. |
| | 1.00 | Review Guggenheim data as it affects solution and telephone conference with Godfrey & Kahn. |

Energy Future Holdings
Richard Gitlin Time Entries May 2017 Through August 2017
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 0.50 | Review proposed scheduling order. |
| 8/30/2017 | 1.00 | Analyze 503(b) issues in Plan and Disclosure Statement and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review fee review schedule and telephone conference with Godfrey & Kahn. |
| 8/31/2017 | 0.50 | Further analysis on Disclosure Statement and telephone conference with Godfrey & Kahn. |
| | **47.00** | **August Total** |
| | | |
| | **177.50** | **GRAND TOTAL** |
| | (8.00) | 1/2 of non-working travel hours |
| | 169.50 | |
| | | |
| | $943.95 | Blended Rate |
| | | |

**EXHIBIT B**

Gitlin & Company, LLC

Detailed Expense Records

January 1, 2017 through August 31, 2017

| Receipt | Category | Date | Expense Amount | Description |
|---|---|---|---|---|
| * | Taxi | 1/17/2017 | $52.59 | Transport from airport to hotel |
| * | United | 1/18/2017 | $223.20 | Airfare EWR to PBI |
| * | The London, NYC | 1/17-18/2017 | $417.45 | Hotel - New York |
| * | JetBlue | 2/21/2017 | $301.79 | Airfare PBI to LGA |
| * | JetBlue | 2/22/2017 | $98.10 | Airfare LGA to PBI |
| * | TaxiPass | 2/21/2017 | $95.50 | Transport airport to hotel |
| * | Taxi | 2/21/2017 | $8.19 | Transport in NYC |
| * | Waldorf | 2/21-22/2017 | $454.19 | Hotel - New York |
| * | Sunpass | 2/22/2017 | $26.00 | Airport parking |
| * | Valley Cab | 3/29/2017 | $50.00 | Transport |
| * | JetBlue | 3/27/2017 | $196.20 | Airfare PBI to EWR |
| * | JetBlue | 3/28/2017 | $79.21 | Airfare LGA to PBI |
| * | American Airlines | 3/28/2017 | $153.20 | Airfare PBI to PHL |
| * | Hotel Dupont | 3/27-28/2017 | $350.00 | Hotel - Wilmington |
| * | Taxi | 3/27/2017 | $5.76 | Transport in NYC |
| * | Taxi | 3/27/2017 | $10.55 | Transport in NYC |
| * | Taxi | 3/28/2017 | $23.76 | Transport in NYC |
| | Taxi | 4/11/2017 | $50.00 | Transport Delray Beach FL to airport |
| * | American Airlines | 4/11/2017 | $137.20 | Airfare FLL to O'Hare airport |
| * | Frontier Airlines | 4/11/2017 | $140.61 | Airfare O'Hare airport to PBI |
| | Taxi | 4/11/2017 | $50.00 | Transport airport to Delray Beach FL |
| * | Delta | 4/18/2017 | $318.90 | Airfare PBI to LGA |
| * | Sunpass | 4/19/2017 | $26.00 | Parking at PBI |
| * | Taxi | 4/19/2017 | $27.95 | Transport to airport from NYC |
| * | Lotte NY Palace | 4/18-19/2017 | $425.90 | Hotel - New York |
| * | Taxi | 6/29/2017 | $11.16 | Transport in NYC |
| * | Taxi | 6/29/2017 | $10.56 | Transport in NYC |
| * | Uber | 6/29/2017 | $61.20 | Transport from train to West Hartford CT |
| * | Uber | 7/10/2017 | $12.69 | Transport to train in Hartford |
| * | The Chatwal | 7/10-11/2017 | $456.77 | Hotel - New York |
| * | Uber | 7/11/2017 | $62.50 | Transport from train to West Hartford CT |

**$4,337.13** Application Total