**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **ENERGY FUTURE HOLDINGS CORP.** *et al.,* | : | Case No. 14-10979 (CSS) |
| Debtor-in-Possession. | : | (Jointly Administered) |
| | : | **Objection deadline:** February 12, 2018 at 4:00 p.m. Eastern Time |
| | : | **Hearing date:** February 15, 2018 at 10:00 a.m. Eastern Time |

---

**NOTICE OF NINTH INTERIM FEE APPLICATION OF GODFREY & KAHN, S.C., COUNSEL TO THE FEE COMMITTEE, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM MAY 1, 2017 THROUGH AUGUST 31, 2017**

**PLEASE TAKE NOTICE** that Godfrey & Kahn, S.C. ("**Godfrey & Kahn**"), counsel to the Fee Committee, has filed its *Ninth Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2017 Through August 31, 2017* (the "**Interim Fee Application**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Interim Fee Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066], and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware 19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "Debtors"), Energy Future Holdings Corp., *et al.,* 1601 Bryan Street, 43rd Floor, Dallas, Texas 75201, Attn: Andrew Wright; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn: Brian E. Schartz and Kirkland & Ellis

LLP, 300 North LaSalle, Chicago, Illinois 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, Delaware 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andrew R. Vara, the Acting United States Trustee Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, Delaware 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, New York 10014, Attn: Andrea B. Schwartz; and (v) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, Wisconsin 53703, Attn: Katherine Stadler, so as to be received no later than **4:00 p.m. (Eastern Time) on February 12, 2018** (the "**Objection Deadline**")

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE INTERIM FEE APPLICATION WILL TAKE PLACE BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 6, WILMINGTON, DELAWARE 1901 ON **FEBRUARY 15, 2018 AT 10:00 A.M.**

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE BY THE OBJECTION DEADLINE, THE RELIEF REQUESTED IN THE INTERIM FEE APPLICATION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 22, 2018

        BENESCH, FRIEDLANDER,
          COPLAND, & ARONOFF LLP

By:    */s/ William M. Alleman, Jr.*
      Jennifer R. Hoover (DE Bar No. 5111)
      William M. Alleman, Jr. (DE Bar No. 5449)
      222 Delaware Avenue, Suite 801
      Wilmington, DE 19801
      Phone: (302) 442-7010
      Fax: (302) 442-7012
      E-mail: jhoover@beneschlaw.com
      walleman@beneschlaw.com

      – and –

      Katherine Stadler
      GODFREY & KAHN, S.C.
      One East Main Street, Suite 500
      P.O. Box 2719
      Madison, Wisconsin 53701-2719
      Telephone: (608) 257-3911
      Facsimile: (608) 257-0609
      E-mail: kstadler@gklaw.com

      *Attorneys for the Fee Committee*