**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) Case No. 14-10979 (CSS) |
| Debtors. | ) ) (Jointly Administered) |

**NOTICE OF APPOINTMENT OF EFH/EFIH OFFICIAL COMMITTEE**
<u>**REPRESENTATIVE TO THE FEE COMMITTEE**</u>

PLEASE TAKE NOTICE that pursuant to the authority designated by the Court at the hearing on January 8, 2018, the official committee of unsecured creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. hereby appoints Howard J. Kaplan of Kaplan Rice LLP to the Fee Committee as its representative member.

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

SC1:4579932.2

| | |
|---|---|
| Dated: Wilmington, Delaware<br>January 22, 2018 | **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**<br><br> */s/ Mark A. Fink*<br>Natalie D. Ramsey (DE Bar No. 5378)<br>Davis Lee Wright (DE Bar No. 4324)<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE  19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail:     nramsey@mmwr.com<br>               dwright@mmwr.com<br>               mfink@mmwr.com<br><br>– and –<br><br>**SULLIVAN & CROMWELL LLP**<br><br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>John Hardiman<br>Alexa J. Kranzley<br>125 Broad Street<br>New York, New York  10004<br>Telephone:    (212) 558-4000<br>Facsimile:     (212) 558-3588<br>E-mail:         dietdericha@sullcrom.com<br>                   gluecksteinb@sullcrom.com<br>                   hardimanj@sullcrom.com<br>                   kranzleya@sullcrom.com<br><br>*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.* |

SC1:4579932.2