# Exhibit A

<u>Energy Futures Holdings Official Fee Committee</u>

FEE STATEMENT FOR SERVICES RENDERED
AND EXPENSES INCURRED BY
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
FOR THE PERIOD MAY 1, 2017        THROUGH AUGUST 31, 2017


<u>Service Category</u>                                          <u>Tab</u>

    Case Administration                    . . . . . . . . . . . . . .    1

    Fee Applications -- Others             . . . . . . . . . . . . . .    2

    Fee Applications -- Benesch            . . . . . . . . . . . . . .    3

<u>Expenses</u>

    General                                . . . . . . . . . . . . . .    4

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
SUMMARY OF SERVICES RENDERED
MAY 1, 2017        THROUGH AUGUST 31, 2017

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $510.00 | 2.30 | $1,173.00 |
| | | | 2.30 | $1,173.00 |
| **ASSOCIATE** | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $335.00 | 2.90 | $971.50 |
| | | | 2.90 | $971.50 |
| **PARALEGAL** | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 5.30 | $1,510.50 |
| | | | 5.30 | $1,510.50 |
| | | TOTAL: | 10.50 | $3,655.00 |

Combined Average Hourly Rate:   $348.10

Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2017

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 07/12/17 | CAH | Work on issues with fees involving T side Debtor; telephone call to N. Hwangpo and email to G. Moore | 0.50 |
| 08/08/17 | JRH | Review of and respond to emails regarding status of various filings | 0.20 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $510.00 | 0.20 | $102.00 |
| | | | 0.20 | $102.00 |
| PARALEGAL | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 0.50 | $142.50 |
| | | | 0.50 | $142.50 |
| | | TOTAL: | 0.70 | $244.50 |

Fee Applications -- Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2017

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 07/05/17 | JRH | Review of Energy Futures Holdings final report and filing | 0.30 |
| 07/05/17 | WMA | Review and comment on and coordinate filing of fee report | 0.90 |
| 07/06/17 | JRH | Review of emails regarding hearing rescheduling | 0.10 |
| 07/07/17 | JRH | Review and comment on COC and coordinate filing | 0.30 |
| 07/07/17 | WMA | Review and comment on draft certification of counsel for omnibus fee order and omnibus orders and coordinate filing of same | 0.70 |
| 07/07/17 | CAH | Telephone call with L. McLaughlin of PGM&H regarding approval of their final fee application; received okay to file certification of counsel for the amount listed | 0.30 |
| 07/10/17 | WMA | Review and comment on fee binder for submission to chambers | 0.20 |
| 07/10/17 | CAH | Compile fee binder for Court and after approval send to Judge Sontchi | 0.80 |
| 07/11/17 | JRH | Emails to/from co-counsel and matters related to upcoming hearing | 0.50 |
| 08/08/17 | CAH | Telephone call with K. Boucher regarding the possible filing of a fee application for Gitlin and Godfrey & Kahn for September 19 hearing date | 0.30 |

Fee Applications -- Others

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $510.00 | 1.20 | $612.00 |
| | | | 1.20 | $612.00 |
| **ASSOCIATE** | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $335.00 | 1.80 | $603.00 |
| | | | 1.80 | $603.00 |
| **PARALEGAL** | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 1.40 | $399.00 |
| | | | 1.40 | $399.00 |
| | | TOTAL: | 4.40 | $1,614.00 |

Fee Applications -- Benesch

FOR PROFESSIONAL SERVICES RENDERED THROUGH AUGUST 31, 2017

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 05/17/17 | CAH | Review of pro forma to assure compliance with local rules | 0.40 |
| 05/18/17 | CAH | Begin draft of interim application for Benesch for time period January 1 through April 30, 2017 | 0.40 |
| 05/19/17 | CAH | Work on third interim fee application for Benesch | 0.30 |
| 05/26/17 | JRH | Review of and respond to emails regarding fee application preparation | 0.30 |
| 05/26/17 | CAH | Complete fee application and forward to W. Alleman for review | 0.50 |
| 06/02/17 | WMA | Review and comment on draft Benesch fee application | 0.30 |
| 06/05/17 | WMA | Review and revise draft Benesch interim fee application | 0.80 |
| 06/05/17 | CAH | Further revise Benesch fee application and forward to W. Alleman | 0.50 |
| 06/16/17 | JRH | Execute and coordinate regarding Energy Futures Holding filing of Benesch fee application | 0.50 |
| 06/16/17 | CAH | After review and execution by J. Hoover, compile, scan and file Benesch Third Interim Fee Application and send to GCG for service, after review by J. Hoover | 0.40 |
| 07/17/17 | CAH | Compile and sent invoices to T-side and E-side Debtors | 0.40 |
| 08/09/17 | CAH | Confer with L. Molinaro and begin draft of Benesch Fourth Interim Fee Application | 0.50 |
| 08/21/17 | JRH | Review and respond to emails from K. Boucher regarding fee application | 0.10 |

Fee Applications -- Benesch

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $510.00 | 0.90 | $459.00 |
| | | | 0.90 | $459.00 |
| **ASSOCIATE** | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $335.00 | 1.10 | $368.50 |
| | | | 1.10 | $368.50 |
| **PARALEGAL** | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 3.40 | $969.00 |
| | | | 3.40 | $969.00 |
| | | TOTAL: | 5.40 | $1,796.50 |

# Exhibit B

SUMMARY OF EXPENSES INCURRED FOR THE PERIOD
MAY 1, 2017         THROUGH AUGUST 31, 2017

| Expense | Amount |
|---|---|
| Document Reproduction | $2.90 |
| Delivery Fee - Outside | $20.00 |
| Court Case Mgmt charges-Pacer | $6.10 |
| TOTAL: | $29.00 |

**Document Reproduction**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 05/26/17 | CAH | Document Reproduction 29 copies | 2.90 |
| | | TOTAL: | $2.90 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 05/03/17 | CAH | Delivery Fee - Outside - Vendor: DLS Discovery, LLC 4/13 | 7.50 |
| 07/31/17 | CAH | Delivery Fee - Outside - Vendor: DLS Discovery, LLC 7/21 | 5.00 |
| 08/11/17 | CAH | Delivery Fee - Outside - Vendor: DLS Discovery, LLC 7/10/17 INV. 112947 | 7.50 |
| | | TOTAL: | $20.00 |

**Court Case Mgmt charges-Pacer**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 05/31/17 | XXX | Court Case Mgmt charges-Pacer | 2.00 |
| 07/05/17 | XXX | Court Case Mgmt charges-Pacer | 0.20 |
| 07/05/17 | XXX | Court Case Mgmt charges-Pacer | 0.40 |
| 07/05/17 | XXX | Court Case Mgmt charges-Pacer | 0.60 |
| 07/05/17 | XXX | Court Case Mgmt charges-Pacer | 2.00 |
| 07/07/17 | XXX | Court Case Mgmt charges-Pacer | 0.90 |
| | | TOTAL: | $6.10 |