**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | Jointly Administered |

**NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE CHAPTER 11
PLAN AS IT APPLIES TO THE EFH/EFIH DEBTORS AND RELATED MATTERS**

**PLEASE TAKE NOTICE THAT**, on September 6, 2017, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents* [D.I. 11870] (the "Disclosure Statement Order"): (a) approving the *Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11856] (as modified, amended, or supplemented from time to time, the "EFH Disclosure Statement"); (b) establishing the voting record date, voting deadline, and other related dates for the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11854] (as modified, amended, or supplemented from time to time, including, without limitation, D.I. 11887, the "Plan"); (c) approving procedures for soliciting, receiving, and tabulating votes on the Plan; and (d) approving the manner and forms of notice and other related documents as they relate to Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors" and together with the EFH Debtors, the "EFH/EFIH Debtors").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

**PLEASE TAKE FURTHER NOTICE THAT**, the Disclosure Statement Order established September 6, 2017 as the Voting Record Date[3] in connection with the Plan, and 4:00 p.m. (Eastern Daylight Time) on October 30, 2017 as the deadline for eligible creditors of the EFH/EFIH Debtors to cast ballots to accept or reject the Plan.  On November 1, 2017, the EFH/EFIH Debtors filed a declaration with the Court reflecting the tabulation of all ballots cast in connection with the Plan.  *See* D.I. 12164.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to paragraph 12 of the *Amended and Superseding Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, entered August 29, 2017 [D.I. 11835] (as amended, supplemented, and modified from time to time, including, without limitation, by D.I. 12279), preliminary objections to confirmation of the Plan were to be filed no later than October 30, 2017, and final objections to confirmation of the Plan were to be filed no later than December 19, 2017.

**PLEASE TAKE FURTHER NOTICE THAT**, in accordance with paragraph 13 of the Disclosure Statement Order, the EFH/EFIH Debtors hereby provide notice that the hearing at which the Court will consider confirmation of the Plan as to the EFH/EFIH Debtors (the "EFH/EFIH Confirmation Hearing") will commence at **10:00 a.m. (Eastern Standard Time) on February 26, 2018**, before The Honorable Christopher S. Sontchi, in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801.

---

**PLEASE BE ADVISED**:  PURSUANT TO ARTICLE IX.B.6 OF THE PLAN, IT IS A CONDITION PRECEDENT TO THE CONSUMMATION OF THE PLAN THAT THE EFH/EFIH DEBTORS SHALL HAVE OBTAINED ALL AUTHORIZATIONS, CONSENTS, REGULATORY APPROVALS, RULINGS, OR DOCUMENTS THAT ARE NECESSARY TO IMPLEMENT AND EFFECTUATE THE RESTRUCTURING TRANSACTIONS WITH RESPECT TO THE EFH/EFIH DEBTORS, INCLUDING FROM, AMONG OTHER ENTITIES, THE PUBLIC UTILITY COMMISSION OF TEXAS (THE "PUCT").

**THE EFH/EFIH CONFIRMATION HEARING MAY BE ADJOURNED BASED ON, AMONG OTHER THINGS, ANY POTENTIAL SUBSTANTIVE AND/OR PROCEDURAL DEVELOPMENTS THAT MIGHT ARISE IN CONNECTION WITH PENDING PROCEEDINGS BEFORE THE PUCT.**

THE EFH/EFIH CONFIRMATION HEARING MAY ALSO BE CONTINUED FROM TIME TO TIME BY THE COURT OR THE EFH/EFIH DEBTORS.

---

[3] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the Plan, the EFH Disclosure Statement, or the Disclosure Statement Order, as applicable.

> ANY POTENTIAL ADJOURNMENT OF THE EFH/EFIH CONFIRMATION HEARING MAY BE MADE *WITHOUT FURTHER NOTICE*, OTHER THAN BY SUCH ADJOURNMENT BEING ANNOUNCED IN OPEN COURT OR BY A NOTICE OF ADJOURNMENT FILED WITH THE COURT AND SERVED ON ALL PARTIES ENTITLED TO NOTICE.

## OTHER CRITICAL INFORMATION REGARDING THE PLAN

> ARTICLE VIII OF THE PLAN CONTAINS RELEASE, EXCULPATION, AND INJUNCTION PROVISIONS, AND **ARTICLE VIII.D. CONTAINS A THIRD-PARTY RELEASE**. THUS, YOU ARE ADVISED TO REVIEW AND CONSIDER THE PLAN CAREFULLY BECAUSE YOUR RIGHTS MIGHT BE AFFECTED THEREUNDER.

## ADDITIONAL INFORMATION

**Obtaining a Copy of the Plan and Related Documents**. If you should have any questions or if you would like to obtain a copy of the EFH Disclosure Statement, the Plan, the Disclosure Statement Order, or any other documents publicly filed with the Court relating to the proposed confirmation of the Plan as it relates to the EFH/EFIH Debtors, please feel free to contact the EFH/EFIH Debtors' Solicitation Agent, by: (a) calling the EFH/EFIH Debtors' restructuring hotline at (877) 276-7311; (b) visiting the EFH/EFIH Debtors' restructuring website at: http://www.efhcaseinfo.com; and/or (c) sending an email to efhvote@epiqsystems.com and referencing "EFH/EFIH" in the subject line. You may also obtain copies of any pleadings filed in the EFH/EFIH Debtors' chapter 11 cases for a fee via PACER at: http://www.deb.uscourts.gov.

**Questions About this Notice.** If you wish to no longer receive notices relating to these chapter 11 cases, please contact the EFH/EFIH Debtors' case agent by: (a) sending an email to efh@epiqsystems.com, or (b) mailing a written request to Energy Future Holdings Corp. Claims Processing Center, c/o Epiq Bankruptcy Solutions, LLC, P.O. Box 4421, Beaverton, OR 97076-4421; in both cases including your name, phone number, address, and request to be removed from the mailing list. If you would like to inquire as to why you are receiving this notice, please contact the EFH/EFIH Debtors' case agent at 877-580-9765 or efh@epiqsystems.com.

> **BINDING NATURE OF THE PLAN**
> **IF CONFIRMED, THE PLAN SHALL BIND ALL HOLDERS OF CLAIMS AND INTERESTS AGAINST THE EFH/EFIH DEBTORS TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, WHETHER OR NOT SUCH HOLDER WILL RECEIVE OR RETAIN ANY PROPERTY OR INTEREST IN PROPERTY UNDER THE PLAN, HAS FILED A PROOF OF CLAIM IN THE CHAPTER 11 CASES OR FAILED TO VOTE TO ACCEPT OR REJECT THE PLAN, OR VOTED TO REJECT THE PLAN.**

[*Remainder of page intentionally left blank.*]

Dated: January 25, 2018
Wilmington, Delaware

      */s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Email:    collins@rlf.com
            defranceschi@rlf.com
            madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Email:    edward.sassower@kirkland.com
           stephen.hessler@kirkland.com
           brian.schartz@kirkland.com
           aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Email:    james.sprayregen@kirkland.com
           marc.kieselstein@kirkland.com
           chad.husnick@kirkland.com
           steven.serajeddini@kirkland.com

*Co-Counsel to the EFH/EFIH Debtors*