# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON JANUARY 29, 2018 STARTING AT 10:00 A.M. (EST)[2]

### I.   WITHDRAWN MATTER:

1.   EFH Indenture Trustee's Motion for Payment of Allowed Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) [D.I. 12262; filed November 20, 2017]

   Response/Objection Deadline:    December 4, 2017 at 4:00 p.m. (EST); extended to January 22, 2018 at 4:00 p.m. (EST) for (i) the Office of the United States Trustee for the District of Delaware, (ii) the Debtors, and (iii) Elliott Management Corporation and Paloma Partners only

   Responses/Objections Received:    None at this time.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The January 29, 2018 (the "January 29th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EST). Any person who wishes to appear telephonically at the January 29th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Friday, January 26, 2018** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Related Documents:

i. Notice of Adjournment of Hearing on EFH Indenture Trustee's Motion for Payment of Allowed Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) [D.I. 12302; filed December 5, 2017]

ii. Notice of Withdrawal of EFH Indenture Trustee's Motion for Payment of Allowed Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) [D.I. 12452; filed January 11, 2018]

Status: On January 11, 2018, the EFH Indenture Trustee withdrew this matter. Consequently, no hearing with respect to this matter is required.

## II. UNCONTESTED MATTER GOING FORWARD:

2. Motion for Joinder of Denis Bergschneider [D.I. 12379; filed December 19, 2017]

Response/Objection Deadline:    January 19, 2018 at 4:00 p.m. (EST)

Responses/Objections Received:    None.

Status: The hearing on this matter will go forward.

*[Remainder of page intentionally left blank.]*

Dated: January 25, 2018
      Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com
    aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*