## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | Chapter 11 |
| In re | ) | |
| | ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: D.I. 12379** |
| | ) | |

## CERTIFICATE OF NO OBJECTION REGARDING THE
## MOTION FOR JOINDER OF DENIS BERGSCHNEIDER AS AN OBJECTOR

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Motion for Joinder of Denis Bergschneider to the Objection to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code, dated September 11, 2017* [D.I. 12379] (the "**Motion**"), filed on December 19, 2017.  The undersigned further certifies that he has reviewed the Court's docket in these cases and no response to the Motion appears thereon.

Pursuant to the Notice filed with the Motion, responses to the Motion were to be filed and served no later than January 19, 2018, at 4:00 p.m. (Prevailing Eastern Time).  No extensions of the response deadline were sought or granted.

Accordingly, it is hereby respectfully requested that the Proposed Order attached to the Motion be entered at the earliest convenience of the Court.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Dated:  January 25, 2018
        Wilmington, Delaware

Respectfully submitted:

By:    /s/ Daniel K. Hogan
       Daniel K. Hogan (DE Bar # 2814)
       HOGAN MCDANIEL
       1311 Delaware Avenue
       Wilmington, Delaware 19806
       Telephone: (302) 656-7540
       Facsimile: (302) 656-7599
       dkhogan@dkhogan.com

       *Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, and Robert Albini, individually and as successor-in-interest to the Estate of Gino Albini, and Denis Bergschneider*

       -and-

       Steven Kazan (admitted *pro hac vice*)
       KAZAN MCCLAIN SATTERLEY & GREENWOOD
       A Professional Law Corporation
       Jack London Market
       55 Harrison Street, Suite 400
       Oakland, CA 94607
       Telephone: (510) 302-1000
       Facsimile: (510) 835-4913

       *Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle and Denis Bergschneider*

       -and-

Ethan Early (admitted *pro hac vice*)
EARLY LUCARELLI SWEENEY &
MEISENKOTHEN
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for David William Fahy, Harold Bissell,
Kurt Carlson, and Robert Albini, individually and as
successor-in-interest to the Estate of Gino Albini*

-and-

Jonathan Ruckdeschel (admitted *pro hac vice*)
THE RUCKDESCHEL LAW FIRM LLC
8357 Main Street
Ellicott City, MD 21043
Telephone:  410-750-7825
Facsimile: 443-583-0430

*Counsel for David Heinzmann*

-and-

Beth Gori
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834

*Counsel for John H. Jones*