IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 12071** |

**CERTIFICATION OF COUNSEL REGARDING ORDER
AWARDING INTERIM ALLOWANCE OF COMPENSATION FOR
SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

The undersigned hereby certifies as follows:

1. On October 17, 2017, Kirkland & Ellis, LLP and Kirkland & Ellis International, LLP (collectively "Kirkland") filed the *Tenth Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and the Debtors in Possession, for the Period from May 1, 2017 Through and Including August 31, 2017* [D.I. 12071] (the "Tenth Fee Application").[2] Pursuant to the Tenth Fee Application, Kirkland was seeking entry of an order of this Court approving, on an interim basis, fees and expenses incurred by Kirkland during the period from May 1, 2017 to August 31, 2017.

2. The deadline to file an objection or other response to the relief requested in the Tenth Fee Application was November 8, 2017 at 4:00 p.m. (Eastern Standard Time) (the "Objection Deadline") with respect to all parties except the Fee Committee. No objections were

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the Tenth Fee Application.

RLF1 18798446v.1

filed by the Objection Deadline.

3. Kirkland and the Fee Committee have agreed on certain fees and expenses requested in the Tenth Fee Application that can be approved by the Court at this time, on an interim basis, as reflected in **Exhibit A** to the attached proposed form of order (the proposed order set forth in **Exhibit 1**, the "Proposed Order"). Kirkland and the Fee Committee are continuing to discuss the remainder of fees and expenses requested in the Tenth Fee Application.

4. Because no other parties objected to the relief requested in the Tenth Fee Application, and in light of the agreement between Kirkland the Fee Committee regarding the amounts set forth on **Exhibit A** to **Exhibit 1**, Kirkland respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit 1**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: January 25, 2018
       Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*