**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 11425, 11628, 11835, 12279** |

**CERTIFICATION OF COUNSEL CONCERNING "SECOND SUPPLEMENT TO
AMENDED AND SUPERSEDING ORDER SCHEDULING CERTAIN HEARING
DATES AND DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS IN
CONNECTION WITH CONFIRMATION OF THE FIRST AMENDED JOINT PLAN OF
REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE
INTERMEDIATE HOLDING COMPANY LLC, AND THE EFH/EFIH DEBTORS
PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE"**

On July 7, 2017, Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and

indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate

Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH,

the "EFIH Debtors," and together with the EFH Debtors, the "E-Side Debtors") filed, among

other documents, the (i) *Joint Plan of Reorganization of Energy Future Holdings Corp., Energy*

*Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter*

*11 of the Bankruptcy Code* [D.I. 11426] (as amended, modified, and supplemented from time to

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

time, the "Plan"); (ii) *Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11427] (as amended, modified, and supplemented from time to time, the "Disclosure Statement"); and (iii) *Motion of the EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11425] (the "Scheduling Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

Pursuant to the Scheduling Motion, the E-Side Debtors were seeking entry of an order scheduling certain dates and deadlines and establishing certain protocols in connection with the confirmation of the Plan and approval of the Disclosure Statement.

Following a hearing held before the Court on July 26, 2017 (the "July 26th Hearing") to consider the Scheduling Motion (and all objections, statements, responses, and reply papers filed in connection therewith and all testimony offered in connection therewith), the Court granted, in part, and denied, in part, the Scheduling Motion as set forth on the record of the July 26th Hearing. Thereafter, on July 27, 2017, the E-Side Debtors submitted a revised form of order in connection with the Scheduling Motion (the "Revised Scheduling Order") to the Court for entry under a certification of counsel, reflecting the Court's rulings made at the July 26th Hearing. *See* D.I. 11627. In response to the E-Side Debtors' certification of counsel submission, on July 28, 2017, the Court entered the Revised Scheduling Order. *See* D.I. 11628.

2

Subsequent to the entry of the Revised Scheduling Order, on the record of the hearing held before the Court on August 21, 2017 (the "August 21st Hearing"), counsel to the E-Side Debtors informed the Court, among other things, that the E-Side Debtors intended to file an amended Plan and an amended Disclosure Statement with the Court to reflect, among other changes, that on August 21, 2017, the E-Side Debtors (a) terminated that certain Agreement and Plan of Merger (the "BHE Merger Agreement") with Berkshire Hathaway Energy Company in accordance with its terms;[3] (b) entered into that certain Agreement and Plan of Merger with Sempra Energy; and (c) entered into the PSA (as such term is defined in D.I. 11801). To that end, on August 23, 2017, the E-Side Debtors filed, among other things, an amended Plan (*see* D.I. 11803) and an amended Disclosure Statement (*see* D.I. 11805) to reflect the changes announced on the record of the August 21st Hearing.

Based on the record of the August 21st Hearing, and the E-Side Debtors' August 28, 2017 certification of counsel submission (*see* D.I. 11830), on August 29, 2017 the Court entered its *Amended and Superseding Orders Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11835] (the "Amended and Superseding Scheduling Order"). The Amended and Superseding Scheduling Order modified certain of the dates and deadlines set forth in the

---

[3] The E-Side Debtors take the position that the BHE Merger Agreement was not binding on the E-Side Debtors because the E-Side Debtors did not obtain Court approval of the BHE Merger Agreement or the termination fee provided under the BHE Merger Agreement. Accordingly, the E-Side Debtors have no obligation under the BHE Merger Agreement, and, for the avoidance of doubt, have not incurred the termination fee provided for under the BHE Merger Agreement. *See also* D.I. 11998, 12075.

3

Revised Scheduling Order in connection with the confirmation of the Plan and approval of the Disclosure Statement.

Following the entry of the Amended and Superseding Scheduling Order, the E-Side Debtors determined that modifications are required to certain of the dates and deadlines set forth in the Amended and Superseding Scheduling Order. Consequently, pursuant to paragraph 25 of the Amended and Superseding Scheduling Order, on November 21, 2017, the E-Side Debtors prepared and filed a proposed supplement to the Amended and Superseding Scheduling Order (the "First Supplement") under a certification of counsel (*see* D.I. 12265) reflecting the E-Side Debtors' proposed modifications to the schedule set forth in the Amended and Superseding Scheduling Order. Based on the E-Side Debtors' submission, on November 28, 2017, the Court entered the First Supplement. *See* D.I. 12279.

In light of the E-Side Debtors' anticipated timing for the process to consider confirmation of the Plan to proceed in this Court, the E-Side Debtors have determined that further modifications are required to certain of the dates and deadlines set forth in subparagraphs 13(b) through 13(j) of the Amended and Superseding Scheduling Order (as modified by the First Supplement). Consequently, pursuant to paragraph 25 of the Amended and Superseding Scheduling Order, the E-Side Debtors have prepared a second supplement to the Amended and Superseding Scheduling Order (the "Supplemental Order") reflecting the E-Side Debtors' proposed modifications to the schedule set forth in the Amended and Superseding Scheduling Order (as modified by the First Supplement). A copy of the Supplemental Order is attached hereto as **Exhibit A**

The E-Side Debtors circulated a copy of the Supplemental Order to each of the Participating Parties (as such term is defined in the Revised Scheduling Order), and the E-Side

4

Debtors believe that the Supplemental Order is unobjectionable for entry to each of those parties. Consequently, the Supplemental Order should be entered.

The E-Side Debtors therefore respectfully request that the Court enter the Supplemental Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

RLF1 18794316v.1

Dated: January 25, 2018
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
            defranceschi@rlf.com
            madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
            stephen.hessler@kirkland.com
            brian.schartz@kirkland.com
            aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
            marc.kieselstein@kirkland.com
            chad.husnick@kirkland.com
            steven.serajeddini@kirkland.com

*Co-Counsel to the E-Side Debtors*

6

RLF1 18794316v.1