# Exhibit A

## Second Supplement to Amended and Superseding Order

RLF1 18794316v.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 11425, 11628, 11835, 12279** |

## SECOND SUPPLEMENT TO AMENDED AND SUPERSEDING ORDER SCHEDULING CERTAIN HEARING DATES AND DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH CONFIRMATION OF THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, AND THE EFH/EFIH DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE

Upon the motion[2] of Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"), Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "Debtors") for entry of an order scheduling certain hearing dates and deadlines and establishing certain protocols in connection with the confirmation of the Plan and approval of the Disclosure Statement; and upon the filing

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the same meanings ascribed to them in the *Motion of the EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, filed July 7, 2017 [D.I. 11425] (the "Motion"), the Amended and Superseding Scheduling Order (as such term is defined herein), or the First Supplemental Scheduling Order (as such term is defined herein), as applicable.

RLF1 18799601v.1

of the *Certification of Counsel Concerning "Amended and Superseding Orders Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code"*, filed August 28, 2017 [D.I. 11830] proposing a revised scheduling order in connection with the Motion to adjust various dates and deadlines in connection with the Plan confirmation process given the announcements made by counsel to the Debtors on the record of the hearing held before the Court on August 21, 2017; and the Court having entered the order attached to the First Certificate of Counsel on August 29, 2017 [D.I. 11835] (the "Amended and Superseding Scheduling Order"); and, pursuant to paragraph 12 of the Amended and Superseding Scheduling Order, the Debtors having thereafter filed the *Certification of Counsel Concerning "Supplement to Amended and Superseding Orders Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code"*, filed November 21, 2017 [D.I. 12265] (the "Second Certification of Counsel") proposing modifications to the Amended and Superseding Scheduling Order to supplement the confirmation hearing schedule; and the Court having entered the order attached to the Second Certification of Counsel on November 28, 2017 [D.I. 12279] (the "First Supplemental Scheduling Order"); and, pursuant to paragraph 1 of the First Supplemental Scheduling Order, the Debtors having thereafter filed the *Certification of Counsel Concerning "Second Supplement to Amended and Superseding Orders Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint*

*Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code"*, filed January 25, 2018 proposing further modifications to the Amended and Superseding Scheduling Order; and the Debtors having discussed the requested modifications with each of the various parties affected by such requested modifications; and such parties having agreed to not object to entry of this second supplement to the Amended and Superseding Scheduling Order; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor; it is HEREBY ORDERED THAT:

1. Subparagraphs 13(b) through 13(j) of the Amended and Superseding Scheduling Order are replaced in their entirety with the following, which supersedes subparagraphs 1(b) through 1(j) of the First Supplemental Scheduling Order:

   b. **Tuesday, February 13, 2018**, shall be the date and time on which the Participating Parties must meet and confer regarding the joint pretrial order.

   c. **Wednesday, February 14, 2018**, shall be the deadline by which Participating Parties must serve a final list of witnesses they intend to offer at the Confirmation Hearing. Witness lists shall identify all witnesses that each Participating Party will call or may call at the Confirmation Hearing and shall provide a brief summary of each witness's anticipated testimony.

   d. **Thursday, February 15, 2018**, shall be the deadline by which Participating Parties must submit a proposed joint pretrial order per Local Bankruptcy Rule 7016-2(d).

   e. **Thursday, February 15, 2018**, shall be the deadline by which Participating Parties must file motions in limine.

   f. **Saturday, February 17, 2018**, shall be the deadline by which the Debtors and any other party in interest must file a reply in support of the Plan and

3

in response to all timely objections to the Plan. Federal Rule of Bankruptcy Procedure 9006(a)(2)(C) shall not apply to further extend the Reply Deadline beyond Saturday, February 17, 2018.

g. **Tuesday, February 20, 2018**, shall be the deadline by which Participating Parties must file oppositions to motions in limine.

h. **Wednesday, February 21, 2018**, shall be the deadline by which Participating Parties must serve a final list of exhibits they intend to offer at the Confirmation Hearing.

i. **Friday, February 23, 2018 at 2:00 p.m. (EST)**, shall be the date and time of the final pretrial conference.

j. **Monday, February 26, 2018**, shall be the date of the start of the Confirmation Hearing. The Confirmation Hearing will continue, as necessary, from day to day on **Tuesday, February 27, 2018**, except as otherwise set by the Court and as may be extended by the Court as the Court's schedule permits; *provided, however*, the Confirmation Hearing may be continued from time to time by the Court or for good cause shown.

Trial time will be divided equally between Plan supporters and Plan objectors, to be monitored by a chess clock. The Court will consider the submission of written directs upon request by the parties, which submissions shall not count against the submitting party's available trial time.

2. Except as expressly modified by the terms hereof, all of the terms and conditions of the Amended and Superseding Scheduling Order and the First Supplemental Scheduling Order are hereby reaffirmed and shall continue in full force and effect as therein written.

Dated: January _____, 2018
Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge