RLF1 18798446v.1

## Exhibit A

### In re: Energy Future Holdings Corp., et al.
### Case No. 14-10979 (CSS)

| Applicant | Compensation Period | Interim Fees and Expenses Requested | Interim Fees and Expenses Approved |
|---|---|---|---|
| Kirkland & Ellis, LLP and Kirkland & Ellis International, LLP<br>D.I. 12071 | May 1, 2017 – August 31, 2017 | $10,208,548.00 | $9,945,909.05 |