# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JANUARY 29, 2018 STARTING AT 10:00 A.M. (EST)[3]

*AS NO MATTERS REMAIN SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

## I.    WITHDRAWN MATTER:

1.  EFH Indenture Trustee's Motion for Payment of Allowed Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) [D.I. 12262; filed November 20, 2017]

    Response/Objection Deadline:    December 4, 2017 at 4:00 p.m. (EST); extended to January 22, 2018 at 4:00 p.m. (EST) for (i) the Office of the United States Trustee for the District of Delaware, (ii) the Debtors, and (iii) Elliott Management Corporation and Paloma Partners only

    Responses/Objections Received:    None at this time.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

[3] The January 29, 2018 hearing **was scheduled to** be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EST).

Related Documents:

i. Notice of Adjournment of Hearing on EFH Indenture Trustee's Motion for Payment of Allowed Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) [D.I. 12302; filed December 5, 2017]

ii. Notice of Withdrawal of EFH Indenture Trustee's Motion for Payment of Allowed Administrative Expense Claim Pursuant to 11 U.S.C. § 503(b)(1)(A) [D.I. 12452; filed January 11, 2018]

Status: On January 11, 2018, the EFH Indenture Trustee withdrew this matter. Consequently, no hearing with respect to this matter is required.

## II. UNCONTESTED MATTER GOING FORWARD:

2. Motion for Joinder of Denis Bergschneider [D.I. 12379; filed December 19, 2017]

Response/Objection Deadline:   January 19, 2018 at 4:00 p.m. (EST)

Responses/Objections Received:   None.

Related Documents:

i. **Certificate of No Objection Regarding the Motion for Joinder of Denis Bergschneider as an Objector [D.I. 12514; filed January 25, 2018]**

ii. **Order Granting Motion for Joinder of Denis Bergschneider [D.I. 12515; filed January 25, 2018]**

Status: **On January 25, 2018, the Court entered an order granting the movant the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.**

*[Remainder of page intentionally left blank.]*

2

Dated: January 25, 2018
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com
          aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

RLF1 18799892v.1