# Exhibit A

**Fee Summary by Professional for the Period
December 1, 2017 through December 31, 2017**

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

December 01, 2017 - December 31, 2017

### Bankruptcy Related Services Regarding Sempra Transaction

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kilkenny, Tom | Partner/Principal | $720.00 | 7.4 | $5,328.00 |
| Slyh, John | Partner/Principal | $720.00 | 1.1 | $792.00 |
| Bowers, Rachel | Senior Manager | $620.00 | 19.6 | $12,152.00 |
| Horn, Dave | Senior Manager | $620.00 | 1.5 | $930.00 |
| Babanova, Maria | Manager | $540.00 | 6.5 | $3,510.00 |
| Benvenuti, Christina | Senior Consultant | $425.00 | 4.8 | $2,040.00 |
| **Professional Subtotal:** | | | **40.9** | **$24,752.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

December 01, 2017 - December 31, 2017

### *Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kilkenny, Tom | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Parker, Matt | Partner/Principal | $365.00 | 0.9 | $328.50 |
| Favor, Rick | Managing Director | $365.00 | 0.1 | $36.50 |
| Hickl, Jeff | Managing Director | $365.00 | 0.3 | $109.50 |
| Wang, Charlie | Senior Manager | $290.00 | 0.3 | $87.00 |
| Babanova, Maria | Manager | $265.00 | 0.5 | $132.50 |
| Koprivnik, Xander | Senior Consultant | $215.00 | 8.0 | $1,720.00 |
| Hah, Morgan | Consultant | $175.00 | 2.5 | $437.50 |
| **Professional Subtotal:** | | | **13.1** | **$3,034.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

December 01, 2017 - December 31, 2017

*Preparation of Fee Applications*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Kilkenny, Tom | Partner/Principal | $365.00 | 1.1 | $401.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 0.7 | $203.00 |
| Babanova, Maria | Manager | $265.00 | 5.5 | $1,457.50 |
| Gutierrez, Dalia | Consultant | $175.00 | 7.3 | $1,277.50 |
| **Professional Subtotal:** | | | **14.6** | **$3,339.50** |