# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 12358, 12414, 12415, 12416, 12423** |

## CERTIFICATION OF COUNSEL CONCERNING "MOTION TO APPOINT A REPRESENTATIVE OF THE MAJORITY CREDITORS TO THE FEE COMMITTEE" [D.I. 12358]

On December 17, 2017, Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and Gatwick Securities LLC (collectively, "Elliott") and Paloma Partners Management Company and Sunrise Partners Limited Partnership (together, "Paloma" and along with Elliott, the "Majority Creditors") filed the *Motion to Appoint a Representative of the Majority Creditors to the Fee Committee* [D.I. 12358] (the "Motion"[2]) with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"). Pursuant to the Motion, the Majority Creditors were seeking entry of an order appointing their representative to the fee committee appointed by this Court in these chapter 11 cases (the "Fee Committee") in place of Peter Kravitz, who currently occupies the seat representing the Debtors' creditors and their respective official committees.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On December 17, 2017, the Majority Creditors also filed two declarations in support of the Motion. *See* D.I. 12359, 12360.

RLF1 18800648v.1

Pursuant to the *Re-Notice of the Majority Creditors' Motion to Appoint a Representative of the Majority Creditors to the Fee Committee*, filed December 20, 2017 [D.I. 12383], objections to the Motion were to be filed no later than January 3, 2018 at 4:00 p.m. (Eastern Standard Time) (the "Objection Deadline") and a hearing to consider the relief requested in the Motion (and any objections thereto) took place before the Court on January 8, 2018 starting at 11:00 a.m. (Eastern Standard Time) (the "January 8th Hearing").

Prior to the Objection Deadline, (i) Energy Future Holdings Corp. ("EFH"), Energy Future Intermediate Holding Company, LLC ("EFIH," and, together with EFH and the above-captioned debtors and debtors in possession, the "Debtors") filed the *Debtors' Objection to Elliott's Motion to Appoint a Representative of the Majority Creditors to the Fee Committee* [D.I. 12416] (the "Debtors' Objection"); (ii) the Fee Committee filed the *Fee Committee's Response to the Majority Creditors' Motion to Appoint its Representative to the Fee Committee* [D.I. 12414] (the "Fee Committee's Response"); and (iii) the official committee of unsecured creditors of EFH, EFIH, EFIH Finance, Inc., and EECI, Inc. (the "EFH Creditors' Committee") filed the *Statement and Response of the EFH/EFIH Official Committee to Motion to Appoint a Representative of the Majority Creditors to the Fee Committee* [D.I. 12415] (the "Committee Statement" and together with the Debtors' Objection and the Fee Committee's Response, the "Formal Responses"). On January 5, 2018, the Majority Creditors filed the *Reply in Support of Motion to Appoint a Representative of the Majority Creditors to the Fee Committee* [D.I. 12423] (the "Reply"[3]) in reply to the Formal Responses and in further support of the relief requested in the Motion.

---

[3] On January 5, 2018, the Majority Creditors also filed a declaration in support of the Reply. *See* D.I. 12424.

At the January 8th Hearing, the Court heard and considered the statements and arguments of counsel to each of the Majority Creditors, the Debtors, the Fee Committee, the EFH Creditors' Committee, and the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") in connection with the Motion, the Formal Responses, and the Reply. Following argument, on the record of the January 8th Hearing the Court (i) granted, in part, and denied, in part, the Motion for the reasons set forth on the record of the January 8th Hearing, and (ii) directed the parties to prepare and submit a proposed form of order consistent with the Court's rulings made on the record of the January 8th Hearing.

To that end, the parties have conferred concerning a proposed form of order in connection with the Motion, however, the parties have been unable to reach agreement on the form of such order. In that regard, attached hereto as **Exhibit 1** is a proposed form of order ("Order A") that each of the Debtors, the Fee Committee, and the U.S. Trustee believes is most consistent with the record of the January 8th Hearing and appropriate for entry. Each of the Debtors, the Fee Committee, and the U.S. Trustee *do not object to entry of Order A*. Based on information and belief, the Debtors believe the Majority Creditors and the EFH Creditors' Committee do object to entry of Order A and such parties are expected to file their own proposed form of order or orders. The Debtors, the Fee Committee, and the U.S. Trustee reserve their right with respect to any statements made by the Majority Creditors and/or the EFH Creditors' Committee in connection with such filings.

The Debtors respectfully request that the Court enter the proposed form of order that the Court believes is most consistent with the record of the January 8th Hearing at its earliest convenience.[4]

---

[4] The parties remain available should the Court wish to convene a teleconference to discuss the competing forms of order in connection with the Motion.

3

Dated: January 29, 2018
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
           defranceschi@rlf.com
           madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       edward.sassower@kirkland.com
           stephen.hessler@kirkland.com
           brian.schartz@kirkland.com
           aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
           marc.kieselstein@kirkland.com
           chad.husnick@kirkland.com
           steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors*