IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) (Jointly Administered) |
| *Debtors*.[1] | ) | |

**CERTIFICATION OF COUNSEL REGARDING STIPULATION
AND PROPOSED ORDER REGARDING CERTAIN EVIDENCE IN
<u>CONNECTION WITH CONFIRMATION</u>**

The undersigned hereby certifies as follows:

1. On September 11, 2017, the Debtors filed the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11887] (as may be further amended or modified, the "**Plan**").

2. On December 19, 2017, Shirley Fenicle, individually and as successor-in-interest to the estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, individually and as successor-in-interest to the estate of Gino Albini, and Denis Bergschneider (the "**Asbestos Objectors**"), filed their Objection to the Plan. *See Objection of Shirley Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, and Denis Bergschneider to the First Amended Joint Plan of Reorganization of*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

*Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code, dated September 11, 2017* [D.I. 12377] (the "**Objection**").

      3.      The Parties have agreed and entered into the Stipulation and Proposed Order regarding certain evidence in connection with the Confirmation Proceedings and any post-trial briefing and appeals therefrom.[2]  A copy of the Stipulation and Proposed Order is attached hereto as **Exhibit A**.

      **WHEREFORE,** the Asbestos Objectors respectfully request that the Court enter the Stipulation and Proposed Order, attached hereto as **Exhibit A**, at its earliest convenience.

Dated:  January 29, 2018　　　　　　　By:　　/s/Daniel K. Hogan_____
Wilmington, Delaware　　　　　　　　　　　　Daniel K. Hogan (DE Bar # 2814)
　　　　　　　　　　　　　　　　　　　　　HOGAN MCDANIEL
　　　　　　　　　　　　　　　　　　　　　1311 Delaware Avenue
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19806
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 656-7540
　　　　　　　　　　　　　　　　　　　　　Facsimile: (302) 656-7599
　　　　　　　　　　　　　　　　　　　　　dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate  of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, and Robert Albini. individually and as successor-in-interest to the Estate of Gino Albini, and Denis Bergschneider*

-and-

---

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Proposed Order, attached as **Exhibit A** hereto (the "**Stipulation and Proposed Order**").

Steven Kazan (admitted *pro hac vice*)
KAZAN MCCLAIN SATTERLEY
& GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, and Denis Bergschneider*

-and-

Ethan Early (admitted *pro hac vice*)
EARLY LUCARELLI SWEENEY
& MEISENKOTHEN
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for David William Fahy, David Heinzmann, Harold Bissell, Kurt Carlson, and Robert Albini, individually and as successor-in-interest to the Estate of Gino Albini*

-and-

Jonathan Ruckdeschel
(admitted *pro hac vice*)
THE RUCKDESCHEL LAW FIRM LLC
8357 Main Street
Ellicott City, MD 21043
Telephone:  410-750-7825
Facsimile: 443-583-0430

*Counsel for David Heinzmann*

-and-

Beth Gori (admitted *pro hac vice*)
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834

*Counsel for John H. Jones*