### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors. | Re: D.I. 12530 |

### AFFIDAVIT OF SERVICE OF CATHY GREER, PARALEGAL

STATE OF DELAWARE    :
                              :
NEW CASTLE COUNTY    :

    I, Cathy Greer, being duly sworn, depose and say:

    1.    I am employed by Hogan♦McDaniel, counsel to Shirley Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, and Denis Bergschneider in the above-captioned case, and I am not less than 18 years of age; and

    2.    On January 29, 2018, I caused a true and correct copy of:

        [D.I. 12530] Certification of Counsel Regarding Stipulation and Proposed Order Regarding Certain Evidence in Connection with Confirmation

to be served upon the following persons via email upon the parties listed below:

| | |
|---|---|
| Edward O. Sassower, P.C.<br>Stephen E. Hessler, Esquire<br>Aparna Yenamandra, Esquire<br>Chad J. Husnick, Esquire<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Email: esassower@kirkland.com<br>Email: shessler@kirkland.com<br>Email: chusnick@kirkland.com<br>Email: Aparna.yenamandra@kirkland.com | Daniel J. DeFranceschi, Esquire<br>Jason M. Madron, Esquire<br>Richards, Layton & Finger<br>One Rodney Square, P.O. Box 551<br>Wilmington, DE 19899<br>Email: defranceschi@rlf.com<br>Email: madron@rlf.com |
| Mark E. McKane, Esquire<br>Michael P. Esser, Esquire<br>Anna Terteryan, Esquire<br>Justin Sowa, Esquire<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>Email: mmckane@kirkland.com<br>Email: Michael.esser@kirkland.com<br>Email: anna.terteryan@kirkland.com<br>Email: Justin.sowa@kirkland.com | James H. M. Sprayregen, Esquire Marc Kieselstein, Esquire.<br>Brenton Rogers, Esquire<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>Email: Brenton.Rogers@kirkland.com<br>Email: James.Sprayregen@kirkland.com<br>Email: MKieselstein@kirkland.com |
| John P. Melko, Esquire<br>Gardere Wynne Sewell, LLP<br>Wells Fargo Plaza, Suite 3400<br>1000 Louisiana<br>Houston, TX 77002<br>Email: jmelko@gardere.com | |
| Ellen W. Slights, AUSA<br>United States Attorney's Office<br>District of Delaware<br>1007 N. Orange Street, Suite 700<br>Wilmington, DE 19801<br>Email: Ellen.slights@usdoj.gov | William P. Bowden, Esquire<br>Gregory A. Taylor, Esquire<br>Ashby & Geddes, PA<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Email: wbowden@ashby-geddes.com<br>Email: gtaylor@ashby-geddes.com |
| Mark Minuti, Esquire<br>Saul Ewing Arnstein Lehr LLP<br>222 Delaware Avenue<br>Suite 1200<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Email: mark.minuti@saul.com | Adam G. Landis, Esquire<br>Matthew B. McGuire, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street<br>Suite 1800<br>Wilmington, DE 19801<br>Email: landis@lrclaw.com<br>Email: mcguire@lrclaw.com |

| | |
|---|---|
| Jeremy W. Ryan, Esquire<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>6th Floor<br>P.O. Box 951<br>Wilmington, DE 19801<br>Email: jryan@potteranderson.com | Marc J. Phillips, Esquire<br>Manion Gaynor & Manning LLP<br>The Nemours Building<br>1007 North Orange Street<br>10th Floor<br>Wilmington, DE 19801<br>Email: mphillips@mgmlaw.com |
| Karen C. Bifferato, Esquire<br>Kelly M. Conlan, Esquire<br>Connolly Gallagher LLP<br>1000 West Street, Suite 1400<br>Wilmington, DE 19801<br>Email: kbifferato@connollygallagher.com<br>Email: kconlan@connollygallagher.com | Mark L. Desgrosseilliers, Esquire<br>Womble Carlyle Sandridge & Rice, LLP<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>Email: mdesgrosseilliers@wcsr.com |
| Pauline K. Morgan, Esquire<br>Joel A. Waite, Esquire<br>Ryan M. Bartley, Esquire<br>Andrew L. Magaziner, Esquire<br>Young Conaway Stargatt & Taylor, LLP<br>Rodney Square<br>1000 North King Street Wilmington,<br>DE 19801<br>Email: pmorgan@ycst.com<br>Email: jwaite@ycst.com<br>Email: rbartley@ycst.com<br>Email: amagaziner@ycst.com | Derek C. Abbott, Esquire<br>Andrew R. Remming, Esquire<br>Erin R. Fay, Esquire<br>Morris Nichols Arsht & Tunnell LLP<br>1201 North Market Street, Suite 1600<br>Wilmington, DE 19801<br>Email: dabbot@mnat.com<br>Email: aremming@mnat.com<br>Email: efay@mnat.com |
| Chris Simon, Esquire<br>Michael J. Joyce, Esquire Cross<br>& Simon, LLC<br>913 N. Market Street, 11th Floor<br>Wilmington, DE 19899 Email:<br>mjoyce@crosslaw.com<br>Email: csimon@crosslaw.com | Mark S. Chehi, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>One Rodney Square<br>P.O. Box 636<br>Wilmington, DE 19899<br>Email: mark.chehi@skadden.com |
| Robert K. Malone, Esquire<br>Drinker Biddle & Reath LLP<br>222 Delaware Avenue, Suite 1410 Wilmington,<br>DE 19801<br>Email: Robert.malone@dbr.com | Michael G. Busenkell, Esquire<br>Gellert Scali Busenkell & Brown, LLC<br>913 N. Market Street, 10th Floor<br>Wilmington, DE 19801<br>Email: mbusenkell@gsbblaw.com |

| | |
|---|---|
| Kathleen M. Miller, Esquire<br>Smith, Katzenstein & Jenkins LLP<br>800 Delaware Avenue, Suite 1000 P0 Box 410<br>Wilmington, DE 19899<br>Email: kmiller@skjlaw.com | Stephen M. Miller, Esquire<br>Morris James LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899<br>Email: smiller@morrisjames.com |
| Jeffrey M. Schlerf, Esquire<br>Carl Neff, Esquire<br>Fox Rothschild LLP<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801<br>Email: jschlerf@foxrothschild.com<br>Email: cneff@foxrothschild.com | Mark E. Felger, Esquire<br>Cozen O'Connor<br>1201 North Market Street, Suite 1001<br>Wilmington, DE 19801<br>Email: mfelger@cozen.com |
| Daniel K. Astin, Esquire<br>Joseph J. McMahon, Jr., Esquire Ciardi<br>Ciardi & Astin<br>1204 North King Street Wilmington, DE 19801<br>Email: dastin@ciardilaw.com<br>Email: jmcmahon@ciardilaw.com | William Chipman, Esquire<br>Mark D. Olivere, Esquire<br>Chipman & Brown, LLP<br>1007 North Orange Street, Suite 1110<br>Wilmington, DE 19801<br>Email: chipman@chipmanbrown.com<br>Email: olivere@chipmanbrown.com |
| Michael D. DeBaecke, Esquire<br>Stanley B. Tarr, Esquire Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Email: Debaecke@blankrome.com Email: Tarr@blankrome.com | Kathleen A. Murphy, Esquire<br>Buchanan Ingersoll & Rooney PC<br>919 North Market Street, Suite 150C<br>Wilmington, DE 19801<br>Email: kathleen.murphy@bipc.com |
| Kurt F. Gwynne, Esquire<br>Kimberly E.C. Lawson, Esquire<br>Reed Smith LLP<br>1201 N. Market Street, Suite 1500<br>Wilmington, DE 19801<br>Email: kgwynne@reedsmith.com<br>Email: klawson@reedsmith.com | Sarah Kam, Esquire<br>Reed Smith LLP<br>599 Lexington Avenue<br>22nd Floor<br>New York, NY 10022<br>Email: skam@reedsmith.com |
| Richard L. Schepacarter, Esquire<br>United States Department of Justice<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>2nd Floor, Suite 2207<br>Wilmington, DE 19801<br>Email: Richard.Schepacarter@usdoj.gov | Kevin M. Capuzzi, Esquire<br>Pinckney, Weidinger, Urban & Joyce LLC<br>1220 North Market Street, Suite 950<br>Wilmington, DE 19801<br>Email: kcapuzzi@pwujlaw.com |

| | |
|---|---|
| Christopher A. Ward, Esquire<br>Justin K. Edelson, Esquire<br>Shanti M. Katona, Esquire<br>Polsinelli PC<br>222 Delaware Avenue, Suite 1101<br>Wilmington, De 19801<br>Email: cward@polsinelli.com Email: jedelson@polsinelli.com<br>Email: skatona@polsinelli.com | James E. Huggett, Esquire<br>Amy D. Brown, Esquire<br>Margolis Edelstein<br>300 Delaware Avenue, Suite 800<br>Wilmington, DE 19801<br>Email: jhuggett@margolisedelstein.com<br>Email: abrown@margolisedelstein.com |
| Kramer Levin Naftalis & Frankel, LLP<br>Thomas Moers Mayer, Esquire<br>Philip Bentley, Esquire<br>Joshua K. Brody, Esquire<br>1177 Avenue of the Americas<br>New York, New York 10036<br>Email: tmayer@kramerlevin.com<br>Email: pbentley@kramerlevin.com<br>Email: jbrody@kramerlevin.com | Stephanie Wickouski, Esquire<br>Bryan Cave LLP<br>1290 Avenue of the Americas<br>New York, NY 10104-3300<br>Email: stephanie.wickouski@bryancave.com |
| Secretary of State<br>Division of Corporations<br>Franchise Tax<br>P.O. Box 898<br>Dover, DE 19903 | Hugh M. McDonald, Esquire<br>Louis A. Curcio, Esquire<br>Brett D. Goodman, Esquire<br>Troutman Sanders LLP<br>405 Lexington Avenue New York, NY 10174<br>hugh.mcdonald@troutmansanders.com<br>louis.curcio@troutmansanders.com<br>brett.goodman@troutmansnaders.com |
| Andrew M. Calamari, Esquire<br>New York Regional Office<br>Securities & Exchange Commission<br>3 World Financial Center, Suite 400<br>New York, NY 10281-1022<br>Email: NYROBankruptcy@SEC.GOV | Jeffrey L. Jonas, Esquire<br>Andrew P. Strehle, Esquire<br>Howard Siegel, Esquire<br>Brown Rudnick LLP<br>One Financial Center<br>Boston, MA 02111<br>Email: jjonas@brownrudnick.com<br>Email: astrehle@brownricnick.com<br>Email: hsiegel@brownrudnick.com |
| Edward S. Weisfelner, Esquire<br>Brown Rudnick LLP<br>Seven Times Square<br>New York, NY 10036<br>Email: eweisfelner@brownrudnick.com | Steven Kazan<br>Kazan McClaim Satterler & Greenwood<br>Jack London Market<br>55 Harrison Street, Ste. 400<br>Oakland, CA 94607<br>Email:  skazan@kazanlaw.com |

| | |
|---|---|
| Rachel Obaldo, Esquire<br>John Mark Stern, Esquire<br>Office of the Texas Attorney General<br>Bankruptcy & Collections Division<br>P. O. Box 12548<br>Austin, TX 78711-2548<br>Email: Bk-robaldo@texasattorneygeneral.gov | Russell L. Munsch, Esquire<br>Munsch Hardt Kopf & Harr, P.C.<br>3050 Frost Bank Tower<br>401 Congress Avenue<br>Austin, TX 78701-4071<br>Email: rmunsch@munsch.com |
| Hal F. Morris, Esquire<br>Ashley Flynn Bartram, Esquire<br>Bankruptcy Regulatory Section<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>Email: hal.morris@texasattorneygeneral.gov<br>Email: ashley.bartram@texasattorneygeneral.gov | Elizabeth Banda Calvo, Esquire<br>Perdue, Brandon, Fielder, Collins & Mott<br>P.O. Box 13430<br>Arlington, TX 76094-0430<br>Email: ebcalvo@pbfcm.com |
| Kevin M. Lippman, Esquire<br>Munsch Hardt Kopf & Harr, P.C.<br>500 N. Akard Street, Suite 3800<br>Dallas, TX 75201-6659<br>Email: klippman@munsch.com | Philip D. Anker, Esquire<br>George W. Shuster, Jr., Esquire<br>Wilmer Cutler Pickering Hale and Don LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Email: philip.anker@wilmerhale.com<br>Email: george.shuster@wilmerhale.com |
| Owen M. Sonik, Esquire<br>Perdue, Brandon, Fielder, Collins & Mott<br>1235 North Loop West, Suite 600<br>Houston, TX 77008<br>Email: osonik@pbfcm.com | Fredric Sosnick, Esquire<br>Ned S. Schodek, Esquire<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Email: fsosnick@shearman.com<br>Email: nschodek@shearman.com |
| Benjamin W. Loveland, Esquire<br>Wilmer Cutler Pickering Hale and Don LLP<br>60 State Street<br>Boston, MA 02109<br>Email: benjamin.loveland@wilmerhale.com | Geoffrey Gay, Esquire<br>Lloyd Gosselink Rochelle & Townsend,PC<br>816 Congress Avenue, Suite 1900<br>Austin, TX 78701<br>Email: ggay@lglawfirm.com |

| | |
|---|---|
| Michael A. McConnell, Esquire<br>Clay Taylor, Esquire<br>Katherine Thomas, Esquire<br>Kelly Hart & Hallman LLP<br>201 Main Street, Suite 2500<br>Fort Worth, TX 76102<br>Email: michael.mcconnell@kellyhart.com<br>Email: clay.taylor@kellyhart.com<br>Email: katherine.thomas@kellyhart.com | Peter S. Goodman, Esquire<br>McKool Smith<br>One Bryant Park, 47th Floor<br>New York, NY 10036<br>Email: pgoodman@mckoolsmith.com |
| Harold L. Kaplan, Esquire<br>Mark F. Hebbeln, Esquire Lars<br>A. Peterson, Esquire<br>Foley & Lardner LLP<br>321 North Clark St., Ste. 2800<br>Chicago IL 60654<br>Email: mhebbeln@foley.com<br>Email: hkaplan@foley.com<br>Email: lpeterson@foley.com | Jeffrey S. Sabin, Esquire<br>Bingham McCutchen LLP<br>399 Park Avenue<br>New York, NY 10022-4689<br>Email: jssabin@venable.com |
| Paul D. Moak, Esquire<br>McKool Smith<br>600 Travis Street, Suite 7000<br>Houston, TX 77002<br>Email: pmoak@mckoolsmith.com | Desiree M. Amador, Esquire Office<br>of the General Counsel<br>Pension Benefit Guaranty Corp.<br>1200 K Street, NW<br>Washington, DC 20005-4026<br>Email: amador.desiree@pbgc.gov |
| Julia Frost-Davies, Esquire<br>Christopher L. Carter, Esquire<br>Bingham McCutchen LLP<br>One Federal Street<br>Boston, MA 02110-1726<br>Email: julia.frost-davies@bingham.com<br>Email: christopher.carter@bingham.com | James Prince, Esquire<br>Omar J. Alaniz, Esquire<br>Thomas E. O'Brien, Esquire<br>Baker Botts LLP<br>2001 Ross Avenue<br>Dallas, TX 75201<br>Email: jim.prince@bakerbotts.com Email:<br>omar.alaniz@bakerbotts.com<br>Email: tom.obrien@bakerbotts.com |
| Edward M. King, Esquire<br>Frost Brown Todd LLC<br>400 W. Market Street, 32nd Floor Louisville,<br>KY 40202<br>Email: tking@fbtlaw.com | George N. Panagakis, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>155 North Wacker Drive, Suite 2700<br>Chicago, IL 60606<br>Email george.panagakis@skadden.com |
| Jay M. Goffman, Esquire<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>Four Times Square<br>New York, NY 10036<br>Email: jay.goffman@skadden.com | Lee Gordon, Esquire<br>McCreary, Veselka, Bragg & Allen, PC<br>P.O. Box 1269<br>Round Rock, TX 78680<br>Email: lgordon@mvbalaw.com |

| | |
|---|---|
| Alan W. Kornberg, Esquire<br>Kelly A. Cornish, Esquire Brian<br>S. Hermann, Esquire<br>Jacob A. Adlerstein, Esquire<br>Paul, Weiss, Rifkind, Wharton & Garrison<br>1285 Avenue of the Americas<br>New York, NY 10019<br>Email: akornberg@paulweiss.com<br>Email: kcornish@paulweiss.com<br>Email: bhermann@paulweiss.com<br>Email: jadlerstein@paulweiss.com | David E. Leta, Esquire<br>Snell & Wilmer LLP<br>15 West South Temple, Suite 1200<br>Salt Lake City, UT 84101<br>Email: dleta@swlaw.com |
| Richard G. Mason, Esquire<br>Emil A. Kleinhaus, Esquire Austin<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52 Street<br>New York, NY 10019<br>Email: rgmason@wlrk.com<br>Email: eakleinhaus@wlrk.com | Brad Eric Scheler, Esquire<br>Gary L. Kaplan, Esquire<br>Matthew M. Roose, Esquire<br>Fried, Frank, Harris, Schriver & Jacobson<br>One New York Plaza<br>New York, NY 10004<br>Email: brad.scheler@friedfrank.com<br>Email: gary.kaplan@friedfrank.com<br>Email: matthew.roose@friedfrank.com |
| Dennis F. Dunne, Esquire<br>Evan R. Fleck, Esquire<br>Milbank, Tweed, Hadley & McCloy LLP<br>One Chase Manhattan Plaza<br>New York, NY 10005<br>Email: efleck@milbank.com<br>Email: ddunne@milbank.com | Richard C. Pedone, Esquire<br>Amanda D. Darwin, Esquire<br>Lee Harrington, Esquire<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02110<br>Email: rpedone@nixonpeabody.com<br>Email: adarwin@nixonpeabody.com<br>Email: lharrington@nixonpeabody.com |
| William P. Weintraub, Esquire<br>Kizzy L. Jarashow, Esquire<br>Goodwin Procter LLP<br>The New York Times Building<br>620 Eighth Avenue<br>New York, NY 10018<br>Email: wweintraub@goodwinproctor.com<br>Email: kjarashow@goodwinproctor.com | Michael L. Schein, Esquire<br>Vedder Price PC<br>1633 Broadway, 47th Floor<br>New York, NY 10019<br>Email: mschein@vedderprice.com |

| | |
|---|---|
| Marshall S. Huebner, Esquire<br>Benjamin S. Kaminetzky, Esquire<br>Elliot Moskowitz, Esquire<br>Davis Polk & Wardwell LLP<br>450 Lexington Avenue<br>New York, NY 10017<br>Email: marshall.huebner@davispolk.com<br>Email: ben.kaminetzky@davispolk.com<br>Email: elliot.moskowitz@davispolk.com | John A. Harris, Esquire<br>Jason D. Curry, Esquire<br>Quarles & Brady LLP<br>Renaissance One<br>Two North Central Avenue<br>Phoenix, AZ 85004-2391<br>Email: john.harris@quarles.com<br>Email: jason.curry@quarles.com |
| Patrick L. Hughes, Esquire<br>Haynes & Boone, LLP<br>1801 Broadway Street<br>Suite 800<br>Denver, CO 80202<br>Email: Patrick.hughes@haynesboone.com | J. Christopher Shore, Esquire White<br>& Case LLP<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Email: cshore@whitecase.com |
| Daniel A. Lowenthal, Esquire<br>Craig W. Dent, Esquire<br>Patterson Belknap Webb & Tyler LLP<br>1133 Avenue of the Americas<br>New York, NY 10036<br>Email: dalowenthal@pbwt.com Email: cdent@pbwt.com | Thomas J. Moloney, Esquire<br>Sean A. O'Neal, Esquire<br>Humayun Khalid, Esquire<br>Cleary Gottlieb Steen & Hamilton LLP<br>One Liberty Plaza<br>New York, NY 10006<br>Email: tmoloney@cgsh.com<br>Email: soneal@cgsh.com<br>Email: hkhalid@cgsh.com |
| Stephen C. Stapleton, Esquire Cowles<br>& Thompson<br>Bank of America Plaza<br>901 Main Street, Suite 3900<br>Dallas, TX 75202<br>Email: sstapleton@cowlesthompson.com | Scott L. Alberino, Esquire<br>Joanna F. Newdeck, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036<br>Email: salberino@akingump.com<br>Email: jnewdeck@akingump.com |
| Thomas E. Lauria, Esquire<br>Matthew C. Brown, Esquire<br>White & Case LLP<br>200 South Biscayne Blvd., Suite 4900<br>Miami, FL 33131<br>Email: tlauria@whitecase.com<br>Email: mbrown@whitecase.com | Christine C. Ryan, Esquire<br>Holland & Knight, PC 800<br>17th Street N.W.<br>Suite 1100<br>Washington, DC 20006<br>Email: christine.ryan@hklaw.com |

| | |
|---|---|
| Ira S. Dizengoff, Esquire<br>Abid Qureshi, Esquire<br>Stephen M. Baldini, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036<br>Email: idizengoff@akingump.com<br>Email: aqureshi@akingump.com<br>Email: sbaldini@akingump.com | Donald K. Ludman, Esquire<br>Brown & Connery, LLP<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096<br>Email: dludman@brownconnery.com |
| Jeffrey R. Fine, Esquire<br>Dykema Gossett PLLC<br>1717 Main Street, Suite 4000<br>Dallas, Texas 75201<br>Email: jfine@dykema.com | Jonathan L. Howell, Esquire<br>McCathern, PLLC<br>Regency Plaza<br>3710 Rawlins, Suite 1600<br>Dallas, TX 75219<br>Email: jhowell@mccathernlaw.com |
| David Neier, Esquire<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166<br>Email: dneier@winston.com | Michael B. Schaedle, Esquire<br>Blank Rome LLP<br>One Logan Square<br>130 North 18th Street<br>Philadelphia, PA 19103<br>Email: schaedle@blankrome.com |
| Jon Chatalian, Esquire<br>Pension Benefit Guaranty Corporation<br>Office of the Chief Counsel<br>1200 K Street, NW<br>Washington, DC 20005<br>Email: Chatalian.jon@pbgc.com | John R. Ashmead, Esquire<br>Kalyan Das, Esquire<br>Arlene R. Alves, Esquire<br>Seward & Kissel LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>Email: ashmead@sewkis.com<br>Email: das@sewkis.com<br>Email: alves@sewkis.com |
| | Robert Szwajkos, Esquire<br>Curtin & Heefner LLP<br>250 Pennsylvania Avenue<br>Morrisville, PA 19067<br>Email: rsz@curtinheefner.com |

| | |
|---|---|
| J. Scott Rose, Esquire Jackson<br>Walker, LLP<br>Weston Centre<br>112 E. Pecan Street, Suite 2400<br>San Antonio, TX 78205<br>Email: srose@jw.com | Patricia Williams Prewitt, Esquire<br>Law office of Patricia Williams Prewitt<br>10953 Vista Lake Court<br>Navasota, TX 77868<br>Email: pwp@pattiprewittlaw.com |
| D. Ross Martin, Esquire<br>Keith H. Wofford, Esquire<br>Joshua Y. Sturm, Esquire<br>Ropes & Gray, LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Email: joshua.sturm@ropesgray.com<br>Email: ross.martin@ropesgray.com<br>Email: Keith.Wofford@ropesgray.com | Judy Hamilton Morse, Esquire<br>Crowe & Dunlevy, PC<br>20 North Broadway, Suite 1800<br>Oklahoma City, OK 73102<br>Email: judy.morse@crowedunlevy.com |
| Shawn M. Christianson, Esquire Buchalter<br>Nemer, PC<br>55 Second Street, 17th Floor<br>San Francisco, CA 94105-3493<br>Email: schristianson@buchalter.com | Jordan S. Blask, Esquire<br>Lara E. Shipkovitz, Esquire<br>Tucker Arensberg, PC<br>1500 One PPG Place<br>Pittsburgh, PA 15222<br>Email: jblask@tuckerlaw.com<br>Email: lshipkovitz@tuckerlaw.com |
| Jody A. Bedenbaugh, Esquire George<br>B. Cauthen, Esquire<br>Nelson Mullins Riley & Scarborough LLP<br>1320 Main Street, 17th Floor Columbia,<br>SC 29201<br>Email: jody.bedenbaugh@nelsonmullins.com<br>Email: george.cauthen@nelsonmullins.com | Christopher B. Mosley, Esquire<br>Senior Assistant City Attorney<br>City of Fort Worth<br>1000 Throckmorton Street<br>Fort Worth, TX 76102<br>Email: Chris.Mosley@fortworthtexas.gov |
| Jamie R. Welton, Esquire<br>Lackey Hershman, LLP<br>3102 Oak Lawn Avenue, Suite 777 Dallas,<br>TX 75219<br>Email: jrw@lhlaw.com | Edward Fox, Esquire<br>Polsinelli PC<br>900 Third Avenue, 21st Floor<br>New York, NY 10022<br>Email: efox@polsinelli.com |

| | |
|---|---|
| Jeanmarie Baer, Esquire<br>Perdue, Brandon, Fielder, Collins & Mott,<br>P.O. Box 8188<br>Wichita Falls, TX 76307<br>Email: jbaer@pbfcm.com | Jacob L. Newton, Esquire<br>Stutzman, Bromberg, Esserman & Plifka<br>2323 Bryan Street, Suite 2200<br>Dallas, TX 75201<br>Email: newton@sbep-law.com |

| | |
|---|---|
| James M. Peck, Esquire<br>Brett H. Miller, Esquire<br>Lorenzo Marinuzzi, Esquire<br>Todd M. Goren, Esquire<br>Samantha Martin, Esquire<br>Morrison & Foerster<br>250 W. 55th Street<br>New York, NY 10019<br>Email: jpeck@mofo.com<br>Email: bmiller@mofo.com<br>Email: lmarinuzzi@mofo.com<br>Email: tgoren@mofo.com<br>Email: smartin@mofo.com | Thomas D. Maxson, Esquire Cohen & Grigsby, P.C.<br>625 Liberty Avenue<br>Pittsburgh, PA 15222-3152<br>Email: tmaxson@cohenlaw.com |
| Michael G. Smith, Esquire<br>111 North 6th Street<br>P.O. Box 846<br>Clinton, OK 73601<br>Email: msmith@mikesmithlaw.net | Raymond H. Lemisch, Esquire<br>Klehr Harrison Harvey Branzburg LLP<br>919 Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Email: rlemisch@klehr.com |
| Ari D. Kunofsky, Esquire<br>Trial Attorneys, Tax Division<br>U. S. Department of Justice PO<br>Box 227<br>Washington, DC 20044<br>Email: ari.d.kunofsky@tax.usdoj.gov | Cole, Schotz, Meisel, Forman & Leonard<br>Norman L. Pernick, Esquire<br>J. Kate Stickles, Esquire<br>Nicholas J. Brannick, Esquire<br>500 Delaware Avenue, Suite 1410 Wilmington, DE 19801<br>Email: Kstickles@coleschotz.com<br>Email: NBrannick@coleschotz.com<br>Email: NPernick@coleschotz.com |
| Pachulski Stang Ziehl & Jones LLP<br>Laura Davis Jones, Esquire<br>Robert J. Feinstein, Esquire<br>919 N. Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 Email: ljones@pszjlaw.com<br>Email: rfeinstein@pszjlaw.com | James H. Millar, Esquire<br>Drinker Biddle & Reath LLP<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036-2714<br>Email: James.Millar@dbr.com |

| | |
|---|---|
| Peter Gilhuly, Esquire<br>Adam E. Malatesta, Esquire<br>Lathan & Watkins, LLP<br>355 South Grand Avenue<br>Los Angeles, CA 90071-1560<br>Email: peter.gilhuly@lw.com<br>Email: adam.malatesta@lw.com | Diane Wade Sanders, Esquire<br>Linebarger Goggan Blair & Sampson, LLP<br>PO Box 17428<br>Austin, TX 78760<br>Email: Austin_bankruptcy@publicans.com |

| | |
|---|---|
| Cole, Schotz, Meisel, Forman & Leonard<br>Warren A. Usatine, Esquire<br>25 Main Street<br>P.O. Box 800<br>Hackensack, NJ 07602<br>Email: Wusatine@coleschotz.com | Venable, LLP<br>Jamie L. Edmonson, Esquire<br>Daniel A. O'Brien, Esquire<br>1201 N. Market Street, Suite 1400<br>Wilmington, Delaware 19801<br>Email: jledmonson@venable.com<br>Email: daobrien@venable.com |
| John P. Dillman, Esquire<br>Linebarger Goggan Blair & Sampson, LLP<br>P.O. Box 3064<br>Houston, TX 77253<br>Email: Houston_bankruptcy@publicans.com | Davis Lee Wright, Esquire<br>Natalie D. Ramsey, Esquire<br>Mark Andrew Fink, Esquire<br>Mark B. Sheppard, Esquire<br>Montgomery, McCracken, Walker & Rhoads<br>1105 N. Market Street<br>Suite 1500<br>Wilmington, DE 19081<br>Email: nramsey@mmwr.com<br>Email: mfink@mmwr.com<br>Email: msheppard@mmwr.com<br>Email: dwright@mmwr.com |
| Christopher R. Belmonte, Esquire Pamela A. Bosswick, Esquire<br>Satterlee, Stephens, Burke & Burke, LLP<br>230 Park Avenue<br>New York, NY 10169<br>Email: cbelmonte@ssbb.com<br>Email: pbosswick@ssbb.com | Brian D. Glueckstein, Esquire<br>Andrew Dietderich, Esquire<br>Michael H. Torkin, Esquire<br>Sullivan & Cromwell LLP<br>125 Broad Street<br>New York, NY 10004<br>Email: dietdericha@sullcrom.com<br>Email: torkinm@sullcrom.com<br>Email: gluecksteinb@sullcrom.com |
| Joseph H. Huston, Jr., Esquire<br>Steven & Lee, PC<br>1105 North Market Street, Suite 700<br>Wilmington, Delaware 19801<br>Email: jhh@stevenslee.com | Michael A. Paskin, Esquire<br>Cravath, Swaine and Moore LLP<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Email: mpaskin@cravath.com |

| | |
|---|---|
| David M. Klauder, Esquire<br>Bielli & Klauder, LLC<br>1204 N. King Street<br>Wilmington, DE 19801<br>Email: dklauder@bk-legal.com | Jeff J. Marwil, Esquire<br>Mark K. Thomas, Esquire<br>Peter J. Young, Esquire<br>Proskauer Rose, LLP<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Email: jmarwil@proskauer.com Email: mthomas@proskauer.com<br>Email: pyoung@proskauer.com |
| John W. Spiegel, Esquire Seth Goldman, Esquire<br>Thomas Walper, Esquire<br>Todd J. Rosen, Esquire<br>Munger, Tolles & Olson, LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071<br>Email: Thomas.Walper@mto.com<br>Email: Todd.Rosen@mto.com<br>Email: john.spiegel@mto.com<br>Email: seth.goldman@mto.com | Michael Friedman, Esquire<br>Chapman and Cutler LLP<br>1270 Avenue of the Americas, 30th Floor<br>New York, New York 10020<br>Email: friedman@chapman.com |
| Bradley A. Robins<br>Greenhill & Co., LLC<br>Email: brobins@greenhill.com | Jonathan Goldin<br>Goldin Associates, LLC<br>Email: jegoldin@goldinassociates.com |
| Richard Levin, Esquire Jenner & Block<br>919 3rd Avenue<br>New York, NY 10022-3901<br>Email: rlevin@jenner.com | Michael L. Atchley, Esquire<br>Matthew T. Taplett, Esquire<br>Pope, Hardwicke, Christie, Schell, Kelly<br>500 West 7th Street, Suite 600<br>Fort Worth, EX 76102<br>Email: matchley@popehardwicke.com |

| | |
|---|---|
| David P. Primack, Esquire<br>McElroy, Deutsch, Mulvaney & Carpenter, LLP<br>300 Delaware Street<br>Suite 770<br>Wilmington, DE 19801<br>Email: dprimack@mdmc_law.com | Michael A. Berman, Esquire<br>Office of the General Counsel<br>Washington, DC 20549 |
| Stephen Sakonchick, II, Esquire Stephen Sakonchick II, PC<br>6502 Canon Wren Drive<br>Austin, TX 78746 | Jeffrey T. Rose, Esquire<br>Wilmington Trust FSB<br>50 South Sixth Street, Suite 1290<br>Minneapolis, MN 55402 |

| | |
|---|---|
| Ronald L. Rowland<br>Receivable Management Services PO Box 361505<br>Columbus, OH 43236 | Jason A. Starks, Esquire<br>Greg Abbott, Esquire<br>Daniel T. Hodge, Esquire<br>John B. Scott, Esquire<br>Ronald R. Del Vento, Esquire<br>Bankruptcy & Collections Division<br>P.O. Box 12548<br>Austin, TX 78711 |
| Sean Lev, Esquire<br>Office of the General Counsel<br>Federal Communications Commission<br>445 12th Street, SW<br>Washington, DC 20554 | Secretary of Treasury<br>820 Silver Lake Boulevard, Suite 100 Dover, DE 19904 |
| Daniel S. Smith<br>Senior Counsel<br>U.S. Department of Justice<br>Environmental Enforcement Section<br>Environment & Natural Resources Division<br>P.O. Box 7611, Ben Franklin Station<br>Washington, DC 20044-7611 | Hal K. Gillespie, Esq.<br>Gillespie Sanford LLP<br>4925 Greenville Ave., Suite 200<br>Dallas, Texas 75206<br>Email: hkg@gillespiesanford.com |
| Keith H. Wofford, Esquire Gregg M. Galardi, Esquire<br>D. Ross Martin, Esquire<br>Jonathan M. Agudelo, Esquire<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Email: Keith.Wofford@ropesgray.com<br>Email: Gregg.Galardi@ropesgray.com<br>Email: Ross.Martin@ropesgray.com<br>Email: Jonathan.Agudelo@ropesgray.com | Scott D. Cousins, Esquire<br>Erin R. Fay, Esquire<br>Evan T. Miller, Esquire<br>Bayard, P.A.<br>222 Delaware Avenue, Suite 900<br>Wilmington, Delaware 19801<br>Email: scousins@bayardlaw.com<br>Email: efay@bayardlaw.com<br>Email: emiller@bayardlaw.com |

| | |
|---|---|
| Jeremy W. Ryan, Esq.<br>R. Stephen McNeill, Esq.<br>Potter Anderson & Corroon LLP<br>1313 North Market Street, 6th Floor<br>P.O. Box 951<br>Wilmington, DE 19801<br>Email: jryan@potteranderson.com<br>Email: rmcneill@potteranderson.com | Fredric Sosnick, Esquire<br>Ned S. Schodek, Esquire<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022<br>Email: fsosnick@shearman.com<br>Email: ned.schodek@shearman.com |

| | |
|---|---|
| Jeffrey C. Krause, Esq.<br>Michael S. Neumeister, Esq.<br>Daniel B. Denny , Esq.<br>Gibson, Dunn & Crutcher, LLP<br>333 South Grand Avenue<br>Los Angeles, California 90071-3197<br>Email: jkrause@gibsondunn.com<br>Email: Neumeister@gibsondunn.com<br>Email: ddenny@gibsondunn.com | William E. Chipman, Jr., Esq.<br>Mark D. Olivere, Esq.<br>Chipman Brown Cicero & Cole, LLP<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Email: chipman@chipmanbrown.com<br>Email: olivere@chipmanbrown.com |
| Abbey Walsh, Esquire<br>Steven Fruchter, Esquire<br>Freshfields Bruckhaus Deringer US LLP<br>601 Lexington Avenue, 31st Floor<br>New York, NY 10022<br>Email: abbey.walsh@freshfields.com<br>Email: steven.fruchter@freshfields.com | Michael Busenkell, Esquire<br>Evan W. Rassman, Esquire<br>Gellert Scali Busenkell & Brown, LLC<br>1201 N. Orange Street, Suite 300<br>Wilmington, Delaware 19801<br>Email: mbusenkell@gsbblaw.com<br>Email: erassman@gsbblaw.com |
| EFH_DS_Discovery_Service_List@kirkland.com | |

Dated: January 30, 2018
       Wilmington, Delaware

_____
Cathy Greer

**SWORN AND SUBSCRIBED** before me this 30th day of January, 2018.

_____
Notary Public