## Exhibit A

**Ordinary Course Professional Quarterly Statement of Payments**

| OCP | Service Description | For the Postpetition Period of October 01, 2017 to December 31, 2017 | | | Aggregate Postpetition Payments Through December 31, 2017 | |
|---|---|---|---|---|---|---|
| | | Compensation for Services / Expense Reimbursement [1] | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement [1] | Total Payments |
| **Tier 1 OCP's (3-Month Rolling Average Cap of $450,000)** | | | | | | |
| Hawkins Parnell Thackston & Young LLP | Litigation - Asbestos | 160 | 53 | 160 | 16,755 | 16,755 |
| Morgan Lewis & Bockius LLP | Regulatory - FERC | 303,357 | 101,119 | 303,357 | 2,833,526 | 2,856,556 |
| **Tier 2 OCP's (3-Month Rolling Average Cap of $195,000)** | | | | | | |
| Enoch Kever | Regulatory and Legislative | 188,146 | 62,715 | 188,146 | 1,230,747 | 1,230,747 |
| Gibson Dunn & Crutcher LLP | Corporate and Litigation | 104,105 | 34,702 | 104,105 | 607,501 | 607,501 |

1.  For purposes of this report, includes aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred unless otherwise noted.