# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $825 | 10.1 | $8,332.50 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $575 | 77.90 | $44,792.50 |
| Joseph C. Barsalona II | Associate | 2014 | Bankruptcy | $410 | 7.8 | $3,198.00 |
| Christopher M. DeLillo | Associate | 2017 | Bankruptcy | $320 | 2.1 | $672.00 |
| Brian S. Yu | Associate | 2017 | Bankruptcy | $295 | 2.0 | $590.00 |
| Total | | | | | 99.9 | $57,585.00 |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 17 | Bankruptcy | $250 | 24.3 | $6,075.00 |
| Ann Jerominski | Paralegal | 17 | Bankruptcy | $250 | 4.8 | $1,200.00 |
| M. Lynzy McGee | Paralegal | 1 | Bankruptcy | $250 | 0.3 | $75.00 |
| Rebecca V Speaker | Paralegal | 16 | Bankruptcy | $250 | 1.2 | $300.00 |
| Tesia S. Smith | Case Management Assistant | 2 | Bankruptcy | $135 | 0.4 | $54.00 |
| Total | | | | | 31.0 | $7,704.00 |
| | | | | **Total Fees** | | **$65,289.00** |