# EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $406.80 |
| Conference Calling | $25.23 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $258.32 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $302.10 |
| Long distance Telephone Charges | $0.50 |
| Messenger and Delivery Service | $45.53 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $217.30 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$1,255.78** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $7.68 |
| Conference Calling | $0.48 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $4.87 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $5.70 |
| Long distance Telephone Charges | $0.01 |
| Messenger and Delivery Service | $0.85 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $4.10 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$23.69** |

RLF1 18816866v.1

## EFH - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $0.00 |
| Business Meals | $353.07 |
| Conference Calling | $21.90 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $224.20 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $262.20 |
| Long distance Telephone Charges | $0.43 |
| Messenger and Delivery Service | $39.51 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $188.60 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$1,089.91** |