# EXHIBIT D

**Detailed Description of Expenses and Disbursements**



# RICHARDS LAYTON & FINGER

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

Tax I.D. No.:  51-0226371

January 22, 2018
Invoice 557779
Page 1
Client #  740489
Matter #  180326

---

For disbursements incurred through December 31, 2017
relating to  EFH - Restructuring Advice

OTHER CHARGES:

| | |
|---|---:|
| Business Meals | $767.54 |
| Conference Calling | $47.60 |
| Document Retrieval | $487.40 |
| Filing Fees/Court Costs | $570.00 |
| Long distance telephone charges | $0.94 |
| Messenger and delivery service | $85.90 |
| Overtime | n/c |
| Photocopying/Printing | $410.00 |
| 1,706 @ $.10 pg / 2,394 @ $.10 pg | |

| | |
|---|---:|
| Other Charges | $2,369.38 |

| | |
|---|---:|
| TOTAL DUE FOR THIS INVOICE | **$2,369.38** |
| BALANCE BROUGHT FORWARD | $2,686.10 |
| **TOTAL DUE FOR THIS MATTER** | **$5,055.48** |

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701
www.rlf.com

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 22, 2018
Invoice 557779
Page 46
Client #  740489

Client:  Energy Future Holdings Corp., et al.

Matter:  EFH - Restructuring Advice
Case Administration - ALL
Plan of Reorganization/Disclosure Statement - EFH
Claims Administration - ALL
Claims Administration - EFH
Claims Administration - EFIH
Court Hearings - ALL
Court Hearings - EFH
General Corporate/Real Estate - EFH
Schedules/SOFA/U.S. Trustee Reports - ALL
Litigation/Adversary Proceedings - EFH
Retention of Others - ALL
Retention of Others - EFH
RLF Fee Applications - ALL
Fee Applications of Others - ALL
Fee Applications of Others - EFH
Fee Applications of Others - EFIH

| Date | Description | | Summary Phrase |
|------|-------------|---|----------------|
| 12/01/17 | Richards Layton and Finger/US TRUSTEE Messenger and delivery charges | | MESS |
| | | Amount =  $6.45 | |
| 12/01/17 | Messenger and delivery | | MESS |
| | | Amount =  $5.40 | |
| 12/01/17 | Messenger and delivery | | MESS |
| | | Amount =  $5.40 | |
| 12/01/17 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 12/01/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/01/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

January 22, 2018
Invoice 557779
Page 47

Client # 740489

| Date | Description | | Code |
|------|-------------|---|------|
| 12/01/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/01/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/01/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/01/17 | Printing | | DUP |
| | | Amount = $1.60 | |
| 12/01/17 | Printing | | DUP |
| | | Amount = $0.80 | |
| 12/01/17 | Printing | | DUP |
| | | Amount = $3.20 | |
| 12/01/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/01/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/01/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/01/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/01/17 | Printing | | DUP |
| | | Amount = $1.00 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |

Energy Future Competitive Holdings Co.                                January 22, 2018
Texas Competitive Electric Holdings Co.                               Invoice 557779
1601 Bryan Street                                                     Page 48
Dallas TX  75201

                                                                      Client #  740489

| 12/04/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount =  $2.80 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount =  $1.20 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 22, 2018
Invoice 557779
Page 49

Client #  740489

| Date | Description | | Code |
|------|-------------|---|------|
| 12/04/17 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 12/04/17 | Printing | | DUP |
| | | Amount =  $0.50 | |
| 12/04/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/05/17 | 912124464903 Long Distance | | LD |
| | | Amount =  $0.28 | |
| 12/05/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 12/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/05/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/05/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/05/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/05/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |

Energy Future Competitive Holdings Co.                                January 22, 2018
Texas Competitive Electric Holdings Co.                               Invoice 557779
1601 Bryan Street                                                     Page 50
Dallas TX  75201
                                                                      Client #  740489

| | | | |
|---|---|---|---|
| 12/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 12/05/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/05/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/05/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/05/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/05/17 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 12/05/17 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 12/05/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/05/17 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 12/05/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/05/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/05/17 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 12/06/17 | Photocopies | | DUP |
| | | Amount =  $96.40 | |
| 12/06/17 | Messenger and delivery | | MESS |
| | | Amount =  $5.40 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount =  $1.50 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |

Energy Future Competitive Holdings Co.                                    January 22, 2018
Texas Competitive Electric Holdings Co.                                   Invoice 557779
1601 Bryan Street                                                         Page 51
Dallas TX  75201

Client #  740489

| 12/06/17 | PACER | | DOCRETRI |
|----------|-------|--------------------|----------|
|          |       | Amount =  $0.60    |          |
| 12/06/17 | PACER | | DOCRETRI |
|          |       | Amount =  $0.20    |          |
| 12/06/17 | PACER | | DOCRETRI |
|          |       | Amount =  $0.50    |          |
| 12/06/17 | PACER | | DOCRETRI |
|          |       | Amount =  $0.50    |          |
| 12/06/17 | PACER | | DOCRETRI |
|          |       | Amount =  $0.30    |          |
| 12/06/17 | PACER | | DOCRETRI |
|          |       | Amount =  $0.40    |          |
| 12/06/17 | PACER | | DOCRETRI |
|          |       | Amount =  $0.40    |          |
| 12/06/17 | PACER | | DOCRETRI |
|          |       | Amount =  $0.80    |          |
| 12/06/17 | PACER | | DOCRETRI |
|          |       | Amount =  $0.40    |          |
| 12/06/17 | PACER | | DOCRETRI |
|          |       | Amount =  $0.40    |          |
| 12/06/17 | PACER | | DOCRETRI |
|          |       | Amount =  $0.20    |          |
| 12/06/17 | PACER | | DOCRETRI |
|          |       | Amount =  $0.60    |          |
| 12/06/17 | PACER | | DOCRETRI |
|          |       | Amount =  $0.10    |          |
| 12/06/17 | PACER | | DOCRETRI |
|          |       | Amount =  $0.10    |          |
| 12/06/17 | PACER | | DOCRETRI |
|          |       | Amount =  $0.10    |          |
| 12/06/17 | PACER | | DOCRETRI |
|          |       | Amount =  $0.10    |          |
| 12/06/17 | PACER | | DOCRETRI |
|          |       | Amount =  $0.10    |          |
| 12/06/17 | PACER | | DOCRETRI |
|          |       | Amount =  $0.10    |          |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

January 22, 2018
Invoice 557779
Page 52

Client # 740489

| 12/06/17 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount = $0.70 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

January 22, 2018
Invoice 557779
Page 53

Client # 740489

| 12/06/17 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount = $0.40 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $1.10 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.50 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/06/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 22, 2018
Invoice 557779
Page 54

Client #  740489

| Date | Description | | Code |
|------|-------------|---|------|
| 12/06/17 | PACER | | DOCRETRI |
| | Amount = $0.60 | | |
| 12/06/17 | PACER | | DOCRETRI |
| | Amount = $0.20 | | |
| 12/06/17 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |
| 12/06/17 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 12/06/17 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 12/06/17 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 12/06/17 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 12/06/17 | PACER | | DOCRETRI |
| | Amount = $0.40 | | |
| 12/06/17 | Printing | | DUP |
| | Amount = $26.20 | | |
| 12/06/17 | Printing | | DUP |
| | Amount = $3.10 | | |
| 12/06/17 | Printing | | DUP |
| | Amount = $9.70 | | |
| 12/06/17 | Printing | | DUP |
| | Amount = $19.50 | | |
| 12/06/17 | Printing | | DUP |
| | Amount = $0.10 | | |
| 12/06/17 | Printing | | DUP |
| | Amount = $0.10 | | |
| 12/06/17 | Printing | | DUP |
| | Amount = $0.10 | | |
| 12/06/17 | Printing | | DUP |
| | Amount = $0.10 | | |
| 12/06/17 | Printing | | DUP |
| | Amount = $0.10 | | |
| 12/06/17 | Printing | | DUP |
| | Amount = $3.90 | | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 22, 2018
Invoice 557779
Page 55

Client #  740489

| Date | Description | | | Code |
|------|-------------|---|---|------|
| 12/06/17 | Printing | | | DUP |
| | | Amount = | $0.50 | |
| 12/06/17 | Printing | | | DUP |
| | | Amount = | $12.40 | |
| 12/06/17 | Printing | | | DUP |
| | | Amount = | $1.50 | |
| 12/06/17 | Printing | | | DUP |
| | | Amount = | $0.40 | |
| 12/06/17 | Printing | | | DUP |
| | | Amount = | $4.80 | |
| 12/06/17 | Printing | | | DUP |
| | | Amount = | $1.30 | |
| 12/06/17 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/06/17 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/06/17 | Printing | | | DUP |
| | | Amount = | $0.20 | |
| 12/07/17 | Photocopies | | | DUP |
| | | Amount = | $74.20 | |
| 12/07/17 | 912124464903 Long Distance | | | LD |
| | | Amount = | $0.22 | |
| 12/07/17 | Messenger and delivery | | | MESS |
| | | Amount = | $5.40 | |
| 12/07/17 | Messenger and delivery | | | MESS |
| | | Amount = | $5.40 | |
| 12/07/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.50 | |
| 12/07/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 12/07/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 12/07/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |
| 12/07/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.80 | |
| 12/07/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 22, 2018
Invoice 557779
Page 56

Client #  740489

| 12/07/17 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =  $1.50 | |
| 12/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 12/07/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/07/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/07/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/07/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/07/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 22, 2018
Invoice 557779
Page 57

Client #  740489

| Date | Description | Amount | Code |
|---|---|---|---|
| 12/07/17 | PACER | Amount =  $0.70 | DOCRETRI |
| 12/07/17 | PACER | Amount =  $1.50 | DOCRETRI |
| 12/07/17 | PACER | Amount =  $3.00 | DOCRETRI |
| 12/07/17 | PACER | Amount =  $0.50 | DOCRETRI |
| 12/07/17 | PACER | Amount =  $0.20 | DOCRETRI |
| 12/07/17 | PACER | Amount =  $0.20 | DOCRETRI |
| 12/07/17 | PACER | Amount =  $0.20 | DOCRETRI |
| 12/07/17 | PACER | Amount =  $3.00 | DOCRETRI |
| 12/07/17 | PACER | Amount =  $0.40 | DOCRETRI |
| 12/07/17 | PACER | Amount =  $0.40 | DOCRETRI |
| 12/07/17 | Printing | Amount =  $0.10 | DUP |
| 12/07/17 | Printing | Amount =  $0.50 | DUP |
| 12/07/17 | Printing | Amount =  $1.00 | DUP |
| 12/07/17 | Printing | Amount =  $0.30 | DUP |
| 12/07/17 | Printing | Amount =  $0.70 | DUP |
| 12/07/17 | Printing | Amount =  $0.70 | DUP |
| 12/08/17 | Messenger and delivery | Amount =  $5.40 | MESS |
| 12/08/17 | Messenger and delivery | Amount =  $5.40 | MESS |

Energy Future Competitive Holdings Co.                                                    January 22, 2018
Texas Competitive Electric Holdings Co.                                                   Invoice 557779
1601 Bryan Street                                                                         Page 58
Dallas TX  75201
                                                                                          Client #  740489

| Date | Description | | Amount | Code |
|---|---|---|---|---|
| 12/08/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 12/08/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.70 | |
| 12/08/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 12/08/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 12/08/17 | Printing | | | DUP |
| | | Amount = | $0.60 | |
| 12/08/17 | Printing | | | DUP |
| | | Amount = | $0.60 | |
| 12/08/17 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/08/17 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/08/17 | Printing | | | DUP |
| | | Amount = | $7.50 | |
| 12/11/17 | JAYALAXMI, LLC: Food Service 12/11 | | | MEALSCL |
| | | Amount = | $120.00 | |
| 12/11/17 | RODNEY GRILLE: DJD | | | MEALSCL |
| | | Amount = | $47.76 | |
| 12/11/17 | FOOD FOR THOUGHT: Food Service 12/11 | | | MEALSCL |
| | | Amount = | $580.00 | |
| 12/11/17 | Messenger and delivery | | | MESS |
| | | Amount = | $5.40 | |
| 12/11/17 | Messenger and delivery | | | MESS |
| | | Amount = | $14.90 | |
| 12/11/17 | Messenger and delivery | | | MESS |
| | | Amount = | $14.90 | |
| 12/11/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 12/11/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 12/11/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.30 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 22, 2018
Invoice 557779
Page 59

Client #  740489

| Date | | | |
|---|---|---|---|
| 12/11/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/11/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/11/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/11/17 | PACER | | DOCRETRI |
| | | Amount =  $0.00 | |
| 12/11/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 12/11/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/11/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/11/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/11/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/11/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/11/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/11/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/11/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/11/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/11/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/11/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/11/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 12/11/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 22, 2018
Invoice 557779
Page 60

Client #  740489

| Date | Description | | | |
|---|---|---|---|---|
| 12/11/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 12/11/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 12/11/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.30 | |
| 12/11/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 12/11/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 12/11/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.60 | |
| 12/11/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 12/11/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 12/11/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 12/11/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |
| 12/11/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.50 | |
| 12/11/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 12/11/17 | Printing | | | DUP |
| | | Amount = | $0.30 | |
| 12/11/17 | Printing | | | DUP |
| | | Amount = | $0.30 | |
| 12/11/17 | Printing | | | DUP |
| | | Amount = | $26.20 | |
| 12/11/17 | Printing | | | DUP |
| | | Amount = | $3.10 | |
| 12/11/17 | Printing | | | DUP |
| | | Amount = | $0.40 | |
| 12/11/17 | Printing | | | DUP |
| | | Amount = | $2.00 | |

Energy Future Competitive Holdings Co.                    January 22, 2018
Texas Competitive Electric Holdings Co.                   Invoice 557779
1601 Bryan Street                                         Page 61
Dallas TX  75201
                                                          Client #  740489

| 12/11/17 | Printing | | DUP |
|---|---|---|---|
| | | Amount =  $1.80 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $1.10 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $1.30 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $0.70 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $1.80 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $1.10 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $2.00 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $3.10 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $0.70 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $26.20 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $8.00 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $0.80 | |

Energy Future Competitive Holdings Co.                          January 22, 2018
Texas Competitive Electric Holdings Co.                         Invoice 557779
1601 Bryan Street                                               Page 62
Dallas TX  75201

                                                                Client #  740489

| 12/11/17 | Printing | | DUP |
|---|---|---|---|
| | | Amount =  $0.20 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $3.20 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $1.30 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $2.40 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $0.80 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $3.20 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $0.90 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $1.60 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/11/17 | Printing | | DUP |
| | | Amount =  $3.20 | |
| 12/12/17 | GROTTO PIZZA, INC.: Food Service 12/12 | | MEALSCL |
| | | Amount =  $19.78 | |
| 12/12/17 | Document Fee Lexis Nexis E-File | | FLFEE |
| | | Amount =  $40.00 | |

Energy Future Competitive Holdings Co.　　　　　January 22, 2018
Texas Competitive Electric Holdings Co.　　　　　Invoice 557779
1601 Bryan Street　　　　　　　　　　　　　　　Page 63
Dallas TX  75201

Client #  740489

| | | | |
|---|---|---|---|
| 12/12/17 | Document Fee Lexis Nexis E-File | | FLFEE |
| | Amount = | $40.00 | |
| 12/12/17 | Document Fee Lexis Nexis E-File | | FLFEE |
| | Amount = | $40.00 | |
| 12/12/17 | Document Fee Lexis Nexis E-File | | FLFEE |
| | Amount = | $40.00 | |
| 12/12/17 | Report - Documents By Case Lexis Nexis E-File | | FLFEE |
| | Amount = | $10.00 | |
| 12/12/17 | Document Fee Lexis Nexis E-File | | FLFEE |
| | Amount = | $40.00 | |
| 12/12/17 | Document Fee Lexis Nexis E-File | | FLFEE |
| | Amount = | $40.00 | |
| 12/12/17 | Report - Daily Docket Lexis Nexis E-File | | FLFEE |
| | Amount = | $10.00 | |
| 12/12/17 | Document Fee Lexis Nexis E-File | | FLFEE |
| | Amount = | $40.00 | |
| 12/12/17 | Document Fee Lexis Nexis E-File | | FLFEE |
| | Amount = | $40.00 | |
| 12/12/17 | Report - Cases Lexis Nexis E-File | | FLFEE |
| | Amount = | $10.00 | |
| 12/12/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 12/12/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 12/12/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 12/12/17 | PACER | | DOCRETRI |
| | Amount = | $0.40 | |
| 12/12/17 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 12/12/17 | PACER | | DOCRETRI |
| | Amount = | $0.50 | |
| 12/12/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 12/12/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 22, 2018
Invoice 557779
Page 64

Client #  740489

| Date | Description | | | Code |
|---|---|---|---|---|
| 12/12/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 12/12/17 | PACER | | | DOCRETRI |
| | | Amount = | $2.40 | |
| 12/12/17 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 12/12/17 | Printing | | | DUP |
| | | Amount = | $0.20 | |
| 12/12/17 | Printing | | | DUP |
| | | Amount = | $0.30 | |
| 12/12/17 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/12/17 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/12/17 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/12/17 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/12/17 | Printing | | | DUP |
| | | Amount = | $0.20 | |
| 12/12/17 | Printing | | | DUP |
| | | Amount = | $2.20 | |
| 12/12/17 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 12/13/17 | Report - Documents By Case Lexis Nexis E-File | | | FLFEE |
| | | Amount = | $10.00 | |
| 12/13/17 | Report - Documents By Case Lexis Nexis E-File | | | FLFEE |
| | | Amount = | $10.00 | |
| 12/13/17 | Report - Cases Lexis Nexis E-File | | | FLFEE |
| | | Amount = | $10.00 | |
| 12/13/17 | Richards Layton and Finger/office of the us trustee Messenger and delivery charges | | | MESS |
| | | Amount = | $6.45 | |
| 12/13/17 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 22, 2018
Invoice 557779
Page 65

Client #  740489

| Date | | | |
|---|---|---|---|
| 12/13/17 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 12/13/17 | PACER | | DOCRETRI |
| | Amount = | $0.40 | |
| 12/13/17 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 12/13/17 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 12/13/17 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 12/13/17 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 12/13/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 12/13/17 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 12/13/17 | PACER | | DOCRETRI |
| | Amount = | $2.80 | |
| 12/13/17 | PACER | | DOCRETRI |
| | Amount = | $0.40 | |
| 12/13/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 12/13/17 | PACER | | DOCRETRI |
| | Amount = | $0.60 | |
| 12/13/17 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |
| 12/13/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 12/13/17 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 12/13/17 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 12/13/17 | PACER | | DOCRETRI |
| | Amount = | $0.40 | |
| 12/13/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 22, 2018
Invoice 557779
Page 66

Client #  740489

| 12/13/17 | Printing | | DUP |
|---|---|---|---|
| | | Amount = $20.80 | |
| 12/13/17 | Printing | | DUP |
| | | Amount = $0.40 | |
| 12/13/17 | Printing | | DUP |
| | | Amount = $0.50 | |
| 12/14/17 | PARALEGAL OT THRU 12/15/17 | | OT |
| | | Amount = $0.00 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |

Energy Future Competitive Holdings Co.                           January 22, 2018
Texas Competitive Electric Holdings Co.                          Invoice 557779
1601 Bryan Street                                                Page 67
Dallas TX  75201

                                                                Client #  740489

| 12/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount =  $1.30 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount =  $2.70 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount =  $1.20 | |
| 12/14/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/15/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/15/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/15/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/15/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/15/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/15/17 | PACER | | DOCRETRI |
| | | Amount =  $1.20 | |

Energy Future Competitive Holdings Co.                          January 22, 2018
Texas Competitive Electric Holdings Co.                         Invoice 557779
1601 Bryan Street                                               Page 68
Dallas TX  75201

                                                                Client #  740489

| 12/15/17 | PACER |               | DOCRETRI |
|          |       | Amount = $0.20 |          |
| 12/15/17 | PACER |               | DOCRETRI |
|          |       | Amount = $1.20 |          |
| 12/15/17 | PACER |               | DOCRETRI |
|          |       | Amount = $1.50 |          |
| 12/15/17 | PACER |               | DOCRETRI |
|          |       | Amount = $0.10 |          |
| 12/15/17 | PACER |               | DOCRETRI |
|          |       | Amount = $1.50 |          |
| 12/15/17 | PACER |               | DOCRETRI |
|          |       | Amount = $0.10 |          |
| 12/15/17 | PACER |               | DOCRETRI |
|          |       | Amount = $1.60 |          |
| 12/15/17 | PACER |               | DOCRETRI |
|          |       | Amount = $0.10 |          |
| 12/15/17 | PACER |               | DOCRETRI |
|          |       | Amount = $0.30 |          |
| 12/15/17 | PACER |               | DOCRETRI |
|          |       | Amount = $0.40 |          |
| 12/15/17 | PACER |               | DOCRETRI |
|          |       | Amount = $0.30 |          |
| 12/15/17 | PACER |               | DOCRETRI |
|          |       | Amount = $0.10 |          |
| 12/15/17 | PACER |               | DOCRETRI |
|          |       | Amount = $3.00 |          |
| 12/15/17 | PACER |               | DOCRETRI |
|          |       | Amount = $1.20 |          |
| 12/15/17 | PACER |               | DOCRETRI |
|          |       | Amount = $0.40 |          |
| 12/15/17 | PACER |               | DOCRETRI |
|          |       | Amount = $0.30 |          |
| 12/15/17 | PACER |               | DOCRETRI |
|          |       | Amount = $0.10 |          |
| 12/15/17 | PACER |               | DOCRETRI |
|          |       | Amount = $0.10 |          |

Energy Future Competitive Holdings Co.  
Texas Competitive Electric Holdings Co.  
1601 Bryan Street  
Dallas TX  75201

January 22, 2018  
Invoice 557779  
Page 69

Client #  740489

| Date | Description | | Code |
|------|------|------|------|
| 12/15/17 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 12/15/17 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 12/15/17 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 12/15/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 12/15/17 | PACER | | DOCRETRI |
| | Amount = | $1.20 | |
| 12/15/17 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 12/15/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 12/15/17 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 12/15/17 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 12/15/17 | PACER | | DOCRETRI |
| | Amount = | $0.40 | |
| 12/15/17 | Printing | | DUP |
| | Amount = | $0.10 | |
| 12/15/17 | Printing | | DUP |
| | Amount = | $0.10 | |
| 12/18/17 | Report - Cases Lexis Nexis E-File | | FLFEE |
| | Amount = | $10.00 | |
| 12/18/17 | Report - Cases Lexis Nexis E-File | | FLFEE |
| | Amount = | $10.00 | |
| 12/18/17 | Report - Daily Docket Lexis Nexis E-File | | FLFEE |
| | Amount = | $10.00 | |
| 12/18/17 | Report - Documents By Case Lexis Nexis E-File | | FLFEE |
| | Amount = | $10.00 | |
| 12/18/17 | Report - Documents By Case Lexis Nexis E-File | | FLFEE |
| | Amount = | $10.00 | |

Energy Future Competitive Holdings Co.        January 22, 2018
Texas Competitive Electric Holdings Co.       Invoice 557779
1601 Bryan Street                         Page 70
Dallas TX  75201

Client #  740489

| Date | Description | | Code |
|------|-------------|---|------|
| 12/18/17 | Report - Documents By Case Lexis Nexis E-File | | FLFEE |
| | | Amount = $10.00 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount = $1.80 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount = $2.60 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount = $2.20 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount = $2.50 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount = $2.00 | |

Energy Future Competitive Holdings Co.                          January 22, 2018
Texas Competitive Electric Holdings Co.                         Invoice 557779
1601 Bryan Street                                               Page 71
Dallas TX  75201

Client #  740489

| 12/18/17 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =   $3.00 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount =   $0.20 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 12/18/17 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount =   $2.50 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount =   $2.50 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount =   $1.90 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount =   $1.60 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount =   $0.70 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount =   $0.40 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount =   $3.00 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount =   $0.30 | |

Energy Future Competitive Holdings Co.       January 22, 2018
Texas Competitive Electric Holdings Co.       Invoice 557779
1601 Bryan Street       Page 72
Dallas TX  75201

       Client #  740489

| Date | Description | Amount | Code |
|---|---|---|---|
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount = $0.60 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount = $1.00 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount = $2.20 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount = $2.30 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/19/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/19/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/19/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/19/17 | Printing | | DUP |
| | | Amount = $0.20 | |
| 12/19/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/19/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/19/17 | Printing | | DUP |
| | | Amount = $0.10 | |

Energy Future Competitive Holdings Co.                          January 22, 2018
Texas Competitive Electric Holdings Co.                         Invoice 557779
1601 Bryan Street                                               Page 73
Dallas TX  75201
                                                                Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 12/20/17 | Report - Cases Lexis Nexis E-File | | FLFEE |
| | Amount = | $10.00 | |
| 12/20/17 | Report - Documents By Case Lexis Nexis E-File | | FLFEE |
| | Amount = | $10.00 | |
| 12/20/17 | PACER | | DOCRETRI |
| | Amount = | $0.10 | |
| 12/20/17 | PACER | | DOCRETRI |
| | Amount = | $2.50 | |
| 12/20/17 | PACER | | DOCRETRI |
| | Amount = | $0.70 | |
| 12/20/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 12/20/17 | PACER | | DOCRETRI |
| | Amount = | $1.80 | |
| 12/20/17 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |
| 12/20/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 12/20/17 | PACER | | DOCRETRI |
| | Amount = | $1.90 | |
| 12/20/17 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 12/20/17 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |
| 12/20/17 | PACER | | DOCRETRI |
| | Amount = | $1.20 | |
| 12/20/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 12/20/17 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 12/20/17 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 12/20/17 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

January 22, 2018
Invoice 557779
Page 74

Client # 740489

| Date | Description | | Code |
|------|-------------|---|------|
| 12/20/17 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |
| 12/20/17 | PACER | | DOCRETRI |
| | Amount = $0.30 | | |
| 12/20/17 | Printing | | DUP |
| | Amount = $0.50 | | |
| 12/20/17 | Printing | | DUP |
| | Amount = $0.10 | | |
| 12/20/17 | Printing | | DUP |
| | Amount = $2.00 | | |
| 12/21/17 | 912124464903 Long Distance | | LD |
| | Amount = $0.22 | | |
| 12/21/17 | Report - Cases Lexis Nexis E-File | | FLFEE |
| | Amount = $10.00 | | |
| 12/21/17 | Report - Documents By Case Lexis Nexis E-File | | FLFEE |
| | Amount = $10.00 | | |
| 12/21/17 | PACER | | DOCRETRI |
| | Amount = $0.20 | | |
| 12/21/17 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 12/21/17 | PACER | | DOCRETRI |
| | Amount = $2.60 | | |
| 12/21/17 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 12/21/17 | PACER | | DOCRETRI |
| | Amount = $1.80 | | |
| 12/21/17 | PACER | | DOCRETRI |
| | Amount = $0.40 | | |
| 12/21/17 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 12/21/17 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 12/21/17 | PACER | | DOCRETRI |
| | Amount = $0.70 | | |
| 12/21/17 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |

Energy Future Competitive Holdings Co.                                    January 22, 2018
Texas Competitive Electric Holdings Co.                                   Invoice 557779
1601 Bryan Street                                                         Page 75
Dallas TX  75201
                                                                          Client #  740489

| 12/21/17 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =  $3.00 | |
| 12/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 12/21/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/21/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/21/17 | PACER | | DOCRETRI |
| | | Amount =  $2.60 | |
| 12/21/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/21/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 12/21/17 | PACER | | DOCRETRI |
| | | Amount =  $2.30 | |
| 12/21/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/21/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/21/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/22/17 | Report - Cases Lexis Nexis E-File | | FLFEE |
| | | Amount =  $10.00 | |
| 12/22/17 | Report - Documents By Case Lexis Nexis E-File | | FLFEE |
| | | Amount =  $10.00 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX  75201

January 22, 2018
Invoice 557779
Page 76

Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 12/22/17 | PACER | | DOCRETRI |
| | | Amount =  $1.00 | |
| 12/22/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/22/17 | PACER | | DOCRETRI |
| | | Amount =  $2.70 | |
| 12/22/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/22/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/22/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/22/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/22/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/22/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/22/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/22/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/22/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/22/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/22/17 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 12/22/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/22/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 12/22/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/22/17 | Printing | | DUP |
| | | Amount =  $0.10 | |

Energy Future Competitive Holdings Co.                          January 22, 2018
Texas Competitive Electric Holdings Co.                         Invoice 557779
1601 Bryan Street                                               Page 77
Dallas TX  75201
                                                                Client #  740489

| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $1.30 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.70 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |

Energy Future Competitive Holdings Co.                                January 22, 2018
Texas Competitive Electric Holdings Co.                               Invoice 557779
1601 Bryan Street                                                     Page 78
Dallas TX  75201
                                                                      Client #  740489

| | | | |
|---|---|---|---|
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $1.30 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/26/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/27/17 | PARALEGAL OT THRU 12/29/17 | | OT |
| | | Amount =  $0.00 | |
| 12/27/17 | Report - Documents By Case Lexis Nexis E-File | | FLFEE |
| | | Amount =  $10.00 | |
| 12/27/17 | Report - Cases Lexis Nexis E-File | | FLFEE |
| | | Amount =  $10.00 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount =  $1.00 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount =  $2.80 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.50 | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

January 22, 2018
Invoice 557779

Page 79

Client # 740489

| | | | |
|---|---|---|---|
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount = $1.90 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount = $2.00 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount = $0.70 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount = $1.90 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount = $0.80 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |

Energy Future Competitive Holdings Co.                    January 22, 2018
Texas Competitive Electric Holdings Co.                   Invoice 557779
1601 Bryan Street                                         Page 80
Dallas TX  75201
                                                         Client #  740489

| 12/27/17 | PACER | | DOCRETRI |
|---|---|---|---|
| | | Amount =  $0.20 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount =  $1.80 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 12/27/17 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 12/27/17 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 12/28/17 | Report - Documents By Case Lexis Nexis E-File | | FLFEE |
| | | Amount =  $10.00 | |
| 12/28/17 | Report - Cases Lexis Nexis E-File | | FLFEE |
| | | Amount =  $10.00 | |
| 12/28/17 | PACER | | DOCRETRI |
| | | Amount =  $0.90 | |
| 12/28/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/28/17 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 12/28/17 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 12/28/17 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 12/28/17 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |

Energy Future Competitive Holdings Co.                                  January 22, 2018
Texas Competitive Electric Holdings Co.                                 Invoice 557779
1601 Bryan Street                                                       Page 81
Dallas TX  75201
                                                                        Client #  740489

| Date | Description | Amount | Code |
|---|---|---|---|
| 12/28/17 | PACER | | DOCRETRI |
| | Amount = $0.60 | | |
| 12/28/17 | PACER | | DOCRETRI |
| | Amount = $0.60 | | |
| 12/28/17 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 12/28/17 | PACER | | DOCRETRI |
| | Amount = $0.20 | | |
| 12/28/17 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 12/28/17 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 12/28/17 | PACER | | DOCRETRI |
| | Amount = $0.40 | | |
| 12/28/17 | PACER | | DOCRETRI |
| | Amount = $0.60 | | |
| 12/28/17 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 12/28/17 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 12/28/17 | PACER | | DOCRETRI |
| | Amount = $3.00 | | |
| 12/28/17 | PACER | | DOCRETRI |
| | Amount = $0.60 | | |
| 12/28/17 | Printing | | DUP |
| | Amount = $0.10 | | |
| 12/29/17 | 913126976907 Long Distance | | LD |
| | Amount = $0.22 | | |
| 12/29/17 | Report - Cases Lexis Nexis E-File | | FLFEE |
| | Amount = $10.00 | | |
| 12/29/17 | Report - Documents By Case Lexis Nexis E-File | | FLFEE |
| | Amount = $10.00 | | |
| 12/29/17 | PACER | | DOCRETRI |
| | Amount = $0.10 | | |
| 12/29/17 | PACER | | DOCRETRI |
| | Amount = $0.90 | | |

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas TX 75201

January 22, 2018
Invoice 557779
Page 82

Client # 740489

| Date | Description | | Code |
|---|---|---|---|
| 12/29/17 | PACER | | DOCRETRI |
| | | Amount = $0.90 | |
| 12/29/17 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 12/29/17 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 12/29/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/29/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/29/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/29/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/29/17 | Printing | | DUP |
| | | Amount = $0.10 | |
| 12/31/17 | Conference Calls for December 2017 Conference Calling | | CONFCALL |
| | | Amount = $47.60 | |
| 12/31/17 | Report - Documents By Case Lexis Nexis E-File | | FLFEE |
| | | Amount = $10.00 | |

TOTALS FOR   740489          Energy Future Holdings Corp., et al.

Expenses   $2,369.38