# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 12/11/2017 | Manhattan Bagel | Breakfast | 6 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 12/11/17 hearing | $20.00 | $120.00 |
| 12/11/2017 | Rodney Grille | Drinks | 12 | Refreshments for visiting co-counsel, client representatives, and other estate professionals in connection with 12/11/17 hearing | $3.98 | $47.76 |
| 12/11/2017 | Food for Thought | Lunch | 20 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 12/11/17 hearing | $29.00 | $580.00 |
| 12/12/2017 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member (paralegal) in connection with after-hours preparation and filing of October 2017 Monthly Operating Report (*see* D.I. 12339) | $19.78 | $19.78 |
| **TOTALS** | | | | | | **$767.54** |