**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules") and the attached certification, the undersigned counsel moves for the admission *pro hac vice* of Edward F. Berbarie of Littler Mendelson P.C., 2001 Ross Avenue, Suite 1500, Dallas, TX 75201, to represent Vistra Energy f/k/a TCEH Corp. in the above-captioned cases and any and all adversary proceedings commenced therein.

Dated:  January 30, 2018
Wilmington, Delaware

*/s/ Jason M. Madron*
Jason M. Madron (Bar No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:          madron@rlf.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Texas, and am admitted to practice before the United States District Court for the Eastern, Northern, Southern, and Western Districts of Texas, the United States Court of Appeals for the Third, Fifth, Sixth, Ninth, Tenth, and District of Columbia Circuits, and the Supreme Court of the United States, and submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of these cases.  I also certify that I am generally familiar with this Court's Local Rules and with the *Revised Standing Order for District Fund*, effective September 1, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

/s/ Edward F. Berbarie
Edward F. Berbarie
LITTLER MENDELSON P.C.
2001 Ross Avenue, Suite 1500
Dallas, Texas 75201
Telephone:    (214) 880-8100
Facsimile:    (214) 880-0181
Email:          eberbarie@littler.com