# EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
| --- | --- | --- |
| [ALL] BK Retention and Fee Applications | 0.2 | $70.00 |
| [ALL] Case Administration | 1.3 | $315.00 |
| [ALL] Hearings | 1.9 | $665.00 |
| [ALL] Plan and Disclosure Statements | 1.8 | $630.00 |
| [ALL] Non-BK Retention and Fee Applications | 1.4 | $490.00 |
| [ALL] Contested Matters & Adv. Proceed. | 0.3 | $105.00 |
| [EFH] Contested Matters & Adv Proceed. | 0.3 | $105.00 |
| **Total** | **7.2** | **$2,380.00** |