## EXHIBIT B

**[Attorney and Paraprofessional Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 6.5 | $2,275.00 |
| Alyssa Carrillo | Paralegal | *Not Admitted | Litigation Support | $150.00 | 0.7 | $105.00 |
| **Total** | | | | | **7.2** | **$2,380.00** |