**EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| Delivery Services / Messengers - Reliable | $12.20 |
| **Total** | **$12.20** |
|  |  |