# **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---:|
| 12-01-2017 | Delivery Services / Messengers | Reliable | $6.25 |
| 12-01-2017 | Delivery Services / Messengers | Reliable | $5.95 |
| **TOTAL** | | | **$12.20** |
| | | | |