IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Ref. Docket No. 12536** |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    )
                     ) ss.:
COUNTY OF NEW CASTLE )

*Lenecia Johnson*, being duly sworn, deposes and says:

1. I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. (Production Center), located at 230 N. Market Street, Wilmington, DE 19801. I am an authorized representative of Parcels, Inc.

2. On January 30, 2018, I caused to be served a letter from J. Noah Hagey to The Honorable Christopher S. Sontchi regarding Docket Nos. 12528 and 12529, dated January 30, 2018, by causing true and correct copies to be enclosed in postage pre-paid envelopes and delivered by first class mail, unless otherwise indicated, to the parties on the service list attached hereto as Exhibit A.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryant Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax Identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[signature]

SWORN TO AND SUBSCRIBED before me
this 31st day of January, 2018.

[signature: Lilly Elise Van Dyk]
Notary Public

[Notary Seal: LILLY ELISE VAN DYK, MY COMMISSION EXPIRES April 20, 2019, NOTARY PUBLIC, STATE OF DELAWARE]