# EXHIBIT

# A

## V<small>IA</small> H<small>AND</small> D<small>ELIVERY</small>

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
JENNIFER HOOVER, ESQUIRE
WILLIAM M. ALLENMAN, JR., ESQUIRE
222 DELAWARE AVENUE, SUITE 801
WILMINGTON, DE 19801

BIELLI & KLAUDER LLC
ATTN: DAVID M KLAUDER ESQUIRE
CORY P STEPHENSON ESQU I R E
1204 N KING STREET
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L.SCHEPACARTER, ESQUIRE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207
LOCKBOX #35
WILMINGTON, DE 19801

REED SMITH LLP
ATTN: KURT F. GWYNNE, ESQUIRE
KIMBERLY ELLEN CONNOLLY LAWSON, ESQUIRE
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

ASHBY & GEDDES PA
ATTN: WILLIAM BOWDEN, ESQUIRE
GREGORY TAYLOR ESQUIRE
PO BOX 1150
WILMINGTON, DE 19899

MONTGOMERY MCCRACKEN RHOADES
& WALKER LLP
ATTN: NATALIE RAMSAY, ESQUIRE
DAVIS LEE WRIGHT, ESQUIRE
MARK FINK, ESQUIRE
SIDNEY S. LIEBESMAN, ESQUIRE
1105 N. MARKET STREET, 15TH FLOOR
WILMINGTON, DE 19801

POLSINELLI PC
ATTN: CHRISTOPHER WARD, ESQUIRE
JUSTIN EDELSON, ESQUIRE
SHANTI KATONA, ESQUIRE
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

RICHARDS LAYTON & FINGER, PA
ATTN: MARK D. COLLINS, ESQUIRE
DANIEL DEFRANCESCHI, ESQUIRE
JASON M. MADRON, ESQUIRE
920 N. KING STREET
WILMINGTON, DE 19801

# VIA FIRST CLASS MAIL

| | |
|---|---|
| ABRAMS & BAYLISS LLP<br>KEVIN G ABRAMS, ESQUIRE<br>JOHN M SEAMAN, ESQUIRE<br>20 MONTCHANIN RD STE 200<br>WILMINGTON, DE 19807 | AKERMAN LLP<br>ATTN: ANDREA S HARTLEY, ESQUIRE<br>98 SE 7TH ST STE 1100<br>MIAMI, FL 33131 |
| ALDINE INDEPENDENT SCHOOL DISTRICT<br>ATTN: COURTENEY F HARRIS ESQUIRE<br>14910 ALDINE WESTFIELD RD<br>HOUSTON, TX 77032 | AMERICAN STOCK TRANSFER<br>& TRUST CO LLC<br>ATTN: PAUL KIM, ESQUIRE<br>6201 15TH AVE<br>BROOKLYN, NY 11219 |
| AMERIC AMERICAN STOCK TRANSFER<br>& TRUST CO LLC<br>ATTN: GENERAL COUNSEL<br>6201 15TH AVE<br>BROOKLYN, NY 11219 | BARNES & THORNBURG LLP<br>ATTN: DAVID M POWLEN ESQUIRE<br>1000 N WEST ST STE 1500<br>WILMINGTON, DE 19801 |
| BAKER BOTTS LLP<br>ATTN: JAMES PRINCE, ESQUIRE<br>OMAR J ALANIZ, ESQUIRE<br>2001 ROSS AVE<br>DALLAS, TX 75201-2980 | BALLARD SPAHR LLP<br>ATTN: MATTHEW G SUMMERS ESQUIRE<br>919 N MARKET ST 11TH FL<br>WILMINGTON, DE 19801 |
| BARNES & THORNBURG LLP<br>ATTN: KEVIN G COLLINS ESQUIRE<br>1000 N WEST ST STE 1500<br>WILMINGTON, DE 19801 | BARNES & THORNBURG LLP<br>ATTN: KEVIN C DRISCOLL JR ESQUIRE<br>1 N WACKER DR STE 4400<br>CHICAGO, IL 60606-2833 |
| BAYARD PA<br>ATTN: NEIL GLASSMAN ESQUIRE<br>222 DELAWARE AVE STE 900<br>WILMINGTON, DE 19801 | BAYARD PA<br>ATTN: SCOTT D COUSINS, ESQUIRE<br>ERIN R FAY, ESQUIRE<br>EVAN T MILLER, ESQUIRE<br>222 DELAWARE AVE STE 900<br>WILMINGTON, DE 19801 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP<br>ATTN: KEVIN M. CAPUZZI, ESQUIRE<br>222 DELAWARE AVE STE 801<br>WILMINGTON, DE 19801-1611 | BLANK ROME LLP<br>ATTN: MICHAEL B SCHAEDLE ESQUIRE<br>130 N 18TH ST (ONE LOGAN SQUARE)<br>PHILADELPHIA, PA 19103-6998 |
| BLANK ROME LLP<br>ATTN: MICHAEL DEBAECKE, ESQUIRE<br>STANLEY TARR, ESQUIRE<br>1201 MARKET ST STE 800<br>WILMINGTON, DE 19801 | BROWN RUDNICK LLP<br>ATTN: EDWARD WEISFELNER ESQUIRE<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 |
| BROWN & CONNERY LLP<br>ATTN: DONALD K LUDMAN, ESQUIRE<br>6 NORTH BROAD ST STE 100<br>WOODBURY, NJ 08096 | BROWN RUDNICK LLP<br>ATTN: HOWARD SIEGEL, ESQUIRE<br>185 ASLYUM STREET<br>HARTFORD, CT 06103 |
| BROWN RUDNICK LLP<br>ATTN: JEFFREY JONAS, ESQURE<br>ANDREW STREHLE, ESQUIRE<br>ONE FINANCIAL CENTER<br>BOSTON, MA 02111 | BROWN RUDNICK LLP<br>ATTN: JEREMY B. COFFEY, ESQUIRE<br>SEVEN TIMES SQUARE<br>NEW YORK, NY 10036 |

| | |
|---|---|
| BRYAN CAVE LLP<br>ATTN: STEPHANIE WICKOUSKI, ESQUIRE<br>LAITH J. HAMDAN, ESQUIRE<br>1290 6TH AVENUE, #33<br>NEW YORK, NY 10104-3300 | BRYAN CAVE LLP<br>ATTN: ROBERT E. PEDERSEN, ESQUIRE<br>1290 6TH AVENUE, #33<br>NEW YORK, NY 10104-3300 |
| BUCHANAN INGERSOLL & ROONEY PC<br>ATTN: KATHLEEN A. MURPHY, ESQUIRE<br>919 N. MARKET STREET, SUITE 1500<br>WILMINGTON, DE 19801 | CADWALDER WICKERSHAM & TAFT LLP<br>ATTN: HOWARD HAWKINS, JR., ESQUIRE<br>ELLEN M. HALSTEAD, ESQUIRE<br>MICHELE MAMAN, ESQUIRE<br>THOMAS J. CURTIN, ESQUIRE<br>200 LIBERTY STREET<br>NEW YORK, NY 10281 |
| CHADBOURNE & PARKE LLP<br>ATTN: HOWARD DEIFE, ESQUIRE<br>DAVID M. LEMAY, ESQUIRE<br>CHRISTY RIVERIA, ESQUIRE<br>1301 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019-6002 | BUCHALTER NEMER, PLC<br>ATTN: SHAWN M. CHRISTIANSON, ESQUIRE<br>55 SECOND STREET, SUITE 1700<br>SAN FRANCISCO, CA 94105-3493 |
| CIARDI CIARDI & ASTIN<br>ATTN: D. ASTIN, ESQUIRE<br>J. MCLAUGHLIN, JR., ESQUIRE<br>J. MCMAHON, JR., ESQUIRE<br>1204 N. KING STREET<br>WILMINGTON, DE 19801 | CITIBANK N.A.<br>ATTN: OWEN COYLE, ESQUIRE<br>1615 BRETT ROAD, OPS III<br>NEW CASTLE, DE 19720 |
| CITIBANK N.A.<br>ATTN: ZORI MIGLIORINI, ESQUIRE<br>388 GREENWICH STREET, 21ST FLOOR<br>NEW YORK, NY 10013 | CITIBANK N.A.<br>ATTN: ERIC O' LIGAN, VICE PRESIDENT<br>388 GREENWICH STREET, 32ND FLOOR<br>NEW YORK, NY 10013 |
| CITIBANK N.A.<br>BANK LOAN SYNDICATIONS DEPARTMENT<br>1615 BRETT ROAD, BUILDING III<br>NEW CASTLE, DE 19720<br>CITIBANK N.A.<br>ATTN: RYAN FALCONER<br>388 GREENWICH STREET<br>NEW YORK, NY 10013 | COZEN O'CONNOR<br>ATTN: MARK E. FELGER, ESQUIRE<br>1201 NORTH MARKET STREET, SUITE 1001<br>WILMINGTON, DE 19801<br>CITY OF FORTH WORTH<br>ATTN: CHRISTOPHER B. MOSLEY, ESQUIRE<br>1000 THROCKMORTON STREET<br>FORT WORTH, TX 76102 |
| CLEARLY GOTTLIEB STEIN & HAMILTON LLP<br>ATTN: THOMAS MOLONEY, ESQUIRE<br>SEAN O'NEAL, ESQUIRE<br>HUMAYUN KHALID, ESQUIRE<br>ONE LIBERTY PLAZA<br>NEW YORK, NY 10006 | COHEN & GRIGSBY, PC<br>ATTN: THOMAS D. MAXSON, ESQUIRE<br>625 LIBERTY AVENUE<br>PITTSBURGH, PA 15222-3152 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF<br>THE STATE OF TEXAS<br>OFFICE OF THE TEXAS ATTORNEY GENERAL<br>BANKRUPTCY & COLLECTIONS DIVISION<br>ATTN: RACHEL OBALDO, ESQUIRE<br>JOHN MARK STERN, ESQUIRE<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | COMPUTERSHARE TRUST COMPANY NA<br>ATTN: MICHAEL A. SMITH, VP<br>2950 EXPRESS DRIVE S, SUITE 210<br>ISLANDIA, NY 11749 |
| COMPUTERSHARE TRUST OF CANADA<br>ATTN: ALESSANDRA PANSERA, ESQUIRE<br>1500 ROBERT-BOURASSA BLVD, 7TH FLOOR<br>MONTREAL, QC H3A 3S8<br>CANADA | COWELS & THOMPSON<br>ATT: STEPHEN C. STAPLETON, ESQUIRE<br>BANK OF AMERICA PLAZA<br>901 MAIN STREET, SUITE 3900<br>DALLAS, TX 75202 |

{FG-W0434453.}

| | |
|---|---|
| CSC TRUST COMPANY OF DELAWARE<br>ATTN: SANDRA E. HORWITZ, MANAGING DIRECTOR<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE 19808 | DAVIS POLK & WARDWELL LLP<br>ATTN: MARSHALL HUEBNER, ESQUIRE<br>BENJAMIN KAMINETZKY, ESQUIRE<br>ELLIOTT MOSKOWITZ, ESQUIRE<br>DAMON MEYER, ESQUIRE<br>450 LEXINGTON AVENUE<br>NEW YORK, NY 10017 |
| DECHERT LLP<br>ATTN: MICHAEL J. SAGE, ESQUIRE<br>ANDREW C. HARMEYER, ESQUIRE<br>1095 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6797 | DECHERT LLP<br>ATTN: G. ERIC BRUNSTAD, JR., ESQUIRE<br>90 STATE HOUSE SQUARE<br>HARTFORD, CT 06103-3702 |
| DEUTSCH BANK<br>ATTN: MARCUS M. TARKINGTON, ESQUIRE<br>60 WALL STREET (NYCC60-0266)<br>NEW YORK, NY 10005-2836 | DLA PIPER LLP (US)<br>ATTN: ASHLEY R. ALTSCHULER, ESQUIRE<br>R. CRAIG MARTIN, ESQUIRE<br>1201 N. MARKET STREET, SUITE 2100<br>WILMINGTON, DE 19801 |
| DORSEY & WHITNEY LLP<br>ATTN: ERIC LOPEZ SCHNABEL, ESQUIRE<br>ROBERT W. MALLARD, ESQUIRE<br>ALESSANDRA GLORIOSO, ESQUIRE<br>300 DELAWARE AVENUE, SUITE 1010<br>WILMINGTON, DE 19801 | DRINKER BIDDLE & REATH LLP<br>ATTN: ROBERT K. MALONE, ESQUIRE<br>222 DELAWARE AVENUE, SUITE 1410<br>WILMINGTON, DE 19801-1621 |
| DYKEMA GOSSETT PLLC<br>ATTN: JEFFREY R. FINE, ESQUIRE<br>1717 MAIN STREET, SUITE 4200<br>DALLAS, TX 75201 | EMC CORPORATION<br>ATTN: RONALD L. ROWLAND, ESQUIRE, AGENT<br>305 FELLOWSHIP ROAD, SUITE 100<br>MOUNT LAUREL, NJ 08054-1232 |
| ENERGY FUTURE HOLDINGS CORP.<br>ATTN: ANDREW M. WRIGHT, ESQUIRE<br>1601 BRYAN STREET, 43RD FLOOR<br>DALLAS, TX 75201 | EVERSHEDS SUTHERLAND (US) LLP<br>ATTN: LINO MENDILA III, ESQUIRE<br>ONE AMERICAN CENTER<br>600 CONGRESS AVENUE, SUITE 2000<br>AUSTIN, TX 78701 |
| FOLEY & LARDNER LLP<br>ATTN: HAROLD KAPLAN, ESQUIRE<br>MARK HEBBELN, ESQUIRE<br>LARS PETERSON, ESQUIRE<br>321 N. CLARK STREET, SUITE 2800<br>CHICAGO, IL 60654-5313 | FOX ROTHSCHILD LLP<br>ATTN: JEFFREY SCHLERF, ESQUIRE<br>L. JOHN BIRD, ESQUIRE<br>919 N. MARKET STREET, SUITE 300<br>WILMINGTON, DE 19801 |
| FOX ROTHSCHILD LLP<br>ATTN: JEFFREY M. SCHLERF, ESQUIRE<br>CARL NEFF, ESQUIRE<br>919 N. MARKET STREET, SUITE 300<br>WILMINGTON, DE 19801 | FRANKGECKER LLP<br>ATTN: JOSEPH D. FRANK, ESQUIRE<br>REED HEILIGMAN, ESQUIRE<br>325 N. LASALLE STREET, SUITE 625<br>CHICAGO, IL 60654 |
| FRANKGECKER LLP<br>ATTN: FRANCES GECKER, ESQUIRE<br>325 N. LASALLE STREET, SUITE 625<br>CHICAGO, IL 60654 | GELLERT SCALI BUSENKELL & BROWN LLC<br>ATTN: MICHAEL G. BUSENKELL, ESQUIRE<br>1201 N. ORANGE STREET, SUITE 300<br>WILMINGTON, DE 19801 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP<br>ATTN: BRAD E. SCHELER, ESQUIRE<br>GARY L. KAPLAN, ESQUIRE<br>MATTHEW M. ROOSE, ESQUIRE<br>1 NEW YORK PLAZA<br>1 FDR DRIVE<br>NEW YORK, NY 10004 | GARDERE WYNNE SEWELL LLP<br>ATTN: JOHN P. MELKO, ESQUIRE<br>MICHAEL K. RIORDAN, ESQUIRE<br>1000 LOUISIANA, SUITE 3400<br>HOUSTON, TX 77002 |

| | |
|---|---|
| GAY MCCALL ISAACKS GORDON & ROBERTS PC<br>ATTN: DUSTIN L. BANKS, ESQUIRE<br>1919 S SHILO ROAD, SUITE 310 LB 40<br>GARLAND, TX 75042 | GAY MCCALL ISAACKS GORDON & ROBERTS PC<br>ATTN: DAVID MCCALL, ESQUIRE<br>777 E. 15TH STREET<br>PLANO, TX 75074 |
| GLAST PHILLIPS & MURRAY PC<br>ATTN: JONATHAN L. HOWELL, PLLC<br>14801 QUORUM DRIVE, SUITE 500<br>DALLAS, TX 75254 | GOODWIN PROCTOR LLP<br>ATTN: WILLIAM WEINTRAUB, ESQUIRE<br>THE NEW YORK TIMES BUILDING<br>620 EIGHTH AVENUE<br>NEW YORK, NY 10018 |
| HAYNES & BOONE LLP<br>ATTN: PATRICK L. HUGES, ESQUIRE<br>1221 MCKINNEY STREET, SUITE 2100<br>HOUSTON, TX 77010 | GREER HERZ & ADAMS LLP<br>ATTN: ANDREW J. MYTELKA, ESQUIRE<br>MICHAEL ADAMS, ESQUIRE<br>J. SCOTT ANDREWS, ESQUIRE<br>JAMES M. ROQUEMORE, ESQUIRE<br>1 MOODY PLAZA, 18TH FLOOR<br>GALVESTON, TX 77550 |
| HINCKLEY ALLEN<br>ATTN: JENNIFER V. DORAN, ESQUIRE<br>28 STATE STREET<br>BOSTON, MA 02109 | HAYNES AND BOONE LLP<br>ATTN: TREVOR HOFFMAN, ESQUIRE<br>30 ROCKEFELLER CENTER, 26TH FLOOR<br>NEW YORK, NY 10112 |
| HOGAN MCDANIEL<br>ATTN: GARVIN F. MCDANIEL, ESQUIRE<br>1311 DELAWARE AVENUE<br>WILMINGTON, DE 19806 | HAYNES & BOONE LLP<br>ATTN: IAN T. PECK, ESQUIRE<br>2323 VICTORY AVENUE, SUITE 700<br>DALLAS, TX 75219 |
| HOLLAND & KNIGHT LLP<br>ATTN: PHILIP EVANS, ESQUIRE<br>800 17TH STREET NW, SUITE 1100<br>WASHINGTON, DC 20006 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| INTERNAL REVENUE SERVICE<br>DEPARTMENT OF THE TREASURY<br>OGDEN, UT 84201 | JACKSON WALKER LLP<br>ATTN: J. SCOTT ROSE, ESQUIRE<br>WESTON CENTRE<br>112 E. PECAN STREET, SUITE 2400<br>SAN ANTONIO, TX 78205 |
| JACKSON WALKER LLP<br>ATTN: BRUCE J. RUZINSKY, ESQUIRE<br>MATTHEW D. CAVENAUGH, ESQUIRE<br>1401 MCKINNEY STREET, SUITE 1900<br>HOUSTON, TX 77010 | KASOWITZ BENSON TORRES LLP<br>ATTN: DAVID ROSNER, ESQUIRE<br>ANDREW GLENN, ESQUIRE<br>DANIEL FILMAN, ESQUIRE<br>1633 BROADWAY<br>NEW YORK, NY 10019 |
| KELLEY DRYE & WARREN LLP<br>ATTN: JAMES CARR, ESQUIRE<br>BENJAMIN FEDER, ESQUIRE<br>BERT SAYDAH, ESQUIRE<br>101 PARK AVENUE<br>NEW YORK, NY 10178 | KELLY HART & HALLMAN LLP<br>ATTN: MICHAEL MCCONNELL, ESQUIRE<br>CLAY TAYLOR, ESQUIRE<br>KATHERINE THOMAS, ESQUIRE<br>201 MAIN STREET, SUITE 2500<br>FORTH WORTH, TX 76102 |
| KIRKLAND & ELLIS LLP<br>ATTN: EDWARD SASSOWER, PC<br>STEPHEN HESSLER, ESQUIRE<br>BRIAN E. SCHWARTZ, ESQUIRE<br>601 LEXINGTON AVENUE<br>NEW YORK, NY 10022 | KIRKLAND & ELLIS LLP<br>ATTN: JAMES H.M. SPRAYREGEN PC<br>CHAD HUSNICK, ESQUIRE<br>STEVEN SERAJEDDINI, ESQUIRE<br>300 N. LASALLE<br>CHICAGO, IL 60654 |

| | |
|---|---|
| KLEHR HARRISON HARVEY BRANZBURG LLP<br>ATTN: RAYMON H. LEMISCH, ESQUIRE<br>919 MARKET STREET, SUITE 1000<br>WILMINGTON, DE 19801 | KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>ATTN: THOMAS MOERS MAYER, ESQUIRE<br>GREGORY A. HOROWITZ, ESQUIRE<br>JOSHUA K. BRODY, ESQUIRE<br>PHILIP BENTLEY, ESQUIRE<br>1177 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 |
| LACKEY HERSHMAN LLP<br>ATTN: JAMIE R. WELTON, ESQUIRE<br>3102 OAK LAWN AVENUE, SUITE 777<br>DALLAS, TX 75219 | LANDIS RATH & COBB LLP<br>ATTN: ADAM G. LANDIS, ESQUIRE<br>MATTHEW B. MCGUIRE, ESQUIRE<br>919 MARKET STREET, SUITE 1800<br>WILMINGTON, DE 19801 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK<br>ATTN: FRANK GODINO, VP<br>801 2ND AVENUE, ROOM 403<br>NEW YORK, NY 100017-8664 | |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT<br>ATTN: PATRICIA WILLIAMS PREWITT, ESQUIRE<br>10953 VISTA LAKE CT<br>NAVASOTA, TX 77868 | LAW OFFICES OF ROBERT E. LUNA PC<br>ATTN: DANIEL K. BEARDEN, ESQUIRE<br>4447 N. CENTRAL EXPY, PMB 271<br>DALLAS, TX 75205-3017 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: ELIZABETH WELLER, ESQUIRE<br>2777 N. STEMMONS FWY, SUITE 1000<br>DALLAS, TX 75207 | LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: JOHN P. DILLMAN, ESQUIRE<br>4828 LOOP CENTRAL DRIVE, SUITE 600<br>HOUSTON, TX 77002 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP<br>ATTN: DIANE WADE SANDERS, ESQUIRE<br>2700 VIA FORTUNA DRIVE, SUITE 400<br>AUSTIN, TX 78746 | LLOYD GOSSELINK ROCHELLE & TOWNSEND PC<br>ATTN: GEOFFREY GAY, ESQUIRE<br>816 CONGRESS AVENUE, SUITE 1900<br>AUSTIN, TX 78701 |
| LOCKE LORD LLP<br>ATTN: C. DAVIN BOLDISSAR, ESQUIRE<br>601 POYDRAS STREET, SUITE 2660<br>NEW ORLEANS, LA 70130 | LOCKE LORD LLP<br>ATTN: PHILIP EISENBERG, ESQUIRE<br>2800 JPMORGAN CHASE TOWER<br>600 TRAVIS<br>HOUSTON, TX 77002 |
| MANION GAYNOR & MANNING LLP<br>ATTN: MARC PHILLIPS, ESQUIRE<br>THE NEMOURS BUILDING<br>1007 N. ORANGE STREET, 10TH FLOOR<br>WILMINGTON, DE 19801 | MARGOLIS EDELSTEIN<br>ATTN: JAMES E.HUGGETT, ESQUIRE<br>AMY D. BROWN, ESQUIRE<br>300 DELAWARE AVENUE, SUITE 800<br>WILMINGTON, DE 19801 |
| MASLON EDELMAN BORMAN & BRAND LLP<br>ATTN: CLARK T. WHITMORE, ESQUIRE<br>ANA CHILINGARISHVLI, ESQUIRE<br>90 S. 7TH STREET, SUITE 3300<br>MINNEAPOLIS, MN 55402-4140 | MCCREARY VESELKA BRAGG & ALLEN PC<br>ATTN: LEE GORDON, ESQUIRE<br>700 JEFFREY WAY, SUITE 100<br>ROUND ROCK, TX 78665 |
| MCELROY DEUTSCH MULVANEY & CARPENTERS LLP<br>ATTN: DAVID P. PRIMACK, ESQUIRE<br>300 DELAWARE AVENUE, SUITE 770<br>WILMINGTON, DE 19801 | MCKOOL SMITH<br>ATTN: PAUL D. MOAK, ESQUIRE<br>600 TRAVIS STREET, SUITE 7000<br>HOUSTON, TX 77002 |
| MICHAEL G. SMITH, ESQUIRE<br>9857 N 2210 ROAD<br>ARAPAHO, OK 73620-2123 | MILBANK TWEED HADLEY & MCCLOY LLP<br>ATTN: DENNIS F. DUNNE, ESQUIRE<br>EVAN R. FLECK, ESQUIRE<br>28 LIBERTY STREET<br>NEW YORK, NY 10005-1413 |

{FG-W0434453.}

| | |
|---|---|
| MISSOURI DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>ATTN: STEVEN A. GINTHER, ESQUIRE<br>P.O. BOX 475<br>JEFFERSON CITY, MO 65105-0475 | MORRIS JAMES LLP<br>ATTN: STEPHEN MILLER, ESQUIRE<br>P.O. BOX 2306<br>WILM INGTON, DE 19899-2306 |
| MORGAN LEWIS & BOCKIUS LLP<br>ATTN: JULIA FROST-DAVIES, ESQUIRE<br>C. CARTER, ESQUIRE<br>ONE FEDERAL STREET<br>BOSTON, MA 02110-1726 | MORRIS NICHOLS ARSHT & TUNNELL LLP<br>ATTN: ANDREW REMMING, ESQUIRE<br>1201 N. MARKET STREET, SUITE 1600<br>WILMINGTON, DE 19801 |
| MUNGERS TOLLES & OLSON LLP<br>ATTN: THOMAS B. WALPER, ESQUIRE<br>TODD J. ROSEN, EDQUIRE<br>SETH GOLDMAN, ESQUIRE<br>JOHN W. SPIEGEL, ESQUIRE<br>350 S. GRAND AVENUE 50TH FLOOR<br>LOS ANGELES, CA 90071 | MORRISON & FOERSTER LLP<br>ATTN: JAMES PECK, ESQUIRE<br>BRETT H. MILLER, ESQUIRE<br>LORENZO MARINUZZI, ESQUIRE<br>250 W. 55TH STREET<br>NEW YORK, NY 10019 |
| MUNSCH HARDT KOPF & HARR PC<br>ATTN: KEVIN M. LIPPMAN, ESQUIRE<br>500 N. AKARD STREET, SUITE 3800<br>DALLAS, TX 75201-6659 | NAMAN HOWELL SMITH & LEE PLLC<br>ATTN: KERRY L. HALIBURTON, ESQUIRE<br>P.O. BOX 1470<br>WACO, TX 76703-1470 |
| NIXON PEABODY<br>ATTN: RICHARD C. PEDONE, ESQUIRE<br>AMANDA D. DARWIN, ESQUIRE<br>100 SUMMER STRETT<br>BOSTON, MA 02110 | NELSON MULLINS RIELY & SCARBOROUGH LLP<br>ATTN: JODY A. BEDENBAUGH, ESQUIRE<br>GEORGE B. CAUTHEN, ESQUIRE<br>1320 MAIN STREET, 17TH FLOOR<br>P.O. BOX 11070 (29211)<br>COLUMBIA, SC 29201 |
| O'KELLY & ERNST LLC<br>ATTN: MICHAEL J. JOYCE, ESQUIRE<br>901 N. MARKET STREET, 10TH STREET<br>WILMINGTON, DE 19801 | O'MELVENY & MYERS LLP<br>ATTN: GEORGE A. DAVIS, ESQUIRE<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 |
| O'MELVENY & MYERS LLP<br>ATTN: PETER FRIEDMAN, ESQUIRE<br>ANDREW SORKIN, ESQUIRE<br>1625 EYE STREET NW<br>WASHINGTON, DC 2006 | O'MELVENY & MYERS LLP<br>ATTN: DANIEL S. SHAMAH, ESQUIRE<br>7 TIMES SQUARE<br>NEW YORK, NY 10036 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL<br>ATTN: HAL F. MORRIS, ESQUIRE<br>ASHLEY BARTRAM, ESQUIRE<br>BANKRUPTCY<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 | OFFICE OF THE TEXAS ATTORNEY GENERAL<br>ATTN: HAL MORRIS, ESQUIRE<br>ASHLEY BARTRAM, ESQUIRE<br>BANKRUPTCY<br>P.O. BOX 12548<br>AUSTIN, TX 78711-2548 |
| OFFICE OF THE UNITED STATES TRUSTEE<br>U.S. FEDERAL OFFICE BUILDING<br>ATTN: ANDREA SCHWARTZ, ESQUIRE<br>201 VARICK STREET, SUITE 1006<br>NEW YORK, NY 10014 | OFFICE OF THE UNITED STATES ATTORNEY<br>ATTN: DAVID C. WEISS, ESQUIRE<br>P.O. BOX 2046<br>WILMINGTON, DE 19801 |
| PACHULSKI STANG ZIEHL & JONES LLP<br>ATTN: LAURA DAVIS JONES, ESQUIRE<br>ROBERT FEINSTEIN, ESQUIRE<br>P.O. BOX 8705<br>WILMINGTON, DE 19899 | POPE HARDWICKE CHRISTIE SCHELL KELLY<br>& RAY LLP<br>ATTN: MICHAEL L. ATCHLEY, ESQUIRE<br>MATTHEW T. TAPLETT, ESQUIRE<br>500 W. 7TH STREET, SUITE 600<br>FORTH WORTH, TX 76102 |

{FG-W0434453.}

| | |
|---|---|
| PATTERSON BELKNAP WEBB & TYLER LLP<br>ATTN: DANIEL A. LOWENTHAL, ESQUIRE<br>CRAIG W. DENT, ESQUIRE<br>BRIAN P. GUINEY, ESQUIRE<br>1133 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-6170 | PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>ATTN: ALAN KORNBERG, ESQUIRE<br>KELLEY CORNISH, ESQUIRE<br>BRIAN HERMANN, ESQUIRE<br>JACOB ALDERSTEIN, ESQUIRE<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10019 |
| PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: DESIREE M. AMADOR, ESQUIRE<br>1200 K STREET, NW<br>WASHINGTON, DC 20005-4026 | PENSION BENEFIT GUARANTY CORPORATION<br>ATTN: JON CHATALAN, ESQUIRE<br>OFFICE OF THE GENERAL COUNSEL<br>1200 K STREET, NW<br>WASHINGTON, DC 20005-4026 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: ELIZABETH BANDA CALVO, ESQUIRE<br>500 E. BORDER STREET, SUITE 640<br>ARLINGTON, TX 76010 | PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: OWEN M. SONIK, ESQUIRE<br>1235 N. LOOP WEST, SUITE 600<br>HOUSTON, TX 77008 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: JEANMARIE BAER<br>P.O. 8188<br>WICHITA FALLS, TX 76307 | PERDUE BRANDON FIELDER COLLINS & MOTT LLP<br>ATTN: JOHN T. BANKS, ESQUIRE<br>3301 NORTHLAND DRIVE, SUITE 505<br>AUSTIN, TX 78731 |
| PURDUE AWSUMB & BAUDLER PA<br>ATTN: AMY R. BAUDLER, ESQUIRE<br>4300 MARKETPOINTE DRIVE, SUITE 240<br>MINNEAPOLIS, MN 55435 | PROSKAUER ROSE LLP<br>ATTN: JEFF J. MARWIL, ESQUIRE<br>MARK K. THOMAS, ESQUIRE<br>PETER J. YOUNG, ESQUIRE<br>70 W. MADISON STREET, #3800<br>CHICAGO, IL 60602 |
| REED SMITH LLP<br>ATTN: ROBERT P. SIMONS, ESQUIRE<br>REED SMITH CENTRE<br>225 5TH AVENUE, SUITE 1200<br>PITTSBURGH, PA 15222 | QUARLES & BRADY LLP<br>ATTN: JOHN A. HARRIS, ESQUIRE<br>RENAISSANCE ONE<br>TWO N. CENTRAL AVENUE<br>PHOENIX, AZ 85004-2391 |
| REED SMITH LLP<br>ATTN: SARAH K. KAM, ESQUIRE<br>599 LEXINGTON AVENUE, 22ND FLOOR<br>NEW YORK, NY 10022 | RIDDELL WILLIAMS P.S.<br>ATTN: JOSEPH E. SHICKICH, JR., ESQUIRE<br>1001 4TH AVENUE, SUITE 4500<br>SEATTLE, WA 98154 |
| ROPES & GRAY LLP<br>ATTN: KEITH WOFFORD, ESQUIRE<br>GREGG GALARDI, ESQUIRE<br>D. ROSS MARTIN, ESQUIRE<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 | ROPES & GRAY LLP<br>ATTN: MARK R. SOMERSTEIN, ESQUIRE<br>1211 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036-8704 |
| ROSS ARONSTAM & MORITZ LLP<br>ATTN: BRADLEY ARONSTAM, ESQUIRE<br>BENJAMIN SCHLADWEILER, ESQUIRE<br>100 S. WEST STREET, SUITE 400<br>WILMINGTON, DE 19801 | SECURITIES & EXCHANGE COMMISSION<br>100 F STREET NE<br>WASHINGTON, DC 20549 |
| SATTERLEE STEPHENS BURKE & BURKE LLP<br>ATTN: CHRISTOPHER R. BELMONT, ESQUIRE<br>PAMELA A. BOSSWICK, ESQUIRE<br>230 PARK AVENUE<br>NEW YORK, NY 10169 | SAUL EWING LLP<br>ATTN: MARK MINUTI ESQUIRE<br>1201 N. MARKET STREET, 23RD FLOOR<br>WILMINGTON, DE 19801 |
| SAUL EWING LLP<br>ATTN: LUCIAN B. MURLEY, ESQUIRE<br>1201 N. MARKET STREET, 23RD FLOOR<br>WILMINGTON, DE 19801 | SCHNADER HARRISON SEGAL & LEWIS LLP<br>ATTN: RICHARD A. BARKASY, ESQUIRE<br>824 N. MARKET STREET, SUITE 800<br>WILMINGTON, DE 19801 |

SEWARD & KISSELL LLP
ATTN: JOHN ASHMEAD, ESQUIRE
KALYAN DAS, ESQUIRE
ARLENE ALVES, ESQUIRE
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATTN: MARK S. CHEHI, ESQUIRE
P.O. BOX 636
WILMINGTON, DE 19899-0636

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATTN: GEORGE N. PANAGAKIS, ESQUIRE
CARL T. TULLSON, ESQUIRE
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

SNELL & WILMER LLP
ATTN: DAVID E. LETA, ESQUIRE
15 W. SOUTH TEMPLE STREET, SUITE 1200
SALT LAKE CITY, UT 84101-1547

STEFFES VINGIELLO & MCKENZIE LLC
ATTN: NOEL STEFFES MELANCON, ESQUIRE
13702 COURSEY BLVD, BUILDING 3
BATON ROUGE, LA 70817

SULLIVAN HAZELTINE ALLINSON LLC
ATTN: ELIHU E. ALLINSON, III, ESQUIRE
901 N. MARKET STREET, SUITE 1300
WILMINGTON, DE 19801

TEXAS OFFICE OF PUBLIC UTILITY COUNSEL
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: JASON A. STARK, ASST. ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TX 78711-2548

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: RAFAEL MARTINEZ, VP-CSM
601 TRAVIS STREET, 16TH FLOOR
HOUSTON, TX 77002

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: DENNIS ROEMLEIN, ESQUIRE
601 TRAVIS STREET,
HOUSTON, TX 77702

UNITED STATES DEPARTMENT OF JUSTICE
ATTN: BRANDON ROBERS, TRIAL ATTYS
P.O. BOX 7611
WASHINGTON, DC 20044-7611

VENABLE LLP
ATTN: JEFFREY S. SABIN, ESQUIRE
1270 AVENUE OF THE AMERICAS
NEW YORK, NY 10022

SHEARMAN & STERLING LLP
ATTN: FREDERIC SOSNICK, ESQUIRE
NED S. SCHODEK, ESQUIRE
599 LEXINGTON AVENUE
NEW YORK, NY 10022

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATTN: JAY M. GOFFMAN, ESQUIRE
4 TIMES SQUARE
NEW YORK, NY 10036

SMITH KATZENSTIEN & JENKINS LLP
ATTN: KATHLEEN M. MILLER, ESQUIRE
P.O. BOX 410
WILMINGTON, DE 19899

SQUIRE SANDERS (US) LLP
ATTN: STEPEHN D. LERNER, ESQUIRE
ANDREW M. SIMON, ESQUIRE
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH 45202

SULLIVAN & CROMWELL LLP
ATTN: ANDREW G. DIETDERICH, ESQUIRE
BRIAN D. GLUECKSTEIN, ESQUIRE
MICHAEL H. TORKIN, ESQUIRE
125 BROAD STREET
NEW YORK, NY 10004

TAYLOR ENGLISH DUMA LLP
ATTN: STEPHEN C. GREENBERG, ESQUIRE
1600 PARKWOOD CIRCLE, SUITE 400
ATLANTA, GA 30339

THE UNIVERSITY OF TEXAS SYSTEM
OFFICE OF THE GENERAL COUNSEL
ATTN: TRACI L. COTTON, ESQUIRE
201 W SEVENTH STREET
AUSTIN, TX 78701

THE BANK OF NEW YORK MELON
TRUST COMPANY
ATTN: THOMAS VLAHAKIS, VP
385 RIFLE CAMP ROAD, 3RD FLOOR
WOODLAND PARK, NJ 07424

THE ROSNER LAW GROUP LLC
ATTN: FREDERICK B. ROSNER, ESQUIRE
824 N. MARKET STREET, SUITE 810
WILMINGTON, DE 19801

VENABLE LLP
ATTN: JAMIE L. EDMONSON, ESQUIRE
1201 NORTH MARKET STREET
WILMINGTON, DE 19801

WACHTELL LIPTON ROSEN & KATZ
ATTN: RICHARD MASON, ESQUIRE
EMIL KLEINHAUS, ESQUIRE
51 W 52ND STREET
NEW YORK, NY 10019

{FG-W0434453.}

| | |
|---|---|
| WEINSTEIN RADCLIFF LLP<br>ATTN: GREGORY M. WEINSTEIN, ESQUIRE<br>8350 N. CENTRAL EXPY, SUITE 1500<br>DALLAS, TX 75206 | WERB & SULLIVAN<br>ATTN: DUANE D. WERB, ESQUIRE<br>P.O. BOX 25046<br>WILMINGTON, DE 198099 |
| WHITE & CASE LLP<br>ATTN: J. CHRISTOPHER SHORE, ESQUIRE<br>GREOGORY STARNER, ESQUIRE<br>1155 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10036 | WHITE & CASE LLP<br>ATTN: THOMAS LAURIA, ESQUIRE<br>MATTHEW BROWN, ESQUIRE<br>200 S. BISCAYNE BLVD, SUITE 4900<br>MIAMI, FL 33131 |
| WHITE & CASE LLP<br>ATTN: J. CHRISTOPHER SHORE, ESQUIRE<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020 | |
| WILMER CUTLER PICKERING HALE & DORR LLP<br>ATTN: PHILIP ANKER, ESQUIRE<br>GEORGE SHUSTER, ESQUIRE<br>7 WORLD TRADE CENTER<br>205 GREENWICH STREET<br>NEW YORK, NY 10007 | WILMER CUTLER PICKERING HALE & DORR LLP<br>ATTN: BENJAMIN LOVELAND, ESQUIRE<br>60 STATE STREET<br>BOSTON, MA 02109 |
| WILMER CUTLER PICKERING HALE & DORR LLP<br>ATTN: P. ANKER, ESQUIRE<br>C. PLATT, ESQUIRE<br>G. SHUSTER, ESQUIRE<br>250 GREENWICH STREET, 45TH FLOOR<br>NEW YORK, NY 10007 | WILMINGTON SAVINGS FUND SOCIETY<br>ATTN: PATRICK J. HEALY, ESQUIRE<br>500 DELAWARE AVENUE<br>WILMINGTON, DE 19801 |
| WILMINGTON TRUST FSB<br>ATTN: JEFFREY T. ROSE, ESQUIRE<br>50 S. SIXTH STREET, SUITE 1290<br>MINNEAPOLIS, MN 55402 | WINSTON & STRAWN LLP<br>ATTN: DAVID NEIER, ESQUIRE<br>200 PARK AVENUE<br>NEW YORK, NY 10166 |
| WOMAC LAW<br>ATTN: BRIAN D. WOMAC, ESQUIRE<br>8301 KATY FWY<br>HOUSTON, TX 77024 | WOMBLE CARLYLE SANDRIDGE & RICE LLP<br>ATTN: MARK L. DEGROSSEILLERS, ESQUIRE<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP<br>ATTN: MARK DEGROSSEILLERS, ESQUIRE<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801 | WOMBLE CARLYLE SANDRIDGE & RICE LLP<br>ATTN: KEVIN J. MANGAN, ESQUIRE<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP<br>ATTN: KEVIN J. MANGAN, ESQUIRE<br>222 DELAWARE AVENUE, SUITE 1501<br>WILMINGTON, DE 19801 | YOUNG CONAWAY STARGATT & TAYLOR LLP<br>ATTN: PAULINE MORGAN, ESQUIRE<br>JOEL WAITE, ESQUIRE<br>RYAN BARTLEY, ESQUIRE<br>ANDREW MAGAZINER, ESQUIRE<br>1000 KING STREET<br>WILMINGTON, DE 19801 |
| COZEN O'CONNOR<br>ATTN: MARK E. FELGER, ESQUIRE<br>1201 N. MARKET STREET, SUITE 1001<br>WILMINGTON, DE 19801 | LANDIS RATH & COBB LLP<br>ATTN: ADAM G. LANDIS, ESQUIRE<br>MATTHEW B. MCGUIRE, ESQUIRE<br>919 MARKET STREET, SUITE 1800<br>WILMINGTON, DE 19801 |
| MORRISON & FOERSTER LLP<br>ATTN: JAMES PECK, ESQUIRE<br>BRETT H. MILLER, ESQUIRE<br>LORENZO MARINUZZI, ESQUIRE<br>250 W 55TH STREET<br>NEW YORK, NY 10019 | THOMPSON COBURN LLP<br>ATTN: DAVID D. FARRELL, ESQUIRE<br>ONE US BANK PLAZA, SUITE 3200<br>SAINT LOUIS, MO 63101 |

{FG-W0434453.}


TRAVIS COUNTY
ATTN: KAY D. BROCK, ASST. COUNTY ATTORNEY
P.O. BOX 1748
AUSTIN, TX 78767

TROUTMAN SANDERS LLP
ATTN: HUGH MCDONALD, ESQUIRE
LOUIS CURCIO, ESQUIRE
BRETT GOODMAN, ESQUIRE
875 THIRD AVENUE
NEW YORK, NY 10022

TUCKER ARENSBERG, PC
ATTN: JORDAN S. BLACK, ESQUIRE
LARA E. SHIPKOVITZ, ESQUIRE
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

TW TELECOM INC
ATTN: LEGAL BANKRUPTCY
1025 ELDORADO BLVD
BROOMFIELD, CO 80021

UM BANK NA
ATTN: LAURA ROBERSON, VP
2 S. BROADWAY, SUITE 600
ST. LOUIS, MO 63102

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQUIRE
JENNIE L. ANDERSON, ESQUIRE
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179

UNITED STATES DEPARTMENT OF JUSTICE
ATTN: MATTHEW J. TROY, CIVIL DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

UNITED STATES DEPARTMENT OF JUSTICE
ATTN: ARI D. KUNOFSKY, ESQUIRE
WARD W. BENSON, ESQUIRE
P.O. BOX 227
BEN FRANKLIN STATION
WASHINGTON, DC 20044

HOGAN MCDANIEL
ATTN: GARVAN F. MCDANIEL, ESQUIRE
1311 DELAWARE AVENUE
WILMINGTON, DE 19806

NIXON PEABODY
ATTN: RICHARD C. PEDONE, ESQUIRE
AMANDA D. DARWIN, ESQUIRE
100 SUMMER STREET
BOSTON, MA 02110

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
CADWALDER WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG, ESQUIRE
700 6TH STREET, N.W.
WASHINGTON, DC 20001

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
CAPLIN & DRYSDALE, CHARTERED
ATTN: LESLIE M. KELLEHER, ESQUIRE
JENNA KOSKI, ESQUIRE
ONE THOMAS CIRCLE, NW, SUITE 1100
WASHINGTON, DC 20005-5802

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
CHIPMAN BROWN CICERO & COLE LLP
ATTN: WILLIAM CHIPMAN, JR., ESQUIRE
MARK D. OLIVERE, ESQUIRE
HERCULES PLAZA
919 N. MARKET STREET, SUITE 5400
WILMINGTON, DE 19801

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
CRAVATH SWAIN & MOORE LLP
ATTN: MICHAEL A. PASKIN, ESQUIRE
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTN: SCOTT TALMADGE, ESQUIRE
ABBY WALSH, ESQUIRE
STEVEN FRUCHTER, ESQUIRE
601 LEXINGTON AVENUE, 31ST FLOOR
NEW YORK, NY 10022

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
GELLERT SCALI BUSENKELL & BROWN LLC
ATTN: EVAN W. RASSMAN, ESQUIRE
1201 N. ORANGE STREET, SUITE 300
WILMINGTON, DE 19801

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
GIBSON DUNN & CRUTCHER LLP
ATTN: JEFFREY KRAUSE, ESQUIRE
MICHAEL NEUMEISTER, ESQUIRE
DANIEL DENNY, ESQUIRE
333 S. GRAND AVENUE
LOS ANGELES, CA 9007-3197

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
GILLESPIE SANFORD LLP
ATTN: HAL K. GILLESPIE, ESQUIRE
4925 GREENVILLE AVENUE, SUITE 200
DALLAS, TX 75206

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
GORI JULIAN & ASSOCIATES PC
ATTN: BARRY JULIAN, ESQUIRE
BETH GORI, ESQUIRE
156 N. MAIN STREET
EDWARDSVILLE, IL 62025

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
GREGORY D. WILLARD, ESQUIRE
7339 WESTMORELAND DRIVE
ST. LOUIS, MO 63130-4241

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
ATTN: DANIEL K. HOGAN, ESQUIRE
1311 DELAWARE AVENUE
WILMINGTON, DE 19806

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
HOGAN MCDANIEL
ATTN: DANIEL K. HOGAN, ESQUIRE
GARVIN F. MCDANIEL, ESQUIRE
1311 DELAWARE AVENUE
WILMINGTON, DE 19806

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
JENNER & BLOCK
ATTN: RICHARD LEVIN, ESQUIRE
919 THRID AVENUE
NEW YORK, NY 10022-3908

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
JENNER & BLOCK
ATTN: VINCENT E. LAZAR, ESQUIRE
919 THRID AVENUE
NEW YORK, NY 10022-3908

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
ONCOR
C/O PAT VILLAREAL LAW
ATTN: PATRICIA VILLAREAL, ESQUIRE

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
POTTER ANDERSON & CORROON LLP
ATTN: JEREMY W. RYAN, ESQUIRE
R. STEPHEN MCNEILL, ESQUIRE
1313 N. MARKET STREET, 6TH FLOOR
P.O. BOX 951
WILMINGTON, DE 19801

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
PERKINS COIE LLP
ATTN: TINA N. MOSS, ESQUIRE
30 ROCKERFELLER PLAZA, 22ND FLOOR
NEW YORK, NY 10112-0015

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
PINCKNEY WEIDINGER URBAN & JOYCE LLC
ATTN: GREGORY T. DONILON, ESQUIRE
3711 KENNETT PIKE, SUITE 210
GREENVILLE, DE 19807

{FG-W0434453.}

| | |
|---|---|
| **\*\* CONSENTED TO ELECTRONIC SERVICE\*\***<br>SEARCY & SEARCY PC<br>ATTN: JASON R. SEARCY, ESQUIRE<br>JOSHUA P. SEARCY, ESQUIRE<br>P.O. BOX 3929<br>LONGVIEW, TX 75606 | **\*\*CONSENTED TO ELECTRONIC SERVICE\*\***<br>STEVENS & LEE PC<br>ATTN: JOSEPH H. HUTSON, JR., ESQUIRE<br>1105 N. MARKET STREET, SUITE 700<br>WILMINGTON, DE 19801 |
| **\*\*CONSENTED TO ELECTRONIC SERVICE\*\***<br>THE RUCKDESCHEL LAW FIRM LLC<br>ATTN: JONATHAN RUCKDESCHEL, ESQUIRE<br>8357 MAIN STREET<br>ELLICOTT CITY, MD 21043 | **\*\*CONSENTED TO ELECTRONIC SERVICE\*\***<br>UNITED STATES DEPARTMENT OF JUSTICE<br>ATTN: DANIEL S. SMITH, SR COUNSEL<br>P.O. BOX 7611, BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-7611 |
| **\*\*CONSENTED TO ELECTRONIC SERVICE\*\***<br>VARNUM LLP<br>ATTN: MARY KAY SHAVER, ESQUIRE<br>BRIDGEWATER PLACE<br>P.O. BOX 352<br>GRAND RAPIDS, MI 49501-0352 | **\*\*CONSENTED TO ELECTRONIC SERVICE\*\***<br>WHITEFORD TAYLOR & PRESTON LLC<br>ATTN: L. KATHERINE GOOD, ESQUIRE<br>THE RENAISSANCE CENTRE<br>405 N. KING STREET, SUITE 500<br>WILMINGTON, DE 19801 |

{FG-W0434453.}