## EXHIBIT A

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL E-SIDE] Case Administration | 6.60 | $4,309.00 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 367.60 | $334,571.50 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 5.60 | $6,034.00 |
| 12 | [ALL E-SIDE] Hearings | 9.90 | $11,011.00 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 24.90 | $18,613.00 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 63.30 | $51,364.00 |
| 18 | [ALL E-SIDE] Non-Working Travel | 5.70 | $7,349.50 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 73.40 | $92,156.00 |
| 29 | [ALL E-SIDE] Tax Issues | 42.50 | $50,428.50 |
| 82 | [EFH] Asset Dispositions and Purchases | 0.70 | $451.50 |
| 124 | [ALL E-SIDE] Tax Calculations | 3.60 | $3,744.00 |
| | **Totals:** | **603.80** | **$580,032.00** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $323.19 |
| Standard Copies or Prints | $180.80 |
| Color Copies or Prints | $158.10 |
| Production Blowbacks | $437.80 |
| Overnight Delivery | $48.87 |
| Local Transportation | $123.45 |
| Travel Expense | $700.00 |
| Airfare | $1,564.60 |
| Transportation to/from airport | $125.00 |
| Travel Meals | $15.78 |
| Other Travel Expenses | $42.00 |
| Court Reporter Fee/Deposition | $500.25 |
| Working Meals/K&E Only | $22.45 |
| Computer Database Research | $408.15 |
| Westlaw Research | $1,047.61 |
| Overtime Transportation | $72.41 |
| Overtime Meals - Attorney | $100.00 |
| **Total:** | **$5,870.46** |