**<u>EXHIBIT B</u>**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 835.00 | 1.00 | $835.00 |
| Maxwell Coll | Associate | 2016 | Litigation - General | 630.00 | 56.10 | $35,343.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 905.00 | 10.60 | $9,593.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 845.00 | 2.50 | $2,112.50 |
| Kevin McClelland | Associate | 2016 | Restructuring | 645.00 | 3.10 | $1,999.50 |
| Matthew Smart | Associate | 2016 | Restructuring | 645.00 | 1.10 | $709.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 905.00 | 30.00 | $27,150.00 |
| Nacif Taousse | Associate | Pending | Restructuring | 555.00 | 6.20 | $3,441.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 810.00 | 3.30 | $2,673.00 |
| McClain Thompson | Associate | 2014 | Litigation - General | 725.00 | 37.40 | $27,115.00 |
| Patrick Venter | Associate | 2016 | Restructuring | 645.00 | 46.40 | $29,928.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 955.00 | 55.40 | $52,907.00 |
| JoAnne Nagjee | Of Counsel | 2009 | Taxation | 1,095.00 | 0.80 | $876.00 |
| Thad Davis | Partner | 2005 | Taxation | 1,125.00 | 0.30 | $337.50 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,095.00 | 9.20 | $10,074.00 |
| Michael Esser | Partner | 2009 | Litigation - General | 965.00 | 4.20 | $4,053.00 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 995.00 | 2.10 | $2,089.50 |
| Chad J Husnick, P.C. | Partner | 2004 | Restructuring | 1,245.00 | 14.90 | $18,550.50 |
| Natalie Keller | Partner | 1997 | Taxation | 1,195.00 | 0.80 | $956.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,475.00 | 68.10 | $100,447.50 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,625.00 | 11.00 | $17,875.00 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,175.00 | 47.10 | $55,342.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,475.00 | 4.20 | $6,195.00 |
| Veronica Nunn | Partner | 2010 | Corporate - M&A/Private Equity | 995.00 | 4.40 | $4,378.00 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 995.00 | 4.30 | $4,278.50 |
| John Pitts, P.C. | Partner | 2010 | Corporate - M&A/Private Equity | 1,095.00 | 0.90 | $985.50 |
| Anthony Sexton | Partner | 2011 | Taxation | 1,040.00 | 28.40 | $29,536.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,475.00 | 6.30 | $9,292.50 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 1,015.00 | 107.20 | $108,808.00 |
| **Grand Total** | | | | | **567.30** | **$567,881.50** |

The paraprofessionals of K&E who rendered professionals services in these cases during

the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Hannah Kupsky | Junior Paralegal | 6 months | Restructuring | 220.00 | 1.50 | $330.00 |
| Colleen Caamano | Litigation Suppt Cons | 3.5 years | Litigation - General | 340.00 | 0.20 | $68.00 |
| Katelyn Ye | Litigation Suppt Cons | 15 years | Litigation - General | 340.00 | 1.00 | $340.00 |
| Olivia Weyers | Litigation Suppt Spec | 3 years | Litigation - General | 280.00 | 0.50 | $140.00 |
| Michael S. Fellner | Paralegal | 9.5 years | Litigation - General | 325.00 | 9.40 | $3,055.00 |
| Beth Friedman | Paralegal | 0.30 years | Restructuring | 420.00 | 0.30 | $126.00 |
| Travis Langenkamp | Paralegal | 12.5 years | Litigation - General | 390.00 | 2.70 | $1,053.00 |
| Adrienne Levin | Paralegal | 10 years | Litigation - General | 370.00 | 1.00 | $370.00 |
| Robert Orren | Paralegal | 7 years | Restructuring | 340.00 | 13.40 | $4,556.00 |
| Meghan Rishel | Paralegal | 1 year | Litigation - General | 325.00 | 6.50 | $2,112.50 |
| Grand Total | | | | | 36.50 | $12,150.50 |

|  | Total Fees Requested | 603.80 | $580,032.00 |
|---|---|---|---|