# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 18826445v.1

## **ALL - Expense Summary**

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $323.19 |
| Standard Copies or Prints | $162.10 |
| Color Copies or Prints | $150.30 |
| Production Blowbacks | $437.80 |
| Overnight Delivery | $48.87 |
| Local Transportation | $123.45 |
| Travel Expense | $700.00 |
| Airfare | $1,564.60 |
| Transportation to/from airport | $125.00 |
| Travel Meals | $15.78 |
| Other Travel Expenses | $42.00 |
| Court Reporter Fee/Deposition | $500.25 |
| Working Meals/K&E Only | $22.45 |
| Computer Database Research | $408.15 |
| Westlaw Research | $1,047.61 |
| Overtime Transportation | $72.41 |
| Overtime Meals - Attorney | $100.00 |
| **Total:** | **$5,843.96** |

## **EFH - Expense Summary**

| Service Description | Amount |
|---|---|
| Standard Copies or Prints | $18.70 |
| Color Copies or Prints | $7.80 |
| **Total:** | **$26.50** |