# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

January 30, 2018

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201


Attention:  Stephanie Zapata Moore

**Invoice Number:  5277510**
**Client Matter: 14356-109**

---

**In the matter of    [ALL E-SIDE] Expenses**


For legal services rendered through December 31, 2017
(see attached Description of Legal Services for detail)                   $ .00


For expenses incurred through December 31, 2017
(see attached Description of Expenses for detail)                   $ 5,843.96

Total legal services rendered and expenses incurred                   $ 5,843.96

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

### Description of Expenses

| Description | Amount |
|---|---|
| Third Party Telephone Charges | 323.19 |
| Standard Copies or Prints | 162.10 |
| Color Copies or Prints | 150.30 |
| Production Blowbacks | 437.80 |
| Overnight Delivery | 48.87 |
| Local Transportation | 123.45 |
| Travel Expense | 700.00 |
| Airfare | 1,564.60 |
| Transportation to/from airport | 125.00 |
| Travel Meals | 15.78 |
| Other Travel Expenses | 42.00 |
| Court Reporter Fee/Deposition | 500.25 |
| Working Meals/K&E Only | 22.45 |
| Computer Database Research | 408.15 |
| Westlaw Research | 1,047.61 |
| Overtime Transportation | 72.41 |
| Overtime Meals - Attorney | 100.00 |
| TOTAL EXPENSES | $ 5,843.96 |

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Third Party Telephone Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 10/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conference with clients. | 20.08 |
| 10/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Conference call(s) | 1.91 |
| 10/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Conference calls | 2.36 |
| 10/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference. | 2.41 |
| 10/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference. | 3.06 |
| 10/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conf calls | 9.19 |
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference. | 6.33 |
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 42.22 |
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Conference call(s) | 8.37 |
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Teleconference | 7.02 |
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Conference calls | 2.41 |
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conference with clients and outside counsel. | 10.98 |
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, conf calls | 1.43 |
| 12/11/17 | Marc Kieselstein, Internet, Meeting with client. | 8.99 |
| 12/15/17 | Robert Orren, Teleconference, Court Call Appearance fee | 58.00 |
| 12/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Conference calls | 126.38 |
| 12/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Conference calls | 0.60 |
| 12/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Conference calls | 11.45 |
| | **Total:** | **323.19** |

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 12/01/17 | Standard Prints | 1.60 |
| 12/04/17 | Standard Prints | 2.80 |
| 12/04/17 | Standard Prints | 0.30 |
| 12/04/17 | Standard Prints | 1.30 |
| 12/05/17 | Standard Prints | 0.60 |
| 12/05/17 | Standard Prints | 0.90 |
| 12/06/17 | Standard Prints | 0.40 |
| 12/06/17 | Standard Prints | 1.50 |
| 12/07/17 | Standard Prints | 11.30 |
| 12/07/17 | Standard Prints | 2.00 |
| 12/07/17 | Standard Prints | 0.80 |
| 12/08/17 | Standard Prints | 0.70 |
| 12/08/17 | Standard Prints | 8.20 |
| 12/08/17 | Standard Prints | 30.30 |
| 12/11/17 | Standard Prints | 4.30 |
| 12/11/17 | Standard Prints | 0.30 |
| 12/12/17 | Standard Prints | 6.10 |
| 12/12/17 | Standard Prints | 14.40 |
| 12/13/17 | Standard Prints | 0.30 |
| 12/13/17 | Standard Prints | 8.40 |
| 12/13/17 | Standard Prints | 1.70 |
| 12/13/17 | Standard Prints | 11.50 |
| 12/15/17 | Standard Copies or Prints | 3.40 |
| 12/15/17 | Standard Prints | 2.70 |
| 12/18/17 | Standard Prints | 10.80 |
| 12/20/17 | Standard Prints | 1.90 |
| 12/20/17 | Standard Prints | 5.90 |
| 12/20/17 | Standard Prints | 11.20 |
| 12/29/17 | Standard Prints | 5.00 |
| 12/29/17 | Standard Prints | 2.10 |
| 12/29/17 | Standard Prints | 2.90 |
| 12/29/17 | Standard Prints | 6.50 |
| | **Total:** | **162.10** |

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 12/01/17 | Color Prints | 0.60 |
| 12/04/17 | Color Prints | 0.30 |
| 12/07/17 | Color Prints | 1.80 |
| 12/07/17 | Color Prints | 2.40 |
| 12/07/17 | Color Prints | 5.70 |
| 12/07/17 | Color Prints | 2.70 |
| 12/08/17 | Color Prints | 11.70 |
| 12/08/17 | Color Prints | 2.40 |
| 12/08/17 | Color Prints | 9.90 |
| 12/08/17 | Color Prints | 2.70 |
| 12/08/17 | Color Prints | 9.90 |
| 12/11/17 | Color Prints | 0.30 |
| 12/12/17 | Color Prints | 0.90 |
| 12/12/17 | Color Prints | 38.10 |
| 12/13/17 | Color Prints | 42.30 |
| 12/18/17 | Color Prints | 18.60 |
| | **Total:** | **150.30** |

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Production Blowbacks

| Date | Description | Amount |
|------|-------------|-------:|
| 12/04/17 | Production Blowbacks | 293.00 |
| 12/05/17 | Production Blowbacks | 87.90 |
| 12/18/17 | Production Blowbacks | 56.90 |
| | **Total:** | **437.80** |

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overnight Delivery

| Date | Description | Amount |
|------|-------------|-------:|
| 12/06/17 | Overnight Delivery, Fed Exp to:Marcia M. Waldron, Clerk,PHILADELPHIA PA from:Meghan Rishel | 8.01 |
| 12/12/17 | Overnight Delivery, Fed Exp to:Corinne Ball,NEW YORK,NY from:Justin Sowa | 10.33 |
| 12/12/17 | Overnight Delivery, Fed Exp to:Patricia Villareal, DALLAS,TX from:Justin Sowa | 9.87 |
| 12/12/17 | Overnight Delivery, Fed Exp to:Howard Seife,NEW YORK,NY from:Justin Sowa | 10.33 |
| 12/12/17 | Overnight Delivery, Fed Exp to:Thomas M. Buchanan, WASHINGTON,DC from:Justin Sowa | 10.33 |
| | **Total:** | **48.87** |

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses


## Description of Expenses

### Local Transportation

| Date | Description | Amount |
|------|-------------|--------|
| 12/11/17 | Bryan Stephany, Taxi, EFH hearing and mediation. | 53.84 |
| 12/11/17 | Bryan Stephany, Taxi, EFH hearing and mediation. | 34.92 |
| 12/11/17 | Bryan Stephany, Taxi, EFH hearing and mediation. | 34.69 |
| | **Total:** | **123.45** |

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Expense

| Date | Description | Amount |
|------|-------------|-------:|
| 12/10/17 | Marc Kieselstein, Lodging, Wilmington, DE 12/10/2017 to 12/11/2017, Meeting with client. | 350.00 |
| 12/11/17 | Bryan Stephany, Lodging, Wilmington, DE 12/10/2017 to 12/11/2017, EFH hearing and mediation. | 350.00 |
| | **Total:** | **700.00** |

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Airfare

| Date | Description | Amount |
|------|-------------|-------:|
| 12/04/17 | Marc Kieselstein, Airfare, Wilmington, DE 12/10/2017 to 12/11/2017, ORD to PHL, Meeting with client. | 644.40 |
| 12/04/17 | Marc Kieselstein, Agency Fee, Meeting with client. | 58.00 |
| 12/06/17 | Bryan Stephany, Airfare, Philadelphia, PA 12/10/2017 to 12/11/2017, ILM to PHL EFH hearing and mediation. | 1,246.40 |
| 12/06/17 | Bryan Stephany, Agency Fee, EFH hearing and mediation. | 58.00 |
| 12/12/17 | Bryan Stephany, Rail, Washington, DC 12/11/2017 to 12/11/2017, EFH hearing and mediation. | 123.00 |
| 12/12/17 | Bryan Stephany, Agency Fee, EFH hearing and mediation. | 58.00 |
| 12/15/17 | Bryan Stephany, Airfare, Wilmington, NC 12/11/2017 to 12/11/2017, EFH hearing and mediation. | (623.20) |
| | **Total:** | **1,564.60** |

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Transportation to/from airport

| Date | Description | Amount |
|------|-------------|--------|
| 10/06/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (TP), Transportation to/from Airport, BRYAN MATTHEW STEPHANY from Philadelphia Airport to WILMINGTON 10/02/2017 | 125.00 |
| | **Total:** | **125.00** |

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Meals

| Date | Description | Amount |
|------|-------------|--------|
| 12/10/17 | Marc Kieselstein, Travel Meals, Wilmington, DE Meeting with client. (1) Breakfast | 7.00 |
| 12/11/17 | Bryan Stephany, Travel Meals, Philadelphia, PA EFH hearing and mediation. (1) Breakfast | 5.78 |
| 12/11/17 | Marc Kieselstein, Travel Meals, Wilmington, DE Meeting with client. (1) Lunch | 3.00 |
| | **Total:** | **15.78** |

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Other Travel Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 12/11/17 | Marc Kieselstein, Parking, Chicago, IL Hearing. | 42.00 |
| | **Total:** | **42.00** |

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Court Reporter Fee/Deposition

| Date | Description | Amount |
|------|-------------|--------|
| 12/29/17 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Original, Electronic & Certified Transcripts, etc. | 500.25 |
| | **Total:** | **500.25** |

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Working Meals/K&E Only

| Date | Description | Amount |
|------|-------------|--------|
| 12/06/17 | Maxwell Coll, Working Meal/K&E Only, San Francisco OT Meal | 22.45 |
| | **Total:** | **22.45** |

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Computer Database Research

| Date | Description | Amount |
|---|---|---|
| 12/01/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Patrick Venter on 11/13/2017 | 80.00 |
| 12/01/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 11/13/2017 | 5.00 |
| 12/01/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 11/30/2017 | 50.00 |
| 12/01/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 11/8/2017 | 221.00 |
| 12/01/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 11/12/2017 | 14.00 |
| 12/01/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 11/14/2017 | 8.00 |
| 12/01/17 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 11/2/2017 | 8.00 |
| 12/04/17 | E-BUREAU OF NATIONAL AFFAIRS INC - PO BOX 17009 (TP), Computer Database Research, Bloomberg Dockets Usage for 11/2017 by GIANINA R PASCARIU | 22.15 |
| | **Total:** | **408.15** |

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Westlaw Research

| Date | Description | Amount |
|------|-------------|-------:|
| 11/01/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, ESAYIAN,LISA G, 11/1/2017 | 86.10 |
| 11/06/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TAOUSSE,NACIF, 11/6/2017 | 43.00 |
| 11/08/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, ORREN,ROBERT, 11/8/2017 | 21.50 |
| 11/08/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TAOUSSE,NACIF, 11/8/2017 | 21.50 |
| 11/09/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TAOUSSE,NACIF, 11/9/2017 | 43.00 |
| 11/10/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TAOUSSE,NACIF, 11/10/2017 | 269.32 |
| 11/15/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, TERTERYAN,ANNA, 11/15/2017 | 19.30 |
| 11/16/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, THOMPSON,MCCLAIN, 11/16/2017 | 21.50 |
| 11/16/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, COLL,MAXWELL, 11/16/2017 | 46.20 |
| 11/19/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SOWA,JUSTIN, 11/19/2017 | 392.38 |
| 11/28/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, COLL,MAXWELL, 11/28/2017 | 19.30 |
| 11/30/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CALDWELL-MCMILLAN,SPENCER, 11/30/2017 | 64.51 |
| | **Total:** | **1,047.61** |

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Transportation

| Date | Description | Amount |
|------|-------------|--------|
| 11/28/17 | Patrick Venter, Taxi, OT Cab Fare | 13.80 |
| 11/29/17 | Patrick Venter, Taxi, OT Cab Fare | 12.96 |
| 11/29/17 | Maxwell Coll, Taxi, OT Transportation | 10.77 |
| 12/04/17 | Maxwell Coll, Taxi, OT Transportation | 10.35 |
| 12/05/17 | Maxwell Coll, Taxi, OT Transportation | 10.23 |
| 12/07/17 | Patrick Venter, Taxi, OT Cab Fare | 14.30 |
| | **Total:** | **72.41** |

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Meals - Attorney

| Date | Description | Amount |
|------|-------------|-------:|
| 11/05/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Venter Patrick 10/30/2017 | 20.00 |
| 11/05/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Taousse Nacif 10/31/2017 | 20.00 |
| 11/12/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Taousse Nacif 11/06/2017 | 20.00 |
| 11/12/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Taousse Nacif 11/09/2017 | 20.00 |
| 12/03/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Venter Patrick 11/28/2017 | 20.00 |
| | **Total:** | **100.00** |

**TOTAL EXPENSES**                                                 **5,843.96**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

January 30, 2018

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX 75201

Attention: Stephanie Zapata Moore

**Invoice Number: 5277513**
**Client Matter: 14356-112**

---

**In the matter of    [EFH] Expenses**

For legal services rendered through December 31, 2017
(see attached Description of Legal Services for detail)                    $ .00

For expenses incurred through December 31, 2017
(see attached Description of Expenses for detail)                    $ 26.50

Total legal services rendered and expenses incurred                    $ 26.50

Beijing   Boston   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

**<u>Description of Expenses</u>**

| <u>Description</u> | <u>Amount</u> |
|---|---:|
| Standard Copies or Prints | 18.70 |
| Color Copies or Prints | 7.80 |
| | |
| TOTAL EXPENSES | $ 26.50 |

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|--------|
| 12/01/17 | Standard Prints | 2.30 |
| 12/06/17 | Standard Prints | 1.70 |
| 12/08/17 | Standard Prints | 9.00 |
| 12/13/17 | Standard Prints | 5.20 |
| 12/18/17 | Standard Prints | 0.30 |
| 12/20/17 | Standard Prints | 0.20 |
| | **Total:** | **18.70** |

Legal Services for the Period Ending December 31, 2017
Energy Future Competitive Holdings Co.
    112 - [EFH] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 12/01/17 | Color Prints | 0.30 |
| 12/01/17 | Color Prints | 0.60 |
| 12/06/17 | Color Prints | 0.60 |
| 12/13/17 | Color Prints | 1.20 |
| 12/13/17 | Color Prints | 1.50 |
| 12/13/17 | Color Prints | 1.20 |
| 12/13/17 | Color Prints | 0.60 |
| 12/13/17 | Color Prints | 1.50 |
| 12/14/17 | Color Prints | 0.30 |
| | **Total:** | **7.80** |

**TOTAL EXPENSES**                                    **26.50**