# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 12419___** |

## CERTIFICATE OF NO OBJECTION REGARDING THE "TWENTY-SIXTH MONTHLY FEE STATEMENT OF BIELLI & KLAUDER, LLC, FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2017 THROUGH NOVEMBER 30, 2017"

The undersigned hereby certifies that, as of the date hereof, Bielli & Klauder, LLC ("BK") has received no answer, objection, or other responsive pleading with respect to its twenty-second monthly fee statement for compensation and reimbursement of expenses (the "Monthly Fee Statement").[2]  The Monthly Fee Statement was filed with the United States Bankruptcy Court for the District of Delaware (the "Court") on January 5, 2018.  The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection, or other responsive pleading to the Monthly Fee Statement appears thereon.  Pursuant to the notice filed with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served no later than January 26, 2018, at 4:00 p.m. (EDT).  The Monthly Fee

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] BK received from counsel for the fee committee (the "Fee Committee") a letter dated January 26, 2018, indicating that, "[T]he Fee Committee has reviewed the November 2017 statement from [BK] and identified certain expense items that may require further documentation and review. Those Items, however, do not justify a formal objection to BK's request for monthly fees and expenses."

Statement was filed and served in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "Administrative Order") and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896].

Consequently, pursuant to the Administrative Order, Energy Future Holdings Corp., one of the above-captioned debtors and debtors in possession in the above-captioned cases, is authorized to pay BK eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Monthly Fee Statement upon the filing of this certification without the need for a further order of the Court. A summary of the fees and expenses sought by BK is annexed hereto as **Exhibit A**.

**BIELLI & KLAUDER, LLC**

Date: January 31, 2018

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Fax: (302) 397-2557
dklauder@bk-legal.com

and

**PROSKAUER ROSE LLP**
Jeff J. Marwil (admitted *pro hac vice*)
Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Phone: (312) 962-3550
Fax: (312) 962-3551
jmarwil@proskauer.com
mthomas@proskauer.com
pyoung@proskauer.com

*Co-Counsel to the Debtor*
*Energy Future Holdings Corp.*

## **Exhibit A**

Professional Fees and Expenses
Monthly Fee Statement

| Applicant | Fee Statement Period, Filing Date, Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80%[1] | Amount of Expenses Authorized to be Paid at 100% | Amount of Holdback Fees Requested |
|---|---|---|---|---|---|---|---|
| Bielli & Klauder, LLC<br>1204 N. King Street<br>Wilmington, DE 19801<br><br>(Counsel to Debtor Energy Future Holdings Corp.) | Twenty-Sixth Monthly Fee Statement<br><br>11/1/2017 through 11/30/2017<br><br>Filed 01/05/2018<br><br>[D.I. 12419] | $7,681.50 | $17.05 | 01/26/2018 | $6,145.20 | $17.05 | $1,536.30 |

---

[1] Fees and expenses to be paid 100% by Energy Future Holdings Corp.