**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 1896, 12358** |

**ORDER AMENDING STIPULATION AND
ORDER APPOINTING FEE COMMITTEE AND GRANTING RELATED RELIEF**

Upon the *Motion to Appoint a Representative of the Majority Creditors to the Fee Committee* (the "Motion") [D.I. 12358] filed by Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, Paloma Partners Management Company, and Sunrise Partners Limited Partnership and the objections and responses filed in response to the Motion; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§157 and 1334; and the Court having found that consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and the Court having found that the due and proper notice of the Motion was provided and that such notice was adequate and appropriate under the particular circumstances; and the Court having held a hearing to consider the Motion and the objections and responses filed thereto; and after due deliberation and sufficient cause appearing, it is hereby ORDERED:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1.      Following consultation with its constituency, the Debtors, the U.S. Trustee, and the Fee Committee Chair, the EFH/EFIH Official Committee of Unsecured Creditors (the "EFH/EFIH UCC") appointed Howard J. Kaplan (the "EFH/EFIH UCC Fee Committee Representative") to replace the current TCEH Creditors Committee representative on the Fee Committee [D.I. 12506];

2.      The EFH/EFIH UCC Fee Committee Representative shall be paid out of the estate at a fixed monthly fee to be negotiated among the parties as set forth in the Amended Stipulation;

3.      The EFH/EFIH UCC Fee Committee Representative shall have the ability to consult with EFH/EFIH UCC Counsel, on matters that come before the Fee Committee on the terms set forth in the Amended Stipulation.

4.      On the terms set forth in the Amended Stipulation, EFH/EFIH UCC Counsel, in the complete exercise of its discretion, may provide information to counsel for the BraunHagey & Borden LLP firm on a lawyer's eyes only basis, not to be shared with BraunHagey & Borden LLP's clients or outside the BraunHagey & Borden LLP firm.

5.      The *Stipulation and Order Appointing a Fee Committee*, approved by the Court on August 21, 2014 [D.I. 1896] is hereby amended and restated as set forth in **Exhibit A** attached hereto (the "Amended Stipulation"). The Amended Stipulation shall become binding upon entry of this Order.

6.      The Motion is **GRANTED**, solely as set forth in the Amended Stipulation, and is **DENIED** with respect to any relief requested and not set forth in the Amended Stipulation.

7.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(a), 6004(h), 7062, 9014, or otherwise, the terms and conditions of this Order shall be effective and enforceable immediately upon entry.

2

8.    The Debtors are hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order.

9.    The Court shall retain jurisdiction over any matter or disputes arising from or relating to the interpretation, implementation or enforcement of this Order.

Dated: ~~January~~ **2/1** , 2018
        Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

3