# EXHIBIT A

**[Statement of Fees by Subject Matter]**

{12270-001 STA A0496788.DOCX}

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| Discovery | 3.20 | $1,584.00 |
| Fee Applications/Others | 1.70 | $841.50 |
| Fee Applications/Shaw Fishman | 1.00 | $270.00 |
| General Investigation | 7.50 | $3,712.50 |
| Hearings/Agendas | 7.30 | $3,613.50 |
| NEE Adversary Proceeding | 8.60 | $4,257.00 |
| NEE Contested Matters | 1.20 | $594.00 |
| Operating Reports | 0.20 | $99.00 |
| Retention Application/others | 0.10 | $49.50 |
| Retention Application/Shaw Fishman | 0.50 | $247.50 |
| **TOTAL** | **31.3** | **$15,268.50** |

{12270-001 STA A0496788.DOCX}