## EXHIBIT B

**[Attorney and Paraprofessional Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas M. Horan | Member | DE (2005) | Bankruptcy | $495.00 | 30.3 | $14,998.50 |
| Christina M. Sanfelippo | Associate | IL (2015) | Bankruptcy | $270.00 | 1.0 | $270.00 |
| **TOTAL** | | | | | 31.3 | $15,268.50 |