# **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

{12270-001 STA A0496788.DOCX}

| Expense Description | Amount |
|---|---|
| Messenger | $17.25 |
| **TOTAL** | **$17.25** |