## **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Expense Description | Amount |
|---|---|---|
| 9/26/2017 | Messenger; Reliable | $17.25 |
|  | **TOTAL** | **$17.25** |