## EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| Fee Applications/Shaw Fishman | 6.30 | $1,791.00 |
| Hearings/Agendas | 0.10 | $49.50 |
| NEE Adversary Proceedings | 0.30 | $148.50 |
| NEE Contested Matters | 2.20 | $1,089.00 |
| Operating Reports | 0.10 | $49.50 |
| **TOTAL** | **9.00** | **$3,127.50** |

{12270-001 STA A0496789.DOCX}