# **EXHIBIT B**

**[Attorney and Paraprofessional Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas M. Horan | Member | DE (2005) | Bankruptcy | $495.00 | 3.1 | $1,534.50 |
| Christina M. Sanfelippo | Associate | IL (2015) | Bankruptcy | $270.00 | 5.9 | $1,593.00 |
| **TOTAL** | | | | | 9.0 | $3,127.50 |

{12270-001 STA A0496789.DOCX}