# EXHIBIT C

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Description | Amount |
|---|---|
| Messenger | $18.11 |
| **TOTAL** | **$18.11** |