# **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Expense Description | Amount |
|---|---|---|
| 10/02/2017 | Messenger; Reliable | $5.65 |
| 10/02/2017 | Messenger; Reliable | $5.81 |
| 10/12/2017 | Messenger; Reliable | $6.65 |
| | **TOTAL** | **$18.11** |