# **EXHIBIT A**

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| Fee Applications/Shaw Fishman | 2.60 | $689.50 |
| General Investigation | 0.10 | $49.50 |
| Hearings/Agendas | 0.30 | $148.50 |
| NEE Contested Matters | 2.40 | $1,188.00 |
| **TOTAL** | **5.40** | **$2,075.50** |

{12270-001 STA A0496790.DOCX}