# EXHIBIT B

**[Attorney and Paraprofessional Information]**

{12270-001 STA A0496790.DOCX}

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas M. Horan | Member | DE (2005) | Bankruptcy | $495.00 | 3.3 | $1,633.50 |
| Christina M. Sanfelippo | Associate | IL (2015) | Bankruptcy | $270.00 | 1.1 | $297.00 |
| Paris Y. Love | Paralegal | n/a | Bankruptcy | $145.00 | 1.0 | $145.00 |
| **TOTAL** | | | | | 5.4 | $2,075.50 |