# **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

{12270-001 STA A0496790.DOCX}

| Expense Description | Amount |
|---|---|
| Messenger | $216.53 |
| Pacer Research | $6.30 |
| **TOTAL** | **$222.83** |