# **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Expense Description | Amount |
|---|---|---|
| 11/21/2017 | Messenger; Reliable | $216.53 |
| 11/30/2017 | Pacer Research; Docket | $6.30 |
| | **TOTAL** | **$222.83** |