## **EXHIBIT A**

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| Fee Applications/Shaw Fishman | 0.10 | $49.50 |
| Fee Committee Matters | 0.30 | $148.50 |
| General Investigation | 1.60 | $792.00 |
| Hearings/Agendas | 0.20 | $99.00 |
| NEE Contested Matters | 1.80 | $891.00 |
| Operating Reports | 0.10 | $49.50 |
| **TOTAL** | **4.10** | **$2,029.50** |

{12270-001 STA A0496791.DOCX}