## **EXHIBIT B**

**[Attorney and Paraprofessional Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas M. Horan | Member | DE (2005) | Bankruptcy | $495.00 | 4.1 | $2,029.50 |
| **TOTAL** | | | | | 4.1 | $2,029.50 |

{12270-001 STA A0496791.DOCX}