# **EXHIBIT A**

**Statement of Fees By Subject Matter**

*Exhibit A*

*Combined - EFH & EFIH*
*Summary of Time Detail by Task*
*October 1, 2017 through October 31, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 1.4 | $910.00 |
| Business Plan | 0.5 | $325.00 |
| Claims | 22.1 | $11,630.00 |
| Contracts | 15.0 | $6,900.00 |
| Fee Applications | 7.2 | $3,700.00 |
| POR / Disclosure Statement | 5.1 | $2,895.00 |
| Tax Review & Support | 143.2 | $111,747.00 |
| UST Reporting Requirements | 3.4 | $1,955.00 |
| **Total** | **197.9** | **$140,062.00** |

*Exhibit A*

*EFH*
*Summary of Time Detail by Task*
*October 1, 2017 through October 31, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 0.70 | $455.00 |
| Business Plan | 0.25 | $162.50 |
| Claims | 13.50 | $7,407.50 |
| Contracts | 7.50 | $3,450.00 |
| Fee Applications | 3.60 | $1,850.00 |
| POR / Disclosure Statement | 2.55 | $1,447.50 |
| Tax Review & Support | 143.20 | $111,747.00 |
| UST Reporting Requirements | 1.70 | $977.50 |
| *Total* | **173.00** | **$127,497.00** |

*Exhibit A*

*EFIH*
*Summary of Time Detail by Task*
*October 1, 2017 through October 31, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 0.70 | $455.00 |
| Business Plan | 0.25 | $162.50 |
| Claims | 8.60 | $4,222.50 |
| Contracts | 7.50 | $3,450.00 |
| Fee Applications | 3.60 | $1,850.00 |
| POR / Disclosure Statement | 2.55 | $1,447.50 |
| UST Reporting Requirements | 1.70 | $977.50 |
| *Total* | **24.90** | **$12,565.00** |