## **EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

*Combined - EFH & EFIH*
*Summary of Time Detail by Professional*
*October 1, 2017 through October 31, 2017*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Pedersen | Managing Director | $950.00 | 8.0 | $7,600.00 |
| Chris Howe | Managing Director | $950.00 | 32.5 | $30,875.00 |
| William Seaway | Managing Director | $950.00 | 3.9 | $3,705.00 |
| Michael Eagan | Managing Director | $900.00 | 45.3 | $40,770.00 |
| Alan Cathart | Senior Director | $810.00 | 0.6 | $486.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 19.0 | $12,350.00 |
| Matt Frank | Senior Director | $650.00 | 4.1 | $2,665.00 |
| Kevin Sullivan | Director | $575.00 | 3.4 | $1,955.00 |
| Michael Farkas | Director | $660.00 | 12.0 | $7,920.00 |
| Sloane Kukanza | Director | $450.00 | 7.8 | $3,510.00 |
| Taylor Zolbe | Senior Associate | $510.00 | 33.1 | $16,881.00 |
| Rich Carter | Consultant | $475.00 | 3.8 | $1,805.00 |
| Michael Williams | Consultant | $400.00 | 10.8 | $4,320.00 |
| Sarah Pittman | Analyst | $400.00 | 11.4 | $4,560.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 2.2 | $660.00 |
| **Total** | | | **197.9** | **$140,062.00** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### October 1, 2017 through October 31, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Pedersen | Managing Director | $950.00 | 8.00 | $7,600.00 |
| Chris Howe | Managing Director | $950.00 | 32.50 | $30,875.00 |
| William Seaway | Managing Director | $950.00 | 3.90 | $3,705.00 |
| Michael Eagan | Managing Director | $900.00 | 45.30 | $40,770.00 |
| Alan Cathart | Senior Director | $810.00 | 0.60 | $486.00 |
| Michael Farkas | Director | $660.00 | 12.00 | $7,920.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 11.95 | $7,767.50 |
| Matt Frank | Senior Director | $650.00 | 2.05 | $1,332.50 |
| Kevin Sullivan | Director | $575.00 | 1.70 | $977.50 |
| Taylor Zolbe | Senior Associate | $510.00 | 33.10 | $16,881.00 |
| Rich Carter | Consultant | $475.00 | 1.90 | $902.50 |
| Sloane Kukanza | Director | $450.00 | 7.80 | $3,510.00 |
| Michael Williams | Consultant | $400.00 | 5.40 | $2,160.00 |
| Sarah Pittman | Analyst | $400.00 | 5.70 | $2,280.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.10 | $330.00 |
| | | *Total* | **173.00** | **$127,497.00** |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### October 1, 2017 through October 31, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jodi Ehrenhofer | Senior Director | $650.00 | 7.05 | $4,582.50 |
| Matt Frank | Senior Director | $650.00 | 2.05 | $1,332.50 |
| Kevin Sullivan | Director | $575.00 | 1.70 | $977.50 |
| Rich Carter | Consultant | $475.00 | 1.90 | $902.50 |
| Michael Williams | Consultant | $400.00 | 5.40 | $2,160.00 |
| Sarah Pittman | Analyst | $400.00 | 5.70 | $2,280.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 1.10 | $330.00 |
| | | **Total** | **24.90** | **$12,565.00** |