# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

No expenses from October 1, 2017 through October 31, 2017