# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

No expenses from October 1, 2017 through October 31, 2017