## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## SUPPLEMENTAL DECLARATION OF THOMAS KILKENNY IN CONNECTION WITH THE DEBTORS' RETENTION AND EMPLOYMENT OF DELOITTE & TOUCHE LLP AS INDEPENDENT AUDITOR

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure, Thomas Kilkenny, under penalty of perjury, declares as follows:

1.      I am a partner of the firm of Deloitte & Touche LLP ("**Deloitte & Touche**"). I am duly authorized to make and submit this sixth supplemental declaration (the "**Supplemental Declaration**") on behalf of Deloitte & Touche in accordance with section 327(a) of title 11 of the United States Code and Rule 2014(a) of the Federal Rules of Bankruptcy Procedures in connection with the retention and employment of Deloitte & Touche as independent auditor to the above-captioned debtors and debtors in possession (the "**Debtors**"), so authorized by order of this Court, dated October 29, 2014 [D.I. 2617] (the "**Retention Order**").

2.      The statements set forth in this Supplemental Declaration are based upon my personal knowledge, upon information and belief, and upon client matter records kept in the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

ordinary course of business that were reviewed by me or other personnel of Deloitte & Touche or its affiliates.

3.      As discussed in paragraph 9 of the declaration of Randy Stokx (the "**Original Declaration**") submitted in support of the Debtors' application [D.I. 656] (the "**Application**") for entry of the Retention Order, Deloitte & Touche stated that as additional material information was discovered, Deloitte & Touche would supplement the Original Declaration.[2]    The disclosures set forth below are subject to the statements and qualifications made in the Original Declaration, which are incorporated herein by reference.

4.      Accordingly, by this Supplemental Declaration, I am providing the following supplemental information in connection with Deloitte & Touche's retention and services as independent auditor of the Debtors.

5.      Deloitte & Touche and the Debtors have entered into two additional engagement letters, dated August 22, 2017 (the "2017 Audit Engagement Letter") and November 1, 2017 (the "Interim Review Engagement Letter"), copies of which are attached hereto as Exhibit A.    The 2017 Audit Engagement Letter relates to audit services Deloitte & Touche will provide to the Debtors during the chapter 11 cases relating to the Debtors' financial statements for the year ending December 31, 2017.    Consistent with Deloitte & Touche's audits since the Debtors have been in bankruptcy, pursuant to the 2017 Audit Engagement Letter, Deloitte & Touche's fees for this engagement consist of (a) a fee related to base audit services, which is estimated to be $107,000, and (b) fees specific to additional audit procedures expected to be performed due to the continuation of the chapter 11 cases, which are estimated to be $58,000.    Deloitte & Touche

---

[2]    In further support of and in connection with the Debtors' Application for entry of the Retention Order and to supplement certain disclosures included in the Original Declaration, Deloitte & Touche submitted several supplemental declarations (*see* D.I. 2580, 7210, 8592, 10616, and 12091).

will charge the Debtors the hourly rates that have been previously approved by the Court for the

base audit and consultation services provided by Deloitte & Touche to the Debtors.[3] In addition,

engagement-related expenses incurred in providing the services will be included in the total

amount billed.

6.      The Interim Review Engagement Letter relates to Deloitte & Touche's review of

the Debtors' financial information for the nine months ended September 30, 2017 and September

30, 2016. Such review services are incremental to the services to be provided under the 2017

Audit Engagement Letter. Pursuant to the terms and conditions of the Interim Review

Engagement Letter, Deloitte & Touche estimates that its fees for these services will be

approximately $294,000. This amount includes an estimate for other services Deloitte & Touche

may perform for the Debtors involving performing procedures in connection with the inclusion

or incorporation by reference of the interim information in securities offerings documents related

to a potential transaction with Sempra. Deloitte & Touche will charge the hourly rates set forth

below for the interim review services and any additional procedures the Debtors request and

which Deloitte & Touche agrees to perform:[4]

| Professional Classification | Hourly Rate |
|---|---|
| Partner, Principal or Managing Director | $720 |
| Senior Manager | $620 |
| Manager | $540 |
| Senior Staff | $425 |
| Staff | $350 |

---

[3]    Approved rates were obtained from the application of EFH Corp. to retain Deloitte & Touche as independent auditor (*see* D.I. 656, filed on May 29, 2014).

[4]    These are the same rates as previously approved for "out of scope" services.

Dated: January 30, 2018

By: _Thomas Kilkenny_____

Thomas Kilkenny
Partner
Deloitte & Touche LLP

SUSAN MANESS
OFFICIAL NOTARY PUBLIC
COMMISSION EXPIRES
04-20-2019

State of Texas   County of _Dallas_
Sworn to and subscribed before me this _30_
day of _January_____, 20 _18_
_Susan Maness_ Notary Public

4