IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) Objection Deadline: November 29, 2017 at 4:00 pm E.T. |

### AFFIDAVIT OF PARIS LOVE, LEGAL SECRETARY

STATE OF ILLINOIS   :
             : SS:
COOK COUNTY     :

I, Paris Love, certify that on February 1, 2018, I caused a true and correct copy of the following document to be served via First Class mail on the attached service list, and by CM/ECF on all parties registered to receive notices in this case:

- **SECOND MONTHLY FEE STATEMENT OF SHAW FISHMAN GLANTZ & TOWBIN LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2017 THROUGH SEPTEMBER 30, 2017;**

- **THIRD MONTHLY FEE STATEMENT OF SHAW FISHMAN GLANTZ & TOWBIN LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2017 THROUGH OCTOBER 31, 2017;**

- **FOURTH MONTHLY FEE STATEMENT OF SHAW FISHMAN GLANTZ & TOWBIN LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2017 THROUGH NOVEMBER 30, 2017; AND**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{12270-001 AFF A0490507.DOCX}

- **FIFTH MONTHLY FEE STATEMENT OF SHAW FISHMAN GLANTZ & TOWBIN LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1, 2017 THROUGH DECEMBER 31, 2017;**

Service was completed upon the parties on the attached list as indicated thereon.

Dated: February 1, 2018

_____
Paris Love

SWORN AND SUBSCRIBED before me this February 1, 2018.

_____

> Official Seal
> Olha Rafalovsky
> Notary Public State of Illinois
> My Commission Expires 10/22/2018

**Electronic Mail Notice List/Via ECF- Case No. 13-11452**

- Mark Charles 2009npfdEllenberg    mark.ellenberg@cwt.com, michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com
- Derek C. Abbott    dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
- Jacob A. Adlerstein    jadlerstein@paulweiss.com
- David G. Aelvoet    davida@publicans.com
- Omar J. Alaniz    omar.alaniz@bakerbotts.com
- William Mark Alleman    WAlleman@beneschlaw.com, lmolinaro@beneschlaw.com;docket@beneschlaw.com
- Elihu Ezekiel Allinson, III    ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
- Ashley Robert Altschuler    ashley.altschuler@dlapiper.com, ashley-altschuler-8647@ecf.pacerpro.com
- Arlene Rene Alves    alves@sewkis.com
- Desiree M. Amador    amador.desiree@pbgc.gov, efile@pbgc.gov
- Carla O. Andres    candres@gklaw.com, kboucher@gklaw.com;pbrellenthin@gklaw.com
- Jason Daniel Angelo    jda@stevenslee.com, com@stevenslee.com
- David B. Anthony    danthony@bergerharris.com
- Brian L. Arban    barban@hillerarban.com
- Bradley R. Aronstam    baronstam@ramllp.com, hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@filings.docketbird.com
- John R. Ashmead    ashmead@sewkis.com
- Alison R. Ashmore    aashmore@dykema.com
- Daniel K. Astin    dastin@ciardilaw.com, jmcmahon@ciardilaw.com
- Michael L. Atchley    matchley@popehardwicke.com
- Danielle M. Audette    , jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
- Danielle Marie Audette    daudette@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
- Allison R Axenrod    allison@claimsrecoveryllc.com, allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
- Aaron C Baker    acb@pgslaw.com
- Elizabeth Banda Calvo    rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
- Richard A. Barkasy    rbarkasy@schnader.com
- Joseph Charles Barsalona II    barsalona@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Ryan M. Bartley    bankfilings@ycst.com
- Ashley F. Bartram    ashley.bartram@oag.texas.gov
- Amy Baudler    amy@purduelaw.com, gpurdue@purduelaw.com;kim@purduelaw.com
- Christopher R. Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
- Ward W. Benson    wardlow.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

- Camille C. Bent    CCB@stevenslee.com
- Karen C. Bifferato    kbifferato@connollygallagher.com
- L. John Bird    jbird@foxrothschild.com, idensmore@foxrothschild.com
- Monica S. Blacker    mblacker@jw.com, tsalter@jw.com;ldooley@jw.com
- Corby Davin Boldissar    dboldissar@lockelord.com
- G. Alexander Bongartz    alexbongartz@paulhastings.com
- Maria A. Bove    mbove@pszjlaw.com
- William Pierce Bowden    wbowden@ashby-geddes.com
- Nicholas J. Brannick    nbrannick@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
- Sean M. Brennecke    sbrennecke@klehr.com, state@klehr.com
- Kay Diebel Brock    bkecf@co.travis.tx.us
- Joshua K. Brody    jbrody@kramerlevin.com, adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com
- Charles J. Brown    cbrown@gsbblaw.com, dabernathy@archerlaw.com
- Matthew C. Brown    mbrown@whitecase.com
- Stuart M. Brown    stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
- Michael G. Busenkell    mbusenkell@gsbblaw.com
- Edwin Kevin Camson    camson@drumcapital.com
- Kevin M. Capuzzi    kcapuzzi@beneschlaw.com, docket@beneschlaw.com;lmolinaro@beneschlaw.com
- David W. Carickhoff    dcarickhoff@archerlaw.com, de20@ecfcbis.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- Christopher L. Carter    christopher.carter@morganlewis.com, julia.frost-davies@morganlewis.com
- Marc Stephen Casarino    casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
- Jon M. Chatalian    chatalian.jon@pbgc.gov, efile@pbgc.gov
- Mark S. Chehi    mchehi@skadden.com, debank@skadden.com
- Ana Chilingarishvili    ana.chilingarishvili@maslon.com
- William E. Chipman    chipman@chipmanbrown.com, dero@chipmanbrown.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Eboney Cobb    ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
- Howard A. Cohen    hcohen@gibbonslaw.com
- Kevin G. Collins    kevin.collins@btlaw.com, pgroff@btlaw.com;Kathy.lytle@btlaw.com
- Mark D. Collins    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Bernard George Conaway    bconaway@cohenseglias.com, bconaway@cohenseglias.com
- Traci L. Cotton    tcotton@utsystem.edu
- Scott D. Cousins    scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
- Jason D. Curry    jason.curry@quarles.com, sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
- Tobey M. Daluz    daluzt@ballardspahr.com, chiggesd@ballardspahr.com

- Johnna Darby    jdarby@shawfishman.com
- Eric Christopher Daucher    eric.daucher@nortonrosefulbright.com, howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonrosefulbright.com
- George Davis    gdavis@omm.com
- Christopher Michael De Lillo    delillo@rlf.com, rbgroup@rlf.com
- Michael D. DeBaecke    debaecke@blankrome.com
- Daniel J. DeFranceschi    RBGroup@rlf.com
- Daniel J. DeFranceschi    RBGroup@rlf.com
- Daniel J. DeFranceschi    rbgroup@rlf.com
- Daniel J. DeFranceschi    defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- David N. Deaconson    deaconson@pakislaw.com
- Andrew Dean    rbgroup@rlf.com, ann-jerominski-2390@ecf.pacerpro.com
- Michael David Debaecke    debaecke@blankrome.com, moody@ecf.inforuptcy.com
- John D. Demmy    jdd@stevenslee.com
- Daniel B. Denny    ddenny@gibsondunn.com
- Mark L. Desgrosseilliers    mark.desgrosseilliers@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
- Andrew Glenn Devore    andrew.devore@ropesgray.com
- Andrew Dietderich    dietdericha@sullcrom.com
- John P. Dillman    houston_bankruptcy@publicans.com
- Gregory T. Donilon    gdonilon@pwujlaw.com
- Jennifer V. Doran    jdoran@hinckleyallen.com, calirm@haslaw.com
- Amish R. Doshi    adoshi@magnozzikye.com
- Kevin C. Driscoll    Kevin.Driscoll@btlaw.com, donna.dotts@btlaw.com
- Thomas F. Driscoll    tdriscoll@tbf.legal, mdunwody@tbf.legal
- Dennis Dunne, Esq.    ddunne@millbank.com
- Justin K. Edelson    jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Jamie Lynne Edmonson    jledmonson@venable.com
- Andrew J. Ehrlich    aehrlich@paulweiss.com, mao_fednational@paulweiss.com
- Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
- Michael P. Esser    michael.esser@kirkland.com
- Justin Cory Falgowski    jfalgowski@burr.com
- Brian E Farnan    bfarnan@farnanlaw.com, tfarnan@farnanlaw.com
- David Daniel Farrell    dfarrell@thompsoncoburn.com
- Erin R Fay    efay@bayardlaw.com, lmorton@bayardlaw.com
- Robert J. Feinstein    rfeinstein@pszjlaw.com
- Barry G. Felder    bgfelder@foley.com
- Mark E. Felger    mfelger@cozen.com, MBrickley@cozen.com;mmillis@cozen.com
- Travis J. Ferguson    ferguson@lrclaw.com, dellose@lrclaw.com;raucci@lrclaw.com
- Angela Ferrante    debra.wolther@gardencitygroup.com, PACERteam@gardencitygroup.com
- Jeffrey R. Fine    jfine@dykema.com, jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
- Benjamin Finestone    benjaminfinestone@quinnemanuel.com

- GianClaudio Finizio   gfinizio@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com
- Mark Andrew Fink   mfink@mmwr.com, ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
- Gregory Joseph Flasser   gflasser@bayardlaw.com
- Evan R. Fleck   EFleck@milbank.com, jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;bzucco@milbank.com;mprice@milbank.com;aleblanc@milbank.com;rnussbaum@milbank.com;nalmeida@milbank.com
- Daniel A. Fliman   dfliman@kasowitz.com
- Christopher Fong   cfong@nixonpeabody.com
- Joseph D. Frank   jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
- Simon E. Fraser   sfraser@cozen.com
- Gregg M. Galardi   gregg.galardi@ropesgray.com, William.McGee@ropesgray.com
- Garden City Group, LLC   PACERTeam@gardencitygroup.com
- Victoria D. Garry   vgarry@ag.state.oh.us
- Frances Gecker   fgecker@fgllp.com, csmith@fgllp.com
- Jason A. Gibson   gibson@teamrosner.com
- Peter M. Gilhuly   peter.gilhuly@lw.com, adam.malatesta@lw.com
- Steven A. Ginther   deecf@dor.mo.gov
- Neil B. Glassman   bankserve@bayardfirm.com, nglassman@bayardfirm.com
- Neil B. Glassman   bankserve@bayardfirm.com, nglassman@bayardfirm.com
- Neil B. Glassman   bankserve@bayardlaw.com, nglassman@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;jalberto@bayardlaw.com;bankserve@bayardlaw.com
- Andrew K Glenn   aglenn@kasowitz.com
- Alessandra Glorioso   glorioso.alessandra@dorsey.com
- Bonnie R. Golub   bgolub@weirpartners.com
- L. Katherine Good   kgood@wtplaw.com
- L. Katherine Good   kgood@wtplaw.com, clano@wtplaw.com
- Lee B. Gordon   sonya.ragsdale@mvbalaw.com
- Anna Grace   Anna.E.Grace@usdoj.gov
- Joseph Grey   jgrey@crosslaw.com, smacdonald@crosslaw.com
- Kurt F. Gwynne   kgwynne@reedsmith.com, llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
- Kerry L. Haliburton   raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
- Ellen M. Halstead   ellen.halstead@cwt.com, joshua.arnold@cwt.com;nyecfnotice@cwt.com
- Lee Harrington   lharrington@nixonpeabody.com
- John G. Harris   jharris@bergerharris.com, mnicholls@bergerharris.com
- Andrea Stone Hartley   andrea.hartley@akerman.com
- Howard R. Hawkins, Jr.   howard.hawkins@cwt.com, nyecfnotice@cwt.com
- Christopher M Hayes   Christopher.hayes@kirkland.com
- Rebecca A. Hayes   rhayes@foley.com
- William A. Hazeltine   Bankruptcy001@sha-llc.com

- Mark F. Hebbeln    mhebbeln@foley.com, jsorrels@foley.com,opetukhova@foley.com
- Curtis A Hehn    curtishehn@comcast.net
- Reed A. Heiligman    rheiligman@fgllp.com, ccarpenter@fgllp.com
- Brian S. Hermann    jadlerstein@paulweiss.com;bhermann@paulweiss.com;mtattnall@paulweiss.com;abernstein@paulweiss.com;aehrlich@paulweiss.com;mturkel@paulweiss.com;kcairns@paulweiss.com;mcolarossi@paulweiss.com;gkroup@paulweiss.com
- R. Karl Hill    khill@svglaw.com, spappa@svglaw.com
- Adam Hiller    ahiller@hillerarban.com
- Brian W. Hockett    bhockett@thompsoncoburn.com
- Daniel K. Hogan    dkhogan@dkhogan.com, keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
- Thomas Ross Hooper    hooper@sewkis.com
- Jennifer R. Hoover    jhoover@beneschlaw.com, docket@beneschlaw.com;lmolinaro@beneschlaw.com
- Thomas M. Horan    thoran@shawfishman.com
- Jonathan L. Howell    jhowell@gpm-law.com
- James E. Huggett    jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
- Patrick L. Hughes    patrick.hughes@haynesboone.com
- Chad J. Husnick    chusnick@kirkland.com
- Joseph H. Huston    jhh@stevenslee.com
- Kizzy Lyn Jarashow    kjarashow@goodwinprocter.com
- Dennis L. Jenkins    dennis.jenkins@wilmerhale.com
- Bernard Grover Johnson    bjohnson@fisherboyd.com
- Laura Davis Jones    ljones@pszjlaw.com, efile1@pszyjw.com
- Laura Davis Jones    ljones@pszjlaw.com
- Laura Davis Jones    ljones@pszjlaw.com
- Laura Davis Jones    ljones@pszjlaw.com, efile@pszyj.com
- Michael Joseph Joyce    mjoyce@oelegal.com
- Nick S. Kaluk    nskaluk@debevoise.com
- Stephen Karotkin    stephen.karotkin@weil.com, frank.grese@weil.com
- Ann M Kashishian    akashishian@gelaw.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
- Brian Lucian Kasprzak    bkasprzak@moodklaw.com, mike@lscd.com
- Albert Kass    ECFpleadings@kccllc.com, ecfpleadings@kccllc.com
- Shanti M. Katona    skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Susan E. Kaufman    skaufman@skaufmanlaw.com
- Peter J. Keane    pkeane@pszjlaw.com
- William E Kelleher    wkelleher@cohenlaw.com, mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
- Humayun Khalid    hkhalid@cgsh.com, maofiling@cgsh.com
- John C. Kilgannon    jck@stevenslee.com, jck@stevenslee.com
- David M. Klauder    dklauder@bk-legal.com
- Barry M. Klayman    bklayman@cozen.com
- Julia B. Klein    klein@teamrosner.com
- Julia Bettina Klein    klein@kleinllc.com

- Barry Kleiner    dkleiner@kkwc.com
- Mark D. Kotwick    kotwick@sewkis.com
- Mark D. Kotwick    KOTWICK@SEWKIS.COM
- Alexa Kranzley    kranzleya@sullcrom.com
- Stacey Kremling    stacey@womaclaw.com
- Ari David Kunofsky    ari.d.kunofsky@usdoj.gov, eastern.taxcivil@usdoj.gov
- Kurtzman Carson Consultants LLC    info@kccllc.com
- Meredith A. Lahaie    mlahaie@akingump.com
- Adam G. Landis    landis@lrclaw.com, raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
- Kimberly Ellen Connolly Lawson    klawson@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com
- Vincent E. Lazar    vlazar@jenner.com
- Raymond H. Lemisch    rlemisch@klehr.com
- Stephen D Lerner    stephen.lerner@squirepb.com, sarah.conley@squirepb.com
- David Edward Leta    dleta@swlaw.com, wkalawaia@swlaw.com
- Jason M. Liberi    jason.liberi@skadden.com, christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
- Kevin M Lippman    klippman@munsch.com, lpannier@munsch.com
- Donald K. Ludman    dludman@brownconnery.com
- Jason M. Madron    madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Jason M. Madron    madron@rlf.com, rbgroup@rlf.com
- Jason M. Madron    madron@rlf.com, rbgroup@rlf.com
- Jason M. Madron    madron@rlf.com, rbgroup@rlf.com
- Andrew L Magaziner    bankfilings@ycst.com
- Robert K. Malone    robert.malone@dbr.com, andrew.groesch@dbr.com
- Kevin J. Mangan    kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
- Jennifer Marines    JMarines@mofo.com
- Lorenzo Marinuzzi    LMarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com
- D. Ross Martin    rmartin@ropesgray.com
- Katharine L. Mayer    kmayer@mccarter.com
- Chantelle D'nae McClamb    mcclambc@ballardspahr.com
- Garvan F. McDaniel    gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
- Matthew B. McGuire    , raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
- Matthew B. McGuire    mcguire@lrclaw.com, raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
- Lisa Cresci McLaughlin    mmo@pgmhlaw.com
- Joseph J. McMahon    jmcmahon@ciardilaw.com, mflores@ciardilaw.com
- Michelle McMahon    michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- R. Stephen McNeill    bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
- John P. Melko    jmelko@gardere.com, mriordan@gardere.com;ggattis@gardere.com;rdiep@gardere.com

- Lino Mendiola    linomendiola@andrewskurth.com
- Rachel B. Mersky    rmersky@monlaw.com
- Nicole D. Mignone    nicole.mignone@texasattorneygeneral.gove
- James Halstead Millar    james.millar@dbr.com, Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
- Brett H. Miller    BMiller@mofo.com, brett-miller-1388@ecf.pacerpro.com
- Evan T. Miller    emiller@bayardlaw.com, lmorton@bayardlaw.com
- Kathleen M. Miller    kmiller@skjlaw.com, llb@skjlaw.com
- Stephen M. Miller    smiller@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Mark Minuti    mark.minuti@saul.com, robyn.warren@saul.com;ecf-9d8e07160ff2@ecf.pacerpro.com
- Thomas J. Moloney    tmoloney@cgsh.com
- Francis A. Monaco    fmonaco@gsbblaw.com, frankmonacojr@gmail.com
- Pauline K. Morgan    bankfilings@ycst.com
- Hal F. Morris    hal.morris@oag.texas.gov
- John A. Morris    jmorris@pszjlaw.com
- Adam Scott Moskowitz    asmcapital@aol.com
- Christopher B. Mosley    Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov
- Tina Niehold Moss    tmoss@perkinscoie.com, nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
- Samuel Lee Moultrie    smoultrie@wlblaw.com
- Nicholas D. Mozal    nmozal@ramllp.com
- Lucian Borders Murley    luke.murley@saul.com, robyn.warren@saul.com
- Kathleen A. Murphy    kathleen.murphy@bipc.com, annette.dye@bipc.com
- David Neier    dneier@winston.com, dcunsolo@winston.com
- Joanna Flynn Newdeck    jnewdeck@akingump.com, ddunn@akingump.com
- Stacy L. Newman    snewman@ashby-geddes.com
- Daniel A. O'Brien    daobrien@venable.com
- Sean A. O'Neal    soneal@cgsh.com, maofiling@cgsh.com;afee@cgsh.com
- Rachel Obaldo    bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
- Mark D. Olivere    olivere@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
- Michael A. Paskin    mpaskin@cravath.com
- James Michael Peck    jpeck@mofo.com
- Norman L. Pernick    npernick@coleschotz.com, pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
- Lars A. Peterson    lapeterson@foley.com
- Marc J. Phillips    mphillips@mgmlaw.com
- Patricia Williams Prewitt    pwp@pattiprewittlaw.com
- David P. Primack    dprimack@mdmc-law.com, sshidner@mdmc-law.com;smullen@mdmc-law.com
- Gerrit M. Pronske    gpronske@pgkpc.com
- Natalie D. Ramsey    nramsey@mmwr.com, ECFdocuments@pacerpro.com
- Evan Rassman    evan.rassman@kutakrock.com
- Wendy B. Reilly    wbreilly@debevoise.com, mao-bk-ecf@debevoise.com

- Andrew R. Remming    aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
- Erica J. Richards    erichards@mofo.com, erica-richards-1053@ecf.pacerpro.com
- Rachel Ringer    rringer@kramerlevin.com, AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;GFrenzel@kramerlevin.com;dbraun@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com
- Colin R. Robinson    crobinson@pszjlaw.com, efile1@pszjlaw.com
- William A. Romanowicz    rbgroup@rlf.com
- Todd Jeffrey Rosen    todd.rosen@mto.com
- Mark F. Rosenberg    rosenbergm@sullcrom.com
- David S. Rosner    courtnotices@kasowitz.com
- Frederick B. Rosner    rosner@teamrosner.com
- Bruce J. Ruzinsky    bruzinsky@jw.com, mcavenaugh@jw.com
- Jeremy William Ryan    jryan@potteranderson.com, bankruptcy@potteranderson.com
- Jeffrey S. Sabin    JSSabin@Venable.com
- Chester B. Salomon    csalomon@beckerglynn.com, saltreuter@beckerglynn.com;hhill@beckerglynn.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- Edward O. Sassower    steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;michael.esser@kirkland.com;natasha.hwangpo@kirkland.com;patrick.venter@kirkland.com;mcclain.thompson@kirkland.com
- Maria Aprile Sawczuk    marias@restructuringshop.com, marias@ecf.courtdrive.com
- Gilbert R. Saydah    KDWBankruptcyDepartment@kelleydrye.com
- Brian Schartz    bschartz@kirkland.com
- Richard L. Schepacarter    richard.schepacarter@usdoj.gov
- Todd Charles Schiltz    todd.schiltz@dbr.com, cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
- Benjamin J. Schladweiler    bschladweiler@ramllp.com, jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.com;8289576420@filings.docketbird.com
- Jeffrey M. Schlerf    jschlerf@foxrothschild.com
- Jeffrey M. Schlerf    jschlerf@foxrothschild.com
- Jeffrey M. Schlerf    jschlerf@foxrothschild.com, idensmore@foxrothschild.com
- Erik Schneider    eschneider@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
- Andrea Beth Schwartz    andrea.b.schwartz@usdoj.gov
- John M. Seaman    seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com
- Joshua Powers Searcy    joshsearcy@jrsearcylaw.com
- Gary F. Seitz    gseitz@gsbblaw.com
- Tyler D. Semmelman    semmelman@rlf.com, rbgroup@rlf.com
- Tyler D. Semmelman    semmelman@rlf.com, rbgroup@rlf.com
- Tyler D. Semmelman    semmelman@rlf.com, rbgroup@rlf.com
- Tyler D. Semmelman    semmelman@rlf.com, rbgroup@rlf.com
- Tyler D. Semmelman    semmelman@rlf.com, rbgroup@rlf.com
- Karen Beth Shaer    PACERTeam@gardencitygroup.com
- Daniel S. Shamah    dshamah@omm.com

- Zachary I Shapiro    shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Jennifer R Sharret    jsharret@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com;MWasson@kramerlevin.com
- Lara E. Shipkovitz    lshipkovitz@tuckerlaw.com
- J Jackson Shrum    jshrum@jshrumlaw.com
- Laurie Selber Silverstein    bankruptcy@potteranderson.com
- Christopher Page Simon    csimon@crosslaw.com, smacdonald@crosslaw.com
- Ellen Slights    usade.ecfbankruptcy@usdoj.gov
- Daniel Stephen Smith    dan.smith2@usdoj.gov, efile_ees.enrd@usdoj.gov
- Owen M. Sonik    osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com
- Katherine Stadler    kstadler@gklaw.com, kboucher@gklaw.com;pbrellenthin@gklaw.com
- Stephen C. Stapleton    sstapleton@cowlesthompson.com
- Jason A. Starks    bk-jstarks@oag.texas.gov, sherri.simpson@oag.texas.gov
- Gregory M. Starner    ,
jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.bartlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.com
- Gregory Michael Starner    gstarner@whitecase.com,
jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.bartlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.com
- Cory P. Stephenson    cstephenson@bk-legal.com
- John Mark Stern    john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov
- Benjamin Stewart    bstewart@baileybrauer.com
- J. Kate Stickles    kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
- J. Kate Stickles    kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
- Sabrina L. Streusand    streusand@slollp.com, prentice@slollp.com
- John H. Strock    jstrock@foxrothschild.com, dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
- Aaron H. Stulman    astulman@wtplaw.com, clano@wtplaw.com
- Joshua Y. Sturm    joshua.strum@ropesgray.com
- William D. Sullivan    wdsecfnotices@sha-llc.com
- Matthew G. Summers    summersm@ballardspahr.com, chiggesd@ballardspahr.com
- Theodore J. Tacconelli    ttacconelli@ferryjoseph.com
- Stanley B. Tarr    tarr@blankrome.com, moody@ecf.inforuptcy.com
- Gregory A. Taylor    gtaylor@ashby-geddes.com
- William F. Taylor    bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- Brian Tong    brian.tong@srz.com
- Matthew J. Troy    matthew.troy@usdoj.gov
- U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
- U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
- Warren A. Usatine    wusatine@coleschotz.com, kkarstetter@coleschotz.com

- Jarrett Vine   jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Christopher A. Ward   cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Gregory M. Weinstein   gweinstein@weinrad.com, mbowers@weinrad.com;wphillips@weinrad.com
- William P. Weintraub   wweintraub@goodwinproctor.com, zhassoun@fklaw.com
- Helen Elizabeth Weller   dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com
- Duane David Werb   maustria@werbsullivan.com;riorii@werbsullivan.com
- Erin A. West   ewest@gklaw.com, kboucher@gklaw.com;mfuller@gklaw.com;pbrellenthin@gklaw.com
- Clark T. Whitmore   clark.whitmore@maslon.com
- Stephanie Wickouski   stephanie.wickouski@bryancave.com, dortiz@bryancave.com
- Jeffrey C. Wisler   jwisler@connollygallagher.com
- Keith Howard Wofford   keith.wofford@ropesgray.com, keith.wofford@ropesgray.com
- Davis Lee Wright   dwright@mmwr.com, keith-mangan-mmwr-1628@ecf.pacerpro.com
- Joseph D. Wright   wright@lrclaw.com, dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
- James S. Yoder   yoderj@whiteandwilliams.com
- Peter Jonathon Young   pyoung@proskauer.com
- Lindsay Zahradka   lzahradka@akingump.com

**Manual Notice List/Via U.S. First Class Mail**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case.

> Andrew M. Wright and Cecily Gooch
> 1601 Bryan Street, 43rd Floor
> Dallas, TX, 75201
>
> Kirkland & Ellis LLP
> 601 Lexington Avenue
> New York, NY 10022
> Attn: Brian E. Schartz
>
> Attn: Chad Husnick
> Kirkland & Ellis LLP
> 300 North LaSalle
> Chicago, IL  60654
>
> Attn: Daniel DeFranceschi and Jason Madron
> Richards, Layton & Finger, P.A.
> 920 North King Street
> Wilmington, DE  19801

Richard L. Schepacarter
Roberta A. DeAngelis
The United States Trustee for Region 3
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE 19801

Attn: Andrea B. Schwartz
U.S. Department of Justice
Office of the U.S. Trustee
U.S. Federal Building
201 Varick Street, Room 1006
New York, NY 10014

Attn: Ned Schodek and Fredric Sosnick
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Attn: Evan Fleck and Matthew Brod
Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Attn: Lorenzo Marinuzzi and Jennifer Marines
Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019

Attn: Katherine Stadler
Godfrey & Kahn, S.C.
One East Main Street
Madison, WI 53703