# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| ENERGY FUTURE HOLDINGS CORP., | ) |
| *Plaintiff*, | ) |
| v. | ) Adv. Pro. No. 17-51785 (CSS) |
| VISTRA ENERGY CORP., | ) |
| *Defendant*. | ) |

## NOTICE OF RESCHEDULED HEARING DATE AND TIME

PLEASE TAKE NOTICE that the date and time of the hearing scheduled to be held in the above-captioned chapter 11 cases and above-captioned adversary proceeding on **February 15, 2018 starting at 10:00 a.m. (Eastern Standard Time)** (see D.I. 12454) at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware, 19801 (the "Bankruptcy Court") has been rescheduled at the direction of the Bankruptcy Court, and will now take place on **February 16, 2018 starting at 11:00 a.m. (Eastern Standard Time)**. Accordingly, any matters previously scheduled to be heard on

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 18832449v.1

2

February 15, 2018 starting at 10:00 a.m. (Eastern Standard Time) will now be heard before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **February 16, 2018 starting at 11:00 a.m. (Eastern Standard Time)**.

*[Remainder of page intentionally left blank.]*

Dated: February 1, 2018
       Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900
Email:       edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com
             aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession in Chapter 11 Case No. 14-10979 (CSS)*

-and-

RLF1 18832449v.1

        */s/ David M. Klauder*
**BIELLI & KLAUDER, LLC**
David M. Klauder (No. 5769)
Cory P. Stephenson (No. 6097)
1204 N. King Street
Wilmington, Delaware 19801
Telephone:   (302) 803-6400
Facsimile:   (302) 397-2557
Email:   dklauder@bk-legal.com
             cstephenson@bk-legal.com

-and-

**PROSKAUER ROSE LLP**
Michael A. Firestein (admitted *pro hac vice*)
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone:   (310) 284-5661
Facsimile:   (310) 557-2193
Email:   mfirestein@proskauer.com

-and-

Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, Illinois 60602
Telephone:   (312) 962-3550
Facsimile:   (312) 962-3551
Email:   mthomas@proskauer.com
             pyoung@proskauer.com

*Co-Counsel to Debtor Energy Future Holdings Corp. in Adv. Pro. No. 17-51785 (CSS)*