## EXHIBIT B

**Summary of Fees Billed by Subject Matter for the Tenth Interim Fee Period**

| Activity Description | Sum of Hours | Sum of Amount |
|---|---|---|
| 495 Balloting/Solicitation Consultation | 124.00 | $27,221.80 |
| 642 Fee Application Prep and Related Issues | 1.60 | $387.20 |
| 647 Distribution | 63.60 | $8,869.50 |
| 900 Ediscovery Services | 47.30 | $6,622.00 |
| **Totals** | 236.50 | $43,100.50 |