# EXHIBIT C

## Summary of Hours Billed by Epiq Professionals[1] During the Tenth Interim Fee Period

| Professional | Position With Applicant | Hourly Billing Rate | Sum of Hours | Sum of Amount |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | 10.90 | $385.00 | $4,196.50 |
| Brian Karpuk | EBS Senior Consultant III | 1.60 | $242.00 | $387.20 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 85.60 | $242.00 | $20,715.20 |
| Joseph Arena | EBS Senior Consultant I | 0.40 | $176.00 | $70.40 |
| Eric Usitalo | EBS Senior Consultant I | 11.10 | $176.00 | $1,953.60 |
| Shivam Patel | EBS Programmer III | 0.10 | $167.00 | $16.70 |
| Justina Betro | EBS Associate I | 10.60 | $145.00 | $1,537.00 |
| Thursin Atkinson | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Richard Bradshaw | EDS Project Manager | 1.50 | $140.00 | $210.00 |
| Andrew Darwin | EDS Project Manager | 2.00 | $140.00 | $280.00 |
| Laura Davis | EDS Project Manager | 0.90 | $140.00 | $126.00 |
| Carlos Espiritu | EDS Project Manager | 1.00 | $140.00 | $140.00 |
| Daniel Ford | EDS Project Manager | 0.20 | $140.00 | $28.00 |
| Terence Labrador | EDS Project Manager | 1.00 | $140.00 | $140.00 |
| Daniel Larson | EDS Project Manager | 0.40 | $140.00 | $56.00 |
| Michael Lindsey | EDS Project Manager | 0.60 | $140.00 | $84.00 |
| Joshua Monzon | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Eric Stone | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Steven Sullivan | EDS Project Manager | 0.50 | $140.00 | $70.00 |
| Michal Tchorzewski | EDS Project Manager | 37.10 | $140.00 | $5,194.00 |
| Jennifer Vargas | EDS Project Manager | 0.40 | $140.00 | $56.00 |
| Koshin Young | EDS Project Manager | 0.80 | $140.00 | $112.00 |
| Andre Gibbs | EBS Programmer II | 0.10 | $127.00 | $12.70 |
| Rickey Li | EBS Case Manager II | 25.00 | $127.00 | $3,175.00 |
| Erika Ramseyer | EBS Case Manager II | 15.90 | $127.00 | $2,019.30 |
| David Rodriguez | EBS Case Manager II | 1.60 | $127.00 | $203.20 |
| Geoff Zahm | EBS Case Manager II | 0.20 | $127.00 | $25.40 |
| John Chau | EBS Case Manager I | 26.10 | $83.00 | $2,166.30 |
| **TOTAL** | | | **236.50** | **$43,100.50** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."