**EXHIBIT E**

**Summary of Actual and Necessary Expenses for the Tenth Interim Fee Period**

| Expense Category | Amount |
|---|---:|
| HST142 – Load Files-Native, Scanned & Third Party | $122.15 |
| HST626 – Relativity License Fee | $13,160.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | $184,355.60 |
| PRO128 – Client Media Storage | $80.00 |
| Taxes | $13,692.17 |
| **TOTAL** | **$211,409.92** |