# **EXHIBIT F**

## **Detailed Description of Expenses and Disbursements**

| Month | Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|---|
| May-17 | HST626 – Relativity License Fee | 47.00 EA | $70.00 | $3,290.00 |
| May-17 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 3,636.01 GB | $13.00 | $47,268.13 |
| May-17 | PRO128 – Client Media Storage | 2.00 EA | $10.00 | $20.00 |
| May-17 | Taxes | | | $3,394.62 |
| Jun-17 | HST626 – Relativity License Fee | 47.00 EA | $70.00 | $3,290.00 |
| Jun-17 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 3.636.01 GB | $13.00 | $47,268.13 |
| Jun-17 | PRO128 – Client Media Storage | 2.00 EA | $10.00 | $20.00 |
| Jun-17 | Taxes | | | $3,392.78 |
| Jul-17 | HST626 – Relativity License Fee | 47.00 EA | $70.00 | $3,290.00 |
| Jul-17 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 3.443.41 GB | $13.00 | $44,764.33 |
| Jul-17 | PRO128 – Client Media Storage | 2.00 EA | $10.00 | $20.00 |
| Jul-17 | Taxes | | | $3,366.15 |
| Aug-17 | HST142 – Load Files-Native, Scanned & 3rd Party | 3.49 GB | $35.00 | $122.15 |
| Aug-17 | HST626 – Relativity License Fee | 47.00 EA | $70.00 | $3,290.00 |
| Aug-17 | HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | 3.465.77 GB | $13.00 | $45,055.01 |
| Aug-17 | PRO128 – Client Media Storage | 2.00 EA | $10.00 | $20.00 |
| Aug-17 | Taxes | | | $3,538.62 |
| **TOTAL** | | | | **$211,409.92** |