## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Balloting / Solicitation Consultation | 117.90 | $25,738.20 |
| 642 | Fee Application Prep | 23.20 | $5,614.40 |
| 700 | Non-Working Travel | 2.00 | $282.00 |
| **Totals:** | | **143.10** | **$25,536.20** |