## **EXHIBIT B**

**Professionals' Information**

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| **Professional Person** | **Position with the Applicant** | **Total Hours Billed** | **Hourly Billing Rate** | **Total Compensation** |
|---|---|---|---|---|
| Brian Karpuk | EBS Senior Consultant III | 23.20 | $242.00 | $5,614.40 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 68.20 | $242.00 | $16,262.40 |
| Joseph Arena | EBS Senior Consultant I | 1.50 | $176.00 | $264.00 |
| John Chau | EBS Case Manager I | 32.90 | $83.00 | $2,730.70 |
| Konstantina Haidopoulos | EBS Case Manager I | 0.10 | $83.00 | $8.30 |
| Forest Kuffer | EBS Case Manager I | 0.30 | $83.00 | $24.90 |
| Thomas Vazquez | EBS Admin Support I | 16.90 | $35.00 | $591.50 |
| **Total** | | | | **$25,496.20** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."