## EXHIBIT A

### Statement of Fees By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 495 | Balloting / Solicitation Consultation | 72.10 | $10,060.50 |
| 642 | Fee Application Prep | 1.70 | $411.40 |
| 900 | EDiscovery | 3.20 | $448.00 |
| **Totals:** | | **77.00** | **$10,919.90** |