## EXHIBIT B

### Professionals' Information

The Epiq professionals[1] who rendered services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Total Hours Billed | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | 2.30 | $385.00 | $885.50 |
| Brian Karpuk | EBS Senior Consultant III | 1.70 | $242.00 | $411.40 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 23.90 | $242.00 | $5,793.80 |
| Joseph Arena | EBS Senior Consultant I | 1.90 | $176.00 | $334.40 |
| Brett Irizarry | EDS Project Manager | 0.60 | $140.00 | $84.00 |
| Michal Tchorzewski | EDS Project Manager | 2.30 | $140.00 | $322.00 |
| Koshin Young | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| John Chau | EBS Case Manager I | 31.60 | $83.00 | $2,622.80 |
| Thomas Vazquez | EBS Admin Support I | 12.40 | $35.00 | $434.00 |
| **Total** | | **77.00** | | **$10,919.90** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."