## EXHIBIT C

**Summary of Actual and Necessary Epiq Expenses for the Fee Period**

| Expense Category | Amount |
|---|---:|
| HST142 – Third Party Data Loading | $49.00 |
| HST626 – Relativity License Fee | $3,290.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | $44,898.10 |
| PRO128 – Client Media Storage | $20.00 |
| Tax | $3,267.51 |
| **TOTAL** | **$51,524.61** |