# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br>Bankruptcy Case No. 14-10979 (CSS)<br>(Jointly Administered) |
| NEXTERA ENERGY, INC.,<br><br>Appellant,<br><br>v.<br><br>ENERGY FUTURE HOLDINGS CORP. and<br>ELLIOTT ASSOCIATES, L.P., et al.<br><br>Appellees. | Civil Action No. 17-1546 (RGA) |

## STIPULATION REGARDING DISMISSAL OF DISTRICT COURT APPEAL

**NOW COMES** NextEra Energy, Inc. ("NextEra" or "Appellant"), Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott" or "Appellees"), and the above-captioned debtors and debtors in possession (collectively, the "Debtors" and together with NextEra and Elliott, the "Parties"), with respect to the appeal regarding the *Order Granting the Motion To Reconsider of Elliott Associates, L.P. and Denying the Application of NextEra Energy Inc. for Payment of Administrative Claim* of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") dated October 18, 2017 [D.I. 12075] (the "Reconsideration Order"), and stipulate to the following:

**WHEREAS**, on July 29, 2016, certain of the Debtors entered into an Agreement and Plan of Merger (the "Merger Agreement") with NextEra and thereafter sought its approval by the Bankruptcy Court, including a provision for a termination fee of $275 million (the "Termination Fee") payable to NextEra under certain circumstances; and

**WHEREAS**, on September 19, 2016, the Bankruptcy Court entered *its Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement* [D.I. 9584] (the "Termination Fee Approval Order") authorizing the Debtors' entry into the Merger Agreement and approving the Termination Fee; and

**WHEREAS**, on July 29, 2017, Elliott filed a *Motion to Reconsider in Part the September 19, 2016 Order [D.I. No. 9584] Approving the NextEra Termination Fee* [D.I. 11636] (the "Reconsideration Motion"); and

**WHEREAS**, on October 18, 2017, the Bankruptcy Court entered its order granting the Reconsideration Motion [D.I. 12075] (the "Reconsideration Order"). The Bankruptcy Court, through the Reconsideration Order, also denied the *Application of NextEra Energy, Inc. for Payment of Administrative Claim* [D.I. 11649]; and

**WHEREAS**, on October 30, 2017, NextEra timely appealed the Reconsideration Order to this Court (the "District Court Appeal"); and

**WHEREAS**, also on November 10, 2017, NextEra, Elliott, and the Debtors jointly certified that a direct appeal of the Reconsideration Order to the United States Court of Appeals for the Third Circuit (the "Third Circuit") was appropriate; and

**WHEREAS**, on November 24, 2017, NextEra filed with the Third Circuit a petition for direct appeal, including a motion for an expedited appeal; and

WHEREAS, on January 17, 2018, the Third Circuit granted the Petition for Permission to Appeal Pursuant to 28 U.S.C. Section 158(d)(2) and accompanying Motion to Expedite the Appeal;

WHEREAS, on January 19, 2018, the Third Circuit docketed the appeal (the "Third Circuit Appeal"); and

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their respective undersigned counsel, that:

1. Pursuant to Bankruptcy Rule 8023, the District Court Appeal shall be dismissed.
2. Voluntary dismissal of the District Court Appeal is done for administrative purposes only and dismissal of the District Court Appeal shall have no effect on the pending Third Circuit Appeal.

*[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]*

Dated: February 1, 2018  
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
    mcguire@lrclaw.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
Eric Daucher (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: howard.seife@nortonrosefulbright.com
    andrew.rosenblatt@nortonrosefulbright.com
    eric.daucher@nortonrosefulbright.com

-and-

**WINSTON & STRAWN LLP**
Dan K. Webb (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: dwebb@winston.com

Thomas M. Buchanan (admitted *pro hac vice*)
1700 K Street, NW
Washington, D.C. 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
Email: tbuchana@winston.com

*Counsel to Appellant NextEra Energy, Inc.*

Dated: February 1, 2018  
Wilmington, Delaware

**BAYARD, P.A**

/s/ Erin R. Fay
Scott D. Cousins
Erin R. Fay
Evan T. Miller
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
Email: scousins@bayardlaw.com
efay@bayardlaw.com
emiller@bayardlaw.com

-and-

**ROPES & GRAY LLP**
Keith H. Wofford (admitted *pro hac vice*)
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: Keith.Wofford@ropesgray.com
Gregg.Galardi@ropesgray.com

*Counsel to Appellees Elliott Associates, L.P., Elliott International, L.P., and the Liverpool Limited Partnership*

Dated: February 1, 2018
Wilmington, Delaware

**RICHARDS LAYTON & FINGER, P.A.**

/s/ *Jason M. Madron*
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**KIRKLAND & ELLIS, LLP**
**KIRKLAND & ELLIS INTERNATIONAL, LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com
aparna.yenamandra@kirkland.com

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
chad.husnick@kirkland.com
marc.kieselstein@kirkland.com
steven.serajeddini@kirkland.com

*Counsel to Debtors and Debtors in Possession*

SO ORDERED this 2 day of Feb, 2018

/s/ Richard G. Andrews
United States District Judge

{932.002-W0050164.}