# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) ) | (Jointly Administered) |
| | ) ) ) | **Objection Deadline: February 28, 2018 at 4:00 p.m.** |

**FORTY-THIRD MONTHLY FEE STATEMENT OF ALVAREZ & MARSAL NORTH AMERICA, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2017 THROUGH NOVEMBER 30, 2017**

| **Name of Applicant** | **Alvarez & Marsal North America, LLC** |
|---|---|
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp, *et al.* Debtors and Debtors in Possession |
| Date of Retention: | Retention Order Entered on September 16, 2014 (Effective as of April 29, 2014) |
| Period for which compensation and reimbursement is sought: | November 1, 2017 through November 30, 2017 |
| Amount of Compensation sought as actual, reasonable and necessary: | $26,616.00 (80% of $33,270.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0 |

This is a **X** monthly ___ interim __ final application.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Debtors to Retain and Employ Alvarez & Marsal North America, LLC as Restructuring Advisors Effective Nunc Pro Tunc to the Petition Date,* dated September 16, 2014 [D.I. 2055] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the firm of Alvarez & Marsal North America, LLC ("A&M"), restructuring advisors for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby files this monthly application (this "Application") for: (i) compensation in the amount of $26,616.00 for the reasonable and necessary professional services A&M rendered to the Debtors from November 1, 2017 through November 30, 2017 (the "Fee Period") (80% of $33,270.00); and (ii) reimbursement for the actual and necessary expenses that A&M incurred, in the amount of $0 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support of this Application, attached are the following exhibits:

   - **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by A&M directors, associates, analysts and paraprofessionals during the Fee Period with respect to each of the subject matter categories A&M established in accordance with its internal billing procedures. As reflected in Exhibit A, A&M incurred $33,270.00 in fees during the Fee Period. Pursuant to this Application, A&M seeks reimbursement for 80% of such fees.

   - **Exhibit B** is a schedule providing certain information regarding the A&M employees whose work on these chapter 11 cases compensation is sought in

this Application.  Employees of A&M have expended a total of 45.5 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which A&M is seeking reimbursement in this Application.  All of these disbursements comprise the requested sum for A&M's out-of-pocket expenses.

- **Exhibit D** consists of A&M's records of expenses incurred during the Fee Period in the rendition of the professional services to the Debtors and their estates.

**Proposed Payment Allocation**

2. In accordance with paragraph 2(b) of the Interim Compensation Order, A&M proposes the following payment allocation of the fees and expenses sought in this fee statement among (a) Energy Future Holdings Corp. ("EFH Corp."), (b) Energy Future Intermediate Holding Company LLC ("EFIH"), and (c) Energy Future Competitive Holdings Company LLC and each of its direct and direct subsidiaries that are Debtors in these chapter 11 cases (collectively, the "TCEH Debtors"[2]):

| **Requested Fees and Expenses:** | |
|---|---|
| **$26,616.00 (comprised of $26,616.00 of fees (80% of $33,270.00) and $0 of expenses)** | |
| **Debtor(s)** | **Amount Sought to be Paid** |
| EFH Corp. | $22,364.00 |
| EFIH | $4,252.00 |
| *Totals:* | **$26,616.00** |

---

[2] The TCEH Debtors emerged from chapter 11 on October 3, 2016.  *See Notice of Entry of TCEH Confirmation Order and Occurrence of TCEH Effective Date* [D.I. 9742].

3

RLF1 18859882v.1

**Representations**

3. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period. A&M reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

[*Remainder of page intentionally left blank.*]


WHEREFORE, A&M requests that it be allowed reimbursement for its fees and expenses incurred during the Fee Period in the total amount of $26,616.00 consisting of (a) $26,616.00 which is 80% of the fees incurred by the Debtors for reasonable and necessary professional services rendered by A&M and (b) $0 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated: February 7, 2018               */s/ John L. Stuart*
                                         **John L. Stuart**
                                         Managing Director
                                         Alvarez & Marsal North America, LLC
                                         2100 Ross Avenue, Suite 2100
                                         Dallas, TX 75201
                                         Telephone:     (214) 438-8486
                                         Email:          jstuart@alvarezandmarsal.com

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) )  Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | )  )  Case No. 14-10979 (CSS) |
| Debtors. | )  )  (Jointly Administered) ) |

## VERIFICATION OF JOHN L. STUART

1. I am a Managing Director in the firm of Alvarez & Marsal North America, LLC ("<u>A&M</u>"), located at 2100 Ross Ave., Dallas, Texas 75201. I am one of the lead restructuring advisors from A&M working on the above-captioned chapter 11 cases.

2. I have personally performed many of the services rendered by A&M, as restructuring advisor to the Debtors, and am familiar with all other work performed on behalf of the Debtors by the employees in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information, and belief.

4. I have reviewed rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Application for Alvarez & Marsal North America, LLC complies with such rule.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 18859882v.1

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

*/s/ John L. Stuart*
John L. Stuart
Managing Director
Alvarez & Marsal North America, LLC