# **EXHIBIT A**

**Statement of Fees By Subject Matter**

*Exhibit A*

**Combined - EFH & EFIH**
**Summary of Time Detail by Task**
**November 1, 2017 through November 30, 2017**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Claims | 8.9 | $5,155.00 |
| Fee Applications | 0.8 | $345.00 |
| POR / Disclosure Statement | 1.3 | $670.00 |
| Tax Review & Support | 25.5 | $21,925.00 |
| UST Reporting Requirements | 9.0 | $5,175.00 |
| **Total** | **45.5** | **$33,270.00** |

*Exhibit A*

**EFH**
**Summary of Time Detail by Task**
**November 1, 2017 through November 30, 2017**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Claims | 5.00 | $2,935.00 |
| Fee Applications | 0.40 | $172.50 |
| POR / Disclosure Statement | 0.65 | $335.00 |
| Tax Review & Support | 25.50 | $21,925.00 |
| UST Reporting Requirements | 4.50 | $2,587.50 |
| **Total** | **36.05** | **$27,955.00** |

*Exhibit A*

*EFIH*
*Summary of Time Detail by Task*
*November 1, 2017 through November 30, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Claims | 3.90 | $2,220.00 |
| Fee Applications | 0.40 | $172.50 |
| POR / Disclosure Statement | 0.65 | $335.00 |
| UST Reporting Requirements | 4.50 | $2,587.50 |
| **Total** | **9.45** | **$5,315.00** |