## **EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

**Combined - EFH & EFIH**
*Summary of Time Detail by Professional*
*November 1, 2017 through November 30, 2017*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Pedersen | Managing Director | $950.00 | 7.0 | $6,650.00 |
| Chris Howe | Managing Director | $950.00 | 4.0 | $3,800.00 |
| Michael Eagan | Managing Director | $900.00 | 11.0 | $9,900.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 5.9 | $3,835.00 |
| Kevin Sullivan | Director | $575.00 | 9.0 | $5,175.00 |
| Sloane Kukanza | Director | $450.00 | 3.5 | $1,575.00 |
| Rich Carter | Consultant | $475.00 | 4.6 | $2,185.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.5 | $150.00 |
| | | **Total** | **45.5** | **$33,270.00** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### November 1, 2017 through November 30, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Pedersen | Managing Director | $950.00 | 7.00 | $6,650.00 |
| Chris Howe | Managing Director | $950.00 | 4.00 | $3,800.00 |
| Michael Eagan | Managing Director | $900.00 | 11.00 | $9,900.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 3.50 | $2,275.00 |
| Kevin Sullivan | Director | $575.00 | 4.50 | $2,587.50 |
| Rich Carter | Consultant | $475.00 | 2.30 | $1,092.50 |
| Sloane Kukanza | Director | $450.00 | 3.50 | $1,575.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.25 | $75.00 |
| **Total** | | | **36.05** | **$27,955.00** |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### November 1, 2017 through November 30, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jodi Ehrenhofer | Senior Director | $650.00 | 2.40 | $1,560.00 |
| Kevin Sullivan | Director | $575.00 | 4.50 | $2,587.50 |
| Rich Carter | Consultant | $475.00 | 2.30 | $1,092.50 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.25 | $75.00 |
| | | *Total* | 9.45 | $5,315.00 |