# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

No expenses from November 1, 2017 through November 30, 2017