IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 1996, 7262, 7273-7277** |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                                         ) ss.:
COUNTY OF NEW YORK  )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 14, 2015, I caused to be served a personalized "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated December 14, 2015, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered by first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

/s/ Konstantina Haidopoulos
Konstantina Haidopoulos

Sworn to before me this
15th day of December, 2015

/s/ Carol Zhang
Notary Public

CAROL IRIS ZHANG
Notary Public, State of New York
No. 01ZH6284996
Qualified in Kings County
Commission Expires July 01, 2017

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

T:\Clients\TXUENERG\Affidavits\Transfer Notices_re DI 1996, 7262, 7273-7277_AFF_12-14-15.docx

**EXHIBIT A**

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



EFH TRFNTC (MERGE2, TXNUM2) 4000028615

To:   BAR(23) MAILID *** 000101012488 ***



AEC POWERFLOW, LLC
100 SW SCHERER ROAD
LEES SUMMIT, MO 64082

# THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:

ENERGY FUTURE HOLDINGS CORP., et al.

Chapter 11

Case No. 14-10979 (CSS)

## NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)

Note: For Purposes of this form,  **transferor**  refers to the claimant who is selling or otherwise assigning its claim. While  **transferee**  refers to the party who is purchasing or othewise being assigned the claim.

To:   BAR(23) MAILID *** 000101012488 ***       EFH TRFNTC (MERGE2, TXNUM2) 4000028615



AEC POWERFLOW, LLC
100 SW SCHERER ROAD
LEES SUMMIT, MO 64082

Please note that your claim # 4272-06 in the above referenced case and in the amount of $6,893.82 has been transferred (unless previously expunged by court order)

TRC MASTER FUND LLC
TRANSFEROR: AEC POWERFLOW, LLC
ATTN: TERREL ROSS
PO BOX 633
WOODMERE, NY 11598

No action is required if you do not object to the transfer of your claim. However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER    1996    in your objection. If you file an objection, a hearing will be scheduled.   **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 12/14/2015         David D. Bird, Clerk of Co

/s/ Sidney Garabato

EPIQ BANKRUPTCY SOLUTIONS, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on December 14, 2015.

**EXHIBIT B**

ENERGY FUTURE HOLDINGS CORP., ET AL.

SERVICE LIST

| Claim Name | Address Information |
|---|---|
| AEC POWERFLOW, LLC | 100 SW SCHERER ROAD, LEES SUMMIT, MO 64082 |
| DATA EXCHANGE | 7666 EAST 61ST STREET SOUTH, #240, TULSA, OK 74133 |
| GLOBAL ICEBLASTING INC | 104 LEDGENEST DR, MCKINNEY, TX 75070 |
| GLOBAL ICEBLASTING INC | 104 LEDGENEST DR, MCKINNEY, TX 75070 |
| GTANALYSIS INC | PO BOX 14534, BRADENTON, FL 34280-4534 |
| HOIST & CRANE SERVICE GROUP | PO BOX 53062, LAFAYETTE, LA 70505-3062 |
| INDUSTRIAL REFRACTORY SERVICES | 2300 S MAIN ST, FORT WORTH, TX 76110 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: DATA EXCHANGE, ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: GLOBAL ICEBLASTING INC, ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: GLOBAL ICEBLASTING INC, ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: HOIST & CRANE SERVICE GROUP, ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: INDUSTRIAL REFRACTORY SVCS, ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601 |
| LIQUIDITY SOLUTIONS, INC. | TRANSFEROR: TEXAS DIESEL MAINTENANCE, ONE UNIVERSITY PLAZA, SUITE 312, HACKENSACK, NJ 07601 |
| TANNOR PARTNERS CREDIT FUND, LP | TRANSFEROR: GTANALYSIS INC, ATTN: ROBERT TANNOR, 150 GRAND ST STEET, SUITE 401, WHITE PLAINS, NY 10601 |
| TEXAS DIESEL MAINTENANCE | ATTN: TRACEY MARCANTEL, 2327 TIMBERBREEZE COURT, MAGNOLIA, TX 77355 |
| TRC MASTER FUND LLC | TRANSFEROR: AEC POWERFLOW, LLC, ATTN: TERREL ROSS, PO BOX 633, WOODMERE, NY 11598 |

Total Creditor Count 16

RICHARDS LAYTON & FINGER
ATTN: BARB WITTERS
920 NORTH KING STREET
WILMINGTON, DE 19801