# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Ref. Docket No. 10242 & 10243** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
) ss.:
COUNTY OF NEW YORK )

DANIEL RAMIREZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 21, 2016, I caused to be served the:

   a. "Twenty-Ninth Monthly Fee Statement of KPMG LLP for Allowance of an Administrative Claim of Compensation and Reimbursement of Expenses Incurred from September 1, 2016 through October 3, 2016," dated November 21, 2016 [Docket No. 10242], and

   b. "Twenty-Third Monthly Fee Statement of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from October 1, 2016 through October 31, 2016," dated November 21, 2016 [Docket No. 10243],

   by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

_____
Daniel Ramirez

Sworn to before me this
30th day of November, 2016

_____
Notary Public

> PANAGIOTA MANATAKIS
> NOTARY PUBLIC STATE OF NEW YORK
> QUEENS COUNTY
> LIC. #01MA6221096
> COMM. EXP. APRIL 26, 2018

**EXHIBIT A**

ENERGY FUTURE HOLDINGS CORP., ET AL.
**FEE APPLICATION NOTICE PARTIES**

ENERGY FUTURE HOLDINGS CORP ET AL

ATTN: ANDREW M WRIGHT & CECILY GOOCH

1601 BRYAN ST 43RD FL

DALLAS, TX 75201


ROBERTA A. DEANGELIS

UNITED STATES TRUSTEE – REGION 3

ATTN: RICHARD L. SCHEPACARTER

J. CALEB BOGGS FEDERAL BUILDING

844 KING ST, ROOM 2207

WILMINGTON, DE 19801


ROBERTA A. DEANGELIS

UNITED STATES DEPARTMENT OF JUSTICE

OFFICE OF THE U.S. TRUSTEE

ATTN: ANDREA B. SCHWARTZ

U.S. FEDERAL BUILDING

201 VARICK STREET, ROOM 1006

NEW YORK, NY 10014


SHEARMAN & STERLING LLP

(AGENT TO EFIH FIRST LIEN DIP

FINANCING FACILITY)

ATTN: FREDERICK SOSNICK ESQ &

NED SHODEK ESQ

599 LEXINGTON AVE

NEW YORK, NY 10022

ENERGY FUTURE HOLDINGS CORP., ET AL.
**FEE APPLICATION NOTICE PARTIES**

MILBANK, TWEED, HADLEY & MCCLOY LLP

(COUNSEL TO AGENT TCEH DIP

FINANCING FACILITY)

ATTN: EVAN FLECK AND MATTHEW BROD

1 CHASE MANHATTAN PLAZA

NEW YORK, NY 10005


MORRISON & FOERSTER LLP

(COUNSEL TO OFFICIAL CREDITORS'

COMMITTEE)

ATTN: LORENZO MARINUZZI & JENNIFER MARINES

250 W 55TH STREET

NEW YORK, NY 10019


GODFREY & KAHN, S.C.

(COUNSEL TO FEE COMMITTEE)

ATTN: KATHERINE STADLER

ONE E MAIN STREET

MADISON, WI 53703