# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**VERIFIED STATEMENT OF SPECIAL COUNSEL**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

In connection with the chapter 11 cases (the "Chapter 11 Cases") commenced by the above-captioned debtors (the "Debtors"), BraunHagey & Borden LLP ("BHB") and Friedlander & Gorris, P.A. (together, "Special Counsel") hereby submit this verified statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019") with respect to Special Counsel's representation of (i) Elliott Management Corporation, Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership and Gatwick Securities LLC (together, the "Elliott Entities"), holders of unsecured debt in Energy Future Holdings, Corp. ("EFH") and Energy Future Intermediate Holdings, Corp. ("EFIH"), and (ii) Paloma Partners Management Company and Sunrise Limited Partners Partnership (together, "Paloma," and collectively with the Elliott Entities, the "Majority Creditors"), holders of EFIH unsecured debt, respectfully stating as follows:

1. As of the date of this Statement, in these Chapter 11 Cases, Special Counsel represents the Majority Creditors.

{FG-W0434787.}

- 2 -

2. The Majority Creditors engaged BHB as Special Counsel to review advisor fees accrued in the pending Chapter 11 Cases.

3. BHB subsequently engaged Friedlander & Gorris as local counsel to the Majority Creditors.

4. Special Counsel does not represent or purport to represent any entities other than the Majority Creditors.

5. The Majority Creditors hold, or are the investment advisors or managers of accounts that hold, approximately $3 billion in aggregate principal amount of EFH and EIFH debt outstanding as of November 30, 2017.  In accordance with Bankruptcy Rule 2019, the address and nature and amount of all disclosable economic interests (the "Disclosable Economic Interests") for each Member is set forth in Exhibit A.  The information contained in Exhibit A is based solely upon information provided by the Majority Creditors to Special Counsel without any independent verification by counsel, and is subject to change.

6. Nothing in this Statement, including Exhibit A hereto, should be construed as a limitation upon, or waiver of, any Majority Creditors' rights to assert, file and/or amend their claims in accordance with applicable law and any orders entered in these cases.

7. The undersigned, who are members and/or partners of BHB and Friedlander & Gorris, respectively, verify that the foregoing is true and correct to the best of their knowledge based on the information provided.

8. Special counsel reserves the right to amend or supplement this Statement.

- 2 -

{FG-W0434787.}

2. The Majority Creditors engaged BHB as Special Counsel to review advisor fees accrued in the pending Chapter 11 Cases.

3. BHB subsequently engaged Friedlander & Gorris as local counsel to the Majority Creditors.

4. Special Counsel does not represent or purport to represent any entities other than the Majority Creditors.

5. The Majority Creditors hold, or are the investment advisors or managers of accounts that hold, approximately $3 billion in aggregate principal amount of EFH and EIFH debt outstanding as of November 30, 2017.  In accordance with Bankruptcy Rule 2019, the address and nature and amount of all disclosable economic interests (the "Disclosable Economic Interests") for each Member is set forth in Exhibit A.  The information contained in Exhibit A is based solely upon information provided by the Majority Creditors to Special Counsel without any independent verification by counsel, and is subject to change.

6. Nothing in this Statement, including Exhibit A hereto, should be construed as a limitation upon, or waiver of, any Majority Creditors' rights to assert, file and/or amend their claims in accordance with applicable law and any orders entered in these cases.

7. The undersigned, who are members and/or partners of BHB and Friedlander & Gorris, respectively, verify that the foregoing is true and correct to the best of their knowledge based on the information provided.

8. Special counsel reserves the right to amend or supplement this Statement.

- 3 -

Dated: February 9, 2018
Wilmington, Delaware

                              FRIEDLANDER & GORRIS, P.A.

                              */s/ Jeffrey M. Gorris*
                              Jeffrey M. Gorris (Bar No. 5012)
                              1201 N. Market St., Suite 2200
                              Wilmington, Delaware 19801
                              Tel: (302) 573-3500
                              Fax: (302) 573-3501
                              Email: jgorris@friedlandergorris.com

                              -and-

                              BRAUNHAGEY & BORDEN LLP
                              J. Noah Hagey (admitted *pro hac vice*)
                              Kim A. Berger (admitted *pro hac vice*)
                              Amy C. Brown (admitted *pro hac vice*)
                              7 Times Square, 27th Floor
                              New York, NY 10036
                              Tel. & Fax: (646) 876-5766
                              Email: hagey@braunhagey.com
                                        berger@braunhagey.com
                                        brown@braunhagey.com

                              *Special Counsel to Elliott Management Corp., Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, Gatwick Securities, LLC, Paloma Partners Management Company, and Sunrise Partners Limited Partnership*

{FG-W0434787.}