**Exhibit A**
**Nature and Amount of Disclosable Economic Interests**

| Name[1] | Address | Nature and Amount of Disclosable Economic Interests | |
|---|---|---|---|
| | | **Debt Type** | **Amount** |
| Elliott Management Corporation | 40 West 57th Street New York, NY 10019 | EFIH Second Lien Notes (Class B4) | $921,442,158 |
| Elliott Management Corporation | 40 West 57th Street New York, NY 10019 | EFIH Unsecured Notes (Class B6) | $1,197,251,689 |
| Elliott Management Corporation | 40 West 57th Street New York, NY 10019 | EFH LBO Note Guarantee Claims (Class B5) | $56,435,689 |
| Elliott Management Corporation | 40 West 57th Street New York, NY 10019 | EFH Legacy Note Claims (Class A4) | $423,701,000 |
| Elliott Management Corporation | 40 West 57th Street New York, NY 10019 | EFH LBO Note Primary Claims (Class A6) | $56,435,689 |
| Elliott Management Corporation | 40 West 57th Street New York, NY 10019 | EFH Swap Claims (Class A7) | $9,528,504 |
| Sunrise Partners Limited Partnership | 2 American Lane Greenwich, CT 06836 | EFIH Second Lien Notes (Class B4) | $17,560,000 |
| Sunrise Partners Limited Partnership | 2 American Lane Greenwich, CT 06836 | EFIH Unsecured Notes (Class B6) | $329,424,100 |

---

[1] Elliott Management Corporation is the investment advisor to various entities which are the holders of the listed Disclosable Economic Interests.

{FG-W0434787.}