# **<u>Exhibit A</u>**

**EXHIBIT A**

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)
**Tenth Interim Fee Applications**

|    | Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|----|-----------|---------------------|------------------------|---------------------------------|----------------------------|-------------------------------------|------------------------|---------------------------|
| 1  | Richards, Layton & Finger (D.I. 12242) | 09/01 - 12/31/2016 | $541,513.50 | $3,036.00 | $45,985.23 | $4,985.66 | $538,477.50 | $40,999.57 |
| 2  | EPIQ [D.I. 12281] | 01/01 - 04/30/2017 | $85,725.45 | $329.46 | $244,991.04 | $0.00 | $85,395.99 | $244,991.04 |
| 3  | Deloitte & Touche [D.I. 11718] | 01/01 - 4/30/2017 | $404,983.50 | $5,205.25 | $0.00 | $0.00 | $399,778.25 | $0.00 |
| 4  | Montgomery McCracken W&R LLP [D.I. 11621] | 01/01 - 04/30/2017 | $123,724.50 | $4,693.25 | $3,024.92 | $0.00 | $119,031.25 | $3,024.92 |
| 5  | Guggenheim Securities LLC [D.I. 11345] | 01/01 - 04/30/2017 | $1,000,000.00 | $500,000.00 | DEFERRED | $0.00 | $500,000.00 | $0.00 |
| 6  | Bielli & Klauder [D.I. 12082] | 05/01 - 08/31/2017 | $24,142.40 | $0.00 | $115.25 | $0.00 | $24,142.40 | $115.25 |
| 7  | Jenner & Block [D.I. 12069] | 05/01 - 08/31/2017 | $430,151.25 | $14,227.00 | $3,172.83 | $0.00 | $415,924.25 | $3,172.83 |
| 8  | AlixPartners LLP [D.I. 12060] | 05/01 - 08/31/2017 | $9,432.50 | $0.00 | $0.00 | $0.00 | $9,432.50 | $0.00 |
| 9  | Cravath Swaine & Moore LLP [D.I. 12101] | 05/01 - 08/31/2017 | $279,309.50 | $1,275.00 | $1,159.12 | $0.00 | $278,034.50 | $1,159.12 |
| 10 | Guggenheim Securities LLC [D.I. 11972] | 05/01 - 08/31/2017 | $1,000,000.00 | $500,000.00 | DEFERRED | | $500,000.00 | $0.00 |
| 11 | Montgomery McCracken W&R LLP [D.I. 12199] | 05/01 - 08/31/2017 | $203,011.00 | $4,868.00 | $1,414.14 | $0.00 | $198,143.00 | $1,414.14 |
| 12 | Proskauer Rose LLP [D.I. 12085] | 05/01 - 08/31/2017 | $1,139,610.25 | $47,154.25 | $28,733.76 | $6,263.33 | $1,092,456.00 | $22,470.43 |
| 13 | Stevens & Lee PC [D.I. 12117] | 05/01 - 08/31/2017 | $68,404.50 | $0.00 | $723.66 | $0.00 | $68,404.50 | $723.66 |
| 14 | Sullivan & Cromwell LLP [D.I. 12188] | 05/01 - 08/31/2017 | $461,819.20 | $1,756.98 | $9,041.63 | $0.00 | $460,062.22 | $9,041.63 |
| 15 | Alvarez & Marsal North America, LLC [D.I. 12066] | 05/01 - 08/31/2017 | $182,500.00 | $0.00 | $0.00 | $0.00 | $182,500.00 | $0.00 |
| 16 | Deloitte & Touche LLP [D.I. 12109] | 05/01 - 08/31/2017 | $41,142.50 | $3,272.75 | $0.00 | $0.00 | $37,869.75 | $0.00 |
| 17 | Filsinger Energy Partners [D.I. 12067] | 05/01 - 08/31/2017 | $11,160.00 | $0.00 | $37.00 | $0.00 | $11,160.00 | $37.00 |
| 18 | Kirkland & Ellis [D.I. 12071] | 05/01 - 08/31/2017 | $10,208,548.00 | $241,237.25 | $251,875.14 | $21,401.70 | $9,967,310.75 | $230,473.44 |
| 19 | Gitlin & Co. LLC & Richard Gitlin [D.I. 12503] | 05/01 - 08/31/2017 | $170,000.00 | | $4,337.13 | | $170,000.00 | $4,337.13 |
| 20 | Godfrey & Kahn S.C. [D.I. 12504] | 05/01 - 08/31/2017 | $680,000.00 | | $50,211.96 | | $680,000.00 | $50,211.96 |
| 21 | Benesch Friedlander [D.I. 12511 & 12516] | 05/01 - 08/31/2017 | $3,655.00 | | $29.00 | | $3,655.00 | $29.00 |