# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | : Case No. 14-10979 (CSS) |
| | : (Jointly Administered) |
| | : |
| | : **Re: D.I. 12609** |
| Debtors. | : |
| | : |

## NOTICE OF WITHDRAWAL OF D.I. 12609

PLEASE TAKE NOTICE that the Fee Committee hereby withdraws the *Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 10:00 A.M.* (D.I. 12609), because it incorrectly states that the February 16, 2018 hearing is scheduled to begin at 10:00 a.m. (ET). The correct time of the February 16, 2018 hearing is 11:00 a.m. (ET).

Dated: February 9, 2018

**BENESCH, FRIEDLANDER,
   COPLAN & ARONOFF LLP**

 */s/ William M. Alleman, Jr.*
Jennifer R. Hoover, Esquire (No. 5111)
William M. Alleman, Jr., Esquire (No. 5449)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
(302) 442-7010 (telephone)
(302) 442-7012 (facsimile)
jhoover@beneschlaw.com
walleman@beneschlaw.com

*Co-Counsel for the Energy Future Holdings Corp. Fee Committee*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

10831834