**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | x | |
| In re | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP. *et al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors-in-Possession. | : | (Jointly Administered) |
| | : | |
| | x | |

**FEE COMMITTEE'S SUMMARY REPORT CONCERNING**
**UNCONTESTED FEE APPLICATIONS FOR**
**HEARING ON FEBRUARY 16, 2018 AT 11:00 A.M.**

TO:    THE HONORABLE CHRISTOPHER S. SONTCHI,
         UNITED STATES BANKRUPTCY JUDGE:

The Fee Committee appointed in the above-captioned chapter 11 cases (the "**Fee Committee**") respectfully submits this summary report (the "**Report**") concerning 18 interim fee applications (each an "**Application**" and, collectively, the "**Applications**") and requests that the Applications be approved on an uncontested basis at or before the omnibus hearing scheduled for February 16, 2018.  The Report covers the Applications largely—but not exclusively—for the Tenth Interim Fee Period (May 1, 2017 through August 31, 2017).

Interim applications for work performed during the Eleventh Interim Fee Period (September 1, 2017 through December 31, 2017) will be filed on or around February 15, 2018, and the Fee Committee expects to report on uncontested fee applications from that time period at an omnibus hearing to be scheduled on a date in June, 2018.

**SUMMARY**

Since the issuance of its last report, dated October 30, 2017, the Fee Committee has reviewed and expresses its recommendation for approval of Applications seeking interim

compensation and expenses that aggregate $16,215,178.05 in fees and $657,944.27 in expense

reimbursements through August, 2017.  No objections have been filed to the Applications.

To arrive at the recommendations in this Report, the Fee Committee, under the leadership

of Chairman Richard Gitlin, has continued to meet on at least a monthly basis.  At these

meetings, the Fee Committee again has engaged in extensive discussions of the Applications,

authorized individual draft Letter Reports on most Applications, and discussed and evaluated the

responses from the Retained Professionals to the Letter Reports.[1]  On January 22, 2018, the

Official Committee of Unsecured Creditors filed the *Notice of Appointment of EFH/EFIH*

*Official Committee Representative to the Fee Committee* [D.I. 12506], noting that its

representative on the Fee Committee would be Howard J. Kaplan of Kaplan Rice LLP.  The

Court acknowledged that notice in an order entered on February 1, 2018 [D.I. 12552].  The

recommendations in this summary and report were all deliberated and reached before the

composition of the Fee Committee changed.

Consistent with the previous nine interim fee periods, the Retained Professionals have

generally been responsive to the Fee Committee's requests for information and have been

cooperative in discussing and resolving areas of concern.  The Fee Committee's review has

continued to focus on compliance with the applicable requirements and guidelines established by

the Bankruptcy Code, the Executive Office of the U.S. Trustee, and the Fee Committee.  The Fee

Committee notes again that professionals generally have continued to achieve increasingly more

consistent compliance with these guidelines during the Tenth Interim Fee Period, requiring fewer

adjustments.

---

[1] Capitalized terms not otherwise defined shall have the meanings ascribed in prior Fee Committee Reports.

Nonetheless, the Fee Committee has identified and will continue to identify some areas of concern including, for certain professionals:  excessive numbers of attendees at hearings and depositions; time billed for invoicing activities and other administrative tasks that are properly part of a professional's overhead; and unreasonable amounts of time spent on retention and fee application activities.  Other specific issues—such as a lack of sufficient detail in time records, block billing, timekeepers who appear to record time in half- or whole-hour increments (rather than the required tenth-hour increments), and travel expenses—also have been and will continue to be addressed by the Fee Committee.  The Fee Committee continues to calculate and monitor the cumulative impact of all rate increases, and it has specifically and repeatedly reserved its right to object to rate increases in connection with interim and final fee applications as the aggregate effect of rate increases continues to grow and as the case enters its final stages.

### SUMMARY OF FEES REQUESTED AND APPROVED

The total fees requested on an interim basis and approved or recommended for approval by the Fee Committee to date are set forth below:[2]

| Date(s) [Orders/Docket Nos.] | Fee Period (dates) | Number of Professional Applications | Fees Approved/ Recommended for Approval | Expenses Approved/ Recommended for Approval |
|---|---|---|---|---|
| 3148 December 29, 2014 | 1st Interim (April 29, 2014 – August 31, 2014) | 4 | $12,862,747.75 | $353,843.86 |
| 3365 January 26, 2015 | | 1 | $24,511,927.32 | $1,122,860.04 |
| 3597 February 20, 2015 | | 5 | $16,517,565.76 | $820,543.45 |
| 4843 June 24, 2015 | 1st Interim (April 29, 2014 – August 31, 2014 | 6 | $7,660,577.80 | $197,488.77 |
| 7883 February 18, 2016 | | 1 | $1,092,339.62 | $166,506.74 |

---

[2] A complete schedule of interim fee applications scheduled for hearing on February 16, 2018, along with the Fee Committee's recommended adjustments, is attached as **Exhibit A**.

| Date(s) [Orders/Docket Nos.] | Fee Period (dates) | Number of Professional Applications | Fees Approved/ Recommended for Approval | Expenses Approved/ Recommended for Approval |
|---|---|---|---|---|
| 4843 June 24, 2015 | 2nd Interim (September  – December 2014) | 24 | $58,434,780.10 | $3,063,313.37 |
| 6667 October 26, 2015 | | 1 | $3,134,247.50 | $199,105.35 |
| 7883 February 18, 2016 | | 4 | $1,742,526.76 | $159,344.59 |
| 6667 October 26, 2015 | 3rd Interim (January – April 2015) | 26 | $82,983,949.42 | $4,591,670.45 |
| 7883 February 18, 2016 | | 4 | $4,938,192.06 | $268,426.89 |
| 7883 February 18, 2016 | 4th Interim (May – August 2015) | 26 | $69,933,788.71 | $2,882,804.71 |
| 8824 June 27, 2016 | | 4 | $3,035,668.80 | $236,148.39 |
| 8824 June 27, 2016 | 5th Interim (September – December 2015) | 27 | $52,023,808.54 | $2,451,890.66 |
| 9308 August 16, 2016 | | 4 | $12,418,749.19 | $893,301.63 |
| 9963 October 27, 2016 | | 1 | $342,482.74 | $1,280.87 |
| 9963 October 27, 2016 | 6th Interim (January – April 2016) | 26 | $23,892,006.42 | $1,110,129.24 |
| 11071 March 28, 2017 | | 3 | $5,019,942.25 | $37,375.28 |
| 10706 January 24, 2017 | E-Side 7th Interim (May – August 2015) | 1 | $15,732,906.30 | $530,438.85 |
| 11071 March 28, 2017 | | 16 | $17,781,487.37 | $674,440.02 |
| 11071 March 28, 2017 | T-Side 7th Interim (May 1 – October 3, 2016) | 10 | $9.290,931.97 | $218,769.96 |
| 11436 July 10, 2017 | 8th Interim (September – December 2016) | 13 | $13,683,841.32 | $372,762.95 |
| 12181 November 3, 2017 | 9th Interim (January-April 2017) | 16 | $9,960,069.62 | $564,255.49 |
| *Scheduled for Hearing February 16, 2018* | 10th Interim (May – August 2017) | 18 | *$14,888,122.86 Recommended for Approval* | *$557,623.03 Recommended for Approval* |
| 7883 February 18, 2016 | Final Fee Applications | 1 | $300,000.00 | $0.00 |
| 11072 March 28, 2017 | | 10 | $110,680,468.38 | $2,404,213.64 |
| 11090 March 30, 2017 | | 1 | $15,246,311.03 | $574,716.35 |

### APPLICATIONS FOR INTERIM COMPENSATION
### SCHEDULED FOR HEARING ON FEBRUARY 16, 2018

The Applications scheduled to be heard on February 16, 2018—without objection—generally correspond to work performed during the Tenth Interim Fee Period (May 1, 2017-August 31, 2017). Eighteen uncontested interim fee applications are scheduled to be heard by the Court on February 16, 2018. The issues identified in each Application and their resolutions are summarized below.

#### INTERIM FEE APPLICATION FOR WORK PERFORMED DURING THE
#### EIGHTH INTERIM FEE PERIOD: SEPTEMBER 1, 2016 THROUGH DECEMBER 31, 2016

1.      *Eighth Interim Fee Application of Richards, Layton & Finger, P.A., Co-Attorneys for the Debtors and Debtors in Possession, for the Period From September 1, 2016 Through and Including December 31, 2016* [D.I. 12242].

On November 16, 2017, Richards Layton ("**RLF**") filed its Eighth Interim Fee Application seeking $541,513.50 in fees and $45,985.23 in expense reimbursements. In its Letter Report to RLF, the Fee Committee identified minor issues of concern, including non-compensable billing activities and non-working travel erroneously billed at full rates. RLF subsequently provided supplemental information and agreed to certain adjustments set forth on **Exhibit A**. The Fee Committee recommends that the Court approve this Application as adjusted.

#### INTERIM FEE APPLICATIONS FOR WORK PERFORMED DURING THE
#### NINTH INTERIM FEE PERIOD: JANUARY 1, 2017 THROUGH APRIL 30, 2017

2.      *Ninth Interim Fee Application of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From January 1, 2017 Through April 30, 2017* [D.I. 12281].

On November 28, 2017, EPIQ Bankruptcy Solutions, LLC and EPIQ eDiscovery Solutions ("**Epiq**") filed their Eighth Interim Fee Application seeking $85,725.45 in fees and $244,991.04 in expense reimbursements. In its Letter Report to Epiq, the Fee Committee

recommended deductions for non-compensable billing activities, block billing, insufficiently
described tasks, and expenses lacking documentation.  Epiq subsequently either provided
adequate explanation for these issues or agreed to certain adjustments as outlined on **Exhibit A**.
The Fee Committee recommends that the Court approve this Application as adjusted.

3.      *Ninth Interim Application for Compensation for Services Rendered and
        Reimbursement of Expenses of Deloitte & Touche LLP as Independent
        Auditor to the Debtors and Debtors-in-Possession for the Period of
        January 1, 2017 Through April 30, 2017* [D.I. 11718].

On August 10, 2017, Deloitte & Touche LLP ("**Deloitte**") filed its Ninth Interim Fee
Application seeking $404,983.50 in fees and no expenses.  In its Letter Report to Deloitte, the
Fee Committee identified several issues of concern, including non-compensable billing activities
and minor billing errors.  Deloitte subsequently either provided adequate explanation for these
issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends
that the Court approve this Application as adjusted.

4.      *Eighth Interim Application of Montgomery, McCracken, Walker &
        Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to
        the EFH Official Committee for Compensation and Reimbursement of
        Expenses for the Period From January 1, 2017 Through April 30, 2017*
        [D.I. 11621].

On July 27, 2017, Montgomery, McCracken, Walker & Rhoads, LLP ("**Montgomery**")
filed its Eighth Interim Fee Application seeking $123,724.50 in fees and $3,024.92 in expenses.
In its Letter Report to Montgomery, the Fee Committee identified several issues of concern,
including possible over-attendance at hearings, undocumented expenses, and vague task
descriptions.  Montgomery subsequently either provided adequate explanation for these issues or
agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the
Court approve this Application as adjusted.

5.      *Eighth Interim Fee Application of Guggenheim Securities, LLC,
Investment Banker to the Official Committee of Unsecured Creditors of
Energy Future Holdings Corporation, Energy Future Intermediate
Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for
Allowance of Compensation and Reimbursement of Expenses Incurred for
the Period January 1, 2017 Through April 30, 2017* [D.I. 11345].

On June 14, 2017, Guggenheim Securities, LLC ("**Guggenheim**") filed its Eighth Fee

Application seeking $1 million in flat fees and $50,420.50 in expense reimbursements.

Preliminarily, the Fee Committee noted again that it closely monitors the blended hourly rate of

all flat fee professionals to help ensure the continued reasonableness of flat fee arrangements.

The Fee Committee has reached an agreement with Guggenheim to adjust its flat fee billing, both

retrospectively and prospectively.  That stipulated adjustment is reflected in the attached

**Exhibit A**, and the Fee Committee recommends the Court approve the application, as adjusted.

*See also* ¶ 10, *infra*.

### INTERIM FEE APPLICATIONS FOR WORK PERFORMED DURING THE
### TENTH INTERIM FEE PERIOD: MAY 1, 2017 THROUGH AUGUST 31, 2017

6.      *Sixth Interim Fee Application of Bielli & Klauder, LLC, Co-Counsel for
Debtor and Debtor in Possession Energy Future Holdings Corp., for the
Period From May 1, 2017 Through and Including August 31, 2017*
[D.I. 12082].

On October 18, 2017, Bielli & Klauder, LLC filed its Sixth Fee Application seeking

$24,142.40 in fees and $115.25 in expense reimbursements.  The Fee Committee identified no

errors or required deductions.  The Fee Committee recommends Court approval of this

application as filed and as outlined on **Exhibit A**.

7.      *Seventh Interim Fee Application of Jenner & Block LLP, Independent
Counsel for Energy Future Intermediate Holding Company LLC, for the
Period May 1, 2017 Through August 31, 2017* [D.I. 12069].

On October 17, 2017, Jenner & Block LLP ("**Jenner**") filed its Seventh Fee Application

seeking $430,151.25 in fees and $3,172.83 in expense reimbursements.  In its Letter Report to

Jenner, the Fee Committee identified multiple attendance at depositions as an issue.  Jenner

agreed to deductions from the Seventh Interim Fee Application adequate to address the Fee

Committee's concerns.  The Fee Committee recommends that the Court approve this Application

as adjusted and outlined on **Exhibit A**.

> 8.      *Ninth Interim Fee Application of AlixPartners, LLP Seeking
>         Compensation for Services Rendered and Reimbursement of Expenses
>         Incurred as Restructuring Advisor to the Official Committee of Unsecured
>         Creditors of Energy Future Holdings Corporation, Energy Future
>         Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc.
>         for the Period From May 1, 2017 Through August 31, 201*7 [D.I. 12060].

On October 16, 2017, AlixPartners, LLP filed its Ninth Fee Application seeking

$9,432.50 in fees and no expense reimbursements.  The Fee Examiner identified no issues and

elected not to issue a Letter Report.  The Fee Committee recommends that the Court approve this

Application as filed and outlined on **Exhibit A**.

> 9.      *Ninth Interim Fee Application of Cravath, Swaine & Moore LLP
>         Independent Counsel for Energy Future Intermediate Holding Company
>         LLC, for the Period May 1, 2017 Through August 31, 2017* [D.I. 12101].

On October 20, 2017, Cravath, Swaine & Moore LLP ("**Cravath**") filed its Ninth Fee

Application seeking $279,309.50 in fees and $1,159.12 in expense reimbursements.  In its Letter

Report to Cravath, the Fee Committee identified multiple attendance at depositions as an issue.

Cravath agreed to deductions from the Ninth Interim Fee Application adequate to address the Fee

Committee's concerns.  The Fee Committee recommends that the Court approve this Application

as adjusted and outlined on **Exhibit A**.

10.    *Ninth Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2017 Through August 31, 2017* [D.I. 11972].

On September 29, 2017, Guggenheim filed its Ninth Fee Application seeking $1 million in flat fees and $17,250.05 in expense reimbursements.  Preliminarily, the Fee Committee noted again that it closely monitors the blended hourly rate of all flat fee professionals to help ensure the continued reasonableness of flat fee arrangements.  The Fee Committee has reached an agreement with Guggenheim to adjust its flat fee billing, both retrospectively and prospectively. That stipulated adjustment is reflected in the attached **Exhibit A**, and the Fee Committee recommends the Court approve the application, as adjusted.

11.    *Ninth Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period From May 1, 2017 Through August 31, 2017* [D.I. 12199].

On November 8, 2017, Montgomery filed its Ninth Interim Fee Application seeking $203,011.00 in fees and $1,414.14 in expenses.  In its Letter Report to Montgomery, the Fee Committee identified several issues of concern, including possible over-attendance at hearings, undocumented expenses, vague task descriptions, and an improperly charged marketing lunch. Montgomery subsequently either provided adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

> 12.  *Ninth Interim Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred From May 1, 2017 Through August 31, 2017* [D.I. 12085].

On October 18, 2017, Proskauer Rose LLP ("**Proskauer**") filed its Ninth Fee Application seeking $1,139,610.25 in fees and $28,733.76 in expense reimbursements.  In its Letter Report to Proskauer, the Fee Committee identified several issues of particular and continuing concern, including notably high blended hourly rates, questionable staffing, multiple attendance at hearings, non-compensable billing activities, and expenses lacking the required support. Proskauer subsequently either provided adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

> 13.  *Ninth Interim Fee Application of Stevens & Lee, P.C., Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period of May 1, 2017 Through August 31, 2017* [D.I. 12117].

On October 26, 2017, Stevens & Lee, P.C. ("**Stevens & Lee**") filed its Ninth Fee Application seeking $68,404.50 in fees and $723.66 in expense reimbursements.  In its Letter Report to Stevens & Lee, the Fee Committee identified no recommended disallowance.  The Fee Committee recommends that the Court approve this Application as filed and outlined on the attached **Exhibit A**.

> 14.  *Ninth Interim Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Interim Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From May 1, 2017 Through and Including August 31, 2017* [D.I. 12188].

On November 3, 2017, Sullivan & Cromwell LLP ("**Sullivan**") filed its Ninth Fee Application seeking $461,819.20 in fees and $9,041.63 in expense reimbursements.  In its Letter Report to Sullivan, the Fee Committee identified several issues of continuing concern, including

transitory timekeepers and vague task descriptions.  Sullivan subsequently either provided

adequate explanation or agreed to certain adjustments set forth on **Exhibit A**.  The Fee

Committee recommends that the Court approve this Application as adjusted.

> 15. *Tenth Interim Fee Application of Alvarez & Marsal North America, LLC,*
> *in Their Capacity as Restructuring Advisors for the Debtors and Debtors*
> *in Possession, for the Period From May 1, 2017 Through and Including*
> *August 31, 2017* [D.I. 12066].

On October 16, 2017, Alvarez & Marsal North America, LLC filed its Tenth Fee

Application seeking $182,500.00 in fees and no expense reimbursements.  The Fee Committee

identified no issues of concern.  The Fee Committee recommends that the Court approve this

Application as filed and outlined on **Exhibit A**.

> 16. *Tenth Interim Fee Application for Compensation for Services Rendered*
> *and Reimbursement of Expenses of Deloitte & Touche LLP as Independent*
> *Auditor to the Debtors and Debtors-in-Possession for the Period of May 1,*
> *2017 Through August 31, 2017* [D.I. 12109].

On October 23, 2017, Deloitte filed its Tenth Fee Application seeking $41,142.50 in fees

and no expense reimbursements.  In its Letter Report to Deloitte, the Fee Committee identified

certain non-compensable billing activities and fees for preparation of a work plan and

engagement agreement for TCEH, which is no longer a Debtor.  Deloitte either agreed to the

requested deductions or provided adequate explanations for all issues identified.  The Fee

Committee recommends that the Court approve this Application as adjusted an outlined on

**Exhibit A**.

> 17. *Tenth Interim Fee Application of Filsinger Energy Partners, Energy*
> *Consultants for the Debtors and Debtors in Possession, for the Period*
> *From May 1, 2017 Through and Including August 31, 2017* [D.I. 12067].

On October 16, 2017, Filsinger Energy Partners ("**Filsinger**") filed its Tenth Fee

Application seeking $11,160.00 in fees and $37.00 in expense reimbursements.  In its Letter

Report to Filsinger, the Fee Committee identified no issues of concern.  The Fee Committee

recommends that the Court approve this Application as filed and as outlined on **Exhibit A**.

18.     *Tenth Interim Fee Application of Kirkland & Ellis LLP and Kirkland &*
        *Ellis International LLP, Attorneys for the Debtors and Debtors in*
        *Possession, for the Period From May 1, 2017 Through and Including*
        *August 31, 2017* [D.I. 12071].

On October 17, 2017, Kirkland & Ellis LLP ("**Kirkland**") filed its Tenth Fee Application

seeking $10,208,548.00 in fees and $251,875.14 in expense reimbursements.  In its Letter Report

to Kirkland, the Fee Committee identified particular issues of concern, including time spent on

routine billing and invoicing activities, over-attendance at hearings and depositions, transitory

timekeepers, time improperly recorded in half- and full-hour increments, and certain expense

charges that are not compensable.  Kirkland subsequently either provided adequate explanation

for these issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee

recommends that the Court approve this Application as adjusted.

## CONCLUSION

Based on all of the above, the Fee Committee respectfully requests that the Court enter

the order attached as **Exhibit B**, approving on an interim basis and without objection the

Applications outlined in this Report and on the attached **Exhibit A**, subject to the agreed

reductions summarized in the exhibit and subject as well to further review and the final fee

application process.

Dated:  February 9, 2018.

**BENESCH, FRIEDLANDER,**
  **COPLAN & ARONOFF LLP**


    */s/ William M. Alleman, Jr.*
Jennifer R. Hoover, Esquire (5111)
William M. Alleman, Jr., Esquire (5449)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: 302-442-7010
Facsimile: 302-442-7012
E-mail: jhoover@beneschlaw.com
         walleman@beneschlaw.com

- and -

 GODFREY & KAHN, S.C.


    */s/ Katherine Stadler*
Katherine Stadler, *Admitted Pro Hac Vice*

 GODFREY & KAHN, S.C.
 One East Main Street, Suite 500
 P.O. Box 2719
 Madison, WI 53701-2719
 Telephone: 608-257-3911
 Facsimile: 608-257-0609
 E-mail: kstadler@gklaw.com

 *Attorneys for the Fee Committee*

18454026.2

13