# **EXHIBIT A**

**Statement of Fees By Subject Matter**

*Exhibit A*

*Combined - EFH & EFIH*
*Summary of Time Detail by Task*
*December 1, 2017 through December 31, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 0.6 | $390.00 |
| Claims | 0.4 | $260.00 |
| Fee Applications | 1.7 | $895.00 |
| Tax Review & Support | 4.5 | $2,525.00 |
| UST Reporting Requirements | 5.3 | $3,047.50 |
| **Total** | **12.5** | **$7,117.50** |

*Exhibit A*

*EFH*
*Summary of Time Detail by Task*
*December 1, 2017 through December 31, 2017*

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 0.30 | $195.00 |
| Claims | 0.40 | $260.00 |
| Fee Applications | 0.85 | $447.50 |
| Tax Review & Support | 4.50 | $2,525.00 |
| UST Reporting Requirements | 2.65 | $1,523.75 |
| **Total** | **8.70** | **$4,951.25** |

*Exhibit A*

***EFIH***
***Summary of Time Detail by Task***
***December 1, 2017 through December 31, 2017***

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 0.30 | $195.00 |
| Fee Applications | 0.85 | $447.50 |
| UST Reporting Requirements | 2.65 | $1,523.75 |
| **Total** | **3.80** | **$2,166.25** |