**<u>EXHIBIT B</u>**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

### Combined - EFH & EFIH
### Summary of Time Detail by Professional
### December 1, 2017 through December 31, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Pedersen | Managing Director | $950.00 | 1.0 | $950.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 2.1 | $1,365.00 |
| Kevin Sullivan | Director | $575.00 | 5.3 | $3,047.50 |
| Sloane Kukanza | Director | $450.00 | 3.5 | $1,575.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.6 | $180.00 |
| | | *Total* | **12.5** | **$7,117.50** |

*Exhibit B*

### EFH
### *Summary of Time Detail by Professional*
### *December 1, 2017 through December 31, 2017*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Pedersen | Managing Director | $950.00 | 1.00 | $950.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 1.25 | $812.50 |
| Kevin Sullivan | Director | $575.00 | 2.65 | $1,523.75 |
| Sloane Kukanza | Director | $450.00 | 3.50 | $1,575.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.30 | $90.00 |
| | | *Total* | 8.70 | $4,951.25 |

### EFIH
### Summary of Time Detail by Professional
### December 1, 2017 through December 31, 2017

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jodi Ehrenhofer | Senior Director | $650.00 | 0.85 | $552.50 |
| Kevin Sullivan | Director | $575.00 | 2.65 | $1,523.75 |
| Mary Napoliello | Paraprofessional | $300.00 | 0.30 | $90.00 |
| | | **Total** | **3.80** | **$2,166.25** |