# **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

No expenses from December 1, 2017 through December 31, 2017