## **EXHIBIT A**

### Statement of Fees By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 31.00 | 39,950.00 |
| **TOTAL** | **31.00** | **$39,950.00** |