## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,300 | 10.20 | $13,260.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,300 | 18.70 | 24,310.00 |
| M. Schler | Of Counsel | 1974 | Corporate | 1,300 | 1.40 | 1,820.00 |
| G. Kleeman | Associate | 2014 | Corporate | 800 | 0.70 | 560.00 |
| | | | | **TOTAL** | **31.00** | **$39,950.00** |

5