## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| Conference Calls/Voice/Data | 123.00 |
| Computerized Legal Research/Database Research | 0.22 |
| TOTAL | **$ 123.22** |