## **EXHIBIT A**

### Statement of Fees By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 27.30 | 35,490.00 |
| **TOTAL** | **27.30** | **$35,490.00** |