## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,300 | 7.10 | $9,230.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,300 | 20.20 | 26,260.00 |
| | | | | **TOTAL** | **27.30** | **$35,490.00** |