## EXHIBIT A

### Statement of Fees By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 2.60 | 3,380.00 |
| **TOTAL** | **2.60** | **$3,380.00** |