## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Philip Gelston | Partner | 1979 | Corporate | 1,300 | 2.00 | $2,600.00 |
| Andrew Needham | Partner | 1995 | Tax | 1,300 | 0.60 | 780.00 |
| | | | | **TOTAL** | **2.60** | **$3,380.00** |