## **EXHIBIT A**

### **Statement of Fees By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 2.30 | 3,204.00 |
| **TOTAL** | **2.30** | **$3,204.00** |