IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | |
| ENERGY FUTURE HOLDINGS CORP. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Adversary Proceeding |
| v. ) | No. 17-51785 (CSS) |
| ) | |
| VISTRA ENERGY CORP. ) | |
| ) | |
| Defendant. ) | |
| ) | |

### NOTICE OF CANCELLATION OF STATUS CONFERENCE

PLEASE TAKE NOTICE that the status conference scheduled in this Adversary Proceeding for February 16, 2018 at 11:00 a.m. (ET) has been cancelled.

[*Remainder of Page Intentionally Left Blank*]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

|  |  |
|---|---|
|  | **BIELLI & KLAUDER, LLC** |
| Date: February 12, 2018<br>Wilmington, Delaware | */s/ David M. Klauder*<br>David M. Klauder (No. 5769)<br>Cory P. Stephenson (No. 6097)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Telephone:   (302) 803-6400<br>Facsimile:    (302) 397-2557<br>Email:           dklauder@bk-legal.com<br>                    cstephenson@bk-legal.com<br><br>   --and--<br><br>**PROSKAUER ROSE LLP**<br>Michael A. Firestein (admitted *pro hac vice*)<br>2049 Century Park East, 32nd Floor<br>Los Angeles, CA 90067-3206<br>Telephone:   (310) 284-5661<br>Facsimile:    (310) 557-2193<br>Email:           mfirestein@proskauer.com<br><br>   --and--<br><br>Mark K. Thomas (admitted *pro hac vice*)<br>Peter J. Young (admitted *pro hac vice*)<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602<br>Telephone:   (312) 962-3550<br>Facsimile:    (312) 962-3551<br>Email:           mthomas@proskauer.com<br>                    pyoung@proskauer.com<br><br>*Co-Counsel to Debtor*<br>*Energy Future Holdings Corp.* |