**Exhibit A (Contract Assumptions)**

| | Details of Contract (s) | | Counterparty Information | | | Other Information | | |
|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any[1] | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 27 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | ACE | ATTN: ANNE ESLER TWO RIVERWAY SUITE 900 HOUSTON, TX 77056 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 52 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY | AEGIS | ATTN: STEVE WAGNER 1 MEADOWLANDS PLAZA RUTHERFORD, NJ 07073 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 119 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | AIG | ATTN: DANIEL NAVARRO 2929 ALLEN PARKWAY SUITE 1300 HOUSTON, TX 77019 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 208 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | AXIS | ATTN: ANGELA OSBORNE THREE RIVERWAY SUITE 903 HOUSTON, TX 77056 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 209 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - FIDUCIARY | AXIS | ATTN: ANGELA OSBORNE THREE RIVERWAY SUITE 903 HOUSTON, TX 77056 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 248 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | BEAZLEY | ATTN: ANTHONY KOMRO 35 EAST WACKER DRIVE SUITE 3900 CHICAGO, IL 60601 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 249 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY | BEAZLEY | ATTN: ANTHONY KOMRO 35 EAST WACKER DRIVE SUITE 3900 CHICAGO, IL 60601 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 644 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | RSUI (CRC) | ATTN: MARK HANINGTON 945 EAST PACES FERRY ROAD SUITE 1800 ATLANTA, GA 30326-1125 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 645 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | RSUI (CRC) | ATTN: MARK HANINGTON 945 EAST PACES FERRY ROAD SUITE 1800 ATLANTA, GA 30326-1125 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 847 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | ENDURANCE | ATTN: RAYMOND O'BYRNE 767 THIRD AVENUE NEW YORK, NY 10017 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 848 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY | ENDURANCE | ATTN: RAYMOND O'BYRNE 767 THIRD AVENUE NEW YORK, NY 10017 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 868 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY | ENERGY INSURANCE MUTUAL (EIM) | ATTN: GARY GRESHAM 3000 BAYPORT DRIVE SUITE 550 TAMPA, FL 33607 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 1178 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY | HCC | ATTN: TOM PETTIT 8 FOREST PARK DRIVE FARMINGTON, CT 06032 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 1730 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | BERKLEYPRO | ATTN: PAUL BROPHY 757 THIRD AVENUE NEW YORK, NY 10017 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 1785 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | NAVIGATORS | ATTN: ALLISON HOLLERN THE ST BOTOLPH BUILDING 138 HOUNDSDITCH LONDON, EC3A 7AG UNITED KINGDOM | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |

[1] Nothing herein shall prejudice or impair the right of the EFH Debtors, EFIH Debtors, or the Plan Administrator Board from engaging any of the Debtors' currently retained professionals with respect to any post-EFH Effective Date matters relating to these chapter 11 cases on the terms set forth in the current engagement letters (or as may be set forth in new engagement letters), *provided, that* the fees and expenses for any such engagements shall not be the obligation of Reorganized EFH, Reorganized EFIH, or Plan Sponsor.

**Exhibit A (Contract Assumptions)**

| | Details of Contract (s) | | Counterparty Information | | Other Information | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Ref # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Contract Assignee, if any[1] | Amount Required to Cure Default Thereunder, if any | Cure Details | Details of Material Amendments | Assumption Date |
| 1786 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | NAVIGATORS | ATTN: ALLISON HOLLERN THE ST BOTOLPH BUILDING 138 HOUNDSDITCH LONDON, EC3A 7AG UNITED KINGDOM | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2094 | LSGT GAS COMPANY LLC | GUARANTEE AGREEMENT | RELIANCE NATIONAL RISK SPECIALISTS | C/O RELIANCE INSURANCE COMPANY 75 BROAD STREET, 10TH FLOOR NEW YORK, NY 10004 | | $ - | LSGT Gas Company LLC- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2122 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | RLI | ATTN: MARC GALINDO 909 LAKE CAROLYN PARKWAY SUITE 800 DALLAS, TX 75039 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2326 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | STARR | ATTN: DAVID FLANNERY 500 WEST MONROE STREET SUITE 2600 CHICAGO, IL 60661 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2327 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY | STARR | ATTN: DAVID FLANNERY 500 WEST MONROE STREET SUITE 2600 CHICAGO, IL 60661 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2328 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - NON-OWNED AVIATION | STARR AVIATION ON BEHALF | ATTN: JIM ANDERSON 17550 NORTH PERIMETER DRIVE SUITE 340 SCOTTSDALE, AZ 85255 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2709 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - DIRECTORS AND OFFICERS (D&O) LIABILITY | XL SPECIALTY INSURANCE COMPANY | ATTN: ROBERT DUNN 100 CONSTITUTION PLAZA 17TH FLOOR HARTFORD, CT 06103 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |
| 2710 | ENERGY FUTURE HOLDINGS CORP. | INSURANCE POLICY - FIDUCIARY | XL SPECIALTY INSURANCE COMPANY | ATTN: ROBERT DUNN 100 CONSTITUTION PLAZA 17TH FLOOR HARTFORD, CT 06103 | | $ - | Energy Future Holdings Corp.- $0.00 | | ON THE EFH EFFECTIVE DATE |

[1] Nothing herein shall prejudice or impair the right of the EFH Debtors, EFIH Debtors, or the Plan Administrator Board from engaging any of the Debtors' currently retained professionals with respect to any post-EFH Effective Date matters relating to these chapter 11 cases on the terms set forth in the current engagement letters (or as may be set forth in new engagement letters), *provided, that* the fees and expenses for any such engagements shall not be the obligation of Reorganized EFH, Reorganized EFIH, or Plan Sponsor.