**Exhibit A (Contract Rejections)**

| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Details of Property to be abandoned, if any | Rejection Date |
|---|---|---|---|---|---|---|
| | **Details of Contract (s)** | | **Counterparty Information** | | **Other Information** | |
| 25 | ENERGY FUTURE HOLDINGS CORP. | INDEMNIFICATION AGREEMENT DATED 10/10/2007 | KOHLBERG KRAVIS ROBERTS & CO. LLP, TPG CAPITAL L.P., GOLDMAN, SACHS & CO. | ATTN: MARC LIPSCHULTZ 9 WEST 57TH STREET SUITE 4200 NEW YORK, NY 10019 UNITED STATES | | ON THE EFH EFFECTIVE DATE |
| 27 | ENERGY FUTURE HOLDINGS CORP. | MANAGEMENT SERVICES AGREEMENT | SPONSOR GROUP/LEHMAN BROTHERS INC. | ATTN: MARC LIPSCHULTZ 9 WEST 57TH STREET SUITE 4200 NEW YORK, NY 10019 UNITED STATES | | ON THE EFH EFFECTIVE DATE |
| 43 | ENERGY FUTURE HOLDINGS CORP. | REGISTRATION RIGHTS AGREEMENT | SPONSOR GROUP/CO-INVESTORS | ATTN: MARC LIPSCHULTZ 9 WEST 57TH STREET SUITE 4200 NEW YORK, NY 10019 UNITED STATES | | ON THE EFH EFFECTIVE DATE |
| 52 | ENERGY FUTURE HOLDINGS CORP. ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC ENERGY FUTURE INTERMEDIATE HOLDINGS COMPANY LLC TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC EFIH FINANCE INC. TXU RECEIVABLES COMPANY EFH AUSTRALIA (NO. 2) HOLDINGS CO. EFH FS | COMPETITIVE TAX SHARING AGREEMENT DATED 5/5/2012 | EFH VERMONT INSURANCE BASIC RESOURCES INC. EFH PROPERTIES COMPANY | 1601 BRYAN ST. DALLAS, TX 75201-3411 | | ON THE EFH EFFECTIVE DATE |
| 53 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | AKIN GUMP STRAUSS HAUER & FELD LLP | TWO COMMERCE SQUARE 2001 MARKET STREET, SUITE 4100 PHILADELPHIA, PA 19103-7013 | | ON THE EFH EFFECTIVE DATE |
| 54 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | BLACKSTONE ADVISORY PARTNERS L P | 345 PARK AVENUE NEW YORK, NY 10154 | | ON THE EFH EFFECTIVE DATE |
| 55 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | CAPSTONE ADVISORY GROUP LLC | PARK 80 WEST 250 PEHLE AVE STE 105 SADDLE BROOK, NJ 07663 | | ON THE EFH EFFECTIVE DATE |
| 56 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | CENTERVIEW PARTNERS LLC | 31 W 52ND ST NEW YORK, NY 10019 | | ON THE EFH EFFECTIVE DATE |
| 59 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | FRIED FRANK HARRIS SHRIVER & JACOBSON | ONE NEW YORK PLAZA NEW YORK, NY 10004-1980 | | ON THE EFH EFFECTIVE DATE |
| 60 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | KRAMER LEVIN NAFTALIS & FRANKEL | 1177 AVE OF THE AMERICAS NEW YORK, NY 10036 | | ON THE EFH EFFECTIVE DATE |
| 61 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | ROPES & GRAY LLP | MARK R. SOMERSTEIN 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 | | ON THE EFH EFFECTIVE DATE |
| 62 | ENERGY FUTURE HOLDINGS CORP. | CONFIDENTIALITY AGREEMENT | SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE,LLC | 1801 CALIFORNIA STREET SUITE 2800 DENVER, CO 80202 UNITED STATES | | ON THE EFH EFFECTIVE DATE |
| 63 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE,LLC | 1801 CALIFORNIA STREET SUITE 2800 DENVER, CO 80202 UNITED STATES | | ON THE EFH EFFECTIVE DATE |

**Exhibit A (Contract Rejections)**

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Details of Property to be abandoned, if any | Rejection Date |
| 64 | ENERGY FUTURE HOLDINGS CORP. | CONFIDENTIALITY AGREEMENT 10/1/2012 | SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE, LLC | ADDRESS ON FILE | | ON THE EFH EFFECTIVE DATE |
| 72 | ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC, ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | PERELLA WEINBERG PARTNERS LP | 767 FIFTH AVE NEW YORK, NY 10153 | | ON THE EFH EFFECTIVE DATE |
| 946 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | ERNST AND YOUNG LLP | 2323 VICTORY AVENUE SUITE 2000 DALLAS, TX 75219 UNITED STATES | | ON THE EFH EFFECTIVE DATE |
| 1102 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | GIBSON DUNN & CRUTCHER LLP | 333 SOUTH GRAND AVENUE LOS ANGELES, CA 90071-3197 | | ON THE EFH EFFECTIVE DATE |
| 1823 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | FULBRIGHT & JAWORSKI LLP | LINDA L. ADDISON, MANAGING PARTNER 1301 MCKINNEY, SUITE 5100 HOUSTON, TX 77010-3095 | | ON THE EFH EFFECTIVE DATE |
| 1828 | ENERGY FUTURE HOLDINGS CORP. | CONFIDENTIALITY AGREEMENT | NRG ENERGY, INC. | 1201 FANNIN STREET HOUSTON, TX 77002 UNITED STATES | | ON THE EFH EFFECTIVE DATE |
| 2623 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | WACHTELL LIPTON ROSEN & KATZ | AUSTIN WITT 51 W. 52ND STREET NEW YORK, NY 10019 | | ON THE EFH EFFECTIVE DATE |