## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 12608** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) ss.:
COUNTY OF NEW CASTLE )

Deborah Boyer, being duly sworn, deposes and says:

1. I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. (Production Center), located at 230 N. Market Street, Wilmington, DE 19801. I am an authorized representative of Parcels, Inc.

2. On February 9, 2018, I caused to be served the Verified Statement of Special Counsel Pursuant to Federal Rule of Bankruptcy Procedure 2019, dated February 9, 2018, by causing true and correct copies to be enclosed in postage pre-paid envelopes and delivered by first class mail, unless otherwise indicated, to the parties on the service list attached hereto as Exhibit A.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryant Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax Identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.


_____
Deborah Boyer

SWORN TO AND SUBSCRIBED before me
this 12 day of February, 2018.

_____
Notary Public

ZAHID HOSSAIN NAWAZ
MY COMMISSION
EXPIRES
OCT. 10, 2018
NOTARY PUBLIC
STATE OF DELAWARE