## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**FOURTH SUPPLEMENTAL DECLARATION OF
THOMAS D. BIBBY IN SUPPORT OF THE APPLICATION
OF ENERGY FUTURE HOLDINGS CORP, ET AL., FOR ENTRY
OF AN ORDER AUTHORIZING THE KPMG DEBTORS AND KPMG
DEBTORS IN POSSESSION TO RETAIN AND EMPLOY KPMG LLP AS
BANKRUPTCY ACCOUNTING AND TAX ADVISORS EFFECTIVE
NUNC PRO TUNC TO THE PETITION DATE**

I, Thomas D. Bibby, being duly sworn, state the following under penalty of perjury:

1.      I am a Partner of KPMG LLP ("KPMG"), which has a place of business at 2323 Ross Avenue, Dallas, Texas 75201-6585.  KPMG is the United States member firm of KPMG International, a Swiss cooperative.

2.      I submit this declaration, pursuant to Bankruptcy Rules 2014(a) and 2016(b), on behalf of KPMG (the "Fourth Supplemental Bibby Declaration") in support of the *Application of Energy Future Holdings Corp.* et al., for *Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 652] (the "Original Application").  Except as otherwise noted herein, I have personal knowledge of the matters set forth herein.  The basis for the relief requested in this

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Motion are sections 327(a) and 328 of the Bankruptcy Code, Bankruptcy Rules 2014(a) and 2016, and Local Bankruptcy Rules 2014-1 and 2016-2.

### Background

3.      On April 29, 2014 (the "Petition Date"), each of the Debtors filed a voluntary petition with the Court under the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Court has entered a final order for joint administration of these chapter 11 cases [D.I. 849].  The Court has not appointed a trustee.  The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") formed an official committee of unsecured creditors of EFCH, TCEH, the direct and indirect Debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company (the "TCEH Debtors" and the "TCEH Creditors' Committee") on May 13, 2014 [D.I. 420] and an official committee of unsecured creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (the "EFH Debtors" and the "EFH Creditors' Committee") on October 27, 2014 [D.I. 2570].  Further information regarding the Debtors' business operations and capital structure is set forth in the declaration of Paul Keglevic in support of the KPMG Debtors' first day motions [D.I. 98].

4.      On May 29, 2014, the Debtors filed the Original Application and the *Declaration of Thomas D. Bibby in Support of the Application of Energy Future Holdings Corp.,* et at., *for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective* Nunc Pro Tunc *to the Petition Date* (the "Bibby Declaration") [D.I. 652].

5.     On June 11, 2014, the Debtors filed a *Notice of Debtors' Entry into Additional Statement of Work with KPMG LLP* [D.I. 910] (the "Notice" and together with the Original Application, the "Application") to supplement the Original Application with respect to an additional statement of work entered into between the KPMG Debtors and KPMG on June 3, 2014.

6.     On September 5, 2014, the Debtors filed a *Supplement to the Application of Energy Future Holdings Corp,* et al., *for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 1968] (the "Application Supplement") and a *Supplemental Declaration of Thomas D. Bibby in Support of the Application of Energy Future Holdings Corp,* et al., *for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 1969] (the "First Supplemental Bibby Declaration") to address additional statements of work and provide additional services in connection with these chapter 11 cases.

7.     Also on September 5, 2014, the Debtors filed a *Declaration of Nancy Braun for Entry of an Order Authorizing the Debtors to Retain and Employ as Bankruptcy Accounting Advisor Effective* Nunc Pro Tunc *to June 17, 2014* [D.I. 1971] (the "Thavron Declaration") to address additional disclosures regarding KPMG's use of Thavron Solutions LLC ("Thavron") to provide technical assistance related to cost modeling in connection with Apptio services.  The Thavron Declaration also established Thavron's disinterestedness.[2]

8.     On September 16, 2014, the KPMG Debtors filed a *Second Supplemental Declaration of Thomas D. Bibby in Support of the Application of Energy Future Holdings Corp.,*

---

[2]     Thavron will continue to provide technical assistance related to cost modeling in connection with Apptio services as part of the Additional Services (defined herein).

et al., *for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 2038] (the "Second Supplemental Bibby Declaration" and together with the Bibby Declaration and the First Supplemental Bibby Declaration, the "Bibby Declarations") to address additional disclosures regarding the specific delineation of services between the various retained professionals in these chapter 11 cases and retainer payments made by the KPMG Debtors to KPMG. Also on September 16, 2014, the Court entered the *Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors, Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 2054] (the "Retention Order"). Pursuant to the Retention Order, all of the Debtors (which, at that time, included the TCEH Debtors) were authorized to retain and compensate KPMG in accordance with the Court's various orders regarding the compensation of retained professionals. Consistent with historical practice, however, the former TCEH Debtor, EFH Corporate Services Company, paid KPMG for services rendered.

9.      On December 17, 2014, the Court entered an *Order Granting the Motion of Energy Future Holdings Corp., et al., Authorizing the KPMG Debtors and KPMG Debtors in Possession to Expand the Retention and Employment of KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective* Nunc Pro Tunc *to August 1, 2014* [D.I. 3048] (the "Expanded Services Order") to address additional address additional statements of work and provide additional services in connection with these chapter 11 cases.

10.      On February 24, 2015, the Court entered an *Order Granting the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the KPMG Debtors and KPMG Debtors in Possession to Submit Additional Agreements that Expand the Retention and Employment of KPMG LLP as Bankruptcy Accounting, Tax, and IT Advisors* [D.I. 3641] (the

"Procedures Order") to address the approval of additional agreements between KPMG and the Debtors related to KPMG's existing retention under expedited procedures.

11.     On March 9, 2015, the KPMG Debtors filed a *Third Supplemental Declaration of Thomas D. Bibby in Support of the Application of Energy Future Holdings Corp.*, et al., *for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective* Nunc Pro Tunc *to the Petition Date* [D.I. 3847] (the "Third Supplemental Bibby Declaration" and together with the Bibby Declaration, the First Supplemental Bibby Declaration and the Second Bibby Declaration, the "Bibby Declarations") to address additional disclosures regarding relationships determined following an internal database review of additional interested parties in these chapter 11 cases.

12.     On October 3, 2016, EFH Corporate Services Company emerged from chapter 11. *See Notice of Entry of TCEH Confirmation Order and Occurrence of TCEH Effective Date* [D.I. 9742].

13.     On March 30, 2017, the Bankruptcy Court entered the *Order Allowing the Final Fee Application of KPMG LLP for Final Compensation for Services Rendered and for Reimbursement of Expenses* [D.I. 11090].

### Additional Engagement Letter and Disclosures Regarding Relationships

14.     The Debtors and KPMG have entered into an additional engagement letter whereby KPMG will support Debtors' management in addressing various bankruptcy, accounting and reporting, data management, and tax services. Pursuant to this additional engagement letter, KPMG will be providing services to EFH Corp. (consistent with the authority granted in the Retention Order) and will be compensated pursuant to the terms set forth in the Retention Order.

Bankruptcy and accounting services: assisting Debtors management as requested with the following:

   a.   Assisting with the transitioning of the accounting records from Vistra Energy to the Debtors;
   b.   Assisting Debtors with issues in compiling accounting and financial record;
   c.   Assisting the Debtors' preparation of the Monthly Operating Report ("MOR") by debtor entity as required by the Bankruptcy Court;
   d.   Debtor in Possession financial reporting requirements, includes without limitation, the preparation of the year-end December 31, 2017 financial statements of the Company; and
   e.   Assisting with information requests as mutually agreed upon.

Tax Advisory and Tax Support Services including but not limited to the following:

   a.   Preparing federal, state and local tax return(s) and supporting schedules for the tax year ended December 31, 2017 for the following:
        (i)    Federal Form 1120, US Corporation Income Tax Return;
        (ii)   California Form 100, Corporate Franchise or Income Tax Return;
        (iii)  Delaware Form 1100, Corporation Income Tax Return;
        (iv)   D.C. Form D-20, Corporate Income Tax Return; and
        (v)    Texas Form 05-158, Franchise Tax Report.
   b.   Analysis of professional fees to support financial and tax deductibility;
   c.   Provide tax consulting services with respect to such matters that may arise for which the Debtors seek KPMG's advice and consultation in connection with the accounting advisory work being performed. This advice includes but is not limited to assistance with tax accounting analysis/calculations that may be necessary in connection with attribute changes resulting from the Debtors restructuring;
   d.   Maintaining tax accounting records for the Debtors;
   e.   Assist in gathering necessary year-end tax and financial information and schedules;
   f.   Assist in the identification and computation of temporary and permanent differences;
   g.   Compute a preliminary income tax provision for management's review and approval;
   h.   Prepare income tax related balance sheet accounts and footnote disclosures for management's review and approval;
   i.   Forecasting state and federal income taxes for EFH 2017 and estimated tax payment obligations;
   j.   Tax accounting for Quarterly EFH financial statements and notes for DIP reporting requirements (detailed tax analysis of any debt modifications as well as ongoing debt tax models on deductible interest, amortizing OID, etc.);
   k.   Tax support of quarterly Audit Committee reporting; and
   l.   Fact support on taxes for EFH various plans of reorganization and court filing.

15.    The fees charged for accounting advisory services are based on the actual time incurred to complete the work. The majority of fees to be charged reflect a reduction of 40%-55% from KPMG's normal and customary rates, depending on the types of services to be rendered. The hourly rates for accounting advisory rendered by KPMG are as follows:

| Accounting Advisory Services | Discounted Hourly Rate |
| --- | --- |
| Partners & Managing Directors | $610 |
| Directors | $500 |
| Managers | $375 |
| Senior Associates | $275 |
| Staff | $190 |

16.    The fees charged for tax advisory and support services are based on the actual time incurred to complete the work. The majority of fees to be charged for local office professionals reflect a reduction of approximately 40% - 50% from KPMG's normal and customary rates, depending on the types of services to be rendered. The hourly rates for tax advisory and support services rendered by local office KPMG professionals are as follows:

| Tax Advisory and Support Services | Local Office Discounted Hourly Rate |
| --- | --- |
| Partners & Managing Directors | $585 |
| Directors | $540 |
| Managers | $450 |
| Senior Associates | $360 |
| Staff | $220 |

17.    The fees charged for national office specialists providing tax advisory and support services are based on the actual time incurred to complete the work. The majority of fees to be charged for national office specialists reflect a reduction of approximately 5% - 15% from KPMG's normal and customary rates, depending on the types of services to be rendered. The

7

hourly rates for tax advisory and support services rendered by national office KPMG specialists are as follows:

| Tax Advisory and Support Services | National Office Discounted Hourly Rate |
|---|---|
| Partners & Managing Directors | $1,056 |
| Directors | $960 |
| Managers | $880 |
| Senior Associates | $640 |
| Staff | $400 |

18.     KPMG received from Debtors' counsel a list of additional new interested parties in these cases.  KPMG received and reviewed a list of the Parties-In-Interest attached hereto as **Schedule 1**.  KPMG's review of these Parties-In-Interest mirrored the initial review of Parties-In-Interest provided in the Original Application.    A summary of those current potential relationships that KPMG was able to identify using its reasonable efforts is reflected in **Schedule 2**, attached hereto.[3]    KPMG does provide professional services to Vistra Corporate Services Company ("Vistra") for tax and consulting services.  Vistra is a client of KPMG and is billed directly for services rendered to and for the benefit of Vistra.  Professional services performed which are included in the attached engagement letter are for the benefit of the Debtors and will billed to the Debtors accordingly.  No time incurred for Vistra will be included on the KPMG fee statements to the Debtor entities.

### KPMG's Disinterestedness

19.     As I stated in the Bibby Declarations, KPMG continues to conduct further reviews of its professional contacts as it becomes aware of new parties in interest.  To the best of

---

[3]     **Schedule 2** contains a list of the relationships or potential relationships of all KPMG International member firms (as opposed to solely KPMG) and one or more of the parties set forth on the conflicts checklist.

my knowledge, KPMG continues to be a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code as required by 327(a) of the Bankruptcy Code. KPMG holds no interest adverse to the KPMG Debtors or their estates for the matters for which KPMG is to be employed. KPMG has no connection to the KPMG Debtors, their creditors, or their related parties herein except as otherwise disclosed in Original Application, the Bibby Declarations, and the Expanded Services Motion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on
Dated:   12th day of February, 2018

Thomas D. Bibby
Partner, KPMG LLP

9



KPMG LLP
Suite 1400
2323 Ross Avenue
Dallas, TX  75201-2721

Telephone    +1 214 840 2000
Fax          +1 214 840 2297
kpmg.com

**PRIVATE & CONFIDENTIAL**

December 6, 2017

Mr. Tony Horton
EVP, Chief Financial Officer
Energy Future Holdings Corp.
1601 Bryan Street, Suite 4100
Dallas, Texas 75201

Dear Mr. Horton:

We appreciate the opportunity for KPMG LLP ("KPMG" or "we") to assist Energy Future Holdings Corp. ("EFH," the "Company," "you," or "your") with professional services.  This letter, which serves as our engagement letter, and the attached Standard Terms and Conditions for Advisory and Tax Services (the "ST&C"), set forth the terms of our engagement.  Our engagement is subject to completion of our normal engagement acceptance process and execution of this engagement letter.

## Scope

KPMG's professional services will support management in addressing various bankruptcy, accounting and reporting, data management, and tax services. KPMG will, at all times, work under the direction of management and provide services as requested. To the extent those services requested are not included in the scope below, we will discuss these with the Company and consider amending this engagement letter to reflect any substantive changes.

KPMG will assist management as requested with the following scope of services as necessary:

Bankruptcy and Accounting Advisory Services

- The transitioning of the accounting records from Vistra Energy to EFH

- Issues in compiling accounting and financial records

- The Company's preparation of the Monthly Operating Report (MOR) by debtor entity as required by the Bankruptcy Court

- Debtor in Possession financial reporting requirements, includes without limitation, the preparation of the year-end December 31, 2017 financial statements of the Company

- Information requests as mutually agreed upon

Tax Advisory and Tax Support Services

- We will prepare federal, state and local tax return(s) and supporting schedules for the tax year ended December 31, 2017

  o   Federal Form 1120, US Corporation Income Tax Return

  o   California Form 100, Corporate Franchise or Income Tax Return

  o   Delaware Form 1100, Corporation Income Tax Return

  o   D.C. Form D-20, Corporate Income Tax Return

  o   Texas Form 05-158, Franchise Tax Report



Mr. Tony Horton
Energy Future Holdings Corp.
December 1, 2017
Page 2 of 4

- Analysis of professional fees to support financial and tax deductibility

- Provide tax consulting services with respect to such matters that may arise for which you seek our advice and consultation in connection with the accounting advisory work being performed in connection with this letter.  This advice includes but is not limited to assistance with tax accounting analysis/calculations that may be necessary in connection with attribute changes resulting from the Company's and its subsidiaries' restructuring.

- Maintaining tax accounting records for EFH

- Assist in gathering necessary year-end tax and financial information and schedules

- Assist in the identification and computation of temporary and permanent differences

- Compute a preliminary income tax provision for management's review and approval

- Prepare income tax related balance sheet accounts and footnote disclosures for management's review and approval

- Forecasting state and federal income taxes for EFH 2017 and estimated tax payment obligations

- Tax accounting for Quarterly EFH financial statements and notes for DIP reporting requirements (detailed tax analysis of any debt modifications as well as ongoing debt tax models on deductible interest, amortizing OID, etc.)

- Tax support of quarterly Audit Committee reporting

- Fact support on taxes for EFH various plans of reorganization and court filings

**Progress Meetings and Reporting**

We will provide management with regular updates of the progress of our work procedures, findings and recommendations.

All oral and written communications by KPMG to you with respect to this engagement, including drafts and those communications occurring prior to the execution of this Engagement Letter (collectively, "Reports") will be subject to the terms and conditions of this Engagement Letter and the attached appendices. During the course of the engagement, we will communicate our observations and recommendations directly to Tony Horton and/or his designee.

We do not anticipate preparation of a formal report following completion of our work.

Accounting positions determined by EFH through the course of this engagement are considered to be EFH's proprietary information and as such EFH may share this information with third parties without reference to KPMG. However, notwithstanding anything to the contrary set forth in Paragraph 4(c) of the Standard Terms and Conditions for Advisory and Tax Services attached to this letter as Appendix 1, any technical accounting and financial reporting advice, information, recommendations or work product provided by KPMG to you under this Engagement Letter, whether verbally or in writing, may not be attributed to KPMG by you to any third-parties without KPMG's express written permission, except that you may disclose to your independent external



Mr. Tony Horton
Energy Future Holdings Corp.
December 1, 2017
Page 3 of 4

audit firm the nature and results of this engagement. [1.] The provisions in this paragraph do not apply to any tax advice or consulting services which may be provided under this Engagement Letter.

KPMG will not be a signatory on the EFH bank accounts and therefore will not make any disbursements on behalf of the Company.

## Deliverables

KPMG will work as part of a collaborative team that will include EFH personnel. The output from this collaborative team will be considered an internal EFH work product for which management will take full responsibility. The collaboratively developed work product may be distributed as management determines to be appropriate for its needs. However, such work product will not be prepared on KPMG letterhead or contain the KPMG logo or other references to KPMG. The work product may be prepared by KPMG on EFH letterhead or contain the EFH logo, if so instructed by the Company. KPMG may attach a transmittal letter to each work product, or provide a periodic transmittal letter referring to the work product that has been provided previously. Neither this KPMG transmittal letter, nor a copy thereof, should accompany any work product shared outside the Company. Should the Company attach its own transmittal letter when such collaboratively developed work product is shared externally, such transmittal letter may not indicate that the work product was prepared by KPMG or that the findings were based on input or test work provided by KPMG.

In addition, we will provide the Company with status updates as reasonably requested, in a format acceptable to and agreed upon by KPMG and EFH.

## Project Leadership by Management and Key KPMG Resources

Our understanding is that the Company has designated Tony Horton and Tim Hogan as the management level individuals to oversee the conduct of this project, including coordination of Company resources required and reviews of draft deliverables. Management agrees that Company personnel assigned to the project will review draft deliverables on a timely basis and provide us with their comments and revisions and will approve and accept final deliverables as meeting the objectives that you have established for those deliverables.

I will have overall responsibility for the conduct of the engagement.  John Kane, Brennan Folmer and James Grace will be actively involved in the performance of the engagement and will use such other staff for assistance as deemed necessary.

## Timing and Professional Fees

Our professional fees are based upon the skill level of the professionals providing the services and the amount of time and materials required to complete the engagement. Our fees and expenses are not contingent upon the final results, nor do we guarantee any result or resolution in the above referenced matter. The following table represents our hourly rates by level for this engagement. Tax fees are not dependent on tax or other savings achieved or otherwise based in any way on results obtained.

---

[1] Should any other third party request you to disclose our accounting advice to them, we will consider giving our permission after discussing with you the appropriate terms and details.



Mr. Tony Horton
Energy Future Holdings Corp.
December 1, 2017
Page 4 of 4

| Accounting Advisory Rate Card: | |
| --- | --- |
| **Level** | **Local Office** |
| Partner/MD | 610 |
| Director | 500 |
| Manager | 375 |
| Senior | 275 |
| Staff | 190 |

| Tax Rate Card: | | |
| --- | --- | --- |
| **Level** | **Local Office** | **National Office** |
| Partner/MD | 585 | 1,056 |
| Sr. Manager | 540 | 960 |
| Manager | 450 | 880 |
| Senior | 360 | 640 |
| Staff | 220 | 400 |

Billing will only include actual time spent and reasonable, documented expenses incurred in performing the work. In addition to professional fees, KPMG will be reimbursed for reasonably incurred out-of-pocket expenses. We expect to issue invoices on a monthly basis, and our invoices are due in accordance with Bankruptcy Court procedures.

**Appendices / Attachments**

The following appendices are considered an integral part of this letter:
Appendix 1: Standard Terms and Conditions for Advisory and Tax Services
Appendix 2: Other Matters
Appendix 3: Tax Support Services

**<u>Confirmation</u>**

Please indicate your acceptance of these arrangements by signing both copies of this letter in the space provided below and returning one signed copy of the letter.  We look forward to working with you.



Mr. Tony Horton
Energy Future Holdings Corp.
December 1, 2017
Page 5 of 5

Very truly yours,

KPMG LLP

Thomas D. Bibby
*Partner*

cc:  John Kane, KPMG

<u>ACCEPTED</u>

Energy Future Holdings Corp.

_____
Authorized Signature

_____
Title

_____
Date

**Appendix 2: Other Matters**

**Other Terms and Conditions**

## Company Support

We will require the support of Company personnel in order to achieve timely completion of the project. Such support includes, but is not limited to, the collection of all relevant documents (paper or electronic) that would aid in the project and the scheduling of interviews and coordination of meetings.

## Standard of Services

Our engagement will be performed under the Statements on Standards for Consulting Services issued by the American Institute of Certified Public Accountants. Such services are not intended to be an audit, examination, attestation, special report or agreed-upon procedures engagement as those services are defined in AICPA literature applicable to such engagements. Accordingly, these services will not result in the issuance of a written communication to third parties by KPMG directly reporting on financial data or internal control or expressing a conclusion or any other form of assurance.

The procedures KPMG will perform are limited to those referred to in this Engagement Letter and are limited in nature and extent to those that the Company has determined meets its needs. Consequently, we make no representation regarding the sufficiency of the procedures for the purpose for which our advice and/or discussion documents is being prepared or for any other purpose.

## Changes in Accounting Standards and Interpretations

In rendering accounting advice, whether written or oral, we will consider the applicable technical literature, laws and regulations. Financial reporting authoritative guidance is subject to change or modification, retroactively or prospectively, by varying interpretation and by subsequently issued pronouncements, legislation, and regulatory, administrative, or judicial decisions. Subsequent to the completion of this engagement, we will not update our advice, recommendations or work product for such changes or modifications to financial reporting authoritative guidance, or for subsequent events or transactions, unless the Company separately engages us to do so in writing after such changes or modifications, interpretations, events or transactions.

Should you request written or oral advice on the application of accounting principles to transactions involving facts and circumstances specific to the Company or its related parties that will be included in any set of financial statements subject to external audit by an auditor other than KPMG, we will evaluate your request. If we are able to accept such a request, our advice will be provided subject to the terms and professional standards described in Appendix 3.

## Accounting, Financial Reporting and Information for Audits

The Company acknowledges ultimate responsibility for the accounting treatment of any particular transaction. In addition, the Company will always have the advice provided by KPMG considered by an appropriate individual within the organization who has the requisite skills and knowledge to assess the advice given. Our responsibility is to assist you with accounting research and consultation, project planning and management support, and assistance in preparing and analyzing accounting records and documentation.

In this engagement, KPMG assumes no responsibility for auditing information provided by the Company or for expressing an opinion on any part of the Company's financial statements, nor for management's analysis or decision-making with respect to accounting positions taken, related financial statement disclosures, and balance sheet accounts. Those responsibilities belong to you and your independent auditor.

## KPMG's Association with Company's Financial Statements

The scope of our services involved in providing accounting and financial advisory services to management does not satisfy the requirements of an audit in accordance with generally accepted auditing standards, or a

review in accordance with Statements on Standards for Accounting and Review Services issued by the American Institute of Certified Public Accountants. Accordingly, we will not express an opinion or any other form of assurance on any of your financial statements.

## Restrictions on References to KPMG and Company

We undertake this engagement with the understanding that any external release of the financial statements that include information that we have assisted you with in your analysis and subsequent preparation, including any related regulatory filings, will be subject to audit by your auditors. In this regard, you agree that any financial statements or other related financial information will not be associated with KPMG to any third party and that the scope of our services thereupon does not constitute a compilation of financial statements and that we will not be providing any such report, audit, review, or compilation on the financial statements of the Company or its related parties and/or regulatory filings related thereto.

Should you desire that we perform a compilation of financial statements using your financial information, we will consider that request and, if accepted, will issue a separate engagement letter related to those compilation services. Should this not be the case, you agree that any financial statements or other related financial information derived from the conduct of our services will be for your internal use only and will not be referred to or distributed to any third party without our prior written consent.

Company agrees that KPMG may use Company's name in experience citations with respect to services provided in this engagement.

## Deliverables and Other Communications

Deliverables we provide to you will not be prepared on KPMG letterhead or contain the KPMG logo or other references to KPMG. These deliverables may be prepared on Company letterhead or contain its logo.

KPMG may attach a transmittal letter to each deliverable, or provide a periodic transmittal letter referring to the deliverables that have been provided previously. Neither this KPMG transmittal letter, nor a copy thereof, should accompany any reports or deliverables shared outside of the Company.

As a part of this engagement, KPMG may be requested by EFH to participate, along with EFH's legal and other advisors, in discussions with EFH's creditors and equity holders and with other interested parties. In the event that KPMG agrees to participate in such discussions, our role will be solely as an advisor to EFH, and any representations made and positions advanced will be those of EFH and its management, not KPMG, its partners or employees.

## Conflicts

KPMG has performed an internal search in accordance with KPMG's internal procedures for potential client conflicts based upon the names of the parties that the Company has provided. The Company has represented to KPMG that this list represents all parties that EFH considers material relative to the scope of services set forth above. No client conflicts were found with respect to any of the parties identified by EFH and set forth in separate written communication. During the course of this engagement, the Company agrees that it will inform KPMG of additional parties in this matter or name changes for those parties provided.

As a large professional services organization, KPMG is engaged by new clients every day and cannot ensure that an engagement for the involved parties will not be accepted by KPMG. We take no responsibility for monitoring possible conflicts that could arise during the course of the engagement, although we will inform you promptly should any come to our attention. We reserve the right to resign from this engagement at any time if conflicts arise or become known to us that, in our judgment, would impair our ability to perform objectively.

In the event we become aware of a conflict of interest relating to any of our services to you, we will advise you and the other parties and, with the concurrence of all affected parties, take reasonable steps to provide appropriate separation between service teams.  Please note that in certain circumstances, we may be precluded from assisting you on a particular project due to the nature of the conflict.

**Management's Roles & Responsibilities**

While KPMG will make every attempt to gather the required data and coordinate data-gathering efforts, management is ultimately responsible for providing the necessary financial and tax information to KPMG. EFH's management is also responsible for establishing and supporting its income statement and balance sheet accounts and financial statement disclosures and maintaining adequate internal controls and procedures necessary to prepare such information.  In addition, EFH will:

a)  Provide KPMG, on a timely basis, all information, documentation and materials relating to EFH's operations necessary for KPMG to perform the services described in this letter;

b)  Establish that all information provided to KPMG is materially accurate and complete, and is updated on a timely basis.  KPMG will not be held responsible for EFH information that has not been rendered in accordance with the provisions of paragraphs (a) and (b); and

c)  Provide KPMG with reasonable access to all employees and personnel necessary to assist in performing the services described in this letter and cooperate with KPMG in arranging meetings as appropriate.

**Accounting Advice Standards**

There are unique requirements when providing oral or written advice on the application of U.S. GAAP or IFRS. Such an advice is subject to the professional standards we follow in these circumstances, namely Statement of Auditing Standard No. 50, *Reports on the Application of Accounting Principles*, as amended by Statement of Auditing Standard No. 97, *Amendment of SAS 50, Reports on the Application of Accounting Principles* ("SAS 50" requirements), or section 230 of the International Federation of Accountants' Handbook, *Code of Ethics for Professional Accountants* ("IFAC"). The following are types of accounting services that we may provide to you that would generally not be within the scope of SAS 50 or IFAC:

●  Researching and summarizing industry practice relating to the application of accounting principles for various types of transactions;

●  Educational or training sessions regarding the content and potential ramifications of new accounting pronouncements;

●  Summarizing and discussing the potential ramifications to companies relating to FASB, IASB or other accounting standard-setting bodies meetings as they pertain to proposed and existing accounting literature;

●  Communications such as position papers prepared for the purpose of presenting views on a general issue (not related to a specific transaction or event that you request) involving the application of accounting principles. Position papers include newsletters, articles, speeches and texts thereof, lectures and other forms of public presentations, and letters for the public record to professional and governmental standard-setting bodies.

However, if any of the services you request are to provide guidance on the application of accounting principles to a specific transaction or event, SAS 50 or IFAC is applicable and we will be required to follow the protocols described below.

Should you ask KPMG to provide written or oral advice on the application of accounting principles to specific transactions involving facts and circumstances specific to the Company or its related parties, any such request that would meet these criteria would fall within the scope of SAS 50 or IFAC since we are not your audit firm. When you request advisory services that fall within the scope of SAS 50 or IFAC, we must consult with your audit firm to ascertain all the relevant available facts that are applicable to the specific request so as to form a professional judgment. We recognize that there is room for legitimate disagreement between KPMG and your

audit firm, as well as between you and either your audit or another non-audit firm, but it is not our objective to challenge another accounting firm's professional judgment.

If you request a KPMG opinion letter to be written in accordance with SAS 50 or IFAC, we will issue a separate engagement letter to confirm the scope, extent and terms of that engagement. Because of the requirements of SAS 50, SAS 97, IFAC and KPMG internal policies, we will follow our internal approval process for our involvement on specific transactions as they arise. This process will include the following:

- Obtaining information about the principals' involvement in each transaction and performing our engagement acceptance process;

- Communicating with the independent auditors' for one or more of the principals to discuss such matters as:

    – the substance of the transaction versus the form of the transaction;

    – whether there is a dispute between you and the continuing accountants; or

    – whether the continuing accountants have reached a conclusion that differs from ours.

- Obtaining indemnifications and/or hold harmless agreements from one or more of the principals or other third-party users; and,

- Internal investigations within KPMG to determine the presence of potential possible conflicts of interest.

KPMG may be requested, pursuant to subpoena or other legal process, to produce its documents relating to this engagement in judicial or administrative proceedings to which KPMG is not a party. We agree, if legally permitted, to provide you with prompt written notice of such request so that you may seek a protective order or other appropriate remedy.  If, in the absence of a protective order or other remedy or the receipt of waiver by EFH, we are legally required to make a disclosure of such information, we will disclose only that information we are advised by legal counsel to disclose.  In that event, you agree to reimburse KPMG at standard billing rates for its professional time and expenses, including reasonable, out-of-pocket attorney fees, incurred in responding to such requests.

### Additional Other Matters

KPMG will provide our services in accordance with the terms of this letter, including the attached ST&C's except as modified as follows:

Paragraph 11(a)— the word "wrongful" is removed from proviso (2).

Insert the following paragraph 11(f):

"Each party acknowledges that remedies at law may be inadequate to protect against breach of this Paragraph 11 and hereby in advance agrees, without prejudice to any rights to judicial relief it may otherwise have, to the granting of equitable relief, including injunction, in the other party's favor without proof of actual damages. Each party agrees not to seek, and agrees to waive any requirement for the securing or posting of, a bond in connection with a party seeking or obtaining such relief."

Paragraph 13. – the engagement letter and Standard Terms and Conditions shall be governed by the State of Texas.

The first two sentences of Paragrahph 14(c) will read as follows:

"Arbitration shall take place in Dallas, Texas.  The arbitration panel shall have no power to award non-monetary or equitable relief of any sort except for injunctive relief pursuant to paragraph 11(f) and as provided in IICPR Rule 13 (Interim Measures of Protection)."

### Appendix 3: Tax Support Services

Potential tax consulting services that we may be required to perform as part of the overall accounting advisory services engagement consist of the following:

- *Book vs. tax balances*. Identification of differences between book and tax balances that arise from the plan of emergence and fresh start accounting;

- *Insolvent subsidiaries*. Consideration of the deferred tax impact on the outside basis of investments in insolvent subsidiaries;

- *Tax elections*. Assessment of the impact of available federal and state tax elections.

### Use of ONESOURCE Tax Provision to Support the Delivery of this Engagement

To facilitate our services, KPMG licenses software known as ONESOURCE Tax Provision from an un-related third-party vendor. As a result of KPMG's use of ONESOURCE Tax Provision and related modules, certain data and other information you submit to us under this engagement will be maintained on servers that are owned by the third-party vendor or its subcontractor. While KPMG does not have a proprietary interest in these servers, the third-party vendor and its subcontractors are contractually prohibited from disclosing or using any information you submit to us for purposes other than to provide the services under this engagement letter.

### Management's Role and Responsibilities

Management is responsible for providing the necessary financial and tax information to KPMG. EFH's management is also responsible for establishing and supporting its current and deferred income taxes and financial statement disclosures. Our assistance is intended to help management in fulfilling these responsibilities. EFH's management will review and approve the final calculation and the underlying financial statement and tax positions taken.

In addition to the other obligations of EFH set forth above, EFH will:

a. Provide KPMG, on a timely basis, all information, documentation and materials relating to EFH's operations necessary for KPMG to perform the Services;

b. Establish that all information provided to KPMG is materially accurate and complete, and is updated on a timely basis. KPMG will not be held responsible for EFH information that has not been rendered in accordance with the provisions of paragraphs (a) and (b);

c. Share with KPMG all plans, including without limitation, changes in EFH's business conditions or its tactical and strategic business direction, that require changes in the Services in sufficient time and detail as to allow KPMG to continue to provide the Services as contemplated herein;

d. Carefully inspect and review all reports, returns, and other output provided by KPMG hereunder, and all other KPMG work product delivered hereunder;

e. Cooperate with KPMG by, among other things, making available, as reasonably requested by KPMG, timely management decisions, information, approvals, and acceptances in order that KPMG may accomplish its obligations and responsibilities hereunder;

f. Provide KPMG with reasonable access to all employees and personnel affected by the Services and cooperate with KPMG in arranging meetings as appropriate;

g. Identify and document EFH's tax assertions (e.g., uncertain tax positions, valuation allowance, indefinite reversal criteria for outside tax basis for foreign subsidiaries); and

h.  Accept responsibility for all source documents and assumptions upon which the income tax provision calculation is based.

**Application of Accounting Principles**

KPMG's services are to be directed toward the straightforward application of tax rules to EFH's facts and the preliminary computation of EFH's income tax provision. KPMG is not assuming responsibility for management analysis or decision-making with respect to the application of any accounting principles relevant to the income tax provision, related financial statement disclosures and balance sheet accounts, such as determining the necessity or amount of a valuation allowance or reserve for uncertain tax positions. EFH is to consult with its independent auditor on the application of accounting principles.

This engagement does not contemplate the provision of oral advice or the issuance of a written report on the application of accounting principles pursuant to AU section 625 of the AICPA's Professional Standards, Reports on the Application of Accounting Principles. Accordingly, KPMG's services will not be directed toward consultation on the application of accounting principles to EFH's particular facts and circumstances.

**Other Matters**

Unless separately engaged to do so, KPMG will not express an opinion on the possible outcome of an uncertain tax position. In making preliminary computations, KPMG may incorporate the effect of valuation allowance and uncertain tax positions as determined by management.

**Tax Advice Standards**

Written advice provided to you under this engagement letter will be based on facts, representations, assumptions, and other information you provide to us, the completeness, accuracy and timeliness of which are critical factors in our ability to timely and accurately complete our services. Unless you request and we agree under a separate writing (a newly issued engagement letter or addendum to this engagement letter) after our advice has been issued in final form to you, KPMG will not update our advice to take into account your updating the facts you provide to us through your discovery of new or additional facts, or your updating any information that may have formed the basis of any assumptions we made in developing our advice. In rendering advice, we will consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the advice we issue to you.

When, in the course of providing general tax consulting services, it is determined that the services would exceed the scope of this letter, preliminary engagement planning activities undertaken prior to the issuance of an engagement letter for the discrete tax consulting project are intended to be covered by this engagement letter.

**Tax Advice Standards**

If KPMG is considered to be a tax return preparer under Treasury Regulation §301.7701-15, we will apply elevated standards in providing tax advice. These standards are dependent on certain characteristics of the entity to which our services will be directed as follows:

1.  For U.S. public companies or "large private entities" (i.e., private entities with prior year gross revenues of $300 million or more): We must be able to determine that (1) there is "substantial authority" for an undisclosed return position and (2) a disclosed return position has at least a "realistic possibility" of being sustained on its merits. The laws of some states (e.g., New York) also may impose more stringent return preparation standards for state tax returns. For advice pertaining to a "Tax Shelter" (as defined in IRC §6662(d)(2)(C)(ii)) or a "reportable transaction" with a significant purpose of tax avoidance, the return positions must be at least "more likely than not" to be sustained on the merits; if the taxpayer is advised regarding potential taxpayer penalties, there must be "substantial authority" for our advice.

2.  For "other private entities" (i.e., entities that do not fall within the definitions above as a U.S. public company or large private entity): The return position must be at least "more likely than not" sustained on the

merits. If a return position relates to a transaction that is a "principal purpose transaction," we must arrive at a "should" confidence level with respect to the position.

3.   We will not render any advice with respect to a federal or state "listed transaction" or any transaction that is substantially similar to a federal or state "listed transaction."

In determining whether a return position meets the appropriate standard, we will not take into account the possibility that a tax return will not be audited, that an issue will not be raised on audit, or that an issue will be settled. We will inform you as soon as possible if, during our analysis, we determine circumstances exist that prevent us from advising you under these standards.

In addition we will apply the elevated standards described in the "Tax Return Standards" section of this letter with respect to any tax advice which would cause KPMG to be considered a tax return preparer under Treasury Regulation §301.7701-15. KPMG will not render any advice with respect to a federal or state "listed transaction" or any transaction that is substantially similar to a federal or state "listed transaction.

## Written Advice

Written advice provided to you under this engagement letter will be based on facts, representations, assumptions, and other information you provide to us, the completeness, accuracy and timeliness of which are critical factors in our ability to timely and accurately complete our services. Unless you request and we agree under a separate writing (a newly issued engagement letter or addendum to this engagement letter) after our advice has been issued in final form to you, KPMG will not update our advice to take into account your updating the facts you provide to us through your discovery of new or additional facts, or your updating any information that may have formed the basis of any assumptions we made in developing our advice. In rendering advice, we will consider tax authorities that are subject to change, retroactively and/or prospectively, and any such changes could affect the advice we issue to you.

When, in the course of providing general tax consulting services, it is determined that the services would exceed the scope of this letter, preliminary engagement planning activities undertaken prior to the issuance of an engagement letter for the discrete tax consulting project are intended to be covered by this engagement letter.

## Consent to Disclose and Use Tax Return Information

Federal law prohibits our disclosing, without your consent, your tax return information to third parties or our use of that information for purposes other than the preparation of your return. As part of offering our services to you, we may disclose your income tax return information to certain other entities or service providers including KPMG Global Services Private Limited (KGS), an entity that is situated in India and controlled by KPMG LLP, the United States member firm of KPMG International, and certain other KPMG International Member Firms, or any successor entity to KGS. In executing this engagement letter, you authorize KPMG to disclose your tax return information to KGS or its successor or such other third party service providers as you may request or as may be required for purposes of completing the services under this engagement letter. Your consent will be valid until such time as we have completed the services described in, and any services that are ancillary to, those described in this engagement letter.

## Tax Return Preparation

If we do not receive all of the requested information by March 1, 2018 and you have returned to us a signed copy of this letter, we will automatically prepare, for your filing, a request for extension of time to file the applicable return(s). We will automatically file (either electronically or by paper) the extensions for which there are no tax payments due. By signing this engagement letter, you have authorized KPMG to file extensions with no tax payments due on your behalf.

We will prepare these returns from the information you submit. We will not audit or independently verify the data you submit. However, we may ask for clarification of some of the information. Our engagement cannot be

relied on to uncover errors, omissions, or irregularities, should any exist in the underlying information incorporated in the tax return(s). However, we will inform you of any such matters that come to our attention. Because management has ultimate responsibility for the tax return(s), please have the appropriate corporate officials review the return(s) before an officer signs and files the return(s).

Please note that if EFH had a taxable presence (e.g., an employee within the jurisdiction or any tangible property owned or rented within the jurisdiction) in a jurisdiction not listed above, it may be subject to income or franchise tax in that jurisdiction, depending upon the particular facts. It is EFH's obligation to notify KPMG if assistance is needed to determine whether the Company is liable for income or franchise tax or has a filing requirement in any jurisdiction not listed above.

All returns are subject to examination by the taxing authorities. In the event of an examination, the Company may be requested to produce documents, records, or other evidence to substantiate the items of income and deduction shown on the tax return(s). In preparing your return(s), we rely on your representations that you understand and have complied with applicable documentation requirements for EFH's income, expenses, deductions, and credits. If an examination occurs, and if you and we agree to have KPMG assist or represent EFH in the examination, any such additional services and the fee therefore would be set forth in a separate engagement letter.

### Electronic Filing

KPMG will electronically file the returns and extensions we prepare for you that are subject to tax authority mandates. The filing instructions that KPMG provides to you will indicate the returns and extensions that KPMG has electronically filed on your behalf, if any, and will provide instructions and filing copies for your paper filing of the returns and extensions that were not electronically filed.

The KPMG electronic filing identification number (EFIN) will be included in certain e-filing documentation we will provide to you for the returns e-filed using KPMG-licensed software. The KPMG EFIN is proprietary to KPMG and Client is not authorized to use the KPMG EFIN for any purpose. If the e-filing services will be provided using Client-licensed software, the Client EFIN must be used for the e-filing.

## SCHEDULE 1
## ENERGY FUTURE HOLDINGS CORP., et al. – INTERESTED PARTIES

**Advisors to Unsecured CC**
FTI Consulting
Lazard
Morrison & Foerster LLP
Polsinelli PC

**Banks**
Bank of Oklahoma
Bank of Texas
Chase Investments
Fidelity Institutional Money Market Funds - Government Portfolio
First National Bank of Granbury
Goldman Sachs Financial Square Government Fund
Invesco ATST Premier U.S. Government Money Portfolio
JPMorgan Chase Bank NA
JPMorgan Chase Bank NA (IL)
JPMorgan Chase Bank NA (NY)
JPMorgan Chase Bank NA (OH)
JPMorgan Chase Bank NA (TX)
JPMorgan Chase through Met Life
M&T Bank
Morgan Stanley Government Portfolio
Western Asset Institutional Government Fund

**Bidder NDAs**
Exelon Corp.
National Grid USA

**Bondholders**
Aegon
Allianz Global Investors
Allstate
Amundi
Anchorage Capital Group LLC
Angelo Gordon
Angelo Gordon & Co.
Apollo / Stone Tower
Apollo Management Holdings LP
Appaloosa Management LP
Applied Fundamental Research LLC
Ares
Arrowgrass
Arrowgrass Capital Partners (US) LP
ATP Investment Management
Aurelius
Avenue
Avenue Investments LP

Babson Capital
Balyasny Asset Management
Bank of America Merrill Lynch
Barclays
BC Unlimited LLC
Benida Group
Black Diamond
Blackrock
Blackstone / GSO
Blue Mountain Capital Management LLC
Bluecrest Capital Management
BlueCrest Multi Strategy Credit Master Fund Ltd.
Brigade Capital
Brookfield Investment
BTG Pactual
Carlyle
Castle Hill
CCP Credit Acquisition Holdings LLC
Centerbridge
Centerbridge Partners
Chou Associates
Claren Road
Claren Road Credit Master Fund Ltd.
Claren Road Credit Opportunities Master Fund Ltd.
Columbia Management
Cortland Capital
Crescent Capital
Cyrus Capital Partners LP
DA Capital LLC
Danske Bank
Davidson Kempner Partners
Deutsche Bank AG, New York Branch
DK Partners
DO S1 Ltd.
Ensign Peak
Fairway Fund Ltd.
Farallon Capital Management LLC (US)
Fidelity Management & Research Company
Footprints Asset Management
Fore ERISA
Fore Multi Strategy Fund Ltd.
Fortress Investment Group LLC
Franklin
Franklin Advisors Inc.
Greystone Investments
Gruss
GSC Capital
GSO Capital Partners LP
Halcyon

Highbridge
Highland Capital
HIMCO
Icahn Associates
ING Investments
Janus Capital
JP Morgan Securities LLC
Kilimanjaro
KKR
KKR & Co. LP
LibertyView Capital Management
LMA SPC
Loeb Partners
Logan Circle
Magnetar Financial LLC
Managed Accounts Master
Manikay Partners LLC
MAP 89 Segregated Portfolio
Marathon Asset Management
Mariner
Mason Capital
MatlinPatterson Capital
Mount Kellett
MP Credit Partners
Oak Hill Advisors LP
Oaktree Capital Management LP
Och-Ziff Capital Management
Owl Creek Asset Management
P. Schoenfeld Asset Management LP
Panning Capital
Par IV Funding
Paulson & Co.
Penn Capital Management
PFA Asset Management
Phoenix
PIMCO
Pine River Credit Relative Value Master Fund Ltd.
Pine River Fixed Income Master Fund Ltd.
Pine River Master Fund Ltd.
Pine River Opportunistic Credit Master Fund LP
Pinebridge
Post Advisory
Principal Financial
Protective Life
Providence Equity Partners
Prudential
PSAM
Putnam
RBC

RBS
Regiment Capital
Sankaty
Sciens Capital Management
Scoggin Capital
Seix Advisors
Senator Investment
Sheffield Investment Management
Shenkman
Silvermine Capital
Sound Point Capital
Southpaw Asset Management
Standard Life Investments
Starwood Energy
State Street Global Advisors
Taconic Capital Partners
TCW Investment Management
Teilinger Capital Ltd.
Third Avenue
Third Avenue Focused Credit Fund
Third Avenue Trust
THL Credit Partners
Titan Investment Holdings
TPG
Trimaran Advisors
UBS
Vanguard
Venor Capital Management
WAMCO
Watershed Asset Management
Whippoorwill Associates Inc.
WJ Investments
York Capital
York Capital Management Global Advisors LLC

**Committee Members**
Belleair Aviation

**Contract Amendments & Assumptions**
3B Dozer
Ada Carbon Solutions
Alstom
Ameco
Apptio Inc.
Areva Enrichment
Aurea Energy Solutions
B.G. Construction
BNSF / KCS Monticello
Boltech Mannings

Cameron Construction
Cloud Peak Energy LLC
Dell (Secureworks)
ETTL Engineers & Consultants Inc.
Explosive Professionals Inc.
Explosive Professionals Inc.
FL Smidth Airtech Inc.
Flanders Electric Inc.
Fluor
Freese & Nichols
GATX Railcar Lease
GE
GE Capital Railcar Lease
Georgia Western
Golder Associates Inc.
HDR Engineering Inc.
Headwaters
Headwaters Resources Inc.
Humphrey & Associates
J & S Construction LLC
Jaster Quintanilla
Johnson & Pace Inc.
Key Equipment Railcar Lease
LES
Lochridge Priest
Louisiana Energy Services LLC
Mammoet
Mammoet USA South Inc.
Mastercraft
Merico
Metco Environmental
Mine Service
MPW
National Gypsum Inc.
North Louisiana Land Grading Inc.
P&E Mechanical
Pastor Behling & Wheeler LLC
Performance Contracting Inc.
Ray W. Davis Consulting Engineers
Red Ball Oxygen Company Inc.
Secureworks Inc.
Siemens Demag Delaval Turbomachinery Inc.
Siemens Energy Inc.
Simeio
Simeio Solutions Inc.
SMBC Railcar Lease
Software Licenses
Sojitz Railcar Lease
Southern Crane & Elevator

Southern Tire
Southern Tire Mart
Tarrant County
TRWD
Urenco
Urenco Enrichment Co. Ltd.
URS Corporation
VEOLIA
Voxai Solutions Inc.
Wells Fargo Railcar Lease

**Contract Counterparties**
10301 Vista Apartments LLC
10400 Sandpiper Apartments LLC
11911 Park Texas Apartments LLC
1201 Louisiana Co. LP
1201 Oaks of Brittany Apartments LLC
12500 Plaza Apartments LLC
1401 Elm Street Condominium Association
16001 Cotillion Apartments LP
2013 Multi-Family Real Estate Fund I LLC
2016 Main Owners Association Inc.
2730 Lafferty Street Apartments LP
321 Partners Ltd.
3B Dozer Service
4101 Pointe Apartments LLC
4150 North Macarthur Boulevard
4Front Engineered Solutions Inc.
4-L Engineering Company Inc.
500 Jefferson Tower (TX) LLC
5900 Crystal Springs Apartments LLC
601 Jefferson Tower (TX) LLC
667 Maxey Village Apartments LLC
7600 Royal Oaks Apartments LLC
99 Cents Only Stores Texas Inc.
A.J. Bart Inc.
AB Mauri Food Inc.
Aberfeldy Properties Inc.
Abilene Christian University
Absolute Consulting Inc.
Ace Cash Express Inc.
Acuity Brands Lighting Inc.
Advance Polybag (Texas) Inc.
Advanced Neuromodulation Systems Inc.
Advanced Pedestals Ltd.
Advent Cleaning Technology Inc.
AER Manufacturing LP
Agero Connected Services Inc.
Aggreko LLC

Aggreko LLC
AGR Group LLC
AIG Rail Services Inc.
Air Express International USA Inc.
Air Liquide Electronics US LP
Airtricity Forest Creek Wind Farm LLC
Akzo Nobel Functional Chemicals LLC
Albemarle Corp., a Virginia Corp.
Alcon Laboratories Inc.
Alcon Research Ltd.
All Saints Episcopal School
All Saints Episcopal School of Tyler
Allen Independent School District (TX)
Alliance Center - East Association
Alliance Drilling Fluids LLC
Allied Cambridge LP
Allied Environmental Solutions Inc.
Allied Petrochemical LLC
Alloy Casting Co. Inc.
Al's Formal Wear of Houston Ltd.
Alside Ennis Extruded Products Co.
Altamonte II Ltd.
Alvin Community College
Amalgamate Processing Inc.
Amalgamate Processing Ltd.
Amaz Property Management USA Inc.
American Airlines Inc.
American Elevator Technologies
American Equipment Co. Inc. (AMECO)
American Film & Printing Ltd.
American General Life Insurance Co.
American Industrial Minerals LLC
American Porcelain Enamel Co. of Dallas
American Residential
American Spincast Inc.
American Wind Power Center
Amerimont Partners LP
Ameripower LLC
Ameron International - FCPD-Centron
ANA Properties LLC
Analytic Stress Relieving Inc.
Android Industries LLC
Angelina & Nacogdoches WCID
Anna Independent School District
Applabs Technologies Pvt Ltd.
Apptio Inc.
Aquatic Co.
Aramark Uniform Services
Aransas County Independent District (TX)

Areva Enrichement Services LLC
Areva NP Inc.
Areva NP PLC
Armet Dale Street LP
Arp Independent School District (TX)
Arrowhead Operating Inc.
Artco-Bell Corp.
Asbury Automotive Group Inc.
Ashcraft-European Bakery LP
Ashford TRS Sapphire VI LLC
Ashford TRS Sapphire VII LLC
Ashland Specialty Chemical Co.
Aspenwood Apartment Partners LP
Asset 1250 Mockingbird LP
Associated Materials Inc.
Atco Rubber Products Inc.
Atlas International Laundry & Dry
Atmos Pipeline-Texas
Attentus Bonham LP
Atwood Distributing GP LLC
Aurea Energy Solutions
Austin Coca Cola Bottling Co.
Austin College
Autobahn Imports LP
Autohaus LLC
Axon Pressure Products Inc.
B.G. Construction
B27 Resources Inc.
Baikowski Malakoff Inc.
Ball Metal Beverage Container Corp.
Bandag
Bank of New York, The
Baron Investments Ltd.
Bates Container LLC
Baylor Medical Center at Carrollton
Baylor Richardson Medical Center
Baylor University
Baywind Condominium Association
BC Operating Inc.
BCS Stop & Go Potties
Beacon Aviation Inc.
Behringer Harvard Burnet Plaza LP
Bell County WCID 3
Beneficial Power LLC
Bentley Systems Inc.
Berkeley First City LP
Best Brands Corp.
BHP Billiton
Bimbo Bakeries USA Inc.

Birdsong Peanuts
Birdville Independent School District (TX)
Black & Veatch Corp.
Blaylock Industries
Blue Cross & Blue Shield
Blueknight Energy Partners LP
Bluewater Thermal Services
BNG Apartments Inc.
BNP Paribas Energy Trading GP
BNSF Railway Co. - Coal
Boardwalk Motor Sports LLC
Boaz Energy LLC
Bobcat Bluff Wind Project LLC
Boca Springs LP
Bodycote Thermal Processing Inc.
Boeing Co., The
Boise Packaging & Newsprint LLC
Bolin Construction Inc.
Bollman Industries
Bolttech-Mannings Inc.
Bonsal American Inc.
Bopco LP
Borden Dairy Co. of Texas LLC
BorgWarner TorqTransfer Systems Inc.
Bosqueville Independent School District
Bottom Line Food Processors Inc.
Braeswood Oaks Apartments LLC
Brass Craft Western Co.
Brazos Electric Power Cooperative Inc.
Brazos Presbyterian Homes Inc.
Brazos River Authority - BRA
Brazos Valley Groundwater Conservation District
Breck Operating Corp.
Bridgestone Bandag LLC
Brilliant Energy LLC
Broadridge Output Solutions Inc.
Broadridge Securities Processing
Broan-Nutone Storage Solutions LP (Post)
Brookbend Inc.
Brougher Inc.
Brownwood Housing Authority (TX)
Buckskin Mining Co.
Building Materials Corp. of America
Bullard Inc.
Bunge Oils Inc.
Burns & McDonnell
Business Jet Center Ltd.
Busycon Properties LLC
Buttons LLC

BVP Veranda Place LP
Caballo Coal Co.
Cadeco Industries Inc.
Caldwell Foundation, The
California Spray Dry
California State Teachers' Retirement
Calpine Energy Services LP
Caltex Feed Yard Inc.
Calvary Cathedral Inc.
Cambridge - Plano Partners MOB IV LP
Cambridge Arlington LP
Cambridge Nassau Bay LP
Cambridge Oaks
Cambridge Walnut Hill LP
Cameron Construction & Equipment
Capcorp
Caremark PCS Health LLC
Cargill Power Markets LLC
Carlingford Apartments LLC
Carlisle Coatings & Waterproofing Inc.
Carpenter Co.
Carter Chambers LLC
Catalina Tempering - Texas Inc.
Caterpillar Financial Services Corp.
Caterpillar Global Mining Equipment LLC
CBM One LLC
CCMH Houston AP LLC
CCMH Houston Galleria LLC
CCMH Potomac LLC
CCMH Quorum LLC
Cedar Hill Independent School District (TX)
Celina Independent School District (TX)
Celtex Industries Inc.
Centennial Beverage Group LLC
Centerpoint Energy Services Inc.
CenterPoint Energy Transition Bond Co. II LLC
Central Texas College
Central Texas Corrugated
Central Texas Water Supply
Central Transport International Inc.
Centrifugal Castings Inc.
Century Geophysical Corp.
CF Chefs Inc.
CF Products LLC
CG Properties LLC
Champion Cooler Corp.
Chandler, City of (AZ)
Chaparral Steel Midlothian LP
Chapel Hill Independent School District (TX)

Charles Needham Industries Inc.
Charleston, The
Charming Charlie Inc.
Chemical Lime Inc.
Chemical Process & Production Inc.
Chesapeake Energy Marketing Inc.
Chevron Natural Gas, a division of Chevron USA Inc.
Chico Coffman Tank Trucks Inc.
Chief Adhesives Inc.
Children's Medical Center of Dallas
Chilton Independent School District
Choice Energy Services
Christus Spohn Health System Corp.
CIMA Energy Ltd.
Cimbar Performance Minerals Inc.
Cintas Corp.
Circle 10 Council
Clarewood House Inc.
Clary E&I Services LLC
Claye AP3 Investments LLC
Clean Energy
Clearview Electric Inc.
Clements Nut Co.
Cletex Trucking Inc.
Cloud Peak Energy Resources LLC
Clyde Bergemann Inc.
Coastal Foods Inc.
Coca Cola Enterprises
Coca-Cola Bottling of North Texas
Coca-Cola Co., The
Cockrell Printing Co.
Cody Energy LLC
Coffee Process Technology Corp.
COG Operating LLC
Cohesive
College of the Mainland
Collier Metal Specialties Ltd.
Colonial Savings FA
Comanche Independent School District (TX)
Commons on Edgebrook LLC
Computer Associates
Computer Engineering Services
Computer Sciences Corp.
Conco Services Corp.
Conecsus LLC
Connell Equipment Leasing Co.
ConocoPhillips Co.
Consolidated Metal Technologies LLC

Constellation New Energy - Gas Division LLC
Continental Field Systems
Contract Powder Coating Inc.
Control Products Corp.
Convergent Outsourcing
Cook Children's Medical Center
Cooper Aerobics Enterprises Inc.
Coors Distributing Co. of Fort Worth
Coral Energy Canada Inc.
Coral Energy Resources LP
Coral Island Partners Ltd.
Core Laboratories Ltd.
Core Visual Inspection Services
Corrections Corp. of America
Corsicana Technologies Inc.
Cott Beverages Inc.
Courtlandt Square Ltd.
Courtney Construction Inc.
Courtyard by Marriott LP
Cox Fence Fitting Co.
Cox Industries Inc.
Cox's Foodarama Inc.
Cracker Barrel Old Country Store Inc.
Crane Nuclear Inc.
CRC Group Inc.
Crestwood Midstream Partners LP
Cronus Texas Properties LLC
Crown Cork & Seal USA Inc.
CRV PCM Portfolio II LP
Cryovac Inc.
CTE Entertainment LP
CTI
CTI Foods Holding Co. LLC
Cullen Continental II Co. LP
Cummins Southern Plains Ltd.
Cyclone Enterprises Inc.
Cytec Engineered Materials Inc.
D.R. Horton Inc.
Dads Club Swim Team Inc.
Dairy Pak - a Division of Blue Ridge Paper Products Inc.
Daisy Brand LLC
Dal-Air Investment Castings Inc.
Dallas Bar Association
Dallas City Packing Inc.
Dallas Convention Center Hotel
Dallas Country Club
Dallas County Water Control & Improvement District
Dallas CPT Fee Owner LP

Dallas Flat Glass Distributors Inc.
Dallas Medical Center LLC
Dallas Morning News Inc., The
Dallas Nephrology Associates
Dallas Woman's Club, The
Dallas World Aquarium Corp., The
Dallas, City of (TX)
Dal-Tile Corp.
Dan-Loc LLC
Dannon Co. Inc.
Darling International Inc.
Daryl Flood Inc.
Data Systems & Solutions LLC (Rolls Royce)
Dean Gilbert Inc.
Deep Elem Real Estate LLC
Deer Horn Aviation Ltd. Co.
Delaware Public Utility Commission
Delaware, State of
Dell Inc.
Delta Centrifugal Corp.
Delta Petroleum Inc.
Denbury Onshore LLC
Denco of Texas Inc.
Denison Industries Inc.
Derbyshire Investments LLC
Design Tech Homes Ltd.
Deutsche Bank AG
Dewind Frisco LLC
DIAB Inc.
Diamondback Management Services Ltd.
Digital - Bryan Street Partnership LP
Dillard Store Services Inc.
Direct Energy LP
Direct Fuels LLC
Display Source Design & Factory Ltd.
Diversified Ceramics Corp.
DLR Restaurant Group Inc.
Do It Best Corp.
Dolgencorp of Texas Inc.
Dollins Pecan Co. Inc.
Don Drive Interiors Inc.
Don Miguel Mexican Foods Inc.
Double-E Inc.
Dr. Pepper Bottling Co. of Texas
DRH Worthington Tenant General
DRH Worthington Tenant LP
DST Output Inc.
Durham Pecan Co.
Earthgrains Baking Cos. Inc.

East Texas Testing Laboratory Inc.
Eastex Forest Products
Eastex Lumber & Supply LLC
Eastland Memorial Hospital
EBAA Iron Inc.
Eckel Manufacturing Co. Inc.
Ecolab Inc.
Economy Mud Products Co.
Edward Don & Co.
EECU
EGS Electrical Group LLC
El Campo, City of (TX)
El Dorado Way Condominium Association
El Paso Energy Service Co.
El Paso Natural Gas Co.
Electric Reliability Council of Texas Inc. (ERCOT)
Elm Street Portfolio LP
Emerson Process Management
Enbridge Energy Partners LP
Encore Wire Corp.
Enduring Resources LLC
Enercon Services Inc.
Energy America LLC
Energysolutions Services Inc.
EnerVest Operating LLC
Enhanced Powder Coating LLC
Enterprise Products Operating LLC
Enterprise Texas Pipeline LLC
Equant Inc.
Ergon Asphalt & Emulsions Inc.
ESL Construction Ltd.
Essent Healthcare Inc.
Essilor of America Inc.
ETC Katy Pipeline Ltd.
Etech Inc.
Ethicon Inc., a Johnson & Johnson Co.
ETTL Engineers & Consultants Inc.
Examination Management Services Inc.
Experian
Explosive Professionals Inc.
Extended Stay
F.L. Motheral Co.
Falcon Resources Inc.
Falcon Steel Co.
Falls of Deer Park LP
Family Dollar Distribution LLC
Family Dollar Stores of Texas LLC
Fantome Tower LP
Federal Home Loan Bank

Federation of State Medical Boards, The
Fehr Foods Inc.
Fiberspar Linepipe LLC
Fidelity Real Estate Co. LLC
Fina, Michael C.
Finley Resources Inc.
First Baptist Church of Midland Texas, The
First Co.
First National Bank of Granbury
First Tennessee Bank National
First Union Rail Corp, a Wells Fargo Co.
Fiserv Solutions Inc.
Fisher Controls International LLC
FL Smidth Airtech Inc.
Flagship Rail Services LLC
Flake Industrial Services Inc.
Flanders Electric Inc.
Fleischmann's Yeast
Flexible Foam Products Inc.
Florestone Products Co.
Florida Power & Light Co.
Flour Bluff Independent School District
Flowers Baking Co. of Houston LLC
FLSmidth Airtech Inc.
Forest Creek Wind Farm LLC
Forge USA
Fort Worth Aluminum Foundry Inc.
Fort Worth Club of Fort Worth
Fort Worth Community Credit Union
Fort Worth Housing Authority
Fort Worth Independent School District
Fort Worth Laundry & Dry Cleaners Inc.
Forward Manufacturing Co.
Fossil Creek Land Partners Inc.
Fossil Partners LP
Four Seasons Hotel Houston
FPG-DMT Harwood LP
FPL Energy Power Marketing Inc.
Frank Kasmir Associates Inc.
Frank Kent Motor Co.
Frazier & Frazier Industries Inc.
Freese & Nichols
Fresnel Technologies Inc.
Frham Safety Products Inc.
Friedkin Cos. Inc.
Fritz Industries Inc.
Frontier General Insurance Agency
Fry at Grand Inc.
FSI International Inc.

FSP Westchase LLC
FTI Industries Inc.
Gaidos of Galveston Inc.
Gainesville Foundry Inc.
Galderma Laboratories LP
Galperti Inc.
GAP Roofing LP
GAP Roofing of Texas LLC
Gatesco QM Ltd.
GATX Corp.
GATX Financial Corp., Rail Division
GC Packaging LLC
GE Foodland Inc.
GE Oil & Gas Compression Systems LLC (Cameron Compression)
Genecov Group Inc., The
General Aluminum Corp.
General Dynamics OTS (Garland) LP
General Electric Co.
General Magnaplate Texas Inc.
General Motors LLC
Georg Fischer Central Plastics LLC
George W, Bush Foundation, The
Georgetown Healthcare System
Georgia Western Inc.
Georgia-Pacific Corrugated LLC
Gerdau Ameristeel
Gerland Corp.
GH Partners LLC
GIT Heritage IV TX LLC
Gleco Plating Inc.
Glen Rose Medical
Global Innovation Corp.
Globix Rolling Creek LLC
Goat Wind LP
Golden Leaf Inc.
Golder Associates Inc.
Goldsmith, City of (TX)
Gorman Milling Co. Inc.
GPI Real Estate Management Corp.
GPI Spectrum LLC
Grace Presbyterian Ministries
Graham Packaging Co. LP
Graham, City of (TX)
Grande Communications Networks LLC
Grandview, City of (TX)
Granite Weslayan Partners Ltd.
Granite Westchase Partners Ltd.
Grapevine DCJ LLC

Graver Technologies Inc.
Green Tree Country Club Inc.
Greene Tweed & Co. I LP
Greif Inc.
Griffs of America Inc.
Grocers Supply Co. Inc., The
Gruma Corp.
GSC Enterprises Inc.
GSHS Administrative Services Organization
GTTSI
Guardian Equity Management LLC
Gulf Coast Waste Disposal Authority
Gulf South Pipeline Co. LP
Gulfstream Aerospace LP
GYB Management Services LLC
H&M Resources LLC
H.B. Fuller Co.
H.E.F. Houston LP
Halliburton Energy Services Inc.
Hamon Custodis Inc.
Hanson Pipe & Precast LLC
Hanson Pipe & Products, Pressure Pipe Division
Harbison-Fischer Manufacturing Co.
Har-Conn Aerospace Inc.
Har-Conn Chrome Co. of Texas, The
Harlans Supermarkets Inc.
Harvest Management Sub LLC
Hawk Installation
HBSN Investment Co. LLC
HCM Utah Inc.
HCRI Dallas Medical Facility LLC
HCRI Nassau Bay Medical Facility LLC
HCRI Plano Medical Facility LLC
HDR Engineering Inc.
Head Start of Greater Dallas Inc.
Headwaters Resources Inc.
HealthSouth Corp.
HealthTrust Purchasing Group LP
Heath, City of (TX)
HEB Grocery Co. LP
Henry Co.
Hensley Industries Inc.
Heritage Apartments
Heritage Bag Co.
Heritage Hotels Rockport LLC
Heritage Madison Tri Associates LP
Hermosa Group LLC
HHC TRS Portsmouth LLC
Highland Park Presbyterian Church

Highlands Educational Corp., The
Hilite Industries
Hilite Industries Automotive LP
Hillcrest Baptist Medical Center
Hill-Lake Gas Storage LP
Hilton DFW
Hilton Houston Post Oak
Hines Louisiana Walker One LP
Hines REIT 2800 Post Oak LP
Hi-Pro Feeds Inc.
HK Capital LLC
HM Dunn Co. Inc.
HM Equity Management LLC
Hobas Pipe USA LP
Hobbs Leasing Inc.
Hohman Associates LLC
Holcim (Texas) LP
Hollinee Filtration
Hollinee LLC
Holly Hall Townhomes Homeowners Association Inc.
Holman Boiler Works Inc.
Holt Cat
Holt Texas Ltd.
Hood Flexible Packaging Corp.
Hopkins County Memorial Hospital
Hotel Adolphus
Hotel Inter-Continental Dallas
Houston County WCID #1
Houston Pipe Line Co. LP
Houston Pizza Venture LP
Houston Plating & Coatings LLC
HPT TRS MRP Inc.
HTC Industries
Hubbard Feeds Inc.
Hudson Products Corp.
Hulcher Services Inc.
Hulen Office Plaza Partners Ltd.
Humphrey & Associates Inc.
Hunt Memorial Hospital District
Hunter Panels LLC
HVM LLC
Hydro Conduit of Texas LP
Hydrocarbon Exchange Corp.
Hydrotex Dynamics Inc.
Iberdrola Energy Services LLC
Iberdrola Renewables Inc.
Ice Embassy Inc.
IFS Industries Inc.
Igloo Products Corp.

Ignite Restaurant Group Inc.
Imperial Landing
IN-105 Heritage III LLC
Independence Hall Mutual Housing Association
Independent Bankers Financial Corp.
Independent Pipe Products Inc.
Indian Rubber Co. Inc.
Infinite Electric LLC
Infogroup
Ingersoll Rand Co.
Ingersoll-Rand Co. - Trane/ASBS
Inland American Lodging Dallas Akard TRS LP
Inspiring Body of Christ Church
Intech Inc.
Intecom
Integrated Power Services LLC
Integrated Test Corp.
Integrity Ashford Court LLC
Integrity Pointe LLC
Intelligent Epitaxy Technology Inc.
Interceramic Manufacturing Inc.
Intermex Products USA Ltd.
Interstate Forging Industries
Inwood Manor Condominium Association
Iowa Park, City of (TX)
IPROC Dallas LLC
Irving Bible Church of Irving Texas
ITC Management Co. Inc.
Itochu Corp.
J Mac Tool Inc.
J&S Construction LLC
J. Aron & Co.
J. Givoo Consultants Inc.
J.M. Davis Inc.
J.P. Morgan Securities LLC
Jacinto City, City of (TX)
Jacintoport International LLC
Jacksboro Independent School District (TX)
Jacksboro, City of (TX)
Jacksonville, City of (TX)
Jagoe-Public Co.
Jalapeno Tree Holdings LLC
James O Carter Enterprises Inc.
Jani-King Inc.
Jaster Quintanilla Dallas LLP
JAW Equity Management LLC
Jeld-Wen Windows & Doors
JNJ Apartments Inc.
Johnson & Pace Inc.

Jones-Blair Co.
Jostens Inc.
Joyce Steel Erection Inc.
Jpmorgan Ventures Energy Corp.
Juniper Chimney Rock Ltd.
Kansas City Southern Railway - Coal
KapStone Container Corp.
Katoen Natie Gulf Coast Inc.
Katy Motels Inc.
Kemlon Products & Development
Kennedale Independent School District
Kerrville Public Utility Board (TX)
Key Equipment
KHA Geologics LLC
Kimberly-Clark Corp.
Kinder Morgan Inc.
Kinder Morgan Tejas Pipeline LLC
Kinder Morgan Texas Pipeline LLC
KLTV
KMR Park at Willowbrook LLC
KNG Enterprises Inc.
Koch Materials Co.
Kode Novus I LLC
Kode Novus II LLC
Kodiak Management Co. LLC
Koetter Fire Protection
Kone Inc.
Konecranes Nuclear Equipment & Services
Koral Industries Inc.
Kroger Co.
KTRK Television Inc.
KW Industries Inc.
Kwikset Corp.
L-3 Communications Integrated Systems LP
La Frontera Generation LLC
La Frontera Holdings LLC
Laboratory Corp. of America
Laboratory Tops Inc.
Lafayette Green Apartments
Laguna Tubular Products Corp.
Lake Country Church
Lalani Lodging Inc.
Lamar Council of Owners, The
Lance Inc.
Land O'Lakes Purina Feed LLC
Land Rover Dallas LP
Landers Machine Co.
Landes Foods LLC
LaSalle National Leasing Corp.

LB Crescent City LP
LB Crescent Park LP
Leaman Building Materials Inc.
Lee College District
Leeland Baking Co. LLC
Leggett & Platt Inc.
Leonora Glen LLC
Leon's Fine Foods Inc.
Leo's Foods Inc.
Lewis Operating Corp.
LG Apartments LLC
LH 2007 Properties LLC
Liberty Carton Co.
Liberty Tire Recycling LLC
Life Outreach International
Lincoln Technical Institute Inc.
Lindale Rural Water Supply Corp.
Little Pringle 1 LLC
Little Pringle 2 LLC
Loch Energy Square LP
Lochridge-Priest Inc.
Lockheed Martin Corp.
Lockheed Martin Services Inc.
Lone Star Beef Processors LP
Lone Star Fasteners LLC
Lone Star Industries Inc.
Lone Star Railroad
Lonestar Consulting Group LLC, The
Lonestar Consulting Group LLC, The
LPC GSA LLC
LRS-RDC Inc.
LSA - Cleanpart Texas LP
LSG Acquisition Corp.
LST Heat Treating LLC
LTP Inc.
LTTS Charter School Inc.
Luminator Holding LP
M Crowd Restaurant Group Inc.
M&H Crates Inc.
M&L Fort Worth Partners Ltd.
M&T Bank
MAALT LP
Mabank, City of (TX)
Mac Haik Chevrolet Ltd.
Macquarie Energy LLC
Macquarie Futures USA Inc.
Macquarie Futures USA LLC
Mac's Snacks Inc.
Madden Galvanizing LLC

Madix Inc.
Mainstream Venture Ltd.
Malones Food Stores LLC
Mammoet USA South Inc.
Mamo Enterprises
Marb Farms
Marco Co. LP, The
Marketing Management Inc.
Marriott 2012 - Housing Horizons LLC
Marriott Corp., The
Marriott12 - HPT TRS MI-135 Inc.
Marsh, Tony C.
Martens, Henry S.
Martin Linen Supply Co.
Martin Sprocket & Gear Inc.
Martindale Feed Mill
Mary Kay Inc.
Master Lee
Mastercraft Printed Products
Masterfoods USA, a Division of Mars Inc.
Master-Halco Inc.
Mattel Inc.
McDonald Technologies
McKinney Independent School District (TX)
McLennan County Fair Inc.
MEMC Electronic Materials (SW) Inc.
Memorial Medical Center
Menard Independent School District (TX)
Menil Foundation Inc.
Meridium
Merrill Lynch Capital Services Inc.
Merritt Hawkins & Associates
Mesquite Independent School District (TX)
Mestek Inc.
Methodist Hospitals of Dallas
Metrocrest Hospital Authority
Metroplex Adventist Hospital Inc.
Mexico, Consulado General de / Mexico, Consulate General of
MHC X-Ploration Corp.
Michael Angelo's Gourmet Foods Inc.
Mid-East Texas Groundwater Conservation District
Midway ISD
Millwood Hospital LP
Mine Service
Mission Foods
Missouri MPP
Mitek Corp.
Mitsui Rail Capital LLC

Modesto Tallow Co.
Mohawk Labs, Div. NCH Corp.
Moody Gardens Inc.
Morgan Stanley Capital Services LLC
Mori Seiki USA Inc.
Moritz Chevrolet Ltd.
Moritz Partners LP
Morningstar Foods Inc.
Mortex Products Inc.
Mosaic Marina LP
Moss Bluff Hub Partners LP
Mother Parkers Tea & Coffee USA Ltd.
Movie Tavern Inc.
MP Industries Inc.
MPW Industrial Water
MSA Development LLC
Muenster Milling Co.
Munich Re Trading Ltd.
Munro's Uniform Services LLC
Muscatine Power & Water
MW Crow Inc.
N.J. Malin & Associates LLC
Nachas Inc.
Nacogdoches County Hospital District
Nacogdoches Memorial Hospital
Nan Ya Plastics Corp. USA
National Bank of Central Texas
National Gypsum Co.
National Gypsum Inc.
National Pump & Compressor
National Rail Car Inc.
National Tank Co.
Navarro College
Navarro Pecan Co. Inc.
Navika Capital Group LLC
Navistar Inc.
Neches & Trinity Groundwater Conservation District
Nestle USA Inc.
New Alenco Window Ltd.
New Breed Logistics Inc.
New Edgebrook LP
New NGC Inc.
New Radha Krishna Properties of Houston LLC
New Rama Krishna Properties LLC
New Sita Ram Properties of Houston LLC
New South-West Baking Co.
New York Mercantile Exchange
New York, State of
Newell Rubbermaid Inc.

NextEra Energy Operating Services LLC
NextEra Energy Power Marketing LLC
NextEra Energy Resources LLC
Nichimen America Capital Corp.
Nieman Printing Inc.
Nissan Motor Acceptance Corp.
Norbord Texas (Nacogdoches) Inc.
North Louisiana Land Grading Inc.
North Texas Health Care Laundry Cooperative Association
Northeast Texas Municipal Water District
Northeast Texas Power Ltd.
Northern Trinity Groundwater Conservation District
Northwest Assistance Ministries
Northwest Senior Housing Corp.
Northwood University
Nucon International Inc.
Nucor Steel, a Division of Nucor Corp.
Nueva Villa Apartment LLC
Oak Lawn Realty Inc.
OakBend Medical Center
Oasis Pipeline LP
Odfjell Terminals (Houston) Inc.
OEAAT Inc.
OFT Enterprises Inc.
Oil City Iron Works Inc.
Oil States Industries Inc.
Oldcastle Building Envelope Inc.
Ole Mexican Foods Inc.
Omni Hotels Management Corp.
One Allen Center Co. LLC
Oneok Energy Services Co. LP
Oracle Corp.
Orda Corp.
Owens Foods Inc.
Ozburn-Hessey Logistics LLC
P&E Mechanical Contractors LLC
Packaging Corp. of America
Pactiv LLC
Palestine Independent School District
Palms at Rolling Creek
Papa Johns USA Inc.
Parc Plaza Apartments LP
Park at Willowbrook
Park Houston Housing Partners LLC
Park Place Tyler Healthcare LLC
Parker College of Chiropractic
Parker-Hannifin Corp.
Paseo Operating Partners Ltd.

Pastor Behling & Wheeler LLC
Patterson Brothers Meat Co. Inc.
Paymentech LP
PC Village Apartments Dallas LP
PCCR USA Inc.
Peabody Coalsales LLC
Peabody Coaltrade LLC
Pearsall Independent School District
Pecan Deluxe Candy Co.
Pecan Plantation Owners Association Inc.
Pentair Valves & Controls Inc.
Pepsico Inc.
Performance Contracting Inc.
Perini-Grapevine Inc.
Permocast Corp.
Perry & Perry
Perstorp Coatings Inc.
PHCC-Paramount Healthcare Co. LLC
Phoenix Gas Pipeline Co.
Pied Piper Pet Foods LLC
Pier 1 Imports (US) Inc.
Pilgrim's Pride Corp.
PIM Highland Holding LLC
PKWW Ltd.
Plano Conservatory Ltd.
Poco Graphite Inc.
Poly-America LP
Ponder, City of (TX)
Ponderosa Joint Powers Authority
Port Isabel, City of (TX)
Post Oak TX LLC
Potamkin North Freeway HY LP
Powerfoam Insulation
PP&L Inc.
PPG Architectural Finishes Inc.
PPL Energy Plus LLC
PPM Energy Inc.
Prairelands Groundwater Conservation District
Preferred Freezer Services
Premium Waters Inc.
Presbyterian Village North
Price International Inc.
Prince Minerals Inc.
Professional Compounding Centers of America
Professional Installation Network Inc.
Progressive Inc.
Pro-Steel Inc.
Proton Therapy Center, The
Provident Commercial Group

Pryzant Management Inc.
PSPA Investments LLC
Public Utility Commission of Texas
Pulido Associates Inc.
PVI Industries Inc.
PVI Industries LLC
Pyco Industries Inc.
QFC Plastics Inc.
Q-Tech Heat Treat Inc.
Qualawash Holdings LLC
Quality Powder Coating I LLC
Questech Services Corp.
Quilted Care Operations LLC
Quorum International LP
R&R Restaurant Group LLC
R.K. Hall Construction Ltd.
R.R. Donnelley & Sons Co.
Railroad Commission of Texas
Railworks Track Systems
Rainbow Energy Marketing Corp.
Ralls Wind Farm LLC
Rama Northwood Villas LLC
Rama Trails of Woodlake LLC
Rangen Inc.
Ray Huffines Chevrolet Inc.
Ray W. Davis Consulting Engineers
Raytheon Engineers & Constructors Inc.
Raytheon Systems Co.
Razzoos Inc.
Realtex Housing Management LLC
Realty Associates Fund IX LP, The
Rearden Capital Corp.
Rectorseal Corp., The
Red River Groundwater Conservation District
Reed Minerals, a Division of Harsco Corp.
REG Houston LLC
Regal Oil Inc.
Related Forrester LLC
Reliance National Risk Specialist
Renfro Foods Inc.
Renfro Industries Inc.
Republic Services National
Republic Services Procurement Inc., a division of Republic Services Inc.
Reynolds Asphalt & Construction Co.
RGJ Apartments Inc.
RHE Hatco Inc.
Richardson Hospital Authority
Richemont North America Inc.

Ridley USA Inc.
Rinker Materials
River Oaks Baptist Church
River Oaks, City of (TX)
Rivercrest Independent School District
Riviana Foods Inc.
RLJ Fort Worth Hotel Lessee
Roberts & Hammack Inc.
Rockdale Blackhawk LLC
Rockwall Regional Hospital LLC
Rockwell American Manufacturing Co. Inc.
Rockwell Management Corp
Rodeo Plastic Bag & Film Inc.
Roman Catholic Diocese of Dallas
Rotary Drilling Tools USA LP
Royal Seating Ltd.
RSI Home Products Manufacturing Inc.
Rudy's Food Products Inc.
Rusk County Groundwater Conservation District
Russell Stover Candies Inc.
Rutherford Equipment Services
Rutledge Extreme Designs LLC
RVB Apartments Inc.
Ryan C Hoerauf Inc.
Ryan LLC
Ryan Partnership
RYLA Investments LP
S Starnes H LP
S&B Engineers & Constructors Ltd.
Sabine River Authority of Texas
Sachem Inc.
Safety Kleen Services Inc.
SAF-Holland USA Inc.
Saint-Gobain Ceramics & Plastics Inc.
Saint-Gobain Vetrotex America Inc.
Salzgitter Mannesmann Stainless Tubes USA Inc.
Samsung Austin Semiconductor LP
San Saba Pecan LP
Sanden International (USA) Inc.
Sanderson Farms Inc.
Sansom Park, City of (TX)
Santander Consumer USA Inc.
Saulsbury Industries
Schirm USA Inc.
Schumacher Co. LLC
Schwan's Global Supply Chain Inc.
SCI Funeral & Cemetery Purchasing Coop
Scope Management
Scott & White Memorial Hospital

Scurry County Wind II LLC
Seagoville, City of (TX)
Sebring Apartments LLC
Securitas Security Services USA
Security Finance Corp.
Seismic Energy Products LP
Sellers Bros Inc.
Sempra Energy Trading LLC
Sequent Energy Management LP
Service Transport Co.
SetPoint Integrated Solutions
Seven Acres Jewish Senior Care Services Inc.
Shamrock Industries Inc.
Shannon Medical Center
SHC-KPH LP
Shell Federal Credit Union
Sheraton Dallas
Sheraton Hotel
Sherman/Grayson Hospital LLC
Shermco Industries Inc.
Sherwood Equity LLC
SHI
Shin Properties Ltd.
Shriners Hospitals for Children-Houston
Siaram Rolido Parque LLC
Siemens Power Generation Inc.
Sierra Lease (Short Term)
Sigels Beverages LP
Simeio Solutions Inc.
Simeus Foods International Inc.
Simpson Strong-Tie Co. Inc.
Sivalls Inc.
SK Properties LLC
SMBC Rail Services LLC
Smith, Vance
Snider Industries LLP
Sofia Enterprises LP
Sojitz American Capital Corp.
Sojitz Corp. of America
Solar Turbines Inc.
Solo Cup Operating Corp.
Solutionset
Sonoco Products Co.
South Limestone Hospital District
South Texas Affordable Properties Corp.
Southeastern Freight Lines Inc.
Southern California Gas Co.
Southern Crane & Elevator
Southern Foods Group LLC

Southern Methodist University
Southern Tire Mart
Southern Trinity Groundwater Conservation District
Southlake, City of (TX)
Southline Metal Products Co.
Southwest Atrium Offices Ltd.
Southwest Canners of Texas Inc.
Southwest Coca-Cola Bottling Co.
Southwest Deli Group Inc.
Southwest Energy LP
Southwest Heat Treat Services LLC
Southwest Metal Treating Corp.
Southwest Real Estate Enterprises LC
Southwest Shipyard LP
Specialty Property Ltd.
Specialty Retailers Inc.
SPR Packaging LLC
Spring Hill Apartments
Spring Independent School District (TX)
SPX Corp.
St. Joseph's Regional Health Center Inc.
Stafford Municipal School District (TX)
Standard Meat Co.
Stanley Black & Decker Inc.
Stanley Mechanics Tools
StarPak Corp.
Star-Telegram Inc.
Star-Telegram Operating Ltd.
State Farm Life Insurance Co.
Statewide Cotton Co.
Sterilite Corp.
Steritec Inc.
Sterling Bay Inc.
Stevens Transport Inc.
STMicroelectronics Inc.
Stolt-Nielsen USA Inc.
StonCor Group Inc.
Stone Mountain Properties LLC
Structural & Steel Products
Suburban Farms Inc.
Sugar Land Ice & Sports Center
Suhm Spring Works Inc.
Sunbelt Supply Co.
Sungard Consulting Services Inc.
Sunstone Cowboy Lessee LP
Sunstone Longhorn Lessee LP
Superior Drillpipe Manufacturing Inc.
Superior Essex Communications LP
SuperMedia LLC

Sure Cast Inc.
Swarco/Reflex Inc.
Sweetlix
Sweetwater Wind Power LLC
SWHT LLC
Swiff-Train Co. LLC
Swiss Re Risk Solutions Corp.
SWSC - Hurst LP
Sylvania Industrial Park Inc.
SystemsGroup Inc.
Taco Bueno Restaurants LP
Tanglewilde Townhomes Homeowners Association Inc.
Tarco of Texas Inc.
Targa Gas Marketing LLC
Tarrant County College District (TX)
Tarrant Regional Water District (TX)
Tatoosh LP
Team Industrial Services Inc.
Technical Chemical Co.
Teledyne
Temple Baptist Church, The - Odessa
TENAM
Tenaska Gas Storage LLC
Tenaska Marketing Ventures
Tenet Healthcare Corp.
Tenet HealthSystems Medical Inc.
TENEX
TEX Blast Sandblasting
Tex Corr LP
Texas Building Products Inc.
Texas College
Texas Commission on Environmental Quality - TCEQ
Texas Eco Services Inc.
Texas Electric Cooperatives Inc.
Texas Energy Operations LC
Texas Energy Transfer Co. Ltd.
Texas Gas Transmission LLC
Texas Health Presbyterian Hospital - WNJ
Texas Heat Treating Inc.
Texas Hospital for Advanced Medicine
Texas Interfaith Housing Corp.
Texas Juvenile Justice Department
Texas Lime Co.
Texas Masonry Supply Inc.
Texas MPP
Texas Municipal Power Agency
Texas Rehabilitation Hospital
Texas Scottish Rite Hospital for Children
Texas Tech University Health Science Center

Texas Textile Services Ltd.
Texas Tile Manufacturing LLC
Texas Tower Ltd.
Tex-La Electric Cooperative of Texas Inc. ("Tex-La") Project 301
Tex-La Electric Cooperative of Texas Inc. ("Tex-La") Project 302
Texla Energy Management Inc.
Texoma Community Center
Texpac Hide & Skin Ltd.
Texstars Inc.
Texwood Industries LP
Thomas Steel Drums Inc.
Three Rivers Operating Co. LLC
Threshold Arbor Ridge LP
Time Warner Entertainment Co. LP
Titus County Freshwater Supply District
T-N-T Engineering Inc.
Tomball Texas Hospital Co. LLC
Tommy Swanson Oil Co. Inc.
Tom's Foods Inc.
Tower Extrusion Ltd.
Toys R Us-Delaware Inc.
TPG Global LLC
Tractebel LNG North America Service Corp.
Trafigura AG
Transport Service Co.
TransUnion Corp.
TransUnion Corp.
TRC Cos. Inc.
TRC Recreation LP
Treemont Retirement
Trend Offset Printing Services Inc.
Trinity Asphalt Inc.
Trinity Bend Services LP
Trinity Forge Inc.
Trinity MC LLC
Trinity River Authority
Trinity Valley Foods Inc.
Triple D Uniform Rental Inc.
Triquint Semiconductor Texas LP
Triumph Aerostructures - Vought Aircraft Division
Triumph Aerostructures LLC
Triumph Fabrications - Fort Worth Inc.
Troup Independent School District (TX)
Troup, City of (TX)
Turner Industries Group LLC
Twin Creeks Medical Center One LP
Twin Restaurant Investment

TXI Operations LP
TXON Partners LLC
TXU 2007-1 Leasing LLC
TY Flot Inc.
Tyler Ford Ltd.
Tyler Pipe Co., a Division of McWane Inc.
UBM Enterprise Inc.
UBS AG
Unarco Material Handling Inc.
Unimin Corp.
United Air Lines Inc.
United Electric Co.
United Engineers & Constructors
United Regional Health Care Systems Inc.
United States Army Corps of Engineers
United States Enrichment Corp. (USEC)
United States Nuclear Regulatory Commission
United Way of Tarrant County
Universal Blanchers LLC
Universal Display & Fixtures Co. Inc.
University of Houston
University of Houston-Clear Lake
University of Texas Health Science Center at Houston
University of Texas Southwestern Medical Center at Dallas, The
University Park Partnership I Ltd.
Upper Trinity Groundwater Conservation District
UrAsia Energy
Urenco Enrichment Co. Ltd.
URS Corp.
US Bank Global Trust Services
US Corrugated of Mesquite LLC
US Galvanizing LLC
US Ply Inc.
US Silica Co.
USMD Hospital at Fort Worth LP
USMD Hospital of Arlington LP
V&M Star
VAM Drilling USA Inc.
VAM USA LLC
Vanguard Permian LLC
VBL Investments Corp
Venture Aggregates LLC
Veolia
Veolia Environmental Services - Industrial Services
Vertis Inc.
ViewPoint Bank NA
Visible Changes Inc.
Vitol Inc.

Voxai Solutions Inc.
VXL Houston Properties LLC
W.T. Byler Co.
W.W. Grainger Inc.
W2007 MVP Dallas LLC
Waco, City of (TX)
Wallace Theater Corp. II
Walsh & Watts Inc.
Warrington Condominium, The
Warwick Towers Council of Co-Owners, The
Washington Gas Energy Services Inc.
Watco Companies Inc.
Waters Partners LLC
Watson & Chalin Manufacturing Inc.
Weatherford Artificial Lift Systems LLC
Weatherford International Inc.
Weaver Manufacturing Co. Inc.
Wells Fargo Bank Northwest NA
Wells Fargo Bank Northwest NA
Wells Fargo Dealer Services Inc.
Wesley, Kyle Scott
West Afton LLC
West Texas Municipal Power Agency
Westbury Housing Partners LP
Westchase Park View Landings Ltd.
Western Container Corp.
Western Extrusions Corp.
Western of Texas Forge & Flange Co.
Western Texas College
Westhill Place LP
Westinghouse Electric Co. LLC
Westview Drive Investments LLC
Whitmore Manufacturing Co., The
Whitson Foods LP
Willbanks Metals Inc.
William Marsh Rice University
Williams Scotsman Inc.
Williamson Printing Corp.
Wills Point, City of (TX)
Wilsonart International Inc.
Wilsonart LLC
Wingo Feed Mill Inc.
Wire Forms Inc.
WireCo WorldGroup Inc.
Wise Regional Hospital Authority
WMI Merger Co. LLC
Womble Drilling Company Inc.
WoodsEdge Community Church
Worsham Steed Gas Storage LP

WPX Energy Marketing LLC
W-S Industrial Services
WTCC Houston Investors V LP
WTCC Houston Mezz GP V LLC
York Properties of Houston LLC
YRC Enterprises Services Inc.

**Debtholders**
1776 CLO I
2367 - Western Asset Management High Income Portfolio Inc.
2497 - Pimco Income Strategy Fund II
3023 - VRS Bank Loan Portfolio
383 Madison Funding
3i Debt Management
3i Debt Management Investments Ltd.
3i Debt Management US LLC
40/86 Advisors
40/86 Strategic Income Fund
AAA Northern California Nevada & Utah Insurance Exchange
ABCLO 2007-1 Ltd.
Aberdeen Asset Management
Aberdeen Loan Funding Ltd.
Abry Partners
ACA CLO 2005-1 Ltd.
ACA CLO 2006-1 Ltd.
ACA CLO 2006-2 Ltd.
ACA CLO 2007-1 Ltd.
ACA Management LLC
ACIS CLO 2013 2 Ltd.
Advanced Series Trust - AST High Yield Portfolio
Advanced Series Trust: AST J.P. Morgan Strategic Opportunities Portfolio
Advent Capital Management
Advent Global Opportunity Master Fund, The
Aegon Custody BV RE MM High Yield Fund
AEH CB LP
AFR - Fidelity Advisor Series I: Fidelity Advisor Floating Rate High Income Fund
AG Centre Street Partnership LP
AG Diversified Credit Strategies Master LP
AG Global Debt Strategy Partners LP
AG Super Fund International Partners LP
Ahab Capital Management
AIM Floating Rate Fund
Aimco CLO Series 2005-A
Aimco CLO Series 2006-A
Aladdin Capital

17

Alcentra
Alden Global Adfero BPI Fund Ltd.
Alden Global Distressed Opportunities Master Fund LP
Alliance Capital
AllianceBernstein LP
Allstate Life Insurance Co.
Alzette European CLO SA
American AgCredit
American Funds Insurance Series - B Fund
American Funds Insurance Series High Income Bond Fund
American Health Life Insurance Co.
American High-Income Trust
American Money Management
Ameriprise Certificate Co.
Ameriprise Financial Inc.
Amherst CLO Ltd.
Amundi Alternatives Advent Global Opportunity Master Fund
AN Invest CLO II Ltd.
Anchorage Capital LLC
Anchorage Capital Master Offshore Ltd.
Andromeda Global Credit Fund Ltd.
ANS US Holdings Ltd.
Aon Investment Consulting Inc.
APG Asset Management
Apidos Capital Management LLC
Apidos CDO I
Apidos CDO II
Apidos CDO III
Apidos CDO IV
Apidos CDO V
Apidos CDO VI
Apidos Cinco CDO
Apidos Quattro CDO
Apollo Capital
Apollo Centre Street Partnership LP
Apollo Credit Funding I Ltd.
Apollo Credit Opportunity Fund III LP
Apollo Franklin Partnership LP
Apollo Global Management LLC
Apollo Special Opportunities Managed Account LP
Apollo SPN Investments I Credit LLC
Arch Investment Holdings IV Ltd.
Arch Reinsurance Ltd.
Ares Institutional Loan Fund BV
Ares Management LLC
Ares Strategic Investment Management LLC
Ares Strategic Investment Partners III LP

Ares Strategic Investment Partners Ltd.
Ares XII CLO Ltd.
Ares XXII CLO Ltd.
Arizona State Retirement System
Arrowgrass Capital Partners LLP
Arrowgrass Distressed Opportunities Fund Ltd.
Arrowgrass Master Fund Ltd.
Arrowood Indemnity Co.
Artio Global High Income Fund
Artio Global High Income Group Trust Fund
Artio Global Management LLC
Ascension Health
Asset Allocation & Management Co.
Associated British Foods Pension Scheme
Atrium III
Atrium IV
Atrium V
Aucara Heights Inc.
Aurelius Capital Management LP
Aurelius Opportunities Fund II LLC
AustralianSuper
Automobile Club of Southern California Pension Plan
Avenue Capital Group
Avenue Capital Management
Avenue CLO Fund Ltd.
Avenue CLO II Ltd.
Avenue CLO III Ltd.
BA/CS Credit 1 LLC
Babson Capital Europe
Babson Capital Loan Strategies Master Fund LP
Babson Capital Management
Baker Street CLO II Ltd.
Baker Street Funding CLO 2005-I Ltd.
BALC - Ballyrock CLO II Ltd.
Bank of America Fund
Baptist Foundation of Texas
Barclays Bank PLC
Barclays Bank PLC, Cayman Islands Branch
Barclays Bank PLC, New York Branch
Battalion CLO 2007-I Ltd.
Battery Park High Yield Long Short Fund Ltd.
Battery Park High Yield Opportunity Master Fund Ltd
Battery Park High Yield Opportunity Strategic Fund Ltd.
Baycare Health System
BBT Capital Management
BC Unltd. LLC
Beach Point Capital
Beach Point Distressed Master Fund LP
Beach Point Loan Master Fund LP

Beach Point SCF 1 LP
Beach Point SCF IV LLC
Beach Point Select Master Fund LP
Beach Point Strategic Master Fund LP
Beach Point Total Return Master Fund LP
BeachPoint SCF Multi Port LP
Bell Atlantic Master Trust
Benefit Street Credit Alpha Master Fund Ltd.
Benefit Street Strategic Fund Ltd.
Bennet Management Corp.
Bennett Offshore Restructuring Fund Inc.
Bennett Restructuring Fund LP
Bentham Wholesale Global Income Fund
Bentham Wholesale Syndicated Loan Fund
Beta Equities Inc.
Big River Group Fund SPC Ltd.
Bill & Melinda Gates Foundation Trust
Birch Capital Fund SPC Limited Bond Segregated
Portfolio
BIS Postal Services Act 2011 Co. Ltd.
Black Diamond Capital Management LLC
Black Diamond CLO 2005-2 Ltd.
Blackrock Debt Strategies Fund Inc.
Blackrock Defined Opportunity Credit Trust
Blackrock Financial Management
Blackrock Floating Rate Income Strategies Fund
Inc.
Blackrock Floating Rate Income Trust
Blackrock Funds II Blackrock Floating Rate Income
Portfolio
Blackrock Global Investment Series: Income
Strategies Portfolio
Blackrock Limited Duration Income Trust
Blackrock Secured Credit Portfolio of Blackrock
Funds II
Blackrock Senior Floating Rate Portfolio
Blackstone Debt Advisors
Blackstone Special Funding (Ireland)
BLT 2009-1 Ltd.
BLT 24 LLC
BLT 27 LLC
BLT 33 LLC
BLT 36 LLC
BLT 42 LLC
BLT 8 LLC
BLT I LLC
Blue Crescent Fund LP
Blue Falcon Ltd.
Bluebay Asset Management
Bluecrest Capital

Bluecrest Capital International Master Fund Ltd.
BOC Pension Investment Fund
Boeing Co. Employee Retirement Plans Master Trust
Investment Control Pool
Bond Fund of America, The
Boston Harbor CLO 2004-1
Boston Income Portfolio
BPC Opportunities Fund LP
Brentwood CLO Ltd.
Brevan Howard Asset Management LLP
Brevan Howard Credit Catalysts Master Fund Ltd.
Brevan Howard Master Fund Ltd.
BRF Senior Income LP
Brigade Capital Management LLC
Brigade Credit Fund II Ltd.
Brigade Distressed Value Master Fund Ltd.
Brigade Leveraged Capital Structures Fund Ltd.
Brigade Opportunistic Credit Fund 16 LLC
Brigade Opportunistic Credit Fund ICL LP
Brigade Opportunistic Credit LBG Fund Ltd.
Broad Street Funding LLC
Brookfield Investment Management Inc.
BTG Pactual GLB Asset Management
BTG Pactual Global Asset Management
Bushnell Loan Fund II Subsidiary Holding Co. II LLC
California Public Employees Retirement System
Callidus Debt Partners CLO Fund III
Camulos Capital
Canaras Capital
Canaras Summit CLO Ltd.
Candlewood Credit Value Master Fund II LP
Candlewood Investment Group
Candlewood Special Situations Master Fund Ltd.
Canyon Partners
Capital Research
Capital Ventures International
Carl Marks Management
Carl Marks Strategic Investments LP
Carlson Capital
Carlyle Azure CLO Ltd.
Carlyle Bristol CLO Ltd.
Carlyle Daytona CLO Ltd.
Carlyle High Yield Partners IX Ltd.
Carlyle High Yield Partners VII Ltd.
Carlyle High Yield Partners VIII Ltd.
Carlyle High Yield Partners X Ltd.
Carlyle Investment Management LLC
Carlyle McLaren CLO Ltd.
Carlyle Partners

Carlyle Veyron CLO Ltd.
Carval Investors LLC
Caspian Capital LP
Castle Garden Funding
Castle Hill Asset
Castle Holdings Trust 1
Castle Holdings Trust 2
Castlerigg Master Investment Ltd.
Caterpillar Financial
Caywood-Scholl Capital Management
CCP Acquisition Holdings
CELF Advisors LLP
Cent CDO 10 Ltd.
Cent CDO 12 Ltd
Cent CDO 14 Ltd
Cent CDO 15 Ltd
Cent CDO XI Ltd.
Centerbridge Credit Advisors LLC
Centerbridge Group
Centerbridge Special Credit Partners II LP
Centerbridge Special Credit Partners LP
Central States Southeast & Southwest Areas
Health & Welfare Fund
Central States Southeast & Southwest Areas
Pension Fund
Centurion CDO 8 Ltd.
Centurion CDO 9 Ltd.
Cetus Capital LLC
CFIM Hybrid Tri-Asset Fund
Chatham Asset Management
Chi Operating Investment Program L P
Childrens Healthcare of Atlanta Inc.
Chimney Rock Investments
Chrysler LLC Master Retirement Trust
CIFC Asset Management
CIFC Deerfield
Citadel Investment Group
Citadel Securities Trading LLC
Citibank Hold (SLT)
Citibank-Distressed Secondary
Citigroup Financial Products Inc.
Citigroup Pension Plan
City of New York Group Trust
CLF Finance Co. LLC
Clinton Group
Clover1 Loan Funding LLC
Club Pension Plan
Clydesdale CLO 2003 Ltd.
Clydesdale CLO 2007 Ltd.

CO Moore LP
COA Caerus CLO Ltd.
COA CLO 2010-2 Sub CBNA LLC
Coca Cola Co. Master Retirement Trust, The
COF II ST LLC
Columbia Funds Series Trust II Columbia Floating Rate
Fund
Columbia Funds Variable Series Trust II Variable
Portfolio
Columbia Management Investment Advisers LLC
Columbia Strategic Income Fund
Columbia Strategic Income Fund Variable Series
Commercial Industrial Finance Corp.
Commingled Pension Trust Fund (High Yield Bond) of
JPMC Bank NA
Commingled Pension Trust Fund (High Yield) of
JPMorgan Chase Bank NA
Confluent 2 Ltd.
Confluent 4 Ltd.
Conning Asset Management
Conocophillips Master Trust
Constellation Capital
Consumer Program Administrators Inc.
Contrarian Funds LLC
Cornell University
Corporate Debt Opportunities Fund LP
Cortland Capital Market
Credit Capital Investments LLC
Credit Suisse Alternative Capital Inc.
Credit Suisse Asset Management LLC (CSAM)
Credit Suisse Asset Manager
Credit Suisse Capital LLC
Credit Suisse Dollar Senior Loan Fund Ltd.
Credit Suisse Floating Rate High Income Fund
Credit Suisse Global Hybrid Income Fund
Credit Suisse High Income Fund
Credit Suisse Loan Funding LLC
Credit Suisse Strategic Income Fund
Credit Suisse Syndicated Loan Fund
Credit Suisse, Cayman Islands Branch
Credit Value Master Fund III LP
Credit Value Partners Distressed Duration Master Fund
LP
Credit Value Partners LP
Crescent 1 LP
Crescent Alternative Credit Partners LP
Crescent Capital Group LP
Crescent Senior Secured Floating Rate Loan Fund
LLC

CRS Master Fund LP
CSAA Insurance Exchange
CVC Credit Partners
CVF Lux Securities Trading SARL
CVI CVF II Lux Securities Trading SARL
CVI GVF CLO 1 Ltd.
CVIC II Lux Securities Trading SARL
CVIC Lux Securities Trading SARL
CWD OC 522 Master Fund Ltd.
Cyrus Opportunities Master Fund II
Cyrus Select Opportunities Master Fund Ltd.
DBSO Limited CDO Corp.
DCF Capital LLC
DCF Partners LP
De Meer
Deep Value Hedged Income
Delaware Corporate Bond Fund A Series, Delaware Group Income Funds
Delaware Diversified Income Trust
Delaware Group Foundation Funds, Delaware Conservative Allocation Portfolio
Delaware Group Foundation Funds, Delaware Moderate Allocation Portfolio
Delaware Group Income Funds - Delaware Diversified Floating Rate Fund
Delaware Group Income Funds, Delaware High-Yield Opportunities Fund
Delaware Investments
Delaware Pooled Trust - The Core Pl Fixed Income Portfolio
Delaware VIP Trust - DE VIP High Yield Series
Delaware VIP Trust - Delaware VIP Limited-Term Diversified Income Series
Deutsche Asset Management
Deutsche Asset Management Syndicate
Deutsche Bank - FM
Deutsche Bank AG, Cayman Islands Branch
Deutsche Bank AG, London Branch
DiMaio Ahmad Capital LLC
Diversified Credit Portfolio Ltd.
DK Acquisitions Partners LP
Doral Bank
Dow Employees Pension Plan
Dow Retirement Group Trust
Drawbridge Investment Ltd.
Drawbridge Special Opportunities Fund LP
Drawbridge Special Opportunities Fund Ltd.
Duane Street CLO 1 Ltd.
Duane Street CLO II Ltd.

Duane Street CLO III Ltd.
Duane Street CLO IV Ltd.
Duane Street CLO V Ltd.
DW Investment Management LP
Eastland CLO Ltd.
Eaton Vance
Eaton Vance - Grayson & Co. Fund
Eaton Vance Floating Rate Income Fund
Eaton Vance High Yield
Eaton Vance Institutional Senior Loan Fund
Eaton Vance International (Cayman Islands) Floating-Rate Income Portfolio
Eaton Vance Limited Duration Income Fund
Eaton Vance Management
Eaton Vance Medallion Floating-Rate Income Portfolio
Eaton Vance Prime Fund Inc.
Eaton Vance Senior Floating-Rate Trust
Eaton Vance Senior Income Trust
Eaton Vance Short Duration Diversified Income Fund
Eaton Vance VT Floating-Rate Income Fund
Eaton Vance-Floating Rate Income Trust
Elliott Associates LP
Elliott International Capital Advisors Inc.
Elliott International LP
Ellis Lake Capital LLC
Ellis Lake Master Fund LP
Emerson Place CLO Ltd.
Ensign Peak Advisors Inc.
Epic Asset Management
Equity Group Investments
Essex Park CDO Ltd
Estors CLO I Ltd.
Farmstead Capital Management
FCO MA Centre Street LP
FCO MA II UB Securities LLC
FCO MA III LP
FCO MA III UB Securities LLC
FCO MA LSS LP
FCO MA Maple Leaf LP
FCO MA ML Corp.
FCO MA SC LP
FCOF II UB Investments LLC
FCOF II UB Securities LLC
FCOF II UST LLC
FCOF III UB Investments LLC
FCOF UB Investments LLC
FCOF UST LLC
Fedex Corp. Employees Pension Trust
Feingold O`Keeffe

Fenwick Recovery Master Fund Inc.
Fernwood Associates LLC
Fernwood Foundation Fund LLC
Fernwood Restructuring Ltd.
FGOY Investments Corp.
FGOY Securities Ltd.
Fidelity Central Investment Portfolios LLC
Fidelity Floating Rate Central Fund
Fidelity Floating Rate High Income Investment Trust
Fidelity Investments
Fidelity Series Floating Rate High Income Fund
Fidelity Summer Street Trust
Fir Tree
First 2004-I CLO Ltd.
First Trust Advisors LP
First Trust High Yield Long Short ETF
First Trust Senior Floating Rate Income Fund II
First Trust Senior Loan Fund
First Trust Short Duration High Income Fund
First Trust Strategic High Income Fund II
First Trust Tactical High Yeild ETF
First Trust/Four Corners Senior Floating Rate Income Fund II
Firstenergy System Master Retirement Trust
Flagship CLO IV
Flagship CLO V
Flagship CLO VI
Fonds Voor Gemene Rekening Beroepsvervoer
Fore CLO Limited 2007-I
Fore Research
Fortress Credit Opportunities I LP
Fortress ETXU LLC
Forum Funds
Founders Grove CLO Ltd.
Four Corners Capital Management
Franklin Custodian Funds Inc.
Franklin Floating Rate
Franklin High Income Fund (Canada)
Franklin High Income Securities Fund
Franklin High Income Trust
Franklin Income Fund
Franklin Income Securities Fund
Franklin Institutional Global High Yield
Franklin Mutual Advisers LLC
Franklin Templeton Variable Insurance Products Trust
Franklin Universal Trust
Fraser Sullivan CLO V Ltd.
Fraser Sullivan Investment Management

FS Investment Corp.
FTS SIP Corp.
FTS SIP LP
Future Directions Credit Opportunities Fund
Future Fund Board of Guardians
Galaxy CLO 2003-1 Ltd.
Gallatin CLO II 2005-1 Ltd.
Gateway CLO Ltd.
General Board of Pension & Health Benefits of The United Methodist Church
General Electric Pension Trust
General Motors Canadian Hourly Rate Employees Pension Plan, The
General Motors Canadian Retirement Program For Salaried Employees, The
General Motors Hourly Rate Employes Pension Trust, The
General Retirement System of The City of Detroit
GIC Private Ltd.
GK Debt Opportunity Fund Ltd.
Gleneagles CLO Ltd.
Global Credit Advisers
GM Canada Foreign Trust, The
GMO
GMO Credit Opportunities Fund LP
GMO Mean Reversion Fund (Onshore)
Golden Knight II CLO Ltd.
Golden Tree
Goldentree Loan Opportunities III Ltd.
Goldentree Loan Opportunities IV Ltd.
Goldentree Loan Opportunities V Ltd.
Goldman Sachs Credit
Goldman Sachs Lending Partners LLC
Goldman Sachs Trust II Goldman Sachs Multi Manager Alternatives Fund
Golub Capital
Good Hill
Goodwin Capital Advisers
Government of Singapore Investment Corp. Pte Ltd.
Grand Horn CLO Ltd.
Granite Bay Long/Short Credit Master Fund LP
Grant Grove CLO Ltd.
Grantham Mayo Van Otterloo & Co. LLC
Grayson & Co.
Grayson CLO Ltd.
Grayston CLO 2001-1
Great West Putnam High Yield Bond Fund
Greenbriar CLO Ltd.
Greyrock CDO Ltd.

Gruss Asset Management
Gruss Global Investors Master Fund (Enhanced) Ltd.
Gruss Global Investors Master Fund Ltd.
GSC Group CDO Fund VIII Ltd.
GSC Partners
GSC Partners CDO Fund IV Ltd.
GSC Partners CDO Fund V Ltd.
GSC Partners CDO Fund VII Ltd.
GSC Partners CDO Fund VIII Ltd.
GSO/Blackstone Debt Funds Management LLC
Guardian Loan Opportunities Ltd.
Guggenheim Portfolio Co. X LLC
Gulf Stream - Sextant CLO 2006-I Ltd.
Gulf Stream Compass CLO 2005-II Ltd.
Gulf Stream Sextant CLO 2007 1 Ltd.
Gulf Stream-Compass CLO 2007 Ltd.
Gulf Stream-Rashinban CLO 2006-1 Lt
Halcyon Asset Management LLC
Halcyon Loan Investors CLO I Ltd.
Halcyon Loan Investors CLO II Ltd.
Halcyon Restructuring
Halcyon SAM CLO 2008-II BV
Halcyon SAM European CLO 2007-1 BV
Halcyon SAM LS/SU 2007-1 Ltd.
Halcyon SAM LS/SU 2007-2 Ltd.
Halcyon SAM LS/SU CLO II Ltd.
Hampton Funding LLC
Harbourmaster Capital
Harbourview CLO 2006-I
Harch Capital Management
Harch CLO II Ltd.
Hartford Balanced Income Fund, The
Hartford Floating Rate Fund, The
Hartford High Yield Fund, The
Hartford High Yield HLS Fund, The
Hartford Strategic Income Fund, The
Hartford Unconstrained Bond Fund, The
Harvard Management
Harvest CLO V PLC
Hayman Capital
Hayman Capital Master Fund LP
HBK Investments LP
HBK Master Fund LP
Helios Advantage Income Fund Inc.
Helios High Income Fund Inc.
Helios High Yield Fund
Helios Multi Sector High Income Fund Inc.
Helios Strategic Income Fund Inc.

Hewett's Island CLO II Ltd.
Hewetts Island CLO VI Ltd.
Hewitt Ennisknupp Inc.
HFR RVA Advent Global Opportunity Master Trust
HIG Whitehorse Capital LLC
High Income Opportunities Portfolio
High Income Portfolio
Highbridge Capital
Highbridge International LLC
Highbridge Principal Strategies Credit Opportunities Master Fund LP
Highfields Capital Management
Highland Capital Management FM
Highland Capital Management LP
Highland Credit Opportunities CDO Ltd.
Highland Floating Rate Opportunities Fund
Highland Iboxx Senior Loan ETF
Highland Loan Master Fund LP
Highland Special Situations Fund
Highlander Euro CDO BV
Highlander Euro CDO II BV
HighVista Strategies
Hillmark Capital
Hillmark Funding Ltd.
Honeywell Common Investment
HSBC Wealth Management
Hugheson Ltd.
Hyperion Brookfield Asset Management
IBM Personal Pension Plan Trust
IDS Life Insurance Co.
IG Putnam US High Yield Income Fund
Igchys - IG FI Canadian Allocation Fund
Ignis Asset Management
Illinois State Board of Investment
Income Fund of America, The
Industries Pension Portfolio FMBA High Yield Obligationer 1
Industries Pension Portfolio FMBA High Yield Obligationer III
ING (L) Flex-Senior Loans
ING Capital LLC
ING International (II) - Senior Loans
ING Investment Management CLO II Ltd.
ING Investment Management CLO III Ltd.
ING Investment Management CLO IV Ltd.
ING Investment Management CLO V Ltd.
ING Investment Trust Co. Plan For Employee Benefit Investment Funds - Senior Loan Fund
ING Investments Management Co.

ING Prime Rate Trust
Innocap Fund SICAV PLC In Respect of Mason Sub Fund
Innocap Fund SICAV PLC In Respect of Russell Sub Fund
Intermarket Corp.
International Monetary Fund Retired Staff Benefits Investment Account
International Monetary Fund Staff Retirement Plan
International Paper Co. Commingled Investment Group Trust (Oaktree)
International Paper Co. Commingled Investment Group Trust (Wellington)
Interpolis Pensioenen Global High Yield Pool
Invesco Dynamic Credit Opportunities
Invesco Floating Rate Fund
Invesco Funds III-Invesco US Senior
Invesco Kampen Senior Loan Fund
Invesco Senior Income Trust
Invesco Senior Loan Fund
Invesco Senior Secured Management Inc.
Invesco Van Kampen Dynamic Credit Opportunities Fund
Invesco Van Kampen Senior Income
Invesco Zodiac Funds-Invesco US Senior Loan Fund
Investors Canadian High Yield Income Fund
Iowa Public Employees Retirement System
Iowa Public Employees' Retirement System – IPERS (Oaktree)
Ivy Funds VIP High Income
Ivy High Income Fund
J. Caird Investors (Bermuda) LP
J. Caird Partners LP
Janus Capital Funds PLC
Janus Capital Group
Janus US High Yield Fund
Jasper CLO Ltd.
Jaws Capital LP
Jefferies Capital
Jeffries High Yield
Jersey Street CLO Ltd.
JHF II Multi Sector Bond Fund
JHF II Short Duration Credit Opportunities Fund
JHF II-Global High Yield Fund
JHYF 1 Loan Funding LLC
JMP Credit Advisors
John Hancock
John Hancock Fund II - Floating Rate Income Fund

John Hancock Hedged Equity & Income Fund
JP Morgan Investment Management
JP Morgan Leveraged Loans Master Fund LP
JP Morgan Whitefriars Inc.
JPM Chase
JPM Whitefriars Inc.
JPMBI RE Blackrock Bank Loan Fund
JPMC Retirement Plan Brigade Bank Loan
JPMorgan Asset Management
JPMorgan Asset Management-Cincinnati
JPMorgan Chase
JPMorgan Chase Retirement Plan, The
JPMorgan Core Plus Bond Fund
JPMorgan Floating Rate Income Fund
JPMorgan High Yield Fund
JPMorgan Income Builder Fund
JPMorgan Strategic Income Opportunities Fund
Julius Baer Global High Group Trust Fund
Julius Baer Global High Income Fund
Kaiser Foundation Hospitals
Kaiser Permanente Group Trust
Katonah Debt Advisors LLC
Katonah IX CLO Ltd.
Katonah VII CLO Ltd.
Katonah VIII Ltd.
Katonah X CLO Ltd.
KDP Asset Management
Kil Loan Funding LLC
Kildonan Castle
Kilimanjaro Advisors LLC
King Street Acquisition Co. LLC
King Street Capital Management LP
Kingsland Capital Management LLC
Kingsland I Ltd.
Kingsland II Ltd.
Kingsland III Ltd.
Kingsland IV Ltd.
Kingsland V Ltd.
KKR Asset Management LLC
KKR Debt Investors II (2006) (Ireland) LP
KKR Financial CLO 2005 2 Ltd.
KKR Financial CLO 2005-1 Ltd.
KKR Financial CLO 2006-1 Ltd.
KKR Financial CLO 2007-1 Ltd.
KKR Financial CLO 2007-A Ltd.
KKR Financial Holdings LLC
Kloiber Investments LLC
Knight Capital Group
Knight Libertas LLC

Knight Loans LLC
KS Capital Partners LP
KS International Master Ltd.
KS Management
KTRS Credit Fund LP
L-3 Communications Corp. Master Trust
Laguna Funding LLC
Landmark IX CDO Ltd.
Landmark V CDO Ltd.
Landmark VI CDO Ltd.
Landmark VII CDO Ltd.
Landmark VIII CLO Ltd.
Latitude CLO I
Latitude CLO II Ltd.
Latitude CLO III Ltd.
Leveragesource III LP
Leveragesource III SARL
Leveragesource V SARL
LGT Multi Manager Bond High Yield USD
Liberty CLO
Liberty Mutual
Liberty Mutual Employees Thrift Incentive Plan
Liberty View Capital Managemant
Libertyview Capital
Libertyview Loan Fund LLC
Libra Global Ltd.
Life Insurance of The Southwest
Lightpoint CLO V Ltd.
Lightpoint CLO VII Ltd.
Lightpoint CLO VIII Ltd.
Lincoln National Life Insurance Co. Separate Account 12, The
Lincoln National Life Insurance Co. Separate Account 20, The
Lincoln Variable Insurance Products Trust - LVIP Delaware Foundation Moderate Allocation
Lincoln Variable Insurance Products Trust- The LVIP Delaware Foundation Conservative Allocation
Linden Advisors LLC
Linden Capital LP
Litespeed Management LLC
Litespeed Master Fund Ltd.
Littlejohn Opportunities Master Fund LP
LLT Ltd.
Loan Funding IV LLC
Loan Funding VII LLC
Loan Strategies Funding LLC
Lockheed Martin Corp. Master Retirement Trust
Loeb Capital Management

Logan Circle Partners LP
Lonestar Capital Management
Longhorn Capital DT LP
Longhorn Capital LP
Longhorn Credit Funding LLC
Loomis Sayles
Loomis Sayles Absolute Strategies Trust
Loomis Sayles Bond Fund
Loomis Sayles CLO I Ltd.
Loomis Sayles Strategic Alpha Trust
Loomis Sayles Strategic Income Fund
Lord Abbett
Lord Abbett Investment Trust - Floating Rate Fund
Lord Abbett Investment Trust-High Yield Fund
Los Angeles County Employees Retirement Association
Louisiana State Employees' Retirement System (JP Morgan)
Louisiana State Employees' Retirement System (Nomura)
LSR Loan Funding LLC
Lucent Technologies Inc. Master Pension Trust
Lufkin Advisors LLC
Luminous Capital Global Credit Opportunities Fund A LP
Luminus Energy Partners Master Fund
Luminus Management
Luminus Partners
Lumx Beach Point Total Return Fund Ltd.
Lutetium Capital
Luxor Capital Group LP
LVIP-JP Morgan High Yield Fund
Lyles Investments
MAC Capital Ltd.
Macquarie Bank Ltd.
Macquarie Bank Ltd.-Sydney Head Office
Macquarie Investment Management
Macys Inc. Defined Benefit Plans Master Trust
Madison Park Funding I Ltd.
Madison Park Funding II Ltd
Madison Park Funding III Ltd
Madison Park Funding IV Ltd.
Madison Park Funding V Ltd.
Madison Park Funding VI Ltd.
Managed Accounts Master Fund Services Map 13
Managers High Yield Fund
Manikay Master Fund LP
Manulife Asset Management LLC
Manulife Floating Rate Income Fund

Manzanita Investments LP
Map 139 Segregated Portfolio of LMA SPC
Marathon Blue Active Fund Ltd.
Marathon Centre Street Partnership
Marathon CLO II Ltd.
Marathon Credit Dislocation Fund LP
Marathon Credit Opportunity Master Fund Ltd.
Marathon Liquid Credit Long Short Fund
Marathon Special Opportunity Master Fund Ltd.
Mariner LDC
Marksbury Investments LLC
Marlborough Street CLO Ltd.
Marret Asset Management
Mason Capital Management LLC
Mason Capital Master Fund LP
Massachusetts Financial
Massachusetts Mutual Life Insurance Co.
Master Foods Investments LLC
Master SIF SICAV SIF
MatlinPatterson
Matlinpatterson Distressed Opportunities Master
Account LP
Matlinpatterson Fund Iv (Hedge) Master Account
LP
Maxim Putnam High Yield Bond Portfolio of Maxim
Series Fund Inc.
Mayport CLO Ltd.
McDermott Master Trust
McDonnell Loan Opportunity II Ltd.
Mercer Park / Sandelman
Meritage Fund LLC
Met Investors Series Trust - Met/Eaton Vance
Floating Rate Portfolio
Metropolitan West Asset Management
Metropolitan West High Yield Bond Fund
Metropolitan West Low Duration Bond Fund
Metropolitan West Total Return Bond Fund
Microsoft Global Finance Ltd.
Midtown Acquisitions LP
Missouri Education Pension Trust
Mizuho Asset Management
MJX Asset Management LLC
Moab Capital Partners
Moab Partners LP
Momentum Capital Fund Ltd.
Montgomery County Employees Retirement
System
Monument Park CDO Ltd.
Moore Capital
Morgan Stanley Senior Funding Inc.

Mountain View CLO II Ltd.
Mountain View CLO III Ltd.
Mountain View Funding CLO 2006-1
MP Senior Credit Partners
MSD Capital LP
MSD Credit Opportunity Master Fund LP
MSD Investments
MSD Value Investments LP
MT Wilson CLO II Ltd.
MT Wilson CLO Ltd.
Multimix Wholesale Diversified Fixed Interest Trust
Municipal Employees Retirement System of Michigan
Murphy & Durieu
Musashi II Ltd.
MV Credit Opportunity Fund LP
Napier Park Global Capital LLC
Nash Point CLO
National Elevator Industry Pension Plan
National Investment Services High Yield Fund LLC
National Life Insurance Co.
National Railroad Retirement Investment Trust - High
Yield
NB Distressed Debt Investment Fund Ltd.
NB Distressed Debt Master Fund LP
NCRAM Loan Trust
Neptune Finance CCS Ltd.
Neuberger Berman
Neuberger Berman Alternative Funds: Neuberger
Berman Absolute Return Multi Manager Fund
Neuberger Berman Fixed Income LLC
Neuberger Berman High Income Bond Fund
Neuberger Berman High Income Fund LLC
Neuberger Berman High Yield Bond Fund
New Fleet Asset Management LLC
New York City Employees Retirement System
New York City Police Pension Fund
New York Life
New York Times Co. Pension Trust
Newfleet * Hartford
Newfleet * SA
Newfleet Asset Management
Nexpoint Credit Strategies Fund
NGM Insurance Co.
Nicholas Applegate
Nob Hill CLO Ltd.
Nomura Bond & Loan Fund
Nomura Corporate Funding Americas LLC
Nomura Corporate Reaserch & Asset Management
Inc.

Nomura Corporate Research
Nomura Global Financial Products Inc.
Nomura International PLC
Nomura US Attractive Yield Corporat Bond Fund Mother Fund
Nordkap Bank AG
North Dakota State Investment Board
Oak Hill Credit Alpha Master Fund LP
Oak Hill Credit Opportunities Financing Ltd.
Oak Hill Credit Partners
Oak Hill Credit Partners II Ltd.
Oaktree FF Investment Fund LP
Oaktree High Yield Fund II LP
Oaktree High Yield Fund LP
Oaktree High Yield Plus Fund LP
Oaktree Huntington Investment Fund LP
Oaktree Loan Fund 2X (Cayman) LP
Oaktree Opportunities Fund VIII (Parallel 2) LP
Oaktree Opportunities Fund VIII Delaware LP
Oaktree Opportunities Fund VIIIB Delaware LP
Oaktree Opps IX Holdco Ltd.
Oaktree Opps IX Parallel 2 Holdco Ltd.
Oaktree Senior Loan Fund LP
Oaktree Value Opportunities Fund Holdings LP
OCA Brigade Credit Fund II LLC
Ocean Trails CLO I
Ocean Trails CLO II
OCM High Yield Trust
OCM Opportunities Fund VII Delaware LP
OCM Opportunities Fund VIIB Delaware LP
OCP Investment Trust
Ohio Police & Fire Pension Fund
OHSF II Financing Ltd.
Oklahoma Teachers Retirement System
Omega Advisors Inc.
Omega Capital Investors LP
Omega Overseas Partners Ltd.
Onex Credit Partners LLC
Onex Debt Opportunity Fund Ltd.
Onex Senior Credit Fund LP
Oppenheimer Funds
Optimum Trust-Optimum Fixed Income Fund
Oregon Public Employees Retirement Fund
Otlet Capital Management
Owl Creek Asset
Owl Creek Investments I LLC
Oz Management LLC
Oz Special Master Fund Ltd.
OZF Credit Opportunities Master Fund II

P River Birch Ltd.
Pacholder High Yield Fund
Pacific Gas & Electric Co. Post Retirement Medical Plan Trust - Non-Management Employees & Retirees
Pacific Life Funds - PL Floating Rate Loan Fund
Pacific Life Insurance
Pacific Select Fund - Floating Rate Loan Portfolio
Pacific Select Fund - High Yield Bo Portfolio
Palmetto Investors Master Fund LLC
Panning Capital Management
Panning Master Fund LP
Par Four Investment
PCI Fund LLC
Peak6 Investments
PECM Strategic Funding LP
Penn Mutual Life Insurance Co.
Pennsylvania State Employees Retirement System, Commonwealth of
Pennsylvania Treasury Department, Commonwealth of
Penteli Master Fund Ltd.
Perella Weinberg Partners Capital Management LP
Perella Weinberg Partners Xerion Master Fund Ltd.
Permal Contrarian Fund I Ltd.
Permal LGC Ltd.
Permal Stone Lion Fund Ltd.
Perry Capital
Perry Principals LLC
Petrusse European CLO SA
PG&E Corp. Retirement Master Trust
Phillips 66 Co.
Phoenix Edge Series Fund: Phoenix Multi Sector Fixed Income Series
Phoenix Investment Partners
Phoenix Life Insurance Co.
Phoenix Multi-Sector Fixed Income Fund
Phoenix Multi-Sector Short Term Bond Fund
Phoenix Senior Floating Rate Fund
Pictet Funds (Lux)
Pictet US High Yield
Pimco Cayman Global Credit Alpha Fund
Pimco Cayman Global Credit Libor Plus Fund
Pimco Foreign Bond Fund (US Dollar- Hedged)
Pimco Global High Yield Strategy Fund
Pimco High Income Fund
Pimco Long - Term Credit Fund
Pinebridge Investments LLC
Pioneer Diversified High Income Trust
Pioneer High Income Trust
Pioneer Investment

Point State Capital LP
Pointstate Capital LP
Pointstate Fund LP
Post Advisory Group
Post Advisory Investment LLC
Post Leveraged Loan Master Fund LP
Post Strategic Master Fund LP
Post Total Return Master Fund LP
Powershares Senior Loan Portfolio
Primerica Life Insurance Co.
Primus CLO I Ltd.
Princeton Advisory
Principal Financial Group
Principal Funds Inc. - High Yield Fund I
Principal Funds Inc.- Bond & Mortgage Securities Fund
Principal Funds Inc. High Yield Fund
Principal Investors Fund Inc.- Bond & Mortgage Securities Fund
Principal Life Insurance Co.
Principal Life Insurance Co. - Bond & Mortgage Separate Account
Principal Life Insurance Co. On Behalf of One Or More Separate Accounts
Principal Variable Contracts Fund Inc. Bond & Mortgage Securiities Account
Prospect Harbor Credit Partners LP
Protective Life Insurance Co.
Providence Equity
Prudential Insurance
Prudential Series Fund: Diversified Bond Portfolio
Prudential Series Fund: High Yield Bond Portfolio, The
Public Employees Retirement System of Ohio
Putnam Absolute Return 500 Fund
Putnam Absolute Return 700 Fund
Putnam Asset Allocation Funds Conservative Portfolio
Putnam Asset Allocation Funds: Balanced Portfolio
Putnam Diversified Income Trust
Putnam Diversified Income Trust (CA Master Fund)
Putnam Dynamic Asset Allocation Growth Fund
Putnam Floating Rate Income Fund G Rate Income Fund
Putnam Global Funds - Putnam World Wide Income Fund
Putnam Global Income Trust
Putnam High Yield Advantage Fund
Putnam High Yield Trust
Putnam Investments

Putnam Master Intermediate Income Trust
Putnam Premier Income Trust
Putnam Retirement Advantage GAA Balanced Portfolio
Putnam Retirement Advantage GAA Conservative Portfolio
Putnam Retirement Advantage GAA Growth Portfolio
Putnam Retirement Advantage GAA Income Strategies Portfolio
Putnam Total Return Fund LLC
Putnam Total Return Trust
Putnam Variable Trust-Private Diversified Income Fund
Putnam Variable Trust-Private High Yield Fund
Putnam VT: Global Asset Allocation Fund
Pyramis Floating Rate High Income Commingled Pool Fund
Pyxis Capital LP
Pyxis Credit Strategies Fund
Pyxis Floating Rate Opportunities Fund
Pyxis Iboxx Senior Loan ETF
Pyxis Special Situations Fund
Qantas Superannuation Plan
Qualcomm Global Trading Inc.
Qualcomm Global Trading Pte Ltd.
Race Point III CLO Ltd.
Race Point IV CLO Ltd.
RBC Capital Markets LLC
RBC Dexia Investor Services Trust
RBS Greenwich Capital
Red River CLO Ltd.
Reef Road Capital
Reef Road Master Fund Ltd.
Regatta Funding Ltd.
Regents of The University of California
Regiment Capital Ltd.
Relative Value A Series of Underlying Funds Trust
Renaissance Reinsurance Ltd.
River Birch Capital LLC
River Birch Master Fund LP
Riversource Life Insurance Co.
Rockwall CDO II Ltd.
Rockwall CDO Ltd.
Royal Bank of Canada
Royal Bank of Scotland Group PLC, The
Royal Mail Pension Plan
Russell Investment Co. Russell Multi Strategy Alternative Fund
Russell Strategic Bond Fund
Ryan Labs
Saba Capital Management LP

Saba Capital Master Fund II Ltd.
Safety Insurance Co.
Safety National Casualty Corp.
Salomon Brothers Holding Co. Inc.
San Francisco City & Country Employees' Retirement System
San Gabriel CLO I Ltd.
San Joaquin County Employees' Retirement Association
Sandell Asset Management
Sanford C. Bernstein Fund Inc. II Intermediate Duration Portfolio
Sankaty Advisors LLC
Sankaty Beacon Investment Partners LP
Sankaty Credit Opportunities (Offshore Master) IV LP
Sankaty Credit Opportunities III LP
Sankaty Credit Opportunities IV LP
Sankaty Credit Opportunities V A LP
Sankaty Credit Opportunities V A2 Master LP
Sankaty Credit Opportunities V B LP
Sankaty Drawbridge Opportunities LP
Sankaty High Income Partnership LP
Sankaty Managed Account (PSERS) LP
Sankaty Managed Account (UCAL) LP
Sankaty Managed Account TCCC LP
Sankaty Senior Loan Fund LP
Sankaty Senior Loan Fund PLC
Saratoga Partners
SC Credit Opportunities Mandate LLC
Scoggin Capital Management
Scoggin Capital Management II LLC
Scoggin Capital Management LP II
Scoggin International Fund Ltd.
Scoggin Worldwide Fund Ltd.
Scotiabank
Sears Holdings Pension Trust
Seasons Series Trust-Asset Allocation: Diversified Growth Portfolio
SEI Global Master Fund PLC - The SEI High Yield Fixed Income Fund
SEI Global Master Fund PLD -The Sei High Yield Fixed Income
SEI Institutional Investment Trust Enhanced LIBOR Opportunities Fund
SEI Institutional Investment Trust Opportunistic Income Fund
SEI Institutional Investments Trust High Yeild Bond Fund

SEI Institutional Managed Trust - High Yield Bond Fund
SEI Institutional Managed Trust Enhanced Income Fund
SEI Institutional Managed Trust High Yield Bond Fund
Seix Investment Advisors LLC
Senator Global Opportunity Master Fund LP
Senator Investment Group LP
Seneca Capital
Senior Debt Portfolio
Sentinel Asset Management Pty Ltd.
SG Distressed Fund LP Private
Shasta CLO I Ltd.
Sheffield Asset Management LLC
Sheffield International Partners Master Ltd.
Sheffield Partners LP
Shenkman Capital Management Inc.
Shinnecock CLO 2006-1 Ltd.
Sierra CLO II Ltd.
Silver Crest CBNA Loan Funding LLC
Silver Oak Capital LLC
Silver Point Capital
Silverado CLO 2006-I Ltd.
Silvermine Capital Management LLC
SkyTop Capital Management LLC
Smith Management LLC
Sol Loan Funding LLC
Solus Alternative Asset Management
Solus Core Opportunities Master Fund Ltd.
Sound Harbor Partners
Sound Point Capital Management
Sound Point Credit Opportunities Master Fund LP
Southern Ute Indian Tribe
Southfork CLO Ltd.
Southpaw Asset
Southpaw Credit Opportunity Master Fund LP
SPCP Group LLC
Stanfield Azure CLO Ltd.
Stanfield Bristol CLO Ltd.
Stanfield Carrera CLO Ltd.
Stanfield Daytona CLO Ltd.
Stanfield McLaren CLO Ltd.
Stanfield Veyron CLO Ltd.
Starwood
Starwood Energy Fixed
State of Connecticut Retirement Plans & Trust Funds
State of Wisconsin Investment Board
State Street Bank & Trust Co.
State Teachers Retirement System of Ohio
Stedman Cbna Loan Funding LLC

Stedman Loan Fund II Subsidiary Holding Co. II LLC

Stellar Performer Globalseries W Global Credit

Stichting Bedrijfstakpensioenfonds Voor Het Beroepsvervoer Over De Weg

Stichting Bewaarder Syntrus Achmea Global High Yield Pool

Stichting Pensioenfonds Hoogovens

Stichting Pensioenfonds Voor Fysiotherapeuten

Stone Creek Partners LP

Stone Harbor Global Funds PLC - Stone Harbor Leveraged Loan Portfolio

Stone Harbor High Yield Bond Fund

Stone Harbor Invest Funds PLC - Stone Harbor High Yield Bond Fund

Stone Harbor Investment Partners LP

Stone Harbor Leveraged Loan Fund LLC

Stone Harbor Leveraged Loan Portfolio

Stone Lion Capital Partners LP

Stone Lion Portfolio LP

Stone Tower Capital

Stone Tower CDO II Ltd.

Stone Tower Credit Funding I Ltd.

StoneCreek Partners LLC

Stoney Lane Funding I Ltd.

Stratford CLO Ltd

Sunamerica Income Funds - Sunamerica High Yield Bond Fund

Sunamerica Senior Floating Rate Fund Inc.

Sunrise Partners LP

Sunrise Partners Ltd.

SunTrust

Sup FCO MA UB Securities LLC

Super FCO MA LP

Supervalu Inc. Master Investment Trust

Susquehanna Advisors Group

Symphony Asset Management

Symphony CLO II Ltd.

Symphony CLO VI Ltd.

T. Rowe Price

T. Rowe Price Institutional Floating Rate Fund

T. Rowe Price Institutional High Yield Fund

Taconic Capital Advisors

Taconic Master Fund 1.5 LP

Taconic Opportunity Master Fund LP

Talek Investments

Tall Tree Investment

Target Asset Allocation Funds

Target Asset Management

Target Conservative Allocation Fund

Target Moderate Allocation Fund

Tasman Fund LP

TCW Absolute Return Credit Fund LP

TCW Asset Management

TCW Capital Trust

TCW Funds Metwest High Yield Bond Fund

TCW Senior Secured Floating Rate Loan Fund LP

TCW Senior Secured Loan Fund LP

Teachers Insurance & Annuity Association of America

Teachers' Retirement System of Oklahoma

Teachers Retirement System of The City of New York

Teak Hill Master Fund LP

Texas Absolute Credit Opportunities Strategy LP

Texas County & District Retirement System

THL Credit Senior Loan

Thornburg Investment

Thornburg Investment Income Builder Fund

TIAA-CREF

Titan Investment Holdings LP

Titan Investment Holdings SL LP

TMCT II LLC

TMCT LLC

Tralee CDO I Ltd.

Triboro Funding Ltd.

Trilogy Capital

Trilogy Portfolio Co. LLC

Trimaran Advisors Katona

Trustees of Dartmouth College

Turnpike Ltd.

UBS AG - Stamford, CT Branch

UBS GAM US - State of Connecticut Retirement Plans & Trust Funds

UBS Securities

UBS Stamford Branch TRS

UFCW Consolidated Pension Fund

UFCW Northern California Employers Joint Pension Trust Fund

Ult Loan Funding 1 LLC

UMC Benefit Board Inc.

Unilever United States Inc. and Its Subsidiaries and Affiliates, Master Trust Agreement Under Various Employee Benefit Plans of

Unipension Invest FMBA High Yield Obligationer II

Unisys Master Trust

Ursamine

Ursamine Credit Advisors

US High Yield Bond Fund

US Underwriters Insurance Co.

USAA Cornerstone Moderately Aggressive Fund
USAA Cornerstone Moderately Conservative Fund
USAA Global Opportunities Fund
USAA Investment Management Co.
USAA Mutual Fund
USAA Mutual Funds Trust - USAA Flexible Income Fund
USAA Mutual Funds Trust USAA High Yield Opportunities Fund
USAA Mutual Funds Trust: USAA Cornerstone Aggressive Fund
USAA Mutual Funds Trust: USAA Cornerstone Moderate Fund
USAA Mutual Funds Trust-USAA High Income Fund
Valholl Ltd.
Valic Co. II-High Yield Bond Fund
Vanguard High Yield Corporate Fund
Varde Investment Partners LP
Varde Partners Inc.
Vector Capital
Venor Capital
Venor Capital Master Fund Ltd.
Venture II CDO 2002 Ltd.
Venture IX CDO Ltd.
Venture V CDO Ltd.
Venture VII CDO Ltd.
Venture VIII CDO Ltd.
Victoria Court CBNA Loan Funding LLC
Virtus Multi Sector Fixed Income Fund
Virtus Multi Sector Intermediate Bond Fund
Virtus Multi-Sector Short Term Bond Fund
Virtus Partners LLC
Virtus Senior Floating Rate Fund
Virtus Total Return Fund
Vista Leveraged Income Fund
Vitesse CLO Ltd.
VR Advisory Services Ltd.
VR Global Partners LP
Vulcan
VVIT: Virtus Multi Sector Fixed Income Series
VVIT: Virtus Strategic Allocation Series
W&R Target Funds Inc. - High Income Portfolio
Waddell & Reed
Waddell & Reed Advisors High Income Fund Inc.
Waddell & Reed Services
Wallace H. Coulter Foundation, The
Watershed Asset
Watershed Capital Institutional Partners III LP

Watershed Capital Partners (Offshore) Master Fund II LP
Watershed Capital Partners (Offshore) Master Fund LP
Wellington Management Co. LLP
Wellington Management Portfolios (Dublin) Plc - US$ Core High Yield Bond Portfolio
Wellington Management Portfolios Dublin PLC Global High Yield Bond Portfolio
Wellington Trust Co. NA Multiple Collective Investment Fund Trust II Core High Yield Bond Portfolio
Wellington Trust Co. NA Multiple Common Trust Funds Trust-Opportunistic Fixed Income Allocation Portfolio
Wellpoint Inc.
Wells Capital Management
Wells Capital Management - 12222133
Wells Capital Management - 13702900
Wells Capital Management - 13823100
Wells Capital Management - 13923601
Wells Capital Management - 16463700
Wells Capital Management - 16959701
Wells Capital Management - 18325402
Wells Capital Management - 18866500
Wells Capital Management - 22952000
Wells Capital Management - 23928601
Wells Capital Management - 23960800
Wells Capital Management - 25464400
Wells Fargo & Co. Master Pension Trust
Wells Fargo Advantage High Income Fund
Wells Fargo Advantage High Yield Bond Fund
Wells Fargo Advantage Income Opportunities Fund
Wells Fargo Advantage Multi-Sector Income Fund
Wells Fargo Advantage Strategic Income Fund
Wells Fargo Advantage Utilities & High Income Fund
Wells Fargo Floating Rate Loan Fund
West Bend Mutual Insurance Co.
West Gate Horizons
Westbrook CLO Ltd.
Westchester CLO Ltd.
Western Asset Floating Rate High In Fund LLC
Western Asset Management
WG Horizons CLO I
Whitehorse Capital
Whitehorse II Ltd.
Whitehorse III Ltd.
Whitehorse IV Ltd.
Whitestone Funding Ltd.
Wilmington Trust Investment Management LLC
Wilshire Institutional Master Fund II SPC - Wilshire Alden Global Event Driven Opportunities SP

Wingspan Investment Management LP
Wingspan Master Fund LP
WM Pool - High Yield Fixed Interest Trust
Worden II TX LLC
Worden Master Fund II LP
Worden Master Fund LP
Worden TX LLC
WR Huff Asset Management Co. LLC
WRH Global Securities Pooled Trust
XL Re Ltd.
Zell Credit Opportunities Side Fund LP

**Debtors, Debtor Affiliates, and Certain Related Entities**
4 Change Energy Co.
4 Change Energy Holdings LLC
Basic Resources Inc
Big Brown 3 Power Co. LLC
Big Brown Lignite Co. LLC
Big Brown Power Co. LLC
Borealis Infrastructure Management Inc.
Brighten Energy LLC
Brighten Holdings LLC
Collin Power Co. LLC
Comanche Peak Nuclear Power Co. LLC
Dallas Power and Light Co. Inc.
Decordova II Power Co.
DeCordova Power Co. LLC
Eagle Mountain Power Company LLC
Ebasco Services of Canada Ltd.
EEC Holdings Inc.
EECI Inc.
EFH Active Retirement Plan Trust
EFH Australia (No. 2) Holdings Co.
EFH CG Holdings Co. LP
EFH CG Management Co. LLC
EFH Corp.
EFH Corporate Services Co.
EFH Finance (No. 2) Holding Co.
EFH FS Holdings Co.
EFH Properties Co.
EFH Renewables Co. LLC
EFH Vermont Insurance Co.
EFIH Finance Inc
EFIHC
Energy Future Competitive Holdings Co. LLC
Energy Future Holdings Corp.
Energy Future Intermediate Holding Co. LLC
Fuelco LLC

Generation Development Co. LLC
Generation MT Co. LLC
Generation SVC Co.
GIC Special Investments Pte Ltd.
Government of Singapore Investment Corp.
Greenway Development Holding Co.
Humphreys & Glasgow Ltd.
Lake Creek 3 Power Co. LLC
Lone Star Energy Co. Inc.
Lone Star Pipeline Co. Inc.
LSGT Gas Co. LLC
LSGT SACROC Inc.
Luminant Big Brown Mining Co. LLC
Luminant Energy Co. LLC
Luminant Energy Trading California Co.
Luminant ET Services Co.
Luminant Generation Co. LLC
Luminant Holding Co. LLC
Luminant Mineral Development Co. LLC
Luminant Mining Co. LLC
Luminant Renewables Co. LLC
Martin Lake 4 Power Co. LLC
Mega Energy LP
MHI Nuclear America Inc.
Monticello 4 Power Co. LLC
Morgan Creek 7 Power Co. LLC
NCA Development Co. LLC
NCA Resources Development Co. LLC
Nuclear Energy Future Holdings II LLC
Nuclear Energy Future Holdings LLC
Oak Grove Management Co. LLC
Oak Grove Mining Co. LLC
Oak Grove Power Co. LLC
OMERS Administration Corp.
Oncor Communications Holdings Co. LLC
Oncor Electric Delivery Administration Corp.
Oncor Electric Delivery Co. LLC
Oncor Electric Delivery Holdings Co. LLC
Oncor Electric Delivery Transition Bond Co. LLC
Oncor License Holdings Co. LLC
Oncor Management Investment LLC
Pantellos Corp.
Sandow Power Co. LLC
Skyonic Corp.
Southwestern Electric Service Co. Inc.
STARS Alliance
TCEH Finance Inc.
Texas Competitive Electric Holdings Co. LLC
Texas Electric Service Co. Inc.

Texas Energy Future Capital Holdings LLC
Texas Energy Future Co-Invest LP
Texas Energy Future Holdings LP
Texas Energy Industries Co. Inc.
Texas Power and Light Co. Inc.
Texas Transmission Investment LLC
Texas Utilities Co. Inc.
Texas Utilities Electric Co. Inc.
Tradinghouse 3 & 4 Power Co. LLC
Tradinghouse Power Co. LLC
TXU Eastern Finance (A) Ltd.
TXU Eastern Finance (B) Ltd.
TXU Eastern Funding Co.
TXU Electric Co. Inc.
TXU Electric Delivery Co.
TXU Energy Receivables Co. LLC
TXU Energy Retail Co. LLC
TXU Energy Solutions Co. LLC
TXU Europe CP Inc.
TXU Europe Ltd.
TXU Finance (No. 2) Ltd.
TXU Receivables Co.
TXU Retail Services Co.
TXU SEM Co.
Valley NG Power Co. LLC
Valley Power Co. LLC

**DIP Lenders**
4086 Advisors
Aberdeen Asset Management (US)
Abry Capital
Abry Partners LLC
Aegon Funding Corp.
All Pensions Group (APG) / Stichting
Pensioenfonds ABP
AllianceBernstein
Allstate Insurance
Anchorage Advisors
Apidos Capital
Apollo Capital Management
Apollo Investment Corp.
AQR Capital Management
Ares Management LP
Arrowpoint Asset
Arrowpoint Asset Management LLC
AXA Investment Managers
Babson Capital Global Loans Ltd.
Bank of Tokyo-Mitsubishi UFJ
Beach Point Capital Management LP

Beal Bank
Bennett Management
Black Ant Group
Black Ant Value Master Fund, The
Black Diamond Capital
Black Diamond Partners LLP
BMO Capital Markets
Brigade
Canaras Capital Management LLC
Canyon Capital Advisors
Capital Research Global
Caspian Capital Management
Castle Hill Asset Management LLC
Chase Lincoln First Commercial Corp.
Cohanzick
Columbia Management Advisors
Column Park Asset Management
Constellation Capital Management
Credit Suisse Alternative Investments
Crescent Management
Curian Long Short Credit Fund
CVC Capital Partners Ltd.
CVC Global Credit Opportunities Master Fund LP
Cyrus Capital LP
DB Portfolio
Deutsche Asset Management (DeAM)
Dimaio Ahmad Partners
Dunham Monthly Distribution Fund
Empyrean
Federated Investors
Fidelity
Fifth Street Finance Corp.
Fonds Voor Gemene Rekening Beroepsvervoer –
HYBO: Stichting Bedrijfstakpensioenfonds Voor Het
Beroepsvervoer Over De Weg
Fortress
Fountain Capital Management
Franklin Custodian Funds - Franklin Utilities Fund
Fraser Sullivan
Fraser Sullivan Investment
GIC (Government Investment Corporation of
Singapore)
Glendon Capital Management LP
GreyWolf Capital
Greywolf Capital Management
GSO
GSO Capital Partners LP
Guggenheim Investments
Guggenheim Partners

HBK Global Securities LP
HBK Master Fund LP (HBK)
Hildene Capital Management LLC
Hillmark Capital Management LP
HSBC Securities USA Inc.
ICE Canyon / Canyon Partners
ICE Canyon LLC
ING Capital Market LLC
ING Funds
ING Investments LLC (Arizona)
Insight Investment Management Ltd.
Invesco
Invesco - NAM (National Asset Management)
Jefferies LLC
JHF II – US High Yield Bond Fund
JMP Group Inc.
JNL/PPM America High Yield Bond Fund, a
Series of JNL Series Trust
JNL/PPM America Strategic Income Fund
JPM Pacholder
JPMorgan Asset Management - US
Kevin B. and Anne-Marie Roth Revocable Trust
King Street Capital LLP
Kingsland Capital
Kramer Van Kirk Strategies LP
KS Capital
KVK Services LLC
Loews Corp.
Magnetar Capital
Manulife Financial
Marathon Asset Management LLC (NY)
Matlin Patterson Capital Management LP
Metropolitan Life Investment Ltd.
MidOcean
MLIS Westchester Merger Arbitrage UCITS Fund
Mockingbird Credit
Moore Capital Management LP
Napier Park
Nationwide Insurance Co.
Neuberger & Berman
New York Life Insurance
Newcastle Capital Management
Nokota Management LP
Nomura
Oak Hill
Och Ziff - OZ Management
Octagon Advisory Group LLC
Octagon Credit Investors
Onex Corp.

Oppenheimer
Orchard First Source Asset Management LLC
Orchard Global Asset Management
Orix
Pacific Investment Management - PIMCO
Par IV Capital Management Inc.
Peak 6 Investments
Peak6 Achievement Master Fund Ltd.
Pentwater
Pentwater Capital Management
Pioneer Investment Management USA
Princeton Advisory Group
Providence Capital
Providence Equity Partners Inc
Prudential Asset Management Co. Inc.
Putnam Floating Rate Income Fund
QPR Holdings Ltd.
Redwood Capital
Regions Financial
Robert J. Tannor Roth IRA
Roth Living Trust
Roth, Anne Marie
Roth, Kevin B.
Saratoga
Scotia Capital Inc.
Shenkman Capital
Silver Rock
Silverpoint
Solus
Soros Fund Management
Sound Point
Stanton Asset Management Inc.
Sumitomo Mitsui Banking Corp.
T&P St. John LLC
T. Rowe Price Associates Inc.
Tegean Capital Management LLC
THL Credit Group LP
Thomas H. Lee Partners
TPG Inc.
Triumph Capital Group Inc
Triumph Group Inc.
Trust Company of the West
Virtus High Yield Fund
Vulcan Capital
Vulcan Credit
Water & Power Employees' Retirement Disability &
Death Benefit Insurance Plan
WCM Alternatives -- Event Driven Fund
WCM Master Trust

Wells Fargo
West Gate Horizons Advsrs LLC
Western Asset Management US -WAMCO
Westgate Enterprises LLC
WhiteHorse Capital Partners
Whitehorse Capital Partners LP
Zeron Group

**DIP Parties**
Bank of Tokyo-Mitsubishi UFJ Ltd., The
Citigroup Global Markets Inc.
Deutsche Bank Securities Inc.
Loop Capital Markets LLC
Mitsubishi UFJ Financial Group Inc.
Union Bank NA

**Indenture Trustees**
American Stock Transfer & Trust Co.
Bank of New Mellon, The
Bank of New York Mellon Trust Co., The
Barclays Bank
Christiana Trust
Citibank
Citigroup
Computershare Trust Co. of Canada
Credit Suisse
CSC Trust Co. of Delaware
Deutsche Bank
J.Aron/Goldman Sachs
Law Debenture Trust Co. of New York
Merrill Lynch/Bank of America
Morgan Stanley
North American Coal Royalty Co.
US Bank NA
Wilmington Savings Fund Society FSB
Arizona Bank
BOKF NA
UMB NA

**Insurers**
ACE
AIG
American Nuclear Insurers
Argo Re (Bermuda)
Associated Electric & Gas Insurance Services
(AEGIS)
Axis
Beazley
Chubb Atlantic Indemnity Ltd. (Bermuda)

Endurance
Energy Insurance Mutual (EIM)
European Mutual Association for Nuclear Insurance
(EMANI)
Federal Insurance Co.
FM Global
HCC
Liberty Mutual/Safeco
Monitor
Navigators
Nuclear Electric Insurance Ltd. (NEIL)
Nuclear Energy Liability Insurance Association (NELIA)
Oil Casualty Insurance Ltd. (OCIL)
RLI
RSUI (CRC)
Starr Aviation
Starr Cos.
Starr Surplus Lines Insurance Co.
Torus
XL Insurance (Bermuda) Ltd.

**Interested Parties**
AEP
Alinda Capital Partners LLC
Brookfield Infrastructure Partners
CenterPoint Energy
Consolidated Edison
Duke Energy
Hunt Consolidated Inc.
ITC Holdings
NextEra
Southern Co., The
Wren House Infrastructure Management Ltd.
Automatic Systems Inc.
Billingsley
Casey Construction
SeatingZone
Wave Technology Solutions Group Inc.

**Investment Banks**
BofA Merrill Lynch
JP Morgan
KKR Capital Markets
Lehman
Williams Capital Group

**Joint Ventures**
Collin G/G&B LLC
Greenway/G&B Frisco LP

Greenway/G&B General LLC

**Lenders**
Aberdeen Management
HIG Whitehorse

**Lienholders**
Bank of New York Trust Co. NA, The
Civitas Capital Management LLC
First Union Commercial Corp.
Mastercraft Printed Products & Services Inc.
Phillip Morris Credit Corp.
TXU 2007-1 Railcar Leasing LLC
TXU Railcar Trust 2005-A
US West Financial Services Inc.
Wachovia Bank NA

**Merger Agreement Counterparties**
Arrowgrass Distressed Opportunities Fund Ltd.
Atlas Enhanced Master Fund Ltd.
Atlas Master Fund Ltd.
BAM Zie Master Fund Ltd.
BGF Global High Yield Bond Fund
BGF Global Multi-Asset Income Fund
BGF US Dollar High Yield Bond Fund
BHR Capital LLC as nominee for BHCO Master Ltd.
BHR Master Fund Ltd. & BHR OC Master Fund Ltd.
BlackRock Core Bond Trust
BlackRock Corporate High Yield Fund Inc.
BlackRock Credit Allocation Income Trust IV
BlackRock Credit Alpha Master Fund LP
BlackRock Diversified Distribution Fund
BlackRock Dynamic High Income Portfolio of BlackRock Funds II
BlackRock Funds II BlackRock High Yield Bond Portfolio
BlackRock Funds II BlackRock Strategic Income Opportunities Portfolio
BlackRock Global Investment Series Income Strategies Portfolio
BlackRock Global Long/Short Credit Fund of BlackRock Funds
BlackRock High Yield Portfolio
BlackRock High Yield Portfolio of the BlackRock Series Fund Inc.
BlackRock High Yield VI Fund of BlackRock Variable Series Funds Inc.
BlackRock Limited Duration Income Trust

BlackRock Multi-Asset Income Portfolio of BlackRock Funds II
BlackRock Multi-Sector Income Trust
BlackRock Multi-Strategy Master Fund Ltd.
CA 534 Offshore Fund Ltd.
Centerbridge Credit Partners LP
Centerbridge Credit Partners Master LP
CRS Master Fund LP
Cyrus Opportunities Master Fund II LP
Cyrus Opportunities Master Fund II Ltd.
Flourish Investment Corp.
GSO Aiguille des Grands Montets Fund I LP
GSO Aiguille des Grands Montets Fund II LP
GSO Aiguille des Grands Montets Fund III LP
GSO Cactus Credit Opportunities Fund LP
GSO Churchill Partners LP
GSO Coastline Credit Partners LP
GSO Credit Alpha Fund LP
GSO Credit-A Partners LP
GSO Palmetto Opportunistic Investment Partners LP
GSO Special Situations Master Fund LP
Hunt Power Holdings LLC
JNL/BlackRock Global Long Short Credit Fund
MET Investors Series Trust
MET Investors Series Trust BlackRock High Yield Portfolio
Obsidian Master Fund, The
Ovation Acquisition I LLC
Ovation Acquisition II LLC
Pecos Partners LP
Steamboat Credit Opportunities Master Fund LP
Strategic Income Opportunities Bond Fund
Taconic Master Fund 1.5 LP
Taconic Opportunity Master Fund LP

**Officers & Directors**
Ewing, Harvey P.
Ferraris, Mark F.
Sarver, Kolten
Vazquez, Gabriel V.
Williams, Michael E.
Acosta, Arcilia C.
Adams, Robert
Ashby, Kevin M.
Austin, Joel S.
Baker, Robert
Blevins, Michael R.
Blocker, Sano
Bonderman, David

Boswell, Barry T.
Boyle, Deborah A.
Brownell, Nora Mead
Burke, James A.
Burton, Ashley A.
Byers, Richard C.
Bys, Jay Allen
Cameron, Andrew A.
Camp, Jeffrey S.
Campbell, David A.
Caraway, Shannon Wade
Carpenter, Walter Mark
Carter, Michael L.
Casarez, Richard
Casey, John M.
Castro, Gabriel R.
Chase, Patrick Kevin
Clevenger, Don J.
Cremens, Charles H.
Davis, David M
Dennis, Deborah L.
Dore, Stacey H.
Duessel, John S.
Dunning, Thomas M.
Elk, Charles W.
Elmer, Debra L.
Enze, Charles R.
Estrada, Robert A.
Evans, Donald L.
Ewert, Cynthia L.
Faranetta, David D.
Federwisch, Richard R.
Ferguson, Thomas D.
Fischer, Michael
Fleshman, Betty R.
Flores, Rafael
Ford, Monte E.
Freiman, Brandon A.
Frenzel, Robert C.
Gary, Printice L.
Geary, John William
Gillespie, Frank P.
Glacken, Shawn
Goering, Matthew A.
Goltz, Frederick M.
Gooch, Cecily Small
Grasso, Michael Paul
Greer, James A.
Guillory, Angela Yvonne Williams

Guyton, Michael E.
Hays, Richard C.
Higginbotham, Theron Dale, Jr. "Dale"
Hill, William T., Jr.
Ho, Joseph C.
Hogan, Timothy Ross "Tim"
Horn, Stephen G.
Horton, Anthony R.
Howard, Carla A.
Hudson, Scott A.
Huffines, James R.
Hull, Leslie Keith
Ingerto, Craig W.
Isaac, Carlos
Jackson, Brenda L.
Jenkins, Charles W., III
Johnson, Keith
Jones, Bradley C.
Jordan, Walter E.
Kaniewski, Zbigniew
Keeter, Aden P.
Keglevic, Paul M.
Kelly, Daniel
Kelly, Gregory B.
Kerber, Kevin H.
Kirby, Carrie L.
Klein, Robert A.
Klumpp, Richard F.
Koenig, Allan J.
Kopenitz, Stephen John
Kubin, Diane J.
Landy, Richard J.
Lebovitz, Scott
Lee-Sethi, Jennifer M.
Leonard, Scott E.
Liaw, Jeffrey
Lidster, Robert J.
Lipschultz, Marc S.
Lovelace, D. Boyd
Lucas, Mitchell L.
Lynch, David Alan
MacDougall, Michael
Mack, Timothy A.
Malick, Aaron Ravi
Matsuda, Hiroshi
Mays, Russell B.
McCool, Thomas P.
McFarland, M. A.
McKaig, Paul T.

Mireles, Kimberly D.
Moldovan, Kristopher E.
Moor, Gary Lee
Moore, Stephanie Zapata
Moore, William A.
Morrissey, John L.
Morrow, Claudia
Muscato, Stephen J.
Neubecker, Greg
Nickerson, Floyd W.
Nutt, Terry
Nye, E. Allen, Jr.
O'Brien, John D.
Olson, Lyndon L., Jr.
Oney, Thomas
Oswalt, Vicki
Pallito, Patti
Pearson, Gerry Lee
Perry, Nancy F.
Peters, Kenneth J.
Peterson, M. M.
Phillips, Buckler
Pontarelli, Kenneth
Pulis, Brenda J.
Quinn, Timothy Michael
Ragland, Stephen N.
Ranger, Rheal R.
Reilly, William K.
Reyes, Paul H
Ridloff, Jason
Rod, Kelli A.
Saito, Kano
Sarich, Gregory S.
Sawyer, Hugh E.
Sen, Samudra
Shapard, Robert S.
Shibata, Yoshinobu
Smidt, Jonathan D.
Smith, Donald B.
Smith, Ken
Speed, Wesley R.
Spence, Norman C.
Stengel, Amy
Stevens, Cheryl B.
Stewart, John C.
Strauss, Thomas M.
Stuckey, Shawn
Suzuki, Shigemitsu
Szlauderbach, Stanley J.

Taccino, Michael, Jr.
Thompson, Von Wade
Trimble, R.D.
Tulloh, Brian T.
Walker, Jeffrey J.
Warren, Autry L.
Watson, Clifford A.
Wentzell, David G.
Williams, C. Michael
Williams, E. Michael
Williams, Glenn W.
Williams, Patrick
Williamson, Billie Ida
Winston, Lisa M.
Wortham, Richard W., III
Wright, Andrew M.
Young, John F.
Youngblood, Kneeland
Zucchet, Steven J.

**Other Interested Parties**
Albright, Wayne
Lambert, Amber
Rich, Jonathon
Thale, Timmy K.

**Potentially Responsible Parties**
3M Co.
American Barrel Co.
Amoco Chemical Corp.
Arco Chemical Co.
Atlantic Richfield Co.
Baker Hughes Oilfield Operations Inc.
Baker Petrolite Corp.
BASF Corp.
Beazer East Inc.
Bio-Ecology Systems Inc.
BP Amoco Chemical Co.
BP Products North America Inc.
Champion Technologies Inc.
Chemtron Corp.
Chemtura Corp.
Clean Harbors Environmental Services Inc.
Copperopolis Asbestos
Crystal Chemical Co.
Diamond Shamrock
DSI Facility
Eltex Chemical & Supply Co.
Environmental Enterprises Inc.

Exxon Chemical Co. USA
Exxon Mobil Corp.
Federal Mogul
General Dynamics Corp.
Giant Resource Recovery - Attalla Inc.
Goodyear Tire & Rubber Co.
Groendyke Transport Inc.
Hydrite Chemical Co.
International Paper Co.
Lion Oil Co.
Lyondell Chemical Co.
M&M Chemical
Malone Services
Marathon Ashland Pipe Line LLC
Marathon Oil Co.
Marathon Petroleum Co.
Marine Shale Processors
Matlack Systems Inc.
Mission Petroleum Carriers Inc.
Monsanto Co.
Nalco Chemical Co.
NL Treating Chemicals
North Main Metals Recycling
Occidental Chemical Corp.
Perma-Fix Environmental Services Inc.
Pharmacia Corp.
Pollution Control Industries Inc.
Rohm & Haas Co.
Romic Environmental Technologies Corp.
Roy O. Martin Lumber Co. LLC
RSR Corp.
Sea Lion Chemical
Sea Lion Technology Inc.
Sheridan Disposal Services
Solvents & Petroleum Service Inc.
Solvents Recovery Service of New Jersey Inc., The
Sonics International Inc.
Southeast Texas Environmental LLC
Southwest Specialty Chemicals Inc.
Trelleborg Coated Systems US Inc.
Utah Power & Light
Voda Petroleum Inc.
Welchem Inc.
Younger Brothers Inc.

**Professionals**
Akin Gump Strauss Hauer & Feld LLP
AlixPartners
Alvarez & Marsal

Balch & Bingham
Blackstone Advisory Group
Blackstone Advisory Partners LP
Brown Rudnick LLP
Cadwalader Wickersham & Taft (CWT)
Cadwalader Wickersham & Taft LLP
Capstone Advisory Group LLC
Centerview Partners LLC
Citigroup Global Markets Inc.
Cole Schotz Meisel Forman & Leonard PA
Concentric Energy Advisors
Cravath
Cravath Swaine & Moore
Davis Polk & Wardwell LLP
Deloitte & Touche
Deutsche Bank Securities Inc.
Enoch Kever
Epiq Bankruptcy Solutions
Ernst & Young LLP
Evercore Group
Filsinger Energy Partners
Franklin Advisors Inc.
Fried Frank Harris Shriver & Jacobson LLP
Furr, Robert
Gavin Solmonese
Gibson Dunn & Crutcher
Goldin Associates
Greenhill & Co.
Hawkins Parnell
Houlihan Lokey Capital Inc.
Hunton & Williams
ICF Resources LLC
Jackson Sjoberg McCarthy & Townsend LLP
Jones Day
JP Morgan Securities LLC
KCC
Kramer Levin Naftalis & Frankel LLP
Loop Capital Markets LLC
McDermott Will & Emery
Mesirow Financial
Miller Buckfire & Co LLC
Millstein & Co.
Moelis & Co. LLC
Montgomery McCracken Walker & Rhoads LLP
Morgan Lewis & Bockius
Munger Tolles
Munger Tolles & Olson
Navigant Consulting Inc.
O'Melveny & Myers LLP

Paul Weiss Rifkind Wharton & Garrison LLP
Perella Weinberg Partners
Peter J. Solomon Co.
Phillips Goldman & Spence
PricewaterhouseCoopers LLP
Proskauer
Proskauer Rose
Richards Layton & Finger
Ropes & Gray LLP
Rothschild Inc.
SAIC Energy Environment & Infrastructure LLC
Schulte Roth & Zabel LLP
Shearman & Sterling LLP
Sher Tremonte LLP
Sidley Austin LLP
Simpson Thacher
Solic Capital
Stevens & Lee
Stratus Energy Group
Sullivan & Cromwell
Towers Watson
Vinson & Elkins
Wachtell Lipton Rosen & Katz
White & Case LLP
Wilkie Farr
Wilkie Farr & Gallagher LLP
Williams Capital Group LP, The
Winstead PC
Zolfo Cooper
Zolfo Cooper LLC

**Secured Bondholders**
A.J. Sloane & Co.
Ahab Capital Management Inc.
AllianceBernstein LP (US)
Allianz Global Investors US LLC
American Century Investment Management Inc.
Angelo Gordon & Co. LP - Private Account
Archview Investment Group LP
Avenue Capital Management II LP
Aviary Capital Enterprises Inc.
Aviva Investors North America Inc.
Babson Capital Management LLC
Barclays Capital Inc.
Benefit Street Partners LLC
Benida Group LLC, The
BlackRock Advisors LLC
BlueCrest Capital Management (New York) LP
BMO Asset Management Inc.

Brownstone Investment Group LLC
Candlewood Investment Group LP
Citi Private Bank
Claren Road Asset Management LLC
Credit Suisse Securities (USA) LLC
CSS LLC
Cyrus Capital Partners LP (US)
Danske Bank A/S (Asset Management)
DDJ Capital Management LLC
Deutsche Investment Management Americas Inc.
DuPont Capital Management Corp.
Eaton Vance Management Inc.
Euroclear Bank
Federated Investment Management Co.
Fifth Street Capital LLC
Franklin Advisers Inc.
Fubon Asset Management Co. Ltd.
Global Credit Advisers LLC
GoldenTree Asset Management LP (US)
Gracie Asset Management
Hartford Investment Management Co.
Hotchkis & Wiley Capital Management LLC
HSBC Wealth Management Services (Private Account)
ING Financial Markets LLC
ING Investment Management LLC
Invesco PowerShares Capital Management LLC
JP Morgan Investment Management Inc.
JP Morgan Private Bank
JP Morgan Securities LLC (Broker)
KS Management Corp.
Loomis Sayles & Co. LP
Lord Abbett & Co. LLC
MacKay Shields LLC
Mariner Investment Group LLC
Merrill Lynch Pierce Fenner & Smith Inc. (Broker)
MetLife Investment Advisors Co. LLC
MFS Investment Management
Morgan Stanley & Co. LLC
Mount Kellett Capital Management LP
Muzinich & Co. Inc.
Nomura Corporate Research & Asset Management Inc. (US)
Nomura Securities International Inc.
Nuveen Asset Management LLC
OppenheimerFunds Inc.
Otlet Capital Management LP
OZ Management LP
Pacific Life Fund Advisors LLC
Phoenix Investment Adviser LLC

PIMCO - Pacific Investment Management Co.
Pine River Capital Management LP
Pioneer Investment Management Inc.
Principal Global Investors LLC
ProFund Advisors LLC
Prudential Investment Management Inc.
Putnam Investment Management LLC
RBS Securities Inc.
Redwood Capital Management LLC
Regiment Capital Advisors
Salient Advisors LP
Scottish Widows Investment Partnership Ltd.
Solus Alternative Asset Management LP
Standard Life Investments (USA) Ltd.
State Street Global Advisors (SSgA)
Strategic Income Management LLC
Susquehanna Capital Group
Symphony Asset Management LLC
Taconic Capital Advisors LP
Talamod Asset Management LLC
Third Avenue Management LLC
Thrivent Asset Management LLC
UBS Global Asset Management (Americas) Inc.
UBS O'Connor LLC
UBS Securities LLC
Van Eck Associates Corp.
Vanguard Group Inc., The
Walnut Street Associates
Water Island Capital LLC
Waterstone Capital Management LP
Wells Capital Management Inc.
Western Asset Management Co.
Ziff Brothers Investments LLC

**Shareholders**
Abu Dhabi Investment Authority
ACA Family LP (Acosta Trust)
Acosta, Arcilia C.
AlpInvest Partners Co-Investments 2007 CV
Alvaro
AP TXU Holdings LLC
ASF Park Sub 2 LP
AXA Capital America LP
AXA CDP Co-Investment Fund FCPR
AXA Co-Investment Fund II FCPR
Baker, Thomas
Bank of Nova Scotia, The

bcIMC (WCBAF) Private Placement (2006) Investment Corp.
bcIMC Private Placement (2006) Investment Corp.
Bird, Robert D., Jr.
Black Canyon Direct Investment Fund LP
Blevins, Michael R.
Bosecker, Brian Timothy
Burton Hills Limited LP
California Public Employees' Retirement System
California State Teachers' Retirement System
Canyon Balanced Equity Master Fund Ltd.
Canyon TXU LP
Canyon Value Realization Fund LP
Centaurus Capital LLC
Centaurus TEF LP
Citigroup
Citigroup Alternative Investments Corp.
Citigroup Alternative Investments LLC
Co-Investment Capital Partners LP
Co-Investment Partners (NY) LP (Lexington Partners)
Co-Investment Partners 2005 LP (Lexington Partners)
CPP Investment Board (USRE II) Inc.
Cumbria LP
Davis, Douglas L.
Degeyter, Brock M.
Dick, Ralph L.
Diermann, Scott L.
Ecofin Co-Investment LP
Ecofin TXU LP
ECP I (NE Energy IP) LP
Elliott Associates LP
Elliott International LP
Ellis, Stephen L.
Energy Capital Partners I LP
Energy Capital Partners I-A LP
Evans, Donald L.
Federwisch, Richard R.
FinVest Capital Ltd.
Frier, Harry Leonard, Jr.
Geary, John William
Goldman Sachs & Co.
Gooch, Cecily Small
Goodwin, Ricky Bob
Grace, Tommy Glen, Jr.
Greene, M.S.
Griffin, Mark John
GS Capital Partners
GS Capital Partners VI Fund LP
GS Capital Partners VI Parallel LP

GS Global Infrastructure Partners I LP
GS Infrastructure Offshore TXU Holdings LP
GS Institutional Infrastructure Partners I LP
GSCP VI Germany TXU Holdings LP
GSCP VI Offshore TXU Holdings LP
Guillory, Angela Yvonne Williams
Hamilton Lane Co-Investment Fund LP
Harris, Wayne L.
Higdon, Charles A.
Higginbotham, Theron Dale, Jr. "Dale"
Hogan, Timothy Ross "Tim"
HRJ Growth Capital II (NQ) LP
HRJ Growth Capital II LP
HVB Capital Partners AG
Institutional Benchmark (Master Feeder) Ltd.
Institutional Benchmarks Series (Master Feeder) in
respect of the
Jarrell, Freeman, Jr.
Jeanes, Ricky L.
KKR 2006 Fund LP
KKR Associates Reserve LLC
KKR Partners III LP
KKR PEI Investments LP
Kohlberg Kravis Roberts & Co. LP
Koonce, Kimmy Sue
Kopenitz, Stephen John
Kross, David Christopher
Kuwait Investment Authority
Lehman Brothers
LGT Capital Invest Ltd.
Lightle, Curtis L.
MacVest 1 Ltd.
Madden, Fred Webster, Jr.
Mason Capital SPV I LLC
Mason Capital SPV I LP
McBay, Michael Raymond
McCabe, Del Andrew
Meserve, Richard A., Dr.
Meyers, Anthony Michael
Moor, Gary Lee
Moore, Stephanie Zapata
Moore, William A.
Morgan Stanley
Morley Investments Ltd.
NB Co-Investment Group LP
NB Co-Investment Partners LP
NB Fund of Funds XVIII – Co-Investment Holding
LP
NB PEP Investments I LP (Inc.)

NB Secondary Opportunities Pooling LP
NB Tangible Assets Fund LP
New York Life Capital Partners III LP
New York Life Capital Partners III-A LP
Norinchukin Bank, The
Northwestern Mutual Life Insurance Co., The
OPERF Co-Investment LLC
OPTrust Private Equity Direct NA I Inc.
Pearson, Gerry Lee
PI Co-Invest LLC
Quintana Energy Fund-FI LP
Quintana Energy Fund-TE LP
Quintana Energy Partners LP
Quiram, David
Reilly, William K.
Rose, Thomas Wayne
Rosemont Solebury Co-Investment Fund (Offshore) LP
Rosemont Solebury Co-Investment Fund LP
Sageview Capital LP
Savina, James J.
Skidd, Stephen N.
Smith, Donald B.
Smith, Russell Alan
Smith, Stephen L.
Speedy Investment Pte Ltd.
State Street
Stockwell Fund LP
Stonger, D. Frank
Strategic Co-Investment Partners LP
Teachers Insurance & Annuity Association of America
Texas Energy Future Capital Holdings LLC
Texas Energy Future Co-Invest LP
Thompson, Molly M.
Thompson, Von Wade
TPG FOF V-A LP
TPG FOF V-B LP
TPG Management LP
TPG Partners IV LP
TPG Partners V LP
TPG Partners V LP
Tulloh, Brian T.
Whipple, John Christopher
Wilks, Douglas Greg
Williamson, Billie Ida
Young, John F.
Youngblood, Kneeland

**Significant Customers**
ALCOA

BP Energy
Citigroup Energy Inc
DB Energy Trading
EDF Trading North America LLC
Federal Deposit Insurance Corp. (FDIC)
J Aron Co.
Natural Gas Exchange Inc.
NextEra Energy Power Marketing
Shell Energy

**Significant Vendors**
3B Dozer Service
3E Energy Inc.
4-L Engineering Co. Inc.
4-Star Hose & Supply Inc.
5DT Inc.
6 Stones
7-Eleven Inc.
A&E Machine Shop Inc.
A&K Railroad Materials Inc.
A.B. Erwin Welding
A.L. Helmcamp Inc.
A+ Fabrication
AAF International
Aaxion
Abasco LLC
ABB Inc.
ABC Auto
ABL Services Inc.
Able Communications Inc.
Abresist Corp.
Absolute Consulting Inc.
Academy of Medicine Engineering & Science of
Texas
ACAP Health Consulting
Accenture LLP
Access Industrial Maintenance Inc.
Accretive Solutions-Dallas LP
Ace Welding & Fabrication
ACFM Inc.
ACM Global High Yield Offshore
ACT Independent Turbo Services
ACT Pipe & Supply Inc.
Action Cleaning Systems
Action Stainless & Alloys Inc.
Acuity Specialty Products Inc.
Acuren Inspection Inc.
Ad Gifts Co. Inc.
Ada Carbon Solutions (Red River) LLC

Ada Carbon Solutions LLC
Ada Environmental Solutions
Ada ES Inc.
ADM Investor Services Inc.
ADP Inc.
Advanced Analytical Laboratories
Advanced Industries Inc.
Advanced Technologies Consultants
AEC Powerflow
Aecom Technical Services Inc.
Aegis Communications Group
Aegis Insurance Services
Aeon PEC
AEP Energy Partners Inc.
AEP Southwestern Electric Power Co.
AEP Texas Central Co.
AEP Texas North Co.
Aequity Holdings LLC
Aerometric Inc.
Aerovironment Inc.
Aerzen USA
Aetna
Aetna Hartford
Aetna Inc.
Agency/Medium Term Finance
Aggreko Inc.
Aggreko LLC
Agilent Technologies
AGT Services
Air Hygiene International Inc.
Air Liquide America Specialty Gases LLC
Air Mac Inc.
Air Power Sales & Service
Airgas
Airgas Safety
Airgas Specialty Products
Akron Consulting LLC
Albemarle Corp.
Alden Research Laboratory Inc.
Alecom Metal Works Inc.
Alimak Hek Inc.
Alin Machining Co. Inc.
All Pro Automotive
All State Industries Inc.
Allen Machine & Equipment
Allen Sherman Hoff
Allen Systems Group Inc.
Allen's Electric Motor Service
Allen's Electric Motors

Alliance Power Group
Alliant Energy Corporate Services Inc.
Allied Electronics Inc.
Alloys & Components Southwest
All-State Belting LLC
Allstate Groundwater Control
All-Tex Pipe & Supply Inc.
Allums, Ramona
Alman Construction Services
Alman Electric Inc.
Alpha Coal Sales Co. LLC
Alpha Erosion Products
Alpha Natural Resources
Alpha Services
Alstom Power
Altran
Aluminum Co. of American (Alcoa)
Amber L. York Trust
Ameco
Ameralloy Steel Corp.
Amercable
Ameren Energy Generating Co.
Amerex Brokers LLC-Emissions
Amerex Brokers LLC-Gas
Amerex Brokers LLC-Power
Amerex Brokers LLC-Retail
American Air Filter
American Airlines Center
American Coalition For Clean Coal Electricity
American Corporate Partners Inc.
American Crane & Equipment Corp.
American Efficiency Services LLC
American Electric Power Inc.
American Elevator Technologies
American Gear & Pump
American Hydraulics
American International Group
American Legislative Exchange Council
American List Counsel
American Multi-Cinema Inc.
American Power Services Inc.
American Red Cross
American Red Cross - Dallas Area Chapter
American Trainco Inc.
Ameritek
Ameritek Plant Services LLC
Ametek Solidstate Controls
Amplifinity Inc.
Amsted Rail

Anadarko E&P Onshore LLC
Analysis & Measurement Services Corp.
Analytic Partners Inc.
Ancira Ford
Ancira Winton Chevrolet Inc.
Anderson County (TX)
Anderson Fertilizer
Anderson Greenwood Crosby Valve
Andrews Transport Inc.
Anixter-Dallas
Ann Mcgee Cooper & Associates Inc.
Anthony Mechanical Services Inc.
Aon (Bermuda) Ltd.
Aon eSolutions Inc.
Aon Risk Services Southwest Inc.
AP Services LLC
Apache Corp.
Apex Geoscience Inc.
APG Consulting Inc.
API Systems Group Inc.
Applabs Tech Pvt Ltd.
Applegate Commodities LLC
Applied Energy Co. LLC
Applied Industrial Technologies Inc.
Apptio Inc.
Apptricity
APS American LLC
Aramark Uniform Services
Arbill Industries Inc.
Arborgen LLC Livingston
Arch Coal Sales Co. Inc.
Archon Resources LLC
Areva Inc.
Areva NC Inc.
Areva NP Inc.
Argo Power Services Ltd.
Ariba Inc.
Arinc Inc.
Arkansas Industrial Machinery Inc.
Arkansas Oklahoma Railroad Co. Inc.
Arlington Urban Ministries
Armstrong International Inc.
Arnold & Porter LLP
Arrow Geomatics Inc.
Arrowhead Contractor Supply Inc.
Arthur Temple College of Forestry
Asbestos Removal Inc.
Ascend Performance Materials
Asgco Manufacturing Inc.

Asher Media Inc.
Assistance Center of Collin County (TX)
Association of Electric Cos. of Texas
AT&T
AT&T Corp.
ATC Nuclear
Atkins North America Inc.
Atlas Commodities LLC
Atlas Copco
Atlas Copco Compressors LLC
Atlas Manufacturing Co. Inc.
ATR Inc.
Atwood, Sarah
Aumund Corp.
Austin White Lime Co.
Automatic Systems Inc.
Automation Service
Automation Technology Inc.
Autonomy Inc.
Avenue Omnibus Account LLC
AWC Inc.
Axon Solutions Inc.
Ayco Co. LP
Azima DLI
Azima Inc.
B&D Industrial & Mining Services Inc.
B&G Machine Inc.
B&K Services
B&W Power Generation Group Inc.
B.E. Consulting Inc.
B3 Systems Inc.
Babcock & Wilcox
Babcock & Wilcox Power Generation Group Inc.
Bait Barn Fisheries, The
Baker Botts LLP
Baker Hughes Inc.
Baker, James A., III
Baker, Thomas L.
Baldwin Metals Co. Inc.
Bamert Seed
Bank of New York Corporate Trust Admin
Support, The
Bank of New York Mellon Corporate Trust
Municipal, The
Bank of New York Mellon Corporate Trust, The
Bank of New York Trustee, The
Bank of New York, The
Bank One Purchasing Card
Bank One Travel Card

Barco Inc.
Barlett Nuclear Inc.
Baro Cos.
Baro Holdings Inc.
Barr Engineering Co.
Barry Sibul Co.
Barsco
Bartley, Jimmy
Bartley, Virginia
Basis Technologies Inc.
Bass Engineering Co. Inc.
Bastrop County Tax Office (TX)
Bay Area/General Crane Service
Bayless Auto Supply
Baylor Health Care System
Bazaarvoice Inc.
BCS Stop & Go Potties
Beach Street Consulting Inc.
Beacon Aviation Inc.
Beacon Training Services Inc.
Becht Engineering Co. Inc.
Bechtel Power Corp.
Beckville Independent School District (TX)
Bell Helicopter Textron Inc.
Bellomy Research
Benchmark Industrial Services
Bendco
Benetech Inc.
Bentley Systems Inc.
Bently Nevada Corp.
Beshear Group Inc.
Best Mechanical Inc.
Best Pump Works
Best Pumpworks
Bete Fog Nozzle Inc.
Beveridge & Diamond PC
BFI Pumps Inc.
BFI Waste Systems of North America LLA
BG Construction
BHP Billiton Olympic Dam Corp. Pty Ltd.
BI Inform Global
Bibb, Kyle
Big Dumpster, The
Bipartisan Policy Center
Bi-State Rubber Inc.
Black & Veatch Corp.
Bland Construction Co.
Blevins, Michael R.
Bloomberg LP

Blue & Silver Energy
Blue Cross Blue Shield Health Care Services Corp.
Blue Flame
Bluewater Strategies LLC
BMT WBM Inc.
BNL Industries Inc.
BNSF Railway Co.
BNY Mellon
Bob Lilly Professional Marketing
Bolin Construction Inc.
Bolttech Mannings
Boomi Inc.
Boral Material Technologies Inc.
Border States Electric Supply
Boron Products LLC
BOSC Mutual Fund
Boston Consulting Group Inc.
Boston Mutual Life
Bowdens Guaranteed Hydromulch
Box Inc.
Boy Scouts of America
BP America Production Co.
BP Energy Co.
Bracewell & Giuliani LLP
Brahmtex Inc.
Brake Supply Co.
Brake Supply-Southwest Inc.
Brazos Mag LLC
Brazos River Authority (TX)
Brazos Valley Parts Co.
Brazos Wind LP
Breaktime Solutions
Brenntag Southwest Inc.
Brian Kelly Glass & Mirror Co. Inc.
Bridgeline Digital
Bridgestone Americas Tire Operations
Brighter Tomorrows Inc.
Britjon Co. LLC
Broadspire Services Inc.
Brooks, Johnny Earl
Brooks, Mark Edward
Brown McCarroll LLP
Bryan & Bryan Asphalt Road Oil Co.
Bryan Cave LLP
Bryan Hose & Gasket - Rockdale
Bryan Hose & Gasket Inc.
BSG TPV LLC
BTU Brokers Inc.
Buckman Laboratories Inc.

Buffalo Industrial Supply Inc.
Build Computer Products
Burns & McDonnell
Burns & McDonnell Engineering Co.
Business Imaging Systems Inc.
Business Interiors
Business Wire
Butler & Land Inc.
Butler Materials
BWF America Inc.
BWM Services
C&E Air Conditioning Services
C.L. Smith Industrial Co.
CAFCO
Calder Testers Inc.
Call Center Concepts Inc.
Call Communications Inc.
Camcorp Inc.
Cameco Corp.
Cameco Inc.
Camelot Communications Ltd.
Cameron Compression Systems
Cameron International Corp.
Cameron Technologies
Camp Central Appraisal District (TX)
Camp County Land & Title Co.
Campbell, David
Canberra Industries Inc.
Cantu Foods & Marketing Corp.
Capco Contractors Inc.
Capco Fabricators Inc.
Capco Supply
Capcorp Inc.
Capgemini North America Inc
Capital City Janitorial Inc.
Capps True Value Hardware & Ag Center
Caremark
Cargill Inc.
Cargill Salt
Carl White Chevrolet
Carlson Software
Carrollton Farmers Branch Independent School District (TX)
Carry The Load
Carthage Machine & Welding Inc.
Carver PA Corp.
Case M&I LLC
Cassidy Turley
Cassidy Turley Midwest Inc.

Castell Interlocks Inc.
Castro Roofing of Texas
Cat Financial Capital Solutions
Caterpillar Financial Corp.
Caterpillar Financial Services Inc.
Caterpillar Global Mining Field Services LLC
Caterpillar Global Mining LLC
Catholic Charities Diocese of Fort Worth
Cattron Group International
Cavazos, Eddie
Cayuga Independent School District (TX)
CBP Engineering Corp.
CBRE Investors AAF Strategic Partners US Value 5
CBREI ITF Calstrs-Dallas Tower
CBS Roofing Services
CCC Group Inc.
CDF Services Inc.
Ceco Sales Corp.
CED - Consolidated Electrical Distributors Inc.
CED Fort Worth Credit
CED/Interstate Electric Co.
Cedar Hill Food Pantry
Celanese
Celanese Chemicals
Cellxion LLC
Celtex Industries
CEMS Professional Services LLC
Cemspro
Center Operating Co. LP
Centerpoint Energy
Centerpoint Energy Gas Receivables LLC
Central Marketing
Central Texas Security & Fire
Century Geophysical Corp.
Century Weatherproofing Inc.
Certrec Corp.
Cervantes Delgado Inc.
Cesco Inc.
CFC Cleaning & Security Service
CFJ Manufacturing
CGS Brokerage LLC
CH2M Hill Inc.
Chapman Construction Co. LP
Checkpoint Consulting LLC
Chemical Lime Co. of Texas
Chemical Lime Inc.
Chemical Weed Control Inc.
Chemtex

Cherokee Central Appraisal District (TX)
Cherokee County (TX)
Chesapeake Energy Corp.
Childrens Medical Center (Dallas, TX)
Choice Energy Services Retail LP
Choice Natural Gas LP
Choose Energy LLC
Christian Information & Services Center
Chubb & Son
Chuck Ward & Associates Inc.
Chumley, Brenda Joyce
CI Actuation
CIO Executive Council
Circuit Breaker Sales & Repair Inc.
Cistera Networks
Cit Group/Equipment Financing Inc.
Citibank NA
Citibank NA Corporate Asset
Citibank New York
Citrix Systems Inc.
Cladtec (Texas)
Clark Welding Services
Clary E&I Services LLC
Clay Cooley Nissan
Clearview International LLC
Click2learn.com Inc.
Cloud Peak Energy LLC
Clowers Co.
Clyde Bergemann Inc.
Coal Combustion Inc.
Coalfire Systems Inc.
Coastal Chemical LLC
Coffield, H.H., Estate of, Deceased
Cohesive Solutions
Collin County (TX)
Colloid Environmental Tech LLC
Commiato's Machine & Repair Service Inc.
Communications Direct Inc.
Community National Bank & Trust
Community Services Inc.
Commvault Systems Inc.
Como-Pickton Independent School District (TX)
Compass Professional Health Services
Compass Royalty Management LLC
Compete
Competitive Cleaning
Competitive Cleaning Services
Compressor Controls Corp.
Computer Associates

Computer Associates International Inc.
Computer Engineering Services
Computershare
Comverge Inc.
Concentra Health Services Inc.
Conco Services Corp.
Conco Systems Inc.
Condit Co. Inc.
Conference Board
Consolidated Communications
Consolidated Mine Service Inc.
Constellation Energy
Constellation Energy Commodities Group Inc.
Construction Industry Solutions Corp.
Container Products Corp.
Contech Construction
Contech Construction Products
Continental Field Systems
Continuant
Contractor's Supplies Inc.
Control Components Inc.
Control System & Instrumentation Consultants Ltd.
Control Systems Co.
Controlled Fluids Inc.
ConverDyn
Conveying Solutions LLC
Cooling Tower Maintenance & Repair
Cooper Clinic PA
Coppell, City of - Coppell Independent School District (TX)
Coquest Energy Services Inc.
Core Visual Inspection Services
Corporate Executive Board
Corporate Green Inc.
Corporate Trust Agency
Corporate Trust Clearing
Corptax LLC
Corrosion Control Services
Corrosion Eliminator Inc.
Corrpro Cos. Inc.
Cosa Instrument Corp.
Cosa Xentaur Corp.
Courtney Construction Inc.
Cover-Tek Inc.
Covington & Burling
Coyote Designs
Crane Environmental
Crane Nuclear
Crawford & Co.

Crawford Electric Supply
CRC Group Inc.
Credit Suisse Energy LLC
Credit Suisse International
Credit Suisse Securities USA LLC
Credit Systems International Inc.
Crimson Engineered Solutions LLC
Crisp Industries Inc.
Critical Assets
Critical Power Exchange LLC
Crocker Reclamation
Croft, Warner B.
Cross Cleaning Solutions LLC
Cross Country Home Services Inc.
Crowe Horwath LLP
Crown Products Inc.
CSC Communications Supply Corp.
CSC Engineering & Environmental Consulting
CSI
CSI Global Deposition Services
CSS Direct Inc.
CSW Superior Corp.
CT Corp. System
CTI
Cummins Southern Plains Inc.
Cummins Southern Plains LLC
Cummins Southern Plains Ltd.
Curtis-McKinley Roofing & Sheet Metal Inc.
Custom Hose & Supply
Cutsforth Inc.
CVMS Waco Data Partners LLC
Cyara Solutions Corp.
Cypress Fairbanks Independent School District (TX)
D&B - Dun & Bradstreet
D&C Cleaning Inc.
Dakota Distributing LP
Dallas Aerial Surveys Inc.
Dallas Arboretum
Dallas Convention Center Hotel Development Corp.
Dallas County (TX)
Dallas County Health & Human Services (TX)
Dallas County Tax Office (TX)
Dallas Film Society Inc.
Dallas Regional Chamber
Dallas Stars
Dallas USCM Event Host Committee
Damper Co. of America
Darchem Engineering Ltd.
Darr Equipment LP

Darr Lift
DART Revenue Department
Dashiell LLC
Data Exchange
Data Systems & Solutions
Dauplaise, Catherine E.
David Round Co., The
Davis Motor Crane Service
DB Energy Trading LLC
DCI Group LLC
Dealers Electrical Supply
Deatech Consulting Co.
Debault Welding
Deepdive Networking Inc.
Defrance, Kenneth
Defrance, Ronald Joseph
Delek Refining Ltd.
Dell Computer Corp.
Dell Marketing LP
Dell USA LP
Delta Fabrication & Machine
Delta Rigging & Tools Inc.
Denbury Resources Inc.
Dennis Cameron Construction & Equipment LLC
Depend-A-Can Co.
Depository Trust Co.
Derek Scott's Auto Park
Design Assistance Corp.
Detroit Edison Co.
Devonway Inc.
Dezurik Inc.
DFW Communications
DFW Minority Supplier Development Council
DHL Analytical
Diamond Power
Diamond Power International Inc.
Diamond Power Specialty
Diamond Systems
Dick & Sons Diving Service
Didrikson Associates Inc.
Diesel Power Supply Co.
Dieste Inc.
Directory Concepts
Dirgin Water Supply Corp.
Diversified Drilling Services Inc.
Dixie Equipment LLC
DMC Carter Chambers Inc.
Dodson Trucking Inc.
Don Drive Interiors Inc.

Doyenne Constructors LLC
DPC Industries Inc.
Drake Controls
Dresser Direct
Dresser Inc.
Dresser-Rand Co.
Dresser-Rand/Leading Edge
DSS Fire Inc.
DST Output Central LLC
DTE Energy Trading Inc.
Duff & Phelps LLC
Duggins Wren Mann & Romero LLP
Duncanville Independent School District (TX)
Duncanville Outreach Ministry
DV Studios
DXP Enterprises Inc.
Dynamic Equipment & Systems Inc.
Dynamo Suite LLC
EADS Co., The
Eagle Burgmann Industries LP
Earth Technology Pty Ltd.
East Baton Rouge Parish (LA)
East Texas Seed Co.
East Texas Wildlife Damage Control
Eastern Instruments
Eastern Technologies Inc.
Eastex Telephone Coop Inc.
Eaton Corp.
ECE Consulting Group Inc.
Ecochem Analytics
Ecova Inc.
Edge Energy LLC
EDH Electric Inc.
Edison Electric Institute
Edko LLC
Effective Environmental Inc.
Efficient Attic Systems LP
Effox Inc.
Effox-Flextor
EIS
Ekato Corp.
El Campo Spraying Inc.
Electrical Builders Inc.
Electrical Controller Products
Electrico Inc.
Electromark Co.
Electro-Motive Diesel Inc.
Elk Engineering Associates Inc.
Elliott Electric Supply

EMANI
EMC Corp.
Emerson Network Power
Emerson Process Management Power & Water Solutions Inc.
Empirix Inc.
Employment Learning Innovations Inc.
Empower Software Solutions
Enduro Composites Inc.
Enercon Services Inc.
Enerflex Energy Systems Inc.
Energy & Process Corp.
Energy Edge Consulting LLC
Energy Federation Inc.
Energy Laboratories
Energy Link LLC, The
Energy Northwest
Energy Pac
Energy Portfolio Associates LLC
Energy Services Group Inc.
Energy Steel & Supply Co.
Energy Transfer Fuel LP
EnergySolutions Services Inc.
Enertech Unit of Curtiss-Wright Flow Control Co.
Enertechnix
Engine Systems Inc.
Engineered Casting Repair
Engineering Consultants Group Inc.
Engineering Resources LLC
Enkitec LP
Enrich Consulting, Inc.
Enserco Energy Inc.
Ensuren Corp.
Entech Sales & Service Inc.
Entergy Operation Inc.
Enviance Inc.
Environment/One Corp.
Environmental Systems Corp.
Enze, Charles Ray
EOAC
E-On Climate & Renewables
EOP Group, The
EOX Holdings LLC
Episcopal Foundation of Texas
EPM Power & Water Solutions Inc.
EPRI
EPS LLC
Equifax Information Services LLC
Equipment Depot

Equipment Imaging & Solutions Inc.
Equivalent Data
ER Solutions Inc.
E-Rewards
Esco Corp.
EscoSupply
E-Source Cos. LLC
E-Source Holdings LLC
ESP - Energy Systems Products Inc.
EST Group Inc.
Estes Okon Thorne & Carr Pllc
Etherios Inc.
Ettl Engineers & Consultants Inc.
Eubanks Auto Electric Inc.
Eubanks, Cindy Marie
Eubanks, Herbert E., Jr.
Evercore Group LLC
Everest Dallas Channels Inc.
Evolution Markets Inc.
Evolve Research
Excel Carbon & Alloy Corp.
Excel Foundry & Machine Inc.
Exec Security Services Co.
Exelon Generation Co.
Experian Business Information Solutions Inc.
Explosive Professionals Inc.
Exponent Inc.
Expro Specialized Services Inc.
Extend Health Inc.
Ezell Construction
F.E. Hill Co Ranch Ltd.
F.E. Moran Inc.
Factory Mutual Insurance Co.
Falkenberg Construction
Family Resource Center
Fannin Central Appraisal District (TX)
Fastenal Co.
FBE Construction Ltd.
FCX Performance Inc.
Federal Emergency Management Agency (FEMA)
Federal Signal Corp.
Feedback Plus Inc.
Ferguson Enterprises
Ferguson Waterworks
FFG Enterprises Inc.
Fidelity Employer Services Co. LLC
Fidelity Investments Treasury Fund
Fidelity National Title Insurance Co.
Fina, Michael C.

Financial Engineering Associates
Firehost Inc.
Firetrol Protection Systems Inc.
First Acquisition Republic Group
Fiserv Inc.
Fish & Richardson PC
Fisher Controls / IVS
Fisher IT Inc.
Fisher Scientific
Fitch Inc.
Flanders Electric Inc.
Flanders Electric Ltd.
Flexco
Flint Hills Resources LP
Flir Commercial Systems Inc.
Floresville Ford Mercury Ltd.
Flow Solutions Inc.
Flowmatics Inc.
Flowserve Corp.
Flowserve Pump Division
Flowserve US Inc.
Flowserve USA
FLSmidth Airtech
FLSmidth Airtech AFT Division
FLSmidth Inc.
FLSmidth Krebs Inc.
Fluid Engineering
Fluor Global Services
Foresee Results Inc.
Forrester Research Inc.
Forsythe Solutions Group Inc.
Fort Worth Gasket & Supply
Fort Worth, City of (TX)
Forward Energy Group LLC
Foster Wheeler North America Corp.
Four States Petroleum Transport Inc.
Fox Scientific Supplies & Equipment
Foxworth Galbraith
Franklin Auto Supply
Franklin Covey Co.
Franklin Independent School District (TX)
Freepoint Commodities LLC
Freese & Nichols Inc.
Freestone County (TX)
Freestone County Title Co.
Frham Safety Products Inc.
Frisco Construction Services
Frisco Stadium LLC
Fronek Power Systems LLC

Frontier Associates LLC
Frontier Surveying
Frontier Trading Co. Inc.
Frost Crushed Stone
Fuel Exchange LLC
Fuel Tech Inc.
Fulbright & Jaworski LLP
Furmanite America
Furmanite Inc.
Future Com Corp.
G&K Services
G&L Mechanical Contractor LP
G2 Electrical Testing & Consulting LLC
Gajeske Inc.
Galaxytech
Gamble, Phil, Attorney at Law
Gardner Denver Nash
Garland Independent School District (TX)
Gartner Group
GBT Steel Group
GC Services LP
GCP Americas LLC
GCR Truck Tire Centers Inc.
GE Analytical Instruments
GE Capital
GE Control Solutions
GE Energy
GE Energy Control Solutions Inc.
GE Energy Motors
GE Energy Parts
GE Inspection Technologies LP
GE Intelligent Platforms Inc.
GE International Inc.
GE Mobile Water Inc.
GE Technology Finance
GE Transportation Finance
Gel Laboratories LLC
Gem-Trim LLC
General Atomics
General Datatech LP
General Electric Co.
General Electric International Inc.
General Insulation
General Physics Corp.
Generator & Motor Services Inc.
Genesis Systems Inc.
Genesys Telecommunications Laboratories Inc.
Genilogix LLC
Genscape Inc.

Georgetown Railroad Co.
Georgia Western
Geo-Solutions Inc.
Gexpro
GFI
GFS Texas
Gimmal Group Inc.
Gimmal LLC
GK Techstar LLC
Glacken, Pamela Shawn
Gleason Reel
Glen Rose Independent School District (TX)
Glen Rose Medical Clinic
GLM DFW Inc.
Global Bondholder Services Corp.
Global Consulting Partners
Global Energy Decisions Inc.
Global Ice Blasting Inc.
Global Rail Systems Inc.
Goddard Enterprises
Godwin Pumps of America
GOH Medical PA
Golder Associates Inc.
Goldman Sachs & Co.
Goldman Sachs Fund Group
Good Samaritan Ministries
Good Shepherd Medical Center
Goodall Rubber Co.
Google Inc.
Gorrondona & Associates Inc.
Gosdin's Dozer Service
GP Strategies Corp.
Grace - Grapevine Relief and Community
Exchange
Graebel
Grainger
Grand Prairie United Charities
Graphic Products
Grasslander
Graver Technologies
Great Place to Work Institute
Great Southwestern Fire & Safety
Greater East Texas Community Action Program
Greenberg Grant & Richards Inc.
Greenbrier Rail Services
Greene, M.S.
Green's Custom Services
Greens Port Ship Channel Partners
Gregg County (TX)

Gregg Industrial Insulators Inc.
Greg's Overhead Door Services Inc.
Griffin Restoration Inc.
Groppe Long & Littell
GTTSI - Global Technical Training Services Inc.
Guaranty Title Co.
Gulf States Toyota Inc.
Gurrola, Juan
Guy Brown Management LLC
Guy Brown Medical
Guy Brown Products
GXS
H&E Equipment Services
H.E. Spann Co. Inc.
H.H. Howard & Sons Inc.
H5 Farms LLC
Hach Co.
Hagemeyer North America
Haggin Marketing
Haldor Topsoe Inc.
Hamon Custodis Inc.
Hanes Geo Co.
Hanning, Pamela D.
Hanning, Rickey L.
Hannon Hydraulics
Hanson Aggregate
Harlow Filter Supply Inc.
Harold Beck & Sons Inc.
Harris County Community Services (TX)
Harris Industries Inc.
Harrison County Glass Co.
Hatfield & Co.
Hawk Installation & Construction Inc.
Hawkins & Parnell
Hawkins Parnell Thackston & Young LLP
Haynes & Boone LLP
Hayward Tyler Inc.
HCL America Inc.
HD Supply Construction Supply Ltd.
HD Supply Utilities Ltd.
HDR Engineering Inc.
Headwaters Resources Inc.
Health Testing Solutions LP
Helmick Corp.
Helmsbriscoe Performance Group LLC
HELP Center Community
HELP Center of Temple
Helwig Carbon Products Inc.
Henderson County (TX)

Henry Pratt Co.
Henson Motor Co.
Heritage Title & Abstract
Hertz Equipment Rental
Hesse & Associates Inc.
Hewitt Associates LLC
Hewlett Packard Financial Services Co.
Hewlett-Packard
HF & Associates Inc.
High Temperature Technologies
High Voltage Inc.
Highway Machine Co. Inc.
Hildreth, John
Hill + Knowlton Strategies
Hillhouse Power Solutions Inc.
HireRight Inc.
Hitachi Data Systems
Hitachi Data Systems Credit Corp.
Hitachi Power Systems America
Hi-Tech Testing Service Inc.
Hoist & Crane Service Group
Holliday Fenoglio Fowler LP
Holman Boiler Works Inc.
Holmes Murphy & Associates Inc.
Holt Cat
Holt Cat Rental
Holtec International
Honeywell Inc.
Honeywell Industry Solutions
Hood Central Appraisal District (TX)
Hood County (TX)
Hooper, Christine P.
Hopkins County Tax Office (TX)
Hopson Services Co. Inc.
Horiba Instruments Inc.
Houston Zoo Inc.
Howden Buffalo Inc.
Howden North America
Howser, Virginia P.
HRchitect Inc.
HRWK Inc.
Hubbell Power Systems
Humphrey & Associates Inc.
Hunter Office Furniture
Husch Blackwell LLP
Husch Blackwell Sanders LLP
Hydradyne Hydraulics
Hydroaire Service Inc.
Hydrotex Dynamics Inc.

Hydrovac Services Inc.
Hyperspring LLC
I&O Communications
IBEW Local Union #2078
IBEW Local Union #2078 Dues
IBEW Local Union #220
IBEW Local Union #2337
IBEW Local Union #2337 Dues
IBM Corp.
Icap Energy LLC
Icap United Inc.
ICE US OTC Commodity LLC
iCrossing Inc.
Ideal Direct Marketing Execution
I-Deal LLC
IEX Corp.
IHS Global Inc.
Ikard Wynne LLP
ILRT Inc.
Imagemaker Post Inc.
Imagination Branding
IMG College LLC
Imperium Public Affairs
Independent Air Brake Service
Industrial Electric Motor Co
Industrial Electronic Supply Inc.
Industrial Lubricant Co.
Industrial Refractory Services
Industrial Silo Source Inc.
Industrial Supply Solutions Inc.
Industry Services Group Inc.
Inficon Inc.
Infogroup Enterprise Solutions
Information Alliance
Ingersoll-Rand Air Center
Ingersoll-Rand Co.
Ingram Enterprises Inc.
Inmotion Scales
Innis Co., The
Innovative Control Solutions
Innovative Millwork Systems Inc.
Inolect LLC
Instine, Jacquelyn Louise
Instine, Russell Doyle
Institute of Nuclear Power Operations
Instrument & Valve Services Co.
Intec Communications LLC
Intech Inc.
Integrated Global Services Inc.

Integrated Power Services LLC
Integrity Integration Resources
Intella Sales LLC
Interactions Corp.
Intercontinental Exchange Inc.
Interface Flooring Systems Inc.
Interim Management Group Inc.
Intermountain Electronics Inc.
Internal Revenue Service
International Business Machines Corp.
International Exterminator
International Quality Consultants Inc.
Intertek AIM
Intralinks Inc.
Invensys
Invensys Process Systems
Invensys Systems Inc.
Invesco Aim Investment Services
IPC Systems Inc.
Ipsos ASI
Ireland Carroll & Kelley PC
Iris Power LP
Irving Cares
Irving Independent School District (TX)
Irving Independent School District (TX) Tax Office
Irving, City of (TX)
ISC Constructors LLC
Isco Industries Inc.
Isco Industries LLC
ista North America Inc.
ITC Nuclear Fuel Services (Cayman) Ltd.
Itron Inc.
ITT Engineered Valves
IVG Energy Ltd.
J Conly & Associates Inc.
J Givoo Consultants Inc.
J Sugar Co. Inc.
J&S Construction LLC
Jack Central Appraisal District (TX)
Jack County (TX)
Jack W Gullahorn PC
Jackson Kelly Pllc
Jackson Pipe & Steel
Jackson Walker LLP
James A. Baker Production Fund
Jani-King DFW
Jani-King Inc.
Jaster-Quintanilla Dallas LLP
Jay Martin Co. Inc.

JD's Babbitt Bearings LLC
Jellyvision Lab Inc.
Jenfitch LLC
Jernigan, Travis Eugene
Jerry Lang Combustion Consulting
JF Services Inc.
Jimmie Deal Inc.
Jim's Rental Services
JJA Inc.
JK-Co. LLC
JLCC Inc.
JLP Credit Opportunity Master Fund Ltd.
JMEG LP
Joel Wink Equipment Services LLC
John Crane Inc.
Johnson & Pace Inc.
Johnson Controls/York
Johnson Matthey Catalysts LLC
Johnson Matthey Inc.
Johnson Matthey Stationary Emissions Control LLC
Johnson Oil Co.
Jordan & Hall
Joy Global Surface Mining
Joyce Crane
Joyce Steel Erection Ltd.
JP Morgan Chase Bank
JP Morgan Chase Co.
JP Morgan Chase NA
JP Morgan Securities Inc.
JSC Law Enforcement Sales
Judy Newton Land Services LLC
K Street Partners Inc.
K&L Gates LLP
K. Fernandez & Associates
K.D. Timmons Inc.
Kalenborn Abresist Corp.
Kalsi Engineering Inc.
Kansas City Southern Railway
Kansas Gas & Electric
Kasowitz Benson Torres & Friedman LLP
Kastner, Leonard R.
Kastner, Marina Ann
Katy Independent School District (TX)
Kekst & Co. Inc.
Kelly, Mike
Kelm Engineering
Kennametal Inc.
Kennametal Tricon Metals & Services
Kennedy Wire Rope & Sling Co.

Kestrel Power Engineering LLC
Kforce Inc.
KHA Geologics LLC
Kiewit Finance Group Inc.
Klein Products of Texas Inc.
Knighthawk Engineering Inc.
Koetter Fire Protection
Koetter Fire Protection of Austin LLC
Koetter Fire Protection of Longview
Kohlberg Kravis Roberts & Co.
Konecranes Inc.
Konecranes Nuclear Equipment & Services
Koso America Inc.
Koso America/Rexa
Kownurko, William A.
Kramer Levin Naftalis & Frankel
Kria Systems Inc.
KSB Inc.
Kusin, Gary
L&H Industrial
L-3 Communications
Lacy Surveying Inc.
Lambert Oil Co. Inc.
Lancaster Outreach Center
Landauer Inc.
Landon Alford
Lanier Parking Solutions
Larrett Inc.
Lauck Group, The
Lauren Engineers & Constructors Inc.
Laurie Fenstemaker Pair
Layne Christensen Co.
Lay's Manufacturing Inc.
Lay's Mining Service
Lazard Freres & Co. LLC
LCG Consulting
LCM Technology Lc
LCRA Transmission Services Corp.
Leadership Resource Center
Leak Detection Services
Leclairryan PC
Leco Corp.
Lectrodryer LLC
Lee County Tax Office (TX)
Lee Hecht Harrison LLC
Leeco Energy Services
Leica Geosystems Inc.
Leica Inc.
Levi Ray & Shoup Inc.

Lewis, Gibson D.
Lewis-Goetz & Co. Inc.
Lexair Inc.
Lhoist North America
Lhoist North America of Texas
Liberty County (TX)
Liberty Mutual Group
Liberty Mutual Insurance Co.
Liberty Power
Life Account LLC
Lillard Wise Szygenda Pllc
Limestone County (TX)
Lin R Rogers Electrical Contractors Inc.
Lindig Construction Inc.
Lionstone CFO Two Ltd.
Liquid Process Technologies
Littler Mendelson PC
Live Energy Inc.
LivePerson Inc.
Lochridge-Priest
Locke Lord Bissell & Liddell
Lockton Cos. LLC
Locomotive Service Inc.
Lone Star Air & Hydraulics LLC
Lone Star Chevrolet
Lone Star Railroad
Lonestar Actuation
Lonestar Group Consulting Services LLC
Lonestar Group LLC, The
Long Industries
Longview Bridge & Road Inc.
Longview Fab & Machine Inc.
Loomis Sayles Bond Fund
Loomis Sayles Strategic Income Fund
Lormar Reclamation Service
Louisiana Energy Services
Louisiana Enrichment Services
Love Title & Abstract
LP Amina LLC
LPB Energy Consulting
LPI Consulting Inc.
LRS-RDC Inc.
Lubrication Services LLC
Lufkin Electric Co. Inc.
Lufkin France
Lufkin Industries Inc.
Lufkin Rubber & Gasket
Lyle Oil Co.
M&C Products Analysis Technology Inc.

M&S Technologies Inc.
M.T. Casey & Associates
M.W. Smith Equipment Inc.
Mackson Inc.
Macquarie Energy LLC
Macquarie Futures
Madison Group LLC
Magellan Behavior Health Inc.
Magellan Behavioral Health
Magnetic Instrumentation Inc.
Magnetic Instrumentation Inc.
Magnetrol International Inc.
Magnolia Independent School District (TX)
Magnum Engineering & Controls Inc.
Magnum Technical Services
Mainline Information Systems Inc.
Maintenance Engineering Corp.
Mammoet USA Inc.
Management Associated Results Co.
Management Resources Group Inc.
Mannings USA
Maptek
Marco Inspection Services LLC
Marco Specialty Steel Inc.
Mario Sinacola & Sons
Mario Sinacola & Sons Excavating Inc.
Marketing Arm Inc., The
MarketNet Inc.
Markit Group Ltd.
Marriott International Inc.
Martin Engineering
Martin Luther King Community Center
Martin Marietta Materials Inc.
Martzell & Bickford
Mass Technologies Inc.
Mastec North America Inc.
Mastercraft Business Forms Inc.
Mastercraft Printed Products & Services
Master-Lee Engineered Products
Masterplan
Matheson Tri-Gas
Mathilde E. Taube Living Trust A
Mathilde E. Taube Living Trust B
Mathworks Inc., The
Mayhan Fabricators Inc.
MC2 Energy LLC
McAdams Road Advisory LLC
McAulay Firm, The
McCollum Electronics Inc.

McCombs School of Business
McConnell & Jones LLP
McConway & Torley Group
McCullough & Associates
McDermott Will & Emery
McDonald Public Relations Inc.
McDonald, Margie
McDonough Construction
McGivney & Kluger PC
McGivney & Kluger PC Trust
McGlinchey Stafford Pllc
McGuirewoods Consulting LLC
McGuireWoods LLP
McJunkin Red Man Corp.
McKinney, City of (TX)
McLennan County (TX)
McMaster-Carr Supply Co.
McNichols Co.
Mechanical & Ceramic Solutions Inc.
Mechanical Dynamics
Mechanical Dynamics & Analysis Inc.
Mechtech Inc.
MECO Inc.
Media Management
Medium Term Finance
Medsafe
Megger
Mehlman Vogel Castagnetti Inc.
Mellon Bank
Mellon Trust of New England NA
Menardi
Menardi Mikropul LLC
Mercer
Mercer Human Resource Consulting
Mercer Rubber Co.
Merico Abatement Contractors Inc.
Meridium Inc.
Merrick Industries
Merrill Lynch Capital Services
Merrill Lynch Commodities
Merrill Lynch Pierce Fenner & Smith
Merritt, Dorothy
Meserve, Richard A., Dr.
Mesquite Social Services
Mesquite Tax Fund (TX)
Metabank
Metco Environmental
MetLife
Metrocrest Service Center

Metso Minerals Industries Inc.
Mexican American Legislative Policy Council
Mfg Industrial Corp
Mgroup Strategies
MHC X-Ploration Corp.
Michael C Fina Corporate Sales Inc.
Michelin North America
Michelin Tire Co.
Michelin Tire Corp.
Microsoft Corp.
Microsoft Licensing GP
Midco Sling & Cable Co.
Midco Sling of East Texas
Midlothian Cement TXI Operations
Midwesco Filter Resources Inc.
Midwest Energy Emissions Corp.
Midwestern State University
Mignon McGarry
Milam County (TX)
Milbank Tweed Hadley & McCloy LLP
Millco Advisors LP
Miller & Chevalier
Miller & Chevalier Chartered
Miller Chevalier
Miller Electric Co. - Dallas
Miller Electric Co. - Orlando
Miller-Starnes Chevrolet Buick Inc.
Mimeo.com Inc.
Mincom Inc.
Mine Service Inc.
Mine Service Ltd.
Minority Alliance Capital
Mirion Technologies
Mirion Technologies (MGPI) Inc.
Mission Arlington
Missouri & Northern Arkansas Railroad Co. Inc.
Missouri Department of Revenue
Mistras Group Inc.
Mitchell County (TX)
Mitsubishi Electric Power Products Inc.
Mobile Enterprises Inc.
Model Metrics Inc.
ModSpace
Modular Space Corp.
Moltz Morton O'Toole LLP
Moody's Analytics Inc.
Moody's Investors Service
Morgan Stanley & Co. Inc.
Morgan Stanley Capital Group Inc.

Morgan Stanley Capital Services
Morgan Stanley Institutional Liquidity Funds
Morgan Stanley Treasury Portfolio Funds
Morris Material Handling Inc.
Mosby Mechanical
Motion Industries
Motiva Enterprises LLC
MP Husky LLC
MPR Associates Inc.
MPW Industrial Water Services
MRC Rail Services LLC
MRDB Holdings Inc.
MRO Software
MTI Industrial Sensors
Munters Corp.
Museum of Nature & Science
Music Mountain Water Co.
Nacogdoches Memorial Hospital
Naes Corp.
Nalco Co.
Napa Auto Parts
Napa Tire & Auto Supply Inc.
NASDAQ OMX Commodities
Nassif Chbani Inc.
National Association of Manufacturers
National Chemsearch
National Field Services
National Filter Media Corp. (NFM)
National Mining Association
National Pump & Compressor (LA)
National Pump & Compressor (TX)
National Switchgear Systems Inc.
Navasota Valley Electric Cooperative
NC Motors & Controls Inc.
NCO Financial Systems Inc.
Nebraska, State of
NEED - National Energy Education Development
NERA - National Economic Research Association
Netco Inc.
Network & Security Technologies
Network of Community Ministries Food Bank
Neu Consulting Group LLC
Neuco Inc.
Neundorfer Inc.
New Pig Corp.
Newark Corp.
NewEdge USA LLC
Newport Group Inc., The
Newport News Industrial Corp.

Nice Systems Inc.
Nix Electric Co.
Noble Americas Gas & Power Corp.
Noble Technical Consultants Inc.
Noblett Electric Motor Service
Nolan Power Group LLC
North American Energy Services
North American Substation Services
North Antelope Rochelle Mine
North Central Ford
North Highland Co., The
North Houston Valve & Fitting Inc.
North Louisiana Land Grading Inc.
North Plains Systems
NorthBridge Group
Northeast Emergency District - Euless
Northeast Texas Machine Welding & Hardfacing Corp.
Northeast Texas Power Ltd.
Northeastern Pavers Inc.
Northgate Arinso
NorthgateArinso Inc.
Nov Wilson LP
Nova Machine Products
Novinium Inc.
Novo 1
NRG Power Marketing Inc.
NRG Power Marketing LLC
Nuclear Electric Insurance
Nuclear Energy Institute
Nuclear Logistics Inc.
NuCompass Mobility Services Inc.
Nucon International Inc.
Nueces County Community Action Agency
NuEnergy Inc.
Nukem Inc.
Nunn Electric Supply
NWP Indian Mesa Wind Farm LP
NWS Technologies LLC
Oakridge Bellows
Oberti Sullivan LLP
Occupational Health Centers of the Southwest
Odessa Pumps & Equipment Inc.
OEAAT Inc.
Office of Surface Mining
Ogletree Deakins Nash Smoak & Stewart PC
Okonite Co., The
Oliver Goldsmith Co. Inc.
Olympus NDT Inc.
O'Melveny & Myers LLP

Omnibound Technologies Inc.
OMS Strategic Advisors LLC
Ondeo Nalco Co.
O'Neal Flat Rolled Metals
O'Neill Athy & Casey PC
OneMain Financial
OneSource Virtual HR Inc.
Online Resources Corp.
Open Text Corp.
Operator Training & Inspection Services LLC
Opnet Technologies
Oracle America Inc.
Oracle Credit Corp.
Orbital Tool Technologies Corp.
Orion Instruments
OSIsoft Inc.
Otis Elevator Co.
Overhead Door Co. of Tyler
Oxea Corp.
P&E Mechanical Contractors LLC
Pala Interstate LLC
Palco Engineering & Construction
Pall Advanced Separations System
Pall Corp.
Pall Trinity Micro
Palmetto Mining Inc.
Palos Enterprises Inc.
Panola County (TX)
Pape Enterprises Inc.
Parago Promotional Services Inc.
Pariveda Solutions Inc.
Park Place Technologies
Parker Auto Supply
Parker, John Cody
Parker, John W.
Parkey Consulting
Particulate Control Technologies
Pasco Inc.
Pastor Behling & Wheeler LLC
Patara Oil & Gas LLC
PATH - People Attempting To Help
Pattern Recognition Technologies
Paul Broussard & Associates Inc.
PCI / Promatec
Pco Div II Inc.
PCPC Direct Ltd.
PCPC Inc.
Peabody Coalsales LLC
Peabody Coaltrade LLC

Peabody Powder River Mining LLC
PEICo / Southern Electric International Inc.
Pennsylvania Crusher Corp.
Performance Contracting Inc.
Perry & Perry Builders Erectors
Perry & Perry Builders Inc.
Perry Street Communications LLC
Peter's Chevrolet
Peterson, Amos J.
Peterson, Jimmy Leo
Philadelphia Gear - a brand of Timken Gears & Services Inc.
Philip Morris Capital Corp.
Philips & Meachum Public Affairs
Phoenix Industrial Services LP
Pierce Construction Inc.
Pierce Pump
Pilgrim International
Pillsbury Winthrop Shaw Pittman
Pinnacle Industries Ltd.
Pinnacle Investigations
Pinnacle Technical Resources Inc.
Pioneer Enterprises
Pioneer Well Services LLC
Pira Energy Group
Pitney Bowes Purchase Power
Pitney Bowes Software Inc.
PKMJ Technical Services Inc.
Plains Pipeline LP
Plant Equipment & Services Inc.
Plastocor Inc.
Platinum Intelligent Data Solutions
Platts - Division of McGraw-Hill
Point 2 Point Global Security Inc.
Polan Culley Advocacy Group
Polygon
Port-A-Jon
Powell Delta /Unibus Division
Powell Electrical Systems Inc.
Power & Industrial Services Corp.
Power Advocate Inc.
Power Brokers LLC
Power Control Systems Engineering Inc.
Power Distribution Products Inc.
Power Engineers Inc.
Power Pac
Power Partners Inc.
Power Plant Outage Services LLC
Power Plant Services

Power Support Inc.
Power System Services Ltd.
PowerAdvocate
PowerRail Distribution Inc.
Powmat Ltd.
Practicing Perfection Institute
PRC Environmental Inc.
Precision Interior Constructors
Precision Landscape Management
Predict Inc.
Preferred Pump & Equipment Inc.
Premier Concrete Products
Premier Technical Services Inc.
Price International Inc.
Priefert Manufacturing Co. Inc.
Prime Controls LP
Prime Energy Services LLC
Princess Three Operating
Princeton Payment Solutions LLC
Print Synergies Inc.
Priority Power Management LLC
Process Solutions Inc.
Process Solutions Integration
Producers Cooperative
Professional Training Technologies Inc.
Progress Rail Inc.
Progress Rail Services
Pro-Line Water Screen Services
Property Cost Systems
Protect Controls Inc.
Pro-Tem
Protiviti Inc.
Provisional Safety Management
Prowell, Anna
PS Energy Group Inc.
PSAM Worldarb Master Fund Ltd.
PSW Inc.
Public Strategies Inc.
PublicRelay Inc.
Puente Brothers Investments
Puffer-Sweiven LP
Pureworks Inc.
PVO Energy LP
Pyramid Security Advisors
Quality Consultants
Quality Fuel Trailer & Tank
Qualtech NP
Qualys Inc.
Quantum Spatial Inc.

Quest Software
R&R Heat Exchangers
R.J. Corman Railroad
R.W. Harden & Associates Inc.
RAB Inc.
RAB of Louisiana Inc.
RAD Trucking Ltd.
Railroad Friction Products Corp
Railworks Track Systems Texas
Ran Davis Software LLC
Rand Worldwide Subsidiary Inc.
Randy Turner Services LLC
Ranger Excavating LP
Rawson Inc.
Rawson LP
Ray W. Davis Consulting Engineers Inc.
RC Facility Services LLC
Reagan Transportation
Reagan, Alta Rae
Red Ball Oxygen Co. Inc.
Red Dot Corp.
Red Man Pipe & Supply Co.
Red River Environmental Product
Red River Pump Specialists LLC
Regional Steel Inc.
Regional Steel Products Inc.
Regulus Group LLC
Relay Security Group
Reliance Insurance
Remote Ocean Systems
Renewal Parts Maintenance Inc.
Republican Governors Association
RES Energy Solutions
Rescar Inc.
Reuters America Inc.
Revenew International LLC
Rexel
Rexel Summers
Reynolds Co., The
Reynolds Industrial Contractors
Riata Ford
Rice University
Richard Parker Family Trust
Richards Group, The
Richie, Carl S., Jr., Attorney at Law
Richwood Industries Inc.
Rickey N. Bradley Feed & Fertilizer
Ricochet Fuel Distributors
Rightnow Technologies Inc.

Rimpull Corp.
River City Valve Service Inc.
Robert E. Lamb Inc.
Robert J. Jenkins & Co.
Roberts & Spencer Instrument Co.
Roberts Coffee & Vending
Roberts, Jack
Robertson County (TX)
Robinson Fans Inc.
Rockbestos Surprenant Cable Corp.
Rocket Software Inc.
Rolling Plains Management Corp.
Romco Equipment Co
Romero's Concrete Construction
Ronan Engineering Co.
Rosemount Analytical
Rosemount Inc.
Rosemount Nuclear Instruments Inc.
Ross, Alicia Bee
Ross, John Michael
Rotaserv LP
Rotating Equipment Repair Inc.
Round Rock Area Serving Center
Roussel & Clement
RPM Services Inc.
RR Donnelley Receivables Inc.
RSCC Wire & Cable LLC
Rud Chain Inc.
RuhrPumpen Inc.
Runge Inc.
RungePincockMinarco
Rusk County (TX)
Rusk County Electric
Rusk County Electric Co-Op Inc.
Rusk County Electric Cooperative
Rusk County Rural Rail District
Rusk County Well Service Co. Inc.
Russell & Sons Construction Co. Inc.
Russell Reynolds Associates Inc.
Rutherford Equipment
Ryan Inc.
Ryan Mackinnon Vasapoli & Berzok
S&C Electric Co.
S&S Machining & Fabrication
Sabia Inc.
Sabine River Authority of Texas
Sabre Alloys LP
Sadler, Charles D.
Safariland LLC

Saferack
Safety Services Co.
SAG Enterprises
SAIC
Sales Marketing & Real Technologies
Salesforce.com Inc.
Salesmanship Club Charitable Golf of Dallas Inc.
Salvation Army Corps Midland
Salvation Army, The
Samson Lone Star LLC
Sandlin Motors Inc.
SAP Public Services
Sargent & Lundy LLC
SAS Global Corp.
SAS Institute Inc.
Saulsbury Industries
Saveonenergy.com
SBCC Inc.
Schindler Elevator Corp.
Schlueter Group, The
Schlueter, Stan
Schmidt, Paul A., MD
Schneider Electric
Schulz Electric Co.
Schweitzer Engineering Laboratories
Scientech - Division of Curtiss Wright Flow Control Service Corp.
Scope Management Ltd.
Scope Management Solutions Ltd.
Score Atlanta Inc.
Scott & White
Scotwood Industries Inc.
Screening Systems International
Seamans Inc.
Secureworks Inc.
Securitas Security Services USA Inc.
Select Energy Services
Select Oilfiled Construction
Selectica Inc.
Sendero Business Services LP
Seneca Group LLC, The
Senior Flexonics Inc.
Senior Source, The
Sentry Equipment Corp.
Serena International
Serena Software Inc.
Serengeti Law
Setpoint Integrated Solutions
SGS North America Inc.

Sharing Life Community Outreach
Sharyland Utilities LP
Shaw Maintenance
Shearman & Sterling
Sheldon, Richard
Shell Energy North America US LP
Shell Lubricants
Sheltering Arms Senior Services
Shermco Industries Inc.
Sherwin Williams
SHL US Inc.
Sidley & Austin
Siemens Demag Delaval Turbomachinery Inc.
Siemens Energy Inc.
Siemens Industry Inc.
Siemens Power Generation Inc.
Siemens Water Technologies Inc.
Siemens Westinghouse Power Corp.
Silverpop Systems Inc.
Silverscript Insurance Co.
SimGenics LLC
Simon Greenstone Panatier Bartlett
Simon Peragine Smith & Redfearn
SimplexGrinnell LP
Simpson Thacher & Bartlett LLP
Sitech Tejas
Sitecore USA Inc.
Sitel Operating Corp.
Six Flags Over Texas
SKA Consulting LP
SKF USA Inc.
Skillsoft Corp.
Skycom Inc.
Skyhawk Chemicals Inc.
Slover & Loftus
SmartSignal Corp.
SMI Energy LLC
Smith County Tax Office (TX)
Smith Equipment USA
Smith Hanley Associates LLC
Sochem Solutions Inc.
Societa Chimica Larderello SpA
Software House International
Solvents & Metals Inc.
Somervell County General Fund (TX)
Somervell Floors
Sound Technologies
Southern Co. Services
Southern Crane & Elevator

Southern States Inc.
Southern Tire Mart
Southern Tire Mart #49
Southwell Industries
Southwest Airgas
Southwest Airlines Co.
Southwest Business Corp.
Southwest Research Institute
Southwestern Corp.
SPA Victoria LP
Spacenet Inc.
Spar Inc.
Spectera Inc.
Spectro Analytical Instruments
Spectro Inc.
Spencer Stuart
Spencer-Harris of Arkansas Inc.
Spiramid LLC
SPM Flow Control Inc.
Spot Coolers
SPX Flow Control
SPX Flow Technology
SPX Heat Transfer Inc.
SPX Heat Transfer LLC
SPX Transformer Solutions Inc.
SPX Valves & Controls
ST2 LLC
Stafford Juneau Holdings Inc.
Standard & Poor's
Standard Laboratories Inc.
Standard Parking Corp.
Stanley Consultants Inc.
Star Electricity LLC
Star International Inc.
Star Tex Power
State Industrial Products
Statement Systems Inc.
Steag Energy Services LLC
Steam Specialties Inc.
Steam Turbine Alternative Resources
Steddum, Michael
Stein Industries Inc.
Stella-Jones
Stephen F. Austin University
Stewart - America's Premier Sign Co.
Stewart & Stevenson
Stewart & Stevenson Power Products
Stock Equipment Co. Inc.
Stone & Webster Inc.

Storm Technologies Inc.
Story-Wright Inc.
Stovall, Steve
Straight Edge Energy Consultants
Stress Engineering Services Inc.
Structural Integrity Associates
Structure Works Inc.
Stryke Inc.
Stuart C Irby Co.
Studio 206
Successfactors Inc.
Successfactors.com
Sulphur Springs Independent School District (TX)
Sulphur Springs, City of (TX)
Sulzer Pumps
Sulzer Pumps (US) Inc.
Summit Controls Inc.
Summit Electric
Summit Energy Services Inc.
Sun Coast Resources Inc.
Sun Technical Services Inc.
Sunbelt Supply Co.
Sungard Consulting Services LLC
Sungard Energy Systems
Superior Belt Filter LLC
Survey Sampling International
Susman Godfrey LLP
Sutherland Asbill & Brennan LLP
Sweetwater Wind 1 LLC
Swenson, Kurt R.
Swesco Inc.
Swigor Marketing Group LLC
SWS Environmental Services
Sybase - an SAP Co.
Syniverse Technologies LLC
Systems Group Inc.
T&T Lighting
TA Instruments Waters LLC
Taber Estes Thorne & Carr Pllc
Taggart Global LLC
Talley & Associates
Target Rock Corp.
Tarrant County (TX)
Tarrant County Department of Human Services (TX)
Tarver, James D., Jr.
Taylor Armature Works LLC
Taylor Brothers Welding Service Inc.
Taylor Telcomm Inc.
TCEHC

TD Industries
TDC Filter Manufacturing Inc.
TDS Excavation Services
TeaLeaf Technology Inc.
Team Excavating
Team Industrial Services Inc.
Team Oil Tools
TEC Well Service Inc.
Tech Plan Inc.
Techline Inc.
Technetics Group Columbia
Technologent
Techserv Consulting & Training
Teco-Westinghouse Motor Co.
TEKsystems Inc.
Telecom Electric Supply Co.
Teledyne
Teledyne Monitor Labs Inc.
Teledyne Test Services
Telvent USA  LLC
Telwares
Temenos
Templeton Air Conditioning & Refrigeration
Tenaska Power Services Co.
Tennessee Valley Authority
Terix Computer Service Inc.
TerraSource Global
TES Energy Services LP
TES Inc.
Test Dynamics Inc.
Testex Inc.
Tex Blast Sandblasting
Tex La Electric Cooperative
Texas Air Hydraulic Services & Supply
Texas Air Hydraulics
Texas Air Systems Inc.
Texas Alloys & Tool Co.
Texas Association of Business
Texas Big Spring
Texas Competitive Power Advocates Inc.
Texas Comptroller of Public Accounts
Texas Crushed Stone Co.
Texas Department of Criminal Justice
Texas Department of State Health Services
Texas Department of Transportation Trust Fund
Texas Diesel Maintenance Inc.
Texas Disposal Systems
Texas Energy Aggregation LLC
Texas Energy Research Associates Inc.

Texas Engineering Experiment
Texas Flags Ltd.
Texas Health Resources
Texas Heritage Title LLC
Texas Meter & Device Co.
Texas Mining & Reclamation Association
Texas New Mexico Power Co.
Texas Process Equipment Co.
Texas State Comptroller of Public Accounts
Texas State History Museum Foundation
Texas State Treasury
Texas Trees Foundation
Texas Valve & Fitting Co
Texas Weather Instruments Inc.
Texas, Public Utility Commission of
Texas, Railroad Commission of
Texasadmin.com Inc.
Tex-La Electric Cooperative
TFS Energy Futures LLC
TFS Energy LLC
Thermal Engineering International Inc.
Thermal Specialties Inc.
Thermo Electron NA LLC
Thermo Environmental Instruments Inc.
Thermo Fisher Scientific
Thermo Orion Inc.
Thermo Process Instruments LP
Thibado Inc.
Thomas, Gerald E.
Thomas, Janice
Thomasson Co.
Thompson & Knight LLP
Thompson, Jake
Thompson, Sally
Thomson Reuters
Thomson Reuters
Thomson Reuters (Property Tax Services) Inc.
Thomson Reuters West
Thurman Transportation Inc.
ThyssenKrupp Elevator Corp.
ThyssenKrupp Safway Inc.
Tibco Software Inc.
Timken Gears & Services Inc.
Timsco International Inc.
Timsco Texas Industrial Maintenance Supply Co.
Titan Engineering Inc.
Titus Central Appraisal District (TX)
Titus County (TX)
Titus County Fresh Water Supply District No. 1 (TX)

TLT-Babcock Inc.
TNT Crane & Rigging
Todds A/C Inc.
Toledo Automotive Supply of Carthage Inc.
Tomecek Electric
Top Hat Services
Toshiba International Corp.
Total Alchemy LLC
Towers Watson Pennsylvania Inc.
TowHaul Corp.
Townley Engineering & Manufacturing Co. Inc.
Townley Foundry & Machine Co. Inc.
Townley Manufacturing Co.
TPG Capital LP
TPG Capital Management LP
TPUSA Inc.
Trac-Work Inc.
Trane
Trans Union Corp.
Transactel (Barbados) Inc.
Transcat Inc.
Trans-Rental Inc.
TransUnion LLC
Transwestern
TRC Cos. Inc.
Trend Gathering & Treating LP
Trent Wind Farm LP
Trico Corp.
Trimble, Barry D.
Trimble, Roxanna M.
Trinity Industries Inc.
Trinity River Authority of Texas
Trinity River Water Authority
Triple J SA Inc.
Triple M Machine Inc.
Tripwire Inc.
TRT Development Co. West Houston
True North Consulting LLC
Truman Arnold Cos.
TSI Holdings LLC
TSTC Waco
Tullett Prebon Americas Corp.
Tullett Prebon Financial Service LLC
Turbine Repair Services
Turbo Components & Engineering
TurboCare
Turn Key Operations
Turner Bros Crane & Rigging
Turner Seed Co.

Turnkey Security Inc.
Twin Eagle Resource Management LLC
Twin State Trucks Inc.
Ty Flot Inc.
Tyler Junior College Foundation
Tyndale Co. Inc.
Tyson Building Corp.
UG USA Inc.
UniFirst
United Building Maintenance Inc.
United Conveyor Corp.
United Conveyor Supply Corp.
United Recyclers LP
United Rentals
United Rentals North America Inc.
United Sciences Testing Inc.
United States Chamber of Commerce
United States Department of Energy
United States Enrichment Corp.
United States Gypsum Co.
United States Mine Safety & Health Administration
United States Naval Academy
United States Naval Academy Foundation
United States Nuclear Regulatory Commission
United States Treasury Single Taxpayors (IRS)
United Training Specialists LLC
United Way of Metropolitan Dallas
Univar USA Inc.
Universal Blastco
Universal Vacuum Service
University of North Texas
University of Texas at Arlington
University of Texas at Austin
University of Texas at Dallas
Uranium One Inc.
Urban League of Greater Dallas
URS Corp.
US Bank Corporate Trust
US Bank Trust NA
US Enrichment Corp.
USP & E Global LLC
USPS
U-Tegration Inc.
Utilities Service Alliance Inc.
Utility Integration Solutions
Utility Marketing Services Inc.
Utility Systems Inc.
Valcor Engineering
Valero Texas Power Marketing Inc.

Vannoy & Assoc Inc.
Vaughan Equipment Sales & Rental
Vault Energy Solutions LLC
Vector Controls LLC
Velan Valve Corp.
Velocity Industrial LLC
Venture Aggregates LLC
Venture Research Inc.
Ventyx Inc.
Veolia ES Industrial Services
Verifications Inc.
Veritox Inc.
Verizon
Verizon Southwest
Vinson Process Controls Co.
Vishay Transducers
Vista Training Inc.
Vitality Group, The
Vitrue Inc.
VMware Inc.
VoiceLog
Voith Turbo Inc.
Vose Software BVBA
Voxai Solutions Inc.
VR Steel LLC
VXI Global Solutions Inc.
Wabtec Global Services
Waco Auto Glass Center
Waco Foundation
WageWorks Inc.
Wahlco Metroflex
Walker Sewell LLP
Ward County (TX)
Ward Sign Co.
Warfab Inc. & Erection Corp.
Warren Fabricating Corp.
Washington Speakers Bureau
Waste Management of Texas Inc.
Watco Cos. Inc.
Watco Mechanical Services
Water Texas PAC
Watercut Services Inc.
Waukesha Electric
Waukesha-Pearce Industries Inc.
Wave Technology Solutions Group
Weatherproofing Services LLC
Weber Shandwick
WebFilings LLC
Webster, Frances M.

Weir Minerals
Weir Slurry Group Inc.
Weir SPM
Weir Valves & Controls USA Inc.
Wells Fargo Bank
Wells Fargo Home Mortgage
Wesco
West Dallas Multipurpose Center
West Publishing Corp.
West Texas Opportunities Inc.
Westech Engineering Inc.
Western Data Systems
Western Filter Co. Inc.
Western States Fire Protection
Western Technology Inc.
Westfire Inc.
Westin Engineering Inc.
Westinghouse Electric Co.
Westinghouse Electric Co. LLC
Westinghouse-Nuclear
Weyco Manufacturing
Weyerhaeuser
White Cap Construction
White Fence Inc.
White Oak Radiator Service
White Technologies Inc.
Whitehead Construction Inc.
Whitson & Co.
Wholesale Pump & Supply
Wholesale Supply Inc.
Wick Phillips LLP
Wildcat Cranes Inc.
Willbros T&D Services
William E. Groves Construction
Williams Patent Crusher & Pulverizer Co.
Williamson, Billie Ida
Willis of Texas Inc.
Wilson Co.
Wilson Culverts
Wilson Industries
Wilson Mohr Inc.
Wilson Supply Co.
Wilsonart International Holdings
Wilson-Mohr Inc.
Windstream
Winston & Strawn LLP
Wire Rope Industries
Wirerope Works Inc.
WM Renewable Energy

WOI Petroleum
Womble Drilling Co.
Women's Business Enterprise National Council
Wood, Patricia
Woodson Lumber & Hardware
Woodwright Co. Inc.
Workday Inc.
Workplace Resource of Dallas
Worksoft
World Energy Solutions Inc.
WPP Group USA Inc.
WRG LLC
W-S Industrial Services Inc.
W-S Specialty Services LLC
WSI Corp.
Wyoming Department of Revenue AV Tax
Xenon Marketing LLC
XOJet Inc.
XTO Energy Inc.
Yanaway, Diane
Yates Buick Pontiac GMC
Yates Buick/GMC
Yokogawa Corp. of America
York Capital Management LP
York Credit Opportunities Fund LP
York Credit Opportunities Master Fund LP
York Multi Strategy Master Fund
York Pump & Equipment
York Risk Services Group Inc.
York, a Johnson Controls Co.
York, Amber Lemerle
York, Byron P., Jr
Young Central Appraisal District (TX)
Youngblood Oil Co.
Youngblood, Kneeland
Zayo Fiber Solutions
Zeefax Inc.
Zep Sales & Service
Zepco
Zephyr Environmental Corp.
Zivelo

**Surety Bonds**
Liberty Mutual Insurance Co.
Railroad Commissioners of Texas
RLI
Safeco Insurance Co. of America
Texas Department of Transportation, State of

Texas Department of Transportation, State of  (Paris District)
Texas Department of Transportation, State of  (Tyler District)
Texas State Highway & Public Transportation Commission
Texas Transportation Commission
Texas, State of
United States Army Corp of Engineers, Fort Worth

**Third Notice of Satisfaction**
4-Star Hose And Supply Incorporated
6425 Gess Limited
Abbott, Cynthia
Abbott, Grayson
Able Communications Incorporated
Adams, Michael Glenn
AHF Aspen Chase LLC
AHF Community Development LLC
AHL Princeton LLC
Airgas USA LLC
Allied Waste Industries
Allums, Carolyn
Alpha Barnes Real Estate Services LLC
Anderson, Craig
Anderson, Earnestine E.
Anderson, Roy Lee
Angus Systems Group Incorporated
Aon Risk Services Southwest Incorporated
Applegate, Eddie
Applegate, Joy
APS America LLC
Arbill Industries Incorporated
Archer City Independent School District
Arlington Independent School District
Arnett, Hannah S.
Arnold, Billy W.
Ashmore, Casey
Ashmore, Courtney
AT&T Incorporated
Avis Box
Axway Incorporated
Babcock & Wilcox Power Generation Group Incorporated
Bailey, Walter L.
Baker, Christopher D.
Baker, Lori
Banks, Herbert
Barnett, Jack W.

Bayless Auto Supply
Baylor County
Beasley, Emma L.
Benbrook, City of
Blackwell Independent School District
Blue Ridge Independent School District
Bluebonnet Electric Cooperative Incorporated
BNY Mellon Asset Servicing
Bowen, M.S.
Bowens, Fannie
Bowens, T.C.
Bradley, Kenneth
Brandes, Wanda
Breckenridge Independent School District
Bremond Independent School District
Brevard, Richard Weign
Brooks, Johnny Earl
Brown, Sherry A.
Budd, Murlyene
Bukowski Brothers Plumbing
Bullock, Ruby L.
Burkhart, Van Howard, Jr.
Business Interiors Incorporated
Calvert Chamber Of Commerce
Cameron Independent School District
Cantu Foods & Marketing Corporation
Carpenter, Billie J.
Carpenter, Bruce, Dr.
Carpenter, Dennis D.
Carvajal, Ludvina
Cassidy Turley Incorporated
Castlerock Communities LP
CATGlobal Mining LLC
CCET
CDW
Central Texas Security & Fire Incorporated
Chemtex Industrial
Chevrolet, Gabriel J.
Christian, Herschel D.
Citibank National Association
City And County of Denver Treasury
City of Dallas Attorney's Office
Cleburne Independent School District
Cleburne, City of
Clemmons, Mary Ann
Colorado City Independent School District
Commerce Independent School District
Competitrack Incorporated
Cone, Linda Gay Pearce

Cong Do
Continental Wireless Incorporated
Convergent Outsourcing Incorporated
Conway, Janet
Cook, Michael R.
Cooke County Appraisal District
Copperas Cove Independent School District
Craig, Ricky
Craig, Ronald
Craig, Russell
Creative Spark
Creek Point Limited Partnership
CT Corporation System
Daffan, Ron
Dansby, Eugene
Davis, Nina Mae
Dba All Pro Automotive
Delano Texas LP
Dell Marketing LP
Dennard, Charles L., Jr.
Dennis, Tim
Denson, Pamela A.
Dill, Jerry D.
Dill, Talma
Distribution Now LP
Dorough, Angela M.
Draper Tipps
Dresser Incorporated
D-Tec Incorporated
Dunnier, Jeff
DXP Enterprises Incorporated
Eagle Mountain-Saginaw Independent School District
El Paso County Treasurer
Electro Mark Incorporated
Embroid Art
Enerflex Energy Systems Incorporated
ESI Acquisition Incorporated
Estate of Dorothy Glasgow
Estate Of Early & B.W. Reece
Estate of Georgia Mae Johnson
Estate of Grover Tyler
Estate of Jessie Mae Simon
Estate of Jim Anderson
Estate of L. D. Wright
Estate Of Lola B. Williams, The
Estate of Luberta Menefee
Estate of Luther Brightwell
Estate of Marie S. Brown
Estate of Maxine Kroll

Estate of Ruby Stewart
Estate of Wilford Anderson
F.E. Moran Special Hazard Systems
Fairfield Chamber of Commerce
Fastenal Company
Faulkner, Bobby R.
Faulkner, Gayle
Faulkner, Rubie Nell
Favill Funding Interest LP
Favors, Charles D.
Favors, Jeremy
Favors, Jessie C.
Ferguson, Fay
Fort Worth Cowtown Marathon
Foster, Kevin W.
Four Seasons Resort & Club
Franklin County
Freeman, Lanny
Freeman, Renea
Freestone County 4H Adult
Freestone County Agrilife
Fussell, Amelia G.
Gamble, Willie A., Jr.
Garretson, O.W.
Genola, Linda
Gilbert, Ron
Glasscock County Tax Office (TX)
Glen Rose, City of
Glenn, Alvin E.
Glenn, Linda
Global Rail Systems Incorporated
Goodgion, Edgar
Goss, Lillie
Goss, W.M.
Grapevine, City of
Grapevine-Colleyville Independent School District
Gray, Carrie
Green, Hazel
Green, Sherry A.
Greeney, Floyd
Greeney, Tommie M.
Greenville Independent School District
Greenville, City of
Groesbeck Independent School District
Groesbeck Lions Club
Haines, Coletha
Hall, Lauren Long
Hamilton, Delma C.
Hamilton, Jerry

Hammonds, Lucille
Hammonds, Robert
Hancock, Zelvin
Hanes, J.R.
Harper, Nathaniel
Harrison, Benjamin L.
Harrison, Heather L.
Harvey, Christopher R.
Hatley, Timothy W.
HCB Incorporated
Heard, Martha
Hearne Independent School District Project Graduation
Heffernan, Betty
Heffernan, John J.
Helen Irving Oehler Trust
Henson, Hugh M.
Hertz Equipment Rental Corporation
Hicks, Daniel
Hicks, Gail
High Plains Radiological Association
Highway Machine Co Inc
Hill County Appraisal District et al. (TX)
Hill, County of (TX)
Holliday, Mildred
Houston County Tax Office
Hulse, Ann
Hulse, John
Humphrey, Curtis
Instrument And Valve Services Company
IPC Systems Incorporated
Ipsos-Asi Incorporated
Jefferson County Treasurer
Jennings, Lajuan
Johnson, Michael E., Dr., Sr.
Johnson, Robert, Jr.
Jones, Dorothy J.
Jones, Mary S.
Jones, Orville D.
Joshua Independent School District
Joshua, City of
Justiss, Mildred C.
Kay Ann Mckinney Trust
Kc Spring Creek Apartments LP
Keith, Doris I.
Keith, Kenneth
Kelly, Permelia Elizabeth
Kenneth K. Kenny II Trust
Kirkendall, Lurline F.
Komandosky, John

Kosse Roping Club
La Quinta Inn #0505
La Quinta Inn #0558
La Quinta Inn #0960
Laboratory Quality Services
Lancaster, Barbara
Langford, Carter N., Jr.
Larimer, County of (CO), Treasurer
Larry, Geneva
Leach, Don
Leon, County of (TX) et al.
Lewis, Mary
Logan County Treasurer
Lummus, James Randall
Lunsford, Bobbye
Lunsford, Harry
Lynn, Billy
Mail Systems Management Association
Mansfield Independent School District
Marion, Neta Abbott
McDonough, Amy
Mcelroy, Lillian M.
Mckinney, Jimmy L.
Mcneill, J.C.
Mcneill, Paula
Menephee, Sadie
Mesquite Independent School District
Mesquite, City of
Midway Townhomes Ltd.
Miles, Joe
Miles, Johnny
Miller, Beverly K.
Mitchell County Utility Company (TX)
Mitchell, County of
Monaghan, Orland W.
Monaghan, Richard Y.
Moore, Charles
Moore, Nancy Ruth Colley
Moreland, Benette S.
Morgan County Treasurer
Morris, Kenneth
Mount Pleasant Rodeo Association
Mullin, Stephanie
Murray, Cindy L.
Mustang Drilling Inc.
Navasota Valley Electric
Neundorfer Inc.
Newark Element14
Newberry Executive Solutions LLC

Nicholas, Terry
Nolan, County of (TX)
North Star Real Estate Services
Norton, Jerry
Odies Moore Estate
Olivo, Carlos
Otero, County of
Otis Elevator Company
Panola, County of
Pantego, Town of (TX)
Partida, Raynaldo
Pelham, Mattie Odell
Pentair Valves & Controls Inc.
Persful, Jerrye Steward
Pleasant Creek Corners Association
Quest Diagnostics Clinical Labs Inc.
Questcare Medical Services
R.R. Donnelley
Realty Associates Fund VII LP
Regional Steel Inc.
Reynolds, Kimberly Brevard
Rhymes, Genester
Riata Ford Ltd.
Richardson Independent School District
Richardson, David
Richardson, Keven
Roberts, Evelyn
Romco Equipment Co. LLC
Ross, Novella Sirls
Round Rock Independent School District
Rural Rental Housing Association of Texas
Sealy, E.R.
Seimears, Pat
Sells, Elizabeth
SGS North America Inc.
Sheets, Jan Johnson
Sheridan Park
Shettlesworth, Mettie
Shi International Corp.
Shivers, Cleora
Shreveport Rubber & Gasket Co.
Shull, Kathryn L.
Shumate, David Jr,
Shumate, Tanya
Silverpop Systems Inc.
Simmons, R.L.
Simon, Bernice
Simon, Clem
Simon, Isaiah

Simon, Odies
Simon, R.E.
SimplexGrinnell
Smith Welch Memorial Library
Smith, Amy
Smith, Charrla
Smith, Gladys L.
Smith, H.M.
Smith, Mary Dell
Soileau, Marvin
Soileau, Rowana Starr
Somervell, County of (TX)
Sonar Credit Partners Iii LLC
Southern Tire Mart
Southern Tire Mart #49
Southern Tire Mart LLC
Spencer, Alex L., Sr.
Sphar, Diana
Sprouse, James
Squires, Ineze
St. Joseph Regional Health Center
Standard, Grace
Stanley Consultants Inc.
Sternberg, Emile
Stewart, Robert G.
Strange, William D., Jr.
Stuart C. Irby Co.
Studio 206
Sweetwater Independent School District
Talley Chemical And Supply
Tannor Partners Credit Fund LP
Tatom, Susan Jean Colley
TES Incorporated
Texas Association of Appraisal Districts Inc.
Texas Energy Research Associates Inc.
Texas Pointe Royale Apartments
Thomas, Oliver D.
Thompson, Jake
Thompson, Sally
Thompson-Maples, Ella D.
Timber Ridge Housing II Ltd.
Timber Ridge Housing Ltd.
Transwestern Commercial Services LLC
Travis, County of (TX)
Trejo, Donna F.
Trejo, Miguel A.
Trojacek, Darrell W.
Trojacek, Staci L.
TX Kirnwood Apartments LP

Tyler Independent School District
United Telephone Company of Texas Inc.
Vacker, Panda Lynn Turner
Vansickle, O.B.
Varnado, O.A.
Verifications Inc.
Walters, Jo Ann
Ward, County of
Warrick-Burkhart, Bobbye M.
Waste Management - Rmc
Watson, David H.
Watson, L.A.
Watson, Mammie R.
Waukesha-Pearce Industries Inc.
Weaver, Adele
Weldon, Jack
Westwood Residential
Wichita, County of (TX)
Wicker, Linda Kay
Wilkerson, Sally
Wilkerson, Walter
Williams, Cora B.
Williams, Emma J.
Williams, John E.
Williamson, County of (TX) et al.
Wilson Company
Wood, Krystal
Wood, Mark
Wood, Pam
Worsham, Ola
Wright, C.J.
Wright, Dorothy
Wright, Eddie
Wright, J.D.
Wright, James
Wright, John
Wright, Patricia
Wright, Roscoe
Wright, Sandra Richardson
Young, County of (TX)
Zep Sales & Services

**Top 50 Unsecured Creditors**
Accenture
ADA Carbon Solutions
AEP Energy Services, Inc.
AEP North
AEP-North (WTUT)
Alstom

Ameco Inc.
American Stock Transfer & Trust Co. LC
Brake Supply Co. Inc.
Centerpoint Energy Houston
Crane Nuclear Inc.
Customer Incentives
Devon Gas Services LP
Electric Reliability Council of Texas
Energy Transfer
EPRI (Energy Power Research Institute)
ETC Marketing Ltd.
FLSmidth Airtech Inc.
Headwaters
Kansas City Southern (KCS) Railway
NextEra Energy Power Marketing LLC
NF Urenco Enrichmt
Pension Benefit Guaranty Corp.
Securitas Security Services USA
Shaw Maintenance (CB&I)
Shell Energy North America (US) LP
Sitel LLC
Texas-New Mexico Power Co.
Total Gas & Power North America Inc.
TPUSA
Transactel Inc.
UMB Bank NA
Waste Control Specialists LLC (WCS)

**Unions**
International Brotherhood Of Electrical Workers
Local No. 2078
International Brotherhood Of Electrical Workers
Local No. 220
International Brotherhood Of Electrical Workers
Local No. 2337

**Unsecured Bondholders**
AEGON USA Investment Management LLC
Berkshire Hathaway Inc.
BlueMountain Capital Management LLC
Capital Research & Management Co. (US)
Chou Associates Management Inc.
Commerz Markets LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management LLC (US)
Energy Future Holdings
Energy Future Intermediate Holdings
Feingold O'Keeffe Capital LLC
Footprints Asset Management & Research Inc.

Fore Research & Management LP
GAMCO Asset Management Inc.
Garland Business Corp.
Global Bond Investors SA
HighTower Advisors LLC
Hudson Bay Capital Management LP
Luminus Management LLC
Manulife Asset Management (US) LLC
MatlinPatterson Global Advisers LLC
Morgan Stanley Smith Barney LLC
Murphy & Durieu LP
Newfleet Asset Management LLC
Patton Albertson & Miller LLC
Penn Mutual Life Insurance Co. (Asset Management)
PFA Kapitalforvaltning Fondsmæglerselskab A/S
Relative Value Partners LLC
RidgeWorth Capital Management Inc.
SG Americas Securities LLC
Silver Rock Financial LLC
Standard Bank PLC
Sterne Agee & Leach Inc.
Stockcross Financial Services Inc.
USAA Asset Management Co.
W.R. Huff Asset Management Co. LLC
Whitebox Advisors LLC

**Unsecured Creditors Committee**
Brown & Zhou LLC
Landon, Mark B.

**US Trustee & Court Personnel**
Attix, Lauren
Bello, Rachel
Bird, David D.
Buchbinder, David
Capp, Laurie
Carey, Kevin J.
DeAngelis, Roberta A.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.
Gadson, Danielle
Giordano, Diane
Green, Christine
Gross, Kevin
Grottini, Donna
Hackman, Benjamin
Haney, Laura

Heck, Jeffrey
Hunt, Nancy
Johnson, Lora
Kenney, Mark
Leamy, Jane
Marvel, Ivone
Murray, Tony
O'Malley, James R.
Panacio, Michael
Patton, Tiiara
Sarkessian, Juliet
Scaruzzi, Sherry
Schepacarter, Richard
Schwartz, Andrea
Shannon, Brendan L.
Sontchi, Christopher S.
Szymanski, Cheryl
Tinker, T. Patrick
Vinson, Ramona
Walker, Jill
Walrath, Mary F.
Walsh, Peter J.
Werkheiser, Rachel
West, Michael
Wynn, Dion

## SCHEDULE 2
## ENERGY FUTURE HOLDINGS CORP., et al. – KPMG RELATIONSHIPS

**Advisors to Unsecured CC**
FTI Consulting
Lazard
Morrison & Foerster LLP
Polsinelli PC

**Banks**
Bank of Oklahoma
Bank of Texas
Chase Investments
Fidelity Institutional Money Market Funds - Government Portfolio
Goldman Sachs Financial Square Government Fund
Invesco ATST Premier U.S. Government Money Portfolio
JPMorgan Chase Bank NA
JPMorgan Chase Bank NA (IL)
JPMorgan Chase Bank NA (NY)
JPMorgan Chase Bank NA (OH)
JPMorgan Chase Bank NA (TX)
JPMorgan Chase through Met Life
M&T Bank
Morgan Stanley Government Portfolio
Western Asset Institutional Government Fund

**Bidder NDAs**
Exelon Corp.
National Grid USA

**Bondholders**
Aegon
Allianz Global Investors
Allstate
Amundi
Anchorage Capital Group LLC
Angelo Gordon
Angelo Gordon & Co.
Apollo / Stone Tower
Apollo Management Holdings LP
Appaloosa Management LP
Ares
Arrowgrass
Arrowgrass Capital Partners (US) LP
ATP Investment Management
Aurelius
Avenue
Avenue Investments LP
Babson Capital

Balyasny Asset Management
Bank of America Merrill Lynch
Barclays
BC Unlimited LLC
Benida Group
Black Diamond
Blackrock
Blackstone / GSO
Blue Mountain Capital Management LLC
Bluecrest Capital Management
BlueCrest Multi Strategy Credit Master Fund Ltd.
Brigade Capital
Brookfield Investment
BTG Pactual
Carlyle
Castle Hill
CCP Credit Acquisition Holdings LLC
Centerbridge
Centerbridge Partners
Chou Associates
Claren Road
Claren Road Credit Master Fund Ltd.
Claren Road Credit Opportunities Master Fund Ltd.
Columbia Management
Cortland Capital
Crescent Capital
Cyrus Capital Partners LP
DA Capital LLC
Danske Bank
Davidson Kempner Partners
Deutsche Bank AG, New York Branch
DK Partners
Ensign Peak
Fairway Fund Ltd.
Farallon Capital Management LLC (US)
Fidelity Management & Research Company
Footprints Asset Management
Fore ERISA
Fore Multi Strategy Fund Ltd.
Fortress Investment Group LLC
Franklin
Franklin Advisors Inc.
Greystone Investments
Gruss
GSO Capital Partners LP
Halcyon
Highbridge
Highland Capital

Icahn Associates
ING Investments
Janus Capital
JP Morgan Securities LLC
Kilimanjaro
KKR
KKR & Co. LP
LibertyView Capital Management
LMA SPC
Loeb Partners
Logan Circle
Magnetar Financial LLC
Managed Accounts Master
Manikay Partners LLC
MAP 89 Segregated Portfolio
Marathon Asset Management
Mariner
Mason Capital
MatlinPatterson Capital
Mount Kellett
Oak Hill Advisors LP
Oaktree Capital Management LP
Och-Ziff Capital Management
Owl Creek Asset Management
P. Schoenfeld Asset Management LP
Panning Capital
Paulson & Co.
Penn Capital Management
PFA Asset Management
Phoenix
PIMCO
Pine River Credit Relative Value Master Fund Ltd.
Pine River Fixed Income Master Fund Ltd.
Pine River Master Fund Ltd.
Pine River Opportunistic Credit Master Fund LP
Pinebridge
Post Advisory
Principal Financial
Protective Life
Providence Equity Partners
Prudential
PSAM
Putnam
RBC
RBS
Regiment Capital
Sankaty
Sciens Capital Management

Scoggin Capital
Seix Advisors
Senator Investment
Sheffield Investment Management
Shenkman
Silvermine Capital
Sound Point Capital
Southpaw Asset Management
Standard Life Investments
Starwood Energy
State Street Global Advisors
Taconic Capital Partners
TCW Investment Management
Third Avenue
Third Avenue Focused Credit Fund
Third Avenue Trust
THL Credit Partners
Titan Investment Holdings
TPG
Trimaran Advisors
UBS
Vanguard
Venor Capital Management
WAMCO
Watershed Asset Management
Whippoorwill Associates Inc.
WJ Investments
York Capital
York Capital Management Global Advisors LLC

**Committee Members**
N/A

**Contract Amendments & Assumptions**
Ada Carbon Solutions
Alstom
Ameco
Apptio Inc.
Areva Enrichment
Aurea Energy Solutions
BNSF / KCS Monticello
Boltech Mannings
Cameron Construction
Cloud Peak Energy LLC
Dell (Secureworks)
FL Smidth Airtech Inc.
Fluor
Freese & Nichols
GATX Railcar Lease

GE
GE Capital Railcar Lease
Golder Associates Inc.
HDR Engineering Inc.
Headwaters
Headwaters Resources Inc.
Key Equipment Railcar Lease
LES
Louisiana Energy Services LLC
Mammoet
Mammoet USA South Inc.
Mastercraft
Metco Environmental
Mine Service
MPW
National Gypsum Inc.
Pastor Behling & Wheeler LLC
Performance Contracting Inc.
Red Ball Oxygen Company Inc.
Secureworks Inc.
Siemens Demag Delaval Turbomachinery Inc.
Siemens Energy Inc.
Simeio
Simeio Solutions Inc.
Southern Tire
Southern Tire Mart
Tarrant County
Urenco
Urenco Enrichment Co. Ltd.
URS Corporation
VEOLIA
Wells Fargo Railcar Lease

**Contract Counterparties**
1201 Louisiana Co. LP
500 Jefferson Tower (TX) LLC
601 Jefferson Tower (TX) LLC
99 Cents Only Stores Texas Inc.
AB Mauri Food Inc.
Ace Cash Express Inc.
Acuity Brands Lighting Inc.
Advance Polybag (Texas) Inc.
AER Manufacturing LP
Aggreko LLC
Aggreko LLC
AIG Rail Services Inc.
Air Express International USA Inc.
Air Liquide Electronics US LP
Airtricity Forest Creek Wind Farm LLC

Akzo Nobel Functional Chemicals LLC
Albemarle Corp., a Virginia Corp.
Alcon Laboratories Inc.
Alcon Research Ltd.
Allied Petrochemical LLC
American Airlines Inc.
American Equipment Co. Inc. (AMECO)
American Residential
Ameron International - FCPD-Centron
ANA Properties LLC
Analytic Stress Relieving Inc.
Android Industries LLC
Anna Independent School District
Applabs Technologies Pvt Ltd.
Apptio Inc.
Aquatic Co.
Aramark Uniform Services
Aransas County Independent District (TX)
Areva Enrichement Services LLC
Areva NP Inc.
Areva NP PLC
Arrowhead Operating Inc.
Artco-Bell Corp.
Asbury Automotive Group Inc.
Ashford TRS Sapphire VI LLC
Ashford TRS Sapphire VII LLC
Ashland Specialty Chemical Co.
Associated Materials Inc.
Atco Rubber Products Inc.
Atmos Pipeline-Texas
Aurea Energy Solutions
Austin Coca Cola Bottling Co.
Austin College
Autobahn Imports LP
Autohaus LLC
B27 Resources Inc.
Baikowski Malakoff Inc.
Ball Metal Beverage Container Corp.
Bandag
Bank of New York, The
Baron Investments Ltd.
Baylor Medical Center at Carrollton
Baylor Richardson Medical Center
Baylor University
Baywind Condominium Association
BC Operating Inc.
Behringer Harvard Burnet Plaza LP
Bentley Systems Inc.
Best Brands Corp.

3

BHP Billiton
Bimbo Bakeries USA Inc.
Black & Veatch Corp.
Blue Cross & Blue Shield
Bluewater Thermal Services
BNP Paribas Energy Trading GP
BNSF Railway Co. - Coal
Boaz Energy LLC
Bobcat Bluff Wind Project LLC
Bodycote Thermal Processing Inc.
Boeing Co., The
Boise Packaging & Newsprint LLC
Bolttech-Mannings Inc.
Bonsal American Inc.
Bopco LP
Borden Dairy Co. of Texas LLC
BorgWarner TorqTransfer Systems Inc.
Bosqueville Independent School District
Bottom Line Food Processors Inc.
Brass Craft Western Co.
Brazos Electric Power Cooperative Inc.
Brazos Presbyterian Homes Inc.
Brazos River Authority - BRA
Brazos Valley Groundwater Conservation District
Bridgestone Bandag LLC
Brilliant Energy LLC
Broadridge Output Solutions Inc.
Broadridge Securities Processing
Broan-Nutone Storage Solutions LP (Post)
Brougher Inc.
Buckskin Mining Co.
Bunge Oils Inc.
Burns & McDonnell
Business Jet Center Ltd.
Busycon Properties LLC
Buttons LLC
BVP Veranda Place LP
Caldwell Foundation, The
California State Teachers' Retirement
Calpine Energy Services LP
Cambridge - Plano Partners MOB IV LP
Cameron Construction & Equipment
Capcorp
Caremark PCS Health LLC
Cargill Power Markets LLC
Carlisle Coatings & Waterproofing Inc.
Carpenter Co.
Carter Chambers LLC
Caterpillar Financial Services Corp.

Caterpillar Global Mining Equipment LLC
CBM One LLC
CCMH Houston AP LLC
CCMH Houston Galleria LLC
CCMH Potomac LLC
CCMH Quorum LLC
Cedar Hill Independent School District (TX)
Celina Independent School District (TX)
Centennial Beverage Group LLC
Centerpoint Energy Services Inc.
CenterPoint Energy Transition Bond Co. II LLC
Central Texas College
Central Transport International Inc.
CF Chefs Inc.
CF Products LLC
CG Properties LLC
Chaparral Steel Midlothian LP
Chapel Hill Independent School District (TX)
Charles Needham Industries Inc.
Charming Charlie Inc.
Chemical Lime Inc.
Chesapeake Energy Marketing Inc.
Chevron Natural Gas, a division of Chevron USA Inc.
Chico Coffman Tank Trucks Inc.
Chief Adhesives Inc.
Children's Medical Center of Dallas
Choice Energy Services
Christus Spohn Health System Corp.
CIMA Energy Ltd.
Cintas Corp.
Clean Energy
Clearview Electric Inc.
Cloud Peak Energy Resources LLC
Clyde Bergemann Inc.
Coastal Foods Inc.
Coca Cola Enterprises
Coca-Cola Bottling of North Texas
Coca-Cola Co., The
Cody Energy LLC
COG Operating LLC
Cohesive
College of the Mainland
Colonial Savings FA
Computer Associates
Computer Sciences Corp.
Connell Equipment Leasing Co.
ConocoPhillips Co.
Constellation New Energy - Gas Division LLC

Control Products Corp.
Convergent Outsourcing
Cook Children's Medical Center
Cooper Aerobics Enterprises Inc.
Coors Distributing Co. of Fort Worth
Coral Energy Canada Inc.
Coral Energy Resources LP
Core Laboratories Ltd.
Corrections Corp. of America
Corsicana Technologies Inc.
Cott Beverages Inc.
Courtyard by Marriott LP
Cracker Barrel Old Country Store Inc.
Crane Nuclear Inc.
CRC Group Inc.
Crestwood Midstream Partners LP
Crown Cork & Seal USA Inc.
Cryovac Inc.
CTI
CTI Foods Holding Co. LLC
Cullen Continental II Co. LP
Cummins Southern Plains Ltd.
Cytec Engineered Materials Inc.
D.R. Horton Inc.
Daisy Brand LLC
Dal-Air Investment Castings Inc.
Dallas Nephrology Associates
Dallas, City of (TX)
Dal-Tile Corp.
Dan-Loc LLC
Dannon Co. Inc.
Darling International Inc.
Daryl Flood Inc.
Data Systems & Solutions LLC (Rolls Royce)
Delaware, State of
Dell Inc.
Delta Petroleum Inc.
Denbury Onshore LLC
Denison Industries Inc.
Design Tech Homes Ltd.
Deutsche Bank AG
Dewind Frisco LLC
DIAB Inc.
Diamondback Management Services Ltd.
Digital - Bryan Street Partnership LP
Dillard Store Services Inc.
Direct Energy LP
Direct Fuels LLC
DLR Restaurant Group Inc.

Do It Best Corp.
Dolgencorp of Texas Inc.
Don Miguel Mexican Foods Inc.
Double-E Inc.
Dr. Pepper Bottling Co. of Texas
DRH Worthington Tenant General
DRH Worthington Tenant LP
DST Output Inc.
Earthgrains Baking Cos. Inc.
Eckel Manufacturing Co. Inc.
Ecolab Inc.
EGS Electrical Group LLC
El Campo, City of (TX)
El Paso Energy Service Co.
El Paso Natural Gas Co.
Electric Reliability Council of Texas Inc. (ERCOT)
Elm Street Portfolio LP
Emerson Process Management
Enbridge Energy Partners LP
Encore Wire Corp.
Enduring Resources LLC
Enercon Services Inc.
Energy America LLC
Energysolutions Services Inc.
EnerVest Operating LLC
Enterprise Products Operating LLC
Enterprise Texas Pipeline LLC
Equant Inc.
Ergon Asphalt & Emulsions Inc.
Essent Healthcare Inc.
Essilor of America Inc.
ETC Katy Pipeline Ltd.
Etech Inc.
Ethicon Inc., a Johnson & Johnson Co.
Examination Management Services Inc.
Experian
Extended Stay
Falcon Resources Inc.
Family Dollar Distribution LLC
Family Dollar Stores of Texas LLC
Federal Home Loan Bank
Federation of State Medical Boards, The
Fehr Foods Inc.
Fiberspar Linepipe LLC
Fidelity Real Estate Co. LLC
Fina, Michael C.
Finley Resources Inc.
First Co.
First Tennessee Bank National

First Union Rail Corp, a Wells Fargo Co.
Fiserv Solutions Inc.
Fisher Controls International LLC
FL Smidth Airtech Inc.
Flagship Rail Services LLC
Fleischmann's Yeast
Flexible Foam Products Inc.
Florida Power & Light Co.
Flour Bluff Independent School District
Flowers Baking Co. of Houston LLC
FLSmidth Airtech Inc.
Forest Creek Wind Farm LLC
Fort Worth Club of Fort Worth
Fort Worth Housing Authority
Fort Worth Independent School District
Forward Manufacturing Co.
Fossil Partners LP
Four Seasons Hotel Houston
FPL Energy Power Marketing Inc.
Freese & Nichols
Frham Safety Products Inc.
Friedkin Cos. Inc.
Fritz Industries Inc.
Frontier General Insurance Agency
FSP Westchase LLC
FTI Industries Inc.
Gainesville Foundry Inc.
Galderma Laboratories LP
Galperti Inc.
Gatesco QM Ltd.
GATX Corp.
GATX Financial Corp., Rail Division
GC Packaging LLC
GE Foodland Inc.
GE Oil & Gas Compression Systems LLC
(Cameron Compression)
General Aluminum Corp.
General Dynamics OTS (Garland) LP
General Electric Co.
General Motors LLC
Georg Fischer Central Plastics LLC
Georgia-Pacific Corrugated LLC
Gerdau Ameristeel
Gerland Corp.
Global Innovation Corp.
Goat Wind LP
Golden Leaf Inc.
Golder Associates Inc.
Graham Packaging Co. LP

Graham, City of (TX)
Grande Communications Networks LLC
Graver Technologies Inc.
Greene Tweed & Co. I LP
Greif Inc.
Grocers Supply Co. Inc., The
Gruma Corp.
GSC Enterprises Inc.
Gulf South Pipeline Co. LP
Gulfstream Aerospace LP
H.B. Fuller Co.
Halliburton Energy Services Inc.
Hamon Custodis Inc.
Hanson Pipe & Precast LLC
Hanson Pipe & Products, Pressure Pipe Division
Harbison-Fischer Manufacturing Co.
Harvest Management Sub LLC
HDR Engineering Inc.
Head Start of Greater Dallas Inc.
Headwaters Resources Inc.
HealthSouth Corp.
HealthTrust Purchasing Group LP
HEB Grocery Co. LP
Henry Co.
Hensley Industries Inc.
Heritage Bag Co.
Heritage Hotels Rockport LLC
HHC TRS Portsmouth LLC
Hilite Industries
Hilite Industries Automotive LP
Hillcrest Baptist Medical Center
Hilton DFW
Hilton Houston Post Oak
Hines Louisiana Walker One LP
Hines REIT 2800 Post Oak LP
Hi-Pro Feeds Inc.
HK Capital LLC
HM Dunn Co. Inc.
Hobas Pipe USA LP
Holcim (Texas) LP
Holman Boiler Works Inc.
Holt Cat
Holt Texas Ltd.
Hood Flexible Packaging Corp.
Hopkins County Memorial Hospital
Hotel Inter-Continental Dallas
Houston County WCID #1
Houston Pipe Line Co. LP
HTC Industries

Hubbard Feeds Inc.
Hudson Products Corp.
Hulcher Services Inc.
Hunt Memorial Hospital District
Hunter Panels LLC
HVM LLC
Hydro Conduit of Texas LP
Iberdrola Energy Services LLC
Iberdrola Renewables Inc.
IFS Industries Inc.
Igloo Products Corp.
Ignite Restaurant Group Inc.
Independence Hall Mutual Housing Association
Infogroup
Ingersoll Rand Co.
Ingersoll-Rand Co. - Trane/ASBS
Inland American Lodging Dallas Akard TRS LP
Intech Inc.
Intecom
Integrated Power Services LLC
Intelligent Epitaxy Technology Inc.
Iowa Park, City of (TX)
Itochu Corp.
J Mac Tool Inc.
J&S Construction LLC
J. Aron & Co.
J.P. Morgan Securities LLC
Jacintoport International LLC
Jacksboro Independent School District (TX)
Jacksonville, City of (TX)
Jani-King Inc.
Jeld-Wen Windows & Doors
Jones-Blair Co.
Jostens Inc.
Jpmorgan Ventures Energy Corp.
Kansas City Southern Railway - Coal
KapStone Container Corp.
Katoen Natie Gulf Coast Inc.
Kerrville Public Utility Board (TX)
Key Equipment
Kimberly-Clark Corp.
Kinder Morgan Inc.
Kinder Morgan Tejas Pipeline LLC
Kinder Morgan Texas Pipeline LLC
KLTV
Koch Materials Co.
Kodiak Management Co. LLC
Kone Inc.
Konecranes Nuclear Equipment & Services

Kroger Co.
KTRK Television Inc.
L-3 Communications Integrated Systems LP
Laboratory Corp. of America
Laboratory Tops Inc.
Laguna Tubular Products Corp.
Land O'Lakes Purina Feed LLC
Land Rover Dallas LP
LaSalle National Leasing Corp.
Lee College District
Leeland Baking Co. LLC
Leggett & Platt Inc.
Leo's Foods Inc.
Lewis Operating Corp.
LH 2007 Properties LLC
Liberty Carton Co.
Liberty Tire Recycling LLC
Life Outreach International
Lincoln Technical Institute Inc.
Loch Energy Square LP
Lockheed Martin Corp.
Lockheed Martin Services Inc.
Lone Star Fasteners LLC
Lone Star Industries Inc.
Luminator Holding LP
M&T Bank
Macquarie Energy LLC
Macquarie Futures USA Inc.
Macquarie Futures USA LLC
Madix Inc.
Mammoet USA South Inc.
Marco Co. LP, The
Marketing Management Inc.
Marriott 2012 - Housing Horizons LLC
Marriott Corp., The
Marriott12 - HPT TRS MI-135 Inc.
Marsh, Tony C.
Martens, Henry S.
Mary Kay Inc.
Master Lee
Masterfoods USA, a Division of Mars Inc.
Master-Halco Inc.
Mattel Inc.
McDonald Technologies
McKinney Independent School District (TX)
MEMC Electronic Materials (SW) Inc.
Memorial Medical Center
Meridium
Merrill Lynch Capital Services Inc.

Merritt Hawkins & Associates
Mesquite Independent School District (TX)
Mestek Inc.
Methodist Hospitals of Dallas
Metrocrest Hospital Authority
Mexico, Consulado General de / Mexico, Consulate General of
Michael Angelo's Gourmet Foods Inc.
Midway ISD
Millwood Hospital LP
Mine Service
Mission Foods
Mitsui Rail Capital LLC
Mohawk Labs, Div. NCH Corp.
Moody Gardens Inc.
Morgan Stanley Capital Services LLC
Mori Seiki USA Inc.
Morningstar Foods Inc.
Mother Parkers Tea & Coffee USA Ltd.
Movie Tavern Inc.
MP Industries Inc.
MPW Industrial Water
Munich Re Trading Ltd.
N.J. Malin & Associates LLC
Nachas Inc.
Nacogdoches Memorial Hospital
Nan Ya Plastics Corp. USA
National Gypsum Co.
National Gypsum Inc.
National Pump & Compressor
National Tank Co.
Navarro College
Navika Capital Group LLC
Navistar Inc.
Nestle USA Inc.
New Alenco Window Ltd.
New NGC Inc.
New York Mercantile Exchange
New York, State of
Newell Rubbermaid Inc.
NextEra Energy Operating Services LLC
NextEra Energy Power Marketing LLC
NextEra Energy Resources LLC
Nichimen America Capital Corp.
Nissan Motor Acceptance Corp.
Norbord Texas (Nacogdoches) Inc.
Northeast Texas Municipal Water District
Northwest Senior Housing Corp.
Northwood University

Nucor Steel, a Division of Nucor Corp.
Oasis Pipeline LP
Odfjell Terminals (Houston) Inc.
Oil States Industries Inc.
Oldcastle Building Envelope Inc.
Omni Hotels Management Corp.
One Allen Center Co. LLC
Oneok Energy Services Co. LP
Oracle Corp.
Owens Foods Inc.
Ozburn-Hessey Logistics LLC
Packaging Corp. of America
Pactiv LLC
Palestine Independent School District
Papa Johns USA Inc.
Parker-Hannifin Corp.
Pastor Behling & Wheeler LLC
Paymentech LP
PC Village Apartments Dallas LP
PCCR USA Inc.
Peabody Coalsales LLC
Peabody Coaltrade LLC
Pearsall Independent School District
Pecan Deluxe Candy Co.
Pentair Valves & Controls Inc.
Pepsico Inc.
Performance Contracting Inc.
Phoenix Gas Pipeline Co.
Pier 1 Imports (US) Inc.
Pilgrim's Pride Corp.
PIM Highland Holding LLC
Poco Graphite Inc.
Poly-America LP
Powerfoam Insulation
PP&L Inc.
PPG Architectural Finishes Inc.
PPL Energy Plus LLC
Preferred Freezer Services
Premium Waters Inc.
Presbyterian Village North
Prince Minerals Inc.
Progressive Inc.
Proton Therapy Center, The
Provident Commercial Group
Public Utility Commission of Texas
Pulido Associates Inc.
PVI Industries Inc.
PVI Industries LLC
Pyco Industries Inc.

Q-Tech Heat Treat Inc.
Quorum International LP
R.K. Hall Construction Ltd.
R.R. Donnelley & Sons Co.
Railroad Commission of Texas
Railworks Track Systems
Rainbow Energy Marketing Corp.
Ralls Wind Farm LLC
Rangen Inc.
Raytheon Engineers & Constructors Inc.
Raytheon Systems Co.
Razzoos Inc.
Realty Associates Fund IX LP, The
Rearden Capital Corp.
Rectorseal Corp., The
Reed Minerals, a Division of Harsco Corp.
REG Houston LLC
Related Forrester LLC
Renfro Foods Inc.
Renfro Industries Inc.
RHE Hatco Inc.
Richemont North America Inc.
Ridley USA Inc.
Rinker Materials
Riviana Foods Inc.
RLJ Fort Worth Hotel Lessee
Rockwall Regional Hospital LLC
Rockwell American Manufacturing Co. Inc.
Rockwell Management Corp
Roman Catholic Diocese of Dallas
Rotary Drilling Tools USA LP
RSI Home Products Manufacturing Inc.
Rudy's Food Products Inc.
Rusk County Groundwater Conservation District
Russell Stover Candies Inc.
Ryan Partnership
S&B Engineers & Constructors Ltd.
Sabine River Authority of Texas
Sachem Inc.
Safety Kleen Services Inc.
SAF-Holland USA Inc.
Saint-Gobain Ceramics & Plastics Inc.
Saint-Gobain Vetrotex America Inc.
Salzgitter Mannesmann Stainless Tubes USA Inc.
Samsung Austin Semiconductor LP
Sanden International (USA) Inc.
Sanderson Farms Inc.
Santander Consumer USA Inc.

Saulsbury Industries
Schirm USA Inc.
Schumacher Co. LLC
Scope Management
Scott & White Memorial Hospital
Scurry County Wind II LLC
Securitas Security Services USA
Security Finance Corp.
Seismic Energy Products LP
Sempra Energy Trading LLC
Sequent Energy Management LP
Service Transport Co.
SetPoint Integrated Solutions
Shamrock Industries Inc.
Shannon Medical Center
SHC-KPH LP
Shell Federal Credit Union
Sheraton Hotel
Sherman/Grayson Hospital LLC
Shermco Industries Inc.
Sherwood Equity LLC
SHI
Shin Properties Ltd.
Shriners Hospitals for Children-Houston
Siemens Power Generation Inc.
Simeio Solutions Inc.
Simeus Foods International Inc.
Simpson Strong-Tie Co. Inc.
Sivalls Inc.
SK Properties LLC
SMBC Rail Services LLC
Snider Industries LLP
Sofia Enterprises LP
Sojitz American Capital Corp.
Sojitz Corp. of America
Solar Turbines Inc.
Solo Cup Operating Corp.
Solutionset
Sonoco Products Co.
South Limestone Hospital District
Southeastern Freight Lines Inc.
Southern California Gas Co.
Southern Foods Group LLC
Southern Methodist University
Southern Tire Mart
Southern Trinity Groundwater Conservation District
Southlake, City of (TX)
Southline Metal Products Co.

Southwest Canners of Texas Inc.
Southwest Coca-Cola Bottling Co.
Southwest Energy LP
Southwest Heat Treat Services LLC
Specialty Retailers Inc.
SPR Packaging LLC
Spring Independent School District (TX)
SPX Corp.
St. Joseph's Regional Health Center Inc.
Stafford Municipal School District (TX)
Stanley Black & Decker Inc.
Stanley Mechanics Tools
Star-Telegram Inc.
Star-Telegram Operating Ltd.
State Farm Life Insurance Co.
Sterilite Corp.
Sterling Bay Inc.
Stevens Transport Inc.
STMicroelectronics Inc.
Stolt-Nielsen USA Inc.
StonCor Group Inc.
Stone Mountain Properties LLC
Sugar Land Ice & Sports Center
Sunbelt Supply Co.
Sungard Consulting Services Inc.
Sunstone Cowboy Lessee LP
Sunstone Longhorn Lessee LP
Superior Essex Communications LP
SuperMedia LLC
Swarco/Reflex Inc.
Sweetlix
Sweetwater Wind Power LLC
SWHT LLC
Swiss Re Risk Solutions Corp.
SWSC - Hurst LP
SystemsGroup Inc.
Taco Bueno Restaurants LP
Targa Gas Marketing LLC
Tarrant County College District (TX)
Tarrant Regional Water District (TX)
Team Industrial Services Inc.
Technical Chemical Co.
Teledyne
TENAM
Tenaska Gas Storage LLC
Tenaska Marketing Ventures
Tenet Healthcare Corp.
Tenet HealthSystems Medical Inc.
TENEX

Texas College
Texas Commission on Environmental Quality - TCEQ
Texas Energy Transfer Co. Ltd.
Texas Gas Transmission LLC
Texas Health Presbyterian Hospital - WNJ
Texas Juvenile Justice Department
Texas Lime Co.
Texas Municipal Power Agency
Texas Rehabilitation Hospital
Texas Scottish Rite Hospital for Children
Texas Tech University Health Science Center
Texas Textile Services Ltd.
Texas Tile Manufacturing LLC
Texas Tower Ltd.
Texla Energy Management Inc.
Texstars Inc.
Texwood Industries LP
Three Rivers Operating Co. LLC
Time Warner Entertainment Co. LP
Titus County Freshwater Supply District
T-N-T Engineering Inc.
Tom's Foods Inc.
Toys R Us-Delaware Inc.
TPG Global LLC
Trafigura AG
Transport Service Co.
TransUnion Corp.
TransUnion Corp.
TRC Cos. Inc.
Treemont Retirement
Trinity MC LLC
Trinity River Authority
Triumph Aerostructures - Vought Aircraft Division
Triumph Aerostructures LLC
Triumph Fabrications - Fort Worth Inc.
Turner Industries Group LLC
TXI Operations LP
TXU 2007-1 Leasing LLC
UBS AG
Unarco Material Handling Inc.
Unimin Corp.
United Air Lines Inc.
United Electric Co.
United Regional Health Care Systems Inc.
United States Army Corps of Engineers
United States Enrichment Corp. (USEC)
United States Nuclear Regulatory Commission
Universal Blanchers LLC

University of Houston
University of Houston-Clear Lake
University of Texas Health Science Center at Houston
University of Texas Southwestern Medical Center at Dallas, The
University Park Partnership I Ltd.
UrAsia Energy
Urenco Enrichment Co. Ltd.
URS Corp.
US Bank Global Trust Services
US Silica Co.
USMD Hospital at Fort Worth LP
USMD Hospital of Arlington LP
VAM USA LLC
Vanguard Permian LLC
Veolia
Veolia Environmental Services - Industrial Services
Vertis Inc.
ViewPoint Bank NA
Vitol Inc.
W.W. Grainger Inc.
W2007 MVP Dallas LLC
Wallace Theater Corp. II
Walsh & Watts Inc.
Washington Gas Energy Services Inc.
Watco Companies Inc.
Watson & Chalin Manufacturing Inc.
Weatherford Artificial Lift Systems LLC
Weatherford International Inc.
Weaver Manufacturing Co. Inc.
Wells Fargo Bank Northwest NA
Wells Fargo Bank Northwest NA
Wells Fargo Dealer Services Inc.
West Texas Municipal Power Agency
Western Container Corp.
Western Texas College
Westinghouse Electric Co. LLC
Whitmore Manufacturing Co., The
William Marsh Rice University
Williams Scotsman Inc.
Williamson Printing Corp.
Wilsonart International Inc.
Wilsonart LLC
WireCo WorldGroup Inc.
WPX Energy Marketing LLC
WTCC Houston Investors V LP
WTCC Houston Mezz GP V LLC

YRC Enterprises Services Inc.

**Debtholders**
2497 - Pimco Income Strategy Fund II
3i Debt Management
3i Debt Management Investments Ltd.
3i Debt Management US LLC
40/86 Advisors
40/86 Strategic Income Fund
AAA Northern California Nevada & Utah Insurance Exchange
ABCLO 2007-1 Ltd.
Abry Partners
ACA CLO 2005-1 Ltd.
ACA CLO 2006-1 Ltd.
ACA CLO 2006-2 Ltd.
ACA CLO 2007-1 Ltd.
Advent Capital Management
Aegon Custody BV RE MM High Yield Fund
AEH CB LP
AFR - Fidelity Advisor Series I: Fidelity Advisor Floating Rate High Income Fund
AG Centre Street Partnership LP
AG Diversified Credit Strategies Master LP
AG Global Debt Strategy Partners LP
AG Super Fund International Partners LP
Ahab Capital Management
Aladdin Capital
Alcentra
Alden Global Adfero BPI Fund Ltd.
Alden Global Distressed Opportunities Master Fund LP
Alliance Capital
AllianceBernstein LP
Allstate Life Insurance Co.
American AgCredit
Ameriprise Certificate Co.
Ameriprise Financial Inc.
Amherst CLO Ltd.
Amundi Alternatives Advent Global Opportunity Master Fund
AN Invest CLO II Ltd.
Anchorage Capital LLC
Anchorage Capital Master Offshore Ltd.
ANS US Holdings Ltd.
Aon Investment Consulting Inc.
APG Asset Management
Apidos Capital Management LLC
Apidos CDO I

Apidos CDO II
Apidos CDO III
Apidos CDO IV
Apidos CDO V
Apidos CDO VI
Apidos Cinco CDO
Apidos Quattro CDO
Apollo Capital
Apollo Centre Street Partnership LP
Apollo Credit Funding I Ltd.
Apollo Credit Opportunity Fund III LP
Apollo Franklin Partnership LP
Apollo Global Management LLC
Apollo Special Opportunities Managed Account LP
Apollo SPN Investments I Credit LLC
Arch Investment Holdings IV Ltd.
Arch Reinsurance Ltd.
Ares Institutional Loan Fund BV
Ares Management LLC
Ares Strategic Investment Management LLC
Ares Strategic Investment Partners III LP
Ares Strategic Investment Partners Ltd.
Ares XII CLO Ltd.
Ares XXII CLO Ltd.
Arizona State Retirement System
Arrowgrass Capital Partners LLP
Arrowgrass Distressed Opportunities Fund Ltd.
Arrowgrass Master Fund Ltd.
Arrowood Indemnity Co.
Artio Global High Income Fund
Artio Global High Income Group Trust Fund
Artio Global Management LLC
Ascension Health
Asset Allocation & Management Co.
Associated British Foods Pension Scheme
Atrium III
Atrium IV
Atrium V
Aurelius Capital Management LP
Aurelius Opportunities Fund II LLC
AustralianSuper
Automobile Club of Southern California Pension Plan
Avenue Capital Group
Avenue Capital Management
Avenue CLO Fund Ltd.
Avenue CLO II Ltd.
Avenue CLO III Ltd.

BA/CS Credit 1 LLC
Babson Capital Europe
Babson Capital Loan Strategies Master Fund LP
Babson Capital Management
Baker Street CLO II Ltd.
Baker Street Funding CLO 2005-I Ltd.
Bank of America Fund
Baptist Foundation of Texas
Barclays Bank PLC
Barclays Bank PLC, Cayman Islands Branch
Barclays Bank PLC, New York Branch
Battalion CLO 2007-I Ltd.
Battery Park High Yield Long Short Fund Ltd.
Battery Park High Yield Opportunity Master Fund Ltd
Battery Park High Yield Opportunity Strategic Fund Ltd.
Baycare Health System
BBT Capital Management
BC Unltd. LLC
Beach Point Capital
Beach Point Distressed Master Fund LP
Beach Point Loan Master Fund LP
Beach Point SCF 1 LP
Beach Point SCF IV LLC
Beach Point Select Master Fund LP
Beach Point Strategic Master Fund LP
Beach Point Total Return Master Fund LP
BeachPoint SCF Multi Port LP
Bell Atlantic Master Trust
Benefit Street Credit Alpha Master Fund Ltd.
Benefit Street Strategic Fund Ltd.
Big River Group Fund SPC Ltd.
Bill & Melinda Gates Foundation Trust
BIS Postal Services Act 2011 Co. Ltd.
Black Diamond Capital Management LLC
Black Diamond CLO 2005-2 Ltd.
Blackrock Debt Strategies Fund Inc.
Blackrock Defined Opportunity Credit Trust
Blackrock Financial Management
Blackrock Floating Rate Income Strategies Fund Inc.
Blackrock Floating Rate Income Trust
Blackrock Funds II Blackrock Floating Rate Income Portfolio
Blackrock Global Investment Series: Income Strategies Portfolio
Blackrock Limited Duration Income Trust

Blackrock Secured Credit Portfolio of Blackrock Funds II
Blackrock Senior Floating Rate Portfolio
Blackstone Debt Advisors
Blackstone Special Funding (Ireland)
BLT 2009-1 Ltd.
BLT 24 LLC
BLT 27 LLC
BLT 33 LLC
BLT 36 LLC
BLT 42 LLC
BLT 8 LLC
BLT I LLC
Blue Crescent Fund LP
Blue Falcon Ltd.
Bluebay Asset Management
Bluecrest Capital
Bluecrest Capital International Master Fund Ltd.
BOC Pension Investment Fund
Boeing Co. Employee Retirement Plans Master Trust Investment Control Pool
Boston Income Portfolio
BPC Opportunities Fund LP
Brentwood CLO Ltd.
Brevan Howard Asset Management LLP
Brevan Howard Credit Catalysts Master Fund Ltd.
Brevan Howard Master Fund Ltd.
Brigade Capital Management LLC
Brigade Credit Fund II Ltd.
Brigade Distressed Value Master Fund Ltd.
Brigade Leveraged Capital Structures Fund Ltd.
Brigade Opportunistic Credit Fund 16 LLC
Brigade Opportunistic Credit Fund ICL LP
Brigade Opportunistic Credit LBG Fund Ltd.
Broad Street Funding LLC
Brookfield Investment Management Inc.
BTG Pactual GLB Asset Management
BTG Pactual Global Asset Management
California Public Employees Retirement System
Callidus Debt Partners CLO Fund III
Camulos Capital
Canaras Capital
Canaras Summit CLO Ltd.
Candlewood Credit Value Master Fund II LP
Candlewood Investment Group
Candlewood Special Situations Master Fund Ltd.
Canyon Partners
Capital Research

Capital Ventures International
Carl Marks Management
Carl Marks Strategic Investments LP
Carlson Capital
Carlyle Azure CLO Ltd.
Carlyle Bristol CLO Ltd.
Carlyle Daytona CLO Ltd.
Carlyle High Yield Partners IX Ltd.
Carlyle High Yield Partners VII Ltd.
Carlyle High Yield Partners VIII Ltd.
Carlyle High Yield Partners X Ltd.
Carlyle Investment Management LLC
Carlyle McLaren CLO Ltd.
Carlyle Partners
Carlyle Veyron CLO Ltd.
Carval Investors LLC
Caspian Capital LP
Castle Garden Funding
Castle Hill Asset
Castle Holdings Trust 1
Castle Holdings Trust 2
Castlerigg Master Investment Ltd.
Caterpillar Financial
Caywood-Scholl Capital Management
CCP Acquisition Holdings
CELF Advisors LLP
Cent CDO 10 Ltd.
Cent CDO 12 Ltd
Cent CDO 14 Ltd
Cent CDO 15 Ltd
Cent CDO XI Ltd.
Centerbridge Credit Advisors LLC
Centerbridge Group
Centerbridge Special Credit Partners II LP
Centerbridge Special Credit Partners LP
Central States Southeast & Southwest Areas Health & Welfare Fund
Central States Southeast & Southwest Areas Pension Fund
Centurion CDO 8 Ltd.
Centurion CDO 9 Ltd.
Cetus Capital LLC
CFIM Hybrid Tri-Asset Fund
Chatham Asset Management
Chi Operating Investment Program L P
Childrens Healthcare of Atlanta Inc.
Chimney Rock Investments
Chrysler LLC Master Retirement Trust
CIFC Asset Management

CIFC Deerfield
Citadel Investment Group
Citadel Securities Trading LLC
Citibank Hold (SLT)
Citibank-Distressed Secondary
Citigroup Financial Products Inc.
Citigroup Pension Plan
City of New York Group Trust
CLF Finance Co. LLC
Clinton Group
Clover1 Loan Funding LLC
Club Pension Plan
Clydesdale CLO 2003 Ltd.
Clydesdale CLO 2007 Ltd.
COA Caerus CLO Ltd.
COA CLO 2010-2 Sub CBNA LLC
Coca Cola Co. Master Retirement Trust, The
COF II ST LLC
Columbia Funds Series Trust II Columbia
Floating Rate Fund
Columbia Funds Variable Series Trust II Variable
Portfolio
Columbia Management Investment Advisers LLC
Columbia Strategic Income Fund
Columbia Strategic Income Fund Variable Series
Commingled Pension Trust Fund (High Yield
Bond) of JPMC Bank NA
Commingled Pension Trust Fund (High Yield) of
JPMorgan Chase Bank NA
Conning Asset Management
Conocophillips Master Trust
Constellation Capital
Consumer Program Administrators Inc.
Contrarian Funds LLC
Cornell University
Corporate Debt Opportunities Fund LP
Cortland Capital Market
Credit Capital Investments LLC
Credit Suisse Alternative Capital Inc.
Credit Suisse Asset Management LLC (CSAM)
Credit Suisse Asset Manager
Credit Suisse Capital LLC
Credit Suisse Dollar Senior Loan Fund Ltd.
Credit Suisse Floating Rate High Income Fund
Credit Suisse Global Hybrid Income Fund
Credit Suisse High Income Fund
Credit Suisse Loan Funding LLC
Credit Suisse Strategic Income Fund
Credit Suisse Syndicated Loan Fund

Credit Suisse, Cayman Islands Branch
Credit Value Master Fund III LP
Credit Value Partners Distressed Duration
Master Fund LP
Credit Value Partners LP
Crescent 1 LP
Crescent Alternative Credit Partners LP
Crescent Capital Group LP
CRS Master Fund LP
CSAA Insurance Exchange
CVC Credit Partners
CVF Lux Securities Trading SARL
CVI CVF II Lux Securities Trading SARL
CVI GVF CLO 1 LLC
CVIC II Lux Securities Trading SARL
CVIC Lux Securities Trading SARL
CWD OC 522 Master Fund Ltd.
Cyrus Opportunities Master Fund II
Cyrus Select Opportunities Master Fund Ltd.
DBSO Limited CDO Corp.
DCF Capital LLC
DCF Partners LP
Delaware Corporate Bond Fund A Series,
Delaware Group Income Funds
Delaware Diversified Income Trust
Delaware Group Foundation Funds, Delaware
Conservative Allocation Portfolio
Delaware Group Foundation Funds, Delaware
Moderate Allocation Portfolio
Delaware Group Income Funds - Delaware
Diversified Floating Rate Fund
Delaware Group Income Funds, Delaware High-
Yield Opportunities Fund
Delaware Investments
Delaware Pooled Trust - The Core Pl Fixed
Income Portfolio
Delaware VIP Trust - DE VIP High Yield Series
Delaware VIP Trust - Delaware VIP Limited-Term
Diversified Income Series
Deutsche Asset Management
Deutsche Asset Management Syndicate
Deutsche Bank - FM
Deutsche Bank AG, Cayman Islands Branch
Deutsche Bank AG, London Branch
DiMaio Ahmad Capital LLC
Diversified Credit Portfolio Ltd.
DK Acquisitions Partners LP
Doral Bank
Dow Employees Pension Plan

Dow Retirement Group Trust
Drawbridge Investment Ltd.
Drawbridge Special Opportunities Fund LP
Drawbridge Special Opportunities Fund Ltd.
Duane Street CLO 1 Ltd.
Duane Street CLO II Ltd.
Duane Street CLO III Ltd.
Duane Street CLO IV Ltd.
Duane Street CLO V Ltd.
DW Investment Management LP
Eastland CLO Ltd.
Eaton Vance
Eaton Vance - Grayson & Co. Fund
Eaton Vance Floating Rate Income Fund
Eaton Vance High Yield
Eaton Vance Institutional Senior Loan Fund
Eaton Vance International (Cayman Islands)
Floating-Rate Income Portfolio
Eaton Vance Limited Duration Income Fund
Eaton Vance Management
Eaton Vance Medallion Floating-Rate Income
Portfolio
Eaton Vance Prime Fund Inc.
Eaton Vance Senior Floating-Rate Trust
Eaton Vance Senior Income Trust
Eaton Vance Short Duration Diversified Income
Fund
Eaton Vance VT Floating-Rate Income Fund
Eaton Vance-Floating Rate Income Trust
Elliott Associates LP
Elliott International Capital Advisors Inc.
Elliott International LP
Ellis Lake Capital LLC
Ellis Lake Master Fund LP
Emerson Place CLO Ltd.
Ensign Peak Advisors Inc.
Epic Asset Management
Equity Group Investments
Farmstead Capital Management
FCO MA Centre Street LP
FCO MA II UB Securities LLC
FCO MA III LP
FCO MA III UB Securities LLC
FCO MA LSS LP
FCO MA Maple Leaf LP
FCO MA ML Corp.
FCO MA SC LP
FCOF II UB Investments LLC
FCOF II UB Securities LLC

FCOF II UST LLC
FCOF III UB Investments LLC
FCOF UB Investments LLC
FCOF UST LLC
Fedex Corp. Employees Pension Trust
Feingold O`Keeffe
FGOY Investments Corp.
FGOY Securities Ltd.
Fidelity Central Investment Portfolios LLC
Fidelity Floating Rate Central Fund
Fidelity Floating Rate High Income Investment
Trust
Fidelity Investments
Fidelity Series Floating Rate High Income Fund
Fidelity Summer Street Trust
Fir Tree
First Trust Advisors LP
First Trust High Yield Long Short ETF
First Trust Senior Floating Rate Income Fund II
First Trust Senior Loan Fund
First Trust Short Duration High Income Fund
First Trust Strategic High Income Fund II
First Trust Tactical High Yeild ETF
First Trust/Four Corners Senior Floating Rate
Income Fund II
Firstenergy System Master Retirement Trust
Flagship CLO IV
Flagship CLO V
Flagship CLO VI
Fonds Voor Gemene Rekening Beroepsvervoer
Fore CLO Limited 2007-I
Fore Research
Fortress Credit Opportunities I LP
Fortress ETXU LLC
Forum Funds
Founders Grove CLO Ltd.
Four Corners Capital Management
Franklin Custodian Funds Inc.
Franklin Floating Rate
Franklin High Income Fund (Canada)
Franklin High Income Securities Fund
Franklin High Income Trust
Franklin Income Fund
Franklin Income Securities Fund
Franklin Institutional Global High Yield
Franklin Mutual Advisers LLC
Franklin Templeton Variable Insurance Products
Trust
Franklin Universal Trust

Fraser Sullivan CLO V Ltd.
Fraser Sullivan Investment Management
FS Investment Corp.
FTS SIP Corp.
FTS SIP LP
Future Directions Credit Opportunities Fund
Future Fund Board of Guardians
Galaxy CLO 2003-1 Ltd.
Gallatin CLO II 2005-1 Ltd.
Gateway CLO Ltd.
General Board of Pension & Health Benefits of The United Methodist Church
General Electric Pension Trust
General Motors Canadian Hourly Rate Employees Pension Plan, The
General Motors Canadian Retirement Program For Salaried Employees, The
General Motors Hourly Rate Employes Pension Trust, The
General Retirement System of The City of Detroit
GIC Private Ltd.
GK Debt Opportunity Fund Ltd.
Gleneagles CLO Ltd.
Global Credit Advisers
GM Canada Foreign Trust, The
GMO
GMO Credit Opportunities Fund LP
GMO Mean Reversion Fund (Onshore)
Golden Knight II CLO Ltd.
Golden Tree
Goldentree Loan Opportunities III Ltd.
Goldentree Loan Opportunities IV Ltd.
Goldentree Loan Opportunities V Ltd.
Goldman Sachs Credit
Goldman Sachs Lending Partners LLC
Goldman Sachs Trust II Goldman Sachs Multi Manager Alternatives Fund
Golub Capital
Good Hill
Goodwin Capital Advisers
Government of Singapore Investment Corp. Pte Ltd.
Granite Bay Long/Short Credit Master Fund LP
Grant Grove CLO Ltd.
Grantham Mayo Van Otterloo & Co. LLC
Grayson CLO Ltd.
Great West Putnam High Yield Bond Fund
Greenbriar CLO Ltd.
Greyrock CDO Ltd.

Gruss Asset Management
Gruss Global Investors Master Fund (Enhanced) Ltd.
Gruss Global Investors Master Fund Ltd.
GSC Group CDO Fund VIII Ltd.
GSC Partners
GSC Partners CDO Fund IV Ltd.
GSC Partners CDO Fund V Ltd.
GSC Partners CDO Fund VII Ltd.
GSC Partners CDO Fund VIII Ltd.
GSO/Blackstone Debt Funds Management LLC
Guardian Loan Opportunities Ltd.
Guggenheim Portfolio Co. X LLC
Gulf Stream - Sextant CLO 2006-I Ltd.
Gulf Stream Compass CLO 2005-II Ltd.
Gulf Stream Sextant CLO 2007 1 Ltd.
Gulf Stream-Compass CLO 2007 Ltd.
Gulf Stream-Rashinban CLO 2006-1 Lt
Halcyon Asset Management LLC
Halcyon Loan Investors CLO I Ltd.
Halcyon Loan Investors CLO II Ltd.
Halcyon Restructuring
Halcyon SAM CLO 2008-II BV
Halcyon SAM European CLO 2007-1 BV
Halcyon SAM LS/SU 2007-1 Ltd.
Halcyon SAM LS/SU 2007-2 Ltd.
Halcyon SAM LS/SU CLO II Ltd.
Hampton Funding LLC
Harbourmaster Capital
Harbourview CLO 2006-I
Harch Capital Management
Harch CLO II Ltd.
Hartford Balanced Income Fund, The
Hartford Floating Rate Fund, The
Hartford High Yield Fund, The
Hartford High Yield HLS Fund, The
Hartford Strategic Income Fund, The
Hartford Unconstrained Bond Fund, The
Harvard Management
Harvest CLO V PLC
Hayman Capital
Hayman Capital Master Fund LP
HBK Investments LP
HBK Master Fund LP
Helios High Yield Fund
Helios Strategic Income Fund Inc.
Hewett's Island CLO II Ltd.
Hewetts Island CLO VI Ltd.
Hewitt Ennisknupp Inc.

HFR RVA Advent Global Opportunity Master Trust

HIG Whitehorse Capital LLC

High Income Opportunities Portfolio

Highbridge Capital

Highbridge International LLC

Highbridge Principal Strategies Credit Opportunities Master Fund LP

Highfields Capital Management

Highland Capital Management FM

Highland Capital Management LP

Highland Credit Opportunities CDO Ltd.

Highland Floating Rate Opportunities Fund

Highland Iboxx Senior Loan ETF

Highland Loan Master Fund LP

Highland Special Situations Fund

Highlander Euro CDO BV

Highlander Euro CDO II BV

HighVista Strategies

Honeywell Common Investment

HSBC Wealth Management

Hyperion Brookfield Asset Management

IBM Personal Pension Plan Trust

IDS Life Insurance Co.

IG Putnam US High Yield Income Fund

Igchys - IG FI Canadian Allocation Fund

Ignis Asset Management

Illinois State Board of Investment

Income Fund of America, The

Industriens Pension Portfolio FMBA High Yield Obligationer 1

Industriens Pension Portfolio FMBA High Yield Obligationer III

ING (L) Flex-Senior Loans

ING Capital LLC

ING International (II) - Senior Loans

ING Investment Management CLO II Ltd.

ING Investment Management CLO III Ltd.

ING Investment Management CLO IV Ltd.

ING Investment Management CLO V Ltd.

ING Investment Trust Co. Plan For Employee Benefit Investment Funds - Senior Loan Fund

ING Investments Management Co.

ING Prime Rate Trust

Intermarket Corp.

International Monetary Fund Retired Staff Benefits Investment Account

International Monetary Fund Staff Retirement Plan

International Paper Co. Commingled Investment Group Trust (Oaktree)

International Paper Co. Commingled Investment Group Trust (Wellington)

Interpolis Pensioenen Global High Yield Pool

Invesco Dynamic Credit Opportunities

Invesco Floating Rate Fund

Invesco Funds III-Invesco US Senior

Invesco Kampen Senior Loan Fund

Invesco Senior Income Trust

Invesco Senior Loan Fund

Invesco Senior Secured Management Inc.

Invesco Van Kampen Dynamic Credit Opportunities Fund

Invesco Van Kampen Senior Income

Invesco Zodiac Funds-Invesco US Senior Loan Fund

Investors Canadian High Yield Income Fund

Iowa Public Employees Retirement System

Iowa Public Employees' Retirement System - IPERS (Oaktree)

Ivy Funds VIP High Income

Ivy High Income Fund

J. Caird Partners LP

Janus Capital Funds PLC

Janus Capital Group

Janus US High Yield Fund

Jasper CLO Ltd.

Jefferies Capital

Jeffries High Yield

JHF II Multi Sector Bond Fund

JHF II Short Duration Credit Opportunities Fund

JHF II-Global High Yield Fund

JHYF 1 Loan Funding LLC

JMP Credit Advisors

John Hancock

John Hancock Fund II - Floating Rate Income Fund

John Hancock Hedged Equity & Income Fund

JP Morgan Investment Management

JP Morgan Leveraged Loans Master Fund LP

JP Morgan Whitefriars Inc.

JPM Chase

JPM Whitefriars Inc.

JPMBI RE Blackrock Bank Loan Fund

JPMC Retirement Plan Brigade Bank Loan

JPMorgan Asset Management

JPMorgan Asset Management-Cincinnati

JPMorgan Chase

JPMorgan Chase Retirement Plan, The
JPMorgan Core Plus Bond Fund
JPMorgan Floating Rate Income Fund
JPMorgan High Yield Fund
JPMorgan Income Builder Fund
JPMorgan Strategic Income Opportunities Fund
Julius Baer Global High Group Trust Fund
Julius Baer Global High Income Fund
Kaiser Foundation Hospitals
Kaiser Permanente Group Trust
Katonah Debt Advisors LLC
Katonah IX CLO Ltd.
Katonah VII CLO Ltd.
Katonah VIII Ltd.
Katonah X CLO Ltd.
Kil Loan Funding LLC
Kildonan Castle
Kilimanjaro Advisors LLC
King Street Capital Management LP
Kingsland Capital Management LLC
Kingsland I Ltd.
Kingsland II Ltd.
Kingsland III Ltd.
Kingsland IV Ltd.
Kingsland V Ltd.
KKR Asset Management LLC
KKR Debt Investors II (2006) (Ireland) LP
KKR Financial CLO 2005 2 Ltd.
KKR Financial CLO 2005-1 Ltd.
KKR Financial CLO 2006-1 Ltd.
KKR Financial CLO 2007-1 Ltd.
KKR Financial CLO 2007-A Ltd.
KKR Financial Holdings LLC
Knight Capital Group
Knight Libertas LLC
Knight Loans LLC
KS Capital Partners LP
KS International Master Ltd.
KS Management
L-3 Communications Corp. Master Trust
Laguna Funding LLC
Landmark IX CDO Ltd.
Landmark V CDO Ltd.
Landmark VI CDO Ltd.
Landmark VII CDO Ltd.
Landmark VIII CLO Ltd.
Leveragesource III LP
Leveragesource III SARL
Leveragesource V SARL

LGT Multi Manager Bond High Yield USD
Liberty CLO
Liberty Mutual
Liberty Mutual Employees Thrift Incentive Plan
Liberty View Capital Managemant
Libertyview Capital
Libertyview Loan Fund LLC
Life Insurance of The Southwest
Lightpoint CLO V Ltd.
Lightpoint CLO VII Ltd.
Lightpoint CLO VIII Ltd.
Lincoln National Life Insurance Co. Separate
Account 12, The
Lincoln National Life Insurance Co. Separate
Account 20, The
Lincoln Variable Insurance Products Trust - LVIP
Delaware Foundation Moderate Allocation
Lincoln Variable Insurance Products Trust- The
LVIP Delaware Foundation Conservative
Allocation
Linden Advisors LLC
Linden Capital LP
Litespeed Management LLC
Litespeed Master Fund Ltd.
Littlejohn Opportunities Master Fund LP
Loan Funding IV LLC
Loan Funding VII LLC
Loan Strategies Funding LLC
Lockheed Martin Corp. Master Retirement Trust
Logan Circle Partners LP
Lonestar Capital Management
Longhorn Capital DT LP
Longhorn Capital LP
Longhorn Credit Funding LLC
Loomis Sayles
Loomis Sayles Absolute Strategies Trust
Loomis Sayles Bond Fund
Loomis Sayles CLO I Ltd.
Loomis Sayles Strategic Alpha Trust
Loomis Sayles Strategic Income Fund
Lord Abbett
Lord Abbett Investment Trust - Floating Rate
Fund
Lord Abbett Investment Trust-High Yield Fund
Los Angeles County Employees Retirement
Association
Louisiana State Employees' Retirement System
(JP Morgan)
Louisiana State Employees' Retirement System
(Nomura)

LSR Loan Funding LLC
Lucent Technologies Inc. Master Pension Trust
Lufkin Advisors LLC
Luminous Capital Global Credit Opportunities Fund A LP
Luminus Energy Partners Master Fund
Luminus Management
Lutetium Capital
Luxor Capital Group LP
LVIP-JP Morgan High Yield Fund
MAC Capital Ltd.
Macquarie Bank Ltd.
Macquarie Bank Ltd.-Sydney Head Office
Macquarie Investment Management
Macys Inc. Defined Benefit Plans Master Trust
Madison Park Funding I Ltd.
Madison Park Funding II Ltd
Madison Park Funding III Ltd
Madison Park Funding IV Ltd.
Madison Park Funding V Ltd.
Madison Park Funding VI Ltd.
Managed Accounts Master Fund Services Map 13
Managers High Yield Fund
Manikay Master Fund LP
Manulife Asset Management LLC
Manulife Floating Rate Income Fund
Map 139 Segregated Portfolio of LMA SPC
Marathon Blue Active Fund Ltd.
Marathon CLO II Ltd.
Marathon Credit Dislocation Fund LP
Marathon Credit Opportunity Master Fund Ltd.
Marathon Liquid Credit Long Short Fund
Marathon Special Opportunity Master Fund Ltd.
Mariner LDC
Marlborough Street CLO Ltd.
Marret Asset Management
Mason Capital Management LLC
Mason Capital Master Fund LP
Massachusetts Financial
Massachusetts Mutual Life Insurance Co.
Master SIF SICAV SIF
MatlinPatterson
Matlinpatterson Distressed Opportunities Master Account LP
Matlinpatterson Fund Iv (Hedge) Master Account LP
Maxim Putnam High Yield Bond Portfolio of Maxim Series Fund Inc.

Mayport CLO Ltd.
McDermott Master Trust
Mercer Park / Sandelman
Meritage Fund LLC
Met Investors Series Trust - Met/Eaton Vance Floating Rate Portfolio
Metropolitan West Asset Management
Metropolitan West High Yield Bond Fund
Metropolitan West Low Duration Bond Fund
Metropolitan West Total Return Bond Fund
Microsoft Global Finance Ltd.
Midtown Acquisitions LP
Missouri Education Pension Trust
Mizuho Asset Management
MJX Asset Management LLC
Momentum Capital Fund Ltd.
Montgomery County Employees Retirement System
Monument Park CDO Ltd.
Moore Capital
Morgan Stanley Senior Funding Inc.
Mountain View CLO II Ltd.
Mountain View CLO III Ltd.
Mountain View Funding CLO 2006-1
MP Senior Credit Partners
MSD Capital LP
MSD Credit Opportunity Master Fund LP
MSD Investments
MT Wilson CLO II Ltd.
MT Wilson CLO Ltd.
Multimix Wholesale Diversified Fixed Interest Trust
Municipal Employees Retirement System of Michigan
Murphy & Durieu
Napier Park Global Capital LLC
Nash Point CLO
National Elevator Industry Pension Plan
National Life Insurance Co.
National Railroad Retirement Investment Trust - High Yield
NB Distressed Debt Investment Fund Ltd.
NB Distressed Debt Master Fund LP
Neptune Finance CCS Ltd.
Neuberger Berman
Neuberger Berman Alternative Funds: Neuberger Berman Absolute Return Multi Manager Fund
Neuberger Berman Fixed Income LLC
Neuberger Berman High Income Bond Fund

Neuberger Berman High Income Fund LLC
Neuberger Berman High Yield Bond Fund
New Fleet Asset Management LLC
New York City Employees Retirement System
New York City Police Pension Fund
New York Life
New York Times Co. Pension Trust
Newfleet Asset Management
Nexpoint Credit Strategies Fund
NGM Insurance Co.
Nomura Corporate Funding Americas LLC
Nomura Corporate Reaserch & Asset
Management Inc.
Nomura Corporate Research
Nomura Global Financial Products Inc.
Nomura International PLC
Nomura US Attractive Yield Corporat Bond Fund
Mother Fund
Nordkap Bank AG
North Dakota State Investment Board
Oak Hill Credit Alpha Master Fund LP
Oak Hill Credit Opportunities Financing Ltd.
Oak Hill Credit Partners
Oak Hill Credit Partners II Ltd.
Oaktree FF Investment Fund LP
Oaktree High Yield Fund II LP
Oaktree High Yield Fund LP
Oaktree High Yield Plus Fund LP
Oaktree Huntington Investment Fund LP
Oaktree Loan Fund 2X (Cayman) LP
Oaktree Opportunities Fund VIII (Parallel 2) LP
Oaktree Opportunities Fund VIII Delaware LP
Oaktree Opportunities Fund VIIIB Delaware LP
Oaktree Opps IX Holdco Ltd.
Oaktree Opps IX Parallel 2 Holdco Ltd.
Oaktree Senior Loan Fund LP
Oaktree Value Opportunities Fund Holdings LP
OCA Brigade Credit Fund II LLC
Ocean Trails CLO I
Ocean Trails CLO II
OCM High Yield Trust
OCM Opportunities Fund VII Delaware LP
OCM Opportunities Fund VIIB Delaware LP
OCP Investment Trust
Ohio Police & Fire Pension Fund
OHSF II Financing Ltd.
Oklahoma Teachers Retirement System
Omega Advisors Inc.
Omega Overseas Partners Ltd.

Onex Credit Partners LLC
Onex Debt Opportunity Fund Ltd.
Onex Senior Credit Fund LP
Oppenheimer Funds
Oregon Public Employees Retirement Fund
Otlet Capital Management
Owl Creek Investments I LLC
Oz Management LLC
Oz Special Master Fund Ltd.
P River Birch Ltd.
Pacholder High Yield Fund
Pacific Gas & Electric Co. Post Retirement
Medical Plan Trust - Non-Management
Employees & Retirees
Pacific Life Funds - PL Floating Rate Loan Fund
Pacific Life Insurance
Pacific Select Fund - Floating Rate Loan Portfolio
Pacific Select Fund - High Yield Bo Portfolio
Palmetto Investors Master Fund LLC
Panning Capital Management
Par Four Investment
PCI Fund LLC
Peak6 Investments
PECM Strategic Funding LP
Penn Mutual Life Insurance Co.
Pennsylvania State Employees Retirement
System, Commonwealth of
Pennsylvania Treasury Department,
Commonwealth of
Perella Weinberg Partners Capital Management
LP
Perella Weinberg Partners Xerion Master Fund
Ltd.
Permal LGC Ltd.
Perry Capital
PG&E Corp. Retirement Master Trust
Phillips 66 Co.
Phoenix Life Insurance Co.
Pictet Funds (Lux)
Pimco Cayman Global Credit Alpha Fund
Pimco Cayman Global Credit Libor Plus Fund
Pimco Foreign Bond Fund (US Dollar- Hedged)
Pimco Global High Yield Strategy Fund
Pimco High Income Fund
Pimco Long - Term Credit Fund
Pinebridge Investments LLC
Pioneer Diversified High Income Trust
Pioneer High Income Trust
Pioneer Investment

Point State Capital LP
Pointstate Capital LP
Pointstate Fund LP
Post Advisory Group
Powershares Senior Loan Portfolio
Primerica Life Insurance Co.
Primus CLO I Ltd.
Princeton Advisory
Principal Financial Group
Principal Funds Inc. - High Yield Fund I
Principal Funds Inc.- Bond & Mortgage Securities Fund
Principal Funds Inc. High Yield Fund
Principal Investors Fund Inc.- Bond & Mortgage Securities Fund
Principal Life Insurance Co.
Principal Life Insurance Co. - Bond & Mortgage Separate Account
Principal Life Insurance Co. On Behalf of One Or More Separate Accounts
Principal Variable Contracts Fund Inc. Bond & Mortgage Securiities Account
Prospect Harbor Credit Partners LP
Protective Life Insurance Co.
Providence Equity
Prudential Insurance
Prudential Series Fund: Diversified Bond Portfolio
Prudential Series Fund: High Yield Bond Portfolio, The
Public Employees Retirement System of Ohio
Putnam Absolute Return 500 Fund
Putnam Absolute Return 700 Fund
Putnam Asset Allocation Funds Conservative Portfolio
Putnam Asset Allocation Funds: Balanced Portfolio
Putnam Diversified Income Trust
Putnam Diversified Income Trust (CA Master Fund)
Putnam Dynamic Asset Allocation Growth Fund
Putnam Floating Rate Income Fund G Rate Income Fund
Putnam Global Funds - Putnam World Wide Income Fund
Putnam Global Income Trust
Putnam High Yield Advantage Fund
Putnam High Yield Trust
Putnam Investments

Putnam Master Intermediate Income Trust
Putnam Premier Income Trust
Putnam Retirement Advantage GAA Balanced Portfolio
Putnam Retirement Advantage GAA Conservative Portfolio
Putnam Retirement Advantage GAA Growth Portfolio
Putnam Retirement Advantage GAA Income Strategies Portfolio
Putnam Total Return Fund LLC
Putnam Total Return Trust
Putnam Variable Trust-Private Diversified Income Fund
Putnam Variable Trust-Private High Yield Fund
Putnam VT: Global Asset Allocation Fund
Pyxis Capital LP
Pyxis Credit Strategies Fund
Pyxis Floating Rate Opportunities Fund
Pyxis Iboxx Senior Loan ETF
Pyxis Special Situations Fund
Qantas Superannuation Plan
Qualcomm Global Trading Inc.
Qualcomm Global Trading Pte Ltd.
Race Point III CLO Ltd.
Race Point IV CLO Ltd.
RBC Capital Markets LLC
RBC Dexia Investor Services Trust
RBS Greenwich Capital
Red River CLO Ltd.
Reef Road Capital
Reef Road Master Fund Ltd.
Regatta Funding Ltd.
Regents of The University of California
Regiment Capital Ltd.
Relative Value A Series of Underlying Funds Trust
Renaissance Reinsurance Ltd.
River Birch Capital LLC
River Birch Master Fund LP
Riversource Life Insurance Co.
Rockwall CDO II Ltd.
Rockwall CDO Ltd.
Royal Bank of Canada
Royal Bank of Scotland Group PLC, The
Royal Mail Pension Plan
Russell Investment Co. Russell Multi Strategy Alternative Fund
Ryan Labs

Saba Capital Management LP
Saba Capital Master Fund II Ltd.
Safety Insurance Co.
Safety National Casualty Corp.
Salomon Brothers Holding Co. Inc.
San Francisco City & Country Employees' Retirement System
San Gabriel CLO I Ltd.
San Joaquin County Employees' Retirement Association
Sandell Asset Management
Sanford C. Bernstein Fund Inc. II Intermediate Duration Portfolio
Sankaty Advisors LLC
Sankaty Beacon Investment Partners LP
Sankaty Credit Opportunities (Offshore Master) IV LP
Sankaty Credit Opportunities III LP
Sankaty Credit Opportunities IV LP
Sankaty Credit Opportunities V A LP
Sankaty Credit Opportunities V A2 Master LP
Sankaty Credit Opportunities V B LP
Sankaty Drawbridge Opportunities LP
Sankaty High Income Partnership LP
Sankaty Managed Account (PSERS) LP
Sankaty Managed Account (UCAL) LP
Sankaty Managed Account TCCC LP
Sankaty Senior Loan Fund LP
Sankaty Senior Loan Fund PLC
Saratoga Partners
SC Credit Opportunities Mandate LLC
Scoggin Capital Management
Scoggin Capital Management II LLC
Scoggin Capital Management LP II
Scoggin International Fund Ltd.
Scoggin Worldwide Fund Ltd.
Scotiabank
Sears Holdings Pension Trust
SEI Global Master Fund PLC - The SEI High Yield Fixed Income Fund
SEI Global Master Fund PLD -The Sei High Yield Fixed Income
SEI Institutional Investment Trust Enhanced LIBOR Opportunities Fund
SEI Institutional Investment Trust Opportunistic Income Fund
SEI Institutional Investments Trust High Yeild Bond Fund

SEI Institutional Managed Trust - High Yield Bond Fund
SEI Institutional Managed Trust Enhanced Income Fund
SEI Institutional Managed Trust High Yield Bond Fund
Seix Investment Advisors LLC
Senator Investment Group LP
Seneca Capital
Senior Debt Portfolio
Sentinel Asset Management Pty Ltd.
Shasta CLO I Ltd.
Sheffield Asset Management LLC
Shenkman Capital Management Inc.
Sierra CLO II Ltd.
Silver Crest CBNA Loan Funding LLC
Silver Oak Capital LLC
Silver Point Capital
Silverado CLO 2006-I Ltd.
Silvermine Capital Management LLC
SkyTop Capital Management LLC
Smith Management LLC
Sol Loan Funding LLC
Solus Alternative Asset Management
Solus Core Opportunities Master Fund Ltd.
Sound Harbor Partners
Sound Point Capital Management
Sound Point Credit Opportunities Master Fund LP
Southern Ute Indian Tribe
Southfork CLO Ltd.
Southpaw Asset
SPCP Group LLC
Stanfield Azure CLO Ltd.
Stanfield Bristol CLO Ltd.
Stanfield Carrera CLO Ltd.
Stanfield Daytona CLO Ltd.
Stanfield McLaren CLO Ltd.
Stanfield Veyron CLO Ltd.
Starwood
Starwood Energy Fixed
State of Connecticut Retirement Plans & Trust Funds
State of Wisconsin Investment Board
State Street Bank & Trust Co.
State Teachers Retirement System of Ohio
Stichting Bedrijfstakpensioenfonds Voor Het Beroepsvervoer Over De Weg

Stichting Bewaarder Syntrus Achmea Global High Yield Pool

Stichting Pensioenfonds Hoogovens

Stichting Pensioenfonds Voor Fysiotherapeuten

Stone Creek Partners LP

Stone Harbor Global Funds PLC - Stone Harbor Leveraged Loan Portfolio

Stone Harbor High Yield Bond Fund

Stone Harbor Invest Funds PLC - Stone Harbor High Yield Bond Fund

Stone Harbor Investment Partners LP

Stone Harbor Leveraged Loan Fund LLC

Stone Harbor Leveraged Loan Portfolio

Stone Lion Capital Partners LP

Stone Lion Portfolio LP

Stone Tower Capital

Stone Tower CDO II Ltd.

Stone Tower Credit Funding I Ltd.

StoneCreek Partners LLC

Stratford CLO Ltd

Sunamerica Income Funds - Sunamerica High Yield Bond Fund

Sunrise Partners LP

Sunrise Partners Ltd.

SunTrust

Sup FCO MA UB Securities LLC

Super FCO MA LP

Supervalu Inc. Master Investment Trust

Susquehanna Advisors Group

Symphony Asset Management

Symphony CLO II Ltd.

Symphony CLO VI Ltd.

T. Rowe Price

T. Rowe Price Institutional Floating Rate Fund

T. Rowe Price Institutional High Yield Fund

Taconic Capital Advisors

Taconic Master Fund 1.5 LP

Taconic Opportunity Master Fund LP

Talek Investments

Tall Tree Investment

Target Asset Allocation Funds

Target Asset Management

Target Conservative Allocation Fund

Target Moderate Allocation Fund

Tasman Fund LP

TCW Absolute Return Credit Fund LP

TCW Asset Management

TCW Capital Trust

TCW Funds Metwest High Yield Bond Fund

TCW Senior Secured Floating Rate Loan Fund LP

TCW Senior Secured Loan Fund LP

Teachers Insurance & Annuity Association of America

Teachers' Retirement System of Oklahoma

Teachers Retirement System of The City of New York

Teak Hill Master Fund LP

Texas Absolute Credit Opportunities Strategy LP

Texas County & District Retirement System

THL Credit Senior Loan

Thornburg Investment

Thornburg Investment Income Builder Fund

TIAA-CREF

Titan Investment Holdings LP

Titan Investment Holdings SL LP

Triboro Funding Ltd.

Trilogy Capital

Trimaran Advisors Katona

Trustees of Dartmouth College

Turnpike Ltd.

UBS AG - Stamford, CT Branch

UBS GAM US - State of Connecticut Retirement Plans & Trust Funds

UBS Securities

UBS Stamford Branch TRS

UFCW Consolidated Pension Fund

UFCW Northern California Employers Joint Pension Trust Fund

Ult Loan Funding 1 LLC

UMC Benefit Board Inc.

Unipension Invest FMBA High Yield Obligationer II

Unisys Master Trust

Ursamine

Ursamine Credit Advisors

US High Yield Bond Fund

US Underwriters Insurance Co.

USAA Cornerstone Moderately Aggressive Fund

USAA Cornerstone Moderately Conservative Fund

USAA Global Opportunities Fund

USAA Investment Management Co.

USAA Mutual Fund

USAA Mutual Funds Trust - USAA Flexible Income Fund

USAA Mutual Funds Trust USAA High Yield Opportunities Fund

USAA Mutual Funds Trust: USAA Cornerstone Aggressive Fund

USAA Mutual Funds Trust: USAA Cornerstone Moderate Fund

USAA Mutual Funds Trust-USAA High Income Fund

Valholl Ltd.

Vanguard High Yield Corporate Fund

Varde Investment Partners LP

Varde Partners Inc.

Vector Capital

Venor Capital

Venor Capital Master Fund Ltd.

Venture II CDO 2002 Ltd.

Venture IX CDO Ltd.

Venture V CDO Ltd.

Venture VII CDO Ltd.

Venture VIII CDO Ltd.

Victoria Court CBNA Loan Funding LLC

Virtus Multi Sector Fixed Income Fund

Virtus Multi Sector Intermediate Bond Fund

Virtus Multi-Sector Short Term Bond Fund

Virtus Partners LLC

Virtus Senior Floating Rate Fund

Virtus Total Return Fund

Vista Leveraged Income Fund

Vitesse CLO Ltd.

VR Advisory Services Ltd.

VR Global Partners LP

Vulcan

VVIT: Virtus Multi Sector Fixed Income Series

VVIT: Virtus Strategic Allocation Series

Waddell & Reed

Waddell & Reed Advisors High Income Fund Inc.

Waddell & Reed Services

Wallace H. Coulter Foundation, The

Watershed Asset

Watershed Capital Institutional Partners III LP

Watershed Capital Partners (Offshore) Master Fund II LP

Watershed Capital Partners (Offshore) Master Fund LP

Wellington Management Co. LLP

Wellington Management Portfolios (Dublin) Plc - US$ Core High Yield Bond Portfolio

Wellington Management Portfolios Dublin PLC Global High Yield Bond Portfolio

Wellington Trust Co. NA Multiple Collective Investment Fund Trust II Core High Yield Bond Portfolio

Wellington Trust Co. NA Multiple Common Trust Funds Trust-Opportunistic Fixed Income Allocation Portfolio

Wells Capital Management

Wells Capital Management - 12222133

Wells Capital Management - 13702900

Wells Capital Management - 13823100

Wells Capital Management - 13923601

Wells Capital Management - 16463700

Wells Capital Management - 16959701

Wells Capital Management - 18325402

Wells Capital Management - 18866500

Wells Capital Management - 22952000

Wells Capital Management - 23928601

Wells Capital Management - 23960800

Wells Capital Management - 25464400

Wells Fargo & Co. Master Pension Trust

Wells Fargo Advantage High Income Fund

Wells Fargo Advantage High Yield Bond Fund

Wells Fargo Advantage Income Opportunities Fund

Wells Fargo Advantage Multi-Sector Income Fund

Wells Fargo Advantage Strategic Income Fund

Wells Fargo Advantage Utilities & High Income Fund

Wells Fargo Floating Rate Loan Fund

West Bend Mutual Insurance Co.

West Gate Horizons

Westchester CLO Ltd.

Western Asset Floating Rate High In Fund LLC

Western Asset Management

Whitehorse Capital

Whitehorse II Ltd.

Whitehorse III Ltd.

Whitehorse IV Ltd.

Wilmington Trust Investment Management LLC

Wilshire Institutional Master Fund II SPC - Wilshire Alden Global Event Driven Opportunities SP

Wingspan Investment Management LP

Wingspan Master Fund LP

WM Pool - High Yield Fixed Interest Trust

Worden II TX LLC

Worden Master Fund II LP

Worden Master Fund LP

Worden TX LLC
WR Huff Asset Management Co. LLC
XL Re Ltd.
Zell Credit Opportunities Side Fund LP

**Debtors, Debtor Affiliates, and Certain Related Entities**
4 Change Energy Co.
4 Change Energy Holdings LLC
Basic Resources Inc
Big Brown 3 Power Co. LLC
Big Brown Lignite Co. LLC
Big Brown Power Co. LLC
Borealis Infrastructure Management Inc.
Brighten Energy LLC
Brighten Holdings LLC
Collin Power Co. LLC
Comanche Peak Nuclear Power Co. LLC
Dallas Power and Light Co. Inc.
Decordova II Power Co.
DeCordova Power Co. LLC
Eagle Mountain Power Company LLC
Ebasco Services of Canada Ltd.
EEC Holdings Inc.
EECI Inc.
EFH Active Retirement Plan Trust
EFH Australia (No. 2) Holdings Co.
EFH CG Holdings Co. LP
EFH CG Management Co. LLC
EFH Corp.
EFH Corporate Services Co.
EFH Finance (No. 2) Holding Co.
EFH FS Holdings Co.
EFH Properties Co.
EFH Renewables Co. LLC
EFH Vermont Insurance Co.
EFIH Finance Inc
EFIHC
Energy Future Competitive Holdings Co. LLC
Energy Future Holdings Corp.
Energy Future Intermediate Holding Co. LLC
Fuelco LLC
Generation Development Co. LLC
Generation MT Co. LLC
Generation SVC Co.
GIC Special Investments Pte Ltd.
Government of Singapore Investment Corp.
Humphreys & Glasgow Ltd.
Lake Creek 3 Power Co. LLC

Lone Star Energy Co. Inc.
Lone Star Pipeline Co. Inc.
LSGT Gas Co. LLC
LSGT SACROC Inc.
Luminant Big Brown Mining Co. LLC
Luminant Energy Co. LLC
Luminant Energy Trading California Co.
Luminant ET Services Co.
Luminant Generation Co. LLC
Luminant Holding Co. LLC
Luminant Mineral Development Co. LLC
Luminant Mining Co. LLC
Luminant Renewables Co. LLC
Martin Lake 4 Power Co. LLC
Morgan Creek 7 Power Co. LLC
NCA Development Co. LLC
NCA Resources Development Co. LLC
Oak Grove Management Co. LLC
Oak Grove Mining Co. LLC
Oak Grove Power Co. LLC
OMERS Administration Corp.
Oncor Communications Holdings Co. LLC
Oncor Electric Delivery Administration Corp.
Oncor Electric Delivery Co. LLC
Oncor Electric Delivery Holdings Co. LLC
Oncor Electric Delivery Transition Bond Co. LLC
Oncor License Holdings Co. LLC
Oncor Management Investment LLC
Pantellos Corp.
Sandow Power Co. LLC
Skyonic Corp.
Southwestern Electric Service Co. Inc.
STARS Alliance
TCEH Finance Inc.
Texas Competitive Electric Holdings Co. LLC
Texas Electric Service Co. Inc.
Texas Energy Future Capital Holdings LLC
Texas Energy Future Co-Invest LP
Texas Energy Future Holdings LP
Texas Energy Industries Co. Inc.
Texas Power and Light Co. Inc.
Texas Transmission Investment LLC
Texas Utilities Co. Inc.
Texas Utilities Electric Co. Inc.
Tradinghouse 3 & 4 Power Co. LLC
Tradinghouse Power Co. LLC
TXU Eastern Finance (A) Ltd.
TXU Eastern Finance (B) Ltd.
TXU Eastern Funding Co.

TXU Electric Co. Inc.
TXU Electric Delivery Co.
TXU Energy Receivables Co. LLC
TXU Energy Retail Co. LLC
TXU Energy Solutions Co. LLC
TXU Europe CP Inc.
TXU Europe Ltd.
TXU Finance (No. 2) Ltd.
TXU Receivables Co.
TXU Retail Services Co.
TXU SEM Co.
Valley NG Power Co. LLC
Valley Power Co. LLC

**DIP Lenders**
4086 Advisors
Aberdeen Asset Management (US)
Abry Capital
Abry Partners LLC
Aegon Funding Corp.
All Pensions Group (APG) / Stichting
Pensioenfonds ABP
AllianceBernstein
Allstate Insurance
Anchorage Advisors
Apidos Capital
Apollo Capital Management
Apollo Investment Corp.
AQR Capital Management
Ares Management LP
Arrowpoint Asset
Arrowpoint Asset Management LLC
AXA Investment Managers
Babson Capital Global Loans Ltd.
Bank of Tokyo-Mitsubishi UFJ
Beach Point Capital Management LP
Beal Bank
Black Ant Group
Black Ant Value Master Fund, The
Black Diamond Capital
Black Diamond Partners LLP
BMO Capital Markets
Brigade
Canaras Capital Management LLC
Canyon Capital Advisors
Capital Research Global
Caspian Capital Management
Castle Hill Asset Management LLC
Chase Lincoln First Commercial Corp.

Cohanzick
Columbia Management Advisors
Column Park Asset Management
Constellation Capital Management
Credit Suisse Alternative Investments
Crescent Management
CVC Capital Partners Ltd.
CVC Global Credit Opportunities Master Fund LP
Cyrus Capital LP
Deutsche Asset Management (DeAM)
Dimaio Ahmad Partners
Empyrean
Federated Investors
Fidelity
Fonds Voor Gemene Rekening Beroepsvervoer
– HYBO: Stichting Bedrijfstakpensioenfonds Voor
Het Beroepsvervoer Over De Weg
Fortress
Fountain Capital Management
Franklin Custodian Funds - Franklin Utilities Fund
Fraser Sullivan
Fraser Sullivan Investment
GIC (Government Investment Corporation of
Singapore)
Glendon Capital Management LP
GreyWolf Capital
Greywolf Capital Management
GSO
GSO Capital Partners LP
Guggenheim Investments
Guggenheim Partners
HBK Master Fund LP (HBK)
Hildene Capital Management LLC
HSBC Securities USA Inc.
ICE Canyon / Canyon Partners
ICE Canyon LLC
ING Capital Market LLC
ING Funds
ING Investments LLC (Arizona)
Insight Investment Management Ltd.
Invesco
Invesco - NAM (National Asset Management)
Jefferies LLC
JHF II – US High Yield Bond Fund
JMP Group Inc.
JNL/PPM America High Yield Bond Fund, a
Series of JNL Series Trust
JNL/PPM America Strategic Income Fund
JPM Pacholder

JPMorgan Asset Management - US
Kevin B. and Anne-Marie Roth Revocable Trust
King Street Capital LLP
Kingsland Capital
Kramer Van Kirk Strategies LP
KS Capital
Loews Corp.
Magnetar Capital
Manulife Financial
Marathon Asset Management LLC (NY)
Matlin Patterson Capital Management LP
Metropolitan Life Investment Ltd.
MidOcean
Mockingbird Credit
Moore Capital Management LP
Napier Park
Nationwide Insurance Co.
Neuberger & Berman
New York Life Insurance
Newcastle Capital Management
Nokota Management LP
Nomura
Oak Hill
Och Ziff - OZ Management
Octagon Credit Investors
Onex Corp.
Oppenheimer
Orchard First Source Asset Management LLC
Orchard Global Asset Management
Orix
Pacific Investment Management - PIMCO
Par IV Capital Management Inc.
Peak 6 Investments
Pentwater Capital Management
Pioneer Investment Management USA
Princeton Advisory Group
Providence Capital
Providence Equity Partners Inc
Prudential Asset Management Co. Inc.
Putnam Floating Rate Income Fund
QPR Holdings Ltd.
Redwood Capital
Regions Financial
Robert J. Tannor Roth IRA
Saratoga
Scotia Capital Inc.
Shenkman Capital
Silver Rock
Silverpoint

Solus
Soros Fund Management
Sound Point
Sumitomo Mitsui Banking Corp.
T. Rowe Price Associates Inc.
Tegean Capital Management LLC
THL Credit Group LP
Thomas H. Lee Partners
TPG Inc.
Triumph Capital Group Inc
Triumph Group Inc.
Trust Company of the West
Virtus High Yield Fund
Vulcan Capital
Vulcan Credit
Wells Fargo
West Gate Horizons Advsrs LLC
Western Asset Management US -WAMCO
Westgate Enterprises LLC
WhiteHorse Capital Partners
Whitehorse Capital Partners LP
Zeron Group

**DIP Parties**
Bank of Tokyo-Mitsubishi UFJ Ltd., The
Citigroup Global Markets Inc.
Deutsche Bank Securities Inc.
Loop Capital Markets LLC
Mitsubishi UFJ Financial Group Inc.
Union Bank NA

**Indenture Trustees**
American Stock Transfer & Trust Co.
Bank of New Mellon, The
Bank of New York Mellon Trust Co., The
Barclays Bank
Christiana Trust
Citibank
Citigroup
Computershare Trust Co. of Canada
Credit Suisse
CSC Trust Co. of Delaware
Deutsche Bank
J.Aron/Goldman Sachs
Law Debenture Trust Co. of New York
Merrill Lynch/Bank of America
Morgan Stanley
North American Coal Royalty Co.
US Bank NA

Wilmington Savings Fund Society FSB
Arizona Bank
BOKF NA
UMB NA

**Insurers**
ACE
AIG
American Nuclear Insurers
Argo Re (Bermuda)
Associated Electric & Gas Insurance Services (AEGIS)
Axis
Beazley
Chubb Atlantic Indemnity Ltd. (Bermuda)
Endurance
Energy Insurance Mutual (EIM)
European Mutual Association for Nuclear Insurance (EMANI)
Federal Insurance Co.
FM Global
HCC
Liberty Mutual/Safeco
Monitor
Navigators
Nuclear Electric Insurance Ltd. (NEIL)
Oil Casualty Insurance Ltd. (OCIL)
RLI
RSUI (CRC)
Starr Aviation
Starr Cos.
Starr Surplus Lines Insurance Co.
Torus
XL Insurance (Bermuda) Ltd.

**Interested Parties**
AEP
Alinda Capital Partners LLC
Brookfield Infrastructure Partners
CenterPoint Energy
Consolidated Edison
Duke Energy
Hunt Consolidated Inc.
ITC Holdings
NextEra
Southern Co., The
Wren House Infrastructure Management Ltd.
Automatic Systems Inc.
Billingsley

Casey Construction

**Investment Banks**
BofA Merrill Lynch
JP Morgan
KKR Capital Markets
Lehman
Williams Capital Group

**Joint Ventures**
Collin G/G&B LLC
Greenway/G&B Frisco LP
Greenway/G&B General LLC

**Lenders**
HIG Whitehorse

**Lienholders**
Bank of New York Trust Co. NA, The
Civitas Capital Management LLC
First Union Commercial Corp.
Wachovia Bank NA

**Merger Agreement Counterparties**
Arrowgrass Distressed Opportunities Fund Ltd.
Atlas Master Fund Ltd.
BAM Zie Master Fund Ltd.
BGF Global High Yield Bond Fund
BGF Global Multi-Asset Income Fund
BGF US Dollar High Yield Bond Fund
BHR Capital LLC as nominee for BHCO Master Ltd. BHR Master Fund Ltd. & BHR OC Master Fund Ltd.
BlackRock Core Bond Trust
BlackRock Corporate High Yield Fund Inc.
BlackRock Credit Allocation Income Trust IV
BlackRock Credit Alpha Master Fund LP
BlackRock Diversified Distribution Fund
BlackRock Dynamic High Income Portfolio of BlackRock Funds II
BlackRock Funds II BlackRock High Yield Bond Portfolio
BlackRock Funds II BlackRock Strategic Income Opportunities Portfolio
BlackRock Global Investment Series Income Strategies Portfolio
BlackRock Global Long/Short Credit Fund of BlackRock Funds
BlackRock High Yield Portfolio

BlackRock High Yield Portfolio of the BlackRock Series Fund Inc.
BlackRock High Yield VI Fund of BlackRock Variable Series Funds Inc.
BlackRock Limited Duration Income Trust
BlackRock Multi-Asset Income Portfolio of BlackRock Funds II
BlackRock Multi-Sector Income Trust
BlackRock Multi-Strategy Master Fund Ltd.
Centerbridge Credit Partners LP
Centerbridge Credit Partners Master LP
CRS Master Fund LP
Cyrus Opportunities Master Fund II LP
Cyrus Opportunities Master Fund II Ltd.
Flourish Investment Corp.
GSO Aiguille des Grands Montets Fund I LP
GSO Aiguille des Grands Montets Fund II LP
GSO Aiguille des Grands Montets Fund III LP
GSO Cactus Credit Opportunities Fund LP
GSO Churchill Partners LP
GSO Coastline Credit Partners LP
GSO Credit Alpha Fund LP
GSO Credit-A Partners LP
GSO Palmetto Opportunistic Investment Partners LP
GSO Special Situations Master Fund LP
Hunt Power Holdings LLC
JNL/BlackRock Global Long Short Credit Fund
MET Investors Series Trust
MET Investors Series Trust BlackRock High Yield Portfolio
Obsidian Master Fund, The
Ovation Acquisition I LLC
Ovation Acquisition II LLC
Pecos Partners LP
Steamboat Credit Opportunities Master Fund LP
Strategic Income Opportunities Bond Fund
Taconic Master Fund 1.5 LP
Taconic Opportunity Master Fund LP

**Officers & Directors**
Williams, Michael E.
Adams, Robert
Baker, Robert
Bonderman, David
Burke, James A.
Cameron, Andrew A.
Camp, Jeffrey S.
Campbell, David A.

Carter, Michael L.
Casey, John M.
Davis, David M
Dennis, Deborah L.
Evans, Donald L.
Ferguson, Thomas D.
Fischer, Michael
Geary, John William
Goltz, Frederick M.
Hays, Richard C.
Hill, William T., Jr.
Ho, Joseph C.
Horton, Anthony R.
Hudson, Scott A.
Jenkins, Charles W., III
Johnson, Keith
Jones, Bradley C.
Keglevic, Paul M.
Kelly, Daniel
Klein, Robert A.
Klumpp, Richard F.
Lebovitz, Scott
Lee-Sethi, Jennifer M.
Leonard, Scott E.
Liaw, Jeffrey
Lidster, Robert J.
Lipschultz, Marc S.
Lovelace, D. Boyd
Lynch, David Alan
MacDougall, Michael
McFarland, M. A.
Moore, Stephanie Zapata
Moore, William A.
Morrissey, John L.
O'Brien, John D.
Peterson, M. M.
Pontarelli, Kenneth
Quinn, Timothy Michael
Ragland, Stephen N.
Reilly, William K.
Reyes, Paul H
Sawyer, Hugh E.
Smith, Donald B.
Smith, Ken
Stengel, Amy
Stewart, John C.
Strauss, Thomas M.
Walker, Jeffrey J.
Williams, C. Michael

Williams, E. Michael
Williams, Glenn W.
Williams, Patrick
Williamson, Billie Ida
Wortham, Richard W., III
Wright, Andrew M.
Young, John F.
Youngblood, Kneeland

**Other Interested Parties**
N/A

**Potentially Responsible Parties**
3M Co.
Amoco Chemical Corp.
Arco Chemical Co.
Atlantic Richfield Co.
Baker Hughes Oilfield Operations Inc.
Baker Petrolite Corp.
BASF Corp.
Beazer East Inc.
BP Amoco Chemical Co.
BP Products North America Inc.
Champion Technologies Inc.
Chemtron Corp.
Chemtura Corp.
Clean Harbors Environmental Services Inc.
Crystal Chemical Co.
Diamond Shamrock
DSI Facility
Exxon Chemical Co. USA
Exxon Mobil Corp.
Federal Mogul
General Dynamics Corp.
Giant Resource Recovery - Attalla Inc.
Goodyear Tire & Rubber Co.
Groendyke Transport Inc.
Hydrite Chemical Co.
International Paper Co.
Lion Oil Co.
Lyondell Chemical Co.
M&M Chemical
Marathon Ashland Pipe Line LLC
Marathon Oil Co.
Marathon Petroleum Co.
Monsanto Co.
Nalco Chemical Co.
Occidental Chemical Corp.
Perma-Fix Environmental Services Inc.

Pharmacia Corp.
Pollution Control Industries Inc.
Rohm & Haas Co.
Roy O. Martin Lumber Co. LLC
RSR Corp.
Sea Lion Chemical
Sea Lion Technology Inc.
Solvents Recovery Service of New Jersey Inc., The
Sonics International Inc.
Trelleborg Coated Systems US Inc.
Welchem Inc.

**Professionals**
Akin Gump Strauss Hauer & Feld LLP
AlixPartners
Alvarez & Marsal
Balch & Bingham
Blackstone Advisory Group
Blackstone Advisory Partners LP
Brown Rudnick LLP
Cadwalader Wickersham & Taft (CWT)
Cadwalader Wickersham & Taft LLP
Capstone Advisory Group LLC
Centerview Partners LLC
Citigroup Global Markets Inc.
Cole Schotz Meisel Forman & Leonard PA
Concentric Energy Advisors
Cravath
Cravath Swaine & Moore
Davis Polk & Wardwell LLP
Deloitte & Touche
Deutsche Bank Securities Inc.
Epiq Bankruptcy Solutions
Ernst & Young LLP
Evercore Group
Franklin Advisors Inc.
Fried Frank Harris Shriver & Jacobson LLP
Gibson Dunn & Crutcher
Goldin Associates
Greenhill & Co.
Hawkins Parnell
Houlihan Lokey Capital Inc.
Hunton & Williams
ICF Resources LLC
Jones Day
JP Morgan Securities LLC
KCC
Kramer Levin Naftalis & Frankel LLP

Loop Capital Markets LLC
McDermott Will & Emery
Mesirow Financial
Miller Buckfire & Co LLC
Millstein & Co.
Moelis & Co. LLC
Montgomery McCracken Walker & Rhoads LLP
Morgan Lewis & Bockius
Munger Tolles
Munger Tolles & Olson
Navigant Consulting Inc.
O'Melveny & Myers LLP
Paul Weiss Rifkind Wharton & Garrison LLP
Perella Weinberg Partners
Peter J. Solomon Co.
PricewaterhouseCoopers LLP
Proskauer
Proskauer Rose
Richards Layton & Finger
Ropes & Gray LLP
Rothschild Inc.
Schulte Roth & Zabel LLP
Shearman & Sterling LLP
Sidley Austin LLP
Simpson Thacher
Solic Capital
Stevens & Lee
Stratus Energy Group
Sullivan & Cromwell
Towers Watson
Vinson & Elkins
Wachtell Lipton Rosen & Katz
White & Case LLP
Wilkie Farr
Wilkie Farr & Gallagher LLP
Williams Capital Group LP, The
Winstead PC
Zolfo Cooper
Zolfo Cooper LLC

**Secured Bondholders**
Ahab Capital Management Inc.
AllianceBernstein LP (US)
Allianz Global Investors US LLC
Angelo Gordon & Co. LP - Private Account
Archview Investment Group LP
Avenue Capital Management II LP
Aviary Capital Enterprises Inc.
Aviva Investors North America Inc.

Babson Capital Management LLC
Barclays Capital Inc.
Benefit Street Partners LLC
Benida Group LLC, The
BlackRock Advisors LLC
BlueCrest Capital Management (New York) LP
BMO Asset Management Inc.
Candlewood Investment Group LP
Citi Private Bank
Claren Road Asset Management LLC
Credit Suisse Securities (USA) LLC
Cyrus Capital Partners LP (US)
Danske Bank A/S (Asset Management)
DDJ Capital Management LLC
Deutsche Investment Management Americas Inc.
DuPont Capital Management Corp.
Eaton Vance Management Inc.
Euroclear Bank
Federated Investment Management Co.
Fifth Street Capital LLC
Franklin Advisers Inc.
Fubon Asset Management Co. Ltd.
Global Credit Advisers LLC
GoldenTree Asset Management LP (US)
Hartford Investment Management Co.
Hotchkis & Wiley Capital Management LLC
HSBC Wealth Management Services (Private Account)
ING Financial Markets LLC
ING Investment Management LLC
Invesco PowerShares Capital Management LLC
JP Morgan Investment Management Inc.
JP Morgan Private Bank
JP Morgan Securities LLC (Broker)
KS Management Corp.
Loomis Sayles & Co. LP
Lord Abbett & Co. LLC
MacKay Shields LLC
Mariner Investment Group LLC
Merrill Lynch Pierce Fenner & Smith Inc. (Broker)
MetLife Investment Advisors Co. LLC
MFS Investment Management
Morgan Stanley & Co. LLC
Mount Kellett Capital Management LP
Muzinich & Co. Inc.
Nomura Corporate Research & Asset Management Inc. (US)
Nomura Securities International Inc.
Nuveen Asset Management LLC

OppenheimerFunds Inc.
Otlet Capital Management LP
OZ Management LP
Pacific Life Fund Advisors LLC
PIMCO - Pacific Investment Management Co.
Pine River Capital Management LP
Pioneer Investment Management Inc.
Principal Global Investors LLC
ProFund Advisors LLC
Prudential Investment Management Inc.
Putnam Investment Management LLC
RBS Securities Inc.
Redwood Capital Management LLC
Regiment Capital Advisors
Salient Advisors LP
Scottish Widows Investment Partnership Ltd.
Solus Alternative Asset Management LP
Standard Life Investments (USA) Ltd.
State Street Global Advisors (SSgA)
Susquehanna Capital Group
Symphony Asset Management LLC
Taconic Capital Advisors LP
Talamod Asset Management LLC
Third Avenue Management LLC
Thrivent Asset Management LLC
UBS Global Asset Management (Americas) Inc.
UBS O'Connor LLC
UBS Securities LLC
Van Eck Associates Corp.
Vanguard Group Inc., The
Walnut Street Associates
Water Island Capital LLC
Waterstone Capital Management LP
Wells Capital Management Inc.
Western Asset Management Co.
Ziff Brothers Investments LLC

**Shareholders**
AlpInvest Partners Co-Investments 2007 CV
AP TXU Holdings LLC
ASF Park Sub 2 LP
AXA Capital America LP
AXA CDP Co-Investment Fund FCPR
AXA Co-Investment Fund II FCPR
Baker, Thomas
Bank of Nova Scotia, The
bcIMC (WCBAF) Private Placement (2006)
Investment Corp.

bcIMC Private Placement (2006) Investment
Corp.
Black Canyon Direct Investment Fund LP
California Public Employees' Retirement System
California State Teachers' Retirement System
Centaurus Capital LLC
Centaurus TEF LP
Citigroup
Citigroup Alternative Investments Corp.
Citigroup Alternative Investments LLC
Co-Investment Capital Partners LP
Co-Investment Partners (NY) LP (Lexington
Partners)
Co-Investment Partners 2005 LP (Lexington
Partners)
CPP Investment Board (USRE II) Inc.
Cumbria LP
Davis, Douglas L.
Degeyter, Brock M.
Ecofin Co-Investment LP
Ecofin TXU LP
Elliott Associates LP
Elliott International LP
Ellis, Stephen L.
Energy Capital Partners I LP
Energy Capital Partners I-A LP
Evans, Donald L.
FinVest Capital Ltd.
Geary, John William
Goldman Sachs & Co.
Goodwin, Ricky Bob
Grace, Tommy Glen, Jr.
Greene, M.S.
Griffin, Mark John
GS Capital Partners
GS Capital Partners VI Fund LP
GS Capital Partners VI Parallel LP
GS Global Infrastructure Partners I LP
GS Infrastructure Offshore TXU Holdings LP
GS Institutional Infrastructure Partners I LP
GSCP VI Germany TXU Holdings LP
GSCP VI Offshore TXU Holdings LP
Hamilton Lane Co-Investment Fund LP
Harris, Wayne L.
HVB Capital Partners AG
Institutional Benchmark (Master Feeder) Ltd.
Institutional Benchmarks Series (Master Feeder)
in respect of the
KKR 2006 Fund LP

KKR Associates Reserve LLC
KKR Partners III LP
KKR PEI Investments LP
Kohlberg Kravis Roberts & Co. LP
Kuwait Investment Authority
Lehman Brothers
LGT Capital Invest Ltd.
Mason Capital SPV I LLC
Mason Capital SPV I LP
Moore, Stephanie Zapata
Moore, William A.
Morgan Stanley
NB Co-Investment Group LP
NB Co-Investment Partners LP
NB Fund of Funds XVIII – Co-Investment Holding LP
NB PEP Investments I LP (Inc.)
NB Secondary Opportunities Pooling LP
NB Tangible Assets Fund LP
New York Life Capital Partners III LP
New York Life Capital Partners III-A LP
Norinchukin Bank, The
Northwestern Mutual Life Insurance Co., The
OPERF Co-Investment LLC
OPTrust Private Equity Direct NA I Inc.
Quintana Energy Fund-FI LP
Quintana Energy Fund-TE LP
Quintana Energy Partners LP
Reilly, William K.
Rose, Thomas Wayne
Sageview Capital LP
Smith, Donald B.
Smith, Russell Alan
Smith, Stephen L.
Speedy Investment Pte Ltd.
State Street
Stockwell Fund LP
Strategic Co-Investment Partners LP
Teachers Insurance & Annuity Association of America
Texas Energy Future Capital Holdings LLC
Texas Energy Future Co-Invest LP
Thompson, Molly M.
TPG FOF V-A LP
TPG FOF V-B LP
TPG Management LP
TPG Partners IV LP
TPG Partners V LP
TPG Partners V LP

Williamson, Billie Ida
Young, John F.
Youngblood, Kneeland

**Significant Customers**
ALCOA
BP Energy
Citigroup Energy Inc
DB Energy Trading
EDF Trading North America LLC
Federal Deposit Insurance Corp. (FDIC)
J Aron Co.
Natural Gas Exchange Inc.
NextEra Energy Power Marketing
Shell Energy

**Significant Vendors**
7-Eleven Inc.
AAF International
Aaxion
ABB Inc.
ABC Auto
ABL Services Inc.
Able Communications Inc.
Accenture LLP
Accretive Solutions-Dallas LP
ACT Independent Turbo Services
Action Stainless & Alloys Inc.
Acuity Specialty Products Inc.
Acuren Inspection Inc.
Ada Carbon Solutions (Red River) LLC
Ada Carbon Solutions LLC
Ada Environmental Solutions
Ada ES Inc.
ADM Investor Services Inc.
ADP Inc.
Advanced Analytical Laboratories
Advanced Industries Inc.
Aecom Technical Services Inc.
Aegis Communications Group
Aegis Insurance Services
Aeon PEC
AEP Energy Partners Inc.
AEP Southwestern Electric Power Co.
AEP Texas Central Co.
AEP Texas North Co.
Aerometric Inc.
Aerovironment Inc.
Aerzen USA

Aetna
Aetna Hartford
Aetna Inc.
Aggreko Inc.
Aggreko LLC
Agilent Technologies
AGT Services
Air Hygiene International Inc.
Air Liquide America Specialty Gases LLC
Airgas
Airgas Safety
Airgas Specialty Products
Akron Consulting LLC
Albemarle Corp.
Alden Research Laboratory Inc.
Alimak Hek Inc.
All State Industries Inc.
Allen Sherman Hoff
Allen Systems Group Inc.
Alliance Power Group
Alliant Energy Corporate Services Inc.
Allied Electronics Inc.
All-State Belting LLC
All-Tex Pipe & Supply Inc.
Alman Electric Inc.
Alpha Coal Sales Co. LLC
Alpha Natural Resources
Alpha Services
Alstom Power
Altran
Aluminum Co. of American (Alcoa)
Ameco
Ameralloy Steel Corp.
Amercable
Ameren Energy Generating Co.
Amerex Brokers LLC-Emissions
Amerex Brokers LLC-Gas
Amerex Brokers LLC-Power
Amerex Brokers LLC-Retail
American Air Filter
American Airlines Center
American Coalition For Clean Coal Electricity
American Electric Power Inc.
American Hydraulics
American International Group
American Multi-Cinema Inc.
American Power Services Inc.
American Red Cross
American Red Cross - Dallas Area Chapter

Ameritek
Ametek Solidstate Controls
Amsted Rail
Anadarko E&P Onshore LLC
Analytic Partners Inc.
Ancira Ford
Ancira Winton Chevrolet Inc.
Anderson County (TX)
Anderson Fertilizer
Anderson Greenwood Crosby Valve
Anixter-Dallas
Ann Mcgee Cooper & Associates Inc.
Aon (Bermuda) Ltd.
Aon eSolutions Inc.
Aon Risk Services Southwest Inc.
AP Services LLC
Apache Corp.
Apex Geoscience Inc.
API Systems Group Inc.
Applabs Tech Pvt Ltd.
Applied Energy Co. LLC
Applied Industrial Technologies Inc.
Apptio Inc.
Apptricity
APS American LLC
Aramark Uniform Services
Arborgen LLC Livingston
Arch Coal Sales Co. Inc.
Areva Inc.
Areva NC Inc.
Areva NP Inc.
Ariba Inc.
Arinc Inc.
Armstrong International Inc.
Arnold & Porter LLP
Asbestos Removal Inc.
Ascend Performance Materials
Asher Media Inc.
AT&T
AT&T Corp.
Atkins North America Inc.
Atlas Commodities LLC
Atlas Copco
Atlas Copco Compressors LLC
ATR Inc.
Aumund Corp.
Austin White Lime Co.
Automatic Systems Inc.
Automation Service

Automation Technology Inc.
Autonomy Inc.
Avenue Omnibus Account LLC
AWC Inc.
Axon Solutions Inc.
Ayco Co. LP
B3 Systems Inc.
Babcock & Wilcox
Babcock & Wilcox Power Generation Group Inc.
Baker Botts LLP
Baker Hughes Inc.
Baker, James A., III
Baker, Thomas L.
Bank of New York Corporate Trust Admin Support, The
Bank of New York Mellon Corporate Trust Municipal, The
Bank of New York Mellon Corporate Trust, The
Bank of New York Trustee, The
Bank of New York, The
Bank One Purchasing Card
Bank One Travel Card
Barco Inc.
Barlett Nuclear Inc.
Baro Cos.
Baro Holdings Inc.
Barr Engineering Co.
Basis Technologies Inc.
Bass Engineering Co. Inc.
Bastrop County Tax Office (TX)
Baylor Health Care System
Bazaarvoice Inc.
Beach Street Consulting Inc.
Bechtel Power Corp.
Beckville Independent School District (TX)
Bell Helicopter Textron Inc.
Benetech Inc.
Bentley Systems Inc.
Bently Nevada Corp.
Best Pump Works
Best Pumpworks
Beveridge & Diamond PC
BFI Waste Systems of North America LLA
BHP Billiton Olympic Dam Corp. Pty Ltd.
BI Inform Global
Big Dumpster, The
Bipartisan Policy Center
Black & Veatch Corp.
Bloomberg LP

Blue Cross Blue Shield Health Care Services Corp.
Blue Flame
Bluewater Strategies LLC
BMT WBM Inc.
BNSF Railway Co.
BNY Mellon
Bolttech Mannings
Boomi Inc.
Boral Material Technologies Inc.
Border States Electric Supply
Boron Products LLC
BOSC Mutual Fund
Boston Consulting Group Inc.
Boston Mutual Life
Box Inc.
Boy Scouts of America
BP America Production Co.
BP Energy Co.
Bracewell & Giuliani LLP
Brazos River Authority (TX)
Brazos Wind LP
Brenntag Southwest Inc.
Brian Kelly Glass & Mirror Co. Inc.
Bridgeline Digital
Bridgestone Americas Tire Operations
Brighter Tomorrows Inc.
Broadspire Services Inc.
Brooks, Johnny Earl
Brooks, Mark Edward
Brown McCarroll LLP
Bryan Cave LLP
Buckman Laboratories Inc.
Buffalo Industrial Supply Inc.
Burns & McDonnell
Burns & McDonnell Engineering Co.
Business Imaging Systems Inc.
Business Interiors
Business Wire
Butler & Land Inc.
CAFCO
Camcorp Inc.
Cameco Corp.
Cameco Inc.
Camelot Communications Ltd.
Cameron Compression Systems
Cameron International Corp.
Cameron Technologies
Camp Central Appraisal District (TX)

Camp County Land & Title Co.
Campbell, David
Canberra Industries Inc.
Cantu Foods & Marketing Corp.
Capcorp Inc.
Capgemini North America Inc
Capps True Value Hardware & Ag Center
Caremark
Cargill Inc.
Cargill Salt
Carlson Software
Carver PA Corp.
Cassidy Turley
Cassidy Turley Midwest Inc.
Castell Interlocks Inc.
Caterpillar Financial Corp.
Caterpillar Financial Services Inc.
Caterpillar Global Mining Field Services LLC
Caterpillar Global Mining LLC
Catholic Charities Diocese of Fort Worth
Cattron Group International
CBP Engineering Corp.
CBRE Investors AAF Strategic Partners US
Value 5
CBREI ITF Calstrs-Dallas Tower
CCC Group Inc.
Ceco Sales Corp.
CED - Consolidated Electrical Distributors Inc.
CED Fort Worth Credit
CED/Interstate Electric Co.
Celanese
Celanese Chemicals
Cellxion LLC
Center Operating Co. LP
Centerpoint Energy
Centerpoint Energy Gas Receivables LLC
Central Marketing
Certrec Corp.
CFJ Manufacturing
CH2M Hill Inc.
Chapman Construction Co. LP
Checkpoint Consulting LLC
Chemical Lime Co. of Texas
Chemical Lime Inc.
Chemical Weed Control Inc.
Chemtex
Cherokee County (TX)
Chesapeake Energy Corp.
Childrens Medical Center (Dallas, TX)

Choice Energy Services Retail LP
Choice Natural Gas LP
Choose Energy LLC
Christian Information & Services Center
Chubb & Son
CI Actuation
Circuit Breaker Sales & Repair Inc.
Cistera Networks
Cit Group/Equipment Financing Inc.
Citibank NA
Citibank NA Corporate Asset
Citibank New York
Citrix Systems Inc.
Clearview International LLC
Click2learn.com Inc.
Cloud Peak Energy LLC
Clyde Bergemann Inc.
Coalfire Systems Inc.
Coastal Chemical LLC
Cohesive Solutions
Collin County (TX)
Colloid Environmental Tech LLC
Communications Direct Inc.
Community National Bank & Trust
Community Services Inc.
Commvault Systems Inc.
Compete
Compressor Controls Corp.
Computer Associates
Computer Associates International Inc.
Computershare
Comverge Inc.
Concentra Health Services Inc.
Conference Board
Consolidated Communications
Constellation Energy
Constellation Energy Commodities Group Inc.
Construction Industry Solutions Corp.
Contech Construction
Contech Construction Products
Contractor's Supplies Inc.
Control Components Inc.
Control System & Instrumentation Consultants
Ltd.
Control Systems Co.
ConverDyn
Cooper Clinic PA
Coppell, City of - Coppell Independent School
District (TX)

Corporate Executive Board
Corporate Trust Agency
Corporate Trust Clearing
Corptax LLC
Corrosion Control Services
Corrpro Cos. Inc.
Covington & Burling
Crane Environmental
Crane Nuclear
Crawford & Co.
Crawford Electric Supply
CRC Group Inc.
Credit Suisse Energy LLC
Credit Suisse International
Credit Suisse Securities USA LLC
Critical Power Exchange LLC
Cross Country Home Services Inc.
Crowe Horwath LLP
Crown Products Inc.
CSC Communications Supply Corp.
CSI
CSI Global Deposition Services
CT Corp. System
CTI
Cummins Southern Plains Inc.
Cummins Southern Plains LLC
Cummins Southern Plains Ltd.
Cutsforth Inc.
CVMS Waco Data Partners LLC
Cyara Solutions Corp.
Cypress Fairbanks Independent School District (TX)
D&B - Dun & Bradstreet
Dallas Arboretum
Dallas County (TX)
Dallas County Health & Human Services (TX)
Dallas County Tax Office (TX)
Dallas Regional Chamber
Dallas Stars
Darchem Engineering Ltd.
Darr Equipment LP
Dashiell LLC
Data Systems & Solutions
Davis Motor Crane Service
DB Energy Trading LLC
DCI Group LLC
Dealers Electrical Supply
Defrance, Kenneth
Defrance, Ronald Joseph

Delek Refining Ltd.
Dell Computer Corp.
Dell Marketing LP
Dell USA LP
Delta Rigging & Tools Inc.
Denbury Resources Inc.
Depository Trust Co.
Detroit Edison Co.
Dezurik Inc.
Diamond Power
Diamond Power International Inc.
Diamond Power Specialty
Diamond Systems
Didrikson Associates Inc.
Diesel Power Supply Co.
Dieste Inc.
Dirgin Water Supply Corp.
Diversified Drilling Services Inc.
DPC Industries Inc.
Dresser Direct
Dresser Inc.
Dresser-Rand Co.
Dresser-Rand/Leading Edge
DST Output Central LLC
DTE Energy Trading Inc.
Duff & Phelps LLC
Duncanville Independent School District (TX)
DXP Enterprises Inc.
Dynamic Equipment & Systems Inc.
EADS Co., The
Eagle Burgmann Industries LP
Earth Technology Pty Ltd.
East Baton Rouge Parish (LA)
Eastern Technologies Inc.
Eaton Corp.
ECE Consulting Group Inc.
Ecova Inc.
Edge Energy LLC
Edison Electric Institute
Edko LLC
Efficient Attic Systems LP
Effox Inc.
Effox-Flextor
EIS
Electromark Co.
Electro-Motive Diesel Inc.
Elliott Electric Supply
EMANI
EMC Corp.

Emerson Network Power
Emerson Process Management Power & Water Solutions Inc.
Empirix Inc.
Empower Software Solutions
Enercon Services Inc.
Enerflex Energy Systems Inc.
Energy & Process Corp.
Energy Laboratories
Energy Northwest
Energy Portfolio Associates LLC
Energy Services Group Inc.
Energy Steel & Supply Co.
Energy Transfer Fuel LP
EnergySolutions Services Inc.
Enertech Unit of Curtiss-Wright Flow Control Co.
Engine Systems Inc.
Engineering Consultants Group Inc.
Engineering Resources LLC
Enkitec LP
Enrich Consulting, Inc.
Enserco Energy Inc.
Entergy Operation Inc.
Enviance Inc.
Environment/One Corp.
Environmental Systems Corp.
E-On Climate & Renewables
EPM Power & Water Solutions Inc.
EPRI
EPS LLC
Equifax Information Services LLC
Equipment Depot
Equivalent Data
ER Solutions Inc.
E-Rewards
Esco Corp.
EscoSupply
E-Source Cos. LLC
E-Source Holdings LLC
EST Group Inc.
Estes Okon Thorne & Carr Pllc
Etherios Inc.
Evercore Group LLC
Evolution Markets Inc.
Evolve Research
Excel Foundry & Machine Inc.
Exelon Generation Co.
Experian Business Information Solutions Inc.
Exponent Inc.

Extend Health Inc.
Factory Mutual Insurance Co.
Family Resource Center
Fastenal Co.
FCX Performance Inc.
Federal Emergency Management Agency (FEMA)
Federal Signal Corp.
Ferguson Enterprises
Ferguson Waterworks
FFG Enterprises Inc.
Fidelity Employer Services Co. LLC
Fidelity Investments Treasury Fund
Fidelity National Title Insurance Co.
Fina, Michael C.
Financial Engineering Associates
Firehost Inc.
Firetrol Protection Systems Inc.
Fiserv Inc.
Fish & Richardson PC
Fisher Controls / IVS
Fisher Scientific
Fitch Inc.
Flexco
Flint Hills Resources LP
Flir Commercial Systems Inc.
Flow Solutions Inc.
Flowserve Corp.
Flowserve Pump Division
Flowserve US Inc.
Flowserve USA
FLSmidth Airtech
FLSmidth Airtech AFT Division
FLSmidth Inc.
FLSmidth Krebs Inc.
Fluid Engineering
Fluor Global Services
Foresee Results Inc.
Forrester Research Inc.
Forsythe Solutions Group Inc.
Fort Worth, City of (TX)
Forward Energy Group LLC
Foster Wheeler North America Corp.
Foxworth Galbraith
Franklin Covey Co.
Franklin Independent School District (TX)
Freepoint Commodities LLC
Freese & Nichols Inc.
Freestone County (TX)

Frham Safety Products Inc.
Frisco Stadium LLC
Fronek Power Systems LLC
Frontier Associates LLC
Fuel Tech Inc.
Fulbright & Jaworski LLP
Furmanite America
Furmanite Inc.
Future Com Corp.
G&K Services
Galaxytech
Gardner Denver Nash
Garland Independent School District (TX)
Gartner Group
GC Services LP
GCR Truck Tire Centers Inc.
GE Analytical Instruments
GE Capital
GE Control Solutions
GE Energy
GE Energy Control Solutions Inc.
GE Energy Motors
GE Energy Parts
GE Inspection Technologies LP
GE Intelligent Platforms Inc.
GE International Inc.
GE Mobile Water Inc.
GE Technology Finance
GE Transportation Finance
General Atomics
General Datatech LP
General Electric Co.
General Electric International Inc.
General Physics Corp.
Generator & Motor Services Inc.
Genesis Systems Inc.
Genesys Telecommunications Laboratories Inc.
Genilogix LLC
Genscape Inc.
Gexpro
GFI
Gimmal Group Inc.
Gimmal LLC
Gleason Reel
Global Consulting Partners
Global Energy Decisions Inc.
Global Rail Systems Inc.
Goddard Enterprises
Godwin Pumps of America

Golder Associates Inc.
Goldman Sachs & Co.
Goldman Sachs Fund Group
Good Shepherd Medical Center
Goodall Rubber Co.
Google Inc.
GP Strategies Corp.
Graebel
Grainger
Graphic Products
Graver Technologies
Great Place to Work Institute
Greenbrier Rail Services
Greene, M.S.
Gregg County (TX)
Gregg Industrial Insulators Inc.
Groppe Long & Littell
Guaranty Title Co.
Gulf States Toyota Inc.
GXS
H&E Equipment Services
Hach Co.
Hagemeyer North America
Haggin Marketing
Haldor Topsoe Inc.
Hamon Custodis Inc.
Hanson Aggregate
Harris County Community Services (TX)
Hawkins & Parnell
Hawkins Parnell Thackston & Young LLP
Haynes & Boone LLP
Hayward Tyler Inc.
HCL America Inc.
HD Supply Construction Supply Ltd.
HD Supply Utilities Ltd.
HDR Engineering Inc.
Headwaters Resources Inc.
Helwig Carbon Products Inc.
Henderson County (TX)
Henry Pratt Co.
Hertz Equipment Rental
Hewitt Associates LLC
Hewlett Packard Financial Services Co.
Hewlett-Packard
High Voltage Inc.
Hildreth, John
Hill + Knowlton Strategies
HireRight Inc.
Hitachi Data Systems

Hitachi Data Systems Credit Corp.
Hitachi Power Systems America
Hi-Tech Testing Service Inc.
Holliday Fenoglio Fowler LP
Holman Boiler Works Inc.
Holmes Murphy & Associates Inc.
Holt Cat
Holt Cat Rental
Holtec International
Honeywell Inc.
Honeywell Industry Solutions
Hood County (TX)
Hopkins County Tax Office (TX)
Horiba Instruments Inc.
Houston Zoo Inc.
Howden Buffalo Inc.
Howden North America
Hubbell Power Systems
Husch Blackwell LLP
Husch Blackwell Sanders LLP
Hydradyne Hydraulics
Hydrovac Services Inc.
Hyperspring LLC
I&O Communications
IBEW Local Union #2078
IBEW Local Union #2078 Dues
IBEW Local Union #220
IBEW Local Union #2337
IBEW Local Union #2337 Dues
IBM Corp.
Icap Energy LLC
Icap United Inc.
ICE US OTC Commodity LLC
iCrossing Inc.
I-Deal LLC
IEX Corp.
IHS Global Inc.
IMG College LLC
Independent Air Brake Service
Industry Services Group Inc.
Inficon Inc.
Ingersoll-Rand Air Center
Ingersoll-Rand Co.
Ingram Enterprises Inc.
Innis Co., The
Institute of Nuclear Power Operations
Instrument & Valve Services Co.
Intec Communications LLC
Intech Inc.

Integrated Global Services Inc.
Integrated Power Services LLC
Interactions Corp.
Intercontinental Exchange Inc.
Interface Flooring Systems Inc.
Internal Revenue Service
International Business Machines Corp.
International Exterminator
Intertek AIM
Intralinks Inc.
Invensys
Invensys Process Systems
Invensys Systems Inc.
Invesco Aim Investment Services
IPC Systems Inc.
Ipsos ASI
Ireland Carroll & Kelley PC
Iris Power LP
Irving Independent School District (TX)
Irving Independent School District (TX) Tax Office
Irving, City of (TX)
ISC Constructors LLC
Isco Industries Inc.
Isco Industries LLC
ista North America Inc.
Itron Inc.
ITT Engineered Valves
J&S Construction LLC
Jack County (TX)
Jackson Kelly Pllc
Jackson Walker LLP
Jani-King DFW
Jani-King Inc.
Jellyvision Lab Inc.
JLP Credit Opportunity Master Fund Ltd.
JMEG LP
John Crane Inc.
Johnson Controls/York
Johnson Matthey Catalysts LLC
Johnson Matthey Inc.
Johnson Matthey Stationary Emissions Control LLC
Johnson Oil Co.
Joy Global Surface Mining
JP Morgan Chase Bank
JP Morgan Chase Co.
JP Morgan Chase NA
JP Morgan Securities Inc.

K&L Gates LLP
Kansas City Southern Railway
Kansas Gas & Electric
Kasowitz Benson Torres & Friedman LLP
Katy Independent School District (TX)
Kekst & Co. Inc.
Kelly, Mike
Kennametal Inc.
Kennametal Tricon Metals & Services
Kforce Inc.
Kiewit Finance Group Inc.
Kohlberg Kravis Roberts & Co.
Konecranes Inc.
Konecranes Nuclear Equipment & Services
Koso America Inc.
Koso America/Rexa
Kramer Levin Naftalis & Frankel
KSB Inc.
Kusin, Gary
L&H Industrial
L-3 Communications
Lambert Oil Co. Inc.
Lancaster Outreach Center
Landauer Inc.
Lanier Parking Solutions
Lauren Engineers & Constructors Inc.
Layne Christensen Co.
Lay's Manufacturing Inc.
Lazard Freres & Co. LLC
LCG Consulting
LCRA Transmission Services Corp.
Leclairryan PC
Leco Corp.
Lee County Tax Office (TX)
Lee Hecht Harrison LLC
Leeco Energy Services
Leica Geosystems Inc.
Levi Ray & Shoup Inc.
Lewis-Goetz & Co. Inc.
Lhoist North America
Lhoist North America of Texas
Liberty County (TX)
Liberty Mutual Group
Liberty Mutual Insurance Co.
Liberty Power
Limestone County (TX)
Lionstone CFO Two Ltd.
Littler Mendelson PC
LivePerson Inc.

Locke Lord Bissell & Liddell
Lockton Cos. LLC
Lone Star Chevrolet
Lonestar Group Consulting Services LLC
Lonestar Group LLC, The
Loomis Sayles Bond Fund
Loomis Sayles Strategic Income Fund
Louisiana Energy Services
Louisiana Enrichment Services
LP Amina LLC
Lubrication Services LLC
Lufkin France
Lufkin Industries Inc.
M&S Technologies Inc.
Macquarie Energy LLC
Macquarie Futures
Madison Group LLC
Magellan Behavior Health Inc.
Magellan Behavioral Health
Magnetrol International Inc.
Magnolia Independent School District (TX)
Mainline Information Systems Inc.
Mammoet USA Inc.
Management Resources Group Inc.
Mannings USA
Maptek
Mario Sinacola & Sons
Mario Sinacola & Sons Excavating Inc.
Marketing Arm Inc., The
MarketNet Inc.
Markit Group Ltd.
Marriott International Inc.
Martin Engineering
Martin Marietta Materials Inc.
Mastec North America Inc.
Mastercraft Business Forms Inc.
Master-Lee Engineered Products
Masterplan
Matheson Tri-Gas
Mathworks Inc., The
MC2 Energy LLC
McCombs School of Business
McConnell & Jones LLP
McConway & Torley Group
McCullough & Associates
McDermott Will & Emery
McDonald, Margie
McDonough Construction
McGlinchey Stafford Pllc

McGuirewoods Consulting LLC
McGuireWoods LLP
McJunkin Red Man Corp.
McKinney, City of (TX)
McLennan County (TX)
McMaster-Carr Supply Co.
McNichols Co.
Mechanical & Ceramic Solutions Inc.
Mechanical Dynamics
Mechanical Dynamics & Analysis Inc.
MECO Inc.
Media Management
Medsafe
Megger
Mellon Bank
Mellon Trust of New England NA
Menardi
Menardi Mikropul LLC
Mercer
Mercer Human Resource Consulting
Meridium Inc.
Merrill Lynch Capital Services
Merrill Lynch Commodities
Merrill Lynch Pierce Fenner & Smith
Metabank
Metco Environmental
MetLife
Metso Minerals Industries Inc.
Michael C Fina Corporate Sales Inc.
Michelin North America
Michelin Tire Co.
Michelin Tire Corp.
Microsoft Corp.
Microsoft Licensing GP
Midco Sling & Cable Co.
Midlothian Cement TXI Operations
Midwesco Filter Resources Inc.
Midwest Energy Emissions Corp.
Midwestern State University
Milam County (TX)
Milbank Tweed Hadley & McCloy LLP
Miller & Chevalier
Miller & Chevalier Chartered
Miller Chevalier
Miller Electric Co. - Dallas
Miller Electric Co. - Orlando
Mimeo.com Inc.
Mincom Inc.
Mine Service Inc.

Mine Service Ltd.
Minority Alliance Capital
Mirion Technologies
Mirion Technologies (MGPI) Inc.
Missouri & Northern Arkansas Railroad Co. Inc.
Missouri Department of Revenue
Mistras Group Inc.
Mitchell County (TX)
Mitsubishi Electric Power Products Inc.
Mobile Enterprises Inc.
Model Metrics Inc.
ModSpace
Modular Space Corp.
Moody's Analytics Inc.
Moody's Investors Service
Morgan Stanley & Co. Inc.
Morgan Stanley Capital Group Inc.
Morgan Stanley Capital Services
Morgan Stanley Institutional Liquidity Funds
Morgan Stanley Treasury Portfolio Funds
Morris Material Handling Inc.
Motion Industries
Motiva Enterprises LLC
MPR Associates Inc.
MPW Industrial Water Services
MRO Software
Munters Corp.
Nacogdoches Memorial Hospital
Naes Corp.
Nalco Co.
Napa Auto Parts
Napa Tire & Auto Supply Inc.
NASDAQ OMX Commodities
National Association of Manufacturers
National Chemsearch
National Filter Media Corp. (NFM)
National Mining Association
National Pump & Compressor (LA)
National Pump & Compressor (TX)
NCO Financial Systems Inc.
Nebraska, State of
NERA - National Economic Research Association
Network & Security Technologies
Neuco Inc.
New Pig Corp.
Newark Corp.
NewEdge USA LLC
Newport Group Inc., The

Newport News Industrial Corp.
Nice Systems Inc.
Nix Electric Co.
Noble Americas Gas & Power Corp.
Nolan Power Group LLC
North American Energy Services
North American Substation Services
North Central Ford
North Highland Co., The
North Plains Systems
Northgate Arinso
NorthgateArinso Inc.
Nov Wilson LP
Nova Machine Products
Novinium Inc.
NRG Power Marketing Inc.
NRG Power Marketing LLC
Nuclear Electric Insurance
Nuclear Energy Institute
Nuclear Logistics Inc.
NuCompass Mobility Services Inc.
Nueces County Community Action Agency
NuEnergy Inc.
Nukem Inc.
Nunn Electric Supply
NWP Indian Mesa Wind Farm LP
Occupational Health Centers of the Southwest
Odessa Pumps & Equipment Inc.
Office of Surface Mining
Ogletree Deakins Nash Smoak & Stewart PC
Olympus NDT Inc.
O'Melveny & Myers LLP
Ondeo Nalco Co.
O'Neal Flat Rolled Metals
OneMain Financial
OneSource Virtual HR Inc.
Online Resources Corp.
Open Text Corp.
Opnet Technologies
Oracle America Inc.
Oracle Credit Corp.
Orbital Tool Technologies Corp.
OSIsoft Inc.
Otis Elevator Co.
Overhead Door Co. of Tyler
Oxea Corp.
Pala Interstate LLC
Pall Advanced Separations System
Pall Corp.

Pall Trinity Micro
Panola County (TX)
Parago Promotional Services Inc.
Pariveda Solutions Inc.
Park Place Technologies
Parker, John Cody
Parker, John W.
Pastor Behling & Wheeler LLC
Patara Oil & Gas LLC
Pattern Recognition Technologies
PCI / Promatec
PCPC Inc.
Peabody Coalsales LLC
Peabody Coaltrade LLC
Peabody Powder River Mining LLC
Pennsylvania Crusher Corp.
Performance Contracting Inc.
Peterson, Jimmy Leo
Philadelphia Gear - a brand of Timken Gears & Services Inc.
Philip Morris Capital Corp.
Phoenix Industrial Services LP
Pierce Pump
Pilgrim International
Pillsbury Winthrop Shaw Pittman
Pinnacle Industries Ltd.
Pinnacle Investigations
Pinnacle Technical Resources Inc.
Pioneer Enterprises
Pioneer Well Services LLC
Pitney Bowes Purchase Power
Pitney Bowes Software Inc.
PKMJ Technical Services Inc.
Plains Pipeline LP
Plant Equipment & Services Inc.
Polygon
Powell Electrical Systems Inc.
Power Advocate Inc.
Power Brokers LLC
Power Distribution Products Inc.
Power Engineers Inc.
Power Partners Inc.
Power Plant Services
Power Support Inc.
PowerAdvocate
Powmat Ltd.
Preferred Pump & Equipment Inc.
Priefert Manufacturing Co. Inc.
Prime Energy Services LLC

Princess Three Operating
Princeton Payment Solutions LLC
Priority Power Management LLC
Process Solutions Inc.
Producers Cooperative
Progress Rail Services
Protect Controls Inc.
Pro-Tem
Protiviti Inc.
PS Energy Group Inc.
PSAM Worldarb Master Fund Ltd.
PSW Inc.
Public Strategies Inc.
Puffer-Sweiven LP
Pureworks Inc.
Qualys Inc.
Quantum Spatial Inc.
Quest Software
R.J. Corman Railroad
R.W. Harden & Associates Inc.
Railroad Friction Products Corp
Railworks Track Systems Texas
Rawson Inc.
Rawson LP
Red Ball Oxygen Co. Inc.
Red Dot Corp.
Red Man Pipe & Supply Co.
Red River Environmental Product
Regional Steel Inc.
Regulus Group LLC
Reliance Insurance
Renewal Parts Maintenance Inc.
Republican Governors Association
RES Energy Solutions
Rescar Inc.
Reuters America Inc.
Revenew International LLC
Rexel
Rexel Summers
Reynolds Co., The
Richards Group, The
Richwood Industries Inc.
Rightnow Technologies Inc.
Robert E. Lamb Inc.
Robert J. Jenkins & Co.
Roberts, Jack
Robertson County (TX)
Rocket Software Inc.
Ronan Engineering Co.

Rosemount Analytical
Rosemount Inc.
Rosemount Nuclear Instruments Inc.
Ross, John Michael
RPM Services Inc.
RR Donnelley Receivables Inc.
RSCC Wire & Cable LLC
RuhrPumpen Inc.
Runge Inc.
RungePincockMinarco
Rusk County (TX)
Rusk County Rural Rail District
Russell Reynolds Associates Inc.
Ryan Inc.
S&C Electric Co.
Sabia Inc.
Sabine River Authority of Texas
Safariland LLC
Safety Services Co.
SAIC
Sales Marketing & Real Technologies
Salesforce.com Inc.
Salesmanship Club Charitable Golf of Dallas Inc.
Salvation Army Corps Midland
Salvation Army, The
Samson Lone Star LLC
SAP Public Services
Sargent & Lundy LLC
SAS Global Corp.
SAS Institute Inc.
Saulsbury Industries
SBCC Inc.
Schindler Elevator Corp.
Schmidt, Paul A., MD
Schneider Electric
Schulz Electric Co.
Schweitzer Engineering Laboratories
Scientech - Division of Curtiss Wright Flow
Control Service Corp.
Scope Management Ltd.
Scope Management Solutions Ltd.
Score Atlanta Inc.
Scott & White
Scotwood Industries Inc.
Secureworks Inc.
Securitas Security Services USA Inc.
Select Energy Services
Selectica Inc.
Seneca Group LLC, The

Senior Flexonics Inc.
Senior Source, The
Sentry Equipment Corp.
Serena International
Serena Software Inc.
Serengeti Law
Setpoint Integrated Solutions
SGS North America Inc.
Sharyland Utilities LP
Shaw Maintenance
Shearman & Sterling
Shell Energy North America US LP
Shell Lubricants
Sheltering Arms Senior Services
Shermco Industries Inc.
Sherwin Williams
SHL US Inc.
Sidley & Austin
Siemens Demag Delaval Turbomachinery Inc.
Siemens Energy Inc.
Siemens Industry Inc.
Siemens Power Generation Inc.
Siemens Water Technologies Inc.
Siemens Westinghouse Power Corp.
Silverpop Systems Inc.
Silverscript Insurance Co.
Simon Peragine Smith & Redfearn
SimplexGrinnell LP
Simpson Thacher & Bartlett LLP
Sitecore USA Inc.
Sitel Operating Corp.
Six Flags Over Texas
SKF USA Inc.
Skillsoft Corp.
Skycom Inc.
SmartSignal Corp.
Smith County Tax Office (TX)
Smith Equipment USA
Smith Hanley Associates LLC
Societa Chimica Larderello SpA
Software House International
Somervell County General Fund (TX)
Sound Technologies
Southern Co. Services
Southern Tire Mart
Southern Tire Mart #49
Southwest Airlines Co.
Southwest Business Corp.
Southwest Research Institute

Southwestern Corp.
SPA Victoria LP
Spacenet Inc.
Spar Inc.
Spectera Inc.
Spectro Analytical Instruments
Spectro Inc.
Spencer Stuart
Spiramid LLC
SPM Flow Control Inc.
Spot Coolers
SPX Flow Control
SPX Flow Technology
SPX Heat Transfer Inc.
SPX Heat Transfer LLC
SPX Transformer Solutions Inc.
SPX Valves & Controls
ST2 LLC
Standard & Poor's
Standard Laboratories Inc.
Standard Parking Corp.
Stanley Consultants Inc.
Star Electricity LLC
Star International Inc.
State Industrial Products
Statement Systems Inc.
Steag Energy Services LLC
Stella-Jones
Stephen F. Austin University
Stewart & Stevenson
Stewart & Stevenson Power Products
Stock Equipment Co. Inc.
Stone & Webster Inc.
Stress Engineering Services Inc.
Structural Integrity Associates
Stuart C Irby Co.
Successfactors Inc.
Successfactors.com
Sulphur Springs Independent School District (TX)
Sulphur Springs, City of (TX)
Sulzer Pumps
Sulzer Pumps (US) Inc.
Summit Controls Inc.
Summit Electric
Summit Energy Services Inc.
Sun Coast Resources Inc.
Sun Technical Services Inc.
Sunbelt Supply Co.
Sungard Consulting Services LLC

Sungard Energy Systems
Survey Sampling International
Susman Godfrey LLP
Sutherland Asbill & Brennan LLP
Sweetwater Wind 1 LLC
Swesco Inc.
SWS Environmental Services
Sybase - an SAP Co.
Syniverse Technologies LLC
Systems Group Inc.
TA Instruments Waters LLC
Taber Estes Thorne & Carr Pllc
Taggart Global LLC
Tarrant County (TX)
Tarrant County Department of Human Services (TX)
TD Industries
TDC Filter Manufacturing Inc.
TeaLeaf Technology Inc.
Team Industrial Services Inc.
Team Oil Tools
Tech Plan Inc.
Technetics Group Columbia
Technologent
Teco-Westinghouse Motor Co.
TEKsystems Inc.
Teledyne
Teledyne Monitor Labs Inc.
Teledyne Test Services
Telvent USA  LLC
Temenos
Tenaska Power Services Co.
Tennessee Valley Authority
TerraSource Global
TES Energy Services LP
TES Inc.
Testex Inc.
Texas Air Systems Inc.
Texas Big Spring
Texas Comptroller of Public Accounts
Texas Crushed Stone Co.
Texas Department of Criminal Justice
Texas Department of State Health Services
Texas Department of Transportation Trust Fund
Texas Disposal Systems
Texas Flags Ltd.
Texas Health Resources
Texas New Mexico Power Co.
Texas State Comptroller of Public Accounts

Texas State History Museum Foundation
Texas State Treasury
Texas Trees Foundation
Texas, Public Utility Commission of
Texas, Railroad Commission of
TFS Energy Futures LLC
TFS Energy LLC
Thermal Engineering International Inc.
Thermo Electron NA LLC
Thermo Environmental Instruments Inc.
Thermo Fisher Scientific
Thermo Orion Inc.
Thermo Process Instruments LP
Thomas, Janice
Thompson & Knight LLP
Thompson, Jake
Thompson, Sally
Thomson Reuters
Thomson Reuters
Thomson Reuters (Property Tax Services) Inc.
Thomson Reuters West
ThyssenKrupp Elevator Corp.
ThyssenKrupp Safway Inc.
Tibco Software Inc.
Timken Gears & Services Inc.
Titan Engineering Inc.
Titus Central Appraisal District (TX)
Titus County (TX)
Titus County Fresh Water Supply District No. 1 (TX)
TLT-Babcock Inc.
TNT Crane & Rigging
Toshiba International Corp.
Towers Watson Pennsylvania Inc.
Townley Engineering & Manufacturing Co. Inc.
Townley Manufacturing Co.
TPG Capital LP
TPG Capital Management LP
TPUSA Inc.
Trane
Trans Union Corp.
Transactel (Barbados) Inc.
Transcat Inc.
TransUnion LLC
Transwestern
TRC Cos. Inc.
Trend Gathering & Treating LP
Trent Wind Farm LP
Trico Corp.

Trinity Industries Inc.
Trinity River Authority of Texas
Trinity River Water Authority
Triple J SA Inc.
Tripwire Inc.
TRT Development Co. West Houston
True North Consulting LLC
Truman Arnold Cos.
TSI Holdings LLC
TSTC Waco
Tullett Prebon Americas Corp.
Tullett Prebon Financial Service LLC
Turbine Repair Services
Turbo Components & Engineering
TurboCare
Twin Eagle Resource Management LLC
Tyler Junior College Foundation
UG USA Inc.
UniFirst
United Conveyor Corp.
United Conveyor Supply Corp.
United Rentals
United Rentals North America Inc.
United Sciences Testing Inc.
United States Chamber of Commerce
United States Department of Energy
United States Enrichment Corp.
United States Gypsum Co.
United States Mine Safety & Health
Administration
United States Naval Academy
United States Naval Academy Foundation
United States Nuclear Regulatory Commission
United Way of Metropolitan Dallas
Univar USA Inc.
University of North Texas
University of Texas at Arlington
University of Texas at Austin
University of Texas at Dallas
Uranium One Inc.
URS Corp.
US Bank Corporate Trust
US Bank Trust NA
US Enrichment Corp.
USPS
U-Tegration Inc.
Utility Integration Solutions
Valcor Engineering
Valero Texas Power Marketing Inc.

Velan Valve Corp.
Venture Research Inc.
Ventyx Inc.
Veolia ES Industrial Services
Verifications Inc.
Verizon
Verizon Southwest
Vinson Process Controls Co.
Vishay Transducers
Vista Training Inc.
Vitality Group, The
Vitrue Inc.
VMware Inc.
VoiceLog
Voith Turbo Inc.
VXI Global Solutions Inc.
Waco Foundation
WageWorks Inc.
Wahlco Metroflex
Ward County (TX)
Washington Speakers Bureau
Waste Management of Texas Inc.
Watco Cos. Inc.
Watco Mechanical Services
Waukesha Electric
Waukesha-Pearce Industries Inc.
Weatherproofing Services LLC
Weber Shandwick
WebFilings LLC
Weir Minerals
Weir Slurry Group Inc.
Weir SPM
Weir Valves & Controls USA Inc.
Wells Fargo Bank
Wells Fargo Home Mortgage
Wesco
West Publishing Corp.
West Texas Opportunities Inc.
Westech Engineering Inc.
Western Data Systems
Western Filter Co. Inc.
Western States Fire Protection
Western Technology Inc.
Westfire Inc.
Westin Engineering Inc.
Westinghouse Electric Co.
Westinghouse Electric Co. LLC
Westinghouse-Nuclear
Weyco Manufacturing

Weyerhaeuser
White Cap Construction
Whitehead Construction Inc.
Wick Phillips LLP
Willbros T&D Services
Willis of Texas Inc.
Wilson Co.
Wilson Industries
Wilson Mohr Inc.
Wilson Supply Co.
Wilsonart International Holdings
Wilson-Mohr Inc.
Windstream
Winston & Strawn LLP
Wire Rope Industries
WM Renewable Energy
Women's Business Enterprise National Council
Wood, Patricia
Workday Inc.
Workplace Resource of Dallas
Worksoft
World Energy Solutions Inc.
WPP Group USA Inc.
WRG LLC
WSI Corp.
Wyoming Department of Revenue AV Tax
XOJet Inc.
XTO Energy Inc.
Yokogawa Corp. of America
York Capital Management LP
York Credit Opportunities Fund LP
York Credit Opportunities Master Fund LP
York Multi Strategy Master Fund
York Risk Services Group Inc.
York, a Johnson Controls Co.
Youngblood, Kneeland
Zep Sales & Service
Zephyr Environmental Corp.

**Surety Bonds**
Liberty Mutual Insurance Co.
Railroad Commissioners of Texas
RLI
Safeco Insurance Co. of America
Texas Department of Transportation, State of
Texas Department of Transportation, State of (Paris District)
Texas Department of Transportation, State of (Tyler District)

Texas State Highway & Public Transportation Commission
Texas Transportation Commission
Texas, State of
United States Army Corp of Engineers, Fort Worth

**Third Notice of Satisfaction**
Able Communications Incorporated
Airgas USA LLC
Allied Waste Industries
Anderson, Craig
Angus Systems Group Incorporated
Aon Risk Services Southwest Incorporated
APS America LLC
Archer City Independent School District
Arlington Independent School District
AT&T Incorporated
Axway Incorporated
Babcock & Wilcox Power Generation Group Incorporated
Baker, Christopher D.
Baker, Lori
Baylor County
Beasley, Emma L.
Blackwell Independent School District
Bluebonnet Electric Cooperative Incorporated
BNY Mellon Asset Servicing
Bowen, M.S.
Bradley, Kenneth
Bremond Independent School District
Brooks, Johnny Earl
Business Interiors Incorporated
Cameron Independent School District
Cantu Foods & Marketing Corporation
Cassidy Turley Incorporated
Castlerock Communities LP
CATGlobal Mining LLC
Chemtex Industrial
Citibank National Association
City And County of Denver Treasury
City of Dallas Attorney's Office
Competitrack Incorporated
Convergent Outsourcing Incorporated
Conway, Janet
Craig, Ricky
Creek Point Limited Partnership
CT Corporation System
Delano Texas LP
Dell Marketing LP

Dresser Incorporated
D-Tec Incorporated
DXP Enterprises Incorporated
El Paso County Treasurer
Electro Mark Incorporated
Enerflex Energy Systems Incorporated
ESI Acquisition Incorporated
Estate of Jim Anderson
Fastenal Company
Foster, Kevin W.
Four Seasons Resort & Club
Franklin County
Gamble, Willie A., Jr.
Global Rail Systems Incorporated
Grapevine, City of
Grapevine-Colleyville Independent School
District
Greenville, City of
Groesbeck Independent School District
Hamilton, Jerry
Harrison, Benjamin L.
Harrison, Heather L.
Harvey, Christopher R.
Hearne Independent School District Project
Graduation
Heffernan, John J.
Hertz Equipment Rental Corporation
Hill, County of (TX)
Houston County Tax Office
Hulse, John
Humphrey, Curtis
Instrument And Valve Services Company
IPC Systems Incorporated
Ipsos-Asi Incorporated
Jefferson County Treasurer
Johnson, Michael E., Dr., Sr.
Johnson, Robert, Jr.
Jones, Mary S.
Joshua Independent School District
La Quinta Inn #0505
La Quinta Inn #0558
La Quinta Inn #0960
Larimer, County of (CO), Treasurer
Leon, County of (TX) et al.
Lewis, Mary
Logan County Treasurer
Lynn, Billy
Mansfield Independent School District
Mckinney, Jimmy L.
Mcneill, J.C.

Mesquite Independent School District
Mesquite, City of
Miles, Johnny
Miller, Beverly K.
Mitchell County Utility Company (TX)
Mitchell, County of
Moore, Charles
Morgan County Treasurer
Morris, Kenneth
Mustang Drilling Inc.
Newark Element14
Nolan, County of (TX)
Otis Elevator Company
Panola, County of
Pentair Valves & Controls Inc.
Quest Diagnostics Clinical Labs Inc.
Questcare Medical Services
R.R. Donnelley
Realty Associates Fund VII LP
Regional Steel Inc.
Richardson Independent School District
Richardson, David
Round Rock Independent School District
SGS North America Inc.
Sheridan Park
Shi International Corp.
Silverpop Systems Inc.
SimplexGrinnell
Smith, Amy
Smith, H.M.
Southern Tire Mart
Southern Tire Mart #49
Southern Tire Mart LLC
St. Joseph Regional Health Center
Stanley Consultants Inc.
Stewart, Robert G.
Stuart C. Irby Co.
Tannor Partners Credit Fund LP
TES Incorporated
Thomas, Oliver D.
Thompson, Jake
Thompson, Sally
Timber Ridge Housing II Ltd.
Timber Ridge Housing Ltd.
Transwestern Commercial Services LLC
Travis, County of (TX)
Tyler Independent School District
United Telephone Company of Texas Inc.
Verifications Inc.

Ward, County of
Waste Management - Rmc
Watson, David H.
Waukesha-Pearce Industries Inc.
Wichita, County of (TX)
Williams, John E.
Williamson, County of (TX) et al.
Wilson Company
Wood, Krystal
Wood, Mark
Wright, Eddie
Wright, James
Wright, John
Wright, Patricia
Wright, Sandra Richardson
Zep Sales & Services

**Top 50 Unsecured Creditors**
Accenture
ADA Carbon Solutions
AEP Energy Services, Inc.
AEP North
AEP-North (WTUT)
Alstom
Ameco Inc.
American Stock Transfer & Trust Co. LC
Centerpoint Energy Houston
Crane Nuclear Inc.
Devon Gas Services LP
Electric Reliability Council of Texas
Energy Transfer
EPRI (Energy Power Research Institute)
ETC Marketing Ltd.
FLSmidth Airtech Inc.
Headwaters
Kansas City Southern (KCS) Railway
NextEra Energy Power Marketing LLC
Pension Benefit Guaranty Corp.
Securitas Security Services USA
Shaw Maintenance (CB&I)
Shell Energy North America (US) LP
Sitel LLC
Texas-New Mexico Power Co.
Total Gas & Power North America Inc.
TPUSA
Transactel Inc.
UMB Bank NA
Waste Control Specialists LLC (WCS)

**Unions**
International Brotherhood Of Electrical Workers
Local No. 2078
International Brotherhood Of Electrical Workers
Local No. 220
International Brotherhood Of Electrical Workers
Local No. 2337

**Unsecured Bondholders**
AEGON USA Investment Management LLC
BlueMountain Capital Management LLC
Capital Research & Management Co. (US)
Chou Associates Management Inc.
Commerz Markets LLC
Contrarian Capital Management LLC
Credit Suisse Asset Management LLC (US)
Energy Future Holdings
Energy Future Intermediate Holdings
Feingold O'Keeffe Capital LLC
Footprints Asset Management & Research Inc.
Fore Research & Management LP
GAMCO Asset Management Inc.
Garland Business Corp.
HighTower Advisors LLC
Hudson Bay Capital Management LP
Luminus Management LLC
Manulife Asset Management (US) LLC
MatlinPatterson Global Advisers LLC
Morgan Stanley Smith Barney LLC
Murphy & Durieu LP
Newfleet Asset Management LLC
Patton Albertson & Miller LLC
Penn Mutual Life Insurance Co. (Asset
Management)
PFA Kapitalforvaltning Fondsmæglerselskab A/S
Relative Value Partners LLC
RidgeWorth Capital Management Inc.
SG Americas Securities LLC
Silver Rock Financial LLC
Standard Bank PLC
Sterne Agee & Leach Inc.
Stockcross Financial Services Inc.
USAA Asset Management Co.
W.R. Huff Asset Management Co. LLC
Whitebox Advisors LLC

**Unsecured Creditors Committee**
Brown & Zhou LLC

**US Trustee & Court Personnel**
N/A