IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **ENERGY FUTURE HOLDINGS CORP.,** *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtor-in-Possession. | : | (Jointly Administered) |
| | : | Re: D.I. 12611 |
| | : | |
| | : | Hearing date: February 16, 2018 at 11:00 a.m. E.S.T. |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS FEE ORDER

I, William M. Alleman, Jr., counsel to the Fee Committee in the above-captioned cases, hereby certify as follows:

1. On February 9, 2018, the Fee Committee filed the *Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 11:00 a.m.* (D.I. 12611) (the "Fee Report").

2. The same day, counsel for the Fee Committee circulated the proposed order and exhibit attached to the Fee Report (the "Proposed Order") to all retained professionals included in the Proposed Order, and requested that such professionals advise the Fee Committee's counsel by the close of business on Monday, February 12, 2018, if they consented to the entry of the order without the need for the February 16, 2018 hearing on uncontested interim fee applications.

3. All affected retained professionals, with the two revisions noted below, consented to the entry of the Proposed Order.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4. First, due to fiscal year-end concerns, on January 25, 2018, Kirkland & Ellis submitted a freestanding proposed order approving the *Tenth Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period From May 1, 2017 Through and Including August 31, 2017* (D.I. 12071) (the "Kirkland & Ellis 10th Interim Fee Application"), with adjustments, under certification of counsel (D.I. 12517). The Court signed and entered the order on January 25, 2018 (D.I. 12520). As a result, the Kirkland & Ellis 10th Interim Fee Application listed at line 18 of the Proposed Order has been removed because that application already has been approved.

5. Further, the objection deadline for the *Amended Fourth Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period May 1, 2017 Through August 31, 2017* (D.I. 21516) (the "Benesch Fourth Interim Fee Application") does not elapse until February 14, 2018 at 4:00 p.m. As a result, the Benesch Fourth Interim Fee Application listed at line 21 of the Proposed Order has been removed. That application may be the subject of a separate Certification of Counsel, if appropriate, to be filed only after the objection deadline for that application has elapsed.

6. Attached hereto as **Exhibit 1** is a revised Proposed Order incorporating the two changes disclosed above.

7. Attached hereto as **Exhibit 2** a redline showing the revised Proposed Order compared to the original Proposed Order submitted on February 9, 2018 with the Fee Committee's Fee Report.

8.  All professionals included in the attached revised Proposed Order have consented to entry of the revised Proposed Order, and the U.S. Trustee's office does not object to entry of the revised Proposed Order.

WHEREFORE, the Fee Committee respectfully requests that the Court enter the revised Proposed Order attached hereto as **Exhibit 1** at its earliest convenience.

Dated:  February 13, 2018             **BENESCH, FRIEDLANDER,**
        Wilmington, Delaware                **COPLAN & ARONOFF LLP**

*/s/ William M. Alleman, Jr.*
Jennifer R. Hoover (DE Bar No. 5111)
William M. Alleman, Jr. (DE Bar No. 5449)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Phone: (302) 442-7010
Fax: (302) 442-7012
E-mail: jhoover@beneschlaw.com
       walleman@beneschlaw.com

-and-

Katherine Stadler, Esquire (*admitted pro hac vice*)
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*