# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., | ) |
| | ) |
| *Plaintiff*, | ) |
| | ) |
| v. | ) Adv. Pro. No. 17-51785 (CSS) |
| | ) |
| VISTRA ENERGY CORP., | ) |
| | ) |
| *Defendant*. | ) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON FEBRUARY 16, 2018 STARTING AT 11:00 A.M. (EST)[2]

### I. RESOLVED MATTER:

1. Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order Further Enlarging the Period Within Which the Debtors May Remove Certain Actions [D.I. 12472; filed January 16, 2018]

   Response/Objection Deadline:    January 30, 2018 at 4:00 p.m. (EST)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The February 16, 2018 hearing (the "February 16th Hearing") will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 11:00 a.m. (EST). Any person who wishes to appear telephonically at the February 16th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Thursday, February 15, 2018** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009*.

<u>Responses/Objections Received</u>:    None.

<u>Related Documents</u>:

i.  Certification of No Objection Regarding "Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order Further Enlarging the Period Within Which the Debtors May Remove Certain Actions" [D.I. 12472] [D.I. 12563; filed February 2, 2018]

ii. Order Further Enlarging the Period Within Which the Debtors May Remove Certain Actions [D.I. 12606; filed February 9, 2018]

<u>Status</u>: On February 9, 2018, the Court entered an order granting the Debtors the relief requested in connection with this matter.  Consequently, no hearing with respect to this matter is required.

## II.  RESOLVED MATTER IN ADVERSARY PROCEEDING 17-51785:

2.  Adversary Complaint (Filed Under Seal) [Adv. D.I. 1; filed October 10, 2017]

    <u>Answer Deadline</u>:    To Be Determined.

    <u>Answer(s) Received</u>:    None to date.

    <u>Related Documents</u>:

    i.   Adversary Complaint (Sealed) [Adv. D.I. 3; filed October 10, 2017]

    ii.  The Elliott Funds' Motion to Intervene Pursuant to Section 1109(b) of the Bankruptcy Code and Rule 24 of the Federal Rules of Civil Procedure (Sealed) [Adv. D.I. 6; filed October 10, 2017]

    iii. The Elliott Funds' Motion to Intervene Pursuant to Section 1109(b) of the Bankruptcy Code and Rule 24 of the Federal Rules of Civil Procedure (Redacted) [Adv. D.I. 7; filed October 10, 2017]

    iv.  Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction (Sealed) [Adv. D.I. 10; filed October 11, 2017]

    v.   Memorandum of Law in Support of Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction (Sealed) [Adv. D.I. 11; filed October 11, 2017]

    vi.  Declaration of Michael A. Firestein in Support of Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction (Sealed) [Adv. D.I. 12; filed October 11, 2017]

vii. Joinder and Statement of Elliott Funds in Support of Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction (Sealed) [Adv. D.I. 14; filed October 11, 2017]

viii. Joinder and Statement of Elliott Funds in Support of Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction (Filed Under Seal) [Adv. D.I. 15; filed October 11, 2017]

ix. Memorandum of Law in Support of Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction (Sealed) [Adv. D.I. 16; filed October 11, 2017]

x. Memorandum of Law in Support of Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction (Filed Under Seal) [Adv. D.I. 17; filed October 11, 2017]

xi. *Ex Parte* Temporary Restraining Order [Adv. D.I. 19; filed October 12, 2017]

xii. Stipulation and Scheduling Order [Adv. D.I. 26; filed October 13, 2017]

xiii. Notice of Filing of Redacted Adversary Complaint [Adv. D.I. 32; filed October 24, 2017]

xiv. Notice of Filing of Redacted (I) Exhibit to Motion for Intervention (Intervenor Complaint), (II) Joinder Regarding Temporary Restraining Order and Preliminary Injunction Motion, and (III) Related Memorandum of Law [Adv. D.I. 33; filed October 24, 2017]

xv. Notice of Filing of Unsealed Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction [Adv. D.I. 34; filed October 25, 2017]

xvi. Notice of Filing of Redacted Memorandum of Law in Support of Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction [Adv. D.I. 35; filed October 25, 2017]

xvii. Notice of Filing of Redacted Declaration of Michael A. Firestein in Support of Energy Future Holdings Corp.'s Motion for a Temporary Restraining Order and Preliminary Injunction [Adv. D.I. 36; filed October 25, 2017]

xviii. Notice of Service [Adv. D.I. 37; filed October 25, 2017]

xix. Memorandum of Law of Defendant Vistra Energy Corp. in Opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Redacted) [Adv. D.I. 39; filed October 27, 2017]

xx.   Memorandum of Law of Defendant Vistra Energy Corp. in Opposition to Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Sealed) [Adv. D.I. 40; filed October 27, 2017]

xxi.  Letter Regarding Stipulation and Modified Scheduling Order [Adv. D.I. 50; filed November 16, 2017]

xxii. Stipulation and Modified Scheduling Order [Adv. D.I. 52; filed November 17, 2017] (the "Modified Scheduling Order")

xxiii. Notice of Dismissal [Adv. D.I. 58; filed February 12, 2018]

xxiv. Notice of Cancellation of Status Conference [Docket No. 12618/Adv. D.I. 59; filed February 12, 2018]

Status: On February 12, 2018, the plaintiff dismissed this adversary proceeding. Consequently, the status conference previously scheduled in connection with this matter is no longer necessary, and has been cancelled with permission from Chambers.

### III. UNCONTESTED MATTER WITH CERTIFICATION OF NO OBJECTION:

3.  Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Settlement Between the Debtors and Sempra and Approving the Agreed Amendment to the Merger Agreement [D.I. 12571; filed February 2, 2018]

    Response/Objection Deadline:   February 12, 2018 at 4:00 p.m. (EST)

    Responses/Objections Received:  None.

    Related Documents:

    i.   Motion for Order Shortening Notice and Setting Response Deadline for the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Settlement Between the Debtors and Sempra and Approving the Agreed Amendment to the Merger Agreement [D.I. 12572; filed February 2, 2018]

    ii.  Order Shortening Notice and Setting Response Deadline for the Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Settlement Between the Debtors and Sempra and Approving the Agreed Amendment to the Merger Agreement [D.I. 12575; filed February 5, 2018]

    iii. Notice of "Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Approving the Settlement Between the Debtors and Sempra and Approving the Agreed Amendment to the Merger Agreement" and Hearing Thereon [D.I. 12583; filed February 5, 2018]

    iv.    Certification of No Objection Regarding "Motion of Energy Future Holdings Corp., *et al*., for Entry of an Order Approving the Settlement Between the Debtors and Sempra and Approving the Agreed Amendment to the Merger Agreement" [D.I. 12571] [D.I. 12626; filed February 13, 2018]

    <u>Status</u>: On February 13, 2018, the Debtors filed a certification of no objection in connection with this matter. Consequently, a hearing with respect to this matter is required only to the extent that the Court has any questions or concerns.

## IV. <u>UNCONTESTED INTERIM FEE APPLICATIONS</u>:[3]

4. Interim Fee Applications

<u>Related Documents</u>:

    i.    Certification of Counsel Regarding Omnibus Fee Order [D.I. 12628; filed February 13, 2018]

    <u>Status</u>: On February 13, 2018, the Fee Committee filed a certification of counsel attaching a form of agreed omnibus interim fee order in connection with the interim fee applications listed on **Exhibit A** hereto. Consequently, a hearing with respect to this matter is required only to the extent that the Court has any questions or concerns.

[*Remainder of page intentionally left blank.*]

---

[3] In accordance with paragraph 7(D) of the *General Chambers Procedures of the United States Bankruptcy Court for the District of Delaware, Dated April 3, 2006*, "[A] representative for each applicant personally familiar with the services rendered and costs incurred that are the subject of the [interim fee application] shall appear in person at the [interim fee hearing] in support of the application. If such person is not local counsel, then arrangements may be made through [CourtCall, LLC] to appear telephonically [at the interim fee hearing]." *See* General Chambers Procedures at ¶ 7(D).

Dated: February 14, 2018
    Wilmington, Delaware

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com
    aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession with Respect to Agenda Items 1, 3 & 4*

-and-

*/s/ David M. Klauder*
**BIELLI & KLAUDER, LLC**
David M. Klauder (No. 5769)
Cory P. Stephenson (No. 6097)
1204 N. King Street
Wilmington, Delaware 19801
Telephone:   (302) 803-6400
Facsimile:   (302) 397-2557
Email:       dklauder@bk-legal.com
             cstephenson@bk-legal.com

-and-

**PROSKAUER ROSE LLP**
Michael A. Firestein (admitted *pro hac vice*)
2049 Century Park East, 32nd Floor
Los Angeles, California 90067-3206
Telephone:   (310) 284-5661
Facsimile:   (310) 557-2193
Email:       mfirestein@proskauer.com

-and-

Mark K. Thomas (admitted *pro hac vice*)
Peter J. Young (admitted *pro hac vice*)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, Illinois 60602
Telephone:   (312) 962-3550
Facsimile:   (312) 962-3551
Email:       mthomas@proskauer.com
             pyoung@proskauer.com

*Co-Counsel to Debtor Energy Future Holdings Corp. with Respect to Agenda Item 2*

# **EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**INDEX OF INTERIM FEE APPLICATIONS
TO BE CONSIDERED AT THE FEBRUARY 16, 2018 HEARING**

1. Eighth Interim Fee Application of Richards, Layton & Finger, P.A., Co-Attorneys for the Debtors and Debtors in Possession, for the Period from September 1, 2016 Through and Including December 31, 2016 [D.I. 12242; filed November 16, 2017]

    Response/Objection Deadline:         December 8, 2017 at 4:00 p.m. (EST)

    Response/Objection Received:         None.

    Related Documents:

    A.   Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 11:00 a.m. [D.I. 12611; filed February 9, 2018]

2. Ninth Interim Fee Application of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from January 1, 2017 Through April 30, 2017 [D.I. 12281; filed November 28, 2017]

    Response/Objection Deadline:         December 20, 2017 at 4:00 p.m. (EST)

    Response/Objection Received:         None.

    Related Documents:

    A.   Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 11:00 a.m. [D.I. 12611; filed February 9, 2018]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3.   Ninth Interim Fee Application for Compensation for Services Rendered and Reimbursement of Expenses of Deloitte & Touche LLP as Independent Auditor to the Debtors and Debtors-in-Possession for the Period of January 1, 2017 Through April 30, 2017 [D.I. 11718; filed August 10, 2017]

   <u>Response/Objection Deadline:</u>     September 1, 2017 at 4:00 p.m. (EDT)

   <u>Response/Objection Received:</u>     None.

   <u>Related Documents:</u>

   A.   Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 11:00 a.m. [D.I. 12611; filed February 9, 2018]

4.   Eighth Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period from January 1, 2017 Through April 30, 2017 [D.I. 11621; filed July 27, 2017]

   <u>Response/Objection Deadline:</u>     August 17, 2017 at 4:00 p.m. (EDT)

   <u>Response/Objection Received:</u>     None.

   <u>Related Documents:</u>

   A.   Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 11:00 a.m. [D.I. 12611; filed February 9, 2018]

5.   Eighth Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2017 Through April 30, 2017 [D.I. 11345; filed June 14, 2017]

   <u>Response/Objection Deadline:</u>     July 5, 2017 at 4:00 p.m. (EDT)

   <u>Response/Objection Received:</u>     None.

   <u>Related Documents:</u>

   A.   Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 11:00 a.m. [D.I. 12611; filed February 9, 2018]

6.   Sixth Interim Fee Application of Bielli & Klauder, LLC, Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp., for the Period from May 1, 2017 Through and Including August 31, 2017 [D.I. 12082; filed October 18, 2017]

    Response/Objection Deadline:    November 8, 2017 at 4:00 p.m. (EST)

    Response/Objection Received:    None.

    Related Documents:

    A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 11:00 a.m. [D.I. 12611; filed February 9, 2018]

7. Seventh Interim Fee Application of Jenner & Block LLP, Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period May 1, 2017 Through August 31, 2017 [D.I. 12069; filed October 17, 2017]

    Response/Objection Deadline:    November 7, 2017 at 4:00 p.m. (EST)

    Response/Objection Received:    None.

    Related Documents:

    A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 11:00 a.m. [D.I. 12611; filed February 9, 2018]

8. Ninth Interim Fee Application of AlixPartners, LLP Seeking Compensation for Services Rendered and Reimbursement of Expenses Incurred as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for the Period from May 1, 2017 Through August 31, 2017 [D.I. 12060; filed October 16, 2017]

    Response/Objection Deadline:    November 6, 2017 at 4:00 p.m. (EST)

    Response/Objection Received:    None.

    Related Documents:

    A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 11:00 a.m. [D.I. 12611; filed February 9, 2018]

9. Ninth Interim Fee Application of Cravath, Swaine & Moore LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period May 1, 2017 Through August 31, 2017 [D.I. 12101; filed October 20, 2017]

    Response/Objection Deadline:    November 10, 2017 at 4:00 p.m. (EST)

    Response/Objection Received:    None.

Related Documents:

A. Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 11:00 a.m. [D.I. 12611; filed February 9, 2018]

10. Ninth Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2017 Through August 31, 2017 [D.I. 11972; filed September 29, 2017]

   Response/Objection Deadline:     October 20, 2017 at 4:00 p.m. (EDT)

   Response/Objection Received:     None.

   Related Documents:

   A. Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 11:00 a.m. [D.I. 12611; filed February 9, 2018]

11. Ninth Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period from May 1, 2017 Through August 31, 2017 [D.I. 12199; filed November 8, 2017]

   Response/Objection Deadline:     November 29, 2017 at 4:00 p.m. (EST)

   Response/Objection Received:     None.

   Related Documents:

   A. Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 11:00 a.m. [D.I. 12611; filed February 9, 2018]

12. Ninth Interim Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from May 1, 2017 Through August 31, 2017 [D.I. 12085; filed October 18, 2017]

   Response/Objection Deadline:     November 8, 2017 at 4:00 p.m. (EST)

   Response/Objection Received:     None.

   Related Documents:

   A. Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 11:00 a.m. [D.I. 12611; filed February 9, 2018]

13. Ninth Interim Fee Application of Stevens & Lee, P.C., Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period from May 1, 2017 Through August 31, 2017 [D.I. 12117; filed October 26, 2017]

    Response/Objection Deadline:     November 16, 2017 at 4:00 p.m. (EST)

    Response/Objection Received:     None.

    Related Documents:

    A.   Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 11:00 a.m. [D.I. 12611; filed February 9, 2018]

14. Ninth Interim Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Interim Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from May 1, 2017 Through and Including August 31, 2017 [D.I. 12188; filed November 3, 2017]

    Response/Objection Deadline:     November 27, 2017 at 4:00 p.m. (EST)

    Response/Objection Received:     None.

    Related Documents:

    A.   Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 11:00 a.m. [D.I. 12611; filed February 9, 2018]

15. Tenth Interim Fee Application of Alvarez & Marsal North America, LLC, in their Capacity as Restructuring Advisors for the Debtors and Debtors in Possession, for the Period from May 1, 2017 Through and Including August 31, 2017 [D.I. 12066; filed October 16, 2017]

    Response/Objection Deadline:     November 7, 2017 at 4:00 p.m. (EST)

    Response/Objection Received:     None.

    Related Documents:

    A.   Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 11:00 a.m. [D.I. 12611; filed February 9, 2018]

16. Tenth Interim Fee Application for Compensation for Services Rendered and Reimbursement of Expenses of Deloitte & Touche LLP as Independent Auditor to the Debtors and Debtors-in-Possession for the Period of May 1, 2017 Through August 31, 2017 [D.I. 12109; filed October 23, 2017]

    Response/Objection Deadline:     November 14, 2017 at 4:00 p.m. (EST)

Response/Objection Received:    None.

Related Documents:

A.  Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 11:00 a.m. [D.I. 12611; filed February 9, 2018]

17. Tenth Interim Fee Application of Filsinger Energy Partners, Energy Consultants for the Debtors and Debtors in Possession, for the Period from May 1, 2017 Through and Including August 31, 2017 [D.I. 12067; filed October 16, 2017]

   Response/Objection Deadline:    November 7, 2017 at 4:00 p.m. (EST)

   Response/Objection Received:    None.

   Related Documents:

   A.  Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 11:00 a.m. [D.I. 12611; filed February 9, 2018]

18. Tenth Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from May 1, 2017 Through and Including August 31, 2017 [D.I. 12071; filed October 17, 2017]

   Response/Objection Deadline:    November 8, 2017 at 4:00 p.m. (EST)

   Response/Objection Received:    None.

   Related Documents:

   A.  Certification of Counsel Regarding Order Awarding Interim Allowance of Compensation for Services Rendered and Reimbursement of Expenses [D.I. 12517; filed January 25, 2018]

   B.  Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 12520; filed January 25, 2018]

   C.  Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on February 16, 2018 at 11:00 a.m. [D.I. 12611; filed February 9, 2018]

19. Ninth Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered for the Period from May 1, 2017 Through August 31, 2017 and for Reimbursement of Expenses from January 1, 2017 Through August 31, 2017 [D.I. 12503; filed January 22, 2018]

|  | Response/Objection Deadline: | February 12, 2018 at 4:00 p.m. (EST) |
|--|--|--|
|  | Response/Objection Received: | None. |

20. Ninth Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from May 1, 2017 Through August 31, 2017 [D.I. 12504; filed January 22, 2018]

   Response/Objection Deadline:  February 12, 2018 at 4:00 p.m. (EST)

   Response/Objection Received:  None.

21. Amended Fourth Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period May 1, 2017 Through August 31, 2017 [D.I. 12516; filed January 25, 2018]

   Response/Objection Deadline:  February 14, 2018 at 4:00 p.m. (EST)

   Response/Objection Received:  None.

   Related Documents:

   A. Fourth Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period May 1, 2017 Through August 31, 2017 [D.I. 12511; filed January 24, 2018]

RLF1 18873750v.1