## **CERTIFICATE OF SERVICE**

I, Daniel K. Hogan, Esquire, certify that on February 14, 2018, I caused the foregoing *Notice of Service* to be served via Electronic Mail on the Participating Parties (as defined in the *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors' Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors* dated August 24, 2016 (No. 14-10979, D.I. 9381) and in the *Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings*, entered on December 7, 2016 [D.I. 10327]) at the following email address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com.

Dated: February 14, 2018
       Wilmington, Delaware

**HOGAN♦McDANIEL**

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE # 2814)