**Exhibit E**

**Summary, by Individual Timekeeper, of Total
Fees Incurred and Hours Billed During the Fee Period**

**Summary, by Individual Timekeeper, of Total**
**Fees Incurred and Hours Billed During the Fee Period**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Hourly Rate Billed In the First Interim Application | Fees Billed In this Application at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|---|---|
| Andrew Calder, P.C. | Partner | Corporate - M&A/Private Equity | 2003 | 48,380.00 | 32.80 | N/A | 1,475.00 | 1,195.00 | 39,196.00 |
| Thad Davis | Partner | Taxation | 2005 | 337.50 | 0.30 | N/A | 1,125.00 | 925.00 | 277.50 |
| Gregory W Gallagher, P.C. | Partner | Taxation | 1997 | 8,387.50 | 5.50 | N/A | 1,525.00 | 1,045.00 | 5,747.50 |
| Chad J Husnick, P.C. | Partner | Restructuring | 2004 | 30,872.50 | 26.50 | 1 | 1,165.00 | 840.00 | 22,260.00 |
| | | | | 49,551.00 | 39.80 | | 1,245.00 | 840.00 | 33,432.00 |
| Marc Kieselstein, P.C. | Partner | Restructuring | 1988 | 299,720.00 | 203.20 | N/A | 1,475.00 | 1,125.00 | 228,600.00 |
| Michelle Kilkenney, P.C. | Partner | Corporate - Debt Finance | 2002 | 4,410.00 | 3.60 | N/A | 1,225.00 | 895.00 | 3,222.00 |
| Todd F Maynes, P.C. | Partner | Taxation | 1988 | 313,137.50 | 192.70 | N/A | 1,625.00 | 1,225.00 | 236,057.50 |
| Andrew R McGaan, P.C. | Partner | Litigation - General | 1986 | 19,610.00 | 14.80 | N/A | 1,325.00 | 1,025.00 | 15,170.00 |
| Mark McKane, P.C. | Partner | Litigation - General | 1999 | 281,647.50 | 239.70 | N/A | 1,175.00 | 925.00 | 221,722.50 |
| Linda K Myers, P.C. | Partner | Corporate - Debt Finance | 1990 | 43,955.00 | 29.80 | N/A | 1,475.00 | 1,195.00 | 35,611.00 |
| John Pitts, P.C. | Partner | Corporate - M&A/Private Equity | 2010 | 17,958.00 | 16.40 | N/A | 1,095.00 | 775.00 | 12,710.00 |
| Edward O Sassower, P.C. | Partner | Restructuring | 2000 | 26,931.00 | 19.10 | 1 | 1,410.00 | 1,095.00 | 20,914.50 |
| | | | | 50,445.00 | 35.40 | | 1,425.00 | 1,095.00 | 38,763.00 |
| James H M Sprayregen, P.C. | Partner | Restructuring | 1985 | 111,067.50 | 75.30 | N/A | 1,475.00 | 1,195.00 | 89,983.50 |
| Sara B Zablotney | Partner | Taxation | 2003 | 31,727.50 | 24.50 | N/A | 1,295.00 | 1,095.00 | 26,827.50 |
| Aaron M Berlin | Partner | Corporate - Debt Finance | 2011 | 3,781.00 | 3.80 | N/A | 995.00 | 595.00 | 2,261.00 |
| Jeanne T Cohn-Connor | Partner | Environment - Transactional | 1985 | 215.00 | 0.20 | N/A | 1,075.00 | 850.00 | 170.00 |
| Thomas Dobleman | Partner | Corporate - Debt Finance | 2011 | 3,283.50 | 3.30 | N/A | 995.00 | 755.00 | 2,491.50 |
| Lisa G Esayian | Partner | Litigation - General | 1991 | 49,384.50 | 45.10 | N/A | 1,095.00 | 920.00 | 41,492.00 |
| Michael Esser | Partner | Litigation - General | 2009 | 49,987.00 | 51.80 | N/A | 965.00 | 710.00 | 36,778.00 |
| Jonathan F Ganter | Partner | Litigation - General | 2010 | 139,101.00 | 139.80 | N/A | 995.00 | 750.00 | 104,850.00 |
| Ellen M Jakovic | Partner | Litigation - Antitrust/Competition | 1985 | 12,127.50 | 10.50 | N/A | 1,155.00 | 975.00 | 10,237.50 |

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Natalie H Keller | Partner | Taxation | 1997 | 956.00 | 0.80 | N/A | 1,195.00 | 980.00 | 784.00 |
| Veronica Nunn | Partner | Corporate - M&A/Private Equity | 2010 | 51,242.50 | 51.50 | N/A | 995.00 | 685.00 | 35,277.50 |
| Michael A Petrino | Partner | Litigation - General | 2008 | 80,197.00 | 80.60 | N/A | 995.00 | 750.00 | 60,450.00 |
| Anthony Sexton | Partner | Taxation | 2011 | 160,056.00 | 153.90 | N/A | 1,040.00 | 595.00 | 91,570.50 |
| Bryan M Stephany | Partner | Litigation - General | 2007 | 255,272.50 | 251.50 | N/A | 1,015.00 | 795.00 | 199,942.50 |
| Wayne E Williams | Partner | Corporate - Capital Markets | 2006 | 3,440.00 | 3.20 | N/A | 1,075.00 | 795.00 | 2,544.00 |
| JoAnne Nagjee | Of Counsel | Taxation | 2009 | 876.00 | 0.80 | N/A | 1,095.00 | 895.00 | 716.00 |
| Rebecca Blake Chaikin | Associate | Restructuring | 2015 | 57,197.50 | 68.50 | N/A | 835.00 | 450.00 | 30,825.00 |
| Steven M Cantor | Associate | Taxation | 2017 | 12,600.00 | 22.50 | N/A | 560.00 | 560.00 | 12,600.00 |
| Maxwell Coll | Associate | Litigation - General | 2016 | 161,154.00 | 255.80 | N/A | 630.00 | 630.00 | 161,154.00 |
| Mohsen Ghazi | Associate | Taxation | 2017 | 1,120.00 | 2.00 | N/A | 560.00 | 560.00 | 1,120.00 |
| Natasha Hwangpo | Associate | Restructuring | 2014 | 37,467.00 | 41.40 | N/A | 905.00 | 413.57 | 17,121.80 |
| Austin Klar | Associate | Litigation - General | 2013 | 23,913.50 | 28.30 | N/A | 845.00 | 450.00 | 12,735.00 |
| Kevin McClelland | Associate | Restructuring | 2016 | 4,708.50 | 7.30 | N/A | 645.00 | 645.00 | 4,708.50 |
| David Moore | Associate | Corporate - General | 2015 | 6,615.00 | 9.00 | N/A | 735.00 | 735.00 | 6,615.00 |
| Daniel Rudewicz | Associate | Restructuring | 2016 | 13,818.00 | 18.80 | N/A | 735.00 | 285.00 | 5,358.00 |
| Matthew Smart | Associate | Restructuring | 2016 | 5,869.50 | 9.10 | N/A | 645.00 | 645.00 | 5,869.50 |
| Justin Sowa | Associate | Litigation - General | 2013 | 162,719.00 | 179.80 | N/A | 905.00 | 595.00 | 106,981.00 |
| Nacif Taousse | Associate | Restructuring | Pending | 69,819.00 | 125.80 | N/A | 555.00 | 555.00 | 69,819.00 |
| Anna Terteryan | Associate | Litigation - General | 2014 | 87,399.00 | 107.90 | N/A | 810.00 | 450.00 | 48,555.00 |
| David Thompson | Associate | Corporate - M&A/Private Equity | 2013 | 1,629.00 | 1.80 | N/A | 905.00 | 450.00 | 810.00 |
| McClain Thompson | Associate | Litigation - General | 2014 | 185,962.50 | 256.50 | N/A | 725.00 | 725.00 | 185,962.50 |
| Patrick Venter | Associate | Restructuring | 2016 | 91,203.00 | 141.40 | N/A | 645.00 | 645.00 | 91,203.00 |
| Aparna Yenamandra | Associate | Restructuring | 2013 | 278,191.50 | 291.30 | N/A | 955.00 | 520.00 | 151,476.00 |

RLF1 18889636v.1

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Michael S Fellner | Paralegal | Litigation - General | N/A | 8,482.50 | 26.10 | N/A | 325.00 | 250.00 | 6,525.00 |
| Beth Friedman | Paralegal | Restructuring | N/A | 1,974.00 | 4.70 | N/A | 420.00 | 355.00 | 1,668.50 |
| Travis J Langenkamp | Paralegal | Litigation - General | N/A | 7,878.00 | 20.20 | N/A | 390.00 | 330.00 | 6,666.00 |
| Adrienne Levin | Paralegal | Litigation - General | N/A | 2,775.00 | 7.50 | N/A | 370.00 | 310.00 | 2,325.00 |
| Jonathon P Merriman | Paralegal | Litigation - General | N/A | 2,852.00 | 12.40 | N/A | 230.00 | 230.00 | 2,852.00 |
| Robert Orren | Paralegal | Restructuring | N/A | 41,582.00 | 122.30 | N/A | 340.00 | 290.00 | 35,467.00 |
| Meghan Rishel | Paralegal | Litigation - General | N/A | 19,337.50 | 59.50 | N/A | 325.00 | 250.00 | 14,875.00 |
| Kenneth J Sturek | Paralegal | Litigation - General | N/A | 195.00 | 0.50 | N/A | 390.00 | 330.00 | 165.00 |
| Hannah Kupsky | Junior Paralegal | Restructuring | N/A | 1,364.00 | 6.20 | N/A | 220.00 | 220.00 | 1,364.00 |
| Meg McCarthy | Junior Paralegal | Litigation - General | N/A | 645.00 | 3.00 | N/A | 215.00 | 195.00 | 585.00 |
| Library Factual Research | Support Staff | Admin Services | N/A | 825.00 | 2.50 | N/A | 330.00 | 280.00 | 700.00 |
| Cecilia Tesdahl | Support Staff | Litigation - Antitrust/Competition | N/A | 88.50 | 0.30 | N/A | 295.00 | 1.00 | 0.30 |
| Kurt J Wunderlich | Support Staff | Litigation - Antitrust/Competition | N/A | 1,564.00 | 2.30 | N/A | 680.00 | 500.00 | 1,150.00 |
| Olivia Weyers | Support Staff | Litigation - General | N/A | 140.00 | 0.50 | N/A | 280.00 | 280.00 | 140.00 |
| Colleen C Caamano | Support Staff | Litigation - General | N/A | 1,462.00 | 4.30 | N/A | 340.00 | 290.00 | 1,247.00 |
| Jason Goodman | Support Staff | Litigation - General | N/A | 1,190.00 | 3.50 | N/A | 340.00 | 290.00 | 1,015.00 |
| Katelyn Ye | Support Staff | Litigation - General | N/A | 340.00 | 1.00 | N/A | 340.00 | 290.00 | 290.00 |

RLF1 18889636v.1