# Exhibit F

**Summary, by Expense Type, of Actual and
Necessary Expenses Incurred During the Fee Period**

**Summary, by Expense Type, of Actual and  
Necessary Expenses Incurred During the Fee Period**

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---:|
| Third Party Telephone Charges | Intercall | | 1,667.48 |
| Standard Copies or Prints | Internal (Kirkland & Ellis LLP) | $0.10 per page | 1,429.90 |
| Color Copies or Prints | Internal (Kirkland & Ellis LLP) | | 1,321.20 |
| Production Blowbacks | | | 1,522.70 |
| Closing/Mini Books | | | 60.00 |
| Overnight Delivery | | | 82.04 |
| Local Transportation | | | 391.05 |
| Travel Expense | | | 3,888.99 |
| Airfare | | | 14,137.20 |
| Transportation to/from airport | | | 4,418.46 |
| Travel Meals | | | 907.48 |
| Other Travel Expenses | | | 299.00 |
| Court Reporter Fee/Deposition | | | 2,351.40 |
| Filing Fees | | | 5.00 |
| Other Court Costs and Fees | | | 8,263.33 |
| Outside Copy/Binding Services | | | 2,653.23 |
| Working Meals/K&E Only | | | 52.15 |
| Catering Expenses | | | 5,697.10 |
| Computer Database Research | | | 2,497.40 |
| Westlaw Research | Seamless North America Inc. | | 5,415.21 |
| LexisNexis Research | | | 366.00 |
| Overtime Transportation | | | 675.49 |
| Overtime Meals - Attorney | | | 842.66 |
| Rental Expenses | | | 1,500.00 |
| Cash Credits | | | (2,039.50) |
| **Total** | | | **$58,404.97** |

---

[1] Kirkland may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

RLF1 18889636v.1