**Exhibit G**

**Summary, by Matter Category, of Actual
Fees and Expenses Incurred During the Fee Period**

## Summary, by Matter Category, of Actual Fees and Expenses Incurred During the Fee Period

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed | Expenses | Total |
|---|---|---|---|---|---|
| 6 | [ALL E-SIDE] Case Administration | 33.20 | $16,499.50 | $0.00 | $16,499.50 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 25.30 | $14,047.00 | $0.00 | $14,047.00 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 1,884.00 | $1,634,685.50 | $0.00 | $1,634,685.50 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 110.00 | $108,823.50 | $0.00 | $108,823.50 |
| 12 | [ALL E-SIDE] Hearings | 69.20 | $65,349.00 | $0.00 | $65,349.00 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 185.60 | $115,700.00 | $0.00 | $115,700.00 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 79.80 | $63,128.50 | $0.00 | $63,128.50 |
| 18 | [ALL E-SIDE] Non-Working Travel | 25.90 | $29,240.50 | $0.00 | $29,240.50 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 686.20 | $753,201.50 | $0.00 | $753,201.50 |
| 26 | [ALL E-SIDE] Retiree & Empl. Issues/OPEB | 1.40 | $1,365.00 | $0.00 | $1,365.00 |
| 29 | [ALL E-SIDE] Tax Issues | 450.50 | $589,337.00 | $0.00 | $589,337.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 31.90 | $39,745.50 | $0.00 | $39,745.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 12.70 | $6,819.50 | $0.00 | $6,819.50 |
| 82 | [EFH] Asset Dispositions and Purchases | 0.70 | $451.50 | $0.00 | $451.50 |
| 109 | [ALL] Expenses | 0 | $0.00 | $57,826.07 | $57,826.07 |
| 111 | [EFIH] Expenses | 0 | $0.00 | $7.20 | $7.20 |
| 112 | [EFH] Expenses | 0 | $0.00 | $571.70 | $571.70 |
| 124 | [ALL E-SIDE] Tax Calculations | 3.60 | $3,744.00 | $0.00 | $3,744.00 |
| **Totals** | | **3,600.00** | **$3,442,137.50** | **$58,404.97** | **$3,500,542.47** |

RLF1 18889636v.1