## **Exhibit H**

**Budget and Staffing Plan**

RLF1 18889636v.1

## Budget and Staffing Plan for the Fee Period

### Budget

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 3 | [ALL] Automatic Stay | 20 - 40 | $12,000 - $20,000 |
| 6 | [ALL] Case Administration | 60 - 80 | $20,000 - $40,000 |
| 7 | [ALL] Cash Management | 20 - 40 | $12,000 - $20,000 |
| 8 | [ALL] Claims Administration and Objections | 240 - 280 | $200,000 - $225,000 |
| 9 | [ALL] Contested Matters and Adversary Proceedings | 950 - 1,060 | $680,000 - $780,000 |
| 10 | [ALL] Corporate Governance and Securities Issues | 300 - 395 | $300,000 - $380,000 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 40 - 100 | $40,000 - $75,000 |
| 12 | [ALL] Hearings | 200 - 220 | $160,000 - $200,000 |
| 14 | [ALL] Kirkland Retention and Fee Applications | 300 - 340 | $160,000 - $200,000 |
| 17 | [ALL] Non-Kirkland Retentions and Fee Applications | 75 - 115 | $50,000 - $90,000 |
| 18 | [ALL] Non-Working Travel | 240 - 280 | $200,000 - $240,000 |
| 19 | [ALL] Official Committee Issues and Meetings | 20 - 40 | $20,000 - $40,000 |
| 21 | [ALL] Plan and Disclosure Statement | 785 - 875 | $660,000 - $760,000 |
| 23 | [ALL E-SIDE] Regulatory Issues | 200 - 235 | $190,000 - $230,000 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 30 - 40 | $20,000 - $30,000 |
| 29 | [ALL] Tax Issues | 455 - 505 | $550,000 - $630,000 |
| 30 | [ALL] U.S. Trustee Issues | 20 - 40 | $4,000 - $20,000 |
| Applicable to EFIH Debtors | | | |
| 66 | [EFIH] Cash Collateral/DIP Financing/Make-whole Issues | 60 - 80 | $40,000 - $70,000 |
| 67 | [EFIH] Claims Administration & Objection | 180 - 220 | $200,000 - $240,000 |
| 70 | [EFIH] Hearings | 100 - 130 | $110,000 - $140,000 |
| 73 | [EFIH] Non-Working Travel | 40 - 60 | $30,000 - $50,000 |
| Applicable to EFH Corp. Debtors | | | |
| 87 | [EFH] Corporate Governance and Securities Law Issues | 50 - 70 | $30,000 - $50,000 |
| 92 | [EFH] Non-Core Subsidiaries / Discontinued Operations | 20 - 40 | $12,000 - $20,000 |
| **Total** | | **4,435 - 5,285** | **$3,700,000 - $4,550,000** |

## Staffing Plan

| Category of Timekeeper | Average Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period per Month | Average Hourly Rate[1] |
|---|---|---|
| Partner | 11 | $1,197.00 |
| Associate | 11 | $796.00 |
| Paralegals | 3 | $393.00 |
| Junior Paralegals | 2 | $230.00 |
| Project Assistants (and other support staff) | 2 | $340.00 |
| **Total Attorney** | **22** | **$996.50** |
| **Total Non-Attorney** | **7** | **$331.29** |
| **Total** | **29** | **$835.93** |

---

[1] The "Average Hourly Rate" is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.