## Exhibit I

**Summary, by Matter Category, of Fees
Budgeted and Fees Incurred During the Fee Period**

RLF1 18889636v.1

## Summary of Legal Services Rendered

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| 0003 | [ALL] Automatic Stay | 20 - 40 | 0.00 | $12,000 - $20,000 | $0.00 |
| 0006 | [ALL E-SIDE] Case Administration | 60 - 80 | 33.20 | $20,000 - $40,000 | $16,499.50 |
| 0007 | [ALL] Cash Management | 20 - 40 | 0.00 | $12,000 - $20,000 | $0.00 |
| 0008 | [ALL E-SIDE] Claims Admin. & Objections | 240 - 280 | 25.30 | $200,000 - $225,000 | $14,047.00 |
| 0009 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 950 - 1,060 | 1,884.00 | $680,000 - $780,000 | $1,634,685.50 |
| 0010 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 300 - 395 | 110.20 | $300,000 - $380,000 | $108,823.50 |
| 0011 | [ALL E-SIDE] Exec. Cont. & Unexp. Leases | 40 - 100 | 0.00 | $40,000 - $75,000 | $0.00 |
| 0012 | [ALL E-SIDE] Hearings | 200 - 220 | 69.20 | $160,000 - $200,000 | $65,349.00 |
| 0014 | [ALL E-SIDE] K&E Retention & Fee Apps | 300 - 340 | 185.60 | $160,000 - $200,000 | $115,700.00 |
| 0017 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 75 - 115 | 79.80 | $50,000 - $90,000 | $63,128.50 |
| 0018 | [ALL E-SIDE] Non-Working Travel | 240 - 280 | 25.90 | $200,000 - $240,000 | $29,240.50 |
| 0019 | [ALL] Official Committee Issues & Meet. | 20 - 40 | 0.00 | $20,000 - $40,000 | $0.00 |
| 0021 | [ALL E-SIDE] Plan & Disclos. Statements | 785 - 875 | 686.20 | $660,000 - $760,000 | $753,201.50 |
| 0023 | [ALL E-SIDE] Regulatory Issues | 200 - 235 | 0.00 | $190,000 - $230,000 | $0.00 |
| 0026 | [ALL E-SIDE] Retiree & Empl. Issues/OPEB | 30 - 40 | 1.40 | $20,000 - $30,000 | $1,365.00 |
| 0029 | [ALL E-SIDE] Tax Issues | 455 - 505 | 450.50 | $550,000 - $630,000 | $589,337.00 |
| 0030 | [ALL] U.S. Trustee Issues | 20 - 40 | 0.00 | $4,000 - $20,000 | $0.00 |
| 0066 | [EFIH] Cash Collat./DIP Finan./Make-whole | 60 - 80 | 31.90 | $40,000 - $70,000 | $39,745.50 |
| 0067 | [EFIH] Claims Administration & Objection | 180 - 220 | 0.00 | $200,000 - $240,000 | $0.00 |
| 0068 | [EFIH] Contested Matters & Advers. Pro. | 0 | 12.70 | $0.00 | $6,819.50 |
| 0070 | [EFIH] Hearings | 100 - 130 | 0.00 | $110,000 - $140,000 | $0.00 |
| 0073 | [EFIH] Non-Working | 40 - 60 | 0.00 | $30,000 - | $0.00 |

2

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| | Travel | | | $50,000 | |
| 0082 | [EFH] Asset Dispositions and Purchases | 0 | 0.70 | $0.00 | $451.50 |
| 0087 | [EFH] Corp. Governance and Sec. Issues | 50 - 70 | 0.00 | $30,000 - $50,000 | $0.00 |
| 0092 | [EFH] Non-Core Subs/Discontinued Op. | 20 - 40 | 0.00 | $12,000 - $20,000 | $0.00 |
| 0124 | [ALL E-SIDE] Tax Calculations | 0 | 3.60 | $0.00 | $3,744.00 |
| **Total** | | **4,435 - 5,285** | **3,600.20** | **$3,700,000 - $4,550,000** | **$3,442,137.50** |

2