# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Objections Due: March 8, 2018 at 4:00 pm (ET)** |

## NOTICE OF FEE STATEMENT

Stevens & Lee, P.C. (the "Applicant") has today filed the attached *Thirty-Sixth Monthly Fee Statement of Stevens & Lee, P.C. for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from November 1, 2017 through November 30, 2017* (the "Fee Statement") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Objections, if any, to the Fee Statement must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "Administrative Order") and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served upon and received by the undersigned and by: ((i) the above-captioned debtors and debtors in possession (collectively, the "Debtors"), Energy Future Holdings Corp., et al., 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland &

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andrew Vara, the acting United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter, and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler; and (vi) the Applicant, Stevens & Lee, P.C., 919 N. Market Street, Suite 1300, Wilmington, DE 19801 Attn: Joseph H. Huston, Jr., so as to be received no later than **4:00 p.m. (Eastern Time) on March 8, 2018** (the "Objection Deadline").

If any responses or objections to the Fee Statement are timely filed, served and received in accordance with this notice, and if such objections cannot be resolved as provided by the Administrative Order, a hearing on the Fee Statement and the objections will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed, served and received in accordance with the Administrative Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

Under the Administrative Order, if no objection to the Fee Statement is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80% of the fees and 100% of expenses requested in the Fee Statement or (ii) 80% of the fees and 100% of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

| | |
|---|---|
| Dated: February 15, 2018 | **STEVENS & LEE, P.C.** |
| | By: */s/ Joseph H. Huston, Jr.* |
| | Joseph H. Huston, Jr. (No. 4035) |
| | 919 N. Market Street, Suite 1300 |
| | Wilmington, DE 19801 |
| | Tel:   (302) 425-3310 |
| | Fax:   (610) 371-7972 |
| | Email: jhh@stevenslee.com |

      *-and-*

Richard Levin
**JENNER & BLOCK LLP**
919 Third Avenue
New York, NY 10022-3908
Tel:   (212) 891-1601
Fax:   (212) 891-1699
Email: rlevin@jenner.com

      *-and-*

Michael A. Paskin
Trevor M. Broad
**CRAVATH, SWAINE & MOORE LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel:   (212) 474-1760
Fax:   (212) 474-3700
Email: mpaskin@cravath.com
   tbroad@cravath.com

*Independent Counsel for Energy Future Intermediate Holding Company LLC*