## EXHIBIT A

### Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| FEE APPLICATIONS - OTHERS | 4.90 | $1,965.50 |
| FEE APPLICATIONS – S&L | 1.50 | $658.50 |
| PLEADINGS, MOTIONS, AND BRIEFS | 0.50 | $367.50 |
| **TOTAL** | **6.9** | **$2,991.50** |