## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
| --- | --- |
| Mobile PHONE - J. HUSTON (actual) | $8.10 |
| DOCUMENT REPRODUCTION | $6.70 |
| TELEPHONE CHARGES - MOBILE PHONE(actual) | $0.50 |
| TOTAL | $15.30 |