## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| **MATTER** | **DATE** | **AMOUNT** | **DESCRIPTION** |
|---|---|---|---|
| 109285-00002 | 11/6/17 | $0.60 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/9/17 | $0.60 | MOBILE PHONE - J. HUSTON |
| 109285-00002 | 11/9/17 | $2.70 | MOBILE PHONE - J. HUSTON |
| 109285-00002 | 11/9/17 | $1.20 | MOBILE PHONE - J. HUSTON |
| 109285-00002 | 11/9/17 | $2.60 | MOBILE PHONE - J. HUSTON |
| 109285-00002 | 11/9/17 | $0.60 | MOBILE PHONE - J. HUSTON |
| 109285-00002 | 11/9/17 | $0.40 | MOBILE PHONE - J. HUSTON |
| 109285-00002 | 11/30/17 | $3.70 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/30/17 | $1.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 11/30/17 | $1.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 10/30/17 | $0.50 | TELEPHONE CHARGES - MOBILE PHONE |