## EXHIBIT A

### Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| PROFESSIONAL RETENTIONS | .10 | $17.50 |
| FEE APPLICATIONS - OTHERS | .90 | $381.50 |
| FEE APPLICATIONS – S&L | 1.70 | $611.50 |
| HEARINGS | 2.00 | $1,470.00 |
| PLEADINGS, MOTIONS, AND BRIEFS | 6.70 | $4,924.50 |
| **TOTAL** | **11.40** | **$7,405.00** |