## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| MATTER | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 109285-00002 | 12/5/17 | $0.40 | DOCUMENT REPRODUCTION |
| 109285-00002 | 12/8/17 | $1.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 12/8/17 | $1.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 12/8/17 | $1.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 12/10/17 | $0.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 12/12/17 | $1.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 12/13/17 | $0.00 | SCANNED DOCUMENT REPRODUCTION |
| 109285-00002 | 12/15/17 | $1.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 12/18/17 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 12/26/17 | $4.90 | DOCUMENT REPRODUCTION |