IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) | **Re: D.I. 12501** |
|  | ) |  |

# CERTIFICATE OF NO OBJECTION REGARDING THE THIRTY-FIRST MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM DECEMBER 1 THROUGH DECEMBER 31, 2017
## (NO ORDER REQUIRED)

On January 22, 2018, the *Thirty-First Monthly Fee Statement of Jenner & Block LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from December 1, 2017 through December 31, 2017* ("Jenner") [D.I. 12501; the "Monthly Fee Statement"] was filed with this Court and served upon the Notice Parties as required by the *Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [D.I. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066]. Under the *Notice of Fee Statement* filed and served with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served in accordance with the foregoing Orders no later than **February 12, 2018 at 4:00 p.m. Eastern Time**.

By letter dated February 8, 2018, the Fee Committee advised Jenner that, although the Fee Committee reserved its rights to object to the interim expense reimbursement request, the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

02/15/2018 SL1 1508276v1 109285.00005

Fee Committee did not object to the payment of 80% of the fees and 100% of the expenses requested in the Monthly Fee Statement. Aside from the foregoing, the undersigned certifies that no answer, objection or other response to the Monthly Fee Statement was filed or served as required, and that as of February 12, 2018, none appeared on the Court's docket in this case.

Consequently, Energy Future Intermediate Holding Company LLC, debtor and debtor in possession in the above-captioned case, is authorized to pay Jenner 80% of the fees and 100% of the expenses requested in the Monthly Fee Statement upon the filing of this Certificate without the need for a further Court order. A summary of the fees and expenses that Jenner seeks is attached as **Exhibit A**.

Respectfully submitted,

Dated: February 15, 2018

**STEVENS & LEE, P.C.**

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
919 North Market Street, Suite 1300
Wilmington, DE  19801
Tel:    (302) 425-3310
Email: jhh@stevenslee.com
    -and-

Richard Levin, Esquire
**JENNER & BLOCK**
919 Third Avenue
New York, NY 10022-3908
Tel:    (212) 891-1601
Email: rlevin@jenner.com
    -and-

Michael A. Paskin, Esquire
Trevor M. Broad, Esquire
**CRAVATH, SWAINE & MOORE LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel:    (212) 474-1760
Email: mpaskin/tbroad@cravath.com

*Independent Counsel for Energy Future Intermediate Holding Company LLC*