# EXHIBIT A

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP 919 Third Avenue New York, NY 10022 | Thirty-First Monthly Fee Statement 12/01/2017 through 12/31/2017 D.I. 12501 | $3,390.00 | $0 | 2/12/2018 | $2,712.00 | $0 | $678.00 |

02/15/2018 SL1 1508276v1 109285.00005