# Exhibit B

## SUMMARY OF PROFESSIONAL SERVICES

The MMWR attorneys and paralegals that rendered professional services in these cases during the Compensation Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 24.80 | $16,740.00 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $630.00 | 139.60 | $87,948.00 |
| Mark A. Fink* | | $315.00 | 4.40 | $1,386.00 |
| Mark B. Sheppard | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $585.00 | 0.30 | $175.50 |
| Davis L. Wright | Of Counsel; Joined Firm in 2011; Member of DE Bar since 2002 | $590.00 | 3.60 | $2,124.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | 172.70 | $108,373.50 |
| **PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | | |
| Jason Smith | Paralegal | $165.00 | 65.60 | $10,824.00 |
| Keith Mangan | Paralegal | $150.00 | 0.30 | $45.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | 65.90 | $10,869.00 |
| **TOTAL ALL PROFESSIONALS** | | | 238.60 | $119,242.50 |

*Indicates non-working travel time billed at half-rate