# **Exhibit C**

**SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED**

| Expense Category | Expense Amount |
|---|---|
| Miscellaneous Expense | $799.00 |
| Delivery Services | $7.50 |
| Filing Fee - Other | $30.00 |
| Travel – Rail Fare | $435.00 |
| Transportation – Local while on Business | $9.12 |
| Telephone | $25.91 |
| Westlaw On-Line Legal Research | $89.10 |
| Pacer | $183.30 |
| Postage | $0.46 |
| **Total** | **$1,579.39** |