# Exhibit D

**September 1, 2017 – September 30, 2017**

|  |  |
|---|---|
| Invoice Date: | 10/23/17 |
| Invoice Number: | 751105 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 09/30/17 | Pacer | $ | 15.50 |
| 09/07/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 8/21/17, Court Call Hearing 8/21/17 at 9:00am | $ | 30.00 |
| 09/07/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 8/18/17, Court6 Call Hearing 8/18/17 at 1:00pm | $ | 37.00 |
| 09/12/17 | Westlaw On-Line Legal Research | $ | 35.64 |
| 09/15/17 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions - Services for the month of August, 2017 (Acct # 3003555) | $ | 150.00 |
| 09/22/17 | Delivery Service - PAID TO: Parcels Inc - 9/1/17, Fr MMWR To Judge C.Sontchi, U.S. Bankruptcy Court, Wilmington, DE | $ | 7.50 |
| 09/25/17 | Travel - Rail Fare - PAID TO: Mark A. Fink - 9/19/17, Roundtrip Amtrak railfare from New York to Wilmington to attend hearing | $ | 170.00 |
| 09/28/17 | Telephone - PAID TO: Soundpath Conferencing - Conference call at 1:56pm on 8/28/17 with 2 participants | $ | 4.18 |
| 09/29/17 | Filing Fee - Other - PAID TO: American Express - CCALL ID # 8545096 charge on 8/25/2017 | $ | 30.00 |
| | Total Disbursements | $ | 479.82 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# **Exhibit D**

**October 1, 2017 – October 31, 2017**

Invoice Date: 12/5/17
Invoice Number: 752770
Client Matter Number: 66471.00003
I.D.# 01051

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 10/31/17 | Pacer | $ | 13.00 |
| 10/19/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 10/3/17, Attendance at Court Hearing via CourtCall Conference Call | $ | 51.00 |
| 10/24/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 10/12/17, Attend CourtCall telephonic hearing at 3:00 pm | $ | 30.00 |
| 10/24/17 | Miscellaneous Expense - PAID TO: Mark A. Fink - 10/13/17, Attend EFH hearing via CourtCall telephonic conference at 11:00am | $ | 51.00 |
| | Total Disbursements | $ | 145.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

## **Exhibit D**

**November 1, 2017 – November 30, 2017**

|  |  |
|---|---|
| Invoice Date: | 12/13/17 |
| Invoice Number: | 753043 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 11/30/17 | Pacer | $ | 143.60 |
| 11/05/17 | Westlaw On-Line Legal Research | $ | 17.82 |
| 11/06/17 | Westlaw On-Line Legal Research | $ | 35.64 |
| 11/14/17 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions - Services for the month of October, 2017 (Acct # 3003555) | $ | 150.00 |
| 11/16/17 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions - Services for the month of September, 2017 (Acct # 3003555) | $ | 150.00 |
| 11/29/17 | Telephone - PAID TO: Soundpath Conferencing - Conference call at 1:24pm on 11/6/17 with 4 participants | $ | 21.73 |
|  | Total Disbursements | $ | 518.79 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# **Exhibit D**

**December 1, 2017 – December 31, 2017**

|  | Invoice Date: | 1/19/18 |
|---|---|---|
|  | Invoice Number: | 754723 |
|  | Client Matter Number: | 66471.00003 |
|  | I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred
## On Your Behalf

| Date | Description | | Amount |
|---|---|---|---:|
| 12/31/17 | Postage | $ | 0.46 |
| 12/31/17 | Printing & Duplicating - Internal | $ | 0.00 |
| 12/31/17 | Pacer | $ | 11.20 |
| 12/21/17 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions - Services for the month of November, 2017 (Acct # 3003555) | $ | 150.00 |
| 12/21/17 | Transportation - Local while on business - PAID TO: Mark A. Fink - 12/11/17, Cabfare to Penn Station to Attend Hearing in the EFH Committee Bankruptcy Case | $ | 9.12 |
| 12/21/17 | Travel - Rail Fare - PAID TO: Mark A. Fink - 12/11/17, Roundtrip Amtrak railfare from NY to Wilmington to Attend Hearing in the EFH Committee Bankruptcy Case | $ | 265.00 |
|  | Total Disbursements | $ | 435.78 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**