**Exhibit E**

**September 1, 2017 – September 30, 2017**

Invoice Date: 10/23/17
Invoice Number: 751105
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---:|---:|
| 001 | Asset Analysis | 0.80 | $132.00 |
| 002 | Asset Disposition | 2.90 | $1,827.00 |
| 006 | Case Administration | 18.90 | $9,520.50 |
| 007 | Claims Administration and Objections | 6.30 | $3,969.00 |
| 010 | Employment and Fee Applications (MMWR) | 12.70 | $3,072.00 |
| 011 | Employment and Fee Applications (Others) | 4.80 | $1,815.00 |
| 013 | Other Litigation | 24.30 | $15,385.50 |
| 014 | Meetings and Communications with Creditors | 2.90 | $1,894.50 |
| 015 | Non-Working Travel | 2.00 | $630.00 |
| 016 | Plan and Disclosure Statement | 15.50 | $10,033.50 |
| 021 | Hearings | 9.60 | $3,190.50 |
| 030 | Asbestos-Related Matters | 0.60 | $405.00 |
|  | Matter Total | 101.30 | $51,874.50 |

**<u>Exhibit E</u>**

**October 1, 2017 – October 31, 2017**

Invoice Date: 12/5/17
Invoice Number: 752770
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 17.10 | $9,972.00 |
| 007 | Claims Administration and Objections | 3.10 | $1,953.00 |
| 010 | Employment and Fee Applications (MMWR) | 14.20 | $2,482.50 |
| 011 | Employment and Fee Applications (Others) | 4.40 | $1,330.50 |
| 013 | Other Litigation | 13.70 | $8,631.00 |
| 014 | Meetings and Communications with Creditors | 1.10 | $693.00 |
| 016 | Plan and Disclosure Statement | 19.20 | $11,659.50 |
| 021 | Hearings | 3.30 | $1,846.50 |
| 030 | Asbestos-Related Matters | 0.40 | $252.00 |
| | Matter Total | 76.50 | $38,820.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

# Exhibit E

**November 1, 2017 – November 30, 2017**

Invoice Date: 12/13/17
Invoice Number: 753043
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 5.40 | $1,437.00 |
| 007 | Claims Administration and Objections | 6.20 | $3,906.00 |
| 010 | Employment and Fee Applications (MMWR) | 5.20 | $858.00 |
| 011 | Employment and Fee Applications (Others) | 3.20 | $993.00 |
| 013 | Other Litigation | 1.50 | $945.00 |
| 016 | Plan and Disclosure Statement | 12.10 | $7,650.00 |
| | Matter Total | 33.60 | $15,789.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

**Exhibit E**

**December 1, 2017 – December 31, 2017**

Invoice Date: 1/19/18
Invoice Number: 754723
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---:|---:|
| 006 | Case Administration | 8.10 | $4,942.50 |
| 007 | Claims Administration and Objections | 1.60 | $1,008.00 |
| 010 | Employment and Fee Applications (MMWR) | 5.80 | $1,422.00 |
| 011 | Employment and Fee Applications (Others) | 2.10 | $579.00 |
| 013 | Other Litigation | 0.90 | $571.50 |
| 015 | Non-Working Travel | 2.40 | $756.00 |
| 016 | Plan and Disclosure Statement | 3.40 | $2,164.50 |
| 021 | Hearings | 2.80 | $1,252.50 |
| 031 | Derivative Litigation Investigation | 0.10 | $63.00 |
| | Matter Total | 27.20 | $12,759.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**