**<u>Exhibit F</u>**


**September 1, 2017 – September 30, 2017**

Invoice Date:                10/23/17
Invoice Number:         751105
Client Matter Number:  66471.00003
I.D.#                  01051

**Detail for Fee Services Rendered - 001 Asset Analysis**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 9/13/17 | JW Smith | 001 | Prepare for service regarding the notice of service regarding initial disclosures (.4); review docket and scheduling orders and update calendar events (.4) | 0.80 |
| | | | Task Total | 0.80 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | |
|---|---|---:|
| Invoice Date: | | 10/23/17 |
| Invoice Number: | | 751105 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 001 Asset Analysis

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07901 | Smith, JW | 0.80 | $165.00 | $132.00 |
| | Task Total | 0.80 | | $132.00 |

| | |
|---|---|
| Invoice Date: | 10/23/17 |
| Invoice Number: | 751105 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 002 Asset Disposition**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 9/7/17 | MA Fink | 002 | Review corrected order re entry into Merger agreement | 0.20 |
| 9/28/17 | MA Fink | 002 | Review of memoranda related to proposed transactions | 1.70 |
| 9/29/17 | MA Fink | 002 | Review draft order sent to PUCT | 1.00 |
| | | | Task Total | 2.90 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | |
|---|---|---|
| Invoice Date: | | 10/23/17 |
| Invoice Number: | | 751105 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 002 Asset Disposition

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 2.90 | $630.00 | $1,827.00 |
| | Task Total | 2.90 | | $1,827.00 |

| | |
|---|---|
| Invoice Date: | 10/23/17 |
| Invoice Number: | 751105 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 9/1/17 | MA Fink | 006 | Review of motion to enter merger agreement (1.0); review application to retain Shaw (.6) | 1.60 |
| 9/5/17 | MA Fink | 006 | Calls and correspondence with A. Kranzley (.3) and J. Smith (.2) re materials needed in preparation for hearing | 0.50 |
| 9/5/17 | JW Smith | 006 | Research and preparation of materials for hearing (2.4); review and update calendar events (.3); update critical dates memo (.3) | 3.00 |
| 9/6/17 | MA Fink | 006 | Call and correspondence with D. Wright re DS and Nextera matters (.5); review of notices re Sempra and DS apprises (.4) | 0.90 |
| 9/8/17 | MA Fink | 006 | Review of pricing updated from Guggenheim (.3); correspondence re same (.2) | 0.50 |
| 9/8/17 | JW Smith | 006 | Research regarding status of hearings, objections deadlines and scheduling orders (.8); update calendar events (.4) | 1.20 |
| 9/11/17 | MA Fink | 006 | Participate in call with committee and professionals | 0.60 |
| 9/12/17 | MA Fink | 006 | Review materials for 9/19 hearing re break fee (3.7); comparison to discovery requests (.6) | 4.30 |
| 9/14/17 | KT Mangan | 006 | Filing joinder and statement in support of Elliott's motion to intervene | 0.30 |
| 9/14/17 | MA Fink | 006 | Review of reply in support of Elliott motion for reconsideration | 1.60 |
| 9/15/17 | MA Fink | 006 | Correspondence with A. Kranzley re 9/19 hearing (.3); review of orders entered by Bankruptcy Court in advance of hearing (.4) | 0.70 |
| 9/19/17 | MA Fink | 006 | Correspondence with committee re hearing results and review of attachments re same (.5); review of various drafts of proposed order granting/denying Elliots derivative standing motion and request for intervention (.6) | 1.10 |
| 9/19/17 | MA Fink | 006 | Review of order denying asbestos creditors request to intervene (.1); correspondence with N. Ramsey re same (.4) | 0.50 |
| 9/20/17 | ND Ramsey | 006 | Reviewing report from Sullivan & Cromwell to committee regarding reconsideration hearing, including attached press reports | 0.40 |
| 9/25/17 | ND Ramsey | 006 | Participation in EFH-UCC update call | 0.40 |
| 9/28/17 | MA Fink | 006 | Correspondence with J. Madron and A. Krazley re hearing | 0.60 |
| 9/28/17 | JW Smith | 006 | Review pleadings for hearing on 10/3 and prepare attorney's materials for hearing | 0.70 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                    10/23/17
Invoice Number:                  751105
Client Matter Number:  66471.00003
I.D.#                            01051

Task Total        18.90

Invoice Date:              10/23/17
Invoice Number:            751105
Client Matter Number:  66471.00003
I.D.#                        01051

### SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 12.90 | $630.00 | $8,127.00 |
| 09064 | Mangan, KT | 0.30 | $150.00 | $45.00 |
| 01051 | Ramsey, ND | 0.80 | $675.00 | $540.00 |
| 07901 | Smith, JW | 4.90 | $165.00 | $808.50 |
| | Task Total | 18.90 | | $9,520.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 10/23/17
Invoice Number: 751105
Client Matter Number: 66471.00003
I.D.# 01051

**Detail for Fee Services Rendered - 007 Claims Administration and Objections**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 9/1/17 | MA Fink | 007 | Review draft pretrial order and schedule for Nextera matter (.5) | 0.50 |
| 9/5/17 | MA Fink | 007 | Review motion to intervene | 1.00 |
| 9/19/17 | MA Fink | 007 | Preparing for and attend hearing on Motion for recommendation of Nextera break fee/admin claim request | 4.80 |

Task Total 6.30

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                    10/23/17
Invoice Number:                  751105
Client Matter Number:  66471.00003
I.D.#                            01051

## SUMMARY FOR FEE SERVICES RENDERED
### 007 Claims Administration and Objections

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 6.30 | $630.00 | $3,969.00 |
| | Task Total | 6.30 | | $3,969.00 |

| | |
|---|---|
| Invoice Date: | 10/23/17 |
| Invoice Number: | 751105 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 9/11/17 | MA Fink | 010 | Review/revise MMWR CNO | 0.20 |
| 9/12/17 | JW Smith | 010 | Draft a certificate of no objection regarding MMWR's thirty-third monthly fee application (.2); review and update calendar events (.1); research and preparation of materials for MMWR's third interim fee application (5.2) | 5.50 |
| 9/21/17 | MA Fink | 010 | Work on materials for MMWR fee app | 0.60 |
| 9/22/17 | JW Smith | 010 | Prepare materials for MMWR's 34th monthly fee application (1.1); review calendar events (.1) | 1.20 |
| 9/25/17 | MA Fink | 010 | Review/comment August 2017 fee app | 0.60 |
| 9/28/17 | JW Smith | 010 | Prepare a certificate of no objection for MMWR's 33rd monthly fee application for filing with the Court and service | 0.40 |
| 9/28/17 | MA Fink | 010 | Multiple correspondence re Guggenheim interim fee app with Dentons | 0.70 |
| 9/25/17 | JW Smith | 010 | Finalize materials and prepare MMWR's thirty-fourth monthly fee application for filing with the Court and service (2.5); prepare AlixPartners 27th monthly for filing with the Court and service (.8); review and update calendar maintenance (.2) | 3.50 |

Task Total    12.70

| | | |
|---|---|---|
| Invoice Date: | | 10/23/17 |
| Invoice Number: | | 751105 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 2.10 | $630.00 | $1,323.00 |
| 07901 | Smith, JW | 10.60 | $165.00 | $1,749.00 |
| | Task Total | 12.70 | | $3,072.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 10/23/17 |
| Invoice Number: | 751105 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 9/1/17 | JW Smith | 011 | Prepare CNO regarding MMWRs 31st monthly fee application for filing with the Court and service (.4); prepare CNO regarding MMWRs 32nd monthly fee application for filing with the Court and service (.2); review and update calendar events regarding fee application deadlines (.2) | 0.80 |
| 9/12/17 | JW Smith | 011 | Prepare a certificate of no objection regarding Sullivan & Cromwell's thirty-third monthly fee application for filing and service (.2) | 0.20 |
| 9/21/17 | JW Smith | 011 | Preparation of the 34th Monthly Fee App of Sullivan & Cromwell LLP  for filing with the Court and service (.6) preparation of the 34th Monthly Fee App of Guggenheim Securities, LLC for filling with the Court and service (.4); review and update calendar events (.1) | 1.10 |
| 9/25/17 | MA Fink | 011 | Review and finalize Alix fee app (.4); revise MMWR app (.5) | 0.90 |
| 9/29/17 | JW Smith | 011 | Prepare Guggenheim Securities' ninth interim fee application for filing with the Court and service (.4); review and update calendar events (.1) | 0.50 |
| 9/29/17 | MA Fink | 011 | Review and revise Guggenheim interim app. (.8); correspondence with Dentons re same (.3); coordinate filing and service of application (.2) | 1.30 |

Task Total    4.80

Invoice Date:                    10/23/17
Invoice Number:                  751105
Client Matter Number:  66471.00003
I.D.#                            01051

### SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 2.20 | $630.00 | $1,386.00 |
| 07901 | Smith, JW | 2.60 | $165.00 | $429.00 |
| | Task Total | 4.80 | | $1,815.00 |

Invoice Date: 10/23/17
Invoice Number: 751105
Client Matter Number: 66471.00003
I.D.# 01051

**Detail for Fee Services Rendered - 013 Other Litigation**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 9/7/17 | MA Fink | 013 | Review of Nextera objection to Elliott motion (2.6); review of certain 3d circuit cases cited in briefing (1.9); review of amended complaint for (.4); new count and comparison of those claims to Elliot's proposed additional claims. (.4) | 5.30 |
| 9/8/17 | MA Fink | 013 | Review of objection to motion to intervene (2.9); review of opposition to Elliott's motion for derivative standing (.3); review of certain cases cited herein (.7) | 3.90 |
| 9/11/17 | MA Fink | 013 | Review of filings by parties in connection of adversary (1.0); review of exchanged discovery (1.8);review scheduling order for Nextera litigation (.4) | 3.20 |
| 9/12/17 | ND Ramsey | 013 | Reviewing pleadings in connection with objection to break fee | 1.70 |
| 9/13/17 | MA Fink | 013 | Multiple correspondence with A. Kranzley re Joinder in Nextera litigation (.3); review and revise drafts notice for filing - coordinate service re same (.2) | 0.50 |
| 9/14/17 | MA Fink | 013 | Review and comment on draft committee filing(.8); correspondence with A. Kranzley and committee members re filing (.6); review of caselaw on position (.9); review of Elliott reply in support of standing (.7); Fenecle reply (.6); correspondence re redacted fenecle reply (.2); review of redacted portions (.1) | 3.70 |
| 9/15/17 | MA Fink | 013 | Review of interrogatories and requests for production served by Elliott (1.3) EFH (.8) correspondence with A. Kranzley re same (.2); review of notices for discovery and supplemental correspondence re same with V.IP (.3) | 2.60 |
| 9/26/17 | MA Fink | 013 | Correspondence with A. Kranzley re 9/27 hearing (.3); calls with D. Wright re same (.2) | 0.50 |
| 9/27/17 | MA Fink | 013 | Review multiple drafts of stipulation for signature (.3); correspondence re same to (.4); VIP and B Gluckstein, review multiple correspondence among parties and intervenors re same (.8); conference with D. Wright re hearing (.2) | 1.70 |
| 9/28/17 | MA Fink | 013 | Continuing emails re stay order (.8); an review of additional drafts for my signature (.4) | 1.20 |

Task Total    24.30

Invoice Date:                    10/23/17
Invoice Number:                  751105
Client Matter Number:  66471.00003
I.D.#                             01051

## SUMMARY FOR FEE SERVICES RENDERED
### 013 Other Litigation

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 22.60 | $630.00 | $14,238.00 |
| 01051 | Ramsey, ND | 1.70 | $675.00 | $1,147.50 |
| | Task Total | 24.30 | | $15,385.50 |

Invoice Date:                        10/23/17
Invoice Number:                     751105
Client Matter Number:  66471.00003
I.D.#                                  01051

**Detail for Fee Services Rendered - 014 Meetings and Communications with Credito**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 9/5/17 | MA Fink | 014 | Calls (multiple) from creditors re DS hearing and merger agreement hearing | 1.00 |
| 9/11/17 | ND Ramsey | 014 | Participating in creditors' meeting (.8); reviewing revised plan (.7) | 1.50 |
| 9/18/17 | MA Fink | 014 | Calls from creditors re hearing and disclosure statement | 0.40 |

Task Total    2.90

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | |
|---|---|---|---|
| Invoice Date: | | | 10/23/17 |
| Invoice Number: | | | 751105 |
| Client Matter Number: | | 66471.00003 | |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 014 Meetings and Communications with Creditors

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.40 | $630.00 | $882.00 |
| 01051 | Ramsey, ND | 1.50 | $675.00 | $1,012.50 |
| | Task Total | 2.90 | | $1,894.50 |

Invoice Date:             10/23/17
Invoice Number:           751105
Client Matter Number:  66471.00003
I.D.#                     01051

**Detail for Fee Services Rendered - 015 Non-Working Travel**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 9/19/17 | MA Fink | 015 | Travel to/from hearing | 2.00 |
| | | | Task Total | 2.00 |

| | | Invoice Date: | 10/23/17 |
|---|---|---|---|
| | | Invoice Number: | 751105 |
| | | Client Matter Number: | 66471.00003 |
| | | I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 015 Non-Working Travel

| TK# | Timekeeper Name | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07722 | Fink, MA | | 2.00 | $315.00 | $630.00 |
| | | Task Total | 2.00 | | $630.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:             10/23/17
Invoice Number:           751105
Client Matter Number:  66471.00003
I.D.#                     01051

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 9/5/17 | ND Ramsey | 016 | Review amended plan (.7); and disclosure statement (.9); Ying declaration (1.1); review bondholder objection (.2), response thereto (.2) | 3.10 |
| 9/5/17 | MA Fink | 016 | Review amended plan (.7); and disclosure statement (.9); Ying declaration (1.8); review of amended order re entry into PSA (.1); review of revised order approving disclosure statement (.3); correspondence with EFH committee (.2); review response to unfiled bondholder objection (.3) | 4.10 |
| 9/7/17 | ND Ramsey | 016 | Reviewing debtors' objection to Elliott motion to reconsider NextEra break up fee (.6); reviewing NextEra objection to Elliott's motion (.9) | 1.50 |
| 9/7/17 | ND Ramsey | 016 | Review amended plan (.4); review objection and response to bondholder objection (.5); reviewing motion to intervene (.3); analyzing asbestos treatment, security of obligations owing to asbestos subsidiaries (.8); telephone call with committee member re same (.3) | 3.10 |
| 9/8/17 | ND Ramsey | 016 | Email correspondence with S. Kazan, other asbestos creditor representatives, regarding possible settlement alternatives for resolution of asbestos objection (.3); reviewing email correspondence re EFH monthly accumulating costs (.2) | 0.50 |
| 9/11/17 | MA Fink | 016 | Review further amended plan (.2); and disclosure statement (.2) | 0.40 |
| 9/11/17 | JW Smith | 016 | Review newly filed plan documents and prepare for attorney review | 0.40 |
| 9/13/17 | MA Fink | 016 | Review of second discovery requests from asbestos claimants (.5) | 0.50 |
| 9/14/17 | ND Ramsey | 016 | Reviewing Elliott's reply in support of motion to reconsider approval of NextEra break-up fee | 0.70 |
| 9/20/17 | ND Ramsey | 016 | Reviewing reports concerning Court's reconsideration of break-up fee and ruling with respect to asbestos creditors' request to intervene | 0.60 |
| 9/27/17 | ND Ramsey | 016 | Review multiple communications revising stipulation staying consolidated proceedings (.4); reviewing report regarding status conference (.2) | 0.60 |

Task Total    15.50

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                           10/23/17
Invoice Number:                       751105
Client Matter Number:  66471.00003
I.D.#                                        01051

## SUMMARY FOR FEE SERVICES RENDERED
### 016 Plan and Disclosure Statement

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 5.00 | $630.00 | $3,150.00 |
| 01051 | Ramsey, ND | 10.10 | $675.00 | $6,817.50 |
| 07901 | Smith, JW | 0.40 | $165.00 | $66.00 |
| | Task Total | 15.50 | | $10,033.50 |

Invoice Date:          10/23/17
Invoice Number:          751105
Client Matter Number:  66471.00003
I.D.#                    01051

### Detail for Fee Services Rendered - 021 Hearings

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 9/1/17 | JW Smith | 021 | Review notice of agenda for 9/6/2017 hearing and start preparation of materials for hearing (.2); emails with M. Fink and N. Ramsey regarding same (.1) | 0.30 |
| 9/6/17 | DL Wright | 021 | Reviewing disclosure statement and related pleadings in preparation for hearing (1.0); attend hearing on disclosure statement and adversary proceeding status (1.4) | 2.40 |
| 9/6/17 | JW Smith | 021 | Preparation of material for hearing binder for D. Wright (2.8); research regarding hearing (.4) | 3.20 |
| 9/18/17 | JW Smith | 021 | Prepare materials for hearing binder (.8); research and review calendar events (.2) | 1.00 |
| 9/19/17 | ND Ramsey | 021 | Conferring with M. Fink re hearing | 0.40 |
| 9/27/17 | DL Wright | 021 | Prepare for and attend status conference related to NextEra breakup fee | 0.90 |
| 9/29/17 | JW Smith | 021 | Research and preparation of materials for hearing on 10/3/2017 (1.); review and update calendar events (.4) | 1.40 |

Task Total  9.60

Invoice Date:                          10/23/17
Invoice Number:                   751105
Client Matter Number:  66471.00003
I.D.#                                      01051

### SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 01051 | Ramsey, ND | 0.40 | $675.00 | $270.00 |
| 07901 | Smith, JW | 5.90 | $165.00 | $973.50 |
| 07717 | Wright, DL | 3.30 | $590.00 | $1,947.00 |
| | Task Total | 9.60 | | $3,190.50 |

Invoice Date: 10/23/17
Invoice Number: 751105
Client Matter Number: 66471.00003
I.D.# 01051

**Detail for Fee Services Rendered - 030 Asbestos-Related Matters**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 9/14/17 | ND Ramsey | 030 | Reviewing asbestos reply [redacted] in Support of Motion to Intervene in break-up fee litigation | 0.60 |
| | | | Task Total | 0.60 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                10/23/17
Invoice Number:             751105
Client Matter Number:  66471.00003
I.D.#                        01051

## SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK#   | Timekeeper Name | Hours | Rate     | Amount   |
|-------|-----------------|-------|----------|----------|
| 01051 | Ramsey, ND      | 0.60  | $675.00  | $405.00  |
|       | Task Total      | 0.60  |          | $405.00  |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | |
|---|---|---|
| Invoice Date: | | 10/23/17 |
| Invoice Number: | | 751105 |
| Client Matter Number: | 66471.00003 |
| I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | MA Fink | 2.00 | $315.00 | $630.00 |
| 07722 | MA Fink | 55.40 | $630.00 | $34,902.00 |
| 01051 | ND Ramsey | 15.10 | $675.00 | $10,192.50 |
| 07717 | DL Wright | 3.30 | $590.00 | $1,947.00 |
| 09064 | KT Mangan | 0.30 | $150.00 | $45.00 |
| 07901 | JW Smith | 25.20 | $165.00 | $4,158.00 |
| | Matter Total | 101.30 | | $51,874.50 |

**<u>Exhibit F</u>**

**October 1, 2017 – October 31, 2017**

Invoice Date:              12/5/17
Invoice Number:          752770
Client Matter Number: 66471.00003
I.D.#                         01051

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 9/25/17 | MA Fink | 006 | Review of papers re enforcement of confirmation order (2.0); review MOR for cash (.4); attend call among E-Side committee professionals and E-Side Committee (.4) | 2.80 |
| 10/2/17 | JW Smith | 006 | Review pleadings and update calendar events (.3); update critical dates memo (.3) | 0.60 |
| 10/2/17 | MA Fink | 006 | Review of documents in connection with hearings (1.3); correspondence with A. Kranzly re same (.2) | 1.50 |
| 10/3/17 | MA Fink | 006 | Review additional papers filed in connection with motion to enforce | 0.90 |
| 10/5/17 | MA Fink | 006 | Correspondence with A. Kranzly and N. Ramsey re reconsideration opinion (.5); review Sempra notice and presentation (.6); review Oncor amendments (.3) | 1.40 |
| 10/9/17 | ND Ramsey | 006 | Emailing correspondence with M. Fink, J. Smith re reconsideration opinion (.2); reviewing reconsideration opinion (1.1) | 1.30 |
| 10/9/17 | MA Fink | 006 | Prep for (.2); and participate in (.6); call with committee member; follow up correspondence with J. Kayen re same (.2); review papers re removal in Kings County and associated order (1.0) | 2.00 |
| 10/11/17 | MA Fink | 006 | Respond to inquires re new adversary complaint (No public information available | 0.30 |
| 10/12/17 | JW Smith | 006 | Prepare appearance for M. Fink for the 10/13 hearing regarding temporary restraining order | 0.30 |
| 10/13/17 | MA Fink | 006 | Review of motion for reconsideration | 0.20 |
| 10/16/17 | ND Ramsey | 006 | Multiple communications with S. Kazan re tax matters agreement between EFH and Vistra Energy and stipulation and scheduling order re same (.7); reviewing tax sharing agreement and history re same (1.7) | 2.40 |
| 10/18/17 | MA Fink | 006 | Review reconsideration order (.2); correspondence re reconsideration order (.2); review supplemental declaration (.2); review letters re order finality (.7) | 1.30 |
| 10/19/17 | JW Smith | 006 | Review and update calendar events and critical dates memo | 1.20 |
| 10/23/17 | ND Ramsey | 006 | Reviewing report from M. Fink re committee call | 0.20 |
| 10/23/17 | MA Fink | 006 | Attend Committee call | 0.50 |
| 10/24/17 | MA Fink | 006 | Review monthly operating report | 0.20 |

Task Total    17.10

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 12/5/17
Invoice Number: 752770
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 11.10 | $630.00 | $6,993.00 |
| 01051 | Ramsey, ND | 3.90 | $675.00 | $2,632.50 |
| 07901 | Smith, JW | 2.10 | $165.00 | $346.50 |
| | Task Total | 17.10 | | $9,972.00 |

Invoice Date:              12/5/17
Invoice Number:            752770
Client Matter Number:  66471.00003
I.D.#                       01051

**Detail for Fee Services Rendered - 007 Claims Administration and Objections**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 10/3/17 | MA Fink | 007 | Review reconsideration opinion (2.4); correspondence with S&C re same (.3) | 2.70 |
| 10/31/17 | MA Fink | 007 | Review of notice of appeal (.1); correspondence re same (.3) | 0.40 |
| | | | Task Total | 3.10 |

Invoice Date:                     12/5/17
Invoice Number:                  752770
Client Matter Number:  66471.00003
I.D.#                              01051

### SUMMARY FOR FEE SERVICES RENDERED
### 007 Claims Administration and Objections

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 3.10 | $630.00 | $1,953.00 |
| | Task Total | 3.10 | | $1,953.00 |

| | |
|---|---|
| Invoice Date: | 12/5/17 |
| Invoice Number: | 752770 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 10/4/17 | JW Smith | 010 | Preparation of materials for MMWR's 9th interim fee application | 1.40 |
| 10/10/17 | JW Smith | 010 | Preparation of materials for drafting of MMWR's 9th interim fee application | 3.80 |
| 10/17/17 | JW Smith | 010 | Preparation of materials for MMWR's ninth interim fee application | 2.50 |
| 10/18/17 | JW Smith | 010 | Prepare CNO regarding MMWR's 34th monthly fee app for filing and service (.4) | 0.40 |
| 10/18/17 | MA Fink | 010 | Finalize CNOs for MMWR (.2); and Alix (.1) | 0.30 |
| 10/22/17 | JW Smith | 010 | Preparation of MMWR's 9th interim interim fee application; notice and supporting materials | 3.00 |
| 10/24/17 | JW Smith | 010 | Prepare MMWR's 35th monthly fee application and related and supporting materials for filing with the Court and service (2.5); update calendar events and fee chart (.3) | 2.80 |

Task Total   14.20

Invoice Date:              12/5/17
Invoice Number:           752770
Client Matter Number:  66471.00003
I.D.#                       01051

### SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 0.30 | $630.00 | $189.00 |
| 07901 | Smith, JW | 13.90 | $165.00 | $2,293.50 |
| | Task Total | 14.20 | | $2,482.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:              12/5/17
Invoice Number:              752770
Client Matter Number:  66471.00003
I.D.#                         01051

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 10/13/17 | JW Smith | 011 | Prepare the CNO regarding Sullivan & Cromwell's 34th monthly fee app for filing with the Court and service | 0.30 |
| 10/16/17 | MA Fink | 011 | Review and finalize Alix Partners fee app (.3); correspondence with L. Black (Alix) re same (.1) | 0.40 |
| 10/18/17 | JW Smith | 011 | Prepare CNO regarding 27th monthly fee app of AlixPartners for filing and service (.4); review and update calendar event and fee schedule (.4) | 0.80 |
| 10/23/17 | JW Smith | 011 | Prepare Sullivan and Cromwell's 35th monthly fee application for filing with the Court and service (.8); update calendar events and fee chart (.2) | 1.00 |
| 10/23/17 | MA Fink | 011 | Review and finalize S&C fee app | 0.40 |
| 10/24/17 | MA Fink | 011 | Review/revise monthly fee statement | 0.50 |
| 10/27/17 | JW Smith | 011 | Prepare Guggenheim's 35th monthly fee application for filing with the Court and service (.8); update fee chart and calendar events (.2) | 1.00 |

Task Total    4.40

Invoice Date:                          12/5/17
Invoice Number:                    752770
Client Matter Number:  66471.00003
I.D.#                                      01051

### SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 1.30 | $630.00 | $819.00 |
| 07901 | Smith, JW | 3.10 | $165.00 | $511.50 |
| | Task Total | 4.40 | | $1,330.50 |

Invoice Date:            12/5/17
Invoice Number:          752770
Client Matter Number:  66471.00003
I.D.#                     01051

### Detail for Fee Services Rendered - 013 Other Litigation

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 10/9/17 | MA Fink | 013 | Review multiple drafts of proposed form of reconsideration order (1.1); correspondence with A. Kranzly re same (.2) | 1.30 |
| 10/10/17 | MA Fink | 013 | Review of complaint filed by debtors against Vistra (1.8); related motion (.4); review of multiple COC's and proposed forms of order related to motion for reconsideration (1.0) | 3.20 |
| 10/11/17 | MA Fink | 013 | Review of papers related to Vistra adversary filed by Elliott (4.4); correspondence with Key parties re same (.6); calls/correspondence re hearing on reconsideration order (.4) | 5.40 |
| 10/12/17 | MA Fink | 013 | Review TRO order (.1); correspondence with a Kranzley re same (.1); attend status hearing on Vistra action (.3) | 0.50 |
| 10/13/17 | MA Fink | 013 | Review Vistra opposition (1.1); correspondence with S&C re intervention (.4); review drafts of proposed stipulation (.3); review final form of order (.2); review letter submission re reconsideration order (.9) | 2.90 |
| 10/16/17 | MA Fink | 013 | Review stipulation entered by court re tax sharing (.1); correspondence with N. Ramsey re same (.3) | 0.40 |

Task Total    13.70

| | |
|---|---|
| Invoice Date: | 12/5/17 |
| Invoice Number: | 752770 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 013 Other Litigation

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 13.70 | $630.00 | $8,631.00 |
| | Task Total | 13.70 | | $8,631.00 |

---

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                      12/5/17
Invoice Number:              752770
Client Matter Number:  66471.00003
I.D.#                                    01051

**Detail for Fee Services Rendered - 014 Meetings and Communications with Credito**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 10/2/17 | MA Fink | 014 | Calls from holders re pending matters | 0.70 |
| 10/25/17 | MA Fink | 014 | Call with creditors re case status | 0.40 |

Task Total    1.10

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:            12/5/17
Invoice Number:          752770
Client Matter Number:  66471.00003
I.D.#                    01051

## SUMMARY FOR FEE SERVICES RENDERED
## 014 Meetings and Communications with Creditors

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 1.10 | $630.00 | $693.00 |
| | Task Total | 1.10 | | $693.00 |

| | | |
|---|---|---|
| Invoice Date: | | 12/5/17 |
| Invoice Number: | | 752770 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

### Detail for Fee Services Rendered - 016 Plan and Disclosure Statement

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 10/9/17 | JW Smith | 016 | Review plan and confirmation materials (.6); update calendar events (.4); emails with N. Ramsey regarding same (.2) | 1.20 |
| 10/16/17 | MA Fink | 016 | Research materials re tax sharing agreement | 1.20 |
| 10/19/17 | MA Fink | 016 | Multiple correspondence re tax sharing agreement (.6); review of same and respond to inquires (1.2); conferring with N. Ramsey re same (.3) | 2.10 |
| 10/19/17 | ND Ramsey | 016 | Conferring with M. Fink re tax sharing agreement | 0.30 |
| 10/23/17 | MA Fink | 016 | Review voting record (.2); begin review of Plan supplement documents (5.2) | 5.40 |
| 10/24/17 | MA Fink | 016 | Continued review of plan supplement documents | 4.30 |
| 10/26/17 | ND Ramsey | 016 | Review of certain plan supplement materials | 2.40 |
| 10/31/17 | MA Fink | 016 | Review reservations of right re objection (1.8); correspondence re same (.5) | 2.30 |

Task Total    19.20

Invoice Date:              12/5/17
Invoice Number:            752770
Client Matter Number:  66471.00003
I.D.#                       01051

### SUMMARY FOR FEE SERVICES RENDERED
### 016 Plan and Disclosure Statement

| TK# | Timekeeper Name | Hours | Rate | Amount |
|------|------------------|-------|----------|------------|
| 07722 | Fink, MA | 15.30 | $630.00 | $9,639.00 |
| 01051 | Ramsey, ND | 2.70 | $675.00 | $1,822.50 |
| 07901 | Smith, JW | 1.20 | $165.00 | $198.00 |
| | Task Total | 19.20 | | $11,659.50 |

Invoice Date:              12/5/17
Invoice Number:           752770
Client Matter Number:  66471.00003
I.D.#                      01051

### Detail for Fee Services Rendered - 021 Hearings

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 10/3/17 | MA Fink | 021 | Attend hearing re motion to enforce | 1.30 |
| 10/11/17 | JW Smith | 021 | Prepare for telephonic conference (.3); preparation of materials for attorney review (.2) | 0.50 |
| 10/13/17 | MA Fink | 021 | Prepare for and attend TRO hearing on Vistra | 1.50 |
| | | | Task Total | 3.30 |

| | | | |
|---|---|---|---|
| Invoice Date: | | | 12/5/17 |
| Invoice Number: | | | 752770 |
| Client Matter Number: | | 66471.00003 | |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 2.80 | $630.00 | $1,764.00 |
| 07901 | Smith, JW | 0.50 | $165.00 | $82.50 |
| | Task Total | 3.30 | | $1,846.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | |
|---|---|---|
| Invoice Date: | | 12/5/17 |
| Invoice Number: | | 752770 |
| Client Matter Number: | 66471.00003 |
| I.D.# | | 01051 |

### Detail for Fee Services Rendered - 030 Asbestos-Related Matters

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 10/25/17 | MA Fink | 030 | Correspondence with asbestos committee member re Vistra | 0.40 |
| | | | Task Total | 0.40 |

| | | | | |
|---|---|---|---|---|
| Invoice Date: | | | | 12/5/17 |
| Invoice Number: | | | | 752770 |
| Client Matter Number: | | | | 66471.00003 |
| I.D.# | | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 0.40 | $630.00 | $252.00 |
| | Task Total | 0.40 | | $252.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:              12/5/17
Invoice Number:           752770
Client Matter Number:  66471.00003
I.D.#                         01051

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | MA Fink | 49.10 | $630.00 | $30,933.00 |
| 01051 | ND Ramsey | 6.60 | $675.00 | $4,455.00 |
| 07901 | JW Smith | 20.80 | $165.00 | $3,432.00 |
| | Matter Total | 76.50 | | $38,820.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

**Exhibit F**

**November 1, 2017 – November 30, 2017**

| | |
|---|---|
| Invoice Date: | 12/13/17 |
| Invoice Number: | 753043 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 11/1/17 | MA Fink | 006 | Review and comment draft order circulated by debtors | 0.30 |
| 11/6/17 | DL Wright | 006 | Participating in Committee Call on behalf of MMWR | 0.30 |
| 11/9/17 | JW Smith | 006 | Research regarding 3rd circuit decision regarding make whole (.3); review and update calendar events (.1); research regarding confirmation (.3) | 0.70 |
| 11/13/17 | JW Smith | 006 | Review email from Miszkowski of Gibbs Dunn and update service list | 0.50 |
| 11/15/17 | JW Smith | 006 | Review and create calendar events regarding deadlines with respect to Herbert's proof of claim (.6); review recent pleadings (.2); update critical dates memo (.3) | 1.10 |
| 11/29/17 | JW Smith | 006 | Review supplement to order regarding confirmation deadlines (.2); update calendar events (.4); review Elliott Funds motion to strike and update calendar (.3) | 0.90 |
| 11/29/17 | MA Fink | 006 | Respond to request for information from A. Kranzley | 0.30 |
| 11/30/17 | JW Smith | 006 | Review and prepare Committee's objection to NextEra's motion to stay the reconsideration (.8); review docket and update calendar events (.2) | 1.00 |
| 11/30/17 | MA Fink | 006 | Review of MOR | 0.30 |

Task Total   5.40

Invoice Date:                12/13/17
Invoice Number:            753043
Client Matter Number:  66471.00003
I.D.#                            01051

## SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 0.90 | $630.00 | $567.00 |
| 07901 | Smith, JW | 4.20 | $165.00 | $693.00 |
| 07717 | Wright, DL | 0.30 | $590.00 | $177.00 |
| | Task Total | 5.40 | | $1,437.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                12/13/17
Invoice Number:              753043
Client Matter Number:  66471.00003
I.D.#                        01051

**Detail for Fee Services Rendered - 007 Claims Administration and Objections**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 11/16/17 | MA Fink | 007 | Review of various letters related to pending transaction (3.1); participate in call re same (1.3) | 4.40 |
| 11/27/17 | MA Fink | 007 | Review of counter designation of appeal re Nextera break fees (.2); review motion to pay adm claim (.3) | 0.50 |
| 11/28/17 | MA Fink | 007 | Review of motion to strike filed by Elliott re additional items designated on record and review of items in dispute | 1.30 |

Task Total    6.20

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                           12/13/17
Invoice Number:                         753043
Client Matter Number:  66471.00003
I.D.#                                    01051

### SUMMARY FOR FEE SERVICES RENDERED
### 007 Claims Administration and Objections

| TK# | Timekeeper Name | Hours | Rate | Amount |
|------|------------------|-------|------|--------|
| 07722 | Fink, MA | 6.20 | $630.00 | $3,906.00 |
| | Task Total | 6.20 | | $3,906.00 |

Invoice Date:                    12/13/17
Invoice Number:                  753043
Client Matter Number:  66471.00003
I.D.#                              01051

**Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 11/1/17 | JW Smith | 010 | Review of MMWR's 9th interim fee app (.8); email to MF regarding 9th interim (.1) | 0.90 |
| 11/3/17 | JW Smith | 010 | Prepare Notice for Sullivan Cromwell's ninth interim fee app (.3); prepare ninth interim fee app of Sullivan Cromwell for filing with the Court and service (.6); review deadlines and dates and update calendar events (.4) | 1.30 |
| 11/8/17 | JW Smith | 010 | Prepare MMWR's 9th monthly fee application, supporting materials and notice for filing with the Court and service; update calendar events | 1.20 |
| 11/13/17 | JW Smith | 010 | Draft and prepare the CNO regarding MMWR's 34th monthly fee app for filing and service (.4); draft and prepare the CNO regarding MMWR's 35th monthly fee app for filing and service (.4) | 0.80 |
| 11/27/17 | JW Smith | 010 | Preparation of LEDES files for the fee examiner and the UST for the 8th and 9th interim periods | 1.00 |

Task Total    5.20

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                    12/13/17
Invoice Number:                 753043
Client Matter Number:  66471.00003
I.D.#                            01051

## SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07901 | Smith, JW | 5.20 | $165.00 | $858.00 |
| | Task Total | 5.20 | | $858.00 |

Invoice Date:                12/13/17
Invoice Number:              753043
Client Matter Number: 66471.00003
I.D.#                        01051

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 11/3/17 | MA Fink | 011 | Review and comment to S&C fees (.2); correspondence with A. Kranzley re same (.2) | 0.40 |
| 11/8/17 | MA Fink | 011 | Review/comment S&C CNO | 0.20 |
| 11/15/17 | JW Smith | 011 | Prepare CNO regarding Sullivan Cromwell's 35th monthly fee app for filing with the Court and service (.3); update calendar events (.1); review and update fee chart (.2) | 0.60 |
| 11/21/17 | JW Smith | 011 | Prepare AlixPartners 28th Monthly Fee App for filing with the Court and service (.6); prepare for filings an Amended Notice [Doc. No. 12268] (.2); prepare for filing and service Sullivan Cromwell 36th Monthly (.6); review and update calendar events (.2) | 1.60 |
| 11/21/17 | MA Fink | 011 | Review and finalize fee app for S&C (.2) and Alix (.2) | 0.40 |

Task Total    3.20

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | |
|---|---:|
| Invoice Date: | 12/13/17 |
| Invoice Number: | 753043 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.00 | $630.00 | $630.00 |
| 07901 | Smith, JW | 2.20 | $165.00 | $363.00 |
| | Task Total | 3.20 | | $993.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                    12/13/17
Invoice Number:              753043
Client Matter Number:  66471.00003
I.D.#                                01051

**Detail for Fee Services Rendered - 013 Other Litigation**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 11/16/17 | MA Fink | 013 | Review documents re reconsideration of Nextera Break Fee and proposed Certification to Circuit Court | 0.80 |
| 11/17/17 | MA Fink | 013 | Review stipulation setting deadlines and status report | 0.20 |
| 11/20/17 | MA Fink | 013 | Nextera motion for re-hearing | 0.50 |

Task Total   1.50

Invoice Date:             12/13/17
Invoice Number:              753043
Client Matter Number:  66471.00003
I.D.#                       01051

## SUMMARY FOR FEE SERVICES RENDERED
### 013 Other Litigation

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 1.50 | $630.00 | $945.00 |
| | Task Total | 1.50 | | $945.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 12/13/17 |
| Invoice Number: | 753043 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 11/16/17 | MA Fink | 016 | Review of motion for stay pending appeal (.7); research issues re same (1.2) | 1.90 |
| 11/17/17 | ND Ramsey | 016 | Reviewing Nextera motion to stay | 0.60 |
| 11/18/17 | MA Fink | 016 | Continue review of the Nextera Motion for Stay (2.6); research re same (2.1) | 4.70 |
| 11/21/17 | MA Fink | 016 | Review plan supplement re scheduling | 0.20 |
| 11/27/17 | MA Fink | 016 | Review of complaint against Nextera | 0.80 |
| 11/30/17 | MA Fink | 016 | Review and comment draft objection to stay pending appeal (.6); correspondence with A. Kranzley re same (.2); review objections by debtors and Elliott (3.1) | 3.90 |

Task Total   12.10

| | |
|---|---|
| Invoice Date: | 12/13/17 |
| Invoice Number: | 753043 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 016 Plan and Disclosure Statement

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 11.50 | $630.00 | $7,245.00 |
| 01051 | Ramsey, ND | 0.60 | $675.00 | $405.00 |
| | Task Total | 12.10 | | $7,650.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | Invoice Date: | 12/13/17 |
| | | | Invoice Number: | 753043 |
| | | | Client Matter Number: | 66471.00003 |
| | | | I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|------|-----------------|-------|------|--------|
| 07722 | MA Fink | 21.10 | $630.00 | $13,293.00 |
| 01051 | ND Ramsey | 0.60 | $675.00 | $405.00 |
| 07717 | DL Wright | 0.30 | $590.00 | $177.00 |
| 07901 | JW Smith | 11.60 | $165.00 | $1,914.00 |
| | Matter Total | 33.60 | | $15,789.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

**<u>Exhibit F</u>**

**December 1, 2017 – December 31, 2017**

Invoice Date:         1/19/18
Invoice Number:       754723
Client Matter Number: 66471.00003
I.D.#                 01051

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 12/4/17 | MA Fink | 006 | Attend committee call | 0.50 |
| 12/4/17 | ND Ramsey | 006 | Participating in EFH-UCC update call | 0.50 |
| 12/8/17 | JW Smith | 006 | Prepare files to regarding MMWR 36th monthly for UST (.2); review and update calendar (.3) | 0.50 |
| 12/11/17 | ND Ramsey | 006 | Correspondence with M. Fink re review of filing re FRC | 0.20 |
| 12/11/17 | MA Fink | 006 | Review of filing re: FRC (0.1); correspondence w/N. Ramsey re: same (0.2) | 0.30 |
| 12/12/17 | MB Sheppard | 006 | Reviewing info re sale of Encor and email with N. Ramsey re status and impact of regulatory approval | 0.30 |
| 12/12/17 | ND Ramsey | 006 | Reviewing info re sale of Encor and email with M. Sheppard re status and impact of regulatory approval | 0.30 |
| 12/18/17 | MA Fink | 006 | Review of Debt pricing update (.3); and information re PUCT (.2); review motion re Fee Review Committee (1.2); declarations in support (1.8); notice of deposition re same (.1); attend committee call with members and professionals (.8) | 4.40 |
| 12/18/17 | ND Ramsey | 006 | Participating in telephonic meeting of Committee | 0.90 |
| 12/20/17 | MA Fink | 006 | Review corrected notice of hearing (.1); correspondence with A. Kranzley and re same (.1) | 0.20 |

Task Total     8.10

| | | | |
|---|---|---|---|
| Invoice Date: | | | 1/19/18 |
| Invoice Number: | | | 754723 |
| Client Matter Number: | | | 66471.00003 |
| I.D.# | | | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 5.40 | $630.00 | $3,402.00 |
| 01051 | Ramsey, ND | 1.90 | $675.00 | $1,282.50 |
| 07249 | Sheppard, MB | 0.30 | $585.00 | $175.50 |
| 07901 | Smith, JW | 0.50 | $165.00 | $82.50 |
| | Task Total | 8.10 | | $4,942.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:            1/19/18
Invoice Number:          754723
Client Matter Number:  66471.00003
I.D.#                    01051

**Detail for Fee Services Rendered - 007 Claims Administration and Objections**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 12/8/17 | MA Fink | 007 | Review papers in preparation for 12/11 hearing | 1.60 |
| | | | Task Total | 1.60 |

| | |
|---|---|
| Invoice Date: | 1/19/18 |
| Invoice Number: | 754723 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 007 Claims Administration and Objections

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.60 | $630.00 | $1,008.00 |
| | Task Total | 1.60 | | $1,008.00 |

Invoice Date:             1/19/18
Invoice Number:      754723
Client Matter Number:  66471.00003
I.D.#                 01051

**Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 12/5/17 | JW Smith | 010 | Prepare MMWR 36th monthly fee application and related materials | 1.50 |
| 12/7/17 | JW Smith | 010 | Prepare MMWR 36th monthly fee app and supporting materials for filing with the Court and service | 0.80 |
| 12/13/17 | MA Fink | 010 | Correspondence with J. Smith re: monthly fee application | 0.30 |
| 12/14/17 | MA Fink | 010 | Finalize MMWR fee application (0.5); finalize CNO for Alix (0.2) | 0.70 |
| 12/14/17 | JW Smith | 010 | Draft MMWR 37th monthly fee application (1.2); prepare MMWR 37th monthly fee application and supporting materials for filing with the Court and service (.8); prepare CNO of AlixPartners 28th Monthly Fee App for filing with Court and service (.2) | 2.20 |
| 12/29/17 | JW Smith | 010 | Prepare CNO regarding MMWR's 36th monthly fee app (.2); review and update calendar events (.1) | 0.30 |

Task Total    5.80

| | |
|---|---|
| Invoice Date: | 1/19/18 |
| Invoice Number: | 754723 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.00 | $630.00 | $630.00 |
| 07901 | Smith, JW | 4.80 | $165.00 | $792.00 |
| | Task Total | 5.80 | | $1,422.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 1/19/18 |
| Invoice Number: | 754723 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 12/13/17 | JW Smith | 011 | Prepare CNO regarding Sullivan and Cromwell's monthly fee app for filing with the Court and service (.3); prepare CNO and monthly fee app (.2); update calendar events (.1) | 0.60 |
| 12/13/17 | MA Fink | 011 | Review and finalize S & C CNO | 0.20 |
| 12/20/17 | JW Smith | 011 | Prepare Guggenheim's 36th monthly for filing with the Court and service | 0.40 |
| 12/22/17 | JW Smith | 011 | Prepare Sullivan Cromwell's 37th monthly fee application for filing and service (.5); update calendar events (.1) | 0.60 |
| 12/22/17 | MA Fink | 011 | Review and finalize S&C fee app for filing | 0.30 |

Task Total    2.10

| | | | |
|---|---|---|---|
| | Invoice Date: | | 1/19/18 |
| | Invoice Number: | | 754723 |
| | Client Matter Number: | | 66471.00003 |
| | I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 0.50 | $630.00 | $315.00 |
| 07901 | Smith, JW | 1.60 | $165.00 | $264.00 |
| | Task Total | 2.10 | | $579.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 1/19/18 |
| Invoice Number: | 754723 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 013 Other Litigation**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 12/14/17 | ND Ramsey | 013 | Correspondence with M. Fink re reviewing stipulation re designated record on appeal and review of certified record notice | 0.10 |
| 12/14/17 | MA Fink | 013 | Review stipulation re: Designated Record on appeal (0.5); review of certified record notice (0.2); correspondence w/N. Ramsey re: same (0.1) | 0.80 |

|  |  |
|---|---|
| Task Total | 0.90 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                        1/19/18
Invoice Number:                      754723
Client Matter Number:  66471.00003
I.D.#                                  01051

## SUMMARY FOR FEE SERVICES RENDERED
### 013 Other Litigation

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 0.80 | $630.00 | $504.00 |
| 01051 | Ramsey, ND | 0.10 | $675.00 | $67.50 |
| | Task Total | 0.90 | | $571.50 |

| | |
|---|---|
| Invoice Date: | 1/19/18 |
| Invoice Number: | 754723 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### Detail for Fee Services Rendered - 015 Non-Working Travel

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 12/11/17 | MA Fink | 015 | Travel to and from Wilmington to attend EFH hearing on Nextera Motion | 2.40 |
| | | | Task Total | 2.40 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | |
|---|---|---|---|
| Invoice Date: | | | 1/19/18 |
| Invoice Number: | | | 754723 |
| Client Matter Number: | | | 66471.00003 |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
## 015 Non-Working Travel

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 2.40 | $315.00 | $756.00 |
| | Task Total | 2.40 | | $756.00 |

Invoice Date:            1/19/18
Invoice Number:       754723
Client Matter Number:  66471.00003
I.D.#                  01051

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 12/6/17 | MA Fink | 016 | Review of Nextera reply (1.0); review of select cases cited (1.3) | 2.30 |
| 12/14/17 | MA Fink | 016 | Review of objection filed by UST (0.5); Reservation of Rights DTC (0.1) | 0.60 |
| 12/14/17 | ND Ramsey | 016 | Reviewing United States Trustee's Final Limited Objection, Response and Reservation of Rights with Respect to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp, Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 0.50 |

Task Total     3.40

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:               1/19/18
Invoice Number:             754723
Client Matter Number:  66471.00003
I.D.#                        01051

### SUMMARY FOR FEE SERVICES RENDERED
### 016 Plan and Disclosure Statement

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 2.90 | $630.00 | $1,827.00 |
| 01051 | Ramsey, ND | 0.50 | $675.00 | $337.50 |
| | Task Total | 3.40 | | $2,164.50 |

| | | |
|---|---|---|
| Invoice Date: | 1/19/18 |
| Invoice Number: | 754723 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 021 Hearings**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 12/7/17 | JW Smith | 021 | Review agenda for 12/11 hearing (.3); prepare hearing materials for M. Fink (.8) | 1.10 |
| 12/11/17 | MA Fink | 021 | Attend hearing on Nextera Motion for Stay Pending Appeal | 1.70 |

Task Total    2.80

Invoice Date:                    1/19/18
Invoice Number:                 754723
Client Matter Number:  66471.00003
I.D.#                              01051

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 1.70 | $630.00 | $1,071.00 |
| 07901 | Smith, JW | 1.10 | $165.00 | $181.50 |
| | Task Total | 2.80 | | $1,252.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:              1/19/18
Invoice Number:            754723
Client Matter Number:  66471.00003
I.D.#                      01051

**Detail for Fee Services Rendered - 031 Derivative Litigation Investigation**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 12/12/17 | MA Fink | 031 | Review order on Nextera Motion for stay | 0.10 |

Task Total    0.10

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 1/19/18 |
| Invoice Number: | 754723 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 031 Derivative Litigation Investigation

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 0.10 | $630.00 | $63.00 |
| | Task Total | 0.10 | | $63.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | |
|---|---|---|---|
| Invoice Date: | | | 1/19/18 |
| Invoice Number: | | | 754723 |
| Client Matter Number: | | | 66471.00003 |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | MA Fink | 2.40 | $315.00 | $756.00 |
| 07722 | MA Fink | 14.00 | $630.00 | $8,820.00 |
| 01051 | ND Ramsey | 2.50 | $675.00 | $1,687.50 |
| 07249 | MB Sheppard | 0.30 | $585.00 | $175.50 |
| 07901 | JW Smith | 8.00 | $165.00 | $1,320.00 |
| | Matter Total | 27.20 | | $12,759.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**