# Exhibit G

# EFH Official Committee MMWR Budget

| Project Category | Estimated Hours | | Estimated Fees | |
|---|---|---|---|---|
| | Low | High | Low | High |
| Asset Analysis | 0 | 0 | $0.00 | $0.00 |
| Asset Disposition | 30 | 75 | $13,050.00 | $32,625.00 |
| Assumption and Rejection of Leases & Contracts | 0 | 0 | $0.00 | $0.00 |
| Avoidance Action Analysis | 0 | 0 | $0.00 | $0.00 |
| Business Operations | 0 | 0 | $0.00 | $0.00 |
| Case Administration | 70 | 155 | $30,450.00 | $67,425.00 |
| Claims Administration and Objections | 0 | 0 | $0.00 | $0.00 |
| Corporate Governance and Board Matters | 0 | 0 | $0.00 | $0.00 |
| Employment Benefits and Pensions | 0 | 0 | $0.00 | $0.00 |
| Employment and Fee Applications (MMWR) | 35 | 50 | $15,225.00 | $21,750.00 |
| Employment and Fee Applications (Others) | 20 | 40 | $8,700.00 | $17,400.00 |
| Financing, Cash Collateral, Make Whole | 0 | 0 | $0.00 | $0.00 |
| Other Litigation | 0 | 0 | $0.00 | $0.00 |
| Meetings and Communications with Creditors | 35 | 80 | $15,225.00 | $34,800.00 |
| Non-Working Travel | 0 | 0 | $0.00 | $0.00 |
| Plan and Disclosure Statement (incl PSA and SA) | 120 | 200 | $52,200.00 | $87,000.00 |
| Relief from Stay and Adequate Protection | 0 | 0 | $0.00 | $0.00 |
| Tax | 20 | 40 | $8,700.00 | $17,400.00 |
| Valuation | 0 | 0 | $0.00 | $0.00 |
| Discovery (Non-asbestos) (Non-Plan) | 0 | 0 | $0.00 | $0.00 |
| Hearings (excluding Confirmation Hearing) | 80 | 150 | $34,800.00 | $65,250.00 |
| First and Second Day Motions | 0 | 0 | $0.00 | $0.00 |
| Claims Investigation | 0 | 0 | $0.00 | $0.00 |
| Lien Investigation | 0 | 0 | $0.00 | $0.00 |
| Intercompany Claims | 0 | 0 | $0.00 | $0.00 |
| Other Motions/Applications | 40 | 100 | $17,400.00 | $43,500.00 |
| Schedules and Statements | 0 | 0 | $0.00 | $0.00 |
| Time Entry Review | 18 | 31 | $7,830.00 | $13,485.00 |
| Budgeting (Case) | 5 | 9 | $2,175.00 | $3,915.00 |
| Asbestos-Related Matters | 66 | 115 | $28,710.00 | $50,025.00 |
| Derivative Litigation | 0 | 0 | $0.00 | $0.00 |
| **TOTAL** | **539.00** | **1,045.00** | **$234,465.00** | **$454,575.00** |

## Exhibit G

## EFH Official Committee

## MMWR Staffing Plan

| Category of Timekeeper | Total Number in Category Expected to Work on Matter in Period | Estimated Average Hourly Rate[1] |
|---|---|---|
| Partner | 2 | $642.50 |
| Of Counsel | 0 | $0.00 |
| Associate | 1 | $310.00 |
| Legal Assistant | 1 | $145.00 |

Notes:

(1) Actual average hourly rate will vary with seniority of resources, and may be higher for some work streams than others.

| Project Category | Estimated Hours | | Actual Hours | Estimated Fees | | Actual Fees |
|---|---|---|---|---|---|---|
| | Low | High | *09/01/2017 - 12/31/2017* | Low | High | *09/01/2017 - 12/31/2017* |
| Asset Analysis | 0 | 0 | 0.80 | $0.00 | $0.00 | $132.00 |
| Asset Disposition | 30 | 75 | 2.90 | $13,050.00 | $32,625.00 | $1,827.00 |
| Assumption and Rejection of Leases & Contracts | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Avoidance Action Analysis | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Business Operations | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Case Administration | 70 | 155 | 49.50 | $30,450.00 | $67,425.00 | $25,872.00 |
| Claims Administration and Objections | 0 | 0 | 17.20 | $0.00 | $0.00 | $10,836.00 |
| Corporate Governance and Board Matters | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Employment Benefits and Pensions | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Employment and Fee Applications (MMWR) | 35 | 50 | 37.90 | $15,225.00 | $21,750.00 | $7,834.50 |
| Employment and Fee Applications (Others) | 20 | 40 | 14.50 | $8,700.00 | $17,400.00 | $4,717.50 |
| Financing, Cash Collateral, Make Whole | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Other Litigation | 0 | 0 | 40.40 | $0.00 | $0.00 | $25,533.00 |
| Meetings and Communications with Creditors | 35 | 80 | 4.00 | $15,225.00 | $34,800.00 | $2,587.50 |
| Non-Working Travel | 0 | 0 | 4.40 | $0.00 | $0.00 | $1,386.00 |
| Plan and Disclosure Statement (incl PSA and SA) | 120 | 200 | 50.20 | $52,200.00 | $87,000.00 | $31,507.50 |
| Relief from Stay and Adequate Protection | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Tax | 20 | 40 | 0 | $8,700.00 | $17,400.00 | $0.00 |
| Valuation | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Discovery (Non-asbestos) (Non-Plan) | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Hearings (excluding Confirmation Hearing) | 80 | 150 | 15.70 | $34,800.00 | $65,250.00 | $6,289.50 |
| First and Second Day Motions | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Claims Investigation | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Lien Investigation | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Intercompany Claims | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Other Motions/Applications | 40 | 100 | 0 | $17,400.00 | $43,500.00 | $0.00 |
| Schedules and Statements | 0 | 0 | 0 | $0.00 | $0.00 | $0.00 |
| Time Entry Review | 18 | 31 | 0 | $7,830.00 | $13,485.00 | $0.00 |
| Budgeting (Case) | 5 | 9 | 0 | $2,175.00 | $3,915.00 | $0.00 |
| Asbestos-Related Matters | 66 | 115 | 1.00 | $28,710.00 | $50,025.00 | $657.00 |
| Derivative Litigation | 0 | 0 | 0.10 | $0.00 | $0.00 | $63.00 |
| **TOTAL** | **539.00** | **1,045.00** | **238.60** | **$234,465.00** | **$454,575.00** | **$119,242.50** |

# Exhibit G

# EFH Official Committee

# MMWR Staffing Plan

| Category of Timekeeper | Total Number in Category Expected to Work on Matter(1) | Maximum Number of Persons in Category that Actually Worked on Matter in any Month during Period | Total Number in Category that Actually Worked on Matter in Period |
|---|---|---|---|
| Partner | 2 | 3 | 3 |
| Of Counsel | 0 | 1 | 1 |
| Associate | 1 | 0 | 0 |
| Legal Assistant(2) | 1 | 2 | 2 |

Notes:
(1) Actual average hourly rate will vary with seniority of resources, and may be higher for some work streams than others.
(2) Includes Paralegals, Librarians, and Automated Litigation Support Specialists.