## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Hearing Date:  TBD** |
| | ) **Objection Deadline:  March 8, 2018 at 4:00 p.m.** |

## SUMMARY OF TENTH INTERIM FEE APPLICATION OF
## SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH COMMITTEE

| | |
|---|---|
| **NAME OF APPLICANT:** | Sullivan & Cromwell LLP |
| **AUTHORIZED TO PROVIDE PROFESSIONAL SERVICES TO:** | Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc. and EECI, Inc. |
| **DATE CASE FILED:** | April 29, 2014 |
| **DATE OF RETENTION:** | January 13, 2015, *nunc pro tunc* to November 5, 2014 |
| **PERIOD FOR WHICH COMPENSATION AND REIMBURSEMENT IS SOUGHT:** | September 1, 2017 through and including December 31, 2017 |
| **TOTAL COMPENSATION REQUESTED:** | $449,412.70 |
| **TOTAL EXPENSE REIMBURSEMENT REQUESTED:** | $9,455.95 |

This is a(n):__X__interim____final application.

This is the tenth interim fee application filed by Sullivan & Cromwell LLP.

---

[1]    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

SC1:4588654.3

**SUMMARY OF FEES AND EXPENSES REQUESTED FOR FEE PERIOD**

| Date and Docket No. | Period Covered | Fees Requested | Holdback (20%) | Fees paid to Date | Expenses Requested | Expenses Paid to Date |
|---|---|---|---|---|---|---|
| 10/23/2017 [D.I. 12108] | 09/01/2017 - 09/30/2017 | $176,586.70 | $35,317.34 | $141,269.36 | $3,416.08 | $3,416.08 |
| 11/21/2017 [D.I. 12267] | 10/01/2017 - 10/31/2017 | $154,482.50 | $30,896.50 | $123,586.00 | $4,381.96 | $4,391.96 |
| 12/22/2017 [D.I. 12392] | 11/01/2017 - 11/30/2017 | $78,552.50 | $15,710.50 | $62,842.00 | $716.76 | $716.76 |
| 1/22/2018 [D.I. 12505] | 12/01/2017 - 12/31/2017 | $39,791.00 | $7,958.20 | $0.00 | $941.15 | $0.00 |
| | **TOTAL FOR ALL FEE PERIODS** | **$449,412.70** | **$89,882.54** | **$327,697.36** | **$9,455.95** | **$8,524.80** |

SC1:4588654.3

## SUMMARY OF FEES AND EXPENSES PREVIOUSLY REQUESTED

| Date and Docket No. | Period Covered | Fees Requested | Holdback (20%) | Fees paid to Date | Expenses Requested | Expenses Paid to Date | Approved Fees and Expenses |
|---|---|---|---|---|---|---|---|
| 1/23/2015 [D.I. 3358] | 11/05/2014 - 11/30/2014 | $1,633,519.00 | $326,703.80 | $1,580,640.08 | $12,273.34 | $11,831.27 | $2,697,155.36 |
| 2/5/2015 [D.I. 3455] | 12/01/2014 - 12/31/2014 | $1,137,878.40 | $227,575.68 | $1,101,043.94 | $3,948.00 | $3,640.07 | |
| 2/26/2015 [D.I. 3691] | 01/01/2015 - 01/31/2015 | $1,139,002.50 | $227,800.50 | $1,099,767.97 | $4,630.14 | $4,630.14 | $4,924,079.31 |
| 3/24/2015 [D.I. 3959] | 02/01/2015 - 02/28/2015 | $1,289,130.10 | $257,826.02 | $1,244,724.22 | $5,133.05 | $5,133.05 | |
| 4/21/2015 [D.I. 4241] | 03/01/2015 - 03/31/2015 | $1,280,362.50 | $256,072.50 | $1,236,258.63 | $3,900.84 | $3,900.84 | |
| 5/21/2015 [D.I. 4560] | 04/01/2015 - 04/30/2015 | $1,360,411.80 | $272,082.36 | $1,313,550.52 | $16,113.94 | $16,113.94 | |
| 6/22/2015 [D.I. 4820] | 05/01/2015 - 05/31/2015 | $997,875.50 | $199,575.10 | $991,901.96 | $4,548.67 | $4,530.06 | $4,493,854.17 |
| 7/21/2015 [D.I. 5054] | 06/01/2015 - 06/30/2015 | $1,087,893.50 | $217,578.70 | $1,081,381.09 | $4,265.83 | $4,245.54 | |
| 8/21/2015 [D.I. 5615] | 07/01/2015 - 07/31/2015 | $704,331.50 | $140,866.30 | $700,115.19 | $6,814.33 | $6,801.19 | |
| 9/21/2015 [D.I. 6127] | 08/01/2015 - 08/31/2015 | $1,699,912.00 | $339,982.40 | $1,689,735.89 | $15,174.95 | $15,143.25 | |
| 10/21/2015 [D.I. 6557] | 09/01/2015 - 09/30/2015 | $2,512,274.10 | $502,454.82 | $2,434,831.81 | $451,883.06 | $451,883.06 | $9,607,132.82 |
| 11/23/2015 [D.I. 7108] | 10/01/2015 - 10/31/2015 | $4,073,755.90 | $814,751.18 | $3,965,033.37 | $87,674.34 | $87,674.34 | |
| 12/21/2015 [D.I. 5615] | 11/01/2015 - 11/30/2015 | $2,471,103.00 | $494,220.60 | $2,405,449.06 | $41,847.14 | $41,847.14 | |
| 1/21/2016 [D.I. 7710] | 12/01/2015 - 12/31/2015 | $113,575.50 | $22,715.10 | $107,662.42 | $112,751.62 | $112,751.62 | |

-3-

| Date and Docket No. | Period Covered | Fees Requested | Holdback (20%) | Fees paid to Date | Expenses Requested | Expenses Paid to Date | Approved Fees and Expenses |
|---|---|---|---|---|---|---|---|
| 2/22/2016 [D.I. 7906] | 01/01/2016 - 01/31/2016 | $37,850.50 | $7,570.10 | $37,520.18 | $3,881.73 | $3,881.73 | $164,056.05 |
| 3/21/2016 [D.I. 8027] | 02/01/2016 - 02/29/2016 | $47,410.50 | $9,482.10 | $47,034.39 | $107.07 | $107.07 | |
| 4/21/2016 [D.I. 8249] | 03/01/2016 - 03/31/2016 | $37,517.00 | $7,503.40 | $37,216.10 | $498.77 | $498.77 | |
| 5/23/2016 [D.I. 8509] | 04/01/2016 - 04/30/2016 | $37,092.00 | $7,418.40 | $36,790.44 | $1,007.38 | $1,007.38 | |
| 6/21/2016 [D.I. 8790] | 05/01/2016 - 05/31/2016 | $171,966.50 | $34,393.30 | $165,900.48 | $400.58 | $400.58 | $756,630.28 |
| 7/22/2016 [D.I. 8983] | 06/01/2016 - 06/30/2016 | $187,428.00 | $37,485.60 | $180,816.59 | $1,194.33 | $1,194.33 | |
| 8/22/2016 [D.I. 9365] | 07/01/2016 - 07/31/2016 | $170,544.50 | $34,108.90 | $164,528.64 | $5,356.57 | $5,356.57 | |
| 9/21/2016 [D.I. 9619] | 08/01/2016 - 08/31/2016 | $243,025.00 | $48,605.00 | $234,452.44 | $3,980.65 | $3,980.65 | |
| 10/21/2016 [D.I. 9906] | 09/01/2016 - 09/30/2016 | $134,569.00 | $26,913.80 | $133,617.40 | $5,972.79 | $5,702.01 | $405,803.26 |
| 11/21/2016 [D.I. 10233] | 10/01/2016 - 10/31/2016 | $108,020.80 | $21,604.16 | $107,256.94 | $2,247.61 | $2,145.71 | |
| 12/21/2016 [D.I. 10425] | 11/01/2016 - 11/30/2016 | $79,835.60 | $15,967.12 | $79,271.05 | $2,250.62 | $2,148.59 | |
| 1/23/2017 [D.I. 10695] | 12/01/2016 - 12/31/2016 | $73,632.50 | $14,726.50 | $73,111.81 | $2,670.84 | $2,549.75 | |
| 2/21/2017 [D.I. 10874] | 01/01/2017 - 01/31/2017 | $64,889.50 | $12,977.90 | $64,676.96 | $1,728.56 | $1,728.56 | $276,109.62 |
| 3/21/2017 [D.I. 11032] | 02/01/2017 - 02/28/2017 | $94,513.00 | $18,902.60 | $94,203.43 | $2,718.43 | $2,718.43 | |
| 4/25/2017 [D.I. 11188] | 03/01/2017 - 03/31/2017 | $27,745.50 | $5,549.10 | $27,654.62 | $2,100.47 | $2,100.47 | |

| Date and Docket No. | Period Covered | Fees Requested | Holdback (20%) | Fees paid to Date | Expenses Requested | Expenses Paid to Date | Approved Fees and Expenses |
|---|---|---|---|---|---|---|---|
| 5/22/2017 [D.I. 11271] | 04/01/2017 - 04/30/2017 | $82,205.80 | $16,441.16 | $81,936.54 | $1,090.61 | $1,090.61 | N/A |
| 6/21/2017 [D.I. 11377] | 05/01/2017 - 05/31/2017 | $52,060.00 | $10,412.00 | $41,648.00 | $696.25 | $696.25 | N/A |
| 7/21/2017 [D.I. 11530] | 06/01/2017 - 06/30/2017 | $40,224.00 | $8,044.80 | $32,179.20 | $817.40 | $817.40 | |
| 8/21/2017 [D.I. 11789] | 07/01/2017 - 07/31/2017 | $119,095.70 | $23,819.14 | $95,276.56 | $969.81 | $969.81 | |
| 9/21/2017 [D.I. 11926] | 08/01/2017 - 08/31/2017 | $250,439.50 | $50,087.90 | $200,351.60 | $6,558.17 | $6,558.17 | |
| 10/23/2017 [D.I. 12108] | 09/01/2017 - 09/30/2017 | $176,586.70 | $35,317.34 | $141,269.36 | $3,416.08 | $3,416.08 | N/A |
| 11/21/2017 [D.I. 12267] | 10/01/2017 - 10/31/2017 | $154,482.50 | $30,896.50 | $123,586.00 | $4,381.96 | $4,391.96 | |
| 12/22/2017 [D.I. 12392] | 11/01/2017 - 11/30/2017 | $78,552.50 | $15,710.50 | $62,842.00 | $716.76 | $716.76 | |
| 1/22/2018 [D.I. 12505] | 12/01/2017 - 12/31/2017 | $39,791.00 | $7,958.20 | $0.00 | $941.15 | $0.00 | |
| **TOTAL FOR ALL FEE PERIODS** | | **$24,010,502.90** | **$4,802,100.58** | **$23,215,236.88** | **$826,663.84** | **$824,303.15** | **$23,324,820.87** |

## PROJECTED TOTAL BUDGET FOR FEE PERIOD AND ACTUAL FEES INCURRED

| Estimated Fees for Fee Period | | Actual Fees For Fee Period |
|---|---|---|
| Low | High | |
| $423,000.00 | $1,326,000.00 | $449,412.70 |

SC1:4588654.3

**PROJECT CODE TOTAL CHART**

| Project Number | Project Name | Hours | Fee Amount |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | - | $0.00 |
| 00003 | ASSET DISPOSITION | - | $0.00 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | - | $0.00 |
| 00005 | AVOIDANCE ACTION ANALYSIS | - | $0.00 |
| 00006 | BUSINESS OPERATIONS | 0.40 | $242.00 |
| 00007 | CASE ADMINISTRATION | - | $0.00 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | - | $0.00 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | - | $0.00 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | - | $0.00 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 46.90 | $19,479.50 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | - | $0.00 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | - | $0.00 |
| 00014 | OTHER LITIGATION | 157.50 | $127,486.00 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 25.70 | $22,667.50 |
| 00016 | NON-WORKING TRAVEL | 9.00 | $4,527.20 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | 42.00 | $27,158.50 |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | - | $0.00 |
| 00019 | TAX | 204.10 | $231,911.50 |
| 00020 | VALUATION | - | $0.00 |
| 00021 | DISCOVERY | 0.70 | $122.50 |
| 00022 | HEARINGS | 15.50 | $15,818.00 |
| 00023 | FIRST AND SECOND DAY MOTIONS | - | $0.00 |
| 00024 | CLAIMS INVESTIGATION | - | $0.00 |
| 00025 | LIEN INVESTIGATION | - | $0.00 |
| 00026 | INTERCOMPANY CLAIMS | - | $0.00 |
| 00027 | OTHER MOTIONS / APPLICATIONS | - | $0.00 |
| 00028 | SCHEDULES AND STATEMENTS | - | $0.00 |
| 00029 | TIME ENTRY REVIEW | 52.80 | $0.00 |
| 00031 | BUDGETING (CASE) | - | $0.00 |
| **TOTAL** | | **554.60** | **$449,412.70** |

SC1:4588654.3

**S&C PROFESSIONALS PERFORMING SERVICES DURING THE FEE PERIOD**

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Dietderich, Andrew G. | Partner | GP/Restructuring | 1997 | $570.00 | * | 3.50 | $1,995.00 |
| Dietderich, Andrew G. | Partner | GP/Restructuring | 1997 | $1,140.00 | | 20.20 | $23,028.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $570.00 | * | 1.10 | $627.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $1,140.00 | | 83.60 | $95,304.00 |
| Hardiman, John L. | Partner | Litigation | 1983 | $1,140.00 | | 1.10 | $1,254.00 |
| Hariton, David P. | Partner | Tax | 1986 | $1,295.00 | | 125.20 | $162,134.00 |
| Mason, Andrew S. | Partner | Tax | 1982 | $1,295.00 | | 1.50 | $1,942.50 |
| Wang, Davis J. | Partner | Tax | 2004 | $1,295.00 | | 0.10 | $129.50 |
| **Partner Total** | | | | | | **236.30** | **$286,414.00** |
| Korb, Donald L. | Of Counsel | Tax | 1973 | $1,295.00 | | 0.40 | $518.00 |
| **Of Counsel Total** | | | | | | **0.40** | **$518.00** |
| Kranzley, Alexa J. | Special Counsel | GP/Restructuring | 2009 | $0.00 | * | 0.50 | $0.00 |
| Kranzley, Alexa J. | Special Counsel | GP/Restructuring | 2009 | $433.00 | * | 4.40 | $1,905.20 |
| Kranzley, Alexa J. | Special Counsel | GP/Restructuring | 2009 | $865.00 | | 70.90 | $61,328.50 |
| **Special Counsel Total** | | | | | | **75.80** | **$63,233.70** |
| Bander, Jeannette E. | Associate | GP | 2012 | $865.00 | | 0.50 | $432.50 |
| Graybill, Joshua D. | Associate | Tax | in process | $460.00 | | 10.50 | $4,830.00 |
| Guido, Emma J. | Associate | GP | 2017 | $460.00 | | 19.50 | $8,970.00 |
| Ip, Veronica W. | Associate | Litigation | 2011 | $865.00 | | 23.00 | $19,895.00 |
| Jensen, Christian P. | Associate | GP | 2016 | $605.00 | | 54.60 | $33,033.00 |
| Jo, M. John | Associate | Tax | in process | $460.00 | | 1.80 | $828.00 |
| Markey, Timothy A. | Associate | Litigation | 2016 | $605.00 | | 12.50 | $7,562.50 |
| Menillo, Nicholas F. | Associate | Litigation | 2013 | $855.00 | | 11.20 | $9,576.00 |
| **Associate Total** | | | | | | **133.60** | **$85,127.00** |
| **Lawyers Total** | | | | | | **446.10** | **$435,292.70** |
| Booth, Oliver B. | Legal Assistant | | | $0.00 | * | 35.70 | $0.00 |
| Booth, Oliver B. | Legal Assistant | | | $275.00 | | 41.00 | $11,275.00 |
| Coulibaly, Rockia | Legal Assistant | | | $0.00 | * | 21.20 | $0.00 |
| Coulibaly, Rockia | Legal Assistant | | | $275.00 | | 9.90 | $2,722.50 |
| Whalen, Sean S. | Legal Assistant Clerk | | | $145.00 | | 0.60 | $87.00 |
| Grullon, Ralph | Electronic Discovery | | | $355.00 | | 0.10 | $35.50 |
| **Non Legal Personnel Total** | | | | | | **108.50** | **$14,120.00** |
| **Grand Total** | | | | | | **554.60** | **$449,412.70** |

\*   Half-rates appear where fees were charged for non-working travel and a zero rate appears wherever no fee was charged for work.

**CUSTOMARY AND COMPARABLE DISCLOSURES**

| Category | EFH[*] September 2017 through December 2017 | | Firm[**] Total Firm Bills Allocated to Non-BK General Domestic Timekeepers from January 2017 through December 2017 | |
| --- | --- | --- | --- | --- |
| | Blended Hourly Rate | % of Total Hours | Blended Hourly Rate | % of Total Hours |
| Partner | $1,212 | 43% | $1,580 | 23% |
| Senior Associate and Counsel [(1)] | $845 | 20% | $1,030 | 22% |
| Junior Associate | $558 | 18% | $724 | 49% |
| Non-Lawyer [(2)] | $130 | 20% | $353 | 6% |
| All Timekeepers Average | $810 | 100% | $967 | 100% |

[(1)] Includes Special Counsel, Of Counsel, Senior Counsel, Practice Area Associate and Senior Associate

[(2)] Includes Legal Assistant, Legal Analyst, Research Analyst, and Electronic Discovery

[*] Includes No Charge entries on various projects. No Charge entries were included on the fee applications with a $0 rate.

[**] Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, excluding litigation matters and all write-offs (bills or collections less than 50% of standard rates).

SC1:4588654.3

## SUMMARY OF DISBURSEMENTS

| Disbursement Summary | |
| --- | --- |
| **Description** | **Amount** |
| Travel and expenses | $2,997.99 |
| Outside Vendors | $1,804.00 |
| Telephone conferencing charges | $226.98 |
| Deposition/Hearing Transcripts | $3,333.95 |
| Local Transportation | $167.73 |
| Meals - Overtime | $140.00 |
| Repro - BW Copies | $744.80 |
| Delivery/Courier | $40.50 |
| **Total** | **$9,455.95** |

SC1:4588654.3

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**Hearing Date:  TBD**
**Objection Deadline:  March 8, 2018 at 4:00 p.m.**

## TENTH INTERIM APPLICATION OF SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH COMMITTEE FOR INTERIM APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM SEPTEMBER 1, 2017 THROUGH AND INCLUDING DECEMBER 31, 2017

Sullivan & Cromwell LLP ("**S&C**"), counsel for the official committee of unsecured creditors (the "**EFH Committee**") of Energy Future Holdings Corporation ("**EFH**"), Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. (collectively, the "**EFH Debtors**") hereby submits this tenth interim application (this "**Application**") pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [D.I. 2066] (the "**Interim Compensation Order**"), and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "**Fee Committee Order**") for:  (a) interim approval and allowance of compensation for professional services rendered from September 1, 2017 through and including December 31, 2017 (the "**Fee Period**")

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

and (b) reimbursement of actual and necessary expenses incurred during the Fee Period.  In support of this Application, S&C respectfully states as follows:

## Background

1.      On October 27, 2014, the United States Trustee for the District of Delaware appointed the EFH Committee pursuant to section 1102 of the Bankruptcy Code.  On November 5, 2014, the EFH Committee unanimously selected S&C and Montgomery McCracken Walker & Rhoads LLP ("**MMWR**") as its counsel.

2.      On December 22, 2014, the EFH Committee filed the *Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holdings Company, LLC, EFIH Finance, Inc. and EECI Inc. for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Committee Nunc Pro Tunc to November 5, 2014* [D.I. 3120] (the "**Retention Application**").  On January 13, 2015, the Court entered an order granting the Retention Application and authorizing the retention and employment of S&C as counsel to the EFH Committee [D.I. 3282].

## Summary of Professional Compensation and Reimbursement of Expenses Requested

3.      This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Interim Compensation Order, the Fee Committee Order, rule 2016-2(c)–(g) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "**Local Rule**"), and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (the "**UST Guidelines**" and, together with the Local Rule, the "**Guidelines**").

4.      Pursuant to this Application, S&C seeks approval and allowance of: (a) compensation for professional services rendered by S&C, as counsel to the EFH Committee during the Fee Period, of $449,412.70 and (b) reimbursement of actual and necessary expenses incurred by S&C during the Fee Period of $9,455.95.

5.      S&C's compensation for this Fee Period is requested in accordance with the agreed-upon rates described in the Retention Application.[2]  There has been no increase in the rates charged for any S&C professional from the date of S&C's retention through the end of the Fee Period.

6.      S&C's fees have not varied based on the geographic location of any S&C professional or for any other reason, other than a reduction in the hourly rates for all professionals for time spent during non-working travel in accordance with the Guidelines.

7.      During the Fee Period, S&C professionals and paraprofessionals spent an aggregate of 554.60 hours performing services for the EFH Committee in connection with these chapter 11 cases, at a blended hourly rate for professionals of $810.  In addition, S&C voluntarily reduced its fees incurred during the Fee Period by over $20,000 by agreeing to charge 50 percent for time spent on non-working travel and agreeing not to charge professional or paraprofessional time for certain work, as further discussed below.

8.      S&C's fees for the services rendered in these chapter 11 cases during the Fee Period are reasonable and are commensurate with the complexity of the applicable matters

---

[2]      S&C does not ordinarily determine its fees solely on the basis of hourly rates.  Instead, S&C ordinarily bases the fee for its services on all the factors prescribed by Rule 1.5(a) of the New York Rules of Professional Conduct, including the firm's contribution to the relevant matter, the responsibility assumed, the results achieved, the difficulty and complexity of the matter, the amount involved, the experience of, and demands on, the lawyers involved and the fees customarily charged for such matters.  Notwithstanding the foregoing, as set forth in its Retention Application, S&C has agreed to charge for services performed during these chapter 11 cases on the basis of hourly rates.  The hourly rates reflected in this Application are the same or less than the rates generally used by S&C when preparing estimates of fees under its normal billing practices.

and the level of expertise required to best serve the EFH Committee in connection therewith. S&C believes that its fees are comparable to the fees charged by other highly skilled practitioners experienced in advising creditors in non-bankruptcy cases.

9.      In accordance with the UST Guidelines and as requested by the fee committee appointed pursuant to the Fee Committee Order (the "**Fee Committee**"), S&C prepared projected monthly budgets (collectively, the "**Budget**") and staffing plans (collectively, the "**Staffing Plan**") for each month during the Fee Period, for approval by the EFH Committee. The Budget and Staffing Plan reflect a significant decrease in expected fees and staffing as compared to previous interim fee periods in these chapter 11 cases.

10.     The Budget approved by the EFH Committee estimated total fees of between $423,000.00 and $1,326,000.00 during the Fee Period.  S&C's actual total fees incurred during the Fee Period were $449,412.70, consistent with the estimated fees indicated by the Budget.  S&C's actual total fees are closer to the lowest estimate of fees indicated by the Budget, in part, because of the developments relating to the Fee Committee dispute and the timing of the E-side plan confirmation.

11.     The Staffing Plan approximated the number of S&C lawyers that actually worked on the case during the Fee Period, as shown in Exhibit F hereto.  While the actual number of professionals that provided services exceeded the number projected in the Staffing Plan in certain months, the number of attorneys billing substantial time remained within the Staffing Plan.  Similarly, while 4 different legal assistants (including clerks, legal analysts, and eDiscovery professionals) provided services in connection with these chapter 11 cases during the Fee Period, only two legal assistants billed substantial time on these chapter 11 cases during this time.

-13-

12.     This Application requests compensation for work performed by nine S&C lawyers who billed 15 or fewer hours during the Fee Period.  Some of these lawyers are members of S&C's core team of professionals advising the EFH Committee in these chapter 11 cases, whose lower hours result from a general decrease in the EFH Committee's activity during the Fee Period.  Certain other lawyers provided advice in specific areas of expertise such as regulatory and tax matters.  Finally, certain other lawyers were newly assigned to assist in the matter in light of recent developments.  The limited services provided by these professionals in connection with specific matters enabled S&C's core team to more effectively and efficiently advise the EFH Committee during the Fee Period.

13.     Other than pursuant to S&C's previous monthly and interim fee applications filed in these chapter 11 cases, no payment has been made or promised to S&C from any source for services rendered or to be rendered for the EFH Committee in connection with these chapter 11 cases.  There is no agreement or understanding between S&C and any person (other than the partners of S&C) for the sharing of compensation received or to be received for services rendered in these chapter 11 cases.

14.     In accordance with the Guidelines, the following Exhibits are annexed to this Application:

> Exhibit A:  **Certification of Andrew G. Dietderich** — certification of Andrew G. Dietderich regarding compliance of this Application with the Local Rules.
>
> Exhibit B:  **S&C Professionals Performing Services During the Fee Period** — summary chart of information on the S&C professionals and paraprofessionals performing services during this Fee Period, including the hourly billing rates for such services and the aggregate hours and fees billed by each professional and paraprofessional.
>
> Exhibit C:  **Project Code Total Chart** — summary chart indicating aggregate fees incurred and time billed by S&C personnel for each project category during the Fee Period.

SC1:4588654.3

Exhibit D:  **Summary of Disbursements** — summary chart detailing expenses for which reimbursement is sought, itemized and organized by category.

Exhibit E:  **Budget and Staffing Plan** — S&C's Budget and Staffing Plan for the Fee Period, as approved by the EFH Committee.

Exhibit F:  **Budget and Staffing Plan Comparison** — comparison of hours and fees budgeted for each project category during the Fee Period against the actual hours and fees for which S&C seeks compensation for the Fee Period; and comparison of S&C's approved Staffing Plan with actual S&C staffing during the Fee Period.

Exhibit G:  **Time Entries and Narrative Description** — S&C's time entry records and descriptions of activities by project code, billed by tenths of an hour.

Exhibit H:  **Monthly Expense Records** — S&C's disbursement records from the Fee Period.

## Summary of Professional Services Rendered

15.     In accordance with the Guidelines, S&C has organized its time records according to an internal system of project codes in order to facilitate review of this Application. The work performed by S&C personnel with respect to each of these project codes is summarized below.  Given the scope of the work performed, these summaries do not include all tasks performed or advice given by S&C personnel during the Fee Period, but generally describe the most significant matters included under each project code.

**A.     Asset Analysis and Recovery – Project Code 00002**

Total Fees:       -0-
Total Hours:     -0-

16.     No time was charged to this category during the Fee Period.

**B.     Asset Disposition – Project Code 00003**

Total Fees:       -0-
Total Hours:     -0-

17.     No time was charged to this category during the Fee Period.

SC1:4588654.3

**C.**    **Assumption and Rejection of Leases and Contracts – Project Code 00004**

        Total Fees:      -0-
        Total Hours:    -0-

18.     No time was charged to this category during the Fee Period.

**D.**    **Avoidance Action Analysis – Project Code 00005**

        Total Fees:      -0-
        Total Hours:    -0-

19.     No time was charged to this category during the Fee Period.

**E.**    **Business Operations – Project Code 00006**

        Total Fees:      $242.00
        Total Hours:    0.40

20.     This category includes time spent by S&C professionals reviewing the

Debtors' monthly operating reports.

**F.**    **Case Administration – Project Code 00007**

        Total Fees:      -0-
        Total Hours:    -0-

21.     No time was charged to this category during the Fee Period.

**G.**    **Claims Administration and Objections – Project Code 00008**

        Total Fees:      -0-
        Total Hours:    -0-

22.     No time was charged to this category during the Fee Period.

**H.**    **Corporate Governance and Board Matters – Project Code 00009**

        Total Fees:      -0-
        Total Hours:    -0-

23.     No time was charged to this category during the Fee Period.

SC1:4588654.3

**I.     Employee Benefits and Pensions – Project Code 00010**

Total Fees:     -0-
Total Hours:   -0-

24.     No time was charged to this category during the Fee Period.

**J.     Employment and Fee Applications (S&C) – Project Code 00011**

Total Fees:     $19,479.50
Total Hours:   46.90

25.     During the Fee Period, S&C personnel prepared four monthly fee statements and S&C's ninth interim fee application.  S&C professionals and paraprofessionals prepared and reviewed the information and charts required to be included in S&C's fee statements and interim fee application, and reviewed all requested fees and disbursements to confirm that such fees and disbursements were consistent with the Guidelines and the Fee Committee's guidance.  The interim fee application also required S&C personnel to devote time to ensuring the adequacy of S&C's disclosure regarding its activities, and S&C devoted additional time to reviewing disclosed information to preserve confidentiality and attorney-client privilege.

**K.     Employment and Fee Application (Others) – Project Code 00012**

Total Fees:     -0-
Total Hours:   -0-

26.     No time was charged to this category during the Fee Period.

**L.     Financing, Cash Collateral, Make Whole – Project Code 00013**

Total Fees:     -0-
Total Hours:   -0-

27.     No time was charged to this category during the Fee Period.

SC1:4588654.3

M.     **Other Litigation – Project Code 00014**

Total Fees:    $127,486.00
Total Hours:   157.50

28.     During the Fee Period, S&C professionals participated in the NextEra
termination fee adversary proceeding and in the Fee Committee dispute raised by Elliott.  With
respect to the NextEra termination fee adversary proceeding, S&C professionals engaged with
Debtors' counsel and other key EFH/EFIH stakeholders regarding litigation strategy and
scheduling issues.  S&C professionals also prepared pleadings and appeared in connection with
the EFH Committee's intervention in the adversary proceeding.  With respect to the Fee
Committee dispute, S&C professionals expended significant time and effort in discussions with
the Debtors, Elliott and their counsel, the Fee Committee and other EFH/EFIH stakeholders
regarding the dispute.  In addition, S&C professionals prepared pleadings and appeared in
response to Elliott's motion.  S&C updated the EFH Committee regarding the progress and
implications of these developments and assisted with the interviewing and selection of a new
member to the Fee Committee.

N.     **Meetings and Communications with Creditors – Project Code 00015**

Total Fees:    $22,667.50
Total Hours:   25.70

29.     This category includes time spent by S&C professionals in connection
with the EFH Committee's regular meetings and conference calls, the Debtors' periodic
teleconference meetings with creditors' advisors, and meetings with individual EFH Committee
members and other creditor constituents.  Among other things, S&C professionals briefed the
EFH Committee members and discussed strategy regarding developments related to the Oncor
sale process, the E-side plan confirmation process, the Fee Committee dispute, the NextEra
termination fee adversary proceeding and related matters.

-18-

**O.      Non-Working Travel – Project Code 00016**

Total Fees:      $4,527.20
Total Hours:     9.00

30.     This category includes non-working travel time spent by S&C

professionals during the Fee Period.  In accordance with the Guidelines, the fees presented for

payment in this category have been voluntarily reduced by 50 percent, for a total reduction of

$4,527.20.

**P.      Plan and Disclosure Statement – Project Code 00017**

Total Fees:      $27,158.50
Total Hours:     42.00

31.     During the Fee Period, S&C professionals advised on the approval of the

disclosure statement and plan confirmation process in connection with the Sempra Energy

transaction.  S&C professionals engaged with Debtors' counsel and other key EFH/EFIH

stakeholders regarding the strategy and updates regarding the plan confirmation process.  S&C

advised the EFH Committee regarding the implications of these developments with respect to the

EFH Committee's plan litigation settlement and other creditor matters, including cash and

recovery projections of the anticipated consummation of the E-side plan.

**Q.      Relief From Stay and Adequate Protection – Project Code 00018**

Total Fees:      -0-
Total Hours:     -0-

32.     No time was charged to this category during the Fee Period.

**R.      Tax – Project Code 00019**

Total Fees:      $231,911.50
Total Hours:     204.10

33.     During this Fee Period, S&C professionals considered and analyzed tax

implications related to the Oncor sale and E-side plan and the Vistra tax dispute.  With respect to

the Vistra tax dispute, among other things, S&C professionals reviewed the tax matters

agreement and other pertinent documents and researched related issues.  S&C participated in

numerous discussions with other estate professionals and professionals representing Elliott

regarding the alternative dispute resolution proceedings in connection with the Vistra tax dispute.

During the Fee Period, S&C professionals also reviewed submission materials and discussed

related strategy with other S&C professionals.

**S.    Valuation – Project Code 00020**

Total Fees:       -0-
Total Hours:      -0-

34.    No time was charged to this category during the Fee Period.

**T.    Discovery – Project Code 00021**

Total Fees:       $122.50
Total Hours:      0.70

35.    This category includes time spent by S&C professionals and

paraprofessionals addressing technical aspects of discovery.  During the Fee Period, among other

things, S&C professionals and paraprofessionals reviewed document productions in connection

with plan discovery and various adversary proceedings' discovery.

**U.    Hearings – Project Code 00022**

Total Fees:       $15,818.00
Total Hours:      15.50

36.    This category includes time spent by S&C personnel preparing for and

participating in the numerous hearings held before the Court during the Fee Period, including the

Sempra Energy merger agreement approval hearing, plan related status conferences, adversary

proceeding status conferences and hearings and other omnibus hearings.

SC1:4588654.3

**V.**    **First and Second Day Motions – Project Code 00023**

Total Fees:        -0-
Total Hours:       -0-

37.    No time was charged to this category during the Fee Period.

**W.**    **Claims Investigations – Project Code 00024**

Total Fees:        -0-
Total Hours:       -0-

38.    No time was charged to this category during the Fee Period.

**X.**    **Lien Investigation – Project Code 00025**

Total Fees:        -0-
Total Hours:       -0-

39.    No time was charged to this category during the Fee Period.

**Y.**    **Intercompany Claims – Project Code 00026**

Total Fees:        -0-
Total Hours:       -0-

40.    No time was charged to this category during the Fee Period.

**Z.**    **Other Motions/Applications – Project Code 00027**

Total Fees:        -0-
Total Hours:       -0-

41.    No time was charged to this category during the Fee Period.

**AA.**    **Schedules and Statements – Project Code 00028**

Total Fees:        -0-
Total Hours:       -0-

42.    No time was charged to this category during the Fee Period.

SC1:4588654.3

**BB.    Time Entry Review – Project Code 00029**

        Total Fees:        -0-
        Total Hours:    52.80

43.    This category includes time spent reviewing the time entries recorded by S&C personnel to ensure accuracy, clarity, and consistency.  At the request of the Fee Committee, S&C seeks no compensation for time billed to this category.

**CC.    Budgeting (Case) – Project Code 00031**

        Total Fees:        -0-
        Total Hours:     -0-

44.    No time was charged to this category during the Fee Period.

**Reasonable and Necessary Services Rendered by S&C**

45.    The foregoing professional services provided by S&C to the EFH Committee during the Fee Period were in the best interests of the EFH Committee and its constituent unsecured creditors, and were reasonable, necessary and appropriate under the circumstances of these chapter 11 cases.  The compensation requested for the foregoing services is commensurate with the complexity, importance and nature of the issues and tasks involved. These professional services were performed expediently and in an efficient manner.  In particular, S&C allocated work among junior and senior professionals and paraprofessionals in a manner designed to avoid unnecessary duplication of services and promote cost-effectiveness, including through consultation with internal practice area experts and specialists when necessary in connection with discrete questions arising in the course of S&C's work.

46.    S&C is widely recognized for its experience and knowledge relating to complex business matters and reorganizations under chapter 11 of the Bankruptcy Code.  S&C has an established reputation for its expertise in handling large corporate transactions, including dispositions and other transactions involving businesses similar to those operated by the Debtors.

-22-

The S&C practice groups that provided services to the EFH Committee—litigation, employee benefits and tax, among others—enjoy a global reputation for their expertise.

47.     During the Fee Period, the professional services performed by S&C on behalf of the EFH Committee required an aggregate expenditure of 554.60 recorded hours by S&C personnel.  Of the aggregate time expended, 312.50 recorded hours were expended by partners, counsel and special counsel; 133.60 recorded hours were expended by associates; and 108.50 recorded hours were expended by S&C paraprofessionals.

48.     S&C billed the EFH Committee for time expended by professionals at hourly rates ranging from $145.00 to $1,295.00.  Allowance of compensation in the amount requested would result in a blended hourly billing rate for professionals of approximately $810 (based on 554.60 recorded hours at S&C's agreed hourly rates).  The hourly rates charged by S&C in these chapter 11 cases are equivalent to or less than the rates used by S&C when preparing estimates of fees for similar non-bankruptcy matters.

## Actual and Necessary Disbursements by S&C

49.     As set forth in Exhibit D, S&C seeks reimbursement for $9,455.95 in expenses incurred in the course of its professional services during the Fee Period.  All expenses for which reimbursement is requested pursuant to this Application have been incurred in compliance with the Guidelines.

50.     Reimbursable expenses (whether for services performed by S&C personnel or by a third-party vendor) include appropriate local and long distance transportation costs, overtime meals and teleconference charges.  Pursuant to S&C's disbursement policies, out-of-pocket expenses are passed through at actual (or, when actual out-of-pocket expenses are uncertain, estimated actual) costs.  Certain items, such as overtime meals, may be charged at

amounts below cost in accordance with limits imposed by the Guidelines or requested by the Fee Committee.

51.     S&C seeks no reimbursement of copying charges, other than charges for in-house copies made by its reproduction department (typically large copying jobs).  In accordance with the Guidelines and guidance provided by the Fee Committee, S&C has limited its reimbursement request for black and white copying charges to $0.10 per page, and for color copies to $0.25 per page (less than the per page maximum of $0.50 promulgated by the Fee Committee).  S&C seeks no reimbursement of any charges incurred for computerized research or long-distance telephone or fax charges, other than telephone fees for telephone and video conference services.

52.     S&C respectfully submits that its actual expenses incurred in providing professional services to the EFH Committee during the Fee Period were necessary, reasonable and justified under the circumstances of these chapter 11 cases.

**The Requested Compensation and Expense Reimbursement Should Be Allowed**

53.     Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and . . . reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A), (B).  Section 331 of the Bankruptcy Code allows professionals to apply for such compensation and expense reimbursement on an interim basis not more than once every 120 days after the order for relief in a bankruptcy case, or more often as permitted by the court.  11 U.S.C. § 331.

54.     Section 330 of the Bankruptcy Code also sets forth the criteria for determining the amount of reasonable compensation to be awarded to such a professional:

SC1:4588654.3

[T]he court shall consider the nature, the extent, and the value of such [professional's] services, taking into account all relevant factors, including --

(A)    the time spent on such services;

(B)    the rates charged for such services;

(C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

55.    S&C respectfully submits that the services for which it seeks compensation and the expenditures for which it seeks reimbursement pursuant to this Application were necessary for and beneficial to the EFH Committee and its constituent unsecured creditors.  S&C worked diligently to anticipate or respond to the EFH Committee's needs during the Fee Period, particularly with respect to the EFH Committee's monitoring and consideration of developments relating to the Debtors' confirmed chapter 11 plan and related transactions.  S&C further submits that the services provided to the EFH Committee by its professionals and paraprofessionals were performed economically, effectively and efficiently, and have been in the best interests of the unsecured creditors represented by the EFH Committee. The services provided by S&C were consistently performed in a timely manner commensurate with the complexity, importance and nature of the issues involved.  Accordingly, S&C

SC1:4588654.3

respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services.

## NO PRIOR REQUEST

56.     No prior application for the relief requested herein has been made to this or any other Court.

## RESERVATION OF RIGHTS AND NOTICE

57.     Although S&C has made every effort to include in this Application all fees and expenses incurred during the Fee Period in connection with these chapter 11 cases, certain fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period.  S&C reserves the right to make further application to the Court for the allowance of such fees and expenses not included in this Application.

WHEREFORE, S&C respectfully requests that the Court enter an order: (a) awarding S&C the sum of $449,412.70 as compensation for services rendered and $9,455.95 for reimbursement for actual and necessary expenses S&C incurred during the Fee Period and (b) granting such other and further relief as the Court deems appropriate.

SC1:4588654.3

Dated:    Wilmington, Delaware
       February 15, 2018

**SULLIVAN & CROMWELL LLP**

*/s/ Andrew G. Dietderich*
Andrew G. Dietderich
Brian D. Glueckstein
John L. Hardiman
Alexa J. Kranzley
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
E-mail:    dietdericha@sullcrom.com
        gluecksteinb@sullcrom.com
        hardimanj@sullcrom.com
        kranzleya@sullcrom.com

*Counsel for the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.*

SC1:4588654.3

# EXHIBIT A

**Certification of Andrew G. Dietderich**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |

**CERTIFICATION UNDER LOCAL RULE 2016-2(G)**
**IN RESPECT OF THE TENTH INTERIM FEE APPLICATION OF**
**SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH COMMITTEE**
**FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD**
**FROM SEPTEMBER 1, 2017 THROUGH AND INCLUDING DECEMBER 31, 2017**

I, Andrew G. Dietderich, under penalty of perjury, declare as follows:

1.      I am a partner in the law firm of Sullivan & Cromwell LLP ("**S&C**"),
located at 125 Broad Street, New York, New York 10004.  I am a member in good standing of
the Bar of the State of New York.  There are no disciplinary proceedings pending against me.

2.      This certification is made with respect to S&C's compliance with rule
2016-2 (c)–(g) of the Local Rules of Bankruptcy Practice and Procedures of the United States
Bankruptcy Court for the District of Delaware (the "**Local Rule**"), in connection with S&C's
tenth interim application, as counsel to the official committee of unsecured creditors of Energy
Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH
Finance Inc., and EECI, Inc., for compensation for professional services and reimbursement of

---

[1]     The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of
the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in
these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the
last four digits of their federal tax identification numbers is not provided herein.  A complete list of such
information may be obtained on the website of the debtors' claims and noticing agent at
http://www.efhcaseinfo.com.

expenses incurred for the period from September 1, 2017 through and including December 31, 2017 (the "**Application**").

3.      Pursuant to section (g) of the Local Rule, I hereby certify that I have reviewed the requirements of the Local Rule and, to the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Local Rule.

4.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated:   February 15, 2018

                      */s/ Andrew G. Dietderich*
                      Andrew G. Dietderich
                      Sullivan & Cromwell LLP

**EXHIBIT B**

**S&C PROFESSIONALS PERFORMING SERVICES DURING THE FEE PERIOD**

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Dietderich, Andrew G. | Partner | GP/Restructuring | 1997 | $570.00 | * | 3.50 | $1,995.00 |
| Dietderich, Andrew G. | Partner | GP/Restructuring | 1997 | $1,140.00 | | 20.20 | $23,028.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $570.00 | * | 1.10 | $627.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $1,140.00 | | 83.60 | $95,304.00 |
| Hardiman, John L. | Partner | Litigation | 1983 | $1,140.00 | | 1.10 | $1,254.00 |
| Hariton, David P. | Partner | Tax | 1986 | $1,295.00 | | 125.20 | $162,134.00 |
| Mason, Andrew S. | Partner | Tax | 1982 | $1,295.00 | | 1.50 | $1,942.50 |
| Wang, Davis J. | Partner | Tax | 2004 | $1,295.00 | | 0.10 | $129.50 |
| **Partner Total** | | | | | | **236.30** | **$286,414.00** |
| Korb, Donald L. | Of Counsel | Tax | 1973 | $1,295.00 | | 0.40 | $518.00 |
| **Of Counsel Total** | | | | | | **0.40** | **$518.00** |
| Kranzley, Alexa J. | Special Counsel | GP/Restructuring | 2009 | $0.00 | * | 0.50 | $0.00 |
| Kranzley, Alexa J. | Special Counsel | GP/Restructuring | 2009 | $433.00 | * | 4.40 | $1,905.20 |
| Kranzley, Alexa J. | Special Counsel | GP/Restructuring | 2009 | $865.00 | | 70.90 | $61,328.50 |
| **Special Counsel Total** | | | | | | **75.80** | **$63,233.70** |
| Bander, Jeannette E. | Associate | GP | 2012 | $865.00 | | 0.50 | $432.50 |
| Graybill, Joshua D. | Associate | Tax | in process | $460.00 | | 10.50 | $4,830.00 |
| Guido, Emma J. | Associate | GP | 2017 | $460.00 | | 19.50 | $8,970.00 |
| Ip, Veronica W. | Associate | Litigation | 2011 | $865.00 | | 23.00 | $19,895.00 |
| Jensen, Christian P. | Associate | GP | 2016 | $605.00 | | 54.60 | $33,033.00 |
| Jo, M. John | Associate | Tax | in process | $460.00 | | 1.80 | $828.00 |
| Markey, Timothy A. | Associate | Litigation | 2016 | $605.00 | | 12.50 | $7,562.50 |
| Menillo, Nicholas F. | Associate | Litigation | 2013 | $855.00 | | 11.20 | $9,576.00 |
| **Associate Total** | | | | | | **133.60** | **$85,127.00** |
| **Lawyers Total** | | | | | | **446.10** | **$435,292.70** |
| Booth, Oliver B. | Legal Assistant | | | $0.00 | * | 35.70 | $0.00 |
| Booth, Oliver B. | Legal Assistant | | | $275.00 | | 41.00 | $11,275.00 |
| Coulibaly, Rockia | Legal Assistant | | | $0.00 | * | 21.20 | $0.00 |
| Coulibaly, Rockia | Legal Assistant | | | $275.00 | | 9.90 | $2,722.50 |
| Whalen, Sean S. | Legal Assistant Clerk | | | $145.00 | | 0.60 | $87.00 |
| Grullon, Ralph | Electronic Discovery | | | $355.00 | | 0.10 | $35.50 |
| **Non Legal Personnel Total** | | | | | | **108.50** | **$14,120.00** |
| **Grand Total** | | | | | | **554.60** | **$449,412.70** |

\*   Half-rates appear where fees were charged for non-working travel and a zero rate appears wherever no fee was
    charged for work.

## EXHIBIT C

## PROJECT CODE TOTAL CHART

| Project Number | Project Name | Hours | Fee Amount |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | - | $0.00 |
| 00003 | ASSET DISPOSITION | - | $0.00 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | - | $0.00 |
| 00005 | AVOIDANCE ACTION ANALYSIS | - | $0.00 |
| 00006 | BUSINESS OPERATIONS | 0.40 | $242.00 |
| 00007 | CASE ADMINISTRATION | - | $0.00 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | - | $0.00 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | - | $0.00 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | - | $0.00 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 46.90 | $19,479.50 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | - | $0.00 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | - | $0.00 |
| 00014 | OTHER LITIGATION | 157.50 | $127,486.00 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 25.70 | $22,667.50 |
| 00016 | NON-WORKING TRAVEL | 9.00 | $4,527.20 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | 42.00 | $27,158.50 |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | - | $0.00 |
| 00019 | TAX | 204.10 | $231,911.50 |
| 00020 | VALUATION | - | $0.00 |
| 00021 | DISCOVERY | 0.70 | $122.50 |
| 00022 | HEARINGS | 15.50 | $15,818.00 |
| 00023 | FIRST AND SECOND DAY MOTIONS | - | $0.00 |
| 00024 | CLAIMS INVESTIGATION | - | $0.00 |
| 00025 | LIEN INVESTIGATION | - | $0.00 |
| 00026 | INTERCOMPANY CLAIMS | - | $0.00 |
| 00027 | OTHER MOTIONS / APPLICATIONS | - | $0.00 |
| 00028 | SCHEDULES AND STATEMENTS | - | $0.00 |
| 00029 | TIME ENTRY REVIEW | 52.80 | $0.00 |
| 00031 | BUDGETING (CASE) | - | $0.00 |
| **TOTAL** | | **554.60** | **$449,412.70** |

## <u>EXHIBIT D</u>

## SUMMARY OF DISBURSEMENTS

| Disbursement Summary | |
|---|---|
| **Description** | **Amount** |
| Travel and expenses | $2,997.99 |
| Outside Vendors | $1,804.00 |
| Telephone conferencing charges | $226.98 |
| Deposition/Hearing Transcripts | $3,333.95 |
| Local Transportation | $167.73 |
| Meals - Overtime | $140.00 |
| Repro - BW Copies | $744.80 |
| Delivery/Courier | $40.50 |
| **Total** | **$9,455.95** |

## EXHIBIT E

## BUDGET AND STAFFING PLAN

| Code | Project Category | Estimated Hours | | Estimated Fees | |
|------|------------------|------|------|------|------|
| | | *Low* | *High* | *Low* | *High* |
| 002 | Asset Analysis | 0 | 0 | $0.00 | $0.00 |
| 003 | Asset Disposition | 0 | 0 | $0.00 | $0.00 |
| 004 | Assumption and Rejection of Leases and Contracts | 0 | 0 | $0.00 | $0.00 |
| 005 | Avoidance Action Analysis | 0 | 0 | $0.00 | $0.00 |
| 006 | Business Operations | 0 | 40 | $0.00 | $30,000.00 |
| 007 | Case Administration | 0 | 80 | $0.00 | $60,000.00 |
| 008 | Claims Administration and Objections | 0 | 20 | $0.00 | $15,000.00 |
| 009 | Corporate Governance and Board Matters | 0 | 0 | $0.00 | $0.00 |
| 010 | Employment Benefits and Pensions | 20 | 80 | $15,000.00 | $60,000.00 |
| 011 | Employment and Fee Applications (S&C) | 20 | 80 | $15,000.00 | $60,000.00 |
| 012 | Employment and Fee Applications (Others) | 0 | 20 | $0.00 | $15,000.00 |
| 013 | Financing, Cash Collateral, Make Whole | 0 | 40 | $0.00 | $30,000.00 |
| 014 | Other Litigation | 150 | 400 | $112,500.00 | $300,000.00 |
| 015 | Meetings and Communications with Creditors | 100 | 300 | $75,000.00 | $225,000.00 |
| 016 | Non-Working Travel | 0 | 40 | $0.00 | $15,000.00 |
| 017 | Plan and Disclosure Statement | 200 | 500 | $150,000.00 | $375,000.00 |
| 018 | Relief from Stay and Adequate Protection | 0 | 0 | $0.00 | $0.00 |
| 019 | Tax | 0 | 20 | $0.00 | $15,000.00 |
| 020 | Valuation | 0 | 0 | $0.00 | $0.00 |
| 021 | Discovery | 0 | 0 | $0.00 | $0.00 |
| 022 | Hearings | 70 | 140 | $52,500.00 | $105,000.00 |
| 023 | First and Second Day Motions | 0 | 0 | $0.00 | $0.00 |
| 024 | Claims Investigation | 0 | 0 | $0.00 | $0.00 |
| 025 | Lien Investigation | 0 | 0 | $0.00 | $0.00 |
| 026 | Intercompany Claims | 0 | 0 | $0.00 | $0.00 |
| 027 | Other Motions/Applications | 0 | 0 | $0.00 | $0.00 |
| 028 | Schedules and Statements | 0 | 0 | $0.00 | $0.00 |
| 029 | Time Entry Review | 0 | 20 | $0.00 | $15,000.00 |
| 031 | Budgeting (Case) | 4 | 8 | $3,000.00 | $6,000.00 |
| **TOTAL** | | **564** | **1788** | **$423,000.00** | **$1,326,000.00** |

| Category of Timekeeper | Total Number in Category Expected to Work on Matter in Period[1] | Estimated Average Hourly Rate[2] |
|---|---|---|
| Partner | 5 | $1,050.00 |
| Counsel/Special Counsel | 2 | $1,050.00 |
| Associate | 5 | $600.00 |
| Legal Assistant[3] | 3 | $275.00 |
| Research Analyst | 3 | $355.00 |

Notes:

(1)  Estimate is for total number of timekeepers billing any substantial number of hours to matter (not F.T.E.s).

(2)  Actual average hourly rate will vary with seniority of resources, and may be higher for some workstreams than others.

(3)  Includes clerks, legal analysts and eDiscovery professionals.

**EXHIBIT F**

**BUDGET AND STAFFING PLAN COMPARISON**

| Code | Project Category | Estimated Hours | | Actual Hours | Estimated Fees | | Actual Fees |
|------|------------------|------|------|------|------|------|------|
| | | *Low* | *High* | *Hours Through 12/31* | *Low* | *High* | *Fees Through 12/31* |
| 002 | Asset Analysis | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 003 | Asset Disposition | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 004 | Assumption and Rejection of Leases and Contracts | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 005 | Avoidance Action Analysis | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 006 | Business Operations | 0 | 40 | 0.40 | $0.00 | $30,000.00 | $242.00 |
| 007 | Case Administration | 0 | 80 | 0.00 | $0.00 | $60,000.00 | $0.00 |
| 008 | Claims Administration and Objections | 0 | 20 | 0.00 | $0.00 | $15,000.00 | $0.00 |
| 009 | Corporate Governance and Board Matters | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 010 | Employment Benefits and Pensions | 20 | 80 | 0.00 | $15,000.00 | $60,000.00 | $0.00 |
| 011 | Employment and Fee Applications (S&C) | 20 | 80 | 46.90 | $15,000.00 | $60,000.00 | $19,479.50 |
| 012 | Employment and Fee Applications (Others) | 0 | 20 | 0.00 | $0.00 | $15,000.00 | $0.00 |
| 013 | Financing, Cash Collateral, Make Whole | 0 | 40 | 0.00 | $0.00 | $30,000.00 | $0.00 |
| 014 | Other Litigation | 150 | 400 | 157.50 | $112,500.00 | $300,000.00 | $127,486.00 |
| 015 | Meetings and Communications with Creditors | 100 | 300 | 25.70 | $75,000.00 | $225,000.00 | $22,667.50 |
| 016 | Non-Working Travel | 0 | 40 | 9.00 | $0.00 | $15,000.00 | $4,527.20 |
| 017 | Plan and Disclosure Statement | 200 | 500 | 42.00 | $150,000.00 | $375,000.00 | $27,158.50 |
| 018 | Relief from Stay and Adequate Protection | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 019 | Tax | 0 | 20 | 204.10 | $0.00 | $15,000.00 | $231,911.50 |
| 020 | Valuation | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 021 | Discovery | 0 | 0 | 0.70 | $0.00 | $0.00 | $122.50 |
| 022 | Hearings | 70 | 140 | 15.50 | $52,500.00 | $105,000.00 | $15,818.00 |
| 023 | First and Second Day Motions | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 024 | Claims Investigation | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 025 | Lien Investigation | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 026 | Intercompany Claims | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 027 | Other Motions/Applications | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 028 | Schedules and Statements | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 029 | Time Entry Review | 0 | 20 | 52.80 | $0.00 | $15,000.00 | $0.00 |
| 031 | Budgeting (Case) | 4 | 8 | 0.00 | $3,000.00 | $6,000.00 | $0.00 |
| **TOTAL** | | **564** | **1788** | **554.60** | **$423,000.00** | **$1,326,000.00** | **$449,412.70** |

## **EXHIBIT G**

**TIME ENTRIES AND NARRATIVE DESCRIPTION**

## Project: 00006 - BUSINESS OPERATIONS

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/20/2017 | Christian Jensen | 0.10 | Pull and review monthly operating report and circulate to Guggenheim and AlixPartners. |
| **Total** | | **0.10** | |

**Project: 00011 - EMPLOYMENT AND FEE APPLICATIONS (S&C)**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/06/2017 | Alexa Kranzley | 0.10 | Follow-up with team re: August fee application. |
| 09/06/2017 | Oliver Booth | 1.40 | Finalize letter to fee committee re: eighth interim fee statement. (no charge) |
| 09/11/2017 | Alexa Kranzley | 0.10 | Follow-up with team re: August fee application. |
| 09/11/2017 | Rockia Coulibaly | 0.50 | Draft July fee application certificate of no objection. |
| 09/12/2017 | Alexa Kranzley | 0.10 | Discussions with internal team re: August fee application. |
| 09/13/2017 | Alexa Kranzley | 0.80 | Review August time entries for confidentiality. |
| 09/15/2017 | Alexa Kranzley | 0.50 | Review and revise August fee application. |
| 09/18/2017 | Alexa Kranzley | 0.10 | Follow-up with internal team re: August fee application. |
| 09/19/2017 | Alexa Kranzley | 0.10 | Follow-up with internal team re: August fee application. |
| 09/20/2017 | Alexa Kranzley | 0.40 | Finalize August fee application and notice. |
| 09/20/2017 | Oliver Booth | 0.80 | Review and revise August fee application. |
| 09/20/2017 | Rockia Coulibaly | 1.10 | Review and revise August fee application and notice. |
| 09/21/2017 | Alexa Kranzley | 0.20 | Coordinate for filing and service of August fee application. |
| 09/21/2017 | Rockia Coulibaly | 0.10 | Upload August fee application filing materials to box.com. |
| 09/28/2017 | Alexa Kranzley | 0.10 | Follow-up with internal team re: September fee application. |

**Total**          **6.40**

## Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/01/2017 | Brian Glueckstein | 0.70 | Review and analyze NextEra litigation joint scheduling report and rule 26 report in NextEra litigation. |
| 09/01/2017 | Christian Jensen | 0.10 | Pull and review NextEra litigation joint scheduling report and circulate to internal team. |
| 09/04/2017 | Brian Glueckstein | 0.50 | Review NextEra litigation scheduling issues (.30); review draft stipulation re: same (.20). |
| 09/05/2017 | Veronica Ip | 0.40 | Review NextEra litigation scheduling issues. |
| 09/05/2017 | Nicholas Menillo | 0.20 | Review NextEra litigation scheduling issues. |
| 09/05/2017 | Christian Jensen | 0.10 | Pull and review discovery schedule and circulate to V. Ip. |
| 09/06/2017 | Veronica Ip | 2.90 | Review NextEra adversary complaint and related filings in connection with draft discovery requests. |
| 09/07/2017 | Andrew Dietderich | 1.10 | Call with B. Glueckstein re: NextEra break fee issues (.60); call with. J. Rosenbaum (Elliott) re: same (.20); follow-up work re: same (.30). |
| 09/07/2017 | Brian Glueckstein | 0.90 | Call with M. Nihgan (Nixon) re: NextEra initial disclosures (.30); call with A. Dietderich re: NextEra break fee issues (.60). |
| 09/07/2017 | Veronica Ip | 2.10 | Draft initial disclosures (1.3); research re: same (.60); correspondence with internal team re: the same (.20). |
| 09/07/2017 | Christian Jensen | 0.40 | Pull and review NextEra objection to motion to reconsider and Debtors' amended complaint and summarize for / circulate to internal team. |
| 09/08/2017 | Brian Glueckstein | 2.20 | Call with G. Galardi (Ropes) re: NextEra claims standing issues (.40); correspondence with A. Dietderich re: same (.20); call with M. McKane (K&E) re: same (.20); meeting with A. Kranzley, V. Ip, N. Menillo and C. Jensen re: NextEra litigation derivative standing and discovery (.70); call with A. Kranzley and C. Jensen re: same (.10); analyze same (.60). |
| 09/08/2017 | Alexa Kranzley | 2.20 | Meeting with B. Glueckstein, V. Ip, N. Menillo and C. |

## Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|---|---|---|---|
| | | | Jensen re: NextEra litigation derivative standing and discovery (.70); meeting with C. Jensen re: same (.20); call with B. Glueckstein and C. Jensen re: same (.10); research re: same (1.2). |
| 09/08/2017 | Veronica Ip | 2.40 | Meeting with B. Glueckstein, A. Kranzley, N. Menillo and C. Jensen re: NextEra litigation derivative standing and discovery (.70); review standing motion and responses to same and research re: same (1.7). |
| 09/08/2017 | Nicholas Menillo | 2.70 | Meeting with B. Glueckstein, A. Kranzley, V. Ip and C. Jensen re: NextEra litigation derivative standing and discovery (.70); review NextEra amended complaint (1.1); draft discovery list of categories of documents (.90). |
| 09/08/2017 | Christian Jensen | 4.30 | Meeting with B. Glueckstein, A. Kranzley, V. Ip and N. Menillo re: NextEra litigation derivative standing and discovery (.70); meeting with A. Kranzley re: same (.20); call with B. Glueckstein and A. Kranzley re: same (.10); meeting with E. Guido re: same (.50); research re: same (2.2); pull and review various NextEra litigation pleadings and summarize for / circulate to internal team (.60). |
| 09/08/2017 | Emma Guido | 5.60 | Meeting with C. Jensen re: NextEra litigation derivative standing (.50); review pleadings re: NextEra litigation derivative standing (2.2); research re: same (2.9). |
| 09/10/2017 | Brian Glueckstein | 1.40 | Review and revise draft discovery requests to NextEra and Debtors (.80); revise draft initial disclosures (.40); correspondence with G. Galardi (Ropes) re: NextEra standing issues. (.10); call with M. McKane (K&E) re: same (.10). |
| 09/10/2017 | Nicholas Menillo | 0.10 | Correspondence with internal team re: discovery issues. |
| 09/10/2017 | Emma Guido | 9.20 | Research re: NextEra litigation issues and summarize for / circulate to A. Kranzley and C. Jensen. |

## Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/11/2017 | Andrew Dietderich | 0.10 | Call with B. Glueckstein re: standing motion issues. |
| 09/11/2017 | Brian Glueckstein | 1.70 | Revise initial disclosures in NextEra litigation (.70); call with M. McKane (K&E) re: standing and related issues (.10); call with A. Dietderich re: standing motion issues (.10); call with V. Ip, N. Menillo and intervenor plaintiffs counsel re: discovery issues (.30); meeting with A. Kranzley, V. Ip and C. Jensen re: NextEra litigation derivative standing joinder (.50). |
| 09/11/2017 | Alexa Kranzley | 1.70 | Meeting with C. Jensen and E. Guido re: NextEra litigation derivative standing research (.60); meeting with B. Glueckstein, V. Ip and C. Jensen re: NextEra litigation derivative standing joinder (.50); review and revise the same (.40); research re: same (.20). |
| 09/11/2017 | Veronica Ip | 4.80 | Call with B. Glueckstein, N. Menillo and intervenor plaintiffs counsel re: written discovery (.30); revise draft document requests to Debtors, document requests to NextEra, interrogatories to Debtors and interrogatories to NextEra (3.3); call with N. Menillo re: document requests to vendors (.40); e-mails with B. Glueckstein re: revisions to draft initial disclosures (.30); meeting with B. Glueckstein, A. Kranzley and C. Jensen re: NextEra litigation derivative standing joinder (.50). |
| 09/11/2017 | Nicholas Menillo | 3.10 | Correspondence with internal team re: comments on Elliott's proposed document requests and interrogatories (1.20); call with B. Glueckstein, V. Ip and intervenor plaintiffs counsel re: written discovery (.30); call with V. Ip re: document requests to vendors (.40); revise draft interrogatories and document requests (.70); revise initial disclosures of UCC (.50). |
| 09/11/2017 | Christian Jensen | 4.20 | Meeting with A. Kranzley and E. Guido re: NextEra litigation derivative standing research (.60); meeting with B. Glueckstein, A. Kranzley and V. Ip re: NextEra litigation derivative standing joinder (.50); draft joinder to motion to intervene (3.1). |

## Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/11/2017 | Emma Guido | 3.70 | Research re: intervenor status in adversary proceeding and circulate same to internal team (3.1); meeting with A. Kranzley and C. Jensen re: NextEra litigation derivative standing research (.60). |
| 09/11/2017 | Oliver Booth | 0.50 | Review V. Ip comments to draft initial disclosures (.20); blackline same and circulate to internal team (.30). |
| 09/12/2017 | Brian Glueckstein | 0.70 | Correspondence with G. Galardi (Ropes) re: standing motion issues (.10); review joinder to motion to intervene (.60). |
| 09/12/2017 | Alexa Kranzley | 2.80 | Review and revise joinder to motion to intervene and motion for derivative standing (1.6); call with V. Ip re: joinder to motion to intervene (.50); follow-up research re: same (.70). |
| 09/12/2017 | Veronica Ip | 1.60 | Compile edits to proposed discovery in connection with NextEra adversary proceeding (.20); communications with B. Glueckstein and Ropes team re: same (.20); review joinder to motion to intervene (.20); call with A. Kranzley re: same (.50); review initial disclosures submitted by all parties in adversary proceeding (.50). |
| 09/12/2017 | Christian Jensen | 0.50 | Revise joinder to motion to intervene. |
| 09/13/2017 | Brian Glueckstein | 4.30 | Call with A. Kranzley re: joinder to motion to intervene (.40); attend meet & confer with NextEra litigation parties (.30); review and revise joinder to motion to intervene (3.6). |
| 09/13/2017 | Alexa Kranzley | 1.90 | Meeting with C. Jensen and E. Guido re: joinder to motion to intervene and derivative standing argument (.20); call with V. Ip, C. Jensen and E. Guido re: statement in support of joinder to motion to intervene (.50); review and revise the same (.40); follow-up discussions with internal team re: same (.40); call with B. Glueckstein re: joinder to motion to intervene (.40). |
| 09/13/2017 | Veronica Ip | 0.80 | Call with A. Kranzley, C. Jensen and E. Guido re: |

## Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | statement in support of joinder to motion to intervene (.50); correspondence with internal team re: the same (.20); e-mails with N. Menillo and T. Markey re: draft notice of service of initial disclosures (.10). |
| 09/13/2017 | Nicholas Menillo | 0.90 | Research re: notice of service and draft correspondence re: same (.20); correspondence with T. Markey re: notice of service for initial disclosures (.10); review and provide comments re: notice of service (.60). |
| 09/13/2017 | Christian Jensen | 0.70 | Meeting with A. Kranzley and E. Guido re: joinder motion to intervene and derivative standing argument. (.20); call with A. Kranzley, V. Ip and E. Guido re: statement in support of joinder of motion to intervene. (.50). |
| 09/13/2017 | Emma Guido | 1.00 | Meeting with A. Kranzley and C. Jensen re: joinder to motion to intervene and derivative standing argument (.20); call with A. Kranzley, V. Ip and C. Jensen re: statement in support of joinder to motion to intervene. (.50); research re: intervention and derivative standing (.30). |
| 09/14/2017 | Andrew Dietderich | 0.40 | Review and revise joinder to motion to intervene. |
| 09/14/2017 | Brian Glueckstein | 1.40 | Review, revise and analyze joinder to motion to intervene (1.1); correspondence with A. Kranzley re: same (.30). |
| 09/14/2017 | Alexa Kranzley | 1.20 | Follow-up with internal team re: joinder to motion to intervene and related issues (.60); review the same (.40); coordinate for filing and service of the same (.20). |
| 09/14/2017 | Christian Jensen | 0.10 | Pull and review Elliott reply to motion to reconsider and circulate to internal team. |
| 09/15/2017 | Brian Glueckstein | 1.80 | Review and analyze discovery timing issues (1.2); correspondence with V. Ip re: same (.20); correspondence with A. Dietderich re: NextEra standing issues (.10); call with A. Kranzley re: |

## Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | NextEra and plan issues (.30). |
| 09/15/2017 | Alexa Kranzley | 1.20 | Review materials re: derivative standing / settlement authority to prepare for hearing (.90); call with B. Glueckstein re: NextEra and plan issues (.30). |
| 09/15/2017 | Veronica Ip | 1.60 | Review discovery schedule and correspondence with internal team re: same. |
| 09/17/2017 | Brian Glueckstein | 0.40 | Prepare for hearing. |
| 09/18/2017 | Alexa Kranzley | 1.70 | Prepare for hearing (1.4); correspondence with B. Glueckstein re: the same (.30). |
| 09/18/2017 | Veronica Ip | 0.90 | Review responses to motion to intervene. |
| 09/18/2017 | Nicholas Menillo | 0.10 | Correspondence with internal team re: discovery timing issues. |
| 09/19/2017 | Brian Glueckstein | 0.70 | Correspondence with A. Kranzley re: hearing update (.10); follow-up work re: same (.30); e-mails with A. Dietderich and A. Kranzley re: hearing issues (.30). |
| 09/19/2017 | Nicholas Menillo | 0.30 | Follow-up work re: omnibus hearing. |
| 09/21/2017 | Alexa Kranzley | 0.20 | Follow-up correspondence with internal team re: NextEra litigation status. |
| 09/22/2017 | Brian Glueckstein | 0.60 | Correspondence with A. Kranzley re: NextEra litigation and E-side plan issues (.30); review and analyze NextEra scheduling issues (.30). |
| 09/25/2017 | Alexa Kranzley | 0.90 | Attend adversary proceeding meet & confer (.50); correspondence with B. Glueckstein re: the same (.30); coordination and preparation re: upcoming status conference (.10). |
| 09/27/2017 | Brian Glueckstein | 0.70 | Review and analyze NextEra litigation stipulation (.30); review NextEra litigation strategy issues (.40). |
| 09/27/2017 | Alexa Kranzley | 0.10 | Follow-up with internal team re: meet & confer and related issues. |
| 09/27/2017 | Veronica Ip | 0.20 | Review and analyze stipulation re: consolidated proceedings. |
| 09/28/2017 | Brian Glueckstein | 0.30 | Review and revise stipulation re: consolidated |

**Project: 00014 - OTHER LITIGATION**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
|      |      |       | proceedings. |
| **Total** |  | **89.30** | |

**Project: 00015 - MEETINGS AND COMMUNICATIONS WITH CREDITORS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/08/2017 | Alexa Kranzley | 0.40 | Draft and send e-mail to UCC members re: upcoming call update and details. |
| 09/11/2017 | Alexa Kranzley | 0.50 | Update call with Committee and advisors (partial attendance). |
| 09/11/2017 | Veronica Ip | 0.60 | Update call with Committee and advisors. |
| 09/11/2017 | Christian Jensen | 0.60 | Update call with Committee and advisors. |
| 09/14/2017 | Alexa Kranzley | 0.50 | E-mail to UCC members re: joinder to motion to intervene (.20); follow-up e-mails with individual UCC members re: the same (.10); call with S. Kazan (UCC) re: same (.20). |
| 09/15/2017 | Alexa Kranzley | 0.20 | E-mail update to UCC members re: upcoming call. |
| 09/19/2017 | Alexa Kranzley | 0.40 | Draft hearing update to UCC members. |
| 09/20/2017 | Alexa Kranzley | 0.20 | E-mail update to UCC members re: upcoming call. |
| 09/22/2017 | Alexa Kranzley | 0.20 | E-mail update to UCC members re: upcoming call. |
| 09/25/2017 | Brian Glueckstein | 0.90 | Prepare for (.30) and update call with Committee and advisors (.30); follow-up meeting with S&C personnel re: same (.30). |
| 09/25/2017 | Alexa Kranzley | 0.60 | Update call with Committee and advisors (.30); follow-up meeting with S&C personnel re: same (.30). |
| 09/25/2017 | Veronica Ip | 0.60 | Update call with Committee and advisors (.30); follow-up meeting with S&C personnel re: same (.30). |
| 09/26/2017 | Christian Jensen | 0.50 | Draft memos to file re: September Committee meetings. |
| 09/28/2017 | Alexa Kranzley | 0.30 | E-mail update to UCC members re: case updates and upcoming call. |
| **Total** | | **6.50** | |

### Project: 00016 - NON-WORKING TRAVEL

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/06/2017 | Brian Glueckstein | 1.10 | Remaining travel from DE to NY. |
| 09/19/2017 | Andrew Dietderich | 3.50 | Remaining travel to and from DE. |
| 09/19/2017 | Alexa Kranzley | 4.40 | Remaining travel to and from DE. |
| **Total** | | **9.00** | |

**Project: 00017 - PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/01/2017 | Brian Glueckstein | 0.20 | Correspondence with internal team re: revisions to disclosure statement and UCC letter to creditors. |
| 09/01/2017 | Alexa Kranzley | 0.30 | E-mails with internal team re: voting indication and related solicitation materials. |
| 09/01/2017 | Christian Jensen | 0.60 | Review TCEH lenders voting indication (.10); revise UCC letter to creditors re: same (.40); e-mails to A. Kranzley and K&E re: same (.10). |
| 09/02/2017 | Alexa Kranzley | 0.10 | E-mails with internal team re: solicitation materials. |
| 09/04/2017 | Brian Glueckstein | 0.30 | Revise draft UCC letter to creditors. |
| 09/05/2017 | Nicholas Menillo | 0.50 | Review amended plan and disclosure statement. |
| 09/05/2017 | Christian Jensen | 2.80 | Pull and review amended plan and disclosure statement and summarize for / circulate to internal team (2.7); pull and review Debtors' response to unexchanged noteholders' objection and summarize for / circulate to internal team (.10). |
| 09/06/2017 | Andrew Dietderich | 0.30 | Review e-mail correspondence re: summary of Sempra transaction. |
| 09/06/2017 | Brian Glueckstein | 0.20 | Call with A. Kranzley re: approved disclosure statement and solicitation issues. |
| 09/06/2017 | Alexa Kranzley | 0.20 | Call with B. Glueckstein re: approved disclosure statement and solicitation issues. |
| 09/06/2017 | Christian Jensen | 0.30 | Pull and review amended disclosure statement approval order and summarize for / circulate to internal team. |
| 09/08/2017 | Oliver Booth | 2.10 | Pull newly filed solicitation documents, compile into binders and circulate to internal team. |
| 09/11/2017 | Andrew Dietderich | 0.10 | Correspondence with B. Glueckstein re: case updates. |
| 09/11/2017 | Alexa Kranzley | 0.30 | Call with K&E re: solicitation and related issues. |
| 09/12/2017 | Alexa Kranzley | 0.20 | Follow-up with K&E re: solicitation and related issues. |
| 09/12/2017 | Oliver Booth | 2.70 | Update internal case calendar and circulate same to |

**Project: 00017 - PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | internal team (1.8); pull relevant retention documents and research mentions of NextEra therein (.90). |
| 09/14/2017 | Oliver Booth | 0.80 | Pull newly filed documents and circulate to internal team (.30); compile binder of same (.50). |
| 09/18/2017 | Oliver Booth | 0.40 | Update case calendar and circulate to internal team. |
| 09/20/2017 | Oliver Booth | 0.60 | Pull, review and circulate hearing transcript. |
| **Total** | | **13.00** | |

**Project: 00019 - TAX**

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| 09/06/2017 | David Hariton | 1.50 | Review E-side plan tax issues. |
| 09/07/2017 | David Hariton | 1.50 | Review E-side plan tax issues. |
| 09/11/2017 | John Hardiman | 0.30 | Correspondence with B. Glueckstein re: E-side plan tax issues. |
| 09/18/2017 | Brian Glueckstein | 0.40 | Call with K. Wofford (Ropes) re: Vistra tax dispute (.20); follow-up with A. Dietderich re: same (.20). |
| 09/19/2017 | John Hardiman | 0.30 | Call with B. Glueckstein re: Vistra tax dispute. |
| 09/19/2017 | Andrew Dietderich | 0.50 | Correspondence with B. Glueckstein re: Vistra tax dispute (.30); e-mail correspondence with J. Rosenbaum (Elliott) re: same (.20). |
| 09/19/2017 | Brian Glueckstein | 0.30 | Call with J. Hardiman re: Vistra tax dispute. |
| 09/20/2017 | David Hariton | 4.90 | Research and review of relevant materials re: Vistra tax dispute (4.0); call with A. Dietderich, B. Glueckstein and A. Kranzley re: Vistra tax dispute and related strategy (.50); call with J. Rosenbaum (Elliott), A. Dietderich and A. Kranzley re: Vistra tax dispute and related issues (.40). |
| 09/20/2017 | Andrew Dietderich | 0.90 | Call with D. Hariton, B. Glueckstein and A. Kranzley re: Vistra tax dispute and related strategy (.50); call with J. Rosenbaum (Elliott), D. Hariton and A. Kranzley re: Vistra tax dispute and related issues (.40). |
| 09/20/2017 | Brian Glueckstein | 0.50 | Call with D. Hariton, A. Dietderich and A. Kranzley re: Vistra tax dispute and related strategy. |
| 09/20/2017 | Alexa Kranzley | 0.90 | Call with D. Hariton, A. Dietderich and B. Glueckstein re: Vistra tax dispute and related strategy (.50); call with J. Rosenbaum (Elliott), A. Dietderich and D. Hariton re: Vistra tax dispute and related issues (.40). |
| 09/21/2017 | David Hariton | 9.00 | Call with Elliott and Ropes teams re: Vistra tax dispute issues and follow-up correspondence with internal team re: the same (1.5); call with K&E team re: Vistra tax dispute and strategy issues (.50); review tax matters agreement and relevant provisions (1.4); call |

**Project: 00019 - TAX**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | with A. Dietderich, B. Glueckstein and A. Kranzley re: Vistra tax dispute and strategy issues (1.0); call with A. Dietderich re: E-side plan tax issues (.50); follow-up work re: the same (.30); review materials re: Vistra tax dispute (2.0); discussion with A. Kranzley re: same (.20); call with S. Rosow (Proskauer) re: E-side plan tax issues (.50); call with D. Korb re: re IRS procedural issues (.40); follow-up work re: the same (.10). |
| 09/21/2017 | Andrew Dietderich | 3.90 | Call with D. Hariton, B. Glueckstein and A. Kranzley re: Vistra tax dispute and strategy issues (1.4); review and analyze applicable provisions of TSA (.40); e-mail correspondence with Elliott representatives re: same (.20); correspondence with debtor representatives re: same (.10); call with K. Wofford (Ropes) and G. Galardi (Ropes) re: standing and other issues (.70); call with D. Hariton re: E-side plan tax issues (.50); review tax sharing agreement provisions and related notes (.60); review and analyze applicable provisions of tax sharing agreement (.40); e-mail correspondence with Elliott representatives re: same (.20); correspondence with debtor representatives re: same (.10). |
| 09/21/2017 | Brian Glueckstein | 2.40 | Call with A. Dietderich, D. Hariton and A. Kranzley re: Vistra tax dispute and strategy issues (1.4); follow-up call with A. Kranzley re: same (.20); analyze same (.80). |
| 09/21/2017 | Donald Korb | 0.40 | Call with D. Hariton re: IRS procedural issues. |
| 09/21/2017 | Alexa Kranzley | 1.80 | Call with A. Dietderich, D. Hariton and B. Glueckstein re: Vistra tax dispute and related strategy issues (1.4); follow-up call with B. Glueckstein re: same (.20); discussion with D. Hariton re: Vistra tax dispute (.20). |
| 09/22/2017 | David Hariton | 9.40 | Call with S. Rosow re: E-side plan tax issues (Proskauer) (.80); review Vistra tax dispute materials (2.5); call with the IRS re: Vistra tax dispute issues (1.0); follow-up correspondence with internal team re: |

**Project: 00019 - TAX**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | same (.80); research re: same (3.0); call with Elliott re: same (1.3). |
| 09/22/2017 | Alexa Kranzley | 0.20 | Correspondence with D. Hariton re: Vistra tax dispute issues. |
| 09/25/2017 | David Hariton | 2.00 | Research re: Vistra tax dispute issues (.50); review case law re: Vistra tax dispute (.50); review submitted materials re: Vistra tax dispute (1.0). |
| 09/27/2017 | David Hariton | 5.70 | Call with A. Sexton (K&E) re: Vistra tax dispute issues (.80); review and analyze new 168(K)(G) issue (.80); review materials re: Vistra tax dispute (2.0); correspondence with internal team re: Vistra tax dispute (1.3); call with S. Rosow (Proskauer) re: Vistra tax dispute (.80). |
| 09/27/2017 | Alexa Kranzley | 0.10 | Correspondence with internal team re: Vistra tax dispute. |
| 09/28/2017 | David Hariton | 3.50 | Review TMA for allocation of benefit of tradeoff between AMT credit acceleration and bonus depreciation under tax matters agreement (3.0); draft related proposal to K&E (.50). |
| 09/29/2017 | David Hariton | 7.70 | Correspondence with Elliott and internal team re: Vistra tax dispute issues (1.1); correspondence with Elliott re: settlement options (.40); correspondence with K&E re: settlement options (.40); correspondence internal team re: settlement options (.30); review and analyze materials re: IRS ruling (1.0); correspondence with internal team re: same (.30); call with Ropes re: settlement timing issues (.80); review materials re: Vistra tax dispute (.80); review Proskauer demand letter and draft response to same (2.6). |
| 09/29/2017 | Brian Glueckstein | 0.70 | Review and analyze correspondence re: Vistra tax dispute (.30); review Vistra tax dispute strategy issues (.40). |
| 09/30/2017 | Andrew Dietderich | 1.70 | Review e-mail summaries of tax issues and tax matters |

**Project: 00019 - TAX**

| Date | Name | Hours | Description |
|------|------|------:|-------------|
|  |  |  | agreement provisions re: same (1.5); correspondence with internal team re: upcoming call (.20) |
| 09/30/2017 | Brian Glueckstein | 0.60 | Review correspondence between Elliott counsel and internal team re: Vistra tax dispute issues (.30); analyze same (.30). |
| **Total** |  | **61.10** |  |

**Project: 00021 - DISCOVERY**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/18/2017 | Sean Whalen | 0.60 | Prepare NextEra written discovery material binders per request of T. Markey. |
| **Total** | | **0.60** | |

**Project: 00022 - HEARINGS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 09/06/2017 | Brian Glueckstein | 2.60 | Prepare for (1.7) and attend Sempra merger agreement hearing (.90). |
| 09/06/2017 | Alexa Kranzley | 0.70 | Appear telephonically for Sempra merger agreement hearing (partial attendance). |
| 09/19/2017 | Andrew Dietderich | 2.00 | Attend omnibus hearing. |
| 09/19/2017 | Alexa Kranzley | 2.10 | Prepare for (.10) and attend omnibus hearing (2.0). |
| 09/27/2017 | Brian Glueckstein | 1.30 | Prepare for (.60) and attend NextEra status conference (.70). |
| **Total** | | **8.70** | |

**Project: 00029 - TIME ENTRY REVIEW**

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| 09/06/2017 | Rockia Coulibaly | 2.70 | Review and revise August time entries. (no charge) |
| 09/11/2017 | Rockia Coulibaly | 2.20 | Review and revise August time entries. (no charge) |
| 09/12/2017 | Rockia Coulibaly | 1.30 | Review and revise August time entries. (no charge) |
| 09/14/2017 | Oliver Booth | 3.90 | Review and revise August time entries. (no charge) |
| 09/15/2017 | Oliver Booth | 2.70 | Review and revise August time entries. (no charge) |
| 09/18/2017 | Oliver Booth | 1.80 | Review and revise August time entries. (no charge) |
| **Total** | | **14.60** | |

### Project: 00006 - BUSINESS OPERATIONS

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/23/2017 | Christian Jensen | 0.10 | Pull and review monthly operating report and circulate to Guggenheim and AlixPartners. |
| **Total** | | **0.10** | |

**Project: 00011 - EMPLOYMENT AND FEE APPLICATIONS (S&C)**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/02/2017 | Alexa Kranzley | 0.10 | Follow-up with internal team re: September fee application. |
| 10/09/2017 | Alexa Kranzley | 0.60 | Review ninth interim time entries for confidentiality. |
| 10/10/2017 | Alexa Kranzley | 0.70 | Review September monthly time entries for confidentiality. |
| 10/12/2017 | Alexa Kranzley | 0.20 | Follow-up with internal team re: September fee applications. |
| 10/13/2017 | Alexa Kranzley | 0.10 | Follow-up with internal team re: September fee applications. |
| 10/13/2017 | Rockia Coulibaly | 0.80 | Draft August fee application certificate of no objection and correspondence re: the same. |
| 10/16/2017 | Alexa Kranzley | 0.10 | Follow-up with internal team re: September fee application. |
| 10/17/2017 | Alexa Kranzley | 0.90 | Review ninth interim time entries for confidentiality. |
| 10/18/2017 | Alexa Kranzley | 0.60 | Review ninth interim time entries for confidentiality. |
| 10/18/2017 | Oliver Booth | 3.30 | Draft ninth interim fee application. |
| 10/19/2017 | Alexa Kranzley | 1.20 | Review and revise ninth interim fee application. |
| 10/19/2017 | Oliver Booth | 1.30 | Review and revise ninth interim fee application. |
| 10/20/2017 | Alexa Kranzley | 0.50 | Review September fee application (.30) and correspondence with internal team re: the same (.20). |
| 10/20/2017 | Oliver Booth | 2.90 | Review and revise ninth interim fee application. |
| 10/20/2017 | Rockia Coulibaly | 1.40 | Draft and revise September fee application (1.0); correspondence with internal team re: the same (.40) |
| 10/23/2017 | Alexa Kranzley | 0.50 | Review ninth interim time entries for confidentiality. |
| 10/23/2017 | Oliver Booth | 1.70 | Review and revise ninth interim fee application. |
| 10/25/2017 | Alexa Kranzley | 1.30 | Review and revise ninth interim fee application. |
| 10/25/2017 | Oliver Booth | 1.60 | Review and revise ninth interim fee application. |
| 10/26/2017 | Alexa Kranzley | 0.70 | Review and revise ninth interim fee application. |
| 10/26/2017 | Rockia Coulibaly | 1.50 | Review and revise ninth interim fee application. |

**Project: 00011 - EMPLOYMENT AND FEE APPLICATIONS (S&C)**

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| 10/27/2017 | Oliver Booth | 1.20 | Review and revise ninth interim fee application. |
| 10/30/2017 | Alexa Kranzley | 0.10 | Follow-up with internal team re: ninth interim fee application. |
| **Total** | | **23.30** | |

**Project: 00014 - OTHER LITIGATION**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/02/2017 | Christian Jensen | 0.10 | Pull and review hearing agenda re: motion to enforce TCEH confirmation order. |
| 10/03/2017 | John Hardiman | 0.50 | Review Judge Sontchi opinion re: break fee reconsideration. |
| 10/03/2017 | Alexa Kranzley | 0.50 | Review Judge Sontchi opinion re: break fee reconsideration. |
| 10/03/2017 | Nicholas Menillo | 0.40 | Review Judge Sontchi opinion re: break fee reconsideration. |
| 10/03/2017 | Christian Jensen | 0.30 | Pull and review Judge Sontchi opinion re: break fee reconsideration and circulate to internal team. |
| 10/03/2017 | Timothy Markey | 2.20 | Research issues re: NextEra termination fee appeal. |
| 10/04/2017 | Veronica Ip | 1.50 | Review Judge Sontchi opinion re: break fee reconsideration (.70); review and analyze research and memo re: NextEra termination fee appeal (.80). |
| 10/04/2017 | Timothy Markey | 4.30 | Research issues re: NextEra termination fee appeal (2.9); draft memo re: the same (1.4). |
| 10/09/2017 | Alexa Kranzley | 0.20 | Review issues re: proposed orders to motion to reconsider. |
| 10/10/2017 | Alexa Kranzley | 0.30 | Review issues re: proposed orders to motion to reconsider. |
| 10/10/2017 | Christian Jensen | 0.40 | Pull and review proposed orders to motion to reconsider and summarize for / circulate to internal team. |
| 10/13/2017 | Alexa Kranzley | 0.30 | Review letters re: reconsideration order. |
| 10/13/2017 | Christian Jensen | 0.40 | Pull and review TXU litigant motion for reconsideration and summarize for / circulate to A. Kranzley (.10); pull and review letters to Court re: reconsideration order and summarize for / circulate to internal team (.30). |
| 10/17/2017 | Alexa Kranzley | 0.20 | Review entered order re: motion to reconsider. |
| 10/18/2017 | Alexa Kranzley | 0.40 | Review entered order re: motion to consider. |

**Project: 00014 - OTHER LITIGATION**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/25/2017 | Timothy Markey | 5.60 | Review debtors' production for board materials and other documents of interest (3.4); draft written summary of all documents included in production (2.2). |
| 10/30/2017 | Alexa Kranzley | 0.10 | Review notice of appeal to motion to reconsider order. |
| **Total** | | **17.70** | |

**Project: 00015 - MEETINGS AND COMMUNICATIONS WITH CREDITORS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/02/2017 | Alexa Kranzley | 0.10 | E-mail to UCC members re: case updates. |
| 10/03/2017 | Alexa Kranzley | 0.50 | Follow-up with K&E and Epiq re: balloting issues (.20); follow-up with creditors re: outstanding ballot issues (.30). |
| 10/04/2017 | Alexa Kranzley | 0.70 | Follow-up with creditors re: outstanding ballot issues (.40); update P. Tinkham (UCC) re: voting update (.30). |
| 10/04/2017 | Jeannette Bander | 0.50 | E-mails with C. Jensen re: question from retiree re: pensions (.10); review related correspondence re: the same (.40). |
| 10/04/2017 | Christian Jensen | 0.80 | Call with J. Reichle (pension creditor) re: payments (.10); e-mails and calls with Debtors' counsel re: same (.20); review docket re: pension and non-qualified benefit plan orders (.50). |
| 10/06/2017 | Alexa Kranzley | 0.20 | E-mail updated to UCC members re: upcoming call. |
| 10/09/2017 | Brian Glueckstein | 1.10 | Prepare for (.30) and update call with Committee and advisors (partial attendance, .60); follow-up meeting with S&C personnel re: same (.20). |
| 10/09/2017 | Alexa Kranzley | 0.80 | Update call with Committee and advisors (.60); follow-up meeting with S&C personnel re: same (.20). |
| 10/09/2017 | Veronica Ip | 0.80 | Update call with Committee and advisors (.60); follow-up meeting with S&C personnel re: same (.20). |
| 10/09/2017 | Christian Jensen | 0.80 | Update call with Committee and advisors (.60); follow-up meeting with S&C personnel re: same (.20). |
| 10/11/2017 | Alexa Kranzley | 0.20 | Follow-up correspondence with UCC members re: plan related questions. |
| 10/20/2017 | Alexa Kranzley | 0.20 | E-mail update to UCC members re: upcoming call. |
| 10/23/2017 | Brian Glueckstein | 0.80 | Prepare for (.30) and update call with Committee and advisors (.30); follow-up meeting with S&C personnel re: same (.20). |
| 10/23/2017 | Alexa Kranzley | 0.50 | Update call with Committee and advisors (.30); follow-up meeting with S&C personnel re: same (.20). |

**Project: 00015 - MEETINGS AND COMMUNICATIONS WITH CREDITORS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/23/2017 | Veronica Ip | 0.50 | Update call with Committee and advisors (.30); follow-up meeting with S&C personnel re: same (.20). |
| 10/23/2017 | Christian Jensen | 0.50 | Update call with Committee and advisors (.30); follow-up meeting with S&C personnel re: same (.20). |
| 10/30/2017 | Alexa Kranzley | 0.30 | Follow-up with internal team re: outstanding creditor questions on plan and plan supplement. |
| **Total** | | **9.30** | |

**Project: 00017 - PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/04/2017 | Alexa Kranzley | 0.20 | Correspondence with K&E re: voting update. |
| 10/04/2017 | Christian Jensen | 0.40 | Pull and review Sempra-Oncor press release and web presentation and summarize for / circulate to B. Glueckstein and A. Kranzley. |
| 10/09/2017 | Oliver Booth | 0.30 | Review and revise internal case calendar and circulate same to internal team. |
| 10/11/2017 | Christian Jensen | 0.10 | Pull and review motion to close T-side cases and summarize for / circulate to B. Glueckstein and A. Kranzley. |
| 10/16/2017 | Alexa Kranzley | 0.20 | Review correspondence re: E-side plan issues. |
| 10/17/2017 | Alexa Kranzley | 0.20 | Correspondence with Guggenheim re: cash and plan issues. |
| 10/20/2017 | Alexa Kranzley | 0.50 | E-mail exchanges with internal team re: plan supplement (.20); internal correspondence re: Elliott and Sempra plan issues (.30) |
| 10/21/2017 | Christian Jensen | 0.30 | Pull and review plan supplement and summarize for / circulate to internal team. |
| 10/23/2017 | Andrew Dietderich | 0.60 | Review Elliott letters re: Oncor dividend issue (.50); e-mails to B. Glueckstein re: the same (.10). |
| 10/23/2017 | Alexa Kranzley | 0.20 | Follow-up with internal team re: plan supplement and related issues. |
| 10/23/2017 | Veronica Ip | 0.20 | Communications with internal team re: Debtors' productions and search for board materials. |
| 10/23/2017 | Christian Jensen | 0.20 | Pull and review plan supplement cash distribution exhibits and summarize for / circulate to Guggenheim. |
| 10/23/2017 | Oliver Booth | 0.90 | Review and revise internal case calendar and circulate same to internal team. |
| 10/24/2017 | Alexa Kranzley | 0.20 | Follow-up with K&E and internal team re: voting issues. |
| 10/24/2017 | Christian Jensen | 1.20 | Review Elliott letters re: Oncor dividend issue. |
| 10/25/2017 | Veronica Ip | 0.30 | E-mails with T. Markey re: Debtors' productions. |

## Project: 00017 - PLAN AND DISCLOSURE STATEMENT

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/27/2017 | Brian Glueckstein | 0.30 | Review correspondence from G. Galardi (Ropes) re: Oncor dividend issue (.20); follow-up with A. Kranzley and C. Jensen re: same (.10). |
| 10/27/2017 | Alexa Kranzley | 0.10 | Follow-up with K&E re: voting tabulation. |
| 10/27/2017 | Christian Jensen | 2.10 | Prepare summary re: Oncor dividend issue (1.9); pull and review preliminary plan objections (.20). |
| 10/30/2017 | Alexa Kranzley | 0.60 | Review plan supplement (.30); review filed objections and reservations of rights to plan (.30). |
| 10/30/2017 | Christian Jensen | 1.90 | Review retained causes of action filed with plan supplement and compare with previous plan (1.1); pull and review preliminary plan objections and notices of intent to participate in plan confirmation and summarize for / circulate to internal team (.80). |
| 10/30/2017 | Oliver Booth | 1.10 | Review retained causes of action and arrange for blacklines of same (.90); review blacklines and circulate to internal team (.20). |
| 10/31/2017 | Alexa Kranzley | 0.30 | Review plan objections and reservations of rights and analyze related issues. |
| **Total** | | **12.40** | |

**Project: 00019 - TAX**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/01/2017 | David Hariton | 3.00 | Draft follow-up email reply to Proskauer (1.0); further preparation and coordination with Ropes team (.50); call with A. Dietderich and Elliott advisors (.80); coordination with internal team (.70). |
| 10/01/2017 | Andrew Dietderich | 1.10 | Call with D. Hariton and Elliott advisors re: Vistra tax issues (.80); analyze follow-up correspondence (.30) |
| 10/01/2017 | Brian Glueckstein | 0.60 | Correspondence with S&C and Elliott teams re: Vistra tax dispute issues. |
| 10/02/2017 | David Hariton | 1.50 | Review revised letter from Proskauer to Vistra (1.0); correspondence with Ropes, Elliott and internal team re: Vistra tax dispute issues (.50). |
| 10/02/2017 | Brian Glueckstein | 0.30 | Review and analyze correspondence re: Vistra tax dispute issues. |
| 10/03/2017 | David Hariton | 2.00 | Correspondence with B. Glueckstein and A. Dietderich re: Vistra tax dispute issues (1.0); discussion with S. Rosow (Proskauer) re: vista tax dispute issues (.50); correspondence with A. Dietderich re: Vistra tax dispute issues (.50). |
| 10/03/2017 | Brian Glueckstein | 0.60 | Review and analyze strategy correspondence re: Vistra tax issues. |
| 10/04/2017 | David Hariton | 3.70 | E-mails with internal team re: Vistra tax dispute issues (1.0); call with Ropes team re: same (1.0); discussion with J. Graybill re: research re: Vistra tax dispute issues (.30); follow-up work re: the same (.10); call with Proskauer team re: timing issues (1.0); review follow-up letters from Paul Weiss and Ropes re: timing and relief (.30). |
| 10/04/2017 | Joshua Graybill | 6.70 | Research re: Vistra tax dispute issues (5.1); discussion with D. Hariton re: same (.30); draft notes re: same (1.3). |
| 10/05/2017 | David Hariton | 3.80 | Correspondence with team re: Vistra tax dispute issues (.30); correspondence with J. Graybill re: research re: Vistra tax dispute issues (.50); call with B. Glueckstein re: Vistra tax issues and strategy (.50); |

**Project: 00019 - TAX**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | follow-up re: same (.50); review of M. Thomas (Proskauer) response to L. Arnaboldi (Ropes) re: draft complaint (1.0); review and e-mail materials to Proskauer: draft complaint (.50); e-mails with internal team re: L. Arnaboldi (Ropes) re: correspondence with accounting firm (.50). |
| 10/05/2017 | Brian Glueckstein | 1.00 | Call with D. Hariton re: Vistra tax issues and strategy (.50); call with J. Rosenbaum (Elliott) re: same (.10); review correspondence re: same (.40). |
| 10/05/2017 | Joshua Graybill | 3.10 | Draft e-mails to counsel re: Vistra tax dispute issues (1.1); research re: extension availability issues (1.3); correspondence with D. Hariton re: same (.50); draft e-mail to D. Hariton re: procedures for requesting extension (.20). |
| 10/06/2017 | David Hariton | 0.50 | Correspondence with internal team re: Vistra tax dispute issues. |
| 10/06/2017 | Andrew Dietderich | 0.40 | Review D. Hariton correspondence with M. Thomas (Proskauer) re: Vistra tax dispute issues. |
| 10/08/2017 | Brian Glueckstein | 0.90 | Review and analyze correspondence from D. Hariton, Elliott and EFH re: Vistra tax dispute issues. |
| 10/09/2017 | David Hariton | 9.60 | Review Proskauer complaint (2.0); review Elliott complaint (1.0); call with B. Glueckstein re: Vistra tax issues (.20); prep and follow-up with Paul Weiss (.80); calls and correspondence with Elliot re: tax strategy (1.0); review and correspondence with internal team re: Vistra tax strategy (1.0); draft instruction language for accountant (1.0); review Elliot injunction documents (1.0); review Proskauer e-mail correspondence (.50); call with S. Rosow (Proskauer) re: 5452 filing and Vistra filing request (.80); follow-up with internal team re: same (.30). |
| 10/09/2017 | Andrew Dietderich | 1.30 | Review D. Hariton e-mail correspondence with Proskauer and Ropes re: Vistra tax dispute issues and related pleadings. |

**Project: 00019 - TAX**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/09/2017 | Brian Glueckstein | 1.10 | Call with D. Hariton re: Vistra tax issues (.20); call with G. Galardi (Ropes) re: Vistra tax dispute issues (.30); review correspondence re: same (.60). |
| 10/09/2017 | Alexa Kranzley | 0.40 | Review correspondence re: potential tax adversary proceeding and follow-up work on related issues. |
| 10/10/2017 | David Hariton | 5.10 | Call with S. Rosow (Proskauer) re: tax matters agreement issues (.80); call with S. Rosow (Proskauer) and L. Arnaboldi (Ropes) re: Vistra tax dispute issues (.80); call with L. Arnaboldi (Ropes) re: same (.50); follow-up call with S. Rosow (Proskauer) and L. Arnaboldi (Ropes) re: same (.50); correspondence with internal team re: same (.50); review Proskauer complaint (1.5); review e-mail from L. Arnaboldi (Ropes) re: Vistra tax dispute issues (.50). |
| 10/10/2017 | Brian Glueckstein | 1.70 | Call with R. Pedone (Nixon) re: Vistra tax dispute issues (.40); calls with A. Kranzley re: Vistra tax dispute (.20); review and analyze documents re: same (1.1). |
| 10/10/2017 | Alexa Kranzley | 0.20 | Calls with B. Glueckstein re: Vistra tax dispute. |
| 10/10/2017 | Christian Jensen | 0.30 | Pull and review various Vistra tax dispute pleadings and summarize for / circulate to internal team. |
| 10/10/2017 | Joshua Graybill | 0.40 | Follow-up research re: corporate tax return filing. |
| 10/11/2017 | David Hariton | 1.80 | Review e-mails and correspondence with internal team re: Vistra tax dispute (.80); review final documents re: same (1.0). |
| 10/11/2017 | Andrew Dietderich | 0.40 | Review e-mails re: Vistra tax dispute (.30); correspondence with B. Glueckstein and D. Hariton re: the same (.10). |
| 10/11/2017 | Brian Glueckstein | 1.80 | Calls with A. Kranzley re: Vistra tax dispute (.20); correspondence with A. Dietderich re: same (.10); call with M. Thomas (Proskauer) re: Vistra tax dispute issues (.40); review pleadings and analyze Vistra tax dispute issues (1.1). |

**Project: 00019 - TAX**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/11/2017 | Alexa Kranzley | 2.70 | Call with N. Menillo re: motion to intervene in Vistra adversary proceeding (.10); call with N. Menillo and C. Jensen re: motion to intervene in Vistra adversary proceeding (.30); review filed pleadings (.70); draft motion to intervene (1.4); calls with B. Glueckstein re: Vistra tax dispute (.20). |
| 10/11/2017 | Nicholas Menillo | 0.80 | Review materials re: motion to intervene in Vistra adversary proceeding (.30); draft correspondence re: same (.10); call with A. Kranzley re: motion to intervene in Vistra adversary proceeding (.10); call with A. Kranzley and C. Jensen re: motion to intervene in Vistra adversary proceeding (.30). |
| 10/11/2017 | Christian Jensen | 0.80 | Call with A. Kranzley and N. Menillo re: motion to intervene in Vistra adversary proceeding (.30); pull and review various Vistra adversary proceeding filings and summarize for / circulate internal team (.50). |
| 10/11/2017 | Oliver Booth | 4.90 | Compile binders of filed Vistra dispute documents and circulate to internal team. |
| 10/12/2017 | David Hariton | 4.80 | Review M. Thomas (Proskauer) proposed order (1.7); draft response to the same (.70); review correspondence with M. Thomas (Proskauer) re: same (.50); calls with B. Glueckstein re: Vistra hearing issues (.90); review correspondence re: M. Thomas (Proskauer) proposed order (1.0). |
| 10/12/2017 | Andrew Dietderich | 0.90 | Review pleadings (.40); call with B. Glueckstein re: Vistra hearing and Vistra tax dispute issues (.50). |
| 10/12/2017 | Brian Glueckstein | 6.10 | Call with A. Dietderich re: Vistra hearing and Vistra tax dispute issues (.50); multiple calls with A. Kranzley re: same (.80); multiple calls with D. Hariton re: Vistra hearing issues (.90); review and analyze filed Vistra dispute documents (1.8); review and analyze draft stipulation on Vistra tax dispute process (.60); prepare for Vistra hearing (1.3); call with M. Thomas (Proskauer) re: Vistra hearing issues (.20). |
| 10/12/2017 | Alexa Kranzley | 2.80 | Continue to draft, review and revise motion to |

**Project: 00019 - TAX**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | intervene and related pleadings (2.0); multiple calls with B. Glueckstein re: Vistra hearing and Vistra tax dispute issues (.80). |
| 10/12/2017 | Nicholas Menillo | 2.10 | Call with C. Jensen re: motion to intervene (.10); review and revise motion to intervene (2.0). |
| 10/12/2017 | Christian Jensen | 4.10 | Review and revise motion to intervene (3.7); call with N. Menillo re: same; pull and review various filings re: same and summarize for / circulate to internal team (.30). |
| 10/13/2017 | David Hariton | 6.50 | Multiple calls with B. Glueckstein re: Vistra tax dispute and stipulation issues (.70); follow-up work re: the same (.30); review M. Thomas (Proskauer) correspondence and solicitations and further analysis (1.0); review Vistra motion in opposition to the TRO (2.0); correspondence with B. Glueckstein re: draft of instruction (.50); research and follow-up work re: accountant inquiries (1.0); draft accountant instructions (1.0). |
| 10/13/2017 | Andrew Dietderich | 0.90 | Review pleadings (.40); call with B. Glueckstein re: Vistra hearing and Vistra tax dispute issues (.50). |
| 10/13/2017 | Brian Glueckstein | 4.80 | Call with A. Dietderich re: Vistra hearing and Vistra tax dispute issues (.50); multiple calls with D. Hariton re: Vistra tax dispute and stipulation issues (.70); review correspondence re: same (.20); review D. Hariton draft accountant instructions (.20); prepare for Vistra hearing (1.8); discussions with Elliott and Vistra counsel re: stipulation issues (.30); call with M. Thomas (Proskauer) re: Vistra tax dispute issues (.40); follow-up work re: same (.70). |
| 10/13/2017 | Alexa Kranzley | 1.70 | Review and revise motion to intervene and related pleadings. |
| 10/13/2017 | Joshua Graybill | 0.30 | Review Vistra tax dispute issues. |
| 10/13/2017 | Oliver Booth | 1.50 | Pull filed Vistra tax dispute document and circulate to internal team. |

**Project: 00019 - TAX**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/16/2017 | David Hariton | 1.30 | Review re: liquidity trust issues (.50); research re: realization issues (.50); call with A. Sexton (K&E) re: Vistra tax dispute issues (.30). |
| 10/16/2017 | Andrew Dietderich | 0.20 | Review Judge Sontchi opinion re: Vistra tax dispute issues. |
| 10/16/2017 | M. John Jo | 1.80 | Research re: liquidity trust issues. |
| 10/17/2017 | David Hariton | 1.00 | Discussion with L. Arnaboldi (Ropes) re: accountant instructions and related issues (.50); review L. Arnaboldi (Ropes) proposal re: accountant instructions (.50). |
| 10/18/2017 | David Hariton | 0.50 | Discussion with S. Rosow (Proskauer) re: accountant instructions and related issues. |
| 10/20/2017 | David Hariton | 0.80 | Review and draft names of accountants (.50); call with R. Corn (Proskauer) re: accounting instructions (.30). |
| 10/26/2017 | Andrew Mason | 1.50 | Call with D. Hariton and clients re: potential arbitors (1.0); follow-up discussion D. Hariton re: same (.50). |
| 10/26/2017 | David Hariton | 2.00 | Call with A. Mason and clients re: potential arbitors (1.0); follow-up discussion A. Mason re: same (.50); call with L. Arnaboldi (Ropes) re: earnings issues(.50). |
| 10/27/2017 | David Hariton | 1.00 | Call with L. Arnaboldi (Ropes) re: accountant issues. |
| **Total** | | **109.10** | |

**Project: 00021 - DISCOVERY**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/13/2017 | Ralph Grullon | 0.10 | Review Epiq invoice for approval. |
| **Total** | | **0.10** | |

**Project: 00022 - HEARINGS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/02/2017 | Alexa Kranzley | 0.10 | Coordinate attendance at upcoming hearing with internal team. |
| 10/03/2017 | Alexa Kranzley | 0.10 | Review hearing summary from C. Jensen. |
| 10/03/2017 | Christian Jensen | 1.20 | Teleconference with court re: motion to enforce TCEH confirmation order (1.1); draft summary re: same and circulate same to A. Kranzley (.10). |
| 10/12/2017 | Brian Glueckstein | 0.40 | Teleconference with Court re: Vistra tax dispute and TRO hearing. |
| 10/13/2017 | Brian Glueckstein | 1.40 | Attend Vistra hearing. |
| **Total** | | **3.20** | |

**Project: 00029 - TIME ENTRY REVIEW**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 10/09/2017 | Rockia Coulibaly | 2.30 | Review and revise September time entries. (no charge) |
| 10/12/2017 | Oliver Booth | 4.90 | Review and revise ninth interim time entries. (no charge) |
| 10/12/2017 | Rockia Coulibaly | 2.70 | Review and revise September time entries. (no charge) |
| 10/13/2017 | Oliver Booth | 4.90 | Review and revise September time entries (1.8); review and revise ninth interim time entries (3.1). (no charge) |
| 10/16/2017 | Oliver Booth | 3.80 | Review and revise ninth interim time entries. (no charge) |
| 10/17/2017 | Oliver Booth | 1.30 | Review and revise ninth interim time entries. (no charge) |
| 10/17/2017 | Rockia Coulibaly | 2.00 | Review and revise September time entries. (no charge) |
| 10/19/2017 | Oliver Booth | 2.30 | Review and revise ninth interim time entries. (no charge) |
| **Total** | | **24.20** | |

**Project: 00006 - BUSINESS OPERATIONS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/30/2017 | Christian Jensen | 0.10 | Pull and review monthly operating report and circulate to Guggenheim/ AlixPartners. |
| **Total** | | **0.10** | |

**Project: 00011 - EMPLOYMENT AND FEE APPLICATIONS (S&C)**

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| 11/01/2017 | Alexa Kranzley | 0.20 | Review proposed interim compensation order (.10) and correspondence with fee committee re: the same (.10). |
| 11/02/2017 | Alexa Kranzley | 0.20 | Correspondence with internal team re: ninth interim fee application. |
| 11/03/2017 | Alexa Kranzley | 0.60 | Review and revise ninth interim fee application and coordinate for filing and service. |
| 11/03/2017 | Oliver Booth | 2.10 | Review and revise ninth interim fee application. |
| 11/03/2017 | Rockia Coulibaly | 0.20 | Review ninth interim fee application filings and upload to Box.com. |
| 11/06/2017 | Alexa Kranzley | 0.10 | Follow-up with internal team re: ninth interim fee application. |
| 11/15/2017 | Alexa Kranzley | 0.20 | Follow-up with internal team re: September fee application certificate of no objection. |
| 11/17/2017 | Alexa Kranzley | 0.50 | Review October time entries for confidentiality. |
| 11/20/2017 | Alexa Kranzley | 0.30 | Review and revise October fee application. |
| 11/20/2017 | Rockia Coulibaly | 1.70 | Draft and revise October fee application and notice. |
| 11/21/2017 | Alexa Kranzley | 0.30 | Coordinate for filing and service of October fee application. |
| 11/21/2017 | Rockia Coulibaly | 0.80 | Revise October fee application and correspondence with internal team re: the same. |
| 11/22/2017 | Rockia Coulibaly | 0.10 | Compile and upload October fee application filing materials to Box.com. |

| **Total** | | **7.30** | |

## Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/10/2017 | Christian Jensen | 0.10 | Pull and review certification of third circuit appeal and supplemental statement and circulate to internal team. |
| 11/17/2017 | Brian Glueckstein | 0.60 | Call with Elliott re: fee committee issues (.40); follow-up correspondence with A. Kranzley re: same (.10); follow-up correspondence with A. Dietderich re: same (.10). |
| 11/17/2017 | Alexa Kranzley | 0.30 | Correspondence with B. Glueckstein re: fee committee issues. |
| 11/17/2017 | Christian Jensen | 0.20 | Review motion for contempt and summarize same for A. Kranzley. |
| 11/18/2017 | Christian Jensen | 0.20 | Review NextEra motion to stay reconsideration order and summarize for A. Kranzley. |
| 11/21/2017 | Brian Glueckstein | 0.60 | Review fee committee issues (.40); correspondence with A. Dietderich re: same (.20). |
| 11/22/2017 | Andrew Dietderich | 0.60 | Call with B. Glueckstein re: fee committee issues (.20); call with B. Glueckstein and R. Gitlin (Gitlin & Co) re: fee committee issues (.40). |
| 11/22/2017 | Brian Glueckstein | 1.00 | Call with A. Dietderich re: fee committee issues (.20); call with A. Dietderich and R. Gitlin (Gitlin & Co) re: fee committee issues (.40); call with A. Kranzley re: same (.40). |
| 11/22/2017 | Alexa Kranzley | 0.40 | Call with B. Glueckstein re: fee committee issues. |
| 11/27/2017 | Brian Glueckstein | 1.40 | Review NextEra motion to stay reconsideration order and analyze response strategy (1.2); meeting with A. Kranzley and C. Jensen re: UCC objection to NextEra motion to stay reconsideration order (.20). |
| 11/27/2017 | Alexa Kranzley | 0.50 | Meeting with B. Glueckstein and C. Jensen re: UCC objection to NextEra motion to stay reconsideration order (.20); follow-up discussion with C. Jensen re: the same (.30). |
| 11/27/2017 | Christian Jensen | 6.40 | Meeting with B. Glueckstein and A. Kranzley re: UCC objection to NextEra motion to stay reconsideration order (.20); follow-up discussion with A. Kranzley re: |

## Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | same (.30); research re: same (2.0); draft same (3.9). |
| 11/28/2017 | Brian Glueckstein | 0.50 | Call with A. Kranzley re: fee committee issues (.30); review same (.20). |
| 11/28/2017 | Alexa Kranzley | 1.90 | Call with Godfrey Kahn re: budgets and work plans for fee committee (.20); draft response re: the same (.10); call with B. Glueckstein re: fee committee issues (.30); review and revise UCC objection to NextEra motion to stay reconsideration order (1.3). |
| 11/28/2017 | Christian Jensen | 0.70 | Review and revise UCC objection to NextEra motion to stay reconsideration order. |
| 11/29/2017 | Brian Glueckstein | 3.40 | Call with A. Kranzley, C. Jensen, Debtors and Elliott counsel re: issues re: NextEra motion to stay reconsideration order (.40); follow-up meeting with A. Kranzley and C. Jensen re: the same (.10); call with A. Kranzley re: UCC objection to NextEra motion to stay reconsideration order (.20); review and revise same (2.6); correspondence with UCC re: same (.10). |
| 11/29/2017 | Alexa Kranzley | 0.90 | E-mails to MMWR and Guggenheim re: fee committee request for budgets and work plans for fee committee (.20); call with B. Glueckstein, C. Jensen, Debtors and Elliott counsel re: issues re: NextEra motion to stay reconsideration order (.40); follow-up meeting with B. Glueckstein and C. Jensen re: same (.10); call with B. Glueckstein re: UCC objection to NextEra motion to stay reconsideration order (.20). |
| 11/29/2017 | Christian Jensen | 1.80 | Call with B. Glueckstein, A. Kranzley, Debtors and Elliott counsel re: issues re: NextEra motion to stay reconsideration order (.40); follow-up meeting with B. Glueckstein and A. Kranzley re: same (.10); review and revise draft objection to NextEra motion to stay reconsideration order (1.3). |
| 11/30/2017 | Brian Glueckstein | 3.10 | Call with R. Pedone (Nixon) re: fee committee issues (.40); review and revise UCC objection to NextEra motion to stay reconsideration order (1.9); review fee committee issues (.80). |

## Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|---|---|---|---|
| 11/30/2017 | Alexa Kranzley | 0.50 | Follow-up with internal team re: fee committee requested budgets and work plans (.10); finalize and coordinate filing of UCC objection to NextEra motion to stay reconsideration order (.40). |
| 11/30/2017 | Christian Jensen | 0.60 | Review and revise UCC objection to NextEra motion to stay reconsideration order (.40); pull and review UCC objection to NextEra motion to stay reconsideration order and circulate to internal team (.20). |
| 11/30/2017 | Oliver Booth | 2.10 | Review and revise UCC objection to NextEra motion to stay reconsideration order per A. Kranzley comments. |
| **Total** | | **27.80** | |

**Project: 00015 - MEETINGS AND COMMUNICATIONS WITH CREDITORS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/03/2017 | Alexa Kranzley | 0.20 | E-mail update to UCC members re: upcoming call and related materials. |
| 11/06/2017 | Brian Glueckstein | 0.50 | Prepare for (.20) and update call with Committee and advisors (.30). |
| 11/06/2017 | Alexa Kranzley | 0.30 | Update call with Committee and advisors. |
| 11/06/2017 | Veronica Ip | 0.30 | Update call with Committee and advisors. |
| 11/06/2017 | Christian Jensen | 0.30 | Update call with Committee and advisors. |
| 11/10/2017 | Christian Jensen | 0.30 | Draft memos to file re: October and November committee meetings. |
| 11/17/2017 | Alexa Kranzley | 0.40 | Call with R. Pedone (Nixon) re: updates (.20); e-mail to UCC re: update call (.20). |
| 11/20/2017 | Brian Glueckstein | 0.50 | Call with EFH Notes holders re: plan and NextEra litigation issues. |
| 11/29/2017 | Alexa Kranzley | 0.10 | Follow-up with UCC re: upcoming call. |
| **Total** | | **2.90** | |

**Project: 00017 - PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/2017 | Alexa Kranzley | 0.10 | Review filed voting tabulation. |
| 11/01/2017 | Christian Jensen | 0.20 | Pull and review certification of ballots and summarize for / circulate to S&C team. |
| 11/02/2017 | Brian Glueckstein | 0.60 | Call with A. Kranzley and C. Jensen re: Oncor dividend issue (.20); call with A. Kranzley re: same (.10); call with C. Husnick (K&E) re: the same (.30). |
| 11/02/2017 | Alexa Kranzley | 1.80 | Meeting with C. Jensen re: Oncor dividend issue (.20); call with B. Glueckstein and C. Jensen re: same (.20); call with B. Glueckstein re: same (.10); review related issues and research re: the same (1.3). |
| 11/02/2017 | Christian Jensen | 1.40 | Call with B. Glueckstein and A. Kranzley re: Oncor dividend issue (.20); meeting with A. Kranzley re: same (.20); pull and review Bloomberg article re: Sempra transaction and summarize for / circulate to A. Kranzley (.10); review Elliott draft pleadings re: Oncor dividend issue and related documents (.90). |
| 11/02/2017 | Timothy Markey | 0.40 | Review debtors' productions for board materials and draft summary for B. Glueckstein. |
| 11/03/2017 | Brian Glueckstein | 0.10 | Correspondence with A. Kranzley re: Oncor dividend issue. |
| 11/06/2017 | Alexa Kranzley | 0.10 | Follow-up with internal team re: objections to plan. |
| 11/15/2017 | Brian Glueckstein | 0.80 | Call with K&E re: Oncor dividend issue and court submissions (.20); review court submissions re: same (.60). |
| 11/15/2017 | Alexa Kranzley | 0.70 | Review court submissions re: Oncor dividend issues (.50) and correspondence with B. Glueckstein re: the same (.20). |
| 11/16/2017 | Andrew Dietderich | 1.60 | Chambers conference re: Oncor dividend issue (1.4); follow-up e-mails to M. Kieselstein (K&E) re: the same (.20). |
| 11/16/2017 | Brian Glueckstein | 0.40 | Correspondence with S&C team re: Oncor dividend issue and court conference issues. |

## Project: 00017 - PLAN AND DISCLOSURE STATEMENT

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/16/2017 | Alexa Kranzley | 0.30 | E-mails to B. Glueckstein re: chambers conference. |
| 11/17/2017 | Alexa Kranzley | 0.20 | Follow-up with internal team re: plan related issues. |
| 11/20/2017 | Brian Glueckstein | 0.40 | Review and analyze correspondence re: Oncor dividend issue. |
| 11/21/2017 | Alexa Kranzley | 0.20 | Follow-up discussion with C. Jensen re: Oncor dividend issue. |
| 11/21/2017 | Christian Jensen | 1.20 | Review Sempra merger agreement re: Oncor dividend issue (.80); follow-up discussion with A. Kranzley re: Oncor divident issue (.20); pull and review supplemental plan schedule and summarize for / circulate to internal team (.20). |
| 11/28/2017 | Christian Jensen | 0.10 | Review supplemental plan scheduling order. |
| 11/28/2017 | Oliver Booth | 1.40 | Review and revise plan confirmation case calendar and circulate same to internal team. |
| **Total** | | **12.00** | |

**Project: 00019 - TAX**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/01/2017 | David Hariton | 1.00 | Review E-side plan tax issues. |
| 11/02/2017 | David Hariton | 0.80 | Review and analyze Vistra tax dispute issues with H. Beller (Eversheds) (.40) and discussion with L. Arnaboldi (Ropes) re: same (.40). |
| 11/13/2017 | David Hariton | 2.50 | Review H. Beller (Eversheds) proposed order and coordinate with Ropes team (2.4); correspondence with B. Glueckstein re: Vistra tax dispute proposed order issues (.10). |
| 11/13/2017 | Brian Glueckstein | 0.30 | Correspondence with D. Hariton re: Vistra tax dispute proposed order issues (.10); review and analyze same (.20). |
| 11/14/2017 | David Hariton | 3.00 | Review proposed directive and instructions to H. Beller (Eversheds) and correspondence with Ropes team re: the same. |
| 11/15/2017 | David Hariton | 2.40 | Correspondence with L. Arnaboldi (Ropes) re: proposed accountant instructions (.50); research re: same (.80); correspondence with L. Arnaboldi (Ropes) re: same (.80); call with B. Glueckstein re: same (.30). |
| 11/15/2017 | Brian Glueckstein | 0.30 | Call with D. Hariton re: proposed accountant instructions. |
| 11/16/2017 | David Hariton | 2.00 | Correspondence with L. Arnaboldi (Ropes) re: proposed accountant instructions. |
| 11/17/2017 | David Hariton | 2.80 | Coordinate with L. Arnaboldi (Ropes) re: proposed accountant instructions (.70); correspondence with internal team re: same (.50); review research re: same (.80); follow-up coordination with internal team and Court re: same (.80). |
| 11/19/2017 | David Hariton | 3.50 | Review and analyze Proskauer draft brief to H. Beller (Eversheds). |
| 11/19/2017 | Brian Glueckstein | 0.30 | Review and analyze Elliott comments to tax dispute submission. |
| 11/20/2017 | David Hariton | 3.00 | Draft comments and response to Proskauer brief to H. |

**Project: 00019 - TAX**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Beller (Eversheds). |
| 11/22/2017 | David Hariton | 3.80 | Review and analyze Paul Weiss comments on Proskauer draft brief to H. Beller (Eversheds) (3.7); discussion with D. Wang re: same (.10). |
| 11/22/2017 | Davis Wang | 0.10 | Discussion with D. Hariton re: Paul Weiss comments on Proskauer draft brief to H. Beller (Eversheds). |
| 11/24/2017 | Brian Glueckstein | 0.40 | Review correspondence and Proskauer draft brief to H. Beller (Eversheds). |
| 11/30/2017 | David Hariton | 3.50 | Review and revise comments and response to Proskauer brief to H. Beller (Eversheds). |
| **Total** | | **29.70** | |

**Project: 00022 - HEARINGS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 11/16/2017 | Alexa Kranzley | 1.30 | Participate in chambers conference re: Oncor dividend issues (partial attendence) (1.0); follow-up with B. Glueckstein re: the same (.30). |
| **Total** | | **1.30** | |

**Project: 00029 - TIME ENTRY REVIEW**

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| 11/15/2017 | Rockia Coulibaly | 2.70 | Review and revise October time entries. (no charge) |
| 11/16/2017 | Oliver Booth | 1.40 | Review and revise October time entries. (no charge) |
| 11/17/2017 | Rockia Coulibaly | 1.70 | Review and revise October time entries. (no charge) |
| **Total** | | **5.80** | |

## Project: 00006 - BUSINESS OPERATIONS

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/13/2017 | Christian Jensen | 0.10 | Pull and review monthly operating report and circulate to Guggenheim and AlixPartners. |
| **Total** | | **0.10** | |

**Project: 00011 - EMPLOYMENT AND FEE APPLICATIONS (S&C)**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/2017 | Alexa Kranzley | 0.30 | Review and distribute budgets and staffing plans to fee committee. (no charge) |
| 12/08/2017 | Rockia Coulibaly | 0.70 | Draft and revise October certificate of no objection. |
| 12/11/2017 | Alexa Kranzley | 0.10 | Review October fee application certificate of no objection. |
| 12/11/2017 | Rockia Coulibaly | 0.50 | Finalize October fee application certificate of no objection and correspondence with internal team re: same. |
| 12/12/2017 | Rockia Coulibaly | 0.50 | Correspondence with internal team re: November fee application. |
| 12/13/2017 | Oliver Booth | 0.90 | Review and revise October fee application certificate of no objection and circulate same to internal team for filing. |
| 12/14/2017 | Alexa Kranzley | 0.10 | Follow-up with internal team re: previously filed fee applications. |
| 12/18/2017 | Alexa Kranzley | 0.20 | Review November fee application time entries for confidentiality. |
| 12/18/2017 | Oliver Booth | 1.70 | Draft November fee application. |
| 12/20/2017 | Oliver Booth | 1.60 | Review and revise November fee application. |
| 12/21/2017 | Alexa Kranzley | 0.20 | Review and revise November fee application for filing. |
| 12/22/2017 | Alexa Kranzley | 0.40 | Finalize and coordinate for filing of November fee application (.20); correspondence with internal team re: letter response to fee committee report re: ninth interim fee application (.20, no charge). |
| 12/22/2017 | Oliver Booth | 2.70 | Draft letter response to fee committee report re: ninth interim fee application. (no charge) |
| **Total** | | **9.90** | |

## Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/05/2017 | Brian Glueckstein | 0.30 | Correspondence with internal team re: Elliott fee committee requests. |
| 12/06/2017 | Brian Glueckstein | 0.80 | Call with BraunHagey re: Elliott fee committee requests (.20); call with A. Kranzley re: Elliott fee committee requests and related issues (.60). |
| 12/06/2017 | Alexa Kranzley | 0.60 | Call with B. Glueckstein re: Elliott fee committee requests and related issues. |
| 12/07/2017 | Brian Glueckstein | 0.30 | Correspondence with internal team re: Elliott fee committee requests. |
| 12/11/2017 | Andrew Dietderich | 0.20 | Call with B. Glueckstein re: Elliott fee committee request issues. |
| 12/11/2017 | Brian Glueckstein | 1.20 | Multiple calls with A. Kranzley re: NextEra hearing and Elliott fee committee issues (.90); call with A. Dietderich re: Elliott fee committee request issues (.20); call with R. Gitlin (Gitlin & Co) re: Elliott fee committee requests (.10). |
| 12/11/2017 | Alexa Kranzley | 0.90 | Multiple calls with B. Glueckstein re: NextEra hearing and Elliott fee committee issues. |
| 12/13/2017 | Alexa Kranzley | 0.30 | Correspondence with internal team re: fee committee issues. |
| 12/13/2017 | Christian Jensen | 0.40 | Pull and review Elliott fee committee notice. |
| 12/14/2017 | Brian Glueckstein | 0.70 | Meeting with A. Kranzley and C. Jensen re: Elliott fee committee notice. |
| 12/14/2017 | Alexa Kranzley | 1.00 | Meeting with B. Glueckstein and C. Jensen re: Elliott fee committee notice (.70); follow-up work re: the same (.30). |
| 12/14/2017 | Christian Jensen | 0.70 | Meeting with B. Glueckstein and A. Kranzley re: Elliott fee committee notice. |
| 12/15/2017 | Andrew Dietderich | 0.60 | Call with B. Glueckstein re: Elliott fee committee issues. |
| 12/15/2017 | Brian Glueckstein | 1.40 | Call with N. Hagey (BraunHagey) re: fee committee issues (.40); call with A. Kranzley and C. Jensen re: |

## Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Elliott fee committee notice (.30); follow-up work re: the same (.10); call with A. Dietderich re: Elliott fee committee issues (.60). |
| 12/15/2017 | Alexa Kranzley | 0.40 | Call with B. Glueckstein and C. Jensen re: Elliott fee committee notice (.30); follow-up meeting with C. Jensen re: same (.10). |
| 12/15/2017 | Christian Jensen | 0.40 | Call with B. Glueckstein and A. Kranzley re: Elliott fee committee notice (.30); follow-up meeting with A. Kranzley re: same (.10). |
| 12/17/2017 | Brian Glueckstein | 0.60 | Initial review of Elliott filings re: fee committee (.40); correspondence with A. Kranzley and C. Jensen re: same (.20). |
| 12/17/2017 | Christian Jensen | 0.30 | Pull and review Elliott filings re: fee committee and summarize for / circulate to B. Glueckstein and A. Kranzley. |
| 12/18/2017 | Brian Glueckstein | 0.80 | Call with R. Bojmel (Guggenheim) re: Elliott fee committee motion and related issues (.10); analyze Elliott fee committee motion and related response issues (.60); correspondence with A. Dietderich re: same (.10). |
| 12/18/2017 | Alexa Kranzley | 0.10 | Correspondence with internal team re: response to Elliott fee committee motion. |
| 12/19/2017 | Brian Glueckstein | 0.30 | E-mails with C. Jensen re: response to Elliott fee committee motion (.10); correspondence with A. Kranzley re: same (.20). |
| 12/19/2017 | Alexa Kranzley | 0.10 | Review notes re: response to Elliott fee committee motion. |
| 12/19/2017 | Christian Jensen | 0.10 | Pull and review hearing cancellation notice and circulate to internal team. |
| 12/20/2017 | Alexa Kranzley | 0.30 | Follow-up with internal team re: response to Elliott fee committee motion. |
| 12/20/2017 | Christian Jensen | 1.30 | Draft statement re: Elliott fee committee motion and review related filings re: same. |

### Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/21/2017 | Christian Jensen | 1.50 | Draft statement re: Elliott fee committee motion. |
| 12/22/2017 | Alexa Kranzley | 0.80 | Review and revise statement re: Elliott fee committee motion (.60); meeting with C. Jensen re: same (.20). |
| 12/22/2017 | Christian Jensen | 1.70 | Review and revise statement re: Elliott fee committee motion (1.5); meeting with A. Kranzley re: same (.20). |
| 12/22/2017 | Oliver Booth | 0.90 | Research re: T-side final fee order per request of A. Kranzley. |
| 12/26/2017 | Brian Glueckstein | 0.20 | Correspondence with N. Hagey (BraunHagey) re: Elliott fee committee issues. |
| 12/27/2017 | Brian Glueckstein | 1.20 | Call with N. Hagey (BraunHagey) re: Elliott fee committee issues (.60); review same (.60). |
| 12/28/2017 | Andrew Dietderich | 0.40 | Call with B. Glueckstein re: statement re: Elliott fee committee motion. |
| 12/28/2017 | Brian Glueckstein | 1.20 | Call with N. Hagey (BraunHagey) re: fee committee motion issues (.50); follow-up correspondence with N. Hagey (BraunHagey) re: same (.30); call with A. Dietderich re: statement re: Elliott fee committee motion (.40). |
| 12/29/2017 | Brian Glueckstein | 1.10 | Call with C. Husnick (K&E) re: Elliott fee committee motion issues (.60); review and analyze Elliott correspondence re: fee committee issues (.30); correspondence with A. Kranzley re: same (.20). |

**Total**                            **23.10**

**Project: 00015 - MEETINGS AND COMMUNICATIONS WITH CREDITORS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/2017 | Alexa Kranzley | 0.30 | E-mail update to UCC members re: upcoming call and related materials. |
| 12/04/2017 | Brian Glueckstein | 1.30 | Prepare for (.30) and update call with Committee and advisors (.50); follow-up meeting with S&C personnel re: same (.20); follow-up correspondence with internal team re: the same (.30). |
| 12/04/2017 | Alexa Kranzley | 0.70 | Update call with Committee and advisors (.50); follow-up meeting with S&C personnel re: same (.20). |
| 12/04/2017 | Veronica Ip | 0.50 | Update call with Committee and advisors. |
| 12/04/2017 | Christian Jensen | 0.70 | Update call with Committee and advisors (.50); follow-up meeting with S&C personnel re: same (.20). |
| 12/15/2017 | Alexa Kranzley | 0.60 | E-mails with Guggenheim re: materials for UCC (.20); review the same (.10); e-mail to UCC with materials for upcoming call (.30). |
| 12/18/2017 | Brian Glueckstein | 1.50 | Prepare for (.40) and update call with Committee and advisors (.80); call with R. Pedone (Nixon) re: UCC and fee committee issues (.30). |
| 12/18/2017 | Alexa Kranzley | 0.10 | Prepare for (.10) and update call with Committee and advisors (.70; partial attendance) |
| 12/18/2017 | Christian Jensen | 0.80 | Update call with Committee and advisors. |
| 12/27/2017 | Alexa Kranzley | 0.10 | E-mails with internal team re: materials for upcoming UCC call. |
| 12/28/2017 | Alexa Kranzley | 0.10 | E-mails with internal team re: materials for upcoming UCC meeting. |
| 12/29/2017 | Alexa Kranzley | 0.30 | E-mails with internal team re: upcoming update call and related materials (.20); e-mail update to UCC members re: upcoming update call issues (.10). |
| **Total** | | **7.00** | |

**Project: 00017 - PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/2017 | Alexa Kranzley | 0.20 | Review filed expert report stipulation. |
| 12/05/2017 | Alexa Kranzley | 0.10 | Correspondence with internal team re: upcoming hearing and related motion. |
| 12/06/2017 | Christian Jensen | 0.70 | Compile materials re: objection to NextEra stay motion (.40); pull and review NextEra reply re: same and summarize for / circulate to B. Glueckstein and A. Kranzley (.30). |
| 12/07/2017 | Christian Jensen | 0.20 | Pull and review hearing agenda and circulate to / summarize for B. Glueckstein and A. Kranzley (.10); pull and review scheduling order and circulate to O. Booth (.10). |
| 12/07/2017 | Oliver Booth | 0.80 | Review and revise internal case calendar and circulate same to internal team. |
| 12/08/2017 | Oliver Booth | 0.90 | Compile binder of NextEra litigation documents and circulate same to internal team. |
| 12/14/2017 | Brian Glueckstein | 0.60 | Call with M. Thomas (Proskauer) re: EFH estate and allocation issues (.30); review fee allocation follow-up issues (.30). |
| 12/18/2017 | Alexa Kranzley | 0.30 | Review filed plan objections and reservations of rights. |
| 12/19/2017 | Christian Jensen | 0.40 | Pull and review final plan objections and summarize for / circulate to internal team. |
| 12/27/2017 | Christian Jensen | 0.40 | Review Guggenheim waterfall presentation. |
| **Total** | | **4.60** | |

**Project: 00019 - TAX**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/01/2017 | David Hariton | 2.00 | Review and revise response to Proskauer brief to H. Beller (Eversheds). |
| 12/28/2017 | David Hariton | 0.80 | Call with S. Rosow (Proskauer) re: accountant issues. |
| **Total** | | **2.80** | |

**Project: 00022 - HEARINGS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 12/11/2017 | Brian Glueckstein | 3.30 | Prepare for (1.8) and appear at hearing on NextEra stay motion (1.5). |
| **Total** | | **3.30** | |

**Project: 00029 - TIME ENTRY REVIEW**

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| 12/08/2017 | Rockia Coulibaly | 0.80 | Review and revise November time entries. (no charge) |
| 12/11/2017 | Rockia Coulibaly | 2.80 | Review and revise November time entries. (no charge) |
| 12/18/2017 | Oliver Booth | 4.60 | Review and revise November time entries. (no charge) |
| **Total** | | **8.20** | |

## EXHIBIT H

## MONTHLY EXPENSE RECORDS

### SEPTEMBER

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | Brian D. Glueckstein | 8/11/2017 | 1.0 | $241.00 | $241.00 | AMTRAK Train Fare to/from Wilmington, DE and New York, NY |
| Travel and expenses | Brian D. Glueckstein | 8/11/2017 | 1.0 | $19.00 | $19.00 | AMTRAK Train Fare to/from Wilmington, DE and New York, NY - Revised fare |
| Travel and expenses | Alexa J. Kranzley | 8/18/2017 | 1.0 | $260.00 | $260.00 | AMTRAK Train Fare to/from Wilmington, DE and New York, NY |
| Travel and expenses | Alexa J. Kranzley | 9/5/2017 | 1.0 | -$278.80 | -$278.80 | AMTRAK Train Fare REFUND to/from Wilmington, DE and New York, NY |
| Travel and expenses | Alexa J. Kranzley | 9/6/2017 | 1.0 | $301.00 | $301.00 | AMTRAK Train Fare to/from Wilmington, DE and New York, NY |
| Travel and expenses | Alexa J. Kranzley | 9/19/2017 | 1.0 | $320.00 | $320.00 | AMTRAK Train Fare to/from Wilmington, DE and New York, NY |
| Travel and expenses | Alexa J. Kranzley | 9/25/2017 | 1.0 | $38.00 | $38.00 | AMTRAK Train Fare to Wilmington, DE on 7/12/17 - Revised Fare |
| **Travel and expenses Total** | | | | | **$900.20** | |
| Meals - Overtime | Emma J. Guido | 9/8/2017 | 1.0 | $20.00 | $20.00 | Meals - Overtime; Capped at $20; Project(s): 00014 |
| Meals - Overtime | Christian P. Jensen | 9/8/2017 | 1.0 | $20.00 | $20.00 | Meals - Overtime; Capped at $20; Project(s): 00014 |
| Meals - Overtime | Christian P. Jensen | 9/11/2017 | 1.0 | $20.00 | $20.00 | Meals - Overtime; Capped at $20; Project(s): 00014, 00015 |
| **Meals - Overtime Total** | | | | | **$60.00** | |

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Outside Vendors | Alexa J. Kranzley | 9/8/2017 | 1.0 | $300.00 | $300.00 | Epiq eDiscovery Solutions |
| **Outside Vendors Total** | | | | | **$300.00** | |
| Repro - BW Copies | Oliver B. Booth | 9/8/2017 | 555.0 | $0.10 | $55.50 | Repro - BW Copies |
| Repro - BW Copies | Oliver B. Booth | 9/14/2017 | 1838.0 | $0.10 | $183.80 | Repro - BW Copies |
| **Repro - BW Copies Total** | | | | | **$239.30** | |
| Tele-conference | Alexa J. Kranzley | 8/14/2017 | 1.0 | $37.00 | $37.00 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 8/28/2017 | 1.0 | $10.32 | $10.32 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 9/11/2017 | 1.0 | $10.61 | $10.61 | Tele-conference |
| **Tele-conference Total** | | | | | **$57.93** | |
| Delivery Services/Messengers | Oliver B. Booth | 8/28/2017 | 1.0 | $13.07 | $13.07 | Delivery Services/Messengers |
| Delivery Services/Messengers | Oliver B. Booth | 9/11/2017 | 1.0 | $27.43 | $27.43 | Delivery Services/Messengers |
| **Delivery Services/Messengers Total** | | | | | **$40.50** | |
| Deposition Transcripts | Nicholas F. Menillo | 9/5/2017 | 1.0 | $1,788.45 | $1,788.45 | Deposition Transcripts |
| Hearing Transcripts | Oliver B. Booth | 9/28/2017 | 1.0 | $29.70 | $29.70 | Hearing Transcripts |
| **Deposition/Hearing Transcripts Total** | | | | | **$1,818.15** | |
| **Sept Grand Total** | | | | | **$3,416.08** | |

## OCTOBER

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | Brian D. Glueckstein | 7/26/2017 | 1.0 | $37.00 | $37.00 | Travel and Expenses - Lunch in DE for B. Glueckstein, and A. Kranzley |
| Travel and expenses | Brian D. Glueckstein | 8/11/2017 | 1.0 | $50.30 | $50.30 | AMTRAK revised Train Fare from Wilmington, DE ($41.00); Local Transportation - Home to Penn Station ($9.30) |
| Travel and expenses | Brian D. Glueckstein | 8/11/2017 | 1.0 | $9.25 | $9.25 | Travel and Expenses - Lunch in DE |

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and expenses | Brian D. Glueckstein | 8/21/2017 | 1.0 | $412.10 | $412.10 | AMTRAK Train Fare to/from Wilmington, DE ($190.00, $190.00); Local Transportation - Home to Penn Station ($9.80); Local Transportation - Penn Station to 125 Broad St., NY, NY ($22.30) |
| Travel and expenses | Brian D. Glueckstein | 9/6/2017 | 1.0 | $7.25 | $7.25 | Travel and Expenses - Lunch in DE |
| Travel and expenses | Brian D. Glueckstein | 9/6/2017 | 1.0 | $14.00 | $14.00 | AMTRAK revised Train Fare from Wilmington, DE ($4.00); Local Transportation - DE Train Station to Court ($10.00) |
| Travel and expenses | Andrew G. Dietderich | 9/19/2017 | 1.0 | $513.00 | $513.00 | AMTRAK Train Fare to/from Wilmington, DE ($190.00, $149.00); AMTRAK revised Train Fare to/from Wilmington, DE for A. Dietderich ($87.00) and A. Kranzley ($87.00) |
| Travel and expenses | Brian D. Glueckstein | 9/27/2017 | 1.0 | $327.00 | $327.00 | AMTRAK Train Fare to/from Wilmington, DE ($133.00, $194.00) |
| Travel and expenses | Brian D. Glueckstein | 9/27/2017 | 1.0 | $5.89 | $5.89 | Travel and Expenses - Breakfast ($4.00); water ($1.89) |
| Travel and expenses | Brian D. Glueckstein | 10/13/2017 | 1.0 | $307.00 | $307.00 | AMTRAK Train Fare to/from Wilmington, DE ($113.00, $194.00) |
| **Travel and expenses Total** | | | | | **$1,682.79** | |
| Meals - Overtime | Joshua D. Graybill | 10/4/2017 | 1.0 | $20.00 | $20.00 | Meals - Overtime; Capped at $20; Project(s): 00019 |
| Meals - Overtime | Oliver B. Booth | 10/11/2017 | 1.0 | $20.00 | $20.00 | Meals - Overtime; Capped at $20; Project(s): 00019 |

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | Oliver B. Booth | 10/12/2017 | 1.0 | $20.00 | $20.00 | Meals - Overtime; Capped at $20; Project(s): 00029 |
| **Meals - Overtime Total** | | | | | **$60.00** | |
| Local Transportation | Oliver B. Booth | 10/12/2017 | 1.0 | $36.87 | $36.87 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:12 |
| Local Transportation | Brian D. Glueckstein | 10/12/2017 | 1.0 | $39.10 | $39.10 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:49 |
| **Local Transportation Total** | | | | | **$75.97** | |
| Outside Vendors | Veronica W. Ip | 10/8/2017 | 1.0 | $604.00 | $604.00 | Epiq eDiscovery Solutions |
| **Outside Vendors Total** | | | | | **$604.00** | |
| Repro - BW Copies | Oliver B. Booth | 10/11/2017 | 1497.0 | $0.10 | $149.70 | Repro - BW Copies |
| Repro - BW Copies | Oliver B. Booth | 10/11/2017 | 1690.0 | $0.10 | $169.00 | Repro - BW Copies |
| Repro - BW Copies | Oliver B. Booth | 10/11/2017 | 1868.0 | $0.10 | $186.80 | Repro - BW Copies |
| **Repro - BW Copies Total** | | | | | **$505.50** | |
| Deposition Transcripts | Nicholas F. Menillo | 9/5/2017 | 1.0 | $1,267.70 | $1,267.70 | Deposition Transcripts |
| Hearing Transcripts | Oliver B. Booth | 9/6/2017 | 1.0 | $58.80 | $58.80 | Hearing Transcripts |
| Hearing Transcripts | Oliver B. Booth | 9/19/2017 | 1.0 | $145.20 | $145.20 | Hearing Transcripts |
| Hearing Transcripts | Oliver B. Booth | 10/3/2017 | 1.0 | $66.00 | $66.00 | Hearing Transcripts |
| Hearing Transcripts | Oliver B. Booth | 10/12/2017 | 1.0 | $21.60 | $21.60 | Hearing Transcripts |
| Hearing Transcripts | Oliver B. Booth | 10/12/2017 | 1.0 | $53.10 | $53.10 | Hearing Transcripts |
| Deposition Transcripts | Oliver B. Booth | 10/31/2017 | 1.0 | -$158.70 | -$158.70 | Deposition Transcripts |
| **Deposition/Hearing Transcripts Total** | | | | | **$1,453.70** | |
| **Oct Grand Total** | | | | | **$4,381.96** | |

**NOVEMBER**

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Local Transportation | Brian D. Glueckstein | 8/4/2017 | 1.0 | $19.80 | $19.80 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 23:50 |
| Local Transportation | Brian D. Glueckstein | 8/20/2017 | 1.0 | $19.30 | $19.30 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 21:31 |
| Local Transportation | Alexa J. Kranzley | 8/21/2017 | 1.0 | $14.16 | $14.16 | Local Transportation - Transportation Type: Taxi; Starting Point: Home; End Point: NY Penn Station; Purpose: Hearing for the Merger Agreement Motion |
| Local Transportation | Alexa J. Kranzley | 9/20/2017 | 1.0 | $24.35 | $24.35 | Local Transportation - Transportation Type: Taxi; Starting Point: NY Penn Station; End Point: 125 Broad St. NY, NY; Purpose: Omnibus Hearing |
| Local Transportation | Alexa J. Kranzley | 9/20/2017 | 1.0 | $14.15 | $14.15 | Local Transportation - Transportation Type: Taxi; Starting Point: Home; End Point: NY Penn Station; Purpose: Omnibus Hearing |
| **Local Transportation Total** | | | | | **$91.76** | |

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Meals - Overtime | Christian P. Jensen | 11/27/2017 | 1.0 | $20.00 | $20.00 | Meals - Overtime; Capped at $20; Project(s): 00014 |
| **Meals - Overtime Total** | | | | | **$20.00** | |
| Outside Vendors | Alexa J. Kranzley | 11/8/2017 | 1.0 | $450.00 | $450.00 | Epiq eDiscovery Solutions |
| **Outside Vendors Total** | | | | | **$450.00** | |
| Tele-conference | Alexa J. Kranzley | 9/13/2017 | 1.0 | $30.00 | $30.00 | Tele-conference |
| Tele-conference | Christian P. Jensen | 10/9/2017 | 1.0 | $44.00 | $44.00 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 10/17/2017 | 1.0 | $51.00 | $51.00 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 10/17/2017 | 1.0 | $30.00 | $30.00 | Tele-conference |
| **Tele-conference Total** | | | | | **$155.00** | |
| **Nov Grand Total** | | | | | **$716.76** | |

## DECEMBER

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | Brian D. Glueckstein | 12/11/2017 | 1.0 | $415.00 | $415.00 | AMTRAK Train Fare to Wilmington, DE |
| **Travel and Expenses Total** | | | | | **$415.00** | |
| Outside Vendors | Alexa J. Kranzley | 11/30/2017 | 1.0 | $450.00 | $450.00 | Epiq eDiscovery Solutions |
| **Outside Vendors Total** | | | | | **$450.00** | |
| Tele-conference | Alexa J. Kranzley | 12/18/2017 | 1.0 | $14.05 | $14.05 | Tele-conference |
| **Tele-conference Total** | | | | | **$14.05** | |
| Hearing Transcripts | Oliver B. Booth | 12/11/2017 | 1.0 | $62.10 | $62.10 | Hearing Transcripts |
| **Hearing Transcripts Total** | | | | | **$62.10** | |
| **Dec Grand Total** | | | | | **$941.15** | |