**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Objection Deadline: March 8, 2018 at 4:00 p.m.** |

**NOTICE OF TENTH INTERIM APPLICATION OF SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH COMMITTEE FOR INTERIM APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM SEPTEMBER 1, 2017 THROUGH AND INCLUDING DECEMBER 31, 2017**

**PLEASE TAKE NOTICE** that on the date hereof, Sullivan & Cromwell LLP (the "**Applicant**") filed the *Tenth Interim Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Interim Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2017 Through and Including December 31, 2017* (the "**Interim Fee Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Court**").

**PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to the Interim Fee Application, other than responses or objections by the fee committee appointed in these chapter 11 cases (the "**Fee Committee**"), must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Administrative Order**"), and must

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

be electronically filed with the Court on the docket of *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS) in accordance with rule 5005 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, and served by U.S. mail, overnight delivery, hand delivery or facsimile upon (i) the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), Energy Future Holdings Corp., et al., 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andrew R. Vara, the acting United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel to the Fee Committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler; and (vi) the Applicant, Sullivan & Cromwell LLP, 125 Broad Street New York, NY 10004, Attn: Alexa Kranzley, so as to actually be received no later than **4:00 p.m. (Eastern Time) on March 8, 2018** (the "**Objection Deadline**").

      **PLEASE TAKE FURTHER NOTICE** that a hearing on the Interim Fee Application will be held on a date to be determined by the Court.  Only those objections made in writing and timely filed and received in accordance with the Administrative Order and the procedures described herein will be considered by the Court at such hearing.  The parties are

required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Administrative Order, if no objection to the Interim Fee Application is timely filed, served and received by the Objection Deadline, the relief requested in the Interim Fee Application may be granted by the Court without further notice or hearing, other than with respect to the Fee Committee.

**PLEASE TAKE FURTHER NOTICE** that copies of the Interim Fee Application may be obtained from the Court's website, https://ecf.deb.uscourts.gov for a nominal fee or, free of charge, the website of the Debtors' claims and noticing agent, http://efhcaseinfo.com.

| | |
|---|---|
| Dated: Wilmington, Delaware<br>February 15, 2018 | **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**<br><br>*/s/* Mark A. Fink<br>Natalie D. Ramsey, Esquire (DE Bar No. 5378)<br>Davis Lee Wright, Esquire (DE Bar No. 4324)<br>Mark A. Fink, Esquire (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE  19801<br>Telephone: (302) 504-7800<br>Facsimile: (302) 504 -7820<br>E-mail:     nramsey@mmwr.com<br>              dwright@mmwr.com<br>              mfink@mmwr.com<br><br>– and –<br><br>**SULLIVAN & CROMWELL LLP**<br><br>Andrew G. Dietderich<br>Brian D. Glueckstein<br>John L. Hardiman<br>Alexa J. Kranzley<br>125 Broad Street<br>New York, New York  10004<br>Telephone:    (212) 558-4000<br>Facsimile:    (212) 558-3588<br>E-mail:        dietdericha@sullcrom.com<br>                glueksteinb@sullcrom.com<br>                hardimanj@sullcrom.com<br>                kranzleya@sullcrom.com<br><br>*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECI, Inc.* |