**Exhibit E**

**Summary of Time Detail by Professional**

*Exhibit E*

**Combined - EFH & EFIH**
**Summary of Time Detail by Professional**
**September 1, 2017 through December 31, 2017**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Pedersen | Managing Director | $950.00 | 16.0 | $15,200.00 |
| Chris Howe | Managing Director | $950.00 | 41.5 | $39,425.00 |
| William Seaway | Managing Director | $950.00 | 7.8 | $7,410.00 |
| Michael Eagan | Managing Director | $900.00 | 61.3 | $55,170.00 |
| Emmett Bergman | Managing Director | $800.00 | 3.7 | $2,960.00 |
| Alan Cathart | Senior Director | $810.00 | 0.6 | $486.00 |
| Jeff Schwarcz | Senior Director | $750.00 | 3.1 | $2,325.00 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 34.1 | $22,165.00 |
| Matt Frank | Senior Director | $650.00 | 5.1 | $3,315.00 |
| Kevin Sullivan | Director | $575.00 | 24.5 | $14,087.50 |
| Michael Farkas | Director | $660.00 | 12.0 | $7,920.00 |
| Sloane Kukanza | Director | $450.00 | 14.8 | $6,660.00 |
| Taylor Zolbe | Senior Associate | $510.00 | 37.6 | $19,176.00 |
| Rich Carter | Consultant | $475.00 | 19.4 | $9,215.00 |
| Michael Williams | Consultant | $400.00 | 10.8 | $4,320.00 |
| Sarah Pittman | Analyst | $400.00 | 17.8 | $7,120.00 |
| Mary Napoliello | Paraprofessional | $300.00 | 3.9 | $1,170.00 |
| *Total* | | | 314.0 | $218,124.50 |