# Exhibit F

**Summary of Expense Detail by Category**

*Exhibit F*

***Combined - EFH & EFIH***
***Summary of Expense Detail by Category***
***September 1, 2017 through December 31, 2017***

| *Expense Category* | *Sum of Expenses* |
|---|---:|
| *None to Report for Eleventh Interim Period* | |
| | $0.00 |
| ***Total*** | **$0.00** |