**<u>Exhibit G</u>**

**Summary of Time Detail by Task**

**Combined - EFH & EFIH**
**Summary of Time Detail by Task**
**September 1, 2017 through December 31, 2017**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 2.0 | $1,300.00 |
| Business Plan | 4.7 | $2,255.00 |
| Claims | 31.4 | $17,045.00 |
| Contracts | 21.9 | $11,140.00 |
| Fee Applications | 13.3 | $6,895.00 |
| POR / Disclosure Statement | 21.5 | $11,630.00 |
| Tax Review & Support | 194.7 | $153,772.00 |
| UST Reporting Requirements | 24.5 | $14,087.50 |
| **Total** | **314.0** | **$218,124.50** |