# Exhibit H

## Time Detail by Activity by Professional

*Exhibit H*

*Combined - EFH & EFIH*
*Time Detail by Activity by Professional*
*September 1, 2017 through December 31, 2017*

## Bankruptcy Support

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 10/11/2017 | 1.4 | Prepare estimates for professional fee reserve for K&E. |
| Jodi Ehrenhofer | 12/4/2017 | 0.6 | Confirm estimates related to professional fee escrow for P. Venter (EFH). |
| **Subtotal** | | **2.0** | |

## Business Plan

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Matt Frank | 9/1/2017 | 1.0 | Correspondence with A&M (Pittman), K&E (Venter) regarding professional fee estimates for court filing and review of updated analysis from Pittman (A&M). |
| Sarah Pittman | 9/1/2017 | 0.7 | Review Pro Fee Paid though June file; submit to A&M internal team. |
| Sarah Pittman | 9/1/2017 | 0.3 | Call with A&M internal team regarding E-side pro fees update. |
| Sarah Pittman | 9/1/2017 | 0.4 | Review Pro Fee Paid though June file; submit to K&E team. |
| Sarah Pittman | 9/1/2017 | 1.8 | Work in Pro Fee Paid though June file. |
| Matt Frank | 10/17/2017 | 0.5 | Review ordinary course professionals report draft from Mezger (EFH); coordinate review and filing with K&E (Hwangpo) and RLF (Madron). |
| **Subtotal** | | **4.7** | |

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 10/9/2017 | 0.8 | Correspondence with D. Kelly, M. Daily, C. Howard (all EFH) re: resolution of certain outstanding tax claims. |
| Jodi Ehrenhofer | 10/16/2017 | 0.3 | Correspondence with Epiq re: request for listing of asbestos related claims. |
| Jodi Ehrenhofer | 10/17/2017 | 0.6 | Correspondence with M. Williams (A&M) re: review of complete listing of asbestos claims for K&E. |
| Jodi Ehrenhofer | 10/17/2017 | 1.2 | Review listing of manifested vs unmanifested asbestos claims from Epiq for accuracy. |
| Jodi Ehrenhofer | 10/18/2017 | 0.3 | Review drafted notice of satisfaction. |
| Jodi Ehrenhofer | 10/18/2017 | 0.4 | Correspondence with EFH and K&E regarding review of notice of satisfaction for filing. |

*Exhibit H*

**Combined - EFH & EFIH**
*Time Detail by Activity by Professional*
*September 1, 2017 through December 31, 2017*

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 10/19/2017 | 0.5 | Correspondence with M. Daily (EFH) re: resolution of certain tax claims. |
| Jodi Ehrenhofer | 10/19/2017 | 0.8 | Review drafted notice and cover letter for notice of satisfaction from K&E. |
| Michael Williams | 10/19/2017 | 2.8 | Perform review of E-Side asbestos claims re EPIQ claim register. |
| Michael Williams | 10/20/2017 | 1.7 | Perform comparison of EPIQ E-Side asbestos report re claim categories. |
| Rich Carter | 10/23/2017 | 0.2 | Review active Payroll tax claims to identify amounts to be paid at the request of senior director. |
| Jodi Ehrenhofer | 10/26/2017 | 0.4 | Correspondence with Deloitte re: Q3 audit reporting of claim register. |
| Michael Williams | 10/30/2017 | 2.3 | Perform analysis of claim summary reports re: Deloitte Audit Request. |
| Jodi Ehrenhofer | 10/31/2017 | 0.9 | Advise M. Williams (A&M) re: updates to be made to Q3 audit report. |
| Jodi Ehrenhofer | 10/31/2017 | 2.3 | Review revised draft of Q3 audit report. |
| Jodi Ehrenhofer | 10/31/2017 | 2.6 | Review draft of Q3 audit report. |
| Michael Williams | 10/31/2017 | 1.2 | Perform analysis re updating Deloitte audit report. |
| Michael Williams | 10/31/2017 | 2.8 | Perform analysis of claim summary reports re Deloitte Audit Request. |
| Jodi Ehrenhofer | 11/1/2017 | 0.4 | Prepare summary of current status of claims for Deloitte. |
| Jodi Ehrenhofer | 11/1/2017 | 0.9 | Continue review of Q3 audit report for Deloitte. |
| Jodi Ehrenhofer | 11/2/2017 | 0.3 | Research claim register for claims related to certain creditors for K&E. |
| Jodi Ehrenhofer | 11/6/2017 | 0.4 | Discussion with P. Venter (K&E) re: proper debtor for certain litigation claims. |
| Jodi Ehrenhofer | 11/8/2017 | 0.2 | Continued discussion with P. Venter (K&E) re: proper debtor for certain litigation claims. |
| Jodi Ehrenhofer | 11/10/2017 | 0.2 | Confirmation on Debtor change for certain litigation claims with P. Venter (K&E). |
| Jodi Ehrenhofer | 11/16/2017 | 0.2 | Discussion with T. Hogan (EFH) re: proof of claim statistic request. |
| Jodi Ehrenhofer | 11/16/2017 | 0.3 | Call with P. Venter (K&E) re: resolution of all active claims on register. |
| Jodi Ehrenhofer | 11/16/2017 | 0.9 | Prepare summary of current status of all active claims for T. Hogan (EFH). |

…
…

…

*Exhibit H*

**Combined - EFH & EFIH**
*Time Detail by Activity by Professional*
*September 1, 2017 through December 31, 2017*

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 11/16/2017 | 1.2 | Working session with R. Carter (A&M); re: updated E-side claims summary report. |
| Rich Carter | 11/16/2017 | 1.2 | Working session with J. Ehrenhofer (A&M); re: updated E-side claims summary report. |
| Rich Carter | 11/16/2017 | 2.4 | Prepare E-side claims summary at the request of the company. |
| Jodi Ehrenhofer | 11/30/2017 | 0.3 | Correspondence with R. Martinez (EFH) re: resolution of certain tax claims. |
| Jodi Ehrenhofer | 12/6/2017 | 0.4 | Confirmation of treatment of certain tax claims on register with Debtors and Epiq. |
| **Subtotal** | | **31.4** | |

## Contracts

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Emmett Bergman | 9/1/2017 | 0.4 | Review communications potential post-petition amounts due. |
| Emmett Bergman | 9/1/2017 | 1.5 | Review changes, revised plan supplement. |
| Sarah Pittman | 9/26/2017 | 0.8 | Research contracts to be included in "Assumption" tab of E-Side Plan Supplement file. |
| Emmett Bergman | 9/27/2017 | 0.7 | Review communications with K&E re: pending changes to Plan Supplement. |
| Emmett Bergman | 9/27/2017 | 0.5 | Review revised plan supplement. |
| Sarah Pittman | 9/27/2017 | 2.1 | Work in "Assumption" tab of E-Side Plan Supplement file. |
| Sarah Pittman | 9/27/2017 | 0.3 | Review E-Side Plan Supplement file; submit to K&E and A&M internal team. |
| Emmett Bergman | 9/28/2017 | 0.6 | Communications with K&E re: finalizing plan supplement diligence. |
| Sarah Pittman | 10/4/2017 | 0.4 | Review E-side Plan Supplement file; submit to K&E. |
| Sarah Pittman | 10/4/2017 | 0.9 | Update E-side Plan Supplement file. |
| Matt Frank | 10/9/2017 | 0.5 | Review of diligence requests related to executory contracts received from Venter (K&E) and analysis of data to respond. |
| Matt Frank | 10/10/2017 | 0.5 | Follow-up responses to diligence requests related to executory contract assumptions. |
| Sarah Pittman | 10/10/2017 | 0.5 | Update E-side Plan Supplement file. |
| Matt Frank | 10/11/2017 | 0.5 | Review contract file from Pittman (A&M) to support assumption and rejection exhibit. |

*Exhibit H*

*Combined - EFH & EFIH*
*Time Detail by Activity by Professional*
*September 1, 2017 through December 31, 2017*

## Contracts

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Sarah Pittman | 10/11/2017 | 1.7 | Work in E-side Plan Supplement file. |
| Sarah Pittman | 10/11/2017 | 0.6 | Research/gather copies of contracts to send to K&E. |
| Matt Frank | 10/13/2017 | 0.8 | Finalize contract assumption and rejection exhibit per K&E (Venter) requests and provide answers to diligence questions from counsel. |
| Sarah Pittman | 10/13/2017 | 1.1 | Update E-side Plan Supplement file. |
| Sarah Pittman | 10/13/2017 | 1.0 | Research insurance policies included in the E-side Plan Supplement file. |
| Matt Frank | 10/16/2017 | 0.8 | Review of contract assumption and rejection exhibit prior to distribution to creditors counsel and filing. |
| Sarah Pittman | 10/17/2017 | 0.5 | Work in E-side Plan Supplement file. |
| Sarah Pittman | 10/18/2017 | 0.8 | Update E-side Plan Supplement file. |
| Sarah Pittman | 10/18/2017 | 0.6 | Research insurance policies included in the E-side Plan Supplement file. |
| Matt Frank | 10/19/2017 | 0.5 | Final review of contract assumption and rejection exhibit prior to distribution to creditors counsel and filing. |
| Sarah Pittman | 10/19/2017 | 0.1 | Call with K&E to discussing insurance policies to be included in the E-side Plan Supplement file. |
| Sarah Pittman | 10/19/2017 | 0.4 | Call with M. Che (Company) regarding insurance policies to be included in the E-side Plan Supplement file. |
| Sarah Pittman | 10/19/2017 | 0.8 | Review E-side Plan Supplement file; submit final draft to K&E. |
| Sarah Pittman | 10/19/2017 | 2.0 | Update "Assumption" tab of E-side Plan Supplement file. |
| **Subtotal** | | **21.9** | |

## Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 9/7/2017 | 0.8 | Review detail for draft of tenth interim fee application. |
| Jodi Ehrenhofer | 9/11/2017 | 1.2 | Prepare final monthly fee statement for filing |
| Rich Carter | 9/11/2017 | 0.2 | Review July MFS documents prepared by senior director for accuracy. |
| Rich Carter | 9/14/2017 | 0.2 | Upload July MFS information to fee committee Box site; update fee tracker with updated dates. |
| Rich Carter | 9/19/2017 | 0.6 | Prepare June 2017 E-side invoice package for management fees. |

*Exhibit H*

*Combined - EFH & EFIH*
*Time Detail by Activity by Professional*
*September 1, 2017 through December 31, 2017*

## Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mary Napoliello | 9/28/2017 | 0.6 | Research payment information - update June recon and send to accounting. |
| Mary Napoliello | 10/5/2017 | 0.3 | Clear invoice data and send to accounting. |
| Mary Napoliello | 10/8/2017 | 1.1 | Prepare draft of August fee statement and forward to J. Ehrenhofer (A&M). |
| Jodi Ehrenhofer | 10/10/2017 | 0.8 | Review detail for draft of tenth interim fee application. |
| Jodi Ehrenhofer | 10/10/2017 | 1.6 | Prepare draft of tenth interim fee application. |
| Jodi Ehrenhofer | 10/11/2017 | 0.7 | Edit draft of the tenth interim fee application. |
| Mary Napoliello | 10/11/2017 | 0.8 | Prepare exhibits for 10th interim and send to J. Ehrenhofer (A&M). |
| Rich Carter | 10/11/2017 | 0.4 | Prepare E-side invoice for July 2017 management fees. |
| Rich Carter | 10/11/2017 | 0.8 | Review/update draft of 10th interim management fees prepared by senior director for accuracy. |
| Jodi Ehrenhofer | 10/12/2017 | 0.3 | Prepare invoice and CNO for allowed fees to be paid. |
| Jodi Ehrenhofer | 10/13/2017 | 0.4 | Prepare tenth interim fee application to be filed. |
| Mary Napoliello | 11/3/2017 | 0.5 | Prepare September fee data. |
| Jodi Ehrenhofer | 11/7/2017 | 0.3 | Prepare CNO and Invoices for monthly fee statements and interim fee applications. |
| Jodi Ehrenhofer | 12/4/2017 | 0.8 | Review detail for draft of tenth interim fee application. |
| Mary Napoliello | 12/4/2017 | 0.1 | Correspond with staff regarding questions concerning detail. |
| Jodi Ehrenhofer | 12/5/2017 | 0.3 | Confirm proper billing entity for certain tasks on fee applications. |
| Mary Napoliello | 12/6/2017 | 0.5 | Prepare updated exhibits and send to J. Ehrenhofer (A&M). |
| **Subtotal** | | **13.3** | |

## POR / Disclosure Statement

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 9/11/2017 | 1.4 | Correspondence with R. Carter (A&M) re: solicitation reports from Epiq. |
| Rich Carter | 9/11/2017 | 1.2 | Review non-voting report prepared by Epiq to report from claims management system for accuracy. |
| Rich Carter | 9/11/2017 | 0.8 | Prepare claim amount report to review E-side solicitation report. |

*Exhibit H*

*Combined - EFH & EFIH*
*Time Detail by Activity by Professional*
*September 1, 2017 through December 31, 2017*

## POR / Disclosure Statement

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Rich Carter | 9/11/2017 | 1.4 | Review voting report prepared by Epiq to report from claims management system for accuracy. |
| Jodi Ehrenhofer | 9/12/2017 | 2.1 | Review results of solicitation compare to Epiq voting report. |
| Jodi Ehrenhofer | 9/12/2017 | 0.8 | Correspondence with S. Kjvondent (Epiq) re: certain claims included on voting report. |
| Rich Carter | 9/12/2017 | 1.4 | Review claims report from claims management system to reconcile to Epiq voting report to identify discrepancies. |
| Rich Carter | 9/12/2017 | 2.6 | Review claims report from claims management system to reconcile to Epiq non-voting report to identify discrepancies. |
| Rich Carter | 9/13/2017 | 2.4 | Prepare reconciliation of non-voting report prepared by Epiq to claims report from claims management system for accuracy. |
| Jodi Ehrenhofer | 9/14/2017 | 0.4 | Continued correspondence with S. Kjvondent (Epiq) re: certain claims included on voting report. |
| Jodi Ehrenhofer | 9/27/2017 | 0.4 | Discussion with R. Chaikin (K&E) re: updated retained causes of action for plan supplement. |
| Rich Carter | 9/27/2017 | 0.2 | Teleconference with J. Ehrenhofer (A&M), R. Chaikin, N. Taousse (K&E); discuss E-side plan supplement. |
| Jodi Ehrenhofer | 10/4/2017 | 0.8 | Prepare final exhibits to be used for retained causes of action. |
| Rich Carter | 10/4/2017 | 2.2 | Prepare updated plan supplement retained causes of action reports at the request of counsel. |
| Jodi Ehrenhofer | 10/9/2017 | 0.5 | Correspondence re: status of certain retained causes of action exhibits. |
| Jodi Ehrenhofer | 10/10/2017 | 0.3 | Continued correspondence on status of retained causes of action exhibits with K&E. |
| Jodi Ehrenhofer | 10/13/2017 | 0.8 | Research questions to retained causes of action for K&E. |
| Jodi Ehrenhofer | 10/25/2017 | 0.3 | Research questions to retained causes of action for K&E. |
| Rich Carter | 10/25/2017 | 0.2 | Review source for specific counterparties listed on E-side retained causes of action exhibit at the request of counsel. |
| Jodi Ehrenhofer | 11/2/2017 | 0.3 | Research additional items added to retained causes of action since the last filing for K&E. |
| Rich Carter | 11/2/2017 | 1.0 | Prepare report of new claimants added to latest retained causes of action filing at the request of counsel. |
| **Subtotal** | | **21.5** | |

*Exhibit H*

*Combined - EFH & EFIH*
*Time Detail by Activity by Professional*
*September 1, 2017 through December 31, 2017*

## Tax Review & Support

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Chris Howe | 9/25/2017 | 1.5 | Call with T. Horton & A. Wright (EFH) re: scope of tax document review (0.7), internal discussions with M. Eagan (AM) and T. Zolbe (AM) re: same (0.3), review of org chart (0.5). |
| Jeff Schwarcz | 9/25/2017 | 1.0 | Call with T. Horton & A. Wright (EFH) re: scope of tax document review (0.7), internal discussions with C. Howe (AM) and T. Zolbe (AM) re: same (0.3). |
| Michael Eagan | 9/25/2017 | 1.0 | Call with T. Horton & A. Wright (EFH) re: scope of tax document review (0.7), internal discussions with C. Howe (AM) and T. Zolbe (AM) re: same (0.3). |
| Taylor Zolbe | 9/25/2017 | 1.0 | Call with T. Horton & A. Wright (EFH) re: scope of tax document review (0.7), internal discussions with C. Howe (AM) and J. Schwarcz (AM) re: same (0.3). |
| Chris Howe | 9/26/2017 | 2.0 | Tax document review (1.8), discussions with M. Eagan (AM) and T. Zolbe (AM) re: tax requests (0.2). |
| William Seaway | 9/26/2017 | 2.1 | Discussion with C. Howe (AM) re: opinion letter (0.3), perform documentation review (1.2), read opinion letter (0.6). |
| Michael Eagan | 9/27/2017 | 2.0 | Calls with C. Howe (AM) and T. Zolbe (AM) re: tax request list (0.5), review of various provided tax documents (e.g., org chart, draft 2016 tax return, AMT monetization calculation, tax sharing agreement, K&E opinion) (1.5). |
| Taylor Zolbe | 9/27/2017 | 1.5 | Review tax documents, including opinion letter, draft tax return, AMT monetization schedule. |
| Chris Howe | 9/28/2017 | 1.5 | Review of tax docs, incl. opinion letter, and org chart (1.3), discussion with A. Sexton (K&E) re: opinion letter (0.2). |
| Jeff Schwarcz | 9/28/2017 | 2.1 | Call with A. Sexton (K&E) re: opinion letter (0.2), review tax documents incl. opinion letter (1.6), discussion with B. Seaway (AM) about debt costs (0.3). |
| Michael Eagan | 9/28/2017 | 1.0 | Review of tax documents (0.8), discussion with A. Sexton (K&E) re: opinion letter (0.2). |
| Taylor Zolbe | 9/28/2017 | 2.0 | Call with A. Sexton (K&E) re: opinion letter (0.2), review and notes pertaining to tax docs received (1.4), discussions with M. Eagan (AM) and C. Howe (AM) re: opinion letter (0.4). |
| William Seaway | 9/28/2017 | 1.8 | Review treatment of debt issuance costs (1.1), discuss opinion letter (0.4), call with C. Howe (AM) and J. Schwarcz (AM) (0.3). |
| Michael Eagan | 9/29/2017 | 1.0 | Review of 2016 tax return (0.9), call with T. Zolbe (A&M) re: plan to review various tax documents (0.1). |
| Taylor Zolbe | 10/1/2017 | 1.0 | Review 2016 tax return and supporting workpapers. |
| Alan Cathart | 10/2/2017 | 0.6 | Internal discussion with C. Howe and T. Zolbe around debt issuance costs and ability to accelerate deductions upon a significant modification to the debt. |

*Exhibit H*

**Combined - EFH & EFIH**
*Time Detail by Activity by Professional*
*September 1, 2017 through December 31, 2017*

## Tax Review & Support

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Chris Howe | 10/2/2017 | 1.0 | Internal call with M. Eagan, M. Farkas, and T. Zolbe (A&M) to discuss E&P, AMT, and interest deductibility position. |
| Chris Howe | 10/2/2017 | 3.5 | Review 2016 draft tax return (2.7), internal AMT monetization conversations with M. Farkas and T. Zolbe (A&M) (0.8). |
| Michael Eagan | 10/2/2017 | 2.0 | Review workpapers (0.6); calls re: issues to focus on (1); coordination of collection of workpapers and call with K&E (0.4). |
| Michael Farkas | 10/2/2017 | 1.0 | Internal call with M. Eagan, C. Howe, M. Farkas to discuss E&P, AMT, and interest deductibility. |
| Taylor Zolbe | 10/2/2017 | 2.2 | Internal call with M. Eagan, M. Farkas, C. Howe (1); review 2016 tax return and supporting calculations (1.2). |
| Taylor Zolbe | 10/2/2017 | 1.0 | Internal call with M. Eagan, C. Howe, M. Farkas to discuss E&P, AMT, and interest deductibility. |
| Chris Howe | 10/3/2017 | 2.5 | Call with A. Sexton (K&E), T. Horton, A. Wright (Debtor, client) re: debt issuance costs, AMT questions. |
| Chris Howe | 10/3/2017 | 1.5 | Review AMT workpaper and form (0.8), AMT research (0.4), questions with internal compliance experts (0.3). |
| Michael Eagan | 10/3/2017 | 3.5 | Call with A. Sexton (K&E) re: AMT (0.5); Review workpapers and tax issues identified by K&E re AMT and debt costs, etc. (3). |
| Michael Farkas | 10/3/2017 | 2.0 | Call with A. Sexton (K&E), T. Horton, A. Wright (Debtor, client) re: debt issuance costs, AMT questions. |
| Taylor Zolbe | 10/3/2017 | 2.8 | Call with A. Sexton (K&E), T. Horton, A. Wright (Debtor, client) re: debt issuance costs, AMT questions (2.0), emails to M. Eagan (A&M) around same (0.8). |
| Taylor Zolbe | 10/3/2017 | 0.5 | Review AMT workpaper and form (0.2) and AMT research (0.3). |
| William Seaway | 10/3/2017 | 0.7 | Review EFH org chart and step-plan slides 1-10. |
| Chris Howe | 10/4/2017 | 2.6 | Read opinion letter (1), research re: same (1.6). |
| Chris Howe | 10/4/2017 | 1.9 | Call with A. Sexton (K&E) re: letter, debt (0.5) Review 2016 tax return (0.9), discussions with T. Zolbe (0.5). |
| Michael Eagan | 10/4/2017 | 2.0 | Call with A. Sexton (K&E) re: opinion letter (0.5); Review tax issues and tax return (1.5). |
| Michael Farkas | 10/4/2017 | 1.0 | Call with A. Sexton (K&E) re: letter, debt (0.5); Review 2016 tax return (0.5). |
| Taylor Zolbe | 10/4/2017 | 3.0 | Call with A. Sexton (K&E) re: opinion letter, debt (0.5); Review 2016 tax return and supporting calculations/workpapers (2.5). |
| Chris Howe | 10/5/2017 | 1.5 | Transaction workpaper review and research. |
| Michael Eagan | 10/5/2017 | 3.5 | Review of tax return positions (1.6); Review information from KPMG (1.9). |

*Exhibit H*

**Combined - EFH & EFIH**
**Time Detail by Activity by Professional**
**September 1, 2017 through December 31, 2017**

## Tax Review & Support

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Michael Farkas | 10/5/2017 | 2.0 | Review transaction workpapers (0.7), research into Section 351 (0.9), discuss same with T. Zolbe (A&M) (0.4). |
| Taylor Zolbe | 10/5/2017 | 0.5 | Email B. Seaway (A&M) regarding transaction (0.2), discuss same transaction with M. Farkas (A&M) (0.3). |
| Taylor Zolbe | 10/5/2017 | 0.8 | Review org chart with structure steps, spin-off (0.5), email B. Seaway (A&M) re: EFH position on interest deductibility (0.3). |
| Taylor Zolbe | 10/5/2017 | 3.5 | Review org chart with structure steps, email to B. Seaway regarding steps (2.5). Review E&P tax study workpapers (1.0). |
| William Seaway | 10/5/2017 | 0.9 | Reviewing KPMG-provided gain calc related to the spin-off. |
| William Seaway | 10/5/2017 | 1.1 | Review memo prepared (0.8), email response to T. Zolbe (A&M) (0.3). |
| Chris Howe | 10/6/2017 | 1.3 | Read opinion letter (0.5), research re: same (0.8) |
| Michael Eagan | 10/6/2017 | 3.2 | Review of tax return positions (2.1); review information from KPMG (1.1). |
| Michael Farkas | 10/6/2017 | 2.0 | Review 2016 tax return and supporting calculations, including E&P (1.6), discussions with T. Zolbe (A&M) (0.4). |
| Taylor Zolbe | 10/6/2017 | 1.7 | Internal discussions with C. Howe / M. Eagan / M. Farkas re: E&P form, opinion memo. |
| Taylor Zolbe | 10/6/2017 | 1.0 | Calls with K&E to discuss E&P, AMT, and interest deductibility position. |
| Taylor Zolbe | 10/6/2017 | 1.8 | Review 2016 tax return and supporting calculations, including E&P study. |
| William Seaway | 10/6/2017 | 1.2 | Review slides 10-20 of EFH step-plan slides (0.8) and discussion with T. Zolbe (A&M) about same (0.4). |
| Michael Eagan | 10/7/2017 | 1.0 | Review of tax return positions (0.5); review information from KPMG (.5). |
| Taylor Zolbe | 10/7/2017 | 0.7 | Review 2016 elections, statements, disclosures and email to KPMG regarding 1502-21 analysis for allocation of NOLs. |
| Michael Eagan | 10/8/2017 | 1.5 | Review of tax positions (0.8); emails with KPMG and K&E (0.7). |
| Chris Howe | 10/9/2017 | 2.0 | Research 1502-21 apportionment rules and org chart /structure slides for spin-off. |
| Chris Howe | 10/9/2017 | 2.5 | Review 2016 tax return and supporting calculations, including E&P study (1.9), discussions with T. Zolbe (A&M) (0.6). |
| Michael Eagan | 10/9/2017 | 1.0 | Research and review NOL allocation among members (.4); review tax return issues (0.6). |
| Taylor Zolbe | 10/9/2017 | 3.4 | Review 2016 tax return Sch. M-3 (.8), research interest adjustment (1.4), emails to KPMG regarding workpaper support (1.2). |

*Exhibit H*

*Combined - EFH & EFIH*
*Time Detail by Activity by Professional*
*September 1, 2017 through December 31, 2017*

## Tax Review & Support

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Chris Howe | 10/10/2017 | 2.2 | Review memo re: 2016 BCA Methodology (0.8), research into included topics (1.4) |
| Chris Howe | 10/10/2017 | 1.5 | Internal discussions with M. Eagan / T. Zolbe around NOLs, structure slides, OID. |
| Michael Eagan | 10/10/2017 | 4.5 | Tax return review (1.6); AMT NOL review (1.1); E&P review (1.8). |
| Michael Farkas | 10/10/2017 | 1.5 | Internal discussions with C. Howe / M. Eagan / T. Zolbe (.5), review of NOLs (0.7), review of structure chart (0.3). |
| Taylor Zolbe | 10/10/2017 | 5.8 | Discussions with A. Wigmore (KPMG) (0.5), internal discussions with C. Howe / M. Eagan / M. Farkas (0.7), review of NOLs (2.2), review of structure chart (.5), draft email to client regarding issues covered (1.1), OID discussions (0.8). |
| Chris Howe | 10/11/2017 | 1.1 | Call with A. Sexton (K&E), T. Horton & A. Wright (Debtor), A. Wigmore (KPMG) |
| Chris Howe | 10/11/2017 | 3.4 | Review memo (1.1), research into Reg. re: same (2.3) |
| Michael Eagan | 10/11/2017 | 7.0 | Calls with A. Sexton (K&E) re: prep for Thursday call to finalize comments (1.3); calls with A. Wigmore (KPMG) re: tax return prep (1.4); Analysis of OID and interest expense (2.6); final reviews of TR (1.7). |
| Michael Farkas | 10/11/2017 | 1.5 | Internal discussions with T. Zolbe / M. Eagan/ C. Howe re: NOL apportionment, structure chart and reorg steps, OID and interest deductibility. |
| Taylor Zolbe | 10/11/2017 | 2.5 | Discussions with KPMG (0.4), internal discussions with Farkas/Eagan/Howe (0.5), continued review of NOLs and structure chart (0.8), draft email to client regarding issues covered (0.4), OID discussions (0.4). |
| Michael Eagan | 10/12/2017 | 5.5 | Finalize review of income tax returns (4.3); Call with A. Sexton, T. Horton, A. Wright (Debtor, client) and other legal counsel re tax matters (1.2). |
| Michael Farkas | 10/12/2017 | 1.0 | Call with A. Sexton (K&E), T. Horton, A. Wright (Debtor, client) and other legal counsel re tax matters. |
| Taylor Zolbe | 10/12/2017 | 0.9 | Call with A. Sexton (K&E), T. Horton, A. Wright (Debtor, client) and other legal counsel re tax matters, finalizing tax return before filing. |
| Michael Eagan | 10/13/2017 | 2.0 | Preparation of documentation for tax return review. |
| Chris Howe | 10/17/2017 | 1.3 | Review spinoff documents and tax matters agreement. |
| Chris Howe | 10/18/2017 | 1.9 | Review tax matters agreement, org chart, and spinoff documents. |
| Chris Howe | 10/19/2017 | 0.8 | Discussion with M. Eagan regarding TX Margin return, review process. |

*Exhibit H*

**Combined - EFH & EFIH**
**Time Detail by Activity by Professional**
**September 1, 2017 through December 31, 2017**

## Tax Review & Support

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Brian Pedersen | 10/24/2017 | 1.4 | Review of the TX Margin Tax return as prepared by KPMG (0.9), discussions with M. Eagan and S. Kukanza (A&M) (0.5). |
| Michael Eagan | 10/24/2017 | 1.3 | TX return review (0.8), internal discussion with B. Pedersen and S. Kukanza (0.5). |
| Sloane Kukanza | 10/24/2017 | 4.8 | EFH Texas Return review (4.3) & internal discussions with B. Pedersen and M. Eagan (0.5) |
| Brian Pedersen | 10/26/2017 | 2.6 | Review of the TX Margin Tax return as prepared by KPMG (2.1), call with A. Sexton (K&E) (0.5). |
| Michael Eagan | 10/26/2017 | 5.3 | Call with A. Sexton (K&E) re: TX return (.8). Review of allocation between Vistra and EFH (2.7) and transaction impact on TX tax (1.8). |
| Sloane Kukanza | 10/26/2017 | 2.0 | EFH Texas return review (1.5) - including internal discussions & call with outside counsel - A. Sexton (K&E) (0.5). |
| Michael Eagan | 10/27/2017 | 2.0 | Review of TX return matters (1.3) and internal discussion with B. Pedersen and S. Kukanza (0.7). |
| Brian Pedersen | 10/30/2017 | 1.1 | Review intercompany tax allocation agreement and subsequent allocation of TX Margin Tax among parties (0.7), internal discussions of same (0.4). |
| Brian Pedersen | 10/31/2017 | 2.9 | Review intercompany tax allocation agreement and subsequent allocation of TX Margin Tax among parties (2.2), internal discussions of same (0.7). |
| Sloane Kukanza | 10/31/2017 | 1.0 | Texas return call w/ M. Oltmanns (Vistra) (0.4) & prep of same (0.6). |
| Michael Eagan | 11/1/2017 | 2.0 | Texas margin tax return matters - review and discussions with S. Kukanza and B. Pedersen (A&M). |
| Michael Eagan | 11/3/2017 | 1.0 | Call with D. Cash (A&M) re: TSA and tax components. |
| Brian Pedersen | 11/6/2017 | 2.0 | Ongoing tax compliance matters (1.1); Call with Vistra tax team with M. Eagan (A&M)(0.4). |
| Chris Howe | 11/6/2017 | 1.5 | Ongoing tax compliance matters (0.6); call with Vistra tax team (0.6), discussion with M. Eagan (A&M) (0.3). |
| Michael Eagan | 11/6/2017 | 1.5 | Ongoing tax compliance matters (1.1); call with Vistra tax team with B. Pedersen (A&M) (0.4). |
| Sloane Kukanza | 11/6/2017 | 0.5 | Texas margin tax return review. |
| Brian Pedersen | 11/7/2017 | 2.0 | Call with A. Sexton (K&E) re: Texas margin tax return (.6), review of allocation between Oncor and Vistra (1.4). |
| Chris Howe | 11/7/2017 | 1.5 | Transition services scoping exercise and Texas tax return review (0.7) - including allocation of TX margin tax between Oncor and Vistra (0.8). |

*Exhibit H*

**Combined - EFH & EFIH**
*Time Detail by Activity by Professional*
*September 1, 2017 through December 31, 2017*

## Tax Review & Support

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Michael Eagan | 11/7/2017 | 4.2 | Transition services scoping exercise and Texas tax return review (2.7) - including allocation of Texas margin tax between Oncor and Vistra (1.5). |
| Sloane Kukanza | 11/7/2017 | 2.0 | Texas margin tax return review (1.2), call with A. Sexton (K&E) (0.5), and preparation (0.3). |
| Brian Pedersen | 11/8/2017 | 2.0 | Texas margin tax return review (1.1), discussions with internal team (0.5), TSA discussions with M. Eagan (A&M) (0.4). |
| Chris Howe | 11/8/2017 | 1.0 | Discussions with M. Eagan (A&M) regarding Texas margin tax return. |
| Michael Eagan | 11/8/2017 | 2.3 | Texas margin tax return review (1.7); general admin and 2017 tax matters (0.6). |
| Brian Pedersen | 11/9/2017 | 1.0 | Texas margin tax return review including further review of allocation of Texas margin tax between Oncor and Vistra. |
| Sloane Kukanza | 11/11/2017 | 1.0 | Texas margin tax return review. |
| Brian Pedersen | 12/14/2017 | 1.0 | Review the Texas tax return (0.4) and discussions with S. Kukanza (A&M) (0.6). |
| Sloane Kukanza | 12/14/2017 | 3.5 | Review the Texas tax return (2.9) and discussions with B. Pedersen (A&M) (0.6). |
| **Subtotal** | | **194.7** | |

## UST Reporting Requirements

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Kevin Sullivan | 9/5/2017 | 0.1 | Update MOR-1b for a change to NCA Resources cash disbursements. |
| Kevin Sullivan | 9/6/2017 | 0.6 | Research and respond to a question re: including certain entities in the EFH group. |
| Kevin Sullivan | 9/7/2017 | 0.7 | Update the July MOR schedules MOR-2, MOR-3, MOR-4 and MOR-5 for new data received from the Company. |
| Kevin Sullivan | 9/8/2017 | 0.2 | Update MOR-5 for responses received re: the Debtor Questionnaire |
| Kevin Sullivan | 9/13/2017 | 0.2 | Provide an update on open items and sent the Company v1 of the July MOR |
| Kevin Sullivan | 9/13/2017 | 0.2 | Continued updates to MOR-5 for responses received re: the Debtor Questionnaire |
| Kevin Sullivan | 9/18/2017 | 0.6 | Update August MOR to include MOR-1a bank balance data and updated the MOR-5 Debtor Questionnaire for responses received from the Company. |

*Exhibit H*

*Combined - EFH & EFIH*
*Time Detail by Activity by Professional*
*September 1, 2017 through December 31, 2017*

## UST Reporting Requirements

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Kevin Sullivan | 9/18/2017 | 0.8 | Update July MOR to include additional professional payments, add a footnote to MOR-1c and update dates |
| Kevin Sullivan | 9/19/2017 | 0.5 | Update the July MOR for changes requested by the Company. |
| Kevin Sullivan | 9/22/2017 | 0.4 | Update the August MOR to add the cash balances. |
| Kevin Sullivan | 9/27/2017 | 0.2 | Update August MOR for new data for MOR-4 Rider |
| Kevin Sullivan | 9/28/2017 | 2.3 | Update August MOR for new data for MOR-1c, MOR-2, MOR-3, MOR-4 and MOR-5 |
| Kevin Sullivan | 10/3/2017 | 0.2 | Update August MOR for additional info received from Epiq for MOR-1c |
| Kevin Sullivan | 10/4/2017 | 0.1 | Follow up with company on status of 3Q17 US Trustee fees. |
| Kevin Sullivan | 10/17/2017 | 0.4 | Create and distribute the 3Q17 file calculating US Trustee fees, by Debtor. |
| Kevin Sullivan | 10/20/2017 | 0.8 | Complete the draft of the August MOR by updating MOR-1 for the current month and updating MOR-1c for the payments to Deloitte. |
| Kevin Sullivan | 10/23/2017 | 0.8 | Prepare the final, signed version of the August MOR for filing. |
| Kevin Sullivan | 10/26/2017 | 0.2 | Emails with the Company re: paying the 3Q17 US Trustee fees. |
| Kevin Sullivan | 10/27/2017 | 0.8 | Create September MOR. |
| Kevin Sullivan | 10/28/2017 | 0.1 | Prepare and circulate an email requesting data to complete MOR-5, Debtor Questionnaire for the September MOR. |
| Kevin Sullivan | 11/9/2017 | 2.7 | Update the September MOR for MOR-2, MOR-3, MOR-4, MOR-5 and MOR1-c. |
| Kevin Sullivan | 11/10/2017 | 0.6 | Update the September MOR for MOR-1 and MOR-4 Rider. |
| Kevin Sullivan | 11/13/2017 | 1.1 | Update the September MOR for new balance sheets and new format. |
| Kevin Sullivan | 11/20/2017 | 0.2 | Correspondence with company personnel re: October MOR Debtor Questionnaire. |
| Kevin Sullivan | 11/27/2017 | 0.4 | Create the October MOR, update MOR-5, Debtor Questionnaire for the responses received last week. |
| Kevin Sullivan | 11/28/2017 | 1.9 | Update the October MOR: added MOR-1, MOR-1a, MOR-1b, MOR-1c, MOR-2, MOR-3 and MOR-4. |
| Kevin Sullivan | 11/29/2017 | 0.5 | Ensure declarations are included in September MOR and prepare draft for filing. |
| Kevin Sullivan | 11/29/2017 | 1.2 | Update MOR-2 and MOR-3, add MOR-4 Rider. |
| Kevin Sullivan | 11/30/2017 | 0.4 | Multiple emails with J. Ehrenhofer (A&M) re: September MOR. |

*Exhibit H*

*Combined - EFH & EFIH*
*Time Detail by Activity by Professional*
*September 1, 2017 through December 31, 2017*

## UST Reporting Requirements

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Kevin Sullivan | 12/4/2017 | 0.1 | Respond to a question from K&E re: payment of the US Trustee fees. |
| Kevin Sullivan | 12/7/2017 | 0.4 | Update the October MOR to revise the filing date and provide MOR to the Company to review. |
| Kevin Sullivan | 12/8/2017 | 0.2 | Email correspondence with the Company re: filing the October MOR. |
| Kevin Sullivan | 12/9/2017 | 0.3 | Review the cash disbursements for the November MOR. |
| Kevin Sullivan | 12/11/2017 | 0.3 | Add additional payments to MOR-1c. |
| Kevin Sullivan | 12/18/2017 | 2.8 | Create the draft of the November MOR including detail of the professional vouchers paid in MOR-1c, bank account data in MOR-1-a, and cash disbursement data in MOR 1-b. |
| Kevin Sullivan | 12/28/2017 | 0.8 | Update the November MOR by adding the balance sheet to MOR-3, the income statements to MOR-2 and update the A/R and A/P data on MOR-5 and MOR-4. |
| Kevin Sullivan | 12/12/2018 | 0.4 | Create the final version of the signed MOR and forward to RLF for filing. |
| **Subtotal** | | **24.5** | |
| | | | |
| ***Grand Total*** | | **314.0** | |