**<u>Exhibit I</u>**

**Expense Detail by Category**

*Exhibit I*

**Combined - EFH & EFIH**
*Expense Detail by Category*
*September 1, 2017 through December 31, 2017*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|

*None to Report for Eleventh Interim Period*

| | |
|---|---|
| **Expense Category Total** | $0.00 |
| *Grand Total* | $0.00 |