## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 19.20 | $24,300.00 |
| Employment and Fee Applications | 1.00 | $1,180.00 |
| **TOTAL** | **20.20** | **$25,480.00** |