## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1300 | 16.30 | 21,190.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 1100 | 3.90 | 4,290.00 |
| | | | | **TOTAL** | **20.20** | **25,480.00** |

NYCorp 3534423v.1
02/15/2018 SL1 1509366v1 109285.00005
109249.1