# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) Hearing Date: February 23, 2018 at 2:00 p.m. |

## NOTICE OF FILING OF JOINT STIPULATED FINAL PRE-TRIAL ORDER

PLEASE TAKE NOTICE that, on July 7, 2017, Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "E-Side Debtors") filed the *EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11425] (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Pursuant to the Motion, the E-Side Debtors sought entry of an order

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

RLF1 18894677v.1

scheduling certain dates and deadlines and establishing certain protocols in connection with the confirmation of the E-Side Debtors' new plan of reorganization (as modified, amended or supplemented from time to time, the "Plan") and approval of the E-Side Debtors' disclosure statement (the "Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that, on July 28, 2017, the Court entered its *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11628] (as amended, supplemented, and modified by D.I. 11835, 12279, and 12519, the "Scheduling Order"). Pursuant to the Scheduling Order, the Court scheduled certain dates and deadlines and established certain protocols in connection with the confirmation of the Plan and approval of the Disclosure Statement.

PLEASE TAKE FURTHER NOTICE that, paragraph 13(d) of the Scheduling Order (as most recently modified by D.I. 12519) provides that "**Thursday, February 15, 2018**, shall be the deadline by which Participating Parties must submit a proposed joint pretrial order per Local Bankruptcy Rule 7016-2(d)."

PLEASE TAKE FURTHER NOTICE that, consistent with the terms of the Scheduling Order, the E-Side Debtors hereby file the attached *Joint Stipulated Final Pre-Trial Order* (the "Draft Pre-Trial Order"). A copy of the Draft Pre-Trial Order is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, the Draft Pre-Trial Order was negotiated by and between counsel to (i) the E-Side Debtors, (ii) the official committee of unsecured creditors representing the interests of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc., (iii) Sempra Energy, (iv) Elliott Associates,

L.P., Elliott International, L.P., and The Liverpool Limited Partnership, (v) NextEra Energy, Inc., (vi) the Office of the United States Trustee for the District of Delaware, (vii) the EFH Indenture Trustee, (viii) UMB Bank, N.A., and (ix) Robert Albini, Denis Bergschneider, Harold Bissell, Kurt Carlson, David William Fahy, Shirley Fenicle, David Heinzmann, John H. Jones. The E-Side Debtors have also circulated the Draft Pre-Trial Order to all of the other Participating Parties (as such term is defined in the Scheduling Order).

PLEASE TAKE FURTHER NOTICE that a *telephonic only* hearing to consider, among other things, entry of the Draft Pre-Trial Order, is currently scheduled be held before The Honorable Christopher S. Sontchi at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **February 23, 2018 starting at 2:00 p.m. (Eastern Standard Time)** (the "February 23rd Hearing").

PLEASE TAKE FURTHER NOTICE that, consistent with the *Instructions for Telephonic Appearances Effective April 5, 2005, Revised April 27, 2009*, all parties wishing to appear at the February 23rd Hearing must contact CourtCall via telephone (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America: 866-533-2946; for parties sending facsimiles from outside of the United States of America: 310-743-1850) no later than **12:00 p.m. (noon) (Eastern Standard Time) on February 22, 2018** to register their telephonic appearances.

PLEASE TAKE FURTHER NOTICE that, to the extent that the E-Side Debtors make further revisions to the Draft Pre-Trial Order prior to the February 23rd Hearing, the E-Side Debtors will present a further blacklined copy of such revised documents to the Court before the February 23rd Hearing.

Dated: February 15, 2018
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:         collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com
                aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*