IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) **Re: D.I. 11425, 11628, 11835, 12279, 12519** |

NOTICE OF EXTENSION OF DEADLINE BY WHICH
NEXTERA ENERGY, INC. MUST FILE ANY MOTION *IN LIMINE*

PLEASE TAKE NOTICE that, on July 7, 2017, Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"),[2] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "E-Side Debtors") filed the *EFH/EFIH Debtors for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11425] (the "Motion") with the United States Bankruptcy Court for the District of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

RLF1 18894939v.1

Delaware (the "Court"). Pursuant to the Motion, the E-Side Debtors sought entry of an order scheduling certain dates and deadlines and establishing certain protocols in connection with the confirmation of the E-Side Debtors' new plan of reorganization (as modified, amended or supplemented from time to time, the "Plan") and approval of the E-Side Debtors' disclosure statement (the "Disclosure Statement").

PLEASE TAKE FURTHER NOTICE that, on July 28, 2017, the Court entered its *Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11628] (as amended, supplemented, and modified by D.I. 11835, 12279, and 12519, the "Scheduling Order"). Pursuant to the Scheduling Order, the Court scheduled certain dates and deadlines and established certain protocols in connection with the confirmation of the Plan and approval of the Disclosure Statement.

PLEASE TAKE FURTHER NOTICE that, paragraph 13(e) of the Scheduling Order (as most recently modified by D.I. 12519) provides that "**Thursday, February 15, 2018**, shall be the deadline by which Participating Parties must file motions in limine."

PLEASE TAKE FURTHER NOTICE that, paragraph 25 of the Scheduling Order (D.I. 11835) provides as follows:

> **Amendments or Modifications**. Except as otherwise ordered by the Court, this Order shall control any and all discovery by Participating Parties in connection with the Confirmation Proceedings; *provided, however*, **that the E-Side Debtors, in agreement with the affected Participating Parties, may amend or modify the terms of this Order without further order by the Court upon filing written notice of such amendment or modification with the Court.**

*See* Scheduling Order (D.I. 11835) at ¶ 25 (emphasis added).

PLEASE TAKE FURTHER NOTICE that, pursuant to the authority granted to them in

paragraph 25 of the Scheduling Order (D.I. 11835), the E-Side Debtors (in consultation with Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership) have agreed to extend the deadline set forth in paragraph 13(e) of the Scheduling Order (as most recently modified by D.I. 12519) to file motions in limine **as to NextEra Energy, Inc. only** to **Friday, February 16, 2018**. All other dates and deadlines set forth in the Scheduling Order are unaffected by this notice.

PLEASE TAKE FURTHER NOTICE that a hearing to consider confirmation of the Plan as it relates to the E-Side Debtors is scheduled to commence before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **February 26, 2018 starting at 10:00 a.m. (Eastern Standard Time)**.

*[Remainder of page intentionally left blank.]*

Dated: February 15, 2018
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
         defranceschi@rlf.com
         madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
         stephen.hessler@kirkland.com
         brian.schartz@kirkland.com
         aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
         marc.kieselstein@kirkland.com
         chad.husnick@kirkland.com
         steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

RLF1 18894939v.1