**EXHIBIT 1**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | X | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **ENERGY FUTURE HOLDINGS CORP.,** *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtor-in-Possession. | : | (Jointly Administered) |
| | : | |
| | : | Re: D.I. 12516 |
| | : | |
| | X | |

---

**ORDER AWARDING INTERIM ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES**

This matter coming before the Court on the interim fee application (D.I. 12516) (the "Application") of Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") pursuant to sections 330(a) and 331 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for the interim allowance of certain fees, including all holdbacks, and expenses incurred by Benesch for the period of May 1, 2017, through August 31, 2017 (the "Compensation Period"), filed in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (D.I. 2066) (the "Interim Compensation Order"); and the Court having reviewed the Application; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Application and the hearing thereon was adequate under the circumstances; and (c) all parties with notice of the Application have been afforded the opportunity to be heard on the Application, and no objections having been filed; now therefore

    IT IS HEREBY ORDERED THAT:

1.    The Application is GRANTED on an interim basis.

2.    Benesch is allowed (a) interim compensation for services rendered during the Compensation Period in the amount of $3,655.00 and (b) interim reimbursement for actual and necessary expenses incurred during the Compensation Period in the amount of $29.00.

3.    To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are authorized and directed to pay Benesch the total amount of $3,684.00 for services rendered and expenses incurred during the Compensation Period.

Dated: _____, 2018    _____
    THE HONORABLE CHRISTOPHER S. SONTCHI
    UNITED STATES BANKRUPTCY JUDGE