# Court Conference

# U.S. Bankruptcy Court-District of Delaware
# Confirmed Telephonic Appearance Schedule
# Honorable Christopher S. Sontchi
#6

Calendar Date: 02/16/2018
Calendar Time: 11:00 AM ET

Amended Calendar  Feb 16 2018 7:31AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8903831 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8903734 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8903795 | Negisa Balluku | (212) 617-0147 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8884100 | Joshua Brody | (212) 715-9314 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, ComputerShare / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8903827 | Amy C. Brown | (646) 765-7127 ext. | BraunHagey & Borden LLP | Creditor, Elliott Management / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8903731 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Interested Party, Sempra Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8903727 | Christopher L. Carter | (617) 951-8063 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8903819 | Allister Chan - Client | (212) 848-4000 ext. | Shearman & Sterling LLP | Client, Allister Chan / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8903779 | Maria Chutchian | (646) 378-3108 ext. | Merger Market | Interested Party, Debtwire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8903793 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Interested Party, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8903733 | Evan Coren | (302) 425-2611 ext. | Stevens & Lee, P.C. | Representing, Energy Future Intermediate Holding Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8903810 | Scott D. Cousins | (302) 429-9570 ext. | Bayard P.A. | Creditor, Elliott Management Corporation / LIVE |

Peggy Drasal ext. 802    CourtConfCal2009    Page 1 of 5

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903499 | Eric C. Daucher | (212) 408-5405 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903465 | Daniel DeFranceschi | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903726 | Jamie L. Edmonson | (302) 298-3520 ext. | Venable LLP | Creditor, PIMCO / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903749 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Interested Party, The EFH Official Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903794 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903739 | Christopher Fong | (212) 940-3724 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903807 | Gregg Galardi | (212) 841-8704 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903809 | Richard Gitlin - Client | (860) 523-4904 ext. | Godfrey & Kahn, S.C. | Client, Richard Gitlin / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903723 | Brian Glueckstein | (212) 558-4000 ext. | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903832 | Isley M. Gostin | (202) 663-6551 ext. | WilmerHale LLP | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903855 | Mark F. Hebbeln | (312) 832-4394 ext. | Foley & Lardner, LLP | Trustee, UMB Bank / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903787 | Daniel K. Hogan | (302) 656-7540 ext. | Hogan McDaniel | Creditor/Claimant, Shirley Fenicle, David William Fahy, John H. Jones & David Heinzman, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903824 | Emily L. Katz | (212) 761-1671 ext. | Morgan Stanley | Interested Party, Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903437 | Marc Kieselstein | (312) 862-3029 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903772 | Raymond Lemisch | (302) 552-5530 ext. | Klehr Harrison Harvey Branzburg LLP | Lender(s), UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903459 | Jason M. Madron | (302) 651-7793 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903449 | Mark E. McKane | (415) 439-1400 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903811 | R. Stephen McNeill | (302) 984-6171 ext. | Potter Anderson & Corroon LLP | Creditor, Citibank, N.A. / LIVE |

| Case Name | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903835 | Joanna S. Newdeck | (202) 887-4549 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903742 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903757 | Andrew Rosenblatt | (212) 408-5100 ext. | Norton Rose Fulbright US LLP | Interested Party, NextEra Energy, Inc. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903724 | Jeffrey S. Sabin | (212) 307-5500 ext. | Venable LLP | Creditor, PIMCO / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903766 | Jeffrey M. Scherf | (302) 622-4212 ext. | Fox Rothschild LLP | Creditor, Sempra Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903769 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8884849 | Ned S. Schodek | (212) 848-7052 ext. | Shearman & Sterling LLP | Creditor, Citibank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903738 | J. Christopher Shore | 212-819-8394 ext. | White & Case LLP | Interested Party, Sempra Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903755 | Charles E. Sieving | (561) 691-7575 ext. | NextEra Energy Resources | Interested Party, NextEra Energy Resources / LISTEN ONLY |
| Energy Future Holdings, Inc. | 14-10979 | Hearing | 8903829 | J. Kate Stickles | (302) 651-2001 ext. | Cole Schotz P.C. | Creditor, Delaware Trust / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903498 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8898331 | Amer Tiwana | (646) 616-3052 ext. | Cowen and Company LLC | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903822 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Computershare Trust Company, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903770 | Brady C. Williamson | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903452 | Aparna Yenamandra | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903767 | Peter Young | (312) 962-3528 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |