## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF SERVICE OF NOTICE OF DISCLOSURE
### OF FINAL WITNESS LIST FOR EFH/EFIH CONFIRMATION HEARING

PLEASE TAKE NOTICE that, in accordance with paragraph 13(c) of the *Amended and Superseding Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, entered August 29, 2017 (as amended, supplemented, and modified by D.I. 11835, 12279, and 12519), on February 14, 2018, counsel to Energy Future Holdings Corp., and its debtor affiliates, as debtors and debtors in possession in the above-captioned cases, caused a true and correct copy of the following document to be served via email on all members of the service list attached hereto as **Exhibit A**, in these chapter 11 cases, EFH_DS_Discovery_Service_List@kirkland.com:

* *Notice of Disclosure of Final Witness List for EFH/EFIH Confirmation Hearing*

*[Remainder of page intentionally left blank.]*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Dated: February 16, 2018
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:       collins@rlf.com
           defranceschi@rlf.com
           madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:      edward.sassower@kirkland.com
           stephen.hessler@kirkland.com
           brian.schartz@kirkland.com
           aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:      james.sprayregen@kirkland.com
           marc.kieselstein@kirkland.com
           chad.husnick@kirkland.com
           steven.serajeddini@kirkland.com

-and-

Mark E. McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500
Email:         mark.mckane@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*

**Exhibit A**

*In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

## Service List

| Participating Parties | Email | Official Service |
|---|---|---|
| (a) the Debtors; | jsowa@kirkland.com<br>alexander.davis@kirkland.com<br>michael.esser@kirkland.com<br>jonathan.ganter@kirkland.com<br>SHessler@kirkland.com<br>rhowell@kirkland.com<br>CHusnick@kirkland.com<br>howard.kaplan@kirkland.com<br>amcgaan@kirkland.com<br>MMcKane@kirkland.com<br>WPruitt@kirkland.com<br>brogers@kirkland.com<br>esassower@kirkland.com<br>bschartz@kirkland.com<br>steven.serajeddini@kirkland.com<br>anthony.sexton@kirkland.com<br>bstephany@kirkland.com<br>ksturek@kirkland.com<br>holly.trogdon@kirkland.com<br>andrew.welz@kirkland.com<br>jgould@kirkland.com<br>collins@RLF.com<br>defranceschi@RLF.com<br>madron@rlf.com<br>travis.langenkamp@kirkland.com<br>anna.terteryan@kirkland.com<br>austin.klar@kirkland.com<br>jeffery.lula@kirkland.com<br>james.barolo@kirkland.com<br>kevin.chang@kirkland.com<br>nick.laird@kirkland.com | Edward O. Sassower, P.C.<br>Stephen Hessler, P.C.<br>Brian E. Schartz<br>Mark E. McKane, P.C.<br>William Pruitt<br>Bryan Stephany<br>**KIRKLAND & ELLIS LLP**<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br><br>Mark D. Collins<br>Daniel J. DeFranceschi<br>Jason M. Madron<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700 |

| Participating Parties | Email | Official Service |
|---|---|---|
| (b) the ad hoc group of TCEH first lien lenders (the "TCEH First Lien Ad Hoc Group") and the members thereof; | abernstein@paulweiss.com<br>adenhoff@paulweiss.com<br>aehrlich@paulweiss.com<br>akornberg@paulweiss.com<br>bhermann@paulweiss.com<br>edso@paulweiss.com<br>jadlerstein@paulweiss.com<br>kcornish@paulweiss.com<br>mnadler@paulweiss.com<br>katescherling@quinnemanuel.com<br>RBartley@ycst.com<br>kfrancis@paulweiss.com<br>nmamis@paulweiss.com<br>pmorgan@ycst.com<br>bwalters@ycst.com | Andrew J. Ehrlich<br>Jacob A. Adlerstein<br>Adam J. Bernstein<br>**PAUL, WEISS, RIFKIND, WHARTON &**<br>**GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 373-3000<br><br>Pauline K. Morgan<br>**YOUNG CONAWAY STARGATT &**<br>**TAYLOR LLP**<br>Wilmington, DE 19801<br>Phone: (302) 571-6707 |

2

| Participating Parties | Email | Official Service |
|---|---|---|
| (c) Wilmington Trust, N.A., as TCEH first lien collateral agent and first lien administrative agent; counsel to the TCEH First Lien Agent in the Debtors' chapter 11 cases and in Adversary Proceeding No. 15-51917 and to the First Lien Collateral Agent in Adversary Proceeding No. 15-51239 | kotwick@sewkis.com<br>ashmead@sewkis.com<br>DeBaecke@BlankRome.com | Mark D. Kotwick<br>John Ashmead<br>**SEWARD & KISSEL LLP**<br>One Battery Park Plaza<br>New York, NY 10004<br>Telephone: 212-574-1200<br><br>Michael D. DeBaecke<br>**BLANK ROME LLP**<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801<br>Telephone: 302.425.6400 |
| [D.I. 11705 Filed 8/9/2017]<br>Counsel to the First Lien Administrative Agent in Adversary Proceeding No. 15-51239 | | Joseph H. Huston, Jr.<br>**STEVENS & LEE, P.C.**<br>1105 North Market Street, Suite 700<br>Wilmington, DE 19801 |
| [D.I. 11705 Filed 8/9/2017]<br>Counsel to the First Lien Administrative Agent in Adversary Proceeding No. 15-51239 | | George A. Davis<br>**O'MELVENY & MYERS, LLP**<br>Times Square Tower<br>7 Times Square<br>New York, NY 10036 |

RLF1 18897992v.1

| Participating Parties | Email | Official Service |
|---|---|---|
| (d) those certain funds and accounts advised or sub-advised by Fidelity Management & Research Company or its affiliates; | mjoyce@crosslaw.com<br>gary.kaplan@friedfrank.com<br>matthew.roose@friedfrank.com<br>Samuel.groner@friedfrank.com<br>Jesse.ryan.loffler@friedfrank.com<br>brad.eric.scheler@friedfrank.com<br>gshumaker@jonesday.com<br>brosenblum@jonesday.com<br>wglaxton@jonesday.com<br>Alysa.Ain@friedfrank.com | Michael J. Joyce<br>**CROSS & SIMON, LLC**<br>913 N. Market Street, 11th Floor<br>P.O. Box 1380<br>Wilmington, Delaware 19899-1380<br>Telephone: (302) 777-4200<br><br>Gary L. Kaplan<br>Matthew M. Roose<br>Brad Eric Scheler<br>**FRIED, FRANK, HARRIS, SHRIVER &**<br>**JACOBSON LLP**<br>One New York Plaza<br>New York, New York 10004<br>Telephone: (212) 859-8000 |
| (e) the ad hoc group of EFH legacy noteholders; | aglenn@kasowitz.com<br>dfliman@kasowitz.com<br>DRosner@kasowitz.com<br>namamoo@kasowitz.com | David Rosner<br>Andrew Glenn<br>Daniel Fliman<br>Nii-Amar P. Amamoo<br>**KASOWITZ, BENSON, TORRES &**<br>**FRIEDMAN**<br>1633 Broadway, 22nd Floor<br>New York, NY 10019<br>Telephone: (212) 506-1726 |
| (f) Texas Energy Future Holdings Limited Partnership, as EFH Corp.'s equity holder; | akherring@wlrk.com<br>eakleinhaus@wlrk.com<br>jlynch@wlrk.com<br>rgmason@wlrk.com<br>ABLees@wlrk.com<br>DAbbott@MNAT.com<br>efay@mnat.com | Richard G. Mason<br>John F. Lynch<br>Emil A. Kleinhaus<br>Angela K. Herring<br>**WACHTELL, LIPTON, ROSEN & KATZ**<br>51 West 52nd Street<br>New York, NY 10019<br>Telephone: (212) 403-1000 |

4

RLF1 18897992v.1

| Participating Parties | Email | Official Service |
|---|---|---|
| (g) American Stock Transfer & Trust Company, LLC, as indenture trustee for the EFH notes; | rpedone@nixonpeabody.com<br>adarwin@nixonpeabody.com<br>eschneider@nixonpeabody.com<br>mnighan@nixonpeabody.com<br>tgood@nixonpeabody.com<br>mciullo@nixonpeabody.com<br>lharrington@nixonpeabody.com<br>gskelly@nixonpeabody.com<br>spritchett@nixonpeabody.com<br>kmullen@nixonpeabody.com<br>cfong@nixonpeabody.com | Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>Morgan Nighan<br>Kurt M. Mullen<br>**NIXON PEABODY LLP**<br>100 Summer Street<br>Boston, MA 02100<br>Telephone: 617-345-1000 |
| (h) Computershare Trust Company, N.A. and Computershare Trust Company of Canada, as indenture trustee for the EFIH second lien notes; | ghorowitz@kramerlevin.com<br>agoodman@kramerlevin.com<br>nhertzbunzl@kramerlevin.com<br>abyowitz@KRAMERLEVIN.com<br>RRinger@KRAMERLEVIN.com<br>jbrody@kramerlevin.com<br>jsharret@kramerlevin.com<br>gfrenzel@kramerlevin.com<br>NSweeney@kramerlevin.com | Gregory A. Horowitz<br>Alissa R. Goodman<br>Noah Hertz-Bunzl<br>Rachael Ringer<br>Joshua Brody<br>Jennifer R. Sharret<br>Nicole Sweeney<br>**KRAMER LEVIN NAFTALIS & FRANKEL LLP**<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100 |

| Participating Parties | Email | Official Service |
|---|---|---|
| (i) the ad hoc group of EFIH "PIK" noteholders; | idizengoff@akingump.com<br>aqureshi@akingump.com<br>salberino@akingump.com<br>sbaldini@akingump.com<br>rboller@akingump.com<br>ccarty@akingump.com<br>jnewdeck@akingump.com<br>nmoss@akingump.com<br>rtizravesh@akingump.com<br>wmongan@akingump.com | Ira Dizengoff<br>Abid Qureshi<br>Stephen M. Baldini<br>Joanna Newdeck<br>Naomi Moss<br>Robert J. Boller<br>Christopher W. Carty<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br><br>Scott L. Alberino<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Robert S. Strauss Building<br>1333 New Hampshire Avenue, N.W.<br>Washington, DC 20036-1564<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br><br>Roxanne Tizravesh<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1111 Louisiana Street<br>44th Floor<br>Houston, TX 77002-5200<br>Telephone: (713) 220-5800<br>Facsimile: (713) 236-0822 |

6

| Participating Parties | Email | Official Service |
|---|---|---|
| (j) UMB Bank, as indenture trustee for the EFIH unsecured notes; | hkaplan@foley.com<br>mhebbeln@foley.com<br>lapeterson@foley.com<br>bgfelder@foley.com<br>jfriedman@foley.com<br>mdean@foley.com<br>rlemisch@klehr.com<br>sbrennecke@klehr.com | Harold Kaplan<br>Mark Hebbeln<br>Lars Peterson<br>**FOLEY & LARDNER LLP**<br>321 N. Clark St., Suite 2800<br>Chicago, IL 60654-5313<br>Telephone: (312) 832-4500<br>Facsimile: (312) 832-4700<br><br>Barry Felder<br>Jonathan Friedman<br>Melissa Dean<br>**FOLEY & LARDNER LLP**<br>90 Park Avenue<br>New York, NY 10016-1314<br>Phone: 212-682-7474<br>Fax: 212-687-2329<br><br>Raymond H. Lemisch<br>Sean Brennecke<br>**KLEHR HARRISON HARVEY BRANZBURG LLP**<br>919 N. Market Street, Suite 1000<br>Wilmington, DE 19801<br>Phone: 302-552-5530<br>Fax: 302-426-9193 |

7

RLF1 18897992v.1

| Participating Parties | Email | Official Service |
|---|---|---|
| (k) the TCEH Creditors' Committee; | alawrence@mofo.com<br>brettmiller@mofo.com<br>ckerr@mofo.com<br>erichards@mofo.com<br>jmarines@mofo.com<br>ksadeghi@mofo.com<br>lmarinuzzi@mofo.com<br>smartin@mofo.com<br>tgoren@mofo.com<br>jpeck@mofo.com | James M. Peck<br>Brett H. Miller<br>Lorenzo M Arinuzzi<br>Charles L. Kerr<br>**MORRISON & FOERSTER LLP**<br>250 West 55th Street<br>New York, New York 10019-9601<br>Telephone: (212) 468-8000 |
| (l) the EFH Creditors' Committee; | gluecksteinb@sullcrom.com<br>kranzleya@sullcrom.com<br>ipvw@sullcrom.com<br>nramsey@mmwr.com<br>msheppard@mmwr.com<br>ddormont@mmwr.com<br>sliebesman@mmwr.com<br>mfink@mmwr.com<br>brebnera@sullcrom.com | Brian D. Glueckstein<br>Alexa J. Kranzley<br>**SULLIVAN & CROMWELL LLP**<br>125 Broad Street<br>New York, NY 10004<br>Telephone: (212) 558-4000<br><br>Mark A. Fink<br>**MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**<br>1105 North Market Street, Suite 1500 \|<br>Wilmington, DE 19801<br>Telephone: (302) 504-7811<br>Facsimile: (215) 731-3666 |

8

| Participating Parties | Email | Official Service |
|---|---|---|
| (m) Wilmington Savings Fund Society, FSB, as the indenture trustee for the TCEH second lien notes, and the ad hoc consortium of TCEH second lien noteholders; | jcoffey@brownrudnick.com<br>jdmarshall@brownrudnick.com<br>jjonas@brownrudnick.com<br>jstoll@brownrudnick.com<br>spoddar@brownrudnick.com<br>alauchheimer@brownrudnick.com<br>eweisfelner@brownrudnick.com<br>jgarfinkle@brownrudnick.com<br>wbowden@ashby-geddes.com<br>gtaylor@ashby-geddes.com<br>AStulman@ashby-geddes.com<br>SNewman@ashby-geddes.com<br>CWarnick@ashby-geddes.com | Edward S. Weisfelner<br>**BROWN RUDNICK LLP**<br>Seven Times Square<br>New York, New York 10036<br>Telephone: (212) 209-4800<br><br>Gregory A. Taylor<br>Aaron H. Stulman<br>Stacy Lynn Newman<br>**ASHBY & GEDDES**<br>500 Delaware Avenue<br>P.O. Box 1150<br>Wilmington, Delaware 19899<br>Telephone: (302) 504-3710<br>Facsimile: (302) 379-3715 |
| (n) the Ad Hoc Group of TCEH Unsecured Noteholders; | tlauria@whitecase.com<br>charles.koster@whitecase.com<br>cshore@whitecase.com<br>daudette@whitecase.com<br>gstarner@whitecase.com<br>mbrown@whitecase.com<br>mshepherd@whitecase.com<br>harrison.denman@whitecase.com<br>LBird@foxrothschild.com | J. Christopher Shore<br>Gregory M. Starner<br>**WHITE & CASE LLP**<br>1155 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 819-8200<br><br>L. John Bird<br>**FOX ROTHSCHILD LLP**<br>Citizens Bank Center<br>919 North Market Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 622-4263<br>Facsimile: (302) 656-8920 |

9

RLF1 18897992v.1

| Participating Parties | Email | Official Service |
|---|---|---|
| (o) Law Debenture Trust Company of New York, as the indenture trustee for the TCEH unsecured notes;<br><br>[D.I. 8873 Filed 7/7/2016]<br><br>Law Debenture Trust Company of New York, as Indenture Trustee<br>400 Madison Avenue, Suite 4D<br>New York, New York 10017<br>Attention: Mr. Frank Godino | bguiney@pbwt.com<br>dalowenthal@pbwt.com<br>cdent@pbwt.com<br>jtkirklin@pbwt.com<br>smiller@morrisjames.com<br>cshore@whitecase.com | Daniel A. Lowenthal<br>Brian P. Guiney<br>Craig W. Dent<br>**PATTERSON BELKNAP WEBB & TYLER LLP**<br>1133 Avenue of the Americas<br>New York, NY 10036-6710<br>Telephone: (212) 336-2000<br><br>Stephen M. Miller<br>**MORRIS JAMES LLP**<br>500 Delaware Avenue, Suite 1500<br>P.O. Box 2306<br>Wilmington, Delaware 19899-2306<br><br>J. Christopher Shore<br>**WHITE & CASE LLP**<br>1155 Avenue of the Americas<br>New York, New York 10036 |

10

RLF1 18897992v.1

| Participating Parties | Email | Official Service |
|---|---|---|
| (p) Delaware Trust Company (f/k/a CSC Trust Company of Delaware), as successor indenture trustee for the 11.5% senior secured TCEH first lien notes; and<br><br>[D.I. 8392 Filed 05/09/16]<br><br>[D.I. 5122 Filed 07/28/15]<br><br>Attn: Sandra E. Horwitz<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | TMoss@perkinscoie.com<br>Dzazove@perkinscoie.com<br>Philip.Anker@wilmerhale.com<br>Charles.Platt@wilmerhale.com<br>Dennis.Jenkins@wilmerhale.com<br>Isley.Gostin@wilmerhale.com<br>david.gringer@wilmerhale.com<br>James.Millar@dbr.com<br>todd.schiltz@dbr.com<br>Keith.Wofford@ropesgray.com<br>Mark.Somerstein@ropesgray.com<br>Ross.Martin@ropesgray.com<br>Andrew.Devore@ropesgray.com<br>Annie.hancock@ropesgray.com<br>Sunil.shenoi@ropesgray.com<br>Gregory.demers@ropesgray.com<br>npernick@coleschotz.com<br>kstickles@coleschotz.com<br>wusatine@coleschotz.com<br>david.gringer@wilmerhale.com<br>Dennis.Jenkins@wilmerhale.com | **PERKINS COIE:**<br>Tina Moss<br>30 Rockefeller Plaza, 22nd Floor, New York, New York 10112-0085<br>Telephone: (212) 262-6900/ Facsimile: (212) 977-1649<br><br>Daniel Zazove<br>131 South Dearborn Street, Suite 1700<br>Chicago, Illinois 60603-5559<br>Telephone: (312) 324-8605/ Facsimile: (312) 324-9605<br><br>**WILMER CUTLER PICKERING HALE & DORR LLP:**<br>Philip D. Anker / Charles C. Platt<br>7 World Trade Center, 250 Greenwich Street, New York, NY 10007<br>Telephone: (212) 230-8800 / Facsimile: (212) 230-8888<br><br>Dennis L. Jenkins<br>60 State Street, Boston, MA 021 09<br>Telephone: (617) 526-6000 / Facsimile: (617) 526-5000<br><br>**DRINKER BIDDLE & REATH LLP:**<br>James H. Millar<br>1177 Ave. of the Americas, 41st Floor, NY, NY 10036-2714<br>Telephone: 212-248-3264 / Facsimile: 212-248-3141<br><br>Todd C. Schiltz<br>222 Delaware Ave, Suite 141 0, Wilmington, DE 19801<br>Telephone: (302) 467-4200 / Facsimile: (302) 467-4201<br><br>**COLE SCHOTZ P.C.:**<br>Norman L. Pernick (DE 2290) / J. Kate Stickles (DE 2917)<br>500 Delaware Avenue, Suite 1410, Wilmington, DE 19801<br>Telephone: (302) 652-3131 / Facsimile: (302) 652-3117<br><br>Warren A. Usatine<br>25 Main Street, P.O. Box 800, Hackensack, NJ 07602<br>Telephone: (201) 489-3000 / Facsimile: (201) 489-1536<br><br>**ROPES & GRAY LLP**<br>Keith H. Wofford / Mark R. Somerstein<br>1211 Avenue of the Americas, New York, NY 10036-8704<br>Telephone: (212) 596-9000 / Facsimile: 212-596-9090<br><br>D. Ross Martin / Andrew G. Devore / Kristi Jobson / Matt McGinnis<br>Prudential Tower, 800 Boylston St., Boston, MA 02199-3600<br>Telephone: (617) 951-7000 / Facsimile: (617) 951-7050 |

RLF1 18897992v.1

| Participating Parties | Email | Official Service |
|---|---|---|
| (p) Delaware Trust Company (f/k/a CSC Trust Company of Delaware), as successor indenture trustee for the 11.5% senior secured TCEH first lien notes; and<br><br>[D.I. 8547 Filed 05/26/16]<br><br>Attn: Joseph McFadden<br>2711 Centerville Road, Suite 400<br>Wilmington, DE 19808 | gfinizio@bayardlaw.com<br>nglassman@bayardlaw.com<br>efay@bayardlaw.com<br>michael.kim@kobrekim.com<br>jeremy.hollembeak@kobrekim.com<br>benjamin.sauter@kobrekim.com<br>Andrew.Wang@Kobrekim.com<br>Philip.Anker@wilmerhale.com<br>Charles.Platt@wilmerhale.com<br>npernick@coleschotz.com<br>kstickles@coleschotz.com<br>wusatine@coleschotz.com | GianClaudio Finizio/ Neil B. Glassman/ Erin R. Fay<br>BAYARD, P.A.<br>222 Delaware Avenue Suite 900<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br><br>Michael S. Kim/ Jeremy C. Hollembeak/ Benjamin Sauter/ Andrew D. Wang<br>KOBRE & KIM LLP<br>800 Third Avenue<br>New York, NY 10022<br>Telephone: (212) 488-1200<br><br>Norman L. Pernick (Bar No. 2290)<br>J. Kate Stickles (Bar No. 2917)<br>COLE SCHOTZ P.C.<br>500 Delaware Avenue, Suite 1410<br>Wilmington, DE 19801<br>Telephone: 302-652-3131<br>Facsimile: 302-652-3117 |
| (p) Delaware Trust Company, indenture trustee for first lien notes issued by Energy Future Intermediate Holding Company LLC and EFIH Finance Inc.<br><br>[D.I. 9412 Filed 8/29/2016]<br><br>Delaware Trust Company<br>Attn: Sandra E. Horwitz<br>2711 Centerville Road<br>Wilmington, DE 19808 | Dennis.Jenkins@wilmerhale.com<br>James.Millar@dbr.com<br>todd.schiltz@dbr.com | Warren A. Usatine<br>Court Plaza North<br>25 Main Street<br>Hackensack, NJ 07602<br>Telephone: 201-489-3000<br>Facsimile: 201-489-1536<br><br>Charles C. Platt / Philip D. Anker<br>WILMER CUTLER PICKERING HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: 212-230-8800<br>Facsimile: 212-230-8888<br><br>Dennis L. Jenkins<br>60 State Street<br>Boston, MA 02109<br>Telephone: 617-526-6000<br>Facsimile: 617-526-5000<br><br>James H. Millar<br>DRINKER BIDDLE & REATH LLP<br>1177 Avenue of the Americas<br>41st Floor<br>New York, NY 10036-2714<br>Telephone: 212-248-3264<br>Facsimile: 212-248-3141<br><br>Todd C. Schiltz<br>222 Delaware Ave, Suite 1410<br>Wilmington, DE 19801-1612<br>Telephone: 302-467-4200<br>Facsimile: 302-467-4201 |

12

RLF1 18897992v.1

| Participating Parties | Email | Official Service |
|---|---|---|
| (q) Pacific Investment Management Co. LLC, as investment manager for certain holders of certain EFIH First Lien Notes | Julia.frost-davies@morganlewis.com<br>christopher.carter@morganlewis.com<br>JSSabin@Venable.com | Jeffrey Sabin<br>**VENABLE**<br>Rockefeller Center<br>1270 Avenue of the Americas, 24th Flr.<br>New York, NY 10020<br>Telephone: (212) 503-0672<br><br>Julia Frost-Davies<br>Christopher Carter<br>**MORGAN, LEWIS & BOCKIUS LLP**<br>One Federal Street<br>Boston, MA 02110<br>Telephone: ( 617) 951-8000 |
| U.S. Trustee | Richard.Schepacarter@usdoj.gov<br>Andrea.B.Schwartz@usdoj.gov | Richard L. Schepacarter<br>**U.S. DEPARTMENT OF JUSTICE**<br>Office of the United State Trustee<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Suite 2207,<br>Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491<br><br>Andrea B. Schwartz<br>**U.S. DEPARTMENT OF JUSTICE**<br>Office of the U.S. Trustee<br>Southern District of New York<br>201 Varick Street, Room 1006<br>New York, New York 10014<br>Telephone: (212) 510-0531 |

13

RLF1 18897992v.1

| Participating Parties | Email | Official Service |
|---|---|---|
| Counsel for TCEH Debtors | bradley.schneider@mto.com<br>john.spiegel@mto.com<br>kevin.allred@mto.com<br>thomas.walper@mto.com<br>seth.goldman@mto.com<br>bradley.schneider@mto.com | Brad Schneider<br>John Spiegel<br>Kevin Allred<br>Thomas Walper<br>Seth Goldman<br>**MUNGER, TOLLES & OLSON**<br>355 South Grand Ave.<br>35th Floor<br>Los Angeles, CA 90071<br>Telephone: (213) 683-9100 |
| Counsel for Debtor Energy Future Intermediate Holding Company LLC | mpaskin@cravath.com<br>tbroad@cravath.com<br>rlevin@jenner.com<br>VLazar@jenner.com<br>dherman@cravath.com<br>alarkin@cravath.com | Michael A. Paskin<br>Trevor Broad<br>David A. Herman<br>Alexandra L. Larkin<br>**CRAVATH, SWAINE & MOORE LLP**<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, New York 10019-7475<br>Telephone: (212) 474-1000<br><br>Richard Levin<br>**JENNER & BLOCK**<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1600 |

14

| Participating Parties | Email | Official Service |
|---|---|---|
| Counsel for Debtor Energy Future Holdings Corp. | MFirestein@proskauer.com<br>mthomas@proskauer.com<br>jmarwil@proskauer.com<br>JAllen@proskauer.com<br>jroche@proskauer.com<br>lrappaport@proskauer.com<br>dklauder@bk-legal.com<br>cstephenson@bk-legal.com<br>pyoung@proskauer.com | Michael Firestein<br>Jennifer Roche<br>Larry Alan Rappaport<br>**PROSKAUER**<br>2049 Century Park East<br>Suite 3200<br>Los Angeles, CA 90067-3206<br>Telephone: (310) 557-2900<br><br>Mark Thomas<br>Jeff Marwil<br>Peter J. Young<br>**PROSKAUER**<br>Three First National Plaza<br>70 West Madison<br>Suite 3800<br>Chicago, IL 60602-4342<br>Telephone: (312) 962-3550<br><br>Julie Allen<br>**PROSKAUER**<br>Eleven Times Square<br>(Eighth Avenue & 41st Street)<br>New York, NY 10036-8299<br>Telephone: (212) 969-3000<br><br>David M. Klauder, Esquire<br>Cory P. Stephenson, Esquire<br>**BIELLI & KLAUDER, LLC**<br>1204 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 803-4600<br>Facsimile: (302) 397-2557 |

RLF1 18897992v.1

| Participating Parties | Email | Official Service |
|---|---|---|
| Counsel to Law Debenture Trust Company of New York, as the indenture trustee for the TCEH unsecured notes;<br><br>Attn: Mr. Frank Godino<br>400 Madison Avenue, Suite 4D<br>New York, NY 10017<br><br>[D.I. 8440 Filed 05/13/16] | dalowenthal@pbwt.com<br>bguiney@pbwt.com<br>smiller@morrisjames.com | Daniel A. Lowenthal / Brian P. Guiney<br>**PATTERSON BELKNAP WEBB & TYLER LLP**<br>1133 Avenue of the Americas, New York, NY 10036-6710<br>Telephone: (212) 336-2000 / Facsimile: (212) 336-2222<br><br>Stephen M. Miller<br>**MORRIS JAMES LLP**<br>500 Delaware Avenue, Suite 1500, P.O. Box 2306, Wilmington, DE 19899-2306<br>Telephone: (302) 888-6800 / Facsimile: (302) 571-1750 |
| Shirley Fenicle, as successor-in-interest to the Estate of George Fenicle<br><br>[D.I. 8442 Filed 05/13/16]<br><br>[D.I. 5846 Filed 09/03/15] | dkhogan@dkhogan.com<br>gmcdaniel@dkhogan.com<br>skazan@kazanlaw.com | Daniel K. Hogan (DE Bar # 2814)<br>Garvan F. McDaniel<br>**HOGAN◆McDANIEL**<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br>Facsimile: (302) 656-7599<br>Steven Kazan (CA Bar # 46855)<br>**KAZAN MCCLAIN SATTERLEY & GREENWOOD**<br>A Professional Law Corporation<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607<br>Telephone: (510) 302-1000<br>Facsimile: (510) 835-4913 |

16

| Participating Parties | Email | Official Service |
|---|---|---|
| David William Fahy<br><br>[D.I. 8441 05/13/16]<br><br>[D.I. 5912 Filed 09/10/2015] | dkhogan@dkhogan.com | Daniel K. Hogan (DE Bar # 2814)<br>**HOGAN◆McDANIEL**<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br>Facsimile: (302) 656-7599<br><br>Ethan Early (CT Juris # 417930)<br>**EARLY LUCARELLI SWEENEY &**<br>**STRAUSS**<br>265 Church Street, 11th Floor<br>New Haven, CT 06508-1866<br>Telephone: (203) 777-7799<br>Facsimile: (203) 785-1671 |

17

| Participating Parties | Email | Official Service |
|---|---|---|
| Marathon Asset Management, LP; Polygon Convertible Opportunity Master Fund; Polygon Distressed Opportunities Master Fund<br><br>[D.I. 8519 Filed 05/24/16] | landis@lrclaw.com<br>mcguire@lrclaw.com<br>george.shuster@wilmerhale.com<br>benjamin.loveland@wilmerhale.com | Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br><br>George W. Shuster, Jr.<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>Telephone: (212) 230-8800<br>Facsimile: (212) 230-8888<br><br>Benjamin W. Loveland<br>**WILMER CUTLER PICKERING HALE AND DORR LLP**<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000 |

18

RLF1 18897992v.1

| Participating Parties | Email | Official Service |
|---|---|---|
| The Bank of New York Mellon ("BNYM") and The Bank of New York Mellon Trust Company, N.A. (the "BNYMTC" and collectively with BNYM, the "Trustees")<br><br>Attn: Dennis J. Roemlein<br>601 Travis, 16th Floor<br>Houston, TX 77002<br><br>[D.I. 8556 Filed 05/27/16]<br><br>[D.I. 5173 Filed 07/30/15] | kgwynne@reedsmith.com<br>klawson@reedsmith.com<br>skam@reedsmith.com | Kurt F. Gwynne (Bar No. 3951)<br>Kimberly E. C. Lawson (Bar No. 3966)<br>**REED SMITH LLP**<br>1201 North Market Street, Suite 1500<br>Wilmington, DE 19801<br>Telephone: (302) 778-7500<br>Facsimile: (302) 778-7575<br><br>Sarah K. Kam (*pro hac vice*)<br>**REED SMITH LLP**<br>599 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 549-0284<br>Facsimile: (212) 521-5450 |
| Counsel to Holt Texas, Ltd. d/b/a Holt Cat ("Holt")<br><br>1956 South W. W. White Rd.<br>San Antonio, Texas 78222<br><br>[D.I. 5124 Filed 07/28/15] | mblacker@jw.com | Monica S. Blacker<br>**JACKSON WALKER L.L.P.**<br>901 Main Street, Suite 6000<br>Dallas, Texas 75202<br>Telephone: (214)953-6000<br>Facsimile: (214) 953-5822 |

19

RLF1 1889799Zv.1

| Participating Parties | Email | Official Service |
|---|---|---|
| Counsel to Veolia ES Industrial Services, Inc. ("Veolia")<br><br>Attn: Van A. Cates, Esq.<br>14055 Riveredge Drive<br>Tampa, FL 33637<br>van.cates@veolia.com.<br><br>[D.I. 5157 Filed 07/29/15] | dbarney@gibbonslaw.com<br>nsongonuga@gibbonslaw.com | Dale E. Barney, Esq.,<br>**GIBBONS P.C.**<br>One Gateway Center<br>Newark, NJ 07102-5310<br>Telephone: (973) 596-4500<br><br>Natasha M. Songonuga, Esq.<br>**GIBBONS P.C.**<br>1000 N. West Street<br>Suite 1200<br>Wilmington, DE 19801-1058<br>Telephone: (302) 295-4875<br>Facsimile: (302) 295-4876 |
| United States Environmental Protection Agency<br><br>[D.I. 6207 Filed 09/28/2015] | Anna.E.Grace@usdoj.gov<br>Alan.Tenenbaum@usdoj.gov | Anna Grace<br>Trial Attorney<br>**ENVIRONMENTAL ENFORCEMENT SECTION, ENRD**<br>U.S. Department of Justice<br>P.O. Box 7611, Washington DC 20044-7611<br>Phone: (202) 514-4091<br><br>Alan Tenenbaum<br>National Bankruptcy Coordinator<br>**ENVIRONMENTAL ENFORCEMENT SECTION, ENRD**<br>U.S. Department of Justice<br>P.O. Box 7611, Washington DC 20044-7611<br>Phone: (202) 514-5409 |

20

| Participating Parties | Email | Official Service |
|---|---|---|
| AppLabs Technologies Pvt Ltd.<br><br>[D.I. 8976 Filed 7/21/2016]<br><br>AppLabs Technologies Pvt Ltd.<br>616 Lincoln Road<br>Grosse Pointe, MI 48230 | chipman@chipmanbrown.com<br>mkshaver@varnumlaw.com | William E. Chipman, Jr.<br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>Hercules Plaza<br>1313 N. Market Street, Suite 5400<br>Wilmington, DE 19801<br><br>Mary Kay Shaver<br>**VARNUM LLP**<br>Bridgewater Place<br>P.O. Box 352<br>Grand Rapids, MI 49501-0352 |
| John H. Jones<br><br>[D.I. 9165 Filed 8/1/2016]<br><br>407 West Canyon Lake Drive,<br>Kennewick WA, 99337 | dkhogan@dkhogan.com | Beth Gori<br>Barry Julian<br>**GORI JULIAN & ASSOCIATES, P.C.**<br>156 North Main Street<br>Edwardsville, IL 62025<br>Telephone: (618) 659-9833<br>Facsimile: (618) 659-9834<br><br>Daniel K. Hogan<br>**HOGAN♦McDANIEL**<br>1311 Delaware Avenue,<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br>Facsimile: (302) 656-7599 |

21

| Participating Parties | Email | Official Service |
|---|---|---|
| NextEra Energy, Inc. and NextEra Energy Capital Holdings, Inc. (collectively, "NextEra")<br><br>[D.I. 9211 Filed 8/8/2016]<br><br>NextEra Energy, Inc.<br>700 Universe Boulevard<br>Juno Beach, Florida 33408<br>Attn: Charles Sieving<br>Telephone: (561) 694-4000<br>Email:<br><br>Charles.Sieving@nexteraenergy.com | hseife@chadbourne.com<br>arosenblatt@chadbourne.com<br>landis@lrclaw.com<br>mcguire@lrclaw.com | Howard Seife<br>Andrew Rosenblatt<br>**CHADBOURNE & PARKE LLP**<br>1301 Avenue of the Americas<br>New York, New York 10019-6022<br>Telephone: (212) 408-5100<br>Facsimile: (212) 408-5369<br><br>Adam G. Landis<br>Matthew B. McGuire<br>**LANDIS RATH & COBB LLP**<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450 |
| SAP Industries, Inc.<br><br>[D.I. 9267 Filed 8/12/2016]<br><br>SAP Industries, Inc.<br>3999 West Chester Pike<br>Newtown Square, PA 19703 | dludman@brownconnery.com | Donald K. Ludman<br>**BROWN & CONNERY, LLP**<br>6 North Broad Street, Suite 100<br>Woodbury, NJ 08096 |

22

RLF1 18897992v.1

| Participating Parties | Email | Official Service |
|---|---|---|
| Delaware Trust Company, solely in its capacity as successor indenture trustee (the "Trustee") under the Indenture dated April 19, 2011 (as amended, modified and supplemented, the "Indenture"), among Texas Competitive Electric Holdings Company LLC ("TCEH") and TCEH Finance, Inc. (together with TCEH, the "Issuer"), The Bank of New York Mellon Trust Company, N.A., as Initial Trustee, Energy Future Competitive Holdings Company LLC, as parent guarantor, certain of TCEH's subsidiaries as subsidiary guarantors, pursuant to which Issuer issued its 11.5% Senior Secured Notes due 2020<br><br>[D.I. 11678 Filed 8/4/2017] | gfinizio@bayardlaw.com<br>nglassman@bayardlaw.com<br>efay@bayardlaw.com<br>michael.kim@kobrekim.com<br>jeremy.hollembeak@kobrekim.com<br>benjamin.sauter@kobrekim.com<br>Andrew.Wang@Kobrekim.com<br>TMoss@perkinscoie.com | Neil B. Glassman<br>GianClaudio Finizio<br>**BAYARD, P.A.**<br>222 Delaware Avenue Suite 900<br>Wilmington, DE 19801<br><br>Michael S. Kim<br>Jeremy C. Hollembeak<br>Benjamin J.A. Sauter<br>Andrew D. Wang<br>**KOBRE & KIM LLP**<br>800 Third Avenue<br>New York, NY 10022<br><br>Tina N. Moss<br>**PERKINS COIE LLP**<br>30 Rockefeller Plaza, 22nd Floor<br>New York, NY 10112 |

23

| Participating Parties | Email | Official Service |
|---|---|---|
| Berkshire Hathaway Energy Company | NBach@gibsondunn.com<br>CMullen@gibsondunn.com<br>chipman@chipmanbrown.com<br>olivere@chipmanbrown.com<br>SSletten@gibsondunn.com<br>jkrause@gibsondunn.com<br>mneumeister@gibsondunn.com<br>ddenny@gibsondunn.com | Nat Bach<br>Cynthia Mullen<br>Ryan S. Appleby<br>Steven E. Sletten<br>Jeffrey C. Krause<br>Michael S. Neumeister<br>Daniel B. Denny<br>**GIBSON DUNN & CRUTCHER LLP**<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: (213) 229-7000<br><br>William E. Chipman, Jr.<br>Mark D. Olivere<br>Hercules Plaza<br>**CHIPMAN BROWN CICERO & COLE, LLP**<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0191<br>Facsimile: (302) 295-0199 |

24

| Participating Parties | Email | Official Service |
|---|---|---|
| Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively "Elliott" | SCousins@bayardlaw.com<br>Efay@bayardlaw.com<br>EMiller@bayardlaw.com<br>Andrew.Devore@ropesgray.com<br>Matthew.McGinnis@ropesgray.com<br>Gregory.Demers@ropesgray.com<br>Keith.Wofford@ropesgray.com<br>Gregg.Galardi@ropesgray.com<br>Kristi.Jobson@ropesgray.com<br>Matthew.McGinnis@ropesgray.com<br>Annie.Hancock@ropesgray.com<br>Sunil.Shenoi@ropesgray.com<br>Gregory.Demers@ropesgray.com<br>gregory.demers@ropesgray.com | Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Evan T. Miller (No. 5364)<br>**BAYARD**<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br>Facsimile: (302) 658-6395<br><br>Andrew G. Devore<br>Matthew L. McGinnis<br>Gregory L. Demurs<br>**ROPES & GRAY LLP**<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br><br>Keith H. Wofford<br>Gregg M. Galardi<br>**ROPES & GRAY LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 |
| Moelis & Company LLC | scott.talmadge@freshfields.com | Scott Talmadge<br>**FRESHFIELDS BRUCKHAUS DERINGER LLP**<br>601 Lexington Avenue 31st Floor<br>New York, NY<br>Telephone: 212 277 4000<br>Facsimile: 1 212 277 4001 |

25

RLF1 18897992v.1