# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br>Debtors.[1] | Chapter 11<br>Case No. 14-10979 (CSS)<br>(Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING STIPULATION AND PROPOSED ORDER REGARDING RECORD DESIGNATIONS FOR CONFIRMATION HEARING

The undersigned hereby certifies as follows:

1. On September 11, 2017, the Debtors filed the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11887], and, on February 15, 2018, the Debtors filed a modified version thereof [D.I. 12653] (as may be further amended or modified).

2. On January 31, 2018, the Court entered the *Stipulation and Order* [D.I. 12547] regarding certain evidence in connection with the Confirmation Proceedings, in which the Parties[2] agreed to work together in good faith to reach agreement to include portions of the records from the Motion to Dismiss proceeding and the February 2017 Confirmation Proceeding in the evidentiary record of the Confirmation Proceedings.

3. The Parties have agreed and entered into a Stipulation and Proposed Order regarding record designations for the Confirmation Proceedings. A copy of that Stipulation and Proposed Order is attached hereto as **Exhibit A**.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Stipulation and Proposed Order attached hereto as **Exhibit A**.

**WHEREFORE,** the Debtors respectfully request that the Court enter the Stipulation and Proposed Order attached hereto as **Exhibit A** at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: February 16, 2018
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:      (302) 651-7701
Email:           collins@rlf.com
                     defranceschi@rlf.com
                     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com
                     aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           james.sprayregen@kirkland.com
                     marc.kieselstein@kirkland.com
                     chad.husnick@kirkland.com
                     steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession

RLF1 18899887v.1