# Exhibit A

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| *Debtors*. | ) | (Jointly Administered) |
|  | ) |  |

## STIPULATION AND PROPOSED ORDER

**NOW COMES** the undersigned counsel to the debtors and debtors-in-possession (the "Debtors") and counsel to Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, and David Bergschneider (collectively, the "Asbestos Objectors" and together with the Debtors, the "Parties") for purposes of the proceedings (the "Confirmation Proceedings") before the United States Bankruptcy Court for the District of Delaware (the "Court") regarding confirmation of the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, dated February 15, 2018 [D.I. 12653] (as may be further amended, the "Plan"); and the Parties having stipulated to the terms set out below, and entry by the Court of the following:

**WHEREAS**, on December 1, 2017, the Court entered a stipulation and order regarding the use of the *Forecast of the Cost of Resolving All Asbestos-Related Bodily Injury Claims Against Energy Future Holdings Corp. (E-Side)* of Thomas E. Vasquez, Ph.D. for purposes of the Confirmation Proceedings and any post-trial briefing or appeals therefrom [D.I. 12294];

**WHEREAS**, in connection with the February 2017 confirmation proceeding for the *Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 10853] (the "February 2017 Confirmation Proceeding"), the Debtors and certain of the Asbestos Objectors agreed to designate portions of the record from the hearing on the *Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holding, Inc., LSGT Sacroc, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b)* [D.I. 10074] (the "Motion to Dismiss");

**WHEREAS**, on January 30, 2018, the Court entered the *Stipulation and Order* [D.I. 12547] regarding certain evidence in connection with the Confirmation Proceedings; and, pursuant to Paragraph 5 thereof, the Parties have worked together in good faith to reach agreement to designate portions of the records from the Motion to Dismiss proceeding and the February 2017 Confirmation Proceeding for inclusion in the evidentiary record of the Confirmation Proceedings; and

**WHEREAS**, the Parties seek to avoid unnecessary disputes, motion practice, and repetitive testimony, and seek to streamline the Confirmation Proceedings;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, subject to approval of the Court, that:

1. The Parties hereby designate the following materials from the Motion to Dismiss record:

| Written Directs |
| --- |
| D-DIR Horton |
| D-DIR Hunter |
| D-DIR Moldovan |

| Demonstratives |
| --- |
| D-DEM Horton 1 |
| D-DEM Horton 2 |

| Exhibits * | | | |
| --- | --- | --- | --- |
| DX026 | DX243 | DX285 | DX388 |
| DX029 | DX244 | DX292 | DX407 |
| DX068 | DX245 | DX298 | DX433 |
| DX100 | DX246 | DX384 | DX529 |
| DX103 | DX247 | DX385 | DX674 |
| DX104 | DX248 | DX386 | DX675 |
| DX125 | DX258 | DX387 | |

| Judicial Notice * | |
| --- | --- |
| DX020 | DX071 |
| DX054 | DX072 |
| DX055 | DX082 |
| DX057 | DX090 |

*DX numbers refer to the 2017 Plan confirmation exhibits

| Designated Transcripts** |
| --- |
| 12/5/2016 Hearing Transcript |
| 9/28/2015 Stacey Dore Deposition Transcript |
| 9/25/2015 Donald Evans Deposition Transcript |
| 10/25/2016 Mark Hickson Deposition Transcript |
| 10/18/2016 Anthony Horton Deposition Transcript |
| 10/19/2016 Mike Hunter Deposition Transcript |
| 10/1/2015 Paul Keglevic Deposition Transcript |
| 10/13/2016 Paul Keglevic Deposition Transcript |
| 10/18/2016 Kristopher Moldovan Deposition Transcript |
| 9/30/2015 Billie Williamson Deposition Transcript |
| 10/19/2016 Andy Wright Deposition Transcript |

**Highlighted portions only (to be submitted to the Court).

2. The Parties hereby designate the following materials from the February 2017 Confirmation Proceedings:

| Written Directs |
|---|
| D-DIR Keglevic_R |
| D-DIR Ying |
| D-DIR Horton_R |
| D-DIR Sullivan |
| D-DIR Vasquez |
| D-DIR Stuart |
| D-DIR Wright_R |
| D-DIR Hickson |

| Demonstratives |
|---|
| D-DEM Horton 1 |
| D-DEM Vasquez 1 |
| D-DEM Stuart 1 |

| Designated Transcripts** |
|---|
| 2/15/2016 Hearing Transcript |
| 2/16/2016 Hearing Transcript |

**Highlighted portions only (to be submitted to the Court).

| Exhibits | | | | | | | |
|---|---|---|---|---|---|---|---|
| DX001 | DX055 | DX111 | DX166 | DX348 | DX484 | AX012 | AX066 |
| DX002 | DX056 | DX113 | DX167 | DX367 | DX485 | AX013 | AX067 |
| DX003 | DX057 | DX114 | DX168 | DX370 | DX487 | AX014 | AX068 |
| DX004 | DX058 | DX115 | DX169 | DX371 | DX488 | AX015 | AX069 |
| DX005 | DX059 | DX116 | DX170 | DX372 | DX489 | AX016 | AX070 |
| DX006 | DX060 | DX117 | DX171 | DX373 | DX490 | AX017 | AX071 |
| DX007 | DX061 | DX118 | DX172 | DX374 | DX491 | AX018 | AX072 |
| DX008 | DX062 | DX119 | DX173 | DX375 | DX494 | AX019 | AX078 |
| DX009 | DX063 | DX120 | DX174 | DX376 | DX501 | AX020 | AX079 |
| DX010 | DX064 | DX121 | DX175 | DX377 | DX504 | AX021 | AX080 |
| DX011 | DX065 | DX122 | DX176 | DX378 | DX505 | AX022 | AX081 |
| DX012 | DX066 | DX123 | DX177 | DX379 | DX506 | AX023 | AX082 |
| DX013 | DX067 | DX124 | DX178 | DX380 | DX510 | AX024 | AX083 |
| DX014 | DX068 | DX125 | DX179 | DX381 | DX511 | AX025 | AX084 |
| DX015 | DX069 | DX126 | DX180 | DX382 | DX513 | AX026 | AX085 |
| DX016 | DX070 | DX127_R | DX181 | DX383 | DX514 | AX027 | AX086 |
| DX017 | DX071 | DX128_R | DX182 | DX384 | DX515 | AX028 | AX087 |
| DX018 | DX072 | DX129_R | DX183 | DX385 | DX516 | AX029 | AX088 |
| DX019 | DX073 | DX130 | DX184 | DX386 | DX517 | AX030 | AX089 |
| DX020 | DX074 | DX131 | DX185 | DX387 | DX519 | AX031 | AX090 |
| DX021 | DX075 | DX132 | DX186 | DX388 | DX529 | AX032 | AX091 |

| Exhibits | | | | | | | |
|---|---|---|---|---|---|---|---|
| DX022 | DX076 | DX133_R | DX187 | DX390 | DX542 | AX033 | AX092 |
| DX023 | DX077 | DX134_R | DX188 | DX402 | DX552 | AX034 | AX093 |
| DX024 | DX078 | DX135_R | DX224 | DX403 | DX553 | AX035 | AX094 |
| DX025 | DX080 | DX136 | DX225 | DX404 | DX556 | AX036 | AX095 |
| DX026 | DX081 | DX137_R | DX226 | DX405 | DX557 | AX037 | AX096 |
| DX027 | DX082 | DX138 | DX228 | DX407 | DX564 | AX038 | AX097 |
| DX028 | DX083 | DX139 | DX234 | DX418 | DX569 | AX039 | AX098 |
| DX029 | DX084 | DX140 | DX235 | DX419 | DX571 | AX040 | AX099 |
| DX030 | DX085 | DX141 | DX236 | DX420 | DX573 | AX041 | AX100 |
| DX031 | DX086 | DX142_R | DX238 | DX421 | DX631 | AX042 | AX101 |
| DX032 | DX087 | DX143 | DX240 | DX422 | DX659 | AX043 | AX102 |
| DX033 | DX088 | DX144 | DX241 | DX423 | DX660 | AX044 | AX104 |
| DX034 | DX089 | DX145 | DX243 | DX424 | DX661 | AX045 | AX105 |
| DX035 | DX090 | DX146 | DX244 | DX425 | DX662 | AX046 | AX106 |
| DX036 | DX091 | DX147 | DX245 | DX426 | DX663 | AX047 | AX107 |
| DX037 | DX092 | DX148 | DX246 | DX427 | DX664 | AX048 | AX111 |
| DX038 | DX093 | DX149 | DX247 | DX428 | DX668 | AX049 | AX112 |
| DX039 | DX094 | DX150_R | DX248 | DX433 | DX670 | AX050 | AX113 |
| DX040 | DX095 | DX151_R | DX258 | DX435 | DX674 | AX051 | AX114 |
| DX041 | DX096 | DX152_R | DX285 | DX436 | DX675 | AX052 | AX115 |
| DX042 | DX097 | DX153_R | DX289 | DX459 | DX679 | AX053 | AX116 |
| DX043 | DX098 | DX154_R | DX290 | DX460 | DX681 | AX054 | AX117 |
| DX044 | DX099 | DX155 | DX291 | DX461 | AX001 | AX055 | NX013 |
| DX045 | DX100 | DX156 | DX292 | DX462 | AX002 | AX056 | NX014 |
| DX046 | DX101 | DX157 | DX293 | DX463 | AX003 | AX057 | NX051 |
| DX047 | DX102 | DX158 | DX294 | DX464 | AX004 | AX058 | |
| DX048 | DX103 | DX159 | DX295 | DX465 | AX005 | AX059 | |
| DX049 | DX104 | DX160 | DX296 | DX478 | AX006 | AX060 | |
| DX050 | DX105 | DX161 | DX298 | DX479 | AX007 | AX061 | |
| DX051 | DX106 | DX162 | DX304 | DX480 | AX008 | AX062 | |
| DX052 | DX108 | DX163 | DX306 | DX481 | AX009 | AX063 | |
| DX053 | DX109 | DX164 | DX344 | DX482 | AX010 | AX064 | |
| DX054 | DX110 | DX165 | DX345 | DX483 | AX011 | AX065 | |

3. The Parties agree to use reasonable efforts to avoid live examination and testimony that is duplicative or repetitive of the testimony designated in Paragraphs 1 and 2 above.

4. The designations in Paragraphs 1 and 2 above are without prejudice to the Parties' rights to identify witnesses and exhibits and to present any additional evidence at the Confirmation Proceedings pursuant to the scheduling order [D.I. 11835] and supplemental scheduling orders [D.I. 12279, 12519] entered in this matter.

*[Signature pages follow.]*

Dated:  February 16, 2018

By:   */s/ Daniel K. Hogan*
Daniel K. Hogan (DE Bar # 2814)
HOGAN MCDANIEL
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, and Robert Albini, individually and as successor-in-interest to the Estate of Gino Albini, and Denis Bergschneider*

-and-

Steven Kazan (admitted *pro hac vice*)
KAZAN MCCLAIN SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, and Denis Bergschneider*

-and-

Ethan Early (admitted *pro hac vice*)
EARLY LUCARELLI SWEENEY & MEISENKOTHEN
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for David William Fahy, David*

*Heinzmann, Harold Bissell, Kurt Carlson,*
*and Robert Albini, individually and as*
*successor-in-interest to the Estate of Gino Albini*

-and-

Jonathan Ruckdeschel (admitted *pro hac vice*)
THE RUCKDESCHEL LAW FIRM LLC
8357 Main Street
Ellicott City, MD 21043
Telephone:  410-750-7825
Facsimile: 443-583-0430

*Counsel for David Heinzmann*

-and-

Beth Gori (admitted *pro hac vice*)
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834

*Counsel for John H. Jones*

RLF1 18899885v.1

Dated: February 16, 2018

    */s/ Jason M. Madron*
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700

-and-

KIRKLAND & ELLIS LLP
Edward O. Sassower, P.C.
Stephen E. Hessler, P.C.
Brian E. Schartz
Aparna Yenamandra
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800

-and-

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000

*Counsel to the Debtors
and Debtors in Possession*


SO ORDERED this _____ day of February, 2018

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE