# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) |
|  | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, [1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| *Debtors.* | ) (Jointly Administered) |
|  | ) |

## NOTICE OF DISCLOSURE OF
## FINAL LIST FOR EFH/EFIH CONFIRMATION HEARING

In accordance with Paragraph 8 of the *Second Supplement to Amended and Superseding Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12519], Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott"), by and through their undersigned counsel, hereby provide the following final list of witnesses whom Elliott may call at the Confirmation Hearing in their affirmative or rebuttal case, including a brief description of the general topics on which those witnesses may testify.[2]  Elliott's identification of these witnesses is without prejudice to, and Elliott specifically reserve, the right to call any witness (a) designated by any other party or (b) necessary for rebuttal.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used herein but otherwise not defined have the meaning given to such terms the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I 11887] (the "Plan").

- **Jeffrey Rosenbaum**, *Elliott Management Corporation* – allowance as an administrative expense of Elliott's fees and expenses (including professional fees and expenses) incurred in making a substantial contribution in these cases.

- **Michael Kramer**, *Ducera Partners LLC* – the amount of a supersedeas bond that would need to be posted by NextEra in the event the Court requires the Debtors to set aside a reserve, as requested by NextEra in its objection [D.I. 12369] to the Plan, including but not limited to the appropriate rate of return in connection with any such reserve.

Dated:  February 14, 2018
        Wilmington, Delaware

                           **BAYARD, P.A.**

                           */s/ Erin R. Fay*
                           Scott D. Cousins (No. 3079)
                           Erin R. Fay (No. 5268)
                           Evan T. Miller (No. 5364)
                           600 N. King Street, Suite 400
                           Wilmington, DE 19801
                           Telephone: (302) 655-5000
                           Facsimile: (302) 658-6395
                           scousins@bayardlaw.com
                           efay@bayardlaw.com
                           emiller@bayardlaw.com

                                 –and–

                           **ROPES & GRAY LLP**
                           Keith H. Wofford (admitted *pro hac vice*)
                           Gregg M. Galardi
                           1211 Avenue of the Americas
                           New York, NY 10036-8704
                           Telephone: (212) 596-9000
                           Facsimile:  (212) 596-9090
                           Keith.Wofford@ropesgray.com
                           Gregg.Galardi@ropesgray.com