IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- X
In re:                                : Chapter 11
                                      :
Energy Future Holdings, Inc., *et al.*,[1]   : Case No. 14-10979 (CSS)
                                      :
         Debtors.                  : (Jointly Administered)
                                      :
------------------------------------------------------------- X

## ORDER

Upon consideration of NextEra's Motion in Limine to Preclude the Testimony of Michael Kramer [D.I. _____] filed on February 16, 2018 (the "Motion"); the Court having reviewed the Motion and any responses and objections thereto; and the Court finding that (1) the Court has jurisdiction over these matters, pursuant to 28 U.S.C. § 1334; (2) this is a core proceeding, pursuant to 28 U.S.C. § 157(b); (3) this Court has the judicial power to enter a final order; and (4) notice of the Motion was adequate under the circumstances;

IT IS HEREBY ORDERED THAT, the Motion is granted; and it is further

ORDERED that Michael Kramer shall be precluded from testifying at the confirmation hearing, and that no party shall offer testimony at the confirmation hearing regarding "the amount of a supersedeas bond that would need to be posted by NextEra in the event the Court requires the Debtors to set aside a reserve" or "the appropriate rate of return in connection with any such reserve."

 

Christopher S. Sontchi
United States Bankruptcy Judge

Date: February __, 2018

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.