## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) |
|  | ) Case No. 14-10979 (CSS) |
| Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) |
|  | ) Related Doc. No. 12666 |

**SEMPRA ENERGY'S (I) STATEMENT IN SUPPORT OF CONFIRMATION OF THE FIRST AMENDED JOINT PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS, CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, AND THE EFH/EFIH DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE AND (II) JOINDER IN THE EFH/EFIH DEBTORS' CONFIRMATION BRIEF**

Sempra Energy and its wholly-owned subsidiary Sempra Texas Merger Sub I, Inc. (f/k/a Power Play Merger Sub I, Inc.) (together, "Sempra"),[2] file this (i) statement in support of the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* (as may be amended from time to time, the "Plan") and (ii) joinder to the *Debtors' Memorandum of Law in Support of Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* (the "Confirmation Brief").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Confirmation Brief.

AMERICAS 94239528

## STATEMENT

The Plan and the Merger Agreement are the result of extensive, good faith, arms'-length negotiations by and among the EFH/EFIH Debtors and Sempra, and reflect the input of certain of the EFH/EFIH Debtors' stakeholders, including their largest creditor, Elliott Management Corporation.  The consummation of the transactions contemplated thereby, which include the payment by Sempra of $9.45 billion to the EFH/EFIH Debtors, will unquestionably maximize value for all of the EFH/EFIH Debtors' stakeholders.

Since the execution of the Merger Agreement and the filing of the Plan in August 2017, Sempra has worked tirelessly with the EFH/EFIH Debtors and Oncor to obtain the various required approvals and to otherwise be in position to promptly consummate the Plan and the Merger Agreement and to finally bring these Chapter 11 Cases to a conclusion.  As a result of these efforts, (i) the Plan has been voted on and accepted by an overwhelming majority of the EFH/EFIH Debtors' creditors, (ii) the EFH/EFIH Debtors have received the necessary supplemental private letter ruling from the IRS, (iii) Sempra has raised the billions of dollars of equity and debt financing necessary for funding the transaction, and (iv) Sempra and Oncor have recently secured the support of all intervenors and other parties with respect to their joint application to the Public Utility Commission of Texas (the "PUCT") for approval of the transaction as being in the public interest.  Indeed, based in part on such unanimous support from the intervenors and PUCT staff for approval of the transaction, the PUCT, at its open meeting on February 15, directed that an order approving the transaction be prepared and posted for comment, and indicated its intention to be able to consider the proposed order at the PUCT open

2

meeting scheduled for March 8, 2018.  Except for the foregoing PUCT approval and confirmation of the Plan by this Court, all other approvals necessary to consummate the Plan, the Merger Agreement and the transactions contemplated thereby already have been obtained.

Importantly, Sempra is fully ready, willing and able, and is now fully prepared, to close the transaction and consummate the Plan and Merger Agreement on their terms as soon as practicable upon confirmation of the Plan and approval of the transaction by the PUCT.  The EFH/EFIH Debtors are thus poised to emerge from chapter 11 through a Plan that maximizes value for all stakeholders.  The Plan should be confirmed.

## JOINDER

In addition to the foregoing, Sempra hereby joins in the EFH/EFIH Debtors' Confirmation Brief.  For the reasons set forth therein, the objections to the Plan should be overruled and the Plan should be confirmed.

[*Remainder of Page Intentionally Left Blank*]

Dated: February 17, 2018
        Wilmington, Delaware

FOX ROTHSCHILD LLP

By:   */s/ Jeffrey M. Schlerf*
     Jeffrey M. Schlerf (No. 3047)
     Carl Neff (No. 4895)
     919 North Market St., Suite 300
     Wilmington, DE 19801
     Telephone:  (302) 654-7444
     Facsimile:  (302) 463-4971
     jschlerf@foxrothschild.com
     cneff@foxrothschild.com

     -and-

     WHITE & CASE LLP
     Thomas E Lauria (admitted *pro hac vice*)
     Matthew C. Brown (admitted *pro hac vice*)
     Southeast Financial Center, Suite 4900
     200 South Biscayne Blvd.
     Miami, FL 33131
     Telephone:  (305) 371-2700
     Facsimile:  (305) 358-5744
     tlauria@whitecase.com
     mbrown@whitecase.com

     J. Christopher Shore (admitted *pro hac vice*)
     1221 Avenue of the Americas
     New York, NY 10020
     Telephone:  (212) 819-8200
     Facsimile:  (212) 354-8113
     cshore@whitecase.com

     *Counsel to Sempra Energy*

AMERICAS 94239528