**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 12666** |

**DECLARATION OF JONATHAN F. GANTER, ESQ.
IN SUPPORT OF THE DEBTORS' MEMORANDUM OF LAW
IN SUPPORT OF CONFIRMATION OF THE FIRST AMENDED JOINT
PLAN OF REORGANIZATION OF ENERGY FUTURE HOLDINGS CORP.,
ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, AND THE
EFH/EFIH DEBTORS PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

I, JONATHAN F. GANTER, declare as follows:

1. I am an attorney admitted to practice in the District of Columbia, the United States District Court for the District of Columbia, and the state of New Jersey. I am admitted *pro hac vice* to the United States Bankruptcy Court for the District of Delaware.

2. I submit this declaration in support of the *Debtors' Memorandum of Law in Support of Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, dated February 17, 2018 [D.I. 12666], filed contemporaneously herewith.

3. Attached hereto as <u>Exhibit A</u> is a true and correct copy of the March 24, 2016 PUCT Order [PUCT Dkt. 45188, No. 671].

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

4. Attached hereto as Exhibit B is a true and correct copy of the January 12, 2018 Form 8-K of Sempra Energy.

5. Attached hereto as Exhibit C is an excerpt from a copy of the transcript of the September 19, 2017 hearing in the above-captioned cases before the United States Bankruptcy Court for the District of Delaware (Sontchi, J.).

6. Attached hereto as Exhibit D is an excerpt from a copy of the transcript of the December 11, 2017 hearing in the above-captioned cases before the United States Bankruptcy Court for the District of Delaware (Sontchi, J.).

7. Attached hereto as Exhibit E is an excerpt from a copy of the transcript of the September 6, 2017 hearing in the above-captioned cases before the United States Bankruptcy Court for the District of Delaware (Sontchi, J.).

8. Attached hereto as Exhibit F is a true and correct copy of the September 30, 2017 Form 10-Q of Sempra Energy.

9. Attached hereto as Exhibit G is an excerpt from a copy of the transcript of the August 11, 2015 hearing in the above-captioned cases before the United States Bankruptcy Court for the District of Delaware (Sontchi, J.).

10. Attached hereto as Exhibit H is an excerpt from a copy of the transcript of the December 3, 2015 hearing in the above-captioned cases before the United States Bankruptcy Court for the District of Delaware (Sontchi, J.).

11. Attached hereto as Exhibit I is an excerpt from a copy of the transcript of the September 19, 2016 hearing in the above-captioned cases before the United States Bankruptcy Court for the District of Delaware (Sontchi, J.).

3

12. Attached hereto as <u>Exhibit J</u> is an excerpt from a copy of the transcript of the September 21, 2015 hearing in the above-captioned cases before the United States Bankruptcy Court for the District of Delaware (Sontchi, J.).

13. Attached hereto as <u>Exhibit K</u> is an excerpt from a copy of the transcript of the December 16, 2015 hearing in the above-captioned cases before the United States Bankruptcy Court for the District of Delaware (Sontchi, J.).

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I hereby declare that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 17th day of February 2018.

*/s/ Jonathan F. Ganter*
Jonathan F. Ganter (*pro hac vice*)
