# **EXHIBIT C**

Page 1

```
 1   UNITED STATES BANKRUPTCY COURT
 2   DISTRICT OF DELAWARE
 3   In re:                              :
                                         :    Chapter 11
 4   ENERGY FUTURE HOLDINGS              :
     CORP., ET AL.,                      :    Case No. 14-10979(CSS)
 5                                       :
            Debtors.                     :    (Jointly Administered)
 6   _____     :
                                         :
 7   ENERGY FUTURE HOLDINGS CORP.        :
            -and-                        :
 8   ENERGY FUTURE INTERMEDIATE          :
     HOLDING COMPANY, LLC.,              :
 9                                       :
                                         :
10          Plaintiffs,                  :    Adv. Pro No. 17-50942(CSS)
                                         :
11   v.                                  :
                                         :
12   NEXTERA ENERGY, INC.,               :
                                         :
13          Defendant.                   :
     _____     :
14
15                                   United States Bankruptcy Court
16                                   824 North Market Street
17                                   Wilmington, Delaware
18
                                     September 19, 2017
19
                                     10:03 PM
20
21   B E F O R E :
22   HON CHRISTOPHER S. SONTCEHI
23   U.S. BANKRUPTCY JUDGE
24
25
```

1    termination fee paid.

2            But we have to judge this based on they knew on

3    that date or their predecessors in interest did and I guess

4    they knew because it's my understanding Elliott was a

5    creditor at this time, albeit according to them small, but

6    -- by the way no one objected -- I mean there were some

7    objections, everybody withdrew their objections, no one came

8    in wanting a motion to reconsider, no one tried to appeal,

9    and then everyone sits on it for ten months.  That does not

10   satisfy the law of when you can file a motion to reconsider.

11           Now, let me turn quickly to two kind of

12   independent points, Your Honor, I'd like to make that

13   basically relate to my client and kind of some unique facts

14   I just want to point out that I guess are more relevant to

15   NextEra.

16           First, Your Honor, I want to make sure it's clear

17   that from the record it was clearly -- there's an enormous

18   amount of evidence that is presented that this termination

19   fee, if it had not been agreed to, NextEra would not have

20   pursued the acquisition without the guarantee of the

21   termination fee.  And in arguing for this reconsideration I

22   think Elliott is just completely knowing what actually

23   happened on September 19th and the history in this

24   bankruptcy proceeding, because on the 19th Mr. Horton

25   testified --