# **EXHIBIT E**

Page 1

1    UNITED STATES BANKRUPTCY COURT

2    DISTRICT OF DELAWARE

3

4    In re:                          :

5    ENERGY FUTURE HOLDINGS CORP., :   Chapter 11

6    et. al.,                        :   Case No. 14-10979 (CSS)

7           Debtors.                 :    (Jointly Administered)

8    _____:

9    ENERGY FUTURE HOLDINGS CORP.  :

10          -and-                    :

11   ENERGY FUTURE INTERMEDIATE     :   Adv. Proc. No.

12   HOLDING COMPANY, LLC,          :   17-50942 (CSS)

13          Plaintiffs,             :

14      v.                          :

15   NEXTERA ENERGY, INC.,          :

16          Defendant.              :

17   _____:

18

19                         United States Bankruptcy Court

20                         824 North Market Street

21                         Wilmington, Delaware

22

23                         September 6, 2017

24                         2:05 p.m. - 2:38 p.m.

25

1          THE COURT:  Not to the Order, excellent.  You may

2    approach.

3          I should have said this in connection with the

4    last Order because it applies here as well.  I'm going to

5    overrule the objection of Mr. Miller to both the plan

6    support agreement, the merger agreement, and the disclosure

7    statement.  I believe Mr. Husnick is correct.  I think, if

8    anything, it's a confirmation objection and it's fully

9    preserved.

10          It was -- I would note that it was improperly sent

11    directly to chambers and not filed on the public docket or

12    served on counsel.  So I wouldn't be inclined to be overly

13    permissive about that kind of behavior going forward in

14    connection with Mr. Miller.  Even pro se parties have to

15    obey the rules, but I'll consider it.  Having considered it,

16    I've overruled it, and it's fully preserved for

17    confirmation.

18          And I guess we need it on the docket.  So the

19    Court will docket the copy it received and put it on the

20    docket so we have a public docket of what exactly was filed,

21    although you've attached it to your reply, which I did read

22    as well.

23          Does anyone wish to be heard in connection with

24    the disclosure statement?  No, okay.

25          I've approved this in the past too, and it's