# **EXHIBIT G**

```
 1   UNITED STATES BANKRUPTCY COURT

 2   DISTRICT OF DELAWARE

 3   In re:                            :
                                       :  Chapter 11
 4   ENERGY FUTURE HOLDINGS            :
     CORP., et al.,                    :  Case No. 14-10979(CSS)
 5                                     :
             debtors.                  :  (Joint Administration
 6   _____:     Requested)

 7

 8

 9                              United States Bankruptcy Court

10                              824 North Market Street

11                              Wilmington, Delaware

12

13                              August 11, 2015

14                              9:45 AM – 1:23 PM

15   B E F O R E :

16   HON CHRISTOPHER S. SONTCHI

17   U.S. BANKRUPTCY JUDGE

18

19

20

21

22

23

24

25   ECR OPERATOR:  DANA MOORE
```

1   the E-side committee.  There have also been individuals who
2   have stepped forward and taken up the fight on behalf of
3   these claimants, but I'm not focusing on them.  I'm focusing
4   on the official representative.
5              The E-side committee fought hard and long in
6   connection with the details of the notice that went out.
7   Frankly, I find the argument that that was somehow
8   inadequate because they did a good job as bizarre.  The
9   court had approved a bar date.  They did the best they could
10  to provide the notice that was going to be required under
11  the bar date.  I certainly wouldn't expect any court
12  appointed representative to do anything other than what was
13  done by the E-side committee in that instance.
14             The fight about the bar date is over.  It was over
15  in January.  No one appealed.  There was more than an
16  adequate opportunity for the E-side committed to participate
17  in that decision.  I moved it back as best I could several
18  times in order to allow that committee to be forward.  The
19  committee was formed prior to the Court making its decision.
20             I'm not going to hear it today, a complaint about
21  my January opinion.  I'm also not going to hear a complaint
22  about an agreed notice procedure that was put in place with
23  the approval of the E-side committee.  I haven't heard
24  anything today or in the case at all that would give me any
25  reason to doubt that an adequate job is being done on behalf