# **EXHIBIT K**

                                                                    1

1  UNITED STATES BANKRUPTCY COURT

2  DISTRICT OF DELAWARE

3

4  In re:                    :
                             :    Chapter 11
5  ENERGY FUTURE HOLDINGS    :
   CORP., et al.,            :    Case No. 14-10979(CSS)
6                             :
         Debtors.            :    (Jointly Administered)
7  _____ :

8

9

10                     United States Bankruptcy Court

11                     824 North Market Street

12                     Wilmington, Delaware

13                     December 16, 2015

14                     9:43 AM

15

16

17

18

19

20

21  B E F O R E :

22  HON CHRISTOPHER S. SONTCHI

23  U.S. BANKRUPTCY JUDGE

24

25  ECRO OPERATOR:  LESLIE MURIN

1    as well doing independent research, to allow a class proof
2    of claim under the facts and circumstances of this case
3    would be unprecedented.  We don't have an existing class
4    action.  We often see this where we have and existing WARN
5    Act class, for example, that's been certified by this Court.
6    And though a proof of claim is filed on behalf of that
7    class, it's a completely different situation here.  We don't
8    have this pending asbestos manifested or unmanifested injury
9    claim lawsuit pending somewhere, where a class has been
10   certified.
11              We're talking about certifying a class solely for
12   purposes of filing a proof of claim.  And I think that is
13   where -- to allow that would be in effect a collateral
14   attack on what this Court has already done, which is set a
15   bar date as required by the bankruptcy rules, requiring
16   filing by unmanifested claimants as contemplated by
17   Grossman's, and establishing and approving an elaborate
18   noticing procedure that cost several million dollars
19   designed to provide a notice as adequately as possible to as
20   many possible claimants as possible.  None of those matters
21   have been appealed, and they are final orders.
22              Really Mr. Hogan made at the end an impassioned
23   and interesting and perhaps in some ways weighty argument,
24   which was a collateral attack not on this Court, but on the
25   Third Circuit's opinion on Grossman's, drawing the