IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Energy Future Holdings Corp., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Ref. No. 12664 |

**NOTICE OF *TELEPHONIC ONLY* HEARING SCHEDULED FOR
FEBRUARY 22, 2018 AT 1:00 P.M. (ET)**

PLEASE TAKE NOTICE that, at the direction of the United States Bankruptcy Court for the District of Delaware, a telephonic hearing shall be held before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, on **February 22, 2018 at 1:00 p.m. (ET)** (the "Telephonic Hearing") with respect to the *NextEra's Motion In Limine to Preclude the Testimony of Michael Kramer*, filed on February 16, 2018 [D.I. 12664] (the "Motion"). The Court intends to issue a ruling on the Motion and will not hear any argument on the Motion. The previously scheduled hearing on the Motion for February 23, 2018 at 2:00 p.m. (ET) has been cancelled by the Court.

PLEASE TAKE FURTHER NOTICE that, notwithstanding anything to the contrary set forth in the *Instructions for Telephonic Appearances Effective April 5, 2005, Revised April 27, 2009*, at the direction of Chambers, all parties wishing to appear at the Telephonic Status Conference must contact CourtCall via telephone (for callers calling from within the United States of America: 866-582-6878; for callers calling from outside of the United States of America: 310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America: 866-533-2946;

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{932.002-W0050318.}

for parties sending facsimiles from outside of the United States of America: 310- 743-1850) no later than **12:30 p.m. (ET) on February 22, 2018** to register their telephonic appearances.

Dated: February 21, 2018
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ signature/*

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email:   landis@lrclaw.com
            mcguire@lrclaw.com

– and –

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
Eric Daucher (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 408-5100
Facsimile:  (212) 541-5369
Email:     howard.seife@nortonrosefulbright.com
            andrew.rosenblatt@nortonrosefulbright.com
            eric.daucher@nortonrosefulbright.com

Robin Ball (admitted *pro hac vice*)
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile:  (213) 892-9494
Email:     robin.ball@nortonrosefulbright.com

– and –

**WINSTON & STRAWN LLP**
Dan K. Webb (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile: (312) 558-5700
Email: dwebb@winston.com

Thomas M. Buchanan (admitted *pro hac vice*)
1700 K Street, NW
Washington, D.C. 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
Email: tbuchana@winston.com

*Counsel to NextEra Energy, Inc.*