**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| Debtors. | : | (Jointly Administered) |
| | : | **Re: D.I. 12681** |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE )
) SS
NEW CASTLE COUNTY )

Anthony C. Dellose, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to NextEra Energy, Inc. Solutions in the above captioned bankruptcy case, and on the 21st day of February, 2018, he caused a copy of the below listed pleading to be served to the attached service list via facsimile and or electronic mail.

**Notice of Telephonic Hearing [D.I. 12681]**

Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 21st day of February 2018.

Notary Public

RAMWATTIE RAMIREZ MY COMMISSION EXPIRES ON 02-14-2019 NOTARY PUBLIC STATE OF DELAWARE

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{932.002-W0050326.}

Master Service List (as of 02/18/2018 06:00:30)

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | CITY | STATE | ZIP | EMAIL | FAX |
|---|---|---|---|---|---|---|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN SACHS) | KEVIN G ABRAMS & JOHN M SEAMAN | 20 MONTCHANIN RD STE 200 | WILMINGTON | DE | 19807 | abrams@abramsbayliss.com; seaman@abramsbayliss.com | |
| AKERMAN LLP | (COUNSEL TO SIEMENS) | ATTN: ANDREA S HARTLEY ESQ | 98 SE 7TH ST STE 1100 | MIAMI | FL | 33131 | ANDREA.HARTLEY@AKERMAN.COM | 305-374-5095 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS ESQ | 14910 ALDINE WESTFIELD RD | | HOUSTON | TX | 77032 | bnkatty@aldineisd.org | |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL | 6201 15TH AVE | | BROOKLYN | NY | 11219 | PKIM@AMSTOCK.COM | 718-331-1852 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM | 6201 15TH AVE | | BROOKLYN | NY | 11219 | PKIM@AMSTOCK.COM | 718-331-1852 |
| ASHBY & GEDDES PA | (COUNSEL TO WILMINGTON SAVINGS/WSFS) | AD HOC COMMITTEE OF TCEH SECOND LIEN NOTEHOLDERS | ATTN: WILLIAM BOWDEN & GREGORY TAYLOR ESQ | WILMINGTON | DE | 19899 | wbowden@ashby-geddes.com; gtaylor@ashby-geddes.com; bankruptcy@ashby-geddes.com | 302-654-2067 |
| BAKER BOTTS LLP | (COUNSEL TO CENTERPOINT) | ATTN: JAMES PRINCE; OMAR J ALANIZ | 2001 ROSS AVE | DALLAS | TX | 75201-2980 | jim.prince@bakerbotts.com; omar.alaniz@bakerbotts.com | 214-953-6503 |
| BALLARD SPAHR LLP | (COUNSEL TO LOUISIANA ENERGY & URENCO) | ATTN: MATTHEW G SUMMERS ESQ | 919 N MARKET ST 11TH FL | WILMINGTON | DE | 19801 | summersm@ballardspahr.com | 302-252-4466 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) | ATTN: KEVIN G COLLINS ESQ | 1000 N WEST ST STE 1500 | WILMINGTON | DE | 19801 | Kevin.Collins@btlaw.com | 302-300-3456 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX CORPORATION) | ATTN: DAVID M POWLEN ESQ | 1000 N WEST ST STE 1500 | WILMINGTON | DE | 19801 | david.powlen@btlaw.com | 302-300-3456 |
| BARNES & THORNBURG LLP | (COUNSEL TO GATX) | ATTN: KEVIN C DRISCOLL JR ESQ | 1 N WACKER DR STE 4400 | CHICAGO | IL | 60606-2833 | Kevin.Driscoll@btlaw.com | 312-759-5646 |
| BAYARD PA | (COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE | UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE) | ATTN: NEIL GLASSMAN ESQ | WILMINGTON | DE | 19801 | nglassman@bayardlaw.com | 302-658-6395 |
| BAYARD PA | (COUNSEL TO ELLIOTT) | ATTN: SCOTT D COUSINS, ERIN R FAY, EVAN T MILLER | 600 N. KING STREET, 4TH FLOOR | WILMINGTON | DE | 19801 | SCOUSINS@BAYARDLAW.COM; EFAY@BAYARDLAW.COM; EMILLER@BAYARDLAW.COM | 302-658-6395 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | (COUNSEL TO THERMO FISHER) | ATTN: KEVIN M. CAPUZZI | 222 DELAWARE AVE STE 801 | WILMINGTON | DE | 19801-1611 | kcapuzzi@beneschlaw.com | 302-442-7012 |
| BIELLI & KLAUDER LLC | (COUNSEL TO ENERGY FUTURE HOLDINGS CORP) | ATTN: DAVID M KLAUDER ESQ & | CORY P STEPHENSON ESQ | WILMINGTON | DE | 19801 | dklauder@bk-legal.com; cstephenson@bk-legal.com | 302-397-2557 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) | ATTN: MICHAEL DEBAECKE; STANLEY TARR | 1201 MARKET ST STE 800 | WILMINGTON | DE | 19801 | debaecke@blankrome.com; tarr@blankrome.com | 302-425-6464 |
| BLANK ROME LLP | (COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT) | ATTN: MICHAEL B SCHAEDLE ESQ | 130 N 18TH ST (ONE LOGAN SQUARE) | PHILADELPHIA | PA | 19103-6998 | schaedle@blankrome.com | 215-569-5555 |
| BRAUNHAGEY & BORDEN LLP | (COUNSEL TO ELLIOTT, LIVERPOOL & PALOMA PARTNERS) | ATTN: J. NOAH HAGEY & KIM BERGER | 220 SANSOME STREET, 2ND FLOOR | SAN FRANCISCO | CA | 94014 | HAGEY@BRAUNHAGEY.COM; BERGER@BRAUNHAGEY.COM | 415-599-0210 |
| BRAUNHAGEY & BORDEN LLP | (COUNSEL TO ELLIOTT, LIVERPOOL & PALOMA PARTNERS) | ATTN: AMY BROWN | 7 TIMES SQUARE, 27TH FLOOR | NEW YORK | NY | 10036-6524 | BROWN@BRAUNHAGEY.COM | 415-599-0210 |
| BROWN & CONNERY LLP | (COUNSEL TO SAP INDUSTRIES INC) | ATTN: DONALD K LUDMAN | 6 NORTH BROAD ST STE 100 | WOODBURY | NJ | 08096 | dludman@brownconnery.com | 856-853-9933 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) | ATTN: EDWARD WEISFELNER ESQ | 7 TIMES SQUARE | NEW YORK | NY | 10036 | eweisfelner@brownrudnick.com | 212-209-4801 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) | ATTN: JEFFREY JONAS, ANDREW STREHLE | ONE FINANCIAL CENTER | BOSTON | MA | 02111 | jjonas@brownrudnick.com; astrehle@brownrudnick.com | |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) | ATTN: HOWARD SIEGEL ESQ | 185 ASYLUM ST | HARTFORD | CT | 06103 | hsiegel@brownrudnick.com | |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY | SEVEN TIMES SQUARE | | NEW YORK | NY | 10036 | JCOFFEY@BROWNRUDNICK.COM | 212-209-4801 |
| BRYAN CAVE LLP | (COUNSEL TO EFIH SECOND LIEN TRUSTEE) | ATTN: STEPHANIE WICKOUSKI; LAITH J HAMDAN | 1290 6TH AVE #33 | NEW YORK | NY | 10104-3300 | stephanie.wickouski@bryancave.com; laith.hamdan@bryancave.com | 212-541-1439 |
| BRYAN CAVE LLP | ATTN: ROBERT E PEDERSEN ESQ | 1290 6TH AVE #33 | | NEW YORK | NY | 10104-3300 | REPEDERSEN@BRYANCAVE.COM | 212-904-0500 |
| BUCHALTER NEMER, A PROFESSIONAL LAW CORP | (COUNSEL TO ORACLE) | ATTN: SHAWN M CHRISTIANSON ESQ | 55 SECOND ST STE 1700 | SAN FRANCISCO | CA | 94105-3493 | schristianson@buchalter.com | 415-227-0770 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP) | ATTN: KATHLEEN A. MURPHY | 919 N MARKET ST STE 1500 | WILMINGTON | DE | 19801 | kathleen.murphy@bipc.com | 302-552-4295 |
| CADWALADER WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC) | ATTN: HOWARD HAWKINS JR., ELLEN M HALSTEAD, | MICHELE MAMAN & THOMAS J CURTIN ESQS | NEW YORK | NY | 10281 | howard.hawkins@cwt.com, ellen.halstead@cwt.com, michele.maman@cwt.com, thomas.curtin@cwt.com | 212-504-6666 |
| CADWALADER WICKERSHAM & TAFT LLP | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO DEF. MORGAN STANLEY, FPL, INDIAN MESA) | ATTN: MARK C ELLENBERG ESQ | WASHINGTON | DC | 20001 | mark.ellenberg@cwt.com | |
| CAPLIN & DRYSDALE, CHARTERED | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO FENICLE, FAHY, AND JONES; HEINZMANN) | ATTN: LESLIE M KELLEHER ESQ & JEANNA KOSKI ESQ | WASHINGTON | DC | 20005-5802 | lkelleher@capdale.com; jkoski@capdale.com | 202-429-3301 |
| CHADBOURNE & PARKE LLP | (COUNSEL TO NEXTERA ENERGY RESOURCES LLC) | ATTN: HOWARD SEIFE, DAVID M LEMAY AND | CHRISTY RIVERA ESQS | NEW YORK | NY | 10019-6022 | [illegible] | 212-541-5369 |
| CHIPMAN BROWN CICERO & COLE LLP | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE) | ATTN: WILLIAM E CHIPMAN JR, MARK D OLIVERE | WILMINGTON | DE | 19801 | [illegible] | 302-295-0199 |
| CIARDI CIARDI & ASTIN | (COUNSEL TO TXU 2007-1 RAILCAR, RED BALL) | ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR | 1204 N KING STREET | WILMINGTON | DE | 19801 | [illegible] | |
| CITIBANK N.A. | ATTN: OWEN COYLE | 1615 BRETT ROAD, OPS III | | NEW CASTLE | DE | 19720 | OWEN.LEONARD.COYLE@CITI.COM; SHANE.AZZARA@CITI.COM; KIRKWOOD.ROLAND@CITI.COM; ALLISTER.CHAN@CITI.COM; CHIDO.UGOCHUKWU@CITI.COM | |
| CITIBANK N.A. | ATTN: ZORI MIGLIORINI | 388 GREENWICH ST 21ST FL | | NEW YORK | NY | 10013 | ZORIJANA.MIGLIORINI@CITI.COM | 646-291-3258 |
| CITIBANK N.A. | ATTN: ERIC O LIGAN, VICE PRESIDENT | 388 GREENWICH ST 32ND FL | | NEW YORK | NY | 10013 | ERIC.LIGAN@CITI.COM | 646-495-9259 |
| CITIBANK N.A. | BANK LOAN SYNDICATIONS DEPARTMENT | 1615 BRETT ROAD, BUILDING III | | NEW CASTLE | DE | 19720 | GLAGENTOFFICEOPS@CITI.COM | |
| CITIBANK N.A. | ATTN: RYAN FALCONER | 388 GREENWICH STREET | | NEW YORK | NY | 10013 | RYAN.FALCONER@CITI.COM; [illegible] | |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY | 1000 THROCKMORTON ST | | FORT WORTH | TX | 76102 | chris.mosley@fortworthtexas.gov | 817-392-8359 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | (COUNSEL TO J ARON & COMPANY) | ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID | ONE LIBERTY PLAZA | NEW YORK | NY | 10006 | [illegible] | 212-225-3999 |
| COHEN & GRIGSBY, PC | (COUNSEL TO NOVA CHEMICALS INC) | ATTN: THOMAS D. MAXSON | 625 LIBERTY AVE | PITTSBURGH | PA | 15222-3152 | [illegible] | 412-209-1837 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS DIVISION | ATTN: RACHEL OBALDO & JOHN MARK STERN | AUSTIN | TX | 78711-2548 | [illegible] | |
| COMPUTERSHARE TRUST COMPANY NA | ATTN: MICHAEL A SMITH VP | 2950 EXPRESS DRIVE S STE 210 | | ISLANDIA | NY | 11749 | [illegible] | |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA | 1500, ROBERT-BOURASSA BLVD., 7TH FLOOR | | MONTREAL | QC | H3A 3S8 | [illegible] | 514-982-7635 |
| COWLES & THOMPSON | (COUNSEL TO ATMOS ENERGY CORPORATION) | ATTN: STEPHEN C STAPLETON | BANK OF AMERICA PLAZA | DALLAS | TX | 75202 | [illegible] | 214-672-2309 |
| COZEN O'CONNOR | (COUNSEL TO J ARON & COMPANY) | ATTN: MARK E. FELGER | 1201 N MARKET ST STE 1001 | WILMINGTON | DE | 19801 | [illegible] | 302-295-2013 |
| CRAVATH SWAINE & MOORE LLP | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING | COMPANY LLC/EFIH) | NEW YORK | NY | 10019-7475 | [illegible] | 212-474-3700 |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E HORWITZ, MANAGING DIRECTOR | MANAGING DIRECTOR | 251 LITTLE FALLS DR | WILMINGTON | DE | 19808 | [illegible] | 302-636-8666 |
| DAVIS POLK & WARDWELL LLP | (COUNSEL TO GOLDMAN SACHS ET AL) | ATTN: MARSHALL HUEBNER, BENJAMIN KAMINETZKY, | ELLIOT MOSKOWITZ; DAMON MEYER | NEW YORK | NY | 10017 | [illegible] | 212-701-5800 |
| DECHERT LLP | (COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP) | ATTN: MICHAEL J SAGE & ANDREW C HARMEYER | 1095 AVENUE OF THE AMERICAS | NEW YORK | NY | 10036-6797 | | 212-698-3599 |
| DECHERT LLP | (COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP) | ATTN: G. ERIC BRUNSTAD JR | 90 STATE HOUSE SQUARE | HARTFORD | CT | 06103-3702 | | 860-524-3930 |
| DEUTSCHE BANK | ATTN: MARCUS M TARKINGTON | 60 WALL STREET (NYCC60-0266) | | NEW YORK | NY | 10005-2836 | MARCUS.TARKINGTON@DB.COM; AGENCY.TRANSACTIONS@DB.COM | 212-553-3080 |
| DLA PIPER LLP (US) | (COUNSEL TO DEF MORGAN STANLEY CAPITAL GRP INC) | ATTN: ASHLEY R. ALTSCHULER, R.CRAIG MARTIN | 1201 N MARKET ST STE 2100 | WILMINGTON | DE | 19801 | [illegible] | 302-394-2341 |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) | ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & | ALESSANDRA GLORIOSO | WILMINGTON | DE | 19801 | [illegible] | |
| DRINKER BIDDLE & REATH LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) | ATTN: ROBERT K. MALONE | 222 DELAWARE AVE STE 1410 | WILMINGTON | DE | 19801-1621 | [illegible] | 302-467-4201 |
| DYKEMA GOSSETT PLLC | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE) | ATTN: JEFFREY R FINE ESQ | 1717 MAIN ST STE 4200 | DALLAS | TX | 75201 | [illegible] | 855-230-2518 |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) | ATTN: RONALD L ROWLAND ESQ, AGENT | 305 FELLOWSHIP RD STE 100 | MOUNT LAUREL | NJ | 08054-1232 | [illegible] | |
| ENERGY FUTURE HOLDINGS CORP ET AL | ATTN: ANDREW M WRIGHT | 1601 BRYAN ST 43RD FL | | DALLAS | TX | 75201 | | |
| EVERSHEDS SUTHERLAND (US) LLP | (COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY NO 1) | ATTN: LINO MENDIOLA III | ONE AMERICAN CENTER | AUSTIN | TX | 78701 | [illegible] | 512-721-2656 |
| FOLEY & LARDNER LLP | (COUNSEL TO UMB BANK, INDENTURE TRUSTEE) | ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ | LARS PETERSON ESQ | CHICAGO | IL | 60654-5313 | [illegible] | 312-832-4700 |
| FOX ROTHSCHILD LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED | NOTEHOLDERS) | ATTN: JEFFREY SCHLERF; L. JOHN BIRD | WILMINGTON | DE | 19801 | [illegible] | 302-656-8920 |
| FOX ROTHSCHILD LLP | (COUNSEL TO SEMPRA) | ATTN: JEFFREY M SCHLERF & CARL NEFF | 919 N MARKET ST STE 300 | WILMINGTON | DE | 19801 | [illegible] | 302-656-8920 |
| FRANKGECKER LLP | (COUNSEL TO EXPERIAN, THE PI LAW FIRMS/ASBESTOS) | ATTN: JOSEPH D FRANK ESQ AND REED HEILIGMAN ESQ | 325 N LASALLE ST STE 625 | CHICAGO | IL | 60654 | [illegible] | 312-276-0035 |
| FRANKGECKER LLP | (COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS) | ATTN: FRANCES GECKER ESQ | 325 N LASALLE ST STE 625 | CHICAGO | IL | 60654 | [illegible] | 312-276-0035 |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) | ATTN: SCOTT TALMADGE, ABBEY WALSH | NEW YORK | NY | 10022 | [illegible] | 212-277-4001 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | (COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO) | ATTN: BRAD E SCHELER ESQ, GARY L KAPLAN ESQ | MATTHEW M ROOSE ESQ | NEW YORK | NY | 10004 | [illegible] | 212-859-4000 |
| FRIEDLANDER & GORRIS P.A. | (COUNSEL TO ELLIOT, LIVERPOOL & PALOMA PARTNERS) | ATTN: JEFFREY GORRIS & CHRISTOPHER QUINN | 1201 N. MARKET ST., SUITE 2200 | WILMINGTON | DE | 19801 | JGORRIS@FRIEDLANDERGORRIS.COM; CQUINN@FRIEDLANDERGORRIS.COM | 302-573-3501 |
| GARDERE WYNNE SEWELL LLP | (COUNSEL TO ROMCO EQUIPMENT CO) | ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN | 1000 LOUISIANA, STE 3400 | HOUSTON | TX | 77002 | [illegible] | 713-276-6727 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT | CITY OF GARLAND) | ATTN: DUSTIN L BANKS ESQ | GARLAND | TX | 75042 | [illegible] | |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO COLLIN COUNTY) | ATTN: DAVID MCCALL ESQ | 777 E 15TH ST | PLANO | TX | 75074 | [illegible] | 972-424-5619 |
| GELLERT SCALI BUSENKELL & BROWN LLC | (COUNSEL TO AURELIUS & SUNRISE PARTNERS LTD PART.) | ATTN: MICHAEL G. BUSENKELL | 1201 N ORANGE ST STE 300 | WILMINGTON | DE | 19801 | [illegible] | 302-425-5814 |
| GELLERT SCALI BUSENKELL & BROWN, LLC | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) | ATTN: EVAN W RASSMAN | WILMINGTON | DE | 19801 | [illegible] | 302-425-5814 |
| GIBSON DUNN & CRUTCHER LLP | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE) | ATTN: JEFFREY KRAUSE, MICHAEL NEUMEISTER | LOS ANGELES | CA | 90071-3197 | [illegible] | 213-229-6995 |
| GILLESPIE SANFORD LLP | *** CONSENTED TO ELECTRONIC SERVICE *** | ATTN: HAL K GILLESPIE | (COUNSEL TO IBEW LOCAL 2337 - MEMBER CHRIS MORRIS) | DALLAS | TX | 75206 | HKG@GILLESPIESANFORD.COM | 214-838-0001 |
| GLAST PHILLIPS & MURRAY PC | (COUNSEL TO RED BALL OXYGEN COMPANY) | ATTN: JONATHAN L HOWELL PLLC | 14801 QUORUM DR STE 500 | DALLAS | TX | 75254 | [illegible] | 972-419-8329 |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL) | ATTN: WILLIAM WEINTRAUB | THE NEW YORK TIMES BUILDING | NEW YORK | NY | 10018 | [illegible] | |
| GORI JULIAN & ASSOCIATES PC | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO JOHN H JONES) | ATTN: BARRY JULIAN ESQ AND BETH GORI ESQ | EDWARDSVILLE | IL | 62025 | [illegible] | |
| GREER HERZ & ADAMS LLP | (COUNSEL TO SOMERVELL CAD) | ATTN: ANDREW J MYTELKA ESQ, MICHAEL ADAMS ESQ | J SCOTT ANDREWS ESQ, JAMES M ROQUEMORE ESQ | GALVESTON | TX | 77550 | [illegible] | 409-766-6424 |
| GREGORY D WILLARD ESQ | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO AUTOMATIC SYSTEMS INC) | 7339 WESTMORELAND DRIVE | SAINT LOUIS | MO | 63130-4241 | [illegible] | |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA LLC) | ATTN: TREVOR HOFFMANN ESQ | 30 ROCKEFELLER CTR 26TH FL | NEW YORK | NY | 10112 | [illegible] | 212-918-9558 |
| HAYNES AND BOONE LLP | (COUNSEL TO AIRGAS USA LLC) | ATTN: PATRICK L HUGHES | 1221 MCKINNEY ST STE 2100 | HOUSTON | TX | 77010 | [illegible] | 713-236-5401 |
| HAYNES AND BOONE LLP | (COUNSEL TO BNSF RAILWAY COMPANY) | ATTN: IAN T PECK ESQ | 2323 VICTORY AVE STE 700 | DALLAS | TX | 75219 | [illegible] | 817-348-2350 |
| HINCKLEY ALLEN | (COUNSEL TO INVENSYS SYSTEMS INC) | ATTN: JENNIFER V. DORAN | 28 STATE ST | BOSTON | MA | 02109 | [illegible] | 617-345-9020 |
| HOGAN MCDANIEL | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ | ASBESTOS CLAIMANTS; JOHN H JONES) | WILMINGTON | DE | 19806 | [illegible] | 302-656-7599 |
| HOGAN MCDANIEL | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDERS) | ATTN: GARVAN F MCDANIEL ESQ | 1311 DELAWARE AVE | WILMINGTON | DE | 19806 | [illegible] | 302-656-7599 |
| HOGAN MCDANIEL | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO DAVID HEINZMANN) | ATTN: DANIEL K HOGAN ESQ | WILMINGTON | DE | 19806 | [illegible] | |
| HOLLAND & KNIGHT LLP | (COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS) | ATTN: PHILIP EVANS ESQ | 800 17TH ST NW STE 1100 | WASHINGTON | DC | 20006 | [illegible] | 202-955-5564 |
| INTERNAL REVENUE SERVICE | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | | 855-235-6787 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY | | | OGDEN | UT | 84201 | | |
| JACKSON WALKER LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) | ATTN: J. SCOTT ROSE | WESTON CENTRE | SAN ANTONIO | TX | 78205 | [illegible] | 210-978-7790 |
| JACKSON WALKER LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) | ATTN: BRUCE J RUZINSKY ESQ & | MATTHEW D CAVENAUGH ESQ | HOUSTON | TX | 77010 | [illegible] | |
| JENNER & BLOCK | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING CO/ | EFIH) | NEW YORK | NY | 10022-3908 | [illegible] | |
| JENNER & BLOCK | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING CO/ | EFIH) | CHICAGO | IL | 60654 | [illegible] | |
| KASOWITZ BENSON TORRES LLP | (COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDERS) | ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN | 1633 BROADWAY | NEW YORK | NY | 10019 | [illegible] | 212-506-1800 |
| KELLEY DRYE & WARREN LLP | (COUNSEL TO CSC TRUST OF DE) | ATTN: JAMES CARR, BENJAMINN FEDER & BERT SAYDAH | 101 PARK AVENUE | NEW YORK | NY | 10178 | [illegible] | 212-808-7897 |
| KELLY HART & HALLMAN LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) | ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ | KATHERINE THOMAS ESQ | FORT WORTH | TX | 76102 | [illegible] | 817-878-9280 |
| KIRKLAND & ELLIS LLP | (COUNSEL TO EFHC DEBTORS) | ATTN: EDWARD SASSOWER PC, STEPHEN HESSLER ESQ | BRIAN E SCHARTZ ESQ | NEW YORK | NY | 10022 | [illegible]; brian.schartz@kirkland.com | 212-446-4900 |
| KIRKLAND & ELLIS LLP | (COUNSEL TO EFHC DEBTORS) | ATTN: JAMES H M SPRAYREGEN PC | CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ | CHICAGO | IL | 60654 | [illegible] | 312-862-2200 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | (COUNSEL TO UMB BANK N.A. INDENTURE TRUSTEE) | ATTN: RAYMOND H LEMISCH ESQ | 919 MARKET ST STE 1000 | WILMINGTON | DE | 19801 | [illegible] | 215-568-6603 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR) | ATTN: THOMAS MOERS MAYER, GREGORY A HOROWITZ | JOSHUA K BRODY; PHILIP BENTLEY | NEW YORK | NY | 10036 | [illegible] | 212-715-8000 |
| LACKEY HERSHMAN LLP | (COUNSEL TO THE RICHARDS GROUP INC) | ATTN: JAMIE R WELTON ESQ | 3102 OAK LAWN AVE STE 777 | DALLAS | TX | 75219 | [illegible] | 214-560-2203 |
| LANDIS RATH & COBB LLP | (COUNSEL TO MARATHON MGMT, ALCOA AND | NEXTERA ENERGY RESOURCES) | ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ | WILMINGTON | DE | 19801 | [illegible] | 302-467-4450 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO VP | 801 2ND AVE RM 403 | | NEW YORK | NY | 10017-4664 | [illegible] | |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | (COUNSEL TO TARGA GAS, KINDER MORGAN, NAT GAS | PIPELINE OF AMERICA; EL PASO NAT GAS) | ATTN: PATRICIA WILLIAMS PREWITT | NAVASOTA | TX | 77868 | [illegible] | 713-583-2833 |
| LAW OFFICES OF ROBERT E LUNA PC | (COUNSEL TO CARROLLTON-FARMERS BRANCH ISD) | ATTN: ROBERT E LUNA ESQ | 4447 N CENTRAL EXPY | DALLAS | TX | 75205-3017 | [illegible] | |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO TARRANT & DALLAS COUNTY) | ATTN: ELIZABETH WELLER ESQ | 2777 N STEMMONS FWY STE 1000 | DALLAS | TX | 75207 | [illegible] | 469-221-5003 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES) | ATTN: JOHN P DILLMAN ESQ | 4828 LOOP CENTRAL DR STE 600 | HOUSTON | TX | 77002 | [illegible] | 713-844-3503 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD, | ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY, | ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY) | AUSTIN | TX | 78746 | [illegible] | 512-443-5114 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | (COUNSEL TO ONCOR STEERING COMMITTEE) | ATTN: GEOFFREY GAY ESQ | 816 CONGRESS AVE STE 1900 | AUSTIN | TX | 78701 | [illegible] | 512-472-0532 |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION CO) | ATTN: C. DAVIN BOLDISSAR ESQ | 601 POYDRAS ST STE 2660 | NEW ORLEANS | LA | 70130 | [illegible] | |
| LOCKE LORD LLP | (COUNSEL TO AMECO, FLUOR & AMERICAN EQUIPMENT) | ATTN: PHILIP EISENBERG ESQ | 2800 JPMORGAN CHASE TOWER | HOUSTON | TX | 77002 | [illegible] | 713-223-3717 |
| MANION GAYNOR & MANNING LLP | (COUNSEL TO ONCOR STEERING COMMITTEE) | ATTN: MARC PHILLIPS ESQ | THE NEMOURS BUILDING | WILMINGTON | DE | 19801 | [illegible] | 302-657-2104 |
| MARGOLIS EDELSTEIN | (COUNSEL TO URS ENERGY & CONSTRUCTION INC) | ATTN: JAMES E HUGGETT & AMY D BROWN | 300 DELAWARE AVE STE 800 | WILMINGTON | DE | 19801 | [illegible] | 302-888-1119 |
| MASLON EDELMAN BORMAN & BRAND LLP | (COUNSEL TO US BANK NATIONAL ASSOCIATION) | ATTN: CLARK T WHITMORE, ANA CHILINGARISHVILI | 90 S 7TH ST STE 3300 | MINNEAPOLIS | MN | 55402-4140 | [illegible] | |
| MCCREARY VESELKA BRAGG & ALLEN PC | (COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS) | ATTN: LEE GORDON | 700 JEFFREY WAY STE 100 | ROUND ROCK | TX | 78665 | [illegible] | 512-323-3205 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | (COUNSEL TO TCEH DEBTORS) | ATTN: DAVID P PRIMACK ESQ | 300 DELAWARE AVE STE 770 | WILMINGTON | DE | 19801 | [illegible] | 302-654-4031 |
| MCKOOL SMITH | (COUNSEL TO ALCOA) | ATTN: PAUL D MOAK ESQ | 600 TRAVIS ST STE 7000 | HOUSTON | TX | 77002 | [illegible] | 713-485-7344 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING INC) | 9857 N 2210 RD | | ARAPAHO | OK | 73620-2123 | [illegible] | |
| MILBANK TWEED HADLEY & MCCLOY LLP | (COUNSEL TO CITIBANK NA, TCEH DIP AGENT) | ATTN: DENNIS F DUNNE ESQ, EVAN R FLECK ESQ | 28 LIBERTY ST | NEW YORK | NY | 10005-1413 | [illegible] | 212-530-5219 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT | ATTN STEVEN A GINTHER | PO BOX 475 | JEFFERSON CITY | MO | 65105-0475 | [illegible] | 573-751-7232 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) | ATTN NATALIE RAMSEY, DAVIS LEE WRIGHT, MARK FINK | SIDNEY LIEBESMAN | WILMINGTON | DE | 19801 | [illegible] | 302-504-7820 |
| MORGAN LEWIS & BOCKIUS LLP | (COUNSEL TO PIMCO) | ATTN JULIA FROST-DAVIES ESQ, C CARTER ESQ | ONE FEDERAL ST | BOSTON | MA | 02110-1726 | christopher carter@morganlewis com | 617-951-8736 |
| MORRIS JAMES LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) | ATTN STEPHEN M MILLER ESQ | PO BOX 2306 | WILMINGTON | DE | 19899-2306 | smiller@morrisjames com | 302-571-1750 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | (COUNSEL TO THE 'EFH EQUITY INTEREST HOLDERS') | ATTN ANDREW REMMING | 1201 N MARKET ST STE 1600 | WILMINGTON | DE | 19801 | aremming@mnat.com | 302-658-3989 |
| MORRISON & FOERSTER LLP | (COUNSEL TO TCEH CREDITORS COMMITTEE) | ATTN JAMES PECK ESQ, BRETT H MILLER ESQ | LORENZO MARINUZZI ESQ | NEW YORK | NY | 10019 | [illegible] | 212-468-7900 |
| MUNGER TOLLES & OLSON LLP | (COUNSEL TO TCEH DEBTORS) | ATTN THOMAS B WALPER ESQ, TODD J ROSEN ESQ | SETH GOLDMAN ESQ, JOHN W SPIEGEL ESQ | LOS ANGELES | CA | 90071 | [illegible] | 213-683-4022 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ | ERCOT) | ATTN KEVIN M LIPPMAN ESQ | DALLAS | TX | 75201-6659 | [illegible] | 214-978-4335 |
| NAMAN HOWELL SMITH & LEE PLLC | (COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC) | ATTN KERRY L HALIBURTON ESQ | PO BOX 1470 | WACO | TX | 76703-1470 | [illegible] | 254-754-6331 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC) | ATTN JODY A BEDENBAUGH AND GEORGE B CAUTHEN | 1320 MAIN ST 17TH FL | COLUMBIA | SC | 29201 | [illegible] | |
| NIXON PEABODY | (COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO) | ATTN RICHARD C PEDONE ESQ, AMANDA D DARWIN ESQ | 100 SUMMER ST | BOSTON | MA | 02110 | [illegible] | 617-345-1300 |
| O'KELLY & ERNST LLC | (COUNSEL TO FIDELITY) | ATTN MICHAEL J JOYCE ESQ | 901 N MARKET ST 10TH FL | WILMINGTON | DE | 19801 | mjoyce@oelegal.com | 302-295-2873 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC) | ATTN GEORGE A DAVIS | 7 TIMES SQUARE | NEW YORK | NY | 10036 | gdavis@omm.com | |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIEL | ATTN PETER FRIEDMAN ESQ AND ANDREW SORKIN ESQ | 1625 EYE ST, NW | WASHINGTON | DC | 20006 | [illegible] | |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIEL | ATTN DANIEL S SHAMAH ESQ | 7 TIMES SQUARE | NEW YORK | NY | 10036 | [illegible] | |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) | ATTN HAL MORRIS & ASHLEY BARTRAM, BANKRUPTCY | PO BOX 12548 | AUSTIN | TX | 78711-2548 | hal.morris@texasattorneygeneral gov; ashley bartram@texasattorneygeneral gov | |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON | ENVIRONMENTAL QUALITY & RAILROAD COMMISSION) | ATTN: HAL F MORRIS & ASHLEY BARTRAM, BANKRUPTCY | AUSTIN | TX | 78711-2548 | hal.morris@texasattorneygeneral gov; ashley bartram@texasattorneygeneral gov | |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN DAVID C WEISS | PO BOX 2046 | | WILMINGTON | DE | 19899-2046 | USADE.ECF@USDOJ.GOV | |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN RICHARD L SCHEPACARTER | J CALEB BOGGS FEDERAL BUILDING | 844 KING STREET, SUITE 2207 - LOCKBOX #35 | WILMINGTON | DE | 19801 | richard.schepacarter@usdoj gov | 302-573-6497 |
| OFFICE OF THE UNITED STATES TRUSTEE | U S FEDERAL OFFICE BUILDING | ATTN ANDREA SCHWARTZ | 201 VARICK ST STE 1006 | NEW YORK | NY | 10014 | | |
| ONCOR | *** CONSENTED TO ELECTRONIC SERVICE *** | C/O PAT VILLAREAL LAW | ATTN PATRICIA VILLAREAL | | | | Pat@PatVillarealLaw.com | |
| PACHULSKI STANG ZIEHL & JONES LLP | (COUNSEL TO INDENTURE TRUSTEE OF 11% & 11 75% SR | COMPUTERSHARE TRUST CO) | ATTN: LAURA DAVIS JONES, ROBERT FEINSTEIN | WILMINGTON | DE | 19899 | [illegible] | 302-652-4400 |
| PATTERSON BELKNAP WEBB & TYLER LLP | (COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY) | ATTN DANIEL A LOWENTHAL ESQ; CRAIG W DENT ESQ | BRIAN P GUINEY ESQ | NEW YORK | NY | 10036-6710 | [illegible] | 212-336-2222 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) | ATTN ALAN KORNBERG, KELLEY CORNISH, BRIAN HERMANN | JACOB ADLERSTEIN | NEW YORK | NY | 10019 | akornberg@paulweiss com, kcornish@paulweiss.com, bhermann@paulweiss.com, jadlerstein@paulweiss com | 212-757-3990 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL | ATTN DESIREE M AMADOR, ATTY | 1200 K STREET, NW | WASHINGTON | DC | 20005-4026 | [illegible] | |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN JON CHATALIAN | OFFICE OF THE CHIEF COUNSEL | 1200 K STREET, NW | WASHINGTON | DC | 20005-4026 | chatalian.jon@pbgc.gov; efile@pbgc.gov | |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO SOMERVELL COUNTY ET AL) | ATTN ELIZABETH BANDA CALVO ESQ | 500 E BORDER ST STE 640 | ARLINGTON | TX | 76010 | ebcalvo@pbfcm.com | 817-860-6509 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO GALENA PARK ISD) | ATTN OWEN M SONIK ESQ | 1235 N LOOP WEST STE 600 | HOUSTON | TX | 77008 | osonik@pbfcm.com | 713-862-1429 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM | HOSPITAL DISTRICT & NORTH CENTRAL TEXAS | COLLEGE DISTRICT) | WICHITA FALLS | TX | 76307 | hbky@pbfcm.com | 940-723-8553 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO ISD CAMERON, THORNDALE, BUCKHOLTS, | COPPERAS COVE, MCALLEN, HIDALGO COUNTY ET AL) | ATTN JOHN T BANKS ESQ | AUSTIN | TX | 78731 | jbanks@pbfcm.com | 512-302-1802 |
| PERKINS COIE LLP | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE | UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) | NEW YORK | NY | 10112-0015 | tmoss@perkinscoie.com | 212-977-1648 |
| PINCKNEY WEIDINGER URBAN & JOYCE LLC | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO AUTOMATIC SYSTEMS INC) | ATTN GREGORY T DONILON, ESQ | GREENVILLE | DE | 19807 | gdonilon@pwujlaw.com | 302-442-7046 |
| POLSINELLI PC | (COUNSEL TO TCEH CREDITORS COMMITTEE) | ATTN CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ | SHANTI KATONA ESQ | WILMINGTON | DE | 19801 | [illegible] | 302-252-0921 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY LLP | (COUNSEL TO TARRANT REGIONAL WATER DISTRICT & | NORTH TEXAS MUNICIPAL WATER DISTRICT) | ATTN MICHAEL L ATCHLEY; MATTHEW T TAPLETT | FORT WORTH | TX | 76102 | [illegible] | 817-877-4781 |
| POTTER ANDERSON & CORROON LLP | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO CITIBANK) | ATTN JEREMY W RYAN, R STEPHEN MCNEILL | WILMINGTON | DE | 19801 | [illegible] | 302-658-1192 |
| PROSKAUER ROSE LLP | (OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP) | ATTN JEFF J MARWIL, MARK K THOMAS, PETER J YOUNG | 70 W MADISON ST #3800 | CHICAGO | IL | 60602 | jmarwil@proskauer.com; ... pyoung@proskauer.com | 312-962-3551 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) | ATTN AMY R BAUDLER | 4300 MARKETPOINTE DRIVE, STE 240 | MINNEAPOLIS | MN | 55435 | amy@purduelaw.com | |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) | ATTN JOHN A HARRIS | RENAISSANCE ONE | PHOENIX | AZ | 85004-2391 | [illegible] | |
| REED SMITH LLP | (COUNSEL TO THE BANK OF NEW YORK MELLON AND THE | BANK OF NEW YORK MELLON TRUST COMPANY NA AS | INDENTURE TRUSTEES) | WILMINGTON | DE | 19801 | [illegible] | |
| REED SMITH LLP | (COUNSEL TO THE BONY MELLON SOLELY IN ITS CAPACITY | AS TTEE UNDER ENUMERATED TRUST INDENTURE TRUSTEES) | ATTN ROBERT P SIMONS ESQ | PITTSBURGH | PA | 15222 | [illegible] | 412-288-3063 |
| REED SMITH LLP | (COUNSEL TO BANK OF NEW MELLON, PCRB TRUSTEE) | ATTN SARAH K KAM ESQ | 599 LEXINGTON AVE 22ND FL | NEW YORK | NY | 10022 | [illegible] | 212-521-5450 |
| RICHARDS LAYTON & FINGER | (CO-COUNSEL TO EFIH DEBTORS) | ATTN MARK D COLLINS ESQ | DANIEL J DEFRANCESCHI ESQ | WILMINGTON | DE | 19801 | [illegible] | 302-651-7701 |
| RIDDELL WILLIAMS P S | (COUNSEL TO MICROSOFT) | ATTN JOSEPH E SHICKICH JR | 1001 - 4TH AVE STE 4500 | SEATTLE | WA | 98154 | [illegible] | 206-389-1708 |
| ROPES & GRAY LLP | ATTN MARK R SOMERSTEIN | 1211 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036-8704 | MARK.SOMERSTEIN@ROPESGRAY COM | 646-728-1663 |
| ROPES & GRAY LLP | (COUNSEL TO ELLIOTT) | ATTN KEITH WOFFORD, GREGG GALARDI, D ROSS MARTIN | 1211 AVENUE OF THE AMERICAS | NEW YORK | NY | 10036-8704 | KEITH.WOFFORD@ROPESGRAY.COM, GREGG.GALARDI@ROPESGRAY.COM, ROSS.MARTIN@ROPESGRAY.COM, JONATHAN.AGUDELO@ROPESGRAY.COM | 212-596-9090 |
| ROSS ARONSTAM & MORITZ LLP | (COUNSEL TO ANGELO GORDON APOLLO AND BROOKFIEL | ATTN BRADLEY ARONSTAM, BENJAMIN SCHLADWEILER ESQS | 100 S WEST ST STE 400 | WILMINGTON | DE | 19801 | [illegible] | 302-576-1100 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | (COUNSEL TO MOODY'S ANALYTICS) | ATTN CHRISTOPHER R BELMONTE ESQ AND | PAMELA A BOSSWICK ESQ | NEW YORK | NY | 10169 | [illegible] | 212-818-9606 |
| SAUL EWING LLP | (COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/ | ERCOT) | ATTN MARK MINUTI ESQ | WILMINGTON | DE | 19801 | [illegible] | 302-421-5873 |
| SAUL EWING LLP | (COUNSEL TO JOHNSON MATTHEY) | ATTN: LUCIAN B MURLEY ESQ | 1201 N MARKET ST 23RD FL | WILMINGTON | DE | 19801 | [illegible] | 302-421-5864 |
| SCHNADER HARRISON SEGAL & LEWIS LLP | (COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE) | ATTN: RICHARD A BARKASY ESQ | 824 N MARKET ST STE 800 | WILMINGTON | DE | 19801 | [illegible] | |
| SEARCY & SEARCY PC | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO D COURTNEY CONSTRUCTION INC) | ATTN JASON R SEARCY ESQ AND JOSHUA P SEARCY ESQ | LONGVIEW | TX | 75606 | [illegible] | 903-757-9559 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE | | | WASHINGTON | DC | 20549 | | |
| SEWARD & KISSEL LLP | (COUNSEL TO WILMINGTON TRUST NA, FIRST LIEN AGENT) | ATTN JOHN ASHMEAD, KALYAN DAS, ARLENE ALVES | ONE BATTERY PARK PLAZA | NEW YORK | NY | 10004 | [illegible] | 212-480-8421 |
| SHEARMAN & STERLING LLP | (COUNSEL TO CITIBANK) | ATTN FREDERIC SOSNICK ESQ, NED S SCHODEK ESQ | 599 LEXINGTON AVE | NEW YORK | NY | 10022 | [illegible] | 646-848-8571 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) | ATTN MARK S CHEHI ESQ | PO BOX 636 | WILMINGTON | DE | 19899-0636 | mark.chehi@skadden.com | 302-651-3001 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE) | ATTN JAY M GOFFMAN ESQ | 4 TIMES SQUARE | NEW YORK | NY | 10036 | jay.goffman@skadden.com | 212-735-2000 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | (COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC) | ATTN GEORGE N PANAGAKIS ESQ; CARL T TULLSON ESQ | 155 N WACKER DR STE 2700 | CHICAGO | IL | 60606-1720 | [illegible] | 312-407-0411 |
| SMITH KATZENSTEIN & JENKINS LLP | (COUNSEL TO AIRGAS USA LLC & VALERO TEXAS POWER) | ATTN KATHLEEN M MILLER ESQ | PO BOX 410 | WILMINGTON | DE | 19899 | [illegible] | 302-652-8405 |
| SNELL & WILMER LLP | (COUNSEL TO HEADWATERS RESOURCES INC) | ATTN DAVID E LETA ESQ | 15 W SOUTH TEMPLE STE 1200 | SALT LAKE CITY | UT | 84101-1547 | [illegible] | 801-257-1800 |
| SQUIRE SANDERS (US) LLP | (COUNSEL TO ARCELORMITTAL USA LLC) | ATTN STEPHEN D LERNER & ANDREW M SIMON | 221 E FOURTH ST STE 2900 | CINCINNATI | OH | 45202 | stephen.lerner@squiresanders.com; andrew.simon@squiresanders.com | 513-361-1201 |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) | ATTN NOEL STEFFES MELANCON ESQ | 13702 COURSEY BLVD BLDG 3 | BATON ROUGE | LA | 70817 | [illegible] | |
| STEVENS & LEE PC | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING | COMPANY LLC/EFIH) | WILMINGTON | DE | 19801 | [illegible] | 610-371-7972 |
| SULLIVAN & CROMWELL LLP | (COUNSEL TO EFH CREDITORS COMMITTEE) | ATTN ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN | 125 BROAD ST | NEW YORK | NY | 10004 | [illegible] | 212-558-3588 |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO HENRY PRATT COMPANY LLC) | ATTN ELIHU E ALLINSON, III | 901 N MARKET ST STE 1300 | WILMINGTON | DE | 19801 | [illegible] | 302-428-8195 |
| TAYLOR ENGLISH DUMA LLP | (COUNSEL TO HENRY PRATT COMPANY LLC) | ATTN STEPHEN C GREENBERG ESQ | 1600 PARKWOOD CIR STE 400 | ATLANTA | GA | 30339 | [illegible] | 770-434-7376 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION | ATTN JASON A STARKS, ASST ATTORNEY GENERAL | PO BOX 12548 | AUSTIN | TX | 78711-2548 | [illegible] | |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | ATTN RAFAEL MARTINEZ,VP - CSM | 601 TRAVIS ST 16TH FL | HOUSTON | TX | 77002 | RAFAEL.MARTINEZ@BNYMELLON.COM | |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | ATTN THOMAS VLAHAKIS,VP | 385 RIFLE CAMP RD 3RD FL | WOODLAND PARK | NJ | 07424 | THOMAS.VLAHAKIS@BNYMELLON.COM | 973-357-7840 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | ATTN DENNIS ROEMLEIN | 601 TRAVIS ST, 16TH FL | HOUSTON | TX | 77002 | [illegible] | 713-483-6979 |
| THE ROSNER LAW GROUP LLC | (COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP) | ATTN FREDERICK B ROSNER ESQ | 824 MARKET ST STE 810 | WILMINGTON | DE | 19801 | [illegible] | |
| THE RUCKDESCHEL LAW FIRM LLC | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO DAVID HEINZMANN) | ATTN JONATHAN RUCKDESCHEL ESQ | ELLICOTT CITY | MD | 21043 | [illegible] | 443-583-0430 |
| THE UNIVERSITY OF TEXAS SYSTEM | ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON | OFFICE OF GENERAL COUNSEL | ATTN TRACI L COTTON ESQ | AUSTIN | TX | 78701 | [illegible] | 512-499-4519 |
| THOMPSON COBURN LLP | (COUNSEL TO MARTIN ENGINEERING COMPANY) | ATTN DAVID D FARRELL | ONE US BANK PLAZA, STE 3200 | SAINT LOUIS | MO | 63101 | [illegible] | 314-552-7000 |
| TRAVIS COUNTY | ATTN KAY D BROCK, ASSISTANT COUNTY ATTORNEY | PO BOX 1748 | | AUSTIN | TX | 78767 | [illegible] | 512-854-4808 |
| TROUTMAN SANDERS LLP | (COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSB, | IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE/WSFS | ATTN: HUGH MCDONALD, LOUIS CURCIO, BRETT GOODMAN | NEW YORK | NY | 10022 | [illegible] | 212-704-6288 |
| TUCKER ARENSBERG, PC | (COUNSEL TO THERMO FISHER) | ATTN JORDAN S BLASK, LARA E SHIPKOVITZ | 1500 ONE PPG PLACE | PITTSBURGH | PA | 15222 | [illegible] | 412-594-5619 |
| TW TELECOM INC (LEVEL 3 COMMUNICATIONS) | ATTN LEGAL BANKRUPTCY | 1025 ELDORADO BLVD | | BROOMFIELD | CO | 80021 | [illegible] | |
| UMB BANK N A | ATTN LAURA ROBERSON, VP | 2 S BROADWAY STE 600 | | ST LOUIS | MO | 63102 | LAURA.ROBERSON@UMB.COM | 314-612-8499 |
| UNION PACIFIC RAILROAD COMPANY | ATTN MARY ANN KILGORE & JENNIE L ANDERSON | 1400 DOUGLAS ST STOP 1580 | | OMAHA | NE | 68179 | [illegible] | |
| UNITED STATES DEPARTMENT OF JUSTICE | (ON BEHALF OF UNITED STATES OF AMERICA, DEPT OF | AGRICULTURE, RURAL UTILITIES SERVICE) | ATTN: MATTHEW J TROY CIVIL DIVISION | WASHINGTON | DC | 20530-0001 | [illegible] | 202-307-0494 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) | ATTN ARI D KUNOFSKY ESQ & WARD W BENSON ESQ | PO BOX 227 | WASHINGTON | DC | 20044 | [illegible] | |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) | FEDERAL COMMUNICATIONS COMMISSION | ATTN: MATTHEW J TROY, CIVIL DIVISION | WASHINGTON | DC | 20044-0875 | [illegible] | 202-307-0494 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) | ENVIRONMENTAL ENFORCEMENT SECTION, ENRD | ATTN: BRANDON ROBERS, TRIAL ATTYS | WASHINGTON | DC | 20044-7611 | [illegible] | |
| UNITED STATES DEPARTMENT OF JUSTICE | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO THE U S ON BEHALF OF THE | UNITED STATES ENVIRONMENTAL PROTECTION AGENCY) | WASHINGTON | DC | 20044-7611 | [illegible] | |
| VARNUM LLP | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO APPLABS) | ATTN: MARY KAY SHAVER ESQ | GRAND RAPIDS | MI | 49501-0352 | [illegible] | 616-336-7000 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC | ATTN JEFFREY S SABIN ESQ | 1270 AVENUE OF THE AMERICAS 24TH FL | NEW YORK | NY | 10020 | [illegible] | 212-307-5598 |
| VENABLE LLP | (COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC | ATTN JAMIE L EDMONSON | 1201 NORTH MARKET STREET | WILMINGTON | DE | 19801 | [illegible] | 302-298-3550 |
| WACHTELL LIPTON ROSEN & KATZ | (COUNSEL TO THE 'EFH EQUITY INTEREST HOLDERS') | ATTN RICHARD MASON; EMIL KLEINHAUS | 51 W 52ND ST | NEW YORK | NY | 10019 | [illegible] | 212-530-5219 |
| WEINSTEIN RADCLIFF LLP | (COUNSEL TO MARIO SINACOLA & SONS EXCAVATING INC) | ATTN GREGORY M WEINSTEIN ESQ | 8350 N CENTRAL EXPY STE 1500 | DALLAS | TX | 75206 | [illegible] | 214-865-6140 |
| WERB & SULLIVAN | (COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY) | ATTN DUANE D WERB ESQ | PO BOX 25046 | WILMINGTON | DE | 19899 | [illegible] | |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED | NOTEHOLDERS, AND LAW DEBENTURE) | ATTN: J CHRISTOPHER SHORE, GREGORY STARNER | NEW YORK | NY | 10036 | [illegible] | 212-354-8113 |
| WHITE & CASE LLP | (COUNSEL TO AD HOC GROUP OF TCEH UNSECURED | NOTEHOLDERS, AND LAW DEBENTURE) | ATTN THOMAS LAURIA & MATTHEW BROWN ESQ | MIAMI | FL | 33131 | [illegible] | 305-358-5744 |
| WHITE & CASE LLP | (COUNSEL TO SEMPRA) | ATTN J CHRISTOPHER SHORE | 1221 AVENUE OF THE AMERICAS | NEW YORK | NY | 10020 | [illegible] | 212-354-8113 |
| WHITEFORD TAYLOR & PRESTON LLC | *** CONSENTED TO ELECTRONIC SERVICE *** | (COUNSEL TO SIMEIO AND BORAL) | ATTN L KATHERINE GOOD ESQ | WILMINGTON | DE | 19801 | [illegible] | 302-661-7950 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) | ATTN PHILIP ANKER ESQ & GEORGE SHUSTER ESQ | 7 WORLD TRADE CENTER, 205 GREENWICH ST | NEW YORK | NY | 10007 | [illegible] | 212-230-8888 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO MARATHON ASSET MGMT) | ATTN BENJAMIN LOVELAND ESQ | 60 STATE ST | BOSTON | MA | 02109 | [illegible] | 617-526-5000 |
| WILMER CUTLER PICKERING HALE & DORR LLP | (COUNSEL TO CSC TRUST COMPANY OF DELAWARE) | ATTN P ANKER, C PLATT & G SHUSTER | 250 GREENWICH ST 45TH FL | NEW YORK | NY | 10007 | [illegible] | 212-230-8888 |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN PATRICK J HEALY | 500 DELAWARE AVENUE | | WILMINGTON | DE | 19801 | PHEALY@CHRISTIANATRUST.COM | |
| WILMINGTON TRUST FSB | ATTN JEFFREY T ROSE | 50 S SIXTH ST STE 1290 | | MINNEAPOLIS | MN | 55402 | JRose@WilmingtonTrust.com | 612-217-5651 |
| WINSTON & STRAWN LLP | (COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N V) | ATTN DAVID NEIER, ESQ | 200 PARK AVE | NEW YORK | NY | 10166 | dneier@winston.com | 212-294-4700 |
| WOMAC LAW | (COUNSEL TO 2603 AUGUST INVESTORS LP) | ATTN BRIAN D WOMAC ESQ | 8301 KATY FWY | HOUSTON | TX | 77024 | brian@womaclaw.com | |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO CENTERPOINT) | ATTN MARK L DESGROSSEILLIERS | 222 DELAWARE AVE STE 1501 | WILMINGTON | DE | 19801 | mdesgrosseilliers@wcsr.com | |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) | ATTN MARK L DESGROSSEILLIERS ESQ | 222 DELAWARE AVE STE 1501 | WILMINGTON | DE | 19801 | mdesgrosseilliers@wcsr.com | |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) | ATTN KEVIN J MANGAN ESQS | 222 DELAWARE AVE STE 1501 | WILMINGTON | DE | 19801 | kmangan@wcsr.com | |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO ALLTITE) | ATTN KEVIN J MANGAN ESQ | 222 DELAWARE AVE STE 1501 | WILMINGTON | DE | 19801 | kmangan@wcsr.com | |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | (COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN) | ATTN PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; | ANDREW MAGAZINER | WILMINGTON | DE | 19801 | pmorgan@ycst.com; jwaite@ycst.com; rbartley@ycst.com; amagaziner@ycst.com | 302-571-1253 |