ENERGY FUTURE HOLDINGS CORP., et al.

Retained Causes of Action

Claims Related to Insurance Policies

| Name of Counterparty | Nature |
|---|---|
| ACE (CHUBB)<br>ATTN: BRENT TAN<br>3630 PEACHTREE ROAD NE, SUITE 1500<br>ATLANTA, GA 30326 | Claims Related to Insurance Policies |
| AIG<br>ATTN: MARC MIESKE<br>2929 ALLEN PARKWAY, SUITE 1300<br>HOUSTON, TX 77019 | Claims Related to Insurance Policies |
| ARGO RE (BERMUDA)<br>ATTN: SAADIA SAVORY<br>ARGO HOUSE 110 PITTS BAY ROAD<br>PEMBROKE,  HM08<br>BERMUDA | Claims Related to Insurance Policies |
| ASSOCIATED ELECTRIC AND GAS INSURANCE SERVICES - D&O<br>ATTN: STEVE WAGNER<br>1 MEADOWLANDS PLAZA<br>EAST RUTHERFORD, NJ 07073 | Claims Related to Insurance Policies |
| ASSOCIATED ELECTRIC AND GAS INSURANCE SERVICES - EXCESS LIAB<br>ATTN: RONALD S. BERTRAND<br>1 MEADOWLANDS PLAZA<br>EAST RUTHERFORD, NJ 07073 | Claims Related to Insurance Policies |
| ASSOCIATED ELECTRIC AND GAS INSURANCE SERVICES (AEGIS) - PROFESS LIAB<br>ATTN: MARY MOLINO<br>1 MEADOWLANDS PLAZA<br>EAST RUTHERFORD, NJ 07073 | Claims Related to Insurance Policies |
| AXIS<br>ATTN: ANGELA OSBORNE<br>ONE RIVERWAY, SUITE 1700<br>HOUSTON, TX 77056 | Claims Related to Insurance Policies |
| BEAZLEY PRO<br>ATTN: REGINA PASQUINE<br>757 THIRD  AVE., 10TH FLOOR<br>NEW YORK, NY 10017 | Claims Related to Insurance Policies |
| CHUBB ATLANTIC INDEMNITY LTD. (BERMUDA)<br>ATTN: CHRISTOPHER PARKER<br>CHUBB BUILDING, 17 WOODBOURNE AVE<br>P O BOX HM 1015<br>HAMILTON,  HM 08<br>BERMUDA | Claims Related to Insurance Policies |

ENERGY FUTURE HOLDINGS CORP., et al.

Retained Causes of Action

Claims Related to Insurance Policies

| Name of Counterparty | Nature |
|---|---|
| CHUBB/FEDERAL - CRIME<br>ATTN: PAUL LAWERENCE<br>525 W MONROE, SUITE 700<br>CHICAGO, IL 60661<br>BERMUDA | Claims Related to Insurance Policies |
| CHUBB/FEDERAL - EMPLOYED LAWYER<br>ATTN: CAROLINE SULIVAN<br>8000 MARYLAND AVE ,STE 1500<br>CLAYTON, MO 63105<br>BERMUDA | Claims Related to Insurance Policies |
| ENDURANCE<br>ATTN: RAYMOND O'BYRNE<br>750 3RD AVENUE<br>NEW YORK, NY 10017 | Claims Related to Insurance Policies |
| ENERGY INSURANCE MUTUAL (EIM) - D&O<br>ATTN: VITALY PISETSKY<br>3000 BAYPORT DRIVE, SUITE 550<br>TAMPA, FL 33607 | Claims Related to Insurance Policies |
| ENERGY INSURANCE MUTUAL (EIM) - EXCESS LIAB<br>ATTN: SANDRA IMBRIANI<br>3000 BAYPORT DRIVE, SUITE 550<br>TAMPA, FL 33607 | Claims Related to Insurance Policies |
| EUROPEAN MUTUAL ASSOCIATION FOR NUCLEAR INSURANCE (EMANI)<br>ATTN: PHILIPPE VANDEKERCKHOVE<br>AVENUE JULES BORDET 166<br>BRUSSELS,  B-1140<br>BELGIUM | Claims Related to Insurance Policies |
| FEDERAL<br>ATTN: BRONSON SMITH<br>233 S. WACKER DRIVE, SUITE 4700<br>CHICAGO, IL 60606 | Claims Related to Insurance Policies |
| FM GLOBAL<br>ATTN: JIM LINDLEY<br>5700 GRANITE PKWY<br>PLANO, TX 75024 | Claims Related to Insurance Policies |
| HCC- TOKIO MARINE<br>ATTN: TOM PETTIT<br>8 FOREST PARK DRIVE<br>FARMINGTON, CT 06032 | Claims Related to Insurance Policies |

ENERGY FUTURE HOLDINGS CORP., et al.

Retained Causes of Action

Claims Related to Insurance Policies

| Name of Counterparty | Nature |
|---|---|
| HISCOX USA<br>ATTN: KEVIN HENRY<br>520 MADISON AVE<br>NEW YORK , NY 10022 | Claims Related to Insurance Policies |
| LIBERTY MUTUAL<br>ATTN: TODD TSCHANTZ<br>8350 N. CENTRAL EXPWY, SUITE 850<br>DALLAS, TX 75206 | Claims Related to Insurance Policies |
| MONITOR<br>ATTN: CHRIS ZANCHELLI<br>2850 WEST GOLF ROAD, SUITE 800<br>ROLLING MEADOWS, IL 60008 | Claims Related to Insurance Policies |
| NAVIGATORS U.K.<br>ATTN: ALLISON HOLLERN<br>THE ST BOTOLPH BUILDING<br>138 HOUNDSDITCH<br>LONDON,  EC3A 7AG<br>UNITED KINGDOM | Claims Related to Insurance Policies |
| NUCLEAR ENERGY LIABILITY INSURANCE ASSOCIATION (NELIA) DBA AMERICAN NUCLEAR INSURERS<br>ATTN: MELODY PALMER<br>95 GLASTONBURY BLVD. SUITE 300<br>GLASTONBURY, CT 06033 | Claims Related to Insurance Policies |
| NUCLEAR INSURANCE INSURANCE LIMITED (NEIL)<br>ATTN: BRUCE SASSI<br>1201 MARKET STREET, SUITE 1100<br>WILMINGTON, DE 19801 | Claims Related to Insurance Policies |
| OIL CASUALTY INSURANCE, LTD. (OCIL)<br>ATTN: MARGARET JONES<br>P.O. BOX HM 1751<br>HAMILTON,  HM GX<br>BERMUDA | Claims Related to Insurance Policies |
| RLI<br>ATTN: KERRICK PORTER<br>909 LAKE CAROLYN PARKWAY, SUITE 800<br>DALLAS, TX 75039 | Claims Related to Insurance Policies |
| RSUI (CRC)<br>ATTN: MIKE ROBISON<br>945 EAST PACES FERRY ROAD, SUITE 1800<br>ATLANTA, GA 30326-1125 | Claims Related to Insurance Policies |

ENERGY FUTURE HOLDINGS CORP., et al.

Retained Causes of Action

Claims Related to Insurance Policies

| Name of Counterparty | Nature |
|---|---|
| SAFECO<br>ATTN: TODD TSCHANTZ<br>8350 N. CENTRAL EXPWY, SUITE 850<br>DALLAS, TX 75206 | Claims Related to Insurance Policies |
| STARR AVIATION<br>ATTN: JIM ANDERSON<br>3353 PEACHTREE ROAD, N.E. SUITE 1000<br>ATLANTA, GA 30326 | Claims Related to Insurance Policies |
| STARR GROUP OF COMPANIES<br>ATTN: BILL LAZARIDIS<br>399 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10022 | Claims Related to Insurance Policies |
| STARR INDEMNITY & LIABIILTY - AUTO<br>ATTN: CHRISTOPHER PARKER<br>399 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10022 | Claims Related to Insurance Policies |
| STARR INDEMNITY & LIABIILTY - WC<br>ATTN: CHRISTOPHER PARKER<br>399 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10022 | Claims Related to Insurance Policies |
| STARR SURPLUS LINES INS CO. -GL<br>ATTN: CHRISTOPHER PARKER<br>399 PARK AVENUE, 8TH FLOOR<br>NEW YORK, NY 10022 | Claims Related to Insurance Policies |
| TORUS<br>ATTN: OLIVER ADE<br>190 SOUTH LASALLE STREET, SUITE 2025<br>CHICAGO, IL 60603 | Claims Related to Insurance Policies |
| XL INSURANCE (BERMUDA) LTD.<br>ATTN: SALVATORE CANTARELLA<br>O'HARA HOUSE ONE BERMUDIANA ROAD<br>P.O. BOX HM 2245<br>HAMILTON,  HM JX<br>BERMUDA | Claims Related to Insurance Policies |
| XL INSURANCE CATLIN<br>ATTN: ROBERT DUNN<br>100 CONSTITUTION PLAZA, 17TH FLOOR<br>HARTFORD , CT 06103 | Claims Related to Insurance Policies |