## Exhibit B

**Amended Tax Contingency Disclosure**

## Amended Tax Contingency Disclosure

As described throughout the Disclosure Statement,[1] the tax consequences of the consummation of the Plan to Holders of Allowed Claims will depend on certain factors, including, but not limited to, the Supplemental Rulings (as defined in the Merger Agreement) issued by the IRS.

With respect to distributions to be made under the Plan (subject to the terms set forth in the Plan): (a) Holders of Allowed Impaired Claims in the following Classes will receive a Cash distribution from the EFH Unsecured Creditor Recovery Pool: (i) Class A4 – EFH Legacy Note Claims; (ii) Class A5 – EFH Unexchanged Note Claims; (iii) Class A6 – EFH LBO Note Primary Claims; (iv) Class A7 – EFH Swap Claims; (v) Class A8 – EFH Non-Qualified Benefit Claims; (vi) Class A9 – General Unsecured Claims Against EFH Corp.; (vii) Class A10 – General Unsecured Claims Against the EFH Debtors Other Than EFH Corp.; and (viii) Class A11 – TCEH Settlement Claim, in each case, in full satisfaction and discharge of their Claims; and (b) Holders of Allowed Impaired Claims in the following Classes will receive a Cash distribution through the EFIH Unsecured Creditor Recovery Pool: (i) Class B5 – EFH LBO Note Guaranty Claims; and (ii) Class B6 – General Unsecured Claims Against the EFIH Debtors (collectively, the "Anticipated Plan Recovery").[2]

Pursuant to Section 1.8 of the Merger Agreement, in the event the IRS had indicated that it would not provide one or more of the required Supplemental Rulings unless certain Holders of Allowed Claims received an alternative recovery other than the Anticipated Plan Recovery, certain Holders of Allowed Claims may have received, in lieu of all or a part of the Anticipated Plan Recovery, indirect equity interests in the Reorganized EFH/EFIH Debtors, or such other alternative recovery as may have been required by the IRS, in full satisfaction and discharge of their Claims (the "Alternative Recovery").

EFH filed with the IRS the request for the Supplemental Rulings on August 31, 2017, and the IRS ruled on November 3, 2017 that it will not require the Alternative Recovery to issue the Supplemental Rulings. Consequently, Holders of Claims entitled to distributions from the EFH Unsecured Creditor Recovery Pool or the EFIH Unsecured Creditor Recovery Pool will receive no such Alternative Recovery, and will receive the Anticipated Plan Recovery.

---

[1]  Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [Dkt. No. 11887] (the "Plan").

[2]  As set forth in the Plan, Holders of Allowed EFH Non-Qualified Benefit Claims shall receive, in any event, Cash on account of their Claims (including any TCEH Settlement Claim Turnover Distributions distributed to such Holders of EFH Non-Qualified Benefit Claims).