**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON
FEBRUARY 26, 2018 AND FEBRUARY 27, 2018 STARTING AT 10:00 A.M. (EST)[2]**

**I.    "SEMPRA E-SIDE" PLAN CONFIRMATION:**

1.    First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 12653; filed February 15, 2018]

E-Side Confirmation Objection Deadline:    December 19, 2017 at 4:00 p.m. (EST)

E-Side Confirmation Responses/Objections Received:

A.    Objection to Joint Plan of Reorganization of Energy Future Holdings, Corp., Energy Future Intermediate Holding Company, LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code filed by Robert J. Miller [D.I. 11587; filed July 24, 2017]

B.    Reservation of Rights of EFH Indenture Trustee with Respect to Approval of Disclosure Statement for the First Amended Joint Plan of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The February 26, 2018 and February 27, 2018 hearings will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EST) each days. Any person who wishes to appear at the February 26, 2018 and/or February 27, 2018 hearings must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EST) on Friday, February 23, 2018** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 11840; filed August 31, 2017]

C.  Objection of Certain EFIH 9.75% Due 10/15/19 1st Lien Bondholders CUSIP 292681AA1 (the "Unexchanged Bonds) [sic] to Confirmation of the Plan and Merger Agreement and Disclosure Statement filed by Robert J. Miller [D.I. 11872; filed September 7, 2017]

D.  Objection to Confirmation of Plan filed by Alvester Coleman [D.I. 12070; filed October 16, 2017]

E.  Reservation of Rights of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, with Respect to Confirmation of First Amended Joint Plan of Reorganization (D.I. 11887) [D.I. 12125; filed October 27, 2017]

F.  The United States Trustee's Preliminary Limited Objection, Response and Reservation of Rights with Respect to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code (D.I. 11870, 11887) [D.I. 12128; filed October 30, 2017]

G.  Preliminary Limited Objection of NextEra Energy, Inc. to First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 12139; filed October 30, 2017]

H.  Objection of Shirley Fenicle, William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, and Robert Albini to Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code, filed September 11, 2017 [D.I. 12142; filed October 30, 2017]

I.  Reservation of Rights of UMB Bank, N.A. to Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 12145; filed October 30, 2017]

J.  Limited Objection and Reservation of Rights of EFH Indenture Trustee with Respect to Approval of First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding

Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 12146; filed October 30, 2017]

K.    Reservation of Rights of the EFIH Second Lien Trustee to Confirmation of First Amended Joint Plan of Reorganization [D.I. 12149; filed October 30, 2017]

L.    The United States Trustee's Final Limited Objection, Response and Reservation of Rights with Respect to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code (D.I. 11887, 12128) [D.I. 12344; filed December 14, 2017]

M.    Renewed Reservation of Rights of Delaware Trust Company, as Trustee for the EFIH First Lien Notes, with Respect to Confirmation of First Amended Joint Plan of Reorganization (D.I. 11887) [D.I. 12351; filed December 14, 2017]

N.    Objection of NextEra Energy, Inc. to First Amended Joint Plan of Reorganization of Energy Future Holding Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 12369; filed December 19, 2017]

O.    Reservation of Rights of EFH Indenture Trustee with Respect to Confirmation of First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 12371; filed December 19, 2017]

P.    Renewed Reservation of Rights of the EFIH Second Lien Trustee to Confirmation of First Amended Joint Plan of Reorganization [D.I. 12374; filed December 19, 2017]

Q.    Objection of Shirley Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, and Denis Bergschneider to Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings, Corp., Energy Future Intermediate Holding Company, LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code, filed September 11, 2017 [SEALED] [D.I. 12377; filed December 19, 2017]

R.    Objection of Shirley Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, and Denis Bergschneider to Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings, Corp., Energy Future

Intermediate Holding Company, LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code, filed September 11, 2017 [REDACTED] [D.I. 12378; filed December 19, 2017]

S.    "Final" Reservation of Rights of UMB Bank, N.A. to Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.* Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 12393; filed December 22, 2017]

T.    Notice of Filing of Unsealed Objection of Shirley Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, and Denis Bergschneider to Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings, Corp., Energy Future Intermediate Holding Company, LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code, filed September 11, 2017 [D.I. 12500; filed January 22, 2018]

U.    Informal Letter Objection to First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code from Linda J. Hart

V.    Informal Letter Objection to First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code from Linda J. Hart, Michael & Mark Brittain, Mel Rose Properties Ltd.

Related Documents:

i.    Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 11628; filed July 28, 2017]

ii.    First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 11803; filed August 23, 2017]

iii.    First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 11804; filed August 23, 2017]

4

iv.    Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 11805; filed August 23, 2017]

v.    Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 11806; filed August 23, 2017]

vi.    Notice of (I) "Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement" [D.I. 11801] and (II) "Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code" [D.I. 11805] and Hearing Thereon [D.I. 11814; filed August 24, 2017]

vii.    Amended and Superseding Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 11835; filed August 29, 2017]

viii.    First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 11854; filed September 5, 2017]

ix.    First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 11855; filed September 5, 2017]

x.    Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 11856; filed September 5, 2017]

xi.    Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 11857; filed September 5, 2017]

xii.    Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and other Related Documents [D.I. 11870; filed September 6, 2017]

xiii.    First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code (Solicitation Version) [D.I. 11887; filed September 11, 2017]

xiv.    First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [Solicitation Version] [D.I. 11888; filed September 11, 2017]

xv.    Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [Solicitation Version] [D.I. 11889; filed September 11, 2017]

xvi.    Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [Solicitation Version] [D.I. 11890; filed September 11, 2017]

xvii.    Affidavit of Publication of Georgia Lawson of Notice of Hearing to Consider Confirmation of the Chapter 11 Plan and Related Voting and Objection Deadlines in the Corpus Christi Caller-Times [D.I. 12094; filed October 20, 2017]

xviii.    Affidavit of Publication of Dan Navarro of Notice of Hearing to Consider Confirmation of the Chapter 11 Plan and Related Voting and Objection Deadlines in the Dallas Morning News [D.I. 12095; filed October 20, 2017]

xix.    Affidavit of Publication of Jay H. Heyman of Notice of Hearing to Consider Confirmation of the Chapter 11 Plan and Related Voting and Objection Deadlines in Fort Worth Star-Telegram [D.I. 12096; filed October 20, 2017]

xx.    Affidavit of Publication of Victoria Bond of Notice of Hearing to Consider Confirmation of the Chapter 11 Plan and Related Voting and Objection Deadlines in the Houston Chronicle [D.I. 12097; filed October 20, 2017]

xxi.    Affidavit of Publication of Toussaint Hutchinson of Notice of Hearing to
        Consider Confirmation of the Chapter 11 Plan and Related Voting and
        Objection Deadlines in USA Today [D.I. 12098; filed October 20, 2017]

xxii.   Affidavit of Publication of Jay H. Heyman of Notice of Hearing to
        Consider Confirmation of the Chapter 11 Plan and Related Voting and
        Objection Deadlines in the WACO Tribune [D.I. 12099; filed October 20,
        2017]

xxiii.  Affidavit of Publication of John Wier of Notice of Hearing to Consider
        Confirmation of the Chapter 11 Plan and Related Voting and Objection
        Deadlines in the Wall Street Journal [D.I. 12100; filed October 20, 2017]

xxiv.   Supplement for the First Amended Joint Plan of Reorganization of Energy
        Future Holdings Corp., Energy Future Intermediate Holding Company
        LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the
        Bankruptcy Code [D.I. 12104; filed October 20, 2017]

xxv.    Notice of Filing of Plan Supplement for the First Amended Joint Plan of
        Reorganization of Energy Future Holdings Corp., Energy Future
        Intermediate Holding Company LLC, and the EFH/EFIH Debtors
        Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 12105; filed October
        20, 2017]

xxvi.   Declaration of Jane Sullivan on Behalf of Epiq Bankruptcy Solutions,
        LLC, Regarding Voting and Tabulation of Ballots Cast on First Amended
        Joint Plan of Reorganization of Energy Future Holdings Corp., Energy
        Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors
        Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 12164; filed
        November 11, 2017]

xxvii.  Supplement to Amended and Superseding Order Scheduling Certain
        Hearing Dates and Deadlines and Establishing Certain Protocols in
        Connection with Confirmation of the First Amended Joint Plan of
        Reorganization of Energy Future Holdings Corp., Energy Future
        Intermediate Holding Company LLC, and the EFH/EFIH Debtors
        Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 12279; filed
        November 28, 2017]

xxviii. Declaration of Howard Seife in Support of NextEra's Objection to
        Confirmation of the Plan [D.I. 12370; filed December 19, 2017]

xxix.   Notice of Hearing to Consider Confirmation of the Chapter 11 Plan as it
        Applies to the EFH/EFIH Debtors and Related Matters [D.I. 12512; filed
        January 25, 2018]

xxx.    Second Supplement to Amended and Superseding Order Scheduling
        Certain Hearing Dates and Deadlines and Establishing Certain Protocols in

7

Connection with Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 12519; filed January 25, 2018]

xxxi. Notice of Filing of joint Stipulated Final Pre-Trial Order [D.I. 12649; filed February 15, 2018]

xxxii. Notice of Extension of Deadline by Which NextEra Energy, Inc. Must File any Motion *in Limine* [D.I. 12650; filed February 15, 2018]

xxxiii. First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code (Blackline) [D.I. 12654; filed February 15, 2018]

xxxiv. Notice of Filing of Proposed Confirmation Order [D.I. 12655; filed February 15, 2018]

xxxv. Certification of Counsel Regarding Stipulation and Proposed Order Regarding Record Designations for Confirmation Hearing [D.I. 12663; filed February 16, 2018]

xxxvi. NextEra's Motion *in Limine* to Preclude the Testimony of Michael Kramer [D.I. 12664; filed February 16, 2018]

xxxvii. Elliott Funds' Reply to Objection of NextEra Energy, Inc. to First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 12665; filed February 17, 2018]

xxxviii. Debtors' Memorandum of Law in Support of Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 12666; filed February 17, 2018]

xxxix. Sempra Energy's (I) Statement in Support of Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings, Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code and (II) Joinder in the EFH/EFIH Debtor's Confirmation Brief [D.I. 12667; filed February 17, 2018]

xl. Declaration of Jonathan F. Ganter, Esq. in Support of the Debtors' Memorandum of Law in Support of Confirmation of the First Amended

8

Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 12668; filed February 17, 2018]

xli.    The Debtors' Opposition to NextEra's Motion *in Limine* to Preclude the Testimony of Michael Kramer [D.I. 12674; filed February 20, 2018]

xlii.   The Elliott Funds' Opposition to NextEra's Motion *in Limine* to Preclude the Testimony of Michael Kramer [D.I. 12676; filed February 20, 2018]

xliii.  Notice of Filing of the First Amended Supplement to the First Amended Joint Chapter 11 Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [D.I. 12685; filed February 22, 2018]

Status: Plan confirmation will go forward on a contested basis.


*[Remainder of page intentionally left blank.]*

9

Dated: February 22, 2018
    Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:       (302) 651-7701
Email:             collins@rlf.com
                        defranceschi@rlf.com
                        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:       (212) 446-4900
Email:             edward.sassower@kirkland.com
                        stephen.hessler@kirkland.com
                        brian.schartz@kirkland.com
                        aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:       (312) 862-2200
Email:             james.sprayregen@kirkland.com
                        marc.kieselstein@kirkland.com
                        chad.husnick@kirkland.com
                        steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*