# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

--------------------------------------------------------- X
|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
| Energy Future Holdings, Inc., *et al.*, | : | Case No. 14-10979 (CSS) |
|  | : |  |
| Debtors. | : | (Jointly Administered) |
|  | : |  |

--------------------------------------------------------- X

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on February 22, 2018, counsel to *NextEra Energy, Inc.* caused a true and accurate copy of the *NextEra's Final Exhibit List for Confirmation Hearing* to be served via electronic mail upon the Participating Parties service list at EFH_DS_Discovery_Service_List@kirkland.com.

Dated: Wilmington, Delaware
February 22, 2018

**LANDIS RATH & COBB LLP**

_/s/ _____
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email:  landis@lrclaw.com
         mcguire@lrclaw.com

– and –

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
Eric Daucher (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 408-5100
Facsimile:  (212) 541-5369
Email:      howard.seife@nortonrosefulbright.com
            andrew.rosenblatt@nortonrosefulbright.com
            eric.daucher@nortonrosefulbright.com

Robin Ball (admitted *pro hac vice*)
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile:  (213) 892-9494
Email:      robin.ball@nortonrosefulbright.com

– and –

**WINSTON & STRAWN LLP**
Dan K. Webb (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, Illinois 60601-9703
Telephone: (312) 558-5600
Facsimile:  (312) 558-5700
Email:      dwebb@winston.com

Thomas M. Buchanan (admitted *pro hac vice*)
1700 K Street, NW
Washington, D.C. 20006
Telephone: (202) 282-5000
Facsimile:  (202) 282-5100
Email:      tbuchana@winston.com

*Counsel to NextEra Energy, Inc.*