# Court Conference

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

Calendar Date: 02/22/2018
Calendar Time: 01:00 PM ET

Amended Calendar  Feb 22 2018  7:58AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8913770 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8913475 | Robin D. Ball | (212) 318-3287 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8913156 | Joshua Brody | (212) 715-9314 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, ComputerShare / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8914055 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Interested Party, Sempra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8913795 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8913340 | Eric C. Daucher | (212) 408-5405 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8913525 | Daniel DeFranceschi | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8913343 | Jamie L. Edmonson | (302) 298-3520 ext. | Venable LLP | Creditor, PIMCO / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8913654 | Erin Fay | (302) 429-4253 ext. | Bayard P.A. | Plaintiff(s), Elliott Fuds L.P. et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8913814 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8913202 | Gregg M. Galardi | (212) 596-9139 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8913113 | Brian Glueckstein | (212) 558-4000 ext. | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913233 | Daniel K. Hogan | (302) 656-7540 ext. | Hogan McDaniel | Objector, Shirley Fenicle, David William Fahy, John H. Jones & David Heinzman, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8914209 | Joseph H. Huston, Jr. | (302) 425-3310 ext. | Stevens & Lee, P.C. | Representing, Energy Future Intermediate Holding Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8914074 | David M. Klauder | (302) 803-4600 ext. | Bielli & Klauder, LLC | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913084 | Raymond Lemisch | (302) 552-5530 ext. | Klehr Harrison Harvey Branzburg LLP | Lender(s), UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913518 | Jason M. Madron | (302) 651-7793 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913831 | Matthew B. McGuire | (302) 467-4431 ext. | Landis Rath & Cobb LLP | Interested Party, NextEra Energy Resources LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913543 | Mark E. McKane | (415) 439-1400 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8914515 | R. Stephen McNeill | (302) 984-6171 ext. | Potter Anderson & Corroon LLP | Lender(s), Citibank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8915473 | Hal F. Morris | (512) 475-4550 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913449 | Carl Neff | (302) 654-7444 ext. | Fox Rothschild LLP | Creditor, Sempra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913631 | James E. O'Neill | (302) 778-6407 ext. | Pachulski Stang Ziehl & Jones | Interested Party, Computershare / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913346 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913356 | Jeffrey S. Sabin | (212) 307-5500 ext. | Venable LLP | Creditor, PIMCO / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913159 | Christian Sae | (212) 848-4000 ext. | Shearman & Sterling LLP | Creditor, Citibank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913252 | Richard Schepacarter | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Richard Schepacarter / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913125 | Ned S. Schodek | (212) 848-7052 ext. | Shearman & Sterling LLP | Creditor, Citibank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913372 | Charles E. Sieving | (561) 691-7575 ext. | NextEra Energy Resources | Interested Party, NextEra Energy Resources / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913743 | Fredric Sosnick | 212-848-8571 ext. | Shearman & Sterling LLP | Creditor, Citi Bank / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913757 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913166 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Computershare Trust Company, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913530 | Aparna Yenamandra | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913432 | Peter Young | (310) 284-4542 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5178) | Hearing | 8913180 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Interested Party, Elliot Management Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5178) | Hearing | 8913345 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |