IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., et al. | : | Case No.: 14-10979 (CSS) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket No.: 12664 |
| | : | |

## ORDER

Upon consideration of Nextera's Motion in Limine to Preclude the Testimony of Michael Kramer [D.I. 12664] filed on February 16, 2018 (the "Motion"); the Court having reviewed the Motion and the objections thereto; and the Court having convened a hearing to set forth its ruling on the Motion at the hearing on February 22, 2018 (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motion and the Hearing were sufficient notice under the circumstances; and (iv) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED THAT, the Motion is **GRANTED** for the reasons set forth on the record at the Hearing, and no party shall offer testimony at the confirmation hearing regarding "the amount of a supersedeas bond that would need to be posted by NextEra in the event the Court requires the Debtors to set aside a reserve" or "the appropriate rate of return in connection with any such reserve."

_____
Christopher S. Sontchi
United States Bankruptcy Judge

Date: February 22, 2018