**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>               Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on February 22, 2018, counsel to American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by EFH Future Holdings Corp. ("EFH Corp.") caused a true and accurate copy of the *Declaration of Erica Goodstein in Support of Finding of Substantial Contribution of the EFH Indenture Trustee in Connection with Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* to be served via electronic mail upon the Participating Parties service list at EFH_DS_Discovery_Service_List@kirkland.com.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Dated: Wilmington, DE              **CROSS & SIMON, LLC**
      February 23, 2018

                                          /s/ *Christopher P. Simon*
                                          Christopher P. Simon (No. 3697)
                                          1105 North Market Street, Suite 901
                                          Wilmington, Delaware 19801
                                          Telephone: (302) 777-4200
                                          Facsimile: (302) 777-4224
                                          csimon@crosslaw.com

                                          - and -

                                          NIXON PEABODY LLP
                                          Amanda D. Darwin
                                          Richard C. Pedone
                                          Erik Schneider
                                          100 Summer Street
                                          Boston, Massachusetts 02110
                                          Telephone: (617) 345-1000
                                          Facsimile: (617) 345-1300
                                          adarwin@nixonpeabody.com
                                          rpedone@nixonpeabody.com

                                          -and-

                                          Christopher J. Fong
                                          437 Madison Avenue
                                          New York, NY 10022
                                          Telephone: 212-940-3724
                                          Facsimile: 855-900-8613
                                          cfong@nixonpeabody.com

                                          *Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*