# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**
**#6**

Calendar Date: 02/23/2018
Calendar Time: 02:00 PM ET

Amended Calendar  Feb 23 2018  8:07AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8913780 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8876239 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8913477 | Robin D. Ball | (212) 318-3287 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8913095 | Joshua Brody | (212) 715-9314 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, ComputerShare / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8914156 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Interested Party, Sempra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8913326 | Christopher L. Carter | (617) 951-8063 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8915464 | Chris Carty | (212) 872-8045 ext. | Akin Gump Strauss Hauer & Feld LLP | Trustee, UMB Bank / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8916296 | Allister Chan | (212) 310-8748 ext. | Citibank, N.A. | Creditor, Citibank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8861765 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8913354 | Eric C. Daucher | (212) 408-5405 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8903923 | Daniel DeFranceschi | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8913370 | Jamie L. Edmonson | (302) 298-3520 ext. | Venable LLP | Creditor, PIMCO / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8913648 | Erin Fay | (302) 429-4253 ext. | Bayard P.A. | Plaintiff(s), Elliott Fuds L.P. et al / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8904171 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Interested Party, The EFH Official Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8909962 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8861775 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8915481 | David M. Fournier | (302) 777-6565 ext. | Pepper Hamilton LLP | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8876264 | Gregg M. Galardi | (212) 596-9139 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903258 | Brian Glueckstein | (212) 558-4000 ext. | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8909583 | Isley M. Gostin | (202) 663-6551 ext. | WilmerHale LLP | Creditor, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8916996 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913238 | Daniel K. Hogan | (302) 656-7540 ext. | Hogan McDaniel | Objector, Shirley Fenicle, David William Fahy, John H. Jones & David Heinzman, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903917 | Chad J. Husnick | (312) 862-2009 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8914266 | Joseph H. Huston, Jr. | (302) 425-3310 ext. | Stevens & Lee, P.C. | Representing, Energy Future Intermediate Holding Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913845 | Laura D. Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Representing, EFIH 2nd Lien Indenture Trustee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8912829 | Harold Kaplan | (312) 832-4393 ext. | Foley & Lardner LLP | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903911 | Marc Kieselstein | (312) 862-3029 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913192 | David M. Klauder | (302) 803-4600 ext. | Bielli & Klauder, LLC | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8914164 | Thomas Lauria | (212) 819-8200 ext. | White & Case LLP | Interested Party, Sempra Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8909623 | Raymond Lemisch | (302) 552-5530 ext. | Klehr Harrison Harvey Branzburg LLP | Lender(s), UMB Bank / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903924 | Jason M. Madron | (302) 651-7793 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913823 | Matthew B. McGuire | (302) 467-4431 ext. | Landis Rath & Cobb LLP | Interested Party, NextEra Energy Resources LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903913 | Mark E. McKane | (415) 439-1400 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8914523 | R. Stephen McNeill | (302) 984-6171 ext. | Potter Anderson & Corroon LLP | Lender(s), Citibank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913634 | Tina Moss | (212) 262-6910 ext. | Perkins Coie LLP | Creditor, Delaware Trust Co. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913829 | James E. O'Neill | (302) 778-6407 ext. | Pachulski Stang Ziehl & Jones | Representing, EFIH 2nd Lien Indenture Trustee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8914029 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913151 | Christian Sae | (212) 848-4000 ext. | Shearman & Sterling LLP | Creditor, Citibank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913261 | Richard Schepacarter | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Richard Schepacarter / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913526 | Jeffrey M. Schlerf | (302) 622-4212 ext. | Fox Rothschild LLP | Creditor, Sempra Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913116 | Ned S. Schodek | (212) 848-7052 ext. | Shearman & Sterling LLP | Creditor, Citibank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913384 | Charles E. Sieving | (561) 691-7575 ext. | NextEra Energy Resources | Interested Party, NextEra Energy Resources / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8914157 | Christopher P. Simon | 302-777-4200 ext. | Cross & Simon, LLC | Creditor, American Stock Transfer & Trust Company, LLC. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913746 | Fredric Sosnick | 212-848-8571 ext. | Shearman & Sterling LLP | Creditor, Citi Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903919 | Bryan Stephany | (202) 879-5998 ext. 00 | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8909590 | J. Kate Stickles | (302) 651-2001 ext. | Cole Schotz P.C. | Creditor, Delaware Trust / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8916221 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8914118 | Mark K. Thomas | (312) 962-3560 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corporation / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8915566 | Amer Tiwana | (646) 616-3052 ext. | Cowen and Company LLC | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913132 | Matthew Underwood | 212-588-5148 ext. | HBK Capital | Interested Party, HBK Capital / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913169 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Computershare Trust Company, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8909571 | Brady C. Williamson | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8903920 | Aparna Yenamandra | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913440 | Peter Young | (310) 284-4542 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |