**EXHIBIT C**

**Summary of Bielli & Klauder, LLC Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | Blended Hourly Rate | |
| --- | --- | --- |
| | **Worked and Billed in 2016** (excluding Restructuring lawyers) | **Worked and Billed in 2016 and 2017** |
| Partners | $350.00 | $350.00 |
| Associates | $250.00 | $250.00 |
| Associates | $102.50 | $102.50 |
| Law Clerk | | $175.00 |
| Legal Assistants/Paralegals | | $150.00 |
| Legal Assistants/Paralegals | $125.00 | $125.00 |
| Total | **$181.25** | **$295.87** |

Case Name:             Energy Future Holdings Corp.

Case Number:          14-10979 (CSS)

Applicant's Name:    Bielli & Klauder, LLC

Date of Application: February 23, 2018

Interim or Final:        Interim