## **EXHIBIT D**

**Summary of Bielli & Klauder, LLC Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 73.7 | $25,795.00 |
| Thomas Bielli | Partner | 2006 (PA) | Bankruptcy | $350.00 | 3.8 | $1,330.00 |
| Nella Bloom | Of Counsel | 2010 (PA) | Bankruptcy | $325.00 | 2.4 | $780.00 |
| Cory Stephenson | Associate | 2015 (DE) 2015 (PA) | Bankruptcy | $205.00 | 18.9 | $3,874.50 |
| Tyler Sacchetta | Law Clerk | N/A | Bankruptcy | $175.00 | 6.0 | $1,050.00 |
| Alyssa Carrillo | Paralegal | N/A | Bankruptcy | $150.00 | 12.5 | $1,875.00 |
| **TOTAL** | | | | | **117.3** | **$34,705.50** |