# EXHIBIT G

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Task Code | Total Billed Hours | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 18.2 | $4,270.00 |
| [ALL] Case Administration | 16.5 | $3,621.50 |
| [ALL] Claims Administration & Objections | 0.2 | $70.00 |
| [ALL] Contested Matters & Adv. Proceed. | 3.6 | $1,260.00 |
| [ALL] Hearings | 9.8 | $3,370.00 |
| [ALL] Non-BK Retention and Fee Applications | 3.0 | $1,400.00 |
| [ALL] Plan and Disclosure Statements | 7.0 | $2,450.00 |
| [EFH] Contested Matters & Adv. Proceed | 58.0 | $18,263.00 |
|  | 117.3 | $34,704.50 |