# EXHIBIT H

**Detailed Time Records by Matter Category for Bielli & Klauder, LLC**

| Date | Task | Professional | Duration | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 9/6/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | 350 | $70.00 | Emails with M. Firestein re: retention issues |
| 9/20/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | 350 | $70.00 | Review and edit CNO for BK July fee app and coordinate filing of same |
| 9/21/2017 | [ALL] BK Retention and Fee Applications | Carrillo, Alyssa | 0.4 | 150 | $60.00 | Draft Statement to Client re: July Fee App |
| 9/21/2017 | [ALL] BK Retention and Fee Applications | Carrillo, Alyssa | 0.1 | 150 | $15.00 | Call with DK re: Filing Monthly Fee App |
| 9/21/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | 350 | $35.00 | Review filing notices re: CNO for BK fee app |
| 9/25/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.8 | 350 | $280.00 | Prep first draft of BK monthly fee app |
| 9/28/2017 | [ALL] BK Retention and Fee Applications | Carrillo, Alyssa | 1.2 | 150 | $180.00 | Draft BK's 23rd Monthly Fee App |
| 9/28/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.5 | 350 | $175.00 | Review and edit BK monthly fee app and coordinate filing of same |
| 10/7/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | 350 | $70.00 | Review status of interim fee apps, including next interim fee app due to be filed |
| 10/9/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | 350 | $70.00 | Discussions with A. Carrillo re: prep of interim fee app |
| 10/9/2017 | [ALL] BK Retention and Fee Applications | Carrillo, Alyssa | 3 | 150 | $450.00 | Draft BK's 6th Interim Fee App |
| 10/10/2017 | [ALL] BK Retention and Fee Applications | Carrillo, Alyssa | 2.5 | 150 | $375.00 | Draft BK's 6th Interim Fee App |
| 10/11/2017 | [ALL] BK Retention and Fee Applications | Carrillo, Alyssa | 1 | 150 | $150.00 | Draft BK's 6th interim Fee App |
| 10/11/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.4 | 350 | $140.00 | Review draft of BK interim fee app and Emails with A. Carillo re: same |
| 10/11/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.3 | 350 | $105.00 | Prepare fee estimate going forward in case for Kirkland review |
| 10/12/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.5 | 350 | $175.00 | Edits to BK interim fee app and emails re: same |
| 10/17/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.4 | 350 | $140.00 | Review and edit BK interim fee app |
| 10/17/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | 350 | $35.00 | Discussions with A. Carrillo re: Bk and co-counsel interim fee apps |
| 10/20/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | 350 | $70.00 | Review and edit CNO for BK retention app and coordinate filing |
| 10/26/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.4 | 350 | $140.00 | Begin prep of monthly fee app for BK for September |
| 10/27/2017 | [ALL] BK Retention and Fee Applications | Carrillo, Alyssa | 0.9 | 150 | $135.00 | Draft BK's 24th Monthly Fee Application |
| 10/27/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.5 | 350 | $175.00 | Review and edit BK Sept fee app and coordinate filing |
| 10/30/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | 350 | $35.00 | Review status of BK interim fee app |
| 11/1/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | 350 | $35.00 | Review omnibus interim fee order |
| 11/6/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | 350 | $35.00 | Review interim fee order |
| 11/10/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | 350 | $35.00 | Review status of BK fee apps |
| 11/17/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | 350 | $35.00 | Emails with A. Carrillo re: prep of CNO for BK Sept fee app |
| 11/20/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | 350 | $35.00 | Review CNO for BK monthly fee app and coordinate filing |
| 11/28/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.5 | 350 | $175.00 | Review SOLIC interim fee app and prep notice and fee app for filing |
| 11/29/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.7 | 350 | $245.00 | Review Oct fees and begin prep of Oct monthly fee app |
| 11/29/2017 | [ALL] BK Retention and Fee Applications | Sacchetta, Tyler | 0.5 | 175 | $87.50 | [ALL] BK Retention and Fee Applications - Begin drafting of BK's Twenty-Fifth Fee Application |
| 11/30/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.5 | 350 | $175.00 | Review of draft BK monthly fee app and emails re: same |
| 11/30/2017 | [ALL] BK Retention and Fee Applications | Sacchetta, Tyler | 1.1 | 175 | $192.50 | [ALL] BK Retention and Fee Applications - Revise BK's 25th Fee App and send to DMK for review |
| 12/1/2017 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | 350 | $70.00 | Final review of BK monthly fee app and coordinate filing of same |
| 9/1/2017 | [ALL] Case Administration | Stephenson, Cory | 0.1 | 205 | $20.50 | Phone call with CourtCall re appearing telephonically for 9/6/2017 hearing |

| Date | Category | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 9/1/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Review agenda for 9/6 hearing |
| 9/1/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Emails with M. Firestein re: telephonic attendance at 9/6 hearing |
| 9/5/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Review amended agenda for 9/6 hearing |
| 9/5/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Emails with P. Young re: attendance at 9/6 hearing |
| 9/5/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Review 2nd amended agenda for 9/6 hearing |
| 9/15/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Review agenda for 9/19 hearing |
| 9/18/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Emails with P. Young re: 9/19 hearing |
| 9/18/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Emails with M. Firestein re: telephonic attendance at 9/19 hearing |
| 9/18/2017 | [ALL] Case Administration | Bielli, Thomas | 0.3 | 350 | $105.00 | Arrange court call appearance for co-counsel; conference with DMK re same |
| 9/20/2017 | [ALL] Case Administration | Carrillo, Alyssa | 0.2 | 150 | $30.00 | Draft CNO for 22nd Monthly Fee App |
| 9/20/2017 | [ALL] Case Administration | Carrillo, Alyssa | 0.2 | 150 | $30.00 | Coordinate filing of CNO for 22nd Monthly Fee App |
| 9/22/2017 | [ALL] Case Administration | Carrillo, Alyssa | 0.2 | 150 | $30.00 | Sign M. Firestein up with Courtcall for 9/27/17 hearing |
| 9/22/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Emails with M. Firestein re: attendance at 9/27 hearing |
| 9/25/2017 | [ALL] Case Administration | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence with DK and co-counsel re Proskauer and Solic fee applications |
| 9/25/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Review agenda for 9/27 hearing |
| 9/28/2017 | [ALL] Case Administration | Carrillo, Alyssa | 0.5 | 150 | $75.00 | Coordinate filing and service of Fee App and emails re: same |
| 9/29/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Review agenda for 10/3 hearing |
| 10/2/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Review amended agenda for 10/3 hearing |
| 10/3/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Review order enforcing confirmation order |
| 10/6/2017 | [ALL] Case Administration | Carrillo, Alyssa | 0.1 | 150 | $15.00 | File CNO for SOLIC Capital Advisor's June Fee Statement |
| 10/6/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Review email from Kirkland re: fee estimates |
| 10/11/2017 | [ALL] Case Administration | Klauder, David | 0.2 | 350 | $70.00 | Review final decree motion |
| 10/11/2017 | [ALL] Case Administration | Carrillo, Alyssa | 0.3 | 150 | $45.00 | Schedule Court Call Appearances for 10/12/17 Telephonic Status Conference for D. Klauder, P Young, M. Thomas, and M. Firestein |
| 10/12/2017 | [ALL] Case Administration | Stephenson, Cory | 0.5 | 205 | $102.50 | Prepared agenda for 2017.10.13 hearing on Vistra TRO motion |
| 10/12/2017 | [ALL] Case Administration | Stephenson, Cory | 0.1 | 205 | $20.50 | Prepared agenda binder for 2017.10.13 hearing on Vistra TRO motion |
| 10/12/2017 | [ALL] Case Administration | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence with DK re agenda binder for 2017.10.13 hearing on TRO motion and inclusion of additional documents |
| 10/12/2017 | [ALL] Case Administration | Stephenson, Cory | 0.2 | 205 | $41.00 | Updated agenda to incorporate new documents and DK's comments; correspondence with DK re service and additional changes |
| 10/12/2017 | [ALL] Case Administration | Klauder, David | 0.6 | 350 | $210.00 | Review and edit various drafts of agenda for 10/13 TRO hearing and discussions with C. Stephenson re: same |
| 10/12/2017 | [ALL] Case Administration | Sacchetta, Tyler | 3.2 | 175 | $560.00 | [ALL] Case Administration - Prepare Declaration Exhibit Binders for October 13, 2017 Hearing |
| 10/12/2017 | [ALL] Case Administration | Stephenson, Cory | 0.3 | 205 | $61.50 | Coordinated filing of agenda for 2017.10.13 hearing in main and adversary cases |
| 10/12/2017 | [ALL] Case Administration | Stephenson, Cory | 0.2 | 205 | $41.00 | Correspondence with Reliable re binder for 2017.10.12 and necessary exhibits |
| 10/12/2017 | [ALL] Case Administration | Stephenson, Cory | 0.1 | 205 | $20.50 | Phone call with Reliable re sealed agenda binder items and potential objections |
| 10/13/2017 | [ALL] Case Administration | Stephenson, Cory | 0.4 | 205 | $82.00 | Prepared documents and binder for Vistra TRO hearing |
| 10/13/2017 | [ALL] Case Administration | Stephenson, Cory | 0.2 | 205 | $41.00 | Phone call with Veritext re hearing trnscripts |

| Date | Category | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 10/13/2017 | [ALL] Case Administration | Stephenson, Cory | 0.2 | 205 | $41.00 | Phone call to docketed Veritext contact to obtain hearing transcript; submitted request |
| 10/13/2017 | [ALL] Case Administration | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence to Reliable re additional to binder and delivery |
| 10/13/2017 | [ALL] Case Administration | Klauder, David | 0.2 | 350 | $70.00 | Discussions with Reliable and coordinate binder delivery to chambers |
| 10/16/2017 | [ALL] Case Administration | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence with DK re TRO hearing transcript; updated file |
| 10/25/2017 | [ALL] Case Administration | Stephenson, Cory | 0.1 | 205 | $20.50 | Updated file with respect to notice of unsealed TRO motion, notice of redacted memo, and notice of redacted declaration |
| 11/6/2017 | [ALL] Case Administration | Carrillo, Alyssa | 0.3 | 150 | $45.00 | Draft Invoice for 5th Interim Fee App |
| 11/6/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Review agenda for 11/8 hearing |
| 11/9/2017 | [ALL] Case Administration | Carrillo, Alyssa | 0.2 | 150 | $30.00 | File CNO for SOLIC's 32nd Monthly Fee App |
| 11/16/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Review debtors' motion for contempt |
| 11/16/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Review letter from party re: notices in case and send to Epiq |
| 11/20/2017 | [ALL] Case Administration | Carrillo, Alyssa | 0.2 | 150 | $30.00 | File CNO for BK's 24th Monthly Fee App |
| 11/20/2017 | [ALL] Case Administration | Carrillo, Alyssa | 0.2 | 150 | $30.00 | Prepare Monthly Invoice Statement |
| 11/20/2017 | [ALL] Case Administration | Carrillo, Alyssa | 0.1 | 150 | $15.00 | Send CNO and Monthly Invoice Statement to C. Gooch |
| 11/20/2017 | [ALL] Case Administration | Carrillo, Alyssa | 0.2 | 150 | $30.00 | File Proskauer Rose LLP's CNO for September Fee App |
| 12/6/2017 | [ALL] Case Administration | Carrillo, Alyssa | 0.2 | 150 | $30.00 | File Sixth Supplemental Marwil Declaration |
| 12/7/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Review agenda for 12/11 hearing |
| 12/9/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Review elliott notice accepting appointment to fee committee |
| 12/18/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Review debtor's notice of deposition |
| 12/19/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Review agenda canceling 12/21 hearing |
| 12/19/2017 | [ALL] Case Administration | Carrillo, Alyssa | 0.3 | 150 | $45.00 | File Proskauer's 35th Monthly Fee Statement |
| 12/20/2017 | [ALL] Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Emails re: sign up of M. Firestein for 1/8 hearing |
| 12/20/2017 | [ALL] Case Administration | Carrillo, Alyssa | 0.2 | 150 | $30.00 | Schedule a CourtCall for M. Firestein |
| 11/20/2017 | [ALL] Claims Administration & Objections | Klauder, David | 0.2 | 350 | $70.00 | Review admin claim motion by EFH indenture trustee |
| 9/28/2017 | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | 350 | $35.00 | Review COC and order re: stay of adv proceeding |
| 10/3/2017 | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.6 | 350 | $210.00 | Review court opinion on reconsideration of termination fee |
| 10/11/2017 | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | 350 | $70.00 | Review debtor's COC re: NextEra reconsideration motion |
| 10/11/2017 | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | 350 | $70.00 | Review NextEra COC and prop order on reconsideration motion |
| 10/11/2017 | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | 350 | $70.00 | Review Elliott COC and prop order on reconsideration motion |
| 10/13/2017 | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | 350 | $70.00 | Review various letters re: NextEra termination fee dispute |
| 10/18/2017 | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | 350 | $35.00 | Review termination fee order on reconsideration |
| 11/10/2017 | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | 350 | $70.00 | Review appeal designation filed by NextEra in termination fee appeal |
| 11/12/2017 | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.3 | 350 | $105.00 | Review motion papers for certification to 3rd Cir |
| 11/16/2017 | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.3 | 350 | $105.00 | Review NextEra motion to stay pending appeal |
| 11/22/2017 | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | 350 | $35.00 | Review debtors designation of record on appeal |
| 11/27/2017 | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.3 | 350 | $105.00 | Review Elliott motion to strike |
| 11/28/2017 | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | 350 | $35.00 | Review order shortening time on Elliott motion to strike |

| Date | Category | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 11/30/2017 | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | 350 | $70.00 | Review debtors' objection to motion for stay pending appeal |
| 11/30/2017 | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | 350 | $70.00 | Review other objections to motion for stay pending appeal |
| 12/6/2017 | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.2 | 350 | $70.00 | Review NextEra reply on motion for stay pending appeal |
| 12/11/2017 | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | 350 | $35.00 | Review order denying motion to stay pending appeal |
| 9/6/2017 | [ALL] Hearings | Klauder, David | 0.5 | 350 | $175.00 | Review in docs and prep for hearing |
| 9/6/2017 | [ALL] Hearings | Klauder, David | 1.3 | 350 | $455.00 | Attend hearing in Bk court |
| 9/18/2017 | [ALL] Hearings | Bloom, Nella | 0.1 | 325 | $32.50 | Pull agenda for hearing and email to P. Young |
| 9/19/2017 | [ALL] Hearings | Bloom, Nella | 2.3 | 325 | $747.50 | Attend hearing |
| 9/27/2017 | [ALL] Hearings | Klauder, David | 1 | 350 | $350.00 | Attend hearing in BK court |
| 10/12/2017 | [ALL] Hearings | Klauder, David | 0.5 | 350 | $175.00 | Attend telephonic hearing on Vistra adv case |
| 10/13/2017 | [ALL] Hearings | Klauder, David | 2.2 | 350 | $770.00 | Attend hearing in Vistra adversary case |
| 12/11/2017 | [ALL] Hearings | Klauder, David | 1.9 | 350 | $665.00 | Attend hearing in Bk court |
| 9/15/2017 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | 350 | $70.00 | Review Proskauer fee app CNO and coordinate filing |
| 9/21/2017 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | 350 | $105.00 | Review Proskauer fee stmt and coordinate filing |
| 9/21/2017 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | 350 | $105.00 | Review SOLIC fee stmt and coordinate filing |
| 9/22/2017 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | 350 | $35.00 | Coordinate service of relevant fee apps |
| 10/6/2017 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | 350 | $70.00 | Review CNO for SOLIC fee app and various emails re: filing of same |
| 10/16/2017 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | 350 | $35.00 | Review CNO for Proskauer monthly fee app and coordinate filing |
| 10/16/2017 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | 350 | $70.00 | Review SOLIC monthly fee app and coordinate filing |
| 10/16/2017 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | 350 | $35.00 | Emails with Proskauer re: status of interim fee apps |
| 10/18/2017 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | 350 | $105.00 | Review Proskauer interim fee app and coordinate filing and service |
| 10/20/2017 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | 350 | $35.00 | Review of CNO for SOLIC fee app |
| 10/26/2017 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | 350 | $105.00 | Review Proskauer monthly fee app and coordinate filing of same |
| 10/31/2017 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | 350 | $35.00 | Emails with R. Ernst re: fee app status |
| 11/9/2017 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | 350 | $35.00 | Review SOLIC fee app CNO and coordinate filing |
| 11/20/2017 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | 350 | $70.00 | Review CNO for Proskauer monthly fee app and emails with Proskauer re: same |
| 12/6/2017 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | 350 | $105.00 | Review supplemental declaration from Proskauer re: retention and emails re: filing of same |
| 12/18/2017 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | 350 | $105.00 | Review Elliott motion to be appointed to fee committee |
| 12/19/2017 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | 350 | $105.00 | Review Proskauer fee stmt for Oct and emails re: filing and service of same |
| 12/20/2017 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | 350 | $70.00 | Review SOLIC monthly fee stmt and coordinate filing of same |
| 12/21/2017 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | 350 | $105.00 | Review Proskauer monthly fee app and coordinate filing and service of same |
| 9/1/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | 350 | $70.00 | Review declaration in support of amended merger agreement motion |
| 9/5/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | 350 | $140.00 | Review amended plan |
| 9/5/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | 350 | $175.00 | Review amended disc stmt |
| 9/5/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | 350 | $70.00 | Review Ying declaration for merger agreement motion |
| 9/5/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | 350 | $105.00 | Review debtors' reply to disc stmt obj |
| 9/6/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | 350 | $70.00 | Review revised order on disc stmt |

| Date | Category | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 9/6/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | 350 | $70.00 | Review revised order on merger agreement |
| 9/7/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | 350 | $35.00 | Review COC and revised order on merger agreement |
| 9/11/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | 350 | $70.00 | Review notices of filing on amended plan and disc stmt |
| 9/12/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | 350 | $70.00 | Review amended plan and disc stmt |
| 9/13/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | 350 | $35.00 | Review email with discovery requests from asbestos creditors |
| 9/22/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | 350 | $35.00 | Review motion to enforce plan injunction |
| 9/26/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | 350 | $35.00 | Review notice of hearing on confirmation of plan |
| 9/28/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | 350 | $70.00 | Review debtor objections to asbestos plan discovery requests |
| 10/20/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | 350 | $70.00 | Review notice of filing and plan supplement |
| 10/27/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | 350 | $70.00 | Review notices of intent to participate in confirmation hearing |
| 10/27/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | 350 | $35.00 | Review first liens reservations of rights re: confirmation |
| 10/27/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | 350 | $35.00 | Review doc production letter |
| 10/30/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | 350 | $70.00 | Review UST objection to plan confirmation |
| 10/30/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | 350 | $175.00 | Review various responses and objections to confirmation |
| 11/2/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | 350 | $35.00 | Review certification of ballots |
| 11/2/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | 350 | $35.00 | Review document production letter from Kirkland |
| 11/2/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | 350 | $35.00 | Review email with privilege log from Kirkland |
| 11/15/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | 350 | $35.00 | Review debtors' notice of expert reports |
| 11/20/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | 350 | $70.00 | Review revised plan scheduling order and emails re: same |
| 11/27/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | 350 | $35.00 | Review notice of intent to participate |
| 11/29/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | 350 | $70.00 | Review revised plan scheduling order |
| 12/1/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | 350 | $35.00 | Review COC and prop order on Ankura report |
| 12/15/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | 350 | $35.00 | Review first lien's reservations of rights re: confirmation |
| 12/15/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | 350 | $35.00 | Review UST's objection to plan |
| 12/19/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | 350 | $140.00 | Review NextEra's objection to plan |
| 12/19/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | 350 | $35.00 | Review EFH IT reservation of rights on the plan |
| 12/19/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | 350 | $35.00 | Review second liens reservations of rights |
| 12/20/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | 350 | $175.00 | Review asbestos objection to plan |
| 12/20/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | 350 | $105.00 | Further review of NextEra plan objection including exhibits |
| 12/22/2017 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | 350 | $35.00 | Review reservations of rights to plan filed by UMB bank |
| 9/1/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Review joint discovery report for NextEra adv |
| 9/5/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.4 | 350 | $140.00 | Review notice of substitution and various emails re: same |
| 9/8/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Review various notices of filing re: NextEra termination fee litigation |
| 9/14/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.6 | 350 | $210.00 | Review various objections to Elliott motion for reconsideration of termination fee |
| 9/14/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | 350 | $175.00 | Review various objections in adv case with NextWea |
| 9/19/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Various discussions re: hearing on motion to reconsider NextEra fee |
| 9/19/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Review COC and prop order re: Elliott motion to intervene |
| 9/20/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Discuss hearing with N. Bloom |

| Date | Matter | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 10/9/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.4 | 350 | $140.00 | Various emails with Proskauer re: adv complaint against Vistra |
| 10/9/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | 350 | $175.00 | Review draft motion to seal adv complaint and various emails re: same |
| 10/9/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Review local rules on sealing documents |
| 10/9/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.3 | 205 | $61.50 | Reviewed correspondence from DK and co-counsel re Vista adversary/TRO and filing under seal; responded to DK |
| 10/9/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.3 | 205 | $61.50 | Reviewed cm/ecf and Rules re filing under seal and potential adversary complaint under seal |
| 10/9/2017 | [EFH] Contested Matters & Advers. Proc. | Bielli, Thomas | 0.5 | 350 | $175.00 | Attention to Adversary proceeding under seal |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.3 | 205 | $61.50 | Correspondence with Court re initiating adversary under seal; reviewed recommended sample case and discussed with DK |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | 350 | $175.00 | Various emails and discussions with Bk court and C. Stephenson re: filing adversary complaint under seal |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Emails with Proskauer team re: status of adv complaint and related documents |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Reviewed seal motion and arguments; discussed with DK |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.9 | 205 | $184.50 | Prepared motion to shorten with proposed order relating to Seal Motion |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Discussed TRO and issues relating to adversary with DK |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.3 | 205 | $61.50 | Reviewed and finalized Seal Motion re Vistra complaint; prepared exhibit |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Met with DK re docket access of confidential adversary proceeding documents; prepared placeholder document to docket as initial filing |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.3 | 205 | $61.50 | Prepared complaint and exhibits for filing; reformatted exhibits to meet cm/ecf limitations |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Final review of Vistra complaint and exhibits |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Initiated adversary proceeding with stand in for complaint |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.3 | 205 | $61.50 | Prepared stand in for Vistra complaint to be filed under seal; discussed procedure and accessibility with DK |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Phone calls with Case Administrator and cm/ecf desk re initiating sealed Vistra adversary case and restricting access to documents |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Phone call with Case Administrator re proper filings to initiate Vistra adversary case |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Coordinated filing of Seal Motion for Vistra adversary case |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.4 | 205 | $82.00 | Coordinated filing of sealed adversary complain against Vistra |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Reviewed correspondence from Case Administrator re sealing entire complaint filing; reviewed procedures and available cm/ecf options |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence with DK re updated final version of Vistra complaint |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence to DK with filed versions of all documents relating to sealed Vistra complaint |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence to co-counsel and opposing counsel re exhibits to adversary complaint |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence with co-counsel re Vistra TRO; discusses timing and hearing with DK |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence with Committee's counsel re Vistra complaint |

| Date | Matter | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 1.2 | 350 | $420.00 | and C. Stephenson re: same |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 1 | 350 | $350.00 | Review seal motion and address various issues with sealing complaint including discussions with court |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.3 | 350 | $105.00 | Phone calls with M. Thomas re: edits to Vistra complaint |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.8 | 350 | $280.00 | Coordinate filing and service of Vistra complaint including various emails re: same |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.4 | 350 | $140.00 | Phone call with G. Mashburg re: TRO/PI motion and review of preliminary draft of same |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.3 | 350 | $105.00 | Follow up emails with Proskauer team re: complaint filing and next steps |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.4 | 350 | $140.00 | Various discussions with C. Stephenson re: motions to shorten and TRO/PI motion |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.4 | 350 | $140.00 | Review and respond to various emails from other party's counsel re: copies of complaint and exhibits |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | 350 | $175.00 | Review various filings by Elliott in Vistra adv and distribute to Proskauer team |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.3 | 350 | $105.00 | Review draft Firestein declaration for TRO and emails with Proskauer team re: same |
| 10/10/2017 | [EFH] Contested Matters & Advers. Proc. | Bielli, Thomas | 0.5 | 350 | $175.00 | Attention to Adversary proceeding under seal |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Reviewed Elliott's motion to intervene; updated file |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence to DK re need for motion to shorten with respect to TRO motion |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | 350 | $175.00 | Numerous emails with Proskauer team re: TRO motion and related docs |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.4 | 350 | $140.00 | Various discussions with BK team re: prep and filing of TRO and related documents |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.3 | 350 | $105.00 | Review local rules and chambers procedures and phone call with court re: TRO motion filing |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | 350 | $175.00 | Review current draft of brief for TRO motion |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Various emails with UST re: motion to seal and edits to prop order |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Emails with M. Thomas re: client approval of TRO motion |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence with co-counsel and DK re TRO and hearings |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence with DK re Vistra complaint sealed version |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Prepared notice of telephonic only status hearing re Vistra adversary case |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Coordinated filing of notice of telephonic status conference |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Phone call with DK re TRO filings and changes to memorandum |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Accessed and formatted exhibits for TRO declaration from co-counsel |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Coordinated filing of TRO declaration |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Coordinated filing of motion to seal TRO filings |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Coordinated filing of motion to seal TRO Motion |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Coordinated filing of motion to seal TRO Memo |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.3 | 205 | $61.50 | Reviewed TRO motion and related documents and prepared for filing |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence with DK re potential changes to final versions of TRO documents |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Correspondence with DK and co-counsel re filings of TRO documents; coordinated delivery to Chambers with TS |

| Date | Matter | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Updated file with respect to motion to seal TRO filings |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.4 | 350 | $140.00 | Begin drafting motions to shorten for TRO |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Phone call with R. Werkheiser re: adversary filing and schedule |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Follow up emails with R. Werkheiser re: schedule of status conference and hearing |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | 350 | $175.00 | Various phone calls with M. Thomas and Proskauer team re: judge's comments and schedule moving forward |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Various emails to broad party in interest group re: status conference |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | 350 | $175.00 | Review notice of status conference in adversary and coordinate filing of same |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Coordinate telephonic appearances for co-counsel for 10/12 status conference |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.4 | 350 | $140.00 | Follow up conference call with Proskauer team re: TRO status and other open issues in adv case |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 1.3 | 350 | $455.00 | Final review of all TRO papers, including memo, motion to seal, and declaration and exhibits and numerous discussions re: filing of same |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Emails with chambers re: delivery of TRO papers |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | 350 | $175.00 | Coordinate service of TRO filings to chambers, including draft letter to Judge Sontchi |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.3 | 350 | $105.00 | Various emails with Vistra counsel and E side committee counsel re: TRO filings |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Emails with J. Huston re: complaint against Vistra |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence to Kroup re requested Vistra TRO documents |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.3 | 350 | $105.00 | Review filings by Elliott in Vistra adversary |
| 10/11/2017 | [EFH] Contested Matters & Advers. Proc. | Bielli, Thomas | 1 | 350 | $350.00 | Attention to TRO and requirements related to same |
| 10/12/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Reviewed Elliott's joinder to TRO Motion; updated file |
| 10/12/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Emails with M. Thomas re: filings of TRO and complaint |
| 10/12/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Emails with L. Jones re: unredacted complaint |
| 10/12/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Phone call with DK re hearing on TRO and agenda for hearing |
| 10/12/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | 350 | $175.00 | Various emails with Elliott co-counsel re: filings under seal and delivery of same |
| 10/12/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 1 | 350 | $350.00 | Coordinate binder and doc prep for tomorrow's TRO hearing including various emails with co-counsel re: same |
| 10/12/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Discussions with C. Stephenson re: service of agenda and prep of hearing binder |
| 10/12/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Emails with M. Firestein re: Vistra potential obj and prep for hearing tomorrow |
| 10/12/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.3 | 350 | $105.00 | Review current draft of stip and emails with M. Thomas re: same |
| 10/12/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.4 | 350 | $140.00 | Review Vistra response to TRO and coordinate delivery to M. Firestein |
| 10/12/2017 | [EFH] Contested Matters & Advers. Proc. | Bielli, Thomas | 1 | 350 | $350.00 | Review correspondence to/from Chambers; facilitate transmission of sealed documents to judge |
| 10/12/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.3 | 350 | $105.00 | Various emails re: redacting filings and providing seal docs to Elliott |
| 10/12/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Phone call with M. Firestein re: status and conference call hearing |
| 10/12/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Review draft stip with Vistra |
| 10/12/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Review TRO entered by Court |
| 10/12/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence with DK and co-counsel re TRO Order; updated file |

| Date | Category | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 10/12/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Emails with P. Young re: filed complaint |
| 10/12/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | 350 | $175.00 | Various emails and discussions with M. Firestein re: prep of docs and exhibits for hearing tomorrow |
| 10/12/2017 | [EFH] Contested Matters & Advers. Proc. | Bielli, Thomas | 0.5 | 350 | $175.00 | Attention to TRO, hearing and binder requirements |
| 10/13/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.3 | 205 | $61.50 | Reviewed and edited stipulation/order for Vistra scheduling; discussed with DK and circulated |
| 10/13/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Prepared correspondence to Chambers re proposed Vistra Stipulation and Scheduling Order |
| 10/13/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.4 | 350 | $140.00 | Various phone calls with M. Thomas and M. Firestein re: hearing strategy |
| 10/13/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 1.4 | 350 | $490.00 | Prep for TRO hearing including coordination of documents, binders, orders, etc... |
| 10/13/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence with DK and co-counsel re Vistra stipulation |
| 10/13/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Reviewed approved stipulation and scheduling order; updated file |
| 10/13/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence to Pedone re sealed Vistra filings |
| 10/13/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Phone calls with Veritext re Vistra hearing transcript order |
| 10/13/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Email Pedone requested sealed exhibits |
| 10/13/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Responded to White & Case attorneys with sealed Vistra exhibits |
| 10/13/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence to Kramer Levin attorneys re sealed Vistra exhibits |
| 10/13/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Review stipulation and scheduling order and circulate to co-counsel |
| 10/13/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.7 | 350 | $245.00 | emails re: same |
| 10/13/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Discussions with C. Stephenson re: ordering transcript of 10/13 hearing |
| 10/13/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence with DK re Vistra's response to TRO motion; updated file |
| 10/13/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.4 | 350 | $140.00 | Edits to stipulation re: Vistra adv and various emails with Proskauer attys re: same |
| 10/16/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Discuss status of transcript for 10/13 hearing with C. Stephenson |
| 10/16/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Review transcript of 10/13 hearing and send to co-counsel |
| 10/23/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Discussions with Proskauer and C. Stephenson re: redacted filings in adv case |
| 10/23/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Phone call with Fier re redacted version of complaint documents; updated DK |
| 10/24/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Reviewed redacted version of Vistra complaint; prepared for filing |
| 10/24/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Prepared notice of filing of redacted adversary complaint |
| 10/24/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.4 | 205 | $82.00 | Prepared exhibits for redacted adversary complaint; confirmed unredacted items with DK |
| 10/24/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Coordinated filing of redacted adversary complaint and notice |
| 10/24/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Phone calls with Court Administrator re filing redacted adversary complaint for Vistra matter |
| 10/24/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Reviewed rules and procedures for filing redacted adversary complaint |
| 10/24/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Emails with Proskauer re: filing of redacted complaint |
| 10/24/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.3 | 350 | $105.00 | Review redacted complaint for filing |
| 10/24/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Various discussions with C. Stephenson re: filing of redacted complaint |
| 10/25/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Review redacted filings by Elliott |
| 10/25/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Prepared notice of filing of unsealed TRO motion |

| Date | Matter | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 10/25/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Prepared notice of filing of redacted memo in support of TRO motion |
| 10/25/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Prepared notice of filing of redacted declaration in support of TRO motion |
| 10/25/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.5 | 205 | $102.50 | Prepared redacted exhibits and unsealed exhibits for redacted declaration in support of TRO motion |
| 10/25/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.2 | 205 | $41.00 | Prepared exhibits redacted/unsealed TRO motion and motion in support of TRO motion |
| 10/25/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.4 | 205 | $82.00 | Coordinated filing of notice of unsealed TRO motion, notice of redacted memo, and notice of redacted declaration |
| 10/25/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | reviewed and edited notice of redacted/unsealed TRO filings |
| 10/25/2017 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence with DK and Fier re redacted exhibits to unsealed TRO declaration |
| 10/25/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Review and respond to email from Proskauer re: filing of redacted versions of TRO filings |
| 10/25/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.3 | 350 | $105.00 | Review redacted version of TRO brief |
| 10/25/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | 350 | $175.00 | Various discussions with C. Stephenson re: filing of redacted versions and coordinate filing of same |
| 10/26/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.3 | 350 | $105.00 | Review email from Vistra's counsel with motion to seal and redacted response to TRO motion |
| 10/26/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Review email from co-counsel re: Vistra redactions |
| 10/30/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Review emails from Vistra counsel and co-counsel re: unsealed complaint |
| 11/1/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Review revisions by Elliott to seal orders |
| 11/1/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Emails with M. Firestein re: seal orders |
| 11/2/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Phone call with UST re: seal issues in Vistra adversary |
| 11/2/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Review emails from UST re: seal issues in Vistra adversary |
| 11/2/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.3 | 350 | $105.00 | Various emails with co-counsel re: seal issues in Vistra adversary |
| 11/2/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | 350 | $175.00 | Compile sealed documents and various emails with UST re: same |
| 11/2/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.3 | 350 | $105.00 | Follow up emails with UST and co-counsel re: sealing of docs |
| 11/2/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Phone call with Elliott's counsel re: orders on sealing |
| 11/2/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.6 | 350 | $210.00 | Edits to seal orders |
| 11/2/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Emails with M. Firestein re: revisions to seal orders |
| 11/2/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Make further revisions to seal orders |
| 11/2/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Emails to interested party group in case re: edits to seal orders |
| 11/2/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.9 | 350 | $315.00 | Draft COCs for seal orders |
| 11/3/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | 350 | $175.00 | Final review and edits to COCs and proposed orders re: seal motions and coordinate filing of same |
| 11/3/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Review filings by Elliott re: seal orders |
| 11/3/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Discussion with C. Stephenson re: delivery of COCs and seal orders to chambers |
| 11/6/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Review seal orders entered by Bk court |
| 11/13/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Review email from M. Thomas re: selection of arbitrator in EFH/Vistra dispute |
| 11/13/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Review proposed order re: selection of arbitrator in EFH/Vistra dispute |

| Date | Category | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 11/14/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Review email from M. Thomas re: modified scheduling order |
| 11/14/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.3 | 350 | $105.00 | Review draft letter to Court re: modified scheduling order and emails with Proskauer re: same |
| 11/15/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Review and respond to email from M. Thomas re: status of submission of modified scheduling order in Vistra adv |
| 11/15/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Discussions with C. Stephenson mechanics of submission of modified scheduling order in Vistra adv |
| 11/15/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Phone call with M. Thomas re: status of submission of stipulation re: arbitrator |
| 11/15/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Review follow up email from M. Thomas re: submission of order to chambers |
| 11/15/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Review status email from M. Thomas |
| 11/16/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Emails with M. Thomas and Proskauer team re: submission of modified scheduling order |
| 11/16/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | 350 | $175.00 | Review drafts of modified scheduling order, protocol and letter to court and emails re: same |
| 11/16/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.4 | 350 | $140.00 | Edits to letter to court re: modified scheduling order and various emails re: same |
| 11/16/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.8 | 350 | $280.00 | Prep letter and and order for filing and and coordinate filing and service of same |
| 11/16/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Phone call and email with chambers re: modified scheduling order |
| 11/16/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 1.4 | 350 | $490.00 | Draft and edit COC for modified scheduling order and various emails and discussions re: same |
| 11/16/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Follow up phone calls with chambers re: COC |
| 11/16/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | 350 | $175.00 | Various emails with Proskauer team re: comments from chambers and revisions needed |
| 11/16/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | 350 | $175.00 | Coordinate filing and delivery of COC and modified scheduling order |
| 11/16/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Follow up emails with M. Firestein re: status of COC and prop order |
| 11/16/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Follow up call with M. Firestein and S. Rosow re: comments from chambers on pending issue with order |
| 11/17/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Emails with M. Thomas re: status of order and next steps |
| 11/17/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.3 | 350 | $105.00 | Review and respond to various emails with Proskauer re: potential resolution with Elliott |
| 11/17/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.4 | 350 | $140.00 | Review emails from various parties re: resolution of scheduling order |
| 11/17/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Review signed modified scheduling order and emails re: same |
| 11/17/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.3 | 350 | $105.00 | Review revised Beller protocol |
| 11/17/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Review emails from Elliott re: protocol memo |
| 11/19/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Review emails from Ropes and Proskauer re: protocol and written submissions |
| 12/4/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | 350 | $35.00 | Emails with M. Firestein re: status of tax dispute briefing |
| 12/20/2017 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | 350 | $70.00 | Review modified scheduling order and calendaring of status conference for Vistra adv case |
| 9/13/2017 | B110 - Case Administration | Stephenson, Cory | 0.2 | 205 | $41.00 | Correspondence to AC re upcoming fee applications and compliance with interim fee application Order and requirements |
| 11/2/2017 | B110 - Case Administration | Stephenson, Cory | 0.1 | 205 | $20.50 | Reviewed un-redacted exhibit file sizes; discussed transmission to UST with DK |

| Date | Task | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 11/3/2017 | B110 - Case Administration | Stephenson, Cory | 0.2 | 205 | $41.00 | Prepared cover letter for submission of documents and clean order for CoCs to Chambers |
| 11/3/2017 | B110 - Case Administration | Stephenson, Cory | 0.1 | 205 | $20.50 | Returned call to Reliable re CoC documents for delivery to Chambers |
| 11/6/2017 | B110 - Case Administration | Stephenson, Cory | 0.1 | 205 | $20.50 | Updated DK re sealing of Elliot's joinder |
| 11/14/2017 | B110 - Case Administration | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence with DK re letter to Court concerning arbitration protocol |
| 11/15/2017 | B110 - Case Administration | Stephenson, Cory | 0.1 | 205 | $20.50 | Prepared correspondence to Chambers re Accounting Firm scheduling order |
| 11/15/2017 | B110 - Case Administration | Stephenson, Cory | 0.1 | 205 | $20.50 | Reviewed correspondence re additional changes to Accounting Firm order; discussed docketing with DK |
| 11/16/2017 | B110 - Case Administration | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence with co-counsel re changes to correspondence to Court re accounting firm; discussed with DK |
| 11/16/2017 | B110 - Case Administration | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence to Reliable re delivery of letter re modified account order to chambers |
| 11/16/2017 | B110 - Case Administration | Stephenson, Cory | 0.1 | 205 | $20.50 | Correspondence with DK and co-counsel re CoC for stipulation re modified scheduling order; sent final versions to DK |
| 11/16/2017 | B110 - Case Administration | Stephenson, Cory | 0.2 | 205 | $41.00 | Updated file with respect to CoC for stipulation re modified scheduling order; sent to Relibale for delivery to Chambers |
| 11/17/2017 | B110 - Case Administration | Stephenson, Cory | 0.1 | 205 | $20.50 | Reviewed correspondence from co-counsel and opposing counsel re submitting revised protocols |
| 12/4/2017 | B110 - Case Administration | Klauder, David | 0.1 | 350 | $35.00 | Emails with M. Firestein re: courtcall access for 12/11 hearing |
| 11/3/2017 | L140 - Document / File Management | Stephenson, Cory | 0.1 | 205 | $20.50 | Updated file with respect to today's CNO filings |
| 11/3/2017 | L140 - Document / File Management | Stephenson, Cory | 0.2 | 205 | $41.00 | Prepared CoC documents for submission to Chambers; correspondence to Reliable re preparing and delivering hard copies |
| 11/16/2017 | L250 - Other Written Motions and Submissions | Stephenson, Cory | 0.2 | 205 | $41.00 | Updated letter to Chambers re accounting order with new content; prepared enclosures |
| 11/16/2017 | L250 - Other Written Motions and Submissions | Stephenson, Cory | 0.2 | 205 | $41.00 | Correspondence re letter re accounting Order; updated letter to Chambers with final edits; prepared filing versions |
| 10/11/2017 | L430 - Written Motions and Submissions | Sacchetta, Tyler | 1.1 | 175 | $192.50 | L430 - Written Motions and Submissions - Draft TRO Motion and Motion to Seal TRO Papers |
| 10/11/2017 | L430 - Written Motions and Submissions | Sacchetta, Tyler | 0.1 | 175 | $17.50 | L430 - Written Motions and Submissions - Edit Brief for TRO motion |
| 11/3/2017 | L430 - Written Motions and Submissions | Stephenson, Cory | 0.2 | 205 | $41.00 | Reviewed and edited CoC for motion to seal complaint; prepared exhibits |
| 11/3/2017 | L430 - Written Motions and Submissions | Stephenson, Cory | 0.2 | 205 | $41.00 | Reviewed and edited CoC for motion to seal TRO motion and related documents; prepared exhibits |
| 11/3/2017 | L430 - Written Motions and Submissions | Stephenson, Cory | 0.2 | 205 | $41.00 | Coordinated filing of CoC for motion to seal TRO motion and related documents |
| 11/3/2017 | L430 - Written Motions and Submissions | Stephenson, Cory | 0.2 | 205 | $41.00 | Coordinated filing of CoC for motion to seal complaint |
| 11/16/2017 | L430 - Written Motions and Submissions | Stephenson, Cory | 0.2 | 205 | $41.00 | Filed letter re modified account order |
| 11/16/2017 | L430 - Written Motions and Submissions | Stephenson, Cory | 0.2 | 205 | $41.00 | Filed CoC for stipulation re modified scheduling order |
| **Total** | | | **117.3** | | **$34,704.50** | |