## <u>EXHIBIT J</u>

**Detailed Expenses for Bielli & Klauder, LLC**

| Date | Provider | Expense | Price | Qty | Amount |
|------|----------|---------|-------|-----|--------|
| 9/18/2017 | PACER | Online Research | $1.80 | 1 | $1.80 |
| 10/10/2017 | Initiate Vistra Case | Court Fees | $350.00 | 1 | $350.00 |
| 10/10/2017 | PACER | Online Research | $19.30 | 1 | $19.30 |
| 10/12/2017 | Reliable | Other Professionals | $362.65 | 1 | $362.65 |
| 10/12/2017 | Bielli & Klauder, LLC | In-House Reproduction | $0.10 | 1,568 | $156.80 |
| 10/13/2017 | Bielli & Klauder, LLC | Printing | $0.10 | 168 | $16.80 |
| 10/13/2017 | Other - Meals | Meals | $30.00 | 1 | $30.00 |
| 10/13/2017 | Bielli & Klauder, LLC | Photocopies | $0.10 | 140 | $14.00 |
| 10/17/2017 | CourtCall | Conference Call | $30.00 | 1 | $30.00 |
| 10/24/2017 | PACER | Online Research | $2.30 | 1 | $2.30 |
| 10/26/2017 | Veritext | Other Professionals | $70.80 | 1 | $70.80 |
| 11/6/2017 | Reliable | Other Professionals | $6.50 | 1 | $10.55 |
| 11/6/2017 | Bielli & Klauder, LLC | Photocopies | $0.10 | 65 | $6.50 |
| 12/1/2017 | Reliable | Other Professionals | $6.25 | 1 | $6.25 |
| 12/1/2017 | Reliable | Other Professionals | $5.95 | 1 | $5.95 |
| **Grand Total** | | | | | **$1,083.70** |