## EXHIBIT K

**Summary of Bielli & Klauder, LLC Expenses**

| Service Description | Amount |
|---|---|
| Conference Calling | $30.00 |
| Filing/Court Costs | $373.40 |
| Other Professionals | $456.20 |
| In-House Reproduction | $194.10 |
| Meals | $30.00 |
| Total | **$1,083.70** |