**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) | (Jointly Administered) |
|  | ) ) ) | **Re: D.I. 12654, 12655** |

**NOTICE OF FILING OF AMENDED PROPOSED CONFIRMATION ORDER**

**PLEASE TAKE NOTICE** that, in connection with the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, filed on February 15, 2018 [D.I. 12654] (as may be further amended, modified, or supplemented, the "Plan")[2], the EFH/EFIH Debtors filed the proposed *Notice of Filing of Proposed Confirmation Order* **[D.I. No. 12655]** (the "Original Proposed Confirmation Order") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that the EFH/EFIH Debtors hereby file an amended *Notice of Filing of Proposed Confirmation Order* (the "Proposed Confirmation Order"). A copy of the Proposed Confirmation Order is attached hereto as Exhibit 1. For the convenience of the Court and other parties-in-interest, a redline comparison of the Proposed

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to such terms in the Plan.

Confirmation Order against the Original Proposed Confirmation Order is attached hereto as Exhibit 2.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Section RR. of the Proposed Confirmation Order, the EFH/EFIH Debtors are proposing to establish a reserve (in the amount of $275 million (as defined and described in the Proposed Confirmation Order, the "NEE Plan Reserve")), subject to certain provisions detailed in paragraphs 146-151 in the Proposed Confirmation Order (the "NEE Plan Reserve Provision"). The NEE Plan Reserve Provision does not reflect agreement with either the Elliott Funds (who contend that, among other things, the NEE Plan Reserve is not required under the Plan or the Bankruptcy Code) or NEE (who contends that the NEE Plan Reserve cannot be subject to the conditions set forth in the NEE Plan Reserve Provision). For the avoidance of doubt, the Elliott Funds support confirmation of the Plan and consummation of the Merger, and its current objection is only to the specific terms set forth in the NEE Plan Reserve Provision.

**PLEASE TAKE FURTHER NOTICE** that the EFH/EFIH Debtors intend to request entry of the Proposed Confirmation Order by the Court at the conclusion of the hearing on Plan confirmation scheduled for **February 26, 2018 starting at 10:00 a.m.** (**Eastern Standard Time**) (the "Hearing"). To the extent that the EFH/EFIH Debtors make revisions to the Proposed Confirmation Order prior to the conclusion of the Hearing, the EFH/EFIH Debtors intend to present a redlined copy of such revised documents to the Court either at or before the Hearing.

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: February 25, 2018<br>    Wilmington, Delaware |     */s/ Jason M. Madron*<br>**RICHARDS, LAYTON & FINGER, P.A.** |

Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:          collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com
                    aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          james.sprayregen@kirkland.com
                    marc.kieselstein@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession