IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- X
: 
In re: : Chapter 11
: 
Energy Future Holdings Corp., *et al.*,[1] : Case No. 14-10979 (CSS)
: 
Debtors. : (Jointly Administered)
: 
: **Re: D.I. 12655 & 12748**
: 
------------------------------------------------------------- X

### NOTICE OF FILING NEXTERA ENERGY, INC'S
### PROPOSED CONFIRMATION ORDER MODIFICATIONS

**PLEASE TAKE NOTICE** that, in connection with the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, filed on February 15, 2018 [D.I. 12654] (as may be further amended, modified, or supplemented, the "Plan"), the EFH/EFIH Debtors filed the proposed Notice of Filing of Proposed Confirmation Order [D.I. No. 12655] (the "Original Proposed Confirmation Order") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on February 25, 2018, the EFH/EFIH Debtors filed the *Notice of Filing of Amended Proposed Confirmation Order* [D.I. No. 12748] (the "Proposed Confirmation Order").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{932.002-W0050354.}

**PLEASE TAKE FURTHER NOTICE** that attached hereto as Exhibit A are certain modifications to the Proposed Confirmation Order (the "NEE Confirmation Order Modifications"). Attached hereto as Exhibit B is a blackline comparing the NEE Confirmation Order Modifications to the corresponding paragraphs of the Proposed Confirmation Order. To the extent that the Court accepts the NEE Confirmation Order Modifications, NextEra Energy has no further objection to confirmation of the Plan or entry of the Proposed Confirmation Order.

Dated: February 25, 2017
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/*

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
mcguire@lrclaw.com
wright@lrclaw.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
Eric Daucher (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: howard.seife@nortonrosefulbright.com
andrew.rosenblatt@nortonrosefulbright.com
eric.daucher@nortonrosefulbright.com

-and-

**WINSTON & STRAWN LLP**
Dan K. Webb (admitted *pro hac vice*)
35 W. Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 558-5600
Facsimile: (312) 558-5700

Email: dwebb@winston.com

Thomas M. Buchanan (admitted *pro hac vice*)
1700 K Street, NW
Washington, D.C. 20006
Telephone: (202) 282-5000
Facsimile: (202) 282-5100
Email: tbuchana@winston.com

*Counsel to NextEra Energy, Inc.*

{932.002-W0050354.}   3