# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**
Energy Future Holdings Corp.
Energy Plaza
1601 Bryan Street          **Chapter:** 11
Dallas, TX 75201
 **EIN:** 46–2488810
TXU Corp.
TXU Corp
Texas Utilities

*Case No*.: 14–10979–CSS

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 2/22/18 was filed on 2/23/18 . The following deadlines apply:

The parties have  7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 3/16/18 .

If a request for redaction is filed, the redacted transcript is due 3/26/18 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 5/24/18 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (see docket for Transcriber's information) or you may view the document at the clerk's office public terminal.

_____
Una O'Boyle, Clerk of Court

Date: 2/23/18

(ntc)

United States Bankruptcy Court
District of Delaware

In re:  
Energy Future Holdings Corp.  
    Debtor

Case No. 14-10979-CSS  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0311-1     User: LeslieM     Page 1 of 2     Date Rcvd: Feb 23, 2018  
                     Form ID: ntcBK     Total Noticed: 42

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2018.

| | | |
|---|---|---|
| db | +Energy Future Holdings Corp., | Energy Plaza, 1601 Bryan Street, Dallas, TX 75201-3483 |
| aty | +Andrew McGaan, | Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | +Anna Terteryan, | Kirkland & Ellis LLP, 555 California Street, San Francisco, CA 94104-1603 |
| aty | +Anthony V. Sexton, | Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | +Aparna Yenamandra, | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | +Barack S. Echols, | Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | +Brenton Rogers, | Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | +Bridget K. O'Connor, | Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington, DC 20005-5701 |
| aty | +Bryan M. Stephany, | Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington, DC 20005-5701 |
| aty | +Christopher W. Keegan, | Kirkland & Ellis LLP, 555 California Street, San Francisco, CA 94104-1603 |
| aty | +Cormac T. Connor, | Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington, DC 20005-5701 |
| aty | +Emily E. Geier, | Kirkland & Ellis LLP, 300 N. LaSalle, Chicago, IL 60654-5412 |
| aty | +Iskender H. Catto, | McDermott Will & Emery LLP, 340 Madison Avenue, New York, NY 10173-1922 |
| aty | +James H.M. Sprayregen, | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | +Jeff J. Marwil, | Proskauer Rose LLP, Three First National Plaza, 70 W. Madison Street, Suite 3800, Chicago, IL 60602-4342 |
| aty | +Jeremy L. Graves, | GIBSON DUNN & CRUTCHER LLP, 1801 California Street, Suite 4200, Denver, CO 80202-2694 |
| aty | +Jeremy L. Retherford, | Balch & Bingham LLP, 1901 Sixth Avenue North, Suite 1500, Birmingham, AL 35203-4642 |
| aty | +Jonathan F. Ganter, | Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington, DC 20005-5701 |
| aty | +Justin Sowa, | Kirkland & Ellis LLP, 555 California Street, San Francisco, CA 94104-1603 |
| aty | +Kevin Chang, | Kirkland & Ellis LLP, 555 California Street, San Francisco, CA 94104-1603 |
| aty |  Lary Alan Rappaport, | Proskauer Rose LLP, 2049 Century Park East, Los Angeles, CA 90067-3206 |
| aty | +Lisa G. Esayian, | Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | +Marc Kieselstein, | Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | +Mark E. McKane, Esq., | Kirkland & Ellis LLP, 555 California Street, San Francisco, CA 94104-1603 |
| aty | +Mark K. Thomas, | Proskauer Rose LLP, Three First National Plaza, 70 W. Madison Street, Suite 3800, Chicago, IL 60602-4342 |
| aty | +McClain Thompson, | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty |  Michael A. Firestein, | Proskauer Rose LLP, 2049 Century Park East, Los Angeles, CA 90067-3206 |
| aty | +Michael A. Petrino, | Kirkland & Ellis LLP, 655 Fifteenth Street, N.W., Washington, DC 20005-5701 |
| aty | +Michael B. Slade, | Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | +Michael L. Raiff, | Gibson Dunn & Crutcher LLP, 2100 McKinney Avenue, Dallas, TX 75201-2106 |
| aty | +Natalie Hoyer Keller, | Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty |  P. Stephen Gidiere, III, | Balch & Bingham LLP, 1901 Sixth Avenue North, Suite 1500, Birmingham, AL 35203-4642 |
| aty | +Rebecca Blake Chaikin, | 601 Lexington Avenue, New York, NY 10022-4611 |
| aty | +Richard M. Cieri, | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | +Richard U.S. Howell, | Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | +Sara B. Zablotney, | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | +Stephen E. Hessler, | Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022-4643 |
| aty | +Steven N. Serajeddini, | Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | +Todd F. Maynes, | Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty |  W. Clark Watson, | Balch & Bingham LLP, 1901 Sixth Avenue North, Suite 1500, Birmingham, AL 35203-4642 |
| aty | +William Guerrieri, | Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |
| aty | +William T. Pruitt, | Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654-5412 |

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0311-1           User: LeslieM              Page 2 of 2           Date Rcvd: Feb 23, 2018
                               Form ID: ntcBK             Total Noticed: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2018                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2018 at the address(es) listed below:
NONE.                                                                                         TOTAL: 0
```