# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 2/26/17 at 10:00 P.M.
| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jech Schlel | Fox Rothschild | Sempra |
| Gregg Galardi | Ropes & Gray | Elliott |
| Eric Ives | | " |
| David Kurzberg | Bayard PA | |
| Garvan McDaniel | Bielli & Klauder | EFH Corp. DDs |
| Andrew Glenn | Kasowitz Benson | P. Schoenfeld Capital, Alta Fundamental, Farmstead Capital (P. Schoenfeld Asset), Settlers |
| Joseph Gray | Cross & Simon | EA Steel |
| Mark Somerstein | Ropes & Gray LLP | Delaware Trust, as Trustee |
| Isley Gostin | Wilmer Hale | EFIH 1Ls |
| Ike Stables | Elliott | " |
| Jerry Hollenbeck | Kobre & Kim | DTC as IT for Sem Facilities |
| GianClaudio Finzi | Bayard | " |
| Jeffrey Sabin | Venable | PIMCO |
| Tania Edmonson | " | " |
| Mitch Page | MMWR | E-Side Comm. |
| Sean Oleskstn | Sullivan Cromwell | E-Side Comm. |
| R. Stephen McNeil | Potter Anderson & Corroon | EFH DIP Agent |
| Daniel Defranceschi | Richards Layton & Finger | " |
| Jason M Madron | " | Debtors |

# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 2/26/17 at 10:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Mark McKane | McKool | Debtors |
| Marc Kieselstein | " | " |
| Aparna Yenamandra | " | " |
| Joseph H. Huston, Jr. | Stevens & Lee | EFH "Conflict" |
| Evan B. Coren | " | " |
| Matthew McGuire | Landis Rath & Cobb | NextEra |
| Eric Drucker | " | " |
| Robin Ball | Norton Rose Fulbright | |
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |
| Greg Hesselt | PSZ+J | Secured Creditor Indenture Trustee |
| Eric Robinson | Kramer Levin | " |
| Raymond Lemisch | Klehr Harrison | UMB Bank Indenture Trustee |
| Harold Kaplan | Foley & Lardner | " |
| Khris Curty | Akin Gump | " |
| Richard Pedone | Nixon Peabody | BoA Indenture Stock Transfer |
| Morgan Nighan | " | EFH Indenture Trustee |
| Thomas Lauria | White & Case | Seraphs |
| Chris Shore | " | " |
| Miller Brian | " | " |
| Daniel K. Hogan | Hogan McDaniel | Asbestos Objectors |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**Calendar Date:** 02/26/2018
**Calendar Time:** 10:00 AM ET

## U.S. Bankruptcy Court-District of Delaware
### Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
#6

Same Day  Feb 26 2018  6:54AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8876253 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8920583 | Negisa Balluku | (212) 617-0147 ext. | Bloomberg LP | Interested Party, Bloomberg LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8852280 | Peg A. Brickley | (215) 462-0953 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8916237 | Christopher L. Carter | (617) 951-8063 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co., LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8916303 | Allister Chan | (212) 310-8748 ext. | Citibank, N.A. | Creditor, Citibank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8858549 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8912836 | Mark Flannagan - Client | (212) 808-7925 ext. | UMB Bank | Trustee, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8919177 | Christopher Fong | (212) 940-3724 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8858554 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8876270 | Gregg M. Galardi | (212) 596-9139 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8916581 | Laith J. Hamdan | (212) 541-2328 ext. | Bryan Cave LLP | Interested Party, Computer Share / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8920658 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8916764 | Jeremy Hollembeak | (212) 530-5189 ext. | Kobre & Kim LLP | Interested Party, Delaware Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8916748 | Deborah Kennedy | (303) 291-2339 ext. | Perkins Coie LLP | Creditor, Wilmington Trust, NA, as Prepetition Agent / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913715 | Demetra L. Liggins | (713) 951-5884 ext. | Thompson & Knight LLP | Specially Appearing For, Energy Future Holdings / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8916555 | Catherine LoTempio | (212) 574-1632 ext. | Seward & Kissel LLP | Interested Party, Sempra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8920578 | Stephen Ludovici | (305) 995-5279 ext. | White & Case LLP | Interested Party, Sempra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8911194 | Hal F. Morris | (512) 475-4550 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8920663 | Joanna S. Newdeck | (202) 887-4549 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8920652 | David Nguyen | (212) 708-2847 ext. | Jefferies | Financial Advisor, David Nguyen / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8920575 | Joseph A. Pack | (305) 995-5278 ext. | White & Case LLP | Interested Party, Sempra Energy / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8916655 | Andrew Rosenblatt | (212) 408-5100 ext. | Norton Rose Fulbright US LLP | Interested Party, NextEra Energy, Inc. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8919461 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8858398 | Noah M. Schottenstein | (214) 953-6500 ext. | Baker Botts LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8920588 | John Silvetz | (203) 861-4819 ext. | Sunrise Partners Limited Partnership | Creditor, Sunrise Partners Limited Partnership / Paloma / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8913749 | Fredric Sosnick | 212-848-8571 ext. | Shearman & Sterling LLP | Creditor, Citi Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8918971 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8920581 | Nacif Taousse | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings, Corp. / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8880741 | Amer Tiwana | (646) 616-3052 ext. | Cowen and Company LLC | Interested Party, Cowen & Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8920589 | Michael J. Walsh | (646) 855-8154 ext. | Bank of America | Creditor, Bank of America / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8920564 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Computershare Trust Company, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8920563 | Jamila Willis | (212) 335-4969 ext. | DLA Piper US, LLP | Interested Party, DLA Piper US, LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8919160 | Peter Young | (310) 284-4542 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5178) | Hearing | 8916836 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |