1   UNITED STATES BANKRUPTCY COURT

2   DISTRICT OF DELAWARE

3

4   In re:                          :

5                                   :    Chapter 11

6   ENERGY FUTURE HOLDINGS          :    Case No. 14-10979 (CSS)

7   CORP., et al.,                  :

8           Debtors.                :    (Jointly Administered)

9   _____:

10

11                               United States Bankruptcy Court

12                               824 North Market Street

13                               Wilmington, Delaware

14                               February 23, 2018

15                               1:58 p.m. - 2:22 p.m.

16

17

18

19

20

21   B E F O R E :

22   HON CHRISTOPHER S. SONTCHI

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO OPERATOR:   UNKNOWN

1    HEARING re First Amended Joint Plan of Reorganization of

2    Energy Future Holdings Corp., Energy Future Intermediate

3    Holding Company LLC, and the EFH/EFIH Debtors Pursuant to

4    Chapter 11 of the Bankruptcy Code [D.I. 12653; filed

5    February 15, 2018]

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

```
1    A P P E A R A N C E S :

2

3    KIRKLAND & ELLIS LLP

4         Attorneys for the Debtors

5

6    BY:  MARK E. MCKANE

7

8    ROPES & GRAY LLP

9         Attorneys for Creditor, Elliott Management Corporation

10

11   BY:  GREGG M. GALARDI

12

13   UNITED STATES DEPARTMENT OF JUSTICE

14         Attorney for the U.S. Trustee

15

16   RICHARD SCHEPACARTER

17

18   HOGAN MCDANIEL

19         Attorneys for Objector, Shirley Fenicle, David William

20         Fahy, John H. Jones & David Heinzman, et al.

21

22   BY:  DANIEL K. HOGAN

23

24

25
```

1   ALSO PRESENT TELEPHONICALLY:

2

3   ARLENE R. ALVES

4   SAM N. ASHURAEY

5   ROBIN D. BALL

6   JOSHUA BRODY

7   MATTHEW C. BROWN

8   CHRISTOPHER L. CARTER

9   CHRIS CARTY

10   ALLISTER CHAN

11   MARK A. CODY

12   ERIC C. DAUCHER

13   DANIEL DEFRANCESCHI

14   JAMIE L. EDMONSON

15   ERIN FAY

16   MARK A. FINK

17   MICHAEL FIRESTEIN

18   JOSEPH A. FLORCZAK

19   DAVID M. FOURNIER

20   BRIAN CLUECKSTEIN

21   ISLEY M. GOSTIN

22   TAYLOR B. HARRISON

23   CHAD J. HUSNICK

24   LAURA D. JONES

25   HAROLD KAPLAN

1    MARC KIESELSTEIN

2    DAVID M. KLAUDER

3    THOMAS LAURIA

4    RAYMOND LEMISCH

5    JASON M. MADRON

6    MATTHEW B. MCGUIRE

7    R. STEPHEN MCNEILL

8    TINA MOSS

9    JAMES E. O'NEILL

10   RICHARD PEDONE

11   CHRISTIAN SAE

12   JEFFREY M. SCHLERF

13   NED S. SCHODEK

14   CHARLES E. SIEVING

15   CHRISTOPHER P. SIMON

16   FREDRIC SOSNICK

17   BRAYN STEPHANY

18   J. KATE STICKLES

19   ANGELO THALASSINOS

20   MARK K. THOMAS

21   AMER TIWANA

22   MATTHEW UNDERWOOD

23

24

25

1                    P R O C E E D I N G S

2              THE COURT:  Good afternoon, counsel.  This is

3       Judge Sontchi.  This is the time set for a pretrial

4       conference in EFH, Case 14-10979.  The preparation for

5       confirmation trial, which is scheduled for Monday and

6       Tuesday of next week.

7              So I will turn it over to Debtors' counsel to take

8       the lead.  I assume it's Mr. McKane, but to whomever wishes

9       to speak from Debtor's counsel, please go ahead.

10             MR. McKANE:  Thank you, Your Honor.  It is Mark

11      McKane of Kirkland & Ellis on behalf of the Debtors, and I

12      will be efficient today.  And we do appreciate your

13      willingness to have this final pretrial conference

14      telephonically.

15             First, what we would like to do, Your Honor, is

16      give you a brief update on where we stand since yesterday.

17      Yesterday's ruling certainly prompted continued discussions

18      with Nextera and Elliott and Sempra about next week's

19      confirmation hearing.  We have -- we, the Debtors, have been

20      in touch with all three constituencies.

21             And the Debtors have taken the lead in drafting

22      proposed language for a confirmation order that we believe

23      would have resolved the Nextera objection.  That language

24      has been shared with Nextera and Elliott and Sempra, and

25      we've received some relatively constructive feedback from

1    the parties as well.

2              I cannot say that the Nextera objection is

3    resolved at this time, and I cannot say it will ultimately

4    be resolved.  But progress has certainly been made, and the

5    Debtors are going to continue to work with Nextera and

6    Elliott, among others, to get there.

7              It may be that we, the Debtors, believe that

8    everything we've put forward does ultimately resolve the

9    objection, but that Nextera doesn't agree.  And so,

10   ultimately, we could be in a situation where on Monday, we

11   may be proposing language that we believe would ultimately

12   resolve their objection.

13             Nextera may not agree with that language; Elliott

14   may not agree with that language.  But we don't believe that

15   this reserve issue is ultimately going to alter materially,

16   or maybe at all, the evidentiary presentation, and it may

17   fall down simply to argument, likely largely in the closing

18   argument.

19             But that is the status update from yesterday.

20   Before I go further, I don't know if counsel for Nextera or

21   Elliott want to comment on that.

22             MR. DAUCHER:  Good afternoon, Your Honor.  This is

23   Eric Daucher from Norton Rose Fulbright on behalf of

24   Nextera.  I think I would largely echo what Mr. McKane has

25   said.  We appreciate the timeliness and the clarity provided

1    by your ruling yesterday.  I think it's safe to say the

2    discussions we've had so far with Debtor's counsel and the

3    exchange of language has been productive and constructive.

4    I think it is correct to say that our objection is not

5    resolved at this time, but I am cautiously optimistic.

6    Thank you.

7              THE COURT:  You're welcome.

8              MR. GALARDI:  Your Honor, Gregg Galardi.  I would

9    also say that they've been productive conversations, but I

10   would like to make a couple of clarifications.

11             First, the ruling that Your Honor made, we

12   understand to be a ruling on the motion in limine.  Your

13   Honor did give direction or your preliminary thoughts on the

14   reserve issue, and I think we should be clear that Elliott

15   is still grasping what that means.  Went back to the

16   objection that was filed by Nextera; looked specifically at

17   that objection, which raised legal arguments under

18   1129(a)(9), 502(c), and specific plan language.

19             While I would say that we would be hopeful to

20   resolve that objection, and Elliott is -- remains supportive

21   of the plan, wants the plan to be consummated -- the

22   language on those particular issues in the objections, we

23   are still reserving rights on the language that may go into

24   the plan and whether that objection can actually be resolved

25   with the plan language.

1        THE COURT:  Okay.  Well, thank you.  And

2    absolutely, the comments that I made after ruling on the

3    motion in limine were preliminary thoughts of the Court.  I

4    think I made it clear, but to make it clear again, they were

5    not a ruling on those issues.  And I was going to await

6    evidence and argument at the trial before making a ruling,

7    if necessary, on those issues.

8        But I thought it would be helpful for the parties

9    to know where I was coming from, at least preliminarily, and

10   that it might guide discussions going into next week that

11   might resolve the objections.

12       But absolutely, positively we're not ruling on the

13   propriety of setting a reserve or the amount.

14       MR. McKANE:  Thank you, Your Honor.  This is Mark

15   McKane for the Debtors.  Totally understood, and we believe

16   the guidance has been helpful so far and will continue to

17   work for the parties.

18       If I may continue, I can identify some additional

19   means by which the parties have worked together to

20   streamline next week's proceedings?

21       THE COURT:  Of course.

22       MR. McKANE:  So, Your Honor, we believe that

23   ultimately, at this point in time, there are three buckets

24   of issues: we have the asbestos objectors objections to a

25   (indiscernible) premise on good faith; as of the now, the

1    Nextera reserve issue; and then there are two reservations

2    of rights, I believe, by the United States Trustee relating

3    to 503(b) as it relates to Elliot and the EFH indenture

4    trustee.

5            Working with the parties as best we could to

6    streamline those presentations, the evidence necessary to

7    address those issues.  We believe that there may only be two

8    live witnesses at the hearing, and everything else may be

9    done through stipulation and through the declarations.

10            Let me walk through how we've gotten there.  With

11    regards to the asbestos issues, the Debtors and Mr. Hogan,

12    on behalf of the asbestos objectors, have worked

13    obliteratively to streamline the asbestos portion of the

14    hearing.

15            Specifically, there is a current stipulation,

16    which is at Docket #12-294, and that was entered December

17    1st of 2017, that will obviate the need to recall Dr.

18    Vasquez.  The parties have agreed that Dr. Vasquez's

19    opinions would be admissible for purposes of determining

20    feasibility and other Section 1129 issues.

21            The second is an order that was entered relating

22    on Docket #12-547, that was entered January 30th, that

23    addresses specifically certain amounts of evidence that the

24    asbestos objectors would like to have as part of the record

25    here from earlier proceedings.

1             Unlike earlier disputes with the asbestos

2     objectors, Mr. Hogan's client have attached certain

3     affidavits and documents to the confirmation brief relating

4     to standing for their good faith objections.  There may be a

5     narrow evidentiary issue that will come up during the course

6     of the proceedings that we will raise if we can't work it

7     out with Mr. Hogan.  But largely, the evidence from earlier

8     proceedings is going to be going into the record here, we

9     believe, uncontested and will also help streamline

10    proceedings.

11            And then, finally, Your Honor, I understand

12    entered a order this morning addressing the final

13    stipulation, where we have designated portions of the record

14    from the December 2016 motion to dismiss hearing, as well as

15    the February 2017 Nextera plan confirmation hearing.  And

16    that includes written declarations, depositions, and hearing

17    designations, and a relatively long list of exhibits that we

18    believe -- thanks to Your Honor's order that you entered in

19    today -- again, further helps streamline these proceedings.

20    And that will avoid any repetitive or duplication of the

21    asbestos-related evidence.

22            That's the asbestos portion.  We understand that

23    Mr. Hogan does intent to question one or possibly two of our

24    witnesses -- maybe more.  There will be a live direct

25    presentation of Mr. Wright and Mr. Horton, but they will be

1    limited.  And all of our other witnesses will be available

2    for cross-examination, and we will do a proffer of their

3    written declarations and move those into evidence.

4            The other aspect of the hearing, that I understand

5    has an evidentiary component, relates to the 503(b)

6    reservations of rights by the United States Trustee's

7    Office.  The Debtors are very aware of Mr. Schepacarter's

8    efforts to work with Mr. Pedone on behalf of the EFH

9    indenture trustee, and Mr. Galardi on behalf of the Elliott

10   to reach a resolution of those issues, hopefully.

11           We understand that there are declarations that

12   were filed yesterday that will be moved into evidence on

13   Monday.  And while I'll let Messrs. Schepacarter, Pedone,

14   and Galardi specifically address those issues, we also don't

15   believe that that 503(b) issue will take a significant

16   amount of time at the hearing on Monday.

17           I don't know if Mr. Schepacarter, Pedone, or

18   Galardi want to comment on that.

19           MR. SCHEPACARTER:  Thank you, Mr. McKane.  This is

20   Richard Schepacarter for the United States Trustee, Your

21   Honor.  I think largely that the objection of the United

22   States Trustee has been -- I can't say resolved, but I'll

23   say that it has been met with respect to both of the

24   declarations that were submitted, I think yesterday or even

25   this morning.

1          One was one Elliott's behalf for Mr. Rosenbaum;

2     the other one was Ms. Goldstein on behalf of the EFH notes

3     trustee, and that, those declarations are the direct

4     testimony, if you want to call it that, along with the other

5     declarations of facts that have sprinkled throughout those

6     declarations submitted on behalf of Mr. Horton and Mr.

7     Write, as well as Mr. Ying and I guess Mr. Stewart as well.

8          I think that based on that, we would not have any

9     need for either cross-examination or any other direct

10    testimony on behalf of any other witnesses on the 503(b),

11    3(d)(b)(4) and (b)(5) issue.

12         So I think from an evidentiary standpoint, those

13    matters basically are set for the hearing.  And it will be

14    up to Your Honor to make the ruling, not unlike what Your

15    Honor's already done on a number of occasions to find that

16    parties have made substantial contributions and have met the

17    Lebron test under the Third Circuit with respect to 503(b)

18    issues.

19         The only other outstanding issue is one that I

20    think could be resolved, and, hopefully, will be resolved

21    before the hearing, is the language issue that is found in

22    subjection, I guess, it's Article 4(n)(1)(ii), which talks

23    about not only the 503(b), the application of 503(b), but

24    the (ii), which is that fees and expenses can otherwise be

25    paid as administrative expense, which we have a -- I guess a

Page 14

1    legal issue with respect to that.

2             I believe that, and Mr. Pedone and Mr. Galardi can

3    speak for themselves.  But I believe that that issue has

4    been effectively mooted by the submission of the evidence in

5    support of the 503(b) application, that the parties have

6    consented or admitted that 503(b) is the way to get paid.

7             But to clean up the record and to make sure that

8    there are no ambiguities, we would want to see that language

9    obviated somehow through the submission of language attached

10   to the confirmation order.

11            I think that Mr. Pedone has been working on

12   language, and, hopefully, will have it by the time that the

13   confirmation hearing is concluded, hopefully, on Monday

14   afternoon, that submission of an order that will resolve

15   that legal issue for us, make that -- you know, basically

16   make that issue go away.

17            So I think that's where a large part, I think that

18   our objection is 99.44 percent resolved.  And I'll let Mr.

19   Pedone and Mr. Galardi address the court on this issue.

20   Thank you.

21            THE COURT:  Thank you, Mr. Schepacarter.

22            MR. PEDONE:  Your Honor, Richard Pedone.  I agree

23   with Mr. Schepacarter, and we do have some proposed language

24   or deletions from some language that's in the plan that will

25   address the issue and leave the issue to Your Honor to

1    determine on Monday.

2            THE COURT:  Thank you.  Mr. Galardi?

3            MR. GALARDI:  Your Honor, Mr. Schepacarter's last

4    comment about the 503(b) language, I had not yet addressed.

5    We will certainly work with him, as I do agree.  Mr.

6    Rosenbaum will be there in case Your Honor has questions,

7    but I understand that our declaration is satisfactory to him

8    with respect to no need for cross-examination.  And we'll

9    work to make sure we're clear on that 503(b) language as

10   well.

11           THE COURT:  Thank you.  Mr. McKane?

12           MR. McKANE:  Thank you, Your Honor.  So lastly, on

13   Thursday on February 15th, the Debtors filed a notice of the

14   parties proposed joint stipulation and final pretrial order;

15   that's at Docket #12-649.  And the procedures for that

16   pretrial order largely track those from prior confirmation

17   proceedings.  I'd be happy to give the Court a brief update,

18   not what the order says, but where I think we actually may

19   be in terms of overall process as we head into Monday.

20           Specifically, with regards to trial time.  While

21   that order notes that the confirmation hearing would be

22   limited to 11 hours, split evenly between the plan objectors

23   and the plan's supporters and the debtors, I have a very

24   hard time seeing how we will come anywhere near the need for

25   11 hours.  As I have tried to map out there proceedings, I

1    truly believe this will be a one-day proceeding with less

2    than two hours -- you know, maybe two or three hours of

3    evidentiary presentations, just the need of putting in and

4    developing that record.

5         With that, with regards to opening statements, the

6    order specifically provides for 60 minutes for plan

7    objectors and 60 minutes for plan sponsors and debtors.  We

8    have reached out to some of the parties to see whether there

9    would be an interest in dispensing with openings, or really

10   narrowing those openings so as to not -- sorry, to avoid,

11   excuse me -- repetition between what would be in an opening

12   statement and then a closing argument made just a few hours

13   later.

14        We'll continue to work with the parties on that.

15   We're not trying to take anyone's right away with regard to

16   an interest in putting forward an opening statement.  I

17   think we're all just trying to avoid being repetitive, Your

18   Honor, and duplicative.  So, but that is what is currently

19   reflected in the order.  We will continue to work with

20   parties on that.

21        And then with regards to the written directive, I

22   believe we have identified all of the individuals who have

23   provided written declarations: Mr. Horton, the Debtor's CFO;

24   Mr. Wright, the Debtor's general counsel; Mr. Ying; Mr.

25   Stewart; Mr. Rosenbaum; the -- I think one of these general

1    counsels for the EFH indenture trustee as well, that's Ms.

2    Goodstein.

3            So with regards to all those, while, again, we're

4    not trying to take anyone's rights away with regards to

5    cross-examination.  Based on the indications we've received

6    from the parties, we believe that the questions may be

7    limited to just Mr. Horton and Mr. Wright.

8            And that's part of how we factored in how much

9    time the hearing would take.  But we'll continue to work

10   with parties on that, including if there are any objections

11   to any statements made in the written declarations in terms

12   of admissibility.  That work will continue over the weekend,

13   but, hopefully, all that will go smoothly as it has in the

14   past.

15           And as Your Honor knows, what we've done in the

16   past is agreed to exchange demonstrative aids that any of

17   the parties may be using, intending on the day before the

18   hearing.  We will continue that practice; that's baked into

19   the order, and we will do that on Sunday evening at 10:00.

20           And then finally, Your Honor, with regards to

21   closing arguments.  The Debtors do believe we will be able

22   to do this in a day, and so we would be prepared to close

23   Monday afternoon.

24           THE COURT:  Well, that's excellent news.  It

25   sounds like you're very organized, and we continue as a

1    group to get better and better at this and more efficient,

2    so fourth time's the charm.

3              Is there a need or desire to meet prior to the

4    hearing in chambers at 9:30 to just sort of plan the day, or

5    do you feel that's unnecessary?

6              MR. McKANE:   Your Honor, I actually this -- this

7    is Mark McKane for the Debtors.  I actually think a 9:30

8    would be constructive just so we could update Your Honor on

9    where we think the issues remain.

10             THE COURT:  Okay.

11             MR. McKANE:  I certainly don't think we'll need

12   all 30 minutes.  But if 9:30 works for Your Honor, we would

13   appreciate that opportunity.

14             THE COURT:  All right, let's do that.  And that's

15   for the primary parties, the objectors primary proponents,

16   et cetera; that's not for 30 or 40 people to crowd into the

17   room.  But, yeah, let's do that.  And that's purely

18   procedural just to make sure we have a handle on how the day

19   is going to proceed.

20             I haven't heard from Mr. Hogan.  Mr. Hogan,

21   anything you want to -- if you're on the line, anything you

22   want to say?

23             MR. HOGAN:  Thank you, Your Honor.  Daniel Hogan

24   on behalf of the asbestos objectors.  No, Your Honor.  We've

25   worked constructively with the Debtors to try and streamline

1    this process, not only for my benefit, but for the benefit

2    of the Court and the parties; that we're largely going to

3    rely on the record as has been entered by virtue of the

4    stipulations that you've entered as orders, and the past

5    discreet topics on cross-examination, and the closing, Your

6    Honor, but it will be discreet.

7                 THE COURT:  All right.  Thank you, Mr. Hogan.

8    That's excellent news, and I thank everybody for cooperating

9    so efficiently and in making that happen.  I don't think I

10   have any further questions.  Is there anything -- oh, I want

11   to apologize for not getting that stipulation and order

12   signed until this morning.  It ended up -- somehow, it ended

13   up in the wrong pile of papers and got out of the control of

14   my staff and got into the control of me and that's always

15   dangerous, so I apologize for that delay.  I'm glad we were

16   able to take care of that.

17                 Is there anything else?

18                 MR. McKANE:  None for the Debtors, Your Honor.  We

19   thank you again for your time, and we look forward to seeing

20   you on Monday.

21                 THE COURT:  All right.  We'll see you on Monday at

22   9:30 in chambers.  So we're adjourned.  Have a good day.

23

24                          *  *  *  *  *

25

Page 20

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5    Sonya Ledanski          Digitally signed by Sonya Ledanski Hyde
                             DN: cn=Sonya Ledanski Hyde, o, ou,
6    Hyde                    email=digital@veritext.com, c=US
                             Date: 2018.02.26 16:40:56 -05'00'
7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  February 26, 2018

| **&** | **6** | amount 9:13 | bankruptcy 1:1 |
|---|---|---|---|
| **&** 3:3,8,20 6:11 | **60** 16:6,7 | 12:16 | 1:11,23 2:4 |
| **1** | **8** | amounts 10:23 | based 13:8 17:5 |
| **1** 13:22 | **824** 1:12 | angelo 5:19 | basically 13:13 |
| **10:00** 17:19 | **9** | anyone's 16:15 | 14:15 |
| **11** 1:5 2:4 15:22 | **9** 8:18 | 17:4 | behalf 6:11 7:23 |
| 15:25 | **99.44** 14:18 | apologize 19:11 | 10:12 12:8,9 13:1 |

**amount** 9:13 12:16

**amounts** 10:23

**angelo** 5:19

**anyone's** 16:15 17:4

**apologize** 19:11 19:15

**application** 13:23 14:5

**appreciate** 6:12 7:25 18:13

**argument** 7:17,18 9:6 16:12

**arguments** 8:17 17:21

**arlene** 4:3

**article** 13:22

**asbestos** 9:24 10:11,12,13,24 11:1,21,22 18:24

**ashuraey** 4:4

**aspect** 12:4

**assume** 6:8

**attached** 11:2 14:9

**attorney** 3:14

**attorneys** 3:4,9,19

**available** 12:1

**avoid** 11:20 16:10 16:17

**await** 9:5

**aware** 12:7

**b**

**b** 1:21 4:22 5:6 10:3 12:5,15 13:10,11,11,17,23 13:23 14:5,6 15:4 15:9

**back** 8:15

**baked** 17:18

**ball** 4:5

**&**

**&** 3:3,8,20 6:11

**1**

**1** 13:22

**10:00** 17:19

**11** 1:5 2:4 15:22 15:25

**1129** 8:18 10:20

**11501** 20:23

**12-294** 10:16

**12-547** 10:22

**12-649** 15:15

**12653** 2:4

**14-10979** 1:6 6:4

**15** 2:5

**15th** 15:13

**1:58** 1:15

**1st** 10:17

**2**

**2016** 11:14

**2017** 10:17 11:15

**2018** 1:14 2:5 20:25

**23** 1:14

**26** 20:25

**2:22** 1:15

**3**

**3** 13:11

**30** 18:12,16

**300** 20:22

**30th** 10:22

**330** 20:21

**4**

**4** 13:11,22

**40** 18:16

**5**

**5** 13:11

**502** 8:18

**503** 10:3 12:5,15 13:10,17,23,23 14:5,6 15:4,9

**6**

**60** 16:6,7

**8**

**824** 1:12

**9**

**9** 8:18

**99.44** 14:18

**a**

**able** 17:21 19:16

**absolutely** 9:2,12

**accurate** 20:4

**additional** 9:18

**address** 10:7 12:14 14:19,25

**addressed** 15:4

**addresses** 10:23

**addressing** 11:12

**adjourned** 19:22

**administered** 1:8

**administrative** 13:25

**admissibility** 17:12

**admissible** 10:19

**admitted** 14:6

**affidavits** 11:3

**afternoon** 6:2 7:22 14:14 17:23

**agree** 7:9,13,14 14:22 15:5

**agreed** 10:18 17:16

**ahead** 6:9

**aids** 17:16

**al** 1:7 3:20

**allister** 4:10

**alter** 7:15

**alves** 4:3

**ambiguities** 14:8

**amended** 2:1

**amer** 5:21

**bankruptcy** 1:1 1:11,23 2:4

**based** 13:8 17:5

**basically** 13:13 14:15

**behalf** 6:11 7:23 10:12 12:8,9 13:1 13:2,6,10 18:24

**believe** 6:22 7:7 7:11,14 9:15,22 10:2,7 11:9,18 12:15 14:2,3 16:1 16:22 17:6,21

**benefit** 19:1,1

**best** 10:5

**better** 18:1,1

**brayn** 5:17

**brian** 4:20

**brief** 6:16 11:3 15:17

**brody** 4:6

**brown** 4:7

**buckets** 9:23

**c**

**c** 3:1 4:7,12 6:1 8:18 20:1,1

**call** 13:4

**care** 19:16

**carter** 4:8

**carty** 4:9

**case** 1:6 6:4 15:6

**cautiously** 8:5

**certain** 10:23 11:2

**certainly** 6:17 7:4 15:5 18:11

**certified** 20:3

**cetera** 18:16

**cfo** 16:23

**chad** 4:23

**chambers** 18:4 19:22

**chan** 4:10

**chapter**  1:5 2:4
**charles**  5:14
**charm**  18:2
**chris**  4:9
**christian**  5:11
**christopher**  1:22
  4:8 5:15
**circuit**  13:17
**clarifications**  8:10
**clarity**  7:25
**clean**  14:7
**clear**  8:14 9:4,4
  15:9
**client**  11:2
**close**  17:22
**closing**  7:17 16:12
  17:21 19:5
**clueckstein**  4:20
**code**  2:4
**cody**  4:11
**come**  11:5 15:24
**coming**  9:9
**comment**  7:21
  12:18 15:4
**comments**  9:2
**company**  2:3
**component**  12:5
**concluded**  14:13
**conference**  6:4,13
**confirmation**  6:5
  6:19,22 11:3,15
  14:10,13 15:16,21
**consented**  14:6
**constituencies**
  6:20
**constructive**  6:25
  8:3 18:8
**constructively**
  18:25
**consummated**
  8:21
**continue**  7:5 9:16
  9:18 16:14,19

17:9,12,18,25
**continued**  6:17
**contributions**
  13:16
**control**  19:13,14
**conversations**  8:9
**cooperating**  19:8
**corp**  1:7 2:2
**corporation**  3:9
**correct**  8:4
**counsel**  6:2,7,9
  7:20 8:2 16:24
**counsels**  17:1
**country**  20:21
**couple**  8:10
**course**  9:21 11:5
**court**  1:1,11 6:2
  8:7 9:1,3,21 14:19
  14:21 15:2,11,17
  17:24 18:10,14
  19:2,7,21
**creditor**  3:9
**cross**  12:2 13:9
  15:8 17:5 19:5
**crowd**  18:16
**css**  1:6
**current**  10:15
**currently**  16:18

**d**

**d**  4:5,24 6:1 13:11
**d.i.**  2:4
**dangerous**  19:15
**daniel**  3:22 4:13
  18:23
**date**  20:25
**daucher**  4:12 7:22
  7:23
**david**  3:19,20
  4:19 5:2
**day**  16:1 17:17,22
  18:4,18 19:22
**debtor's**  6:9 8:2
  16:23,24

**debtors**  1:8 2:3
  3:4 6:7,11,19,21
  7:5,7 9:15 10:11
  12:7 15:13,23
  16:7 17:21 18:7
  18:25 19:18
**december**  10:16
  11:14
**declaration**  15:7
**declarations**  10:9
  11:16 12:3,11,24
  13:3,5,6 16:23
  17:11
**defranceschi**  4:13
**delaware**  1:2,13
**delay**  19:15
**deletions**  14:24
**demonstrative**
  17:16
**department**  3:13
**depositions**  11:16
**designated**  11:13
**designations**
  11:17
**desire**  18:3
**determine**  15:1
**determining**
  10:19
**developing**  16:4
**direct**  11:24 13:3
  13:9
**direction**  8:13
**directive**  16:21
**discreet**  19:5,6
**discussions**  6:17
  8:2 9:10
**dismiss**  11:14
**dispensing**  16:9
**disputes**  11:1
**district**  1:2
**docket**  10:16,22
  15:15

**documents**  11:3
**dr**  10:17,18
**drafting**  6:21
**duplication**  11:20
**duplicative**  16:18

**e**

**e**  1:21,21 3:1,1,6
  5:9,14 6:1,1 20:1
**earlier**  10:25 11:1
  11:7
**echo**  7:24
**ecro**  1:25
**edmonson**  4:14
**effectively**  14:4
**efficient**  6:12 18:1
**efficiently**  19:9
**efforts**  12:8
**efh**  2:3 6:4 10:3
  12:8 13:2 17:1
**efih**  2:3
**either**  13:9
**elliot**  10:3
**elliott**  3:9 6:18,24
  7:6,13,21 8:14,20
  12:9
**elliott's**  13:1
**ellis**  3:3 6:11
**ended**  19:12,12
**energy**  1:6 2:2,2
**entered**  10:16,21
  10:22 11:12,18
  19:3,4
**eric**  4:12 7:23
**erin**  4:15
**et**  1:7 3:20 18:16
**evening**  17:19
**evenly**  15:22
**everybody**  19:8
**evidence**  9:6 10:6
  10:23 11:7,21
  12:3,12 14:4
**evidentiary**  7:16
  11:5 12:5 13:12

16:3
**examination** 12:2
  13:9 15:8 17:5
  19:5
**excellent** 17:24
  19:8
**exchange** 8:3
  17:16
**excuse** 16:11
**exhibits** 11:17
**expense** 13:25
**expenses** 13:24

**f**

**f** 1:21 20:1
**factored** 17:8
**facts** 13:5
**fahy** 3:20
**faith** 9:25 11:4
**fall** 7:17
**far** 8:2 9:16
**fay** 4:15
**feasibility** 10:20
**february** 1:14 2:5
  11:15 15:13 20:25
**feedback** 6:25
**feel** 18:5
**fees** 13:24
**fenicle** 3:19
**filed** 2:4 8:16
  12:12 15:13
**final** 6:13 11:12
  15:14
**finally** 11:11
  17:20
**find** 13:15
**fink** 4:16
**firestein** 4:17
**first** 2:1 6:15 8:11
**florczak** 4:18
**foregoing** 20:3
**forward** 7:8 16:16
  19:19

**found** 13:21
**fournier** 4:19
**fourth** 18:2
**fredric** 5:16
**fulbright** 7:23
**further** 7:20
  11:19 19:10
**future** 1:6 2:2,2

**g**

**g** 6:1
**galardi** 3:11 8:8,8
  12:9,14,18 14:2
  14:19 15:2,3
**general** 16:24,25
**getting** 19:11
**give** 6:16 8:13
  15:17
**glad** 19:15
**go** 6:9 7:20 8:23
  14:16 17:13
**going** 7:5,15 9:5
  9:10 11:8,8 18:19
  19:2
**goldstein** 13:2
**good** 6:2 7:22
  9:25 11:4 19:22
**goodstein** 17:2
**gostin** 4:21
**gotten** 10:10
**grasping** 8:15
**gray** 3:8
**gregg** 3:11 8:8
**group** 18:1
**guess** 13:7,22,25
**guidance** 9:16
**guide** 9:10

**h**

**h** 3:20
**handle** 18:18
**happen** 19:9
**happy** 15:17
**hard** 15:24

**harold** 4:25
**harrison** 4:22
**head** 15:19
**heard** 18:20
**hearing** 2:1 6:19
  10:8,14 11:14,15
  11:16 12:4,16
  13:13,21 14:13
  15:21 17:9,18
  18:4
**heinzman** 3:20
**help** 11:9
**helpful** 9:8,16
**helps** 11:19
**hogan** 3:18,22
  10:11 11:7,23
  18:20,20,23,23
  19:7
**hogan's** 11:2
**holding** 2:3
**holdings** 1:6 2:2
**hon** 1:22
**honor** 6:10,15
  7:22 8:8,11,13
  9:14,22 11:11
  12:21 13:14 14:22
  14:25 15:3,6,12
  16:18 17:15,20
  18:6,8,12,23,24
  19:6,18
**honor's** 11:18
  13:15
**hopeful** 8:19
**hopefully** 12:10
  13:20 14:12,13
  17:13
**horton** 11:25 13:6
  16:23 17:7
**hours** 15:22,25
  16:2,2,12
**husnick** 4:23
**hyde** 2:25 20:3,8

**i**

**identified** 16:22
**identify** 9:18
**ii** 13:22,24
**includes** 11:16
**including** 17:10
**indenture** 10:3
  12:9 17:1
**indications** 17:5
**indiscernible** 9:25
**individuals** 16:22
**intending** 17:17
**intent** 11:23
**interest** 16:9,16
**intermediate** 2:2
**isley** 4:21
**issue** 7:15 8:14
  10:1 11:5 12:15
  13:11,19,21 14:1
  14:3,15,16,19,25
  14:25
**issues** 8:22 9:5,7
  9:24 10:7,11,20
  12:10,14 13:18
  18:9

**j**

**j** 4:23 5:18
**james** 5:9
**jamie** 4:14
**january** 10:22
**jason** 5:5
**jeffrey** 5:12
**john** 3:20
**joint** 2:1 15:14
**jointly** 1:8
**jones** 3:20 4:24
**joseph** 4:18
**joshua** 4:6
**judge** 1:23 6:3
**justice** 3:13

| k | | |
| --- | --- | --- |

**k**  3:22 5:20
**kaplan**  4:25
**kate**  5:18
**kieselstein**  5:1
**kirkland**  3:3 6:11
**klauder**  5:2
**know**  7:20 9:9
  12:17 14:15 16:2
**knows**  17:15

| l | | |
| --- | --- | --- |

**l**  4:8,14
**language**  6:22,23
  7:11,13,14 8:3,18
  8:22,23,25 13:21
  14:8,9,12,23,24
  15:4,9
**large**  14:17
**largely**  7:17,24
  11:7 12:21 15:16
  19:2
**lastly**  15:12
**laura**  4:24
**lauria**  5:3
**lead**  6:8,21
**leave**  14:25
**lebron**  13:17
**ledanski**  2:25 20:3
  20:8
**legal**  8:17 14:1,15
  20:20
**lemisch**  5:4
**limine**  8:12 9:3
**limited**  12:1 15:22
  17:7
**line**  18:21
**list**  11:17
**live**  10:8 11:24
**llc**  2:3
**llp**  3:3,8
**long**  11:17
**look**  19:19

**looked**  8:16

| m | | |
| --- | --- | --- |

**m**  3:11 4:19,21
  5:2,5,12
**madron**  5:5
**making**  9:6 19:9
**management**  3:9
**map**  15:25
**marc**  5:1
**mark**  3:6 4:11,16
  5:20 6:10 9:14
  18:7
**market**  1:12
**materially**  7:15
**matters**  13:13
**matthew**  4:7 5:6
  5:22
**mcdaniel**  3:18
**mcguire**  5:6
**mckane**  3:6 6:8,10
  6:11 7:24 9:14,15
  9:22 12:19 15:11
  15:12 18:6,7,11
  19:18
**mcneill**  5:7
**means**  8:15 9:19
**meet**  18:3
**messrs**  12:13
**met**  12:23 13:16
**michael**  4:17
**mineola**  20:23
**minutes**  16:6,7
  18:12
**monday**  6:5 7:10
  12:13,16 14:13
  15:1,19 17:23
  19:20,21
**mooted**  14:4
**morning**  11:12
  12:25 19:12
**moss**  5:8
**motion**  8:12 9:3
  11:14

**move**  12:3
**moved**  12:12

| n | | |
| --- | --- | --- |

**n**  3:1 4:4 6:1
  13:22 20:1
**narrow**  11:5
**narrowing**  16:10
**near**  15:24
**necessary**  9:7
  10:6
**ned**  5:13
**need**  10:17 13:9
  15:8,24 16:3 18:3
  18:11
**news**  17:24 19:8
**nextera**  6:18,23
  6:24 7:2,5,9,13,20
  7:24 8:16 10:1
  11:15
**north**  1:12
**norton**  7:23
**notes**  13:2 15:21
**notice**  15:13
**number**  13:15
**ny**  20:23

| o | | |
| --- | --- | --- |

**o**  1:21 6:1 20:1
**o'neill**  5:9
**objection**  6:23 7:2
  7:9,12 8:4,16,17
  8:20,24 12:21
  14:18
**objections**  8:22
  9:11,24 11:4
  17:10
**objector**  3:19
**objectors**  9:24
  10:12,24 11:2
  15:22 16:7 18:15
  18:24
**obliteratively**
  10:13

**obviate**  10:17
**obviated**  14:9
**occasions**  13:15
**office**  12:7
**oh**  19:10
**okay**  9:1 18:10
**old**  20:21
**opening**  16:5,11
  16:16
**openings**  16:9,10
**operator**  1:25
**opinions**  10:19
**opportunity**
  18:13
**optimistic**  8:5
**order**  6:22 10:21
  11:12,18 14:10,14
  15:14,16,18,21
  16:6,19 17:19
  19:11
**orders**  19:4
**organized**  17:25
**outstanding**  13:19
**overall**  15:19

| p | | |
| --- | --- | --- |

**p**  3:1,1 5:15 6:1
**p.m.**  1:15,15
**paid**  13:25 14:6
**papers**  19:13
**part**  10:24 14:17
  17:8
**particular**  8:22
**parties**  7:1 9:8,17
  9:19 10:5,18
  13:16 14:5 15:14
  16:8,14,20 17:6
  17:10,17 18:15
  19:2
**pedone**  5:10 12:8
  12:13,17 14:2,11
  14:19,22,22
**people**  18:16

**percent** 14:18
**pile** 19:13
**plan** 2:1 8:18,21
    8:21,24,25 11:15
    14:24 15:22 16:6
    16:7 18:4
**plan's** 15:23
**please** 6:9
**point** 9:23
**portion** 10:13
    11:22
**portions** 11:13
**positively** 9:12
**possibly** 11:23
**practice** 17:18
**preliminarily** 9:9
**preliminary** 8:13
    9:3
**premise** 9:25
**preparation** 6:4
**prepared** 17:22
**present** 4:1
**presentation** 7:16
    11:25
**presentations**
    10:6 16:3
**pretrial** 6:3,13
    15:14,16
**primary** 18:15,15
**prior** 15:16 18:3
**procedural** 18:18
**procedures** 15:15
**proceed** 18:19
**proceeding** 16:1
**proceedings** 9:20
    10:25 11:6,8,10
    11:19 15:17,25
    20:4
**process** 15:19
    19:1
**productive** 8:3,9
**proffer** 12:2

**progress** 7:4
**prompted** 6:17
**proponents** 18:15
**proposed** 6:22
    14:23 15:14
**proposing** 7:11
**propriety** 9:13
**provided** 7:25
    16:23
**provides** 16:6
**purely** 18:17
**purposes** 10:19
**pursuant** 2:3
**put** 7:8
**putting** 16:3,16

**q**

**question** 11:23
**questions** 15:6
    17:6 19:10

**r**

**r** 1:21 3:1 4:3 5:7
    6:1 20:1
**raise** 11:6
**raised** 8:17
**raymond** 5:4
**reach** 12:10
**reached** 16:8
**really** 16:9
**recall** 10:17
**received** 6:25 17:5
**record** 10:24 11:8
    11:13 14:7 16:4
    19:3 20:4
**reflected** 16:19
**regard** 16:15
**regards** 10:11
    15:20 16:5,21
    17:3,4,20
**related** 11:21
**relates** 10:3 12:5
**relating** 10:2,21
    11:3

**relatively** 6:25
    11:17
**rely** 19:3
**remain** 18:9
**remains** 8:20
**reorganization**
    2:1
**repetition** 16:11
**repetitive** 11:20
    16:17
**reservations** 10:1
    12:6
**reserve** 7:15 8:14
    9:13 10:1
**reserving** 8:23
**resolution** 12:10
**resolve** 7:8,12
    8:20 9:11 14:14
**resolved** 6:23 7:3
    7:4 8:5,24 12:22
    13:20,20 14:18
**respect** 12:23
    13:17 14:1 15:8
**richard** 3:16 5:10
    12:20 14:22
**right** 16:15 18:14
    19:7,21
**rights** 8:23 10:2
    12:6 17:4
**road** 20:21
**robin** 4:5
**room** 18:17
**ropes** 3:8
**rose** 7:23
**rosenbaum** 13:1
    15:6 16:25
**ruling** 6:17 8:1,11
    8:12 9:2,5,6,12
    13:14

**s**

**s** 1:22 3:1 5:13 6:1
**sae** 5:11

**safe** 8:1
**sam** 4:4
**satisfactory** 15:7
**says** 15:18
**scheduled** 6:5
**schepacarter** 3:16
    12:13,17,19,20
    14:21,23
**schepacarter's**
    12:7 15:3
**schlerf** 5:12
**schodek** 5:13
**second** 10:21
**section** 10:20
**see** 14:8 16:8
    19:21
**seeing** 15:24
    19:19
**sempra** 6:18,24
**set** 6:3 13:13
**setting** 9:13
**shared** 6:24
**shirley** 3:19
**sieving** 5:14
**signed** 19:12
**significant** 12:15
**simon** 5:15
**simply** 7:17
**situation** 7:10
**smoothly** 17:13
**solutions** 20:20
**sontchi** 1:22 6:3
**sonya** 2:25 20:3,8
**sorry** 16:10
**sort** 18:4
**sosnick** 5:16
**sounds** 17:25
**speak** 6:9 14:3
**specific** 8:18
**specifically** 8:16
    10:15,23 12:14
    15:20 16:6

| | | | |
|---|---|---|---|
| split 15:22 | **t** | totally 9:15 | **w** |
| sponsors 16:7 | | touch 6:20 | |
| sprinkled 13:5 | t 20:1,1 | track 15:16 | walk 10:10 |
| staff 19:14 | take 6:7 12:15 | transcribed 2:25 | want 7:21 12:18 |
| stand 6:16 | 16:15 17:4,9 | transcript 20:4 | 13:4 14:8 18:21 |
| standing 11:4 | 19:16 | trial 6:5 9:6 15:20 | 18:22 19:10 |
| standpoint 13:12 | taken 6:21 | tried 15:25 | wants 8:21 |
| statement 16:12 | talks 13:22 | true 20:4 | way 14:6 |
| 16:16 | taylor 4:22 | truly 16:1 | we've 6:25 7:8 8:2 |
| statements 16:5 | telephonically 4:1 | trustee 3:14 10:2 | 10:10 17:5,15 |
| 17:11 | 6:14 | 10:4 12:9,20,22 | 18:24 |
| states 1:1,11 3:13 | terms 15:19 17:11 | 13:3 17:1 | week 6:6 9:10 |
| 10:2 12:6,20,22 | test 13:17 | trustee's 12:6 | week's 6:18 9:20 |
| status 7:19 | testimony 13:4,10 | try 18:25 | weekend 17:12 |
| stephany 5:17 | thalassinos 5:19 | trying 16:15,17 | welcome 8:7 |
| stephen 5:7 | thank 6:10 8:6 9:1 | 17:4 | went 8:15 |
| stewart 13:7 | 9:14 12:19 14:20 | tuesday 6:6 | william 3:19 |
| 16:25 | 14:21 15:2,11,12 | turn 6:7 | willingness 6:13 |
| stickles 5:18 | 18:23 19:7,8,19 | two 10:1,7 11:23 | wilmington 1:13 |
| stipulation 10:9 | thanks 11:18 | 16:2,2 | wishes 6:8 |
| 10:15 11:13 15:14 | think 7:24 8:1,4 | **u** | witnesses 10:8 |
| 19:11 | 8:14 9:4 12:21,24 | | 11:24 12:1 13:10 |
| stipulations 19:4 | 13:8,12,20 14:11 | u.s. 1:23 3:14 | work 7:5 9:17 |
| streamline 9:20 | 14:17,17 15:18 | ultimately 7:3,8 | 11:6 12:8 15:5,9 |
| 10:6,13 11:9,19 | 16:17,25 18:7,9 | 7:10,11,15 9:23 | 16:14,19 17:9,12 |
| 18:25 | 18:11 19:9 | uncontested 11:9 | worked 9:19 |
| street 1:12 | third 13:17 | understand 8:12 | 10:12 18:25 |
| subjection 13:22 | thomas 5:3,20 | 11:11,22 12:4,11 | working 10:5 |
| submission 14:4,9 | thought 9:8 | 15:7 | 14:11 |
| 14:14 | thoughts 8:13 9:3 | understood 9:15 | works 18:12 |
| submitted 12:24 | three 6:20 9:23 | underwood 5:22 | wright 11:25 |
| 13:6 | 16:2 | united 1:1,11 3:13 | 16:24 17:7 |
| substantial 13:16 | thursday 15:13 | 10:2 12:6,20,21 | write 13:7 |
| suite 20:22 | time 6:3 7:3 8:5 | unknown 1:25 | written 11:16 |
| sunday 17:19 | 9:23 12:16 14:12 | unnecessary 18:5 | 12:3 16:21,23 |
| support 14:5 | 15:20,24 17:9 | update 6:16 7:19 | 17:11 |
| supporters 15:23 | 19:19 | 15:17 18:8 | wrong 19:13 |
| supportive 8:20 | time's 18:2 | **v** | **y** |
| sure 14:7 15:9 | timeliness 7:25 | | |
| 18:18 | tina 5:8 | vasquez 10:18 | yeah 18:17 |
| | tiwana 5:21 | vasquez's 10:18 | yesterday 6:16 |
| | today 6:12 11:19 | veritext 20:20 | 7:19 8:1 12:12,24 |
| | topics 19:5 | virtue 19:3 | yesterday's 6:17 |
| | | | ying 13:7 16:24 |