**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 12653, 12655, 12748** |
| | ) | |

**NOTICE OF FILING OF FURTHER
AMENDED PROPOSED CONFIRMATION ORDER**

    **PLEASE TAKE NOTICE** that, on February 15, 2018, Energy Future Holdings

Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the

"EFH Debtors"),[2] Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH

Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the

"EFH/EFIH Debtors") filed the *First Amended Joint Plan of Reorganization of Energy Future*

*Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH*

*Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, dated February 15, 2018 [D.I. 12653]

(as may be further amended, modified, or supplemented, the "Plan") with the United States

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The other EFH Debtors are Ebasco Services of Canada Limited, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Finance (No. 2) Holdings Company, EFH FS Holdings Company, EFH Renewables Company LLC, Generation Development Company LLC, LSGT Gas Company LLC, LSGT SACROC, Inc., NCA Development Company LLC, and TXU Receivables Company.

Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, in connection with the Plan, on February 15, 2018, the EFH/EFIH Debtors also filed a proposed form of the *Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12655].  Thereafter, on February 25, 2018, the EFH/EFIH Debtors filed an amended proposed form of the *Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12748; Ex. A] (the "Amended Proposed Confirmation Order") in connection with the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on February 26, 2018, the Court held a hearing to consider confirmation of the Plan.  On the record of the February 26, 2018 hearing, the Court provided a verbal indication that it will confirm the Plan, subject to the submission of a revised form of confirmation order in connection with the Plan that is consistent with the Court's rulings made on the record at the February 26, 2018 hearing.

**PLEASE TAKE FURTHER NOTICE** that, today, the EFH/EFIH Debtors have filed a further amended proposed form of the *Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* (the "Further Amended Proposed Confirmation Order") with the Court in connection with the Plan that the EFH/EFIH Debtors believe is consistent with the Court's rulings made on the record at the February 26, 2018 hearing.  A copy of the Further Amended Proposed Confirmation Order is

attached hereto as **Exhibit 1**.  For the convenience of the Court and other parties-in-interest, a redline comparison of the Further Amended Proposed Confirmation Order marked against the Amended Proposed Confirmation Order is attached hereto as **Exhibit 2**.

**PLEASE TAKE FURTHER NOTICE** that, the EFH/EFIH Debtors believe that the Further Amended Proposed Confirmation Order is unobjectionable to entry to all of the Participating Parties (as such term is defined in D.I. 11835, 12279, and 12519) *other than Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, the "Elliott Funds")*.

**PLEASE TAKE FURTHER NOTICE** that, the EFH/EFIH Debtors intend to request that the Court enter the Further Amended Proposed Confirmation Order over the objection of the Elliott Funds at the hearing scheduled to be held before The Honorable Christopher S. Sontchi at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **February 27, 2018 starting at 2:00 p.m. (Eastern Standard Time)**.

*[Remainder of page intentionally left blank.]*

3

Dated: February 27, 2018
Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:     (302) 651-7701
Email:          collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:          edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com
                    aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:          james.sprayregen@kirkland.com
                    marc.kieselstein@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

Co-Counsel to the Debtors and Debtors in Possession