# SIGN-IN SHEET

**CASE NAME:** EFH  
**CASE NO:** 14-10979 (CSS)  
**COURTROOM LOCATION:** 6  
**DATE:** 2/27/17 at 2:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew McGuire | Landis Rath & Cobb | Nextera |
| Robin Ball | Norton Rose Fulbright | " |
| Eric Daucher | " | " |
| Roy Lewisch | Klehr Harrison | UMB Bank Indenture Trustee |
| Harold Kaplan | Foley & Lardner | " |
| Jeffrey S. Sabin | Venable | Pimco |
| Aparna Yenamandra | Kirkland & Ellis | The Debtors |
| Patrick Venter | " | " |
| Mark McKane | " | " |
| Jason Madron | Richards Layton | " |
| Courtney Emerson | Fox Rothschild | Sempra Energy |
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |
| R. Stephen McNeill | Potter Anderson & Corroon | EFIH DIP Agent |
| Gregg Galardi | Ropes & Gray | Elliott |
| Erin Fay | Bayard PA | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

Calendar Date: 02/27/2018

Calendar Time: 10:00 AM ET

# U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
## #6

*Amended Calendar  Feb 27 2018 10:22AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8922225 | Scott L. Alberino | (202) 887-4000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8916311 | Allister Chan | (212) 310-8748 ext. | Citibank, N.A. | Creditor, Citibank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8861769 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8861773 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8916768 | Jeremy Hollembeak | (212) 530-5189 ext. | Kobre & Kim LLP | Interested Party, Delaware Trust Company / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8916757 | Deborah Kennedy | (303) 291-2339 ext. | Perkins Coie LLP | Interested Party, Delaware Trust Company / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8911199 | Hal F. Morris | (512) 475-4550 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8922217 | Joanna S. Newdeck | (202) 887-4549 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank, N.A. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8913756 | Fredric Sosnick | 212-848-8571 ext. | Shearman & Sterling LLP | Creditor, Citi Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8922682 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8916586 | Stephanie S. Wickouski | (212) 541-1114 ext. | Bryan Cave LLP | Interested Party, Computer Share / LISTEN ONLY |

# Court Conference

Calendar Date: 02/27/2018

Calendar Time: 02:00 PM ET

# U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
## #6

*Amended Calendar  Feb 27 2018 10:22AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923724 | Jacob A. Adlerstein | (212) 373-3142 ext. | Paul Weiss Rifkind Wharton & Garrison | Interested Party, Paul Weiss Rifkind Wharton & Garrison / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923968 | Scott L. Alberino | (202) 887-4000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923600 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923705 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Interested Party, Sempra Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923903 | Christopher L. Carter | (617) 951-8063 ext. | Morgan Lewis & Bockius LLP | Creditor, Pacific Investment Management Co. LLC / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8924020 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Interested Party, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923867 | Daniel DeFranceschi | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923866 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Interested Party, The EFH Official Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8912839 | Mark Flannagan - Client | (212) 808-7925 ext. | UMB Bank | Trustee, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8924028 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923912 | Christopher Fong | (212) 940-3724 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923741 | Brian Glueckstein | (212) 558-4000 ext. | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923716 | Isley M. Gostin | (202) 663-6551 ext. | WilmerHale LLP | Creditor, Delaware Trust Company / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923726 | Mark F. Hebbeln | (312) 832-4394 ext. | Foley & Lardner, LLP | Trustee, UMB Bank / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923779 | Daniel K. Hogan | (302) 656-7540 ext. | Hogan McDaniel | Objector, Shirley Fenicle, David William Fahy, John H. Jones & David Heinzman, et al / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923970 | Joseph H. Huston, Jr. | (302) 425-3310 ext. | Stevens & Lee, P.C. | Representing, Energy Future Intermediate Holding Company LLC / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8924202 | Laura D. Jones | (302) 778-6401 ext. | Pachulski Stang Ziehl & Jones | Representing, EFIH 2nd Lien Indenture Trustee / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923837 | Deborah Kennedy | (303) 291-2339 ext. | Perkins Coie LLP | Interested Party, Delaware Trust Company / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923735 | David M. Klauder | (302) 803-4600 ext. | Bielli & Klauder, LLC | Debtor, Energy Future Holdings Corp. / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923946 | Joanna S. Newdeck | (202) 887-4549 ext. | Akin Gump Strauss Hauer & Feld LLP | Interested Party, UMB Bank, N.A. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923795 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8924197 | Colin R. Robinson | (302) 778-6426 ext. | Pachulski Stang Ziehl & Jones | Representing, EFIH Second Lien Holders / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923703 | Andrew Rosenblatt | (212) 408-5100 ext. | Norton Rose Fulbright US LLP | Interested Party, NextEra Energy, Inc. / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923786 | Christian Sae | (212) 848-4000 ext. | Shearman & Sterling LLP | Creditor, Citibank, N.A. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8924133 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923984 | Christopher P. Simon | 302-777-4200 ext. | Cross & Simon, LLC | Creditor, American Stock Transfer & Trust Company, LLC. / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923763 | J. Kate Stickles | (302) 651-2001 ext. | Cole Schotz P.C. | Creditor, Delaware Trust / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923902 | Nacif Taousse | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings, Corp. / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923662 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |

| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923754 | Megan Wasson | (212) 715-9464 ext. | Kramer Levin Naftalis & Frankel LLP | Interested Party, Computershare Trust Company, N.A. / LISTEN ONLY |
|---|---|---|---|---|---|---|---|---|
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 8923909 | Brady C. Williamson | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LISTEN ONLY |