# Exhibit A

**EFH Cash Projections**

# EFH Distributable Cash

| Distributable Cash | |
|---|---:|
| | **3/31/18** |
| Pre-emergence EFH cash[1] | $334 |
| Less: Debtors / creditors fees at emergence[2] | |
|     Total retained professional fees | (22) |
|     Fidelity fees | (20) |
|     EFH Notes trustees | (17) |
|     Winddown costs | (14) |
|         Less pro fees pre-funded through escrow | 5 |
| Total professional fees | (68) |
| Less: IRS audit settlement payment | (71) |
| Less: Contingency funds | (4) |
| **Sub-total of EFH cash** | **$191** |
| | |
| **Additional Adjustments to EFH Cash** | |
| Plus: SERP / SDP / Split $ | 29 |
| Less: Oncor tax true up less Sempra settlement | (15) |
| **Adjusted EFH cash for EFH creditors[3]** | **$205** |

---

1. Does not reflect payment of termination fee, if any
2. These projections were developed in anticipation of a March 2018 emergence and could change depending on timing and terms of a later emergence
3. Based upon actual cash balance through 1/31/18 and projections thereafter

# Recovery Waterfall – EFH

### EFH Waterfall

| EFH Cash Available for Distribution (3/31/18)[1] | | | | | | | | $205 |

| | EFH Legacy Notes<br>*Class A4* | Unexchanged Notes[2]<br>*Class A5* | EFH LBO Notes<br>*Class A6* | EFH Swaps<br>*Class A7* | Benefit Plan Claims[2]<br>*Class A8* | EFH GUCs[2]<br>*Class A9* | TCEH Settlement<br>*Class A11* | Total<br>*NA* |
|---|---|---|---|---|---|---|---|---|
| Claim Amount | $599 | $6 | $64 | $16 | $30 | $2 | $700 | $1,417 |
| Percent of EFH Claims Pool | 42% | 0% | 4% | 1% | 2% | 0% | 49% | 100% |
| | | | | | | | | |
| Pro Rata Recovery | $87 | $1 | $9 | $2 | $4 | $0 | $101 | $205 |
| Beneficiary Claim True-up | | 5 | | | 26 | 2 | (32) | 0 |
| **Adjusted Recovery** | **$87** | **$6** | **$9** | **$2** | **$30** | **$2** | **$69** | **$205** |
| *% Recovery* | *14%* | *100%* | *14%* | *14%* | *100%* | *100%* | *10%* | *NM* |

Note: Creditor recoveries exclude the impact of any break-up fee that is determined to be payable
1. Includes SRE settlement payment
2. Represents $38 million Beneficiary Claim that receives 100% recovery from TCEH Settlement Claim true-up