**Exhibit B**

**EFIH Cash Projections**

RLF1 18947006v.1

# EFIH Distributable Cash

**Distributable Cash**

|  | **3/31/18** |
|---|---:|
| Pre-emergence EFIH cash[1] | $249 |
| Less: Debtors / creditors fees at emergence[2] |  |
|     Evercore | (9) |
|     Goldin Associates | (1) |
|     Guggenheim | (3) |
|     Expenses | (1) |
|     1st Lien fees | (3) |
|     2nd lien fees | (10) |
|     Retained professionals fees | (31) |
|     Winddown costs | (30) |
|       Less pro fees pre-funded through escrow | 5 |
| Total professional fees | (83) |
| Less: EFIH Administrative and Priority claims | (10) |
| Less: Elliott fees | (35) |
| Less: payment of accrued interest on EFIH DIP | (3) |
| Plus: Sempra settlement | 27 |
| **Adjusted EFIH cash for EFIH creditors[3]** | **$145** |

1. Does not reflect payment of termination fee, if any
2. These projections were developed in anticipation of a March 2018 emergence and could change depending on timing and terms of a later emergence
3. Based upon actual cash balance through 1/31/18 and projections thereafter

# Recovery Waterfall – EFIH

**EFIH Waterfall**

|  | Implied Oncor TEV |
|---|---|
|  | Sempra Bid |
|  | 3/31/18 Emergence |
| **Implied Oncor TEV** | $18,706 |
| Less: Oncor Net Debt (estimate)[1] | (6,898) |
| **Oncor Equity Value** | $11,808 |
| Less: Minority Interest | (2,358) |
| **Oncor Holdings TEV (EFIH Consideration)** | $9,450 |
| Plus: EFIH Distributable Cash at Emergence[2] | 145 |
| **Total Distributable Value to EFIH** | $9,595 |

|  | EFIH Claims | | |
|---|---|---|---|
|  | 3/31/2018 | $ | % |
| EFIH 1L DIP | $6,300 | $6,300 | 100% |
| EFIH 2L Notes | 2,445 | 2,445 | 100% |
| EFIH 2L MW (at 87.5%) | 228 | 199 | 87.5% |
| EFIH Unsecured Notes | 1,656 | 627 | 38% |
| EFH LBO Notes | 64 | 24 | 38% |
| **Total** |  | **$9,595** |  |

Note: Creditor recoveries exclude the impact of any break-up fee that is determined to be payable
1. Oncor Net Debt assumed equal to 12/31/17 projection
2. Includes SRE settlement payment

EVERCORE