# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE WITHDRAW THE APPEARANCE of Stevens & Lee, P.C. as counsel for The City of Dallas, Texas; and

ENTER THE APPEARANCE of John D. Demmy, Esquire of Saul Ewing Arnstein & Lehr, LLP as counsel for The City of Dallas, Texas.

| **SAUL EWING ARNSTEIN & LEHR, LLP** | **STEVENS & LEE, P.C.** |
|---|---|
| */s/   John D. Demmy* | */s/   Joseph H. Huston, Jr.* |
| John D. Demmy (No. 2802) | Joseph H. Huston, Jr. (No. 4035) |
| 1201 N. Market Street, Suite 2300 | 919 N. Market Street, Suite 1300 |
| P.O. Box 1266 | Wilmington, DE 19899 |
| Wilmington, DE 19899 | Tel.: (302) 425-3310 |
| Tel.: (302) 421-6848 | Email: jhh@stevenslee.com |
| Email: john.demmy@saul.com | |

Dated: February 28, 2018

24363327.1 02/28/2018