**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | Jointly Administered |

**NOTICE OF FILING OF CASH PROJECTIONS AND ALLOCATION PROPOSALS
FOR ENERGY FUTURE HOLDINGS CORP., AND ENERGY FUTURE
INTERMEDIATE HOLDING COMPANY LLC**

**PLEASE TAKE NOTICE THAT**, on or around February 21, 2018, the EFH Debtors executed confidentiality agreements (the "Confidentiality Agreements") with certain holders of claims against the EFH Debtors (collectively, the "Creditors").

**PLEASE TAKE FURTHER NOTICE THAT**, the Confidentiality Agreements facilitated discussions between Energy Future Holdings Corp. ("EFH") and Energy Future Intermediate Holding Company LLC ("EFIH") regarding the allocation of claims against EFH and EFIH.

**PLEASE TAKE FURTHER NOTICE THAT**, pursuant to the Confidentiality Agreements, EFH agreed to disclose publicly after a specified period, if certain conditions were met, that EFH and the Creditors had engaged in negotiations concerning the allocation of claims against EFH and EFIH and certain materials provided in furtherance of those negotiations.

**PLEASE TAKE FURTHER NOTICE THAT**, as of the date hereof, EFH and EFIH have not reached agreement on the terms concerning the allocation of claims against EFH and EFIH, and negotiations regarding these allocations are ongoing.

**PLEASE TAKE FURTHER NOTICE THAT**, the EFH Cash Projections attached hereto as **Exhibit A** and the most recent EFH/EFIH allocation proposal, which was rejected by the Elliott Funds (the "EFH/EFIH Allocation Proposal"), attached hereto as **Exhibit C** are being furnished to satisfy EFH's obligations under the Confidentiality Agreements.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 18947006v.1

**PLEASE TAKE FURTHER NOTICE THAT**, on September 11, 2017, the EFH/EFIH Debtors filed the *Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11889] (as modified, amended, or supplemented from time to time, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE THAT**, on September 11, 2017, the EFH/EFIH Debtors filed the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 11887] (as modified, amended, or supplemented from time to time, including at [D.I. 12653], filed on February 15, 2018, and as may be amended, or modified prior to the entry of the EFH Confirmation Order, the "Plan").[2]

**PLEASE TAKE FURTHER NOTICE THAT**, on October 20, 2017, the EFH/EFIH Debtors filed the *Supplement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12104] (as amended, modified, and supplemented from time to time, including at [D.I. 12685], filed on February 22, 2018, the "EFH Plan Supplement").

**PLEASE TAKE FURTHER NOTICE THAT**, the following documents, as each may be modified, amended, or supplemented from time to time in accordance with the Plan and the Disclosure Statement, are attached hereto:

- **Exhibit A** - EFH Cash Projections
- **Exhibit B** - EFIH Cash Projections

**PLEASE TAKE FURTHER NOTICE THAT**, the Cash Projections are filed separately and independently of the EFH Plan Supplement, are subject to ongoing review and revision, are not binding on any party, and are effected by a number of factors (as described in greater detail in the Plan).

**PLEASE TAKE FURTHER NOTICE THAT**, if you would like to obtain a copy of the EFH Disclosure Statement, the Plan, the EFH Plan Supplement or related documents, you should contact Epiq Bankruptcy Solutions, LLC, the voting and claims agent retained by the Debtors in these Chapter 11 Cases, by: (a) calling the Debtors' restructuring hotline at (877) 276-7311; (b) visiting the Debtors' restructuring website at: http://www.efhcaseinfo.com; and/or (c) sending an email to efhvote@epiqsystems.com and reference "EFH/EFIH" in the subject line.  You may also obtain copies of any pleadings filed in these Chapter 11 Cases for a fee via PACER at: http://www.deb.uscourts.gov (password required).

---

[2] Capitalized terms used, but not otherwise defined, in this Notice shall have the same meanings ascribed to such terms in the Plan.

Dated: February 28, 2018
      Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com
      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*