**Exhibit C**

**EFH/EFIH Allocation Proposal**

RLF1 18947006v.1

| **EFH Creditors' 2/25 Proposal to the Elliott Funds** ||
|---|---|
| **Claim/Fee** | **EFH/EFIH Allocation** |
| NEE Plan Reserve | 12.5% EFH; 87.5% EFIH |
| Substantial Contribution Claim | 12.5% of amount attributable to NEE Termination Fee to EFH; remaining Substantial Contribution Claim to EFIH |
| Unsecured Creditors' Committee Fees | 50% EFH; 50% EFIH |