# **EXHIBIT A**

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 4.6 | $1,155.00 |
| [ALL] Case Administration | 3.3 | $1,111.50 |
| [ALL] Plan and Disclosure Statements | 1.2 | $420.00 |
| [ALL] Non-BK Retention and Fee Applications | 1.3 | $455.00 |
| [ALL] Contested Matters & Adv. Proceed. | 0.1 | $35.00 |
| [ALL] Hearings | 3.2 | $1,120.00 |
| [EFH] Contested Matters & Adv Proceed. | 1.7 | $595.00 |
| **Total** | **30.8** | **$4,891.50** |