# EXHIBIT B

**[Attorney and Paraprofessional Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David M. Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 12.5 | $4,375.00 |
| Cory P. Stephenson | Associate | 2015 (DE) 2015 (PA) | Bankruptcy | $205.00 | 0.3 | $61.50 |
| Tyler Sacchetta | Law Clerk | *Not Admitted | Litigation Support | $175.00 | 2.6 | $455.00 |
| **Total** | | | | | **15.4** | **$4,891.50** |