# **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| **Expense Category** | **Total Expenses** |
|---|---:|
| Court Fees | $93.00 |
| In-House Reproduction | $8.30 |
| **Total** | **$101.30** |
|  |  |