# **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---:|
| 01-09-2018 | In-House Reproduction | Photocopies (46) | $4.60 |
| 01-11-2018 | Court Fees | CourtCall | $93.00 |
| 01-30-2018 | In-House Reproduction | Photocopies (37) | $3.70 |
| **TOTAL** | | | **$101.30** |
| | | | |