# **EXHIBIT A**

Invoice Date: 2/28/18
Invoice Number: 756188
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 16.00 | $9,357.00 |
| 010 | Employment and Fee Applications (MMWR) | 11.70 | $4,627.50 |
| 011 | Employment and Fee Applications (Others) | 2.10 | $997.50 |
| 016 | Plan and Disclosure Statement | 2.90 | $1,594.50 |
| 021 | Hearings | 7.00 | $4,599.00 |
| | Matter Total | 39.70 | $21,175.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**