# **EXHIBIT B**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 5.7 | $3,847.50 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $630.00 | 25.20 | $15,876.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **30.90** | **$19,723.50** |
| **LEGAL ASSISTANTS** | | | | |
| Jason Smith | Paralegal | $165.00 | 8.80 | $1,452.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **8.00** | **$1,452.00** |
| **TOTAL ALL PROFESSIONALS** | | | **39.70** | **$21,175.50** |

*Indicates non-working travel time billed at half-rate