# **EXHIBIT C**

## EXPENSE SUMMARY

## January 1, 2018 through January 31, 2018

| Expense Category | Total Expenses |
|---|---|
| Miscellaneous Expenses | $243.00 |
| Pacer | $43.80 |
| **Total:** | **$286.80** |

Thirty-Ninth Monthly Fee Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses