# **EXHIBIT D**

|  |  |
|---|---|
| Invoice Date: | 2/28/18 |
| Invoice Number: | 756188 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 01/31/18 | Pacer | $ | 43.80 |
| 01/17/18 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions - Services for the month of December, 2017 (Acct # 3003555) | $ | 150.00 |
| 01/19/18 | Miscellaneous Expense - PAID TO: Mark A. Fink - 1/8/18, Court Call - Energy Future Holdings, Hearing 11:00am | $ | 93.00 |
| | Total Disbursements | $ | 286.80 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**