Case 14-10979-CSS    Doc 12788    Filed 03/06/18    Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) Objections Due: February 22, 2018 at 4:00 p.m. ET |
| | ) Re: D.I. 12554 |

**CERTIFICATE OF NO OBJECTION REGARDING THIRD MONTHLY FEE STATEMENT OF SHAW FISHMAN GLANTZ & TOWBIN LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM OCTOBER 1, 2017 THROUGH OCTOBER 31, 2017**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Third Monthly Fee Statement of Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman") for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from October 1, 2017 through October 31, 2017 (the "Monthly Fee Statement") [D.I. 12554], filed on February 1, 2018. The undersigned further certifies that he has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Monthly Fee Statement appears thereon. Objections to the Monthly Fee Statement were required to be filed and served no later than February 22, 2018 at 4:00 p.m. ET.

Pursuant to this Court's Order Establishing Procedures for Interim Compensation

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{12270-001 CER A0500664.DOCX}

and Reimbursement of Expenses for Professionals, entered on September 16, 2014 (the "Interim Compensation Order") [D.I. 2066], the Debtors are authorized and directed to pay Shaw Fishman $2,520.11 (the sum of $2,502.00, which represents 80% of the fees for the period of October 1, 2017 through October 31, 2017, and $18.11, which represents 100% of the expenses requested in the Monthly Fee Statement for the same period) upon the filing of this certification and without the need of a court order.

Dated: March 6, 2018                              **SHAW FISHMAN GLANTZ & TOWBIN LLC**

*/s/ Thomas M. Horan*
Thomas M. Horan (Del. Bar No. 4641)
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
Telephone: (302) 480-9412
E-mail: thoran@shawfishman.com

*Special Delaware Counsel to the Debtors and Debtors in Possession*