**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**THIRTY-EIGHTH MONTHLY FEE STATEMENT OF PROSKAUER ROSE LLP,**
**COUNSEL FOR DEBTOR ENERGY FUTURE HOLDINGS CORP.,**
**FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FROM JANUARY 1, 2018 THROUGH JANUARY 31, 2018**

| | |
|---|---|
| **Name of Applicant:** | Proskauer Rose LLP ("<u>Proskauer</u>") |
| Authorized to provide professional services to: | Energy Future Holdings Corp. (the "<u>Debtor</u>") |
| Date of retention: | Retention order entered on January 13, 2015 (effective as of November 19, 2014) [D.I. 3281] |
| Period for which compensation and reimbursement is sought: | January 1, 2018 through January 31, 2018 |
| Amount of compensation sought as actual, reasonable and necessary: | $250,953.60 (80% of $313,692.00) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $3,038.91[2] |

This is a <u>X</u> monthly ___ interim __ final application.  No prior application filed.[3]

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  As set forth in detail on <u>Exhibit C</u> hereto, to comply with the expense reimbursement guidelines and caps established by the fee committee, Proskauer reduced by $558.32 its expense reimbursement request in this Fee Period (as defined herein).

[3]  Notice of this monthly fee statement shall be served in accordance with the Interim Compensation Order (as defined herein) and Fee Committee Order (as defined herein) and objections, if any, to the monthly fee statement shall be addressed in accordance with the Interim Compensation Order and Fee Committee Order.

Pursuant to sections 327, 330 and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [D.I. 3281] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order") and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), Proskauer, counsel for the Debtor, hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $250,953.60 (80% of $313,692.00) for the reasonable and necessary legal services Proskauer rendered to the Debtor from January 1, 2018 through January 31, 2018 (the "Fee Period"); and (ii) reimbursement for the actual and necessary expenses that Proskauer incurred during the Fee Period in the amount of $3,038.91.

**Itemization of Services Rendered and Expenses Incurred**

1.    In support of this Monthly Fee Statement, attached are the following exhibits:

- **Exhibit A** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Proskauer partners, associates and paraprofessionals during the Fee Period with respect to each of the subject matter categories Proskauer established in accordance with its internal billing procedures. As reflected in Exhibit A, Proskauer incurred $313,692.00 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, Proskauer seeks payment of 80% of such fees ($250,953.60 in the aggregate).

- **Exhibit B** is a schedule providing certain information regarding the Proskauer attorneys and paraprofessionals for whose work on the Debtor's chapter 11

case compensation is sought in this Monthly Fee Statement. Proskauer attorneys and paraprofessionals have expended a total of 278.2 hours in connection with the Debtor's chapter 11 case during the Fee Period.

- **Exhibit C** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which Proskauer is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Proskauer's out-of-pocket expenses.

- **Exhibit D** consists of Proskauer's records of expenses incurred during the Fee Period in the rendition of the professional services to the Debtor and its estate.[4] In addition, $319.30 of the reimbursements sought in this Monthly Fee Statement relate to expenses incurred during the prior fee period that, due to the timing of the submission of such expenses and the time it takes to process and account for such expenses, were not included in Proskauer's prior monthly fee statement.

### Proposed Payment Allocation

2.    Proskauer renders legal services only to the Debtor. Pursuant to paragraph 4 of the Retention Order, absent an order of the Court, the fees and expenses incurred by Proskauer are paid by the Debtor. As such, no allocation pursuant to paragraph 2(b) of the Interim Compensation Order is applicable.

### Representations

3.    Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Proskauer reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy

---

[4] Proskauer has negotiated discounted rates for Westlaw and Lexis computer-assisted legal research, which rates vary according to the type of research conducted and the specific files researched, but, in any event, such charges are billed at cost. Computer-assisted legal research is used whenever the researcher determines that using Westlaw or Lexis is more cost effective than using traditional (non-computer assisted legal research) techniques.

Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the Fee Committee Order and the Interim Compensation Order.

WHEREFORE, Proskauer requests (i) allowance of its fees and expenses incurred during the Fee Period in the total amount of $253,992.51, consisting of (A) $250,953.60, which is 80% of the fees incurred by the Debtor for reasonable and necessary professional services rendered by Proskauer, and (B) $3,038.91 for actual and necessary costs and expenses; and (ii) that such fees and expenses be paid as administrative expenses of the Debtor's estate.

Dated:  March 6, 2018                  **PROSKAUER ROSE LLP**
       Los Angeles, California

                                  */s/ Peter J. Young*
                                  Peter J. Young (admitted *pro hac vice*)
                                  2049 Century Park East
                                  32nd Floor
                                  Los Angeles, CA 90067-3206
                                  Telephone:  (310) 557-2900
                                  Facsimile:  (310) 557-2193

                                  and

                                  Jeff J. Marwil (admitted *pro hac vice*)
                                  Mark K. Thomas (admitted *pro hac vice*)
                                  Three First National Plaza
                                  70 West Madison, Suite 3800
                                  Chicago, IL  60602-4342
                                  Telephone:  (312) 962-3550
                                  Facsimile:  (312) 962-3551

                                  *Counsel for Energy Future Holdings Corp.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### Verification of Peter J. Young

1.      I am a partner in the firm of Proskauer Rose LLP ("Proskauer"),[2] which maintains an office for the practice of law at 2049 Century Park East, 32nd Floor, Los Angeles, California 90067-3206.  I am one of the lead attorneys from Proskauer working on the Debtor's chapter 11 case.  I am an attorney duly licensed in, and am a member in good standing of, the Bars for the State of Illinois and the State of California, and am admitted to practice in the United States District Court for the Northern District of Illinois and the United States District Court for the Central District of California.  There are no disciplinary proceedings pending against me.

2.      I have personally performed many of the legal services rendered by Proskauer as counsel to the Debtor and am familiar with all other work performed on behalf of the Debtor by the lawyers and other persons in the firm.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the *Thirty-Eighth Monthly Fee Statement of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from January 1, 2018 Through January 31, 2018* (the "Monthly Fee Statement").

3.      The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information and belief.

4.      I have reviewed Local Bankruptcy Rule 2016-2 and believe that the Monthly Fee Statement for Proskauer complies with Local Bankruptcy Rule 2016-2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  March 6, 2018                              _/s/ Peter J. Young_____

                                        Name:  Peter J. Young
                                        Title:    Partner, Proskauer Rose LLP

**Exhibit A**

[Statement of Fees by Subject Matter]

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 0.4 | $372.50 |
| 003 | EFH Business Operations | 1.2 | $1,350.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 169.5 | $198,446.00 |
| 005 | EFH Corporate Governance and Board Matters | 4.2 | $4,995.00 |
| 006 | Discovery | 0.3 | $337.50 |
| 008 | Fee Applications and Objections | 17.2 | $18,632.50 |
| 010 | Hearings | 6.1 | $6,952.50 |
| 012 | Claims Investigations, Analyses and Objections | 0.7 | $787.50 |
| 013 | Other Meetings and Applications | 0.2 | $225.00 |
| 015 | Plan and Disclosure Statement | 7.1 | $8,077.50 |
| 016 | Tax | 71.3 | $73,516.00 |
| **TOTAL FOR ALL MATTER NOS.** | | **278.2** | **$313.692.00** |

**Exhibit B**

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard M. Corn | Partner | 2005 | Tax | $1,025 | 14.3 | $14,657.50 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,125 | 47.5 | $53,437.50 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,495 | 22.5 | $33,637.50 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,350 | 78.7 | $106,245.00 |
| Peter J. Young | Partner | 2002 | Corporate | $1,125 | 53.0 | $59,625.00 |
| Mani Kakkar | Associate | 2014 | Tax | $695 | 18.9 | $13,135.50 |
| Bowon Koh | Associate | 2015 | Corporate | $695 | 0.8 | $556.00 |
| Janicelynn Asamoto Park | Associate | 2012 | Tax | $875 | 12.3 | $10,762.50 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $950 | 10.2 | $9,690.00 |
| Simona Weil | Associate | 2017 | Litigation | $545 | 13.3 | $7,248.50 |
| Jared D. Zajac | Associate | 2009 | Corporate | $950 | 4.1 | $3,895.00 |
| **Total** | | | | | **275.6** | **$312,890.00** |

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Emma Dillon | Project Assistant | 1 year | Professional Resources | $215 | 0.8 | $172.00 |
| Natasha Petrov | Paralegal | 2 year | Corporate | $350 | 1.8 | $630.00 |
| **Total** | | | | | **2.6** | **$802.00** |

**TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | | **278.2** | **$313,692.00**

**<u>Exhibit C</u>**

[Summary of Actual and Necessary Expenses for the Fee Period]

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Reproduction Costs (at $0.10 per page) | $27.40 |
| Telecommunication | $186.00[1] |
| Research (Lexis/Westlaw/Other Database Searches) | $2,380.00 |
| Litigation and Corporate Support Services[2] | $7.30 |
| Taxi, Carfare, Mileage, Parking | $0.00[3] |
| Messenger/Delivery | $401.46 |
| Business Meals | $36.75 |
| Word Processing and Secretarial Services | $0.00[4] |
| **Total** | **$3,038.91** |

---

[1] Includes a reduction of $3.82 for telecommunication expenses incurred that are not reimbursable pursuant to the fee committee guidelines.

[2] Consists of CourtCall, PACER and outside copying expenses.

[3] Reflects a reduction of $79.30 for cab and carfare expenses that are not reimbursable pursuant to the fee committee guidelines.

[4] Reflects a reduction of $475.20 for word processing and other similar services that are not reimbursable pursuant to the fee committee guidelines.

**Exhibit D**

[Detailed Description of Expenses and Disbursements]

## Disbursements and Other Charges

| Date | Name | Description | Amount |
|------|------|-------------|-------:|
| 11/28/2017 | Jeff J. Marwil | Messenger/delivery | 29.06 |
| 11/28/2017 | Jeff J. Marwil | Messenger/delivery | 8.22 |
| 12/31/2017 | Jeff J. Marwil | Messenger/delivery | 77.81 |
| 12/31/2017 | Emma Dillon | Messenger/delivery | 144.80 |
| 12/31/2017 | Heather A. Seidel | Messenger/delivery | 59.41 |
| 01/02/2018 | Mani Kakkar | Dinner Voucher/sweb-Overtime Meal (worked 7.5 hours) | 36.75 |
| 01/04/2018 | Mark K. Thomas | Reproduction | 3.40 |
| 01/05/2018 | Emma Dillon | Reproduction | 0.10 |
| 01/05/2018 | Emma Dillon | Reproduction | 1.00 |
| 01/05/2018 | Emma Dillon | Reproduction | 0.10 |
| 01/05/2018 | Emma Dillon | Reproduction | 0.10 |
| 01/05/2018 | Emma Dillon | Reproduction | 3.90 |
| 01/05/2018 | Emma Dillon | Reproduction | 0.10 |
| 01/05/2018 | Emma Dillon | Reproduction | 0.10 |
| 01/05/2018 | Emma Dillon | Reproduction | 0.10 |
| 01/05/2018 | Emma Dillon | Reproduction | 0.10 |
| 01/05/2018 | Emma Dillon | Reproduction | 0.50 |
| 01/05/2018 | Natasha Petrov | Reproduction | 0.10 |
| 01/05/2018 | Natasha Petrov | Reproduction | 0.10 |
| 01/05/2018 | Natasha Petrov | Reproduction | 1.00 |
| 01/05/2018 | Natasha Petrov | Reproduction | 3.90 |
| 01/05/2018 | Natasha Petrov | Reproduction | 0.10 |
| 01/05/2018 | Heather A. Seidel | Messenger/delivery | 46.47 |
| 01/08/2018 | Courtney M. Bowman | Litigation Support/docketing-Pacer | 7.30 |
| 01/08/2018 | Mark K. Thomas | Reproduction | 0.10 |
| 01/08/2018 | Peter J. Young | Telephone-Telephonic Hearing Attendance | 93.00 |
| 01/08/2018 | Michael A. Firestein | Telephone-Telephonic Hearing Attendance | 93.00 |
| 01/16/2018 | Jared Zajac | Reproduction | 0.40 |
| 01/16/2018 | Jared Zajac | Reproduction | 0.40 |
| 01/22/2018 | Jared Zajac | Reproduction | 1.90 |
| 01/29/2018 | Simona Weil | Westlaw | 238.00 |
| 01/29/2018 | Jennifer L. Roche | Westlaw | 119.00 |
| 01/29/2018 | Mark K. Thomas | Reproduction | 2.80 |
| 01/30/2018 | Simona Weil | Westlaw | 476.00 |
| 01/30/2018 | Jennifer L. Roche | Westlaw | 238.00 |
| 01/31/2018 | Simona Weil | Westlaw | 476.00 |
| 01/31/2018 | Jennifer L. Roche | Westlaw | 833.00 |
| 01/31/2018 | Document Services | Reproduction | 1.10 |
| 01/31/2018 | Document Services | Reproduction | 1.10 |

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 01/31/2018 | Document Services | Reproduction | 0.30 |
| 01/31/2018 | Document Services | Reproduction | 1.40 |
| 01/31/2018 | Jennifer L. Roche | Reproduction | 1.70 |
| 01/31/2018 | Jennifer L. Roche | Reproduction | 1.50 |
| 01/31/2018 | Emma Dillon | Messenger/delivery | 35.69 |

Disbursements and Other Charges          $     3,038.91

96533749v2