# **EXHIBIT A**

**Statement of Fees and Expenses By Subject Matter**

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---:|---|---:|---:|
| 6 | [ALL E-SIDE] Case Administration | 9.10 | $4,471.00 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 8.20 | $7,289.50 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 385.20 | $377,299.50 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 15.20 | $15,991.00 |
| 12 | [ALL E-SIDE] Hearings | 29.00 | $33,854.00 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 77.30 | $42,093.00 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 3.60 | $2,773.00 |
| 18 | [ALL E-SIDE] Non-Working Travel | 5.40 | $7,137.00 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 137.20 | $160,295.00 |
| 26 | [ALL E-SIDE] Retiree & Empl. Isssues/OPEB | 1.40 | $1,393.00 |
| 29 | [ALL E-SIDE] Tax Issues | 76.50 | $102,031.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 1.50 | $1,099.50 |
| | **Totals:** | **749.60** | **$755,726.50** |

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $274.46 |
| Standard Copies or Prints | $396.50 |
| Color Copies or Prints | $321.60 |
| Scanned Images | $0.00 |
| Travel Expense | $4,339.90 |
| Airfare | $877.30 |
| Transportation to/from airport | $395.98 |
| Travel Meals | $50.78 |
| Car Rental | $105.22 |
| Other Travel Expenses | $76.04 |
| Other Court Costs and Fees | $877.25 |
| Computer Database Research | $897.90 |
| Westlaw Research | $659.89 |
| Overtime Transportation | $40.64 |
| Overtime Meals - Attorney | $100.00 |
| **Total:** | **$9,413.46** |