# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 875.00 | 13.10 | $11,462.50 |
| Maxwell Coll | Associate | 2016 | Litigation - General | 660.00 | 24.20 | $15,972.00 |
| Cole Harlan | Associate | Pending | Restructuring | 575.00 | 20.60 | $11,845.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 950.00 | 7.50 | $7,125.00 |
| Austin Klar | Associate | 2013 | Litigation - General | 885.00 | 1.20 | $1,062.00 |
| Christopher Kochman | Associate | 2015 | Restructuring | 675.00 | 0.60 | $405.00 |
| Kevin McClelland | Associate | 2016 | Restructuring | 675.00 | 1.40 | $945.00 |
| Daniel Rudewicz | Associate | 2016 | Restructuring | 770.00 | 0.40 | $308.00 |
| Matthew Smart | Associate | 2016 | Restructuring | 675.00 | 1.10 | $742.50 |
| Justin Sowa | Associate | 2013 | Litigation - General | 950.00 | 44.70 | $42,465.00 |
| Nacif Taousse | Associate | Pending | Restructuring | 575.00 | 9.60 | $5,520.00 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 850.00 | 9.50 | $8,075.00 |
| McClain Thompson | Associate | 2014 | Litigation - General | 760.00 | 36.00 | $27,360.00 |
| Patrick Venter | Associate | 2016 | Restructuring | 675.00 | 28.70 | $19,372.50 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 995.00 | 148.70 | $147,956.50 |
| Thad Davis | Partner | 2005 | Taxation | 1,235.00 | 0.20 | $247.00 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,145.00 | 30.00 | $34,350.00 |
| Michael Esser | Partner | 2009 | Litigation - General | 1,045.00 | 3.20 | $3,344.00 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,615.00 | 2.00 | $3,230.00 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 1,075.00 | 25.40 | $27,305.00 |
| Chad J Husnick P.C. | Partner | 2004 | Restructuring | 1,425.00 | 31.10 | $44,317.50 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,495.00 | 84.50 | $126,327.50 |
| Michelle Kilkenney, P.C. | Partner | 2002 | Corporate - Debt Finance | 1,315.00 | 0.20 | $263.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,725.00 | 22.40 | $38,640.00 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,245.00 | 25.80 | $32,121.00 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,525.00 | 3.80 | $5,795.00 |
| Veronica Nunn | Partner | 2010 | Corporate - M&A/Private Equity | 1,085.00 | 3.70 | $4,014.50 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 1,075.00 | 6.50 | $6,987.50 |
| Anthony Sexton | Partner | 2011 | Taxation | 1,130.00 | 34.90 | $39,437.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,545.00 | 4.30 | $6,643.50 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 1,085.00 | 49.00 | $53,165.00 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 1,175.00 | 1.80 | $2,115.00 |
| Sara B Zablotney, P.C. | Partner | 2003 | Taxation | 1,405.00 | 3.20 | $4,496.00 |
| **Grand Total** | | | | | **679.30** | **$733,414.50** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Hannah Kupsky | Junior Paralegal | 6 months | Restructuring | 230.00 | 1.00 | $230.00 |
| Michael Chan | Other | 6 months | Admin Services | 220.00 | 20.00 | $4,400.00 |
| Allison Graybill | Other | 4.5 years | Admin Services | 280.00 | 4.50 | $1,260.00 |
| Michael S. Fellner | Paralegal | 9.5 years | Litigation - General | 340.00 | 5.60 | $1,904.00 |
| Robert Orren | Paralegal | 7 years | Restructuring | 380.00 | 29.50 | $11,210.00 |
| Meghan Rishel | Paralegal | 1 year | Litigation - General | 340.00 | 7.70 | $2,618.00 |
| Lib Expert Witness Research | Research Specialist | N/A | Admin Services | 345.00 | 2.00 | $690.00 |
| **Grand Total** | | | | | **70.30** | **$22,312.00** |

|  |  |  |
|---|---|---|
| **Total Fees Requested** | **749.60** | **$755,726.50** |

RLF1 18974029v.1