# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Third Party Telephone Charges | $274.46 |
| Standard Copies or Prints | $396.50 |
| Color Copies or Prints | $321.60 |
| Scanned Images | $0.00 |
| Travel Expense | $4,339.90 |
| Airfare | $877.30 |
| Transportation to/from airport | $395.98 |
| Travel Meals | $50.78 |
| Car Rental | $105.22 |
| Other Travel Expenses | $76.04 |
| Other Court Costs and Fees | $877.25 |
| Computer Database Research | $897.90 |
| Westlaw Research | $659.89 |
| Overtime Transportation | $40.64 |
| Overtime Meals - Attorney | $100.00 |
| **Total:** | **$9,413.46** |