# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

March 1, 2018

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Stephanie Zapata Moore

**Invoice Number:  5297315**
**Client Matter: 14356-109**

---

**In the matter of    [ALL E-SIDE] Expenses**

| | |
|---|---|
| For legal services rendered through January 31, 2018 (see attached Description of Legal Services for detail) | $ .00 |
| For expenses incurred through January 31, 2018 (see attached Description of Expenses for detail) | $ 9,413.46 |
| Total legal services rendered and expenses incurred | $ 9,413.46 |

Legal Services for the Period Ending January 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

| Description | Amount |
|---|---|
| Third Party Telephone Charges | 274.46 |
| Standard Copies or Prints | 396.50 |
| Color Copies or Prints | 321.60 |
| Travel Expense | 4,339.90 |
| Airfare | 877.30 |
| Transportation to/from airport | 395.98 |
| Travel Meals | 50.78 |
| Car Rental | 105.22 |
| Other Travel Expenses | 76.04 |
| Other Court Costs and Fees | 877.25 |
| Computer Database Research | 897.90 |
| Westlaw Research | 659.89 |
| Overtime Transportation | 40.64 |
| Overtime Meals - Attorney | 100.00 |
| | |
| TOTAL EXPENSES | $ 9,413.46 |

Legal Services for the Period Ending January 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Third Party Telephone Charges

| Date | Description | Amount |
|---|---|---|
| 12/21/17 | Beth Friedman, Teleconference, CourtCall Telephonic Hearing Inv# 027409512773 | 65.00 |
| 12/21/17 | Beth Friedman, Teleconference, CourtCall Telephonic Hearing Inv# 027409930314 | 57.50 |
| 12/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls with clients. | 4.47 |
| 12/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conf calls | 8.55 |
| 12/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference. | 5.99 |
| 1/02/18 | Justin Sowa, Internet, Wi-fi on the plane. | 39.95 |
| 1/11/18 | Robert Orren, Teleconference, Court Call Appearance Fee | 93.00 |
| | **Total:** | **274.46** |

Legal Services for the Period Ending January 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 1/02/18 | Standard Prints | 2.40 |
| 1/03/18 | Standard Prints | 8.60 |
| 1/03/18 | Standard Prints | 0.90 |
| 1/03/18 | Standard Prints | 0.50 |
| 1/03/18 | Standard Prints | 2.80 |
| 1/04/18 | Standard Copies or Prints | 0.10 |
| 1/04/18 | Standard Prints | 5.40 |
| 1/04/18 | Standard Prints | 7.20 |
| 1/04/18 | Standard Prints | 8.00 |
| 1/05/18 | Standard Copies or Prints | 0.10 |
| 1/05/18 | Standard Prints | 1.90 |
| 1/05/18 | Standard Prints | 11.60 |
| 1/05/18 | Standard Prints | 1.00 |
| 1/05/18 | Standard Prints | 0.70 |
| 1/05/18 | Standard Prints | 7.30 |
| 1/05/18 | Standard Prints | 21.80 |
| 1/08/18 | Standard Prints | 0.20 |
| 1/08/18 | Standard Prints | 0.10 |
| 1/08/18 | Standard Prints | 0.20 |
| 1/08/18 | Standard Prints | 2.60 |
| 1/09/18 | Standard Prints | 0.30 |
| 1/09/18 | Standard Prints | 0.50 |
| 1/09/18 | Standard Prints | 1.60 |
| 1/10/18 | Standard Prints | 3.40 |
| 1/10/18 | Standard Prints | 2.00 |
| 1/11/18 | Standard Prints | 11.00 |
| 1/12/18 | Standard Prints | 3.60 |
| 1/12/18 | Standard Prints | 0.20 |
| 1/12/18 | Standard Prints | 2.90 |
| 1/12/18 | Standard Prints | 1.80 |
| 1/12/18 | Standard Prints | 0.90 |
| 1/12/18 | Standard Prints | 0.10 |
| 1/12/18 | Standard Prints | 21.50 |
| 1/16/18 | Standard Prints | 4.70 |
| 1/16/18 | Standard Prints | 0.90 |
| 1/16/18 | Standard Prints | 2.10 |

Legal Services for the Period Ending January 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 1/17/18 | Standard Prints | 0.80 |
| 1/17/18 | Standard Prints | 9.20 |
| 1/17/18 | Standard Prints | 0.40 |
| 1/18/18 | Standard Prints | 6.70 |
| 1/18/18 | Standard Prints | 1.40 |
| 1/18/18 | Standard Prints | 0.20 |
| 1/18/18 | Standard Prints | 7.20 |
| 1/18/18 | Standard Prints | 0.10 |
| 1/19/18 | Standard Copies or Prints | 0.20 |
| 1/19/18 | Standard Prints | 5.50 |
| 1/19/18 | Standard Prints | 2.60 |
| 1/22/18 | Standard Copies or Prints | 0.10 |
| 1/22/18 | Standard Prints | 34.60 |
| 1/22/18 | Standard Prints | 1.00 |
| 1/22/18 | Standard Prints | 57.20 |
| 1/22/18 | Standard Prints | 1.10 |
| 1/22/18 | Standard Prints | 0.70 |
| 1/23/18 | Standard Prints | 4.90 |
| 1/23/18 | Standard Prints | 1.00 |
| 1/24/18 | Standard Prints | 10.90 |
| 1/25/18 | Standard Prints | 15.80 |
| 1/25/18 | Standard Prints | 0.50 |
| 1/25/18 | Standard Prints | 0.40 |
| 1/26/18 | Standard Prints | 0.50 |
| 1/26/18 | Standard Prints | 9.50 |
| 1/26/18 | Standard Prints | 1.10 |
| 1/29/18 | Standard Prints | 15.40 |
| 1/29/18 | Standard Prints | 0.90 |
| 1/29/18 | Standard Prints | 6.50 |
| 1/29/18 | Standard Prints | 0.30 |
| 1/29/18 | Standard Prints | 0.50 |
| 1/29/18 | Standard Prints | 1.10 |
| 1/29/18 | Standard Prints | 2.00 |
| 1/29/18 | Standard Prints | 12.80 |
| 1/29/18 | Standard Prints | 1.90 |
| 1/29/18 | Standard Prints | 0.30 |
| 1/29/18 | Standard Prints | 1.10 |
| 1/29/18 | Standard Prints | 2.40 |
| 1/29/18 | Standard Prints | 17.60 |
| 1/29/18 | Standard Prints | 0.10 |
| 1/29/18 | Standard Prints | 4.40 |
| 1/29/18 | Standard Prints | 0.60 |

Legal Services for the Period Ending January 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 1/29/18 | Standard Prints | 9.80 |
| 1/29/18 | Standard Prints | 3.60 |
| 1/29/18 | Standard Prints | 0.70 |
| | **Total:** | **396.50** |

Legal Services for the Period Ending January 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Color Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 1/02/18 | Color Prints | 0.30 |
| 1/02/18 | Color Prints | 2.70 |
| 1/03/18 | Color Prints | 0.30 |
| 1/03/18 | Color Prints | 0.60 |
| 1/03/18 | Color Prints | 22.20 |
| 1/03/18 | Color Prints | 27.30 |
| 1/03/18 | Color Prints | 0.30 |
| 1/03/18 | Color Prints | 4.80 |
| 1/03/18 | Color Prints | 5.10 |
| 1/03/18 | Color Prints | 5.40 |
| 1/03/18 | Color Prints | 1.20 |
| 1/03/18 | Color Prints | 5.40 |
| 1/03/18 | Color Prints | 1.20 |
| 1/04/18 | Color Prints | 1.20 |
| 1/04/18 | Color Prints | 2.40 |
| 1/04/18 | Color Prints | 1.80 |
| 1/04/18 | Color Prints | 6.90 |
| 1/04/18 | Color Prints | 1.20 |
| 1/05/18 | Color Prints | 0.90 |
| 1/05/18 | Color Prints | 0.60 |
| 1/05/18 | Color Prints | 0.60 |
| 1/05/18 | Color Prints | 0.60 |
| 1/05/18 | Color Prints | 0.60 |
| 1/05/18 | Color Prints | 1.80 |
| 1/05/18 | Color Prints | 0.90 |
| 1/05/18 | Color Prints | 3.90 |
| 1/05/18 | Color Prints | 0.30 |
| 1/05/18 | Color Prints | 0.90 |
| 1/05/18 | Color Prints | 0.30 |
| 1/05/18 | Color Prints | 0.30 |
| 1/08/18 | Color Prints | 1.20 |
| 1/09/18 | Color Prints | 4.20 |
| 1/09/18 | Color Prints | 4.20 |
| 1/09/18 | Color Prints | 0.30 |
| 1/09/18 | Color Prints | 4.50 |
| 1/10/18 | Color Prints | 1.80 |

Legal Services for the Period Ending January 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 1/10/18 | Color Prints | 1.50 |
| 1/10/18 | Color Prints | 27.00 |
| 1/10/18 | Color Prints | 5.40 |
| 1/11/18 | Color Prints | 0.60 |
| 1/12/18 | Color Prints | 23.70 |
| 1/12/18 | Color Prints | 0.30 |
| 1/12/18 | Color Prints | 3.00 |
| 1/12/18 | Color Prints | 1.50 |
| 1/12/18 | Color Prints | 1.50 |
| 1/12/18 | Color Prints | 0.90 |
| 1/12/18 | Color Prints | 0.90 |
| 1/12/18 | Color Prints | 1.50 |
| 1/12/18 | Color Prints | 33.30 |
| 1/12/18 | Color Prints | 5.40 |
| 1/16/18 | Color Prints | 0.60 |
| 1/16/18 | Color Prints | 0.30 |
| 1/16/18 | Color Prints | 4.20 |
| 1/17/18 | Color Prints | 1.20 |
| 1/17/18 | Color Prints | 1.20 |
| 1/17/18 | Color Prints | 5.10 |
| 1/18/18 | Color Prints | 0.30 |
| 1/18/18 | Color Prints | 0.30 |
| 1/18/18 | Color Prints | 3.60 |
| 1/18/18 | Color Prints | 0.90 |
| 1/18/18 | Color Prints | 1.50 |
| 1/18/18 | Color Prints | 0.30 |
| 1/19/18 | Color Prints | 0.30 |
| 1/19/18 | Color Prints | 1.20 |
| 1/19/18 | Color Prints | 1.50 |
| 1/19/18 | Color Prints | 1.20 |
| 1/22/18 | Color Prints | 1.50 |
| 1/22/18 | Color Prints | 0.60 |
| 1/22/18 | Color Prints | 0.30 |
| 1/22/18 | Color Prints | 0.30 |
| 1/22/18 | Color Prints | 4.20 |
| 1/26/18 | Color Prints | 0.30 |
| 1/26/18 | Color Prints | 8.10 |
| 1/26/18 | Color Prints | 0.30 |
| 1/29/18 | Color Prints | 0.60 |
| 1/29/18 | Color Prints | 1.80 |
| 1/29/18 | Color Prints | 1.80 |
| 1/29/18 | Color Prints | 1.80 |

Legal Services for the Period Ending January 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 1/29/18 | Color Prints | 0.90 |
| 1/29/18 | Color Prints | 0.60 |
| 1/29/18 | Color Prints | 0.60 |
| 1/29/18 | Color Prints | 0.90 |
| 1/29/18 | Color Prints | 3.00 |
| 1/29/18 | Color Prints | 0.90 |
| 1/29/18 | Color Prints | 1.80 |
| 1/29/18 | Color Prints | 0.60 |
| 1/29/18 | Color Prints | 0.90 |
| 1/29/18 | Color Prints | 1.80 |
| 1/29/18 | Color Prints | 1.50 |
| 1/29/18 | Color Prints | 6.00 |
| 1/29/18 | Color Prints | 2.40 |
| 1/29/18 | Color Prints | 2.40 |
| 1/29/18 | Color Prints | 0.30 |
| 1/29/18 | Color Prints | 1.80 |
| 1/29/18 | Color Prints | 0.30 |
| 1/29/18 | Color Prints | 1.80 |
| 1/29/18 | Color Prints | 0.60 |
| 1/29/18 | Color Prints | 1.50 |
| 1/29/18 | Color Prints | 0.60 |
| 1/29/18 | Color Prints | 4.50 |
| 1/29/18 | Color Prints | 3.90 |
| 1/29/18 | Color Prints | 9.00 |
| 1/29/18 | Color Prints | 3.00 |
| | **Total:** | **321.60** |

Legal Services for the Period Ending January 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Travel Expense**

| Date | Description | Amount |
|---|---|---|
| 1/08/18 | Chad Husnick, Lodging, Wilmington, DE 01/07/2018 to 01/08/2018, Restructuring | 339.90 |
| 1/26/18 | HOTEL DUPONT - 11TH AND MARKET STREETS (NT), Hotel, Hotel Block Deposit | 4,000.00 |
| | **Total:** | **4,339.90** |

Legal Services for the Period Ending January 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Airfare**

| Date | Description | Amount |
|------|-------------|--------|
| 1/05/18 | Chad Husnick, Airfare, Philadelphia, PA 01/07/2018 to 01/11/2018, Restructuring, ORD to PHL | 728.60 |
| 1/05/18 | Chad Husnick, Agency Fee, Restructuring | 58.00 |
| 1/08/18 | Chad Husnick, Rail, New York, NY 01/08/2018 to 01/08/2018, Restructuring, Wilmington Station to Penn Station | 113.00 |
| 1/10/18 | Chad Husnick, Airfare, Chicago, IL 01/07/2018 to 01/11/2018, Restructuring | (364.30) |
| 1/10/18 | Aparna Yenamandra, Rail, Wilmington, DE 01/11/2018 to 01/11/2018, Hearing, Penn Station to Wilmington Station | 113.00 |
| 1/10/18 | Aparna Yenamandra, Agency Fee, Hearing | 58.00 |
| 1/11/18 | Aparna Yenamandra, Rail, New York 01/11/2018 to 01/11/2018, Hearing, Wilmington Station to Penn Station | 113.00 |
| 1/11/18 | Aparna Yenamandra, Agency Fee, Hearing | 58.00 |
|  | **Total:** | **877.30** |

Legal Services for the Period Ending January 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Transportation to/from airport

| Date | Description | Amount |
|---|---|---|
| 11/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From 2253 Francisco St San Francisco  CA 94123  USA To 106 Domestic Terminals Departures Level  San Francisco  CA 94128  USA 10/05/17 | 72.99 |
| 11/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Transportation to/from Airport, Esser Michael To/From Airport From Terminal 2  San Francisco  CA 94128  USA To Terminal 2  San Francisco CA 94128  USA 10/08/17 | 72.99 |
| 1/23/18 | E-ALL ABOUT CHARTER INC - 2225 W HUBBARD STREET (NT), Transportation to/from Airport, 01/07/2018 HUSNICK CHAD  RESIDENCE GLEN ELLYN to ORD  AA479 | 75.00 |
| 1/23/18 | E-ALL ABOUT CHARTER INC - 2225 W HUBBARD STREET (NT), Transportation to/from Airport, 01/11/2018 HUSNICK CHAD  LOTTE NEW YORK PALACE NEW YORK to LGA  AA2587 | 100.00 |
| 1/23/18 | E-ALL ABOUT CHARTER INC - 2225 W HUBBARD STREET (NT), Transportation to/from Airport, 01/11/2018 HUSNICK CHAD  ORD AA2587 to RESIDENCE  Glen Ellyn | 75.00 |
| | **Total:** | **395.98** |

Legal Services for the Period Ending January 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Meals

| Date | Description | Amount |
|------|-------------|-------:|
| 12/11/17 | Bryan Stephany, Travel Meals, Wilmington, NC EFH hearing and mediation. (1) Dinner | 33.79 |
| 12/11/17 | Bryan Stephany, Travel Meals, Philadelphia, PA EFH hearing and mediation. (1) Lunch | 13.99 |
| 1/07/18 | Chad Husnick, Travel Meals, Wilmington, DE Restructuring (1) Dinner | 3.00 |
| | **Total:** | **50.78** |

Legal Services for the Period Ending January 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses


## Description of Expenses

### Car Rental

| Date | Description | Amount |
|------|-------------|--------|
| 12/14/17 | Bryan Stephany, Car Rental, Arlington VA 12/13/2017 to 12/14/2017, EFH hearing and mediation. | 105.22 |
| | **Total:** | **105.22** |

Legal Services for the Period Ending January 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Other Travel Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 12/12/17 | Bryan Stephany, Car Rental Fuel, EFH hearing and mediation. | 22.51 |
| 12/12/17 | Bryan Stephany, Car Rental Fuel, EFH hearing and mediation. | 13.53 |
| 12/12/17 | Bryan Stephany, Parking, Wilmington, NC EFH hearing and mediation. | 40.00 |
|  | **Total:** | **76.04** |

Legal Services for the Period Ending January 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Other Court Costs and Fees

| Date | Description | Amount |
|---|---|---|
| 1/10/18 | E-VERITEXT - PO BOX 71303 (NT), Court Costs and Fees, Original, Electronic & Certified Transcripts Costs, etc. | 877.25 |
| | **Total:** | **877.25** |

Legal Services for the Period Ending January 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Computer Database Research

| Date | Description | Amount |
|------|-------------|-------:|
| 1/08/18 | PACER SERVICE CENTER, Computer Database Research, 10/17 - 12/10 | 496.10 |
| 1/08/18 | PACER SERVICE CENTER, Computer Database Research, 10/17 - 12/10 | 0.50 |
| 1/08/18 | PACER SERVICE CENTER, Computer Database Research, 10/17 - 12/10 | 5.50 |
| 1/08/18 | PACER SERVICE CENTER, Computer Database Research, 10/17 - 12/10 | 0.10 |
| 1/08/18 | PACER SERVICE CENTER, Computer Database Research, 10/17 - 12/10 | 1.10 |
| 1/08/18 | PACER SERVICE CENTER, Computer Database Research, 10/17 - 12/10 | 32.40 |
| 1/08/18 | PACER SERVICE CENTER, Computer Database Research, 10/17 - 12/10 | 0.20 |
| 1/16/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 12/1/2017 | 91.00 |
| 1/16/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 12/22/2017 | 5.00 |
| 1/16/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 12/12/2017 | 13.00 |
| 1/16/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 12/19/2017 | 11.00 |
| 1/16/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 12/8/2017 | 13.00 |
| 1/16/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Natasha Hwangpo on 12/5/2017 | 5.00 |
| 1/16/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Spencer Caldwell-Mcmillan on 12/1/2017 | 43.00 |
| 1/16/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Spencer Caldwell-Mcmillan on 12/21/2017 | 10.00 |
| 1/16/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Spencer Caldwell-Mcmillan on 12/3/2017 | 31.00 |
| 1/16/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Spencer Caldwell-Mcmillan on 12/4/2017 | 140.00 |
| | **Total:** | **897.90** |

Legal Services for the Period Ending January 31, 2018
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Westlaw Research

| Date | Description | Amount |
|------|-------------|-------:|
| 12/01/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CALDWELL-MCMILLAN,SPENCER, 12/1/2017 | 96.18 |
| 12/01/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 12/1/2017 | 33.77 |
| 12/03/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CALDWELL-MCMILLAN,SPENCER, 12/3/2017 | 117.33 |
| 12/04/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, COLL,MAXWELL, 12/4/2017 | 10.79 |
| 12/04/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SOWA,JUSTIN, 12/4/2017 | 32.37 |
| 12/06/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SOWA,JUSTIN, 12/6/2017 | 32.37 |
| 12/20/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, PETRINO,MICHAEL, 12/20/2017 | 19.91 |
| 12/22/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, PETRINO,MICHAEL, 12/22/2017 | 39.82 |
| 12/27/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, STEPHANY,BRYAN, 12/27/2017 | 19.91 |
| 12/27/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 12/27/2017 | 138.14 |
| 12/28/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 12/28/2017 | 97.72 |
| 12/28/17 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SOWA,JUSTIN, 12/28/2017 | 21.58 |
| | **Total:** | **659.89** |

Legal Services for the Period Ending January 31, 2018
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Transportation

| Date | Description | Amount |
|---|---|---|
| 11/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Esser Michael Overtime Transportation From 70-98 W Erie St  Chicago  IL 60654  USA To 132 E Delaware Pl Chicago  IL 60611  USA 10/06/17 | 15.83 |
| 11/01/17 | E-UBER TECHNOLOGIES INC - 1455 MARKET STREET 4TH FLOOR (NT), Overtime Transportation, Esser Michael Overtime Transportation From LaSalle-Wacker Building  Chicago  IL 60601  USA To 877-899 N Michigan Ave  Chicago  IL 60611  USA 10/06/17 | 16.30 |
| 1/23/18 | Maxwell Coll, Taxi, OT Transportation | 8.51 |
| | **Total:** | **40.64** |

Legal Services for the Period Ending January 31, 2018
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Meals - Attorney

| Date | Description | Amount |
|------|-------------|--------|
| 12/24/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Venter Patrick 12/20/2017 | 20.00 |
| 12/24/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Venter Patrick 12/19/2017 | 20.00 |
| 12/24/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Venter Patrick 12/18/2017 | 20.00 |
| 12/24/17 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Taousse Nacif 12/19/2017 | 20.00 |
| 1/23/18 | Maxwell Coll, Overtime Meals - Attorney, OT Meal | 20.00 |
| | **Total:** | **100.00** |

**TOTAL EXPENSES**      **9,413.46**