IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**CERTIFICATION OF COUNSEL REGARDING ORDER APPROVING
STIPULATION TO EXTEND CERTAIN DEADLINES UNDER THE PLAN**

The undersigned hereby certifies as follows:

1. On April 29, 2014, Energy Future Holdings Corp. ("EFH Corp.") and seventy (70) affiliated companies (collectively, the "Debtors") each filed petitions in the United States Bankruptcy Court for the District of Delaware (the "Court") seeking relief under chapter 11 of the United States Bankruptcy Code.

2. On February 15, 2018, the Debtors filed the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12653] (the "Plan"). Article IV.N.1 of the Plan provides for the payment of certain fees and expenses of American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee"[2]), under the indentures for certain notes issued by Energy Future Holdings Corp.[3]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Together the Debtors and the EFH Indenture Trustee are the "Parties".

RLF1 18976845v.1

3. The Confirmation Order [D.I. 12763] was entered on February 27, 2018. As of the date hereof, the EFH Effective Date has not yet occurred.

4. On February 27, 2018, the Court made certain rulings regarding the EFH Indenture Trustee's claims for a substantial contribution (the "EFH Notes Trustee's Substantial Contribution Finding").

5. The Plan and the Confirmation Order provide for the review of the EFH Indenture Trustee's fees and expenses in connection with the EFH Notes Trustee's Substantial Contribution Finding, which will take place after the EFH Effective Date.

6. In light of the foregoing, the Parties submit that it is premature to determine on or prior to the EFH Effective Date what portion, if any, of the EFH Indenture Trustee's fees and expenses may be Allowed as part of the EFH Indenture Trustee's Claims in Classes A4, A5, A6, or B5 (such fees and expenses that may become Allowed as part of the EFH Indenture Trustee's Claims in Classes A4, A5, A6, and B5, the "Potential Allowed Claims").

7. As such, subject to the Court's approval, the Parties have entered into that certain *Stipulation to Extend Certain Deadlines Under the Plan*, dated March 7, 2018 (the "Stipulation"). The Debtors have also prepared a proposed form of order (the "Proposed Order") approving the Stipulation. A copy of the Proposed Order is attached hereto as **Exhibit A**. A copy of the Stipulation is attached as **Exhibit 1** to the Proposed Order. As set forth in the Stipulation (and subject to the terms of the Stipulation), the Parties have agreed that, solely for the purposes of determining whether, and to what extent, the Potential Allowed Claims become Allowed Claims, the deadline to determine the Allowed amount of the Claims in sections III.B.4(b)(iii), III.B.5(b)(iii), III.B.6(b)(iii) and III.B.20(b)(iii) of the Plan is extended from the

---

[3] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Plan.

Effective Date until sixty (60) days after the Court makes a determination on the last Fee Request submitted by the EFH Indenture Trustee, or such other date as may be ordered by the Court. The Debtors believe that the entry of the Proposed Order and approval of the Stipulation is appropriate under the circumstances.

8.     The Debtors therefore respectfully request that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

[*Remainder of page intentionally left blank.*]

Dated: March 7, 2018
      Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com
      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

*Co-Counsel to the Debtors and Debtors in Possession*