**Exhibit A**

**Proposed Order**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### ORDER APPROVING STIPULATION TO
### EXTEND CERTAIN DEADLINES UNDER THE PLAN

Upon consideration of the *Stipulation to Extend Certain Deadlines Under the Plan*, dated March 7, 2018 (the "Stipulation"), by and among American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") and Energy Future Holdings Corp. and seventy (70) affiliated companies (collectively, the "Debtors" and, together with the EFH Indenture Trustee, the "Parties"), a copy of which is attached hereto as **Exhibit 1**, it is hereby

ORDERED that the Stipulation is APPROVED; and it is further

ORDERED that the Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation; and it is further

ORDERED that notwithstanding any applicability of Federal Rule of Bankruptcy Procedure 6004(h), the Stipulation and this Order shall immediately go into effect and shall not be stayed; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters or disputes

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 18976821v.1

2

arising from or relating to the Stipulation or this Order.

Dated: March _____, 2018
       Wilmington, Delaware

                                   THE HONORABLE CHRISTOPHER S. SONTCHI
                                   UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

**[Stipulation]**

Execution Version

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |

### STIPULATION TO EXTEND CERTAIN DEADLINES UNDER THE PLAN

American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee"), under the indentures for certain notes issued by Energy Future Holdings Corp. ("EFH Corp.") (as described in Exhibit 1 attached hereto) and EFH Corp. and seventy (70) affiliated companies (collectively, the "Debtors"), by and through their undersigned counsel, hereby stipulate and agree, subject to the approval of the United States Bankruptcy Court for the District of Delaware (the "Court"), as follows:

### RECITALS

1.     On April 29, 2014, the Debtors each filed petitions in the Court seeking relief under chapter 11 of the United States Bankruptcy Code.

2.     On February 15, 2018, the Debtors filed the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2

*Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12653] (the "Plan").

3. The Plan provides for the payment of certain fees and expenses of the EFH Indenture Trustee.[2] Article IV.N.1 of the Plan.

4. The Confirmation Order [D.I. 12763] was entered on February 27, 2018. As of the date hereof, the EFH Effective Date has not yet occurred.

5. On February 27, 2018, the Court made certain rulings regarding the EFH Indenture Trustee's claims for a substantial contribution (the "EFH Notes Trustee's Substantial Contribution Finding"). *Id*. ¶ 109.

6. The Plan and the Confirmation Order provide for the review of the EFH Indenture Trustee's fees and expenses in connection with the EFH Notes Trustee's Substantial Contribution Finding, which will take place after the EFH Effective Date. *Id*.

7. Thus, it is premature to determine on or prior to the EFH Effective Date what portion, if any, of the EFH Indenture Trustee's fees and expenses may be Allowed as part of the EFH Indenture Trustee's Claims in Classes A4, A5, A6, or B5 (such fees and expenses that may become Allowed as part of the EFH Indenture Trustee's Claims in Classes A4, A5, A6, and B5, the "Potential Allowed Claims").

**NOW THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE, AND UPON THE BANKRUPTCY COURT'S APPROVAL, IT SHALL BE ORDERED AND BINDING ON ALL PARTIES IN INTEREST AS FOLLOWS:**

8. Solely for the purposes of determining whether, and to what extent, the Potential Allowed Claims become Allowed Claims, the deadline to determine the Allowed amount of the

---

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Plan.

3

Claims in sections III.B.4(b)(iii), III.B.5(b)(iii), III.B.6(b)(iii) and III.B.20(b)(iii) of the Plan is extended from the Effective Date until sixty (60) days after the Court makes a determination on the last Fee Request submitted by the EFH Indenture Trustee, or such other date as may be ordered by the Court.

9. Nothing in this Stipulation shall modify the Plan and Confirmation Order with respect to any other Claims asserted by the EFH Indenture Trustee other than the Potential Allowed Claims or otherwise modify the Plan and Confirmation Order.

[*Remainder of page intentionally left blank.*]

Dated: March 7, 2018
Wilmington, Delaware

| | |
|---|---|
| */s/ Christopher P. Simon*<br>Christopher P. Simon (No. 3697)<br>CROSS & SIMON, LLP<br>105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br><br>-and-<br><br>NIXON PEABODY LLP<br>Richard C. Pedone<br>Erik Schneider<br>Morgan C. Nighan<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 345-1000<br>Facsimile: (617) 345-1300<br><br>-and-<br><br>Christopher J. Fong<br>55 West 46th Street<br>New York, NY 10036<br>Telephone: (212) 940-3724<br>Facsimile: (855) 900-8613<br><br>*Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee* | */s/ Jason M. Madron*<br>RICHARDS, LAYTON & FINGER, P.A.<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br><br>-and-<br><br>KIRKLAND & ELLIS LLP<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler, P.C.<br>Brian E. Schartz, P.C.<br>Aparna Yenamandra<br>601 Lexington Avenue<br>New York, NY 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br><br>-and-<br><br>James H.M. Sprayregen, P.C.<br>Marc Kieselstein, P.C.<br>Chad J. Husnick, P.C.<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br><br>*Counsel to the Debtors and Debtors in possession* |

## Exhibit 1

### Indentures

1. Indenture dated as of November 1, 2004, between Energy Future Holdings Corp. ("EFH"), as issuer, and the Indenture Trustee, as trustee, as amended and supplemented by the Officer's Certificate, dated as of November 26, 2004, the Supplemental Indenture, dated as of July 1, 2010, and the Second Supplemental Indenture, dated as of April 15, 2013 (collectively, the "Series P Indenture").

2. Indenture dated as of November 1, 2004, between EFH, as issuer, and the Indenture Trustee, as trustee, as amended and supplemented by the Officer's Certificate, dated as of November 26, 2004, the Supplemental Indenture, dated as of December 5, 2012, and the Second Supplemental Indenture, dated as of April 15, 2013 (collectively, the "Series Q Indenture").

3. Indenture dated as of November 1, 2004, between EFH, as issuer, and the Indenture Trustee, as trustee, as amended and supplemented by the Officer's Certificate, dated as of November 26, 2004, the Supplemental Indenture, dated as of December 5, 2012, and the Second Supplemental Indenture, dated as of April 15, 2013 (collectively, the "Series R Indenture").

4. Indenture dated as of November 16, 2009, between EFH, as issuer, and the Indenture Trustee, as trustee, as amended and supplemented by the Supplemental Indenture, dated as of January 25, 2013, and the Second Supplemental Indenture, dated as of April 15, 2013 (collectively, the "9.75% Senior Notes Indenture").

5. Indenture dated as of January 12, 2010, between EFH, as issuer, and the Indenture Trustee, as trustee, as amended and supplemented by the First Supplemental Indenture, dated as of March 16, 2010, the Second Supplemental Indenture, dated as of April 13, 2010, the Third Supplemental Indenture, dated as of April 14, 2010, the Fourth Supplemental Indenture, dated as of May 21, 2010, the Fifth Supplemental Indenture, dated as of July 2, 2010, the Sixth Supplemental Indenture, dated as of July 6, 2010, the Seventh Supplemental Indenture, dated as of July 7, 2010, the Eighth Supplemental Indenture, dated as of January 25, 2013, and the Ninth Supplemental Indenture, dated as of April 15, 2013 (collectively, the "10.00% Senior Notes Indenture").

6. Indenture dated as of October 31, 2007, among EFH, as issuer, the Guarantors party thereto and the Indenture Trustee, as trustee, as amended and supplemented by the First Supplemental Indenture, dated as of July 8, 2008, the Second Supplemental Indenture, dated as of August 3, 2009, the Third Supplemental Indenture, dated as of July 29, 2010, the Fourth Supplemental Indenture, dated as of October 18, 2011, and the Fifth Supplemental Indenture, dated as of April 15, 2013 (collectively, the "10.875% Senior Notes and 11.250%/12.000% Senior Toggle Notes Indenture", and collectively with the Series P Indenture, the Series Q Indenture, the Series R Indenture, the 9.75% Senior Notes Indenture, and the 10.00% Senior Notes Indenture, the "Indentures").