**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

---------------------------------------------------------------x
:
In re                                                          :   Chapter 11
                                                               :
ENERGY FUTURE HOLDINGS CORP., ET AL.,                          :   Case No. 14-10979 (CSS)
                                                               :
           Debtors.                                            :   (Jointly Administered)
---------------------------------------------------------------x

## AFFIDAVIT OF SERVICE

I, Robert Terziyan, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communications agent for the Official Committee of Unsecured Creditors, in the above-captioned cases.

On March 2, 2018 at my direction and under my supervision, employees of KCC caused the following document to be served via First Class Mail on the service list attached hereto as **Exhibit A**:

- **Application for Compensation Thirty-Ninth Monthly Fee Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the period January 1, 2018 to January 31, 2018** [Docket No. 12775]

Dated: March 7, 2018

_____
Robert Terziyan

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
|---|

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 7th day of March 2018, by Robert Terziyan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____



STANLEY Y. MARTINEZ
Notary Public – California
Los Angeles County
Commission # 2210503
My Comm. Expires Aug 18, 2021

# Exhibit A

Exhibit A

Fee Application Service List - First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp et al | Andrew W Wright and Cecily Gooch | 1601 Bryan St 43rd Fl | | Dallas | TX | 75201 |
| Kirkland & Ellis LLP | Brian E Schartz | 601 Lexington Ave | | New York | NY | 10022 |
| Kirkland & Ellis LLP | Chad Husnick | 300 N LaSalle St | | Chicago | IL | 60654 |
| Milbank Tweed Haldey & McCloy LLP | Evan Fleck Matthew Brod | 1 Chase Manhattan Plaza | | New York | NY | 10005 |
| MORRISON & FOERSTER LLP | BRETT H MILLER AND LORENZO MARINUZZI | 250 W 55TH ST | | NEW YORK | NY | 10019 |
| POLSINELLI PC | CHRISTOPHER WARD JUSTIN EDELSON | 222 DELAWARE AVE STE 1101 | | WILMINGTON | DE | 19801 |
| Richards Layton & Finger PA | Daniel DeFranceschi Jason Madron | 920 N King St | | Wilmington | DE | 19801 |
| Sherman & Sterling LLP | Ned Schodek Fredric Sosnick | 599 Lexington Ave | | New York | NY | 10022 |
| US Department of Justice | Andrea B Schwartz Office of US Trustee | 201 Varick St Rm 1006 | US Federal Building | New York | NY | 10014 |
| US Trustee Region 3 Roberta A DeAngelis | Richard L Schepacarter | 844 King St Rm 2207 | J Caleb Boggs Federal Bldg | Wilmington | DE | 19801 |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 1 of 1