IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## ORDER APPROVING STIPULATION TO EXTEND CERTAIN DEADLINES UNDER THE PLAN

Upon consideration of the *Stipulation to Extend Certain Deadlines Under the Plan*, dated March 7, 2018 (the "Stipulation"), by and among American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") and Energy Future Holdings Corp. and seventy (70) affiliated companies (collectively, the "Debtors" and, together with the EFH Indenture Trustee, the "Parties"), a copy of which is attached hereto as **Exhibit 1**, it is hereby

ORDERED that the Stipulation is APPROVED; and it is further

ORDERED that the Parties are hereby authorized to take any and all actions reasonably necessary to effectuate the terms of the Stipulation; and it is further

ORDERED that notwithstanding any applicability of Federal Rule of Bankruptcy Procedure 6004(h), the Stipulation and this Order shall immediately go into effect and shall not be stayed; and it is further

ORDERED that this Court shall retain jurisdiction over any and all matters or disputes

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 18976821v.1

arising from or relating to the Stipulation or this Order.

Dated: March __8__, 2018
       Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE