# Exhibit C

## Rejected Executory Contracts and Unexpired Leases

**EXHIBIT C**

**List of Executory Contracts and Unexpired Leases to be
Rejected by Reorganized Debtors on the Effective Date**

Pursuant to Article V.A of the Plan, Executory Contracts or Unexpired Leases of the EFH Debtors or the EFIH Debtors including the Rejected Executory Contracts or Unexpired Leases, not previously assumed or rejected pursuant to an order of the Bankruptcy Court, including the TCEH Confirmation Order or the EFH Confirmation Order, are hereby rejected, in accordance with the provisions and requirements of sections 365 and 1123 of the Bankruptcy Code, other than those Executory Contracts or Unexpired Leases that are: (1) identified on the Assumed Executory Contract and Unexpired Lease List; (2) the subject of a motion to assume Executory Contracts or Unexpired Leases that is pending on the EFH Confirmation Date; or (3) subject to a motion to reject an Executory Contract or Unexpired Lease pursuant to which the requested effective date of such rejection is after the EFH Effective Date; provided that each of (1), (2) and (3) must be in form and substance acceptable to the Plan Sponsor with respect to any pleading filed after the date the Merger Agreement is executed.

Entry of the EFH Confirmation Order by the Bankruptcy Court shall constitute approval of such rejections and the assignments and/or assumptions of the Executory Contracts or Unexpired Leases listed on the Assumed Executory Contract and Unexpired Lease List pursuant to sections 365(a) and 1123 of the Bankruptcy Code. Any motions to assume Executory Contracts or Unexpired Leases of the EFH Debtors or EFIH Debtors pending on the EFH Effective Date shall be subject to approval by the Bankruptcy Court on or after the EFH Effective Date by a Final Order. Each Executory Contract and Unexpired Lease assumed pursuant to this Article V.A or by any order of the Bankruptcy Court, which has not been assigned to a third party before the EFH Confirmation Date, shall revest in and be fully enforceable by Reorganized EFH or Reorganized EFIH, as applicable, or their successors in accordance with its terms, except as such terms are modified by the Plan or any order of the Bankruptcy Court authorizing and providing for its assumption under applicable federal law.

Unless otherwise provided by a Final Order of the Bankruptcy Court, all Proofs of Claim with respect to Claims arising from the rejection of Executory Contracts or Unexpired Leases pursuant to the Plan or Confirmation Order, if any, must be Filed and actually received by the Claims and Noticing Agent before the deadline provided in the notice of rejection, which the Debtors will send to the applicable third parties at least 14 days before the applicable Confirmation Hearing. Any Claims arising from the rejection of an Executory Contract or Unexpired Lease not Filed within such time will be automatically disallowed, forever barred from assertion, and shall not be enforceable against the Debtors or the Reorganized EFH/EFIH Debtors, the Estates, or their property without the need for any objection by the Reorganized EFH/EFIH Debtors or further notice to, or action, order, or approval of the Bankruptcy Court or any other Entity, and any Claim arising out of the rejection of the Executory Contract or Unexpired Lease shall be deemed fully satisfied, released, and discharged, notwithstanding anything in the Schedules or a Proof of Claim to the contrary.  All Allowed Claims arising from the rejection of the Debtors' Executory Contracts or Unexpired Leases shall be classified as General Unsecured Claims against the applicable Debtor and shall be treated in accordance with

the Plan, unless a different security or priority is otherwise asserted in such Proof of Claim and Allowed in accordance with Article VII of the Plan.

The Plan Sponsor, Reorganized EFH, and Reorganized EFIH, as applicable, reserve the right to alter, amend, modify, or supplement the Rejected Executory Contract and Unexpired Lease List and the schedules of Executory Contracts and Unexpired Leases with respect to EFH, Reorganized EFH, EFIH, and Reorganized EFIH at any time through and including 45 days after the EFH Effective Date, without incurrence of any penalty or changing the priority or security of any Claim as a result of such treatment change.

Neither the exclusion nor inclusion of any Executory Contract or Unexpired Lease on the Rejected Executory Contract and Unexpired Lease List or the Assumed Executory Contract and Unexpired Lease List, nor anything contained in the Plan, shall constitute an admission by the Debtors that any such contract or lease is in fact an Executory Contract or Unexpired Lease or that any of the Reorganized EFH/EFIH Debtors has any liability thereunder.

## Exhibit C (Contract Rejections)[1]

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Details of Property to be abandoned, if any | Rejection Date |
| 25 | ENERGY FUTURE HOLDINGS CORP. | INDEMNIFICATION AGREEMENT DATED 10/10/2007 | KOHLBERG KRAVIS ROBERTS & CO. LLP, TPG CAPITAL L.P., GOLDMAN, SACHS & CO. | ATTN: MARC LIPSCHULTZ 9 WEST 57TH STREET SUITE 4200 NEW YORK, NY 10019 UNITED STATES | | ON THE EFH EFFECTIVE DATE |
| 27 | ENERGY FUTURE HOLDINGS CORP. | MANAGEMENT SERVICES AGREEMENT | SPONSOR GROUP/LEHMAN BROTHERS INC. | ATTN: MARC LIPSCHULTZ 9 WEST 57TH STREET SUITE 4200 NEW YORK, NY 10019 UNITED STATES | | ON THE EFH EFFECTIVE DATE |
| 43 | ENERGY FUTURE HOLDINGS CORP. | REGISTRATION RIGHTS AGREEMENT | SPONSOR GROUP/CO-INVESTORS | ATTN: MARC LIPSCHULTZ 9 WEST 57TH STREET SUITE 4200 NEW YORK, NY 10019 UNITED STATES | | ON THE EFH EFFECTIVE DATE |
| 52 | ENERGY FUTURE HOLDINGS CORP. ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC ENERGY FUTURE INTERMEDIATE HOLDINGS COMPANY LLC TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC EFIH FINANCE INC. TXU RECEIVABLES COMPANY EFH AUSTRALIA (NO. 2) HOLDINGS CO. EFH FS | COMPETITIVE TAX SHARING AGREEMENT DATED 5/5/2012 | EFH VERMONT INSURANCE BASIC RESOURCES INC. EFH PROPERTIES COMPANY | 1601 BRYAN ST. DALLAS, TX 75201-3411 | | ON THE EFH EFFECTIVE DATE |
| 53 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | AKIN GUMP STRAUSS HAUER & FELD LLP | TWO COMMERCE SQUARE 2001 MARKET STREET, SUITE 4100 PHILADELPHIA, PA 19103-7013 | | ON THE EFH EFFECTIVE DATE |
| 54 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | BLACKSTONE ADVISORY PARTNERS L P | 345 PARK AVENUE NEW YORK, NY 10154 | | ON THE EFH EFFECTIVE DATE |
| 55 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | CAPSTONE ADVISORY GROUP LLC | PARK 80 WEST 250 PEHLE AVE STE 105 SADDLE BROOK, NJ 07663 | | ON THE EFH EFFECTIVE DATE |
| 56 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | CENTERVIEW PARTNERS LLC | 31 W 52ND ST NEW YORK, NY 10019 | | ON THE EFH EFFECTIVE DATE |
| 59 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | FRIED FRANK HARRIS SHRIVER & JACOBSON | ONE NEW YORK PLAZA NEW YORK, NY 10004-1980 | | ON THE EFH EFFECTIVE DATE |
| 60 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | KRAMER LEVIN NAFTALIS & FRANKEL | 1177 AVE OF THE AMERICAS NEW YORK, NY 10036 | | ON THE EFH EFFECTIVE DATE |

(1) Nothing herein affects, impairs, or modifies the right of the EFH Plan Administrator Board to enter into new engagement letters with one or more professionals.  The fees and expenses under such engagement letters will be paid from the EFH/EFIH Cash Distribution Account.  Furthermore, nothing herein affects the rights of any professional currently retained under sections 327, 328, and 1103 of the Bankruptcy Code to be compensated for services performed prior to the EFH Effective Date in accordance with the Plan, the Confirmation Order, and the Interim Compensation Order, which compensation shall be paid from the EFH Professional Fee Escrow Account and/or the EFIH Professional Fee Escrow Account.  For the avoidance of doubt, nothing herein shall prejudice the rights and obligations of the EFH Plan Administrator Board under the Plan and Confirmation Order, including with respect to payments to be made from the EFH/EFIH Cash Distribution Account consistent with the EFH Plan Administration Trust Agreement.

## Exhibit C (Contract Rejections)[1]

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Details of Property to be abandoned, if any | Rejection Date |
| 61 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | ROPES & GRAY LLP | MARK R. SOMERSTEIN 1211 AVENUE OF THE AMERICAS NEW YORK, NY 10036-8704 | | ON THE EFH EFFECTIVE DATE |
| 62 | ENERGY FUTURE HOLDINGS CORP. | CONFIDENTIALITY AGREEMENT | SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE,LLC | 1801 CALIFORNIA STREET SUITE 2800 DENVER, CO 80202 UNITED STATES | | ON THE EFH EFFECTIVE DATE |
| 63 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE,LLC | 1801 CALIFORNIA STREET SUITE 2800 DENVER, CO 80202 UNITED STATES | | ON THE EFH EFFECTIVE DATE |
| 64 | ENERGY FUTURE HOLDINGS CORP. | CONFIDENTIALITY AGREEMENT 10/1/2012 | SAIC ENERGY, ENVIRONMENT & INFRASTRUCTURE, LLC | ADDRESS ON FILE | | ON THE EFH EFFECTIVE DATE |
| 72 | ENERGY FUTURE COMPETITIVE HOLDINGS COMPANY LLC, ENERGY FUTURE HOLDINGS CORP., ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, TEXAS COMPETITIVE ELECTRIC HOLDINGS COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | PERELLA WEINBERG PARTNERS LP | 767 FIFTH AVE NEW YORK, NY 10153 | | ON THE EFH EFFECTIVE DATE |
| 946 | ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | ERNST AND YOUNG LLP | 2323 VICTORY AVENUE SUITE 2000 DALLAS, TX 75219 UNITED STATES | | ON THE EFH EFFECTIVE DATE |
| 1102 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | GIBSON DUNN & CRUTCHER LLP | 333 SOUTH GRAND AVENUE LOS ANGELES, CA 90071-3197 | | ON THE EFH EFFECTIVE DATE |
| 1823 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | FULBRIGHT & JAWORSKI LLP | LINDA L. ADDISON, MANAGING PARTNER 1301 MCKINNEY, SUITE 5100 HOUSTON, TX 77010-3095 | | ON THE EFH EFFECTIVE DATE |
| 1828 | ENERGY FUTURE HOLDINGS CORP. | CONFIDENTIALITY AGREEMENT | NRG ENERGY, INC. | 1201 FANNIN STREET HOUSTON, TX 77002 UNITED STATES | | ON THE EFH EFFECTIVE DATE |
| 2623 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER AND NON-DISCLOSURE AGREEMENT | WACHTELL LIPTON ROSEN & KATZ | AUSTIN WITT 51 W. 52ND STREET NEW YORK, NY 10019 | | ON THE EFH EFFECTIVE DATE |
| 10002 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | CRAVATH, SWAINE & MOORE LLP | WORLDWIDE PLAZA 825 EIGHTH AVENUE NEW YORK, NY 10019-7475 | | ON THE EFH EFFECTIVE DATE |
| 10003 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | DUFF & PHELPS | 55 EAST 52ND STREET NEW YORK NEW YORK 10055 | | ON THE EFH EFFECTIVE DATE |
| 10004 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | GODFREY & KAHN S.C. | ONE EAST MAIN STREET MADISON, WI 53703 | | ON THE EFH EFFECTIVE DATE |

(1) Nothing herein affects, impairs, or modifies the right of the EFH Plan Administrator Board to enter into new engagement letters with one or more professionals. The fees and expenses under such engagement letters will be paid from the EFH/EFIH Cash Distribution Account. Furthermore, nothing herein affects the rights of any professional currently retained under sections 327, 328, and 1103 of the Bankruptcy Code to be compensated for services performed prior to the EFH Effective Date in accordance with the Plan, the Confirmation Order, and the Interim Compensation Order, which compensation shall be paid from the EFH Professional Fee Escrow Account and/or the EFIH Professional Fee Escrow Account. For the avoidance of doubt, nothing herein shall prejudice the rights and obligations of the EFH Plan Administrator Board under the Plan and Confirmation Order, including with respect to payments to be made from the EFH/EFIH Cash Distribution Account consistent with the EFH Plan Administration Trust Agreement.

**Exhibit C (Contract Rejections)**[1]

| | Details of Contract (s) | | Counterparty Information | | Other Information | |
|---|---|---|---|---|---|---|
| Ref. # | Debtor(s) | Description of Contract or Lease | Counterparty | Counterparty Address | Details of Property to be abandoned, if any | Rejection Date |
| 10005 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | GOLDIN ASSOCIATES | 350 FIFTH AVENUE THE EMPIRE STATE BUILDING NEW YORK, NY 10118 | | ON THE EFH EFFECTIVE DATE |
| 10006 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | JENNER & BLOCK | 919 THIRD AVE NEW YORK, NY 10022 | | ON THE EFH EFFECTIVE DATE |
| 10007 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | O'KELLY ERNST & BIELLI LLC | 901 N. MARKET ST. SUITE 1000 WILMINGTON, DE 19801 | | ON THE EFH EFFECTIVE DATE |
| 10008 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | PROSKAUER ROSE LLP | 70 W. MADISON SUITE 3800 CHICAGO, IL 60602 | | ON THE EFH EFFECTIVE DATE |
| 10009 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | SOLIC CAPITAL | 1603 ORRINGTON AVE, SUITE 1600 EVANSTON, IL 60201 | | ON THE EFH EFFECTIVE DATE |
| 10010 | ENERGY FUTURE HOLDINGS CORP. | ENGAGEMENT LETTER | STEVENS & LEE | 1105 NORTH MARKET STREET, SUITE 700 WILMINGTON, DE 19801 | | ON THE EFH EFFECTIVE DATE |

(1) Nothing herein affects, impairs, or modifies the right of the EFH Plan Administrator Board to enter into new engagement letters with one or more professionals. The fees and expenses under such engagement letters will be paid from the EFH/EFIH Cash Distribution Account. Furthermore, nothing herein affects the rights of any professional currently retained under sections 327, 328, and 1103 of the Bankruptcy Code to be compensated for services performed prior to the EFH Effective Date in accordance with the Plan, the Confirmation Order, and the Interim Compensation Order, which compensation shall be paid from the EFH Professional Fee Escrow Account and/or the EFIH Professional Fee Escrow Account. For the avoidance of doubt, nothing herein shall prejudice the rights and obligations of the EFH Plan Administrator Board under the Plan and Confirmation Order, including with respect to payments to be made from the EFH/EFIH Cash Distribution Account consistent with the EFH Plan Administration Trust Agreement.