**<u>Exhibit E</u>**

**Disclosure of New Boards**

RLF1 18982270v.1

## EXHIBIT E[1]

### Disclosure of the "New Boards"[2]

Pursuant to Article IV.J of the Plan,[3] the Debtors hereby disclose the identification of the "New Boards."

### Manager of New Holdco:

New Holdco's sole manager is M. Angelica Espinosa.

### Manager of Intermediary Holdco:

Intermediary Holdco's sole manager is M. Angelica Espinosa.

### Officers of New HoldCo and Intermediary Holdco:

The initial officers of New HoldCo and Intermediary Holdco shall be:

| Officer Name | Title |
| --- | --- |
| M. Angelica Espinosa | President, Secretary |
| Trevor I. Mihalik | Vice President |
| Kathryn J. Collier | Vice President, Treasurer |
| Debbie Urman | Vice President-Tax |
| Joel Dumas | Vice President-Tax |
| Kari E. McCulloch | Assistant Secretary |
| Kathleen C. Teora | Assistant Secretary |

### Directors and Officers of Reorganized EFH:

The initial board of directors of Reorganized EFH shall be:

| Director Name |
| --- |
| M. Angelica Espinosa |
| Debra L. Reed |
| Jeffrey W. Martin |

---

[1] This Exhibit E restates in its entirety that certain Exhibit E of the Plan Supplement filed on October 20, 2017 [Dkt. No. 12104-8].

[2] "New Boards" in the Plan is defined as the "board of directors or managers of New HoldCo, Intermediary HoldCo, Reorganized EFH and Reorganized EFIH, as applicable, on and after the EFH Effective Date." Plan, Art. I.A.249. New HoldCo and Intermediary HoldCo mean Sempra Texas Bidco LLC (formerly known as Power Play Bidco LLC) and Sempra Texas Holdco LLC (formerly known as Power Play Holdco LLC), respectively, each formed under the laws of the state of Delaware. EFH Merger Sub means Sempra Texas Merger Sub I, Inc. (formerly known as Power Play Merger Sub I, Inc), incorporated under the laws of the state of Delaware.

[3] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [Dkt. No. 12653] (the "***Plan***") or the respective organizational document.

The initial officers of Reorganized EFH shall be:

| Officer Name | Title |
|---|---|
| Jeffrey W. Martin | President |
| Tony Horton | Chief Financial Officer, Vice President |
| M. Angelica Espinosa | Vice President, Secretary |
| Karen Sedgwick | Vice President |
| Kathryn J. Collier | Vice President, Treasurer |
| Paul Yong | Vice President |
| Jennifer Jett | Vice President |
| Debbie Urman | Vice President-Tax |
| Joel Dumas | Vice President-Tax |
| Kari E. McCulloch | Assistant Secretary |
| Kathleen C. Teora | Assistant Secretary |

### Managers of Reorganized EFIH:

The initial managers of Reorganized EFIH shall be:

| Manager Name |
|---|
| M. Angelica Espinosa |
| Kathryn J. Collier |
| Trevor I. Mihalik |

### Officers of Reorganized EFIH:

The initial officers of Reorganized EFIH shall be:

| Officer Name | Title |
|---|---|
| M. Angelica Espinosa | President, Secretary |
| Kathryn J. Collier | Vice President, Treasurer |
| Debbie Urman | Vice President-Tax |
| Joel Dumas | Vice President-Tax |
| Kari E. McCulloch | Assistant Secretary |
| Kathleen C. Teora | Assistant Secretary |

### The Rollover Trustee and the Non-Rollover Trustee

Article IV.J of the Plan contemplated the appointment of a Rollover Trustee and Non-Rollover Trustee on the EFH Effective Date, pursuant to and in accordance with a Rollover Trust Agreement and a Non-Rollover Trust Agreement, respectively.

As publicly disclosed on October 6, 2017,[4] and discussed in the *Disclosure Regarding All Cash Merger Consideration*, which is attached as Exhibit N to the Plan Supplement, Sempra Energy has not sought third party investors in EFH and did not offer the Rollover Trust

---

[4] Sempra Energy, Current Report (Form 8-K) (filed on Oct. 6, 2017).

Investment Election to holders of Allowed Second Lien Note Claims.  Accordingly, no Rollover Trust Certificates or Non-Rollover Trust Certificates are being issued and there will be no Rollover Trust Agreement or Non-Rollover Trust Agreement, abrogating the need to appoint a Rollover Trustee or a Non-Rollover Trustee.