**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>Energy Future Holdings Corp., *et. al.,*<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 12763** |

## NOTICE OF APPEAL

Notice is hereby given that Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, individually and as successor-in-interest to the Estate of Gino Albini, and Denis Bergschneider (respectively, "Fenicle", "Fahy", "Jones", "Heinzmann", "Bissell", "Carlson", "Albini", and "Bergschneider", or collectively the "Appellants"), creditors in the above-captioned chapter 11 cases, file this Notice of Appeal pursuant to 28 U.S.C. §§ 158(a), Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, and Rule 8003-1 of the Local Rules of United States Bankruptcy Court for the District of Delaware from the *Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, And the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, dated February 27, 2018, [D.I. 12763] (the "Order").

The names of all parties to the judgment, order, or decree from which the Appellants appeal, and the names, addresses, and telephone numbers of their attorneys are as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

|    | **Party** | **Attorney** |
|----|-----------|--------------|
| 1. | Appellants Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, individually and as successor-in-interest to the Estate of Gino Albini, and Denis Bergschneider | **HOGAN♦McDANIEL**<br>Daniel K. Hogan (DE Bar No. 2814)<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540 |
| 2. | Appellants Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, and David William Fahy | **CAPLIN & DRYSDALE, CHARTERED**<br>Leslie M. Kelleher (admitted pro hac vice)<br>Jeanna M. Koski (admitted pro hac vice)<br>One Thomas Circle, N.W., Suite 1100<br>Washington, DC 20005-5802<br>Telephone: (202) 862-5000 |
| 3. | Appellant Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle and Denis Bergschneider | **KAZAN McCLAIN SATTERLEY & GREENWOOD,**<br>a Professional Law Corporation<br>Steven Kazan (admitted pro hac vice)<br>Jack London Market<br>55 Harrison Street, Suite 400<br>Oakland, CA 94607<br>Telephone: (510) 302-1000 |
| 4. | Appellant David William Fahy, David Heinzmann, Harold Bissell, Kurt Carlson, and Robert Albini, individually and as successor-in-interest to the Estate of Gino Albini | **EARLY LUCARELLI SWEENEY & MEISENKOTHEN**<br>Ethan Early (admitted pro hac vice)<br>One Century Tower, 11th Floor<br>265 Church Street<br>New Haven, CT 06508-1866<br>Telephone: (203) 777-7799 |
| 5. | Appellant John H. Jones | **GORI JULIAN & ASSOCIATES, P.C.**<br>Beth Gori (admitted pro hac vice)<br>156 North Main Street<br>Edwardsville, IL 62025<br>Telephone: (618) 307-4085 |

| | **Party** | **Attorney** |
|---|---|---|
| 6. | Appellant David Heinzmann | **THE RUCKDESCHEL LAW FIRM, LLC**<br>Jonathan Ruckdeschel (admitted pro hac vice)<br>8357 Main Street<br>Ellicott City, MD 21043<br>Telephone: (410) 750-7825 |
| 7. | Andrew R. Vara,<br>Acting United States Trustee | **U.S. DEPARTMENT OF JUSTICE OFFICE OF THE U.S. TRUSTEE**<br>Richard L. Schepacarter<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491 |
| 8. | Debtors and<br>Debtors-in-Possession | **RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (DE Bar No. 2981)<br>Daniel J. DeFranceschi (DE Bar No. 2732)<br>Jason M. Madron (DE Bar No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br><br>and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler<br>Brian E. Schartz<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br><br>-and-<br><br>James H.M. Sprayregen, P.C.<br>Chad J. Husnick, P.C.<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000 |

|   | **Party** | **Attorney** |
|---|---|---|
| 9. | Energy Future Holdings Corp. | **BIELLI & KLAUDER, LLC**<br>David M. Klauder (DE Bar No. 5769)<br>Cory Stephenson (DE Bar No. 6097)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 803-4600<br><br>-and-<br><br>**PROSKAUER ROSE LLP**<br>Jeff J. Marwil<br>Mark K. Thomas<br>Peter J. Young<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602-4342<br>Telephone: (312) 962-3550 |
| 10. | Energy Future Intermediate Holding Company LLC | **STEVENS & LEE, P.C.**<br>Joseph H. Huston, Jr. (DE Bar No. 4035)<br>919 North Market Street, Suite 1300<br>Wilmington, DE 19801<br>Telephone: (302) 644-5180<br><br>-and-<br><br>**CRAVATH, SWAINE AND MOORE LLP**<br>Michael A. Paskin<br>Trevor M. Broad<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1760<br><br>-and-<br><br>**JENNER & BLOCK**<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1601 |

|     | **Party** | **Attorney** |
| --- | --- | --- |
| 11. | The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. | **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**<br>Natalie D. Ramsey (DE Bar No. 5378)<br>David Lee Wright (DE Bar No. 4324)<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000 |

Pursuant to Federal Rule of Bankruptcy Procedure 8003, a copy of the Order is attached hereto as <u>Exhibit A.</u> This Notice of Appeal is also accompanied by the prescribed fee.

Dated: March 9, 2018                    By:     /s/Daniel K. Hogan_____
       Wilmington, Delaware                                Daniel K. Hogan (DE Bar # 2814)
                                                                               HOGAN♦MCDANIEL
                                                                               1311 Delaware Avenue
                                                                               Wilmington, Delaware 19806
                                                                               Telephone: (302) 656-7597
                                                                               Facsimile: (302) 656-7599
                                                                               dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, and Robert Albini. individually and as successor-in-interest to the Estate of Gino Albini, and Denis Bergschneider*

                                                                              -and-

Leslie M. Kelleher (admitted pro hac vice)
Jeanna M. Koski (admitted pro hac vice)
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005-5802
Telephone: (202) 862-5000
Facsimile: (202) 429-3301
Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, and Robert Albini. individually and as successor-in-interest to the Estate of Gino Albini, and Denis Bergschneider

-and-

Steven Kazan (admitted *pro hac vice*)
KAZAN MCCLAIN SATTERLEY & GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, and Denis Bergschneider*

-and-

Ethan Early (admitted *pro hac vice*)
EARLY LUCARELLI SWEENEY & MEISENKOTHEN
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671

*Counsel for David William Fahy, David Heinzmann, Harold Bissell, Kurt Carlson, and Robert Albini, individually and as*

*successor-in- interest to the Estate of Gino Albini*

-and-

Jonathan Ruckdeschel
(admitted *pro hac vice*)
THE RUCKDESCHEL LAW FIRM LLC
8357 Main Street
Ellicott City, MD 21043
Telephone: 410-750-7825
Facsimile: 443-583-0430

*Counsel for David Heinzmann*

-and-

Beth Gori (admitted *pro hac vice*)
GORI JULIAN & ASSOCIATES, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834

*Counsel for John H. Jones*