# Notice Recipients

District/Off: 0311−1     User: DMC     Date Created: 3/9/2018
Case: 14−10979−CSS     Form ID: van440     Total: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | |
|---|---|---|---|
| aty | Andrea Beth Schwartz | U.S. Department of Justice – Office of the U.S. Trustee | U.S. Federal Office Building    201 Varick Street, Rm 1006    New York, NY 10065 |
| aty | Daniel J. DeFranceschi | Richards, Layton & Finger | One Rodney Square, P.O. Box 551    Wilmington, DE 19899 |
| aty | Edward O. Sassower | Kirkland & Ellis LLP | 601 Lexington Avenue    New York, NY 10022 |
| aty | Jason M. Madron | Richards, Layton & Finger, P.A. | One Rodney Square    P.O. Box 551    Wilmington, DE 19899 |
| aty | Natalie D. Ramsey | Montgomery, McCracken, Walker & Rhoads | 1105 North Market Street    15th Floor    Wilmington, DE 19801 |
| aty | Natalie D. Ramsey | Montgomery, McCracken, Walker & Rhoads | 1105 North Market Street    15th Floor    Wilmington, DE 19801 |
| aty | Peter Jonathon Young | Proskauer Rose LLP | 70 W. Madison St.    Suite 3800    Chicago, IL 60602 |
| aty | Richard L. Schepacarter | Office of the United States Trustee | U. S. Department of Justice    844 King Street, Suite 2207    Lockbox #35    Wilmington, DE 19801 |

TOTAL: 8