UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

Case Number: 14-10979          BK ● AP ○

If AP, related BK case number:

Title of Order Appealed: Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code.

Docket #: 12763          Date Entered: 2/27/18

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 12799 | Date Filed: 3/9/18 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: |

Appellant/Cross Appellant:

Shirley Fenicle, et al.

Appellee/Cross Appellee

Energy Future Holdings

Counsel for Appellant/Cross Appellant:

Daniel K. Hogan
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE  19806

Counsel for Appellee/Cross Appellee:

Richards Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE  19801

| | Yes | No |
|---|---|---|
| Filing fee paid? | ● | ○ |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ○ | ● |
| *If Yes, has District Court assigned a Civil Action Number? | ○ | ● |

Civil Action Number:

(continued on next page)

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 3/9/18    **by:** Donna Capell _____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    18-15