## **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Thirty-Sixth Monthly Fee Statement 11/01/2017 through 11/30/2017 D.I. 12637 | $ 2,991.50 | $15.30 | 3/8/2018 | $2,393.20 | $15.30 | $ 598.30 |

03/08/2018 SL1 1512427v1 109285.00006