## **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Stevens & Lee, P.C. 919 N. Market St. Suite 1300 Wilmington, DE 19801 | Thirty-Seventh Monthly Fee Statement 12/01/2017 through 12/32/2017 D.I. 12638 | $ 7,405.00 | $ 13.20 | 3/8/2018 | $5,924.00 | $ 13.20 | $ 1,481.00 |

03/08/2018 SL1 1512430v1 109285.00006