# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP 919 Third Avenue New York, NY 10022 | Thirty-Second Monthly Fee Statement<br><br>01/01/2018 through 01/31/2018<br><br>D.I. 12645 | $25,480.00 | $0 | 03/08/2018 | $20,384.00 | $0 | $5,096.00 |