# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**

Energy Future Holdings Corp.

**Case No.:** 14–10979–CSS

**Chapter:** 11

## CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

*Una O'Boyle*

Una O'Boyle, Clerk of Court

Date: 3/9/18
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                                    Case No. 14-10979-CSS
Energy Future Holdings Corp.                                              Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1          User: DMC              Page 1 of 27          Date Rcvd: Mar 09, 2018
                             Form ID: van440        Total Noticed: 7

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 11, 2018.
aty          +Andrea Beth Schwartz,   U.S. Department of Justice - Office of t,
              U.S. Federal Office Building,   201 Varick Street, Rm 1006,   New York, NY 10014-9449
aty          +Daniel J. DeFranceschi,   Richards, Layton & Finger,   One Rodney Square, P.O. Box 551,
              Wilmington, DE 19899-0551
aty          +Edward O. Sassower,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty          +Jason M. Madron,   Richards, Layton & Finger, P.A.,   One Rodney Square,   P.O. Box 551,
              Wilmington, DE 19899-0551
aty          +Natalie D. Ramsey,   Montgomery, McCracken, Walker & Rhoads,   1105 North Market Street,
              15th Floor,   Wilmington, DE 19801-1201
aty          +Peter Jonathon Young,   Proskauer Rose LLP,   70 W. Madison St.,   Suite 3800,
              Chicago, IL 60602-4342
aty          +Richard L. Schepacarter,   Office of the United States Trustee,   U. S. Department of Justice,
              844 King Street, Suite 2207,   Lockbox #35,   Wilmington, DE 19801-3519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +Natalie D. Ramsey,   Montgomery, McCracken, Walker & Rhoads,   1105 North Market Street,
              15th Floor,   Wilmington, DE 19801-1201
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2018                          Signature:  /s/Joseph Speetjens


---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2018 at the address(es) listed below:
        Aaron C Baker    on behalf of Attorney   Godfrey & Kahn, S.C. acb@pgslaw.com
        Aaron C Baker    on behalf of Fee Examiner Richard  Gitlin acb@pgslaw.com
        Aaron H. Stulman    on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
         capacity as successor Indenture Trustee astulman@wtplaw.com,  clano@wtplaw.com
        Adam  Hiller    on behalf of Interested Party   MoreTech, Inc. ahiller@hillerarban.com
        Adam  Hiller    on behalf of Creditor   Buffalo Industrial Supply, Inc. ahiller@hillerarban.com
        Adam G. Landis    on behalf of Interested Party   Marathon Asset Management, LP landis@lrclaw.com,
         raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
        Adam G. Landis    on behalf of Interested Party   Alcoa Inc. landis@lrclaw.com,
         raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
        Adam G. Landis    on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
         Holdings, Inc. landis@lrclaw.com,
         raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
        Adam G. Landis    on behalf of Creditor   NextEra Energy Resources, LLC landis@lrclaw.com,
         raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
        Adam Scott Moskowitz    on behalf of Creditor   ASM Capital IV, L.P. asmcapital@aol.com
        Albert  Kass    on behalf of Claims Agent   Kurtzman Carson Consultants LLC
         ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
        Albert  Kass    on behalf of Interested Party   Kurtzman Carson Consultants LLC
         ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
        Alessandra  Glorioso    on behalf of Creditor   U.S. Bank National Association
         glorioso.alessandra@dorsey.com
        Alexa  Kranzley    on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
         of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance,
         Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
        Alison R. Ashmore    on behalf of Creditor   Bluebonnet Electric Cooperative, Inc.
         aashmore@dykema.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Allison R Axenrod   on behalf of Creditor   Claims Recovery Group LLC
           allison@claimsrecoveryllc.com,  allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
          Amish R. Doshi   on behalf of Creditor   Oracle America, Inc. adoshi@magnozzikye.com
          Amy  Baudler   on behalf of Creditor   Barr Engineering Co. amy@purduelaw.com,  kim@purduelaw.com
          Amy  Brown   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P., The
           Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners Limited
           Partnership brown@braunhagey.com,  levine@braunhagey.com
          Ana  Chilingarishvili   on behalf of Creditor   U.S. Bank National Association
           ana.chilingarishvili@maslon.com
          Andrea Beth Schwartz   on behalf of U.S. Trustee   U.S. Trustee andrea.b.schwartz@usdoj.gov
          Andrea Stone Hartley   on behalf of Creditor   Siemens Energy, Inc. f/k/a Siemens Power
           Generation, Inc., and Siemens Demag Delaval Turbomachinery, Inc. andrea.hartley@akerman.com
          Andrew Dean   on behalf of Debtor   Energy Future Holdings Corp. rbgroup@rlf.com,
           ann-jerominski-2390@ecf.pacerpro.com
          Andrew Dietderich   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com
          Andrew Glenn Devore   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
           indenture trustee and collateral trustee andrew.devore@ropesgray.com
          Andrew J. Ehrlich   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
           aehrlich@paulweiss.com,  mao_fednational@paulweiss.com
          Andrew K Glenn   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
           aglenn@kasowitz.com
          Andrew L Magaziner   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien
           Creditors bankfilings@ycst.com
          Andrew R. Remming   on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG
           Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
           rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
          Angela  Ferrante   on behalf of Claims Agent   Garden City Group, LLC
           debra.wolther@gardencitygroup.com,  PACERteam@gardencitygroup.com
          Angela  Ferrante   on behalf of Other Prof.   Garden City Group, LLC
           debra.wolther@gardencitygroup.com,  PACERteam@gardencitygroup.com
          Ann M Kashishian   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
           akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian   on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
           Noteholders akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian   on behalf of Attorney   Chipman Brown Cicero & Cole, LLP akashishian@gelaw.com,
           dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Anna  Grace   on behalf of Creditor   UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
          Ari David Kunofsky   on behalf of Creditor   UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
           eastern.taxcivil@usdoj.gov
          Arlene Rene Alves   on behalf of Interested Party   Wilmington Trust, N.A. alves@sewkis.com
          Ashley F. Bartram   on behalf of Interested Party   Texas Commission on Environmental Quality
           ashley.bartram@oag.texas.gov
          Ashley F. Bartram   on behalf of Interested Party   Public Utility Commission of Texas
           ashley.bartram@oag.texas.gov
          Ashley F. Bartram   on behalf of Interested Party   Railroad Commission of Texas
           ashley.bartram@oag.texas.gov
          Ashley Robert Altschuler   on behalf of Defendant   Morgan Stanley Capital Group, Inc.
           ashley.altschuler@dlapiper.com,  ashley-altschuler-8647@ecf.pacerpro.com
          Ashley Robert Altschuler   on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
           ashley.altschuler@dlapiper.com,  ashley-altschuler-8647@ecf.pacerpro.com
          Barry  Kleiner   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
           and The Liverpool Limited Partnership dkleiner@kkwc.com
          Barry G. Felder   on behalf of Interested Party   UMB Bank, N.A., as Trustee bgfelder@foley.com
          Barry G. Felder   on behalf of Creditor   UMB Bank, N.A. bgfelder@foley.com
          Barry G. Felder   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
           bgfelder@foley.com
          Barry M. Klayman   on behalf of Interested Party   J Aron & Company bklayman@cozen.com
          Benjamin  Finestone   on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
           benjaminfinestone@quinnemanuel.com
          Benjamin  Finestone   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
           benjaminfinestone@quinnemanuel.com
          Benjamin  Finestone   on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
           benjaminfinestone@quinnemanuel.com
          Benjamin  Stewart   on behalf of Creditor   Pinnacle Technical Resources, Inc.
           bstewart@baileybrauer.com
          Benjamin J. Schladweiler   on behalf of Defendant   Brookfield Asset Management Private
           Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler   on behalf of Defendant   Angelo Gordon & Co., LP
           bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Benjamin J. Schladweiler    on behalf of Creditor    Brookfield Asset Management Private
           Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com
      Benjamin J. Schladweiler    on behalf of Creditor    Angelo Gordon & Co., LP
           bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com
      Benjamin J. Schladweiler    on behalf of Defendant    Apollo Advisors VII, L.P.
           bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com
      Benjamin J. Schladweiler    on behalf of Interested Party    Titan Investment Holdings LP
           bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com
      Benjamin J. Schladweiler    on behalf of Creditor    Apollo Advisors VII, L.P.
           bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com
      Bernard George Conaway    on behalf of Creditor    Doyenne Constructors, LLC
           bconaway@cohenseglias.com,  bconaway@cohenseglias.com
      Bernard Grover Johnson, III    on behalf of Creditor    Milam Appraisal District
           bjohnson@fisherboyd.com
      Bonnie R. Golub    on behalf of Creditor    Evercore Group LLC bgolub@weirpartners.com
      Bradley R. Aronstam    on behalf of Creditor    Apollo Advisors VII, L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
      Bradley R. Aronstam    on behalf of Other Prof.    Longhorn Capital GS L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
      Bradley R. Aronstam    on behalf of Defendant    Angelo Gordon & Co., LP baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
      Bradley R. Aronstam    on behalf of Interested Party    Titan Investment Holdings LP
           baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
      Bradley R. Aronstam    on behalf of Creditor    Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
      Bradley R. Aronstam    on behalf of Defendant    Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
      Bradley R. Aronstam    on behalf of Creditor    Angelo Gordon & Co., LP baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
      Bradley R. Aronstam    on behalf of Defendant    Apollo Advisors VII, L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
      Brett H. Miller    on behalf of Interested Party    The Official Committee of TCEH Unsecured
           Creditors BMiller@mofo.com,  brett-miller-1388@ecf.pacerpro.com
      Brian  Schartz    on behalf of Debtor    Energy Future Holdings Corp. bschartz@kirkland.com
      Brian  Schartz    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
           bschartz@kirkland.com
      Brian  Tong    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C. brian.tong@srz.com
      Brian E Farnan    on behalf of Interested Party    Forest Creek Wind Farm, LLC
           bfarnan@farnanlaw.com,  tfarnan@farnanlaw.com
      Brian L. Arban    on behalf of Attorney Brian  Arban barban@hillerarban.com
      Brian Lucian Kasprzak    on behalf of Interested Party    Fireman's Fund Insurance Company
           bkasprzak@moodklaw.com,  mike@lscd.com
      Brian S. Hermann    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
           jadlerstein@paulweiss.com;bhermann@paulweiss.com;mtattnall@paulweiss.com;abernstein@paulweiss.com
           ;aehrlich@paulweiss.com;mturkel@paulweiss.com;kcairns@paulweiss.com;mcolarossi@paulweiss.com;gkro
           up@paulweiss.com
      Brian W. Hockett    on behalf of Creditor    Accenture LLP bhockett@thompsoncoburn.com
      Bruce J. Ruzinsky    on behalf of Creditor    Milam Appraisal District bruzinsky@jw.com,
           mcavenaugh@jw.com
      Camille C. Bent    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
           CCB@stevenslee.com
      Carla O. Andres    on behalf of Interested Party    Fee Committee candres@gklaw.com,
           kboucher@gklaw.com;pbrellenthin@gklaw.com
      Chad J. Husnick    on behalf of Debtor    Energy Future Holdings Corp. chusnick@kirkland.com
      Chad J. Husnick    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
           chusnick@kirkland.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

             Chantelle D'nae McClamb   on behalf of Interested Party   Simeio Solutions, Inc.
             mcclambc@ballardspahr.com
             Charles J. Brown   on behalf of Creditor   Anadarko Petroleum Corporation cbrown@gsbblaw.com,
             dabernathy@archerlaw.com
             Charles J. Brown   on behalf of Interested Party   Emerson Network Power Liebert Services
             cbrown@gsbblaw.com,  dabernathy@archerlaw.com
             Chester B. Salomon   on behalf of Creditor   Securitas Security Services USA, Inc.
             csalomon@beckerglynn.com,  mghose@beckerglynn.com;hhill@beckerglynn.com
             Christopher Fong   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
             cfong@nixonpeabody.com
             Christopher Fong   on behalf of Interested Party   American Stock Transfer & Trust Company, LLC
             cfong@nixonpeabody.com
             Christopher A. Ward   on behalf of Attorney   Morrison & Foerster LLP cward@polsinelli.com,
             LSuprum@polsinelli.com;delawaredocketing@polsinelli.com
             Christopher A. Ward   on behalf of Attorney   Polsinelli PC cward@polsinelli.com,
             LSuprum@polsinelli.com;delawaredocketing@polsinelli.com
             Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of Unsecured
             Creditors cward@polsinelli.com,  LSuprum@polsinelli.com;delawaredocketing@polsinelli.com
             Christopher A. Ward   on behalf of Interested Party   The Official Committee of TCEH Unsecured
             Creditors cward@polsinelli.com,  LSuprum@polsinelli.com;delawaredocketing@polsinelli.com
             Christopher A. Ward   on behalf of Financial Advisor   FTI Consulting, Inc. cward@polsinelli.com,
             LSuprum@polsinelli.com;delawaredocketing@polsinelli.com
             Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of TCEH Unsecured
             Creditors cward@polsinelli.com,  LSuprum@polsinelli.com;delawaredocketing@polsinelli.com
             Christopher B. Mosley   on behalf of Creditor   City of Fort Worth
             Chris.Mosley@fortworthtexas.gov,  Sharon.Floyd@fortworthtexas.gov
             Christopher L. Carter   on behalf of Creditor   Pacific Investment Management Co. LLC
             christopher.carter@morganlewis.com,  julia.frost-davies@morganlewis.com
             Christopher M Hayes   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
             Christopher.hayes@kirkland.com
             Christopher Michael De Lillo   on behalf of Debtor   Energy Future Holdings Corp. delillo@rlf.com,
             rbgroup@rlf.com
             Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company
             LLC csimon@crosslaw.com,  smacdonald@crosslaw.com
             Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company,
             LLC csimon@crosslaw.com,  smacdonald@crosslaw.com
             Christopher R. Belmonte   on behalf of Interested Party   Moody's Analytics, Inc.
             cbelmonte@ssbb.com,  pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
             Clark T. Whitmore   on behalf of Creditor   U.S. Bank National Association
             clark.whitmore@maslon.com
             Colin R. Robinson   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
             crobinson@pszjlaw.com,  efile1@pszjlaw.com
             Corby Davin Boldissar   on behalf of Interested Party   BP America Production Company
             dboldissar@lockelord.com
             Cory P. Stephenson   on behalf of Plaintiff   Energy Future Holdings Corp.
             cstephenson@bk-legal.com
             Curtis A Hehn   on behalf of Interested Party   Somervell County Central Appraisal District
             curtishehn@comcast.net
             D. Ross Martin   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
             indenture trustee and collateral trustee rmartin@ropesgray.com
             Daniel A. Fliman   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
             dfliman@kasowitz.com,  Courtnotices@kasowitz.com
             Daniel A. O'Brien   on behalf of Creditor   Pacific Investment Management Co. LLC
             daobrien@venable.com
             Daniel A. O'Brien   on behalf of Interested Party   Pacific Investment Management Company LLC
             ("PIMCO") daobrien@venable.com
             Daniel B. Denny   on behalf of Interested Party   Berkshire Hathaway Energy Company
             ddenny@gibsondunn.com
             Daniel J. DeFranceschi   on behalf of Debtor   TXU SEM Company rbgroup@rlf.com
             Daniel J. DeFranceschi   on behalf of Debtor   NCA Development Company LLC RBGroup@rlf.com
             Daniel J. DeFranceschi   on behalf of Debtor   EECI, Inc. RBGroup@rlf.com
             Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Mining Company LLC RBGroup@rlf.com
             Daniel J. DeFranceschi   on behalf of Debtor   TXU Retail Services Company rbgroup@rlf.com
             Daniel J. DeFranceschi   on behalf of Debtor   Eagle Mountain Power Company LLC RBGroup@rlf.com
             Daniel J. DeFranceschi   on behalf of Debtor   EFH Renewables Company LLC RBGroup@rlf.com
             Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Retail Company LLC rbgroup@rlf.com
             Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Trading California Company
             RBGroup@rlf.com
             Daniel J. DeFranceschi   on behalf of Debtor   Luminant Generation Company LLC RBGroup@rlf.com
             Daniel J. DeFranceschi   on behalf of Debtor   Valley NG Power Company LLC rbgroup@rlf.com
             Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Solutions Company LLC rbgroup@rlf.com
             Daniel J. DeFranceschi   on behalf of Debtor   Big Brown 3 Power Company LLC RBGroup@rlf.com
             Daniel J. DeFranceschi   on behalf of Debtor   EFH Finance (No. 2) Holdings Company
             RBGroup@rlf.com
             Daniel J. DeFranceschi   on behalf of Debtor   Brighten Holdings LLC RBGroup@rlf.com
             Daniel J. DeFranceschi   on behalf of Debtor   DeCordova Power Company LLC RBGroup@rlf.com
             Daniel J. DeFranceschi   on behalf of Debtor   Lone Star Pipeline Company, Inc.
             defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Daniel J. DeFranceschi   on behalf of Debtor   Southwestern Electric Service Company, Inc.
                RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
                defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Generation MT Company LLC defranceschi@rlf.com,
                RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Generation Development Company LLC
                defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Martin Lake 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   4Change Energy Holdings LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Energy Industries Company, Inc.
                rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC
                RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
                RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   NCA Resources Development Company LLC
                RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Mining Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Sandow Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Brighten Energy LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH CG Management Company LLC defranceschi@rlf.com,
                RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Receivables Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFIH Finance Inc. defranceschi@rlf.com,
                RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Generation SVC Company defranceschi@rlf.com,
                RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH Corporate Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Big Brown Mining Company LLC
                RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH CG Holdings Company LP defranceschi@rlf.com,
                RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH FS Holdings Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
                defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Monticello 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Big Brown Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Morgan Creek 7 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Collin Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   4Change Energy Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Management Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Lake Creek 3 Power Company LLC
                defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   DeCordova II Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Power & Light Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EEC Holdings, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Tradinghouse Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Utilities Electric Company, Inc.
                RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
                defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Renewables Company LLC
                defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH Australia (No. 2) Holdings Company
                RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Holding Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   TCEH Finance, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Receivables Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Valley Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Mineral Development Company LLC
                RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Big Brown Lignite Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant ET Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Holdings Corp. defranceschi@rlf.com,
                RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   LSGT SACROC, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Lone Star Energy Company, Inc.
                defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Electric Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Electric Service Company, Inc.
                rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Dallas Power & Light Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Utilities Company, Inc. RBGroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Daniel J. DeFranceschi   on behalf of Debtor   LSGT Gas Company LLC defranceschi@rlf.com,
          RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel K. Astin   on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
          jmcmahon@ciardilaw.com
          Daniel K. Hogan   on behalf of Interested Party Harold  Bissell dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Michelle  Ziegelbaum dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Creditor John H. Jones dkhogan@dkhogan.com,  keharvey@dkhogan.com,
          gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party   Brake Supply Company, Inc. dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party John H. Jones dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party   PI Law Firms dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Creditor David  Heinzmann dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Denis  Bergschneider dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party David  Heinzmann dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Kurt  Carlson dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Joe  Arabie dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Shirley  Fenicle dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Robert  Albini dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Michael  Cunningham dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party   Shirley Fenicle, as Successor-In-Interest to
          the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com,  keharvey@dkhogan.com,
          gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party   The Richards Group, Inc. dkhogan@dkhogan.com,
          keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel S. Shamah   on behalf of Defendant   Apollo Advisors VII, L.P. dshamah@omm.com
          Daniel S. Shamah   on behalf of Creditor   Angelo Gordon & Co., LP dshamah@omm.com
          Daniel S. Shamah   on behalf of Defendant   Brookfield Asset Management Private Institutional
          Capital Adviser (Canada), L.P. dshamah@omm.com
          Daniel S. Shamah   on behalf of Defendant   Angelo Gordon & Co., LP dshamah@omm.com
          Daniel S. Shamah   on behalf of Creditor   Brookfield Asset Management Private Institutional
          Capital Adviser (Canada), L.P. dshamah@omm.com
          Daniel S. Shamah   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
          Administrative Agent dshamah@omm.com
          Daniel S. Shamah   on behalf of Creditor   Apollo Advisors VII, L.P. dshamah@omm.com
          Daniel S. Shamah   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as
          First Lien Administrative Agent dshamah@omm.com
          Daniel Stephen Smith   on behalf of Interested Party   United States on behalf of Environmental
          Protection Agency dan.smith2@usdoj.gov,  efile_ees.enrd@usdoj.gov
          Danielle M. Audette   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
          jdisanti@whitecase.com; mco@whitecase.com;jason.bartlett@whitecase.com
          Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
          daudette@whitecase.com,  jdisanti@whitecase.com; mco@whitecase.com;jason.bartlett@whitecase.com
          Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
          daudette@whitecase.com,  jdisanti@whitecase.com; mco@whitecase.com;jason.bartlett@whitecase.com
          David  Neier   on behalf of Creditor   Chicago Bridge & Iron Company N.V. dneier@winston.com,
          dcunsolo@winston.com
          David  Neier   on behalf of Defendant   NextEra Energy, Inc. dneier@winston.com,
          dcunsolo@winston.com
          David  Neier   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital Holdings,
          Inc. dneier@winston.com,  dcunsolo@winston.com
          David B. Anthony   on behalf of Plaintiff   Avenue Capital Management II, LP
          danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
          danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   GSO Capital Partners LP danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
          danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   Third Avenue Management LLC danthony@bergerharris.com
          David Daniel Farrell   on behalf of Creditor   Martin Engineering Company
          dfarrell@thompsoncoburn.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          David Edward Leta    on behalf of Creditor    Headwaters Resources, Inc. dleta@swlaw.com,
          wkalawaia@swlaw.com
          David G. Aelvoet    on behalf of Creditor    Ector CAD davida@publicans.com
          David M. Klauder    on behalf of Financial Advisor    SOLIC Capital Advisors, LLC
          dklauder@bk-legal.com
          David M. Klauder    on behalf of Plaintiff    Energy Future Holdings Corp. dklauder@bk-legal.com
          David M. Klauder    on behalf of Debtor    Energy Future Holdings Corp. dklauder@bk-legal.com
          David N. Deaconson    on behalf of Creditor William Jeffrey Herbert deaconson@pakislaw.com
          David P. Primack    on behalf of Other Prof.    Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
          sshidner@mdmc-law.com;smullen@mdmc-law.com
          David P. Primack    on behalf of Financial Advisor    Greenhill & Co., LLC dprimack@mdmc-law.com,
          sshidner@mdmc-law.com;smullen@mdmc-law.com
          David P. Primack    on behalf of Interested Party    TCEH Debtors dprimack@mdmc-law.com,
          sshidner@mdmc-law.com;smullen@mdmc-law.com
          David P. Primack    on behalf of Interested Party    Energy Future Competitive Holdings Company LLC
          dprimack@mdmc-law.com,    sshidner@mdmc-law.com;smullen@mdmc-law.com
          David P. Primack    on behalf of Interested Party    Texas Competitive Electric Holdings Company
          LLC dprimack@mdmc-law.com,    sshidner@mdmc-law.com;smullen@mdmc-law.com
          David S. Rosner    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
          drosner@kasowitz.com,    courtnotices@kasowitz.com
          David W. Carickhoff    on behalf of Interested Party Allen    Shrode dcarickhoff@archerlaw.com,
          de20@ecfcbis.com
          Davis Lee Wright    on behalf of Creditor Committee    The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com,
          keith-mangan-mmwr-1628@ecf.pacerpro.com
          Dennis  Dunne, Esq.    on behalf of Interested Party    CITIBANK, N.A. ddunne@millbank.com
          Dennis L. Jenkins    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
          Derek C. Abbott    on behalf of Interested Party    TPG Capital, L.P. dabbott@mnat.com,
          rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Derek C. Abbott    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
          L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
          rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Derek C. Abbott    on behalf of Interested Party    Texas Energy Future Holdings Limited
          Partnership dabbott@mnat.com,    rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Desiree M. Amador    on behalf of Creditor    Pension Benefit Guaranty Corporation
          amador.desiree@pbgc.gov,    efile@pbgc.gov
          Diane W. Sanders    on behalf of Creditor    Nueces County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Lee County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Walnut Springs ISD austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Robertson County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Limestone County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Falls County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Round Rock ISD austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    McLennan County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Franklin ISD austin.bankruptcy@publicans.com
          Donald K. Ludman    on behalf of Creditor    SAP Industries, Inc. dludman@brownconnery.com
          Duane David Werb    on behalf of Creditor    BWM Services, LP
          maustria@werbsullivan.com;riorii@werbsullivan.com
          Duane David Werb    on behalf of Creditor    The Kansas City Southern Railway Company
          maustria@werbsullivan.com;riorii@werbsullivan.com
          Eboney  Cobb    on behalf of Creditor    Somervell County et al ecobb@pbfcm.com,
          rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
          Edward O. Sassower    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
          steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patri
          ck.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
          Edward O. Sassower    on behalf of Debtor    Energy Future Holdings Corp.
          steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patri
          ck.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
          Edwin Kevin Camson    camson@drumcapital.com
          Elihu Ezekiel Allinson, III    on behalf of Creditor    Henry Pratt Company, LLC
          ZAllinson@SHA-LLC.com,    ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
          Elizabeth  Banda Calvo    on behalf of Creditor    Somervell County et al rgleason@pbfcm.com,
          ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo    on behalf of Creditor    Richardson ISD, Crowley ISD rgleason@pbfcm.com,
          ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Ellen  Slights    on behalf of Creditor    United States/USAO usade.ecfbankruptcy@usdoj.gov
          Ellen M. Halstead    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
          ellen.halstead@cwt.com,    joshua.arnold@cwt.com;nyecfnotice@cwt.com
          Ellen M. Halstead    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
          ellen.halstead@cwt.com,    joshua.arnold@cwt.com;nyecfnotice@cwt.com
          Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
          Eric Christopher Daucher    on behalf of Defendant    NextEra Energy, Inc.
          eric.daucher@nortonrosefulbright.com,
          howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonr
          osefulbright.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Eric Christopher Daucher   on behalf of Creditor   NextEra Energy Resources, LLC
           eric.daucher@nortonrosefulbright.com,
           howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonr
           osefulbright.com.
          Erica J. Richards   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors erichards@mofo.com,  erica-richards-1053@ecf.pacerpro.com
          Erik Schneider   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
           eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com
          Erik Schneider   on behalf of Interested Party   American Stock Transfer & Trust Company, LLC
           eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com
          Erin A. West   on behalf of Interested Party   Fee Committee ewest@gklaw.com,
           kboucher@gklaw.com;mfuller@gklaw.com;pbrellenthin@gklaw.com
          Erin R Fay   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P. and
           The Liverpool Limited Partnership efay@bayardlaw.com,  lmorton@bayardlaw.com
          Erin R Fay   on behalf of Plaintiff   Elliott Associates, L.P., Elliott International, L.P. and
           The Liverpool Limited Partnership efay@bayardlaw.com,  lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC, Texas
           Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
           Equity Interests in Energy Future Holdings Corp. efay@bayardlaw.com,  lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   The Liverpool Limited Partnership efay@bayardlaw.com,
           lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Elliott Associates, L.P. efay@bayardlaw.com,
           lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings, LLC, Texas
           Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
           L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, efay@bayardlaw.com,
           lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Elliott International, L.P. efay@bayardlaw.com,
           lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party Mary Ann  KIlgore efay@bayardlaw.com,
           lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   Interest Holders efay@bayardlaw.com,
           lmorton@bayardlaw.com
          Evan  Rassman  on behalf of Creditor   Sunrise Partners Limited Partnership
           evan.rassman@kutakrock.com
          Evan  Rassman   on behalf of Creditor   Knife River Corporation-South evan.rassman@kutakrock.com
          Evan R. Fleck   on behalf of Interested Party   CITIBANK, N.A. EFleck@milbank.com,
           jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;bzucco@milbank.com;mprice@milbank.com;a
           leblanc@milbank.com;nalmeida@milbank.com;jesseyoder@milbank.com
          Evan T. Miller   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
           Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
           lmorton@bayardlaw.com
          Evan T. Miller   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
           and The Liverpool Limited Partnership emiller@bayardlaw.com,  lmorton@bayardlaw.com
          Frances  Gecker   on behalf of Interested Party   PI Law Firms fgecker@fgllp.com,
           csmith@fgllp.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Corporation fmonaco@gsbblaw.com,
           frankmonacojr@gmail.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party   American Equipment Company Inc.
           fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party   AMECO Inc. fmonaco@gsbblaw.com,
           frankmonacojr@gmail.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Enterprises Inc.
           fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Global Services
           fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
          Frederick B. Rosner   on behalf of Interested Party   Mudrick Capital Management L.P.
           rosner@teamrosner.com
          G. Alexander Bongartz   on behalf of Interested Party   CSC Trust Company of Delaware, as
           Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
           alexbongart2@paulhastings.com
          Garden City Group, LLC    PACERTeam@gardencitygroup.com
          Garvan F. McDaniel   on behalf of Interested Party   Contrarian Capital Management, LLC
           gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
          Garvan F. McDaniel   on behalf of Other Prof.   Kasowitz Benson Torres LLP gfmcdaniel@dkhogan.com,
           gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
          Garvan F. McDaniel   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
           gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
          Garvan F. McDaniel   on behalf of Interested Party   Caxton Associates LP gfmcdaniel@dkhogan.com,
           gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
          Gary F. Seitz   on behalf of Attorney   Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
          George  Davis   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as First
           Lien Administrative Agent gdavis@omm.com
          George  Davis   on behalf of Creditor   Apollo Global Management, LLC gdavis@omm.com
          George  Davis   on behalf of Defendant   Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. gdavis@omm.com
          George  Davis   on behalf of Defendant   Apollo Advisors VII, L.P. gdavis@omm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          George  Davis   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
           Administrative Agent gdavis@omm.com
          George  Davis   on behalf of Defendant   Angelo Gordon & Co., LP gdavis@omm.com
          Gerrit M. Pronske   on behalf of Creditor   Pallas Realty Advisors, Inc. gpronske@pgkpc.com
          GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company as Successor
           Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
           bankserve@bayardlaw.com;lmorton@bayardlaw.com
          GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company, as TCEH First Lien
           Indenture Trustee gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
          GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company
           gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
          GianClaudio  Finizio   on behalf of Interested Party   CSC Trust Company of Delaware, as
           Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
           bankserve@bayardlaw.com;lmorton@bayardlaw.com
          GianClaudio  Finizio   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien
           Indenture Trustee gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
          Gilbert R. Saydah, Jr.   on behalf of Creditor   CSC Trust Company of Delaware, Proposed
           Successor Indenture Trustee gsaydah@kelleydrye.com
          Gregg M. Galardi   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
           and The Liverpool Limited Partnership gregg.galardi@ropesgray.com,  William.McGee@ropesgray.com
          Gregory A. Taylor   on behalf of Interested Party   Ad Hoc Committee of TCEH Second Lien
           Noteholders gtaylor@ashby-geddes.com
          Gregory A. Taylor   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
           capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
          Gregory Joseph Flasser   on behalf of Interested Party   Elliott Associates, L.P.
           gflasser@bayardlaw.com,  smacon@bayardlaw.com
          Gregory Joseph Flasser   on behalf of Interested Party   Elliott International, L.P.
           gflasser@bayardlaw.com,  smacon@bayardlaw.com
          Gregory Joseph Flasser   on behalf of Interested Party   The Liverpool Limited Partnership
           gflasser@bayardlaw.com,  smacon@bayardlaw.com
          Gregory M. Starner   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
           jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
           artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
           om
          Gregory M. Weinstein   on behalf of Creditor   Mario Sinacola & Sons Excavating, Inc.
           gweinstein@weinrad.com,  wphillips@weinrad.com;jwitte@weinrad.com;landerson@weinrad.com
          Gregory Michael Starner   on behalf of Creditor   Law Debenture Trust Company of New York, in its
           capacity as Indenture Trustee gstarner@whitecase.com,
           jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
           artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
           om
          Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
           gstarner@whitecase.com,
           jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
           artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
           om
          Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
           gstarner@whitecase.com,
           jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
           artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
           om
          Gregory T. Donilon   on behalf of Creditor   Automatic Systems, Inc. gdonilon@pwujlaw.com
          Hal F. Morris   on behalf of Interested Party   Texas Commission on Environmental Quality
           hal.morris@oag.texas.gov
          Hal F. Morris   on behalf of Interested Party   Public Utility Commission of Texas
           hal.morris@oag.texas.gov
          Hal F. Morris   on behalf of Interested Party   Railroad Commission of Texas
           hal.morris@oag.texas.gov
          Helen Elizabeth Weller   on behalf of Creditor   Jack County dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Ector CAD dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Northwest ISD dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Northeast TX Comm Coll Dist
           dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Angelina County dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Rusk County dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Brownsboro ISD dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Malakoff ISD dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Robertson County dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Fannin CAD dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Helen Elizabeth Weller   on behalf of Creditor    Harris County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Walnut Springs ISD
                dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Clay county dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Lee County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Ellis County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    City of sulphur springs
                dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Fannin county dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Valley View ISD dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Irving isd dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Sulphur Springs ISD
                dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Beckville isd dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Archer County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    City of Coppell dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Morris CAD dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Gainesville isd dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Limestone County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Red River County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Slocum ISD dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Franklin ISD dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Fort Bend County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Stephenville ISD dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Nueces County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Hopkins County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Cisco College dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Camp cad dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Montague county dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Lamar CAD dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Rains County AD dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Coppell ISD dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Navarro County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Wise County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Upshur County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Falls County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Franklin County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Rockwall Cad dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Smith County dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller   on behalf of Creditor    Cherokee CAD dallas.bankruptcy@publicans.com,
                Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Helen Elizabeth Weller   on behalf of Creditor    City of bonham dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    City of carrollton
              dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Kerens ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Red River CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    City of Stephenville
              dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Van Zandt CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    City of malakoff dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Hunt County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    McLennan County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Cisco ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Round Rock ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Hood CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    City of Corinth dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Wise CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Cayuga isd dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Grayson County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Howard A. Cohen   on behalf of Interested Party    CITIBANK, N.A. hcohen@gibbonslaw.com
          Howard R. Hawkins, Jr.   on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
              howard.hawkins@cwt.com,   nyecfnotice@cwt.com
          Howard R. Hawkins, Jr.   on behalf of Defendant    Morgan Stanley Capital Group, Inc.
              howard.hawkins@cwt.com,   nyecfnotice@cwt.com
          Humayun Khalid   on behalf of Interested Party    J. Aron & Company hkhalid@cgsh.com,
              maofiling@cgsh.com
          Humayun Khalid   on behalf of Interested Party    J Aron & Company hkhalid@cgsh.com,
              maofiling@cgsh.com
          J Jackson Shrum   on behalf of Creditor    BWM Services, LP jshrum@austriashrum.com
          J Jackson Shrum   on behalf of Creditor    The Kansas City Southern Railway Company
              jshrum@austriashrum.com
          J. Kate Stickles   on behalf of Interested Party    Delaware Trust Company as Successor Trustee
              under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
              Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Interested Party    CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
              Collateral Trustee, kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Interested Party    CSC Trust Company of Delaware as Successor
              Indenture Trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Other Prof.    Cole Schotz P.C. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Other Prof.    Delaware Trust Company, as First Lien Successor
              Trustee and Collateral Trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
          J. Kate Stickles   on behalf of Creditor    Delaware Trust Company, as successor indenture trustee
              and collateral trustee, kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

J. Kate Stickles    on behalf of Plaintiff   Delaware Trust Company kstickles@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com

J. Noah Hagey    on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.,
  The Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners
  Limited Partnership hagey@braunhagey.com,
  tong@braunhagey.com;capehart@braunhagey.com;berger@braunhagey.com;yuan@braunhagey.com

Jacob A. Adlerstein    on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien
  Creditors jadlerstein@paulweiss.com

James E. Huggett    on behalf of Creditor   URS Energy & Construction, Inc.
  jhuggett@margolisedelstein.com,  tyeager@margolisedelstein.com

James E. Huggett    on behalf of Creditor   Oracle America, Inc. jhuggett@margolisedelstein.com,
  tyeager@margolisedelstein.com

James Halstead Millar    on behalf of Interested Party   CSC Trust Company of Delaware, as
  successor indenture trustee and collateral trustee james.millar@dbr.com,
  Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com

James Michael Peck    on behalf of Interested Party   The Official Committee of TCEH Unsecured
  Creditors jpeck@mofo.com

James Michael Peck    on behalf of Creditor Committee   The Official Committee of Unsecured
  Creditors jpeck@mofo.com

James S. Carr    on behalf of Creditor   CSC Trust Company of Delaware, Proposed Successor
  Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com

James S. Yoder    on behalf of Attorney   Salesforce.com, Inc. yoderj@whiteandwilliams.com

Jamie Lynne Edmonson    on behalf of Creditor   Pacific Investment Management Co. LLC
  jledmonson@venable.com

Jamie Lynne Edmonson    on behalf of Interested Party   Pacific Investment Management Company LLC
  ("PIMCO") jledmonson@venable.com

Jarrett Vine    on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
  jvine@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Jarrett Vine    on behalf of Interested Party   The Official Committee of TCEH Unsecured
  Creditors jvine@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

Jason A. Gibson    on behalf of Interested Party   Mudrick Capital Management L.P.
  gibson@teamrosner.com

Jason A. Starks    on behalf of Creditor   Texas Office of Public Utility Counsel
  bk-jstarks@oag.texas.gov,  sherri.simpson@oag.texas.gov

Jason D. Curry    on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
  sybil.aytch@quarles.com;amelia.valenzuela@quarles.com

Jason M. Liberi    on behalf of Interested Party   Texas Transmission Investment LLC
  jason.liberi@skadden.com,
  christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com

Jason M. Liberi    on behalf of Defendant   Texas Transmission Investment LLC
  jason.liberi@skadden.com,
  christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com

Jason M. Madron    on behalf of Debtor   4Change Energy Holdings LLC madron@rlf.com,
  rbgroup@rlf.com

Jason M. Madron    on behalf of Plaintiff   Energy Future Holdings Corp. madron@rlf.com,
  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron    on behalf of Defendant   EFH Renewables Company LLC madron@rlf.com,
  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron    on behalf of Debtor   Texas Utilities Electric Company, Inc. madron@rlf.com,
  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron    on behalf of Debtor   Texas Electric Service Company, Inc. madron@rlf.com,
  rbgroup@rlf.com

Jason M. Madron    on behalf of Debtor   DeCordova II Power Company LLC madron@rlf.com,
  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron    on behalf of Debtor   EFH FS Holdings Company madron@rlf.com,
  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron    on behalf of Debtor   Luminant Energy Trading California Company madron@rlf.com,
  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron    on behalf of Debtor   Luminant ET Services Company madron@rlf.com,
  rbgroup@rlf.com

Jason M. Madron    on behalf of Attorney   Kirkland & Ellis LLP madron@rlf.com,  rbgroup@rlf.com

Jason M. Madron    on behalf of Debtor   Valley Power Company LLC madron@rlf.com,
  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron    on behalf of Defendant   EFH Finance (No. 2) Holdings Company madron@rlf.com,
  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron    on behalf of Debtor   Luminant Big Brown Mining Company LLC madron@rlf.com,
  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron    on behalf of Debtor   Generation SVC Company madron@rlf.com,
  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron    on behalf of Defendant   EECI, Inc. madron@rlf.com,
  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron    on behalf of Debtor   EFH Finance (No. 2) Holdings Company madron@rlf.com,
  rbgroup@rlf.com

Jason M. Madron    on behalf of Defendant   EFH Australia (No. 2) Holdings Company madron@rlf.com,
  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

Jason M. Madron    on behalf of Debtor   DeCordova Power Company LLC madron@rlf.com,
  rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason M. Madron    on behalf of Debtor    Texas Power & Light Company, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    TCEH Finance, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Generation Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Energy Future Holdings Corp. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Generation MT Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    TXU Electric Company, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    TXU Energy Receivables Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Oak Grove Management Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Southwestern Electric Service Company, Inc.
                madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Texas Energy Industries Company, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Oak Grove Mining Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EFH CG Management Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Oak Grove Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Collin Power Company LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    EFH Corporate Services Company madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
                madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EECI, Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant   LSGT Gas Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Valley NG Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Defendant   TXU Receivables Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Eagle Mountain Power Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Dallas Power & Light Company, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Martin Lake 4 Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Holding Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant   Generation Development Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    LSGT Gas Company LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Texas Utilities Company, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    LSGT SACROC, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Interested Party   Energy Future Holdings Corp. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Mineral Development Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant   EEC Holdings, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Lone Star Pipeline Company, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    NCA Development Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Plaintiff   EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Attorney   Richards, Layton & Finger, P.A. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Sandow Power Company LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant   NCA Development Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Renewables Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    4Change Energy Company madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Morgan Creek 7 Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
                Jason M. Madron   on behalf of Debtor   Luminant Energy Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   Big Brown Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   Brighten Energy LLC madron@rlf.com,  rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   TXU Energy Solutions Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   NCA Resources Development Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   Generation Development Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   Big Brown Lignite Company LLC madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   Lone Star Energy Company, Inc. madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron   on behalf of Defendant   EFH FS Holdings Company madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   Monticello 4 Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron   on behalf of Defendant   Energy Future Intermediate Holding Company LLC
                  madron@rlf.com,  rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   TXU SEM Company madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   EFH CG Holdings Company LP madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   EFH Renewables Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Defendant   LSGT SACROC, Inc. madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   EFH Australia (No. 2) Holdings Company madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron   on behalf of Defendant   EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   Tradinghouse Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   Lake Creek 3 Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   TXU Energy Retail Company LLC madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron   on behalf of Defendant   EBASCO Services of Canada Limited madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   EEC Holdings, Inc. madron@rlf.com,  rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   Energy Future Holding Company LLC
                  madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Other Prof.   KPMG LLP madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   TXU Retail Services Company madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
                  madron@rlf.com,  rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   Big Brown 3 Power Company LLC madron@rlf.com,
                  rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   Luminant Mining Company LLC madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   Brighten Holdings LLC madron@rlf.com,  rbgroup@rlf.com
                Jason M. Madron   on behalf of Debtor   TXU Receivables Company madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Defendant   Energy Future Holdings Corp. madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jason M. Madron   on behalf of Debtor   EFIH Finance Inc. madron@rlf.com,
                  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
                  Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
                  Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
                Jeffrey C. Wisler   on behalf of Creditor   Cloud Peak Energy Resources LLC
                  jwisler@connollygallagher.com
                Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
                  Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
                  Seidlets jwisler@connollygallagher.com
                Jeffrey M Gorris   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.,
                  The Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners
                  Limited Partnership jspeakman@friedlandergorris.com,
                  jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
                Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
                  jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
                Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
                  jschlerf@foxrothschild.com,  idensmore@foxrothschild.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jeffrey M. Schlerf    on behalf of Interested Party    Sempra Energy jschlerf@foxrothschild.com,
               idensmore@foxrothschild.com
              Jeffrey M. Schlerf    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
               jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
              Jeffrey M. Schlerf    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
               jschlerf@foxrothschild.com
              Jeffrey R. Fine    on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
               jfine@dykema.com,  jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
              Jeffrey R. Fine    on behalf of Creditor    Bluebonnet Electric Cooperative, Inc. jfine@dykema.com,
               jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
              Jeffrey S. Sabin    on behalf of Creditor    Pacific Investment Management Co. LLC
               JSSabin@Venable.com
              Jeffrey S. Sabin    on behalf of Interested Party    Pacific Investment Management Company LLC
               ("PIMCO") JSSabin@Venable.com
              Jennifer Marines    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors JMarines@mofo.com
              Jennifer R Sharret    on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com,
               corporate-reorg-1449@ecf.pacerpro.com;MWasson@kramerlevin.com
              Jennifer R. Hoover    on behalf of Creditor    Michelin North America Inc. jhoover@beneschlaw.com,
               docket@beneschlaw.com;lmolinaro@beneschlaw.com
              Jennifer R. Hoover    on behalf of Attorney    Benesch, Friedlander, Coplan & Aronoff, LLP
               jhoover@beneschlaw.com,  docket@beneschlaw.com;lmolinaro@beneschlaw.com
              Jennifer R. Hoover    on behalf of Interested Party    Fee Committee jhoover@beneschlaw.com,
               docket@beneschlaw.com;lmolinaro@beneschlaw.com
              Jennifer V. Doran    on behalf of Creditor    Invensys Systems, Inc. jdoran@hinckleyallen.com,
               calirm@haslaw.com
              Jeremy William Ryan    on behalf of Creditor    Citibank, N.A., as administrative and collateral
               agent jryan@potteranderson.com,  bankruptcy@potteranderson.com
              Joanna Flynn Newdeck    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
               jnewdeck@akingump.com,  ddunn@akingump.com
              Joanna Flynn Newdeck    on behalf of Interested Party    UMB BANK, N.A., as Trustee
               jnewdeck@akingump.com,  ddunn@akingump.com
              John A. Morris    on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
              John D. Demmy    on behalf of Creditor    City of Dallas, Texas john.demmy@saul.com,
               robyn.warren@saul.com
              John D. Demmy    on behalf of Creditor    Rexel, Inc. john.demmy@saul.com,  robyn.warren@saul.com
              John D. Demmy    on behalf of Creditor    AEP Texas Central Company d/b/a American Electric Power
               Company and AEP Texas North Company d/b/a American Electric Power Company john.demmy@saul.com,
               robyn.warren@saul.com
              John G. Harris    on behalf of Plaintiff    Avenue Capital Management II, LP
               jharris@bergerharris.com,  mnicholls@bergerharris.com
              John G. Harris    on behalf of Plaintiff    York Capital Management Global Advisors, LLC
               jharris@bergerharris.com,  mnicholls@bergerharris.com
              John G. Harris    on behalf of Plaintiff    P. Schoenfeld Asset Management LP
               jharris@bergerharris.com,  mnicholls@bergerharris.com
              John G. Harris    on behalf of Plaintiff    Third Avenue Management LLC jharris@bergerharris.com,
               mnicholls@bergerharris.com
              John G. Harris    on behalf of Plaintiff    GSO Capital Partners LP jharris@bergerharris.com,
               mnicholls@bergerharris.com
              John H. Strock    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
               jstrock@foxrothschild.com,  dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
              John M. Seaman    on behalf of Interested Party    Goldman Sachs & Co. and certain affiliates
               seaman@abramsbayliss.com,  farro@abramsbayliss.com;matthews@abramsbayliss.com
              John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts
               john.stern@oag.texas.gov,  bk-mbecker@oag.texas.gov
              John P. Dillman    on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com
              John P. Dillman    on behalf of Creditor    Fort Bend County houston_bankruptcy@publicans.com
              John P. Dillman    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
              John P. Melko    on behalf of Creditor    ROMCO Equipment Co. jmelko@gardere.com,
               mriordan@gardere.com;sgattis@gardere.com;rdiep@gardere.com
              John R. Ashmead    on behalf of Interested Party    Wilmington Trust, N.A. ashmead@sewkis.com
              Johnna Darby    on behalf of Interested Party    Steag Energy Services, Inc. jdarby@shawfishman.com
              Jon M. Chatalian    on behalf of Creditor    Pension Benefit Guaranty Corporation
               chatalian.jon@pbgc.gov,  efile@pbgc.gov
              Jonathan L. Howell    on behalf of Creditor    Red Ball Oxygen Company jhowell@gpm-law.com
              Joseph Grey    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
               jgrey@crosslaw.com,  smacdonald@crosslaw.com
              Joseph Charles Barsalona II    on behalf of Debtor    Energy Future Holdings Corp.
               barsalona@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Joseph Charles Barsalona II    on behalf of Plaintiff    Energy Future Holdings Corp.
               barsalona@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Joseph D. Frank    on behalf of Interested Party    PI Law Firms jfrank@fgllp.com,
               ccarpenter@fgllp.com;Larry.Thomas@westernunion.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Joseph D. Frank   on behalf of Creditor   Experian Information Solutions, Inc. jfrank@fgllp.com,
            ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Frank   on behalf of Creditor   Experian Marketing Solutions, Inc. jfrank@fgllp.com,
            ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Wright   on behalf of Interested Party   Alcoa Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright   on behalf of Defendant   NextEra Energy, Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
            Holdings, Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright   on behalf of Interested Party   NextEra Energy, Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
            LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright   on behalf of Creditor   NextEra Energy, Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph H. Huston, Jr.   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity
            as First Lien Administrative Agent jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Creditor   Oaktree Capital Management, L.P.
            jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Creditor   Angelo Gordon & Co., LP jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Creditor   Apollo Management HoldingsLP jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company
            LLC jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
            Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First
            Lien Administrative Agent jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Debtor   Energy Future Holdings Corp. jhh@stevenslee.com
          Joseph J. McMahon, Jr.   on behalf of Creditor   Red Ball Oxygen Company jmcmahon@ciardilaw.com,
            mflores@ciardilaw.com
          Joseph J. McMahon, Jr.   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC
            jmcmahon@ciardilaw.com,  mflores@ciardilaw.com
          Joshua K. Brody   on behalf of Defendant   Computershare Trust Company of Canada
            jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua K. Brody   on behalf of Defendant   Computershare Trust Company, N.A.
            jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua K. Brody   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
            Objectors jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua K. Brody   on behalf of Interested Party   Computershare Trust Company, N.A., and
            Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
            Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua Powers Searcy   on behalf of Creditor   D. Courtney Construction, Inc.
            joshsearcy@jrsearcylaw.com
          Joshua Y. Sturm   on behalf of Creditor   Delaware Trust Company, as successor indenture trustee
            and collateral trustee, joshua.strum@ropesgray.com
          Julia B. Klein   on behalf of Creditor   Mudrick Capital Management, L.P. klein@teamrosner.com
          Julia Bettina Klein   on behalf of Interested Party   Mudrick Capital Management L.P.
            klein@kleinllc.com
          Justin Cory Falgowski   on behalf of Creditor   Texas Big Spring, LP jfalgowski@burr.com
          Justin K. Edelson   on behalf of Creditor   The Official Committee of TCEH Unsecured
            Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson   on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson   on behalf of Financial Advisor   FTI Consulting, Inc. jedelson@polsinelli.com,
            LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Karen Beth Shaer   on behalf of Other Prof.   Garden City Group, LLC PACERTeam@gardencitygroup.com
          Karen C. Bifferato   on behalf of Interested Party   Pacific Investment Management Company LLC
            ("PIMCO") kbifferato@connollygallagher.com
          Katharine L. Mayer   on behalf of Interested Party   Aetna Inc. kmayer@mccarter.com
          Katharine L. Mayer   on behalf of Interested Party   Aetna Life Insurance Company
            kmayer@mccarter.com
          Katherine Stadler   on behalf of Interested Party   Fee Committee kstadler@gklaw.com,
            kboucher@gklaw.com;pbrellenthin@gklaw.com
          Kathleen A. Murphy   on behalf of Creditor   CATERPILLAR FINANCIAL SERVICES CORP.
            kathleen.murphy@bipc.com,  annette.dye@bipc.com
          Kathleen M. Miller   on behalf of Creditor   Valero Texas Power Marketing, Inc.
            kmiller@skjlaw.com,  llb@skjlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Kathleen M. Miller    on behalf of Creditor    Airgas USA, LLC kmiller@skjlaw.com,  llb@skjlaw.com
              Kay Diebel Brock    on behalf of Creditor    Travis County bkecf@co.travis.tx.us
              Keith Howard Wofford    on behalf of Creditor    Elliott Associates, L.P., Elliott International,
               L.P. and The Liverpool Limited Partnership keith.wofford@ropesgray.com,
               keith.wofford@ropesgray.com
              Keith Howard Wofford    on behalf of Interested Party    CSC Trust Company of Delaware, as
               successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
               keith.wofford@ropesgray.com
              Kerry L. Haliburton    on behalf of Creditor    Buffalo Industrial Supply, Inc.
               raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
              Kevin C. Driscoll, Jr.    on behalf of Creditor    GATX Corporation Kevin.Driscoll@btlaw.com,
               donna.dotts@btlaw.com
              Kevin G. Collins    on behalf of Creditor    GATX Corporation kevin.collins@btlaw.com,
               pgroff@btlaw.com;Kathy.lytle@btlaw.com
              Kevin J. Mangan    on behalf of Interested Party    American Equipment Company Inc.
               kevin.mangan@wbd-us.com,  Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Kevin J. Mangan    on behalf of Interested Party    AMECO Inc. kevin.mangan@wbd-us.com,
               Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Kevin J. Mangan    on behalf of Interested Party    Alltite Inc. kevin.mangan@wbd-us.com,
               Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Kevin J. Mangan    on behalf of Interested Party    Fluor Global Services kevin.mangan@wbd-us.com,
               Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Kevin J. Mangan    on behalf of Interested Party    Fluor Corporation kevin.mangan@wbd-us.com,
               Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Kevin J. Mangan    on behalf of Interested Party    Fluor Enterprises Inc. kevin.mangan@wbd-us.com,
               Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Kevin M Lippman    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
               klippman@munsch.com,  lpannier@munsch.com
              Kevin M. Capuzzi    on behalf of Creditor    Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
               docket@beneschlaw.com;lmolinaro@beneschlaw.com
              Kimberly Ellen Connolly Lawson    on behalf of Interested Party    The Bank of New York Mellon, in
               its capacity as the PCRB Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
              Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon, as
               Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
              Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon Trust
               Company, N.A., as Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
              Kimberly Ellen Connolly Lawson    on behalf of Creditor Committee    The Official Committee of
               Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
               LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com,
               bankruptcy-2628@ecf.pacerpro.com
              Kizzy Lyn Jarashow    on behalf of Creditor    Aurelius Capital Management, LP
               kjarashow@goodwinprocter.com
              Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon Trust Company, N.A.,
               in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,
               llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
               kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon, in its capacity as
               the PCRB Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
               Indenture Trustee kgwynne@reedsmith.com,
               llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Kurtzman Carson Consultants LLC    info@kccllc.com
              L. John Bird    on behalf of Creditor    Creditor-Investor Consortium jbird@foxrothschild.com,
               idensmore@foxrothschild.com
              L. John Bird    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
               jbird@foxrothschild.com,  idensmore@foxrothschild.com
              L. John Bird    on behalf of Intervenor    Ovation Acquisition I, L.L.C. jbird@foxrothschild.com,
               idensmore@foxrothschild.com
              L. John Bird    on behalf of Intervenor    Ovation Acquisition II, L.L.C. jbird@foxrothschild.com,
               idensmore@foxrothschild.com
              L. Katherine Good    on behalf of Interested Party    Boral Material Technologies, LLC
               kgood@wtplaw.com,  clano@wtplaw.com
              L. Katherine Good    on behalf of Interested Party    Simeio Solutions, Inc. kgood@wtplaw.com,
               clano@wtplaw.com
              Lara E. Shipkovitz    on behalf of Creditor    Thermo Fisher Scientific Inc.
               lshipkovitz@tuckerlaw.com
              Lars A. Peterson    on behalf of Interested Party    UMB BANK, N.A., as Trustee lapeterson@foley.com
              Lars A. Peterson    on behalf of Creditor    UMB Bank, N.A. lapeterson@foley.com
              Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
               Second Lien Group ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Plaintiff    Computershare Trust Company, N.A.
               ljones@pszjlaw.com
              Laura Davis Jones    on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com,  efilel@pszyjw.com
              Laura Davis Jones    on behalf of Interested Party    EFIH 2nd Lien Notes Indenture Trustee
               ljones@pszjlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Laura  Davis  Jones   on behalf of Interested Party     EFIH Second Lien Notes Indenture Trustee &
    EFIH Second Lien Notes Group ljones@pszjlaw.com
Laura  Davis  Jones   on behalf of Interested Party     Computershare Trust Company, N.A. and
    Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
    lien notes and the holders thereof. ljones@pszjlaw.com,  efile1@pszyjw.com
Laura  Davis  Jones   on behalf of Interested Party     Second Lien Indenture Trustee
    ljones@pszjlaw.com
Laura  Davis  Jones   on behalf of Interested Party     Indenture Trustee and the EFIH 2nd Lien
    Objectors ljones@pszjlaw.com
Laura  Davis  Jones   on behalf of Interested Party     EFIH Second Lien Indenture Trustee
    ljones@pszjlaw.com,  efile1@pszyjw.com
Laura Davis  Jones   on behalf of Interested Party     Indenture Trustee and the EFIH 2nd Lien
    Objectors ljones@pszjlaw.com,  efile@pszyj.com
Laura Davis  Jones   on behalf of Interested Party     EFIH 2nd Lien Notes Indenture Trustee
    ljones@pszjlaw.com,  efile@pszyj.com
Laurie Selber Silverstein   on behalf of Interested Party     EFIH First Lien DIP Agent
    bankruptcy@potteranderson.com
Laurie Selber Silverstein    on behalf of Interested Party     Deutsche Bank AG New York Branch
    bankruptcy@potteranderson.com
Lee Harrington   on behalf of Interested Party     American Stock Transfer & Trust Company LLC
    lharrington@nixonpeabody.com
Lee B. Gordon   on behalf of Creditor     Texas Ad Valorem Taxing Jurisdictions
    cary.cain@mvbalaw.com,  bankruptcy@mvbalaw.com
Lindsay  Zahradka   on behalf of Interested Party     Ad Hoc Committee of EFIH Unsecured
    Noteholders lzahradka@akingump.com
Lindsay  Zahradka   on behalf of Interested Party     EFIH Second Lien DIP Commitment Parties
    lzahradka@akingump.com
Lino  Mendiola, III   on behalf of Interested Party     Titus County Fresh Waster Supply District
    No. 1 linomendiola@andrewskurth.com
Lino  Mendiola, III   on behalf of Interested Party     Titus County Fresh Water Supply District
    No. 1 linomendiola@andrewskurth.com
Lisa Cresci McLaughlin   on behalf of Interested Party     Fee Committee mmo@pgmhlaw.com
Lorenzo  Marinuzzi   on behalf of Interested Party     The Official Committee of TCEH Unsecured
    Creditors LMarinuzzi@mofo.com,  lorenzo-marinuzzi-4664@ecf.pacerpro.com
Lucian Borders Murley   on behalf of Creditor     Accenture LLP luke.murley@saul.com,
    robyn.warren@saul.com
Lucian Borders Murley   on behalf of Creditor     Johnson Matthey Stationary Emissions Control LLC
    luke.murley@saul.com,  robyn.warren@saul.com
Marc J. Phillips   on behalf of Creditor     Bluebonnet Electric Cooperative, Inc.
    mphillips@mgmlaw.com
Marc J. Phillips   on behalf of Creditor     Tex-La Electric Cooperative of Texas, Inc.
    mphillips@mgmlaw.com
Marc J. Phillips   on behalf of Creditor     Steering Committee of Cities Served by Oncor
    mphillips@mgmlaw.com
Marc Stephen Casarino   on behalf of Creditor     Google Inc. casarinom@whiteandwilliams.com,
    debankruptcy@whiteandwilliams.com
Maria A. Bove   on behalf of Interested Party     Computershare Trust Company, N.A., and
    Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
    Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
Maria Aprile Sawczuk   on behalf of Interested Party     Sierra Club marias@restructuringshop.com,
    marias@ecf.courtdrive.com
Maria Aprile Sawczuk   on behalf of Creditor Miguel Oliveras Caraballo
    marias@restructuringshop.com,  marias@ecf.courtdrive.com
Mark  Minuti   on behalf of Creditor     Electric Reliability Council of Texas, Inc.
    mark.minuti@saul.com,  robyn.warren@saul.com;ecf-9d8e07160ff2@ecf.pacerpro.com
Mark Andrew Fink   on behalf of Interested Party     The Official Committee of Unsecured Creditors
    of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
    Inc.; and EECI, Inc. (EFH Committee) mfink@mmwr.com,
    ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
Mark Andrew Fink   on behalf of Creditor Committee     The Official Committee of Unsecured
    Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
    Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com,
    ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
Mark Andrew Fink   on behalf of Spec. Counsel     Montgomery, McCracken, Walker & Rhoads, LLP
    mfink@mmwr.com,  ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
Mark Andrew Fink   on behalf of Creditor Committee     The Official Committee of Unsecured
    Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
    Finance Inc., and EECI, Inc. mfink@mmwr.com,
    ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
Mark Andrew Fink   on behalf of Creditor Committee     The Official Committee of Unsecured
    Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
    Finance, Inc., and EECI, Inc. mfink@mmwr.com,
    ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
Mark Charles 2009npfdEllenberg   on behalf of Creditor     FPL Energy Pecos Wind I, LP, FLP Energy
    Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. mark.ellenberg@cwt.com,
    michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com
Mark D. Collins   on behalf of Debtor     Energy Future Holdings Corp.
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Mark D. Collins    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Mark D. Kotwick    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral Agent
  KOTWICK@SEWKIS.COM
Mark D. Kotwick    on behalf of Interested Party    Wilmington Trust, N.A. kotwick@sewkis.com
Mark D. Kotwick    on behalf of Defendant    Wilmington Trust, N.A. as First Lien Collateral Agent
  and First Lien Administrative Agent KOTWICK@SEWKIS.COM
Mark D. Olivere    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
  olivere@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
Mark D. Olivere    on behalf of Interested Party    Berkshire Hathaway Energy Company
  olivere@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
Mark E. Felger    on behalf of Interested Party    J. Aron & Company mfelger@cozen.com,
  MBrickley@cozen.com;mmillis@cozen.com
Mark E. Felger    on behalf of Interested Party    J Aron & Company mfelger@cozen.com,
  MBrickley@cozen.com;mmillis@cozen.com
Mark F. Hebbeln    on behalf of Interested Party    UMB BANK, N.A., as Trustee mhebbeln@foley.com,
  jsorrels@foley.com,opetukhova@foley.com
Mark F. Hebbeln    on behalf of Creditor    UMB Bank, N.A. mhebbeln@foley.com, jsorrels@foley.com,
  opetukhova@foley.com
Mark F. Rosenberg    on behalf of Creditor Committee    The Official Committee of Unsecured
  Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
  Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com
Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Houston Electric,
  LLC mark.desgrosseilliers@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Mark L. Desgrosseilliers    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
  mark.desgrosseilliers@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Resources Corp.
  mark.desgrosseilliers@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Mark S. Chehi    on behalf of Interested Party    Borealis Infrastructure Management Inc.
  mchehi@skadden.com, debank@skadden.com
Matthew B. McGuire    on behalf of Plaintiff    Marathon Asset Management, LP mcguire@lrclaw.com,
  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
Matthew B. McGuire    on behalf of Interested Party    Marathon Asset Management, LP
  mcguire@lrclaw.com,
  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    Polygon Convertible Opportunity Master Fund
  mcguire@lrclaw.com,
  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    Polygon Distressed Opportunities Master Fund
  mcguire@lrclaw.com,
  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
Matthew B. McGuire    on behalf of Plaintiff    Polygon Distressed Opportunities Master Fund
  mcguire@lrclaw.com,
  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    NextEra Energy, Inc. and Next Era Energy Capital
  Holdings, Inc. mcguire@lrclaw.com,
  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
Matthew B. McGuire    on behalf of Plaintiff    Polygon Convertible Opportunity Master Fund
  mcguire@lrclaw.com,
  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
Matthew B. McGuire    on behalf of Defendant    NextEra Energy, Inc. mcguire@lrclaw.com,
  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
Matthew B. McGuire    on behalf of Interested Party    Alcoa Inc.
  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    NextEra Energy Resources, LLC mcguire@lrclaw.com,
  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
  II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    NextEra Energy, Inc. mcguire@lrclaw.com,
  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
Matthew C. Brown    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
  mbrown@whitecase.com
Matthew G. Summers    on behalf of Creditor    URENCO, Inc. summersm@ballardspahr.com,
  chiggesd@ballardspahr.com
Matthew G. Summers    on behalf of Creditor    Louisiana Energy Services, LLC
  summersm@ballardspahr.com, chiggesd@ballardspahr.com
Matthew J. Troy    on behalf of Creditor    United States of America matthew.troy@usdoj.gov
Meredith A. Lahaie    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
  Noteholders mlahaie@akingump.com
Meredith A. Lahaie    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
  mlahaie@akingump.com
Michael A. Paskin    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
  mpaskin@cravath.com
Michael D. DeBaecke    on behalf of Interested Party    Wilmington Trust, N.A.
  debaecke@blankrome.com
Michael David Debaecke    on behalf of Defendant    Wilmington Trust, N.A., as First Lien
  Collateral Agent debaecke@blankrome.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael David Debaecke    on behalf of Defendant    Wilmington Trust, N.A. as First Lien Collateral
            Agent and First Lien Administrative Agent debaecke@blankrome.com
          Michael David Debaecke    on behalf of Creditor    Wilmington Trust, N.A., as Successor TCEH First
            Lien Administrative Agent and Successor TCEH First Lien Collateral Agent debaecke@blankrome.com
          Michael David Debaecke    on behalf of Interested Party    Wilmington Trust, N.A.
            debaecke@blankrome.com
          Michael G. Busenkell    on behalf of Creditor    Polygon Distressed Opportunities Master Fund
            mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party    Subsequent Settling EFIH PIK Noteholders
            comprised of: York Capital Management Global Advisors, LLC; P. Schoenfeld Asset Management L.P.;
            mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party    Tannor Partners Credit Fund LP
            mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Creditor    Sunrise Partners Limited Partnership
            mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Creditor    Marathon Asset Management, LP
            mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Creditor    Knife River Corporation-South
            mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Creditor    Polygon Convertible Opportunity Master Fund
            mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party    York Capital Management Global Advisors,
            LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Creditor    Mudrick Capital Management, L.P.
            mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Creditor    Aurelius Capital Management, LP
            mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Creditor William Jeffrey Herbert mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Interested Party    Marathon Asset Management, LP
            mbusenkell@gsbblaw.com
          Michael G. Busenkell    on behalf of Other Prof.    Ad Hoc Group of Non-Settling EFIH PIK
            Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
            Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D mbusenkell@gsbblaw.com
          Michael Joseph Joyce    on behalf of Creditor    Certain funds and accounts advised or sub-advised
            by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Interested Party    certain funds and accounts advised or
            sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
          Michael Joseph Joyce    on behalf of Interested Party    Fidelity Management & Research Company
            mjoyce@oelegal.com
          Michael L. Atchley    on behalf of Creditor    Tarrant Regional Water District
            matchley@popehardwicke.com
          Michael L. Atchley    on behalf of Creditor    Northeast Texas Municipal Water District
            matchley@popehardwicke.com
          Michael P. Esser    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
            michael.esser@kirkland.com
          Michael P. Esser    on behalf of Plaintiff    Energy Future Holdings Corp.
            michael.esser@kirkland.com
          Michael P. Esser    on behalf of Debtor    Energy Future Holdings Corp. michael.esser@kirkland.com
          Michelle McMahon    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
            Objectors mmcmahon@cullenanddykman.com
          Monica S. Blacker    on behalf of Attorney    Jackson Walker LLP mblacker@jw.com,
            tsalter@jw.com;ldooley@jw.com
          Monica S. Blacker    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
            mblacker@jw.com,  tsalter@jw.com;ldooley@jw.com
          Natalie D. Ramsey    on behalf of Creditor Committee    The Official Committee of Unsecured
            Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
            Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com,  ECFdocuments@pacerpro.com
          Natalie D. Ramsey    on behalf of Creditor Committee    The Official Committee of Unsecured
            Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
            Finance Inc., and EECI, Inc. nramsey@mmwr.com,  ECFdocuments@pacerpro.com
          Neil B. Glassman    on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
            Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
            nglassman@bayardlaw.com;smacon@bayardlaw.com;jalberto@bayardlaw.com;bankserve@bayardlaw.com
          Neil B. Glassman    on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien Indenture
            Trustee bankserve@bayardlaw.com,  nglassman@bayardlaw.com
          Neil B. Glassman    on behalf of Interested Party    Delaware Trust Company
            bankserve@bayardfirm.com,  nglassman@bayardfirm.com
          Nicholas D. Mozal    on behalf of Defendant    Angelo Gordon & Co., LP nmozal@ramllp.com
          Nicholas D. Mozal    on behalf of Defendant    Apollo Advisors VII, L.P. nmozal@ramllp.com
          Nicholas D. Mozal    on behalf of Interested Party    Titan Investment Holdings LP nmozal@ramllp.com
          Nicholas D. Mozal    on behalf of Defendant    Brookfield Asset Management Private Institutional
            Capital Adviser (Canada), L.P. nmozal@ramllp.com
          Nicholas J. Brannick    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
            Indenture Trustee nbrannick@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
            otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Nicholas J. Brannick   on behalf of Plaintiff   Delaware Trust Company nbrannick@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Nicholas J. Brannick   on behalf of Interested Party   CSC Trust Company of Delaware, as
              successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Nick S. Kaluk, III   on behalf of Financial Advisor   Evercore Group L.L.C. nskaluk@debevoise.com
              Nicole D. Mignone   on behalf of Interested Party   Public Utility Commission of Texas
              nicole.mignone@texasattorneygeneral.gove
              Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company, as Indenture Trustee and
              Collateral Trustee, npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
              Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
              Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
              Norman L. Pernick   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
              Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
              Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
              Indenture Trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
              Omar J. Alaniz   on behalf of Interested Party   CenterPoint Energy Resources Corp.
              omar.alaniz@bakerbotts.com
              Omar J. Alaniz   on behalf of Interested Party   CenterPoint Energy Houston Electric, LLC
              omar.alaniz@bakerbotts.com
              Owen M. Sonik   on behalf of Creditor   Galena Park Independent School District osonik@pbfcm.com,
              tpope@pbfcm.com;osonik@ecf.inforuptcy.com
              Owen M. Sonik   on behalf of Creditor   Certain Texas Taxing Entities osonik@pbfcm.com,
              tpope@pbfcm.com;osonik@ecf.inforuptcy.com
              Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Tejas Pipeline LLC
              pwp@pattiprewittlaw.com
              Patricia Williams Prewitt   on behalf of Creditor   El Paso Natural Gas Company
              pwp@pattiprewittlaw.com
              Patricia Williams Prewitt   on behalf of Creditor   Targa Gas Marketing LLC
              pwp@pattiprewittlaw.com
              Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Texas Pipeline LLC
              pwp@pattiprewittlaw.com
              Patrick L. Hughes   on behalf of Creditor   Airgas USA, LLC patrick.hughes@haynesboone.com
              Pauline K. Morgan   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
              bankfilings@ycst.com
              Peter J. Keane   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee & EFIH
              Second Lien Group pkeane@pszjlaw.com
              Peter Jonathon Young   on behalf of Debtor   Energy Future Holdings Corp. pyoung@proskauer.com
              Peter M. Gilhuly   on behalf of Interested Party   Ernst & Young LLP peter.gilhuly@lw.com,
              adam.malatesta@lw.com
              R. Karl Hill   on behalf of Creditor   Liberty Mutual Insurance Co. khill@svglaw.com,
              spappa@svglaw.com
              R. Stephen McNeill   on behalf of Creditor   Citibank, N.A., as administrative and collateral
              agent bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
              R. Stephen McNeill   on behalf of Interested Party   Deutsche Bank Securities Inc.
              bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
              Rachel Obaldo   on behalf of Creditor   Texas Comptroller of Public Accounts
              bk-robaldo@oag.texas.gov,  sherri.simpson@oag.texas.gov
              Rachel Ringer   on behalf of Interested Party   Computershare Trust Company, N.A. and
              Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
              lien notes and the holders thereof. rringer@kramerlevin.com,
              AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;GFrenzel@kramerlevin.com;dbraun@kramerlevin.
              com;corporate-reorg-1449@ecf.pacerpro.com
              Rachel B. Mersky   on behalf of Creditor   Top Line Rental , LLC rmersky@monlaw.com
              Raymond H. Lemisch   on behalf of Defendant   UMB Bank, N.A., as indenture trustee
              rlemisch@klehr.com
              Raymond H. Lemisch   on behalf of Creditor   UMB Bank, N.A. rlemisch@klehr.com
              Raymond H. Lemisch   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
              rlemisch@klehr.com
              Rebecca A. Hayes   on behalf of Creditor   UMB Bank, N.A. rhayes@foley.com
              Rebecca A. Hayes   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
              rhayes@foley.com
              Reed A. Heiligman   on behalf of Interested Party   PI Law Firms rheiligman@fgllp.com,
              ccarpenter@fgllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Reed A. Heiligman   on behalf of Creditor   Experian Information Solutions, Inc.
              rheiligman@fgllp.com,  ccarpenter@fgllp.com
             Reed A. Heiligman   on behalf of Creditor   Experian Marketing Solutions, Inc.
              rheiligman@fgllp.com,  ccarpenter@fgllp.com
             Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
              rbarkasy@schnader.com
             Richard A. Barkasy   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
              rbarkasy@schnader.com
             Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
              rbarkasy@schnader.com
             Richard L. Schepacarter   on behalf of U.S. Trustee   U.S. Trustee richard.schepacarter@usdoj.gov
             Robert J. Feinstein   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
              Objectors rfeinstein@pszjlaw.com
             Robert J. Feinstein   on behalf of Defendant   Computershare Trust Company, N.A.
              rfeinstein@pszjlaw.com
             Robert J. Feinstein   on behalf of Defendant   Computershare Trust Company of Canada
              rfeinstein@pszjlaw.com
             Robert J. Feinstein   on behalf of Interested Party   Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
             Robert K. Malone   on behalf of Interested Party   CITIBANK, N.A. robert.malone@dbr.com,
              andrew.groesch@dbr.com
             Ryan M. Bartley   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
              bankfilings@ycst.com
             Ryan M. Bartley   on behalf of Defendant   Vistra Energy Corp. bankfilings@ycst.com
             Sabrina L. Streusand   on behalf of Interested Party Allen   Shrode streusand@slollp.com,
              prentice@slollp.com
             Samuel Lee Moultrie   on behalf of Creditor   RailWorks Track System, Inc. smoultrie@wlblaw.com
             Scott D. Cousins   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
              scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
             Scott D. Cousins   on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
              Noteholders scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
             Scott D. Cousins   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
              and The Liverpool Limited Partnership scousins@bayardlaw.com,
              lmorton@bayardlaw.com;tstoner@bayardlaw.com
             Scott D. Cousins   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
              scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
             Sean A. O'Neal   on behalf of Interested Party   J. Aron & Company soneal@cgsh.com,
              maofiling@cgsh.com;afee@cgsh.com
             Sean A. O'Neal   on behalf of Interested Party   J Aron & Company soneal@cgsh.com,
              maofiling@cgsh.com;afee@cgsh.com
             Sean M. Brennecke   on behalf of Creditor   UMB Bank, N.A. sbrennecke@klehr.com,  state@klehr.com
             Shanti M. Katona   on behalf of Creditor Committee   The Official Committee of Unsecured
              Creditors skatona@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
             Shawn M. Christianson   on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com,
              cmcintire@buchalter.com
             Simon E. Fraser   on behalf of Interested Party   J Aron & Company sfraser@cozen.com
             Simon E. Fraser   on behalf of Creditor   Goldman Sachs Lending Partners LLC sfraser@cozen.com
             Simon E. Fraser   on behalf of Interested Party   J. Aron & Company sfraser@cozen.com
             Simon E. Fraser   on behalf of Defendant   Morgan Stanley Capital Group, Inc. sfraser@cozen.com
             Stacey Kremling   on behalf of Creditor   2603 Augusta Investors, LP stacey@womaclaw.com
             Stacy L. Newman   on behalf of Interested Party   Union Pacific Railroad Company
              snewman@ashby-geddes.com
             Stacy L. Newman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
              capacity as successor Indenture Trustee snewman@ashby-geddes.com
             Stanley B. Tarr   on behalf of Interested Party   Wilmington Trust, N.A. tarr@blankrome.com,
              moody@ecf.inforuptcy.com
             Stephanie Wickouski   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
              Objectors stephanie.wickouski@bryancave.com,  dortiz@bryancave.com
             Stephanie Wickouski   on behalf of Interested Party   Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bryancave.com,
              dortiz@bryancave.com
             Stephanie Wickouski   on behalf of Defendant   Computershare Trust Company of Canada
              stephanie.wickouski@bryancave.com,  dortiz@bryancave.com
             Stephanie Wickouski   on behalf of Defendant   Computershare Trust Company, N.A.
              stephanie.wickouski@bryancave.com,  dortiz@bryancave.com
             Stephen Karotkin   on behalf of Plaintiff   Third Avenue Management LLC
              stephen.karotkin@weil.com,  frank.grese@weil.com
             Stephen Karotkin   on behalf of Plaintiff   GSO Capital Partners LP stephen.karotkin@weil.com,
              frank.grese@weil.com
             Stephen Karotkin   on behalf of Plaintiff   Avenue Capital Management II, LP
              stephen.karotkin@weil.com,  frank.grese@weil.com
             Stephen Karotkin   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
              stephen.karotkin@weil.com,  frank.grese@weil.com
             Stephen Karotkin   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
              stephen.karotkin@weil.com,  frank.grese@weil.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Stephen C. Stapleton   on behalf of Creditor   Atmos Energy Corporation
          sstapleton@cowlesthompson.com
          Stephen D Lerner   on behalf of Interested Party   ArcelorMittal USA LLC
          stephen.lerner@squirepb.com,  sarah.conley@squirepb.com
          Stephen M. Miller   on behalf of Creditor   Law Debenture Trust Company of New York, in its
          capacity as Indenture Trustee smiller@morrisjames.com,
          wweller@morrisjames.com;jdawson@morrisjames.com
          Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
          Steven N. Serajeddini   on behalf of Debtor   Energy Future Holdings Corp.
          steven.serajeddini@kirkland.com
          Steven N. Serajeddini   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
          steven.serajeddini@kirkland.com
          Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
          stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
          Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
          stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
          Susan E. Kaufman   on behalf of Creditor   Tarrant Regional Water District
          skaufman@skaufmanlaw.com
          Theodore J. Tacconelli   on behalf of Interested Party   Titus County Appraisal District
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Interested Party   Rusk County Appraisal District
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Creditor   Freestone County, Texas
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Interested Party   Freestone County Appraisal District
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Interested Party   Robertson County Appraisal District
          ttacconelli@ferryjoseph.com
          Thomas F. Driscoll, III   on behalf of Debtor   Energy Future Holdings Corp. tdriscoll@tbf.legal,
          mdunwody@tbf.legal
          Thomas J. Moloney   on behalf of Interested Party   J Aron & Company tmoloney@cgsh.com
          Thomas J. Moloney   on behalf of Interested Party   J. Aron & Company tmoloney@cgsh.com
          Thomas M. Horan   on behalf of Debtor   Energy Future Holdings Corp. thoran@shawfishman.com
          Thomas M. Horan   on behalf of Attorney   Shaw Fishman Glantz & Towbin LLC thoran@shawfishman.com
          Thomas M. Horan   on behalf of Plaintiff   Energy Future Holdings Corp. thoran@shawfishman.com
          Thomas M. Horan   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
          thoran@shawfishman.com
          Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
          Agent hooper@sewkis.com
          Thomas Ross Hooper   on behalf of Interested Party   Wilmington Trust, N.A. hooper@sewkis.com
          Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
          Agent and First Lien Administrative Agent hooper@sewkis.com
          Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company as Successor Trustee
          under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
          nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
          Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
          Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,
          nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
          Tina Niehold Moss   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
          tmoss@perkinscoie.com,
          nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
          Tobey M. Daluz   on behalf of Defendant   Pyramis Global Advisors Trust Company
          daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company
          daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series I: Fidelity Advisor High Income
          Advantage Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series II: Fidelity Advisor Strategic
          Income Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank Ltd. as trustee of Fidelity
          High Yield Bond Open Mother Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Puritan Trust: Fidelity Puritan Fund
          daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Global Bond Series  US Dollar Monthly Income
          US High Yield Pool daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company as Investment
          Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
          daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Master Trust Bank of Japan daluzt@ballardspahr.com,
          chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Variable Insurance Products Fund V: Strategic Income
          Portfolio daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Investments Canada ULC daluzt@ballardspahr.com,
          chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   FIL Investments International (FII)
          daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Summer Street Trust: Fidelity Global High
          Income Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

      Tobey M. Daluz   on behalf of Defendant   Fidelity School Street Trust: Fidelity Strategic Income
      daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
      Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank, Ltd. as trustee of
      Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
      Tobey M. Daluz   on behalf of Defendant   Fidelity Investments daluzt@ballardspahr.com,
      chiggesd@ballardspahr.com
      Tobey M. Daluz   on behalf of Defendant   Fidelity Summer Street Trust: Fidelity Capital & Income
      Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
      Todd Charles Schiltz, Esq   on behalf of Interested Party   CSC Trust Company of Delaware, as
      successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
      cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
      Todd Jeffrey Rosen   on behalf of Interested Party   TCEH Debtors todd.rosen@mto.com
      Traci L. Cotton   on behalf of Creditor   UT System obo UT at Arlington tcotton@utsystem.edu
      Travis J. Ferguson   on behalf of Creditor   NextEra Energy Resources, LLC ferguson@lrclaw.com,
      dellose@lrclaw.com;raucci@lrclaw.com
      Tyler D. Semmelman   on behalf of Debtor    Luminant Energy Trading California Company
      semmelman@rlf.com,  rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    EEC Holdings, Inc. semmelman@rlf.com,  rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Lone Star Pipeline Company, Inc. semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    LSGT Gas Company LLC semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    NCA Development Company LLC semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    EECI, Inc. semmelman@rlf.com,  rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Luminant Renewables Company LLC semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Luminant Mining Company LLC semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Eagle Mountain Power Company LLC semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    TXU Energy Receivables Company LLC semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    TXU Retail Services Company semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    TXU Electric Company, Inc. semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Martin Lake 4 Power Company LLC semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Energy Future Intermediate Holding Company LLC
      semmelman@rlf.com,  rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Lone Star Energy Company, Inc. semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
      semmelman@rlf.com,  rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Energy Future Competitive Holdings Company LLC
      semmelman@rlf.com,  rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Energy Future Holdings Corp. semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Big Brown 3 Power Company LLC semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Generation Development Company LLC semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Oak Grove Mining Company LLC semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Brighten Energy LLC semmelman@rlf.com,  rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Texas Electric Service Company, Inc. semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Luminant Generation Company LLC semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Generation SVC Company semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Luminant Mineral Development Company LLC
      semmelman@rlf.com,  rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Texas Utilities Company, Inc. semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    TXU SEM Company semmelman@rlf.com,  rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    Southwestern Electric Service Company, Inc.
      semmelman@rlf.com,  rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    EFH FS Holdings Company semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Defendant   EFIH Finance Inc. semmelman@rlf.com,
      rbgroup@rlf.com
      Tyler D. Semmelman   on behalf of Debtor    4Change Energy Holdings LLC semmelman@rlf.com,
      rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

| | | | |
|---|---|---|---|
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | Sandow Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | EFH Renewables Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | Valley Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | EFH CG Management Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Attorney | Kirkland & Ellis LLP semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | Luminant ET Services Company semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | Generation MT Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | Morgan Creek 7 Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman | on behalf of Debtor | TCEH Finance, Inc. semmelman@rlf.com,  rbgroup@rlf.com |
| Tyler D. Semmelman<br>semmelman@rlf.com, rbgroup@rlf.com | on behalf of Debtor | NCA Resources Development Company LLC |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | Big Brown Lignite Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>semmelman@rlf.com, rbgroup@rlf.com | on behalf of Debtor | Texas Energy Industries Company, Inc. |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | TXU Energy Retail Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | Dallas Power & Light Company, Inc. semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | DeCordova Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | Monticello 4 Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>semmelman@rlf.com, rbgroup@rlf.com | on behalf of Debtor | Luminant Big Brown Mining Company LLC |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | Lake Creek 3 Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | Tradinghouse Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | Luminant Energy Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | Luminant Holding Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com, |
| Tyler D. Semmelman | on behalf of Debtor | EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | Collin Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | Texas Power & Light Company, Inc. semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | Oak Grove Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | TXU Energy Solutions Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | Brighten Holdings LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | Big Brown Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | TXU Receivables Company semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | Valley NG Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman | on behalf of Debtor | LSGT SACROC, Inc. semmelman@rlf.com,  rbgroup@rlf.com |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | EFH CG Holdings Company LP semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | Oak Grove Management Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>semmelman@rlf.com, rbgroup@rlf.com | on behalf of Debtor | EFH Australia (No. 2) Holdings Company |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | EFH Finance (No. 2) Holdings Company semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | DeCordova II Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman<br>rbgroup@rlf.com | on behalf of Debtor | 4Change Energy Company semmelman@rlf.com, |
| Tyler D. Semmelman<br>semmelman@rlf.com, rbgroup@rlf.com | on behalf of Defendant | Energy Future Intermediate Holding Company LLC |

U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
Victoria D. Garry    on behalf of Interested Party   Ohio Department of Taxation
    vgarry@ag.state.oh.us

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Vincent E. Lazar    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
          vlazar@jenner.com
          Ward W. Benson    on behalf of Creditor    UNITED STATES OF AMERICA ward.w.benson@usdoj.gov,
          Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
          Ward W. Benson    on behalf of Creditor    United States of America on Behalf of the Internal
          Revenue Service ward.w.benson@usdoj.gov,  Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
          Warren A. Usatine    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee wusatine@coleschotz.com,  kkarstetter@coleschotz.com
          Wendy B. Reilly    on behalf of Creditor    Evercore Group LLC wbreilly@debevoise.com,
          mao-bk-ecf@debevoise.com
          William A. Hazeltine    on behalf of Creditor    Mastercraft Printed Products & Services, Inc.
          Bankruptcy001@sha-llc.com
          William A. Romanowicz    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFIH Finance Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Big Brown 3 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Brighten Energy LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Texas Utilities Electric Company, Inc.
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH CG Management Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH CG Holdings Company LP rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Corporate Services Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Southwestern Electric Service Company, Inc.
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    LSGT Gas Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH FS Holdings Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Defendant    EFIH Finance Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Brighten Holdings LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Eagle Mountain Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation Development Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EEC Holdings, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    DeCordova Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    LSGT SACROC, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lone Star Energy Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation MT Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Luminant Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lone Star Pipeline Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    4Change Energy Holdings LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Big Brown Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Generation SVC Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EFH Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    EECI, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Big Brown Lignite Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    4Change Energy Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor    Lake Creek 3 Power Company LLC rbgroup@rlf.com
          William D. Sullivan    on behalf of Creditor    Capgemini America, Inc. wdsecfnotices@sha-llc.com
          William E Kelleher, Jr    on behalf of Creditor    Westinghouse Electric Company LLC
          wkelleher@cohenlaw.com,  mgraeb@cohenlaw.com;bfilings@cohenlaw.com.
          William E. Chipman, Jr.    on behalf of Interested Party    Berkshire Hathaway Energy Company
          chipman@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          William E. Chipman, Jr.    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
          Noteholders chipman@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          William E. Chipman, Jr.    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
          chipman@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          William F. Taylor, Jr.    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
          bankruptcydel@mccarter.com,  bankruptcydel@mccarter.com
          William Mark Alleman, Jr    on behalf of Interested Party    Fee Committee WAlleman@beneschlaw.com,
          lmolinaro@beneschlaw.com;docket@beneschlaw.com
          William P. Weintraub    on behalf of Creditor    Aurelius Capital Management, LP
          wweintraub@goodwinproctor.com,  zhassoun@fklaw.com
          William Pierce Bowden    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in
          its capacity as successor Indenture Trustee wbowden@ashby-geddes.com

District/off: 0311-1          User: DMC              Page 27 of 27          Date Rcvd: Mar 09, 2018
                              Form ID: van440         Total Noticed: 7

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Zachary I Shapiro    on behalf of Debtor   Energy Future Holdings Corp. shapiro@rlf.com,
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                                                              TOTAL: 1005