## **EXHIBIT A**

### **Statement of Fees by Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| FEE APPLICATIONS - OTHERS | 1.20 | $448.00 |
| FEE APPLICATIONS – S&L | .20 | $152.00 |
| HEARINGS | 3.10 | $2,356.00 |
| PLANS OF REORGANIZATION | 1.70 | $1,292.00 |
| PLEADINGS, MOTIONS, AND BRIEFS | 1.70 | $1,292.00 |
| **TOTAL** | **7.90** | **$5,540.00** |