## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| COLOR DOCUMENT REPRODUCTION | **0.50** |
| COMPUTER RESEARCH | **2.40** |
| DOCUMENT REPRODUCTION | **2.40** |
| **TOTAL** | **$5.30** |