# EXHIBIT D

## Detailed Description of Expenses and Disbursements

| MATTER | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 109285-00002 | ENERGY FUTURE/CASE ADMINISTRATION-GENERAL MATTERS | 1/8/18 | COLOR DOCUMENT REPRODUCTION |
| 109285-00002 | ENERGY FUTURE/CASE ADMINISTRATION-GENERAL MATTERS | 1/8/18 | DOCUMENT REPRODUCTION |
| 109285-00002 | ENERGY FUTURE/CASE ADMINISTRATION-GENERAL MATTERS | 1/11/18 | COMPUTER RESEARCH |
| 109285-00002 | ENERGY FUTURE/CASE ADMINISTRATION-GENERAL MATTERS | 1/11/18 | DOCUMENT REPRODUCTION |