# EXHIBIT B

**Attorneys and Paraprofessionals' Information**

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $825 | 10.6 | $8,745.00 |
| Mark A. Kurtz | Director | 2005 | Business | $600 | 0.9 | $540.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $575 | 76.0 | $43,700.00 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $410 | 9.0 | $3,690.00 |
| Christopher M. De Lillo | Associate | 2017 | Bankruptcy | $320 | 1.3 | $416.00 |
| Total | | | | | 97.8 | $57,091.00 |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 17 | Bankruptcy | $250 | 36.7 | $9,175.00 |
| Ann Jerominski | Paralegal | 17 | Bankruptcy | $250 | 0.3 | $75.00 |
| Cynthia McMenamin | Paralegal | 3 | Bankruptcy | $250 | 0.1 | $25.00 |
| Christopher J. Ruggiero | Paralegal | 1 | Business | $175 | 1.2 | $210.00 |
| Tesia S. Smith | Case Management Assistant | 2 | Bankruptcy | $135 | 1.7 | $229.50 |
| Total | | | | | 40.0 | $9,714.50 |
| | | | | **Total Fees** | | $66,805.50 |