# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $127.99 |
| Conference Calling | $96.09 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $477.38 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $62.70 |
| Long distance Telephone Charges | $2.61 |
| Messenger and Delivery Service | $174.74 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $378.91 |
| Postage | $3.19 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$1,323.61** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $3.88 |
| Conference Calling | $2.91 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $14.46 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $1.90 |
| Long distance Telephone Charges | $0.08 |
| Messenger and Delivery Service | $5.30 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $11.48 |
| Postage | $0.10 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$40.11** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $62.06 |
| Conference Calling | $46.59 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $231.46 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $30.40 |
| Long distance Telephone Charges | $1.26 |
| Messenger and Delivery Service | $84.72 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $183.71 |
| Postage | $1.55 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $0.00 |
| Travel Expense | $0.00 |
| **Total:** | **$641.75** |

RLF1 18993464v.1