## EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 1/5/2018 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member (paralegal) in connection with after-hours preparation for 1/8/18 hearing | $8.93 | $8.93 |
| 1/8/2018 | Manhattan Bagel | Breakfast | 15 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with 1/8/18 hearing | $12.33 | $185.00 |
| **TOTALS** | | | | | | $193.93 |