## **EXHIBIT A**

### **Statement of Fees and Expenses By Subject Matter**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Plan and Disclosure | 22.80 | $27,140.00 |
| Employment and Fee Applications | 2.50 | $2,750.00 |
| TOTAL | **25.30** | **$29,890.00** |

4