## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Bankruptcy | 1300 | 10.30 | 13,390.00 |
| Vince Lazar | Partner | 1990 | Bankruptcy | 1100 | 15.00 | 16,500.00 |
| | | | | **TOTAL** | **25.30** | **29,890.00** |