## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| TRAVEL | 215.52 |
| TOTAL | $ 215.52 |