## EXHIBIT D

## Detailed Description of Expenses and Disbursements

| Matter | Date | Name | Title | Description | Amount | Narrative |
|---|---|---|---|---|---|---|
| 55152-10034 | 3/09/18 | LAZAR, V. | PARTNER | Travel | 215.52 | Travel, 02/25-02/26/2018; Philadelphia, PA; Plan Confirmation Hearing - Cancelled. |