# Notice Recipients

District/Off: 0311−1           User: DMC                        Date Created: 3/14/2018
Case: 14−10979−CSS            Form ID: van440                   Total: 63

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty         Andrew Dean
aty         William A. Romanowicz
                                                                                TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Energy Future Holdings Corp.    Energy Plaza    1601 Bryan Street    Dallas, TX 75201
aty   Andrea Beth Schwartz    U.S. Department of Justice – Office of the U.S. Trustee    U.S. Federal Office Building    201 Varick Street, Rm 1006    New York, NY 10065
aty   Andrew Dietderich    Sullivan & Cromwell LLP    125 Broad Street    3835    New York, NY 10004
aty   Andrew McGaan    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty   Anna Terteryan    Kirkland & Ellis LLP    555 California Street    San Francisco, CA 94104
aty   Anthony V. Sexton    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty   Aparna Yenamandra    Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022
aty   Barack S. Echols    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty   Brenton Rogers    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty   Brian Schartz    c/o Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022
aty   Bridget K. O'Connor    Kirkland & Ellis LLP    655 Fifteenth Street, N.W.    Washington, DC 20005
aty   Bryan M. Stephany    Kirkland & Ellis LLP    655 Fifteenth Street, N.W.    Washington, DC 20005
aty   Camille C. Bent    Stevens & Lee    485 Madison Ave    20th Floor    New York, NY 10022
aty   Chad J. Husnick    Kirkland & Ellis, LLP    300 North LaSalle Street    Chicago, IL 60654
aty   Christopher Michael De Lillo    Richards, Layton & Finger, P. A.    One Rodney Square    920 North King Street    Wilmington, DE 19801
aty   Christopher W. Keegan    Kirkland & Ellis LLP    555 California Street    San Francisco, CA 94104
aty   Cormac T. Connor    Kirkland & Ellis LLP    655 Fifteenth Street, N.W.    Washington, DC 20005
aty   Daniel J. DeFranceschi    Richards, Layton & Finger    One Rodney Square, P.O. Box 551    Wilmington, DE 19899
aty   David M. Klauder    Bielli & Klauder, LLC    1204 N. King Street    Wilmington, DE 19801
aty   Edward O. Sassower    Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022
aty   Emily E. Geier    Kirkland & Ellis LLP    300 N. LaSalle    Chicago, IL 60654
aty   Iskender H. Catto    McDermott Will & Emery LLP    340 Madison Avenue    New York, NY 10173
aty   Jason M. Madron    Richards, Layton & Finger, P.A.    One Rodney Square    P.O. Box 551    Wilmington, DE 19899
aty   Jeff J. Marwil    Proskauer Rose LLP    Three First National Plaza    70 W. Madison Street    Suite 3800    Chicago, IL 60602
aty   Jeremy L. Graves    GIBSON DUNN & CRUTCHER LLP    1801 California Street    Suite 4200    Denver, CO 80202−2642
aty   Jeremy L. Retherford    Balch & Bingham LLP    1901 Sixth Avenue North    Suite 1500    Birmingham, AL 35203−4602
aty   Jonathan F. Ganter    Kirkland & Ellis LLP    655 Fifteenth Street, N.W.    Washington, DC 20005
aty   Joseph Charles Barsalona II    Richards, Layton & Finger, P.A.    One Rodney Square    920 North King Street    Wilmington, DE 19801
aty   Joseph H. Huston, Jr.    Stevens & Lee    919 North Market Street    Suite 1300    Wilmington, DE 19801
aty   Justin Sowa    Kirkland & Ellis LLP    555 California Street    San Francisco, CA 94104
aty   Kevin Chang    Kirkland & Ellis LLP    555 California Street    San Francisco, CA 94104
aty   Lary Alan Rappaport    Proskauer Rose LLP    2049 Century Park East    Los Angeles, CA 90067−3206
aty   Lisa G. Esayian    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty   Marc Kieselstein    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty   Mark D. Collins    Richards, Layton & Finger, P.A.    One Rodney Square    920 North King Street    Wilmington, DE 19801
aty   Mark E. McKane, Esq.    Kirkland & Ellis LLP    555 California Street    San Francisco, CA 94104
aty   Mark K. Thomas    Proskauer Rose LLP    Three First National Plaza    70 W. Madison Street    Suite 3800    Chicago, IL 60602
aty   McClain Thompson    Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022
aty   Michael A. Firestein    Proskauer Rose LLP    2049 Century Park East    Los Angeles, CA 90067−3206
aty   Michael A. Petrino    Kirkland & Ellis LLP    655 Fifteenth Street, N.W.    Washington, DC 20005
aty   Michael A. Rosenthal    Gibson Dunn & Crutcher LLP    200 Park Avenue    47th Floor    New York, NY 10166
aty   Michael B. Slade    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty   Michael L. Raiff    Gibson Dunn & Crutcher LLP    2100 McKinney Avenue    Dallas, TX 75201
aty   Michael P. Esser    Kirkland & Ellis LP    555 California Street    San Francisco, CA 94104
aty   Natalie Hoyer Keller    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty   Peter Jonathon Young    Proskauer Rose LLP    70 W. Madison St.    Suite 3800    Chicago, IL 60602
aty   Rebecca Blake Chaikin    601 Lexington Avenue    New York, NY 10022
aty   Richard Levin    Jenner & Block    919 Third Avenue    New York, NY 10022−3908
aty   Richard B. Levin    Cravath, Swaine & Moore LLP    Worldwide Plaza    825 Eighth Avenue    New York, NY 10019

| | | | | | |
|---|---|---|---|---|---|
| aty | Richard L. Schepacarter | Office of the United States Trustee | U. S. Department of Justice | 844 King Street, Suite 2207 | Lockbox #35   Wilmington, DE 19801 |
| aty | Richard M. Cieri | Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022–4611 | |
| aty | Richard U.S. Howell | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |
| aty | Sara B. Zablotney | Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022 | |
| aty | Steven N. Serajeddini | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |
| aty | Thomas M. Horan | Shaw Fishman Glantz & Towbin LLC | 300 Delaware Ave. | Suite 1370 | Wilmington, DE 19801 |
| aty | Trevor M Broad | Cravath, Swaine and Moore LLP | Worldwide Plaza | 825 Eighth Avenue | New York, NY 10019–7475 |
| aty | Tyler D. Semmelman | Richards, Layton & Finger, P.A. | 920 N. King Street | Wilmington, DE 19801 | |
| aty | Vincent E. Lazar | Jenner & Block LLP | 353 N. Clark St. | Chicago, IL 60654 | |
| aty | W. Clark Watson | Balch & Bingham LLP | 1901 Sixth Avenue North | Suite 1500 | Birmingham, AL 35203–4642 |
| aty | William Guerrieri | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |
| aty | William T. Pruitt | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |

TOTAL: 61