UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979       BK ●   AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code.

**Docket #:** 12763            **Date Entered:** 2/27/18

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 12819 | Date Filed: 3/13/18 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Elliott Associates, et al.

**Appellee/Cross Appellee**

Energy Future Holdings Corp., et al.

**Counsel for Appellant/Cross Appellant:**

Bayard, P.A.
600 N. King Street
Suite 400
Wilmington, DE  19801

**Counsel for Appellee/Cross Appellee:**

Richards Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801

| | Yes | No |
|---|---|---|
| Filing fee paid? | ● | ○ |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ○ | ● |
| *If Yes, has District Court assigned a Civil Action Number? | ○ | ● |
| Civil Action Number: | | |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 3/14/18    **by:** Donna Capell _____
                         **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    18-16