## EXHIBIT F

**Summary of Stevens & Lee, P.C. Expenses**

| Service Description | Amount |
|---|---|
| DOCUMENT PRODUCTION | $59.20 |
| COLOR DOCUMENT PRODUCTION | $179.00 |
| COMPUTER RESEARCH | $51.40 |
| TELEPHONE CHARGES | $8.60 |
| COURTCALL | $58.00 |
| **TOTAL** | **$356.20** |