# EXHIBIT G

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| **(1) Professional Retentions** | .10 | $17.50 |
| **(2) Case Administration-General Matters** | .80 | $588.00 |
| **(3) Chapter 11 Issues** | 0 | $0 |
| **(4) Communications with Professionals** | .30 | $220.50 |
| **(5) Fee Applications – Others** | 18.40 | $8,002.00 |
| **(6) Fee Applications – S&L** | 14.30 | $5,512.50 |
| **(7) Hearings** | 16.50 | $11,391.50 |
| **(8) Legal & Factual Research** | 0 | $0 |
| **(9) Meetings** | 0 | $0 |
| **(10) Plans of Reorganization and Disclosure Statements** | 4.20 | $3,087.00 |
| **(11) Pleadings, Motions & Briefs** | 9.60 | $7,056.00 |
| **(12) Non-working Travel Time** | 0 | $0 |
| **(13) NextEra Energy, Inc. – Adversary Proceeding** | 7.10 | $3,312.50 |
| **TOTAL** | **71.30** | **$39,187.50** |