# EXHIBIT H

**Detailed Time Records for Stevens & Lee, P.C.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **109285-00002** | | | **ENERGY FUTURE/CASE ADMINISTRATION-GENER** |

**JHH**     *Huston, Joseph*

| | | | |
|---|---|---|---|
| 9/12/17 | 0.30 | $220.50 | FOLLOW DOCKET FOR RESPONSES AND REPLIES, INTERVENTIONS |
| *JHH Total:* | *0.30* | *$220.50* | |
| **109285-00002 Total:** | **0.30** | **$220.50** | |

| | | | |
|---|---|---|---|
| **109285-00004** | | | **ENERGY FUTURE/COMMUNICATIONS WITH PROF** |

**JHH**     *Huston, Joseph*

| | | | |
|---|---|---|---|
| 9/19/17 | 0.30 | $220.50 | EMAILS JENNER & BLOCK RE RESULTS OF HEARING AND STEPS FORWARD |
| *JHH Total:* | *0.30* | *$220.50* | |
| **109285-00004 Total:** | **0.30** | **$220.50** | |

| | | | |
|---|---|---|---|
| **109285-00005** | | | **ENERGY FUTURE/FEE APPLICATIONS- OTHERS** |

**COM**     *Masters, Calla O*

| | | | |
|---|---|---|---|
| 9/13/17 | 0.20 | $35.00 | EFILE CERTIFICATE OF NO OBJECTION RE TWENTY-FIFTH MONTHLY FEE APPLICATION OF JENNER & BLOCK LLP |
| *COM Total:* | *0.20* | *$35.00* | |

**JDA**     *Angelo, Jason D*

| | | | |
|---|---|---|---|
| 9/1/17 | 0.20 | $55.00 | EMAILS WITH J&B RE: CORRECTNESS OF FEE APP/TIME ENTRIES. |
| 9/13/17 | 0.40 | $110.00 | REVIEW EMAILS RE: JB'S CNO FOR 25TH MONTHLY FEE APP, AND DRAFT/FILE SAME. |
| *JDA Total:* | *0.60* | *$165.00* | |

**JHH**     *Huston, Joseph*

| | | | |
|---|---|---|---|
| 9/14/17 | 0.30 | $220.50 | EMAILS JENNER RE CNO - REVIEW CNO AND EMAILS COM RE SERVICE |
| *JHH Total:* | *0.30* | *$220.50* | |
| **109285-00005 Total:** | **1.10** | **$420.50** | |

| | | | |
|---|---|---|---|
| **109285-00006** | | | **ENERGY FUTURE/FEE APPLICATIONS-S&L** |

**COM**     *Masters, Calla O*

| | | | |
|---|---|---|---|
| 9/5/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE DOCKET NO. 11818 |
| 9/27/17 | 0.40 | $70.00 | EFILE THIRTY-THIRD MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2017 THROUGH AUGUST 31, 2017 - SEND TO EPIQ FOR SERVICE - UPLOAD FILES TO BOX |
| 9/27/17 | 0.20 | $35.00 | EFILE CERTIFICATE OF NO OBJECTION RE THIRTY-SECOND MONTHLY FEE APPLICATION OF STEVENS & LEE PC |
| *COM Total:* | *0.70* | *$122.50* | |

**JDA**     *Angelo, Jason D*

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/5/17 | 0.30 | $82.50 | REVIEW EMAIL/FEE COMMITTEE LETTER RE: JULY 2017 FEE APP. |
| 9/13/17 | 0.20 | $55.00 | REVIEW/RESPOND TO EMAILS RE: S&L AUGUST 2017 FEES. |
| 9/25/17 | 0.90 | $247.50 | DRAFT AUGUST 2017 FEE APPLICATION OF S&L. |
| 9/25/17 | 0.20 | $55.00 | DRAFT CNO RE: 32ND MONTHLY FEE APP AND SEND TO JHH FOR REVIEW. |
| **JDA Total:** | **1.60** | **$440.00** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/25/17 | 0.80 | $588.00 | REVIEW AND APPROVE CNO FOR 32D MONTHLY, FILING AND SERVICE (.2) - EMAILS M HANCOCK RE APPLICATION OF CREDIT (NO CHARGE) - REVIEW AND REVISE 33RD MONTHLY APP ACCORDINGLY AND EMAILS JDA SAME (.6) |
| **JHH Total:** | **0.80** | **$588.00** | |
| **109285-00006 Total:** | **3.10** | **$1,150.50** | |

**109285-00007    ENERGY FUTURE/HEARINGS**

**JDA    Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/6/17 | 1.60 | $440.00 | PREPARE FOR AND ATTEND HEARING RE: APPROVAL OF MERGER AGREEMENT/DISLCOSURE STATEMENT AND ADVERSARY PROCEEDING CASE MANAGEMENT. |
| **JDA Total:** | **1.60** | **$440.00** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/5/17 | 0.40 | $294.00 | EMAILS K&E AND SHAW FISHMAN RE SUBSTITUTION OF COUNSEL AND COVERAGE AT HEARING |
| 9/6/17 | 3.10 | $2,278.50 | PREP FOR (REVIEW BLACKLINES OF UPDATED DOCS AND AGENDA) AND ATTEND HEARING ON DS, NEXTERA SCHEDULING AND ELLIOTT ISSUES |
| 9/15/17 | 0.30 | $220.50 | DOWNLOAD AND READ AGENDA FOR 9-19 HEARING - COLLECT MATERIALS |
| 9/18/17 | 2.50 | $1,837.50 | GENERAL PREP FOR HEARING ON RECONSIDERATION (.5) - READ RELEVANT EXCERPTS FROM 9/16/16 AND 9/26/16 HEARINGS (.8) - READ EFH BRIEFS AMICUS CURIAE AT PUCT (.6) - BRIEF REVIEW OF NEXTERA SECOND MOTION FOR RECONSIDERATION (.4) - EMAILS JENNER RE ATTENDANCE (.2) |
| 9/19/17 | 3.60 | $2,646.00 | PREP FOR AND ATTEND HEARINGS ON ELLIOTT STANDING, RECONSIDERATION OF TERMINATION FEE AND FENICLE INTERVENTION |
| 9/25/17 | 0.20 | $147.00 | READ/DOCKET NOTICE OF STATUS CONFERENCE IN NEXTERA ADV PRO |
| 9/26/17 | 0.50 | $367.50 | PREP FOR NEXT ERA STATUS CONFERENCE |
| 9/27/17 | 1.20 | $882.00 | PREP FOR/ATTEND STATUS CONFERENCE ON MOTION FOR RECONSIDERATION ETC. (.8) - PREP EMAIL SUMMARY FOR TEAM (.4) |
| **JHH Total:** | **11.80** | **$8,673.00** | |
| **109285-00007 Total:** | **13.40** | **$9,113.00** | |

**109285-00010    ENERGY FUTURE/PLANS OF REORGANIZATION A**

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/6/17 | 0.40 | $294.00 | REVIEW REVISED PROVISIONS OF UPDATED PSA AND DS |
| 9/14/17 | 0.20 | $147.00 | READ EFIH COMMITTEE JOINDER IN ELLIOTT MOTION FOR STANDING |
| **JHH Total:** | **0.60** | **$441.00** | |
| **109285-00010 Total:** | **0.60** | **$441.00** | |

### 109285-00011    ENERGY FUTURE/PLEADINGS, MOTIONS AND BR

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/8/17 | 1.20 | $882.00 | READ/ANALYZE NEXTERA OBJECTION TO ELLIOTT RECONSIDERATION (.7), MOTION OF FENICLE ET AL FOR STANDING (.2) AND ELLIOTT MOTION FOR STANDING .3) |
| 9/24/17 | 0.30 | $220.50 | READ MOTION TO ENFORCE STAY AND FOR SANCTIONS AGAINST DOTSON |
| 9/25/17 | 0.40 | $294.00 | FOLLOW ORDER AND MTS RE TCEH MOTION FOR SANCTIONS - BRIEF REVIEW OF PORTIONS OF DECL IN SUPPORT |
| **JHH Total:** | **1.90** | **$1,396.50** | |
| **109285-00011 Total:** | **1.90** | **$1,396.50** | |

### 109285-00013    ENERGY FUTURE/NEXTERA ENERGY, INC - ADVE

**COM    Masters, Calla O**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/12/17 | 0.20 | $35.00 | EFILE AFFIDAVIT OF SERVICE RE DOCKET NO. 11861 IN CASE NO. 14-10979 AND DOCKET NO. 38 IN ADV. PRO. NO. 17-50942 |
| **COM Total:** | **0.20** | **$35.00** | |

**JDA    Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/1/17 | 0.80 | $220.00 | DRAFT/FINALIZE NOTICE OF SUBSTIUTION OF COUNSEL IN AP AND COORDINATE SAME WITH T HORAN, K&E ATTORNEYS, AND JHH. |
| 9/1/17 | 0.40 | $110.00 | DRAFT/REVISE NOTICE OF SUBSTITUTION OF COUNSEL AND CIRCULATE SAME WITH K&E/DEBTORS' COUNSEL. |
| 9/5/17 | 0.90 | $247.50 | EXCHANGE MULTIPLE EMAILS WITH K&E ATTORNEYS AND SHAW FISHMAN ATTORNEYS RE: FINALIZING/FILING NOTICE OF SUBSTITUTION OF COUNSEL. |
| **JDA Total:** | **2.10** | **$577.50** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 9/5/17 | 0.80 | $588.00 | READ AMENDED AGENDA AND SCHEDULING ORDER (.6) - REVIEW AND APPROVE REVISED WITHDRAWAL/SUBSTITUTION OF COUNSEL (.2) |
| 9/6/17 | 0.30 | $220.50 | FINAL REVIEW OF SUBSTITUTION OF COUNSEL AND INSTRUCTIONS ON SERVICE - EMAILS JDA SAME |
| 9/15/17 | 1.80 | $1,323.00 | FOLLOW DOCKET FOR HEARINGS (.2)  READ/ANALYZE ELLIOTT REPLIES ON RECONSIDERATION AND STANDING AND RELATED DOCS(1.6) |
| 9/26/17 | 0.10 | $73.50 | READ NOTICE OF SERVICE OF DISCOVERY BY ELLIOTT |
| **JHH Total:** | **3.00** | **$2,205.00** | |
| **109285-00013 Total:** | **5.30** | **$2,817.50** | |

| | | | |
|---|---|---|---|
| **Grand Total:** | **26.00** | **$15,780.00** | |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **109285-00002** | | | **ENERGY FUTURE/CASE ADMINISTRATION-GENER** |
| **JHH** Huston, Joseph | | | |
| 10/4/17 | 0.50 | $367.50 | REVIEW FEE APP SERVICE DOCUMENTS FOR VARIOUS PARTIES FOR CORRECTED SERVICE INFORMATION AND EMAILS TEAM SAME |
| *JHH Total:* | *0.50* | *$367.50* | |
| **109285-00002 Total:** | **0.50** | **$367.50** | |
| **109285-00005** | | | **ENERGY FUTURE/FEE APPLICATIONS- OTHERS** |
| **COM** Masters, Calla O | | | |
| 10/4/17 | 0.30 | $52.50 | EFILE TWENTY-SEVENTH MONTHLY FEE STATEMENT OF JENNER & BLOCK, LLP. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2017 THROUGH AUGUST 31, 2017 - SEND TO EPIQ FOR SERVICE |
| 10/11/17 | 0.40 | $70.00 | DRAFT AND EFILE CNO RE 26TH MONTHLY FEE APPLICATION (AUGUST) OF JENNER & BLOCK LLP, SEND TO INTERESTED PARTIES VIA EMAIL |
| 10/12/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE 27TH MONTHLY FEE APPLICATION (SEPTEMBER) OF JENNER & BLOCK LLP AT DOCKET NO. 12026 |
| 10/17/17 | 0.30 | $52.50 | EFILE SEVENTH INTERIM FEE STATEMENT OF JENNER & BLOCK LLP. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2017 THROUGH AUGUST 31, 2017 [DOCKET NO. 12069] - SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 10/17/17 | 0.30 | $52.50 | EFILE TWENTY-EIGHTY MONTHLY FEE STATEMENT JENNER & BLOCK LLP.FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2017 THROUGH SEPTEMBER 30, 2017 [DOCKET NO. 12073]- SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 10/18/17 | 0.30 | $52.50 | EFILE THIRTIETH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2017 THROUGH MAY 31, 2017 [DOCKET NO. 12076]- SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 10/18/17 | 0.30 | $52.50 | EFILE THIRTY-FIRST MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JUNE 1, 2017 THROUGH JUNE 30, 2017 [DOCKET NO. 12077]- SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 10/18/17 | 0.30 | $52.50 | EFILE THIRTY-SECOND MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JULY 1, 2017 THROUGH JULY 31, 2017 [DOCKET NO. 12078]- SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/18/17 | 0.30 | $52.50 | EFILE THIRTY-THIRD MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2017 THROUGH AUGUST 31, 2017 [DOCKET NO. 12079]- SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 10/19/17 | 0.30 | $52.50 | EFILE NINTH INTERIM FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2017 THROUGH AUGUST 31, 2017 [DOCKET NO. 12101]- SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL |
| 10/24/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE TWENTY-EIGHTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP AND SEVENTH INTERIM FEE APPLICATION OF JENNER & BLOCK LLP AT DOCKET NO. 12114 |
| 10/27/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE NINTH INTERIM FEE APPLICATION OF CRAVATH,SWAINE & MOORE LLP AT DOCKET NO. 12119 |
| 10/27/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE THIRTY-FOURTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C.; THIRTIETH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP.; THIRTY-FIRST MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP.; THIRTY-SECOND MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP.; THIRTY-THIRD MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP. AT DOCKET NO. |
| **COM Total:** | **3.20** | **$560.00** | |

**JDA    Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/4/17 | 0.50 | $137.50 | REVIEW/REVISE JENNER'S 27TH MONTHLY FEE APP AND CONFER WITH JHH/COM AND JENNER RE: SAME. |
| 10/11/17 | 0.30 | $82.50 | EXCHANGE EMAILS WITH JHH AND COM RE: STATUS OF FEE APPS AND CNO'S. |
| 10/11/17 | 0.20 | $55.00 | REVIEW AND REVISE CNO RE: JULY FEE STATEMENT. |
| 10/17/17 | 0.40 | $110.00 | REVIEW AND REVISE JENNER'S 28TH MONTHLY FEE APPLICATION AND SEND SAME TO COM FOR FILING. |
| 10/17/17 | 0.50 | $137.50 | REVIEW AND REVISE CRAVATH'S 9TH INTERIM FEE APPLICATION AND SEND TO JHH FOR REVIEW. |
| 10/17/17 | 0.60 | $165.00 | REVIEW AND REVISE CRAVATH'S 30TH THROUGH 33RD MONTHLY FEE APPLICATIONS. |
| 10/17/17 | 0.40 | $110.00 | REVIEW/REVISE JENNER'S 7TH INTERIM FEE APP. AND CONFER WITH COM RE: FILING OF SAME. |
| 10/20/17 | 0.20 | $55.00 | FINALIZE CRAVATH 9TH INTERIM FEE APP FOR SIGNATURE AND FILING. |
| **JDA Total:** | **3.10** | **$852.50** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/4/17 | 0.40 | $294.00 | REVIEW JENNER 27TH MONTHLY AND EMAILS TEAM RE CORRECTING NOTICE PARTIES |
| 10/11/17 | 0.20 | $147.00 | EMAILS WITH CRAVATH AND BRIEF REVIEW OF MAY-JULY FILINGS |
| 10/11/17 | 0.70 | $514.50 | CNO RE JENNER'S 26TH MONTHLY (.2) - EMAILS R GONZALEZ RE CRAVATH MAY-AUGUST APPS AND BRIEF REVIEW OF SAME (.3) EMAILS COM SAME (.2)- |
| 10/11/17 | 0.50 | $367.50 | EMAILS JENNER RE CNO FOR 26TH MONTHLY - REVIEW APP AND FEE COMMITTEE LETTER - EMAILS COM SAME - REVIEW CNO- FILING AND SERVICE |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/12/17 | 0.20 | $147.00 | BRIEF REVIEW OF CRAVATH FEE APPS AND EMAILS COM RE SIGNATURES, ETC. |
| 10/13/17 | 0.30 | $220.50 | EMAILS JENNER RE SEVENTH INTERIM AND BRIEF REVIEW OF SAME - EMAIL JDA SAME |
| 10/17/17 | 0.60 | $441.00 | REVIEW JENNER 7TH INTERIM APP AND EMAILS JDA SAME |
| 10/18/17 | 1.30 | $955.50 | REVIEW AND REVISE CRAVATH'S 30-33D MONTHLY APPS (.9) - DISC JDA RE SEQUENCE OF FILING MONTHLY AND INTERIM AND FEE COMMITTEE LETTERS AND CNOS FOR SAME (.2) - EMAILS JDA AND COM RE FILING AND SERVICE(.2) |
| 10/18/17 | 0.30 | $220.50 | EMAILS R GONZALEZ RE STATUS OF CRAVATH FEE APPS, FILING AND SERVICE |
| 10/19/17 | 0.70 | $514.50 | REVIEW/REVISE CRAVATH INTERIM FEE APP AND EXHIBITS AND NUMEROUS EMAILS MS GONZALEZ RE FILING AND SERVICE AND PROVISION OF BUDGET AND FORECAST (.5) - EMAILS JDA RE SAME (.2) |
| **JHH Total:** | **5.20** | **$3,822.00** | |
| **109285-00005 Total:** | **11.50** | **$5,234.50** | |

**109285-00006   ENERGY FUTURE/FEE APPLICATIONS-S&L**

**COM   Masters, Calla O**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/18/17 | 0.40 | $70.00 | EFILE THIRTY-FOURTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2017 THROUGH SEPTEMBER 30, 2017 [DOCKET NO. 12074]- SEND TO EPIQ FOR SERVICE - SEND TO INTERESTED PARTIES VIA EMAIL - UPLOAD FILES TO BOX |
| 10/19/17 | 0.20 | $35.00 | EFILE CERTIFICATE OF NO OBJECTION REGARDING THE THIRTY-THIRD MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM AUGUST 1, 2017 THROUGH AUGUST 31, 2017 [DOCKET NO. 12089]- SEND TO INTERESTED PARTIES VIA EMAIL |
| 10/26/17 | 0.40 | $70.00 | EFILE NINTH INTERIM FEE APPLICATION OF STEVENS & LEE, P.C. FOR THE PERIOD MAY 1, 2017 - AUGUST 31, 2017 AT DOCKET NO. 12117.SEND TO INTERESTED PARTIES VIA EMAIL. SEND TO EPIQ FOR SERVICE. UPLOAD FILES TO BOX |
| 10/27/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE THIRTY-FOURTH MONTHLY FEE STATEMENT OF STEVENS & LEE, P.C.; THIRTIETH MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP.; THIRTY-FIRST MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP.; THIRTY-SECOND MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP.; THIRTY-THIRD MONTHLY FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP. AT DOCKET NO. |
| 10/31/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE NINTH INTERIM FEE APPLICATION OF STEVENS & LEE, P.C. AT DOCKET NO. 12156 |
| **COM Total:** | **1.20** | **$210.00** | |

**JDA   Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/17/17 | 0.20 | $55.00 | DRAFT CNO RE: AUGUST 2017 FEE APPLICATION AND SEND SAME TO COM FOR FILING. |
| 10/17/17 | 0.90 | $247.50 | DRAFT SEPTEMBER 2017 FEE APPLICATION AND SEND SAME TO JHH FOR REVIEW. |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/17/17 | 0.20 | $55.00 | EXCHANGE EMAILS WITH G MOOR RE: PAST FEE APPLICATION INVOICES. |
| 10/18/17 | 3.30 | $907.50 | DRAFT S&L'S 9TH INTERIM FEE APPLICATION. |
| **JDA Total:** | **4.60** | **$1,265.00** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/4/17 | 0.20 | $147.00 | RE-REVIEW 33RD MONTHLY RE SERVICE AND EMAILS TEAM RE CORRECTING NOTICE PARTIES |
| 10/12/17 | 0.70 | $514.50 | GATHER DATA AND PREP ESTIMATE FOR POST-CONFIRMATION PROFESSIONAL FEE ACCOUNT AND EMAILS P VENTER SAME |
| 10/13/17 | 0.40 | $294.00 | REVIEW DATA FOR INTERIM FEE APP |
| 10/25/17 | 0.60 | $441.00 | REVIEW AND REVISE 9TH INTERIM FEE APP AND EMAILS COM SAME |
| 10/30/17 | 0.30 | $220.50 | READ/CHECK EXAMINER'S REPORT RE INTERIM FEE APPS AND EMAILS JDA SAME |
| **JHH Total:** | **2.20** | **$1,617.00** | |

| **109285-00006 Total:** | **8.00** | **$3,092.00** | |

**109285-00007    ENERGY FUTURE/HEARINGS**

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/3/17 | 1.10 | $808.50 | PREP FOR/ATTEND HEARING ON STAY VIOLATION |
| **JHH Total:** | **1.10** | **$808.50** | |

| **109285-00007 Total:** | **1.10** | **$808.50** | |

**109285-00010    ENERGY FUTURE/PLANS OF REORGANIZATION A**

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/3/17 | 1.20 | $882.00 | FORWARD AND READ/ANALYZE OPINION ON MOTION TO RECONSIDER NEXTERA TERMINATION FEE |
| 10/13/17 | 0.70 | $514.50 | READ/ANALYZE LETTER BRIEFS (3) ON FINALITY |
| 10/19/17 | 0.30 | $220.50 | FOLLOW DOCKET RE OBJECTIONS AND UPDATE TO PLAN AND DS |
| 10/24/17 | 0.80 | $588.00 | READ/ANALYZE 2D CIRCUIT MOMENTIVE OPINION ON MAKE-WHOLE PAYMENTS |
| 10/30/17 | 0.60 | $441.00 | READ/ANALYZE UST'S PRELIMINARY LIMITED OBJECTION TO PAYMENT OF E-SIDE NOTES TRUSTEE'S FEES (.4)- ASBESTOS CLAIMANTS' DUE PROCESS OBJECTION (.2)-NEXTERA OBJECTION AND ROR (.3) - EFIH FIRST AND SECOND LIEN TRUSTEES AND UMB RORS(.3) |
| **JHH Total:** | **3.60** | **$2,646.00** | |

| **109285-00010 Total:** | **3.60** | **$2,646.00** | |

**109285-00011    ENERGY FUTURE/PLEADINGS, MOTIONS AND BR**

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 10/11/17 | 0.30 | $220.50 | READ REDACTED FILING OF VISTRA COMPLAINT AND EMAILS D KLAUDER RE ACCESS TO DOC |
| 10/11/17 | 0.20 | $147.00 | READ REDACTED VISTRA COMPLAINT AND EMAILS EFH COUNSEL SAME |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| *JHH Total:* | *0.50* | *$367.50* | |
| **109285-00011 Total:** | **0.50** | **$367.50** | |

**109285-00013    ENERGY FUTURE/NEXTERA ENERGY, INC - ADVE**

*JDA    Angelo, Jason D*

| | | | |
|---|---|---|---|
| 10/13/17 | 0.30 | $82.50 | CONFER WITH JHH/COM RE: TELEPHONIC HEARING ON ADVERSARY SCHEDULING ORDER/MOTION FOR INJUNCTION. |
| 10/13/17 | 1.50 | $412.50 | APPEAR FOR/ATTEND TELEPHONIC HEARING RE: TAX ISSUE/PRELIMINARY INJUNCTION. |
| *JDA Total:* | *1.80* | *$495.00* | |
| **109285-00013 Total:** | **1.80** | **$495.00** | |

| **Grand Total:** | **27.00** | **$13,011.00** | |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **109285-00005** | | **ENERGY FUTURE/FEE APPLICATIONS- OTHERS** | |
| **COM    Masters, Calla O** | | | |
| 11/7/17 | 0.30 | $52.50 | DRAFT AND EFILE CERTIFICATE OF NO OBJECTION RE TWENTY-SEVENTH MONTHLY FEE APPLICATION OF JENNER & BLOCK LLP AT DOCKET NO. 12196 |
| 11/8/17 | 0.30 | $52.50 | DRAFT AND EFILE CERTIFICATE OF NO OBJECTION RE TWENTY-EIGHTH MONTHLY FEE APPLICATION OF JENNER & BLOCK LLP AT DOCKET NO. 12198 |
| 11/9/17 | 0.30 | $52.50 | DRAFT AND EFILE CERTIFICATE OF NO OBJECTION RE THIRTIETH MONTHLY FEE APPLICATION OF CRAVATH, SWAINE, AND MOORE LLP AT DOCKET NO. |
| 11/9/17 | 0.30 | $52.50 | DRAFT AND EFILE CERTIFICATE OF NO OBJECTION RE THIRTY-FIRST MONTHLY FEE APPLICATION OF CRAVATH, SWAINE, AND MOORE LLP AT DOCKET NO. |
| 11/9/17 | 0.30 | $52.50 | DRAFT AND EFILE CERTIFICATE OF NO OBJECTION RE THIRTY-SECOND MONTHLY FEE APPLICATION OF CRAVATH, SWAINE, AND MOORE LLP AT DOCKET NO. |
| 11/9/17 | 0.30 | $52.50 | DRAFT AND EFILE CERTIFICATE OF NO OBJECTION RE THIRTY-THIRD MONTHLY FEE APPLICATION OF CRAVATH, SWAINE, AND MOORE LLP AT DOCKET NO. |
| 11/30/17 | 0.30 | $52.50 | EFILE APPLICATION FOR COMPENSATION OF JENNER & BLOCK, LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OCTOBER 1, 2017 TO OCTOBER 31, 2017 (TWENTY-NINTH MONTHLY FEE APP)   [DOCKET NO.12286], SEND TO EPIQ FOR SERVICE |
| **COM Total:** | **2.10** | **$367.50** | |
| **JDA    Angelo, Jason D** | | | |
| 11/7/17 | 0.50 | $137.50 | REVIEW/REVISE CNO'S FOR JENNER AND CRAVATH MONTHLY FEE APPLICATIONS, CONFER WITH COM/JHH RE: SAME. |
| 11/30/17 | 0.50 | $137.50 | REVIEW/REVISE JENNER'S OCTOBER 2017 FEE APPLICATION AND SEND SAME TO COM FOR FILING/SERVICE. |
| **JDA Total:** | **1.00** | **$275.00** | |
| **JHH    Huston, Joseph** | | | |
| 11/2/17 | 0.30 | $220.50 | EMAILS R GONZALEZ(CRAVATH) RE STATUS OF CNOS AND INTERIM FEE APP |
| 11/7/17 | 0.70 | $514.50 | REVIEW, REVISE AND APPROVE CNOS FOR JENNER 27TH & 28TH AND CRAVATH 30-33D (.5) - EMAILS JENNER AND CRAVATH RE SAME AND FEE COMMITTEE LETTERS (.2) |
| 11/9/17 | 0.20 | $147.00 | FINAL APPROVAL OF CRAVATH 30-33D CNOS - FILING AND SERVICE |
| 11/29/17 | 0.40 | $294.00 | REVIEW AND REVISE JENNER 29TH MONTHLY AND EMAILS TEAM SAME |
| 11/30/17 | 0.20 | $147.00 | FINAL REVIEW, FILING AND SERVICE OF JENNER 29TH |
| **JHH Total:** | **1.80** | **$1,323.00** | |
| **109285-00005 Total:** | **4.90** | **$1,965.50** | |
| **109285-00006** | | **ENERGY FUTURE/FEE APPLICATIONS-S&L** | |
| **COM    Masters, Calla O** | | | |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 11/9/17 | 0.30 | $52.50 | DRAFT AND EFILE CERTIFICATE OF NO OBJECTION RE THIRTY-FOURTH MONTHLY FEE APPLICATION OF STEVENS & LEE PC AT DOCKET NO. |
| **COM Total:** | *0.30* | *$52.50* | |

**JDA      Angelo, Jason D**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 11/3/17 | 0.40 | $110.00 | EXCHANGE EMAILS WITH JHH RE: FEE APPS/CNOS RE SAME. |
| 11/3/17 | 0.20 | $55.00 | CONFER WITH ACCOUNTING RE: STATUS OF COLLECTIONS. |
| **JDA Total:** | *0.60* | *$165.00* | |

**JHH      Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 11/1/17 | 0.30 | $220.50 | REVIEW DRAFT INTERIM FEE ORDER, VERIFY AMOUNTS, FORWARD TO CRAVATH AND EMAIL K STADLER WITH APPROVAL |
| 11/3/17 | 0.20 | $147.00 | REVIEW INTERIM FEE ORDER AND PAYMENT PACKAGES AND DISC JDA SAME |
| 11/9/17 | 0.10 | $73.50 | FINAL APPROVAL, FILING AND SERVICE OF CNO FOR 34TH |
| **JHH Total:** | *0.60* | *$441.00* | |

**109285-00006 Total:**    **1.50**    **$658.50**

**109285-00011      ENERGY FUTURE/PLEADINGS, MOTIONS AND BRIEFS**

**JHH      Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 11/6/17 | 0.20 | $147.00 | READ CERTIFICATION OF APPEAL TO CIRCUIT |
| 11/30/17 | 0.30 | $220.50 | DOWNLOAD AND BRIEF INITIAL REVIEW OF OBJECTIONS TO NEE MOTION TO STAY RECONSIDERATION ORDER |
| **JHH Total:** | *0.50* | *$367.50* | |

**109285-00011 Total:**    **0.50**    **$367.50**

**Grand Total:**    **6.90**    **$2,991.50**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **109285-00001** | | | **ENERGY FUTURE/PROFESSIONAL RETENTIONS** |
| **COM**  Masters, Calla O | | | |
| 12/6/17 | 0.10 | $17.50 | EFILE NOTICE OF WITHDRAWAL OF JASON D. ANGELO AT DOCKET NO. 12311 |
| *COM Total:* | *0.10* | *$17.50* | |
| **109285-00001 Total:** | **0.10** | **$17.50** | |
| **109285-00005** | | | **ENERGY FUTURE/FEE APPLICATIONS- OTHERS** |
| **COM**  Masters, Calla O | | | |
| 12/8/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE DOCKET NO. 12286 TWENTY-NINTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP AT DOCKET NO. 12317 |
| 12/13/17 | 0.30 | $52.50 | EFILE APPLICATION FOR COMPENSATION OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [THIRTIETH MONTHLY FEE STATEMENT] FOR THE PERIOD NOVEMBER 1, 2017 TO NOVEMBER 30, 2017 [DOCKET NO.12342], SEND TO EPIQ FOR SERVICE |
| *COM Total:* | *0.40* | *$70.00* | |
| **JHH**  Huston, Joseph | | | |
| 12/13/17 | 0.40 | $294.00 | REVIEW AND REVISE, FILING AND SERVICE OF JENNER 30TH MONTHLY, EMAIL JENNER RE SAME |
| *JHH Total:* | *0.40* | *$294.00* | |
| **NRO**  Rohrbaugh, Nikki J | | | |
| 12/8/17 | 0.10 | $17.50 | EFILE AFFIDAVIT OF SERVICE RE DOCKET NO. 12286 TWENTY-NINTH MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP AT DOCKET NO. 12317 |
| *NRO Total:* | *0.10* | *$17.50* | |
| **109285-00005 Total:** | **0.90** | **$381.50** | |
| **109285-00006** | | | **ENERGY FUTURE/FEE APPLICATIONS-S&L** |
| **COM**  Masters, Calla O | | | |
| 12/5/17 | 0.40 | $70.00 | EFILE MONTHLY APPLICATION FOR COMPENSATION OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED [THIRTY-FIFTH MONTHLY FEE STATEMENT] FOR THE PERIOD OCTOBER 1, 2017 TO OCTOBER 31, 2017 [D.I. 12305]; SEND TO EPIQ FOR SERVICE; UPLOAD LEDES FILES TO BOX |
| *COM Total:* | *0.40* | *$70.00* | |
| **JDA**  Angelo, Jason D | | | |
| 12/5/17 | 0.90 | $247.50 | DRAFT S&L MONTHLY FEE APP OCTOBER 2017 |
| *JDA Total:* | *0.90* | *$247.50* | |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **JHH** | **Huston, Joseph** | | |
| 12/5/17 | 0.40 | $294.00 | REVIEW AND REVISE, FILING AND SERVICE OF 35TH MONTHLY |
| *JHH Total:* | *0.40* | *$294.00* | |
| **109285-00006 Total:** | **1.70** | **$611.50** | |

| | | | |
|---|---|---|---|
| **109285-00007** | **ENERGY FUTURE/HEARINGS** | | |
| **JHH** | **Huston, Joseph** | | |
| 12/7/17 | 0.20 | $147.00 | READ AGENDA OF HEARING ON NEXT ERA MOTION FOR STAY |
| 12/11/17 | 1.80 | $1,323.00 | PREP FOR/ATTEND HEARING ON NEXT ERA MOTION FOR STAY |
| *JHH Total:* | *2.00* | *$1,470.00* | |
| **109285-00007 Total:** | **2.00** | **$1,470.00** | |

| | | | |
|---|---|---|---|
| **109285-00011** | **ENERGY FUTURE/PLEADINGS, MOTIONS AND BRIEFS** | | |
| **JHH** | **Huston, Joseph** | | |
| 12/4/17 | 0.30 | $220.50 | READ ORDER ON DYSON CONTEMPT - FOLLOW DOCKETED ITEMS |
| 12/7/17 | 0.50 | $367.50 | FOLLOW DOCKET (.2) - REVIEW AGENDA FOR 12-11 HEARING AND DOWNLOAD REPLY AND DECL IN SUPPORT (.3) |
| 12/8/17 | 2.90 | $2,131.50 | READ/ANALYZE RESPONSES (AND SUPPORTING DOCUMENTS) TO NEXT ERA'S MOTION FOR STAY BY DEBTORS, ELLIOTT AND OCUC; AND NEXT ERA'S REPLY THERETO AND SUPPORTING DECLARATION (2.7) - BRIEF REVIEW OF OPENING MOTION (.2) |
| 12/11/17 | 0.20 | $147.00 | READ MAJORITY CREDITORS' MOTION TO SUBSTITUTE ON FEE COMMITTEE |
| 12/15/17 | 0.40 | $294.00 | READ/ANALYZE UST'S FINAL LIMITED OBJECTION |
| 12/19/17 | 1.10 | $808.50 | READ ELLIOTT MOTION FOR COMMITTEE SEAT AND DECLS IN SUPPORT |
| 12/26/17 | 1.20 | $882.00 | READ NEXT ERA OBJECTION TO PLAN AND SELECT PORTIONS OF DECLARATION ( .6 ) - READ FENICLE OBJECTION TO PLAN (.4) - READ RESERVATIONS OF RIGHTS BY UMB, EFH TRUSTEE, AND FIRST AND SECOND LIEN TRUSTEES (.2) |
| 12/26/17 | 0.10 | $73.50 | READ NEXT ERA OBJECTION TO PLAN AND SELECT PORTIONS OF DECLARATION (  ) - READ FENICLE OBJECTION TO PLAN ( ) - READ RESERVATIONS OF RIGHTS BY UMB, EFH TRUSTEE, AND FIRST AND SECOND LIEN TRUSTEES (.2) |
| *JHH Total:* | *6.70* | *$4,924.50* | |
| **109285-00011 Total:** | **6.70** | **$4,924.50** | |
| **Grand Total:** | **11.40** | **$7,405.00** | |