**EXHIBIT I**

**Aggregate Budget & Comparison with Actual Fees for Stevens & Lee, P.C.[1]**

| **Aggregate Budget for All Matter Categories For the Period September 1, 2017 through December 31, 2017** |
|---|---|---|---|
| **Matter No.** | **Matter Description** | **Hours Budgeted** | **Total Compensation Budgeted** |
| 1 | Professional Retentions | .10 | $17.50 |
| 2 | Case Administration-General Matters | .80 | $588.00 |
| 3 | Chapter 11 Issues | 0 | $0 |
| 4 | Communications with Professionals | .3 | $220.50 |
| 5 | Fee Applications – Others | 18.40 | $8,002.00 |
| 6 | Fee Applications – S&L | 14.30 | $5,512.50 |
| 7 | Hearings | 16.50 | $11,391.50 |
| 8 | Legal & Factual Research | 0 | $0 |
| 9 | Meetings | 0 | $0 |
| 10 | Plans of Reorganization and Disclosure Statements | 4.20 | $3,087.00 |
| 11 | Pleadings, Motions & Briefs | 9.60 | $7,056.00 |
| 12 | Non-working Travel Time | 0 | $0 |
| 13 | NextEra Energy, Inc. – Adversary Proceeding | 7.1 | $3,312.50 |
| | **Totals** | **71.30** | **$ $39,187.50** |

---

[1] Stevens & Lee was not required to submit budgets. Accordingly, the budget and staffing plan for the Fee Period was prepared using the actual data for the Fee Period. *See* paragraph 13 of the Application.

03/14/2018 SL1 1509042v1 109285.00006

| | MATTER | 1<br>Prof.<br>Retentions | 2<br>Case<br>Admin. | 3<br>Ch. 11<br>Issues | 4<br>Comm.<br>w/ Prof. | 5<br>Fee App.<br>(Others) | 6<br>Fee App.<br>(S&L) | 7<br>Hearings | 8<br>Research | 9<br>Meetings | 10<br>Reorg.<br>Plans | 11<br>Pleadings,<br>Motions,<br>Briefs | 12<br>Non-<br>working<br>Travel | 13<br>NextEra<br>Energy<br>Adversary | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HOURS** | | | | | | | | | | | | | | | |
| **September** | Budget | 0.00 | .30 | 0.00 | .30 | 1.10 | 3.10 | 13.40 | 0.00 | 0.00 | .60 | 1.90 | 0.00 | 5.30 | 26.00 |
| | Actual | 0.00 | .30 | 0.00 | .30 | 1.10 | 3.10 | 13.40 | 0.00 | 0.00 | .60 | 1.90 | 0.00 | 5.30 | 26.00 |
| | Difference | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | | | | | | |
| **October** | Budget | 0.00 | .50 | 0.00 | 0.00 | 11.50 | 8.00 | 1.10 | 0.00 | 0.00 | 3.60 | .50 | 0.00 | 1.80 | 27.00 |
| | Actual | 0.00 | .50 | 0.00 | 0.00 | 11.50 | 8.00 | 1.10 | 0.00 | 0.00 | 3.60 | .50 | 0.00 | 1.80 | 27.00 |
| | Difference | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | | | | | | |
| **November** | Budget | 0.00 | 0.00 | 0.00 | 0.00 | 4.90 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | .50 | 0.00 | 0.00 | 6.90 |
| | Actual | 0.00 | 0.00 | 0.00 | 0.00 | 4.90 | 1.50 | 0.00 | 0.00 | 0.00 | 0.00 | .50 | 0.00 | 0.00 | 6.90 |
| | Difference | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | | | | | | |
| **December** | Budget | .10 | 0.00 | 0.00 | 0.00 | .90 | 1.70 | 2.00 | 0.00 | 0.00 | 0.00 | 6.70 | 0.00 | 0.00 | 11.40 |
| | Actual | .10 | 0.00 | 0.00 | 0.00 | .90 | 1.70 | 2.00 | 0.00 | 0.00 | 0.00 | 6.70 | 0.00 | 0.00 | 11.40 |
| | Difference | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | | | | | | |
| **Total** | Budget | .10 | .80 | 0.00 | .3 | 18.40 | 14.30 | 16.50 | 0.00 | 0.00 | 4.20 | 9.60 | 0.00 | 7.1 | 71.30 |
| | Actual | .10 | .80 | 0.00 | .3 | 18.40 | 14.30 | 16.50 | 0.00 | 0.00 | 4.20 | 9.60 | 0.00 | 7.1 | 71.30 |
| | Difference | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | MATTER | Prof. Ret. | Admin | Ch. 11 Issues | Comm. w/ Prof | Fee App. (Others) | Fee App. (S&L) | Hearings | Research | Mtgs | Reorg. Plans | Pleadings/ Mtns/Briefs | Non-Work Travel | NextEra AP | Total |
| **FEES** | | | | | | | | | | | | | | | |
| **Sept.** | **Budget** | 0.00 | 220.50 | 0.00 | 220.50 | 420.50 | 1,150.50 | 9,113.00 | 0.00 | 0.00 | 441.00 | 1,396.50 | 0.00 | 2,817.50 | 15,780.00 |
| | **Actual** | 0.00 | 220.50 | 0.00 | 220.50 | 420.50 | 1,150.50 | 9,113.00 | 0.00 | 0.00 | 441.00 | 1,396.50 | 0.00 | 2,817.50 | 15,780.00 |
| | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | | | | | | |
| **Oct.** | **Budget** | 0.00 | 367.50 | 0.00 | 0.00 | 5,234.50 | 3,092.00 | 808.50 | 0.00 | 0.00 | 2,646.00 | 367.50 | 0.00 | 495.00 | 13,011.00 |
| | **Actual** | 0.00 | 367.50 | 0.00 | 0.00 | 5,234.50 | 3,092.00 | 808.50 | 0.00 | 0.00 | 2,646.00 | 367.50 | 0.00 | 495.00 | 13,011.00 |
| | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | | | | | | |
| **Nov.** | **Budget** | 0.00 | 0.00 | 0.00 | 0.00 | 1,965.50 | 658.50 | 0.00 | 0.00 | 0.00 | 0.00 | 367.50 | 0.00 | 0.00 | 2,991.50 |
| | **Actual** | 0.00 | 0.00 | 0.00 | 0.00 | 1,965.50 | 658.50 | 0.00 | 0.00 | 0.00 | 0.00 | 367.50 | 0.00 | 0.00 | 2,991.50 |
| | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | | | | | | |
| **Dec.** | **Budget** | 17.50 | 0.00 | 0.00 | 0.00 | 381.50 | 611.50 | 1,470.00 | 0.00 | 0.00 | 0.00 | 4,924.50 | 0.00 | 0.00 | 7,405.00 |
| | **Actual** | 17.50 | 0.00 | 0.00 | 0.00 | 381.50 | 611.50 | 1,470.00 | 0.00 | 0.00 | 0.00 | 4,924.50 | 0.00 | 0.00 | 7,405.00 |
| | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | | | | | | |
| **Total** | **Budget** | 17.50 | 588.00 | 0.00 | 220.50 | 8,002.00 | 5,512.50 | 11,391.50 | 0.00 | 0.00 | 3,087.00 | 7,056.00 | 0.00 | 3,312.50 | 39,187.50 |
| | **Actual** | 17.50 | 588.00 | 0.00 | 220.50 | 8,002.00 | 5,512.50 | 11,391.50 | 0.00 | 0.00 | 3,087.00 | 7,056.00 | 0.00 | 3,312.50 | 39,187.50 |
| | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

03/14/2018 SL1 1509042v1 109285.00006