# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 49 | Accounting Records and Technology Transition | 311.1 | $ 157,077.50 |
| 50 | Monthly Operating and Bankruptcy Reporting Services | 17.0 | $ 8,907.00 |
| 51 | Monthly Financial Accounting Assistance and Financial Statements | 112.7 | $ 56,292.00 |
| 52 | Tax Advisory and Tax Support Services | 27.1 | $ 15,670.50 |
| 53 | Retention Services | 4.2 | $ 1,507.50 |
| 54 | Fee Statement and Fee Application Preparation | 1.5 | $ 447.00 |
| 55 | Non-Working Travel Time | 22.5 | $ 8,437.50 |
| | *less Voluntary Reduction related to Non-Working Travel Time* | | $ (8,437.50) |
| | **Total** | **496.1** | **$ 239,901.50** |