**EXHIBIT B**

**Professionals' Information**

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Conjura, Carol | Partner –WNT | 2.0 | $ 1,056 | $ 2,112.00 |
| Bibby, Tom | Partner - Advisory | 128.1 | $ 610 | $ 78,141.00 |
| Taylor, Jeremy | Managing Director-Advisory | 4.8 | $ 610 | $ 2,928.00 |
| Kane, John | Managing Director - Tax | 16.1 | $ 585 | $ 9,418.50 |
| Clark, Nathan | Senior Manager - Tax | 5.0 | $ 540 | $ 2,700.00 |
| Kodali, Anuhya | Director - Advisory | 21.7 | $ 500 | $ 10,850.00 |
| Folmer, Brennan | Director - Advisory | 2.0 | $ 500 | $ 1,000.00 |
| Oladapo, Busola | Director - Advisory | 35.1 | $ 500 | $ 17,550.00 |
| Grace, James | Director - Advisory | 148.1 | $ 500 | $ 74,050.00 |
| Plangman, Monica | Associate Director-Bankruptcy | 3.7 | $ 325 | $ 1,202.50 |
| Byrne, Bill | Manager - Advisory | 71.0 | $ 375 | $ 26,625.00 |
| Spencer, Charles | Manager - Advisory | 53.0 | $ 375 | $ 19,875.00 |
| Campbell, Celeste | Manager - Bankruptcy | 1.5 | $ 298 | $ 447.00 |
| Wang, Ellie | Senior Associate - Tax | 4.0 | $ 360 | $ 1,440.00 |
| *less Voluntary Reduction related to Non-Working Travel Time* | | | | $ (8,437.50) |
| **Total Hours and Fees at Discounted Rates** | | **496.1** | | **$ 239,901.50** |