# EXHIBIT D

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**December 1, 2017 through January 31, 2018**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180122 | Byrne, Bill | air | | | $ 710.84 | Round trip coach class airfare from Detroit, MI to Dallas, TX  (Depart 1/22/18; Return 1/25/18) |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180129 | Byrne, Bill | air | | | $ 688.70 | Round trip coach class airfare from Detroit, MI to Dallas, TX  (Depart 1/29/18; Return 1/31/18) |
| | | | | **Total Air** | | | **$ 1,399.54** | |

**KPMG LLP**
**EFH Expense Detail**
**December 1, 2017 through January 31, 2018**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180125 | Byrne, Bill | lodging | | | $ 600.27 | Lodging for 3 nights, Dallas, TX (1/22/18 - 1/25/18) |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180131 | Byrne, Bill | lodging | | | $ 357.32 | Lodging for 2 nights, Dallas, TX (1/29/18 - 1/31/18) |
| | | | **Total Lodging** | | | | **$ 957.59** | |

**KPMG LLP**
**EFH Expense Detail**
**December 1, 2017 through January 31, 2018**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180122 | Byrne, Bill | travel meals | | | $ 28.00 | Out of town dinner for self |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180124 | Byrne, Bill | travel meals | | | $ 16.00 | Out of town lunch for self |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180124 | Byrne, Bill | travel meals | | | $ 28.00 | Out of town dinner for self |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180125 | Byrne, Bill | travel meals | | | $ 28.00 | Out of town dinner for self (prior to return flight) |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180129 | Byrne, Bill | travel meals | | | $ 28.00 | Out of town dinner for self |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180130 | Byrne, Bill | travel meals | | | $ 7.00 | Out of town breakfast for self |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180130 | Byrne, Bill | travel meals | | | $ 28.00 | Out of town dinner for self |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180131 | Byrne, Bill | travel meals | | | $ 12.00 | Out of town breakfast for self |
| | **Total Travel Meals** | | | | | | **$ 175.00** | |

**KPMG LLP**
**EFH Expense Detail**
**December 1, 2017 through January 31, 2018**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180125 | Byrne, Bill | ground | | | $ 15.00 | Parking at office for rental car 1/22/18 - 1/25/18 |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180125 | Byrne, Bill | ground | | | $ 6.00 | Gas for rental car |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180125 | Byrne, Bill | ground | | | $ 219.01 | Rental car for transportation while performing work for EFH.  1/22/18 - 1/25/18 |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180125 | Byrne, Bill | ground | | | $ 17.36 | Tolls between hotel and office -   1/22/18 - 1/25/18 |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180125 | Byrne, Bill | ground | | | $ 92.00 | Parking for personal vehicle at Detroit Metro 1/22/18 - 1/25/18 |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180129 | Byrne, Bill | ground | | | $ 38.31 | Uber from DFW to KPMG in Dallas to work on EFH related matters |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180129 | Byrne, Bill | ground | | | $ 7.71 | Uber from KPMG to hotel |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180130 | Byrne, Bill | ground | | | $ 5.00 | Shuttle from hotel to KPMG to work on EFH related matters |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180130 | Byrne, Bill | ground | | | $ 6.00 | Shuttle from KPMG to hotel |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180131 | Byrne, Bill | ground | | | $ 5.00 | Shuttle from hotel to KPMG to work on EFH related matters |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180131 | Byrne, Bill | ground | | | $ 40.07 | Uber from KPMG to DFW |
| 12787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180131 | Byrne, Bill | ground | | | $ 69.00 | Parking for personal vehicle at Detroit Metro 1/29/18 - 1/31/18 |
| | | | **Total Ground** | | | | **$ 520.46** | |

**KPMG LLP**
**EFH Expense Detail**
**December 1, 2017 through January 31, 2018**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | Total Miscellaneous | | | | | $ - | |