## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ) | Chapter 11 |
| In re ) |  |
| ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE ) |  |
| HOLDINGS CORP., *et al.*, ) | (Jointly Administered) |
| ) |  |
| *Debtors*.[1] ) | **Re: D.I. 12763, 12819** |
| ) |  |

## AMENDED NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Elliott Associates, L.P., Elliott International, L.P., and

The Liverpool Limited Partnership (collectively, "Elliott"), creditors in the above-captioned

cases, hereby appeal to the United States District Court for the District of Delaware under 28

U.S.C. § 158(a)(1), and Fed. R. Bankr. P. 8002 and 8003 from the February 27, 2018 *Order*

*Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,*

*Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to*

*Chapter 11 of the Bankruptcy Code* [D.I. 12763] by the Honorable Christopher S. Sontchi,

United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware,

attached hereto as Exhibit A (the "Confirmation Order"), including without limitation, any and

all orders, judgments, decrees, decisions, rulings and opinions that may subsequently be entered

regarding or merged into the Confirmation Order.[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] This Amended Notice of Appeal amends the Notice of Appeal [D.I. 12819] filed by Elliott on March 13, 2018. Elliott is filing this Amended Notice of Appeal at the request of NextEra Energy, Inc. ("NextEra") to list NextEra as a party to the Confirmation Order from which Elliott appeals, so as to avoid any confusion as to NextEra's status in connection with the appeal.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the judgment, order, or decree from which Elliott appeals, and the names, addresses, and telephone numbers of their attorneys are as follows:

| | Party | Attorney |
|---|---|---|
| 1. | Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership | **BAYARD, P.A.**<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Evan T. Miller (No. 5364)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br><br>- and-<br><br>**ROPES & GRAY LLP**<br>Keith H. Wofford<br>Gregg M. Galardi<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000 |
| 2. | Andrew R. Vara,<br>Acting United States Trustee | **U.S. DEPARTMENT OF JUSTICE**<br>**OFFICE OF THE U.S. TRUSTEE**<br>Richard L. Schepacarter<br>J. Caleb Boggs Federal Building<br>844 N. King Street, Room 2207, Lockbox 35<br>Wilmington, DE 19801<br>Telephone: (302) 573-6491 |
| 3. | Debtors and<br>Debtors-in-Possession | **RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (DE Bar No. 2981)<br>Daniel J. DeFranceschi (DE Bar No. 2732)<br>Jason M. Madron (DE Bar No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br><br>- and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler |

| | | Brian E. Schartz<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br><br>-and-<br><br>James H.M. Sprayregen, P.C.<br>Chad J. Husnick, P.C.<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000 |
| --- | --- | --- |
| 4. | Energy Future Holdings Corp. | **BIELLI & KLAUDER, LLC**<br>David M. Klauder (DE Bar No. 5769)<br>Cory Stephenson (DE Bar No. 6097)<br>1204 N. King Street<br>Wilmington, DE 19801<br>Telephone: (302) 803-4600<br><br>-and-<br><br>**PROSKAUER ROSE LLP**<br>Jeff J. Marwil<br>Mark K. Thomas<br>Peter J. Young<br>Three First National Plaza<br>70 W. Madison Street, Suite 3800<br>Chicago, IL 60602-4342<br>Telephone: (312) 962-3550 |
| 5. | Energy Future Intermediate Holding Company LLC | **STEVENS & LEE, P.C.**<br>Joseph H. Huston, Jr. (DE Bar No. 4035)<br>919 North Market Street, Suite 1300<br>Wilmington, DE 19801<br>Telephone: (302) 644-5180<br><br>-and-<br><br>**CRAVATH, SWAINE AND MOORE LLP**<br>Michael A. Paskin<br>Trevor M. Broad<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone: (212) 474-1760 |

| | | |
|---|---|---|
| | | -and-<br><br>**JENNER & BLOCK**<br>Richard Levin<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone: (212) 891-1601 |
| 6. | The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. | **MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**<br>Natalie D. Ramsey (DE Bar No. 5378)<br>David Lee Wright (DE Bar No. 4324)<br>Mark A. Fink (DE Bar No. 3946)<br>1105 North Market Street, 15th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 504-7800<br><br>-and-<br><br>**SULLIVAN & CROMWELL LLP**<br>Andrew G. Dietderich<br>Steven L. Holley<br>Robert J. Giuffra, Jr.<br>Brian D. Glueckstein<br>125 Broad Street<br>New York, New York 10004<br>Telephone: (212) 558-4000 |
| 7. | NextEra Energy, Inc. | **LANDIS RATH & COBB LLP**<br>Adam G. Landis (DE Bar No. 3407)<br>Matthew B. McGuire (DE Bar No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br><br>– and –<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Howard Seife<br>Andrew Rosenblatt<br>Eric Daucher<br>1301 Avenue of the Americas<br>New York, New York 10019-6022<br>Telephone: (212) 408-5100 |

|  |  | Robin Ball<br>555 South Flower Street, 41st Floor<br>Los Angeles, California 90071<br>Telephone: (213) 892-9200<br><br>– and –<br><br>**WINSTON & STRAWN LLP**<br>Dan K. Webb<br>35 W. Wacker Drive<br>Chicago, Illinois 60601-9703<br>Telephone: (312) 558-5600<br><br>Thomas M. Buchanan<br>1700 K Street, NW<br>Washington, D.C. 20006<br>Telephone: (202) 282-5000 |
| --- | --- | --- |

Dated: March 16, 2018
      Wilmington, Delaware

          **BAYARD, P.A.**

          */s/ Erin R. Fay*
          Scott D. Cousins (No. 3079)
          Erin R. Fay (No. 5268)
          Evan T. Miller (No. 5364)
          600 N. King Street, Suite 400
          Wilmington, DE 19801
          Telephone:  (302) 655-5000

          – and –

          **ROPES & GRAY LLP**
          Keith H. Wofford (admitted pro hac vice)
          Gregg M. Galardi
          1211 Avenue of the Americas
          New York, NY 10036-8704
          Telephone:  (212) 596-9000

          *Counsel to Elliott*