UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## ADDITIONAL ITEMS ON APPEAL TRANSMITTAL SHEET

**Case Number:**           BK      AP

If AP, related BK case number:

**District Court Case Number:**

Item(s) Transmitted:

| | **Docket #:** | **Date Entered:** |
|---|---|---|
| | **Docket #:** | **Date Entered:** |
| | **Docket #:** | **Date Entered:** |

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:**           by:_____
                         **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number: