## EXHIBIT A

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| Fee Applications/Others | 0.10 | $51.00 |
| Fee Applications/Shaw Fishman | 7.80 | $2,084.00 |
| Fee Committee Matters | 1.10 | $561.00 |
| General Investigation | 0.90 | $459.00 |
| Hearings/Agendas | 0.20 | $102.00 |
| NEE Adversary Proceeding | 0.10 | $51.00 |
| NEE Contested Matters | 0.30 | $153.00 |
| Plan of Reorganization | 0.70 | $357.00 |
| **TOTAL** | **11.2** | **$3,818.00** |