# **EXHIBIT B**

**[Attorney and Paraprofessional Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas M. Horan | Member | DE (2005) | Bankruptcy | $510.00 | 4.50 | $2,295.00 |
| Christina M. Sanfelippo | Associate | IL (2015) | Bankruptcy | $290.00 | 3.70 | $1,073.00 |
| Paris Y. Love | Paralegal | n/a | Bankruptcy | $150.00 | 3.00 | $450.00 |
| **TOTAL** | | | | | 11.2 | $3,818.00 |