# **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

{12270-001 STA A0501587.DOCX}

| Expense Description | Amount |
|---|---|
| Pacer Research | $24.70 |
| **TOTAL** | **$24.70** |