# **EXHIBIT D**

**[Detailed Description of Expenses and Disbursements]**

{12270-001 STA A0501587.DOCX}

| Date | Expense Description | Amount |
|---|---|---|
| 2/28/2018 | Pacer Research | $24.70 |
| | **TOTAL** | **$24.70** |