# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) **Objection Deadline: April 10, 2018 at 4:00 pm E.T.** |

### NOTICE OF SIXTH MONTHLY FEE STATEMENT OF SHAW FISHMAN GLANTZ & TOWBIN LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2018 THROUGH FEBRUARY 28, 2018

PLEASE TAKE NOTICE that on March 20, 2018, Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman") filed its *Sixth Monthly Fee Statement of Shaw Fishman Glantz & Towbin LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from January 1, 2018 Through February 28, 2018* (the "Monthly Fee Statement") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Monthly Fee Statement must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), and must be filed

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{12270-001 NTC A0501604.DOCX}

1

with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "Debtors"), Energy Future Holdings Corp., et al., 1601 Bryan Street, 43rd Floor, Dallas, TX 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andrew R. Vara, the Acting United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod; (vii) counsel to the (T-side) Official Committee of Unsecured Creditors, Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Lorenzo Marinuzzi and Jennifer Marines; (viii) counsel to the (E-side) Official Committee of Unsecured Creditors, Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, Attn: Andrew G. Dietderich, Brian D. Glueckstein, Michael H. Torkin and Mark U. Schneiderman; and (ix) counsel to the fee committee, Godfrey & Kahn, S.C., One East

Main Street, Madison, WI 53703, Attn: Katherine Stadler, by no later than **4:00 p.m. (Eastern Daylight Time) on April 10, 2018** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if any responses or objections to the Monthly Fee Statement are timely filed, served and received in accordance with this notice, a hearing on the Monthly Fee Statement will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the Interim Compensation Order and the procedures described therein will be considered by the Bankruptcy Court at such hearing.

PLEASE TAKE FURTHER NOTICE that pursuant to the Interim Compensation Order, if no objection to the Monthly Fee Statement is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80% of the fees requested in the Monthly Fee Statement or (ii) 80% of the fees not subject to an objection without the need for further order of the Bankruptcy Court.

| | |
|---|---|
| Dated: March 20, 2018 | **SHAW FISHMAN GLANTZ & TOWBIN LLC** |
| | */s/ Thomas M. Horan* |
| | Thomas M. Horan (Del. Bar No. 4641) |
| | 300 Delaware Ave., Suite 1370 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 480-9412 |
| | E-mail: thoran@shawfishman.com |
| | *Special Delaware Counsel to the Debtors and Debtors in Possession* |