Case 14-10979-CSS    Doc 12840    Filed 03/20/18    Page 1 of 3

District of Delaware
Energy Future Holdings Corp. (COR)
14-10979(CSS)

0000002498

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | * | CASE NO. 14-10979 (CSS) |
| | * | |
| **ENERGY FUTURE HOLDINGS CORP.,** | * | CHAPTER 11 |
| *et al* | * | |
| Debtors | * | Jointly Administered |

**RECEIVED**

MAR 1 9 2018

**LEGAL SERVICES**

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 4364 FILED BY WILLIAM JEFFERY HERBERT

NOW COMES William Jeffery Herbert, a creditor herein, and files this Notice that he hereby withdraws his Proof of Claim No. 4364 dated September 11, 2014 previously filed in this case with Equip Bankruptcy Solutions, LLC on September 12, 2014.

Respectfully submitted,

PAKIS GIOTES PAGE & BURLESON, P.C.

David N. Deaconson
Texas State Bar No. 05673400
P.O. Box 58
Waco, Texas 76703-0058
254-297-7300 (phone)
254-297-7301 (fax)
deaconson@pakislaw.com
Attorneys for William Jeffery Herbert

## PAKIS, GIOTES, PAGE & BURLESON
A PROFESSIONAL CORPORATION
ATTORNEYS AND COUNSELORS AT LAW

DAVID C. ALFORD
LEE ALLGOOD
TRAVIS BLAKE
JOHN BURLESON
RODNEY A. CHAMNESS
MICHAEL G. COSBY
DAVID N. DEACONSON
CARLIE C. GAUSE
ARTIE G. GIOTES
JIM HERING
MARCUS MATAGA
C. SCOTT OMO
JACK RANDALL PAGE

March 16, 2018

MAIL TO:
POST OFFICE BOX 58
WACO, TEXAS
76703-0058

PHONE (254) 297-7300
FAX (254) 297-7301
www.pakislaw.com

WILLIAM R. PAKIS
OF COUNSEL

Energy Future Holdings Corp.
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4421
Beaverton, OR 97076-4421

Energy Future Holdings Corp.
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
757 Third Ave., Third Floor
New York, NY 10017

RE: Notice of Withdrawal of Proof of Claim No. 4364 filed by William Jeffrey Herbert on September 12, 2014

Dear Sirs:

Enclosed please find the original and one copy of a Notice of Withdrawal of Proof of Claim No. 4364 filed by William Jeffrey Herbert. Please file the original Notice and return a file-marked copy to me in the pre-addressed, stamped envelope provided.

Please do not hesitate to contact us if you have any questions or concerns.

Sincerely yours,

PAKIS, GIOTES, PAGE & BURLESON, P.C.

Jan Young, Legal Assistant to
David N. Deaconson

Sjy/dnd
Enclosures

{HERBJE/00003/00352608}

**PAKIS, GIOTES, PAGE & BURLESON**
ATTORNEYS AND COUNSELORS AT LAW
P.O. BOX 58
WACO, TEXAS 76703-0058

RECEIVED

MAR 1 9 2018

LEGAL SERVICES

Energy Future Holdings Corp.
Claims Processing Center
c/o Epiq Bankruptcy Solutions, LLC
P.O. Box 4421
Beaverton, OR 97076-4421