## **CERTIFICATE OF SERVICE**

I, Daniel K. Hogan, hereby certify that on March 23, 2018, a true and correct copy of the foregoing *Appellants' Statement of Issues on Appeal, Certificate Regarding Transcripts, and Designation of Items to be Included on the Record on Appeal* was served via electronic mail on the Participating Parties (as defined in the Order (Amended and Superseding) Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holding Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code (D.I. 11835)) at the following electronic mail address set up by the Debtors to allow for service on all Participating Parties: EFH_DS_Discovery_Service_List@kirkland.com., and via the Court's CM/ECF electronic mail system on those parties requesting same.

*/s/ Daniel K. Hogan*
Daniel K. Hogan (DE 2814)