## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Appeal* has been served upon all parties listed below via the court's CM/ECF electronic filing system and/or by placing a copy in the United States mail, first class, postage pre-paid and properly addressed on this 23rd day of March, 2018.

                                                                           /s/ Erin R. Fay

**U.S. DEPARTMENT OF JUSTICE**
**OFFICE OF THE U.S. TRUSTEE**
Richard L. Schepacarter
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
920 North King Street
Wilmington, DE 19801

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. Stephen E. Hessler
Brian E. Schartz
601 Lexington Avenue
New York, NY 10022-4611

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
James H.M. Sprayregen, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654

**BIELLI & KLAUDER, LLC**
David M. Klauder
Cory Stephenson
1204 N. King Street
Wilmington, DE 19801

**PROSKAUER ROSE LLP**
Jeff J. Marwil
Mark K. Thomas
Peter J. Young
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602-4342

**STEVENS & LEE, P.C.**
Joseph H. Huston, Jr.
919 North Market Street, Suite 1300
Wilmington, DE 19801

**CRAVATH, SWAINE AND MOORE LLP**
Michael A. Paskin
Trevor M. Broad
Worldwide Plaza 825 Eighth Avenue
New York, NY 10019-7475

**JENNER & BLOCK**
Richard Levin
919 Third Avenue
New York, NY 10022-3908

<div style="column-count:2">

**MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**
Natalie D. Ramsey
David Lee Wright
Mark A. Fink
1105 North Market Street, 15th Floor
Wilmington, DE 19801

**SULLIVAN & CROMWELL LLP**
Andrew G. Dietderich
Steven L. Holley
Robert J. Giuffra, Jr.
Brian D. Glueckstein
125 Broad Street
New York, New York 10004

**LANDIS RATH & COBB LLP**
Adam G. Landis
Matthew B. McGuire
919 Market Street, Suite 1800
Wilmington, Delaware 19801

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife
Andrew Rosenblatt
Eric Daucher
1301 Avenue of the Americas
New York, New York 10019-6022

**NORTON ROSE FULBRIGHT US LLP**
Robin Ball
555 South Flower Street, 41st Floor
Los Angeles, California 90071

**WINSTON & STRAWN LLP**
Dan K. Webb
35 W. Wacker Drive
Chicago, Illinois 60601-9703

**WINSTON & STRAWN LLP**
Thomas M. Buchanan
1700 K Street, NW
Washington, D.C. 20006

</div>