**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>       *Debtors*.[1] | )<br>)  Chapter 11<br>)<br>)  Case No. 14-10979 (CSS)<br>)<br>)  (Jointly Administered)<br>)<br>)  **Re: D.I. 12845**<br>) |

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEAL

PLEASE TAKE NOTICE that on March 23, 2018, Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott Funds"), filed with the United States Bankruptcy Court for the District of Delaware the *Notice of Appeal* [D.I. 12845] (the "Appeal").

PLEASE TAKE FURTHER NOTICE that Elliott Funds hereby withdraws the Appeal without prejudice.

[*Signature Page to Follow*]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{BAY:03251442v1}

Date: March 23, 2018
     Wilmington, Delaware

                    BAYARD, P.A.

                    */s/ Erin R. Fay*
                    Scott D. Cousins (No. 3079)
                    Erin R. Fay (No. 5268)
                    Evan T. Miller (No. 5364)
                    600 N. King Street, Suite 400
                    Wilmington, DE 19801
                    Telephone: (302) 655-5000
                    Facsimile: (302) 658-6395
                    scousins@bayardlaw.com
                    efay@bayardlaw.com
                    emiller@bayardlaw.com

                       –and–

                    ROPES & GRAY LLP
                    Keith H. Wofford (admitted *pro hac vice*)
                    Gregg M. Galardi
                    1211 Avenue of the Americas
                    New York, NY 10036-8704
                    Telephone: (212) 596-9000
                    Facsimile:  (212) 596-9090
                    Keith.Wofford@ropesgray.com
                    Gregg.Galardi@ropesgray.com

                    *Counsel for UMB Bank, N.A., as Trustee, and Elliott*