# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: DMC | Date Created: 3/26/2018 |
| Case: 14−10979−CSS | Form ID: van440 | Total: 56 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
aty      Andrew Dean
                                                                                                                                       TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Energy Future Holdings Corp.    Energy Plaza    1601 Bryan Street    Dallas, TX 75201
aty    Amy Brown    Braunhagey & Borden LLP    7 Times Square    27th Floor    New York, NY 10036−6524
aty    Andrea Beth Schwartz    U.S. Department of Justice – Office of the U.S. Trustee    U.S. Federal Office Building    201 Varick Street, Rm 1006    New York, NY 10065
aty    Andrew McGaan    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty    Andrew G. Devore    Ropes & Gray LLP    Prudential Tower    800 Boylston Street    Boston, MA 02199−3600
aty    Anna Terteryan    Kirkland & Ellis LLP    555 California Street    San Francisco, CA 94104
aty    Anthony V. Sexton    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty    Aparna Yenamandra    Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022
aty    Barack S. Echols    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty    Barry Kleiner    Kleinberg, Kaplan, Wolff & Cohen, P.C.    551 Fifth Avenue    18th Floor    New York, NY 10176
aty    Brenton Rogers    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty    Brian Schartz    c/o Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022
aty    Bridget K. O'Connor    Kirkland & Ellis LLP    655 Fifteenth Street, N.W.    Washington, DC 20005
aty    Bryan M. Stephany    Kirkland & Ellis LLP    655 Fifteenth Street, N.W.    Washington, DC 20005
aty    Chad J. Husnick    Kirkland & Ellis, LLP    300 North LaSalle Street    Chicago, IL 60654
aty    Christopher W. Keegan    Kirkland & Ellis LLP    555 California Street    San Francisco, CA 94104
aty    Daniel J. DeFranceschi    Richards, Layton & Finger    One Rodney Square, P.O. Box 551    Wilmington, DE 19899
aty    Edward O. Sassower    Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022
aty    Emily E. Geier    Kirkland & Ellis LLP    300 N. LaSalle    Chicago, IL 60654
aty    Gregg M. Galardi    Ropes & Gray LLP    1211 Avenue of the Americas    New York, NY 10036
aty    Iskender H. Catto    McDermott Will & Emery LLP    340 Madison Avenue    New York, NY 10173
aty    James H.M. Sprayregen    Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022
aty    Jason M. Madron    Richards, Layton & Finger, P.A.    One Rodney Square    P.O. Box 551    Wilmington, DE 19899
aty    Jeffrey M Gorris    Friedlander & Gorris, P.A.    1201 N. Market Street    Suite 2200    Wilmington, DE 19801
aty    Jonathan F. Ganter    Kirkland & Ellis LLP    655 Fifteenth Street, N.W.    Washington, DC 20005
aty    Joseph Charles Barsalona II    Richards, Layton & Finger, P.A.    One Rodney Square    920 North King Street    Wilmington, DE 19801
aty    Joseph H. Huston, Jr.    Stevens & Lee    919 North Market Street    Suite 1300    Wilmington, DE 19801
aty    Kim A. Berger    Braunhagey & Borden LLP    220 Sansome Street    2nd Floor    San Francisco, CA 94014
aty    Lary Alan Rappaport    Proskauer Rose LLP    2049 Century Park East    Los Angeles, CA 90067−3206
aty    Lisa G. Esayian    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty    Marc Kieselstein    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty    Mark D. Collins    Richards, Layton & Finger, P.A.    One Rodney Square    920 North King Street    Wilmington, DE 19801
aty    Mark E. McKane, Esq.    Kirkland & Ellis LLP    555 California Street    San Francisco, CA 94104
aty    Mark K. Thomas    Proskauer Rose LLP    Three First National Plaza    70 W. Madison Street    Suite 3800    Chicago, IL 60602
aty    McClain Thompson    Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022
aty    Michael A. Firestein    Proskauer Rose LLP    2049 Century Park East    Los Angeles, CA 90067−3206
aty    Michael A. Petrino    Kirkland & Ellis LLP    655 Fifteenth Street, N.W.    Washington, DC 20005
aty    Michael A. Rosenthal    Gibson Dunn & Crutcher LLP    200 Park Avenue    47th Floor    New York, NY 10166
aty    Michael B. Slade    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty    Michael L. Raiff    Gibson Dunn & Crutcher LLP    2100 McKinney Avenue    Dallas, TX 75201
aty    Michael P. Esser    Kirkland & Ellis LP    555 California Street    San Francisco, CA 94104
aty    Natalie Hoyer Keller    Kirkland & Ellis LLP    300 North LaSalle    Chicago, IL 60654
aty    Nicholas M. Berg    Ropes & Gray LLP    191 North Wacker Driver    32nd Floor    Chicago, IL 60606
aty    P. Stephen Gidiere, III    Balch & Bingham LLP    1901 Sixth Avenue North    Suite 1500    Birmingham, AL 35203−4642
aty    Peter Welsh    Ropes & Gray, LLP    Prudential Tower    800 Boylston Street    Boston, MA 02199−3600
aty    Peter Jonathon Young    Proskauer Rose LLP    70 W. Madison St.    Suite 3800    Chicago, IL 60602
aty    Richard L. Schepacarter    Office of the United States Trustee    U. S. Department of Justice    844 King Street, Suite 2207    Lockbox #35    Wilmington, DE 19801

| | | | | | |
|---|---|---|---|---|---|
| aty | Steven N. Serajeddini | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |
| aty | Thomas M. Horan | Shaw Fishman Glantz & Towbin LLC | 300 Delaware Ave. | Suite 1370 | Wilmington, DE 19801 |
| aty | Todd F. Maynes | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |
| aty | Tyler D. Semmelman | Richards, Layton & Finger, P.A. | 920 N. King Street | Wilmington, DE 19801 | |
| aty | Vincent E. Lazar | Jenner & Block LLP | 353 N. Clark St. | Chicago, IL 60654 | |
| aty | W. Clark Watson | Balch & Bingham LLP | 1901 Sixth Avenue North | Suite 1500 | Birmingham, AL 35203–4642 |
| aty | William Guerrieri | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |
| aty | William T. Pruitt | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |

TOTAL: 55