UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979        BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code.

**Docket #:** 12763         **Date Entered:** 2/27/18

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 12848 | Date Filed: | 3/23/18 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: | |
| ☐ Cross Appeal | Docket #: | Date Filed: | |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: | |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

UMB Bank, N.A.

**Appellee/Cross Appellee**

Energy Future Holdings Corp.

**Counsel for Appellant/Cross Appellant:**

Bayard, P.A.
600 N. King Street
Suite 400
Wilmington, DE  19801

**Counsel for Appellee/Cross Appellee:**

Richards Layton & Finger, P.A.
920 North King Street
Wilmington, DE  19801

| | | |
|---|---|---|
| Filing fee paid? | Yes ● | No ○ |
| IFP application filed by applicant? | Yes ○ | No ● |
| Have additional appeals of the same order been filed? | Yes ● | No ○ |
| *If Yes, has District Court assigned a Civil Action Number? | Yes ● | No ○ |

Civil Action Number: 18-381, 18-400

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 3/26/18          **by:** Donna Capell
                                 _____
                                 **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    18-18