# **EXHIBIT A**

**Professional Fees and Expenses
Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue New York, NY 10024 | Thirty-Fourth Monthly Fee Statement 09/01/2017 through 09/30/2017 D.I. 12614 | $39,950.00 | $123.22 | 03/05/2018 | $31,960.00 | $123.22 | $7,990.00 |

SL1 1515402v1 109285.00005