## **EXHIBIT A**

**Professional Fees and Expenses
Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10024 | Thirty-Fifth Monthly Fee Statement

10/01/2017 through 10/31/2017

D.I. 12615 | $35,490.00 | $0 | 03/05/2018 | $28,392.00 | $0 | $7,098.00 |

SL1 1515421v1 109285.00005