# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue New York, NY 10024 | Thirty-Sixth Monthly Fee Statement 12/01/2017 through 12/31/2017 D.I. 12616 | $3,380.00 | $0 | 03/05/2018 | $2,704.00 | $0 | $676.00 |

SL1 1515425v1 109285.00005