# EXHIBIT A

## Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| CASE ADMINISTRATION | 1.00 | $760.00 |
| COMMUNICATIONS WITH PROFESSIONALS | .80 | $608.00 |
| FEE APPLICATIONS - OTHERS | 3.70 | $1,594.00 |
| FEE APPLICATIONS – S&L | 3.10 | $1,892.00 |
| HEARINGS | 15.10 | $9,518.50 |
| PLANS OF REORGANIZATION | 2.30 | $1,748.00 |
| PLEADINGS, MOTIONS, AND BRIEFS | 2.90 | $2,204.00 |
| **TOTAL** | **28.9** | **$18,324.50** |