## EXHIBIT B

## Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Practice Group | 2016 Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | $735.00 | 21.50 | $16,340.00 |
| Evan B. Coren | Associate | 2013 (PA) | Bankruptcy and Financial Restructuring | $325.00 | 4.50 | $1,462.50 |
| Calla O. Masters | Legal Assistant | N/A | Bankruptcy Support | $175.00 | 2.90 | $522.00 |
| | | | | TOTAL: | 28.9 | $18,324.50 |

---

[1] These hourly rates represent in the aggregate an increase of approximately 2.9% over S&L's rates for 2015 and are in accordance with S&L's policy of reviewing and increasing its rates annually to reflect its attorneys' increased seniority and experience. The anticipated occurrence of these increases was expressly stated in S&L's engagement letter (at page 3) and agreed to by EFIH.

03/27/2018 SL1 1515538v1 109285.00006