## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---|
| Document Reproduction | $29.30 |
| JOSEPH H HUSTON, JR: COURTCALL APPAEARANCE FOR EVAN COREN | $37.00 |
| JOSEPH H HUSTON, JR: COURTCALL APPEARANCE | $30.00 |
| JOSEPH H HUSTON, JR: COURTCALL APPEARANCE IN HERAING | $60.00 |
| TELEPHONE CHARGES - JHH (NOV - DEC 2017) | $0.70 |
| **TOTAL** | $157.00 |