## EXHIBIT D

**Detailed Description of Expenses and Disbursements**

| MATTER | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 109285-00002 | 2/7/18 | $0.30 | Document Reproduction |
| 109285-00002 | 2/2/18 | $0.70 | TELEPHONE CHARGES - JHH (NOV - DEC 2017) |
| 109285-00002 | 2/16/18 | $0.40 | DOCUMENT REPRODUCTION |
| 109285-00002 | 2/19/18 | $9.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 2/21/18 | $0.10 | Document Reproduction |
| 109285-00002 | 2/21/18 | $0.10 | Document Reproduction |
| 109285-00002 | 2/21/18 | $0.30 | Document Reproduction |
| 109285-00002 | 2/21/18 | $0.10 | Document Reproduction |
| 109285-00002 | 2/21/18 | $0.10 | Document Reproduction |
| 109285-00002 | 2/21/18 | $0.10 | Document Reproduction |
| 109285-00002 | 2/21/18 | $0.10 | Document Reproduction |
| 109285-00002 | 2/21/18 | $0.10 | Document Reproduction |
| 109285-00002 | 2/21/18 | $0.10 | Document Reproduction |
| 109285-00002 | 2/21/18 | $0.10 | Document Reproduction |
| 109285-00002 | 2/21/18 | $1.20 | DOCUMENT REPRODUCTION |
| 109285-00002 | 2/21/18 | $2.30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 2/21/18 | $0.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 2/22/18 | $0.10 | Document Reproduction |
| 109285-00002 | 2/22/18 | $0.60 | Document Reproduction |
| 109285-00002 | 2/22/18 | $0.10 | Document Reproduction |

| | | | |
|---|---|---|---|
| 109285-00002 | 2/22/18 | $1.50 | Document Reproduction |
| 109285-00002 | 2/22/18 | $1.50 | Document Reproduction |
| 109285-00002 | 2/22/18 | $1.50 | Document Reproduction |
| 109285-00002 | 2/22/18 | $1.50 | Document Reproduction |
| 109285-00002 | 2/22/18 | $1.50 | Document Reproduction |
| 109285-00002 | 2/22/18 | $2.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 2/22/18 | $0.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 2/23/18 | $0.10 | Document Reproduction |
| 109285-00002 | 2/23/18 | $0.50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 2/23/18 | $1.00 | DOCUMENT REPRODUCTION |
| 109285-00002 | 2/16/18 | $37.00 | JOSEPH H HUSTON, JR: COURTCALL APPAEARANCE FOR EVAN COREN |
| 109285-00002 | 2/27/18 | $0.70 | DOCUMENT REPRODUCTION |
| 109285-00002 | 2/27/18 | $0.40 | Document Reproduction |
| 109285-00002 109285-00002 | 2/27/18 | $0.10 | Document Reproduction |
| 109285-00002 | 2/27/18 | $0.10 | Document Reproduction |
| 109285-00002 | 2/28/18 | $0.10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 2/22/18 | $30.00 | JOSEPH H HUSTON, JR: COURTCALL APPEARANCE IN HERAING |
| 109285-00002 | 2/23/18 | $30.00 | JOSEPH H HUSTON, JR: COURTCALL APPEARANCE IN HERAING |
| 109285-00002 | 2/27/18 | $30.00 | JOSEPH H HUSTON, JR: COURTCALL APPEARANCE |
| **TOTAL** | | **$157.00** | |

03/27/2018 SL1 1515538v1 109285.00006