**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) |

**TWENTY-NINTH MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP
FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF
EXPENSES INCURRED AS RESTRUCTURING ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS
CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC,
EFIH FINANCE INC., AND EECI, INC. FOR THE PERIOD FROM
JANUARY 1, 2018 THROUGH FEBRUARY 28, 2018**

| | |
|---|---|
| Name of Applicant: | AlixPartners, LLP |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. |
| Date of Retention: | January 12, 2015, *nunc pro tunc* to November 20, 2014 |
| Period for which compensation and reimbursement are sought: | January 1, 2018 through February 28, 2018 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $1,454.40 (80% of $1,818.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |
| This is a(n): _X_ monthly ___ interim ___ final application | |

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, ) | Case No. 14-10979 (CSS) |
| ) | (Jointly Administered) |
| Debtors.[1] ) |  |
| ) | Hearing Date: TBD (if necessary) |
|  | Objection Deadline: April 17, 2018 @ 4:00 p.m. |

**TWENTY-NINTH MONTHLY FEE STATEMENT OF ALIXPARTNERS, LLP
FOR COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF
EXPENSES INCURRED AS RESTRUCTURING ADVISOR TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS OF ENERGY FUTURE HOLDINGS
CORPORATION, ENERGY FUTURE INTERMEDIATE HOLDING COMPANY, LLC,
EFIH FINANCE INC., AND EECI, INC. FOR THE PERIOD FROM
JANUARY 1, 2018 THROUGH FEBRUARY 28, 2018**

This Twenty-Ninth Monthly Fee Statement for compensation and reimbursement of expenses (the "Fee Statement") is filed by AlixPartners, LLP ("AlixPartners") requesting payment for services rendered and reimbursement of costs expended as restructuring advisor for the Official Committee of Unsecured Creditors of Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc., (the "EFH Committee") for the period of January 1, 2018 through February 28, 2018 (the "Statement Period"). In support of the Fee Statement AlixPartners states as follows:

**Relief Requested**

1. AlixPartners submits this Fee Statement pursuant to sections 328, 330 and 331 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure, the District of Delaware Local Bankruptcy Rules, and The Order Establishing Procedures for Interim Compensation and Reimbursement of Chapter 11

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

1

Professionals entered on September 16, 2014 (the "Administrative Order"). AlixPartners, Restructuring Advisor to the EFH Committee, hereby files its Fee Statement for compensation and reimbursement of fees and expenses incurred for the period of January 1, 2018 through February 28, 2018. Specifically, AlixPartners seeks payment of $1,454.40 in fees (i.e., 80% of $1,818.00) for the Statement Period. The fees of AlixPartners are for the benefit of the EFH Committee and not the direct benefit of any Debtor and, accordingly, no allocation is proposed at this time by AlixPartners.

2. In support of its Fee Statement, attached hereto are the following schedules:

   a. **Schedule 1.** A schedule of Compensation by Professional for the Statement Period.

   b. **Schedule 2.** A schedule of Compensation by Project Category for the Statement Period.

WHEREFORE, AlixPartners respectfully requests (i) compensation for professional services in the amount of $1,454.40 in fees (i.e., 80% of $1,818.00) during the Fee Statement Period; and (ii) that this Court grant AlixPartners such other and further relief as is just.

Dated: March 27, 2018                           ALIXPARTNERS, LLP
                                                New York, NY


                                                 */s/ Alan D. Holtz*
                                                Alan D. Holtz
                                                Managing Director
                                                AlixPartners, LLP

## **Schedule 1**

Energy Future Holdings Corp., et al.
Compensation by Professional for the period January 1, 2018 through February 28, 2018

| Name of Professional | Description of Function | Hourly Rate | 01/31/18-02/28/18 Hours | Total Compensation |
|---|---|---|---|---|
| Alan Holtz | Managing Director | $ 1,010.00 | 1.8 | $ 1,818.00 |
| | | | | |
| | | **Total:** | **1.80** | **$ 1,818.00** |

**Schedule 2**

Energy Future Holdings Corp., et al.
Compensation by Project Category for the period January 1, 2018 through February 28, 2018

| Project Code | Description | Jan-Feb Hours | Total Compensation |
|---|---|---|---|
| 9021.00190 | UCC Meetings | 1.6 | $ 1,616.00 |
| 9021.00197 | Fee Applications and Retention | 0.2 | $ 202.00 |
| | | | |
| **Total Fees Requested** | | **1.8** | **$ 1,818.00** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) ) | (Jointly Administered) |
|  |  | **Objections Due: 4/17/2018 @ 4:00 p.m. (ET)** |

## NOTICE OF FEE APPLICATION

**PLEASE TAKE NOTICE** that AlixPartners, LLP (the "**Applicant**") has filed the attached **Twenty-Ninth Monthly Fee Statement of AlixPartners, LLP for Compensation and for Reimbursement of Expenses Incurred as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for the Period from January 1, 2018 through February 28, 2018** (the "**Fee Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Fee Application must be made in accordance with *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Administrative Order**"), and must be filed with the Clerk of the Bankruptcy Court, 824 N. Market Street, Wilmington, Delaware 19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), Energy Future

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Holdings Corp., *et al*., 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL, 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andrew R. Vara, the Acting United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrew B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler; (vii) co-counsel to the EFH Committee, Sullivan & Cromwell, LLP, 125 Broad Street, New York, NY 10004-2498, Attn: Alexa Kranzley; (viii) Montgomery, McCracken, Walker & Rhoads, LLP, 1105 North Market Street, 15th Floor, Wilmington, DE 19801, Attn: Natalie D. Ramsey and Davis Lee Wright; and (ix) Applicant, 2000 Town Center Suite 2400, Southfield, Michigan 48075; Attn: Adam Hollerbach and Lisa Black by no later than **4:00 p.m. (prevailing Eastern Time) on April 17, 2018** (the **"Objection Deadline"**).

**PLEASE TAKE FURTHER NOTICE** that if any responses or objections to the Fee Application are timely filed, served, and received in accordance with this notice, a hearing on the Fee Application will be held at the convenience of the Bankruptcy Court. Only those objections

-3-

made in writing and timely filed and received in accordance with the Administrative Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKER FURTHER NOTICE** that pursuant to the Administrative Order, if no objection to the Fee Application is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal or lesser of (i) 80 percent of fees and 100 percent of expenses requested in the Fee Application or (ii) 80 percent of fees and 100 percent of expenses not subject to an objection without the need for further order of the Bankruptcy Court.

Dated: Wilmington, Delaware
March 27, 2018

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

*/s/ Mark A. Fink*
Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
Mark A. Fink (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820
E-mail:	nramsey@mmwr.com
	dwright@mmwr.com
	mfink@mmwr.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp.; Energy Future Intermediate Holding Company LLC; EFIH Finance Inc.; and EECI, Inc.*