# **EXHIBIT B**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 2.30 | $1,552.50 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $630.00 | 46.00 | $28,980.00 |
| Mark A. Fink | Non-Working Travel | $315.00 | 2.90 | $913.50 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **51.20** | **$31,446.00** |
| **LEGAL ASSISTANTS** | | | | |
| Jason Smith | Paralegal | $165.00 | 8.30 | $1,369.50 |
| Helen C. Belair | Paralegal | $165.00 | 10.30 | $1,699.50 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **18.60** | **$3,069.00** |
| **TOTAL ALL PROFESSIONALS** | | | **69.80** | **$34,515.00** |

**Fortieth Monthly Fee Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses**