# **<u>EXHIBIT C</u>**

## EXPENSE SUMMARY

## February 1, 2018 through February 28, 2018

| Expense Category | Total Expenses |
|---|---|
| Miscellaneous Expenses | $150.00 |
| Pacer | $7.10 |
| **Total:** | **$157.10** |

**Fortieth Monthly Fee Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses**