# **EXHIBIT D**

|  |  |
|---|---|
| Invoice Date: | 3/12/18 |
| Invoice Number: | 756265 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description |  | Amount |
|---|---|---|---|
| 02/28/18 | Pacer | $ | 7.10 |
| 02/15/18 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions  - Services for the month of January, 2018 (Acct # 3003555) | $ | 150.00 |
|  | Total Disbursements | $ | 157.10 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**