**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF *THIRD AMENDED*[2] AGENDA OF MATTERS SCHEDULED
FOR HEARING ON MARCH 28, 2018 STARTING AT 2:00 P.M. (EDT)[3]**

*APPEARANCES AT THE MARCH 28, 2018 HEARING
(INCLUDING OF DELAWARE COUNSEL) ARE BY TELEPHONE*

**I.   STATUS CONFERENCE MATTER GOING FORWARD:**

1. Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Claim [D.I. 12671; filed February 20, 2018]

    Response/Objection Deadline:        To be determined

    Responses/Objections Received:

    A. Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense [D.I. 12844; filed March 23, 2018]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Further amended items appear in bold.**

[3] The March 28, 2018 (the "March 28th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 2:00 p.m. (EDT). Any person who wish**ed** to appear at the March 28th Hearing must **have** contact**ed** COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Tuesday, March 27, 2018 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised April 27, 2009.*

RLF1 19064606v.1

<u>Related Documents</u>:

i. Letter Regarding Request for Status Conference Regarding Administrative Expense Application [D.I. 12853; filed March 26, 2018]

ii. Letter from **Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and UMB Bank, N.A., as Indenture Trustee** Regarding **NextEra Energy, Inc.'s** Request for Status Conference Regarding Administrative Expense Application [D.I. 12859; filed March 27, 2018]

iii. Letter from Marc Kieselstein, P.C. to The Honorable Christopher S. Sontchi Regarding D.I. 12671 and D.I. 12844 and Related March 28, 2018 Status Conference [D.I. 12866; filed March 27, 2018]

iv. **Letter from Gregg M. Galardi to The Honorable Christopher S. Sontchi Regarding D.I. 12866 [D.I. 12870; filed March 28, 2018]**

<u>Status</u>: At the direction of Chambers, a status conference in connection with this matter will go forward.

[*Remainder of page intentionally left blank.*]

Dated: March 2**8**, 2018
    Wilmington, Delaware

*/s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com
      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*