**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **Chapter 11** |
| **ENERGY FUTURE HOLDINGS CORP.,** *et al.* [1] | ) | |
| | ) | **Case No. 14-10979 (CSS)** |
| **Debtors.** | ) | |
| | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objections Due:  April 18, 2018** |

## NOTICE OF FEE STATEMENT

SOLIC Capital Advisors, LLC (the "Applicant") has today filed the attached *Thirty Seventh Monthly Fee Statement of SOLIC Capital Advisors, LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from January 1, 2018 through January 31, 2018* (the "Fee Statement") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

Objections, if any, to the Fee Statement must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "Administrative Order") and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, DE 19801, and be served upon and received by the undersigned and by (i) the above-captioned debtors and debtors-in-possession (collectively the "Debtors"); Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd Floor, Dallas, TX 75201, Attn:  Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland &

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may  be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Ellis LLP, 601 Lexington Avenue,  New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger P.A., 920 North King Street, Wilmington DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Roberta A. DeAngelis, the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building,  201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn:  Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod; (vii) counsel to the (T-side) Official Committee of Unsecured Creditors, Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019, Attn: Lorenzo Marinuzzi and Jennifer Marines; and (viii) counsel to the (E-side) Official Committee of Unsecured Creditors, Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, Attn: Andrew G. Dietderich, Brian D. Glueckstein, Michael H. Torkin and Mark U. Schneiderman; (ix) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn:  Katherine Stadler; and (x) the Applicant, SOLIC Capital Advisors, LLC, 4901 Vineland Road, Suite 120, Orlando, Florida, 32811, Attn: Neil F. Luria, by no later than 4:00 pm (Eastern Standard Time) April 11, 2018 (the "Objection Deadline").

If any responses or objections to the Fee Statement are timely filed, served and received in accordance with this notice, and if such objections cannot be resolved as provided by the Administrative Order, a hearing on the Fee Statement and the objections will be held at the

convenience of the Bankruptcy Court.  Only those objections made in writing and timely filed and received in accordance with the Administrative Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

Under the Administrative Order, if no objection to the Fee Statement is timely filed, served and received by the Objection Deadline, the Applicant may be paid an amount equal to the lesser of (i) 80% of the fees and 100% of the expenses requested in the Fee Statement, or (ii) 80% of the fees and 100% of the expenses not subject to an objection without the need for further order of the Bankruptcy Court.

DATED:  <u>March 28, 2018</u>         <u>*/s/ Neil F. Luria*                            </u>
                                SOLIC CAPITAL ADVISORS, LLC
                                Neil F. Luria, Managing Director
                                4901 Vineland Road, Suite 120
                                Orlando, Florida 32811