# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
## #6

**Calendar Date:** 03/28/2018
**Calendar Time:** 02:00 PM ET

Amended Calendar  Mar 28 2018  8:58AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8978269 | Scott L. Alberino | (202) 887-4000 ext. | Akin Gump Strauss Hauer & Feld LLP | Creditor, UMB Bank / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8935120 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8978957 | Ashley F. Bartram | (512) 475-4937 ext. | State of Texas - Office of the Attorney General -Bankruptcy & Collections Div.Only | Interested Party, Public Utility Commission of Texas / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8981283 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Interested Party, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8979205 | Eric C. Daucher | (212) 408-5405 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8980761 | Daniel Egan | (212) 596-9712 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8980535 | Erin Fay | (302) 429-4253 ext. | Bayard P.A. | Plaintiff(s), Elliott Fuds L.P. et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8978856 | Mark A. Fink | (212) 867-9500 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Interested Party, The EFH Official Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8981227 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8935132 | Gregg M. Galardi | (212) 596-9139 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8983683 | Andrew Glenn | (212) 506-1747 ext. | Kasowitz Benson & Torres LLP | Creditor, Farmstead Capital Management, LLC et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 8978124 | Brian Glueckstein | (212) 558-4000 ext. | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |

| Company | Case | Type | ID | Name | Firm | Phone | Party |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8982764 | Taylor B. Harrison | Merger Market | (212) 390-7831 ext. | Interested Party, Mergermarket / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8980443 | Daniel K. Hogan | Hogan McDaniel | (302) 656-7540 ext. | Objector, Shirley Fenicle, David William Fahy, John H. Jones & David Heinzman, et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8980645 | Thomas M. Horan | Shaw Fishman Glantz & Towbin LLC | (302) 480-9412 ext. | Debtor, Energy Future Holdings / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8983716 | Joseph H. Huston, Jr. | Stevens & Lee, P.C. | (302) 425-3310 ext. | Representing, Energy Future Intermediate Holding Company LLC / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8980526 | Harold Kaplan | Foley & Lardner LLP | (312) 832-4393 ext. | Creditor, UMB Bank / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8983676 | Garvan McDaniel | Hogan McDaniel | (302) 656-7540 ext. | Creditor, Farmstead Capital Management, LLC et al / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8980795 | Matthew L. McGinnis | Ropes & Gray, LLP | (617) 951-7567 ext. 00 | Creditor, Elliott Management Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8980831 | Matthew B. McGuire | Landis Rath & Cobb LLP | (302) 467-4431 ext. | Interested Party, NextEra Energy Resources LLC / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8983824 | Ted Murphy | Morgan Stanley | (212) 761-1127 ext. | Interested Party, Morgan Stanley / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8980855 | Carl Neff | Fox Rothschild LLP | (302) 654-7444 ext. | Creditor, Sempra Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8978255 | Joanna S. Newdeck | Akin Gump Strauss Hauer & Feld LLP | (202) 887-4549 ext. | Interested Party, UMB Bank, N.A. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8979227 | David Nguyen | Jefferies | (212) 708-2847 ext. | Financial Advisor, David Nguyen / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8980806 | Richard Schepacarter | Office of the United States Trustee | (302) 573-6491 ext. | U.S. Trustee, Richard Schepacarter / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8978183 | Erik Schneider | Nixon Peabody LLP | (617) 345-1112 ext. | Creditor, American Stock Transfer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8979216 | Howard Seife | Norton Rose Fulbright US LLP | (212) 318-3287 ext. | Interested Party, NextEra Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8983769 | Daniel S. Shamah | O'Melveny & Myers, LLP | (212) 326-2138 ext. | Interested Party, Apollo / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8979470 | Charles E. Sieving | NextEra Energy Resources | (561) 691-7575 ext. | Interested Party, NextEra Energy Resources / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8979048 | Nacif Taousse | Kirkland & Ellis LLP | (212) 446-4800 ext. | Debtor, Energy Future Holdings, Corp. / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8981761 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 8980640 | Brady C. Williamson | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LISTEN ONLY |
| Energy Future Holdings Corp. | 17-10979 | Hearing | 8979978 | Daniel DeFranceschi | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 17-10979 | Hearing | 8979940 | Marc Kieselstein | (312) 862-3029 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 17-10979 | Hearing | 8979981 | Jason M. Madron | (302) 651-7793 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 17-10979 | Hearing | 8979964 | Mark E. McKane | (415) 439-1400 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 17-10979 | Hearing | 8979972 | Aparna Yenamandra | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |