# **EXHIBIT A**

|  |  |
|---|---|
| Invoice Date: | 3/27/18 |
| Invoice Number: | 756986 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | MA Fink | 5.80 | $655.00 | $3,799.00 |
| 01051 | ND Ramsey | 3.80 | $675.00 | $2,565.00 |
| 07937 | HC Belair | 26.20 | $165.00 | $4,323.00 |
| 07901 | JW Smith | 10.40 | $170.00 | $1,768.00 |
|  | Matter Total | 46.20 |  | $12,455.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**