# **EXHIBIT B**

The MMWR attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 3.8 | $2,565.00 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $655.00 | 5.8 | $3,799.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **9.6** | **$6,364.00** |
| **LEGAL ASSISTANTS** | | | | |
| Jason Smith | Paralegal | $170.00 | 10.4 | $1,768.00 |
| Helen Belair | Paralegal | $165.00 | 26.2 | $4,323.00 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | **36.6** | **$6,091.00** |
| **TOTAL ALL PROFESSIONALS** | | | **46.20** | **$12,455.00** |

Forty-First Monthly Fee Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses