# **EXHIBIT C**

**EXPENSE SUMMARY**

**March 1, 2018 through March 9, 2018**

| Expense Category | Total Expenses |
|---|---|
| Miscellaneous Expenses | $247.00 |
| Travel – Meals | $10.00 |
| Travel – Rail Fare | $246.00 |
| Transportation – Local While on Business | $26.92 |
| **Total:** | **$529.92** |

Forty-First Monthly Fee Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses