## EXHIBIT D

| | |
|---|---:|
| Invoice Date: | 3/27/18 |
| Invoice Number: | 756986 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Summary of Disbursements and Other Related Charges
## Incurred on Your Behalf

| Cost Code | Description | | Amount |
|---|---|---|---:|
| 0008 | Miscellaneous Expense | $ | 247.00 |
| 0022 | Transportation - Local while on business | $ | 26.92 |
| 0089 | Travel - Meals, Etc | $ | 10.00 |
| 0092 | Travel - Rail Fare | $ | 246.00 |
| | | Total:    $ | 529.92 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**