# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                                    **Case No.:** 14–10979–CSS

Energy Future Holdings Corp.

                                                             **Chapter:** 11


### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.


_Una O'Boyle_

Una O'Boyle, Clerk of Court

Date: 3/26/18
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 14-10979-CSS
Energy Future Holdings Corp.                                    Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0311-1          User: DMC              Page 1 of 28           Date Rcvd: Mar 26, 2018
                             Form ID: van440         Total Noticed: 55

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 28, 2018.
```
db          +Energy Future Holdings Corp.,   Energy Plaza,   1601 Bryan Street,   Dallas, TX 75201-3483
aty         +Amy Brown,   Braunhagey & Borden LLP,   7 Times Square,   27th Floor,   New York, NY 10036-6516
aty         +Andrea Beth Schwartz,   U.S. Department of Justice - Office of t,
              U.S. Federal Office Building,   201 Varick Street, Rm 1006,   New York, NY 10014-9449
aty          Andrew G. Devore,   Ropes & Gray LLP,   Prudential Tower,   800 Boylston Street,
              Boston, MA  02199-3600
aty         +Andrew McGaan,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty         +Anna Terteryan,   Kirkland & Ellis LLP,   555 California Street,   San Francisco, CA 94104-1603
aty         +Anthony V. Sexton,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty         +Aparna Yenamandra,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty         +Barack S. Echols,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty         +Barry Kleiner,   Kleinberg, Kaplan, Wolff & Cohen, P.C.,   551 Fifth Avenue,   18th Floor,
              New York, NY 10176-1800
aty         +Brenton Rogers,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty          Brian Schartz,   c/o Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty         +Bridget K. O'Connor,   Kirkland & Ellis LLP,   655 Fifteenth Street, N.W.,
              Washington, DC 20005-5701
aty         +Bryan M. Stephany,   Kirkland & Ellis LLP,   655 Fifteenth Street, N.W.,
              Washington, DC 20005-5701
aty         +Chad J. Husnick,   Kirkland & Ellis, LLP,   300 North LaSalle Street,   Chicago, IL 60654-5412
aty         +Christopher W. Keegan,   Kirkland & Ellis LLP,   555 California Street,
              San Francisco, CA 94104-1603
aty         +Daniel J. DeFranceschi,   Richards, Layton & Finger,   One Rodney Square, P.O. Box 551,
              Wilmington, DE 19899-0551
aty         +Edward O. Sassower,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty         +Emily E. Geier,   Kirkland & Ellis LLP,   300 N. LaSalle,   Chicago, IL 60654-5412
aty         +Gregg M. Galardi,   Ropes & Gray LLP,   1211 Avenue of the Americas,   New York, NY 10036-8704
aty         +Iskender H. Catto,   McDermott Will & Emery LLP,   340 Madison Avenue,
              New York, NY 10173-1922
aty         +James H.M. Sprayregen,   Kirkland & Ellis LLP,   601 Lexington Avenue,
              New York, NY 10022-4643
aty         +Jason M. Madron,   Richards, Layton & Finger, P.A.,   One Rodney Square,   P.O. Box 551,
              Wilmington, DE 19899-0551
aty         +Jeffrey M Gorris,   Friedlander & Gorris, P.A.,   1201 N. Market Street,   Suite 2200,
              Wilmington, DE 19801-1165
aty         +Jonathan F. Ganter,   Kirkland & Ellis LLP,   655 Fifteenth Street, N.W.,
              Washington, DC 20005-5701
aty         +Joseph Charles Barsalona II,   Richards, Layton & Finger, P.A.,   One Rodney Square,
              920 North King Street,   Wilmington, DE 19801-3300
aty         +Joseph H. Huston, Jr.,   Stevens & Lee,   919 North Market Street,   Suite 1300,
              Wilmington, DE 19801-3092
aty         +Kim A. Berger,   Braunhagey & Borden LLP,   220 Sansome Street,   2nd Floor,
              San Francisco, CA 94104-2711
aty          Lary Alan Rappaport,   Proskauer Rose LLP,   2049 Century Park East,
              Los Angeles, CA  90067-3206
aty         +Lisa G. Esayian,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty         +Marc Kieselstein,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty         +Mark D. Collins,   Richards, Layton & Finger, P.A.,   One Rodney Square,
              920 North King Street,   Wilmington, DE 19801-3300
aty         +Mark E. McKane, Esq.,   Kirkland & Ellis LLP,   555 California Street,
              San Francisco, CA 94104-1603
aty         +Mark K. Thomas,   Proskauer Rose LLP,   Three First National Plaza,   70 W. Madison Street,
              Suite 3800,   Chicago, IL 60602-4342
aty         +McClain Thompson,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty          Michael A. Firestein,   Proskauer Rose LLP,   2049 Century Park East,
              Los Angeles, CA  90067-3206
aty         +Michael A. Petrino,   Kirkland & Ellis LLP,   655 Fifteenth Street, N.W.,
              Washington, DC 20005-5701
aty         +Michael A. Rosenthal,   Gibson Dunn & Crutcher LLP,   200 Park Avenue,   47th Floor,
              New York, NY 10166-4799
aty         +Michael B. Slade,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty         +Michael L. Raiff,   Gibson Dunn & Crutcher LLP,   2100 McKinney Avenue,   Dallas, TX 75201-2106
aty         +Michael P. Esser,   Kirkland & Ellis LLP,   555 California Street,
              San Francisco, CA 94104-1503
aty         +Natalie Hoyer Keller,   Kirkland & Ellis LLP,   300 North LaSalle,   Chicago, IL 60654-5412
aty         +Nicholas M. Berg,   Ropes & Gray LLP,   191 North Wacker Driver,   32nd Floor,
              Chicago, IL 60606-1879
aty          P. Stephen Gidiere, III,   Balch & Bingham LLP,   1901 Sixth Avenue North,   Suite 1500,
              Birmingham, AL  35203-4642
aty         +Peter Jonathon Young,   Proskauer Rose LLP,   70 W. Madison St.,   Suite 3800,
              Chicago, IL 60602-4342
aty          Peter Welsh,   Ropes & Gray, LLP,   Prudential Tower,   800 Boylston Street,
              Boston, MA  02199-3600
```

```
District/off: 0311-1          User: DMC              Page 2 of 28          Date Rcvd: Mar 26, 2018
                             Form ID: van440          Total Noticed: 55
```

```
aty         +Richard L. Schepacarter,    Office of the United States Trustee,    U. S. Department of Justice,
             844 King Street, Suite 2207,   Lockbox #35,    Wilmington, DE 19801-3519
aty         +Steven N. Serajeddini,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
aty         +Thomas M. Horan,    Shaw Fishman Glantz & Towbin LLC,    300 Delaware Ave.,    Suite 1370,
             Wilmington, DE 19801-1658
aty         +Todd F. Maynes,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
aty         +Tyler D. Semmelman,    Richards, Layton & Finger, P.A.,    920 N. King Street,
             Wilmington, DE 19801-3301
aty         +Vincent E. Lazar,    Jenner & Block LLP,    353 N. Clark St.,    Chicago, IL 60654-5474
aty          W. Clark Watson,    Balch & Bingham LLP,    1901 Sixth Avenue North,    Suite 1500,
             Birmingham, AL 35203-4642
aty         +William Guerrieri,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
aty         +William T. Pruitt,    Kirkland & Ellis LLP,    300 North LaSalle,    Chicago, IL 60654-5412
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                             TOTAL: 0
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty          Andrew Dean
                                                                      TOTALS: 1, * 0, ## 0
```

```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) is furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 28, 2018                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 26, 2018 at the address(es) listed below:
              Aaron C Baker    on behalf of Attorney   Godfrey & Kahn, S.C. acb@pgslaw.com
              Aaron C Baker    on behalf of Fee Examiner Richard Gitlin acb@pgslaw.com
              Aaron H. Stulman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
              capacity as successor Indenture Trustee astulman@wtplaw.com,  clano@wtplaw.com
              Adam Hiller    on behalf of Creditor   Buffalo Industrial Supply, Inc. ahiller@hillerarban.com
              Adam Hiller    on behalf of Interested Party   MoreTech, Inc. ahiller@hillerarban.com
              Adam G. Landis    on behalf of Interested Party   Marathon Asset Management, LP landis@lrclaw.com,
              raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
              Adam G. Landis    on behalf of Interested Party   Alcoa Inc. landis@lrclaw.com,
              raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
              Adam G. Landis    on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
              Holdings, Inc. landis@lrclaw.com,
              raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
              Adam G. Landis    on behalf of Creditor   NextEra Energy Resources, LLC landis@lrclaw.com,
              raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
              Adam Scott Moskowitz   on behalf of Creditor   ASM Capital IV, L.P. asmcapital@aol.com
              Albert Kass    on behalf of Claims Agent   Kurtzman Carson Consultants LLC
              ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
              Albert Kass    on behalf of Interested Party   Kurtzman Carson Consultants LLC
              ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
              Alessandra Glorioso   on behalf of Creditor   U.S. Bank National Association
              glorioso.alessandra@dorsey.com
              Alexa Kranzley   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
              of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance,
              Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
              Alison R. Ashmore   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc.
              aashmore@dykema.com
              Allison R Axenrod   on behalf of Creditor   Claims Recovery Group LLC
              allison@claimsrecoveryllc.com,  allison@inforuptcy.com;notices@claimsrecoveryllc.com
              Amish R. Doshi   on behalf of Creditor   Oracle America, Inc. adoshi@magnozzikye.com
              Amy Baudler   on behalf of Creditor   Barr Engineering Co. amy@purduelaw.com,  kim@purduelaw.com
              Amy Brown   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P., The
              Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners Limited
              Partnership brown@braunhagey.com,  levine@braunhagey.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Ana  Chilingarishvili  on behalf of Creditor    U.S. Bank National Association
  ana.chilingarishvili@maslon.com
Andrea Beth Schwartz  on behalf of U.S. Trustee    U.S. Trustee andrea.b.schwartz@usdoj.gov
Andrea Stone Hartley  on behalf of Creditor    Siemens Energy, Inc. f/k/a Siemens Power
  Generation, Inc., and Siemens Demag Delaval Turbomachinery, Inc. andrea.hartley@akerman.com
Andrew Dean  on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com,
  ann-jerominski-2390@ecf.pacerpro.com
Andrew Dietderich  on behalf of Creditor Committee    The Official Committee of Unsecured
  Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
  Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com
Andrew Glenn Devore  on behalf of Interested Party    CSC Trust Company of Delaware, as successor
  indenture trustee and collateral trustee andrew.devore@ropesgray.com
Andrew J. Ehrlich  on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
  aehrlich@paulweiss.com,  mao_fednational@paulweiss.com
Andrew K Glenn  on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
  aglenn@kasowitz.com
Andrew L Magaziner  on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
  Creditors bankfilings@ycst.com
Andrew R. Remming  on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG
  Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
  rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
Angela Ferrante  on behalf of Claims Agent    Garden City Group, LLC
  debra.wolther@gardencitygroup.com,  PACERteam@gardencitygroup.com
Angela Ferrante  on behalf of Other Prof.    Garden City Group, LLC
  debra.wolther@gardencitygroup.com,  PACERteam@gardencitygroup.com
Ann M Kashishian  on behalf of Attorney    Chipman Brown Cicero & Cole, LLP akashishian@gelaw.com,
  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
Ann M Kashishian  on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
  akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
Ann M Kashishian  on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
  Noteholders akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
Anna  Grace  on behalf of Creditor    UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
Ari David Kunofsky  on behalf of Creditor    UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
  eastern.taxcivil@usdoj.gov
Arlene Rene Alves  on behalf of Interested Party    Wilmington Trust, N.A. alves@sewkis.com
Ashley F. Bartram  on behalf of Interested Party    Public Utility Commission of Texas
  ashley.bartram@oag.texas.gov
Ashley F. Bartram  on behalf of Interested Party    Texas Commission on Environmental Quality
  ashley.bartram@oag.texas.gov
Ashley F. Bartram  on behalf of Interested Party    Railroad Commission of Texas
  ashley.bartram@oag.texas.gov
Ashley Robert Altschuler  on behalf of Defendant    Morgan Stanley Capital Group, Inc.
  ashley.altschuler@dlapiper.com,  ashley-altschuler-8647@ecf.pacerpro.com
Ashley Robert Altschuler  on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
  ashley.altschuler@dlapiper.com,  ashley-altschuler-8647@ecf.pacerpro.com
Barry  Kleiner  on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
  and The Liverpool Limited Partnership dkleiner@kkwc.com
Barry G. Felder  on behalf of Interested Party    UMB BANK, N.A., as Trustee bgfelder@foley.com
Barry G. Felder  on behalf of Creditor    UMB Bank, N.A. bgfelder@foley.com
Barry G. Felder  on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
  bgfelder@foley.com
Barry M. Klayman  on behalf of Interested Party    J Aron & Company bklayman@cozen.com
Benjamin  Finestone  on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
  benjaminfinestone@quinnemanuel.com
Benjamin  Finestone  on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
  benjaminfinestone@quinnemanuel.com
Benjamin  Finestone  on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
  benjaminfinestone@quinnemanuel.com
Benjamin  Stewart  on behalf of Creditor    Pinnacle Technical Resources, Inc.
  bstewart@baileybrauer.com
Benjamin J. Schladweiler  on behalf of Creditor    Apollo Advisors VII, L.P.
  bschladweiler@ramllp.com,
  jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
  om;8289576420@filings.docketbird.com
Benjamin J. Schladweiler  on behalf of Interested Party    Titan Investment Holdings LP
  bschladweiler@ramllp.com,
  jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
  om;8289576420@filings.docketbird.com
Benjamin J. Schladweiler  on behalf of Defendant    Brookfield Asset Management Private
  Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
  jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
  om;8289576420@filings.docketbird.com
Benjamin J. Schladweiler  on behalf of Creditor    Brookfield Asset Management Private
  Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
  jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
  om;8289576420@filings.docketbird.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Benjamin J. Schladweiler   on behalf of Creditor   Angelo Gordon & Co., LP
               bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
               om;8289576420@filings.docketbird.com
              Benjamin J. Schladweiler   on behalf of Defendant   Apollo Advisors VII, L.P.
               bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
               om;8289576420@filings.docketbird.com
              Benjamin J. Schladweiler   on behalf of Defendant   Angelo Gordon & Co., LP
               bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
               om;8289576420@filings.docketbird.com
              Bernard George Conaway   on behalf of Creditor   Doyenne Constructors, LLC
               bconaway@cohenseglias.com,  bconaway@cohenseglias.com
              Bernard Grover Johnson, III   on behalf of Creditor   Milam Appraisal District
               bjohnson@fisherboyd.com
              Bonnie R. Golub   on behalf of Creditor   Evercore Group LLC bgolub@weirpartners.com
              Bradley R. Aronstam   on behalf of Creditor   Apollo Advisors VII, L.P. baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
               om;5031916420@filings.docketbird.com
              Bradley R. Aronstam   on behalf of Other Prof.   Longhorn Capital GS L.P. baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
               om;5031916420@filings.docketbird.com
              Bradley R. Aronstam   on behalf of Defendant   Angelo Gordon & Co., LP baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
               om;5031916420@filings.docketbird.com
              Bradley R. Aronstam   on behalf of Interested Party   Titan Investment Holdings LP
               baronstam@ramllp.com,
               hgibbons@ramllp.com,
               jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
               om;5031916420@filings.docketbird.com
              Bradley R. Aronstam   on behalf of Creditor   Brookfield Asset Management Private Institutional
               Capital Adviser (Canada), L.P. baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
               om;5031916420@filings.docketbird.com
              Bradley R. Aronstam   on behalf of Defendant   Brookfield Asset Management Private Institutional
               Capital Adviser (Canada), L.P. baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
               om;5031916420@filings.docketbird.com
              Bradley R. Aronstam   on behalf of Creditor   Angelo Gordon & Co., LP baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
               om;5031916420@filings.docketbird.com
              Bradley R. Aronstam   on behalf of Defendant   Apollo Advisors VII, L.P. baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
               om;5031916420@filings.docketbird.com
              Brett H. Miller   on behalf of Interested Party   The Official Committee of TCEH Unsecured
               Creditors BMiller@mofo.com,  brett-miller-1388@ecf.pacerpro.com
              Brian Schartz   on behalf of Debtor   Energy Future Holdings Corp. bschartz@kirkland.com
              Brian Schartz   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
               bschartz@kirkland.com
              Brian Tong   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C. brian.tong@srz.com
              Brian E Farnan   on behalf of Interested Party   Forest Creek Wind Farm, LLC
               bfarnan@farnanlaw.com,  tfarnan@farnanlaw.com
              Brian L. Arban   on behalf of Attorney Brian   Arban barban@hillerarban.com
              Brian Lucian Kasprzak   on behalf of Interested Party   Fireman's Fund Insurance Company
               bkasprzak@moodklaw.com,  mike@lscd.com
              Brian S. Hermann   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
               jadlerstein@paulweiss.com;bhermann@paulweiss.com;mtattnall@paulweiss.com;abernstein@paulweiss.com
               ;aehrlich@paulweiss.com;mturkel@paulweiss.com;kcairns@paulweiss.com;mcolarossi@paulweiss.com;gkro
               up@paulweiss.com
              Brian W. Hockett   on behalf of Creditor   Accenture LLP bhockett@thompsoncoburn.com
              Bruce J. Ruzinsky   on behalf of Creditor   Milam Appraisal District bruzinsky@jw.com,
               mcavenaugh@jw.com
              Camille C. Bent   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
               CCB@stevenslee.com
              Carla O. Andres   on behalf of Interested Party   Fee Committee candres@gklaw.com,
               kboucher@gklaw.com;pbrellenthin@gklaw.com
              Chad J. Husnick   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
               chusnick@kirkland.com
              Chad J. Husnick   on behalf of Debtor   Energy Future Holdings Corp. chusnick@kirkland.com
              Chantelle D'nae McClamb   on behalf of Interested Party   Simeio Solutions, Inc.
               mcclambc@ballardspahr.com
              Charles J. Brown   on behalf of Creditor   Anadarko Petroleum Corporation cbrown@gsbblaw.com,
               dabernathy@archerlaw.com
              Charles J. Brown   on behalf of Interested Party   Emerson Network Power Liebert Services
               cbrown@gsbblaw.com,  dabernathy@archerlaw.com
              Chester B. Salomon   on behalf of Creditor   Securitas Security Services USA, Inc.
               csalomon@beckerglynn.com,  mghose@beckerglynn.com;hhill@beckerglynn.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Christopher  Fong   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
    cfong@nixonpeabody.com
Christopher  Fong   on behalf of Interested Party   American Stock Transfer & Trust Company, LLC
    cfong@nixonpeabody.com
Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of TCEH Unsecured
    Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward   on behalf of Attorney   Morrison & Foerster LLP cward@polsinelli.com,
    LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward   on behalf of Attorney   Polsinelli PC cward@polsinelli.com,
    LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of Unsecured
    Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward   on behalf of Interested Party   The Official Committee of TCEH Unsecured
    Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward   on behalf of Financial Advisor   FTI Consulting, Inc. cward@polsinelli.com,
    LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher B. Mosley   on behalf of Creditor   City of Fort Worth
    Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov
Christopher L. Carter   on behalf of Creditor   Pacific Investment Management Co. LLC
    christopher.carter@morganlewis.com, julia.frost-davies@morganlewis.com
Christopher M Hayes   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
    Christopher.hayes@kirkland.com
Christopher Michael De Lillo   on behalf of Debtor   Energy Future Holdings Corp. delillo@rlf.com,
    rbgroup@rlf.com
Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company
    LLC csimon@crosslaw.com, smacdonald@crosslaw.com
Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company,
    LLC csimon@crosslaw.com, smacdonald@crosslaw.com
Christopher R. Belmonte   on behalf of Interested Party   Moody's Analytics, Inc.
    cbelmonte@ssbb.com, pbosswick@ssbb.com;managingclerk@ssbb.com,asnow@ssbb.com
Clark T. Whitmore   on behalf of Creditor   U.S. Bank National Association
    clark.whitmore@maslon.com
Colin R. Robinson   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
    crobinson@pszjlaw.com, efile1@pszjlaw.com
Corby Davin Boldissar   on behalf of Interested Party   BP America Production Company
    dboldissar@lockelord.com
Cory P. Stephenson   on behalf of Plaintiff   Energy Future Holdings Corp.
    cstephenson@bk-legal.com
Curtis A Hehn   on behalf of Interested Party   Somervell County Central Appraisal District
    curtishehn@comcast.net
D. Ross Martin   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
    indenture trustee and collateral trustee rmartin@ropesgray.com
Daniel A. Fliman   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
    dfliman@kasowitz.com, Courtnotices@kasowitz.com
Daniel A. O'Brien   on behalf of Interested Party   Pacific Investment Management Company LLC
    ("PIMCO") daobrien@venable.com
Daniel A. O'Brien   on behalf of Creditor   Pacific Investment Management Co. LLC
    daobrien@venable.com
Daniel B. Denny   on behalf of Interested Party   Berkshire Hathaway Energy Company
    ddenny@gibsondunn.com
Daniel J. DeFranceschi   on behalf of Debtor   Texas Utilities Company, Inc. RBGroup@rlf.com
Daniel J. DeFranceschi   on behalf of Debtor   LSGT Gas Company LLC defranceschi@rlf.com,
    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Daniel J. DeFranceschi   on behalf of Debtor   TXU SEM Company rbgroup@rlf.com
Daniel J. DeFranceschi   on behalf of Debtor   NCA Development Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi   on behalf of Debtor   EECI, Inc. RBGroup@rlf.com
Daniel J. DeFranceschi   on behalf of Debtor   EFH Australia (No. 2) Holdings Company
    RBGroup@rlf.com
Daniel J. DeFranceschi   on behalf of Debtor   TXU Retail Services Company rbgroup@rlf.com
Daniel J. DeFranceschi   on behalf of Debtor   Eagle Mountain Power Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi   on behalf of Debtor   EFH Renewables Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Retail Company LLC rbgroup@rlf.com
Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Trading California Company
    RBGroup@rlf.com
Daniel J. DeFranceschi   on behalf of Debtor   Valley NG Power Company LLC rbgroup@rlf.com
Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Solutions Company LLC rbgroup@rlf.com
Daniel J. DeFranceschi   on behalf of Debtor   Big Brown 3 Power Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi   on behalf of Debtor   EFH Finance (No. 2) Holdings Company
    RBGroup@rlf.com
Daniel J. DeFranceschi   on behalf of Debtor   Brighten Holdings LLC RBGroup@rlf.com
Daniel J. DeFranceschi   on behalf of Debtor   DeCordova Power Company LLC RBGroup@rlf.com
Daniel J. DeFranceschi   on behalf of Debtor   Lone Star Pipeline Company, Inc.
    defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Daniel J. DeFranceschi   on behalf of Debtor   Southwestern Electric Service Company, Inc.
    RBGroup@rlf.com
Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
    defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Daniel J. DeFranceschi   on behalf of Debtor   Martin Lake 4 Power Company LLC RBGroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Daniel J. DeFranceschi   on behalf of Debtor    Oak Grove Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    4Change Energy Holdings LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Texas Energy Industries Company, Inc.
               rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    NCA Resources Development Company LLC
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant Mining Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Sandow Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Brighten Energy LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EFH CG Management Company LLC defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    TXU Receivables Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EFIH Finance Inc. defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    Generation SVC Company defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    Oak Grove Mining Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EFH Corporate Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant Big Brown Mining Company LLC
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EFH CG Holdings Company LP defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    EFH FS Holdings Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Energy Future Intermediate Holding Company LLC
               defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    Monticello 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Big Brown Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Morgan Creek 7 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Collin Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    4Change Energy Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Oak Grove Management Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Lake Creek 3 Power Company LLC
               defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant Generation Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    DeCordova II Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Texas Power & Light Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant Energy Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EEC Holdings, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Texas Utilities Electric Company, Inc.
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
               defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant Renewables Company LLC
               defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant Holding Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    TCEH Finance, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Generation MT Company LLC defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Generation Development Company LLC
               defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    Valley Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant Mineral Development Company LLC
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Big Brown Lignite Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant ET Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Energy Future Holdings Corp. defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    LSGT SACROC, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Lone Star Energy Company, Inc.
               defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Texas Electric Service Company, Inc.
               rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Dallas Power & Light Company, Inc. RBGroup@rlf.com
              Daniel K. Astin   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
               jmcmahon@ciardilaw.com
              Daniel K. Hogan   on behalf of Interested Party   The Richards Group, Inc. dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Shirley   Fenicle dkhogan@dkhogan.com,
               keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Daniel K. Hogan   on behalf of Interested Party Robert  Albini dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
            Daniel K. Hogan   on behalf of Interested Party Harold  Bissell dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
            Daniel K. Hogan   on behalf of Interested Party Michelle  Ziegelbaum dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
            Daniel K. Hogan   on behalf of Creditor John H. Jones dkhogan@dkhogan.com,  keharvey@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
            Daniel K. Hogan   on behalf of Interested Party   Brake Supply Company, Inc. dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
            Daniel K. Hogan   on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
            Daniel K. Hogan   on behalf of Interested Party John H. Jones dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
            Daniel K. Hogan   on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
            Daniel K. Hogan   on behalf of Interested Party  PI Law Firms dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
            Daniel K. Hogan   on behalf of Creditor David  Heinzmann dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
            Daniel K. Hogan   on behalf of Interested Party Denis  Bergschneider dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
            Daniel K. Hogan   on behalf of Interested Party David  Heinzmann dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
            Daniel K. Hogan   on behalf of Interested Party Kurt  Carlson dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
            Daniel K. Hogan   on behalf of Interested Party Joe  Arabie dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
            Daniel K. Hogan   on behalf of Interested Party Michael  Cunningham dkhogan@dkhogan.com,
              keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
            Daniel K. Hogan   on behalf of Interested Party   Shirley Fenicle, as Successor-In-Interest to
              the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com,  keharvey@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
            Daniel S. Shamah   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as
              First Lien Administrative Agent dshamah@omm.com
            Daniel S. Shamah   on behalf of Defendant   Apollo Advisors VII, L.P. dshamah@omm.com
            Daniel S. Shamah   on behalf of Creditor   Angelo Gordon & Co., LP dshamah@omm.com
            Daniel S. Shamah   on behalf of Defendant   Brookfield Asset Management Private Institutional
              Capital Adviser (Canada), L.P. dshamah@omm.com
            Daniel S. Shamah   on behalf of Defendant   Angelo Gordon & Co., LP dshamah@omm.com
            Daniel S. Shamah   on behalf of Creditor   Brookfield Asset Management Private Institutional
              Capital Adviser (Canada), L.P. dshamah@omm.com
            Daniel S. Shamah   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
              Administrative Agent dshamah@omm.com
            Daniel S. Shamah   on behalf of Creditor   Apollo Advisors VII, L.P. dshamah@omm.com
            Daniel Stephen Smith   on behalf of Interested Party  United States on behalf of Environmental
              Protection Agency dan.smith2@usdoj.gov,  efile_ees.enrd@usdoj.gov
            Danielle M. Audette   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
              jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
            Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
              daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
            Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
              daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
            David  Neier   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital Holdings,
              Inc. dneier@winston.com,  dcunsolo@winston.com
            David  Neier   on behalf of Creditor   Chicago Bridge & Iron Company N.V. dneier@winston.com,
              dcunsolo@winston.com
            David  Neier   on behalf of Defendant   NextEra Energy, Inc. dneier@winston.com,
              dcunsolo@winston.com
            David B. Anthony   on behalf of Plaintiff   Third Avenue Management LLC danthony@bergerharris.com
            David B. Anthony   on behalf of Plaintiff   Avenue Capital Management II, LP
              danthony@bergerharris.com
            David B. Anthony   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
              danthony@bergerharris.com
            David B. Anthony   on behalf of Plaintiff   GSO Capital Partners LP danthony@bergerharris.com
            David B. Anthony   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
              danthony@bergerharris.com
            David Daniel Farrell   on behalf of Creditor   Martin Engineering Company
              dfarrell@thompsoncoburn.com
            David Edward Leta   on behalf of Creditor   Headwaters Resources, Inc. dleta@swlaw.com,
              wkalawaia@swlaw.com
            David G. Aelvoet   on behalf of Creditor   Ector CAD davida@publicans.com
            David M. Klauder   on behalf of Financial Advisor   SOLIC Capital Advisors, LLC
              dklauder@bk-legal.com
            David M. Klauder   on behalf of Plaintiff   Energy Future Holdings Corp. dklauder@bk-legal.com
            David M. Klauder   on behalf of Debtor   Energy Future Holdings Corp. dklauder@bk-legal.com
            David N. Deaconson   on behalf of Creditor William Jeffrey Herbert deaconson@pakislaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            David P. Primack    on behalf of Financial Advisor    Greenhill & Co., LLC dprimack@mdmc-law.com,
               sshidner@mdmc-law.com; smullen@mdmc-law.com
            David P. Primack    on behalf of Other Prof.    Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
               sshidner@mdmc-law.com; smullen@mdmc-law.com
            David P. Primack    on behalf of Interested Party    TCEH Debtors dprimack@mdmc-law.com,
               sshidner@mdmc-law.com; smullen@mdmc-law.com
            David P. Primack    on behalf of Interested Party    Energy Future Competitive Holdings Company LLC
               dprimack@mdmc-law.com, sshidner@mdmc-law.com; smullen@mdmc-law.com
            David P. Primack    on behalf of Interested Party    Texas Competitive Electric Holdings Company
               LLC dprimack@mdmc-law.com, sshidner@mdmc-law.com; smullen@mdmc-law.com
            David S. Rosner    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
               drosner@kasowitz.com, courtnotices@kasowitz.com
            David W. Carickhoff    on behalf of Interested Party Allen   Shrode dcarickhoff@archerlaw.com,
               de20@ecfcbis.com
            Davis Lee Wright    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
               Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com,
               keith-mangan-mmwr-1628@ecf.pacerpro.com
            Dennis  Dunne, Esq.    on behalf of Interested Party    CITIBANK, N.A. ddunne@millbank.com
            Dennis L. Jenkins    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
               indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
            Derek C. Abbott    on behalf of Interested Party    TPG Capital, L.P. dabbott@mnat.com,
               rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
            Derek C. Abbott    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
               L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
               rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
            Derek C. Abbott    on behalf of Interested Party    Texas Energy Future Holdings Limited
               Partnership dabbott@mnat.com,  rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
            Desiree M. Amador    on behalf of Creditor    Pension Benefit Guaranty Corporation
               amador.desiree@pbgc.gov,  efile@pbgc.gov
            Diane W. Sanders    on behalf of Creditor    Franklin ISD austin.bankruptcy@publicans.com
            Diane W. Sanders    on behalf of Creditor    Nueces County austin.bankruptcy@publicans.com
            Diane W. Sanders    on behalf of Creditor    Walnut Springs ISD austin.bankruptcy@publicans.com
            Diane W. Sanders    on behalf of Creditor    Robertson County austin.bankruptcy@publicans.com
            Diane W. Sanders    on behalf of Creditor    Limestone County austin.bankruptcy@publicans.com
            Diane W. Sanders    on behalf of Creditor    Falls County austin.bankruptcy@publicans.com
            Diane W. Sanders    on behalf of Creditor    Round Rock ISD austin.bankruptcy@publicans.com
            Diane W. Sanders    on behalf of Creditor    Lee County austin.bankruptcy@publicans.com
            Diane W. Sanders    on behalf of Creditor    McLennan County austin.bankruptcy@publicans.com
            Donald K. Ludman    on behalf of Creditor    SAP Industries, Inc. dludman@browncannery.com
            Duane David Werb    on behalf of Creditor    BWM Services, LP
               maustria@werbsullivan.comriorii@werbsullivan.com
            Duane David Werb    on behalf of Creditor    The Kansas City Southern Railway Company
               maustria@werbsullivan.com;riorii@werbsullivan.com
            Eboney  Cobb    on behalf of Creditor    Somervell County et al ecobb@pbfcm.com,
               rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
            Edward O. Sassower    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
               steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patri
               ck.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
            Edward O. Sassower    on behalf of Debtor    Energy Future Holdings Corp.
               steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patri
               ck.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
            Edwin Kevin Camson    camson@drumcapital.com
            Elihu Ezekiel Allinson, III    on behalf of Creditor    Henry Pratt Company, LLC
               ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
            Elizabeth  Banda Calvo    on behalf of Creditor    Somervell County et al rgleason@pbfcm.com,
               ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
            Elizabeth  Banda Calvo    on behalf of Creditor    Richardson ISD, Crowley ISD rgleason@pbfcm.com,
               ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
            Ellen  Slights    on behalf of Creditor    United States/USAO usade.ecfbankruptcy@usdoj.gov
            Ellen M. Halstead    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
               ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
            Ellen M. Halstead    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
               ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
            Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
            Eric Christopher Daucher    on behalf of Defendant    NextEra Energy, Inc.
               eric.daucher@nortonrosefulbright.com,
               howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonr
               osefulbright.com
            Eric Christopher Daucher    on behalf of Creditor    NextEra Energy Resources, LLC
               eric.daucher@nortonrosefulbright.com,
               howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonr
               osefulbright.com
            Erica J. Richards    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors crichards@mofo.com,  erica-richards-1053@ecf.pacerpro.com
            Erik  Schneider    on behalf of Interested Party    American Stock Transfer & Trust Company, LLC
               eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,

District/off: 0311-1          User: DMC                Page 9 of 28           Date Rcvd: Mar 26, 2018
                              Form ID: van440          Total Noticed: 55

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Erik   Schneider   on behalf of Interested Party    American Stock Transfer & Trust Company LLC
              eschneider@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com, mnighan@nixonpeabody.com,
          Erin A. West   on behalf of Interested Party   Fee Committee ewest@gklaw.com,
              kboucher@gklaw.com;mfuller@gklaw.com;pbrellenthin@gklaw.com
          Erin R Fay   on behalf of Interested Party   Elliott Associates, L.P. efay@bayardlaw.com,
              lmorton@bayardlaw.com
          Erin R Fay   on behalf of Trustee   UMB Bank, N.A., as Indenture Trustee efay@bayardlaw.com,
              lmorton@bayardlaw.com
          Erin R Fay   on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P. and
              The Liverpool Limited Partnership efay@bayardlaw.com,   lmorton@bayardlaw.com
          Erin R Fay   on behalf of Plaintiff   Elliott Associates, L.P., Elliott International, L.P. and
              The Liverpool Limited Partnership efay@bayardlaw.com,   lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party    Texas Energy Future Capital Holdings LLC, Texas
              Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
              Equity Interests in Energy Future Holdings Corp. efay@bayardlaw.com,   lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party   The Liverpool Limited Partnership efay@bayardlaw.com,
              lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party    Texas Energy Future Capital Holdings, LLC, Texas
              Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
              L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, efay@bayardlaw.com,
              lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party    Elliott International, L.P. efay@bayardlaw.com,
              lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party Mary Ann  KIlgore efay@bayardlaw.com,
              lmorton@bayardlaw.com
          Erin R Fay   on behalf of Interested Party    Interest Holders efay@bayardlaw.com,
              lmorton@bayardlaw.com
          Evan  Rassman   on behalf of Creditor    Sunrise Partners Limited Partnership
              evan.rassman@kutakrock.com
          Evan  Rassman   on behalf of Creditor    Knife River Corporation-South evan.rassman@kutakrock.com
          Evan R. Fleck   on behalf of Interested Party    CITIBANK, N.A. EFleck@milbank.com,
              jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;bzucco@milbank.com;mprice@milbank.com;a
              leblanc@milbank.com;nalmeida@milbank.com;jesseyoder@milbank.com;krookard@milbank.com;mprice@milba
              nk.com;KRoo
          Evan T. Miller   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
              Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
              lmorton@bayardlaw.com
          Evan T. Miller   on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
              and The Liverpool Limited Partnership emiller@bayardlaw.com,   lmorton@bayardlaw.com
          Frances  Gecker   on behalf of Interested Party   PI Law Firms fgecker@fgllp.com,
              csmith@fgllp.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party    Fluor Corporation fmonaco@gsbblaw.com,
              frankmonacojr@gmail.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party    American Equipment Company Inc.
              fmonaco@gsbblaw.com,   frankmonacojr@gmail.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party    AMECO Inc. fmonaco@gsbblaw.com,
              frankmonacojr@gmail.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party    Fluor Enterprises Inc.
              fmonaco@gsbblaw.com,   frankmonacojr@gmail.com
          Francis A. Monaco,  Jr.   on behalf of Interested Party    Fluor Global Services
              fmonaco@gsbblaw.com,   frankmonacojr@gmail.com
          Frederick B. Rosner   on behalf of Interested Party   Mudrick Capital Management L.P.
              rosner@teamrosner.com
          G. Alexander Bongartz   on behalf of Interested Party   CSC Trust Company of Delaware, as
              Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
              alexbongartz@paulhastings.com
          Garden City Group, LLC    PACERTeam@gardencitygroup.com
          Garvan F. McDaniel   on behalf of Interested Party    Contrarian Capital Management, LLC
              gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
          Garvan F. McDaniel   on behalf of Other Prof.    Kasowitz Benson Torres LLP gfmcdaniel@dkhogan.com,
              gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
          Garvan F. McDaniel   on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
              gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
          Garvan F. McDaniel   on behalf of Interested Party    Caxton Associates LP gfmcdaniel@dkhogan.com,
              gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
          Gary F. Seitz   on behalf of Attorney   Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
          George  Davis   on behalf of Creditor   Apollo Global Management, LLC gdavis@omm.com
          George  Davis   on behalf of Defendant    Brookfield Asset Management Private Institutional
              Capital Adviser (Canada), L.P. gdavis@omm.com
          George  Davis   on behalf of Defendant    Apollo Advisors VII, L.P. gdavis@omm.com
          George  Davis   on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First Lien
              Administrative Agent gdavis@omm.com
          George  Davis   on behalf of Defendant    Angelo Gordon & Co., LP gdavis@omm.com
          George  Davis   on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity as First
              Lien Administrative Agent gdavis@omm.com
          Gerrit M. Pronske   on behalf of Creditor    Pallas Realty Advisors, Inc. gpronske@pgkpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

GianClaudio Finizio   on behalf of Interested Party   Delaware Trust Company as Successor
    Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
    bankserve@bayardlaw.com;lmorton@bayardlaw.com
GianClaudio Finizio   on behalf of Interested Party   Delaware Trust Company, as TCEH First Lien
    Indenture Trustee gfinizio@bayardlaw.com,   bankserve@bayardlaw.com;lmorton@bayardlaw.com
GianClaudio Finizio   on behalf of Interested Party   Delaware Trust Company
    gfinizio@bayardlaw.com,   bankserve@bayardlaw.com;lmorton@bayardlaw.com
GianClaudio Finizio   on behalf of Interested Party   CSC Trust Company of Delaware, as
    Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
    bankserve@bayardlaw.com lmorton@bayardlaw.com
GianClaudio Finizio   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien
    Indenture Trustee gfinizio@bayardlaw.com,   bankserve@bayardlaw.com;lmorton@bayardlaw.com
Gilbert R. Saydah, Jr.   on behalf of Creditor   CSC Trust Company of Delaware, Proposed
    Successor Indenture Trustee gsaydah@kelleydrye.com
Gregg M. Galardi   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
    and The Liverpool Limited Partnership gregg.galardi@ropesgray.com,   William.McGee@ropesgray.com
Gregory A. Taylor   on behalf of Interested Party   Ad Hoc Committee of TCEH Second Lien
    Noteholders gtaylor@ashby-geddes.com
Gregory A. Taylor   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
    capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
Gregory Joseph Flasser   on behalf of Interested Party   Elliott Associates, L.P.
    gflasser@bayardlaw.com,   smacon@bayardlaw.com
Gregory Joseph Flasser   on behalf of Interested Party   Elliott International, L.P.
    gflasser@bayardlaw.com,   smacon@bayardlaw.com
Gregory Joseph Flasser   on behalf of Interested Party   The Liverpool Limited Partnership
    gflasser@bayardlaw.com,   smacon@bayardlaw.com
Gregory M. Starner   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
    jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
    artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
    om
Gregory M. Weinstein   on behalf of Creditor   Mario Sinacola & Sons Excavating, Inc.
    gweinstein@weinrad.com,   wphillips@weinrad.com;jwitte@weinrad.com;landerson@weinrad.com
Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
    gstarner@whitecase.com,
    jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
    artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
    om
Gregory Michael Starner   on behalf of Creditor   Law Debenture Trust Company of New York, in its
    capacity as Indenture Trustee gstarner@whitecase.com,
    jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
    artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
    om
Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
    gstarner@whitecase.com,
    jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
    artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
    om
Gregory T. Donilon   on behalf of Creditor   Automatic Systems, Inc. gdonilon@pwujlaw.com
Hal F. Morris   on behalf of Interested Party   Texas Commission on Environmental Quality
    hal.morris@oag.texas.gov
Hal F. Morris   on behalf of Interested Party   Public Utility Commission of Texas
    hal.morris@oag.texas.gov
Hal F. Morris   on behalf of Interested Party   Railroad Commission of Texas
    hal.morris@oag.texas.gov
Helen Elizabeth Weller   on behalf of Creditor   Wise CAD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Cayuga isd dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Grayson County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Wise County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Upshur County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   City of bonham dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Hunt County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Hood CAD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   City of Corinth dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Jack County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Ector CAD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Helen Elizabeth Weller    on behalf of Creditor    Northwest ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Northeast TX Comm Coll Dist
              dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Angelina County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Rusk County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Brownsboro ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Malakoff ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Robertson County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Fannin CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Walnut Springs ISD
              dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Clay county dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Lee County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Ellis County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    City of sulphur springs
              dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Fannin county dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Valley View ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Irving isd dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Sulphur Springs ISD
              dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Beckville isd dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Archer County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    City of Coppell dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Morris CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Gainesville isd dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Limestone County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Slocum ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Fort Bend County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Stephenville ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Nueces County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Hopkins County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Cisco College dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Camp cad dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Montague county dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Lamar CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Rains County AD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Coppell ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Navarro County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Harris County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller    on behalf of Creditor    Falls County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Helen Elizabeth Weller    on behalf of Creditor    Franklin County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Rockwall Cad dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Smith County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Cherokee CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of carrollton
              dallas.bankruptcy@publicans.com,    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Kerens ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Red River CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of Stephenville
              dallas.bankruptcy@publicans.com,    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Van Zandt CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of malakoff dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    McLennan County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Red River County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Cisco ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Round Rock ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Franklin ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Howard A. Cohen    on behalf of Interested Party    CITIBANK, N.A. hcohen@gibbonslaw.com
              Howard R. Hawkins, Jr.    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
              howard.hawkins@cwt.com,    nyecfnotice@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
              howard.hawkins@cwt.com,    nyecfnotice@cwt.com
              Humayun  Khalid    on behalf of Interested Party    J. Aron & Company hkhalid@cgsh.com,
              maofiling@cgsh.com
              Humayun  Khalid    on behalf of Interested Party    J Aron & Company hkhalid@cgsh.com,
              maofiling@cgsh.com
              J Jackson Shrum    on behalf of Creditor    BWM Services, LP jshrum@austriashrum.com
              J Jackson Shrum    on behalf of Creditor    The Kansas City Southern Railway Company
              jshrum@austriashrum.com
              J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
              under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
              Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
              Collateral Trustee, kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
              Indenture Trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              J. Kate Stickles    on behalf of Other Prof.    Cole Schotz P.C. kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              J. Kate Stickles    on behalf of Other Prof.    Delaware Trust Company, as First Lien Successor
              Trustee and Collateral Trustee kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              J. Kate Stickles    on behalf of Creditor    Delaware Trust Company, as successor indenture trustee
              and collateral trustee, kstickles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    J. Noah Hagey   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.,
    The Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners
    Limited Partnership hagey@braunhagey.com,
    tong@braunhagey.com;capehart@braunhagey.com;berger@braunhagey.com;yuan@braunhagey.com
    Jacob A. Adlerstein   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien
    Creditors jadlerstein@paulweiss.com
    James E. Huggett   on behalf of Creditor   URS Energy & Construction, Inc.
    jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com
    James E. Huggett   on behalf of Creditor   Oracle America, Inc. jhuggett@margolisedelstein.com,
    tyeager@margolisedelstein.com
    James Halstead Millar   on behalf of Interested Party   CSC Trust Company of Delaware, as
    successor indenture trustee and collateral trustee james.millar@dbr.com,
    Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
    James Michael Peck   on behalf of Interested Party   The Official Committee of TCEH Unsecured
    Creditors jpeck@mofo.com
    James Michael Peck   on behalf of Creditor Committee   The Official Committee of Unsecured
    Creditors jpeck@mofo.com
    James S. Carr   on behalf of Creditor   CSC Trust Company of Delaware, Proposed Successor
    Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
    James S. Yoder   on behalf of Attorney   Salesforce.com, Inc. yoderj@whiteandwilliams.com
    Jamie Lynne Edmonson   on behalf of Creditor   Pacific Investment Management Co. LLC
    jledmonson@venable.com
    Jamie Lynne Edmonson   on behalf of Interested Party   Pacific Investment Management Company LLC
    ("PIMCO") jledmonson@venable.com
    Jarrett Vine   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
    jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Jarrett Vine   on behalf of Interested Party   The Official Committee of TCEH Unsecured
    Creditors jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
    Jason A. Gibson   on behalf of Interested Party   Mudrick Capital Management L.P.
    gibson@teamrosner.com
    Jason A. Starks   on behalf of Creditor   Texas Office of Public Utility Counsel
    bk-jstarks@oag.texas.gov, sherri.simpson@oag.texas.gov
    Jason D. Curry   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
    sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
    Jason M. Liberi   on behalf of Interested Party   Texas Transmission Investment LLC
    jason.liberi@skadden.com,
    christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
    Jason M. Liberi   on behalf of Defendant   Texas Transmission Investment LLC
    jason.liberi@skadden.com,
    christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
    Jason M. Madron   on behalf of Debtor   Luminant Mining Company LLC madron@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Jason M. Madron   on behalf of Debtor   LSGT SACROC, Inc. madron@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Jason M. Madron   on behalf of Debtor   Brighten Holdings LLC madron@rlf.com, rbgroup@rlf.com
    Jason M. Madron   on behalf of Debtor   TXU Receivables Company madron@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Jason M. Madron   on behalf of Debtor   EFIH Finance Inc. madron@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Jason M. Madron   on behalf of Debtor   4Change Energy Holdings LLC madron@rlf.com,
    rbgroup@rlf.com
    Jason M. Madron   on behalf of Attorney   Richards, Layton & Finger, P.A. madron@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Jason M. Madron   on behalf of Debtor   Big Brown Lignite Company LLC madron@rlf.com,
    rbgroup@rlf.com
    Jason M. Madron   on behalf of Debtor   EFH Australia (No. 2) Holdings Company madron@rlf.com,
    rbgroup@rlf.com
    Jason M. Madron   on behalf of Defendant   Energy Future Holdings Corp. madron@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Jason M. Madron   on behalf of Plaintiff   Energy Future Holdings Corp. madron@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Jason M. Madron   on behalf of Defendant   EFH Renewables Company LLC madron@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Jason M. Madron   on behalf of Debtor   Texas Utilities Electric Company, Inc. madron@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Jason M. Madron   on behalf of Debtor   DeCordova II Power Company LLC madron@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Jason M. Madron   on behalf of Debtor   EFH FS Holdings Company madron@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Jason M. Madron   on behalf of Debtor   Luminant Energy Trading California Company madron@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Jason M. Madron   on behalf of Debtor   Luminant ET Services Company madron@rlf.com,
    rbgroup@rlf.com
    Jason M. Madron   on behalf of Attorney   Kirkland & Ellis LLP madron@rlf.com, rbgroup@rlf.com
    Jason M. Madron   on behalf of Defendant   EFH Finance (No. 2) Holdings Company madron@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
    Jason M. Madron   on behalf of Debtor   Luminant Big Brown Mining Company LLC madron@rlf.com,
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason M. Madron   on behalf of Debtor   Generation SVC Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant   EECI, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   EFH Finance (No. 2) Holdings Company madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant   EFH Australia (No. 2) Holdings Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   DeCordova Power Company LLC madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Texas Power & Light Company, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   TCEH Finance, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Luminant Generation Company LLC madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Energy Future Holdings Corp. madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Generation MT Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   TXU Electric Company, Inc. madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   TXU Energy Receivables Company LLC madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Oak Grove Management Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Southwestern Electric Service Company, Inc.
              madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Texas Energy Industries Company, Inc. madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
              madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   EFH CG Management Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Oak Grove Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Collin Power Company LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   EFH Corporate Services Company madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
              madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   EECI, Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant   LSGT Gas Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant   TXU Receivables Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Eagle Mountain Power Company LLC madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Dallas Power & Light Company, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Martin Lake 4 Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Luminant Holding Company LLC madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant   Generation Development Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   LSGT Gas Company LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Texas Utilities Company, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Interested Party   Energy Future Holdings Corp. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Texas Electric Service Company, Inc. madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Luminant Mineral Development Company LLC madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant   EEC Holdings, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Lone Star Pipeline Company, Inc. madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   NCA Development Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Plaintiff   EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Valley Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Sandow Power Company LLC madron@rlf.com,   rbgroup@rlf.

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jason M. Madron   on behalf of Defendant   NCA Development Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Luminant Renewables Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   4Change Energy Company madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Morgan Creek 7 Power Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Luminant Energy Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Big Brown Power Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Brighten Energy LLC madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   TXU Energy Solutions Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   NCA Resources Development Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Generation Development Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Lone Star Energy Company, Inc. madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant   EFH FS Holdings Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Oak Grove Mining Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Monticello 4 Power Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant   Energy Future Intermediate Holding Company LLC
           madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   TXU SEM Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EFH CG Holdings Company LP madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EFH Renewables Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant   LSGT SACROC, Inc. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant   EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Tradinghouse Power Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Valley NG Power Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Lake Creek 3 Power Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   TXU Energy Retail Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant   EBASCO Services of Canada Limited madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EEC Holdings, Inc. madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
           madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Other Prof.   KPMG LLP madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   TXU Retail Services Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
           madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Big Brown 3 Power Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jeffrey C. Wisler   on behalf of Creditor   Cloud Peak Energy Resources LLC
           jwisler@connollygallagher.com
          Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
           Michael Blevine, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
           Seidlets jwisler@connollygallagher.com
          Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
           Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
           Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
          Jeffrey M Gorris   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.,
           The Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners
           Limited Partnership jspeakman@friedlandergorris.com,
           jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
          Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
           jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
           jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party   Sempra Energy jschlerf@foxrothschild.com,
           idensmore@foxrothschild.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
    jschlerf@foxrothschild.com, idensmore@foxrothschild.com
Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
    jschlerf@foxrothschild.com
Jeffrey R. Fine   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
    jfine@dykema.com, jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
Jeffrey R. Fine   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc. jfine@dykema.com,
    jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
Jeffrey S. Sabin   on behalf of Interested Party   Pacific Investment Management Company LLC
    ("PIMCO") JSSabin@Venable.com
Jeffrey S. Sabin   on behalf of Creditor   Pacific Investment Management Co. LLC
    JSSabin@Venable.com
Jennifer Marines   on behalf of Creditor Committee   The Official Committee of Unsecured
    Creditors JMarines@mofo.com
Jennifer R Sharret   on behalf of Interested Party   Computershare Trust Company, N.A., and
    Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
    Secured Second Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com,
    corporate-reorg-1449@ecf.pacerpro.com;MWasson@kramerlevin.com
Jennifer R. Hoover   on behalf of Attorney   Benesch, Friedlander, Coplan & Aronoff, LLP
    jhoover@beneschlaw.com, docket@beneschlaw.com;lmolinaro@beneschlaw.com
Jennifer R. Hoover   on behalf of Creditor   Michelin North America Inc. jhoover@beneschlaw.com,
    docket@beneschlaw.com;lmolinaro@beneschlaw.com
Jennifer R. Hoover   on behalf of Interested Party   Fee Committee jhoover@beneschlaw.com,
    docket@beneschlaw.com;lmolinaro@beneschlaw.com
Jennifer V. Doran   on behalf of Creditor   Invensys Systems, Inc. jdoran@hinckleyallen.com,
    calirm@haslaw.com
Jeremy William Ryan   on behalf of Creditor   Citibank, N.A., as administrative and collateral
    agent jryan@potteranderson.com, bankruptcy@potteranderson.com
Joanna Flynn Newdeck   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
    jnewdeck@akingump.com, ddunn@akingump.com
Joanna Flynn Newdeck   on behalf of Interested Party   UMB BANK, N.A., as Trustee
    jnewdeck@akingump.com, ddunn@akingump.com
John A. Morris   on behalf of Interested Party   Computershare Trust Company, N.A., and
    Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
    Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
John D. Demmy   on behalf of Creditor   Rexel, Inc. john.demmy@saul.com, robyn.warren@saul.com
John D. Demmy   on behalf of Creditor   City of Dallas, Texas john.demmy@saul.com,
    robyn.warren@saul.com
John D. Demmy   on behalf of Creditor   AEP Texas Central Company d/b/a American Electric Power
    Company and AEP Texas North Company d/b/a American Electric Power Company john.demmy@saul.com,
    robyn.warren@saul.com
John G. Harris   on behalf of Plaintiff   Avenue Capital Management II, LP
    jharris@bergerharris.com, mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
    jharris@bergerharris.com, mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
    jharris@bergerharris.com, mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   Third Avenue Management LLC jharris@bergerharris.com,
    mnicholls@bergerharris.com
John G. Harris   on behalf of Plaintiff   GSO Capital Partners LP jharris@bergerharris.com,
    mnicholls@bergerharris.com
John H. Strock   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
    jstrock@foxrothschild.com, dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
John M. Seaman   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
    seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com
John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts
    john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov
John P. Dillman   on behalf of Creditor   Angelina County houston_bankruptcy@publicans.com
John P. Dillman   on behalf of Creditor   Fort Bend County houston_bankruptcy@publicans.com
John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
John P. Melko   on behalf of Creditor   ROMCO Equipment Co. jmelko@gardere.com,
    mriordan@gardere.com;ggattis@gardere.com;rdiep@gardere.com
John R. Ashmead   on behalf of Interested Party   Wilmington Trust, N.A. ashmead@sewkis.com
Johnna Darby   on behalf of Interested Party   Steag Energy Services, Inc. jdarby@shawfishman.com
Jon M. Chatalian   on behalf of Creditor   Pension Benefit Guaranty Corporation
    chatalian.jon@pbgc.gov, efile@pbgc.gov
Jonathan L. Howell   on behalf of Creditor   Red Ball Oxygen Company jhowell@gpm-law.com
Joseph Grey   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
    jgrey@crosslaw.com, smacdonald@crosslaw.com
Joseph Charles Barsalona II   on behalf of Debtor   Energy Future Holdings Corp.
    barsalona@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Joseph Charles Barsalona II   on behalf of Plaintiff   Energy Future Holdings Corp.
    barsalona@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Joseph D. Frank   on behalf of Interested Party   PI Law Firms jfrank@fgllp.com,
    ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
Joseph D. Frank   on behalf of Creditor   Experian Information Solutions, Inc. jfrank@fgllp.com,
    ccarpenter@fgllp.com;Larry.Thomas@westernunion.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Joseph D. Frank    on behalf of Creditor    Experian Marketing Solutions, Inc. jfrank@fgllp.com,
              ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Wright    on behalf of Defendant    NextEra Energy, Inc. wright@lrclaw.com,
              dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Creditor    NextEra Energy, Inc. and Next Era Energy Capital
              Holdings, Inc. wright@lrclaw.com,
              dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Interested Party    NextEra Energy, Inc. wright@lrclaw.com,
              dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
              LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,
              dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Interested Party    Alcoa Inc. wright@lrclaw.com,
              dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Creditor    NextEra Energy, Inc. wright@lrclaw.com,
              dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph H. Huston, Jr.    on behalf of Debtor    Energy Future Holdings Corp. jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity
              as First Lien Administrative Agent jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Oaktree Capital Management, L.P.
              jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Angelo Gordon & Co., LP jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Apollo Management HoldingsLP jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company
              LLC jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral
              Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First
              Lien Administrative Agent jhh@stevenslee.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    Red Ball Oxygen Company jmcmahon@ciardilaw.com,
              mflores@ciardilaw.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC
              jmcmahon@ciardilaw.com,  mflores@ciardilaw.com
          Joshua K. Brody    on behalf of Defendant    Computershare Trust Company, N.A.
              jbrody@kramerlevin.com,
              adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
              .pacerpro.com
          Joshua K. Brody    on behalf of Defendant    Computershare Trust Company of Canada
              jbrody@kramerlevin.com,
              adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
              .pacerpro.com
          Joshua K. Brody    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
              Objectors jbrody@kramerlevin.com,
              adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
              .pacerpro.com
          Joshua K. Brody    on behalf of Interested Party    Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
              adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
              .pacerpro.com
          Joshua Powers Searcy    on behalf of Creditor    D. Courtney Construction, Inc.
              joshsearcy@jrsearcylaw.com
          Joshua Y. Sturm    on behalf of Creditor    Delaware Trust Company, as successor indenture trustee
              and collateral trustee, joshua.strum@ropesgray.com
          Julia B. Klein    on behalf of Creditor    Mudrick Capital Management, L.P. klein@teamrosner.com
          Julia Bettina Klein    on behalf of Interested Party    Mudrick Capital Management L.P.
              klein@kleinllc.com
          Justin Cory Falgowski    on behalf of Creditor    Texas Big Spring, LP jfalgowski@burr.com
          Justin K. Edelson    on behalf of Interested Party    The Official Committee of TCEH Unsecured
              Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson    on behalf of Creditor Committee    The Official Committee of Unsecured
              Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson    on behalf of Financial Advisor    FTI Consulting, Inc. jedelson@polsinelli.com,
              LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Karen Beth Shaer    on behalf of Other Prof.    Garden City Group, LLC PACERTeam@gardencitygroup.com
          Karen C. Bifferato    on behalf of Interested Party    Pacific Investment Management Company LLC
              ("PIMCO") kbifferato@connollygallagher.com
          Katharine L. Mayer    on behalf of Interested Party    Aetna Inc. kmayer@mccarter.com
          Katharine L. Mayer    on behalf of Interested Party    Aetna Life Insurance Company
              kmayer@mccarter.com
          Katherine Stadler    on behalf of Interested Party    Fee Committee kstadler@gklaw.com,
              kboucher@gklaw.com;pbrellenthin@gklaw.com
          Kathleen A. Murphy    on behalf of Creditor    CATERPILLAR FINANCIAL SERVICES CORP.
              kathleen.murphy@bipc.com,  annette.dye@bipc.com
          Kathleen M. Miller    on behalf of Creditor    Valero Texas Power Marketing, Inc.
              kmiller@skjlaw.com,  llb@skjlaw.com
          Kathleen M. Miller    on behalf of Creditor    Airgas USA, LLC kmiller@skjlaw.com,  llb@skjlaw.com
          Kay Diebel Brock    on behalf of Creditor    Travis County bkecf@co.travis.tx.us

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Keith Howard Wofford    on behalf of Creditor    Elliott Associates, L.P., Elliott International,
    L.P. and The Liverpool Limited Partnership keith.wofford@ropesgray.com,
    keith.wofford@ropesgray.com
Keith Howard Wofford    on behalf of Interested Party    CSC Trust Company of Delaware, as
    successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
    keith.wofford@ropesgray.com
Kerry L. Haliburton    on behalf of Creditor    Buffalo Industrial Supply, Inc.
    raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
Kevin C. Driscoll, Jr.    on behalf of Creditor    GATX Corporation Kevin.Driscoll@btlaw.com,
    donna.dotts@btlaw.com
Kevin G. Collins    on behalf of Creditor    GATX Corporation kevin.collins@btlaw.com,
    pgroff@btlaw.com;Kathy.lytle@btlaw.com
Kevin J. Mangan    on behalf of Interested Party    Fluor Corporation kevin.mangan@wbd-us.com,
    Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Kevin J. Mangan    on behalf of Interested Party    Fluor Enterprises Inc. kevin.mangan@wbd-us.com,
    Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Kevin J. Mangan    on behalf of Interested Party    American Equipment Company Inc.
    kevin.mangan@wbd-us.com,    Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Kevin J. Mangan    on behalf of Interested Party    AMECO Inc. kevin.mangan@wbd-us.com,
    Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Kevin J. Mangan    on behalf of Interested Party    Alltite Inc. kevin.mangan@wbd-us.com,
    Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Kevin J. Mangan    on behalf of Interested Party    Fluor Global Services kevin.mangan@wbd-us.com,
    Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Kevin M Lippman    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
    klippman@munsch.com,  lpannier@munsch.com
Kevin M. Capuzzi    on behalf of Creditor    Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
    docket@beneschlaw.com;lmolinaro@beneschlaw.com
Kimberly Ellen Connolly Lawson    on behalf of Creditor Committee    The Official Committee of
    Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
    LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com,
    bankruptcy-2628@ecf.pacerpro.com
Kimberly Ellen Connolly Lawson    on behalf of Interested Party    The Bank of New York Mellon, in
    its capacity as the PCRB Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon, as
    Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon Trust
    Company, N.A., as Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
Kizzy Lyn Jarashow    on behalf of Creditor    Aurelius Capital Management, LP
    kjarashow@goodwinprocter.com
Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon Trust Company, N.A.,
    in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,
    llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
    kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon, in its capacity as
    the PCRB Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
    Indenture Trustee kgwynne@reedsmith.com,
    llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
Kurtzman Carson Consultants LLC    info@kccllc.com
L. John Bird    on behalf of Creditor    Creditor-Investor Consortium jbird@foxrothschild.com,
    idensmore@foxrothschild.com
L. John Bird    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
    jbird@foxrothschild.com,  idensmore@foxrothschild.com
L. John Bird    on behalf of Intervenor    Ovation Acquisition I, L.L.C. jbird@foxrothschild.com,
    idensmore@foxrothschild.com
L. John Bird    on behalf of Intervenor    Ovation Acquisition II, L.L.C. jbird@foxrothschild.com,
    idensmore@foxrothschild.com
L. Katherine Good    on behalf of Interested Party    Boral Material Technologies, LLC
    kgood@wtplaw.com,  clano@wtplaw.com
L. Katherine Good    on behalf of Interested Party    Simeio Solutions, Inc. kgood@wtplaw.com,
    clano@wtplaw.com
Lara E. Shipkovitz    on behalf of Creditor    Thermo Fisher Scientific Inc.
    lshipkovitz@tuckerlaw.com
Lars A. Peterson    on behalf of Creditor    UMB Bank, N.A. lapeterson@foley.com
Lars A. Peterson    on behalf of Interested Party    UMB BANK, N.A., as Trustee lapeterson@foley.com
Laura Davis Jones    on behalf of Interested Party    EFIH Second Lien Indenture Trustee
    ljones@pszjlaw.com,  efilel@pszyjw.com
Laura Davis Jones    on behalf of Interested Party    Computershare Trust Company, N.A. and
    Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
    lien notes and the holders thereof. ljones@pszjlaw.com,  efilel@pszyjw.com
Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
    Second Lien Group ljones@pszjlaw.com
Laura Davis Jones    on behalf of Plaintiff    Computershare Trust Company, N.A.
    ljones@pszjlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Laura Davis Jones   on behalf of Interested Party   Computershare Trust Company, N.A., and
          Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
          Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com, efilel@pszyjw.com
          Laura Davis Jones   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
          ljones@pszjlaw.com
          Laura Davis Jones   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee &
          EFIH Second Lien Group ljones@pszjlaw.com
          Laura Davis Jones   on behalf of Interested Party   Second Lien Indenture Trustee
          ljones@pszjlaw.com
          Laura Davis Jones   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
          Objectors ljones@pszjlaw.com
          Laura Davis Jones   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
          Objectors ljones@pszjlaw.com, efile@pszyj.com
          Laura Davis Jones   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
          ljones@pszjlaw.com, efile@pszyj.com
          Laurie Selber Silverstein   on behalf of Interested Party   EFIH First Lien DIP Agent
          bankruptcy@potteranderson.com
          Laurie Selber Silverstein   on behalf of Interested Party   Deutsche Bank AG New York Branch
          bankruptcy@potteranderson.com
          Lee Harrington   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
          lharrington@nixonpeabody.com
          Lee B. Gordon   on behalf of Creditor   Texas Ad Valorem Taxing Jurisdictions
          cary.cain@mvbalaw.com, bankruptcy@mvbalaw.com
          Lindsay Zahradka   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
          Noteholders lzahradka@akingump.com
          Lindsay Zahradka   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
          lzahradka@akingump.com
          Lino Mendiola, III   on behalf of Interested Party   Titus County Fresh Waster Supply District
          No. 1 linomendiola@andrewskurth.com
          Lino Mendiola, III   on behalf of Interested Party   Titus County Fresh Water Supply District
          No. 1 linomendiola@andrewskurth.com
          Lisa Cresci McLaughlin   on behalf of Interested Party   Fee Committee mmo@pgmhlaw.com
          Lorenzo Marinuzzi   on behalf of Interested Party   The Official Committee of TCEH Unsecured
          Creditors LMarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com
          Lucian Borders Murley   on behalf of Creditor   Accenture LLP luke.murley@saul.com,
          robyn.warren@saul.com
          Lucian Borders Murley   on behalf of Creditor   Johnson Matthey Stationary Emissions Control LLC
          luke.murley@saul.com, robyn.warren@saul.com
          Marc J. Phillips   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc.
          mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Creditor   Steering Committee of Cities Served by Oncor
          mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
          mphillips@mgmlaw.com
          Marc Stephen Casarino   on behalf of Creditor   Google Inc. casarinom@whiteandwilliams.com,
          debankruptcy@whiteandwilliams.com
          Maria A. Bove   on behalf of Interested Party   Computershare Trust Company, N.A., and
          Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
          Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
          Maria Aprile Sawczuk   on behalf of Interested Party   Sierra Club marias@restructuringshop.com,
          marias@ecf.courtdrive.com
          Maria Aprile Sawczuk   on behalf of Creditor Miguel Oliveras Caraballo
          marias@restructuringshop.com, marias@ecf.courtdrive.com
          Mark Minuti   on behalf of Creditor   Electric Reliability Council of Texas, Inc.
          mark.minuti@saul.com, robyn.warren@saul.com;ecf-9d8e07160ff2@ecf.pacerpro.com
          Mark Andrew Fink   on behalf of Interested Party   The Official Committee of Unsecured Creditors
          of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
          Inc.; and EECI, Inc. (EFH Committee) mfink@mmwr.com,
          ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
          Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com,
          ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
          Mark Andrew Fink   on behalf of Spec. Counsel   Montgomery, McCracken, Walker & Rhoads, LLP
          mfink@mmwr.com, ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
          Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
          Finance Inc., and EECI, Inc. mfink@mmwr.com,
          ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
          Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. mfink@mmwr.com,
          ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
          Mark Charles 2009npfdEllenberg   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy
          Pecos Wind II, LP, and NWF Indian Mesa Wind Farm, L.P. mark.ellenberg@cwt.com,
          michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com
          Mark D. Collins   on behalf of Debtor   Energy Future Holdings Corp.
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Mark D. Collins    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
          rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Kotwick    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral Agent
          KOTWICK@SEWKIS.COM
          Mark D. Kotwick    on behalf of Interested Party    Wilmington Trust, N.A. kotwick@sewkis.com
          Mark D. Kotwick    on behalf of Defendant    Wilmington Trust, N.A. as First Lien Collateral Agent
          and First Lien Administrative Agent KOTWICK@SEWKIS.COM
          Mark D. Olivere    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
          olivere@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Mark D. Olivere    on behalf of Interested Party    Berkshire Hathaway Energy Company
          olivere@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Mark E. Felger    on behalf of Interested Party    J Aron & Company mfelger@cozen.com,
          MBrickley@cozen.com;mmillis@cozen.com
          Mark E. Felger    on behalf of Interested Party    J. Aron & Company mfelger@cozen.com,
          MBrickley@cozen.com;mmillis@cozen.com
          Mark F. Hebbeln    on behalf of Interested Party    UMB BANK, N.A., as Trustee mhebbeln@foley.com,
          jsorrels@foley.com,opetukhova@foley.com
          Mark F. Hebbeln    on behalf of Creditor    UMB Bank, N.A. mhebbeln@foley.com,  jsorrels@foley.com,
          opetukhova@foley.com
          Mark F. Rosenberg    on behalf of Creditor Committee    The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com
          Mark L. Desgrosseilliers    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
          mark.desgrosseilliers@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
          Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Resources Corp.
          mark.desgrosseilliers@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
          Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Houston Electric,
          LLC mark.desgrosseilliers@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
          Mark S. Chehi    on behalf of Interested Party    Borealis Infrastructure Management Inc.
          mchehi@skadden.com, debank@skadden.com
          Matthew B. McGuire    on behalf of Creditor    NextEra Energy, Inc. mcguire@lrclaw.com,
          raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
          Matthew B. McGuire    on behalf of Plaintiff    Polygon Distressed Opportunities Master Fund
          mcguire@lrclaw.com,
          raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
          Matthew B. McGuire    on behalf of Plaintiff    Marathon Asset Management, LP mcguire@lrclaw.com,
          raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
          Matthew B. McGuire    on behalf of Interested Party    Marathon Asset Management, LP
          mcguire@lrclaw.com,
          raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor    Polygon Convertible Opportunity Master Fund
          mcguire@lrclaw.com,
          raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor    Polygon Distressed Opportunities Master Fund
          mcguire@lrclaw.com,
          raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor    NextEra Energy, Inc. and Next Era Energy Capital
          Holdings, Inc. mcguire@lrclaw.com,
          raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
          Matthew B. McGuire    on behalf of Plaintiff    Polygon Convertible Opportunity Master Fund
          mcguire@lrclaw.com,
          raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
          Matthew B. McGuire    on behalf of Defendant    NextEra Energy, Inc. mcguire@lrclaw.com,
          raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
          Matthew B. McGuire    on behalf of Interested Party    Alcoa Inc. ,
          raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor    NextEra Energy Resources, LLC mcguire@lrclaw.com,
          raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
          II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
          raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com
          Matthew C. Brown    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
          mbrown@whitecase.com
          Matthew G. Summers    on behalf of Creditor    URENCO, Inc. summersm@ballardspahr.com,
          chiggesd@ballardspahr.com
          Matthew G. Summers    on behalf of Creditor    Louisiana Energy Services, LLC
          summersm@ballardspahr.com, chiggesd@ballardspahr.com
          Matthew J. Troy    on behalf of Creditor    United States of America matthew.troy@usdoj.gov
          Meredith A. Lahaie    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
          Noteholders mlahaie@akingump.com
          Meredith A. Lahaie    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
          mlahaie@akingump.com
          Michael A. Paskin    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
          mpaskin@cravath.com
          Michael D. DeBaecke    on behalf of Interested Party    Wilmington Trust, N.A.
          debaecke@blankrome.com
          Michael David Debaecke    on behalf of Interested Party    Wilmington Trust, N.A.
          debaecke@blankrome.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Michael David Debaecke   on behalf of Defendant    Wilmington Trust, N.A., as First Lien
           Collateral Agent debaecke@blankrome.com
          Michael David Debaecke   on behalf of Defendant    Wilmington Trust, N.A. as First Lien Collateral
           Agent and First Lien Administrative Agent debaecke@blankrome.com
          Michael David Debaecke   on behalf of Creditor    Wilmington Trust, N.A., as Successor TCEH First
           Lien Administrative Agent and Successor TCEH First Lien Collateral Agent debaecke@blankrome.com
          Michael G. Busenkell   on behalf of Interested Party    York Capital Management Global Advisors,
           LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor    Aurelius Capital Management, LP
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor William Jeffrey Herbert mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor    Polygon Distressed Opportunities Master Fund
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Interested Party    Subsequent Settling EFIH PIK Noteholders
           comprised of: York Capital Management Global Advisors, LLC; P. Schoenfeld Asset Management L.P.;
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Interested Party    Tannor Partners Credit Fund LP
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor    Sunrise Partners Limited Partnership
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor    Marathon Asset Management, LP
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor    Knife River Corporation-South
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor    Polygon Convertible Opportunity Master Fund
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Creditor    Mudrick Capital Management, L.P.
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Interested Party    Marathon Asset Management, LP
           mbusenkell@gsbblaw.com
          Michael G. Busenkell   on behalf of Other Prof.    Ad Hoc Group of Non-Settling EFIH PIK
           Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
           Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D mbusenkell@gsbblaw.com
          Michael Joseph Joyce   on behalf of Creditor    Certain funds and accounts advised or sub-advised
           by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
          Michael Joseph Joyce   on behalf of Interested Party    certain funds and accounts advised or
           sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
          Michael Joseph Joyce   on behalf of Interested Party    Fidelity Management & Research Company
           mjoyce@oelegal.com
          Michael L. Atchley   on behalf of Creditor    Tarrant Regional Water District
           matchley@popehardwicke.com
          Michael L. Atchley   on behalf of Creditor    Northeast Texas Municipal Water District
           matchley@popehardwicke.com
          Michael P. Esser   on behalf of Debtor    Energy Future Holdings Corp. michael.esser@kirkland.com
          Michael P. Esser   on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
           michael.esser@kirkland.com
          Michael P. Esser   on behalf of Plaintiff    Energy Future Holdings Corp.
           michael.esser@kirkland.com
          Michelle  McMahon   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
           Objectors mmcmahon@cullenanddykman.com
          Monica S. Blacker   on behalf of Attorney    Jackson Walker LLP mblacker@jw.com,
           tsalter@jw.com;ldooley@jw.com
          Monica S. Blacker   on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
           mblacker@jw.com,  tsalter@jw.com;ldooley@jw.com
          Natalie D. Ramsey   on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
           Finance Inc., and EECI, Inc. nramsey@mmwr.com,  ECFdocuments@pacerpro.com
          Natalie D. Ramsey   on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com,  ECFdocuments@pacerpro.com
          Neil B. Glassman   on behalf of Interested Party    Delaware Trust Company
           bankserve@bayardfirm.com,  nglassman@bayardfirm.com
          Neil B. Glassman   on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
           Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
           nglassman@bayardlaw.com;smacon@bayardlaw.com;jalberto@bayardlaw.com;bankserve@bayardlaw.com
          Neil B. Glassman   on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien Indenture
           Trustee bankserve@bayardfirm.com,  nglassman@bayardfirm.com
          Nicholas D. Mozal   on behalf of Defendant    Angelo Gordon & Co., LP nmozal@ramllp.com
          Nicholas D. Mozal   on behalf of Defendant    Apollo Advisors VII, L.P. nmozal@ramllp.com
          Nicholas D. Mozal   on behalf of Interested Party    Titan Investment Holdings LP nmozal@ramllp.com
          Nicholas D. Mozal   on behalf of Defendant    Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. nmozal@ramllp.com
          Nicholas J. Brannick   on behalf of Interested Party    CSC Trust Company of Delaware, as
           successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
           otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Nicholas J. Brannick    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
              Indenture Trustee nbrannick@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Nicholas J. Brannick    on behalf of Plaintiff    Delaware Trust Company nbrannick@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              Nick S. Kaluk, III    on behalf of Financial Advisor    Evercore Group L.L.C. nskaluk@debevoise.com
              Nicole D. Mignone    on behalf of Interested Party    Public Utility Commission of Texas
              nicole.mignone@texasattorneygeneral.gove
              Norman L. Pernick    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
              Collateral Trustee, npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
              Norman L. Pernick    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
              Norman L. Pernick    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
              Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
              Norman L. Pernick    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
              Indenture Trustee npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
              Norman L. Pernick    on behalf of Plaintiff    Delaware Trust Company npernick@coleschotz.com,
              pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@colesch
              otz.com
       Omar J. Alaniz    on behalf of Interested Party    CenterPoint Energy Houston Electric, LLC
       omar.alaniz@bakerbotts.com
       Omar J. Alaniz    on behalf of Interested Party    CenterPoint Energy Resources Corp.
       omar.alaniz@bakerbotts.com
       Owen M. Sonik    on behalf of Creditor    Galena Park Independent School District osonik@pbfcm.com,
       tpope@pbfcm.com;osonik@ecf.inforuptcy.com
       Owen M. Sonik    on behalf of Creditor    Certain Texas Taxing Entities osonik@pbfcm.com,
       tpope@pbfcm.com;osonik@ecf.inforuptcy.com
       Patricia Williams Prewitt    on behalf of Creditor    Kinder Morgan Tejas Pipeline LLC
       pwp@pattiprewittlaw.com
       Patricia Williams Prewitt    on behalf of Creditor    El Paso Natural Gas Company
       pwp@pattiprewittlaw.com
       Patricia Williams Prewitt    on behalf of Creditor    Targa Gas Marketing LLC
       pwp@pattiprewittlaw.com
       Patricia Williams Prewitt    on behalf of Creditor    Kinder Morgan Texas Pipeline LLC
       pwp@pattiprewittlaw.com
       Patrick L. Hughes    on behalf of Creditor    Airgas USA, LLC patrick.hughes@haynesboone.com
       Pauline K. Morgan    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
       bankfilings@ycst.com
       Peter J. Keane    on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee & EFIH
       Second Lien Group pkeane@pszjlaw.com
       Peter Jonathon Young    on behalf of Debtor    Energy Future Holdings Corp. pyoung@proskauer.com
       Peter M. Gilhuly    on behalf of Interested Party    Ernst & Young LLP peter.gilhuly@lw.com,
       adam.malatesta@lw.com
       R. Karl Hill    on behalf of Creditor    Liberty Mutual Insurance Co. khill@svglaw.com,
       spappa@svglaw.com
       R. Stephen McNeill    on behalf of Creditor    Citibank, N.A., as administrative and collateral
       agent bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
       R. Stephen McNeill    on behalf of Interested Party    Deutsche Bank Securities Inc.
       bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
       Rachel Obaldo    on behalf of Creditor    Texas Comptroller of Public Accounts
       bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
       Rachel Ringer    on behalf of Interested Party    Computershare Trust Company, N.A. and
       Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
       lien notes and the holders thereof. rringer@kramerlevin.com,
       ABlyowitz@kramerlevin.com;NHertzbunzl@kramerlevin.com;GFrenzel@kramerlevin.com;dbraun@kramerlevin.
       com;corporate-reorg-1449@ecf.pacerpro.com
       Rachel B. Mersky    on behalf of Creditor    Top Line Rental , LLC rmersky@monlaw.com
       Raymond H. Lemisch    on behalf of Defendant    UMB Bank, N.A., as indenture trustee
       rlemisch@klehr.com
       Raymond H. Lemisch    on behalf of Creditor    UMB Bank, N.A. rlemisch@klehr.com
       Raymond H. Lemisch    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
       rlemisch@klehr.com
       Rebecca A. Hayes    on behalf of Creditor    UMB Bank, N.A. rhayes@foley.com
       Rebecca A. Hayes    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
       rhayes@foley.com
       Reed A. Heiligman    on behalf of Creditor    Experian Marketing Solutions, Inc.
       rheiligman@fgllp.com, ccarpenter@fgllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Reed A. Heiligman   on behalf of Interested Party   PI Law Firms rheiligman@fgllp.com,
               ccarpenter@fgllp.com
              Reed A. Heiligman   on behalf of Creditor   Experian Information Solutions, Inc.
               rheiligman@fgllp.com,   ccarpenter@fgllp.com
              Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
               rbarkasy@schnader.com
              Richard A. Barkasy   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
               rbarkasy@schnader.com
              Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
               rbarkasy@schnader.com
              Richard L. Schepacarter   on behalf of U.S. Trustee   U.S. Trustee richard.schepacarter@usdoj.gov
              Robert J. Feinstein   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
               Objectors rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Defendant   Computershare Trust Company, N.A.
               rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Defendant   Computershare Trust Company of Canada
               rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Interested Party   Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
              Robert K. Malone   on behalf of Interested Party   CITIBANK, N.A. robert.malone@dbr.com,
               andrew.groesch@dbr.com
              Ryan M. Bartley   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
               bankfilings@ycst.com
              Ryan M. Bartley   on behalf of Defendant   Vistra Energy Corp. bankfilings@ycst.com
              Sabrina L. Streusand   on behalf of Interested Party Allen   Shrode streusand@slollp.com,
               prentice@slollp.com
              Samuel Lee Moultrie   on behalf of Creditor   RailWorks Track System, Inc. smoultrie@wlblaw.com
              Scott D. Cousins   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
               scousins@bayardlaw.com,   lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
               Noteholders scousins@bayardlaw.com,   lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
               and The Liverpool Limited Partnership scousins@bayardlaw.com,
               lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
               scousins@bayardlaw.com,   lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Sean A. O'Neal   on behalf of Interested Party   J. Aron & Company soneal@cgsh.com,
               maofiling@cgsh.com;afee@cgsh.com
              Sean A. O'Neal   on behalf of Interested Party   J Aron & Company soneal@cgsh.com,
               maofiling@cgsh.com;afee@cgsh.com
              Sean M. Brennecke   on behalf of Creditor   UMB Bank, N.A. sbrennecke@klehr.com,   state@klehr.com
              Shanti M. Katona   on behalf of Creditor Committee   The Official Committee of Unsecured
               Creditors skatona@polsinelli.com,   LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Shawn M. Christianson   on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com,
               cmcintire@buchalter.com
              Simon E. Fraser   on behalf of Interested Party   J Aron & Company sfraser@cozen.com
              Simon E. Fraser   on behalf of Creditor   Goldman Sachs Lending Partners LLC sfraser@cozen.com
              Simon E. Fraser   on behalf of Interested Party   J. Aron & Company sfraser@cozen.com
              Simon E. Fraser   on behalf of Defendant   Morgan Stanley Capital Group, Inc. sfraser@cozen.com
              Stacey Kremling   on behalf of Creditor   2603 Augusta Investors, LP stacey@womaclaw.com
              Stacy L. Newman   on behalf of Interested Party   Union Pacific Railroad Company
               snewman@ashby-geddes.com
              Stacy L. Newman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
               capacity as successor Indenture Trustee snewman@ashby-geddes.com
              Stanley B. Tarr   on behalf of Interested Party   Wilmington Trust, N.A. tarr@blankrome.com,
               moody@ecf.inforuptcy.com
              Stephanie Wickouski   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
               Objectors stephanie.wickouski@bryancave.com,   dortiz@bryancave.com
              Stephanie Wickouski   on behalf of Interested Party   Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bryancave.com,
               dortiz@bryancave.com
              Stephanie Wickouski   on behalf of Defendant   Computershare Trust Company of Canada
               stephanie.wickouski@bryancave.com,   dortiz@bryancave.com
              Stephanie Wickouski   on behalf of Defendant   Computershare Trust Company, N.A.
               stephanie.wickouski@bryancave.com,   dortiz@bryancave.com
              Stephen Karotkin   on behalf of Plaintiff   Third Avenue Management LLC
               stephen.karotkin@weil.com,   frank.grese@weil.com
              Stephen Karotkin   on behalf of Plaintiff   GSO Capital Partners LP stephen.karotkin@weil.com,
               frank.grese@weil.com
              Stephen Karotkin   on behalf of Plaintiff   Avenue Capital Management II, LP
               stephen.karotkin@weil.com,   frank.grese@weil.com
              Stephen Karotkin   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
               stephen.karotkin@weil.com,   frank.grese@weil.com
              Stephen Karotkin   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
               stephen.karotkin@weil.com,   frank.grese@weil.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Stephen C. Stapleton   on behalf of Creditor   Atmos Energy Corporation
          sstapleton@cowlesthompson.com
          Stephen D Lerner   on behalf of Interested Party   ArcelorMittal USA LLC
          stephen.lerner@squirepb.com,  sarah.conley@squirepb.com
          Stephen M. Miller   on behalf of Creditor   Law Debenture Trust Company of New York, in its
          capacity as Indenture Trustee smiller@morrisjames.com,
          wweller@morrisjames.com;jdawson@morrisjames.com
          Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
          Steven N. Serajeddini   on behalf of Debtor   Energy Future Holdings Corp.
          steven.serajeddini@kirkland.com
          Steven N. Serajeddini   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
          steven.serajeddini@kirkland.com
          Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
          stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
          Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
          stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
          Susan E. Kaufman   on behalf of Creditor   Tarrant Regional Water District
          skaufman@skaufmanlaw.com
          Theodore J. Tacconelli   on behalf of Interested Party   Titus County Appraisal District
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Interested Party   Rusk County Appraisal District
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Creditor   Freestone County, Texas
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Interested Party   Freestone County Appraisal District
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Interested Party   Robertson County Appraisal District
          ttacconelli@ferryjoseph.com
          Thomas F. Driscoll, III   on behalf of Debtor   Energy Future Holdings Corp. tdriscoll@tbf.legal,
          mdunwody@tbf.legal
          Thomas J. Moloney   on behalf of Interested Party   J. Aron & Company tmoloney@cgsh.com
          Thomas J. Moloney   on behalf of Interested Party   J Aron & Company tmoloney@cgsh.com
          Thomas M. Horan   on behalf of Debtor   Energy Future Holdings Corp. thoran@shawfishman.com
          Thomas M. Horan   on behalf of Attorney   Shaw Fishman Glantz & Towbin LLC thoran@shawfishman.com
          Thomas M. Horan   on behalf of Plaintiff   Energy Future Holdings Corp. thoran@shawfishman.com
          Thomas M. Horan   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
          thoran@shawfishman.com
          Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
          Agent hooper@sewkis.com
          Thomas Ross Hooper   on behalf of Interested Party   Wilmington Trust, N.A. hooper@sewkis.com
          Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
          Agent and First Lien Administrative Agent hooper@sewkis.com
          Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company as Successor Trustee
          under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
          nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
          Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
          Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,
          nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
          Tina Niehold Moss   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
          tmoss@perkinscoie.com,
          nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Summer Street Trust: Fidelity Capital & Income
          Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Pyramis Global Advisors Trust Company
          daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company
          daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series I: Fidelity Advisor High Income
          Advantage Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series II: Fidelity Advisor Strategic
          Income Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank Ltd. as trustee of Fidelity
          High Yield Bond Open Mother Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Puritan Trust: Fidelity Puritan Fund
          daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Global Bond Series  US Dollar Monthly Income
          US High Yield Pool daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company as Investment
          Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
          daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Master Trust Bank of Japan daluzt@ballardspahr.com,
          chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Variable Insurance Products Fund V: Strategic Income
          Portfolio daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Investments Canada ULC daluzt@ballardspahr.com,
          chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   FIL Investments International (FII)
          daluzt@ballardspahr.com,  chiggesd@ballardspahr.com

```
District/off: 0311-1        User: DMC               Page 25 of 28          Date Rcvd: Mar 26, 2018
                            Form ID: van440          Total Noticed: 55
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
          Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Global High
           Income Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity School Street Trust: Fidelity Strategic Income
           daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Japan Trustee Services Bank, Ltd. as trustee of
           Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Investments daluzt@ballardspahr.com,
           chiggesd@ballardspahr.com
          Todd Charles Schiltz, Esq    on behalf of Interested Party    CSC Trust Company of Delaware, as
           successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
           cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
          Todd Jeffrey Rosen    on behalf of Interested Party    TCEH Debtors todd.rosen@mto.com
          Traci L. Cotton    on behalf of Creditor    UT System obo UT at Arlington tcotton@utsystem.edu
          Travis J. Ferguson    on behalf of Creditor    NextEra Energy Resources, LLC ferguson@lrclaw.com,
           dellose@lrclaw.com;raucci@lrclaw.com
          Tyler D. Semmelman    on behalf of Debtor    DeCordova II Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Morgan Creek 7 Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    4Change Energy Company semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
           semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Big Brown Mining Company LLC
           semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Trading California Company
           semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    EEC Holdings, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    LSGT Gas Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    NCA Development Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Renewables Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Mining Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Eagle Mountain Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    TXU Energy Receivables Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    TXU Retail Services Company semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    TXU Electric Company, Inc. semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Martin Lake 4 Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
           semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Lone Star Energy Company, Inc. semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
           semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
           semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Energy Future Holdings Corp. semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Big Brown 3 Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Generation Development Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Oak Grove Mining Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Brighten Energy LLC semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Texas Electric Service Company, Inc. semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Generation Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Generation SVC Company semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Mineral Development Company LLC
           semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Texas Utilities Company, Inc. semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    TXU SEM Company semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Southwestern Electric Service Company, Inc.
           semmelman@rlf.com,  rbgroup@rlf.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

| | | |
|---|---|---|
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | EFH FS Holdings Company semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Defendant | EFIH Finance Inc. semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | 4Change Energy Holdings LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Sandow Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | EFH Renewables Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | EFH CG Management Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Attorney | Kirkland & Ellis LLP semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Generation MT Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman | on behalf of Debtor | TCEH Finance, Inc. semmelman@rlf.com,  rbgroup@rlf.com |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Lone Star Pipeline Company, Inc. semmelman@rlf.com, |
| Tyler D. Semmelman | on behalf of Debtor | EECI, Inc. semmelman@rlf.com,  rbgroup@rlf.com |
| Tyler D. Semmelman semmelman@rlf.com,  rbgroup@rlf.com | on behalf of Debtor | NCA Resources Development Company LLC |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Big Brown Lignite Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman semmelman@rlf.com,  rbgroup@rlf.com | on behalf of Debtor | Texas Energy Industries Company, Inc. |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | TXU Energy Retail Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Dallas Power & Light Company, Inc. semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | DeCordova Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Monticello 4 Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Lake Creek 3 Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Tradinghouse Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Luminant Energy Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Luminant Holding Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com, |
| Tyler D. Semmelman | on behalf of Debtor | EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Collin Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Texas Power & Light Company, Inc. semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Oak Grove Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | TXU Energy Solutions Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Brighten Holdings LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Big Brown Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | TXU Receivables Company semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Valley NG Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman | on behalf of Debtor | LSGT SACROC, Inc. semmelman@rlf.com,  rbgroup@rlf.com |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | EFH CG Holdings Company LP semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Valley Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Oak Grove Management Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman semmelman@rlf.com,  rbgroup@rlf.com | on behalf of Debtor | EFH Australia (No. 2) Holdings Company |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | EFH Finance (No. 2) Holdings Company semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Luminant ET Services Company semmelman@rlf.com, |
| U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV | | |
| Victoria D. Garry vgarry@ag.state.oh.us | on behalf of Interested Party | Ohio Department of Taxation |

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Vincent E. Lazar    on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
          vlazar@jenner.com
          Ward W. Benson    on behalf of Creditor   UNITED STATES OF AMERICA ward.w.benson@usdoj.gov,
          Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
          Ward W. Benson    on behalf of Creditor   United States of America on Behalf of the Internal
          Revenue Service ward.w.benson@usdoj.gov,   Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
          Warren A. Usatine    on behalf of Interested Party   CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee wusatine@coleschotz.com,   kkarstetter@coleschotz.com
          Wendy B. Reilly    on behalf of Creditor   Evercore Group LLC wbreilly@debevoise.com,
          mao-bk-ecf@debevoise.com
          William A. Hazeltine    on behalf of Creditor   Mastercraft Printed Products & Services, Inc.
          Bankruptcy001@sha-llc.com
          William A. Romanowicz    on behalf of Debtor   Big Brown Lignite Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   TXU Electric Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   4Change Energy Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Lake Creek 3 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   EFIH Finance Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Generation Development Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Creditor   LSGT SACROC, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Energy Future Holdings Corp. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Generation MT Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Big Brown Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Big Brown 3 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Energy Future Competitive Holdings Company LLC
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Brighten Energy LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Texas Utilities Electric Company, Inc.
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   EFH CG Management Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Energy Future Intermediate Holding Company LLC
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   EFH CG Holdings Company LP rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   EFH Australia (No. 2) Holdings Company
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Southwestern Electric Service Company, Inc.
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Defendant   Energy Future Intermediate Holding Company LLC
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Tradinghouse Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   TXU Energy Retail Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   LSGT Gas Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   EFH FS Holdings Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Defendant   EFIH Finance Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Brighten Holdings LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Eagle Mountain Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   EEC Holdings, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   EFH Corporate Services Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   DeCordova Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
          rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   TXU Energy Receivables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Lone Star Energy Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Luminant Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Lone Star Pipeline Company, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   4Change Energy Holdings LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   Generation SVC Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   EFH Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor   EECI, Inc. rbgroup@rlf.com
          William D. Sullivan    on behalf of Creditor   Capgemini America, Inc. wdsecfnotices@sha-llc.com
          William E Kelleher, Jr    on behalf of Creditor   Westinghouse Electric Company
          wkelleher@cohenlaw.com,   mgraeb@cohenlaw.com,bfilings@cohenlaw.com.
          William E. Chipman, Jr.    on behalf of Interested Party   Berkshire Hathaway Energy Company
          chipman@chipmanbrown.com,   dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          William E. Chipman, Jr.    on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
          Noteholders chipman@chipmanbrown.com,   dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          William E. Chipman, Jr.    on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
          chipman@chipmanbrown.com,   dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          William F. Taylor, Jr.    on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
          bankruptcydel@mccarter.com,   bankruptcydel@mccarter.com
          William Mark Alleman, Jr    on behalf of Interested Party   Fee Committee WAlleman@beneschlaw.com,
          lmolinaro@beneschlaw.com;docket@beneschlaw.com
          William P. Weintraub    on behalf of Creditor   Aurelius Capital Management, LP
          wweintraub@goodwinproctor.com,   zhassoun@fklaw.com
          William Pierce Bowden    on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in
          its capacity as successor Indenture Trustee wbowden@ashby-geddes.com

District/off: 0311-1          User: DMC               Page 28 of 28          Date Rcvd: Mar 26, 2018
                              Form ID: van440         Total Noticed: 55

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Zachary I Shapiro    on behalf of Debtor   Energy Future Holdings Corp. shapiro@rlf.com,
         rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                                                                                TOTAL: 1006