IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*, | Bankruptcy Case No. 14-10979 (CSS)<br>BAP Nos. 15-77 |
| MUDRICK CAPITAL MANAGEMENT, L.P.,<br><br>Appellant,<br><br>v.<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Appellees. | Civil Action No. 15-1132-RGA |

### STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8023, Mudrick Capital Management, L.P. (the "Appellant") and Energy Future Holdings Corp., *et al.* (collectively, "Appellees"), hereby stipulate and agree, subject to Court approval, to dismiss the above-captioned bankruptcy appeal. Each party shall bear its own attorneys' fees. Appellant agrees to pay any court costs associated with this Appeal or the voluntary dismissal thereof, incurred as of the date hereof, provided, however, any future court costs shall be borne by the party who incurred the cost.

{00022598. }

Respectfully submitted this 20th day of March, 2018.

**THE ROSNER LAW GROUP LLC**

/s/ *Frederick B. Rosner*
Frederick B. Rosner, Esq. (DE 3995)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
Email: rosner@teamrosner.com

**DECHERT LLP**

Michael J. Sage (*pro hac vice*)
Andrew C. Harmeyer (pro hac vice)
1095 Avenue of the Americas
New York, New York 10036-6797
Telephone: (212) 698-3500

G. Eric Brunstad, Jr. (*pro hac vice*)
90 State House Square
Hartford, Connecticut 06103-3702
Telephone: (860) 524-3999
Facsimile: (860) 524-3930

Kate O'Keeffe (*pro hac vice*)
One International Place
40th Floor
100 Oliver Street
Boston, Massachusetts 02110-2605
Telephone: (617) 728-7100
Facsimile: (617) 426-6567

*Attorneys for Appellant Mudrick Capital, L.P.*

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ *Jason M. Madron*
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
           defranceschi@rlf.com
           madron@rlf.com

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Andrew R. McGaan, P.C. (*pro hac vice*)
Chad J. Husnick
Steven N. Serajeddini
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Michael A. Petrino (*pro hac vice*)
655 Fifteenth St., NW
Washington, DC 20005
Telephone: (202) 879-5170

*Attorneys for Appellee Energy Future Holdings Corp., et al.*

IT IS SO ORDERED this 22 day of March, 2018.

/s/ Richard G. Andrews
U.S. District Judge Richard G. Andrews

{00022598.}