IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : |
| ENERGY FUTURE HOLDINGS CORP., et al., | : Bankruptcy Case No. 14-10979 (CSS) |
| | : (Jointly Administered) |
| Debtor. | : |
| | |
| WAYNE ENGLISH, | : |
| Appellant, | : |
| v. | : Civil Action No. 16-1331-RGA |
| ENERGY FUTURE HOLDINGS CORP., et al., | : |
| Appellees. | : |

**ORDER**

For the reasons set forth in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Bankruptcy Court's December 13, 2016 Order disallowing Appellant's proof of claim is **AFFIRMED**.

Entered this 27 day of March, 2018.

Richard G. Andrews
United States District Judge