## EXHIBIT A

**Statement of Fees By Subject Matter**

*Exhibit A*

**Combined - EFH & EFIH**
**Summary of Time Detail by Task**
**January 1, 2018 through January 31, 2018**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 5.3 | $3,710.00 |
| Business Plan | 1.0 | $700.00 |
| Claims | 2.8 | $1,540.00 |
| Fee Applications | 3.7 | $1,765.00 |
| UST Reporting Requirements | 4.2 | $2,590.00 |
| **Total** | **17.0** | **$10,305.00** |

*Exhibit A*

**EFH**
**Summary of Time Detail by Task**
**January 1, 2018 through January 31, 2018**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 2.65 | $1,855.00 |
| Business Plan | 0.50 | $350.00 |
| Claims | 1.55 | $875.00 |
| Fee Applications | 1.85 | $882.50 |
| UST Reporting Requirements | 2.10 | $1,295.00 |
| **Total** | **8.65** | **$5,257.50** |

**EFIH**
**Summary of Time Detail by Task**
**January 1, 2018 through January 31, 2018**

| Task Description | Sum of Hours | Sum of Fees |
|---|---|---|
| Bankruptcy Support | 2.65 | $1,855.00 |
| Business Plan | 0.50 | $350.00 |
| Claims | 1.25 | $665.00 |
| Fee Applications | 1.85 | $882.50 |
| UST Reporting Requirements | 2.10 | $1,295.00 |
| **Total** | **8.35** | **$5,047.50** |