## **EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

### Combined - EFH & EFIH
### Summary of Time Detail by Professional
### January 1, 2018 through January 31, 2018

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jodi Ehrenhofer | Senior Director | $700.00 | 8.2 | $5,740.00 |
| Matt Frank | Senior Director | $700.00 | 1.0 | $700.00 |
| Kevin Sullivan | Director | $600.00 | 3.5 | $2,100.00 |
| Rich Carter | Consultant | $500.00 | 2.1 | $1,050.00 |
| Mary Napoliello | Paraprofessional | $325.00 | 2.2 | $715.00 |
| | | **Total** | **17.0** | **$10,305.00** |

*Page 1 of 1*

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### January 1, 2018 through January 31, 2018

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jodi Ehrenhofer | Senior Director | $700.00 | 4.25 | $2,975.00 |
| Matt Frank | Senior Director | $700.00 | 0.50 | $350.00 |
| Kevin Sullivan | Director | $600.00 | 1.75 | $1,050.00 |
| Rich Carter | Consultant | $500.00 | 1.05 | $525.00 |
| Mary Napoliello | Paraprofessional | $325.00 | 1.10 | $357.50 |
| | | *Total* | 8.65 | $5,257.50 |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### January 1, 2018 through January 31, 2018

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jodi Ehrenhofer | Senior Director | $700.00 | 3.95 | $2,765.00 |
| Matt Frank | Senior Director | $700.00 | 0.50 | $350.00 |
| Kevin Sullivan | Director | $600.00 | 1.75 | $1,050.00 |
| Rich Carter | Consultant | $500.00 | 1.05 | $525.00 |
| Mary Napoliello | Paraprofessional | $325.00 | 1.10 | $357.50 |
| | | *Total* | 8.35 | $5,047.50 |