# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

No expenses from January 1, 2018 through January 31, 2018