## <u>EXHIBIT D</u>

**Detailed Description of Expenses and Disbursements**

No expenses from January 1, 2018 through January 31, 2018