IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>    *Debtors.* | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: D.I. 12763 and 12848** |

## UMB BANK, N.A.'S STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL FROM THE FEBRUARY 27, 2018 CONFIRMATION ORDER

UMB Bank, N.A., as Indenture Trustee for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018 (the "Trustee" or "Appellant"),[2] hereby provides, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the following statement of issues and designation of the items to be included in the record in connection with Appellant's appeal from the *Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12763] (the "Confirmation Order") entered on February 27, 2018 by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").[3]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Trustee and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership have filed separate notices of appeal of the Confirmation Order, but intend to request that the U.S. District Court for the District of Delaware join or consolidate the appeals pursuant to Fed. R. Bankr. P. 8003(b)(2).

[3] Capitalized terms used but not defined herein have the meanings ascribed to them in the Confirmation Order.

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred in approving the EFH/EFIH Debtors' discretionary use of $275 million to establish a post-confirmation cash reserve (the "NextEra Plan Reserve") in favor of NextEra Energy, Inc. (the "NextEra") for the purpose of ensuring that the EFH/EFIH Debtors could pay an administrative expense claim that had been disallowed by a prior order of the Bankruptcy Court but was subject to a pending appeal.

2. Whether the Bankruptcy Court erred in approving the discretionary NextEra Plan Reserve without requiring that NextEra post a supersedeas bond or provide an undertaking or authorizing holders of allowed claims against the EFH/EFIH Debtors to seek interest or other compensation for the financial loss that such holders would suffer as a result of the NextEra Plan Reserve delaying their distributions under the Plan.

3. Whether the Bankruptcy Court erred in holding that the NextEra Plan Reserve may only be modified by separate order "for good cause shown" when, among other things, the NextEra Plan Reserve was established in the EFH/EFIH Debtors' sole and absolute discretion.

## DESIGNATION OF RECORD ON APPEAL

Appellant hereby designates the following items to be included in the record on appeal, which includes all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

| | Item | Filing/Entry Date | Docket No.[4] |
|---|---|---|---|
| 1. | The Elliott Funds' Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee | 07/29/2017 | 11636 |

---

[4] Unless otherwise indicated, all references herein to "Docket No." shall be to the docket maintained for *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS).

2

| 2. | Application of NextEra Energy, Inc. for Payment of Administrative Claim | 07/31/2017 | 11649 |
|---|---|---|---|
| 3. | The Elliott Funds' Preliminary Objection to the Application of NextEra Energy, Inc. for Payment of Administrative Claim | 08/02/2017 | 11666 |
| 4. | Adversary Complaint – Energy Future Holdings Corp. and Energy Future Intermediate Holding Company, LLC against NextEra Energy, Inc. | 08/03/2017 | 11668 |
| 5. | Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry Into the Merger Agreement and Approving the Termination Fee, and (B) Authorizing Entry Into and Performance Under the Plan Support Agreement | 08/23/2017 | 11801 |
| 6. | Scheduling Order | 08/29/2017 | D.I. 11835 |
| 7. | Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents | 09/06/2017 | 11870 |
| 8. | Corrected Order (A) Authorizing Entry Into Merger Agreement and Approving Termination Fee, and (B) Authorizing Entry Into and Performance Under Plan Support Agreement | 09/07/2017 | 11873 |
| 9. | Objection of NextEra Energy, Inc. to the Elliott Funds' Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee | 09/07/2017 | 11876 |
| 10. | The Debtors' Objection to the Elliott Funds' Motion to Reconsider in Part the September 19, 2016 Order [Docket No. 9584] Approving the NextEra Termination Fee | 09/07/2017 | 11879 |

| | | | |
|---|---|---|---|
| 11. | First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 09/11/2017 | 11887 |
| 12. | Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 09/11/2017 | 11889 |
| 13. | The Elliott Funds' Reply Supporting Their Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No 9584] Approving the NextEra Termination Fee | 09/14/2017 | 11905 |
| 14. | Transcript of the Hearing Held on September 19, 2017 | 09/20/2017 | 11921 |
| 15. | Opinion on The Elliott Funds' Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee | 10/03/2017 | 11998 |
| 16. | Order Granting the Motion to Reconsider of Elliott Associates, L.P. and Denying the Application of NextEra Energy Inc. for Payment of Administrative Claim | 10/18/2017 | 12075 |
| 17. | Supplement to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 10/20/2017 | 12105 |
| 18. | NextEra's Limited Objection (Preliminary) to First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 10/30/2017 | 12139 |

| | | | |
|---|---|---|---|
| 19. | NextEra's Notice of Appeal Regarding Order Granting the Motion to Reconsider of Elliott Associates, L.P. and Denying the Application of NextEra Energy Inc. for Payment of Administrative Claim | 10/30/2017 | 12141 |
| 20. | Reservation of Rights of UMB Bank, N.A. to Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code | 10/30/2017 | 12145 |
| 21. | NextEra's Motion to Stay the Reconsideration Order Pending Appeal | 11/16/2017 | 12243 |
| 22. | Amended Scheduling Order | 11/28/2017 | 12279 |
| 23. | Objection of the EFH/EFIH Debtors to NextEra's Motion to Stay the Reconsideration Order Pending Appeal | 11/30/2017 | 12287 |
| 24. | Elliott Funds' Objection to NextEra Energy, Inc.'s Motion to Stay the Reconsideration Order Pending Appeal | 11/30/2017 | 12288 |
| 25. | Objection of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. to NextEra's Motion to Stay the Reconsideration Order Pending Appeal | 11/30/2017 | 12289 |
| 26. | NextEra's Reply in Support of its Motion to Stay the Reconsideration Order Pending Appeal | 12/06/2017 | 12308 |
| 27. | Transcript of the Hearing Held on December 11, 2017 | 12/12/2017 | 12333 |
| 28. | Amended Order Denying NextEra's Motion to Stay the Reconsideration Order Pending Appeal | 12/12/2017 | 12334 |

| | | | |
|---|---|---|---|
| 29. | Objection of NextEra Energy, Inc. to First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 12/19/2017 | 12369 |
| 30. | Final Reservation of Rights of UMB Bank, N.A. to Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code | 12/22/2017 | 12393 |
| 31. | Second Amended Scheduling Order | 01/25/2018 | 12519 |
| 32. | Modified First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 02/15/2018 | 12653 |
| 33. | Notice of Filing of Proposed Confirmation Order | 02/15/2018 | 12655 |
| 34. | NextEra's Motion in Limine to Preclude the Testimony of Michael Kramer | 02/16/2018 | 12664 |
| 35. | Elliott Funds Reply to Objection of NextEra Energy, Inc. to First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 02/17/2018 | 12665 |
| 36. | Debtors' Memorandum of Law in Support of Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 02/17/2018 | 12666 |
| 37. | The Debtors' Opposition to NextEra's Motion in Limine to Preclude the Testimony of Michael Kramer | 02/20/2018 | 12674 |

| | | | |
|---|---|---|---|
| 38. | The Elliott Funds' Opposition to NextEra's Motion in Limine to Preclude the Testimony of Michael Kramer | 02/20/2018 | 12676 |
| 39. | First Amended Supplement to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 02/22/2018 | 12685 |
| 40. | Order Granting Motion in Limine to Preclude the Testimony of Michael Kramer | 02/22/2018 | 12692 |
| 41. | Transcript of the Hearing Held on February 22, 2018 | 02/23/2018 | 12699 |
| 42. | Notice of Filing of Amended Proposed Confirmation Order | 02/25/2018 | 12748 |
| 43. | Notice of Filing NextEra Energy Inc.'s Proposed Confirmation Order Modifications | 02/25/2018 | 12749 |
| 44. | Notice of Filing of Further Amended Proposed Confirmation Order | 02/27/2018 | 12761 |
| 45. | Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 02/27/2018 | 12763 |
| 46. | Notice of Filing of Cash Projections and Allocation Proposals for Energy Future Holdings Corp., and Energy Future Intermediate Holding Company LLC | 02/28/2018 | 12769 |
| 47. | Transcript of the Hearing Held on February 26, 2018 | 03/01/2018 | 12770 |
| 48. | Transcript of the Hearing Held on February 27, 2018 | 03/01/2018 | 12771 |
| 49. | Notice of Appeal | 03/23/2018 | 12848 |

Appellant additionally designates as part of the record on appeal all exhibits admitted into evidence at the February 26, 2018 hearing before the Honorable Judge Sontchi. Appellant reserves the right to amend, modify, and/or supplement the foregoing issues and designations.

## CERTIFICATION REGARDING TRANSCRIPTS

Pursuant to Rule 8009(b)(1) of the Federal Rules of Bankruptcy Procedure, Appellant hereby certifies that it is not ordering any transcripts. All transcripts have been prepared and are filed on the docket and are designated in the foregoing designation of the record.

Wilmington, Delaware
Date: March 30, 2018

**BAYARD, P.A.**

*/s/ Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
scousins@bayardlaw.com
efay@bayardlaw.com
emiller@bayardlaw.com

–and–

**ROPES & GRAY LLP**
Keith H. Wofford (admitted *pro hac vice*)
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Keith.Wofford@ropesgray.com
Gregg.Galardi@ropesgray.com

*Counsel for UMB Bank, N.A., as Trustee*