# Exhibit A

**Fee Summary by Professional for the Period
January 1, 2018 through January 31, 2018**

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

**January 01, 2018 - January 31, 2018**

***Bankruptcy Related Research Consultation and Transaction***

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Bowers, Rachel | Senior Manager | $620.00 | 0.4 | $248.00 |
| **Professional Subtotal:** | | | **0.4** | **$248.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

### January 01, 2018 - January 31, 2018

***Bankruptcy Related Services Regarding Sempra Transaction***

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kilkenny, Tom | Partner/Principal | $720.00 | 9.0 | $6,480.00 |
| Slyh, John | Partner/Principal | $720.00 | 0.8 | $576.00 |
| Bowers, Rachel | Senior Manager | $620.00 | 23.0 | $14,260.00 |
| Babanova, Maria | Manager | $540.00 | 5.4 | $2,916.00 |
| Benvenuti, Christina | Senior Consultant | $425.00 | 5.4 | $2,295.00 |
| Choua, Johnny | Consultant | $350.00 | 5.0 | $1,750.00 |
| Elliott, Randall | Consultant | $350.00 | 1.0 | $350.00 |
| **Professional Subtotal:** | | | **49.6** | **$28,627.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

January 01, 2018 - January 31, 2018

### *Financial Statement Audit and Related Services*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kilkenny, Tom | Partner/Principal | $365.00 | 4.1 | $1,496.50 |
| Parker, Matt | Partner/Principal | $365.00 | 1.2 | $438.00 |
| Slyh, John | Partner/Principal | $365.00 | 0.8 | $292.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 20.2 | $5,858.00 |
| Babanova, Maria | Manager | $265.00 | 4.7 | $1,245.50 |
| Benvenuti, Christina | Senior Consultant | $215.00 | 12.3 | $2,644.50 |
| Koprivnik, Xander | Senior Consultant | $215.00 | 1.2 | $258.00 |
| Hah, Morgan | Consultant | $175.00 | 5.8 | $1,015.00 |
| Lanter, Amanda | Consultant | $175.00 | 3.8 | $665.00 |
| **Professional Subtotal:** | | | **54.1** | **$13,912.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

January 01, 2018 - January 31, 2018

### *Preparation of Fee Applications*

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kilkenny, Tom | Partner/Principal | $365.00 | 2.0 | $730.00 |
| Parker, Matt | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 0.5 | $145.00 |
| Babanova, Maria | Manager | $265.00 | 9.9 | $2,623.50 |
| Gutierrez, Dalia | Consultant | $175.00 | 10.4 | $1,820.00 |
| **Professional Subtotal:** | | | **23.8** | **$5,683.50** |