## **EXHIBIT A**

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
| --- | --- | --- |
| [ALL] BK Retention and Fee Applications | 2.3 | $805.00 |
| [ALL] Case Administration | 6.0 | $1,460.00 |
| [ALL] Claims Administration & Objections | .7 | $245.00 |
| [ALL] Plan and Disclosure Statements | 11.2 | $3,920.00 |
| [ALL] Non-BK Retention and Fee Applications | .8 | $280.00 |
| [ALL] Hearings | 9.8 | $3,430.00 |
| [EFH] Contested Matters & Adv Proceed. | 4.4 | $1,496.50 |
| **Total** | **35.2** | **$11,636.50** |