# **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| Expense Category | Total Expenses |
|---|---:|
| Court Fees | $60.00 |
| Delivery Service | $5.65 |
| In-House Reproduction | $12.60 |
| **Total** | **$78.25** |
|  |  |