# EXHIBIT D

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 02-13-2018 | Delivery Service | Reliable | $5.65 |
| 02-26-2018 | In-House Reproduction | Photocopies (91) | $9.10 |
| 02-27-2018 | In-House Reproduction | Photocopies (35) | $3.50 |
| 02-27-2018 | Court Fees | CourtCall | $30.00 |
| 02-28-2018 | Court Fees | CourtCall | $30.00 |
| **TOTAL** | | | **$78.25** |
| | | | |