**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>*Debtors.* | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>) |

**STATEMENT OF ROPES & GRAY LLP AND BAYARD, P.A.,**
**PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 2019**

In connection with the chapter 11 cases (the "Chapter 11 Cases") commenced by the above-captioned debtors (the "Debtors"), Ropes & Gray LLP and Bayard, P.A. (together, "Counsel") hereby submit this statement (the "Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rule 2019") with respect to Counsel's representation of (i) UMB Bank, N.A., as successor Indenture Trustee (the "Indenture Trustee") for the unsecured 11.25%/12.25% senior toggle notes due 2018 (the "EFIH PIK Notes") issued under that certain Indenture (as amended or supplemented) dated as of December 5, 2012, and (ii) Elliott Management Corporation, Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and Gatwick Securities LLC (collectively, "Elliott"), as investment advisors, investment managers, or holders of debt issued by Energy Future Holdings, Corp. ("EFH") and/or Energy Future Intermediate Holding Company LLC ("EFIH"). In support hereof, Counsel respectfully states as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

-2-

1. As of the date of this Statement, Counsel represents the Indenture Trustee and Elliott in the Chapter 11 Cases.

2. In or around March 2017, Elliott retained Counsel to represent it in connection with the Chapter 11 Cases.

3. In March 2018, the Indenture Trustee, acting at the direction of The Liverpool Limited Partnership and Elliott International L.P., as beneficial holders of a majority in principal amount of the currently outstanding EFIH PIK Notes, retained Counsel to represent it in connection with the Chapter 11 Cases.

4. As of the date hereof, Counsel represents only Elliott and the Indenture Trustee as parties acting in concert in these Chapter 11 Cases and does not represent or purport to represent any other entities acting in concert in connection with these Chapter 11 Cases.

5. In accordance with Bankruptcy Rule 2019(c), Exhibit A hereto lists the names, addresses, and the "nature and amount of all disclosable economic interests" held, advised, or managed by Elliott and the Indenture Trustee as of the date hereof. The information contained in Exhibit A is based solely upon information provided by Elliott and the Indenture Trustee to Counsel without any independent verification by Counsel, and is subject to change.

6. Nothing contained in this Statement, including Exhibit A hereto, should be construed as a limitation upon, or waiver of, Elliott's or the Indenture Trustee's rights to assert, file, and/or amend any claims in accordance with applicable law and any orders entered in these cases.

7. Each of the undersigned verifies that the foregoing is true and correct to the best of his or her knowledge based on the information provided.

8. Counsel reserves the right to amend or supplement this Statement in accordance with Bankruptcy Rule 2019 or otherwise.

[*Remainder of Page Left Intentionally Blank*]

Wilmington, Delaware
Date: April 3, 2018

          **BAYARD, P.A.**

          */s/ Erin R. Fay*
          Scott D. Cousins (No. 3079)
          Erin R. Fay (No. 5268)
          Evan T. Miller (No. 5364)
          600 N. King Street, Suite 400
          Wilmington, DE 19801
          Telephone: (302) 655-5000
          Facsimile: (302) 658-6395
          scousins@bayardlaw.com
          efay@bayardlaw.com
          emiller@bayardlaw.com

             –and–

          **ROPES & GRAY LLP**

          */s/ Gregg M. Galardi*
          Keith H. Wofford (admitted *pro hac vice*)
          Gregg M. Galardi
          1211 Avenue of the Americas
          New York, NY 10036-8704
          Telephone: (212) 596-9000
          Facsimile:  (212) 596-9090
          Keith.Wofford@ropesgray.com
          Gregg.Galardi@ropesgray.com

          *Counsel for UMB Bank, N.A., as Indenture*
          *Trustee, and Elliott*