# Exhibit A[1]

## Nature and Amount of Disclosable Economic Interests

| Name[2] | Address | Nature and Amount of Disclosable Economic Interests | |
|---|---|---|---|
| | | **Debt Type** | **Amount** |
| Elliott Management Corporation | 40 West 57th Street New York, NY 10019 | EFIH Unsecured Note Claims (Class B6) | $1,197,251,689 |
| Elliott Management Corporation | 40 West 57th Street New York, NY 10019 | EFH LBO Note Guarantee Claims (Class B5) | $56,435,689 |
| Elliott Management Corporation | 40 West 57th Street New York, NY 10019 | EFH Legacy Note Claims (Class A4) | $423,701,000 |
| Elliott Management Corporation | 40 West 57th Street New York, NY 10019 | EFH LBO Note Primary Claims (Class A6) | $56,435,689 |
| Elliott Management Corporation | 40 West 57th Street New York, NY 10019 | EFH Swap Claims (Class A7) | $9,528,504 |
| Elliott Management Corporation | 40 West 57th Street New York, NY 10019 | Administrative expense claim for making a substantial contribution | Up to $35,000,000 |
| UMB Bank, N.A., as successor Indenture Trustee | 1010 Grand Blvd. Kansas City, MO 64106 | EFIH Unsecured Note Claims (Class B6) | Indenture Trustee for EFIH Unsecured Notes (Class B6) (*i.e.*, EFIH PIK Notes) in the aggregate principal amount of $1,566,234,000 |

---

[1] Capitalized terms used but not defined herein have the meanings ascribed to them in the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12653].

[2] Elliott Management Corporation is the investment advisor to various entities that are the holders of the listed disclosable economic interests.