# United States Bankruptcy Court
## District of Delaware
824 N. Market Street
Wilmington, DE 19801

Chambers of Christopher S. Sontchi
(302) 252-2888

April 3, 2018

Mr. Richard Gitlin
Chairman
Gitlin & Company LLC
7895 Talavera Place
Delray Beach, FL 33446

Re:   Energy Future Holdings
      Case No.: 14-10979

Dear Mr. Gitlin,

Thank you for your Herculean efforts in serving as Chair of the EFH Fee Committee. I am writing to request you take on an additional task. As you know the Elliott Funds and the EFH Indenture Trustee have sought to have their professional fees paid by the Debtors' estate as administrative expenses under section 503(b)(3)(D) of the Bankruptcy Code. The Fee Committee will be reviewing these fees in the ordinary course. In addition, however, I request that the Fee Committee review the time entries of the professionals to determine whether each task provided a "substantial contribution" to the Debtors' estate as interpreted by the Third Circuit in *Lebron v. Mechem Financial Inc.*, 27 F. 3d 937 (3d Cir. 1994). *See also In re Tropicana Entertainment LLC*, 448 Fed. Appx. 150 (3d Cir. 2012).

If you have any questions, please feel free to contact Chambers.

Very truly yours,

Christopher S. Sontchi

CSS/cas