**Exhibit A**

**Satisfied Claims**

**ENERGY FUTURE HOLDINGS CORP., et al.**

**TWELFTH NOTICE OF SATISFACTION: EXHIBIT A – Satisfied Claims**

| | NAME | CASE NUMBER | DEBTOR NAME | FILED DATE | CLAIM # | TOTAL CLAIM AMOUNT | REASON FOR SATISFACTION |
|---|---|---|---|---|---|---|---|
| 1 | BRIDGELINE DIGITAL INC<br>DEPT 2339<br>PO BOX 122339<br>DALLAS, TX 75312-2339 | 14-10996 (CSS) | EFH Corporate Services Company | 06/30/2014 | 599601690 | $21,101.35 | Scheduled claim is duplicative of Proof of Claim No. 4493, which is Allowed and on account of which Claimant will receive the treatment provided for such claim in the EFH Plan in full and final satisfaction of the claim. |
| 2 | BRIDGELINE DIGITAL INC<br>DEPT 2339<br>PO BOX 122339<br>DALLAS, TX 75312-2339 | 14-10978 (CSS) | Texas Competitive Electric Holdings Company LLC | 06/30/2014 | 597800650 | $4,208.75 | Scheduled claim is duplicative of Proof of Claim No. 4493, which is Allowed and on account of which Claimant will receive the treatment provided for such claim in the EFH Plan in full and final satisfaction of the claim. |
| 3 | CENTURY LINK<br>PO BOX 91155<br>SEATTLE, WA 98111-9255 | 14-10996 (CSS) | EFH Corporate Services Company | 06/30/2014 | 599602250 | $112.72 | Scheduled claim is duplicative of Proof of Claim No. 3277, which is Allowed and on account of which Claimant will receive the treatment provided for such claim in the EFH Plan in full and final satisfaction of the claim. |
| | | | | | TOTAL | $25,422.82 | |