**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**VERIFIED STATEMENT OF KASOWITZ BENSON TORRES LLP
AND HOGAN ♦ MCDANIEL PURSUANT TO BANKRUPTCY RULE 2019**

Kasowitz Benson Torres LLP ("Kasowitz") and Hogan ♦ McDaniel ("HM") make the following statement (the "Statement"), pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), in connection with the above-captioned jointly administered chapter 11 cases of Energy Future Holdings Corp. ("EFH") and its affiliated reorganized debtors (collectively, the "Debtors").

1. Kasowitz is a law firm that maintains its principal office at 1633 Broadway, New York, New York 10019, and has additional offices throughout the United States. HM is a law firm that maintains its principal office at 1311 Delaware Avenue, Wilmington, Delaware 19806.

2. Kasowitz and HM currently represent (a) Alta Fundamental Advisers LLC, (b) Angelo, Gordon & Co., L.P., (c) Apollo Management Holdings L.P., (d) Brookfield Asset Management Inc., (e) Contrarian Capital Management, LLC, and (f) Farmstead Capital Management, LLC, and each of their related funds (collectively, the "Ad Hoc EFH Claimants").

3. In March 2018, the Ad Hoc EFH Claimants engaged Kasowitz to represent them in connection with the Debtors' chapter 11 cases and engaged HM to serve as Delaware counsel.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. A complete list of Debtors and their respective tax identification numbers may be found at http://www.efhcaseinfo.com.

4. In accordance with Bankruptcy Rule 2019 and based upon information provided to counsel by the Ad Hoc EFH Claimants that counsel has not independently verified, Exhibit A hereto lists the names, addresses and "the nature and amount of each disclosable economic interest" in EFH held or managed by the Ad Hoc EFH Claimants. Counsel has been advised that the Ad Hoc EFH Claimants do not hold any disclosable economic interests in EFH beyond those disclosed on Exhibit A.

5. Nothing contained in this Statement (or Exhibit A hereto) is intended or should be construed to constitute (a) a waiver or release of any claims filed or to be filed against, or interests in any of the above-captioned Debtors held by the Ad Hoc EFH Claimants, their affiliates, or any other entity, or (b) an admission with respect to any fact or legal theory. Nothing herein should be construed as a limitation upon, or waiver of, any rights of the Ad Hoc EFH Claimants to assert, file, and/or amend any proof of claim in accordance with applicable law and any orders entered in these jointly administered chapter 11 cases.

6. As of the date hereof, neither Kasowitz nor HM holds any claims against or interests in EFH or any of the other Debtors in these jointly administered chapter 11 cases.

7. Kasowitz and HM reserve the right to revise, supplement, and/or amend this Statement as need be, including but not limited to, if the disclosable economic interests set forth herein change in any material respect or other EFH claimants join the Ad Hoc EFH Claimants.

Dated: April 4, 2018
Wilmington, Delaware

                        HOGAN ♦ MCDANIEL

By: */s/ Garvan F. McDaniel*
Garvan F. McDaniel, Esq. (DE #4167)
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
Email: gfmcdaniel@dkhogan.com

      – and –

KASOWITZ BENSON TORRES LLP
David S. Rosner, Esq.
Andrew K. Glenn, Esq.
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: drosner@kasowitz.com
       aglenn@kasowitz.com

*Co-Counsel to the Ad Hoc EFH Claimants*

# Exhibit A

| Entity[1] | Address | Holdings |
|---|---|---|
| Alta Fundamental Advisers LLC | 777 3rd Avenue<br>19th Floor<br>New York, New York 10017 | $37,000,000 of TCEH Settlement Claims[2]<br><br>$431,000 of EFH Unexchanged Note Claims |
| Angelo, Gordon & Co., L.P. | 245 Park Avenue<br>26th Floor<br>New York, New York 10167 | $29,998,129 of TCEH Settlement Claims |
| Apollo Management Holdings L.P. | 9 West 57th Street<br>43rd Floor<br>New York, New York 10019 | $3,177,302,078 of TCEH First Lien Claims[3] |
| Brookfield Asset Management Inc. | Brookfield Place<br>181 Bay Street<br>Suite 300<br>Toronto, Ontario, Canada M5J 2T3 | $116,400,000 of TCEH Settlement Claims |
| Contrarian Capital Management, LLC | 411 West Putnam Avenue<br>Suite 425<br>Greenwich, Connecticut 06830 | $2,000,000 of EFH Legacy Series P Claims<br><br>$28,726,000 of EFH Legacy Series Q Claims<br><br>$7,500,000 of EFH Legacy Series R Claims |
| Farmstead Capital Management, LLC | 7 North Broad Street<br>3rd Floor<br>Ridgewood, New Jersey 07450 | $99,629,698 of TCEH Settlement Claims |

---

[1] Holds the listed disclosable economic interests, or acts as investment advisor or manager to funds and/or accounts or their respective subsidiaries or affiliates that hold the listed disclosable economic interests.

[2] The holders of TCEH Settlement Claims, including the TCEH Supporting First Lien Creditors, are entitled to participate in a Pro Rata share in certain recoveries from EFH. *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [Docket No. 9421], Ex. A (the "Plan"), Art. III.B.12.

[3] Pursuant to the terms of the Plan and the Disclosure Statement, Apollo Management Holdings L.P. estimates that it holds approximately $87,000,000 of TCEH Settlement Claims, which are included within this figure. Plan, Art. III.B.12; *Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [Docket No. 8747] (the "Disclosure Statement") at 36.