# Exhibit A

**Fee Summary by Professional for the Period
February 1, 2018 through March 9, 2018**

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

### February 01, 2018 - March 09, 2018

***Bankruptcy Related Research Consultation and Transaction***

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kilkenny, Tom | Partner/Principal | $720.00 | 0.6 | $432.00 |
| Bowers, Rachel | Senior Manager | $620.00 | 0.5 | $310.00 |
| **Professional Subtotal:** | | | **1.1** | **$742.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

February 01, 2018 - March 09, 2018

### Financial Statement Audit and Related Services

| Professional | Description | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Kilkenny, Tom | Partner/Principal | $365.00 | 9.8 | $3,577.00 |
| Parker, Matt | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Slyh, John | Partner/Principal | $365.00 | 1.9 | $693.50 |
| Favor, Rick | Managing Director | $365.00 | 0.5 | $182.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 1.2 | $348.00 |
| Babanova, Maria | Manager | $265.00 | 7.9 | $2,093.50 |
| Benvenuti, Christina | Senior Consultant | $215.00 | 25.4 | $5,461.00 |
| Koprivnik, Xander | Senior Consultant | $215.00 | 9.3 | $1,999.50 |
| Choua, Johnny | Consultant | $175.00 | 27.5 | $4,812.50 |
| Elliott, Randall | Consultant | $175.00 | 5.9 | $1,032.50 |
| Taylor, Krysta | Consultant | $175.00 | 5.5 | $962.50 |
| **Professional Subtotal:** | | | **95.4** | **$21,345.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

February 01, 2018 - March 09, 2018

### *Preparation of Fee Applications*

| Professional | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| Kilkenny, Tom | Partner/Principal | $365.00 | 2.9 | $1,058.50 |
| Parker, Matt | Partner/Principal | $365.00 | 9.0 | $3,285.00 |
| Babanova, Maria | Manager | $265.00 | 2.5 | $662.50 |
| Gutierrez, Dalia | Consultant | $175.00 | 9.3 | $1,627.50 |
| **Professional Subtotal:** | | | **23.7** | **$6,633.50** |