RICHARD GITLIN
GITLIN & COMPANY LLC
7895 TALAVERA PLACE
DELRAY BEACH, FL 33446

April 5, 2018

Hon. Christopher S. Sontchi
United States Bankruptcy Court
District of Delaware
824 N. Market Street
Wilmington, DE 19801

    *In re Energy Future Holdings Corp. et al.*
    Case No. 14-10979 (CSS)

    U.S. Bankruptcy Court
    for the District of Delaware

Dear Judge Sontchi:

    Thank you for your docketed letter, dated April 3, 2018, on the section 503(b) process, which the Fee Committee will discuss at its next meeting on April 19, 2018. In the meantime, the Fee Committee already had alerted the relevant professionals—in a memorandum soon after confirmation—to the analytical approach your letter described. We will follow up with that and keep the Court apprised of the fee review process for substantial contribution applicants as well as the Retained Professional review process.

                              Sincerely,

                              *[signature]*

                              Richard Gitlin
                                    by BCU/GFK

18750059.1