# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 6 | [ALL E-SIDE] Case Administration | 18.10 | $8,798.50 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 1.00 | $755.00 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 684.90 | $616,704.00 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 200.70 | $159,429.50 |
| 11 | [ALL E-SIDE] Exec. Cont. & Unexp. Leases | 0.80 | $796.00 |
| 12 | [ALL E-SIDE] Hearings | 48.30 | $41,600.50 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 126.80 | $51,693.50 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 1.50 | $1,664.50 |
| 18 | [ALL E-SIDE] Non-Working Travel | 43.80 | $42,501.00 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 592.40 | $587,843.00 |
| 26 | [ALL E-SIDE] Retiree & Empl. Issues/OPEB | 0.70 | $696.50 |
| 29 | [ALL E-SIDE] Tax Issues | 85.50 | $129,423.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 29.70 | $37,231.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 4.50 | $2,185.00 |
| 69 | [EFIH] Corp. Governance and Sec. Issues | 1.00 | $1,085.00 |
| | **Totals:** | **1,839.70** | **$1,682,407.00** |

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $755.81 |
| Standard Copies or Prints | $1,157.40 |
| Color Copies or Prints | $1,327.50 |
| Overnight Delivery | $77.81 |
| Overnight Delivery - Refund | -$8.01 |
| Outside Messenger Services | $210.15 |
| Local Transportation | $164.59 |
| Travel Expense | $7,216.14 |
| Airfare | $8,577.57 |
| Transportation to/from airport | $1,294.80 |
| Travel Meals | $652.55 |
| Other Travel Expenses | $125.56 |
| Court Reporter Fee/Deposition | $1,901.50 |
| Other Court Costs and Fees | $235.00 |
| Professional Fees | $21.11 |
| Outside Printing Services | $21,595.00 |
| Outside Copy/Binding Services | $79.40 |
| Catering Expenses | $36.00 |
| Outside Retrieval Service | $324.00 |
| Computer Database Research | $273.99 |
| Westlaw Research | $2,957.93 |
| Overtime Transportation | $102.88 |
| Overtime Meals - Attorney | $188.91 |
| Rental Expenses | $2,916.39 |
| **Total:** | **$52,183.98** |