# **EXHIBIT B**

**Attorneys and Paraprofessionals' Information**

The K&E attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rebecca Blake Chaikin | Associate | 2015 | Restructuring | 875.00 | 61.10 | $53,462.50 |
| Mary Elizabeth Brady | Associate | 2014 | Corporate - Debt Finance | 875.00 | 2.00 | $1,750.00 |
| Maxwell Coll | Associate | 2016 | Litigation - General | 660.00 | 36.60 | $24,156.00 |
| Tyler Dunphy | Associate | 2017 | Corporate - General | 575.00 | 39.60 | $22,770.00 |
| Natasha Hwangpo | Associate | 2014 | Restructuring | 950.00 | 2.10 | $1,995.00 |
| Christopher Kochman | Associate | 2015 | Restructuring | 675.00 | 1.30 | $877.50 |
| Kevin McClelland | Associate | 2016 | Restructuring | 675.00 | 5.30 | $3,577.50 |
| David Moore | Associate | 2015 | Corporate - General | 770.00 | 109.90 | $84,623.00 |
| Daniel Rudewicz | Associate | 2016 | Restructuring | 770.00 | 3.50 | $2,695.00 |
| Matthew Smart | Associate | 2016 | Restructuring | 675.00 | 1.20 | $810.00 |
| Justin Sowa | Associate | 2013 | Litigation - General | 950.00 | 99.00 | $94,050.00 |
| Nacif Taousse | Associate | Pending | Restructuring | 575.00 | 30.50 | $17,537.50 |
| Anna Terteryan | Associate | 2014 | Litigation - General | 850.00 | 134.20 | $114,070.00 |
| David Thompson | Associate | 2013 | Corporate - M&A/Private Equity | 950.00 | 10.90 | $10,355.00 |
| McClain Thompson | Associate | 2014 | Litigation - General | 760.00 | 97.60 | $74,176.00 |
| Patrick Venter | Associate | 2016 | Restructuring | 675.00 | 186.10 | $125,617.50 |
| Meg A Webb | Associate | 2017 | Litigation - General | 575.00 | 5.20 | $2,990.00 |
| Aparna Yenamandra | Associate | 2013 | Restructuring | 995.00 | 249.00 | $247,755.00 |
| JoAnne Nagjee | Of Counsel | 2009 | Taxation | 1,160.00 | 1.30 | $1,508.00 |
| Aaron Berlin | Partner | 2011 | Corporate - Debt Finance | 1,045.00 | 5.80 | $6,061.00 |
| Andrew Calder, P.C. | Partner | 2003 | Corporate - M&A/Private Equity | 1,525.00 | 5.10 | $7,777.50 |
| Thad Davis | Partner | 2005 | Taxation | 1,235.00 | 1.00 | $1,235.00 |
| Lisa G Esayian | Partner | 1991 | Litigation - General | 1,145.00 | 9.50 | $10,877.50 |
| Michael Esser | Partner | 2009 | Litigation - General | 1,045.00 | 17.00 | $17,765.00 |
| Gregory W Gallagher, P.C. | Partner | 1997 | Taxation | 1,615.00 | 6.50 | $10,497.50 |
| Jonathan F Ganter | Partner | 2010 | Litigation - General | 1,075.00 | 130.00 | $139,750.00 |
| Chad J Husnick, P.C. | Partner | 2004 | Restructuring | 1,425.00 | 8.40 | $11,970.00 |
| Natalie H Keller | Partner | 1997 | Taxation | 1,235.00 | 0.60 | $741.00 |
| Marc Kieselstein, P.C. | Partner | 1988 | Restructuring | 1,495.00 | 116.60 | $174,317.00 |
| Michelle Kilkenney, P.C. | Partner | 2002 | Corporate - Debt Finance | 1,315.00 | 0.40 | $526.00 |
| Todd F Maynes, P.C. | Partner | 1988 | Taxation | 1,725.00 | 45.90 | $79,177.50 |
| Mark McKane, P.C. | Partner | 1997 | Litigation - General | 1,245.00 | 93.10 | $115,909.50 |
| Linda K Myers, P.C. | Partner | 1990 | Corporate - Debt Finance | 1,525.00 | 18.10 | $27,602.50 |
| Veronica Nunn | Partner | 2010 | Corporate - M&A/Private Equity | 1,085.00 | 8.50 | $9,222.50 |
| Michael A Petrino | Partner | 2008 | Litigation - General | 1,075.00 | 22.70 | $24,402.50 |
| John Pitts, P.C. | Partner | 2010 | Corporate - M&A/Private Equity | 1,175.00 | 11.40 | $13,395.00 |
| William T Pruitt | Partner | 2004 | Litigation - General | 1,085.00 | 0.50 | $542.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Mark Ramzy | Partner | 2010 | Corporate - M&A/Private Equity | 1,085.00 | 13.00 | $14,105.00 |
| Anthony Sexton | Partner | 2011 | Taxation | 1,130.00 | 18.50 | $20,905.00 |
| James H M Sprayregen, P.C. | Partner | 1985 | Restructuring | 1,545.00 | 6.40 | $9,888.00 |
| Bryan M Stephany | Partner | 2007 | Litigation - General | 1,085.00 | 18.70 | $20,289.50 |
| Wayne E Williams | Partner | 2006 | Corporate - Capital Markets | 1,175.00 | 2.50 | $2,937.50 |
| Sara B Zablotney, P.C. | Partner | 2003 | Taxation | 1,405.00 | 10.40 | $14,612.00 |
| **Grand Total** | | | | | **1,647.00** | **$1,619,282.00** |

The paraprofessionals of K&E who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Hannah Kupsky | Junior Paralegal | 1 year | Restructuring | 230.00 | 3.00 | $690.00 |
| David Reisman | Junior Paralegal | 6 years | Corporate - General | 245.00 | 1.50 | $367.50 |
| Jason Goodman | Litigation Suppt Cons | 12 years | Litigation - General | 360.00 | 1.00 | $360.00 |
| Antonio Soto | Litigation Suppt Cons | 10 years | Litigation - General | 360.00 | 0.50 | $180.00 |
| Michael Chan | Other | 10 months | Admin Services | 220.00 | 25.00 | $5,500.00 |
| Stephen Garoutte | Other | 6 years | Admin Services | 280.00 | 11.00 | $3,080.00 |
| Allison Graybill | Other | 4.5 years | Admin Services | 280.00 | 17.70 | $4,956.00 |
| Kenneth Sampson | Other | 5 years | Admin Services | 280.00 | 19.50 | $5,460.00 |
| Elizabeth Burns | Paralegal | 12 years | Corporate - General | 410.00 | 1.00 | $410.00 |
| Michael S. Fellner | Paralegal | 9.5 years | Litigation - General | 340.00 | 6.00 | $2,040.00 |
| Travis Lagenkamp | Paralegal | 12.5 years | Litigation - General | 410.00 | 0.20 | $82.00 |
| Robert Orren | Paralegal | 7 years | Restructuring | 380.00 | 25.40 | $9,652.00 |
| Meghan Rishel | Paralegal | 1 year | Litigation - General | 340.00 | 33.00 | $11,220.00 |
| Kenneth Sturek | Paralegal | 16 years | Litigation - General | 410.00 | 42.50 | $17,425.00 |
| Charlotte Willingham | Paralegal | 2 years | Corporate - General | 310.00 | 3.30 | $1,023.00 |
| Lib Document Retrieval | Research Specialist | N/A | Admin Services | 255.00 | 0.50 | $127.50 |
| Joshua Urban | Trial Tech Specialist | 4 years | Litigation - General | 345.00 | 1.60 | $552.00 |
| **Grand Total** | | | | | **192.70** | **$63,125.00** |
| | | | **Total Fees Requested** | | **1,839.70** | **$1,682,407.00** |