# **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

# ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Third Party Telephone Charges | $755.81 |
| Standard Copies or Prints | $1,157.40 |
| Color Copies or Prints | $1,327.50 |
| Overnight Delivery | $77.81 |
| Overnight Delivery - Refund | -$8.01 |
| Outside Messenger Services | $210.15 |
| Local Transportation | $164.59 |
| Travel Expense | $7,216.14 |
| Airfare | $8,577.57 |
| Transportation to/from airport | $1,294.80 |
| Travel Meals | $652.55 |
| Other Travel Expenses | $125.56 |
| Court Reporter Fee/Deposition | $1,901.50 |
| Other Court Costs and Fees | $235.00 |
| Professional Fees | $21.11 |
| Outside Printing Services | $21,595.00 |
| Outside Copy/Binding Services | $79.40 |
| Catering Expenses | $36.00 |
| Outside Retrieval Service | $324.00 |
| Computer Database Research | $273.99 |
| Westlaw Research | $2,957.93 |
| Overtime Transportation | $102.88 |
| Overtime Meals - Attorney | $188.91 |
| Rental Expenses | $2,916.39 |
| **Total:** | **$52,183.98** |