## EXHIBIT D

## Detailed Description of Expenses and Disbursements

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022

FEIN 36-1326630

April 2, 2018

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX 75201

Attention: Stephanie Zapata Moore

**Invoice Number: 5318745**
**Client Matter: 14356-109**

---

**In the matter of   [ALL E-SIDE] Expenses**

For legal services rendered through February 28, 2018
(see attached Description of Legal Services for detail)                                         $ .00

For expenses incurred through February 28, 2018
(see attached Description of Expenses for detail)                                        $ 52,183.98

Total legal services rendered and expenses incurred                                        $ 52,183.98

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

| Description | Amount |
|---|---:|
| Third Party Telephone Charges | 755.81 |
| Standard Copies or Prints | 1,157.40 |
| Color Copies or Prints | 1,327.50 |
| Overnight Delivery | 77.81 |
| Overnight Delivery - Refund | -8.01 |
| Outside Messenger Services | 210.15 |
| Local Transportation | 164.59 |
| Travel Expense | 7,216.14 |
| Airfare | 8,577.57 |
| Transportation to/from airport | 1,294.80 |
| Travel Meals | 652.55 |
| Other Travel Expenses | 125.56 |
| Court Reporter Fee/Deposition | 1,901.50 |
| Other Court Costs and Fees | 235.00 |
| Professional Fees | 21.11 |
| Outside Printing Services | 21,595.00 |
| Outside Copy/Binding Services | 79.40 |
| Catering Expenses | 36.00 |
| Outside Retrieval Service | 324.00 |
| Computer Database Research | 273.99 |
| Westlaw Research | 2,957.93 |
| Overtime Transportation | 102.88 |
| Overtime Meals - Attorney | 188.91 |
| Rental Expenses | 2,916.39 |

TOTAL EXPENSES $ 52,183.98

## Description of Expenses

### Third Party Telephone Charges

| Date | Description | Amount |
|------|-------------|--------|
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with K&E Working Group | 11.25 |
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with B. Stephany | 1.36 |
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with B. Stephany, L. Esayian, A. Terteryan | 2.83 |
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with B. Stephany, A. Yenamandra | 1.95 |
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with K&E working group | 5.05 |
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with B. Stephany | 0.01 |
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with D. Hogan and B. Stephany | 1.37 |
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with B. Stephany, J. Sowa and A. Terteryan | 2.37 |
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with B. Stephany and J. Sowa | 2.19 |
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with K&E Working Group | 4.62 |
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with K&E Working Group | 2.16 |
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with Company, B. Stephany, J. Madron and R. Nelson | 2.55 |
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with E. Brown | 0.98 |

| | | |
|---|---|---|
| 11/30/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with K&E Working Group | 1.65 |
| 12/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with Company, E. Slaughter and K&E working group | 1.89 |
| 12/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with counter-party counsel | 8.27 |
| 12/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with K&E Working Group | 2.25 |
| 12/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with K&E Working Group | 1.55 |
| 12/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with team | 0.01 |
| 12/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with K&E Working Group | 2.52 |
| 12/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with K&E working group | 2.61 |
| 12/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with BraunHagey and K&E teams | 11.07 |
| 12/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with M. McKane, B. Stephany, J. Sowa and A. Yenamandra | 3.13 |
| 12/31/17 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with J. Sowa and A. Terteryan | 2.37 |
| 1/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - PO BOX 281866 (TP), Teleconference, Telephone conference(s) | 8.68 |
| 1/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls | 66.59 |
| 1/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Teleconference Fees | 20.05 |
| 1/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls with client and outside counsel. | 12.36 |
| 1/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conference with clients. | 34.59 |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 1/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Conference calls | 1.72 |
| 1/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Conference calls | 1.29 |
| 1/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with K&E Working Group | 5.64 |
| 1/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with K&E Working Group | 3.54 |
| 1/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with J. Sowa and A. Terteryan | 3.43 |
| 1/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with K&E Working Group | 4.55 |
| 1/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with K&E Working Group | 4.61 |
| 1/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with D. Hogan, K. Kelleher, B. Stephany and J. Madran | 3.10 |
| 1/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with J. Sowa and A. Terteryan | 1.40 |
| 1/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with D. Hogan, L. Kelleher, J. Madran, B. Stephany, J. Sowa and A. Terteryan | 3.62 |
| 1/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with E. Slaughter and L. Esayian | 1.48 |
| 1/31/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, conf calls | 23.66 |
| 2/14/18 | Anna Terteryan, Internet, Wi-fi on the plane. Confirmation Hearing. | 11.99 |
| 2/14/18 | McClain Thompson, Internet, Attend Confirmation prep | 8.00 |
| 2/16/18 | Anna Terteryan, Internet, Wi-fi on the plane. Confirmation Hearing. | 13.99 |
| 2/27/18 | Robert Orren, Teleconference, Telephonic appearance for court hearing charge - Nacif Taousse appearance | 226.00 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls with clients. | 70.83 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference calls for David Thompson | 1.41 |

| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Teleconference | 29.04 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Meet and Confer Call | 0.16 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call re confirmation issues | 1.53 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with K&E working group | 5.57 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call re effective date issues | 0.47 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with K&E working group | 1.72 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call | 0.47 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with working group | 4.67 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call | 0.04 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call | 1.82 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with K&E working group | 5.95 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with K&E working group | 4.97 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call | 0.01 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call re confirmation brief | 0.96 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call re confirmation testimony | 12.84 |

      109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call | 0.06 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone Conference Call with K&E working group | 7.20 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Telephone conference. | 10.36 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Telephone conferences with client and outside counsel. | 18.81 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference call on 2-06-2018. | 2.03 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - 15272 COLLECTIONS CENTER DRIVE (TP), Teleconference, Conference call on 2-14-2018. | 1.59 |
| 3/02/18 | Robert Orren, Teleconference, Telephonic appearance fee for court hearing on 2/27/2018 for Nacif Taousse | 37.00 |
| | **Total:** | **755.81** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Standard Copies or Prints

| Date | Description | Amount |
|------|-------------|-------:|
| 1/19/18 | Standard Prints | 1.50 |
| 2/01/18 | Standard Prints | 1.30 |
| 2/01/18 | Standard Prints | 0.40 |
| 2/02/18 | Standard Copies or Prints | 10.20 |
| 2/02/18 | Standard Prints | 0.20 |
| 2/05/18 | Standard Prints | 18.10 |
| 2/05/18 | Standard Prints | 5.90 |
| 2/05/18 | Standard Prints | 0.20 |
| 2/05/18 | Standard Prints | 5.70 |
| 2/05/18 | Standard Prints | 0.90 |
| 2/05/18 | Standard Prints | 20.40 |
| 2/06/18 | Standard Prints | 1.40 |
| 2/06/18 | Standard Prints | 1.00 |
| 2/06/18 | Standard Prints | 5.30 |
| 2/07/18 | Standard Prints | 10.50 |
| 2/07/18 | Standard Prints | 13.30 |
| 2/08/18 | Standard Prints | 2.70 |
| 2/08/18 | Standard Prints | 11.90 |
| 2/08/18 | Standard Prints | 0.10 |
| 2/08/18 | Standard Prints | 0.50 |
| 2/12/18 | Standard Prints | 17.50 |
| 2/12/18 | Standard Prints | 0.10 |
| 2/12/18 | Standard Prints | 1.00 |
| 2/12/18 | Standard Prints | 13.10 |
| 2/12/18 | Standard Prints | 0.50 |
| 2/13/18 | Standard Prints | 3.40 |
| 2/13/18 | Standard Prints | 6.70 |
| 2/13/18 | Standard Prints | 6.80 |
| 2/13/18 | Standard Prints | 0.40 |
| 2/14/18 | Standard Prints | 2.30 |
| 2/14/18 | Standard Prints | 5.10 |
| 2/14/18 | Standard Prints | 4.30 |
| 2/15/18 | Standard Prints | 8.30 |
| 2/15/18 | Standard Prints | 7.20 |
| 2/15/18 | Standard Prints | 7.90 |
| 2/15/18 | Standard Prints | 14.20 |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 2/15/18 | Standard Prints | 1.40 |
| 2/16/18 | Standard Prints | 3.90 |
| 2/16/18 | Standard Prints | 14.90 |
| 2/16/18 | Standard Prints | 8.70 |
| 2/16/18 | Standard Prints | 16.10 |
| 2/16/18 | Standard Prints | 15.60 |
| 2/16/18 | Standard Prints | 0.40 |
| 2/16/18 | Standard Prints | 1.60 |
| 2/16/18 | Standard Prints | 2.00 |
| 2/20/18 | Standard Prints | 3.70 |
| 2/20/18 | Standard Prints | 9.40 |
| 2/20/18 | Standard Prints | 5.00 |
| 2/20/18 | Standard Prints | 1.10 |
| 2/21/18 | Standard Prints | 0.30 |
| 2/21/18 | Standard Prints | 26.80 |
| 2/21/18 | Standard Prints | 0.30 |
| 2/21/18 | Standard Prints | 2.30 |
| 2/21/18 | Standard Prints | 7.20 |
| 2/21/18 | Standard Prints | 3.00 |
| 2/21/18 | Standard Prints | 2.40 |
| 2/21/18 | Standard Prints | 711.30 |
| 2/22/18 | Standard Prints | 11.60 |
| 2/23/18 | Standard Prints | 1.40 |
| 2/27/18 | Standard Prints | 13.80 |
| 2/27/18 | Standard Prints | 0.10 |
| 2/27/18 | Standard Prints | 0.60 |
| 2/27/18 | Standard Prints | 0.30 |
| 2/27/18 | Standard Prints | 0.30 |
| 2/27/18 | Standard Prints | 0.40 |
| 2/27/18 | Standard Prints | 2.80 |
| 3/01/18 | Standard Prints | 2.60 |
| 3/01/18 | Standard Prints | 1.10 |
| 3/01/18 | Standard Prints | 0.40 |
| 3/02/18 | Standard Prints | 9.40 |
| 3/02/18 | Standard Prints | 1.00 |
| 3/05/18 | Standard Prints | 0.10 |
| 3/05/18 | Standard Prints | 0.10 |
| 3/05/18 | Standard Prints | 10.00 |
| 3/05/18 | Standard Prints | 2.00 |
| 3/05/18 | Standard Prints | 3.70 |
| 3/05/18 | Standard Copies or Prints | 14.00 |
| 3/06/18 | Standard Prints | 6.40 |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 3/06/18 | Standard Prints | 0.30 |
| 3/06/18 | Standard Prints | 1.00 |
| 3/06/18 | Standard Prints | 0.10 |
| 3/07/18 | Standard Prints | 6.40 |
| 3/07/18 | Standard Prints | 0.90 |
| 3/08/18 | Standard Prints | 3.00 |
| 3/08/18 | Standard Prints | 2.10 |
| 3/08/18 | Standard Prints | 1.50 |
| 3/08/18 | Standard Prints | 1.00 |
| 3/08/18 | Standard Prints | 6.40 |
| 3/08/18 | Standard Prints | 3.00 |
| 3/09/18 | Standard Prints | 1.20 |
| 3/09/18 | Standard Prints | 0.70 |
| | **Total:** | **1,157.40** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
 109 - [ALL E-SIDE] Expenses

## **Description of Expenses**

### **Color Copies or Prints**

| **Date** | **Description** | **Amount** |
|---|---|---|
| 2/01/18 | Color Prints | 1.20 |
| 2/01/18 | Color Prints | 0.30 |
| 2/01/18 | Color Prints | 0.30 |
| 2/01/18 | Color Prints | 0.30 |
| 2/01/18 | Color Prints | 0.60 |
| 2/02/18 | Color Prints | 0.30 |
| 2/05/18 | Color Prints | 2.40 |
| 2/05/18 | Color Prints | 0.60 |
| 2/05/18 | Color Prints | 0.60 |
| 2/05/18 | Color Prints | 0.60 |
| 2/05/18 | Color Prints | 0.60 |
| 2/05/18 | Color Prints | 3.00 |
| 2/05/18 | Color Prints | 2.10 |
| 2/05/18 | Color Prints | 1.20 |
| 2/05/18 | Color Prints | 1.80 |
| 2/05/18 | Color Prints | 4.20 |
| 2/05/18 | Color Prints | 1.20 |
| 2/05/18 | Color Prints | 0.60 |
| 2/05/18 | Color Prints | 2.10 |
| 2/05/18 | Color Prints | 0.90 |
| 2/05/18 | Color Prints | 0.30 |
| 2/06/18 | Color Prints | 2.10 |
| 2/06/18 | Color Prints | 4.50 |
| 2/06/18 | Color Prints | 2.10 |
| 2/06/18 | Color Prints | 2.10 |
| 2/06/18 | Color Prints | 3.60 |
| 2/06/18 | Color Prints | 1.50 |
| 2/06/18 | Color Prints | 0.60 |
| 2/06/18 | Color Prints | 4.50 |
| 2/06/18 | Color Prints | 0.30 |
| 2/07/18 | Color Prints | 0.90 |
| 2/07/18 | Color Prints | 12.00 |
| 2/07/18 | Color Prints | 1.20 |
| 2/07/18 | Color Prints | 0.60 |
| 2/07/18 | Color Prints | 0.60 |
| 2/07/18 | Color Prints | 17.10 |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 2/08/18 | Color Prints | 0.60 |
| 2/08/18 | Color Prints | 5.70 |
| 2/08/18 | Color Prints | 3.60 |
| 2/08/18 | Color Prints | 2.40 |
| 2/08/18 | Color Prints | 0.30 |
| 2/08/18 | Color Prints | 43.50 |
| 2/12/18 | Color Prints | 0.30 |
| 2/12/18 | Color Prints | 1.50 |
| 2/12/18 | Color Prints | 0.90 |
| 2/12/18 | Color Prints | 0.30 |
| 2/12/18 | Color Prints | 0.60 |
| 2/12/18 | Color Prints | 0.60 |
| 2/12/18 | Color Prints | 2.10 |
| 2/12/18 | Color Prints | 0.60 |
| 2/12/18 | Color Prints | 3.30 |
| 2/12/18 | Color Prints | 0.90 |
| 2/12/18 | Color Prints | 4.20 |
| 2/12/18 | Color Prints | 4.20 |
| 2/12/18 | Color Prints | 0.30 |
| 2/12/18 | Color Prints | 4.20 |
| 2/12/18 | Color Prints | 1.50 |
| 2/12/18 | Color Prints | 0.60 |
| 2/12/18 | Color Prints | 1.20 |
| 2/12/18 | Color Prints | 30.00 |
| 2/12/18 | Color Prints | 0.30 |
| 2/12/18 | Color Prints | 16.80 |
| 2/12/18 | Color Prints | 8.70 |
| 2/12/18 | Color Prints | 0.30 |
| 2/12/18 | Color Prints | 16.80 |
| 2/12/18 | Color Prints | 1.20 |
| 2/13/18 | Color Prints | 0.30 |
| 2/13/18 | Color Prints | 0.30 |
| 2/13/18 | Color Prints | 2.40 |
| 2/13/18 | Color Prints | 2.70 |
| 2/13/18 | Color Prints | 2.10 |
| 2/13/18 | Color Prints | 1.50 |
| 2/13/18 | Color Prints | 2.10 |
| 2/13/18 | Color Prints | 1.50 |
| 2/13/18 | Color Prints | 3.00 |
| 2/14/18 | Color Prints | 2.40 |
| 2/14/18 | Color Prints | 0.60 |
| 2/14/18 | Color Prints | 2.10 |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 2/14/18 | Color Prints | 2.40 |
| 2/14/18 | Color Prints | 1.80 |
| 2/14/18 | Color Prints | 2.40 |
| 2/14/18 | Color Prints | 0.60 |
| 2/14/18 | Color Prints | 0.90 |
| 2/14/18 | Color Prints | 1.20 |
| 2/14/18 | Color Prints | 7.20 |
| 2/16/18 | Color Prints | 0.60 |
| 2/16/18 | Color Prints | 6.60 |
| 2/20/18 | Color Prints | 3.30 |
| 2/20/18 | Color Prints | 1.80 |
| 2/20/18 | Color Prints | 0.60 |
| 2/20/18 | Color Prints | 1.20 |
| 2/20/18 | Color Prints | 0.90 |
| 2/20/18 | Color Prints | 0.30 |
| 2/21/18 | Color Prints | 0.90 |
| 2/21/18 | Color Prints | 2.40 |
| 2/21/18 | Color Prints | 0.60 |
| 2/21/18 | Color Prints | 2.40 |
| 2/21/18 | Color Prints | 1.80 |
| 2/21/18 | Color Prints | 1.80 |
| 2/21/18 | Color Prints | 0.60 |
| 2/21/18 | Color Prints | 0.60 |
| 2/21/18 | Color Prints | 2.70 |
| 2/21/18 | Color Prints | 0.90 |
| 2/21/18 | Color Prints | 2.10 |
| 2/21/18 | Color Prints | 1.80 |
| 2/21/18 | Color Prints | 4.20 |
| 2/21/18 | Color Prints | 3.30 |
| 2/21/18 | Color Prints | 2.10 |
| 2/21/18 | Color Prints | 8.40 |
| 2/21/18 | Color Prints | 2.10 |
| 2/21/18 | Color Prints | 2.70 |
| 2/21/18 | Color Prints | 0.90 |
| 2/21/18 | Color Prints | 0.90 |
| 2/21/18 | Color Prints | 13.80 |
| 2/21/18 | Color Prints | 0.30 |
| 2/21/18 | Color Prints | 0.90 |
| 2/21/18 | Color Prints | 6.00 |
| 2/21/18 | Color Prints | 5.40 |
| 2/21/18 | Color Prints | 821.10 |
| 2/23/18 | Color Prints | 57.00 |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 2/23/18 | Color Prints | 4.20 |
| 2/27/18 | Color Prints | 0.60 |
| 2/27/18 | Color Prints | 4.50 |
| 2/27/18 | Color Prints | 5.40 |
| 2/27/18 | Color Prints | 13.20 |
| 3/06/18 | Color Prints | 24.30 |
| 3/06/18 | Color Prints | 1.50 |
| 3/06/18 | Color Prints | 30.00 |
| 3/07/18 | Color Prints | 3.60 |
| 3/07/18 | Color Prints | 3.30 |
| | **Total:** | **1,327.50** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overnight Delivery

| Date | Description | Amount |
|------|-------------|-------:|
| 2/16/18 | Overnight Delivery, Fed Exp to:TONY HORTON, COLLEYVILLE,TX from:MAILROOM | 40.34 |
| 2/16/18 | Overnight Delivery, Fed Exp to:ANDY WRIGHT,DALLAS, TX from:MAILROOM | 37.47 |
| | **Total:** | **77.81** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overnight Delivery - Refund

| Date | Description | Amount |
|------|-------------|-------:|
| 2/20/18 | Overnight Delivery - Refund | (8.01) |
| | **Total:** | **(8.01)** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Outside Messenger Services

| Date | Description | Amount |
|------|-------------|--------|
| 2/27/18 | E-PARCELS INC - PO BOX 646 (NT), Outside Messenger Service, Courier service for materials delivered to courtroom for confirmation hearing. | 122.50 |
| 2/27/18 | E-PARCELS INC - PO BOX 646 (NT), Outside Messenger Service, Courier service for materials picked up from confirmation hearing and delivered back to local counsel office. | 87.65 |
| | **Total:** | **210.15** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Local Transportation**

| Date | Description | Amount |
|------|-------------|-------:|
| 2/25/18 | McClain Thompson, Taxi, Car to Penn Station | 9.83 |
| 2/25/18 | McClain Thompson, Taxi, Car from Wilmington train station to office | 7.52 |
| 2/25/18 | Patrick Venter, Taxi, Cab to Penn Station. Attend court hearing. | 11.08 |
| 2/25/18 | Jonathan Ganter, Taxi, Confirmation Hearing | 15.57 |
| 2/26/18 | Rebecca Chaikin, Taxi, Taxi from train station to hotel. | 10.00 |
| 2/26/18 | Patrick Venter, Taxi, Attend court hearing. | 8.30 |
| 2/26/18 | Patrick Venter, Taxi, Attend court hearing. | 8.07 |
| 2/26/18 | Jonathan Ganter, Taxi, Confirmation Hearing | 8.00 |
| 2/27/18 | Rebecca Chaikin, Taxi, Taxi to train station. | 10.00 |
| 2/27/18 | McClain Thompson, Taxi, Prepare for and participate in confirmation hearing | 11.75 |
| 2/27/18 | McClain Thompson, Taxi, Car to Wilmington train station | 7.65 |
| 2/27/18 | Patrick Venter, Taxi, To Rail station. Attend court hearing. | 6.66 |
| 2/27/18 | Patrick Venter, Taxi, From Penn Station to home. Attend court hearing. Attached Credit card receipt. | 20.76 |
| 2/27/18 | Jonathan Ganter, Taxi, Confirmation Hearing | 15.28 |
| 2/27/18 | Jonathan Ganter, Taxi, Confirmation Hearing | 14.12 |
| | **Total:** | **164.59** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Expense

| Date | Description | Amount |
|------|-------------|-------:|
| 1/08/18 | Mark McKane, Lodging, Wilmington, DE 01/07/2018 to 01/08/2018, Hearing | 339.90 |
| 2/14/18 | Anna Terteryan, Lodging, Chicago, IL 02/14/2018 to 02/16/2018, Confirmation Hearing. | 221.89 |
| 2/15/18 | Anna Terteryan, Lodging, Chicago, IL 02/14/2018 to 02/16/2018, Confirmation Hearing. | 221.89 |
| 2/15/18 | McClain Thompson, Lodging, Chicago 02/14/2018 to 02/14/2018, Attend Confirmation prep | 344.01 |
| 2/15/18 | McClain Thompson, Lodging, Chicago 02/15/2018 to 02/15/2018, Attend Confirmation prep | 245.53 |
| 2/18/18 | Jonathan Ganter, Lodging, The Langham - Chicago, IL 02/14/2018 to 02/18/2018, Witness Prep | 934.52 |
| 2/24/18 | Justin Sowa, Lodging, Wilmington, DE 02/24/2018 to 02/27/2018, Confirmation Hearing. | 284.90 |
| 2/24/18 | Anna Terteryan, Lodging, Wilmington, DE 02/24/2018 to 02/27/2018, Confirmation Hearing. | 284.90 |
| 2/25/18 | Patrick Venter, Lodging, DE 03/25/2018 to 03/27/2018, Attend court hearing. | 284.90 |
| 2/25/18 | Justin Sowa, Lodging, Wilmington, DE 02/24/2018 to 02/27/2018, Confirmation Hearing. | 284.90 |
| 2/25/18 | Anna Terteryan, Lodging, Wilmington, DE 02/24/2018 to 02/27/2018, Confirmation Hearing. | 284.90 |
| 2/26/18 | Patrick Venter, Lodging, DE 03/25/2018 to 03/27/2018, Attend court hearing. | 284.90 |
| 2/26/18 | Justin Sowa, Lodging, Wilmington, DE 02/24/2018 to 02/27/2018, Confirmation Hearing. | 284.90 |
| 2/26/18 | Anna Terteryan, Lodging, Wilmington, DE 02/24/2018 to 02/27/2018, Confirmation Hearing. | 284.90 |
| 2/27/18 | Rebecca Chaikin, Lodging, Wilmington 02/25/2018 to 02/27/2018, Hotel. | 569.80 |
| 2/27/18 | McClain Thompson, Lodging, Wilmington DE 02/25/2018 to 02/25/2018, Prepare for and participate in confirmation hearing | 284.90 |
| 2/27/18 | McClain Thompson, Lodging, Wilmington DE 02/26/2018 to 02/26/2018, Prepare for and participate in confirmation hearing | 284.90 |
| 2/27/18 | Ken Sturek, Lodging, Wilmington, Delaware 02/25/2018 to 02/27/2018, Support litigation trial team at Confirmation hearing. | 350.00 |
| 2/27/18 | Aparna Yenamandra, Lodging, Wilmington, DE 02/25/2018 to 02/27/2018, Attend hearing. | 569.80 |
| 2/27/18 | Jonathan Ganter, Lodging, Wilmington, DE 02/25/2018 to 02/27/2018, Confirmation Hearing | 569.80 |
| | **Total:** | **7,216.14** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Airfare

| Date | Description | Amount |
|---|---|---:|
| 1/03/18 | Mark McKane, Airfare, Philadelphia, PA 01/07/2018 to 01/07/2018, Hearing SFO to PHL | 909.88 |
| 1/03/18 | Mark McKane, Agency Fee, Hearing | 58.00 |
| 1/08/18 | Mark McKane, Rail, New York, NY 01/08/2018 to 01/08/2018, Hearing | 113.00 |
| 1/08/18 | Mark McKane, Agency Fee, Hearing | 58.00 |
| 2/09/18 | Anna Terteryan, Airfare, Chicago, IL 02/14/2018 to 02/16/2018, Confirmation Hearing. SFO to ORD to LAX | 955.76 |
| 2/09/18 | Anna Terteryan, Agency Fee, Confirmation Hearing. | 58.00 |
| 2/12/18 | McClain Thompson, Airfare, Chicago 02/14/2018 to 02/14/2018, Attend Confirmation prep, LGA to MDW | 458.98 |
| 2/12/18 | Jonathan Ganter, Airfare, Chicago, IL 07/14/2018 to 07/18/2018, Witness Prep, DCA to ORD to DCA | 738.60 |
| 2/12/18 | Jonathan Ganter, Agency Fee, Witness Prep | 58.00 |
| 2/15/18 | McClain Thompson, Airfare, Newark 02/15/2018 to 02/15/2018, Attend Confirmation prep, LGA to MDW | 458.98 |
| 2/21/18 | Anna Terteryan, Airfare, Philadelphia, PE 02/24/2018 to 02/28/2018, Confirmation Hearing, SFO to PHL to SFO | 1,819.77 |
| 2/21/18 | Anna Terteryan, Agency Fee, Confirmation Hearing. | 21.00 |
| 2/22/18 | Justin Sowa, Airfare, Philadelphia, PE 02/24/2018 to 02/28/2018, Confirmation Hearing, SFO to PHL to SFO | 1,596.60 |
| 2/22/18 | Justin Sowa, Agency Fee, Confirmation Hearing. | 21.00 |
| 2/23/18 | McClain Thompson, Rail, Wilmington, DE 02/25/2018 to 02/25/2018, Prepare for and participate in confirmation hearing | 113.00 |
| 2/23/18 | Aparna Yenamandra, Rail, Wilmington, DE 02/25/2018 to 02/25/2018, Attend hearing. | 113.00 |
| 2/23/18 | Aparna Yenamandra, Agency Fee, Attend hearing. | 58.00 |
| 2/25/18 | Rebecca Chaikin, Rail, Wilmington 02/25/2018 to 02/25/2018, Attend EFH hearing | 113.00 |
| 2/25/18 | Rebecca Chaikin, Agency Fee, Attend EFH hearing | 58.00 |
| 2/25/18 | Patrick Venter, Agency Fee, Attend court hearing | 58.00 |
| 2/25/18 | Patrick Venter, Rail, DE 02/25/2018 to 03/25/2018 Attend court hearing | 113.00 |
| 2/27/18 | Rebecca Chaikin, Rail, New York 02/27/2018 to 02/27/2018, Attend EFH hearing | 113.00 |
| 2/27/18 | Rebecca Chaikin, Agency Fee, Attend EFH hearing | 58.00 |
| 2/27/18 | McClain Thompson, Rail, New York 02/27/2018 to 02/27/2018, Prepare for and participate in confirmation hearing | 113.00 |
| 2/27/18 | Patrick Venter, Agency Fee, Attend court hearing | 58.00 |
| 2/27/18 | Patrick Venter, Rail, NY 03/27/2018 to 03/27/2018 Attend court hearing | 113.00 |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
     109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 2/27/18 | Aparna Yenamandra, Rail, New York 02/27/2018 to 03/27/2018, Attend hearing. | 113.00 |
| 2/27/18 | Aparna Yenamandra, Agency Fee, Attend hearing. | 58.00 |
| | **Total:** | **8,577.57** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Transportation to/from airport

| Date | Description | Amount |
|------|-------------|-------:|
| 9/29/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (TP), Transportation to/from Airport, MCKANE MARK EDWARD from Philadelphia Airport to WILMINGTON on 09/26/2017 | 125.00 |
| 12/15/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, MARC KIESELSTEIN pick up at Philadelphia Airport   Philadelphia PA and drop off at WILMINGTON 42 W 11TH STREET WILMINGTON DE | 125.00 |
| 12/15/17 | E-BOSTON COACH CORPORATION - PO BOX 33063 (NT), Transportation to/from Airport, BRYAN MATTHEW STEPHANY  pick up at Philadelphia Airport Philadelphia PA and drop off at WILMINGTON 42 W 11TH STREET WILMINGTON DE | 125.00 |
| 2/14/18 | McClain Thompson, Transportation To/From Airport, Attend Confirmation prep | 42.80 |
| 2/14/18 | McClain Thompson, Transportation To/From Airport, Attend Confirmation prep, New York, NY to LGA | 81.04 |
| 2/14/18 | Jonathan Ganter, Transportation To/From Airport, Witness Prep, Washington, DC to Arlington, VA | 44.50 |
| 2/14/18 | Jonathan Ganter, Transportation To/From Airport, Witness Prep, ORD to Chicago, IL | 81.81 |
| 2/15/18 | McClain Thompson, Transportation To/From Airport, Attend Confirmation prep, Chicago, IL to ORD | 64.31 |
| 2/15/18 | McClain Thompson, Transportation To/From Airport, Attend Confirmation prep, Newark Airport to New York, NY | 75.00 |
| 2/16/18 | Anna Terteryan, Transportation To/From Airport, Cab from hearing to airport. Confirmation Hearing. Chicago, IL to ORD | 51.00 |
| 2/16/18 | Anna Terteryan, Transportation To/From Airport, Cab from LAX from home. Confirmation Hearing. | 75.00 |
| 2/18/18 | Jonathan Ganter, Transportation To/From Airport, Witness Prep | 75.00 |
| 2/18/18 | Jonathan Ganter, Transportation To/From Airport, Witness Prep | 30.58 |
| 2/19/18 | E-CROWN CARS & LIMOUSINES - 2440 S WOLF ROAD (NT) Transportation to/from Airport, MCKANE/MARK EDWARD 02/14/2018 Chicago O'hare International Airport to 330 NORTH WABASH AVENUE CHICAGO IL 60611 | 75.00 |
| 2/19/18 | E-CROWN CARS & LIMOUSINES - 2440 S WOLF ROAD (NT) Transportation to/from Airport, MCKANE/MARK E 02/15/2018 300 North LaSalle Drive Chicago IL  to Chicago O'hare International Airport | 75.00 |
| 2/24/18 | Justin Sowa, Transportation To/From Airport, Lyft from home to SFO. Confirmation Hearing. | 73.76 |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

|  |  |  |
|---|---|---:|
| 2/26/18 | E-CROWN CARS & LIMOUSINES - 2440 S WOLF ROAD (NT) | 75.00 |
|  | Transportation to/from Airport, HUSNICK/CHAD JOHN 02/25/2018 747 BRENTWOOD COURT GLEN ELLYN IL 60137 to Chicago O'hare International Airport |  |
|  | **Total:** | **1,294.80** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Meals

| Date | Description | Amount |
|---|---|---|
| 2/14/18 | Anna Terteryan, Travel Meals, San Francisco, CA Confirmation Hearing. (1) Lunch | 18.52 |
| 2/14/18 | Anna Terteryan, Travel Meals, San Francisco, CA Confirmation Hearing. (1) Dinner | 21.98 |
| 2/14/18 | McClain Thompson, Travel Meals, Chicago Attend Confirmation prep (1) Dinner | 40.00 |
| 2/14/18 | McClain Thompson, Travel Meals, Chicago Attend Confirmation prep (1) Lunch | 15.61 |
| 2/14/18 | McClain Thompson, Travel Meals, Chicago Attend Confirmation prep (1) Lunch | 2.45 |
| 2/14/18 | McClain Thompson, Travel Meals, New York Attend Confirmation prep (1) Breakfast | 3.68 |
| 2/14/18 | McClain Thompson, Travel Meals, Chicago Attend Confirmation prep (1) Dinner | 3.46 |
| 2/14/18 | Jonathan Ganter, Travel Meals, Chicago, IL Witness Prep (1) Lunch | 22.13 |
| 2/14/18 | Jonathan Ganter, Travel Meals, Chicago, IL Witness Prep (1) Dinner | 100.00 |
| 2/15/18 | Anna Terteryan, Travel Meals, Chicago, IL Confirmation Hearing. (1) Dinner | 40.00 |
| 2/15/18 | McClain Thompson, Travel Meals, Chicago Attend Confirmation prep (1) Dinner | 7.30 |
| 2/16/18 | Jonathan Ganter, Travel Meals, Chicago, IL Witness Prep (1) Dinner | 40.00 |
| 2/17/18 | Jonathan Ganter, Travel Meals, The Langham - Chicago, IL Witness Prep | 40.00 |
| 2/24/18 | Justin Sowa, Travel Meals, Wilmington, DE Confirmation Hearing (1) Dinner | 39.00 |
| 2/24/18 | Anna Terteryan, Travel Meals, San Francisco, CA Confirmation Hearing (1) Lunch | 14.37 |
| 2/24/18 | Anna Terteryan, Travel Meals, San Francisco, CA Confirmation Hearing (1) Lunch | 29.57 |
| 2/24/18 | Anna Terteryan, Travel Meals, Wilmington, DE Confirmation Hearing (1) Dinner | 14.00 |
| 2/24/18 | Justin Sowa, Travel Meals, San Francisco, CA Confirmation Hearing (1) Breakfast | 11.79 |
| 2/25/18 | Rebecca Chaikin, Travel Meals, New York (1) Lunch | 3.47 |
| 2/25/18 | McClain Thompson, Travel Meals, New York Prepare for and participate in confirmation hearing (1) Breakfast | 2.71 |
| 2/25/18 | Ken Sturek, Travel Meals, Wilmington, Delaware Support litigation trial team at Confirmation hearing (1) Breakfast | 9.41 |
| 2/25/18 | Patrick Venter, Travel Meals, DE Attend court hearing (1) Dinner | 32.40 |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---|
| 2/26/18 | McClain Thompson, Travel Meals, Wilmington Car to Wilmington train station (1) Breakfast | 2.00 |
| 2/26/18 | Patrick Venter, Travel Meals, DE Attend court hearing (1) Dinner | 36.20 |
| 2/27/18 | Rebecca Chaikin, Travel Meals, Wilmington (1) Lunch | 2.99 |
| 2/27/18 | McClain Thompson, Travel Meals, Wilmington, DE Prepare for and participate in confirmation hearing (1) Breakfast | 6.57 |
| 2/27/18 | Patrick Venter, Travel Meals, DE Attend court hearing (1) Breakfast | 40.00 |
| 2/27/18 | Justin Sowa, Travel Meals, Phil International Airport Confirmation Hearing (1) Dinner | 12.94 |
| 2/27/18 | Chad Husnick, Travel Meals, New York, NY Restructuring (2) Dinner | 40.00 |
| | **Total:** | **652.55** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Other Travel Expenses**

| Date | Description | Amount |
|------|-------------|-------:|
| 2/25/18 | Ken Sturek, Mileage, Wilmington, Delaware 95.00 miles Support litigation trial team at Confirmation hearing. | 51.78 |
| 2/26/18 | Ken Sturek, Parking, Wilmington, Delaware Support litigation trial team at Confirmation hearing. | 22.00 |
| 2/26/18 | Ken Sturek, Mileage, Ellicott City, Maryland 95.00 miles Support litigation trial team at Confirmation hearing. | 51.78 |
| | **Total:** | **125.56** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Court Reporter Fee/Deposition

| Date | Description | Amount |
|------|-------------|--------|
| 2/28/18 | E-VERITEXT - PO BOX 71303 (NT), Court Reporter Deposition, Hearing transcript | 1,901.50 |
| | **Total:** | **1,901.50** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Other Court Costs and Fees**

| Date | Description | Amount |
|------|-------------|-------:|
| 2/22/18 | E-COURTCALL LLC - 6383 ARIZONA CIRCLE (NT), Court Costs and Fees, CourtCall for hearing on Thursday February 22nd, 2018 at 1:00pm ET | 37.00 |
| 2/26/18 | E-COURTCALL LLC - 6383 ARIZONA CIRCLE (NT), Court Costs and Fees, CourtCall for hearing on Monday, February 26th, 2018 at 10:00am ET | 198.00 |
| | **Total:** | **235.00** |

## Description of Expenses

**Professional Fees**

| Date | Description | Amount |
|------|-------------|-------:|
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Professional Fees, Teleconference Fees | 21.11 |
| | **Total:** | **21.11** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Outside Printing Services

| Date | Description | Amount |
|---|---|---|
| 10/02/17 | E-PARCELS INC - PO BOX 646 (NT), Outside Printing Services, Binders re Garabato and Hartley declarations. | 439.50 |
| 2/23/18 | E-PARCELS INC - PO BOX 646 (NT), Outside Printing Services, Cost of printing set of DX materials for submission in Court at confirmation hearing. | 16,697.20 |
| 2/23/18 | E-PARCELS INC - PO BOX 646 (NT), Outside Printing Services, Cost of printing stipulated trial exhibits from NextEra and Asbestos Objectors for submission at confirmation hearing. | 1,169.25 |
| 2/26/18 | E-PARCELS INC - PO BOX 646 (NT), Outside Printing Services, Cost of printing deposition designations for submission to court at confirmation hearing. | 1,046.05 |
| 2/26/18 | E-PARCELS INC - PO BOX 646 (NT), Outside Printing Services, Cost of printing witness binders for use at confirmation hearing. | 2,243.00 |
| | **Total:** | **21,595.00** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Outside Copy/Binding Services

| Date | Description | Amount |
|------|-------------|--------|
| 2/26/18 | E-PARCELS INC - PO BOX 646 (NT), Outside Copy/Binding, Cost of printing 2016 and 2017 Written Direct binders for submission at confirmation hearing. | 79.40 |
| | **Total:** | **79.40** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Catering Expenses

| Date | Description | Amount |
|------|-------------|-------:|
| 2/22/18 | E-EUREST DINING SERVICES (CAFE 300) - C/O BANK OF AMERICA ILLINOIS (TP), Catering Services, EFH on 1/31/2018 | 36.00 |
| | **Total:** | **36.00** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Outside Retrieval Service

| Date | Description | Amount |
|------|-------------|--------|
| 3/09/18 | E-CT CORPORATION - PO BOX 4349 (NT), Outside Retrieval Service, Cancellatio:  NCA Development Company LLC (TX) | 324.00 |
| | **Total:** | **324.00** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Computer Database Research

| Date | Description | Amount |
|------|-------------|-------:|
| 1/31/18 | E-LEXISNEXIS RISK SOLUTIONS - 28330 NETWORK PLACE (TP), Computer Database Research, Accurint Usage for 01/2018 by Gianina Pascariu | 11.99 |
| 2/09/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 1/10/2018 | 5.00 |
| 2/09/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 1/11/2018 | 18.00 |
| 2/09/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 1/16/2018 | 13.00 |
| 2/09/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Robert Orren on 1/29/2018 | 5.00 |
| 2/09/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 1/16/2018 | 32.00 |
| 2/09/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 1/2/2018 | 5.00 |
| 2/09/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 1/22/2018 | 19.00 |
| 2/09/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 1/25/2018 | 8.00 |
| 2/09/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 1/26/2018 | 8.00 |
| 2/09/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 1/3/2018 | 76.00 |
| 2/09/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 1/5/2018 | 8.00 |
| 2/09/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Aparna Yenamandra on 1/6/2018 | 60.00 |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
      109 - [ALL E-SIDE] Expenses

| | | | |
|---|---|---|---:|
| 2/09/18 | E-RESTRUCTURING CONCEPTS LLC - 8 EAST RANDOLPH STREET (NT), Computer Database Research, Chapter 11 Dockets Usage by Natasha Hwangpo on 1/24/2018 | | 5.00 |
| | **Total:** | | **273.99** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
   109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Westlaw Research

| Date | Description | Amount |
|------|-------------|-------:|
| 1/06/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 1/6/2018 | 108.35 |
| 1/07/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 1/7/2018 | 12.47 |
| 1/08/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SOWA,JUSTIN, 1/8/2018 | 15.62 |
| 1/08/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 1/8/2018 | 37.41 |
| 1/12/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 1/12/2018 | 12.47 |
| 1/24/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, PETRINO,MICHAEL, 1/24/2018 | 110.12 |
| 1/26/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, HARLAN,COLE, 1/26/2018 | 162.11 |
| 1/27/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, PETRINO,MICHAEL, 1/27/2018 | 128.47 |
| 1/28/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, PETRINO,MICHAEL, 1/28/2018 | 91.77 |
| 1/28/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, HARLAN,COLE, 1/28/2018 | 660.49 |
| 1/29/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, HARLAN,COLE, 1/29/2018 | 27.04 |
| 1/30/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, HARLAN,COLE, 1/30/2018 | 102.90 |
| 1/31/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 1/31/2018 | 56.38 |
| 1/31/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, HARLAN,COLE, 1/31/2018 | 49.88 |
| 2/07/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 2/7/2018 | 28.36 |
| 2/08/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 2/8/2018 | 28.36 |
| 2/12/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SOWA,JUSTIN, 2/12/2018 | 13.52 |
| 2/14/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 2/14/2018 | 359.66 |
| 2/15/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CHAIKIN,REBECCA, 2/15/2018 | 10.45 |

    109 - [ALL E-SIDE] Expenses

| | | |
|---|---|---:|
| 2/15/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, ORREN,ROBERT, 2/15/2018 | 10.45 |
| 2/15/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 2/15/2018 | 122.38 |
| 2/15/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 2/15/2018 | 10.45 |
| 2/16/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CALDWELL-MCMILLAN,SPENCER, 2/16/2018 | 101.22 |
| 2/16/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 2/16/2018 | 156.44 |
| 2/17/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, THOMPSON,MCCLAIN, 2/17/2018 | 10.45 |
| 2/17/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, VENTER,PATRICK, 2/17/2018 | 10.45 |
| 2/17/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 2/17/2018 | 28.36 |
| 2/19/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, CHAIKIN,REBECCA, 2/19/2018 | 20.89 |
| 2/22/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, ESAYIAN,LISA G, 2/22/2018 | 30.34 |
| 2/23/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, PETRINO,MICHAEL, 2/23/2018 | 47.19 |
| 2/24/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, YENAMANDRA,APARNA, 2/24/2018 | 52.23 |
| 2/25/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, PETRINO,MICHAEL, 2/25/2018 | 176.17 |
| 2/25/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, SOWA,JUSTIN, 2/25/2018 | 13.52 |
| 2/28/18 | THOMSON REUTERS - WEST PUBLISHING CORP, Westlaw Research, ESSER,MICHAEL, 2/28/2018 | 151.56 |
| | **Total:** | **2,957.93** |

      109 - [ALL E-SIDE] Expenses

## **Description of Expenses**

### **Overtime Transportation**

| Date | Description | Amount |
|------|-------------|-------:|
| 2/05/18 | Nacif Taousse, Taxi, OT Cab Fare | 14.30 |
| 2/06/18 | Nacif Taousse, Taxi, OT Cab Fare | 17.16 |
| 2/07/18 | Nacif Taousse, Taxi, OT Cab Fare | 15.00 |
| 2/15/18 | Patrick Venter, Taxi, OT Cab Fare | 12.96 |
| 2/17/18 | Nacif Taousse, Taxi, OT Cab Fare (worked 2/16 then left KE office 2/17 @ 1:32 AM) | 15.30 |
| 2/21/18 | Nacif Taousse, Taxi, OT Cab Fare | 15.80 |
| 2/21/18 | Patrick Venter, Taxi, OT Cab Fare | 12.36 |
| | **Total:** | **102.88** |

Legal Services for the Period Ending February 28, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Overtime Meals - Attorney

| Date | Description | Amount |
|------|-------------|--------|
| 1/20/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Sexton Anthony 01/16/2018 OT Meal | 15.67 |
| 2/04/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Chaikin Rebecca 02/04/2018 | 20.00 |
| 2/11/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Taousse Nacif 02/05/2018 | 20.00 |
| 2/11/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (NT), Overtime Meal - Attorney, Orren Robert 02/05/2018 | 20.00 |
| 2/18/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Venter Patrick 02/15/2018 | 20.00 |
| 2/18/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Chaikin Rebecca 02/15/2018 | 20.00 |
| 2/18/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Chaikin Rebecca 02/16/2018 | 20.00 |
| 2/22/18 | David Moore, Overtime Meals - Attorney, Overtime meal. | 20.00 |
| 2/25/18 | E-SEAMLESS NORTH AMERICA LLC - PO BOX 12470 (TP), Overtime Meal - Attorney, Chaikin Rebecca 02/19/2018 | 13.24 |
| 3/08/18 | David Moore, Overtime Meals - Attorney, Overtime meal. | 20.00 |
| | **Total:** | **188.91** |

    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Rental Expenses**

| Date | Description | Amount |
|------|-------------|--------|
| 3/06/18 | E-AQUIPT INC - PO BOX 37849 (TP), Rental Expenses RENTAL EXPENSES | 2,916.39 |
| | **Total:** | **2,916.39** |

 

**TOTAL EXPENSES**            **52,183.98**