# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
|  | ) **Re: D.I. 8069, 8173** |

## NOTICE OF SETTLEMENT OF PROOF OF CLAIM
## NUMBER 4364 FILED BY WILLIAM JEFFERY HERBERT

PLEASE TAKE NOTICE THAT, on April 29, 2014, each of the above-captioned debtors (collectively, the "Debtors"[2]), filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, §§ 101-1532, with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE THAT, on March 24, 2016, the Debtors filed the *Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 8069] (the "Claim Objection"[3]) with the Court.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Debtors include (i) Energy Future Holdings Corp. ("EFH Corp."), certain of its direct and indirect subsidiaries (together with EFH Corp., the "EFH Debtors"), Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors," and together with the EFH Debtors, the "EFH/EFIH Debtors"), and (ii) Energy Future Competitive Holdings Company LLC and each of its direct and direct subsidiaries that are Debtors in these chapter 11 cases (collectively, the "TCEH Debtors").

[3] On March 24, 2016, the Debtors also filed the *Declaration of Steven R. Kotarba, Managing*

RLF1 19101267v.1

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the Claim Objection, the Debtors objected to, among other claims, proof of claim number 4364 ("Claim No. 4364") asserted against Energy Future Holdings Corp. ("EFH"), one of the EFH/EFIH Debtors, by William Jeffery Herbert ("Herbert").

PLEASE TAKE FURTHER NOTICE THAT, on April 8, 2016, Herbert filed *William Jeffrey Herbert's Response to Debtors' Thirty-Ninth Omnibus (Substantive) Objection* [D.I. 8173] in response and opposition to the Objection.

PLEASE TAKE FURTHER NOTICE THAT, EFH Corporate Services Company ("Corporate Services"), one of the TCEH Debtors, and Herbert subsequently agreed (*see* D.I. 12231) that Claim No. 4364 was improperly asserted against EFH, and that liability, if any, with respect to Claim No. 4364 is held at Corporate Services.

PLEASE TAKE FURTHER NOTICE THAT, on August 29, 2016, the Court entered an order confirming the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code* (as amended, the "TCEH Plan") as it applies to the TCEH Debtors. *See Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [D.I. 9421]. The TCEH Debtors emerged from chapter 11 on October 3, 2016, and are no longer debtors in possession.[4] *See Notice of Entry of TCEH Confirmation Order and Occurrence of TCEH Effective Date* [D.I. 9742].

---

*Director with Alvarez & Marsal North America, LLC, in Support of the Debtors' Thirty-Ninth Omnibus (Substantive) Objection to Substantive Duplicate and No Liability Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 8070] in connection with, and in support of, the Claim Objection.

[4] On February 27, 2018, the Court entered the *Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC,*

2

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the TCEH Plan,

> Any Claim that has been paid or satisfied, or any Claim that has been amended or superseded, may be adjusted or expunged on the Claims Register by the Reorganized Debtors without a Claims objection having to be Filed and without any further notice to or action, order, or approval of the Bankruptcy Court.

*See* TCEH Plan at Art. VII(D).

PLEASE TAKE FURTHER NOTICE THAT, in accordance with the authority granted to it by the TCEH Plan, on or about March 1, 2018, Corporate Services entered into an agreement (the "Agreement") with Herbert providing for the full and final resolution and settlement of Claim No. 4364.

PLEASE TAKE FURTHER NOTICE THAT, pursuant to Article VII(D) of the TCEH Plan, the TCEH Debtors' claims agent, Epiq Bankruptcy Solutions LLC, has adjusted the Claims Register (as such term is defined in the TCEH Plan) to reflect that Claim No. 4364 is fully resolved and has been withdrawn.[5]

PLEASE TAKE FURTHER NOTICE THAT, in light of the entry into the Agreement, Corporate Services hereby provides notice to the Court and other parties-in-interest of the resolution of the Claim Objection as it relates to Claim No. 4364.

*[Remainder of page intentionally left blank.]*

---

*and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12763] pursuant to which the Court approved and confirmed the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, dated February 15, 2018 [D.I. 12653] (the "EFH/EFIH Plan") as it applies to the EFH/EFIH Debtors. The EFH/EFIH Debtors emerged from chapter 11 on March 9, 2018, and are no longer debtors in possession. See D.I. 12801.

[5] On March 20, 2018, Herbert also filed the *Notice of Withdrawal of Proof of Claim No. 4364 Filed By William Jeffery Herbert* [D.I. 12840] with the Court.

Dated: April 5, 2018
Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com
             aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

*Co-Counsel to the Reorganized TCEH Debtors*