## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 12843** |
|  | ) |  |

## THE APPELLEES' COUNTER-DESIGNATION OF
## ITEMS TO BE INCLUDED ON THE RECORD ON APPEAL

Pursuant to rule 8009 of the Federal Rules of Bankruptcy Procedure and rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the Reorganized EFH Debtors and the EFH Plan Administrator Board (together, the "Appellees"),[2] respectfully submit this designation of additional items to be included in the record in connection with the appeal of Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Robert Albini, individually and as successor-in-interest to the Estate of Gino Albini, and Denis Bergschneider (collectively, the "Appellants") from the *Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp.,*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Appellants have objected to the EFH Plan Administrator Board's participation as a party in the appeal. Despite repeated attempts by the EFH Plan Administrator Board to address this issue consensually, the Appellants have left the EFH Plan Administrator Board with no choice but to file a motion regarding their status as a party.

*Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, dated February 27, 2018 [D.I. 12763] of the United States Bankruptcy Court for the District of Delaware (the "Court") (Sontchi, J.).

### Designation of Additional Items to be Included in the Record on Appeal[3]

On March 23, 2018, the Appellants filed a *Statement of Issues on Appeal, Certificate Regarding Transcripts, and Designation of Items to Be Included on the Record on Appeal* [D.I. 12843]. In addition to those items designated by the Appellants, the Appellees designate:

(a)    The following docketed items in *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (CSS) (Bankr. D. Del.):

| D.I. | Date | Description |
|------|------|-------------|
| **2570** | 10/27/2014 | Notice of Appointment of Committee of Unsecured Creditors |
| **3313** | 1/15/2015 | First Amended Notice of Appointment of Committee of Unsecured Creditors |
| **4159** | 4/14/2015 | Order (A) Authorizing The Retention And Employment Of Kinsella Media, LLC As Asbestos Noticing Expert To The EFH Official Committee Nunc Pro Tune To March 27, 2015 And (B) Waiving Certain Information Requirements |
| **4404** | 5/5/2015 | Notice of Service of "Debtors' Response and Objections to EFH Official Committee of First Set of Interrogatories to Debtors" Filed by Energy Future Holdings Corp. |
| **4713** | 6/8/2015 | Notice of Service of "Debtors' First Supplemental Responses and Objections to EFH Official Committee First Set of Interrogatories to Debtors" |
| **4983** | 7/13/2015 | Debtors' Reply to the Objection of the EFH Official Committee to the Debtors Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof |

---

[3] All items designated herein include all exhibits, schedules, attachments, and other documents included within each docket entry for such item. The Appellees reserve the right to amend this designation of additional items to be included in the record on appeal. It is the Appellees' understanding and belief that all items designated by the Appellants include all exhibits and other documents included within each entry for such item. If this is incorrect, the Appellees hereby designate all exhibits and other documents related to the documents designated by the Appellants.

| D.I. | Date | Description |
|------|------|-------------|
| **5191** | 7/1/2015 | Joinder of Shirley Fenicle, as Successor-In-Interest To The Estate of George Fenicle, and David William Fahy To the Motion of Charlotte and Curtis Liberda to Appoint Legal Representative |
| **5937** | 9/11/2015 | Affidavit/Declaration of Service (of Konstantina Haidopoulos re: Order (A) Setting Bar Date For Filing Asbestos Proofs of Claim, (B) Approving The Form of and Manner For Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof) |
| **6342** | 10/6/2015 | Notice of Interlocutory Appeal Pursuant to 28 U.S.C. Section 158 and Federal Rules of Bankruptcy Procedure 8002 and 8003 |
| **8012** | 3/16/2016 | Stipulation and Order Granting Late-Filed Claim Forms of Certain Asbestos-Injury Claimants |
| **9209** | 8/8/2016 | Objection to the Second Amended Joint Plan of Reorganization of Energy Future Holding Corp. et al, Pursuant to Chapter 11 of The Bankruptcy Code, dated June 26, 2016 |
| **9459** | 9/1/2016 | Notice of Service of Second Document Requests of Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, David William Fahy, and John H. Jones to Debtors in Connection with Confirmation of the Debtors New Joint Plan of Reorganization |
| **9565** | 9/16/2016 | Notice of Service of (1) Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, David William Fahy, and John H. Jones Supplemental Notice of Deposition to Debtors Pursuant to Rule 30(b)(6); (2) Notice of Deposition of NextEra Energy, Inc., and NextEra Energy Capital Holdings, Inc., Pursuant to Rule 30(b)(6) by Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, David William Fahy, and John H. Jones; (3) Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, David William Fahy, and John H. Jones Notice of Deposition and Subpoena Duces Tecum of Anthony Horton; (4) Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, David William Fahy, and John H. Jones Notice of Deposition and Subpoena Duces Tecum of Paul Keglevic; and (5) Shirley Fenicle, Individually and as Successor-in- Interest to the Estate of George Fenicle, David William Fahy, and John H. Jones Notice of Deposition and Subpoena Duces Tecum of Kristopher Moldovan |
| **9635** | 9/22/2016 | TCEH Debtors Motion for Entry of an Order Estimating Asbestos Claims Filed Against the TCEH Debtors Filed by Energy Future Holdings Corp. |
| **9794** | 10/12/2016 | Order Estimating Asbestos Claims Filed Against The TCEH Debtors |

| D.I. | Date | Description |
|------|------|-------------|
| 11674 | 8/4/2017 | Notice of Service of the First Document Requests of Shirley Fenicle, Individually and as Successor-In-Interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann, Directed to the Debtors, Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and Berkshire Hathaway Energy Company in Connection with Confirmation of the Debtors' Joint Plan of Reorganization Dated July 7, 2017 |
| 11898 | 9/13/2017 | Notice of Service of (i) First Document Requests of Shirley Fenicle, Individually and as Successor-In-Interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Sempra Energy in Connection with Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code, Dated September 5, 2017; (ii) Second Document Requests of Shirley Fenicle, Individually and as Successor-In-Interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership in Connection with Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code, Dated September 5, 2017; and (iii) Second Document Requests of Shirley Fenicle, Individually and as Successor-In-Interest to the Estate of George Fenicle, David William Fahy, John H. Jones, and David Heinzmann to the Debtors in Connection with Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 12798 | 3/8/2018 | Notice of Filing of the Second Amended Supplement to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |

(b)     The following hearing transcripts in *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (CSS) (Bankr. D. Del.):

| Date | Description |
|------|-------------|
| **8/13/2014** | Hearing Transcript |
| **10/21/2014** | Hearing Transcript |
| **10/28/2014** | Hearing Transcript |
| **8/11/2015** | Hearing Transcript |
| **9/21/2015** | Hearing Transcript |
| **5/23/2016** | Hearing Transcript |
| **8/17/2016** | Hearing Transcript |
| **8/18/2016** | Hearing Transcript |
| **8/26/2016** | Hearing Transcript |
| **11/15/2016** | Hearing Transcript |
| **12/14/2016** | Hearing Transcript |
| **12/15/2016** | Hearing Transcript |
| **1/3/2017** | Hearing Transcript |
| **1/4/2017** | Hearing Transcript |
| **1/26/2017** | Hearing Transcript |

(c)    The following exhibits admitted into evidence at the February 28, 2018 confirmation hearing held before the Court in *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (CSS) (Bankr. D. Del.):

| No. | Date | Description |
|-----|------|-------------|
| **DX1000** | 02/15/18 | Modified First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| **DX1001** | 09/07/17 | Order (CORRECTED) (A) Authorizing Entry into Merger Agreement and Approving Termination Fee, and (B) Authorizing Entry Into and Performance Under Plan Support Agreement |
| **DX1002** | 10/03/17 | Amendment 1 to the Agreement and Plan of Merger |
| **DX1003** | 02/15/18 | Amendment 2 to the Agreement and Plan of Merger |
| **DX1004** | 02/14/18 | Order Approving the Settlement Between the Debtors and Sempra and Approving the Agreed Amendment to the Merger Agreement |
| **DX1005** | 10/20/17 | Plan Supplement for the First Amended Joint Plan of Reorganization |

| No. | Date | Description |
|---|---|---|
| **DX1006** | 09/11/17 | First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code) [Solicitation Version] |
| **DX1007** | 09/11/17 | Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [Solicitation Version] |
| **DX1008** | 09/06/17 | Order (A) Approving The EFH Disclosure Statement, (B) Establishing The Voting Record Date, Voting Deadline And Other Dates, (C) Approving Procedures For Soliciting Receiving, And Tabulating Votes On The Plan, And (D) Approving The Manner And Forms Of Notice And Other Related Documents |
| **DX1009** | 09/05/17 | First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| **DX1010** | 09/05/17 | Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| **DX1011** | 09/01/17 | Declaration of David Ying in Support of the Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement |
| **DX1012** | 08/23/17 | Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement |
| **DX1013** | 08/23/17 | Declaration of Anthony Horton in Support of the Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement |
| **DX1014** | 08/23/17 | First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |

RLF1 19106366v.1

| No. | Date | Description |
|---|---|---|
| **DX1015** | 08/23/17 | Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| **DX1017** | 08/16/17 | Notice of Disapproval of the BHE Merger Agreement and Rejection of the BHE Plan |
| **DX1018** | 07/20/17 | Notice of Filing of "Exhibit E" (Liquidation Analysis) to "Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code" [D.I. 11427] |
| **DX1019** | 07/11/17 | Notice That the NextEra Plan and NextEra Plan Confirmation Order Have Been Rendered Null and Void |
| **DX1020** | 07/10/17 | Notice of Filing of (A) Letter Terminating the PIK Plan Support Agreement and (B) Additional "Cleansing" Materials Under That Certain Confidentiality Agreement with Elliott Capital Management |
| **DX1021** | 07/10/17 | Notice of Filing a Letter in Reply to Debtors Notice of Termination of the Agreement and Plan of Merger |
| **DX1022** | 07/07/17 | Notice of Filing of Letters Terminating (A) the NEE Plan Support Agreement and (B) the NEE Merger Agreement Filed by Energy Future Holdings Corp. |
| **DX1024** | 07/07/17 | Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| **DX1025** | 07/07/17 | Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| **DX1027** | 03/24/17 | Order Approving the EFIH Settlement Between the Debtors, Certain Holders of EFIH Lien Note Claims, Certain Holders of EFIH Second Lien Note Claims, and Certain Holders of EFIH Unsecured Note Claims |
| **DX1028** | 03/10/15 | Order Authorizing Partial Repayment of the EFIH 1L Notes |
| **DX1029** | 10/09/17 | 2017-10-09 Restructuring Update |
| **DX1030** | 09/22/17 | 2017-10-09 Minutes of Meeting of Joint Boards |
| **DX1031** | 09/22/17 | 2017-10-09 Restructuring Update |
| **DX1032** | 09/22/17 | 2017-10-09 Restructuring Update - Appendix |
| **DX1033** | 09/05/17 | 2017-09-05 Minutes of Meeting of Joint Boards |

RLF1 19106366v.1

| No. | Date | Description |
|---|---|---|
| **DX1034** | 08/20/17 | 2017-08-20 Minutes of Meeting of Joint Boards |
| **DX1035** | 08/20/17 | 2017-08-20 Restructuring Update |
| **DX1036** | 08/18/17 | 2017-08-18 Minutes of Meeting of Joint Boards |
| **DX1037** | 08/18/17 | 2017-08-18 Restructuring Update |
| **DX1038** | 08/11/17 | 2017-08-11 Minutes of Meeting of Joint Boards |
| **DX1039** | 08/11/17 | 2017-08-11 Restructuring Update |
| **DX1040** | 07/28/17 | 2017-07-28 Minutes of Meeting of Joint Boards |
| **DX1041** | 07/28/17 | 2017-07-28 Restructuring Update |
| **DX1042** | 07/20/17 | 2017-07-20 Minutes of Meeting of Joint Boards |
| **DX1043** | 07/20/17 | 2017-07-20 Restructuring Update |
| **DX1044** | 07/14/17 | 2017-07-14 Minutes of Meeting of Joint Boards |
| **DX1045** | 07/14/17 | 2017-07-14 Restructuring Update |
| **DX1046** | 07/06/17 | 2017-07-06 Minutes of Meeting of Joint Boards |
| **DX1047** | 07/06/17 | 2017-07-06 Restructuring Update |
| **DX1048** | 06/30/17 | 2017-06-30 Minutes of Meeting of Joint Boards |
| **DX1049** | 06/30/17 | 2017-06-30 Restructuring Update |
| **DX1050** | 06/21/17 | 2017-06-21 Minutes of Meeting of Joint Boards |
| **DX1051** | 06/16/17 | 2017-06-16 Minutes of Meeting of Joint Boards |
| **DX1052** | 06/16/17 | 2017-06-16 Restructuring Update |
| **DX1053** | 06/02/17 | 2017-06-02 Minutes of Meeting of Joint Boards |
| **DX1054** | 06/02/17 | 2017-06-02 Restructuring Update |
| **DX1055** | 05/18/17 | 2017-05-18 Agenda of Meeting of Joint Boards |
| **DX1056** | 05/18/17 | 2017-05-18 Minutes of Meeting of Joint Boards |
| **DX1057** | 05/18/17 | 2017-05-18 Restructuring Update |
| **DX1058** | 05/16/17 | 2017-05-16 Minutes of Meeting of Joint Boards |
| **DX1059** | 05/16/17 | 2017-05-16 Restructuring Update |
| **DX1060** | 05/12/17 | 2017-05-12 Minutes of Meeting of Joint Boards |
| **DX1061** | 05/12/17 | 2017-05-12 Restructuring Update |
| **DX1062** | 05/10/17 | 2017-05-10 Minutes of Meeting of Joint Boards |
| **DX1063** | 05/10/17 | 2017-05-10 Restructuring Update |
| **DX1064** | 05/01/17 | 2017-05-01 Restructuring Update |
| **DX1065** | 04/17/17 | 2017-04-17 Minutes of Meeting of Joint Boards |
| **DX1066** | 04/17/17 | 2017-04-17 Restructuring Update |
| **DX1067** | 04/03/17 | 2017-04-03 Minutes of Meeting of Joint Boards |
| **DX1068** | 04/03/17 | 2017-04-03 Restructuring Update |
| **DX1069** | 02/28/17 | 2017-02-28 Minutes of Meeting of Joint Boards |
| **DX1070** | 02/28/17 | 2017-02-28 Restructuring Update |
| **DX1071** | 01/20/17 | 2017-01-20 Minutes of Meeting of Joint Boards |

RLF1 19106366v.1

| No. | Date | Description |
|---|---|---|
| **DX1072** | 12/16/16 | 2016-12-16 Minutes of Meeting of Joint Boards |
| **DX1073** | 04/10/15 | 2015-04-10 Approval of Filing the Plan of Reorganization, Disclosure Statement, Disclosure Statement Motion, and Scheduling Motion |
| **DX1074** | N/A | Asbestos Bar Date Notice |
| **DX1075** | | Notice of Supplemental Bar Date for Ninety Subsequently Identified Parties |
| **DX1076** | 07/30/14 | Ebasco Asbestos Litigation Chart |
| **DX1077** | | Ebasco Corporate History |
| **DX1080** | 10/21/16 | Forecast of the Cost of Resolving All Asbestos-Related Bodily Injury Claims Against Energy Future Holdings Corp. (E-Side) of Thomas E. Vasquez, Ph.D. |
| **DX1081** | | EFH EFIH Liquidity and Pro Fees Jul 2017 - Jun Actuals v4 |
| **DX1082** | | EFH NEW Balance Sheet Mar 2017 |
| **DX1083** | | EVR Claims File |
| **DX1084** | 01/17/18 | Sempra Form 8-K (Jan. 17, 2018) |
| **DX1085** | 01/12/18 | Sempra Form 8-K (Jan. 12, 2018) |
| **DX1093** | 01/23/18 | Stipulation re PUCT Application |
| **DX1094** | 02/01/18 | Notice of Unanimous Stipulation |
| | 02/23/18 | Stipulation and Order [D.I. 12703] |
| | 12/01/17 | Stipulation and Proposed Order [D.I. 12294] |

[*Remainder of page intentionally left blank.*]

Dated:  April 6, 2018
Wilmington, Delaware

By: ___ */s/ Jason M. Madron* _____

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York,  NY 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

Dated:  April 6, 2018
       Wilmington, Delaware

By:   */s/ Jeffrey M. Schlerf*

**FOX ROTHSCHILD LLP**
Jeffrey M. Schlerf (No. 3047)
919 North Market St., Suite 300
Wilmington, DE 19801
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
jschlerf@foxrothschild.com

-and-

**WHITE & CASE LLP**
Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

J. Christopher Shore (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
cshore@whitecase.com

*Co-Counsel to the Reorganized Debtors*