FILED

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

2018 APR -6  AM 8: 49

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | CASE NO.  14-10979-CSS |
| | ) | |
| Energy Future Holdings Corp. a/k/a | ) | CHAPTER 11 |
| TXU Corp. a/k/a TXU Corp a/k/a Texas | ) | |
| Utilities | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

## WITHDRAWAL OF NOTICE OF ENTRY OF APPEARANCE
## AND REQUEST FOR SERVICE

TO:  CLERK OF COURT, DEBTOR, DEBTOR'S COUNSEL, US TRUSTEE:

Please take notice that the undersigned, attorneys in the law firm of Nelson Mullins

Riley & Scarborough, LLP, do hereby withdraw the Notice of Appearance and Request for

Service on behalf of Michelin North America, Inc., a creditor.

NELSON MULLINS RILEY & SCARBOROUGH L.L.P.

By:  _____
Jody A. Bedenbaugh
E-Mail: jody.bedenbaugh@nelsonmullins.com
George B. Cauthen
E-Mail: george.cauthen@nelsonmullins.com
1320 Main Street/ 17th Floor
Post Office Box 11070 (29211)
Columbia, SC  29201
(803) 799-2000

Attorneys for Michelin North America, Inc.

Columbia, South Carolina
_____4 / 2____, 2018

FILED

**CERTIFICATE OF SERVICE**          2018 APR -6  AM 8: 49

U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

I the undersigned administrative assistant with the law offices of Nelson Mullins Riley &

Scarborough LLP, attorneys for Michelin North America, Inc. do hereby certify that I have

served all parties in this action with a copy of the pleading hereinbelow specified by either mailing

a copy of the same by United States Mail, postage prepaid, or electronic service through the

court's CM/ECF case filing system to the following:

Pleadings:                 Withdrawal of Notice of Entry of Appearance and Request for Service

Parties Served:            Energy Future Holdings Corp.
                           1601 Bryan Street
                           Dallas, TX 75201
                           *Debtor*

                           Luminant Mining Co., LLC
                           Energy Plaza
                           1601 Bryan Street
                           Dallas, TX 75201
                           *Debtor*

                           Richards, Layton & Finger
                           920 North King Street
                           Wilmington, DE 19801
                           *Debtor's Counsel*

                           Kirkland & Ellis, LLP
                           601 Lexington Avenue
                           New York, NY 10022-4611
                           *Debtor's Counsel*

                           Office of the United States Trustee
                           844 King Street, Suite 2207
                           Lockbox #35
                           Wilmington, DE 19801

Columbia, South Carolina

_____, 2018