# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $875 | 19.3 | $16,887.50 |
| John D. Seraydarian | Director | 2003 | Business | $675 | 0.4 | $270.00 |
| Mark A. Kurtz | Director | 2005 | Business | $625 | 9.7 | $6,062.50 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $625 | 126.5 | $79,062.50 |
| Stanford L. Stevenson, III | Director | 1994 | Tax | $595 | 0.2 | $119.00 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $480 | 18.5 | $8,880.00 |
| Jake M. Crosetto | Associate | 2014 | Business | $435 | 13.5 | $5,872.50 |
| Christopher M. De Lillo | Associate | 2017 | Bankruptcy | $385 | 6.3 | $2,425.50 |
| David T. Queroli | Associate | 2016 | Bankruptcy | $385 | 3.7 | $1,424.50 |
| Brian S. Yu | Associate | 2017 | Bankruptcy | $320 | 1.1 | $352.00 |
| Frank Y. Sun | Associate | 2017 | Business | $320 | 2.7 | $864.00 |
| Megan E. Kenney | Associate | 2017 | Bankruptcy | $320 | 5.4 | $1,728.00 |
| **Total** | | | | | **207.3** | **$123,948.00** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 17 | Bankruptcy | $255 | 86.1 | $21,955.50 |
| Ann Jerominski | Paralegal | 17 | Bankruptcy | $255 | 1.7 | $433.50 |
| Christopher J. Ruggiero | Paralegal | 1 | Business | $180 | 1.9 | $342.00 |
| Carlos B. Terreforte | Litigation Support | 2 | MIS | $260 | 28.5 | $7,410.00 |
| Daniel D. White | Litigation Support | 11 | MIS | $275 | 2.5 | $687.50 |
| Tesia S. Smith | Case Management Assistant | 2 | Bankruptcy | $135 | 1.9 | $256.50 |
| **Total** | | | | | **122.6** | **$31,085.00** |
| | | | | **Total Fees** | | **$155,033.00** |