# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

## ALL - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $640.72 |
| Conference Calling | $87.78 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $163.32 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Cost | $0.00 |
| Long distance Telephone Charges | $1.06 |
| Messenger and Delivery Service | $23.77 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $1,107.18 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $0.00 |
| Travel Expense | $0.00 |
| RL&F Service Corp. | $26.46 |
| **Total:** | **$2,050.29** |

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $122.04 |
| Conference Calling | $16.72 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $31.11 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $0.20 |
| Messenger and Delivery Service | $4.53 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $210.89 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $0.00 |
| Travel Expense | $0.00 |
| RL&F Service Corp. | $5.04 |
| **Total:** | **$390.53** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $0.00 |
| Business Meals | $2,288.30 |
| Conference Calling | $313.50 |
| Court Reporter Services | $0.00 |
| Document Retrieval | $583.28 |
| Electronic Legal Research | $0.00 |
| Equipment Rental | $0.00 |
| Filing Fees/Court Costs | $0.00 |
| Long distance Telephone Charges | $3.76 |
| Messenger and Delivery Service | $84.90 |
| Overtime | $0.00 |
| Photocopying/Printing - Outside Vendor | $0.00 |
| Photocopying/Printing | $3,954.23 |
| Postage | $0.00 |
| Room Rental | $0.00 |
| Professional Services | $0.00 |
| Stationery Supplies | $0.00 |
| Travel Expense | $0.00 |
| RL&F Service Corp. | $94.50 |
| **Total:** | **$7,322.47** |

RLF1 19114437v.1