# EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| 1/5/2018 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member (paralegal) in connection with after-hours preparation for 1/8/18 hearing | $18.38 | $18.38 |
| 2/15/2018 | Grotto's Pizza | Dinner | 1 | Working meal for RL&F team member (paralegal) in connection with after-hours preparation and filing of plan, plan blackline, and confirmation order | $21.78 | $21.78 |
| 2/25/2018 | Manhattan Bagel | Breakfast | 20 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with E-Side plan confirmation hearing | $17.50 | $350.00 |
| 2/25/2018 | Capriotti's Sandwich Shop | Lunch | 25 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with E-Side plan confirmation hearing | $6.55 | $163.57 |
| 2/25/2018 | The Meat House | Dinner | 25 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with E-Side plan confirmation hearing | $30.06 | $751.46 |
| 2/26/2018 | Manhattan Bagel | Breakfast | 20 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with E-Side plan confirmation hearing | $18.00 | $360.00 |

| Date | Venue | Meal | # | Description | | |
|---|---|---|---|---|---|---|
| 2/26/2018 | Plum Bistro | Lunch | 25 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with E-Side plan confirmation hearing | $21.00 | $525.00 |
| 2/26/2018 | Zoe's Kitchen | Dinner | 25 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with E-Side plan confirmation hearing | $21.67 | $541.68 |
| 2/27/2018 | Rodney Grill | Breakfast | 10 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with E-Side plan confirmation hearing | $11.17 | $111.69 |
| 2/27/2018 | Purebread Deli | Lunch | 10 | Working meal for visiting co-counsel, client representatives, and other estate professionals in connection with E-Side plan confirmation hearing | $20.75 | $207.50 |
| **TOTALS** | | | | | | **$3,051.06** |

2

RLF1 19114437v.1