IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors.[1] | |

### ORDER GRANTING APPLICATION OF CERTAIN ASBESTOS CREDITORS PURSUANT TO 11 U.S.C. § 503(B) FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR REIMBURSEMENT OF EXPENSES INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION IN THESE CHAPTER 11 CASES

Upon consideration of the Motion of the Movants for entry of an order granting the Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of an Administrative Claim for Reimbursement of Expenses Incurred in Making a Substantial Contribution on these Chapter 11 Cases (the "**Motion**")[2]; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Motion having been provided to the necessary parties; and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, and after due deliberation and sufficient cause appearing therefore,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

**Error! Unknown document property name.**

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED as set forth herein.

2. The Court hereby allows an administrative expense claim in favor of Certain Asbestos Creditors pursuant to 11 U.S.C. § 503(b), in the aggregate amount of up to $4,000,000.00 million (the "**Substantial Contribution Claim**") for reasonable documented fees and expenses that have been incurred and will be incurred by Certain Asbestos Creditors, which shall become payable in accordance with the procedures set forth in this Order.

3. The Substantial Contribution Claim shall have priority under section 507(a)(2) of the Bankruptcy Code.

4. Within reasonable time periods after entry of this Order, to be determined either by the Fee Committee and the relevant professionals or by the Court:

   (i) Certain Asbestos Claimants shall submit any additional documents requested by the fee review committee appointed in these cases (the "**Fee Committee**"), including invoices in LEDES format (or, if not available, in some other format as is mutually agreed among the Certain Asbestos Creditors and the Fee Committee) for the fees and expenses incurred by Certain Asbestos Creditors through February 2018 (the "**Current Claim**");

   (ii) the Fee Committee shall send a confidential letter to attorneys for Certain Asbestos Claimants regarding the Fee Committee's initial report and recommendation with respect to the Current Claim;

   (iii) the Fee Committee shall file with the Court a final report and recommendation ("**Fee Committee Recommendation**") with respect to the Current

Claim, and the U.S. Trustee shall file with the Court any objection or comments it may have with respect to the Current Claim ("**U.S. Trustee Comments**");

    (iv)    Certain Asbestos Creditors may file with the Court a response to such Fee Committee Recommendation or U.S. Trustee Comments; and

    (v)    the Court shall hear the Substantial Contribution Motion at the next omnibus or at a schedule Fee Committee hearing.

5.    For every three month period hereafter through the final resolution of the Appeal from the Confirmation Order, Certain Asbestos Creditors shall submit to Court and the Fee Committee a request for reimbursement containing similar information as has been submitted with respect to the Current Claim, and the procedures set forth in paragraph 4 above shall apply.

6.    For avoidance of doubt, the Certain Asbestos Creditors and the Substantial Contribution Motion, and any subsequent requests for reimbursement submitted by Certain Asbestos Creditors, shall not be required to comply with (a) the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware or other orders in these chapter 11 cases with respect to fee applications, including the *Stipulation and Order Appointing a Fee Committee* (D.I. 1896), or (b) Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases, 78 Fed. Reg. No. 116, at 36248 (June 17, 2013).

7.    Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry

8.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2018
Wilmington, Delaware

                                                                                                                 _____
                                                                                                                  HONORABLE CHRISTOPHER S. SONTCHI
                                                                                                                  UNITED STATES BANKRUPTCY JUDGE