# **EXHIBIT A**

## SUMMARY OF FEES

| Timekeeper Name | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Daniel K. Hogan (DKH) | 2,854.40 | 2014: $400 / 2016: $425 12/1/2016: $455/ 2018: $525 | $1,263,967.00 |
| Karen E. Harvey (KEH) | 206.70 | 2015: $195 /2016: $200 / 8/1/2017: $210.00 / 2018: $225.00 | $41,866.50 |
| Michelle D. Rust (MDR) | 444.10 | 2016: $200 / 2017: $210 | $89,067.00 |
| Allison L. Strauss (ALS) | 21.70 | 2017: $200 / 2017: $210 / 2018: $225 | $4,776.00 |
| Gabrielle Durstein (GD) | 8.50 | 2014: $195 / 2017: $210.00 | $1,666.50 |
| **TOTAL** | **3,535.40** | | **$1,401,343.00** |