# **EXHIBIT B**

The Hogan♦McDaniel attorney and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Yrs. of Experience | Hourly Rate (including changes) | Total Hours Billed | Amount |
|---|---|---|---|---|
| **MEMBERS/OF COUNSEL/ASSOCIATES** | | | | |
| Daniel K. Hogan (DKH) | Member–28 yrs; Admitted in 1990 | 2014: $400 / 2016: $425 12/1/2016: $455/ 2018: $525 | 2,854.40 | $1,263,967.00 |
| | | **TOTAL MEMBERS/OF COUNSEL/ASSOCIATES** | **2,854.40** | **$1,263,967.00** |
| **PARALEGALS** | | | | |
| Karen E. Harvey (KEH) | Paralegal-22 yrs. | 2015: $195 /2016: $200 / 8/1/2017: $210.00 / 2018: $225.00 | 206.70 | $41,886.50 |
| Michelle D. Rust (MDR) | Paralegal–16 yrs. | 2016: $200 / 2017: $210 | 444.10 | $89,067.00 |
| Gabrielle Durstein (GD) | Paralegal–3 yrs. | 2014: $195 / 2017: $210.00 | 8.50 | $1,666.50 |
| Allison L. Strauss (ALS) | Paralegal-2 yrs. | 2017: $200 / 2017: $210 / 2018: $225 | 21.70 | $4,776.00 |
| | | | | |
| | | **TOTAL PARALEGALS** | **681** | **$137,396.00** |
| | | **TOTAL ALL PROFESSIONALS** | **3,535.40** | **$1,401,343.00** |

**Daniel K. Hogan**



Daniel K. Hogan has more than 20 years of experience representing clients in a wide range of legal transactions and disputes. Mr. Hogan is experienced in financial reorganizations and disputes in the Delaware Bankruptcy Court, including counsel to secured creditors, trustees, indenture trustees and various creditors' committees and a legal representative in a major asbestos case covering nearly 10 years. Mr. Hogan's role has been significant in major cases across the country, including various mass tort and asbestos cases.

Additionally, for a decade, Mr. Hogan has acted as the outside litigation counsel for Highland Capital Management, L.P., one of the largest private-equity funds in the country. This representation, held in the U.S. Bankruptcy Court, Delaware Superior Court, as well as Delaware Court of Chancery, involves multi-million dollar lawsuits with some of the largest corporate entities in the United States. He has also represented several of the country's largest financial institutions in litigation relating to bank and bond debt arrangements and has obtained eight-figure settlements for his clients in these matters. Mr. Hogan is actively involved in the Delaware legal community. He is a *pro bono* volunteer for the Delaware Legal Services Society, and he taught a seminar titled "Foreclosures — Nuts & Bolts" for the Delaware State Bar Association.

**Representative Matters in U.S. Bankruptcy Court**

- W.R. Grace Chapter 11, Counsel to Canadian Representative Counsel, appointed Legal Representative in June, 2006.
- Combustion Engineering Chapter 11 (Representing Personal Injury Asbestos Trust).
- ABB Lummus Chapter 11 (Representing Personal Injury Asbestos Trust).
- Various pending asbestos-related Chapter 11 cases, including Owens Corning, Specialty Products, Dynamerica (representing interests of creditors/plaintiffs).

- Commonwealth Oil Refining Co., Inc., also known as CORCO (lead debtor's counsel).
- Global Marine (indenture trustee counsel).
- Ascendia Brands, Inc. – Representing Rooks Marketing Group LLC (Avoidance Action).
- American Home Mortgage Holdings, Inc. – Counsel for homeowners

**Areas of practice**

- Creditor bankruptcy
- Real estate law
- Commercial litigation
- Business law
- Civil litigation
- Commercial and consumer collections
- Condominium law

**Education**

Mr. Hogan received his J.D. from Widener University School of Law in 1989. He earned his B.S. from Wake Forest University in 1986.

**Admissions**

Admitted to practice law in Delaware and Pennsylvania in 1990, Mr. Hogan is a member of the:

- Delaware State Bar Association
- Real Estate Section, Delaware State Bar Association
- Pennsylvania State Bar Association
- Probate and Real Estate Sections, Pennsylvania State Bar Association
- U.S. Supreme Court
- U.S. District Court, District of Delaware
- U.S. Court of Appeals for the Third Circuit
- All Delaware Trial Courts
- Probate and Real Estate Sections, American State Bar Association

**Professional memberships**

- Delaware Volunteer Legal Services
- Delaware Trial Lawyers Association