# **<u>EXHIBIT C</u>**

# HOGAN McDANIEL

Client Expense Report

08 April, 2018

| Client<br>Date | Client Matter ID<br>Audit # | Resp. Lwyr. | File Type<br>Type | File<br>Code | Description | Units | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| Steven Kazan<br>01/02/2015 | 110007/01-EFH<br>37994 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>E112  Pro Hac Vice fee - Joseph Frank | | 1.00 | 25.00 | **25.00** | 23647 |
| Steven Kazan<br>07/22/2015 | 110007/01-EFH<br>42702 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>Copies  Photocopies - Motion to Appoint Legal Repr. | | 1.00 | 6.40 | **6.40** | 24341 |
| Steven Kazan<br>07/22/2015 | 110007/01-EFH<br>42703 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>E108  Postage - Motion to Appoint Legal Repr. | | 1.00 | 0.71 | **0.71** | 24341 |
| Steven Kazan<br>07/27/2015 | 110007/01-EFH<br>43049 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>E107  DLS Discovery - Inv. #93449 - copying and service via FedEx | | 1.00 | 23.85 | **23.85** | 24341 |
| Steven Kazan<br>07/27/2015 | 110007/01-EFH<br>43468 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>OvrNite  FedEx - Liberda Motion (9 @ $8.32) | | 1.00 | 74.88 | **74.88** | 24341 |
| Steven Kazan<br>07/28/2015 | 110007/01-EFH<br>42760 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>E107  Scroll Deliveries - Hand Delivery to Chambers - Motion to Shorten Notice | | 1.00 | 30.00 | **30.00** | 24341 |
| Steven Kazan<br>07/31/2015 | 110007/01-EFH<br>43050 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>E107  DLS Discovery - Fenicle copy and serve Inv. 93608 | | 1.00 | 22.05 | **22.05** | 24341 |
| Steven Kazan<br>08/10/2015 | 110007/01-EFH<br>42920 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>Copies  Photocopies - Hearing Binder | | 1.00 | 9.40 | **9.40** | 24341 |
| Steven Kazan<br>08/17/2015 | 110007/01-EFH<br>43649 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>CR  Scroll Deliveries - Hand Delivery to Chambers | | 1.00 | 30.00 | **30.00** | 24442 |
| Steven Kazan<br>08/17/2015 | 110007/01-EFH<br>43762 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>E107  DLS Discovery - Copy & Serve - Fenicle Joinder | | 1.00 | 13.82 | **13.82** | 24442 |
| Steven Kazan<br>08/18/2015 | 110007/01-EFH<br>43572 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>BKR  District Court Fees for PHV motions - Kazan & Early ($25.00 each) | | 1.00 | 50.00 | **50.00** | 24442 |
| Steven Kazan<br>09/16/2015 | 110007/01-EFH<br>44421 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>Copies  Photocopies - Hearing binder for 9/21/15 (546 @ .20) | | 1.00 | 109.20 | **109.20** | 24642 |
| Steven Kazan<br>09/21/2015 | 110007/01-EFH<br>44456 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>E107  DLS Discovery - Service of Fahy & Fenicle's Notice of Intent; Invs. 94633 & 94747. | | 1.00 | 21.12 | **21.12** | 24642 |
| Steven Kazan<br>09/25/2015 | 110007/01-EFH<br>44529 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>E107  DLS Discovery - Inv. 94792 - Copy & Serve Joinders | | 1.00 | 22.70 | **22.70** | 24642 |
| Steven Kazan<br>10/06/2015 | 110007/01-EFH<br>44817 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>APL  Filing Fee - Notice of Appeal/Motion for Leave | | 1.00 | 298.00 | **298.00** | 24642 |
| Steven Kazan | 110007/01-EFH | DKH | Chap 11-Bankruptcy | PI Law Firms(EFH) USDC 1183 | | | | | |

# HOGAN McDANIEL

Client Expense Report

08 April, 2018

| Client Date | Client Matter ID Audit # | Resp. Lwyr. | File Type Type | File Code | Description | Units | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 10/07/2015 | 44800 | | Soft | E107 | Scroll Deliveries - Hand Delivery of Letter to Judge Sontchi with Notice of Appeal & Motion | 1.00 | 30.00 | **30.00** | 24642 |
| Steven Kazan 10/07/2015 | 110007/01-EFH 44801 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Notice & Motion for Appeal for delivery to chambers. | 1.00 | 5.80 | **5.80** | 24642 |
| Steven Kazan 10/16/2015 | 110007/01-EFH 45726 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | Parking - City of Wilmington | 1.00 | 4.00 | **4.00** | 24860 |
| Steven Kazan 10/23/2015 | 110007/01-EFH 45619 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | DLS Discovery - Service of Fenicle & Fahy Objection | 1.00 | 25.00 | **25.00** | 24860 |
| Steven Kazan 10/23/2015 | 110007/01-EFH 45730 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 TEL | Conference Group - Conference Call on 9/20/15 | 1.00 | 4.85 | **4.85** | 24860 |
| Steven Kazan 10/27/2015 | 110007/01-EFH 45644 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 CM/ECF | CM/ECF - Quarterly Statement (7/1/2015 - 9/30/2015) | 1.00 | 92.00 | **92.00** | 24860 |
| Steven Kazan 10/29/2015 | 110007/01-EFH 45727 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | Parking - City of Wilmiington | 1.00 | 2.00 | **2.00** | 24860 |
| Steven Kazan 10/30/2015 | 110007/01-EFH 45731 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Hearing Binders (1192 @ .20) | 1.00 | 238.40 | **238.40** | 24860 |
| Steven Kazan 11/25/2015 | 110007/01-EFH 47246 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | DLS Discovery - Copy/Serve Class Claim Motion, Inv. #96982 | 1.00 | 80.84 | **80.84** | 24985 |
| Steven Kazan 11/30/2015 | 110007/01-EFH 47610 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies (1215 @ .20) | 1.00 | 243.00 | **243.00** | 24985 |
| Steven Kazan 11/30/2015 | 110007/01-EFH 47611 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | East Coast Shredding - Document shredding services | 1.00 | 20.00 | **20.00** | 24985 |
| Steven Kazan 12/01/2015 | 110007/01-EFH 47247 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | DLS Discovery, Copy/Serve Amended Class Claim Motion, Inv. #97014 | 1.00 | 82.64 | **82.64** | 24985 |
| Steven Kazan 12/03/2015 | 110007/01-EFH 47033 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | Parking - Hearing on 12/3/15 | 1.00 | 40.00 | **40.00** | 24985 |
| Steven Kazan 12/21/2015 | 110007/01-EFH 48879 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 BKR | Filing Fee - Fenicle & Fahy Notice of Appeal | 1.00 | 298.00 | **298.00** | 25224 |
| Steven Kazan 12/23/2015 | 110007/01-EFH 48886 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | DLS Discovery - Inv. 97189 | 1.00 | 28.82 | **28.82** | 25224 |
| Steven Kazan 12/31/2015 | 110007/01-EFH 48250 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 CM/ECF | CM/ECF (10/1 - 12/31/2015) | 1.00 | 63.80 | **63.80** | 25224 |
| Steven Kazan | 110007/01-EFH | | Chap 11-Bankruptcy | PI Law Firms(EFH) USDC 1183 | | | | | |

**HOGAN McDANIEL**

Client Expense Report

<u>08 April, 2018</u>

| Client Date | Client Matter ID Audit # | Resp. Lwyr. | File Type Type | File Code | Description | Units | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 12/31/2015 | 48885 | | Soft | | Parking - December Hearings | 1.00 | 15.50 | **15.50** | 25224 |
| Steven Kazan 12/31/2015 | 110007/01-EFH 49140 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - 2 Appeals (543 @ .20) (1/2) | 1.00 | 58.20 | **58.20** | 25224 |
| Steven Kazan 01/27/2016 | 110007/01-EFH 49239 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 FF | Filing Fee - USDC PHV Motion - Kazan | 1.00 | 25.00 | **25.00** | 25342 |
| Steven Kazan 01/29/2016 | 110007/01-EFH 49293 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | DLS Discovery - Invoice No. 96012 - Fenicle & Fahy Joinder (10/27/15) | 1.00 | 66.78 | **66.78** | 25342 |
| Steven Kazan 01/29/2016 | 110007/01-EFH 49294 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | DLS Discovery - Inv. 97886 (12/18/15) | 1.00 | 25.00 | **25.00** | 25342 |
| Steven Kazan 01/29/2016 | 110007/01-EFH 50100 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies (154 @ .20) | 1.00 | 30.80 | **30.80** | 25342 |
| Steven Kazan 02/26/2016 | 110007/01-EFH 50499 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 OvrNite | FedEx - Overnight Response to Mark E. McKane, Esq. And Brenton A. Rogers, Esq.(1/2 of expense) | 1.00 | 13.99 | **13.99** | 25505 |
| Steven Kazan 02/29/2016 | 110007/01-EFH 50532 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | Scroll Deliveries - Hand delivery of Response to USDC chambers | 1.00 | 15.00 | **15.00** | 25505 |
| Steven Kazan 03/08/2016 | 110007/01-EFH 52974 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 OvrNite | Federal Express - Service of Motion to Join | 1.00 | 27.78 | **27.78** | 25660 |
| Steven Kazan 03/09/2016 | 110007/01-EFH 51574 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Service of Motion to Join, Declaration & Exhibits | 1.00 | 37.20 | **37.20** | 25660 |
| Steven Kazan 03/09/2016 | 110007/01-EFH 52975 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 OvrNite | Federal Express - Service of Withdrawal of Motion to Join | 1.00 | 27.78 | **27.78** | 25660 |
| Steven Kazan 03/21/2016 | 110007/01-EFH 51674 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 BKR | Filing Fee - PHV Jeanna Rickards Koski | 1.00 | 25.00 | **25.00** | 25660 |
| Steven Kazan 03/21/2016 | 110007/01-EFH 51694 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - In-house preparation/review for Opening Brief | 1.00 | 178.00 | **178.00** | 25660 |
| Steven Kazan 03/22/2016 | 110007/01-EFH 52090 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | Delivery services to USDC (1/2 Blue Marble Inv. 26567) | 1.00 | 10.00 | **10.00** | 25660 |
| Steven Kazan 03/29/2016 | 110007/01-EFH 51726 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | DLS Discovery - copy & bind brief/appendix Inv. 99976 | 1.00 | 1,359.00 | **1,359.00** | 25660 |
| Steven Kazan 03/31/2016 | 110007/01-EFH 51799 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 OvrNite | Federal Express - Service of McKane & Rogers. | 1.00 | 13.89 | **13.89** | 25660 |

**HOGAN McDANIEL**

Client Expense Report

08 April, 2018

| Client Date | Client Matter ID Audit # | Resp. Lwyr. | File Type Type | File Code | Description | Units | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| Steven Kazan 03/31/2016 | 110007/01-EFH 51803 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Response to Consolidation Motion | 1.00 | 70.80 | **70.80** | 25660 |
| Steven Kazan 03/31/2016 | 110007/01-EFH 52274 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 CM/ECF | CM/ECF - Pacer Quarterly Fees 1-1-16 through 3-31-16 | 1.00 | 126.10 | **126.10** | 25660 |
| Steven Kazan 04/01/2016 | 110007/01-EFH 52261 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 TEL | Conference Group - conference call | 1.00 | 4.79 | **4.79** | 25660 |
| Steven Kazan 04/06/2016 | 110007/01-EFH 53846 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 FSX | File & ServeXpress - Document/Research Fees | 1.00 | 20.00 | **20.00** | 25791 |
| Steven Kazan 04/20/2016 | 110007/01-EFH 53335 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Limited Objection | 54.00 | 0.20 | **10.80** | 25791 |
| Steven Kazan 04/25/2016 | 110007/01-EFH 53278 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies | 51.00 | 0.20 | **10.20** | 25791 |
| Steven Kazan 04/28/2016 | 110007/01-EFH 53285 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies | 157.00 | 0.20 | **31.40** | 25791 |
| Steven Kazan 05/05/2016 | 110007/01-EFH 55801 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 CM/ECF | File & ServeXpress - Document Fee | 1.00 | 10.00 | **10.00** | 25855 |
| Steven Kazan 05/09/2016 | 110007/01-EFH 54151 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E112 | CourtCall - April 28th Hearing | 1.00 | 30.00 | **30.00** | 25791 |
| Steven Kazan 05/11/2016 | 110007/01-EFH 54986 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Amended Joint Plan of Reorganization and Disclosure Statement | 53.00 | 0.20 | **10.60** | 25855 |
| Steven Kazan 05/16/2016 | 110007/01-EFH 54993 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Notice of Agenda for the May 18th Hearing and Related Filings for the Agenda Binder | 83.00 | 0.20 | **16.60** | 25855 |
| Steven Kazan 05/17/2016 | 110007/01-EFH 55006 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Exhibit A to the Notice of Agenda for May 18th Hearing | 27.00 | 0.20 | **5.40** | 25855 |
| Steven Kazan 05/18/2016 | 110007/01-EFH 55008 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Amended Notice of Agenda for May 18th Hearing and Related Filings for Hearing Binder | 46.00 | 0.20 | **9.20** | 25855 |
| Steven Kazan 05/20/2016 | 110007/01-EFH 55009 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Notice of Agenda for the May 23 Hearing and Related Filings | 9.00 | 0.20 | **1.80** | 25855 |
| Steven Kazan 05/20/2016 | 110007/01-EFH 55317 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E116 | Veritext - transcript for Status Conference on May 10, 2016 - ordered per Leslie Kelleher; Inv. NY2641653 | 1.00 | 38.40 | **38.40** | 25855 |
| Steven Kazan | 110007/01-EFH | DKH | Chap 11-Bankruptcy | PI Law Firms(EFH) USDC 1183 | | | | | |

## HOGAN McDANIEL

Client Expense Report

08 April, 2018

| Client Date | Client Matter ID Audit # | Resp. Lwyr. | File Type Type | File Code | Description | Units | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 05/23/2016 | 55010 | | Soft | Copies | Photocopies - draft of the Response to the Motion to Dismiss as Moot | 33.00 | 0.20 | **6.60** | 25855 |
| Steven Kazan 05/23/2016 | 110007/01-EFH 55013 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Service Copies of the Response to the Motion to Dismiss as Moot and the Declaration of Leslie Kelleher | 501.00 | 0.20 | **100.20** | 25855 |
| Steven Kazan 05/23/2016 | 110007/01-EFH 55014 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Service Copies of the Response to the Motion to Stay Briefing Deadlines | 21.00 | 0.20 | **4.20** | 25855 |
| Steven Kazan 05/23/2016 | 110007/01-EFH 55324 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 OvrNite | Overnight Mail | 4.00 | 15.89 | **63.56** | 25855 |
| Steven Kazan 05/24/2016 | 110007/01-EFH 55015 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Judge Andrew's Copies of the Responses to the Motion to Dismiss and the Motion to Stay | 270.00 | 0.20 | **54.00** | 25855 |
| Steven Kazan 05/24/2016 | 110007/01-EFH 55822 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | Scroll Deliveries - District Court Chambers | 1.00 | 30.00 | **30.00** | 25855 |
| Steven Kazan 06/20/2016 | 110007/01-EFH 56330 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Order re Hearing Dates and Protocols | 64.00 | 0.20 | **12.80** | 26083 |
| Steven Kazan 06/24/2016 | 110007/01-EFH 56342 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Agenda for the June 27, 2016 Hearing | 49.00 | 0.20 | **9.80** | 26083 |
| Steven Kazan 07/13/2016 | 110007/01-EFH 58045 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Print-out copy of Agenda of Matters to be Heard on July 15, 2016 for D. Hogan | 96.00 | 0.20 | **19.20** | 26205 |
| Steven Kazan 07/15/2016 | 110007/01-EFH 58494 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E112 | Court fees - 2016 Delaware Pro Hac Vice Fees for Beth Gori (25.00) and Barry Julian (25.00) [AMEX] | 2.00 | 25.00 | **50.00** | 26205 |
| Steven Kazan 08/04/2016 | 110007/01-EFH 60161 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Motion for Order Approving Merger | 58.00 | 0.20 | **11.60** | 26346 |
| Steven Kazan 08/08/2016 | 110007/01-EFH 60162 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Blackline of Third Amended Plan | 137.00 | 0.20 | **27.40** | 26346 |
| Steven Kazan 08/08/2016 | 110007/01-EFH 60163 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Motion for Order Scheduling Certain Dates | 194.00 | 0.20 | **38.80** | 26346 |
| Steven Kazan | 110007/01-EFH | | Chap 11-Bankruptcy | PI Law Firms(EFH) USDC 1183 | | | | | |

**HOGAN McDANIEL**

Client Expense Report

08 April, 2018

| Client Date | Client Matter ID Audit # | Resp. Lwyr. | File Type Type | File Code | Description | Units | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 08/09/2016 | 60164 | | Soft | Copies | Photocopies - Motion in Limine re Fenicle and Fahy | 18.00 | 0.20 | **3.60** | 26346 |
| Steven Kazan 08/09/2016 | 110007/01-EFH 60165 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Memorandum of Law in Support of the Motion in LImine | 52.00 | 0.20 | **10.40** | 26346 |
| Steven Kazan 08/10/2016 | 110007/01-EFH 59174 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E112 | Court fees - Telephonic Appearance of D. Hogan at the 8/15/2016 Pretrial Conference | 1.00 | 30.00 | **30.00** | 26205 |
| Steven Kazan 08/10/2016 | 110007/01-EFH 59175 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E112 | Court fees - Telephonic Appearance of D. Hogan at the 8/16/2016 Scheduling Conference | 1.00 | 30.00 | **30.00** | 26205 |
| Steven Kazan 08/11/2016 | 110007/01-EFH 60168 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Confirmation Hearing preparations | 1,037.00 | 0.20 | **207.40** | 26346 |
| Steven Kazan 08/12/2016 | 110007/01-EFH 60173 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - - Confirmation Hearing preparations (Agenda, Amended Plan of Confirmation and Amended Disclosure Statement, Merger Motion Declarations, etc.) | 1,063.00 | 0.20 | **212.60** | 26346 |
| Steven Kazan 08/15/2016 | 110007/01-EFH 60174 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - - Confirmation Hearing preparations | 143.00 | 0.20 | **28.60** | 26346 |
| Steven Kazan 08/16/2016 | 110007/01-EFH 60175 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - - Confirmation Hearing preparations | 177.00 | 0.20 | **35.40** | 26346 |
| Steven Kazan 08/17/2016 | 110007/01-EFH 60176 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Confirmation Hearing preparations | 167.00 | 0.20 | **33.40** | 26346 |
| Steven Kazan 08/18/2016 | 110007/01-EFH 59887 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | DLS Discovery - DI #8356 - copy/bind/deliver to court for Conf. Hearing. | 1.00 | 278.06 | **278.06** | 26346 |
| Steven Kazan 08/18/2016 | 110007/01-EFH 60177 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - - Confirmation Hearing preparations(Keglevic Trial Exhibits) | 3,540.00 | 0.20 | **708.00** | 26346 |
| Steven Kazan 08/19/2016 | 110007/01-EFH 60178 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Williams Direct | 31.00 | 0.20 | **6.20** | 26346 |
| Steven Kazan 08/26/2016 | 110007/01-EFH 59890 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E112 | CourtCall Appearance | 1.00 | 30.00 | **30.00** | 26346 |
| Steven Kazan 08/30/2016 | 110007/01-EFH 60179 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Drafts of Discovery requests | 21.00 | 0.20 | **4.20** | 26346 |

**HOGAN McDANIEL**

Client Expense Report

08 April, 2018

| Client Date | Client Matter ID Audit # | Resp. Lwyr. | File Type Type | File Code | Description | Units | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| Steven Kazan 08/31/2016 | 110007/01-EFH 60160 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | Photocopies - Request for Judicial Notice | 936.00 | 0.20 | **187.20** | 26346 |
| Steven Kazan 08/31/2016 | 110007/01-EFH 60182 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Drafts of the Requests for Document Production, S. Kazen Memos, etc. | 368.00 | 0.20 | **73.60** | 26346 |
| Steven Kazan 09/01/2016 | 110007/01-EFH 60426 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | DLS Discovery Inv. 104747 - Copy and Serve Judicial Notice | 1.00 | 77.18 | **77.18** | 26346 |
| Steven Kazan 09/07/2016 | 110007/01-EFH 61640 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - DKH Court preparations | 1,150.00 | 0.20 | **230.00** | 26408 |
| Steven Kazan 09/07/2016 | 110007/01-EFH 61641 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - various iterations of the Objection to the Disclosure Statement | 25.00 | 0.20 | **5.00** | 26408 |
| Steven Kazan 09/08/2016 | 110007/01-EFH 60428 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - DKH Court Prep | 300.00 | 0.20 | **60.00** | 26346 |
| Steven Kazan 09/08/2016 | 110007/01-EFH 61566 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | DLS Discovery - Inv. 104923 - 2 sets Spiral Bound Appendix to Appellee's Answering Brief | 1.00 | 267.32 | **267.32** | 26408 |
| Steven Kazan 09/08/2016 | 110007/01-EFH 61642 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - DKH Oral Argument preparations | 190.00 | 0.20 | **38.00** | 26408 |
| Steven Kazan 09/09/2016 | 110007/01-EFH 61469 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E111 | Capriotti's - Lunch for hearing prep.; + delivery fee | 1.00 | 94.58 | **94.58** | 26408 |
| Steven Kazan 09/12/2016 | 110007/01-EFH 61483 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 APL | Filing Fee - Notice of Appeal | 1.00 | 298.00 | **298.00** | 26408 |
| Steven Kazan 09/12/2016 | 110007/01-EFH 61724 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E112 | Court fees - Fee for Filing the Notice of Appeal from the T-Side Confirmation Order | 1.00 | 298.00 | **298.00** | 26408 |
| Steven Kazan 09/13/2016 | 110007/01-EFH 61643 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - DKH Hearing Binder | 583.00 | 0.20 | **116.60** | 26408 |
| Steven Kazan 09/16/2016 | 110007/01-EFH 61644 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - revised Disclosure Statement and blackline | 632.00 | 0.20 | **126.40** | 26408 |
| Steven Kazan 09/16/2016 | 110007/01-EFH 61645 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Omnibus Reply to Objections to the Merger Agreement and the Amended Agenda for DKH | 1,978.00 | 0.20 | **395.60** | 26408 |
| Steven Kazan 09/19/2016 | 110007/01-EFH 61495 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | Court Parking - City of Wilmington - Hearing on 9/19 | 1.00 | 40.00 | **40.00** | 26408 |

# HOGAN McDANIEL

Client Expense Report

08 April, 2018

| Client Date | Client Matter ID Audit # | Resp. Lwyr. | File Type Type | File Code | Description | Units | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| Steven Kazan 09/21/2016 | 110007/01-EFH 61470 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E112 | CourtCall - Additional fee for 8/26 appearance. | 1.00 | 7.00 | **7.00** | 26408 |
| Steven Kazan 09/22/2016 | 110007/01-EFH 61646 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Agenda for September 26 Hearing | 64.00 | 0.20 | **12.80** | 26408 |
| Steven Kazan 09/30/2016 | 110007/01-EFH 61599 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E112 | Court fees - Filing Fee for Notice of Appeal form Merger Order | 1.00 | 298.00 | **298.00** | 26408 |
| Steven Kazan 10/12/2016 | 110007/01-EFH 62481 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - EFH/EFIH Scheduling Order | 58.00 | 0.20 | **11.60** | 26563 |
| Steven Kazan 10/12/2016 | 110007/01-EFH 62485 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 PH | Photocopying - Blackline of Statement of Issues and Designation of Items | 32.00 | 0.20 | **6.40** | 26563 |
| Steven Kazan 10/13/2016 | 110007/01-EFH 62550 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | The Conference Group - Conference Calls on 9/20 & 9/26 | 1.00 | 15.65 | **15.65** | 26563 |
| Steven Kazan 10/17/2016 | 110007/01-EFH 62560 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Copies of AON Risk Insurance Policies | 113.00 | 0.20 | **22.60** | 26563 |
| Steven Kazan 10/21/2016 | 110007/01-EFH 62838 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Document Review | 66.00 | 0.20 | **13.20** | 26563 |
| Steven Kazan 10/24/2016 | 110007/01-EFH 62890 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 CM/ECF | CM/ECF - Quarterly Fees | 1.00 | 53.60 | **53.60** | 26563 |
| Steven Kazan 10/24/2016 | 110007/01-EFH 62904 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Notice of Agenda for Oct. 26, 2016 for D. Hogan | 45.00 | 0.20 | **9.00** | 26563 |
| Steven Kazan 10/25/2016 | 110007/01-EFH 62905 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Documents for Mediation Teleconference for D. Hogan | 37.00 | 0.20 | **7.40** | 26563 |
| Steven Kazan 10/25/2016 | 110007/01-EFH 62906 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Document Production review | 53.00 | 0.20 | **10.60** | 26563 |
| Steven Kazan 10/26/2016 | 110007/01-EFH 62912 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Keglevic Deposition Transcript from 10/13/16 | 55.00 | 0.20 | **11.00** | 26563 |
| Steven Kazan 11/01/2016 | 110007/01-EFH 62974 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies of the E-Side Plan and Disclosure Statement | 928.00 | 0.20 | **185.60** | 26563 |
| Steven Kazan 11/01/2016 | 110007/01-EFH 62975 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E112 | Court fees - Annual Pro Hac Vice Fee of Jonathan Ruckdeschler | 1.00 | 25.00 | **25.00** | 26563 |
| Steven Kazan | 110007/01-EFH | DKH | Chap 11-Bankruptcy | PI Law Firms(EFH) USDC 1183 | | | | | |

# HOGAN McDANIEL

Client Expense Report

08 April, 2018

| Client Date | Client Matter ID Audit # | Resp. Lwyr. | File Type Type | File Code | Description | Units | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 11/03/2016 | 65944 | | Soft | E112 | Court fees - Annual Pro Hac Vice Fee of Jeanna Koski | 1.00 | 25.00 | **25.00** | 26704 |
| Steven Kazan 11/04/2016 | 110007/01-EFH 63010 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Service copies | 30.00 | 0.20 | **6.00** | 26563 |
| Steven Kazan 11/04/2016 | 110007/01-EFH 63011 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E108 | Postage - Postage for Service of Notices of Appearance and Intent | 4.00 | 0.47 | **1.86** | 26563 |
| Steven Kazan 11/04/2016 | 110007/01-EFH 63013 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Copies of the Spreadsheet of Trial Exhibits | 12.00 | 0.20 | **2.40** | 26563 |
| Steven Kazan 11/07/2016 | 110007/01-EFH 63017 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Copies of Excerpts from various 2015 depositions for D. Hogan | 100.00 | 0.20 | **20.00** | 26563 |
| Steven Kazan 11/09/2016 | 110007/01-EFH 63184 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Chambers' copy of Motion to Dismiss | 152.00 | 0.20 | **30.40** | 26563 |
| Steven Kazan 11/10/2016 | 110007/01-EFH 63416 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Copies of Trial Exhibit Listing | 12.00 | 0.20 | **2.40** | 26563 |
| Steven Kazan 11/15/2016 | 110007/01-EFH 63683 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Chambers' copies of the Objection to the Plan (Sealed Version) | 150.00 | 0.20 | **30.00** | 26563 |
| Steven Kazan 11/15/2016 | 110007/01-EFH 63928 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - copies of pleadings for D. Hogan's Omnibus Hearing Binder for Nov. 15 Hearing | 405.00 | 0.20 | **81.00** | 26563 |
| Steven Kazan 11/17/2016 | 110007/01-EFH 64468 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | The Conference Group - Inv. E0EE-0000-128 | 1.00 | 13.37 | **13.37** | 26669 |
| Steven Kazan 11/18/2016 | 110007/01-EFH 63715 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Expert reports; draft copies of designation documents. | 169.00 | 0.20 | **33.80** | 26563 |
| Steven Kazan 11/18/2016 | 110007/01-EFH 63716 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Preparations for the Meet and Confer on Nov. 21, 2016 | 45.00 | 0.20 | **9.00** | 26563 |
| Steven Kazan 11/18/2016 | 110007/01-EFH 63717 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Copies of Draft of the Spreadsheet of Trial Exhibits (Ex.A to the Final Witness and Exhibit List) | 27.00 | 0.20 | **5.40** | 26563 |
| Steven Kazan 11/21/2016 | 110007/01-EFH 63773 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Copy of the Memorandum of Law in Support of the Motion to Dismiss and all Exhibits to same for Briefing Binder for D. HOgan | 208.00 | 0.20 | **41.60** | 26563 |
| Steven Kazan | 110007/01-EFH | DKH | Chap 11-Bankruptcy | PI Law Firms(EFH) USDC 1183 | | | | | |

# HOGAN McDANIEL

Client Expense Report

08 April, 2018

| Client Date | Client Matter ID Audit # | Resp. Lwyr. | File Type Type | File Code | Description | Units | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 11/28/2016 | 63783 | | Soft | Copies | Photocopies - Spreadsheet of Trail Exhibits | 20.00 | 0.20 | **4.00** | 26563 |
| Steven Kazan 11/28/2016 | 110007/01-EFH 63934 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | W.B. Mason - Tabs for Hearing Binders; Inv. I39746399 | 1.00 | 17.90 | **17.90** | 26563 |
| Steven Kazan 11/29/2016 | 110007/01-EFH 63885 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Color copies - Marked up Deposition Transcripts | 86.00 | 0.25 | **21.50** | 26563 |
| Steven Kazan 11/29/2016 | 110007/01-EFH 63886 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Bates documents for hearing binder. | 1,873.00 | 0.20 | **374.60** | 26563 |
| Steven Kazan 11/29/2016 | 110007/01-EFH 64471 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | DLS Discovery - Inv. #107231 - Trial Exhibit Binders for 12/5 Hearing | 1.00 | 3,534.90 | **3,534.90** | 26669 |
| Steven Kazan 12/01/2016 | 110007/01-EFH 67167 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E111 | Lunch meeting with Leslie Kelleher, Esq. (Wilmington Tap Room on 12/01/16)) | 1.00 | 50.00 | **50.00** | 26869 |
| Steven Kazan 12/01/2016 | 110007/01-EFH 67357 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | DLS Discovery - Inv. #107147 - Expedited service for hearings | 1.00 | 100.00 | **100.00** | 26869 |
| Steven Kazan 12/02/2016 | 110007/01-EFH 63930 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - copies of the Motion to Dismiss and related filings for the briefing binder for l. Kelleher | 255.00 | 0.20 | **51.00** | 26669 |
| Steven Kazan 12/05/2016 | 110007/01-EFH 64294 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | Court Parking - Hearing on 5/5/16 | 1.00 | 51.00 | **51.00** | 26669 |
| Steven Kazan 12/05/2016 | 110007/01-EFH 67358 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | DLS Discovery - Inv. #107443 - Pick up, Prepare and delivery to court | 1.00 | 379.00 | **379.00** | 26869 |
| Steven Kazan 12/07/2016 | 110007/01-EFH 65707 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E112 | Veritext New York Reporting Co. - MTD Hearing Transcript for 12/5/16 | 1.00 | 319.20 | **319.20** | 26704 |
| Steven Kazan 12/08/2016 | 110007/01-EFH 64495 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - copy of the Order (Supplemental) Approving The Revised Schedule For The EFH/EFIH Confirmation Proceedings | 57.00 | 0.20 | **11.40** | 26669 |
| Steven Kazan 12/09/2016 | 110007/01-EFH 64652 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Copy of the Post-Trial Brief iso the Motion to Dismiss | 24.00 | 0.20 | **4.80** | 26669 |
| Steven Kazan 12/12/2016 | 110007/01-EFH 64656 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Chambers' and file copies of the Closing Motion to Dismiss | 96.00 | 0.20 | **19.20** | 26669 |
| Steven Kazan | 110007/01-EFH | DKH | Chap 11-Bankruptcy | PI Law Firms(EFH) USDC 1183 | | | | | |

# HOGAN McDANIEL

Client Expense Report

08 April, 2018

| Client Date | Client Matter ID Audit # | Resp. Lwyr. | File Type Type | File Code | Description | Units | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 01/02/2017 | 66104 | | Soft | BKR | US Bankruptcy Court - Notice of Appeal re: Order Denying MTD | 1.00 | 298.00 | **298.00** | 26704 |
| Steven Kazan 01/03/2017 | 110007/01-EFH 65879 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E108 | Postage - Chambers' copy of the Notice of Appeal | 1.00 | 0.68 | **0.68** | 26704 |
| Steven Kazan 01/03/2017 | 110007/01-EFH 67169 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E112 | CourtCall - Telephonic Appearance 1/3/17 | 1.00 | 30.00 | **30.00** | 26869 |
| Steven Kazan 01/05/2017 | 110007/01-EFH 67171 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | City of Wilmington Parking 1/5/17 | 1.00 | 2.00 | **2.00** | 26869 |
| Steven Kazan 01/26/2017 | 110007/01-EFH 67060 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Copies of cases for the Case Law binder for D. Hogan | 840.00 | 0.20 | **168.00** | 26869 |
| Steven Kazan 02/06/2017 | 110007/01-EFH 67163 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - 7th Amended Plan of Reorganization | 133.00 | 0.20 | **26.60** | 26869 |
| Steven Kazan 02/06/2017 | 110007/01-EFH 67170 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | Conference Group - Conference Calls on 10/24 & 10/25/2016 | 1.00 | 23.81 | **23.81** | 26869 |
| Steven Kazan 02/06/2017 | 110007/01-EFH 67173 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | City of Wilmington - Court Parking 8/11/16 - 11/16/16 (excludes 9/19/16 - Paid) | 1.00 | 42.00 | **42.00** | 26869 |
| Steven Kazan 02/07/2017 | 110007/01-EFH 67181 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Hearing Preparations | 11.00 | 0.20 | **2.20** | 26869 |
| Steven Kazan 02/07/2017 | 110007/01-EFH 67186 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Hearing Preparations | 89.00 | 0.20 | **17.80** | 26869 |
| Steven Kazan 02/07/2017 | 110007/01-EFH 67187 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Hearing Preparations | 116.00 | 0.20 | **23.20** | 26869 |
| Steven Kazan 02/07/2017 | 110007/01-EFH 67188 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Copy of Amended Plan Supplement | 39.00 | 0.20 | **7.80** | 26869 |
| Steven Kazan 02/07/2017 | 110007/01-EFH 67299 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Color copies of various Deposition Transcripts, with designations, for trial | 222.00 | 0.23 | **51.06** | 26869 |
| Steven Kazan 02/08/2017 | 110007/01-EFH 67190 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Hearing Preparations | 158.00 | 0.20 | **31.60** | 26869 |
| Steven Kazan 02/08/2017 | 110007/01-EFH 67202 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Hearing Preparations | 243.00 | 0.20 | **48.60** | 26869 |
| Steven Kazan 02/09/2017 | 110007/01-EFH 67204 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Hearing Preparations | 57.00 | 0.20 | **11.40** | 26869 |
| Steven Kazan | 110007/01-EFH | DKH | Chap 11-Bankruptcy | PI Law Firms(EFH) USDC 1183 | | | | | |

# HOGAN McDANIEL

Client Expense Report

08 April, 2018

| Client Date | Client Matter ID Audit # | Resp. Lwyr. | File Type Type | File Code | Description | Units | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 02/09/2017 | 68209 | | Soft | E107 | DLS Discovery - Inv. 109244; EFH Hearing binders | 1.00 | 5,327.57 | **5,327.57** | 27092 |
| Steven Kazan 02/10/2017 | 110007/01-EFH 67268 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Hearing Preparations | 509.00 | 0.20 | **101.80** | 26869 |
| Steven Kazan 02/12/2017 | 110007/01-EFH 67248 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Preparation for hearing (DKH) | 594.00 | 0.20 | **118.80** | 26869 |
| Steven Kazan 02/13/2017 | 110007/01-EFH 67290 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Hearing Preparations | 120.00 | 0.20 | **24.00** | 26869 |
| Steven Kazan 02/13/2017 | 110007/01-EFH 67295 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Hearing Preparations | 263.00 | 0.20 | **52.60** | 26869 |
| Steven Kazan 02/13/2017 | 110007/01-EFH 67297 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Hearing Preparations - Color copy of the Hickson Deposition Designations for Witness Binder | 42.00 | 0.25 | **10.50** | 26869 |
| Steven Kazan 02/14/2017 | 110007/01-EFH 67306 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Hearing Preparations | 176.00 | 0.20 | **35.20** | 26869 |
| Steven Kazan 02/14/2017 | 110007/01-EFH 67313 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Hearing Preparations | 101.00 | 0.20 | **20.20** | 26869 |
| Steven Kazan 02/15/2017 | 110007/01-EFH 67314 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Hearing Preparations | 10.00 | 0.20 | **2.00** | 26869 |
| Steven Kazan 02/15/2017 | 110007/01-EFH 67317 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | Misc - ShredInstead | 1.00 | 40.00 | **40.00** | 26869 |
| Steven Kazan 02/16/2017 | 110007/01-EFH 68208 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | February 14 - 16; DLS Discovery - Delivery to Court; Pick up from Court; Inv. 109142 | 1.00 | 108.00 | **108.00** | 27092 |
| Steven Kazan 02/17/2017 | 110007/01-EFH 67408 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | City of Wilmington - Parking 2/15 & 2/16 (Hearings) | 1.00 | 80.00 | **80.00** | 26869 |
| Steven Kazan 02/17/2017 | 110007/01-EFH 69320 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | City of Wilmington - Additional Parking Fees 2/14 - 2/17 (Hearings) | 1.00 | 7.00 | **7.00** | 27092 |
| Steven Kazan 02/17/2017 | 110007/01-EFH 69321 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E111 | Meal during Confirmation Hearing | 1.00 | 27.00 | **27.00** | 27092 |
| Steven Kazan 02/28/2017 | 110007/01-EFH 69096 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | Shred Instead - On-Site Destruction of file documents. | 1.00 | 83.74 | **83.74** | 27092 |
| Steven Kazan 03/03/2017 | 110007/01-EFH 68206 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Chambers' copies of Notice of Appeal | 540.00 | 0.20 | **108.00** | 27092 |
| Steven Kazan 03/03/2017 | 110007/01-EFH 68207 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E112 | Court fees - Notice of Appeal (AMEX) | 1.00 | 298.00 | **298.00** | 27092 |

## HOGAN McDANIEL

Client Expense Report

08 April, 2018

| Client<br>Date | Client Matter ID<br>Audit # | Resp. Lwyr. | File Type<br>Type | File<br>Code | Description | Units | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| Steven Kazan<br>03/10/2017 | 110007/01-EFH<br>68378 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>E112 | USDC PHV Fee for 2017: Kelleher & Koski (pd 1/24/17); Kazan & Early (pd 3/10/17) | 4.00 | 25.00 | **100.00** | 27092 |
| Steven Kazan<br>03/20/2017 | 110007/01-EFH<br>69097 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>E107 | DLS Discovery - Copy and hand delivery of SOI to BR Court and USDC (inv. 109919 & 109918) | 1.00 | 67.90 | **67.90** | 27092 |
| Steven Kazan<br>03/23/2017 | 110007/01-EFH<br>69024 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>Copies | Photocopies, re: letter and stipulated briefing schedule | 22.00 | 0.20 | **4.40** | 27092 |
| Steven Kazan<br>03/27/2017 | 110007/01-EFH<br>69094 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | Shred Instead - On-Site destruction of trial binders. | 1.00 | 43.75 | **43.75** | 27092 |
| Steven Kazan<br>04/24/2017 | 110007/01-EFH<br>69950 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | Shred Instead - On-Site Destruction of trial documents | 1.00 | 43.74 | **43.74** | 27147 |
| Steven Kazan<br>05/03/2017 | 110007/01-EFH<br>70333 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>E112 | CourtCall - Telephonic appearance at 4/24/17 Hearing | 1.00 | 37.00 | **37.00** | 27212 |
| Steven Kazan<br>06/26/2017 | 110007/01-EFH<br>73142 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | Parking. | 1.00 | 6.00 | **6.00** | 27537 |
| Steven Kazan<br>07/21/2017 | 110007/01-EFH<br>73109 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>E112 | CourtCall Appearance of DKHogan | 1.00 | 30.00 | **30.00** | 27537 |
| Steven Kazan<br>08/07/2017 | 110007/01-EFH<br>73497 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>E112 | CourtCall - Hearing on 8/7/17 | 1.00 | 37.00 | **37.00** | 27676 |
| Steven Kazan<br>08/11/2017 | 110007/01-EFH<br>73499 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>E112 | CourtCall Appearance of Daniel K Hogan 8/11/hearing | 1.00 | 37.00 | **37.00** | 27676 |
| Steven Kazan<br>08/24/2017 | 110007/01-EFH<br>73756 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>Copies | Photocopies | 580.00 | 0.20 | **116.00** | 27676 |
| Steven Kazan<br>08/31/2017 | 110007/01-EFH<br>74151 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>E112 | Hawkins Reporting Service - Transcript for 9/9/16 Hearing (not previously billed) | 1.00 | 559.25 | **559.25** | 27676 |
| Steven Kazan<br>09/12/2017 | 110007/01-EFH<br>74659 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>PH | Photocopying Notice of Service of Initial Disclosures/Service list | 7.00 | 0.20 | **1.40** | 27817 |
| Steven Kazan<br>09/12/2017 | 110007/01-EFH<br>74790 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>E107 | DLS Discovery - Inv. 114612 - Service of Kasowitz 13th Monthly | 1.00 | 40.62 | **40.62** | 27817 |
| Steven Kazan<br>09/14/2017 | 110007/01-EFH<br>74660 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183<br>Copies | Photocopies Sealed Reply ISO Motion to Intervene and COS | 13.00 | 0.20 | **2.60** | 27817 |
| Steven Kazan | 110007/01-EFH | DKH | Chap 11-Bankruptcy | PI Law Firms(EFH) USDC 1183 | | | | | |

# HOGAN McDANIEL

Client Expense Report

08 April, 2018

| Client Date | Client Matter ID Audit # | Resp. Lwyr. | File Type Type | File Code | Description | Units | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 09/15/2017 | 74683 | | Soft | Copies | Photocopies Hearing Agenda | 8.00 | 0.20 | **1.60** | 27817 |
| Steven Kazan 09/18/2017 | 110007/01-EFH 74686 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies Hearing Binder 9-19-17 | 150.00 | 0.20 | **30.00** | 27817 |
| Steven Kazan 09/27/2017 | 110007/01-EFH 75769 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E112 | CourtCall Hearing 9/27/17 @ 11:00 a.m. | 1.00 | 30.00 | **30.00** | 27817 |
| Steven Kazan 10/27/2017 | 110007/01-EFH 76782 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - NOI - Albini, Bissell, Carlson | 29.00 | 0.20 | **5.80** | 28159 |
| Steven Kazan 10/27/2017 | 110007/01-EFH 77538 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | DLS Discovery Inv. 115828 - Service of 3 NOIs | 1.00 | 19.25 | **19.25** | 28159 |
| Steven Kazan 10/30/2017 | 110007/01-EFH 77539 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | DLS Discovery Inv. 115823 - Service of Prelim Obj | 1.00 | 17.39 | **17.39** | 28159 |
| Steven Kazan 11/30/2017 | 110007/01-EFH 78038 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | DLS Discovery - 116586 - BergNOI | 1.00 | 14.55 | **14.55** | 28159 |
| Steven Kazan 12/20/2017 | 110007/01-EFH 78619 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | DLS Discovery - Inv. #117409 - Plan Objection | 1.00 | 210.70 | **210.70** | 28159 |
| Steven Kazan 01/29/2018 | 110007/01-EFH 80011 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Transcript from Confirmation Hearing in February 2017. | 785.00 | 0.20 | **157.00** | 28316 |
| Steven Kazan 01/30/2018 | 110007/01-EFH 80048 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 E107 | Scroll Deliveries - Delivery to Chambers | 1.00 | 39.00 | **39.00** | 28316 |
| Steven Kazan 02/06/2018 | 110007/01-EFH 80023 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - initial designations | 20.00 | 0.20 | **4.00** | 28316 |
| Steven Kazan 02/07/2018 | 110007/01-EFH 80035 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Prep for designations | 250.00 | 0.20 | **50.00** | 28316 |
| Steven Kazan 02/08/2018 | 110007/01-EFH 80036 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies (Color) - Transcripts for designations | 469.00 | 0.25 | **117.25** | 28316 |
| Steven Kazan 02/08/2018 | 110007/01-EFH 80053 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - index of asbestos objectors' hearing exhibits | 50.00 | 0.20 | **10.00** | 28316 |
| Steven Kazan 02/12/2018 | 110007/01-EFH 80117 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Binder for Final Objection to Confirmation | 451.00 | 0.20 | **90.20** | 28316 |
| Steven Kazan 02/14/2018 | 110007/01-EFH 80149 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 Copies | Photocopies - Preparation of Witness List / Notice of Service | 59.00 | 0.20 | **11.80** | 28316 |
| Steven Kazan 02/16/2018 | 110007/01-EFH 80257 | DKH | Chap 11-Bankruptcy Soft | PI Law Firms(EFH) USDC 1183 | Hearing - Parking - City of Wilmington | 1.00 | 40.00 | **40.00** | 28316 |
| Steven Kazan | 110007/01-EFH | DKH | Chap 11-Bankruptcy | PI Law Firms(EFH) USDC 1183 | | | | | |

# HOGAN McDANIEL

**Client Expense Report**                                                                                                                        08 April, 2018

| Client<br>Date | Client Matter ID<br>Audit # | Resp. Lwyr. | File Type<br>Type | File<br>Code | Description | Units | Rate | Value | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 02/16/2018 | 80736 | | Soft | E112 | CourtCall - Appearance 2/16/18 | 1.00 | 37.00 | **37.00** | 28495 |
| Steven Kazan<br>02/16/2018 | 110007/01-EFH<br>80935 | DKH | Chap 11-Bankruptcy<br>Soft | PI Law Firms(EFH) USDC 1183 | Additional Parking Authority Charge from 9/15/17; Parking for 1/8/17 Hearing | 1.00 | 5.90 | **5.90** | 28495 |
| Steven Kazan<br>02/22/2018 | 110007/01-EFH<br>80737 | DKH | Chap 11-Bankruptcy<br>Soft | PI Law Firms(EFH) USDC 1183<br>E112 | CourtCall - Appearance 2/22/18 | 1.00 | 30.00 | **30.00** | 28495 |
| Steven Kazan<br>02/23/2018 | 110007/01-EFH<br>80727 | DKH | Chap 11-Bankruptcy<br>Soft | PI Law Firms(EFH) USDC 1183<br>E112 | CourtCall - Telephonic Appearance - 2/23/18 @ 2:00 pm | 1.00 | 30.00 | **30.00** | 28495 |
| Steven Kazan<br>02/23/2018 | 110007/01-EFH<br>81131 | DKH | Chap 11-Bankruptcy<br>Soft | PI Law Firms(EFH) USDC 1183<br>E107 | DLS Discovery - Inv. 118942 - Prepare Exhibit Binders for Hearing / Deliver same to court | 1.00 | 1,359.50 | **1,359.50** | 28495 |
| Steven Kazan<br>02/26/2018 | 110007/01-EFH<br>82053 | DKH | Chap 11-Bankruptcy<br>Soft | PI Law Firms(EFH) USDC 1183 | Parking. | 25.00 | 1.00 | **25.00** | 28495 |
| Steven Kazan<br>02/27/2018 | 110007/01-EFH<br>81130 | DKH | Chap 11-Bankruptcy<br>Soft | PI Law Firms(EFH) USDC 1183<br>E112 | Court Call - Telephonic Appearance - 2/27/18 Hearing | 1.00 | 30.00 | **30.00** | 28495 |
| Steven Kazan<br>02/27/2018 | 110007/01-EFH<br>81167 | DKH | Chap 11-Bankruptcy<br>Soft | PI Law Firms(EFH) USDC 1183<br>E107 | DLS Discovery - Inv. 119021 - Pick up Hearing Binders from Court | 1.00 | 45.00 | **45.00** | 28495 |
| Steven Kazan<br>02/28/2018 | 110007/01-EFH<br>82052 | DKH | Chap 11-Bankruptcy<br>Soft | PI Law Firms(EFH) USDC 1183<br>CM/ECF | CM/ECF - Bankruptcy Fees - Pacer Quarterly Statement (10/1 - 12/31/17) | 1.00 | 25.40 | **25.40** | 28495 |
| | | | | | **Firm Totals** | | | **25,397.13** | |

| Summary by Responsible Lawyer | Value |
|---|---|
| DKH | 25,397.13 |
| **Total** | **25,397.13** |

| Summary by Type | Value |
|---|---|
| Soft | 25,397.13 |
| **Total** | **25,397.13** |

| Summary by Code | Value |
|---|---|
| | 849.56 |
| APL | 596.00 |
| BKR | 671.00 |
| CM/ECF | 370.90 |
| Copies | 6,157.11 |
| CR | 30.00 |
| E107 | 13,772.56 |
| E108 | 3.25 |
| E111 | 171.58 |

**HOGAN McDANIEL**

**Client Expense Report**                                                                                      08 April, 2018

|       |           |
|------:|----------:|
| E112  | 2,452.45  |
| E116  | 38.40     |
| FF    | 25.00     |
| FSX   | 20.00     |
| OvrNite | 221.88  |
| PH    | 7.80      |
| TEL   | 9.64      |
| **Total** | **25,397.13** |

**Summary by File Type**                    **Value**

| Chap 11-Bankruptcy | 25,397.13 |
|-------------------:|----------:|
| **Total**          | **25,397.13** |

**Summary by Billing Category**              **Value**

| Billable  | 25,397.13 |
|----------:|----------:|
| **Total** | **25,397.13** |

**Report Selections**

Start Date: Dec 1, 2014
End Date: Feb 28, 2018
File: PI Law Firms(EFH) USDC 1183
Include Task Based Files: Yes
Include Closed Files: No
Include Corrections: No