# EXHIBIT A

### SUMMARY OF FEES

| Timekeeper Name | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Joseph D. Frank (JDF) | 56.60 | 2015: $695 | $39,337.00 |
| Frances Gecker (FG) | 14.00 | 2014: $695; 2015: $695 | $9,730.00 |
| Micah Krohn (MRK) | 5.70 | 2015: $430 | $2,451.00 |
| Jeremy C. Kleinman | 3.60 | 2015: $410 | $1,476.00 |
| Reed Heiligman (RH) | 2.40 | 2015: $310 | $744.00 |
| Christina Carpenter (CC) | 2.10 | 2015: $145 | $304.50 |
| **TOTAL** | **84.40** | | **$54,042.50** |