# EXHIBIT C

## ITEMIZED LIST OF DISBURSEMENTS

### DECEMBER 12, 2014 – SEPTEMBER 30, 2015

| Date | Description | Amount |
|------|-------------|--------|
| 2/13/2015 | Postage | $0.96 |
| 3/10/2015 | Postage | $0.96 |
| 8/09/2015 | JDF travel expenses for attendance at omnibus hearing in Delaware | $1,189.48 |
| 8/12/2015 | Certified transcript of 8/11/2015 omnibus hearing | $223.20 |
| 9/1/2015 | Postage | $1.64 |
| | **TOTAL** | **$1,416.24** |