# **<u>EXHIBIT D</u>**

{ENERGYFU/001/00053586.DOCX/}    DOC# 2828706

## Summary of Disbursements

| Expense Category | Amount |
|---|---:|
| Postage | $3.56 |
| Transcripts | $223.20 |
| Travel Expenses | $1,189.48 |
| **TOTAL** | **$1,416.24** |