# EXHIBIT E



www.fgllp.com

February 09, 2015

Ad Hoc Committee of Asbestos PI Claimants                                    FEIN 20-1952153
Barry Julian
Gori, Julian & Associates, P.C.
156 North Market Street
Edwardsville, IL 62025

---

**Regarding:**    **Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through January 31, 2015

Invoice #:   6743

Per Attached Description:

Fees.................................................................................................................................    $6,139.00
Disbursements...................................................................................................................    $0.00
Total Fees and Disbursements..........................................................................................    $6,139.00

**Total Amount This Bill**.................................................................................................    **$6,139.00**

Ad Hoc Committee of Asbestos PI Claimants

Invoice Dated:   February 09, 2015

---

**Regarding:    Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through January 31, 2015

Invoice #:   6743

Per Attached Description:

| | | Hours | Amount |
|---|---|---|---|
| 12/12/2014 | Review substitution motion, telephone conference with clients, telephone conference with local counsel.<br>Frances Gecker | 1.00 | $695.00 |
| 1/7/2015 | Review opinion approving bar date for unmanifested claims and work on memorandum regarding same.<br>Joseph D. Frank | 1.70 | $1,181.50 |
| 1/7/2015 | Review bar date opinion (0.7), and draft memorandum to ad hoc committee regarding same (1.5).<br>Reed Heiligman | 2.20 | $682.00 |
| 1/9/2015 | Follow up with prior counsel (Natalie Ramsey) regarding bar date decision; correspondence with Caplin & Drysdale and correspondence with Committee members regarding same.<br>Joseph D. Frank | 0.50 | $347.50 |
| 1/12/2015 | Correspondence and telephone conferences with group members regarding response to bar date opinion and review prior pleadings regarding same.<br>Joseph D. Frank | 1.10 | $764.50 |
| 1/13/2015 | Draft correspondence and communicate with clients regarding demand on Committees regarding representation of Unmanifested Claimants.<br>Joseph D. Frank | 2.50 | $1,737.50 |
| 1/13/2015 | Review multiple emails from ad hoc committee members regarding bar date opinion.<br>Reed Heiligman | 0.20 | $62.00 |
| 1/14/2015 | Work on correspondence to Committee regarding Unmanifested Claimant issues; correspondence with group members regarding same and telephone conference with Caplin & Drysdale regarding status.<br>Joseph D. Frank | 0.90 | $625.50 |
| 1/22/2015 | Update Ad Hoc Asbestos Committee Contact List.<br>Christina Carpenter | 0.30 | $43.50 |
| | | 10.40 | $6,139.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Frances Gecker | 1.00 | 695.00 | $695.00 |
| Joseph D. Frank | 6.70 | 695.00 | $4,656.50 |
| Reed Heiligman | 2.40 | 310.00 | $744.00 |

Ad Hoc Committee of Asbestos PI Claimants

Page    3

Invoice Dated:    February 09, 2015

---

**Regarding:    Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through January 31, 2015

Invoice #:    6743

Per Attached Description:

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Christina Carpenter | 0.30 | 145.00 | $43.50 |

# FG FrankGecker

www.fgllp.com

April 14, 2015

Ad Hoc Committee of Asbestos PI Claimants
Barry Julian
Gori, Julian & Associates, P.C.
156 North Market Street
Edwardsville, IL 62025

FEIN 20-1952153

---

**Regarding:**    **Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through March 31, 2015

Invoice #:   6865

Per Attached Description:

| | |
|---|---:|
| Fees.......................................................................................................................................... | $2,224.00 |
| Disbursements........................................................................................................................ | $1.92 |
| Total Fees and Disbursements............................................................................................... | $2,225.92 |
| **Total Amount This Bill........................................................................................................** | **$2,225.92** |

Ad Hoc Committee of Asbestos PI Claimants                                                    Page    2

Invoice Dated:   April 14, 2015

---

**Regarding:**    **Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through March 31, 2015                    Invoice #:   6865

Per Attached Description:

| | | Hours | Amount |
|---|---|---|---|
| 3/25/2015 | Begin reading Debtors' asbestos claim bar date pleadings.<br>Joseph D. Frank | 1.00 | $695.00 |
| 3/27/2015 | Further review of asbestos claims bar date package.<br>Joseph D. Frank | 0.50 | $347.50 |
| 3/31/2015 | Complete review of asbestos bar date pleadings; telephone conference with Natalie Ramsey regarding case procedural issues; prepare email to ad hoc committee regarding possible responses.<br>Joseph D. Frank | 1.70 | $1,181.50 |
| | | 3.20 | $2,224.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Joseph D. Frank | 3.20 | 695.00 | $2,224.00 |

Disbursements:

| | | | Amount |
|---|---|---|---|
| 2/13/2015 | Postage. | | 0.96 |
| 3/10/2015 | Postage. | | 0.96 |
| | Total Expenses | | $1.92 |
| | Total Due | | $2,225.92 |

 www.fgllp.com

May 18, 2015

Ad Hoc Committee of Asbestos PI Claimants                                    FEIN 20-1952153
Barry Julian
Gori, Julian & Associates, P.C.
156 North Market Street
Edwardsville, IL 62025

---

**Regarding:**    **Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through April 30, 2015

Invoice #:   6915

Per Attached Description:

Fees.............................................................................................................................................. $903.50
Disbursements................................................................................................................................ $0.00
Total Fees and Disbursements........................................................................................................ $903.50

**Total Amount This Bill................................................................................................................ $903.50**

Ad Hoc Committee of Asbestos PI Claimants

Invoice Dated:   May 18, 2015

---

**Regarding:      Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through April 30, 2015

Invoice #:   6915

Per Attached Description:

| | | Hours | Amount |
|---|---|---|---|
| 4/1/2015 | Follow up with members of group regarding asbestos bar date issues.<br>Joseph D. Frank | 0.40 | $278.00 |
| 4/21/2015 | Correspondence with Steven Kazan regarding motion for appointment of Future Claimants' Representative, union participation and related matters.<br>Joseph D. Frank | 0.60 | $417.00 |
| 4/22/2015 | Follow up with Steven Kazan regarding treatment of future claimants in bankruptcy case.<br>Joseph D. Frank | 0.30 | $208.50 |
| | | 1.30 | $903.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Joseph D. Frank | 1.30 | 695.00 | $903.50 |

**FrankGecker**                                            www.fgllp.com

June 08, 2015

Ad Hoc Committee of Asbestos PI Claimants                    FEIN 20-1952153
Barry Julian
Gori, Julian & Associates, P.C.
156 North Market Street
Edwardsville, IL 62025

---

**Regarding:** **Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through May 31, 2015

Invoice #:   6955

Per Attached Description:

Fees................................................................................................................... $903.50
Disbursements................................................................................................. $0.00
Total Fees and Disbursements....................................................................... $903.50

**Total Amount This Bill........................................................................... $903.50**

Ad Hoc Committee of Asbestos PI Claimants

Invoice Dated:    June 08, 2015

---

**Regarding:    Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through May 31, 2015

Invoice #:    6955

Per Attached Description:

| | Hours | Amount |
|---|---|---|
| 5/22/2015  Review EFH Committee's emergency motion regarding asbestos bar date.<br>Joseph D. Frank | 0.30 | $208.50 |
| 5/27/2015  Review pleadings regarding asbestos claim notice protocol and related<br>correspondence/follow up.<br>Joseph D. Frank | 1.00 | $695.00 |
| | 1.30 | $903.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Joseph D. Frank | 1.30 | 695.00 | $903.50 |

# FrankGecker

www.fgllp.com

July 13, 2015

Ad Hoc Committee of Asbestos PI Claimants                                     FEIN 20-1952153
Barry Julian
Gori, Julian & Associates, P.C.
156 North Market Street
Edwardsville, IL 62025

---

**Regarding:**    **Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through June 30, 2015

Invoice #:   7002

Per Attached Description:

Fees.................................................................................................................................... $695.00
Disbursements..................................................................................................................... $0.00
Total Fees and Disbursements............................................................................................. $695.00

**Total Amount This Bill.......................................................................................................** **$695.00**

Ad Hoc Committee of Asbestos PI Claimants

Invoice Dated:   July 13, 2015

---

**Regarding:    Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through June 30, 2015

Invoice #:   7002

Per Attached Description:

| | | Hours | Amount |
|---|---|---|---|
| 6/8/2015 | Pull documents for client regarding update in case to related counsel and telephone conference with Steve Kazan regarding same.<br>Joseph D. Frank | 0.50 | $347.50 |
| 6/11/2015 | Telephone conference with Frances Schreiberg regarding future claims bar date, notice, plan and follow up regarding requested documents.<br>Joseph D. Frank | 0.50 | $347.50 |
| | | 1.00 | $695.00 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Joseph D. Frank | 1.00 | 695.00 | $695.00 |

**FG** **Frank**Gecker                                    www.fgllp.com

August 12, 2015

Ad Hoc Committee of Asbestos PI Claimants                          FEIN 20-1952153
Barry Julian
Gori, Julian & Associates, P.C.
156 North Market Street
Edwardsville, IL 62025

---

**Regarding:**    **Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through July 31, 2015

Invoice #:   7056

Per Attached Description:

Fees...................................................................................................................................    $15,666.50
Disbursements.................................................................................................................    $0.00
Total Fees and Disbursements.........................................................................................    $15,666.50

**Total Amount This Bill...................................................................................**    **$15,666.50**

325 N. LaSalle, Suite 625  |  Chicago, Illinois 60654  |  Ph: 312.276.1400  |  Fx: 312.276.0035

Ad Hoc Committee of Asbestos PI Claimants

Page    2

Invoice Dated:   August 12, 2015

---

**Regarding:   Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through July 31, 2015

Per Attached Description:

Invoice #:   7056

| | Hours | Amount |
|---|---|---|
| 7/2/2015 Review correspondence and pleading regarding objection to Debtors' proposed future claimant noticing procedures.<br>Joseph D. Frank | 0.90 | $625.50 |
| 7/6/2015 Telephone conference with Steve Kazan regarding points to make in conversation with U.S. Trustee.<br>Joseph D. Frank | 0.20 | $139.00 |
| 7/8/2015 Telephone conference with Steve Kazan regarding next steps regarding future claimants.<br>Joseph D. Frank | 0.40 | $278.00 |
| 7/9/2015 Call with client regarding next steps, related strategy.<br>Joseph D. Frank | 0.30 | $208.50 |
| 7/10/2015 Correspondence with claimant counsel regarding next steps in bankruptcy cases and review related case law.<br>Joseph D. Frank | 0.90 | $625.50 |
| 7/13/2015 Work on motion for appointment of future claimant guardian and office conferences with Frances Gecker regarding same.<br>Joseph D. Frank | 1.10 | $764.50 |
| 7/13/2015 Research regarding appointment of guardian to represent interests of future asbestos claimants.<br>Frances Gecker | 4.00 | $2,780.00 |
| 7/14/2015 Work on motion to appoint representative of future claimants; correspondence and telephone conference with Barry Julian regarding same and office conference with Frances Gecker regarding same.<br>Joseph D. Frank | 2.00 | $1,390.00 |
| 7/14/2015 Research, draft and revise motion to appoint legal representative.<br>Frances Gecker | 6.00 | $4,170.00 |
| 7/14/2015 Draft Rule 2019 Statement.<br>Christina Carpenter | 0.20 | $29.00 |
| 7/15/2015 Work on motion to appoint representative and telephone conferences with and correspondence with various parties regarding same.<br>Joseph D. Frank | 1.10 | $764.50 |

Ad Hoc Committee of Asbestos PI Claimants

Page    3

Invoice Dated:   August 12, 2015

---

**Regarding:      Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through July 31, 2015

Invoice #:   7056

Per Attached Description:

| | Hours | Amount |
|---|---|---|
| 7/15/2015  Review and revise motion to appoint futures representative.<br>Frances Gecker | 1.00 | $695.00 |
| 7/20/2015  Work on motion for guardian and office conference with Frances Gecker,<br>telephone conference with Steve Kazan regarding same.<br>Joseph D. Frank | 0.50 | $347.50 |
| 7/21/2015  Telephone conferences with Steve Kazan and Barry Julian, review related<br>correspondence and finalize pleading regarding representative.<br>Joseph D. Frank | 2.10 | $1,459.50 |
| 7/23/2015  Review amended plan and disclosure statement regarding treatment of<br>present and future asbestos claims.<br>Frances Gecker | 1.50 | $1,042.50 |
| 7/31/2015  Review joinder of Shirley Fenicle to motion to appoint futures representative.<br>Frances Gecker | 0.50 | $347.50 |
| | 22.70 | $15,666.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Frances Gecker | 13.00 | 695.00 | $9,035.00 |
| Joseph D. Frank | 9.50 | 695.00 | $6,602.50 |
| Christina Carpenter | 0.20 | 145.00 | $29.00 |

**FrankGecker**                                                    www.fgllp.com

September 15, 2015

Ad Hoc Committee of Asbestos PI Claimants                          FEIN 20-1952153
Barry Julian
Gori, Julian & Associates, P.C.
156 North Market Street
Edwardsville, IL 62025

---

**Regarding:    Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through August 31, 2015

Invoice #:   7098

Per Attached Description:

Fees..................................................................................................................................... $15,869.50
Disbursements................................................................................................................. $1,412.68
Total Fees and Disbursements........................................................................................ $17,282.18

**Total Amount This Bill............................................................................................ $17,282.18**

325 N. LaSalle, Suite 625  |  Chicago, Illinois 60654  |  Ph: 312.276.1400  |  Fx: 312.276.0035

Ad Hoc Committee of Asbestos PI Claimants

Invoice Dated:   September 15, 2015

---

**Regarding:    Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through August 31, 2015                    Invoice #:   7098
Per Attached Description:

|  |  | Hours | Amount |
|---|---|---|---|
| 8/4/2015 | Review objections to Futures Representative motion.<br>Joseph D. Frank | 0.70 | $486.50 |
| 8/5/2015 | Download all case law cited in motion to appoint legal representative, joinder and objections and prepare binder for August 11, 2015 hearing.<br>Christina Carpenter | 1.60 | $232.00 |
| 8/6/2015 | Review pleadings and case law in preparation for argument.<br>Joseph D. Frank | 2.40 | $1,668.00 |
| 8/7/2015 | Review pleadings and case law in preparation for argument and telephone conference with Liberdas..<br>Joseph D. Frank | 2.90 | $2,015.50 |
| 8/9/2015 | Review case law and pleadings in preparation for argument and travel to east coast for hearing.<br>Joseph D. Frank | 4.00 | $2,780.00 |
| 8/10/2015 | Review pleadings/case law and meet with Steve Kazan in preparation for argument.<br>Joseph D. Frank | 3.50 | $2,432.50 |
| 8/11/2015 | Preparation for argument and appear in Court; return travel to Chicago.<br>Joseph D. Frank | 9.00 | $6,255.00 |
|  |  | 24.10 | $15,869.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Joseph D. Frank | 22.50 | 695.00 | $15,637.50 |
| Christina Carpenter | 1.60 | 145.00 | $232.00 |

Disbursements:

| 8/9/2015 | Joseph Frank's travel expenses for attendance at August 11, 2015 omnibus hearing before Bankruptcy Judge Sontchi in Wilmington, Delaware. | 1,189.48 |
|---|---|---|
| 8/12/2015 | Certified transcript of August 11, 2015 hearing before Bankruptcy Judge Sontchi  (Veritext Invoice No. NY2397043 dated August 12, 2015). | 223.20 |
|  | Total Expenses | $1,412.68 |

Ad Hoc Committee of Asbestos PI Claimants

Invoice Dated:   September 15, 2015

---

**Regarding:     Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through August 31, 2015                Invoice #:   7098
Per Attached Description:

|  | Amount |
|---|---|
| Total Due | $17,282.18 |

# FG FrankGecker

www.fgllp.com

October 13, 2015

Ad Hoc Committee of Asbestos PI Claimants                                    FEIN 20-1952153
Barry Julian
Gori, Julian & Associates, P.C.
156 North Market Street
Edwardsville, IL 62025

---

**Regarding:    Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through September 30, 2015

Invoice #:  7140

Per Attached Description:

Fees................................................................................................................................ $3,215.50
Disbursements................................................................................................................ $1.64
Total Fees and Disbursements........................................................................................ $3,217.14

**Total Amount This Bill..............................................................................................** **$3,217.14**

---

325 N. LaSalle, Suite 625  |  Chicago, Illinois 60654  |  Ph: 312.276.1400  |  Fx: 312.276.0035

Ad Hoc Committee of Asbestos PI Claimants

Invoice Dated:   October 13, 2015

---

**Regarding:     Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through September 30, 2015

Invoice #:   7140

Per Attached Description:

| | | Hours | Amount |
|---|---|---|---|
| 9/11/2015 | Review proposed revisions to disclosure statement and correspondence with client regarding same.<br>Joseph D. Frank | 0.30 | $208.50 |
| 9/18/2015 | Legal research regarding orders approving adequacy of a disclosure statement, leave to file interlocutory order (1.20); communications with J. Frank regarding same (.40).<br>Micah R. Krohn | 1.60 | $688.00 |
| 9/20/2015 | Correspondence and conference call regarding disclosure statement objection and response to Debtors regarding possible revisions.<br>Joseph D. Frank | 0.80 | $556.00 |
| 9/21/2015 | Additional legal research regarding interlocutory orders (.80); memorandum to J. Frank regarding same.<br>Micah R. Krohn | 1.40 | $602.00 |
| 9/22/2015 | Legal research regarding certification to Court of Appeals of interlocutory appeal (2.40); memorandum to J. Frank regarding same (.30).<br>Micah R. Krohn | 2.70 | $1,161.00 |
| | | 6.80 | $3,215.50 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Joseph D. Frank | 1.10 | 695.00 | $764.50 |
| Micah R. Krohn | 5.70 | 430.00 | $2,451.00 |

Disbursements:

| | | | |
|---|---|---|---|
| 9/1/2015 | Postage. | | 1.64 |
| | Total Expenses | | $1.64 |
| | Total Due | | $3,217.14 |

**FG FrankGecker**                                          www.fgllp.com

November 16, 2015

Ad Hoc Committee of Asbestos PI Claimants                          FEIN 20-1952153
Barry Julian
Gori, Julian & Associates, P.C.
156 North Market Street
Edwardsville, IL 62025

---

**Regarding:    Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through October 31, 2015

Invoice #:   7182

Per Attached Description:

Fees.................................................................................................................................    $8,426.00
Disbursements.............................................................................................................    $0.00
Total Fees and Disbursements....................................................................................    $8,426.00

**Total Amount This Bill................................................................................    $8,426.00**

325 N. LaSalle, Suite 625  |  Chicago, Illinois 60654  |  Ph: 312.276.1400  |  Fx: 312.276.0035

Ad Hoc Committee of Asbestos PI Claimants

Page    2

Invoice Dated:   November 16, 2015

---

**Regarding:**     **Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through October 31, 2015

Per Attached Description:

Invoice #:   7182

| | Hours | Amount |
|---|---|---|
| 10/3/2015 Begin drafting direct appeal and interlocutory appeal pleadings and review prior pleadings regarding same.<br>Joseph D. Frank | 1.70 | $1,181.50 |
| 10/4/2015 Further work on interlocutory and direct appeal pleadings.<br>Joseph D. Frank | 1.10 | $764.50 |
| 10/5/2015 Work on direct appeal and interlocutory appeal pleadings, review case law regarding same and correspondence with Dan Hogan, Steve Kazan and office conference with Jeremy Kleinman regarding same.<br>Joseph D. Frank | 1.00 | $695.00 |
| 10/5/2015 Research regarding plan confirmability as ground for objection to disclosure statement (0.3); meet with J. Frank regarding interlocutory appeal (0.2); draft and revise motion for interlocutory appeal (1.2).<br>Jeremy C. Kleinman | 1.70 | $697.00 |
| 10/6/2015 Further revisions to direct appeal and interlocutory appeal pleadings and review case law; review notice of appeal and correspondence with Steve Kazan, Dan Hogan, office conferences with Jeremy Kleinman regarding same.<br>Joseph D. Frank | 1.50 | $1,042.50 |
| 10/6/2015 Revise motion for leave to take interlocutory appeal (1.5); draft email to counsel regarding revisions to motions for interlocutory appeal and certification of direct appeal (0.2); meet with J. Frank regarding motions for interlocutory appeal and motion for certification of direct appeal (0.2).<br>Jeremy C. Kleinman | 1.90 | $779.00 |
| 10/21/2015 Telephone conference with Steve Kazan regarding pending issues and next steps; review response to motion for leave to take interlocutory appeal.<br>Joseph D. Frank | 0.50 | $347.50 |
| 10/22/2015 Work on Plan objection brief and research and correspondence regarding same.<br>Joseph D. Frank | 3.10 | $2,154.50 |
| 10/31/2015 Review Debtor's response to objection and telephone conference and correspondence with Steve Kazan regarding same.<br>Joseph D. Frank | 1.10 | $764.50 |
| | 13.60 | $8,426.00 |

Ad Hoc Committee of Asbestos PI Claimants

Invoice Dated:   November 16, 2015

---

**Regarding:    Ad Hoc Committee of Asbestos PI Claimants of Energy Future Holdings, LLC**

For Professional Services Rendered Through October 31, 2015

Invoice #:   7182

Per Attached Description:

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Joseph D. Frank | 10.00 | 695.00 | $6,950.00 |
| Jeremy C. Kleinman | 3.60 | 410.00 | $1,476.00 |