# **<u>EXHIBIT A</u>**

DOC# 2828703

## SUMMARY OF FEES

| Timekeeper Name | Hours | Hourly Rate | Amount |
|---|---|---|---|
| Elihu Inselbuch (EI) | 11.3 | 2016: $1165 / 2017: $1215 | $13,176.99 |
| Peter Lockwood (PVL) | 5.0 | 2016: $995 | $4,975.00 |
| Ann C. McMillan (ACM) | 2.5 | 2016: $700 / 2017: $730 / 2018: $760 | $1,852.00 |
| Leslie M. Kelleher (LMK) | 1,148.3 | 2016: $685 / 2017: $715 / 2018: $750 | $798,091.18 |
| Trevor W. Swett (TWS) | 0.3 | 2016: $815 | $244.50 |
| James P. Wehner (JPW) | 5.9 | 2016: $595 / 2017: $665 | $3,923.50 |
| Jeanna Rickards Koski (JRK) | 927.9 | 2016: $470 / 2017: $515 / 2018: $540 | $457,802.91 |
| Andrew J. Sackett (AJS) | 1.4 | 2016: $495 / 2017: $515 | $705.00 |
| Kevin M. Davis (KMD) | 2.3 | 2017: $375 | $862.50 |
| Sally J. Sullivan (SJS) | 219.9 | 2016: $295 / 2017: $330 | $65,492.45 |
| Caroline E. Parke (CEP) | 1.7 | 2018: $280 | $476.00 |
| Paralegal & Staff - Library | 2.3 | 2017: $255 | $586.50 |
| Cecilia Guerrero (CG) | 190.1 | 2016: $285 / 2017: $295 / 2018: $310 | $52,328.48 |
| Brigette A. Wolverton (BAW) | 63.7 | 2016: $240 / 2017: $250 / 2018: $265 | $15,579.50 |
| **TOTAL** | **2,582.6** | | **$1,416,096.51** |