# EXHIBIT B

DOC# 2828704

The Caplin & Drysdale attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional Individual | Position of the Applicant and Yrs of Experience | Hourly Rate (including changes) | Total Hours Billed | Amount |
|---|---|---|---|---|
| **MEMBERS/OF COUNSEL/ASSOCIATES** | | | | |
| Elihu Inselbuch (EI) | Member–56 yrs; Admitted in 1962 | 2016: $1165 / 2017: $1215 | 11.3 | $13,176.99 |
| Peter Lockwood (PVL) | Member–52 yrs; Admitted in 1966 | 2016: $995 | 5.0 | $4,975.00 |
| Ann C. McMillan (ACM) | Member–34 yrs; Admitted in 1984 | 2016: $700 / 2017: $730 / 2018: $760 | 2.5 | $1,852.00 |
| Leslie M. Kelleher (LMK) | Member–37 yrs; Admitted in 1981 | 2016: $685 / 2017: $715 / 2018: $750 | 1,148.3 | $798,091.18 |
| Trevor W. Swett (TWS) | Member–35 yrs; Admitted in 1980 | 2016: $815 | 0.3 | $244.50 |
| James P. Wehner (JPW) | Member–23 yrs; Admitted in 1995 | 2016: $595 / 2017: $665 | 5.9 | $3,923.50 |
| Jeanna Rickards Koski (JRK) | Of Counsel–13 yrs; Admitted in 2005 | 2016: $470 / 2017: $515 / 2018: $540 | 927.9 | $457,802.91 |
| Andrew J. Sackett (AJS) | Of Counsel–13 yrs; Admitted in 2005 | 2016: $495 / 2017: $515 | 1.4 | $705.00 |
| Kevin M. Davis (KMD) | Associate–8 yrs; Admitted in 2010 | 2017: $375 | 2.3 | $862.50 |
| Sally J. Sullivan (SJS) | Associate–5 yrs; Admitted in 2013 | 2016: $295 / 2017: $330 | 219.9 | $65,492.45 |
| Caroline E. Parke (CEP) | Associate–2 yrs; Admitted in 2016 | 2018: $280 | 1.7 | $476.00 |
| | | **TOTAL MEMBERS/OF COUNSEL/ASSOCIATES** | **2,326.5** | **$1,347,602.03** |
| **PARALEGALS** | | | | |
| Paralegal & Staff – Library | | 2017: $255 | 2.3 | $586.50 |
| Cecilia Guerrero (CG) | Paralegal–16 yrs | 2016: $285 / 2017: $295 / 2018: $310 | 190.1 | $52,328.48 |
| Brigette A. Wolverton (BAW) | Paralegal–3 yrs | 2016: $240 / 2017: $250 / 2018: $265 | 63.7 | $15,579.50 |
| | | **TOTAL PARALEGALS** | **256.1** | **$68,494.48** |
| | | **TOTAL ALL PROFESSIONALS** | **2,582.6** | **$1,416,096.51** |

# Caplin & Drysdale
## A T T O R N E Y S



# Elihu Inselbuch

**Member, New York**

(212) 379-6040

einselbuch@capdale.com

Elihu Inselbuch is a Member resident in Caplin & Drysdale's New York office, and has been at the firm since 1986.   In 2013, *Chambers USA* recognized Mr. Inselbuch as a Senior Statesmen for his outstanding work in the field of Bankruptcy/Restructuring.

## Services

Mr. Inselbuch's practice focuses on complex litigation, including asbestos creditors' rights litigation and commercial and securities fraud litigation.

## Highlights

Since 1985, when he was first retained to act for the Asbestos Claimants' Committee in the Manville reorganization, Mr. Inselbuch has been recognized for his extensive experience in asbestos creditors' rights litigation. Working with the asbestos plaintiffs' bar, Mr. Inselbuch has represented their constituency in a number of large bankruptcies and class actions, including Johns Manville, Jim Walter Corp., Raytech Corporation, Babcock & Wilcox, Pittsburgh Corning, Armstrong World Industries, G-I Holdings, W.R. Grace, United States Gypsum, Federal Mogul, Owens Corning, Ortiz v. Fibreboard, North American Refractories Company, Kaiser Aluminum, Global Industrial Technologies, Combustion Engineering, Dresser (Halliburton), ACandS, Congoleum, Flintkote, Quigley, Motors Liquidation Company, Durabla and Garlock.

His commercial litigation work has included representation of plaintiffs and defendants in securities fraud litigation and defending product liability claims involving both consumer goods and high technology products. He also has represented a number of prominent figures in connection with congressional hearings and the criminal investigations which flowed from them, including proceedings involving the Watergate Special Prosecutor.

Prior to joining Caplin & Drysdale, Mr. Inselbuch was an attorney with the American Society of Composers, Authors and Publishers (1963-1966), and was first an associate, then partner, with Gilbert, Segall and Young (1966-1986).

## Professional Activities

Mr. Inselbuch is a Past President of the Princeton University Alumni Association (1993-1995). He also has served as a panelist for the American Bar Association and is called upon often as a speaker and panelist at professional gatherings.

---

### Practice Areas
Bankruptcy

Complex Litigation

### Education
LL.M., New York University School of Law, 1965

LL.B., Columbia Law School, 1962

A.B., Princeton University, 1959

### Bar and Court Admissions
New York

District of Columbia

U.S. Supreme Court

U.S. Court of Appeals, Second Circuit

U.S. Court of Appeals, Third Circuit

U.S. Court of Appeals, Fifth Circuit

U.S. Court of Appeals, Tenth Circuit

U.S. Bankruptcy Court, District of Columbia

U.S. Court of Appeals, District of Columbia Circuit

U.S. Court of Appeals, Eleventh Circuit

U.S. District Court, District of

# Caplin & Drysdale
ATTORNEYS

Columbia

U.S. District Court, Eastern
District of New York

U.S. District Court, Southern
District of New York

## Other Professional Affiliations

Member, American Bar
Association

Member, Association of the Bar
of the City of New York

Member, District of Columbia
Bar

## Awards & Rankings

- *Best Lawyers in America*, 2005-Present
- *The Legal 500*, Leading Lawyer, 2010-2013; Recommended, 2014-Present
- *Chambers USA*, Senior Statesmen, 2013-2015
- *Super Lawyers*, New York, 2007-2012

## Recent News

- Caplin & Drysdale Earns Top Ranking in 2018 "Best Lawyers in America", August 15, 2017
- Best Lawyers in America Lists 18 Caplin & Drysdale Attorneys, *U.S. News & World Report*, August 15, 2016
- Lloyd's Asbestos Litigation Reporter Quotes Elihu Inselbuch's Testimony Before Senate Judiciary Committee on Transparency of Asbestos Trusts, *Lloyd's Asbestos Litigation Reporter*, March 7, 2016
- Mealey's Litigation Report Quotes Elihu Inselbuch's Testimony Before Senate Judiciary Committee on Transparency of Asbestos Trusts, *Mealey's Litigation Report*, February 17, 2016
- Bloomberg BNA Quotes Elihu Inselbuch's Testimony Before Senate Judiciary Committee on Transparency of Asbestos Trusts, *Bloomberg BNA*, February 4, 2016
- Elihu Inselbuch Testifies Before Senate Judiciary Committee on Transparency of Asbestos Trusts, February 3, 2016
- Caplin & Drysdale Named Top Tier Firm for Tax Controversy, June 8, 2015
- Clients and Peers Distinguish Caplin & Drysdale in Chambers' Rankings, *Chambers USA*, May 19, 2015
- Elihu Inselbuch Advocates for the Rights of Asbestos Victims, *Law360*, February 4, 2015
- Caplin & Drysdale Lawyers Earn Best Lawyers Ranking, August 21, 2014

## Recent Publications

- "The Continuing Irony of "Tort Reform"", with Andrew J. Sackett, *Mealey's Litigation Report: Asbestos*, September 14, 2016
- "A Critique Of RAND's Three Reports On Asbestos Trusts And Asbestos Litigation", with Andrew J. Sackett, *MEALEY'S Asbestos Bankruptcy Report*, September 25, 2015



- "The Effrontery of The Asbestos Trust Transparency Legislation Efforts", with Ann C. McMillan and Andrew J. Sackett, *Mealey's Litigation Report Asbestos*, February 20, 2013

- "Contingent Fees and Tort Reform: A Reassessment and Reality Check", *Law and Contemporary Problems*, July 1, 2001

# Caplin&Drysdale
## ATTORNEYS



## Practice Areas
Bankruptcy

Complex Litigation

Corporate Law

## Other Professional Affiliations
Co-founder, President and Director of the Clean Water Fund

Co-founder and Chairman of the Finance Committee and Director of Clean Water Action

## Government Experience
Law Clerk to the Honorable Thurgood Marshall, U.S. Supreme Court, 1967-68

Law Clerk to Chief Judge Bailey Aldrich, U.S. Court of Appeals for the First Circuit, 1966-67

# Peter Van N. Lockwood
**Member, Washington, D.C.**

(202) 862-5065

plockwood@capdale.com

Peter Van N. Lockwood is a member in Caplin & Drysdale's Washington, D.C. office. He joined the firm as an associate in 1968 and became a member in 1972. Prior to that, he served as a law clerk to Justice Thurgood Marshall of the United States Supreme Court from 1967-1968 and to Chief Judge Bailey Aldrich of the United States Court of Appeals for the First Circuit from 1966-1967.

## Services

Mr. Lockwood represents creditors committees and individual creditors in bankruptcy and reorganization cases, focusing on matters involving debtors with substantial asbestos personal injury tort liabilities who are seeking to reorganize under section 524(g) of the Bankruptcy Code. In such cases, he generally represents the asbestos claimant creditors committees. In that capacity, he is involved in both the negotiation and drafting of reorganization plans and related documents as well as participating in the litigation over confirmation of such plans.

## Highlights

Mr. Lockwood is a senior member of the firm's civil litigation and creditors' rights group. In his litigation practice, he has handled a wide range of civil litigation representing both plaintiffs and defendants. He has served as class counsel in one of the most protracted securities fraud cases of this century, *Anixter v. Home-Stake Production Co.*, (1973-1996), and also has represented corporate officers and directors in class-action securities law and derivative suits. Mr. Lockwood also has defended civil RICO and lawyer and accountant malpractice cases.

Over the past fifteen years, working with Elihu Inselbuch in the firm's New York office, Mr. Lockwood has devoted an increasing percentage of his time to the representation of asbestos claimants committees in mass tort bankruptcies. He is currently actively involved in the pending reorganization proceedings of Pittsburgh Corning, W.R. Grace, NARCO, A.P. Green, Thorpe Insulation and Plant Insulation. He previously participated in the reorganization proceedings of Burns & Roe, Raytech Corporation, Hillsborough Holding Co., Babcock & Wilcox, Owens Corning, Armstrong World Industries, G-I Holdings, U.S. Gypsum, Federal Mogul, Kaiser Aluminum, Western MacArthur and Mid-Valley reorganizations.

Mr. Lockwood speaks fluent French and has fundamental knowledge of Italian.

## Awards & Rankings

- *Super Lawyers*, Washington, D.C., 2015

- *Chambers USA*, Leading Lawyer, 2010-2014; Senior Statesman, 2015

- *Best Lawyers in America*, 2010-Present

- *The Legal 500*, Recommended, 2014-Present

- *Benchmark Litigation*, Local Litigation Star, 2010-Present

## Recent News

- Best Lawyers in America Lists 18 Caplin & Drysdale Attorneys, *U.S. News & World Report*, August 15, 2016

- Benchmark Litigation Lists Caplin & Drysdale's Complex Litigation Group for Sixth Consecutive, *Benchmark Litigation*, October 2, 2015

- Caplin & Drysdale Named Top Tier Firm for Tax Controversy, June 8, 2015

- Clients and Peers Distinguish Caplin & Drysdale in Chambers' Rankings, *Chambers USA*, May 19, 2015

- Super Lawyers Lists Caplin & Drysdale Lawyers, *Caplin & Drysdale*, April 23, 2015

- Caplin & Drysdale's Complex Litigation Group Earns Listing in 2015 Benchmark Litigation, *Benchmark Litigation*, November 10, 2014

- Caplin & Drysdale Lawyers Earn Best Lawyers Ranking, August 21, 2014

- Clients and Peers Recommend Caplin & Drysdale in 2014 Legal 500 Ranking, *The Legal 500*, July 1, 2014

- Caplin & Drysdale Earns Top Honors in 2014 Chambers USA, *Chambers USA*, May 28, 2014

- The Washington Post Lists Caplin & Drysdale Attorneys Among the Top Attorneys in D.C., *The Washington Post*, April 30, 2014

# Caplin & Drysdale
ATTORNEYS



## Practice Areas
Bankruptcy

Corporate Law

## Education
J.D., University of California, Los Angeles - School of Law, 1984, *Editor of UCLA Law Review*

B.A., University of Virginia, 1981

## Bar and Court Admissions
California (inactive)

District of Columbia

District of Columbia Court of Appeals

## Other Professional Affiliations
Member, American Bar Association, Business Law Section

# Ann C. McMillan

**Member, Washington, D.C.**

(202) 862-5080
amcmillan@capdale.com

Ann C. McMillan is a Member in Caplin & Drysdale's Washington, D.C., office. Ms. McMillan joined the firm in 1991 after serving as Corporate Counsel for a California corporation.

In private practice for three decades, Ms. McMillan works with Caplin & Drysdale's Bankruptcy Group representing asbestos claimants' committees in mass tort bankruptcies. She also advises approximately 25 trust advisory committees for the trusts that are formed at the conclusion of the bankruptcies. Additionally, Ms. McMillan counsels both for-profit and nonprofit entities on corporate governance issues and contractual matters.

She currently serves on the Board of Directors of Caplin & Drysdale and as the Firm's Administrative Member in the D.C. office.

## Awards & Rankings

- *The Legal 500*, Leading Lawyer, 2010

## Recent News

- Chambers USA and Legal 500 Recognize Caplin & Drysdale in 2010 Top Rankings, *Chambers USA / The Legal 500*, June 15, 2010

## Recent Publications

- "The Effrontery of The Asbestos Trust Transparency Legislation Efforts", with Andrew J. Sackett, *Mealey's Litigation Report Asbestos*, February 20, 2013

# Caplin&Drysdale
## A T T O R N E Y S



### Practice Areas
Complex Litigation

Bankruptcy

### Education
LL.M., Columbia Law School,
1988

LL.B., University of Manitoba,
Robson Hall, Faculty of Law,
1985

LL.B., McGill University, Faculty
of Law, 1985, *Third Year Visiting
Student*

### Bar and Court Admissions
New York

District of Columbia

U.S. Court of Appeals, Third
Circuit

U.S. Court of Appeals, Fifth
Circuit

District of Columbia Court of
Appeals

U.S. District Court, Eastern
District of New York

U.S. District Court, Southern
District of New York

U.S. District Court, Western
District of Pennsylvania

### Government Experience

## Leslie M. Kelleher

(202) 862-7819

lkelleher@capdale.com

**Member, Washington, D.C.**

Leslie M. Kelleher is a Member in Caplin & Drysdale's Washington, D.C., office.
She joined the firm's litigation group in 2005.

## Services

Ms. Kelleher's main areas of practice are complex civil and bankruptcy litigation,
with a focus on federal court appeals and creditors' rights in bankruptcy.  A former
professor of federal courts and corporate law, Ms. Kelleher has extensive
experience at both trial and all appellate levels in federal and state courts.  She has
represented clients in federal appeals on a broad range of matters, including
bankruptcy and creditors' rights, securities laws, financial products, mergers and
acquisitions, campaign finance, maritime law, and trusts.

As counsel for creditors and creditors' committees, she has been involved in a
number of major Chapter 11 bankruptcy cases and appeals, including Celotex,
Congoleum, Energy Futures Holding, G-I Holdings (formerly GAF Corporation),
Garlock Sealing Technologies, Global Industrial Technologies, Federal Mogul,
Flintkote, Pittsburgh Corning, Texaco, and W.R. Grace.

## Highlights

Before joining the firm, Ms. Kelleher was a professor of law at the University of
Richmond Law School, where she taught civil procedure and federal courts, as well
as corporations, and mergers and acquisitions. She has published several articles
in those areas.

After graduating from law school in Canada, Ms. Kelleher clerked for the
Honourable Mr. Justice Le Dain of the Supreme Court of Canada. She then
obtained an LL.M. from Columbia Law School, and practiced for several years at a
New York law firm, with an emphasis on securities litigation.

Ms. Kelleher has a working knowledge of French.

## Recent Speaking Engagements

- Speaker, Liabilities of Funds and Fund Managers for Fraud and Breach of
  Fiduciary Duty, Annual Hedge Fund General Counsel Summit, September
  13, 2011

- Speaker, Duties of the Hedge Fund General Counsel in the World of
  Financial Reform, 4th Annual Hedge Fund General Counsel Summit,
  October 4, 2010

- Speaker, Enough is Enough: The Time for Investor Protection Against
  Fraud is Now!", 3rd Annual Hedge Fund General Counsel Summit -

Law Clerk, Honourable Mr. Justice Le Dain, Supreme Court of Canada, 1985-1986

Incisive Media, October 1, 2009

## Recent Publications

- "Wellness International: Litigants May Consent to Adjudication by Bankruptcy Courts", *International Law Office*, June 19, 2015

- "Supreme Court on Powers of Bankruptcy Courts After Stern", *International Law Office*, September 26, 2014

- "Jurisdictional Limits on Recognition of Foreign Non-Debtor Releases", *International Law Office*, May 2, 2014

- "Hedge Fund Managers Beware: Unless Claims are Assigned, Managers Do Not Have Standing to Sue for Their Funds", *Bloomberg Law*, February 15, 2012

Caplin&Drysdale
A T T O R N E Y S



## Trevor W. Swett III

**Member, Washington, D.C.**

(202) 862-5081

tswett@capdale.com

Trevor (Ted) Swett is a Member in Caplin & Drysdale's Washington, D.C., office. He was elected to membership in 1989, having joined the firm as an associate in 1985. Mr. Swett has been recognized as a "Leading Lawyer" by *Chambers USA*, *The Legal 500*, and *Benchmark Litigation* for his work in Bankruptcy/Restructuring.

## Services

Mr. Swett's practice emphasizes creditors' rights and bankruptcy litigation related to corporate reorganizations and civil cases involving allegations of fraud or other financial misconduct. He has focused on asset recovery litigation presenting issues of fraudulent conveyance, successor liability, and piercing the corporate veil. He also has substantial experience representing financial institutions in commercial litigation and taxpayers in litigation against the Internal Revenue Service.

## Highlights

In the bankruptcy and civil litigation arenas,

- r. Swett has served as lead litigation counsel for statutory committees of asbestos claimants in several major bankruptcy proceedings, including Garlock Sealing Technologies, LLC; Motors Liquidation Corporation (f/k/a General Motors Corporation); G-I Holdings Corporation (f/k/a GAF Corporation); and Raytech Corporation.

- e has represented leading financial institutions in the bankruptcy of a large mortgage loan originator, a controversy between banks arising out of the sale of a "bespoke" collateralized debt obligation, and a suit for fraud and misrepresentation against auditors and insiders of a defaulting corporate borrower.

- He has represented a local governmental entity in a bankruptcy dispute concerning tax claims and related statutory liens.

- e has represented financial professionals in federal enforcement proceedings.

As a tax litigator,

- Mr. Swett has tried Tax Court cases concerning the allocation of purchase price for a professional sports team and a spouse's claim for relief from her husband's tax liabilities.

- He has litigated a "whipsaw" dispute in which two major corporations vied

### Practice Areas
Complex Litigation

Tax Litigation

Bankruptcy

### Education
J.D., University of Virginia School of Law, 1981, *Order of the Coif; Executive Editor of the Virginia Law Review*

B.A., Yale College, 1974, *cum laude*

### Bar and Court Admissions
District of Columbia

Maryland

New York

U.S. Supreme Court

U.S. Court of Appeals, for the Third, Fourth, & Fifth Circuit

U.S. Bankruptcy Court, District of Columbia

U.S. Court of Appeals, Eleventh Circuit

U.S. Court of Appeals, District of Columbia Circuit

U.S. District Court, District of Columbia

U.S. District Court, Eastern District of New York



U.S. District Court, Southern District of New York

U.S. Tax Court

**Other Professional Affiliations**

Member, American Bar Association, Section of Litigation

Member, American Bankruptcy Institute

Overseas Member, Commercial Bar Association, London

**Government Experience**

Law Clerk, Honorable Harrison L. Winter, Chief Judge, United States Court of Appeals for the Fourth Circuit, 1981-1982

against one another and the IRS for a large tax benefit.

- He has also conducted tax refund litigation in federal District Court.

## Awards & Rankings

- *Chambers USA*, 2013-Present

- *The Legal 500*, Leading Lawyer, 2010-2013; Recommended, 2014-Present

- *Benchmark Litigation*, Local Litigation Star, 2010-Present, Recommended, Washington, D.C., 2010-Present

- *Super Lawyers*, Washington D.C., 2014-Present

- *Martindale-Hubbell® AV® Preeminent™*

## Recent News

- Caplin & Drysdale Litigators "Recommended" in 2018 Benchmark Litigation, *Benchmark Litigation*, November 28, 2017

- Caplin & Drysdale Lawyers Improve Their 2017 Chambers' Rankings, *Chambers USA*, June 2, 2017

- Caplin & Drysdale Lawyers Listed Among D.C.'s Most Prominent Practitioners, *Super Lawyers*, April 27, 2017

- Clients and Peers Recommend 4 Caplin & Drysdale Litigators in 2016 Benchmark Litigation, *Benchmark Litigation*, October 3, 2016

- Caplin & Drysdale Listed Among Top Lawyers for Tax, Bankruptcy, Estate Planning and Political Law, *Chambers USA*, June 1, 2016

- Super Lawyers Recognizes Caplin & Drysdale Lawyers from Several Practice Areas, *Super Lawyers*, April 26, 2016

- Benchmark Litigation Lists Caplin & Drysdale's Complex Litigation Group for Sixth Consecutive, *Benchmark Litigation*, October 2, 2015

- Caplin & Drysdale Named Top Tier Firm for Tax Controversy, June 8, 2015

- Clients and Peers Distinguish Caplin & Drysdale in Chambers' Rankings, *Chambers USA*, May 19, 2015

- Super Lawyers Lists Caplin & Drysdale Lawyers, *Caplin & Drysdale*, April 23, 2015

Click here for a full list of media coverage.

## Recent Speaking Engagements



Mr. Swett has made speeches and presentations on a variety of litigation issues, including challenges to LBOs as fraudulent conveyances, hedge fund redemptions, piercing the corporate veil, limited shareholder liability, corporate governance and conflict of interest, liability in tort for aiding and abetting, and legal and ethical constraints on cross-examination.

- Speaker, Distressed M&A: Opportunities in the Region, IBA Corporate and M&A Law Committee and the IBA Latin American Regional Forum, March 16, 2017

- Speaker, Beyond the Usual Suspects: New Issues in Fund Litigation, 2013 Mutual Funds and Investment Management Conference of the Investment Company Institute, March 18, 2013

- Speaker, Locking the Gates - The Powers and Liabilities of Hedge Fund Managers Facing Redemption Demands in a Distressed Market, Caplin & Drysdale and Marcum & Kliegman LLP, Riding Out the Storm: Hedge Funds and the Financial Crisis, February 12, 2009

## Recent Publications

- "Supreme Court to Consider Statutory Safe Harbor for Debtors' Pre-Petition Securities Transactions", *International Law Office*, September 29, 2017

- ""Free and Clear" Bankruptcy Sale Orders and State Law Successor Liability Claims: The Overlooked Question of Preemption", *American Bankruptcy Institute Law Review*, August 31, 2017

- ""Free And Clear" Bankruptcy Sales and Successor Liability in the United States", *Caplin & Drysdale*, March 16, 2017

- "Supreme Court to Review Priority-Skipping Settlement and Structured Dismissal of Chapter 11 Case", *International Law Office*, August 5, 2016

- "Do Bankruptcy Code Clawback Provisions Reach Transactions Occurring in Other Countries?", *International Law Office*, June 17, 2016

- "Court Holds that Bankruptcy Code Pre-Empts State Laws Invoked by Creditors to Avoid LBO Payments", *International Law Office*, May 6, 2016

- "Seventh Circuit Rules on Authority to Temporarily Stay Non-Debtor Litigation", *International Law Office*, March 25, 2016

- "Supreme Court to Rule on Adjudicatory Authority of Bankruptcy Judges", *International Law Office*, January 17, 2014

- "Pre-Bankruptcy LBOs as Fraudulent Transfers", with Jeffrey A. Liesemer, *The Review of Banking & Financial Services*, August 1, 2013

# Caplin & Drysdale
**ATTORNEYS**



### Practice Areas
Complex Litigation

Bankruptcy

### Education
J.D., Georgetown University Law Center, 1995, *cum laude*

B.A., Georgetown University, 1989

### Bar and Court Admissions
New York

Virginia

District of Columbia

U.S. Court of Appeals, First Circuit

U.S. Court of Appeals, Third Circuit

U.S. Court of Appeals, District of Columbia Circuit

U.S. District Court, District of Connecticut

U.S. District Court, Eastern District of Virginia

U.S. District Court, Southern District of New York

U.S. Bankruptcy Court, Eastern District of Virginia

### Other Professional Affiliations
Member, International

## James P. Wehner
**Member, Washington, D.C.**

(202) 862-5075

jwehner@capdale.com

James P. Wehner is a Member in Caplin & Drysdale's Washington, D.C., office. His principal practice area is complex civil litigation, with particular emphasis on insolvency litigation and data privacy issues.

## Services

Mr. Wehner has extensive experience with disputes arising from financial products, mergers and acquisitions, intellectual property, and fraud. He counsels corporations, nonprofits, and trusts on privacy issues, data security, and information practices and litigates those matters in various forums. Mr. Wehner is a member of the International Association of Privacy Professionals and is a Certified Information Privacy Professional/United States (CIPP/US). His insolvency work encompasses mass tort bankruptcies, areas in which he both advises and litigates. In the course of his practice, Mr. Wehner appears before federal and state courts across the country, and before domestic and international arbitral panels.

## Highlights

- Defended several European banks in a large U.S.-based clawback case.

- Assessed and revised the data security and privacy program for an international nonprofit research institution.

- Coordinated with Swiss and Gibraltar counsel representing a large estate in international asset-freeze litigation over control of a $100 million charitable fund.

- Advised numerous bankruptcy trust advisory committees on data security and related litigation.

- Tried a case estimating the debtors' overall liability for asbestos personal injury on behalf of the official committee in a large Chapter 11 bankruptcy proceeding.

- Developed and implemented data anonymization protocols for large pools of personal data in significant Chapter 11 cases.

- Represented the purchaser of a synthetic collateralized debt obligation in a case involving the management of a pool of reference obligations.

- Prosecuted fraud and conspiracy claims arising out of a municipal bond transaction against a national financial institution.

- Litigated and settled a federal multidistrict consumer class action lawsuit in the cellular telephone industry.



Association of Privacy Professionals

Member, American Bankruptcy Institute

Member, International Bar Association

**Certifications**

Certified Information Privacy Professional/US (CIPP/US)

- Defended and settled an automotive warranty class action.

## Awards & Rankings

- *Benchmark Litigation*, Future Star, 2013-Present; Recommended, Washington, D.C., 2010-Present

## Recent News

- Caplin & Drysdale Litigators "Recommended" in 2018 Benchmark Litigation, *Benchmark Litigation*, November 28, 2017

## Recent Speaking Engagements

- Speaker, Lessons Learned from Exempt Organization Litigation - Why Trouble Occurs, How to Minimize Risks, and What to Do (and Not Do) When Litigation Happens, ACC National Capital Region, Nonprofits and Associations Forum, July 15, 2015

- Speaker, Liabilities of Funds and Fund Managers for Fraud and Breach of Fiduciary Duty, Annual Hedge Fund General Counsel Summit, September 13, 2011

- Panelist, Litigating on the Edge - Handling Disputes with Distressed Companies, Washington Metropolitan Area Corporate Counsel Association's Litigation Forum, July 26, 2011

## Recent Publications

- "Risk of Harm Standing in Data Breach Cases - Latest Developments", with Sally J. Sullivan, *Lexology*, February 9, 2018

- "Third Circuit Rules Failure to Appeal Leaves Union and its Retirees Without a Remedy", with Kevin C. Maclay and Todd E. Phillips, *Lexology*, September 9, 2014

- "Litigation Claimants Get a Second Chance in Bankruptcy Appeal", with Todd E. Phillips, *Lexology*, July 25, 2014

- "Enforcing International Arbitration Clauses in Bankruptcy Proceedings", *International Law Office*, March 21, 2014

- "Supreme Court to Consider Impact of Stipulation Limiting Damages on CAFA Jurisdiction", with Kevin C. Maclay and Todd E. Phillips, *Lexology*, September 10, 2012

- "Social Media at Work: Defining New Legal Boundaries", *Rural Telecom*, July 1, 2011



**Caplin&Drysdale**
A T T O R N E Y S



### Practice Areas
Complex Litigation

Bankruptcy

### Education
J.D., University of Washington
School of Law, 2004

B.A., University of Washington,
2000

### Bar and Court Admissions
Washington

District of Columbia

District of Columbia Court of
Appeals

# Jeanna Rickards Koski

**Of Counsel, Washington, D.C.**

(202) 862-5069

jkoski@capdale.com

Jeanna Rickards Koski is Of Counsel in Caplin & Drysdale's Washington, D.C., office, serving in the firm's Complex Litigation and Bankruptcy practice groups. Prior to joining the firm in 2007, Ms. Koski practiced civil litigation in Seattle, Washington.

## Services

At Caplin & Drysdale, Ms. Koski's practice focuses on representing individual and corporate clients on a range of complex issues in state and federal courts across the country.  Clients include institutional investors and creditors' committees in matters involving general litigation, toxic tort litigation, and bankruptcy.  Further, Ms. Koski acts on behalf of clients in fraudulent transfer and creditors' rights litigation.

Additionally, Ms. Koski's broad experience in toxic tort litigation comprises dealing with the constitutional issues that arise in such cases, and requires the briefing of complex issues of first impression before federal district courts, bankruptcy courts, and courts of appeals.

Select representations include:

- representing asbestos creditors at all phases of bankruptcy litigation, including in complex appellate litigation;

- addressing constitutional issues that arise in the negotiation, confirmation and possible appellate litigation related to bankruptcy plans;

- advising clients regarding plan negotiations and plan structuring to maximize the protection of creditors' rights under the plan;

- research complex issues of first impression, including procedural, constitutional, and state tort law issues that arise in the context of mass tort bankruptcies;

- draft pleadings for all stages of litigation, including appellate briefs;

- participate and manage the discovery process; and

- advise clients regarding best practices for restructuring.

## Recent News

- Caplin & Drysdale Promotes Attorneys in D.C. and New York, *Caplin & Drysdale*, February 1, 2016

## Recent Publications



- "Supreme Court Alert: The Court Provides Additional Guidance on the Appropriate Level of Review of Determinations of Mixed Questions of Law and Fact by the Bankruptcy Court", with Todd E. Phillips and Kevin C. Maclay, *Lexology*, March 19, 2018

- "Products Liability Plaintiffs Prevented From Seeking Recovery Against New GM Because the Bankruptcy Court Found Their Claims Were Not Assumed by New GM", with Todd E. Phillips, *Lexology*, April 26, 2016

- "Second Circuit Determines that Argentine Central Bank is Not Alter Ego of Argentina", *International Law Office*, March 11, 2016

# Caplin&Drysdale
### A T T O R N E Y S



## Practice Areas
Complex Litigation

Bankruptcy

## Education
J.D., Yale Law School

Ph.D., Yale University

M.A., Yale University

M.A., Queen's University

B.A., Dalhousie University

## Bar and Court Admissions
California

District of Columbia

District of Columbia Court of Appeals

U.S. District Court, Central District of California

U.S. District Court, Southern District of California

U.S. Court of Appeals, Ninth Circuit

U.S. District Court, District of Columbia

# Andrew J. Sackett

(202) 862-5071

**Of Counsel, Washington, D.C.**

asackett@capdale.com

Andrew J. Sackett is Of Counsel in Caplin & Drysdale's Washington, D.C., office.

## Services

Mr. Sackett focuses on representing mass tort committees that safeguard the rights of victims, such as the committees serving as fiduciaries representing holders of asbestos claims in asbestos bankruptcy trusts. He frequently consults on legislative issues affecting these clients. Mr. Sackett also represents individuals, creditors' committees, unions, and governmental and nonprofits entities in civil litigation.

## Highlights

With a J.D. and a Ph.D. from Yale, Mr. Sackett's practice and interests place him at the cutting edge of civil tort law and public policy. He is actively involved in trust matters involving such entities as the Manville Personal Injury Settlement Trust, the Federal-Mogul Asbestos Personal Injury Trust, and the Pittsburgh Corning Corporation Asbestos Personal Injury Settlement Trust, which hold money in trust for people injured by exposure to asbestos.

In litigation, he has represented asbestos claimants in major bankruptcy cases such as those of W.R. Grace & Co. and Garlock Sealing Technologies, LLC, where contested estimation proceedings with hundreds of millions of dollars were at stake. Other representative matters include prosecuting fraud and conspiracy claims arising out of a municipal bond transaction against a national financial institution, and representing entities as diverse as a trust in litigation against the office of the attorney general and economic loss plaintiffs against General Motors in the ignition switch controversy.

Prior to joining Caplin & Drysdale, Mr. Sackett practiced union-side labor and employment law in California.

## Professional Activities

Mr. Sackett publishes frequent commentaries on issues relevant to the intersection of mass tort litigation, asbestos-driven bankruptcies, and the administration of settlement trusts. He regularly volunteers as an advising attorney for the Employment Justice Center's Workers' Rights Clinic, helping low-income workers.

## Recent News

- Caplin & Drysdale Strengthens Global Tax and Litigation Services, *Caplin & Drysdale*, January 8, 2014

**Caplin&Drysdale**
A T T O R N E Y S

## Recent Speaking Engagements

- Panelist, Asbestos Bankruptcy Update, Trial Attorneys Come Together for Information Exchange, TACTIX, October 1, 2015

- Panelist, Bankruptcy Update and the Basics of Getting Your Claims Paid, 2014 Annual Convention, American Association for Justice, July 29, 2014

## Recent Publications

- "The Continuing Irony of "Tort Reform"", *Mealey's Litigation Report: Asbestos*, September 14, 2016

- "A Critique Of RAND's Three Reports On Asbestos Trusts And Asbestos Litigation", *MEALEY'S Asbestos Bankruptcy Report*, September 25, 2015

- "Supreme Court Rejects Stripping-Off of Underwater Mortgages in Bankruptcy", *International Law Office*, June 26, 2015

- "Supreme Court Considers Junior Liens on 'Underwater' Property", *International Law Office*, May 22, 2015

- "GM Tests the Limits of Liability Post-Bankruptcy", with Todd E. Phillips, *Trial Magazine*, November 17, 2014

- "Changes to the Uniform Fraudulent Transfer Act Approved", *International Law Office*, October 10, 2014

- "Clearing Up the False Premises Underlying the Push for Asbestos Trust 'Transparency'", *23 Widener J. Pub. L. 725*, June 30, 2014

- "The Effrontery of The Asbestos Trust Transparency Legislation Efforts", with Ann C. McMillan, *Mealey's Litigation Report Asbestos*, February 20, 2013

# Caplin & Drysdale
## ATTORNEYS



### Practice Areas
Complex Litigation

Bankruptcy

### Education
J.D., Georgetown University Law
Center, 2010, *cum laude*

*Note Development Editor,
American Criminal Law Review*

M.A., University of Maryland,
2007

B.A., University of Maryland,
2002

### Bar and Court Admissions
District of Columbia

Maryland

U.S. District Court, District of
Columbia

U.S. District Court, District of
Maryland

## Kevin M. Davis
**Associate, Washington, D.C.**

(202) 862-7846

kdavis@capdale.com

Kevin M. Davis is an Associate in Caplin & Drysdale's Bankruptcy and Complex Litigation practice groups and is a *cum laude* graduate of the Georgetown University Law Center.

## Services

Mr. Davis' principal practice area is complex commercial litigation, with an emphasis on creditors' rights and bankruptcy litigation. He represents individual and corporate clients in a diverse range of matters in state and federal courts across the country.  In particular, Mr. Davis has substantial experience representing and advising exempt organizations, including charities, labor organizations, and trade associations in complex litigation, bankruptcy, and regulatory matters. For example, he has played a key role in:

- representing a 501(c)(3) organization and its directors and officers in a multi-million dollar derivative lawsuit arising from a putative corporate governance dispute;

- advising a national nonprofit credit counseling company on compliance with state and federal regulations and responding to state examinations;

- representing a labor organization creditor in a large a Chapter 11 bankruptcy;

- advising a telecommunications trade association on its rights vis-à-vis a member in Chapter 11 bankruptcy; and

- counseling a major charitable foundation on issues arising from a Chapter 9 municipal bankruptcy.

Mr. Davis has considerable experience defending the rights and interests of creditors, tort claimants, official creditors' committees, and unions in complex Chapter 11 bankruptcies, including mass tort bankruptcies.  He has provided clients with a full range of services in a number of noteworthy bankruptcy cases, including:

- Garlock Sealing Technologies LLC (Bankr. W.D.N.C.)

- Rapid-American Corporation (Bankr. S.D.N.Y.)

- AMR Corporation (American Airlines) (Bankr. S.D.N.Y.)

- City Homes, Inc. (Bankr. D. Md.)

- Yarway Corporation (Bankr. D. Del.)

- Geo. V. Hamilton, Inc. (Bankr. W.D. Pa.)

**Caplin & Drysdale**

A T T O R N E Y S

- Sepco Corporation (Bankr. N.D. Ohio)

- Eagle, Inc. (Bankr. E.D. La.)

Mr. Davis also has substantial experience representing corporate clients in government investigations, litigation, and arbitration involving anti-corruption, government contracting, and antitrust issues.

## Recent Publications

- "Narrower Harbors: Supreme Court Holds that § 546(e) Securities Safe Harbor Does Not Protect Transfers in Which Financial Institution Is Only a Conduit", with Kevin C. Maclay and Todd E. Phillips, *Lexology*, March 16, 2018

- "Supreme Court: Decisions Denying Plan Confirmation Not Appealable as of Right", with Jeffrey A. Liesemer, *International Law Office*, August 7, 2015

- "Foreign Official' Under FCPA: Regal May Be Legal", *Law360*, October 23, 2012

- "No Oracle Could Have Foreseen Oracle's FCPA Settlement", *Law360*, September 5, 2012

- "Greece Payments: Smith & Nephew Settles Allegations of Corrupt Payments to Greek Surgeons", *Ethisphere*, February 22, 2012

# Caplin&Drysdale
## A T T O R N E Y S



**Practice Areas**
Complex Litigation

Bankruptcy

**Education**
J.D., University of Virginia
School of Law, 2013

B.A., Duke University, 2010,
*magna cum laude*

**Bar and Court Admissions**
District of Columbia

Virginia

Supreme Court of Virginia

# Sally J. Sullivan
**Associate, Washington, D.C.**

(202) 862-7810

ssullivan@capdale.com

Sally J. Sullivan is an Associate in Caplin & Drysdale's Complex Litigation and Bankruptcy practice groups.  Prior to joining the firm in 2015, she practiced civil litigation and white collar criminal defense at an international law firm in Washington, D.C.

## Services

Ms. Sullivan's practice focuses on representing an array of clients, including individuals, corporations, and nonprofits, in all aspects of litigation at both the state and federal levels.  She works to protect the rights and interests of creditors, tort claimants, official creditors' committees, and labor unions in mass tort bankruptcies.  Ms. Sullivan also counsels clients on regulatory compliance issues and advocates for them in regulatory enforcement actions.  She has been active in:

- representing the official asbestos creditors' committee in the Garlock Sealing Technologies LLC bankruptcy proceedings;

- representing asbestos claimants in appellate proceedings involving constitutional standing and due process issues;

- advising international clients in settlement discussions and corporate governance disputes arising from large-scale real estate investments; and

- advising a national nonprofit credit counseling organization on state and federal regulatory compliance issues and representing the organization during state regulatory enforcement proceedings.

## Highlights

Ms. Sullivan earned her undergraduate degree at Duke University and her law degree from the University of Virginia School of Law. While in law school, she interned for the Federal Public Defender's Office in the Western District of Virginia and represented indigent clients in state court as a participant in the Criminal Defense Clinic.  During her time at the University of Virginia, Ms. Sullivan served as president of the National Trial Advocacy Team and advanced to the Semi-Finals of the William Minor Lile Moot Court Competition.  She also served on the editorial board of the *Journal of Law and Politics*.

## Recent Publications

- "The First Circuit Joins Several Other Circuit Courts in Finding That Creditors' Committees Have an Unconditional Right to Intervene in Adversary Proceedings", with Todd E. Phillips and Kevin C. Maclay, *Harvard Law School Bankruptcy Roundtable*, March 13, 2018



- "Risk of Harm Standing in Data Breach Cases - Latest Developments", with James P. Wehner, *Lexology*, February 9, 2018

- "First Circuit Finds Creditors' Committees Have Unconditional Right to Intervene in Adversary Proceedings", with Todd E. Phillips and Kevin C. Maclay, *International Law Office*, February 9, 2018

- "The First Circuit Joins Several Other Circuit Courts in Finding That Creditors' Committees Have an Unconditional Right to Intervene in Adversary Proceedings", with Todd E. Phillips and Kevin C. Maclay, *Lexology*, January 23, 2018

- "Supreme Court Nixes Puerto Rico Insolvency Law, but Congress Legislates New Path", with Jeffrey A. Liesemer, *International Law Office*, July 22, 2016

- "Delaware Bankruptcy Court Reaffirms the Viability of Class Proofs of Claim in PacSun Bankruptcy", with Todd E. Phillips and Kevin C. Maclay, *Lexology*, July 18, 2016

- "First Circuit Decision Fails to Relieve Puerto Rico's Debt Crisis", *International Law Office*, October 16, 2015

**Caplin&Drysdale**
A T T O R N E Y S



### Practice Areas
Bankruptcy

Complex Litigation

### Education
J.D., Stanford Law School, 2016, *Pro Bono Distinction*

B.A., Davidson College, 2011, *Phi Beta Kappa, magna cum laude*

### Bar and Court Admissions
Texas

Not a member of the District of Columbia Bar (practicing under the direct supervision of a D.C. Bar member)

# Caroline E. Parke

(202) 862-7829

cparke@capdale.com

**Associate, Washington, D.C.**

In 2017, Caroline Parke joined Caplin & Drysdale as an Associate in the Complex Litigation and Bankruptcy practice groups. Ms. Parke's practice focuses on a broad range of business litigation, including commercial litigation, creditors' rights, and the representation of official committees and parties-in-interest in corporate bankruptcies.

## Highlights

Prior to joining the firm, Ms. Parke practiced litigation at an international law firm in Dallas, Texas. She also served as a law clerk for a Texas organization protecting and advocating for the rights of persons with disabilities. During her time in law school, Ms. Parke was the Finance Editor of the *Stanford Journal of Complex Litigation* and was a student attorney for Stanford's Environmental Law Clinic. She was also Co-President of Law Students for Reproductive Justice and a member of the Social Security Disability Project Pro Bono.

Ms. Parke received her Bachelor of Arts degree from Davidson College. She graduated *magna cum laude*, with Honors in English, Phi Beta Kappa, and was one of ten John Montgomery Belk scholars in the Class of 2011. She received Honors in English for her Senior Thesis and the Henry T. Lilly Award for Excellence in English.

## Recent News

- Caplin & Drysdale Welcomes Caroline Parke, September 9, 2017

## Recent Publications

- "Choice of Law Issues in the Hyundai & Kia Fuel Economy Litigation: Toward a New Predominance Analysis?", with Kevin C. Maclay and Todd E. Phillips, *Lexology*, February 12, 2018