# **<u>EXHIBIT C</u>**

DOC# 2828706

**Summary of Disbursements**

| Code | Expense Category | Amount |
|---|---|---:|
| **CA11** | Local Meals | $111.55 |
| **CA14/CA37** | Local Transportation - DC/NY | $109.95 |
| **CA15** | Travel - Air & Train | $324.00 |
| **CA32** | Travel - Hotel | $36.15 |
| **CA33** | Travel Related Transportation | $1,104.45 |
| **CA21** | Travel Related Meals | $85.74 |
| **CA34** | Travel - Miscellaneous | $371.84 |
| **CA43** | Pacer Charges | $246.50 |
| **CA45** | Epiq eDiscovery | $68.10 |
|  | **TOTAL** | **$2,458.28** |