# **EXHIBIT D**

DOC# 2828705

# **ITEMIZED LIST OF DISBURSEMENTS**

| Date | Timekeeper | Code | Expense Category | Description | Amount |
|---|---|---|---|---|---|
| 4/8/2016 | FIRM | CA11 | Local Meals | Overtime Meals | $8.47 |
| 4/8/2016 | FIRM | CA14 | Local Transportation - DC/NY | Taxi Fares - 3/20 taxi to office to work | $33.45 |
| 4/25/2016 | CG | CA43 | Pacer Charges | Pacer - Database Charges | $16.10 |
| 4/25/2016 | SJS | CA43 | Pacer Charges | Pacer - Database Charges | $15.00 |
| 4/25/2016 | SJS | CA43 | Pacer Charges | Pacer - Database Charges | $4.30 |
| 4/25/2016 | CG | CA43 | Pacer Charges | Pacer - Database Charges | $173.20 |
| 4/25/2016 | BAW | CA43 | Pacer Charges | Pacer - Database Charges | $37.90 |
| 11/21/2016 | LMK | CA21 | Travel Related Meals | Leslie M Kelleher- Meals Related to Travel- Meal (cafe refreshment) | $13.71 |
| 11/21/2016 | LMK | CA32 | Travel - Hotel | Leslie M Kelleher- Travel Expenses - Hotel Charges- Hotel/Lodging | $10.00 |
| 11/21/2016 | LMK | CA33 | Travel Related Transportation | Leslie M Kelleher- Travel Expenses - Ground Transportation- Taxi (cab from train to office in DC) | $20.00 |
| 11/21/2016 | LMK | CA33 | Travel Related Transportation | Leslie M Kelleher- Travel Expenses - Ground Transportation- Miscellaneous Travel Expenses Under $25 Taxi (from train in Wilmington) | $20.00 |
| 11/21/2016 | LMK | CA33 | Travel Related Transportation | Leslie M Kelleher- Travel Expenses - Ground Transportation- Taxi Miscellaneous Travel Expenses Under $25 (Taxi to train in Wilmington) | $10.00 |
| 11/21/2016 | LMK | CA33 | Travel Related Transportation | Leslie M Kelleher- Travel Expenses - Ground Transportation- Taxi (Lyft cab to train, DC) | $10.00 |
| 11/21/2016 | LMK | CA34 | Travel - Miscellaneous | Leslie M Kelleher- Travel Expenses - Miscellaneous- Miscellaneous Travel Expenses Under $25 (train porter tip) | $30.66 |
| 11/21/2016 | LMK | CA34 | Travel - Miscellaneous | Leslie M Kelleher- Travel Expenses - Miscellaneous- Miscellaneous Travel Expenses Under $25 (hotel tip) | $211.40 |
| 11/21/2016 | LMK | CA34 | Travel - Miscellaneous | Leslie M Kelleher- Travel Expenses - Miscellaneous- Miscellaneous Travel Expenses Under $25 (train porter tip) | $9.00 |
| 11/29/2016 | LMK | CA15 | Travel - Air & Train | Bank of America- Air & Train Transportation- Travel (Air, Train & Booking Fees) - Amtrak r/t Washington, DC to Wilmington, DE 09/08-09/09/16 | $287.00 |
| 11/30/2016 | LMK | CA14 | Local Transportation - DC/NY | Leslie M Kelleher- Taxi Fares- 8/29/16 Taxi NYC | $4.00 |
| 11/30/2016 | LMK | CA14 | Local Transportation - DC/NY | Leslie M Kelleher- Taxi Fares- 8/29/16 Taxi home upon return to DC | $10.00 |
| 11/30/2016 | LMK | CA14 | Local Transportation - DC/NY | Leslie M Kelleher- Taxi Fares- 8/29/16 Taxi NYC | $24.05 |
| 11/30/2016 | LMK | CA14 | Local Transportation - DC/NY | Leslie M Kelleher- Taxi Fares- 8/29/16 Taxi NYC | $7.80 |
| 11/30/2016 | LMK | CA21 | Travel Related Meals | Leslie M Kelleher- Meals Related to Travel- 8/29/16 Meal (dinner) | $31.03 |
| 11/30/2016 | LMK | CA21 | Travel Related Meals | Leslie M Kelleher- Meals Related to Travel- 8/29/16 Meal (lunch with Jeanne Mirer and Ria Julien) | $26.00 |
| 11/30/2016 | LMK | CA34 | Travel - Miscellaneous | Leslie M Kelleher- Travel Expenses - Miscellaneous- 8/29/16 Miscellaneous Travel Expenses Under $25 (tip for dinner) | $19.75 |
| 11/30/2016 | LMK | CA34 | Travel - Miscellaneous | Leslie M Kelleher- Travel Expenses - Miscellaneous- 8/29/16 Miscellaneous Travel Expenses Under $25 (tip for train porter) | $19.53 |
| 11/30/2016 | LMK | CA34 | Travel - Miscellaneous | Leslie M Kelleher- Travel Expenses - Miscellaneous- 8/29/16 Miscellaneous Travel Expenses Under $25 Taxi (Lyft) to train station in DC | $81.50 |
| 1/5/2017 | LMK | CA15 | Travel - Air & Train | Leslie M Kelleher-Air & Train Transportation- Train fare for return to DC from Wilmington on 12/5/16 | $12.00 |
| 1/5/2017 | LMK | CA15 | Travel - Air & Train | Leslie M Kelleher- Air & Train Transportation- Train fare from DC to Wilmington on 12/4/16 | $25.00 |
| 1/5/2017 | LMK | CA21 | Travel Related Meals | Leslie M Kelleher- Meals Related to Travel- Meal - dinner at the Hotel on 12/4/16 | $15.00 |
| 1/5/2017 | LMK | CA32 | Travel - Hotel | Leslie M Kelleher- Travel Expenses - Hotel Charges- Hotel for one night (Sheraton) | $15.33 |

| Date | Timekeeper | Code | Expense Category | Description | Amount |
|---|---|---|---|---|---|
| 1/5/2017 | LMK | CA32 | Travel - Hotel | Leslie M.Kelleher- Travel Expenses - Hotel Charges- Hotel/Lodging in Wilmington for one night (charge only half) | $10.82 |
| 1/5/2017 | LMK | CA33 | Travel Related Transportation | Leslie M Kelleher- Travel Expenses - Ground Transportation- Taxi from hotel to train on 12/1 /16 | $180.00 |
| 1/5/2017 | LMK | CA33 | Travel Related Transportation | Leslie M Kelleher- Travel Expenses - Ground Transportation- Taxi from train station to hotel on 11 /29/16 | $105.00 |
| 1/5/2017 | LMK | CA33 | Travel Related Transportation | Leslie M Kelleher- Travel Expenses - Ground Transportation-Taxi from train station to office on 12/1 /16 | $34.00 |
| 1/5/2017 | LMK | CA33 | Travel Related Transportation | Leslie M Kelleher- Travel Expenses - Ground Transportation- Taxi from train station to office on 12/5/16 | $484.00 |
| 1/5/2017 | LMK | CA33 | Travel Related Transportation | Leslie M Kelleher- Travel Expenses - Ground Transportation- Taxi to train station on 12/4/16 | $241.45 |
| 2/22/2017 | CG | CA11 | Local Meals | Bank of America- OT Meals- 11/28/16 CG re motion to dismiss briefing. | $30.65 |
| 2/22/2017 | CG | CA11 | Local Meals | Bank of America- OT Meals- 11/28/16 LMK re motion to dismiss briefing. | $41.78 |
| 2/22/2017 | CG | CA11 | Local Meals | Bank of America- OT Meals- 11/28/16 JMR re motion to dismiss briefing. | $30.65 |
| 2/22/2017 | CG | CA37 | Local Transportation - DC/NY | Bank of America- Local Transportation - DC- 12/1/16 CG from office to home. | $30.65 |
| 11/15/2017 | FIRM | CA45 | Epiq eDiscovery | Epiq eDiscovery Solutions- eDiscovery Exp- Services for the month of August 2017 | $13.93 |
| 11/15/2017 | FIRM | CA45 | Epiq eDiscovery | Epiq eDiscovery Solutions- eDiscovery Exp- Services for the month of September 2017 | $10.77 |
| 11/15/2017 | FIRM | CA45 | Epiq eDiscovery | Epiq eDiscovery Solutions- eDiscovery Exp- Services for the month of October 2017 | $21.70 |
| 12/21/2017 | FIRM | CA45 | Epiq eDiscovery | Epiq eDiscovery Solutions- eDiscovery Exp- Services for the month of November 2017 | $21.70 |
| | | | | **TOTAL** | **$2,458.28** |