IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors.¹ | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Hearing Date**: May 29, 2018 @ 1:00 p.m.<br>**Obj. Deadline**: May 14, 2018 @ 4:00 p.m. |

**NOTICE OF APPLICATION OF CERTAIN ASBESTOS CREDITORS PURSUANT TO 11 U.S.C. § 503(B) FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION FOR FEES FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED IN MAKING A
SUBSTANTIAL CONTRIBUTION IN THESE CHAPTER 11 CASES**

PLEASE TAKE NOTICE that on April 9, 2018, Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, individually and as successor-in-interest to the Estate of Gino Albini, Denis Bergschneider and Charlotte and Curtis Liberda ("Certain Asbestos Creditors") filed with the United States Bankruptcy Court for the District of Delaware (the "Court"), the Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of an Administrative Claim for Compensation of Fees for Services Rendered and Reimbursement of Expenses Incurred in Making a Substantial Contribution on these Chapter 11 Cases (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **May 29, 2018 at 1:00 p.m. (Eastern)** before the Honorable Christopher S. Sontchi, United States

Bankruptcy Judge, at the Court, 824 Market Street, 5th Floor, Courtroom, No. 6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that objections to the Motion or the relief requested therein must be filed on or before **May 14, 2018 at 4:00 p.m. (Eastern)** (the "Objection Deadline") with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, you must serve a copy of the response upon the undersigned counsel to the Certain Asbestos Objectors so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO PROPERLY FILE AND SERVE A RESPONSE ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Wilmington, DE
Date: April 9, 2018

Respectfully submitted:

By: */s/ Daniel K. Hogan*
Daniel K. Hogan (DE Bar # 2814)
HOGAN MCDANIEL
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, and Robert Albini, individually and as successor-in-interest to the Estate of Gino Albini, and Denis Bergschneider*

-and-

Steven Kazan (admitted *pro hac vice*)
KAZAN MCCLAIN SATTERLEY & GREENWOOD

A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
Facsimile: (510) 835-4913
*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, and Denis Bergschneider*

-and-

Ethan Early (admitted *pro hac vice*)
EARLY LUCARELLI SWEENEY & MEISENKOTHEN
265 Church Street, 11th Floor
New Haven, CT 06508-1866
Telephone: (203) 777-7799
Facsimile: (203) 785-1671
*Counsel for David William Fahy, David Heinzmann, Harold Bissell, Kurt Carlson, and Robert Albini, individually and as successor-in-interest to the Estate of Gino Albini*

-and-

Jonathan Ruckdeschel (admitted *pro hac vice*)
THE RUCKDESCHEL LAW FIRM LLC
8357 Main Street
Ellicott City, MD 21043
Telephone:  410-750-7825
Facsimile: 443-583-0430
*Counsel for David Heinzmann*

-and-

Beth Gori (admitted *pro hac vice*)
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025
Telephone: (618) 659-9833
Facsimile: (618) 659-9834
*Counsel for John H. Jones*

3