## **CERTIFICATE OF SERVICE**

I, Daniel K. Hogan, hereby certify that on this 9th day of April, 2018, I caused copies of Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of an Administrative Claim for Compensation of Fees for Services Rendered and Reimbursement of Expenses Incurred in Making a Substantial Contribution on these Chapter 11 Cases to be served via first class mail on the parties listed on the attached Exhibit A, and served on the parties listed below in the manner listed thereon:

*/s/ Daniel K. Hogan*
Daniel K. Hogan (No.2814)