# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors.[1] | |

## ORDER GRANTING MOTION OF CERTAIN ASBESTOS CREDITORS FOR ORDER REQUIRING RESERVE FOR ADMINISTRATIVE EXPENSES CLAIM

Upon consideration of the Motion of the Movants for entry of an order requiring the Plan Administrator Board to establish a reserve to be used for the payment of Certain Asbestos Creditors' administrative expenses claim for reasonable documented legal fees and expenses incurred in making a substantial contribution in these bankruptcy cases, (the "Motion")[2]; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and due and proper notice of the Motion having been provided to the necessary parties; and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein, including because the Certain Asbestos Creditors

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

**Error! Unknown document property name.**

Expenses were actual, necessary costs and expenses of preserving the estates within the meaning of 11 U.S.C. § 503(b); and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED THAT:

    1. The Motion is GRANTED as set forth herein.

    2. The Motion is granted and the Plan Administrator Board shall establish a reserve of $4,000,000.00 to be used for the payment of Certain Asbestos Creditors' administrative expenses claim for reasonable documented legal fees and expenses incurred in making a substantial contribution in these bankruptcy cases.

    3. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry.

    4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2018  
Wilmington, Delaware

_____  
HONORABLE CHRISTOPHER S. SONTCHI  
UNITED STATES BANKRUPTCY JUDGE