# **CERTIFICATE OF SERVICE**

I, Daniel K. Hogan, hereby certify that on this 9th day of April, 2018, I caused copies of MOTION OF CERTAIN ASBESTOS CREDITORS FOR ORDER REQUIRING RESERVE FOR ADMINISTRATIVE EXPENSES CLAIM to be served via first class mail on the parties listed on the attached Exhibit A, and served on the parties listed below in the manner listed thereon:

*/s/ Daniel K. Hogan*
Daniel K. Hogan (No.2814)