# Exhibit A

**Ordinary Course Professional Quarterly Statement of Payments**

| OCP | Service Description | For the Postpetition Period of January 01, 2018 to March 09, 2018 | | | Aggregate Postpetition Payments Through March 09, 2018 | |
| --- | --- | --- | --- | --- | --- | --- |
| | | Compensation for Services / Expense Reimbursement [1] | Average Monthly Compensation | Total Payments | Compensation for Services / Expense Reimbursement [1] | Total Payments |
| **Tier 1 OCP's (3-Month Rolling Average Cap of $450,000)** | | | | | | |
| Hawkins Parnell Thackston & Young LLP | Litigation - Asbestos | 6,366 | 2,122 | 6,366 | 23,121 | 23,121 |
| Morgan Lewis & Bockius LLP | Regulatory - FERC | 62,245 | 20,748 | 62,245 | 2,895,771 | 2,918,802 |
| **Tier 2 OCP's (3-Month Rolling Average Cap of $195,000)** | | | | | | |
| Enoch Kever (2) | Regulatory and Legislative | 208,333 | 62,506 | 208,333 | 1,439,081 | 1,439,081 |

1. For purposes of this report, includes aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred unless otherwise noted.
2. Based on service dates, the cap was not exceeded.