# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 12763, 12830, 12864** |

## NEXTERA'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL FROM THE FEBRUARY 27, 2018 CONFIRMATION ORDER

NextEra Energy, Inc. ("NextEra"), pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, hereby designates the following additional items to be included in the record in connection with appellants Elliott Associates, L.P.'s, Elliott International, L.P.'s, and The Liverpool Limited Partnership's (collectively, "Elliott") appeal from the *Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12763] (the "Confirmation Order"), which was entered on February 27, 2018 by the United States Bankruptcy Court for the District of Delaware.

## DESIGNATION OF ADDITIONAL ITEMS FOR THE RECORD ON APPEAL

NextEra hereby designates the following additional items to be included in the record on appeal with respect to Elliott's appeal from the Confirmation Order, including all exhibits and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

addenda attached thereto and filed therewith, and all documents incorporated by reference therein:

|   | Date | Docket No.[2] | Title |
|---|---|---|---|
| 1. | 08/03/2016 | 9190 | Motion of the EFH/EFIH Debtors For Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement |
| 2. | 09/14/2016 | 9536 | EFH/EFIH Debtors' Omnibus Reply to Objections to Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement |
| 3. | 09/19/2016 | 9584 | Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement |
| 4. | 09/21/2016 | 9606 | Transcript of the hearing held on September 19, 2016, including referenced demonstratives used by Debtors (D-Dem 1, D-Dem 2, and D-Dem 3) |
| 5. | 07/07/2017 | 11424 | Debtors' Letters Terminating (A) the Plan Support Agreement by and among the EFH/EFIH Debtors, the Fidelity Funds, and NEE and (B) the Merger Agreement by and among Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, NextEra Energy, Inc., and EFH Merger Co., LLC |
| 6. | 07/10/2017 | 11441 | NextEra Letter in Reply to Debtors' Notice of Termination of the Agreement and Plan of Merger |
| 7. | 02/20/2018 | 12669 | Transcript of the Hearing Held on February 16, 2018 |

---

[2] All references herein to "Docket No." shall be to the docket maintained for *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS) (Bankr. D. Del.).

| | |
|---|---|
| Dated: April 10, 2018<br>Wilmington, Delaware | **LANDIS RATH & COBB LLP**<br><br>*/s/*<br>_____<br>Adam G. Landis (No. 3407)<br>Matthew B. McGuire (No. 4366)<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br>Facsimile: (302) 467-4450<br>Email: landis@lrclaw.com<br>        mcguire@lrclaw.com<br><br>-and-<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Howard Seife (admitted *pro hac vice*)<br>Andrew Rosenblatt (admitted *pro hac vice*)<br>Eric Daucher (admitted *pro hac vice*)<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 408-5100<br>Facsimile: (212) 541-5369<br>Email: howard.seife@nortonrosefulbright.com<br>        andrew.rosenblatt@nortonrosefulbright.com<br>        eric.daucher@nortonrosefulbright.com<br><br>-and-<br><br>**WINSTON & STRAWN LLP**<br>Dan K. Webb (admitted *pro hac vice*)<br>35 W. Wacker Drive<br>Chicago, Illinois 60601<br>Telephone: (312) 558-5600<br>Facsimile: (312) 558-5700<br>Email: dwebb@winston.com<br><br>Thomas M. Buchanan (admitted *pro hac vice*)<br>1700 K Street, NW<br>Washington, D.C. 20006<br>Telephone: (202) 282-5000<br>Facsimile: (202) 282-5100<br>Email: tbuchana@winston.com<br><br>*Counsel to Appellee NextEra Energy, Inc.* |