## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 12864, 12889** |
| | ) |

## THE APPELLEES' COUNTER-DESIGNATION OF
## ITEMS TO BE INCLUDED ON THE RECORD ON APPEAL

Pursuant to rule 8009 of the Federal Rules of Bankruptcy Procedure and rule 8009-1 of

the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for

the District of Delaware, the Reorganized EFH Debtors and the EFH Plan Administrator Board

(collectively, the "Appellees"),[2] respectfully submit this designation of additional items to be

included in the record in connection with the now-consolidated of appeals of Elliott Associates,

L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott")

and UMB Bank, N.A., as Indenture Trustee for the unsecured 11.25%/12.25% Senior Toggle

Notes due 2018 ("UMB" and with Elliott, the "Appellants") from the *Order Confirming the First*

*Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On April 6, 2018, the United States District Court for the District of Delaware (the "District Court") granted the parties' stipulation to formally add the EFH Plan Administrator Board as a party to the appeal. *See Elliott Associates, L.P., et al. v. Energy Future Holdings Corp., et al.*, Case No. 18-cv-400 (D. Del.) [D.I. 10].

*Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the*

*Bankruptcy Code*, dated February 27, 2018 [D.I. 12763] of the United States Bankruptcy Court

for the District of Delaware (Sontchi, J.).[3]

### Designation of Additional Items to be Included in the Record on Appeal[4]

On March 27, 2018, the Elliott Appellants filed *Elliott's Statement of Issues and*

*Designation of Items to Be Included in the Record on Appeal from the February 27, 2018*

*Confirmation Order* [D.I. 12864]. On March 30, 2018, the UMB Appellants filed *UMB Bank,*

*N.A.'s Statement of Issues and Designation of Items to Be Included in the Record on Appeal from*

*the February 27, 2018 Confirmation Order* [D.I. 12889]. In addition to those items designated

by the Appellants, the Appellees designate:

(a)     The following docketed items in *In re Energy Future Holdings Corp., et al.*, Case

No. 14-10979 (CSS) (Bankr. D. Del.):

| D.I. | Date | Description |
|---|---|---|
| **12104, 12105** | 10/20/2017 | Supplement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |

---

[3] On April 6, 2018, the District Court granted an unopposed motion to consolidate the appeals that Elliott and UMB had noticed on March 13, 2018 [D.I. 12819, 12830] and March 23, 2018 [D.I. 12848], respectively. *See Elliott Associates, L.P., et al. v. Energy Future Holdings Corp., et al.*, Case No. 18-cv-400 (D. Del.) [D.I. 11]. Pursuant to that order, the consolidated appeal will proceed jointly under the earlier-filed appeal by Elliott at District of Delaware Civil Action No. 18-400 (RGA). *Id.*

[4] All items designated herein include all exhibits, schedules, attachments, and other documents included within each docket entry for such item. The Appellees reserve the right to amend this designation of additional items to be included in the record on appeal. It is the Appellees' understanding and belief that all items designated by the Appellants include all exhibits and other documents included within each entry for such item. If this is incorrect, the Appellees hereby designate all exhibits and other documents related to the documents designated by the Appellants.

2

| D.I. | Date | Description |
|------|------|-------------|
| **12798** | 3/8/2018 | Notice of Filing of the Second Amended Supplement to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |

(b)     The following hearing transcripts in *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (CSS) (Bankr. D. Del.):

| Date | Description |
|------|-------------|
| **2/16/2018** | Hearing Transcript |

(c)     The following docketed item in *Energy Future Holdings Corp. and Energy Future Intermediate Holding Co., LLC v. NextEra Energy, Inc.*, Case No. 17-50942 (Bankr. D. Del.):

| Adv. D.I. | Date | Description |
|-----------|------|-------------|
| **41** | 9/7/2017 | First Amended Adversary Complaint |

**Reservation**

The Appellees reserve the right to amend, modify, and/or supplement the foregoing designations.

*[Remainder of page intentionally left blank.]*

3

Dated: April 10, 2018           By:     */s/ Jason M. Madron*
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York,  NY 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com
             aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

4

Dated:  April 10, 2018
      Wilmington, Delaware

By:___*/s/ Jeffrey M. Schlerf*_____

**FOX ROTHSCHILD LLP**
Jeffrey M. Schlerf (No. 3047)
919 North Market St., Suite 300
Wilmington, DE 19801
Telephone:  (302) 654-7444
Facsimile:  (302) 656-8920
jschlerf@foxrothschild.com

-and-

**WHITE & CASE LLP**
Thomas E Lauria (admitted *pro hac vice*)
Matthew C. Brown (admitted *pro hac vice*)
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131
Telephone:  (305) 371-2700
Facsimile:  (305) 358-5744
tlauria@whitecase.com
mbrown@whitecase.com

J. Christopher Shore (admitted *pro hac vice*)
1155 Avenue of the Americas
New York, NY 10036
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113
cshore@whitecase.com

*Co-Counsel to the Reorganized Debtors*

5