**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: D.I. 12816** |
| | ) | |

**CERTIFICATE OF NO OBJECTION REGARDING THE THIRTY-THIRD MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM FEBRUARY 1 THROUGH MARCH 12, 2018
(NO ORDER REQUIRED)**

On March 13, 2018, the *Thirty-Third Monthly Fee Statement of Jenner & Block LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from February 1, 2018 through March 12, 2018* ("Jenner") [D.I. 12816; the "Monthly Fee Statement"] was filed with this Court and served upon the Notice Parties as required by the *Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [D.I. 1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066]. Under the *Notice of Fee Statement* filed and served with the Monthly Fee Statement, objections to the Monthly Fee Statement were to be filed and served in accordance with the foregoing Orders no later than **April 3, 2018 at 4:00 p.m. Eastern Time**.

By letter dated March 26, 2018, the Fee Committee advised Jenner that, although the Fee Committee reserved its rights to object to the interim expense reimbursement request, the Fee

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

04/05/2018 SL1 1515615v1 109285.00005

Committee did not object to the payment of 80% of the fees and 100% of the expenses requested in the Monthly Fee Statement. Aside from the foregoing, the undersigned certifies that no answer, objection or other response to the Monthly Fee Statement was filed or served as required, and that as of April 10, 2018, none appeared on the Court's docket in this case.

Consequently, Energy Future Intermediate Holding Company LLC, debtor and debtor in possession in the above-captioned case, is authorized to pay Jenner 80% of the fees and 100% of the expenses requested in the Monthly Fee Statement upon the filing of this Certificate without the need for a further Court order. A summary of the fees and expenses that Jenner seeks is attached as **Exhibit A**.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: April 11, 2018 | **STEVENS & LEE, P.C.** |
|  | */s/ Joseph H. Huston, Jr.* |
|  | Joseph H. Huston, Jr. (No. 4035) |
|  | 919 North Market Street, Suite 1300 |
|  | Wilmington, DE  19801 |
|  | Tel:    (302) 425-3310 |
|  | Email: jhh@stevenslee.com |
|  |         -and- |
|  | Richard Levin, Esquire |
|  | **JENNER & BLOCK** |
|  | 919 Third Avenue |
|  | New York, NY 10022-3908 |
|  | Tel:    (212) 891-1601 |
|  | Email: rlevin@jenner.com |
|  |         -and- |
|  | Michael A. Paskin, Esquire |
|  | Trevor M. Broad, Esquire |
|  | **CRAVATH, SWAINE & MOORE LLP** |
|  | Worldwide Plaza |
|  | 825 Eighth Avenue |
|  | New York, NY 10019-7475 |
|  | Tel:    (212) 474-1760 |
|  | Email: mpaskin/tbroad@cravath.com |
|  |  |
|  | *Independent Counsel for Energy Future Intermediate Holding Company LLC* |

# **EXHIBIT A**

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Jenner & Block LLP 919 Third Avenue New York, NY 10022 | Thirty-Third Monthly Fee Statement 02/01/2018 through 03/12/2018 D.I. 12810 | $29,890.00 | $215.52 | 04/03/2018 | $23,912.00 | $215.52 | $5,978.00 |