IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
In re:                                                                    :     Chapter 11
                                                                              :
Energy Future Holdings, Inc., *et al.*,              :     Case No. 14-10979 (CSS)
                                                                              :
           Debtors.                                       :     (Jointly Administered)
                                                                              :
------------------------------------------------------------ X

**DECLARATION OF MARK HICKSON IN SUPPORT
OF OBJECTION OF NEXTERA ENERGY, INC. TO JOINT MOTION OF
UMB BANK, N.A., AS INDENTURE TRUSTEE, AND ELLIOTT FUNDS TO (I)
DISMISS APPLICATION OF NEXTERA FOR ALLOWANCE AND PAYMENT OF
ADMINISTRATIVE EXPENSE, OR, IN THE ALTERNATIVE, (II) GRANT SUMMARY
JUDGMENT DENYING AND DISALLOWING SUCH ADMINISTRATIVE EXPENSE**

Pursuant to 28 U.S.C. § 1746, I, Mark Hickson, hereby declare as follows under penalty of perjury:

1. I make this declaration in support of the *Objection of NextEra Energy, Inc. to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott Funds to (I) Dismiss Application of NextEra for Allowance and Payment of Administrative Expense, or, in the Alternative, (ii) Grant Summary Judgment Denying and Disallowing such Administrative Expense* (the "Summary Judgment Motion")[1] and in further support of the *Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Claim* (the "Expense Application").

2. As set forth in my declaration dated February 20, 2018 that was filed in support of the Expense Application, I am the Executive Vice President, Corporate Development, Strategy, Quality and Integration, of NextEra Energy, Inc. ("NextEra"). I am also the Executive Vice

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Summary Judgment Motion.

President and a Director of NextEra Energy Partners, L.P., a publicly traded "yieldco" for which NextEra has served as sponsor.  I hold a bachelor's degree in Aerospace Engineering from Texas A&M, and a master's degree in Business from Columbia University.  I joined NextEra in 2012; before that, I was employed as a Managing Director-Global Mergers & Acquisitions by Merrill Lynch & Co., Inc. in New York, New York.

3. I, along with NextEra Executive Vice President and General Counsel Charles Sieving, led the negotiations for NextEra that resulted in the July 29, 2016 Agreement and Plan of Merger by and among NEE, EFH Merger Co., LLC, Energy Future Intermediate Holding Company LLC and Energy Future Holdings Corp. (the "<u>Merger Agreement</u>"), amendments thereto, and other related agreements.  With Mr. Sieving, I also led NextEra's efforts to consummate the transaction, including its efforts in support of plan confirmation, its work to obtain necessary regulatory approvals, and its efforts to assure that necessary financing was in place so that it could close the transaction.

4. In the Summary Judgment Motion, the Movants allege that NextEra cannot sustain a claim for "substantial contribution" under section 503(b)(3)(D) of the Bankruptcy Code because it was not a creditor of the Debtors.

5. This assertion is incorrect.  From May 2014 through August 2017, which covers the period for which NextEra is seeking reimbursement of its expenses in the Expense Application, NextEra (through one of its wholly owned subsidiaries) was a holder of EFIH Unsecured Notes issued by the EFIH Debtors (as such terms are defined in the Plan).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 11th day of April, 2018

_____
Mark Hickson