IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
In re:                                          :    Chapter 11
                                                :
Energy Future Holdings Corp., *et al.*,[1]      :    Case No. 14-10979 (CSS)
                                                :
            Debtors.                            :    (Jointly Administered)
                                                :
                                                :    **Re: D.I. 12935, 12936 & 12937**
                                                :
---------------------------------------------------------- X

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Anthony C. Dellose, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to NextEra Energy, Inc. Solutions in the above captioned bankruptcy case, and on the 11th day of April, 2018, he caused a copy of the below listed pleading to be served to the attached service list in the manner so indicated.

**Objection of NextEra Energy, Inc. to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense [D.I. 12935];**

**Declaration of Howard Seife in Support of Objection of NextEra Energy, Inc. to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense [D.I. 12936]; and**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{932.002-W0050800.}

Declaration of Mark Hickson in Support of Objection of NextEra Energy, Inc. to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense [D.I. 12937]

_____
Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 12th day of April 2018.

_____
Notary Public

[Notary Seal: DONNA K. KINTZ, MY COMMISSION EXPIRES June 24, 2018, NOTARY PUBLIC, STATE OF DELAWARE]

2

**Energy Future Holdings Corp.,** *et al.*
**Case No. 14-10979 (CSS)**

{932.002-W0042195.}

*VIA HAND DELIVERY*
Bielli & Klauder, LLC
Attn: David M. Klauder, Esq.
1204 N. King Street
Wilmington, DE 19801
*Co-Counsel to Energy Future Holdings Corp.*

*VIA U.S. MAIL*
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick, P.C.
Andrew R. McGaan, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654
Facsimile: 312-862-2200
*Co-Counsel to the Debtors and Debtors in Possession*

*VIA HAND DELIVERY*
Stevens & Lee, P.C.
Joseph H. Huston, Jr.
Jason Daniel Angelo
919 N. Market Street, Suite 1300
Wilmington, Delaware 19801
*Co-Counsel to Energy Future Intermediate
Holding Company LLC*

*VIA U.S. MAIL*
Jenner & Block LLP
Attn: Richard Levin, Esq.
919 Third Ave
New York, NY 10022-3908
*Co-Counsel to Energy Future Intermediate
Holding Company LLC*

*VIA HAND DELIVERY*
Richards Layton & Finger, P.A.
Mark D. Collins, Esq.
Daniel DeFranceschi, Esq.
Jason Madron, Esq.
920 North King Street
Wilmington, DE 19801
*Co-Counsel to the Debtors and Debtors in Possession*

*VIA U.S. MAIL*
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
601 Lexington Avenue
New York, NY 10022-4611
Facsimile: 212-466-4900
*Co-Counsel to the Debtors and Debtors in Possession*

*VIA U.S. MAIL*
Proskauer Rose LLP.
Attn: Mark K Thomas, Esq.
Attn: Peter J. Young, Esq.
Three First National Plaza
70 W. Madison St., Suite 3800
Chicago, IL 60602
*Co-Counsel to Energy Future Holdings Corp.*

*VIA U.S. MAIL*
Cravath, Swain, & Moore LLP
Attn: Michael A Paskin, Esq.
Worldwide Plaza
825 Eighth Ave
New York, NY 10019-7475
*Co-Counsel to Energy Future Intermediate
Holding Company LLC*

*VIA HAND DELIVERY*
United States Trustee
Attn: Richard L. Schepacarter, Esq.
Attn: Andrea B. Schwartz, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801

**_VIA U.S. MAIL_**
Sullivan & Cromwell LLP
Attn: Andrew G. Dietderich, Esq.
Attn: Brian D. Glueckstein, Esq.
Attn: Michael H. Torkin, Esq.
125 Broad St.
New York, NY 10004
*Co-Counsel to the EFH Creditors' Committee*

**_VIA HAND DELIVERY_**
Montgomery, Mccracken, Walker, & RhoadS LLP
Attn: Natalie D. Ramsey, Esq.
Attn: Davis Lee Wright, Esq.
Attn: Mark A. Fink, Esq.
1105 N. Market St 15th FL
Wilmington, DE 19801
*Co-Counsel to the EFH Creditors' Committee*

**_VIA HAND DELIVERY_**
BAYARD, P.A.
Scott D. Cousins
Erin R. Fay
Evan T. Miller
600 N. King Street, Suite 400
Wilmington, DE 19801
*Counsel for UMB Bank, N.A., as Trustee, and Elliott*

**_VIA HAND DELIVERY_**
ROPES &GRAY LLP
Keith H. Wofford
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
*Counsel for UMB Bank, N.A., as Trustee, and Elliott*