# Exhibit E

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

RLF1 19013638v.1

| Attorney/Paraprofessional Name | Position | Department | Date of Admission/Years of Service | Fees Billed in this Application | Number of Rate Increases During Fee Period | Hours Billed in this Application | Hourly Rate Billed |
|---|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | Bankruptcy | 1989 | $29,217.50 | 0 | 37.7 | 775.00 |
| Daniel J. DeFranceschi | Director | Bankruptcy | 1989 | $51,727.50 | 1 | 62.7 | 825.00 |
| Mark A. Kurtz | Director | Bankruptcy | 2005 | $8,880.00 | 0 | 14.8 | 600.00 |
| Stanford L. Stevenson III | Director | Bankruptcy | 1995 | $178.50 | 0 | 0.3 | 595.00 |
| Jason M. Madron | Counsel | Bankruptcy | 2003 | $64,130.00 | 0 | 116.6 | 550.00 |
| Jason M. Madron | Counsel | Bankruptcy | 2003 | $178,077.50 | 1 | 309.7 | 575.00 |
| Zachary I. Shapiro | Counsel | Bankruptcy | 2008 | $1,064.00 | 0 | 1.9 | 560.00 |
| Amanda R. Steele | Associate | Bankruptcy | 2010 | $53.00 | 0 | 0.1 | 530.00 |
| Joseph C. Barsalona, II | Associate | Bankruptcy | 2014 | $9,612.00 | 0 | 26.7 | 360.00 |
| Joseph C. Barsalona, II | Associate | Bankruptcy | 2014 | $17,384.00 | 1 | 42.4 | 410.00 |
| Andrew M. Dean | Associate | Bankruptcy | 2015 | $1,504.50 | 0 | 5.1 | 295.00 |
| Andrew M. Dean | Associate | Bankruptcy | 2015 | $11,781.00 | 1 | 30.6 | 385.00 |
| Christopher M. De Lillo | Associate | Bankruptcy | 2017 | $1,032.50 | 0 | 3.5 | 295.00 |
| Christopher M. De Lillo | Associate | Bankruptcy | 2017 | $5,888.00 | 1 | 18.4 | 320.00 |
| Katherine M. Devanney | Associate | Bankruptcy | 2017 | $3,200.00 | 0 | 10.0 | 320.00 |
| Christopher J. Harrelson | Associate | Bankruptcy | 2017 | $6,592.00 | 0 | 20.6 | 320.00 |
| Megan E. Kenney | Associate | Bankruptcy | 2017 | $2,272.00 | 0 | 7.1 | 320.00 |
| David T. Queroli | Associate | Bankruptcy | 2016 | $3,328.00 | 0 | 10.4 | 320.00 |
| Barbara J. Witters | Paralegal | Bankruptcy | 16 | $17,208.00 | 0 | 71.7 | 240.00 |
| Barbara J. Witters | Paralegal | Bankruptcy | 16 | $47,425.00 | 1 | 189.7 | 250.00 |
| Ann Jerominski | Paralegal | Bankruptcy | 16 | $4,150.00 | 0 | 16.6 | 250.00 |
| Rebecca V. Speaker | Paralegal | Bankruptcy | 15 | $288.00 | 0 | 1.2 | 240.00 |
| Rebecca V. Speaker | Paralegal | Bankruptcy | 15 | $2,325.00 | 1 | 9.3 | 250.00 |
| Caroline E. Dougherty | Paralegal | Bankruptcy | 2 | $216.00 | 0 | 0.9 | 240.00 |
| Caroline E. Dougherty | Paralegal | Bankruptcy | 2 | $500.00 | 1 | 2.0 | 250.00 |

| Attorney/Paraprofessional Name | Position | Department | Date of Admission/Years of Service | Fees Billed in this Application | Number of Rate Increases During Fee Period | Hours Billed in this Application | Hourly Rate Billed |
|---|---|---|---|---|---|---|---|
| Cynthia M. McMenamin | Paralegal | Bankruptcy | 2 | $1,500.00 | 0 | 6.0 | 250.00 |
| M. Lynzy McGee | Paralegal | Bankruptcy | 1 | $2,150.00 | 0 | 8.6 | 250.00 |
| Tesia S. Smith | CMA | Bankruptcy | 1 | $1,716.00 | 0 | 13.2 | 130.00 |
| Tesia S. Smith | CMA | Bankruptcy | 1 | $9,355.50 | 1 | 69.3 | 135.00 |
| Carlos B. Terreforte | Technical/Trial Support | Litigation | 1 | $2,989.00 | 0 | 12.2 | 245.00 |
| Daniel D. White, III | Technical/Trial Support | Litigation | 11 | $102.00 | 0 | 0.4 | 255.00 |
| Daniel D. White, III | Technical/Trial Support | Litigation | 11 | $12,714.00 | 1 | 48.9 | 260.00 |
| Total | | | | $498,560.50 | | 1,168.6 | |

**TOTAL FEES**        $498,560.50