# Exhibit F

## Summary of Actual and Necessary Expenses for the Fee Period

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Binding | | | $0.00 |
| Business Meals | | | $12,438.41 |
| Conference Calling | AT&T | | $655.00 |
| Court Reporter | | | $0.00 |
| Document Retrieval | Pacer | $.10/pg. | $2,384.10 |
| Electronic Legal Research | Bloomberg, Westlaw | | $1,447.45 |
| Equipment Rental | | | $0.00 |
| Filing/Court Fee | American Express | | $175.00 |
| Long distance telephone charges | AT&T | | $326.44 |
| Messenger and delivery service | Blue Marble, Fed Ex | | $2,555.56 |
| Overtime | | | $3,024.16 |
| Photocopying/Printing - outside vendor | Parcels | | $4,320.75 |
| Photocopying/Printing | | $.10/pg. | $11,334.00 |
| Postage | | | $92.28 |
| Travel Expense | | | $670.80 |
| **TOTAL** | | | **$39,423.95** |

---

[1] RL&F may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.