## Exhibit G

**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326A | [ALL] Case Administration | 154.9 | 170.0 | $43,474.50 | $47,800.00 |
| 180326B | [ALL] Creditor Inquiries | 0.7 | 1.0 | $373.50 | $825.00 |
| 180326C | [ALL] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [ALL] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326E | [ALL] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [ALL] Plan of Reorganization/Disclosure Statement | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326G | [ALL] Use, Sale of Assets | 0.1 | 1.0 | $57.50 | $825.00 |
| 180326H | [ALL] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [ALL] Claims Administration | 51.1 | 56.0 | $21,270.00 | $24,500.00 |
| 180326J | [ALL] Court Hearings | 95.6 | 105.0 | $38,071.00 | $42,000.00 |
| 180326K | [ALL] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326L | [ALL] Schedules/SOFA/U.S. Trustee Reports | 7.8 | 8.5 | $3,548.50 | $3,900.00 |
| 180326M | [ALL] Employee Issues | 0.8 | 1.0 | $460.00 | $825.00 |
| 180326N | [ALL] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [ALL] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [ALL] Litigation/Adversary Proceedings | 33.6 | 37.0 | $12,615.00 | $13,900.00 |
| 180326Q-1 | [ALL] RL&F Retention | 3.5 | 4.0 | $1,731.50 | $1,900.00 |
| 180326Q-2 | [ALL] Retention of Others | 2.1 | 2.5 | $1,023.00 | $1,200.00 |
| 180326R-1 | [ALL] RL&F Fee Applications | 42.7 | 53.9 | $19,443.00 | $23,400.00 |
| 180326R-2 | [ALL] Fee Applications of Others | 54.3 | 60.0 | $23,098.00 | $25,400.00 |
| 180326S | [ALL] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [ALL] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [ALL] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [ALL] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFIH] Case Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326B | [EFIH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [EFIH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326D | [EFIH] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326E | [EFIH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [EFIH] Plan of Reorganization/Disclosure Statement | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326G | [EFIH] Use, Sale of Assets | 3.9 | 4.2 | $2,025.00 | $2,230.00 |
| 180326H | [EFIH] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [EFIH] Claims Administration | 14.7 | 16.2 | $7,373.50 | $8,110.00 |
| 180326J | [EFIH] Court Hearings | 1.3 | 1.5 | $1,072.50 | $1,080.00 |
| 180326K | [EFIH] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326L | [EFIH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [EFIH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFIH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFIH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFIH] Litigation/Adversary Proceedings | 27.8 | 30.6 | $12,428.50 | $13,670.00 |
| 180326Q-1 | [EFIH] RL&F Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFIH] Retention of Others | 0.1 | 1.0 | $57.50 | $825.00 |
| 180326R-1 | [EFIH] RL&F Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [EFIH] Fee Applications of Others | 3.1 | 3.5 | $1,543.00 | $1,700.00 |
| 180326S | [EFIH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [EFIH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [EFIH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFIH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFH] Case Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326B | [EFH] Creditor Inquiries | 1.6 | 2.0 | $887.00 | $950.00 |
| 180326C | [EFH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [EFH] Executory Contracts/Unexpired Leases | 5.8 | 6.5 | $2,936.00 | $3,250.00 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326E | [EFH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [EFH] Plan of Reorganization/Disclosure Statement | 139.0 | 153.0 | $73,439.00 | $80,800.00 |
| 180326G | [EFH] Use, Sale of Assets | 15.9 | 17.5 | $7,685.00 | $8,500.00 |
| 180326H | [EFH] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [EFH] Claims Administration | 16.6 | 18.2 | $7,715.00 | $8,750.00 |
| 180326J | [EFH] Court Hearings | 279.0 | 307.0 | $104,306.00 | $114,750.00 |
| 180326K | [EFH] General Corporate/Real Estate | 70.9 | 78.0 | $35,454.50 | $39,000.00 |
| 180326L | [EFH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [EFH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFH] Litigation/Adversary Proceedings | 135.1 | 148.6 | $73,013.50 | $80,315.00 |
| 180326Q-1 | [EFH] RL&F Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFH] Retention of Others | 0.4 | 1.0 | $201.00 | $825.00 |
| 180326R-1 | [EFH] RL&F Fee Applications | 1.8 | 2.0 | $1,085.00 | $1,190.00 |
| 180326R-2 | [EFH] Fee Applications of Others | 4.4 | 5.0 | $2,173.00 | $2,390.00 |
| 180326S | [EFH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [EFH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [EFH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |