<u>**Exhibit J**</u>

**Budget and Staffing Plan**

**Aggregate Budget for Matter Categories**
**for the Period Beginning on January 1, 2017 and Ending on April 30, 2017[1]**

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm:  Richards, Layton & Finger, P.A.

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| **Applicable to All Debtors[3]** | | | |
| A-All | Case Administration | 170.0 | $47,800.00 |
| B-All | Creditor Inquiries | 1.0 | $825.00 |
| C-All | Meetings | 0.0 | $0.00 |
| D-All | Executory Contracts/Unexpired Leases | 0.0 | $0.00 |
| E-All | Automatic Stay/Adequate Protection | 0.0 | $0.00 |
| F-All | Plan of Reorganization/Disclosure Statement | 0.0 | $0.00 |
| G-All | Use, Sale of Assets | 1.0 | $825.00 |
| H-All | Cash Collateral/DIP Financing | 0.0 | $0.00 |
| I-All | Claims Administration | 56.0 | $24,500.00 |
| J-All | Court Hearings | 105.0 | $42,000.00 |
| K-All | General Corporate/Real Estate | 0.0 | $0.00 |
| L-All | Schedules/SOFA/U.S. Trustee Reports | 8.5 | $3,900.00 |
| M-All | Employee Issues | 1.0 | $825.00 |
| N-All | Environmental | 0.0 | $0.00 |
| O-All | Tax Issues | 0.0 | $0.00 |
| P-All | Litigation/Adversary Proceedings | 37.0 | $13,900.00 |
| Q-1-All | RLF Retention | 4.0 | $1,900.00 |
| Q-2-All | Retention of Others | 2.5 | $1,200.00 |
| R-1-All | RLF Fee Applications | 53.9 | $23,400.00 |
| R-2-All | Fee Applications of Others | 60.0 | $25,400.00 |
| S-All | Vendors/Suppliers | 0.0 | $0.00 |
| T-All | Non-Working Travel | 0.0 | $0.00 |
| U-All | Utilities | 0.0 | $0.00 |
| V-All | Insurance | 0.0 | $0.00 |
| | | | |

---

[1] Due to the timing of its preparation, the budget and staffing plan for the Budget Period was prepared with the benefit of actual data for the Budget Period.

[2] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[3] Matter categories applicable to all Debtors will be allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis in connection with RL&F's fee application.

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| **Applicable to EFH Debtors** | | | |
| A-EFH | Case Administration | 0.0 | $0.00 |
| B-EFH | Creditor Inquiries | 2.0 | $950.00 |
| C-EFH | Meetings | 0.0 | $0.00 |
| D-EFH | Executory Contracts/Unexpired Leases | 6.5 | $3,250.00 |
| E-EFH | Automatic Stay/Adequate Protection | 0.0 | $0.00 |
| F-EFH | Plan of Reorganization/Disclosure Statement | 153.0 | $80,800.00 |
| G-EFH | Use, Sale of Assets | 17.5 | $8,500.00 |
| H-EFH | Cash Collateral/DIP Financing | 0.0 | $0.00 |
| I-EFH | Claims Administration | 18.2 | $8,750.00 |
| J-EFH | Court Hearings | 307.0 | $114,750.00 |
| K-EFH | General Corporate/Real Estate | 78.0 | $39,000.00 |
| L-EFH | Schedules/SOFA/U.S. Trustee Reports | 0.0 | $0.00 |
| M-EFH | Employee Issues | 0.0 | $0.00 |
| N-EFH | Environmental | 0.0 | $0.00 |
| O-EFH | Tax Issues | 0.0 | $0.00 |
| P-EFH | Litigation/Adversary Proceedings | 148.6 | $80,315.00 |
| Q-1-EFH | RLF Retention | 0.0 | $0.00 |
| Q-2-EFH | Retention of Others | 1.0 | $825.00 |
| R-1-EFH | RLF Fee Applications | 2.0 | $1,190.00 |
| R-2-EFH | Fee Applications of Others | 5.0 | $2,390.00 |
| S-EFH | Vendors/Suppliers | 0.0 | $0.00 |
| T-EFH | Non-Working Travel | 0.0 | $0.00 |
| U-EFH | Utilities | 0.0 | $0.00 |
| V-EFH | Insurance | 0.0 | $0.00 |
| **Applicable to EFIH Debtors** | | | |
| A-EFIH | Case Administration | 0.0 | $0.00 |
| B-EFIH | Creditor Inquiries | 0.0 | $0.00 |
| C-EFIH | Meetings | 0.0 | $0.00 |
| D-EFIH | Executory Contracts/Unexpired Leases | 0.0 | $0.00 |
| E-EFIH | Automatic Stay/Adequate Protection | 0.0 | $0.00 |
| F-EFIH | Plan of Reorganization/Disclosure Statement | 0.0 | $0.00 |
| G-EFIH | Use, Sale of Assets | 4.2 | $2,230.00 |
| H-EFIH | Cash Collateral/DIP Financing | 0.0 | $0.00 |
| I-EFIH | Claims Administration | 16.2 | $8,110.00 |
| J-EFIH | Court Hearings | 1.5 | $1,080.00 |
| K-EFIH | General Corporate/Real Estate | 0.0 | $0.00 |
| L-EFIH | Schedules/SOFA/U.S. Trustee Reports | 0.0 | $0.00 |
| M-EFIH | Employee Issues | 0.0 | $0.00 |
| N-EFIH | Environmental | 0.0 | $0.00 |
| O-EFIH | Tax Issues | 0.0 | $0.00 |

2

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| P-EFIH | Litigation/Adversary Proceedings | 30.6 | $13,670.00 |
| Q-1-EFIH | RLF Retention | 0.0 | $0.00 |
| Q-2-EFIH | Retention of Others | 1.0 | $825.00 |
| R-1-EFIH | RLF Fee Applications | 0.0 | $0.00 |
| R-2-EFIH | Fee Applications of Others | 3.5 | $1,700.00 |
| S-EFIH | Vendors/Suppliers | 0.0 | $0.00 |
| T-EFIH | Non-Working Travel | 0.0 | $0.00 |
| U-EFIH | Utilities | 0.0 | $0.00 |
| V-EFIH | Insurance | 0.0 | $0.00 |
| **Total** | | **1,295.7** | **$554,810.00** |

3

**Aggregate Staffing Plan Across All Matters**
**for the Period Beginning on January 1, 2017 and Ending on April 30, 2017**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 2 | $712.50 |
| Counsel | 1 | $575.00 |
| Associate (4+ years since first admission) | 0 | $0.00 |
| Associate (0-3 years since first admission) | 7 | $342.14 |
| Paralegal (primary and back-up) | 6 | $250.00 |
| IT Trial Services Manager | 2 | $252.50 |
| **Total Attorney** | **10** | **$439.50** |
| **Total Non-Attorney** | **8** | **$250.63** |
| **Total** | **18** | **$355.56** |

---

[1] The Average Hourly Rate is an average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the Budget Period.