# Exhibit A

**Professional Fees for the Period
January 1, 2018 through March 9, 2018**

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

January 01, 2018 - March 09, 2018

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|

## Bankruptcy Related Research Consultation and Transaction

| | | | | | |
|---|---|---|---|---|---|
| 01/16/2018 | | | | | |
| | Bowers, Rachel | Research 2017 EFH Corp. engagement letter outcome after emergence. | $620.00 | 0.4 | $248.00 |
| 02/01/2018 | | | | | |
| | Bowers, Rachel | Assess audit documentation to meet required documentation standards. | $620.00 | 0.5 | $310.00 |
| 02/13/2018 | | | | | |
| | Kilkenny, Tom | Review settlement agreement and amendment to Sempra merger agreement, both dated 2-15-18. | $720.00 | 0.6 | $432.00 |
| | Subtotal for Bankruptcy Related Research Consultation and Transaction: | | | 1.5 | $990.00 |

## Bankruptcy Related Services Regarding Sempra Transaction

| | | | | | |
|---|---|---|---|---|---|
| 01/02/2018 | | | | | |
| | Babanova, Maria | Discuss current timing of Sempra's filing S-3 with R. Bowers, C. Benvenuti (Deloitte). | $540.00 | 0.6 | $324.00 |
| | Babanova, Maria | Update summary memorandum regarding the Sempra transaction. | $540.00 | 0.5 | $270.00 |
| | Benvenuti, Christina | Discuss current timing of Sempra's filing S-3 with M. Babanova, R. Bowers (Deloitte). | $425.00 | 0.6 | $255.00 |
| | Benvenuti, Christina | Document receipt of Management Representation Letter related to EFH's involvement in the Sempra Energy equity offering for the purpose of checking items were included in letter. | $425.00 | 0.5 | $212.50 |
| | Bowers, Rachel | Address comments on comfort letters for Sempra financing transaction. | $620.00 | 0.7 | $434.00 |
| | Bowers, Rachel | Call with A. Wright (EFH Corp.) regarding subsequent events update for Sempra equity deal. | $620.00 | 0.2 | $124.00 |
| | Bowers, Rachel | Discuss current timing of Sempra's filing S-3 with M. Babanova, C. Benvenuti (Deloitte). | $620.00 | 0.6 | $372.00 |
| | Bowers, Rachel | Finalize consents on issuing audit opinion for 1/2/18 issuance and delivery. | $620.00 | 0.3 | $186.00 |

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

January 01, 2018 - March 09, 2018

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|

*Bankruptcy Related Services Regarding Sempra Transaction*

**01/02/2018**

| | | | | |
|---|---|---|---|---|
| Kilkenny, Tom | Review draft of Sempra 8-K, specifically working papers supporting consents for issuing audit opinion. | $720.00 | 1.2 | $864.00 |

**01/03/2018**

| | | | | |
|---|---|---|---|---|
| Babanova, Maria | Update summary memorandum regarding the Sempra transaction. | $540.00 | 2.3 | $1,242.00 |
| Bowers, Rachel | Address comments on Sempra debt deal bring down letter. | $620.00 | 0.4 | $248.00 |
| Bowers, Rachel | Address comments on Sempra debt deal comfort letter. | $620.00 | 0.6 | $372.00 |
| Bowers, Rachel | Address comments on management representation letters for Sempra financing deal. | $620.00 | 0.7 | $434.00 |
| Choua, Johnny | Perform tie-out of new draft and transfer of comfort circles for the S-3 amendment. | $350.00 | 3.0 | $1,050.00 |
| Elliott, Randall | Document the issuance of consent for Sempra filing. | $350.00 | 0.5 | $175.00 |
| Kilkenny, Tom | Review edits to comfort letters and related management representation letters. | $720.00 | 0.8 | $576.00 |

**01/04/2018**

| | | | | |
|---|---|---|---|---|
| Bowers, Rachel | Address comments on bring down letters for Sempra financing deal. | $620.00 | 0.6 | $372.00 |
| Bowers, Rachel | Address comments on Sempra debt financing comfort letter. | $620.00 | 0.4 | $248.00 |
| Bowers, Rachel | Update subsequent events after the filing date documentation. | $620.00 | 0.5 | $310.00 |
| Bowers, Rachel | Draft emails for issued comfort letters to relevant parties as part of Sempra financing deal. | $620.00 | 0.8 | $496.00 |
| Bowers, Rachel | Finalize comfort letters for Sempra financing deal. | $620.00 | 1.5 | $930.00 |
| Bowers, Rachel | Update comfort letters for underwriter comments. | $620.00 | 0.7 | $434.00 |
| Elliott, Randall | Document the issuance of comfort letters for Sempra Equity offering. | $350.00 | 0.5 | $175.00 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

January 01, 2018 - March 09, 2018

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Bankruptcy Related Services Regarding Sempra Transaction* | | | | |
| 01/04/2018 | | | | |
| Kilkenny, Tom | Review drafts of bring down comfort letters, debt comfort letter and related management representation letters. | $720.00 | 0.7 | $504.00 |
| 01/05/2018 | | | | |
| Bowers, Rachel | Finalize Management Representation Letters for expected Sempra timeline. | $620.00 | 0.5 | $310.00 |
| Bowers, Rachel | Address comments on comfort letters for Sempra financing transaction. | $620.00 | 0.3 | $186.00 |
| Kilkenny, Tom | Prepare email to EFH audit committee chair regarding comfort letters to Sempra. | $720.00 | 0.3 | $216.00 |
| Kilkenny, Tom | Review updated bring down comfort letters. | $720.00 | 0.6 | $432.00 |
| 01/06/2018 | | | | |
| Bowers, Rachel | Address comments from underwriter on comfort letter for Sempra financing transaction. | $620.00 | 0.2 | $124.00 |
| Slyh, John | Review bring down letter documentation in connection with EFH's equity offering. | $720.00 | 0.4 | $288.00 |
| Slyh, John | Review bring down letter documentation for EFH preferred stock offering. | $720.00 | 0.4 | $288.00 |
| 01/07/2018 | | | | |
| Bowers, Rachel | Address comments on bring down letters for Sempra financing deal. | $620.00 | 0.5 | $310.00 |
| Kilkenny, Tom | Review additional requests from Sempra underwriters on debt comfort letter. | $720.00 | 0.5 | $360.00 |
| 01/08/2018 | | | | |
| Babanova, Maria | Update comfort letter for the latest draft. | $540.00 | 2.0 | $1,080.00 |
| Bowers, Rachel | Address management representation comments from quality reviewer. | $620.00 | 1.1 | $682.00 |
| Bowers, Rachel | Assess logistics for management representation signing. | $620.00 | 1.1 | $682.00 |
| Bowers, Rachel | Finalize equity bring down letters. | $620.00 | 2.1 | $1,302.00 |

3

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

January 01, 2018 - March 09, 2018

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Bankruptcy Related Services Regarding Sempra Transaction* | | | | |
| 01/08/2018 | | | | |
| Choua, Johnny | Perform completeness and accuracy procedure for the S-3 amendment. | $350.00 | 2.0 | $700.00 |
| Kilkenny, Tom | Review final preferred stock bring down comfort letters. | $720.00 | 0.7 | $504.00 |
| 01/09/2018 | | | | |
| Bowers, Rachel | Prepare debt bring down letter for Sempra financing deal. | $620.00 | 2.1 | $1,302.00 |
| Bowers, Rachel | Finalize debt comfort letter. | $620.00 | 1.4 | $868.00 |
| Kilkenny, Tom | Review preliminary debt prospectus supplement. | $720.00 | 0.8 | $576.00 |
| Kilkenny, Tom | Review draft of debt bring down comfort letter and related management representation letter. | $720.00 | 0.5 | $360.00 |
| Kilkenny, Tom | Review late changes to common stock and preferred stock bring down letters. | $720.00 | 0.2 | $144.00 |
| Kilkenny, Tom | Review record of issuance forms and approve issuance of common and preferred stock bring down letters and debt comfort letter. | $720.00 | 0.5 | $360.00 |
| 01/10/2018 | | | | |
| Bowers, Rachel | Discussion with A. Wright (EFH Corp.) regarding potential subsequent events for Sempra financing transaction. | $620.00 | 0.3 | $186.00 |
| Bowers, Rachel | Address review comments on debt bring down letter. | $620.00 | 0.5 | $310.00 |
| 01/11/2018 | | | | |
| Bowers, Rachel | Finalize debt comfort letter for issuance. | $620.00 | 0.5 | $310.00 |
| Bowers, Rachel | Review EFH Corp. Board minutes as part of the Sempra's S-3 filing. | $620.00 | 0.5 | $310.00 |
| 01/12/2018 | | | | |
| Bowers, Rachel | Draft email to A. Wright, T. Horton (EFH Corp.) regarding issuance of Debt bring down letter. | $620.00 | 0.2 | $124.00 |
| 01/15/2018 | | | | |
| Kilkenny, Tom | Review updated fee estimate for 2017 audit and Sempra related work. | $720.00 | 0.5 | $360.00 |

4

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

January 01, 2018 - March 09, 2018

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Bankruptcy Related Services Regarding Sempra Transaction* | | | | |
| 01/17/2018 | | | | |
| Kilkenny, Tom | Prepare email to T. Horton, CFO, about status of audit work and Sempra related work. | $720.00 | 0.5 | $360.00 |
| 01/20/2018 | | | | |
| Bowers, Rachel | Draft email to B. Hillman (Sempra) regarding audit fees. | $620.00 | 0.6 | $372.00 |
| Bowers, Rachel | Discuss trip to Sempra Energy regarding Sempra's filing of S-3 with T. Kilkenny (Deloitte). | $620.00 | 0.7 | $434.00 |
| Kilkenny, Tom | Discuss trip to Sempra Energy regarding Sempra's filing of S-3 with R. Bowers (Deloitte). | $720.00 | 0.7 | $504.00 |
| 01/26/2018 | | | | |
| Benvenuti, Christina | Document current status of bankruptcy case to check documentation included within Sempra Energy filings. | $425.00 | 2.6 | $1,105.00 |
| 01/27/2018 | | | | |
| Bowers, Rachel | Document audit committee meetings reviewed prior to comfort letter issuances. | $620.00 | 0.8 | $496.00 |
| 01/29/2018 | | | | |
| Kilkenny, Tom | Review working papers in preparation for archiving comfort letter files. | $720.00 | 0.5 | $360.00 |
| 01/30/2018 | | | | |
| Benvenuti, Christina | Discuss current status of documentation related to Sempra Energy transaction with R. Bowers (Deloitte). | $425.00 | 0.3 | $127.50 |
| Benvenuti, Christina | Perform documentation retention procedures regarding Sempra's transaction. | $425.00 | 1.4 | $595.00 |
| Bowers, Rachel | Discuss current status of documentation related to Sempra Energy transaction with C. Benvenuti (Deloitte). | $620.00 | 0.3 | $186.00 |
| Bowers, Rachel | Review documentation for financing transactions. | $620.00 | 0.8 | $496.00 |

5

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

January 01, 2018 - March 09, 2018

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|

### *Bankruptcy Related Services Regarding Sempra Transaction*

**01/31/2018**

| | | | | |
|---|---|---|---|---|
| Bowers, Rachel | Check whether audit documentation meets required documentation standards. | $620.00 | 0.5 | $310.00 |
| Subtotal for Bankruptcy Related Services Regarding Sempra Transaction: | | | 49.6 | $28,627.00 |

### *Financial Statement Audit and Related Services*

**01/05/2018**

| | | | | |
|---|---|---|---|---|
| Babanova, Maria | Discuss current audit plan with T. Hogan, EFH Controller and R. Bowers, Deloitte. | $265.00 | 0.5 | $132.50 |
| Bowers, Rachel | Discuss current audit plan with T. Hogan (EFH) and M. Babanova (Deloitte). | $290.00 | 0.5 | $145.00 |

**01/13/2018**

| | | | | |
|---|---|---|---|---|
| Benvenuti, Christina | Document considerations related to the potential risk of fraud at EFH. | $215.00 | 0.5 | $107.50 |
| Kilkenny, Tom | Review fraud brainstorming presentation deck and prepare for the related meeting. | $365.00 | 0.5 | $182.50 |

**01/15/2018**

| | | | | |
|---|---|---|---|---|
| Babanova, Maria | Discuss risk of material misstatement related to fraud for EFH audit for the purpose of assessing audit procedures designed to mitigate risk of material misstatement with T. Kilkenny, M. Parker, R. Bowers, C. Benvenuti (Deloitte). | $265.00 | 1.0 | $265.00 |
| Babanova, Maria | Discuss transition of EFH's service provider with R. Bowers (Deloitte) and T. Hogan, (EFH Controller), T. Bibby, J. Grace, B. Oladapo (KPMG). | $265.00 | 0.5 | $132.50 |
| Benvenuti, Christina | Document risk of material misstatement related to fraud for EFH audit for the purpose of checking audit procedures designed to mitigate this risk of material misstatement. | $215.00 | 3.2 | $688.00 |

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

January 01, 2018 - March 09, 2018

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | |
| 01/15/2018 | | | | |
| Benvenuti, Christina | Discuss risk of material misstatement related to fraud for EFH audit for the purpose of assessing audit procedures designed to mitigate risk of material misstatement with T. Kilkenny, M. Parker, R. Bowers, M. Babanova (Deloitte). | $215.00 | 1.0 | $215.00 |
| Benvenuti, Christina | Document risk of material misstatement related to fraud for EFH audit for the purpose of assessing audit procedures designed to mitigate risk of material misstatement. | $215.00 | 2.2 | $473.00 |
| Bowers, Rachel | Discuss transition of EFH's service provider with M. Babanova (Deloitte) and T. Hogan, (EFH Controller), T. Bibby, J. Grace, B. Oladapo (KPMG). | $290.00 | 0.5 | $145.00 |
| Bowers, Rachel | Discuss risk of material misstatement related to fraud for EFH audit for the purpose of assessing audit procedures designed to mitigate risk of material misstatement with T. Kilkenny, M. Parker, M. Babanova, C. Benvenuti (Deloitte). | $290.00 | 1.0 | $290.00 |
| Bowers, Rachel | Discuss current audit plan with T. Hogan, EFH Controller and M. Babanova, Deloitte. | $290.00 | 0.5 | $145.00 |
| Kilkenny, Tom | Discuss risk of material misstatement related to fraud for EFH audit for the purpose of assessing audit procedures designed to mitigate risk of material misstatement with M. Parker, R. Bowers, M. Babanova, C. Benvenuti (Deloitte). | $365.00 | 1.0 | $365.00 |
| Parker, Matt | Discuss risk of material misstatement related to fraud for EFH audit for the purpose of assessing audit procedures designed to mitigate risk of material misstatement with T. Kilkenny, R. Bowers, M. Babanova, C. Benvenuti (Deloitte). | $365.00 | 1.0 | $365.00 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

January 01, 2018 - March 09, 2018

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | |
| 01/16/2018 | | | | |
|   Benvenuti, Christina | Document risk of material misstatement related to fraud for EFH audit for the purpose of checking audit procedures designed to mitigate this risk of material misstatement. | $215.00 | 0.5 | $107.50 |
|   Benvenuti, Christina | Document risk of material misstatement related to fraud for EFH audit for the purpose of checking audit procedures designed to mitigate risk of material misstatement. | $215.00 | 0.5 | $107.50 |
|   Lanter, Amanda | Draft memo documenting Oncor component auditor directions to check audit procedures planned. | $175.00 | 3.8 | $665.00 |
| 01/18/2018 | | | | |
|   Benvenuti, Christina | Document risk of material misstatement related to fraud for EFH audit for the purpose of assessing audit procedures designed to mitigate risk of material misstatement. | $215.00 | 4.0 | $860.00 |
| 01/19/2018 | | | | |
|   Kilkenny, Tom | Call with T. Horton (CFO), A. Wright (GC) and T. Hogan (Accountant), regarding timing of year end audit and updated fee estimate. | $365.00 | 0.5 | $182.50 |
| 01/23/2018 | | | | |
|   Babanova, Maria | Discuss transition of EFH's Information Technology provider with S. Schneider (Deloitte) and T. Hogan (EFH). | $265.00 | 0.5 | $132.50 |
| 01/24/2018 | | | | |
|   Babanova, Maria | Discuss timing of EFH Corp. 2017 audit with R. Bowers, C. Benvenuti (Deloitte). | $265.00 | 0.2 | $53.00 |
|   Benvenuti, Christina | Discuss timing of EFH Corp. 2017 audit with R. Bowers, M. Babanova (Deloitte). | $215.00 | 0.2 | $43.00 |
|   Bowers, Rachel | Discuss timing of EFH Corp. 2017 audit with T. Kilkenny (Deloitte). | $290.00 | 0.2 | $58.00 |
|   Bowers, Rachel | Review component auditor instructions as part of the audit. | $290.00 | 2.2 | $638.00 |

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

January 01, 2018 - March 09, 2018

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | |
| 01/24/2018 | | | | |
| Kilkenny, Tom | Assess ability to move up timing of audit based on request from T. Horton, CFO. | $365.00 | 0.3 | $109.50 |
| Kilkenny, Tom | Discuss timing of EFH Corp. 2017 audit with R. Bowers (Deloitte). | $365.00 | 0.2 | $73.00 |
| 01/25/2018 | | | | |
| Hah, Morgan | Prepare 2016 Return To Provision workpaper. | $175.00 | 2.8 | $490.00 |
| 01/26/2018 | | | | |
| Benvenuti, Christina | Call to discuss Energy Future Holdings return-to-provision testing procedures with M. Parker, X. Koprivnik, M. Hah (Deloitte). | $215.00 | 0.2 | $43.00 |
| Bowers, Rachel | Review component auditor instructions as part of the audit. | $290.00 | 10.8 | $3,132.00 |
| Hah, Morgan | Call to discuss Energy Future Holdings return-to-provision testing procedures with M. Parker, X. Koprivnik, C. Benvenuti (Deloitte). | $175.00 | 0.2 | $35.00 |
| Hah, Morgan | Prepare 2016 Return to Provision workpaper. | $175.00 | 2.5 | $437.50 |
| Koprivnik, Xander | Call to discuss Energy Future Holdings return-to-provision testing procedures with M. Parker, C. Benvenuti, M. Hah (Deloitte). | $215.00 | 0.2 | $43.00 |
| Parker, Matt | Call to discuss Energy Future Holdings return-to-provision testing procedures with C. Benvenuti, M. Hah, X. Koprivnik (Deloitte). | $365.00 | 0.2 | $73.00 |
| 01/27/2018 | | | | |
| Babanova, Maria | Prepare materiality documentation for 2017 audit. | $265.00 | 1.5 | $397.50 |
| Babanova, Maria | Discuss EFH 2017 audit materiality with T. Kilkenny (Deloitte). | $265.00 | 0.5 | $132.50 |
| Bowers, Rachel | Review materiality for 2017 audit. | $290.00 | 1.5 | $435.00 |
| Kilkenny, Tom | Discuss EFH 2017 audit materiality with M. Babanova (Deloitte). | $365.00 | 0.5 | $182.50 |

9

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

January 01, 2018 - March 09, 2018

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | | |
| 01/29/2018 | | | | | |
| | Bowers, Rachel | Review component auditor instructions as part of the audit. | $290.00 | 3.0 | $870.00 |
| | Hah, Morgan | Update Return to Provision workpaper. | $175.00 | 0.3 | $52.50 |
| 01/30/2018 | | | | | |
| | Kilkenny, Tom | Review declaration accompanying engagement letters. | $365.00 | 0.5 | $182.50 |
| | Kilkenny, Tom | Review materiality working paper. | $365.00 | 0.6 | $219.00 |
| 01/31/2018 | | | | | |
| | Koprivnik, Xander | Perform analysis of Energy Future Holdings return-to-provision testing. | $215.00 | 1.0 | $215.00 |
| | Slyh, John | Review the component auditor instructions issued from the EFH audit team to the Oncor audit team. | $365.00 | 0.8 | $292.00 |
| 02/01/2018 | | | | | |
| | Koprivnik, Xander | Review Energy Future Holdings return-to-provision testing. | $215.00 | 1.3 | $279.50 |
| 02/03/2018 | | | | | |
| | Kilkenny, Tom | Review cleared notes on materiality working paper. | $365.00 | 0.3 | $109.50 |
| 02/07/2018 | | | | | |
| | Kilkenny, Tom | Review representation letter considerations for EFH audit. | $365.00 | 0.3 | $109.50 |
| 02/12/2018 | | | | | |
| | Bowers, Rachel | Discussion with Oncor component team regarding timing of EFH Corp. audit and component auditor timing. | $290.00 | 0.4 | $116.00 |
| 02/14/2018 | | | | | |
| | Kilkenny, Tom | Discussion with Deloitte component auditor team about upcoming Oncor audit committee meeting. | $365.00 | 0.5 | $182.50 |
| 02/20/2018 | | | | | |
| | Bowers, Rachel | Assess completion estimates for 2017 EFH Corp. audit to check resources to meet filing deadline. | $290.00 | 0.3 | $87.00 |
| | Kilkenny, Tom | Review advance materials for Oncor audit committee meeting. | $365.00 | 1.6 | $584.00 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

January 01, 2018 - March 09, 2018

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | |
| 02/20/2018 | | | | |
| Kilkenny, Tom | Attend Oncor audit committee meeting. | $365.00 | 2.4 | $876.00 |
| 02/22/2018 | | | | |
| Koprivnik, Xander | Test Energy Future Holdings return to provision analysis as part of year-end audit procedures. | $215.00 | 5.4 | $1,161.00 |
| 02/23/2018 | | | | |
| Koprivnik, Xander | Test Energy Future Holdings return to provision analysis as part of year-end audit procedures. | $215.00 | 2.0 | $430.00 |
| 02/26/2018 | | | | |
| Babanova, Maria | Discuss timing, allocation of work and client support for year-end audit procedures with R. Bowers, T. Kilkenny (Deloitte). | $265.00 | 0.5 | $132.50 |
| Bowers, Rachel | Discuss timing, allocation of work and client support for year-end audit procedures with M. Babanova, T. Kilkenny (Deloitte). | $290.00 | 0.5 | $145.00 |
| Kilkenny, Tom | Discuss timing, allocation of work and client support for year-end audit procedures with R. Bowers, M. Babanova (Deloitte). | $365.00 | 0.5 | $182.50 |
| Taylor, Krysta | Perform testing of subsequent reimbursement receipts. | $175.00 | 3.5 | $612.50 |
| 02/27/2018 | | | | |
| Kilkenny, Tom | Call with Deloitte engagement team on Sempra about completion of the audit work expected after Sempra closing. | $365.00 | 0.7 | $255.50 |
| Kilkenny, Tom | Prepare email to engagement quality control reviewer J. Slyh about status of audit and timing of the review. | $365.00 | 0.5 | $182.50 |
| Taylor, Krysta | Perform testing of subsequent reimbursement receipts. | $175.00 | 2.0 | $350.00 |
| 03/02/2018 | | | | |
| Slyh, John | Review the engagement team's documentation of the materiality to be used in the 2017 audit of EFH. | $365.00 | 0.6 | $219.00 |

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

January 01, 2018 - March 09, 2018

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|

## *Financial Statement Audit and Related Services*

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| 03/05/2018 | | | | | |
| | Babanova, Maria | Discuss current status update of EFH Corp. audit with T. Kilkenny (Deloitte). | $265.00 | 0.4 | $106.00 |
| | Choua, Johnny | Prepare EFH cash confirmations for use in cash substantive testing procedures. | $175.00 | 2.0 | $350.00 |
| | Elliott, Randall | Assess the risk of material misstatement associated with equity. | $175.00 | 0.5 | $87.50 |
| | Kilkenny, Tom | Discuss current status update of EFH Corp. audit with M. Babanova (Deloitte). | $365.00 | 0.4 | $146.00 |
| | Kilkenny, Tom | Review schedule of plan for executing the audit over the next two weeks. | $365.00 | 0.5 | $182.50 |
| 03/06/2018 | | | | | |
| | Babanova, Maria | Discuss current status of EFH Corp. audit with C. Benvenuti (Deloitte). | $265.00 | 0.5 | $132.50 |
| | Benvenuti, Christina | Discuss testing procedures performed to assess EFH's investment in Oncor with R. Elliott (Deloitte). | $215.00 | 0.4 | $86.00 |
| | Benvenuti, Christina | Discuss current status of EFH Corp. audit with J. Choua (Deloitte). | $215.00 | 0.5 | $107.50 |
| | Benvenuti, Christina | Discuss current status of EFH Corp. audit with M. Babanova (Deloitte). | $215.00 | 0.5 | $107.50 |
| | Benvenuti, Christina | Discuss current status of tax-related procedures required for EFH audit with T. Kilkenny, M. Parker, R. Favor, X. Koprivnik (Deloitte). | $215.00 | 0.5 | $107.50 |
| | Benvenuti, Christina | Discuss open requests to complete audit procedures with X. Koprivnik (Deloitte). | $215.00 | 0.1 | $21.50 |
| | Benvenuti, Christina | Analyze current period change in investment in Oncor to assess audit procedures | $215.00 | 1.1 | $236.50 |
| | Choua, Johnny | Assess corollary testing approach to be used in AP substantive testing. | $175.00 | 0.5 | $87.50 |
| | Choua, Johnny | Discuss current status of EFH Corp. audit with C. Benvenuti (Deloitte). | $175.00 | 0.5 | $87.50 |
| | Choua, Johnny | Prepare debt confirmations for use in debt substantive testing. | $175.00 | 1.2 | $210.00 |

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

January 01, 2018 - March 09, 2018

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | | |
| 03/06/2018 | | | | | |
| | Choua, Johnny | Prepare EFH legal letters for assessment of contingencies. | $175.00 | 2.8 | $490.00 |
| | Elliott, Randall | Assess the reported 2017 activity for the Oncor investment. | $175.00 | 2.5 | $437.50 |
| | Elliott, Randall | Prepare a letter of representation for management to complete for the 2017 audit. | $175.00 | 1.5 | $262.50 |
| | Elliott, Randall | Discuss testing procedures performed to assess EFH's investment in Oncor with C. Benvenuti (Deloitte). | $175.00 | 0.4 | $70.00 |
| | Favor, Rick | Discuss current status of tax-related procedures required for EFH audit with T. Kilkenny, M. Parker, X. Koprivnik, C. Benvenuti (Deloitte). | $365.00 | 0.5 | $182.50 |
| | Kilkenny, Tom | Discuss current status of tax-related procedures required for EFH audit with M. Parker, R. Favor, X. Koprivnik, C. Benvenuti (Deloitte). | $365.00 | 0.5 | $182.50 |
| | Koprivnik, Xander | Discuss current status of tax-related procedures required for EFH audit with T. Kilkenny, M. Parker, R. Favor, C. Benvenuti (Deloitte). | $215.00 | 0.5 | $107.50 |
| | Koprivnik, Xander | Discuss open requests to complete audit procedures with C. Benvenuti (Deloitte). | $215.00 | 0.1 | $21.50 |
| | Parker, Matt | Discuss current status of tax-related procedures required for EFH audit with T. Kilkenny, R. Favor, X. Koprivnik, C. Benvenuti (Deloitte). | $365.00 | 0.5 | $182.50 |
| 03/07/2018 | | | | | |
| | Benvenuti, Christina | Analyze current period composition of liabilities subject to compromise for purpose of assessing risk associated with account. | $215.00 | 2.5 | $537.50 |
| | Benvenuti, Christina | Discuss current status of audit for EFH with J. Choua (Deloitte). | $215.00 | 1.0 | $215.00 |
| | Benvenuti, Christina | Document current year general ledger balances to check whether testing has been performed on account balance. | $215.00 | 1.9 | $408.50 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

January 01, 2018 - March 09, 2018

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | | |
| 03/07/2018 | | | | | |
| | Benvenuti, Christina | Document results of testing of current cash balance of EFH. | $215.00 | 1.1 | $236.50 |
| | Choua, Johnny | Analyze client provided accounts payable log for use in AP substantive testing. | $175.00 | 1.0 | $175.00 |
| | Choua, Johnny | Assess and document risk assessment for reorganization expenses. | $175.00 | 2.0 | $350.00 |
| | Choua, Johnny | Assess and document risk considerations for investment in Oncor. | $175.00 | 1.5 | $262.50 |
| | Choua, Johnny | Assess and document risk considerations for selling and administrative expense. | $175.00 | 2.0 | $350.00 |
| | Choua, Johnny | Discuss current status of audit for EFH with C. Benvenuti (Deloitte). | $175.00 | 1.0 | $175.00 |
| | Elliott, Randall | Reconcile the trial balance provided by the company to the general ledger. | $175.00 | 1.0 | $175.00 |
| | Kilkenny, Tom | Review audit engagement letter draft for post emergence period. | $365.00 | 0.7 | $255.50 |
| | Slyh, John | Review the draft engagement letter to supersede the existing 2017 engagement letter in the event the Sempra transaction is closed. | $365.00 | 0.6 | $219.00 |
| 03/08/2018 | | | | | |
| | Babanova, Maria | Review planning section documentation of the EFH FY 2017 audit. | $265.00 | 3.0 | $795.00 |
| | Benvenuti, Christina | Analyze current period composition of liabilities subject to compromise for purpose of assessing risk associated with account. | $215.00 | 5.8 | $1,247.00 |
| | Benvenuti, Christina | Discuss current period general ledger with W. Byrne (KPMG). | $215.00 | 0.5 | $107.50 |
| | Benvenuti, Christina | Review current period management representation letter to be signed by EFH management. | $215.00 | 2.0 | $430.00 |
| | Choua, Johnny | Analyze reorganization items general ledger data for use in reorganization expense substantive testing. | $175.00 | 1.5 | $262.50 |

14

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

January 01, 2018 - March 09, 2018

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Financial Statement Audit and Related Services* | | | | | |
| 03/08/2018 | | | | | |
| | Choua, Johnny | Analyze SGA expense general ledger data for use in SGA expense substantive testing. | $175.00 | 1.0 | $175.00 |
| | Choua, Johnny | Assess and document risk considerations for SGA expense. | $175.00 | 2.0 | $350.00 |
| | Choua, Johnny | Perform interest expense substantive procedures. | $175.00 | 1.5 | $262.50 |
| | Choua, Johnny | Perform testing of cash accounts for cash substantive testing. | $175.00 | 2.0 | $350.00 |
| | Kilkenny, Tom | Review draft engagement letter with Sempra including reading and responding to emails related to the letter. | $365.00 | 0.9 | $328.50 |
| | Slyh, John | Review the engagement team's documentation related to their fraud brainstorming session. | $365.00 | 0.7 | $255.50 |
| 03/09/2018 | | | | | |
| | Babanova, Maria | Review planning section of the EFH 2017 audit. | $265.00 | 3.5 | $927.50 |
| | Benvenuti, Christina | Assess risk of material misstatement associated with Company's ongoing bankruptcy. | $215.00 | 2.3 | $494.50 |
| | Benvenuti, Christina | Assess risk of material misstatement associated with selling, general, and administrative expenses. | $215.00 | 2.7 | $580.50 |
| | Benvenuti, Christina | Document risk of material misstatement associated with financial close and reporting process. | $215.00 | 2.5 | $537.50 |
| | Choua, Johnny | Perform testing of cash accounts for cash substantive testing. | $175.00 | 5.0 | $875.00 |
| | Subtotal for Financial Statement Audit and Related Services: | | | 149.5 | $35,257.50 |
| *Preparation of Fee Applications* | | | | | |
| 01/02/2018 | | | | | |
| | Babanova, Maria | Prepare November Fee Application. | $265.00 | 3.5 | $927.50 |

15

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

January 01, 2018 - March 09, 2018

| Date | | Description | Rate | Hours | Fees |
|---|---|---|---|---|---|
| *Preparation of Fee Applications* | | | | | |
| 01/04/2018 | | | | | |
| | Babanova, Maria | Address comments on the ninth and tenth interim applications. | $265.00 | 0.4 | $106.00 |
| | Parker, Matt | Prepare billing summary for T. Hogan, as part of the review of fee application reconciliation. | $365.00 | 1.0 | $365.00 |
| 01/05/2018 | | | | | |
| | Babanova, Maria | Prepare December Fee application. | $265.00 | 0.5 | $132.50 |
| 01/09/2018 | | | | | |
| | Gutierrez, Dalia | Prepare 40th monthly fee statement. | $175.00 | 3.0 | $525.00 |
| 01/10/2018 | | | | | |
| | Kilkenny, Tom | Review monthly fee statement for September to November 2017. | $365.00 | 0.5 | $182.50 |
| 01/13/2018 | | | | | |
| | Babanova, Maria | Prepare December fee statement. | $265.00 | 0.5 | $132.50 |
| | Bowers, Rachel | Address bankruptcy fee application comments. | $290.00 | 0.3 | $87.00 |
| | Bowers, Rachel | Address comments for bankruptcy fee application. | $290.00 | 0.2 | $58.00 |
| 01/16/2018 | | | | | |
| | Kilkenny, Tom | Review December fee statement. | $365.00 | 0.5 | $182.50 |
| 01/17/2018 | | | | | |
| | Babanova, Maria | Review December fee statement. | $265.00 | 1.0 | $265.00 |
| 01/18/2018 | | | | | |
| | Babanova, Maria | Review December fee statement. | $265.00 | 1.0 | $265.00 |
| | Gutierrez, Dalia | Update December 2017 fee detail with comments provided by R. Young. | $175.00 | 1.0 | $175.00 |
| 01/19/2018 | | | | | |
| | Gutierrez, Dalia | Update December fee data with comments provided by R. Young. | $175.00 | 2.3 | $402.50 |
| | Kilkenny, Tom | Review December 2017 monthly statement. | $365.00 | 0.5 | $182.50 |
| 01/22/2018 | | | | | |
| | Babanova, Maria | Prepare interim fee application. | $265.00 | 0.5 | $132.50 |

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

January 01, 2018 - March 09, 2018

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Preparation of Fee Applications* | | | | |
| 01/22/2018 | | | | |
| Gutierrez, Dalia | Prepare draft of eleventh interim fee application for M. Babanova. | $175.00 | 3.4 | $595.00 |
| 01/29/2018 | | | | |
| Kilkenny, Tom | Review 11th interim fee application. | $365.00 | 0.5 | $182.50 |
| 01/30/2018 | | | | |
| Babanova, Maria | Review eleventh interim fee application. | $265.00 | 1.5 | $397.50 |
| 01/31/2018 | | | | |
| Babanova, Maria | Review eleventh interim fee application. | $265.00 | 1.0 | $265.00 |
| Gutierrez, Dalia | Update EFH eleventh interim per feedback received from R. Young. | $175.00 | 0.7 | $122.50 |
| 02/13/2018 | | | | |
| Gutierrez, Dalia | Finalize February monthly fee statement. | $175.00 | 2.5 | $437.50 |
| 02/16/2018 | | | | |
| Kilkenny, Tom | Assess status of billings and fee application approvals. | $365.00 | 0.5 | $182.50 |
| 02/28/2018 | | | | |
| Kilkenny, Tom | Analyze status of billings from T. Hogan (EFH). | $365.00 | 1.0 | $365.00 |
| Parker, Matt | Prepare the fee application as part of the final billing analysis for EFH Corp. for court filings. | $365.00 | 2.0 | $730.00 |
| 03/01/2018 | | | | |
| Parker, Matt | Prepare the fee application as part of the final billing analysis for EFH Corp. for court filings. | $365.00 | 3.0 | $1,095.00 |
| 03/02/2018 | | | | |
| Kilkenny, Tom | Gather information and prepare email to T. Hogan regarding status of billings and information about Sempra transaction related fees. | $365.00 | 1.4 | $511.00 |
| Parker, Matt | Prepare the fee application as part of the final billing analysis for EFH Corp. for court filings. | $365.00 | 4.0 | $1,460.00 |

# EFH Corp

## Deloitte & Touche LLP

## Fees Sorted by Category for the Fee Period

January 01, 2018 - March 09, 2018

| Date | Description | Rate | Hours | Fees |
|---|---|---|---|---|
| *Preparation of Fee Applications* | | | | |
| 03/05/2018 | | | | |
| Babanova, Maria | Prepare the January Fee Application. | $265.00 | 2.0 | $530.00 |
| Gutierrez, Dalia | Update January data with feedback received from M. Babanova. | $175.00 | 2.0 | $350.00 |
| 03/08/2018 | | | | |
| Gutierrez, Dalia | Prepare January fee exhibit for R. Young's review. | $175.00 | 1.3 | $227.50 |
| Gutierrez, Dalia | Update January fee detail per feedback received from M. Babanova. | $175.00 | 1.0 | $175.00 |
| 03/09/2018 | | | | |
| Babanova, Maria | Prepare January fee application. | $265.00 | 0.5 | $132.50 |
| Gutierrez, Dalia | Prepare January fee statement. | $175.00 | 2.5 | $437.50 |
| Subtotal for Preparation of Fee Applications: | | | 47.5 | $12,317.00 |
| **Total** | | | **248.1** | **$77,191.50** |

## Recapitulation

| Name | Rate | Hours | Fees |
|---|---|---|---|
| Kilkenny, Tom | $720.00 | 9.6 | $6,912.00 |
| Slyh, John | $720.00 | 0.8 | $576.00 |
| Bowers, Rachel | $620.00 | 23.9 | $14,818.00 |
| Babanova, Maria | $540.00 | 5.4 | $2,916.00 |
| Benvenuti, Christina | $425.00 | 5.4 | $2,295.00 |
| Favor, Rick | $365.00 | 0.5 | $182.50 |
| Kilkenny, Tom | $365.00 | 18.8 | $6,862.00 |
| Parker, Matt | $365.00 | 11.7 | $4,270.50 |
| Slyh, John | $365.00 | 2.7 | $985.50 |
| Choua, Johnny | $350.00 | 5.0 | $1,750.00 |
| Elliott, Randall | $350.00 | 1.0 | $350.00 |
| Bowers, Rachel | $290.00 | 21.9 | $6,351.00 |
| Babanova, Maria | $265.00 | 25.0 | $6,625.00 |

# EFH Corp

# Deloitte & Touche LLP

# Fees Sorted by Category for the Fee Period

January 01, 2018 - March 09, 2018

## Recapitulation

| Name | Rate | Hours | Fees |
| --- | --- | --- | --- |
| Benvenuti, Christina | $215.00 | 37.7 | $8,105.50 |
| Koprivnik, Xander | $215.00 | 10.5 | $2,257.50 |
| Choua, Johnny | $175.00 | 27.5 | $4,812.50 |
| Elliott, Randall | $175.00 | 5.9 | $1,032.50 |
| Gutierrez, Dalia | $175.00 | 19.7 | $3,447.50 |
| Hah, Morgan | $175.00 | 5.8 | $1,015.00 |
| Lanter, Amanda | $175.00 | 3.8 | $665.00 |
| Taylor, Krysta | $175.00 | 5.5 | $962.50 |