**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | **Chapter 11** |
| **ENERGY FUTURE H OLDINGS CORP.**, *et al.*[1] | ) | |
| | ) | **Case No. 14-10979 (CSS)** |
| **Debtors.** | ) | |
| | ) | (Jointly Administered) |

**THIRTY EIGHTH MONTHLY FEE STATEMENT OF
SOLIC CAPITAL ADVISORS, LLC FOR ALLOWANCE OF AN ADMINISTRATIVE
CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FROM February 1, 2018 TO February 28, 2018**

| | |
|---|---|
| **Name of Applicant** | **SOLIC Capital Advisors, LLC** |
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp. Debtors and Debtor-in-Possession |
| Date of Retention: | 2/6/2015 *nunc pro tunc* to 12/18/2014 |
| Period for which compensation and reimbursement is sought: | February 1, 2018 to February 28, 2018 |
| Amount of Compensation sought as actual, reasonable and necessary: | $27,142.80 (80% of $33,928.50) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a __X__ monthly ___ interim ___ final application. One prior application has been filed for this Fee Period.[2]

Pursuant to sections 327, 328, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Approving the Retention of SOLIC Capital Advisors, LLC as*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Notice of this Monthly Fee Statement (as defined herein) shall be served in accordance with the Interim Compensation Order and Fee Committee Order and objections to the relief requested in this Monthly Fee Statement shall be addressed in accordance with the Interim Compensation Order and Fee Order.

*Financial Advisor for Energy Future Holding Corp. Effective Nunc Pro Tunc to December 18, 2014,* dated February 6, 2015 [D.I. 3448] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), SOLIC Capital Advisors, LLC ("SOLIC"), financial advisor for debtor and debtor in possession Energy Future Holding Corp. ("EFH Corp."), hereby files this monthly fee statement (this "Monthly Fee Statement") for: (i) compensation in the amount of $27,142.80 (80% of $33,928.50) for the reasonable and necessary financial advisory services SOLIC rendered to EFH Corp. from February 1, 2018 through and including February 28, 2018 (the "Fee Period"); and (ii) reimbursement for the actual and necessary expenses that SOLIC incurred, in the amount of $0.00 during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support of this Monthly Fee Statement, attached are the following Exhibits:

    - **Exhibit A** is a schedule of the hours expended on this matter during the Fee Period by each SOLIC professional. SOLIC professionals expended a total of 48.5 hours in connection with the EFH chapter 11 case during the Fee Period.

    - **Exhibit B** is a schedule of the number of hours expended (on an aggregate basis) by SOLIC professionals during the Fee Period with respect to each of the subject matter categories SOLIC established in accordance with its internal billing procedures. A general description of each subject matter is included in this exhibit.

    - **Exhibit C** is a schedule setting forth the total amount of reimbursement sought with respect to each category of expenses for which SOLIC is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise SOLIC's out-of-pocket expenses.

**Proposed Payment Allocation**

2. In accordance with the Retention Order, all of SOLIC's fees and expenses are to be paid by EFH.

**Representations**

3. Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. SOLIC reserves the right to make further application to this Court for allowance of such expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

**Certification of Compliance and Waiver**

4. The undersigned representative of SOLIC certifies that he has reviewed the requirements of Local Rule 2016-2 and that the Monthly Fee Statement substantially complies with that Local Rule except to the extent waived by the Retention Order or otherwise modified by orders of this Court establishing the Fee Committee and interim compensation procedures. To the extent that the Application does not comply in all respects with the requirements of Local Rule 2016-2, as so modified, SOLIC believes that such deviations are not material and respectfully requests that any such requirement be waived.

WHEREFORE, SOLIC requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $27,142.80 consisting of (a) $27,142.80, which is 80% of the fees incurred by EFH Corp. for reasonable and necessary professional services rendered by

SOLIC; and (b) $0.00 actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the EFH Corp.'s estate.

DATED: <u>April 12, 2018</u>        <u>*/s/ Neil F. Luria*_____</u>
                                    SOLIC CAPITAL ADVISORS, LLC
                                    Neil F. Luria, Senior Managing Director
                                    4901 Vineland Road, Suite 120
                                    Orlando, Florida 32811

# EXHIBIT A

## Hours Expended by SOLIC Professionals

| NAME | TITLE | HOURS<br>2/01 – 2/28/2018 |
|---|---|---|
| Neil Luria | Sr. Managing Director | 1.7 |
| Raoul Nowitz | Managing Director | 46.8 |
| TOTALS | | 48.5 |

**EXHIBIT** B

**Hours Expended by Subject Matter**

|  | February 2018 |
|---|---|
| Plan Development & Testimony Review & Analysis | 27.6 |
| Financial Analysis Related to Potential Conflict Matters | 8.8 |
| Fee Applications/Retention Applications | 12.1 |
| TOTAL HOURS | 48.5 |

**GENERAL DESCRIPTION OF WORK CODES:**

- Plan Development & Testimony Review & Analysis: Review regarding plan formulation, review of treatment of EFH Corp. assets as part of plan proposals, and analysis of proposed settlements of Conflict Matters. This category also includes review of relevant filings and motions filed on the bankruptcy court docket as it relates to financial elements and related impacts including NextEra Energy break-up fee matters and orders, review of draft versions of an inter-debtor global allocation settlement proposal with EFIH including the review of draft materials prepared by counsel to EFH Corp's disinterested directors pertaining to same, review of the Debtors Memorandum of Law in Support of Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp. with focus on elements insofar as they relate to Conflicts Matter, review of motions seeking to preclude the testimony of select individuals insofar as this testimony impacts on Conflicts Matters follow-up and review of various EFH issues, briefs, motions, adversary proceedings, and depositions pertaining to some or all of new Plan proposals, elements associated with the payment of various termination fees, if any, implications of required allocated merger termination fees and professional fees between Debtor estates, to the extent payable and required to be allocated between estates, review of settlements between the debtors and Sempra Energy on proposed tax settlements with attention on elements insofar as they relate to Conflicts Matters, and impact of Substantial Contribution claims submitted by select creditor claimants and its related on EFH Corp. stakeholder recoveries.

- Financial Analysis Related to Potential Conflict Matters: Perform, undertake, and review necessary financial analysis insofar as it relates to potential Conflict Matters pertaining to EFH Corp. During the month of February 2018 this category included, but was not limited to, updating of various previously-prepared financial analysis as directed by counsel to the EFH Corp. Disinterested Directors pertaining to plan economics and recoveries attributable to various creditor constituents, review of financial impacts of draft versions of an inter-debtor global allocation settlement proposal with EFIH prepared for EFH Corp's disinterested directors, monitoring of developments covering professional fees allocations, review of board materials insofar as it relates to potential Conflicts Matters, review of revised and updated cash projections and reports pertaining to cash activities at EFH Corp., and the review of company-prepared cash analyses at various illustrative emergence dates with a focus on EFH Corp. recoveries by creditor constituent. This also includes the necessary updating of financial

analysis insofar as they relate to summary illustrative financial recovery as was necessary insofar as it relates to Conflict Matters.

- <u>Fee Applications/Retention Applications</u>:  Prepare monthly fee statements and interim fee applications; review and respond to inquiries by parties in interest, including the Fee Committee, as required, on elements associated with select SOLIC fee statements submitted from late 2017, and review, drafting and updating of amended engagement letter based on directive from Proskauer in response to discussions with the Fee Committee including discussions with SOLIC working team on same.

## **EXHIBIT C**

### **Expenses by Category**

|  | February 2018 |
|---|---|
| Airfare | $0.00 |
| Ground Transportation | $0.00 |
| Hotel & Lodging | $0.00 |
| Meals | $0.00 |
| Mileage | $0.00 |
| TOTALS | $0.00 |