## Exhibit D

## Voluntary Rate Disclosures

- The blended hourly rate for all RL&F timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the 12-month period beginning on July 1, 2014 and ending on June 30, 2015 (the "Comparable Period") was, in the aggregate, approximately $339.54 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all RL&F timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately $468.99 per hour (the "Debtor Blended Hourly Rate").[3]

- A detailed comparison of these rates is as follows:

| Position at RL&F | Debtor Blended Hourly Rate for this Fee Application | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Directors | $843.54 | $699.22 |
| Counsels | $575.00 | $515.44 |
| Associates | $363.80 | $370.99 |
| Paralegals | $249.97 | $222.16 |
| Case Management Assistant | $135.00 | $125.00 |
| MIS/Trial Support | $297.70 | $213.33 |
| **Aggregated** | **$468.99** | **$507.84** |

---

[1] It is the nature of RL&F's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within RL&F's Bankruptcy and Restructuring Group. Accordingly, "Non-Bankruptcy Matters" are matters for which RL&F timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by RL&F timekeepers who work primarily within RL&F's Bankruptcy and Restructuring Group.

[2] RL&F calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by RL&F timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by RL&F timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[3] RL&F calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.