# Exhibit E

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

| Attorney/Paraprofessional Name | Position | Department | Date of Admission/Years of Service | Fees Billed in this Application | Number of Rate Increases During Fee Period | Hours Billed in this Application | Hourly Rate Billed |
|---|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | Bankruptcy | 1989 | $74,002.50 | 0 | 89.7 | $825 |
| Mark A Kurtz | Director | Business | 2005 | $60.00 | 0 | 0.1 | $600 |
| Jason M. Madron | Counsel | Bankruptcy | 2003 | $325,795.00 | 0 | 566.6 | $575 |
| Joseph C. Barsalona, II | Associate | Bankruptcy | 2014 | $27,675.00 | 0 | 67.5 | $410 |
| Christopher M. De Lillo | Associate | Bankruptcy | 2017 | $15,424.00 | 0 | 48.2 | $320 |
| David T. Queroli | Associate | Bankruptcy | 2016 | $1,120.00 | 0 | 3.5 | $320 |
| Katherine M Devanney | Associate | Bankruptcy | 2016 | $6,240.00 | 0 | 19.5 | $320 |
| Barbara J. Witters | Paralegal | Bankruptcy | 16 | $53,850.00 | 0 | 215.4 | $250 |
| Ann Jerominski | Paralegal | Bankruptcy | 16 | $7,525.00 | 0 | 30.1 | $250 |
| Rebecca V. Speaker | Paralegal | Bankruptcy | 15 | $1,825.00 | 0 | 7.3 | $250 |
| Caroline E. Dougherty | Paralegal | Bankruptcy | 2 | $16.00 | 0 | 0.1 | $160 |
| Cynthia M. McMenamin | Paralegal | Bankruptcy | 2 | $650.00 | 0 | 2.6 | $250 |
| M. Lynzy McGee | Paralegal | Bankruptcy | 1 | $1,550.00 | 0 | 6.2 | $250 |
| Tesia S. Smith | CMA | Bankruptcy | 1 | $5,440.50 | 0 | 40.3 | $135 |
| Carlos B. Terreforte | Technical/Trial Support | Litigation | 1 | $2,793.00 | 0 | 11.4 | $245 |
| Daniel D. White, III | Technical/Trial Support | Litigation | 11 | $5,096.00 | 0 | 19.6 | $260 |
| Total | | | | $529,062.00 | | 1,128.1 | |

**TOTAL FEES**  $529,062.00