## Exhibit F

## Summary of Actual and Necessary Expenses for the Fee Period

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---:|
| Binding | | | $0.00 |
| Business Meals | | | $4,882.37 |
| Conference Calling | AT&T | | $1,022.52 |
| Court Reporter | Reliable Wilmington | | $200.00 |
| Document Retrieval | Pacer, Blue Marble | $.10/pg. | $2,533.50 |
| Electronic Legal Research | Bloomberg, Westlaw | | $734.45 |
| Equipment Rental | | | $0.00 |
| Filing/Court Fee | American Express | | $122.50 |
| Long distance telephone charges | AT&T | | $10.90 |
| Messenger and delivery service | Blue Marble, Federal Express | | $840.65 |
| Overtime | | | $154.18 |
| Photocopying/Printing - outside vendor | Parcels, Inc. | | $2,951.00 |
| Photocopying/Printing | | $.10/pg. | $6,270.20 |
| Postage | | | $190.00 |
| Professional Services | | | $525.00 |
| Stationery Supplies | | | $11.98 |
| Travel Expense | | | $369.60 |
| **TOTAL** | | | **$20,818.85** |

---

[1] RL&F may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.