## Exhibit G

**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326A | [ALL] Case Administration | 98.9 | 108.8 | $33,892.50 | $37,282.00 |
| 180326B | [ALL] Creditor Inquiries | 0.2 | 1.0 | $82.50 | $825.00 |
| 180326C | [ALL] Meetings | 0.9 | 1.0 | $517.50 | $825.00 |
| 180326D | [ALL] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326E | [ALL] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [ALL] Plan of Reorganization/Disclosure Statement | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326G | [ALL] Use, Sale of Assets | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326H | [ALL] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [ALL] Claims Administration | 12.0 | 13.2 | $4,817.00 | $5,300.00 |
| 180326J | [ALL] Court Hearings | 87.8 | 96.6 | $34,476.50 | $37,924.00 |
| 180326K | [ALL] General Corporate/Real Estate | 0.2 | 1.0 | $82.00 | $825.00 |
| 180326L | [ALL] Schedules/SOFA/U.S. Trustee Reports | 5.9 | 6.5 | $2,554.50 | $2,810.00 |
| 180326M | [ALL] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [ALL] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [ALL] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [ALL] Litigation/Adversary Proceedings | 9.0 | 10.0 | $3,971.50 | $4,368.50 |
| 180326Q-1 | [ALL] RL&F Retention | 1.5 | 1.7 | $565.50 | $622.00 |
| 180326Q-2 | [ALL] Retention of Others | 5.7 | 6.3 | $2,540.50 | $2,794.50 |
| 180326R-1 | [ALL] RL&F Fee Applications | 46.9 | 51.6 | $21,202.00 | $23,322.50 |
| 180326R-2 | [ALL] Fee Applications of Others | 57.4 | 63.1 | $25,952.00 | $28,547.00 |
| 180326S | [ALL] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [ALL] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [ALL] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [ALL] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFIH] Case Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326B | [EFIH] Creditor Inquiries | 0.3 | 1.0 | $172.50 | $825.00 |
| 180326C | [EFIH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [EFIH] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326E | [EFIH] Automatic | 0.0 | 0.0 | $0.00 | $0.00 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| | Stay/Adequate Protection | | | | |
| 180326F | [EFIH] Plan of Reorganization/Disclosure Statement | 7.0 | 8.0 | $1,750.00 | $6,600.00 |
| 180326G | [EFIH] Use, Sale of Assets | 5.4 | 6.0 | $2,844.00 | $3,128.50 |
| 180326H | [EFIH] Cash Collateral/DIP Financing | 87.8 | 96.6 | $42,305.00 | $46,535.50 |
| 180326I | [EFIH] Claims Administration | 0.3 | 1.0 | $247.50 | $825.00 |
| 180326J | [EFIH] Court Hearings | 20.8 | 23.0 | $9,652.50 | $10,617.75 |
| 180326K | [EFIH] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326L | [EFIH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [EFIH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFIH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFIH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFIH] Litigation/Adversary Proceedings | 6.6 | 7.3 | $3,445.50 | $3,790.00 |
| 180326Q-1 | [EFIH] RL&F Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFIH] Retention of Others | 0.2 | 1.0 | $115.00 | $825.00 |
| 180326R-1 | [EFIH] RL&F Fee Applications | 0.3 | 1.0 | $247.50 | $825.00 |
| 180326R-2 | [EFIH] Fee Applications of Others | 3.0 | 3.5 | $1,725.00 | $1,900.00 |
| 180326S | [EFIH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [EFIH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [EFIH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFIH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFH] Case Administration | 0.3 | 1.0 | $172.50 | $825.00 |
| 180326B | [EFH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [EFH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [EFH] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326E | [EFH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [EFH] Plan of Reorganization/Disclosure Statement | 150.0 | 165.0 | $77,235.50 | $84,958.50 |
| 180326G | [EFH] Use, Sale of Assets | 5.1 | 5.6 | $2,957.50 | $3,253.25 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326H | [EFH] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [EFH] Claims Administration | 7.4 | 8.1 | $4,281.50 | $4,709.50 |
| 180326J | [EFH] Court Hearings | 222.5 | 244.8 | $87,426.50 | $96,169.00 |
| 180326K | [EFH] General Corporate/Real Estate | 21.5 | 23.7 | $11,936.00 | $13,129.50 |
| 180326L | [EFH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [EFH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFH] Litigation/Adversary Proceedings | 258.7 | 284.6 | $149,306.50 | $164,237.00 |
| 180326Q-1 | [EFH] RL&F Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFH] Retention of Others | 0.3 | 1.0 | $172.50 | $825.00 |
| 180326R-1 | [EFH] RL&F Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [EFH] Fee Applications of Others | 4.2 | 5.0 | $2,415.00 | $2,656.50 |
| 180326S | [EFH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [EFH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [EFH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |