# EXHIBIT B

## Attorneys and Paraprofessionals' Information

The RL&F attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | 1989 | Bankruptcy | $875 | 0.1 | $87.50 |
| John D. Seraydarian | Director | 2003 | Business | $675 | 2.5 | $1,687.50 |
| Mark A. Kurtz | Director | 2005 | Business | $625 | 1.8 | $1,125.00 |
| Jason M. Madron | Counsel | 2003 | Bankruptcy | $625 | 19.6 | $12,250.00 |
| Joseph C. Barsalona, II | Associate | 2014 | Bankruptcy | $480 | 1.4 | $672.00 |
| Jake M. Crosetto | Associate | 2014 | Business | $435 | 13.2 | $5,742.00 |
| Frank Y. Sun | Associate | 2017 | Business | $320 | 1.3 | $416.00 |
| **Total** | | | | | **39.9** | **$21,980.00** |

The paraprofessionals of RL&F who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Barbara J. Witters | Paralegal | 17 | Bankruptcy | $255 | 7.0 | $1,785.00 |
| Christopher J. Ruggiero | Paralegal | 1 | Business | $180 | 2.2 | $396.00 |
| **Total** | | | | | **9.2** | **$2,181.00** |
| | | | | **Total Fees** | | **$24,161.00** |