# **EXHIBIT D**

## **Detailed Description of Expenses and Disbursements**



RICHARDS
LAYTON &
FINGER

EFH Plan Administrator Board
Attn: Anthony Horton, Trustee
Email: Anthony.Horton@energyfutureholdings.com

Tax I.D. No.: 51-0226371

April 11, 2018
Invoice 563150

Page 1
Client # 740489
Matter # 180326

---

For disbursements incurred through March 9, 2018
relating to EFH - Restructuring Advice

OTHER CHARGES:

| | | |
|---|---|---|
| Data Hosting | $9.99 | |
| Document Retrieval | $124.50 | |
| Long distance telephone charges | $0.56 | |
| Messenger and delivery service | $116.50 | |
| Photocopying/Printing | $63.30 | |
| 0 @ $.10 pg / 633 @ $.10 pg | | |
| RL&F Service Corp | $7,561.40 | |
| Other Charges | | $7,876.25 |

TOTAL DUE FOR THIS INVOICE                                      $7,876.25

BALANCE BROUGHT FORWARD                                  $14,138.14

**TOTAL DUE FOR THIS MATTER**                              **$22,014.39**

■ ■ ■

One Rodney Square ■ 920 North King Street ■ Wilmington, DE 19801 ■ Phone: 302-651-7700 ■ Fax: 302-651-7701

www.rlf.com

EFH Plan Administrator Board
Attn:  Anthony Horton, Trustee
Email:  Anthony.Horton@energyfutureholdings.com

April 11, 2018
Invoice 563150
Page 21
Client #  740489

Client:  Energy Future Holdings Corp., et al.

Matter:  EFH - Restructuring Advice
Case Administration - ALL
Creditor Inquiries - EFIH
Plan of Reorganization/Disclosure Statement - EFH
Claims Administration - EFH
Court Hearings - ALL
Court Hearings - EFH
General Corporate/Real Estate - EFH
Litigation/Adversary Proceedings - EFH
Retention of Others - ALL
Fee Applications of Others - ALL
Fee Applications of Others - EFH
Fee Applications of Others - EFIH

| Date | Description | | Summary Phrase |
|------|-------------|--|----------------|
| 02/01/18 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 02/01/18 | PACER | | DOCRETRI |
| | | Amount =  $0.80 | |
| 02/01/18 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/02/18 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 02/02/18 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 02/02/18 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 02/05/18 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |

EFH Plan Administrator Board
Attn:  Anthony Horton, Trustee
Email:  Anthony.Horton@energyfutureholdings.com

April 11, 2018
Invoice 563150
Page 22

Client #  740489

| Date | Description | | | | Code |
|---|---|---|---|---|---|
| 02/05/18 | PACER | | | | DOCRETRI |
| | | Amount = | $3.00 | | |
| 02/15/18 | PACER | | | | DOCRETRI |
| | | Amount = | $3.00 | | |
| 03/01/18 | PACER | | | | DOCRETRI |
| | | Amount = | $3.00 | | |
| 03/01/18 | PACER | | | | DOCRETRI |
| | | Amount = | $3.00 | | |
| 03/01/18 | PACER | | | | DOCRETRI |
| | | Amount = | $0.50 | | |
| 03/01/18 | PACER | | | | DOCRETRI |
| | | Amount = | $3.00 | | |
| 03/01/18 | Printing | | | | DUP |
| | | Amount = | $0.60 | | |
| 03/01/18 | Printing | | | | DUP |
| | | Amount = | $0.60 | | |
| 03/01/18 | Printing | | | | DUP |
| | | Amount = | $0.50 | | |
| 03/01/18 | Printing | | | | DUP |
| | | Amount = | $0.60 | | |
| 03/01/18 | Printing | | | | DUP |
| | | Amount = | $0.30 | | |
| 03/01/18 | Printing | | | | DUP |
| | | Amount = | $0.30 | | |
| 03/01/18 | Printing | | | | DUP |
| | | Amount = | $0.30 | | |
| 03/01/18 | Printing | | | | DUP |
| | | Amount = | $0.20 | | |
| 03/01/18 | Printing | | | | DUP |
| | | Amount = | $0.50 | | |
| 03/01/18 | Printing | | | | DUP |
| | | Amount = | $0.10 | | |
| 03/01/18 | Printing | | | | DUP |
| | | Amount = | $0.20 | | |
| 03/01/18 | Printing | | | | DUP |
| | | Amount = | $0.10 | | |

EFH Plan Administrator Board
Attn: Anthony Horton, Trustee
Email: Anthony.Horton@energyfutureholdings.com

April 11, 2018
Invoice 563150
Page 23

Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 03/01/18 | Printing | | DUP |
| | Amount = | $0.10 | |
| 03/01/18 | Printing | | DUP |
| | Amount = | $0.40 | |
| 03/01/18 | Printing | | DUP |
| | Amount = | $3.70 | |
| 03/01/18 | Printing | | DUP |
| | Amount = | $1.10 | |
| 03/01/18 | Printing | | DUP |
| | Amount = | $0.20 | |
| 03/01/18 | Printing | | DUP |
| | Amount = | $0.10 | |
| 03/01/18 | Printing | | DUP |
| | Amount = | $0.40 | |
| 03/01/18 | Printing | | DUP |
| | Amount = | $0.70 | |
| 03/01/18 | Printing | | DUP |
| | Amount = | $0.70 | |
| 03/01/18 | Printing | | DUP |
| | Amount = | $0.10 | |
| 03/01/18 | General Inquiry- Plain Copy Entity Documents: RL&F Service Corp | | RLFSC |
| | Amount = | $44.00 | |
| 03/01/18 | General Inquiry- Plain Copy Entity Documents: RL&F Service Corp | | RLFSC |
| | Amount = | $46.00 | |
| 03/02/18 | Messenger and delivery | | MESS |
| | Amount = | $57.50 | |
| 03/02/18 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 03/02/18 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |
| 03/02/18 | PACER | | DOCRETRI |
| | Amount = | $0.20 | |
| 03/02/18 | PACER | | DOCRETRI |
| | Amount = | $0.30 | |

EFH Plan Administrator Board
Attn: Anthony Horton, Trustee
Email: Anthony.Horton@energyfutureholdings.com

April 11, 2018
Invoice 563150
Page 24

Client #  740489

| | | | |
|---|---|---|---|
| 03/02/18 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 03/02/18 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 03/02/18 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 03/02/18 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 03/02/18 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 03/02/18 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 03/02/18 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 03/02/18 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 03/02/18 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 03/02/18 | PACER | | DOCRETRI |
| | | Amount =  $1.00 | |
| 03/02/18 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 03/02/18 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 03/02/18 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 03/02/18 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 03/02/18 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 03/02/18 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 03/02/18 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |

April 11, 2018
Invoice 563150

EFH Plan Administrator Board
Attn:  Anthony Horton, Trustee
Email:  Anthony.Horton@energyfutureholdings.com

Page 25

Client #  740489

| Date | Description | | Type |
|---|---|---|---|
| 03/02/18 | Printing | | DUP |
| | | Amount = $0.60 | |
| 03/02/18 | Printing | | DUP |
| | | Amount = $0.60 | |
| 03/02/18 | Printing | | DUP |
| | | Amount = $0.60 | |
| 03/02/18 | Printing | | DUP |
| | | Amount = $0.60 | |
| 03/03/18 | AMERICAN EXPRESS: iTunes CBT iPad Application for Trial | | Data |
| | | Amount = $9.99 | |
| 03/05/18 | 901118174544144 Long Distance | | LD |
| | | Amount = $0.17 | |
| 03/05/18 | 917138363316 Long Distance | | LD |
| | | Amount = $0.11 | |
| 03/05/18 | 918174544144 Long Distance | | LD |
| | | Amount = $0.28 | |
| 03/05/18 | PACER | | DOCRETRI |
| | | Amount = $0.40 | |
| 03/05/18 | PACER | | DOCRETRI |
| | | Amount = $0.20 | |
| 03/05/18 | PACER | | DOCRETRI |
| | | Amount = $0.30 | |
| 03/05/18 | PACER | | DOCRETRI |
| | | Amount = $2.00 | |
| 03/05/18 | PACER | | DOCRETRI |
| | | Amount = $3.00 | |
| 03/05/18 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 03/05/18 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 03/05/18 | PACER | | DOCRETRI |
| | | Amount = $0.10 | |
| 03/05/18 | Printing | | DUP |
| | | Amount = $0.60 | |

EFH Plan Administrator Board
Attn:  Anthony Horton, Trustee
Email:  Anthony.Horton@energyfutureholdings.com

April 11, 2018
Invoice 563150
Page 26

Client #  740489

| Date | Description | | |
|---|---|---|---|
| 03/05/18 | Printing | | DUP |
| | Amount = | $0.60 | |
| 03/05/18 | Printing | | DUP |
| | Amount = | $0.30 | |
| 03/05/18 | Printing | | DUP |
| | Amount = | $0.60 | |
| 03/05/18 | Printing | | DUP |
| | Amount = | $0.10 | |
| 03/05/18 | Printing | | DUP |
| | Amount = | $0.10 | |
| 03/05/18 | Printing | | DUP |
| | Amount = | $0.10 | |
| 03/05/18 | Printing | | DUP |
| | Amount = | $0.10 | |
| 03/05/18 | Printing | | DUP |
| | Amount = | $0.10 | |
| 03/05/18 | Printing | | DUP |
| | Amount = | $0.10 | |
| 03/05/18 | Printing | | DUP |
| | Amount = | $0.10 | |
| 03/05/18 | Printing | | DUP |
| | Amount = | $0.10 | |
| 03/06/18 | Messenger and delivery | | MESS |
| | Amount = | $47.15 | |
| 03/06/18 | PACER | | DOCRETRI |
| | Amount = | $3.00 | |
| 03/06/18 | Printing | | DUP |
| | Amount = | $0.20 | |
| 03/06/18 | Printing | | DUP |
| | Amount = | $0.10 | |
| 03/06/18 | Printing | | DUP |
| | Amount = | $0.20 | |
| 03/06/18 | Printing | | DUP |
| | Amount = | $0.20 | |
| 03/06/18 | Printing | | DUP |
| | Amount = | $0.20 | |

EFH Plan Administrator Board
Attn:  Anthony Horton, Trustee
Email:  Anthony.Horton@energyfutureholdings.com

April 11, 2018
Invoice 563150
Page 27

Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $4.20 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.70 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.60 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.80 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.70 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.80 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.20 | |

EFH Plan Administrator Board
Attn:  Anthony Horton, Trustee
Email:  Anthony.Horton@energyfutureholdings.com

April 11, 2018
Invoice 563150
Page 28

Client #  740489

| Date | Description | | Code |
|---|---|---|---|
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.30 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $0.40 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $2.10 | |
| 03/06/18 | Printing | | DUP |
| | | Amount =  $1.80 | |
| 03/06/18 | Filing - Approval - Cancellation : RL&F Service Corp | | RLFSC |
| | | Amount =  $980.00 | |
| 03/06/18 | Filing - Approval - Cancellation: RL&F Service Corp | | RLFSC |
| | | Amount =  $980.00 | |
| 03/06/18 | Filing - Approval - Cancellation: RL&F Service Corp | | RLFSC |
| | | Amount =  $980.00 | |
| 03/07/18 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 03/07/18 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 03/07/18 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 03/07/18 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 03/07/18 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 03/07/18 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |

EFH Plan Administrator Board
Attn:  Anthony Horton, Trustee
Email:  Anthony.Horton@energyfutureholdings.com

April 11, 2018
Invoice 563150
Page 29

Client #  740489

| | | | |
|---|---|---|---|
| 03/07/18 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 03/07/18 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 03/07/18 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 03/07/18 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 03/07/18 | PACER | | DOCRETRI |
| | | Amount =  $1.50 | |
| 03/07/18 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 03/07/18 | PACER | | DOCRETRI |
| | | Amount =  $1.50 | |
| 03/07/18 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 03/07/18 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 03/07/18 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 03/07/18 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 03/07/18 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 03/07/18 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 03/07/18 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 03/07/18 | Printing | | DUP |
| | | Amount =  $2.60 | |
| 03/07/18 | Printing | | DUP |
| | | Amount =  $1.00 | |
| 03/07/18 | Printing | | DUP |
| | | Amount =  $0.40 | |

EFH Plan Administrator Board
Attn:  Anthony Horton, Trustee
Email:  Anthony.Horton@energyfutureholdings.com

April 11, 2018
Invoice 563150
Page 30
Client #  740489

| Date | Description | | | Code |
|---|---|---|---|---|
| 03/07/18 | Printing | | | DUP |
| | | Amount = | $0.40 | |
| 03/07/18 | Printing | | | DUP |
| | | Amount = | $0.20 | |
| 03/07/18 | Printing | | | DUP |
| | | Amount = | $0.20 | |
| 03/07/18 | Printing | | | DUP |
| | | Amount = | $0.20 | |
| 03/07/18 | Printing | | | DUP |
| | | Amount = | $0.20 | |
| 03/07/18 | Printing | | | DUP |
| | | Amount = | $0.40 | |
| 03/07/18 | Printing | | | DUP |
| | | Amount = | $6.80 | |
| 03/07/18 | Printing | | | DUP |
| | | Amount = | $0.10 | |
| 03/07/18 | Printing | | | DUP |
| | | Amount = | $0.20 | |
| 03/07/18 | Printing | | | DUP |
| | | Amount = | $3.20 | |
| 03/07/18 | Filing - Approval - Cancellation: RL&F Service Corp | | | RLFSC |
| | | Amount = | $980.00 | |
| 03/07/18 | Filing - Approval - Dissolution : RL&F Service Corp | | | RLFSC |
| | | Amount = | $1,436.14 | |
| 03/07/18 | Filing - Approval - Dissolution: RL&F Service Corp | | | RLFSC |
| | | Amount = | $1,057.63 | |
| 03/07/18 | Filing - Approval - Dissolution: RL&F Service Corp | | | RLFSC |
| | | Amount = | $1,057.63 | |
| 03/08/18 | Messenger and delivery | | | MESS |
| | | Amount = | $5.40 | |
| 03/08/18 | PACER | | | DOCRETRI |
| | | Amount = | $1.50 | |

EFH Plan Administrator Board
Attn:  Anthony Horton, Trustee
Email:  Anthony.Horton@energyfutureholdings.com

April 11, 2018
Invoice 563150
Page 31

Client #  740489

| Date | Description | | Type |
|---|---|---|---|
| 03/08/18 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 03/08/18 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 03/08/18 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 03/08/18 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 03/08/18 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 03/08/18 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 03/08/18 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 03/08/18 | PACER | | DOCRETRI |
| | | Amount =  $0.40 | |
| 03/08/18 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 03/08/18 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 03/08/18 | PACER | | DOCRETRI |
| | | Amount =  $0.60 | |
| 03/08/18 | PACER | | DOCRETRI |
| | | Amount =  $2.90 | |
| 03/08/18 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 03/08/18 | PACER | | DOCRETRI |
| | | Amount =  $0.20 | |
| 03/08/18 | Printing | | DUP |
| | | Amount =  $0.20 | |
| 03/08/18 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 03/08/18 | Printing | | DUP |
| | | Amount =  $0.10 | |

EFH Plan Administrator Board
Attn:  Anthony Horton, Trustee
Email:  Anthony.Horton@energyfutureholdings.com

April 11, 2018
Invoice 563150
Page 32

Client #  740489

| Date | Description | | Type |
|------|-------------|--|------|
| 03/08/18 | Printing | | DUP |
| | Amount =  $0.10 | | |
| 03/08/18 | Printing | | DUP |
| | Amount =  $0.10 | | |
| 03/08/18 | Printing | | DUP |
| | Amount =  $4.20 | | |
| 03/08/18 | Printing | | DUP |
| | Amount =  $0.10 | | |
| 03/08/18 | Printing | | DUP |
| | Amount =  $0.10 | | |
| 03/08/18 | Printing | | DUP |
| | Amount =  $0.10 | | |
| 03/08/18 | Printing | | DUP |
| | Amount =  $1.40 | | |
| 03/09/18 | Richards Layton and Finger/Bankruptcy Court / Sontchi Messenger and delivery charges | | MESS |
| | Amount =  $6.45 | | |
| 03/09/18 | PACER | | DOCRETRI |
| | Amount =  $0.70 | | |
| 03/09/18 | PACER | | DOCRETRI |
| | Amount =  $1.50 | | |
| 03/09/18 | PACER | | DOCRETRI |
| | Amount =  $1.50 | | |
| 03/09/18 | PACER | | DOCRETRI |
| | Amount =  $2.50 | | |
| 03/09/18 | PACER | | DOCRETRI |
| | Amount =  $3.00 | | |
| 03/09/18 | PACER | | DOCRETRI |
| | Amount =  $0.10 | | |
| 03/09/18 | PACER | | DOCRETRI |
| | Amount =  $3.00 | | |
| 03/09/18 | PACER | | DOCRETRI |
| | Amount =  $3.00 | | |
| 03/09/18 | PACER | | DOCRETRI |
| | Amount =  $3.00 | | |

EFH Plan Administrator Board
Attn: Anthony Horton, Trustee
Email: Anthony.Horton@energyfutureholdings.com

April 11, 2018
Invoice 563150
Page 33

Client # 740489

| Date | | Amount | | |
|---|---|---|---|---|
| 03/09/18 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 03/09/18 | PACER | | | DOCRETRI |
| | | Amount = | $0.30 | |
| 03/09/18 | PACER | | | DOCRETRI |
| | | Amount = | $0.40 | |
| 03/09/18 | PACER | | | DOCRETRI |
| | | Amount = | $0.80 | |
| 03/09/18 | PACER | | | DOCRETRI |
| | | Amount = | $1.50 | |
| 03/09/18 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 03/09/18 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 03/09/18 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 03/09/18 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |
| 03/09/18 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |
| 03/09/18 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 03/09/18 | PACER | | | DOCRETRI |
| | | Amount = | $0.10 | |
| 03/09/18 | PACER | | | DOCRETRI |
| | | Amount = | $1.40 | |
| 03/09/18 | PACER | | | DOCRETRI |
| | | Amount = | $1.80 | |
| 03/09/18 | PACER | | | DOCRETRI |
| | | Amount = | $3.00 | |
| 03/09/18 | PACER | | | DOCRETRI |
| | | Amount = | $0.70 | |
| 03/09/18 | PACER | | | DOCRETRI |
| | | Amount = | $0.20 | |

April 11, 2018
Invoice 563150
Page 34
Client #  740489

EFH Plan Administrator Board
Attn:  Anthony Horton, Trustee
Email:  Anthony.Horton@energyfutureholdings.com

| Date | Description | Amount | Code |
|------|-------------|--------|------|
| 03/09/18 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 03/09/18 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 03/09/18 | PACER | | DOCRETRI |
| | | Amount =  $3.00 | |
| 03/09/18 | PACER | | DOCRETRI |
| | | Amount =  $0.30 | |
| 03/09/18 | PACER | | DOCRETRI |
| | | Amount =  $0.10 | |
| 03/09/18 | Printing | | DUP |
| | | Amount =  $4.80 | |
| 03/09/18 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 03/09/18 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 03/09/18 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 03/09/18 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 03/09/18 | Printing | | DUP |
| | | Amount =  $0.10 | |
| 03/09/18 | Printing | | DUP |
| | | Amount =  $0.10 | |

TOTALS FOR  740489          Energy Future Holdings Corp., et al.

Expenses    $7,876.25