## EXHIBIT E

## Detailed Description of Meal Expenses

| Date | Restaurant/ Provider | Meal | Number of People | Description | Average Amount Per Person | Amount |
|---|---|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A | N/A | N/A |
| TOTALS | | | | | | NONE |

RLF1 19143904v.1