# **EXHIBIT A**

**Statement of Fees By Subject Matter**

*Exhibit A*

**Combined - EFH & EFIH**
**Summary of Time Detail by Task**
**February 1, 2018 through March 9, 2018**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 2.3 | $1,530.00 |
| Claims | 34.0 | $21,140.00 |
| Contracts | 4.3 | $3,010.00 |
| Court | 7.6 | $6,460.00 |
| Fee Applications | 10.2 | $5,492.50 |
| POR / Disclosure Statement | 50.4 | $27,335.00 |
| Travel Time | 4.4 | $3,740.00 |
| UST Reporting Requirements | 1.4 | $920.00 |
| ***Total*** | **114.6** | **$69,627.50** |

*Exhibit A*

*EFH*
*Summary of Time Detail by Task*
*February 1, 2018 through March 9, 2018*

| Task Description | Sum of Hours | Sum of Fees |
| --- | ---: | ---: |
| Bankruptcy Support | 2.10 | $1,390.00 |
| Claims | 23.50 | $14,820.00 |
| Contracts | 2.15 | $1,505.00 |
| Court | 3.80 | $3,230.00 |
| Fee Applications | 5.10 | $2,746.25 |
| POR / Disclosure Statement | 25.20 | $13,667.50 |
| Travel Time | 2.20 | $1,870.00 |
| UST Reporting Requirements | 0.70 | $460.00 |
| **Total** | **64.75** | **$39,688.75** |

*Exhibit A*

*EFIH*
*Summary of Time Detail by Task*
*February 1, 2018 through March 9, 2018*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 0.20 | $140.00 |
| Claims | 10.50 | $6,320.00 |
| Contracts | 2.15 | $1,505.00 |
| Court | 3.80 | $3,230.00 |
| Fee Applications | 5.10 | $2,746.25 |
| POR / Disclosure Statement | 25.20 | $13,667.50 |
| Travel Time | 2.20 | $1,870.00 |
| UST Reporting Requirements | 0.70 | $460.00 |
| **Total** | **49.85** | **$29,938.75** |