## **EXHIBIT B**

**Professionals' Information**

The A&M professionals who rendered services in these cases during the Fee Period are:

*Exhibit B*

### Combined - EFH & EFIH
### Summary of Time Detail by Professional
### February 1, 2018 through March 9, 2018

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| John Stuart | Managing Director | $850.00 | 20.0 | $17,000.00 |
| Jodi Ehrenhofer | Senior Director | $700.00 | 28.4 | $19,880.00 |
| Matt Frank | Senior Director | $700.00 | 4.0 | $2,800.00 |
| Kevin Sullivan | Director | $600.00 | 1.4 | $840.00 |
| Andrew Costello | Associate | $525.00 | 2.6 | $1,365.00 |
| William Lucas | Associate | $475.00 | 34.0 | $16,150.00 |
| Rich Carter | Consultant | $500.00 | 21.3 | $10,650.00 |
| Mary Napoliello | Paraprofessional | $325.00 | 2.9 | $942.50 |
| | | **Total** | **114.6** | **$69,627.50** |

*Exhibit B*

### EFH
### Summary of Time Detail by Professional
### February 1, 2018 through March 9, 2018

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| John Stuart | Managing Director | $850.00 | 10.00 | $8,500.00 |
| Jodi Ehrenhofer | Senior Director | $700.00 | 19.75 | $13,825.00 |
| Matt Frank | Senior Director | $700.00 | 2.00 | $1,400.00 |
| Kevin Sullivan | Director | $600.00 | 1.10 | $660.00 |
| Andrew Costello | Associate | $525.00 | 1.30 | $682.50 |
| Rich Carter | Consultant | $500.00 | 12.15 | $6,075.00 |
| William Lucas | Associate | $475.00 | 17.00 | $8,075.00 |
| Mary Napoliello | Paraprofessional | $325.00 | 1.45 | $471.25 |
| | | **Total** | **64.75** | **$39,688.75** |

*Exhibit B*

### EFIH
### Summary of Time Detail by Professional
### February 1, 2018 through March 9, 2018

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| John Stuart | Managing Director | $850.00 | 10.00 | $8,500.00 |
| Jodi Ehrenhofer | Senior Director | $700.00 | 8.65 | $6,055.00 |
| Matt Frank | Senior Director | $700.00 | 2.00 | $1,400.00 |
| Kevin Sullivan | Director | $600.00 | 0.30 | $180.00 |
| Andrew Costello | Associate | $525.00 | 1.30 | $682.50 |
| Rich Carter | Consultant | $500.00 | 9.15 | $4,575.00 |
| William Lucas | Associate | $475.00 | 17.00 | $8,075.00 |
| Mary Napoliello | Paraprofessional | $325.00 | 1.45 | $471.25 |
| | | *Total* | 49.85 | $29,938.75 |