## **EXHIBIT C**

**Summary of Actual and Necessary Expenses for the Fee Period**

*Exhibit C*

***Combined EFH & EFIH
Energy Future Holdings Corp., et al.,
Summary of Expense Detail by Category
February 1, 2017 through March 9, 2017***

| *Expense Category* | *Sum of Expenses* |
|---|---:|
| Airfare | $1,127.83 |
| Lodging | $569.80 |
| Meals | $46.00 |
| Transportation | $261.87 |
| *Total* | **$2,005.50** |

*Exhibit C*

### EFH
*Summary of Expense Detail by Category*
*February 1, 2018 through March 9, 2018*

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $637.22 |
| Lodging | $321.94 |
| Meals | $26.00 |
| Transportation | $147.96 |
| **Total** | **$1,133.12** |

*Exhibit C*

## EFIH
### Summary of Expense Detail by Category
### February 1, 2018 through March 9, 2018

| Expense Category | Sum of Expenses |
|---|---:|
| Airfare | $490.61 |
| Lodging | $247.86 |
| Meals | $20.00 |
| Transportation | $113.91 |
| **Total** | **$872.38** |