## Exhibit E

**Summary of Total Fees Incurred and Hours Billed During the Fee Period**

| Attorney/Paraprofessional Name | Position | Department | Date of Admission/Years of Service | Fees Billed in this Application | Number of Rate Increases During Fee Period | Hours Billed in this Application | Hourly Rate Billed |
|---|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | Bankruptcy | 1989 | $28,875.00 | 0 | 35.0 | $825 |
| Mark A. Kurtz | Director | Corporate | 2005 | $960.00 | 0 | 1.6 | $600 |
| Jason M. Madron | Counsel | Bankruptcy | 2003 | $186,357.50 | 0 | 324.1 | $575 |
| Joseph C. Barsalona, II | Associate | Bankruptcy | 2014 | $14,104.00 | 0 | 34.4 | $410 |
| Christopher M. De Lillo | Associate | Bankruptcy | 2017 | $4,928.00 | 0 | 15.4 | $320 |
| David T. Queroli | Associate | Bankruptcy | 2016 | $1,632.00 | 0 | 5.1 | $320 |
| Brian S. Yu | Associate | Bankruptcy | 2017 | $2,507.50 | 0 | 8.5 | $295 |
| Barbara J. Witters | Paralegal | Bankruptcy | 16 | $33,375.00 | 0 | 133.5 | $250 |
| Ann Jerominski | Paralegal | Bankruptcy | 16 | $2,600.00 | 0 | 10.4 | $250 |
| Rebecca V. Speaker | Paralegal | Bankruptcy | 15 | $1,175.00 | 0 | 4.7 | $250 |
| Cynthia M. McMenamin | Paralegal | Bankruptcy | 2 | $250.00 | 0 | 1.0 | $250 |
| M. Lynzy McGee | Paralegal | Bankruptcy | 1 | $600.00 | 0 | 2.4 | $250 |
| Tesia S. Smith | CMA | Bankruptcy | 1 | $1,714.50 | 0 | 12.7 | $135 |
| Carlos B. Terreforte | Technical/Trial Support | Litigation | 1 | $122.50 | 0 | 0.5 | $245 |
| Total | | | | $279,201.00 | | 589.3 | |

**TOTAL FEES**     $279,201.00