## Exhibit F

**Summary of Actual and Necessary Expenses for the Fee Period**

RLF1 19115664v.1

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Binding | | | $0.00 |
| Business Meals | | | $1,388.76 |
| Conference Calling | | | $529.48 |
| Court Reporter | | | $0.00 |
| Document Retrieval | | $.10/pg. | $2,450.00 |
| Electronic Legal Research | | | $100.50 |
| Equipment Rental | | | $0.00 |
| Filing/Court Fee | | | $595.00 |
| Long distance telephone charges | | | $6.01 |
| Messenger and delivery service | | | $806.93 |
| Overtime | | | $0.00 |
| Photocopying/Printing - outside vendor | | | $0.00 |
| Photocopying/Printing | | $.10/pg. | $6,160.70 |
| Postage | | | $0.00 |
| Stationery Supplies | | | $35.90 |
| Travel Expense | | | $299.20 |
| **TOTAL** | | | **$12,372.48** |

---

[1] RL&F may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.