<u>**Exhibit G**</u>

**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326A | [ALL] Case Administration | 83.8 | 92.2 | $28,838.50 | $31,722.50 |
| 180326B | [ALL] Creditor Inquiries | 2.0 | 2.5 | $847.00 | $1,000.00 |
| 180326C | [ALL] Meetings | 0.8 | 1.0 | $460.00 | $825.00 |
| 180326D | [ALL] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326E | [ALL] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [ALL] Plan of Reorganization/Disclosure Statement | 0.4 | 1.0 | $230.00 | $825.00 |
| 180326G | [ALL] Use, Sale of Assets | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326H | [ALL] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [ALL] Claims Administration | 5.5 | 6.0 | $2,301.00 | $2,531.00 |
| 180326J | [ALL] Court Hearings | 79.1 | 87.0 | $34,792.00 | $38,271.50 |
| 180326K | [ALL] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326L | [ALL] Schedules/SOFA/U.S. Trustee Reports | 7.1 | 7.8 | $2,716.50 | $3,000.00 |
| 180326M | [ALL] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [ALL] Environmental | 0.0 | 0.0 | $0.00 | |
| 180326O | [ALL] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [ALL] Litigation/Adversary Proceedings | 0.6 | 1.0 | $150.00 | $825.00 |
| 180326Q-1 | [ALL] RL&F Retention | 2.0 | 2.0 | $662.50 | $1,650.00 |
| 180326Q-2 | [ALL] Retention of Others | 8.2 | 9.0 | $4,308.50 | $4,740.00 |
| 180326R-1 | [ALL] RL&F Fee Applications | 42.1 | 46.3 | $19,916.00 | $21,907.50 |
| 180326R-2 | [ALL] Fee Applications of Others | 69.5 | 76.5 | $32,455.50 | $35,701.00 |
| 180326S | [ALL] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [ALL] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [ALL] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [ALL] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFIH] Case Administration | 0.1 | 1.0 | $82.50 | $825.00 |
| 180326B | [EFIH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [EFIH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [EFIH] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326E | [EFIH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [EFIH] Plan of Reorganization/Disclosure Statement | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326G | [EFIH] Use, Sale of Assets | 4.6 | 5.0 | $2,437.50 | $2,680.00 |
| 180326H | [EFIH] Cash Collateral/DIP Financing | 0.2 | 1.0 | $115.00 | $825.00 |
| 180326I | [EFIH] Claims Administration | 0.1 | 1.0 | $41.00 | $825.00 |
| 180326J | [EFIH] Court Hearings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326K | [EFIH] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326L | [EFIH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [EFIH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFIH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFIH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFIH] Litigation/Adversary Proceedings | 14.1 | 15.5 | $8,283.00 | $9,111.00 |
| 180326Q-1 | [EFIH] RL&F Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFIH] Retention of Others | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-1 | [EFIH] RL&F Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [EFIH] Fee Applications of Others | 2.3 | 2.5 | $1,322.50 | $1,450.00 |
| 180326S | [EFIH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [EFIH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [EFIH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFIH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFH] Case Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326B | [EFH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [EFH] Meetings | 0.3 | 1.0 | $172.50 | $825.00 |
| 180326D | [EFH] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326E | [EFH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [EFH] Plan of Reorganization/Disclosure Statement | 105.9 | 116.5 | $55,975.00 | $61,572.50 |

2

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326G | [EFH] Use, Sale of Assets | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326H | [EFH] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [EFH] Claims Administration | 3.9 | 4.3 | $2,177.00 | $2,394.50 |
| 180326J | [EFH] Court Hearings | 49.4 | 54.3 | $23,608.00 | $25,969.00 |
| 180326K | [EFH] General Corporate/Real Estate | 11.0 | 12.0 | $6,035.00 | $6,638.50 |
| 180326L | [EFH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [EFH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFH] Litigation/Adversary Proceedings | 89.7 | 98.7 | $47,674.50 | $52,442.00 |
| 180326Q-1 | [EFH] RL&F Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFH] Retention of Others | 0.7 | 1.0 | $402.50 | $825.00 |
| 180326R-1 | [EFH] RL&F Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [EFH] Fee Applications of Others | 5.9 | 6.5 | $3,197.50 | $3,517.00 |
| 180326S | [EFH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [EFH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [EFH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| **TOTAL** | | 589.3 | 652.6 | $279,201.00 | $312,898.00 |

RLF1 19115664v.1