# Exhibit J

**Budget and Staffing Plan**

RLF1 19115664v.1

## Aggregate Budget for Matter Categories
## for the Period Beginning on September 1, 2017 and Ending on December 31, 2017[1]

Case Name and Number: *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)
Law firm: Richards, Layton & Finger, P.A.

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| **Applicable to All Debtors[3]** | | | |
| A-All | Case Administration | 92.2 | $31,722.50 |
| B-All | Creditor Inquiries | 2.5 | $1,000.00 |
| C-All | Meetings | 1.0 | $825.00 |
| D-All | Executory Contracts/Unexpired Leases | 0.0 | $0.00 |
| E-All | Automatic Stay/Adequate Protection | 0.0 | $0.00 |
| F-All | Plan of Reorganization/Disclosure Statement | 1.0 | $825.00 |
| G-All | Use, Sale of Assets | 0.0 | $0.00 |
| H-All | Cash Collateral/DIP Financing | 0.0 | $0.00 |
| I-All | Claims Administration | 6.0 | $2,531.00 |
| J-All | Court Hearings | 87.0 | $38,271.50 |
| K-All | General Corporate/Real Estate | 0.0 | $0.00 |
| L-All | Schedules/SOFA/U.S. Trustee Reports | 7.8 | $3,000.00 |
| M-All | Employee Issues | 0.0 | $0.00 |
| N-All | Environmental | 0.0 | $0.00 |
| O-All | Tax Issues | 0.0 | $0.00 |
| P-All | Litigation/Adversary Proceedings | 1.0 | $825.00 |
| Q-1-All | RLF Retention | 2.0 | $1,650.00 |
| Q-2-All | Retention of Others | 9.0 | $4,740.00 |
| R-1-All | RLF Fee Applications | 46.3 | $21,907.50 |
| R-2-All | Fee Applications of Others | 76.5 | $35,701.00 |
| S-All | Vendors/Suppliers | 0.0 | $0.00 |
| T-All | Non-Working Travel | 0.0 | $0.00 |
| U-All | Utilities | 0.0 | $0.00 |
| V-All | Insurance | 0.0 | $0.00 |
| | | | |

---

[1] Due to the timing of its preparation, the budget and staffing plan for the Budget Period was prepared with the benefit of actual data for the Budget Period.

[2] Budgeted numbers do not necessarily amount to a 1:1 ratio because they reflect a blended hourly rate and a variable allocation of timekeepers and hours, depending on the needs for each matter number.

[3] Matter categories applicable to all Debtors will be allocated to each Debtor in the same proportion as the amount incurred by each Debtor to its direct benefit on a monthly basis in connection with RL&F's fee application.

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| **Applicable to EFH Debtors** | | | |
| A-EFH | Case Administration | 0.0 | $0.00 |
| B-EFH | Creditor Inquiries | 0.0 | $0.00 |
| C-EFH | Meetings | 1.0 | $825.00 |
| D-EFH | Executory Contracts/Unexpired Leases | 0.0 | $0.00 |
| E-EFH | Automatic Stay/Adequate Protection | 0.0 | $0.00 |
| F-EFH | Plan of Reorganization/Disclosure Statement | 116.5 | $61,572.50 |
| G-EFH | Use, Sale of Assets | 0.0 | $0.00 |
| H-EFH | Cash Collateral/DIP Financing | 0.0 | $0.00 |
| I-EFH | Claims Administration | 4.3 | $2,394.50 |
| J-EFH | Court Hearings | 54.3 | $25,969.00 |
| K-EFH | General Corporate/Real Estate | 12.0 | $6,638.50 |
| L-EFH | Schedules/SOFA/U.S. Trustee Reports | 0.0 | $0.00 |
| M-EFH | Employee Issues | 0.0 | $0.00 |
| N-EFH | Environmental | 0.0 | $0.00 |
| O-EFH | Tax Issues | 0.0 | $0.00 |
| P-EFH | Litigation/Adversary Proceedings | 98.7 | $52,442.00 |
| Q-1-EFH | RLF Retention | 0.0 | $0.00 |
| Q-2-EFH | Retention of Others | 1.0 | $825.00 |
| R-1-EFH | RLF Fee Applications | 0.0 | $0.00 |
| R-2-EFH | Fee Applications of Others | 6.5 | $3,517.00 |
| S-EFH | Vendors/Suppliers | 0.0 | $0.00 |
| T-EFH | Non-Working Travel | 0.0 | $0.00 |
| U-EFH | Utilities | 0.0 | $0.00 |
| V-EFH | Insurance | 0.0 | $0.00 |
| **Applicable to EFIH Debtors** | | | |
| A-EFIH | Case Administration | 1.0 | $825.00 |
| B-EFIH | Creditor Inquiries | 0.0 | $0.00 |
| C-EFIH | Meetings | 0.0 | $0.00 |
| D-EFIH | Executory Contracts/Unexpired Leases | 0.0 | $0.00 |
| E-EFIH | Automatic Stay/Adequate Protection | 0.0 | $0.00 |
| F-EFIH | Plan of Reorganization/Disclosure Statement | 0.0 | $0.00 |
| G-EFIH | Use, Sale of Assets | 5.0 | $2,680.00 |
| H-EFIH | Cash Collateral/DIP Financing | 1.0 | $825.00 |
| I-EFIH | Claims Administration | 1.0 | $825.00 |
| J-EFIH | Court Hearings | 0.0 | $0.00 |
| K-EFIH | General Corporate/Real Estate | 0.0 | $0.00 |
| L-EFIH | Schedules/SOFA/U.S. Trustee Reports | 0.0 | $0.00 |
| M-EFIH | Employee Issues | 0.0 | $0.00 |
| N-EFIH | Environmental | 0.0 | $0.00 |
| O-EFIH | Tax Issues | 0.0 | $0.00 |

RLF1 19128411v.1

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted[2] |
|---|---|---|---|
| P-EFIH | Litigation/Adversary Proceedings | 15.5 | $9,111.00 |
| Q-1-EFIH | RLF Retention | 0.0 | $0.00 |
| Q-2-EFIH | Retention of Others | 0.0 | $0.00 |
| R-1-EFIH | RLF Fee Applications | 0.0 | $0.00 |
| R-2-EFIH | Fee Applications of Others | 2.5 | $1,450.00 |
| S-EFIH | Vendors/Suppliers | 0.0 | $0.00 |
| T-EFIH | Non-Working Travel | 0.0 | $0.00 |
| U-EFIH | Utilities | 0.0 | $0.00 |
| V-EFIH | Insurance | 0.0 | $0.00 |
| **Total** | | **652.6** | **$312,898.00** |

## Aggregate Staffing Plan Across All Matters
## for the Period Beginning on September 1, 2017 and Ending on December 31, 2017

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
|---|---|---|
| Partner | 1 | $825.00 |
| Counsel | 1 | $575.00 |
| Associate (4+ years since first admission) | 0 | $0.00 |
| Associate (0-3 years since first admission) | 4 | $342.50 |
| Paralegal (primary and back-up) | 3 | $250.00 |
| IT Trial Services Manager | 0 | $252.50 |
| **Total Attorney** | **6** | **$461.67** |
| **Total Non-Attorney** | **4** | **$250.00** |
| **Total** | **10** | **$391.11** |

---

[1] The Average Hourly Rate is an average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the Budget Period.

RLF1 19128411v.1