## EXHIBIT A

### Statement of Fees By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 10.60 | 14,840.00 |
| **TOTAL** | **10.60** | **$14,840.00** |