## **EXHIBIT B**

### **Attorney and Paraprofessionals Information**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Needham | Partner | 1995 | Tax | 1,400 | 10.60 | 14,840.00 |
| | | | | **TOTAL** | **10.60** | **$14,840.00** |