## **EXHIBIT A**

### Statement of Fees By Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---:|---:|
| Plan and Disclosure | 2.50 | 3,500.00 |
| **TOTAL** | **2.50** | **$3,500.00** |

04/16/2018 SL1 1518331v1 109285.00005