## EXHIBIT B

### Attorney and Paraprofessionals Information

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Andrew Needham | Partner | 1995 | Tax | 1,400 | 2.50 | 3,500.00 |
| | | | | **TOTAL** | **2.50** | **$3,500.00** |