## Exhibit A

**Husnick Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF CHAD J. HUSNICK**
**IN SUPPORT OF THE TWELFTH INTERIM FEE**
**APPLICATION OF KIRKLAND & ELLIS LLP AND**
**KIRKLAND & ELLIS INTERNATIONAL LLP, ATTORNEYS FOR**
**THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD OF**
**JANUARY 1, 2018 THROUGH AND INCLUDING MARCH 9, 2018**

I, Chad J. Husnick, being duly sworn, state the following under penalty of perjury:

1.     I am the president of Chad J. Husnick, P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 300 North Lasalle, Chicago, Illinois 10022, and a partner of Kirkland & Ellis International LLP (together with Kirkland & Ellis LLP, "Kirkland").[2]  I am one of the lead attorneys from Kirkland working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the States of New York and Illinois, and I have been admitted to practice in the United States Bankruptcy Court for the Northern District of Illinois and the United States Bankruptcy Court for the Southern District of New York.  There are no disciplinary proceedings pending against me.

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]     Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Fee Application.

2.      I have read the foregoing twelfth interim fee application of Kirkland, attorneys for the Debtors, for the Fee Period (the "Fee Application").  To the best of my knowledge, information and belief, the statements contained in the Fee Application are true and correct.  In addition, I believe that the Fee Application complies with Local Bankruptcy Rules 2016-1 and 2016-2.

3.      In connection therewith, I hereby certify that:

a)      to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Fee Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

b)      except to the extent disclosed in the Fee Application, the fees and disbursements sought in the Fee Application are billed at rates customarily employed by Kirkland and generally accepted by Kirkland's clients.  In addition, none of the professionals seeking compensation varied their hourly rate based on the geographic location of the Debtors' cases;

c)      Kirkland is seeking compensation with respect to the approximately 22.30 hours and $15,304.50 in fees spent reviewing or revising time records and preparing, reviewing, and revising invoices for privileged or confidential information;

d)      in providing a reimbursable expense, Kirkland does not make a profit on that expense, whether the service is performed by Kirkland in-house or through a third party;

e)      in accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between Kirkland and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules; and

f)      all services for which compensation is sought were professional services on behalf of the Debtors and not on behalf of any other person.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief.

Dated:  April 17, 2018                                  Respectfully submitted,

                                                                    */s/ Chad J. Husnick*
                                                           Chad J. Husnick

                                                                    as President of Chad J. Husnick, P.C., as
                                                                    Partner of Kirkland & Ellis LLP; and as
                                                                    Partner of Kirkland & Ellis International
                                                                    LLP