**Exhibit E**

**Summary, by Individual Timekeeper, of Total
Fees Incurred and Hours Billed During the Fee Period**

## Summary, by Individual Timekeeper, of Total
## Fees Incurred and Hours Billed During the Fee Period

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Andrew Calder, P.C. | Partner | Corporate - M&A/Private Equity | 2003 | 7,777.50 | 5.10 | N/A | 1,525.00 | 1,195.00 | 6,094.50 |
| Thad Davis | Partner | Taxation | 2005 | 1,482.00 | 1.20 | N/A | 1,235.00 | 925.00 | 1,110.00 |
| Gregory W Gallagher, P.C. | Partner | Taxation | 1997 | 13,727.50 | 8.50 | N/A | 1,615.00 | 1,045.00 | 8,882.50 |
| Chad J Husnick, P.C. | Partner | Restructuring | 2004 | 56,287.50 | 39.50 | N/A | 1,425.00 | 840.00 | 33,180.00 |
| Marc Kieselstein, P.C. | Partner | Restructuring | 1988 | 300,644.50 | 201.10 | N/A | 1,495.00 | 1,125.00 | 226,237.50 |
| Michelle Kilkenney, P.C. | Partner | Corporate - Debt Finance | 2002 | 789.00 | 0.60 | N/A | 1,315.00 | 895.00 | 537.00 |
| Todd F Maynes, P.C. | Partner | Taxation | 1988 | 117,817.50 | 68.30 | N/A | 1,725.00 | 1,225.00 | 83,667.50 |
| Mark McKane, P.C. | Partner | Litigation - General | 1999 | 148,030.50 | 118.90 | N/A | 1,245.00 | 925.00 | 109,982.50 |
| Linda K Myers, P.C. | Partner | Corporate - Debt Finance | 1990 | 33,397.50 | 21.90 | N/A | 1,525.00 | 1,195.00 | 26,170.50 |
| John Pitts, P.C. | Partner | Corporate - M&A/Private Equity | 2010 | 13,395.00 | 11.40 | N/A | 1,175.00 | 775.00 | 8,835.00 |
| James H M Sprayregen, P.C. | Partner | Restructuring | 1985 | 16,531.50 | 10.70 | N/A | 1,545.00 | 1,195.00 | 12,786.50 |
| Sara B Zablotney, P.C. | Partner | Taxation | 2003 | 19,108.00 | 13.60 | N/A | 1,405.00 | 1,095.00 | 14,892.00 |
| Aaron M Berlin | Partner | Corporate - Debt Finance | 2011 | 6,061.00 | 5.80 | N/A | 1,045.00 | 595.00 | 3,451.00 |
| Lisa G Esayian | Partner | Litigation - General | 1991 | 45,227.50 | 39.50 | N/A | 1,145.00 | 920.00 | 36,340.00 |
| Michael Esser | Partner | Litigation - General | 2009 | 21,109.00 | 20.20 | N/A | 1,045.00 | 710.00 | 14,342.00 |
| Jonathan F Ganter | Partner | Litigation - General | 2010 | 167,055.00 | 155.40 | N/A | 1,075.00 | 750.00 | 116,550.00 |
| Natalie H Keller | Partner | Taxation | 1997 | 741.00 | 0.60 | N/A | 1,235.00 | 980.00 | 588.00 |
| Veronica Nunn | Partner | Corporate - M&A/Private Equity | 2010 | 13,237.00 | 12.20 | N/A | 1,085.00 | 685.00 | 8,357.00 |
| Michael A Petrino | Partner | Litigation - General | 2008 | 31,390.00 | 29.20 | N/A | 1,075.00 | 750.00 | 21,900.00 |
| William T Pruitt | Partner | Litigation - General | 2004 | 542.50 | 0.50 | N/A | 1,085.00 | 840.00 | 420.00 |
| Mark Ramzy | Partner | Corporate - M&A/Private Equity | 2010 | 14,105.00 | 13.00 | N/A | 1,085.00 | 1,085.00 | 14,105.00 |
| Anthony Sexton | Partner | Taxation | 2011 | 60,342.00 | 53.40 | N/A | 1,130.00 | 595.00 | 31,773.00 |
| Bryan M Stephany | Partner | Litigation - General | 2007 | 212,009.00 | 195.40 | N/A | 1,085.00 | 795.00 | 155,343.00 |

RLF1 19160622v.1

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Wayne E Williams | Partner | Corporate - Capital Markets | 2006 | 5,052.50 | 4.30 | N/A | 1,175.00 | 795.00 | 3,418.50 |
| JoAnne Nagjee | Of Counsel | Taxation | 2009 | 1,508.00 | 1.30 | N/A | 1,160.00 | 895.00 | 1,163.50 |
| Rebecca Blake Chaikin | Associate | Restructuring | 2015 | 64,925.00 | 74.20 | N/A | 875.00 | 450.00 | 33,390.00 |
| Mary Elizabeth Brady | Associate | Corporate - Debt Finance | 2014 | 1,750.00 | 2.00 | N/A | 875.00 | 450.00 | 900.00 |
| Maxwell Coll | Associate | Litigation - General | 2016 | 40,128.00 | 60.80 | N/A | 660.00 | 660.00 | 40,128.00 |
| Tyler J Dunphy | Associate | Corporate - General | 2017 | 22,770.00 | 39.60 | N/A | 575.00 | 575.00 | 22,770.00 |
| Cole W Harlan | Associate | Restructuring | Pending | 11,845.00 | 20.60 | N/A | 575.00 | 575.00 | 11,845.00 |
| Natasha Hwangpo | Associate | Restructuring | 2014 | 9,120.00 | 9.60 | N/A | 950.00 | 413.57 | 3,970.27 |
| Austin Klar | Associate | Litigation - General | 2013 | 1,062.00 | 1.20 | N/A | 885.00 | 450.00 | 540.00 |
| Christopher Kochman | Associate | Restructuring | 2015 | 1,282.50 | 1.90 | N/A | 675.00 | 675.00 | 1,282.50 |
| Kevin McClelland | Associate | Restructuring | 2016 | 4,522.50 | 6.70 | N/A | 675.00 | 675.00 | 4,522.50 |
| David Moore | Associate | Corporate - General | 2015 | 84,623.00 | 109.90 | N/A | 770.00 | 770.00 | 84,623.00 |
| Daniel Rudewicz | Associate | Restructuring | 2016 | 3,003.00 | 3.90 | N/A | 770.00 | 285.00 | 1,111.50 |
| Matthew Smart | Associate | Restructuring | 2016 | 1,552.50 | 2.30 | N/A | 675.00 | 675.00 | 1,552.50 |
| Justin Sowa | Associate | Litigation - General | 2013 | 136,515.00 | 143.70 | N/A | 950.00 | 595.00 | 85,501.50 |
| Nacif Taousse | Associate | Restructuring | Pending | 23,057.50 | 40.10 | N/A | 575.00 | 575.00 | 23,057.50 |
| Anna Terteryan | Associate | Litigation - General | 2014 | 122,145.00 | 143.70 | N/A | 850.00 | 450.00 | 64,665.00 |
| David Thompson | Associate | Corporate - M&A/Private Equity | 2013 | 10,355.00 | 10.90 | N/A | 950.00 | 450.00 | 4,905.00 |
| McClain Thompson | Associate | Litigation - General | 2014 | 101,536.00 | 133.60 | N/A | 760.00 | 760.00 | 101,536.00 |
| Patrick Venter | Associate | Restructuring | 2016 | 144,990.00 | 214.80 | N/A | 675.00 | 675.00 | 144,990.00 |
| Meg A Webb | Associate | Litigation - General | 2017 | 2,990.00 | 5.20 | N/A | 575.00 | 575.00 | 2,990.00 |
| Aparna Yenamandra | Associate | Restructuring | 2013 | 395,711.50 | 397.70 | N/A | 995.00 | 520.00 | 206,804.00 |

RLF1 19160622v.1

| Paraprofessional Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed | | Fees Billed |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | In this Application | In the First Interim Application | In this Application at First Interim Application Billing Rate |
| Elizabeth Burns | Paralegal | Corporate - Debt Finance | N/A | 410.00 | 1.00 | N/A | 410.00 | 325.00 | 325.00 |
| Michael S Fellner | Paralegal | Litigation - General | N/A | 3,944.00 | 11.60 | N/A | 340.00 | 250.00 | 2,900.00 |
| Travis J Langenkamp | Paralegal | Litigation - General | N/A | 82.00 | 0.20 | N/A | 410.00 | 330.00 | 66.00 |
| Robert Orren | Paralegal | Restructuring | N/A | 20,862.00 | 54.90 | N/A | 380.00 | 290.00 | 15,921.00 |
| Meghan Rishel | Paralegal | Litigation - General | N/A | 13,838.00 | 40.70 | N/A | 340.00 | 250.00 | 10,175.00 |
| Kenneth J Sturek | Paralegal | Litigation - General | N/A | 17,425.00 | 42.50 | N/A | 410.00 | 330.00 | 14,025.00 |
| Charlotte M Willingham | Paralegal | Corporate - M&A/Private Equity | N/A | 1,023.00 | 3.30 | N/A | 310.00 | 195.00 | 643.50 |
| Hannah Kupsky | Junior Paralegal | Restructuring | N/A | 920.00 | 4.00 | N/A | 230.00 | 230.00 | 920.00 |
| David Reisman | Junior Paralegal | Corporate - General | N/A | 367.50 | 1.50 | N/A | 245.00 | 200.00 | 300.00 |
| Lib Expert Witness Research | Support Staff | Admin Services | N/A | 690.00 | 2.00 | N/A | 345.00 | 280.00 | 560.00 |
| Library Document Retrieval | Support Staff | Admin Services | N/A | 127.50 | 0.50 | N/A | 255.00 | 210.00 | 105.00 |
| Michael Y Chan | Support Staff | Admin Services | N/A | 9,900.00 | 45.00 | N/A | 220.00 | 220.00 | 9,900.00 |
| Stephen P Garoutte | Support Staff | Admin Services | N/A | 3,080.00 | 11.00 | N/A | 280.00 | 200.00 | 2,200.00 |
| Allison Graybill | Support Staff | Admin Services | N/A | 6,216.00 | 22.20 | N/A | 280.00 | 180.00 | 3,996.00 |
| Kenneth Sampson | Support Staff | Admin Services | N/A | 5,460.00 | 19.50 | N/A | 280.00 | 195.00 | 3,802.50 |
| Jason Goodman | Support Staff | Litigation - General | N/A | 360.00 | 1.00 | N/A | 360.00 | 290.00 | 290.00 |
| Antonio Soto | Support Staff | Litigation - General | N/A | 180.00 | 0.50 | N/A | 360.00 | 290.00 | 145.00 |
| Joshua L Urban | Support Staff | Litigation - General | N/A | 552.00 | 1.60 | N/A | 345.00 | 275.00 | 440.00 |

RLF1 19160622v.1