## Exhibit F

**Summary, by Expense Type, of Actual and
Necessary Expenses Incurred During the Fee Period**

**Summary, by Expense Type, of Actual and
Necessary Expenses Incurred During the Fee Period**

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Third Party Telephone Charges | Intercall | | 1,035.79 |
| Standard Copies or Prints | Internal (Kirkland & Ellis LLP) | $0.10 per page | 1,558.10 |
| Color Copies or Prints | Internal (Kirkland & Ellis LLP) | | 1,649.10 |
| Scanned Images | | | 1.10 |
| Overnight Delivery | | | 138.67 |
| Overnight Delivery - Refund | | | (8.01) |
| Outside Messenger Services | | | 260.41 |
| Local Transportation | | | 164.59 |
| Travel Expense | | | 11,796.94 |
| Airfare | | | 9,183.27 |
| Transportation to/from airport | | | 1,712.07 |
| Travel Meals | | | 721.33 |
| Car Rental | | | 105.22 |
| Other Travel Expenses | | | 338.27 |
| Court Reporter Fee/Deposition | | | 2,387.25 |
| Other Court Costs and Fees | | | 1,112.25 |
| Professional Fees | | | 21.11 |
| Outside Printing Services | | | 21,595.00 |
| Outside Copy/Binding Services | | | 79.40 |
| Catering Expenses | | | 706.00 |
| Outside Retrieval Service | | | 324.00 |
| Computer Database Research | | | 1,215.89 |
| Westlaw Research | | | 3,617.82 |
| Overtime Transportation | | | 214.15 |
| Overtime Meals - Attorney | | | 348.91 |
| Rental Expenses | | | 2,916.39 |
| **Total** | | | **$63,195.02** |

---

[1] Kirkland may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.