**Exhibit G**

**Summary, by Matter Category, of Actual
Fees and Expenses Incurred During the Fee Period**

RLF1 19160622v.1

## Summary, by Matter Category, of Actual Fees and Expenses Incurred During the Fee Period

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed | Expenses | Total |
|---|---|---|---|---|---|
| 6 | [ALL E-SIDE] Case Administration | 27.20 | $13,269.50 | $0.00 | $13,269.50 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 9.20 | $8,044.50 | $0.00 | $8,044.50 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 1,194.80 | $1,129,303.00 | $0.00 | $1,129,303.00 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 215.90 | $175,420.50 | $0.00 | $175,420.50 |
| 11 | [ALL E-SIDE] Exec. Cont. & Unexp. Leases | 0.80 | $796.00 | $0.00 | $796.00 |
| 12 | [ALL E-SIDE] Hearings | 77.30 | $75,454.50 | $0.00 | $75,454.50 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 204.10 | $93,786.50 | $0.00 | $93,786.50 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 5.10 | $4,437.50 | $0.00 | $4,437.50 |
| 18 | [ALL E-SIDE] Non-Working Travel | 52.20 | $52,893.00 | $0.00 | $52,893.00 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 729.60 | $748,138.00 | $0.00 | $748,138.00 |
| 26 | [ALL E-SIDE] Retiree & Empl. Issues/OPEB | 2.10 | $2,089.50 | $0.00 | $2,089.50 |
| 29 | [ALL E-SIDE] Tax Issues | 162.00 | $231,454.50 | $0.00 | $231,454.50 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 29.70 | $37,231.50 | $0.00 | $37,231.50 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 6.00 | $3,284.50 | $0.00 | $3,284.50 |
| 69 | [EFH] Corp. Governance and Sec. Issues | 1.00 | $1,085.00 | $0.00 | $1,085.00 |
| 109 | [ALL] Expenses | 0 | $0.00 | $63,195.02 | $63,195.02 |
| **Totals** | | **2,717.00** | **$2,576,688.00** | **$63,195.02** | **$2,639,883.02** |

RLF1 19160622v.1