# Exhibit H

## Budget and Staffing Plan

## Budget and Staffing Plan for the Fee Period

### Budget

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 3 | [ALL] Automatic Stay | 10 - 20 | $6,000 - $10,000 |
| 6 | [ALL] Case Administration | 30 - 40 | $10,000 - $20,000 |
| 7 | [ALL] Cash Management | 10 - 20 | $6,000 - $10,000 |
| 8 | [ALL] Claims Administration and Objections | 160 - 190 | $130,000 - $150,000 |
| 9 | [ALL] Contested Matters and Adversary Proceedings | 695 - 780 | $500,000 - $540,000 |
| 10 | [ALL] Corporate Governance and Securities Issues | 220 - 275 | $200,000 - $240,000 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 20 - 50 | $20,000 - $40,000 |
| 12 | [ALL] Hearings | 100 - 110 | $80,000 - $100,000 |
| 14 | [ALL] Kirkland Retention and Fee Applications | 125 - 145 | $80,000 - $100,000 |
| 17 | [ALL] Non-Kirkland Retentions and Fee Applications | 60 - 80 | $40,000 - $60,000 |
| 18 | [ALL] Non-Working Travel | 120 - 140 | $100,000 - $120,000 |
| 19 | [ALL] Official Committee Issues and Meetings | 10 - 20 | $10,000 - $20,000 |
| 21 | [ALL] Plan and Disclosure Statement | 715 - 800 | $600,000 - $640,000 |
| 23 | [ALL E-SIDE] Regulatory Issues | 70 - 90 | $70,000 - $90,000 |
| 29 | [ALL] Tax Issues | 245 - 275 | $300,000 - $340,000 |
| 30 | [ALL] U.S. Trustee Issues | 10 - 20 | $2,000 - $10,000 |
| Applicable to EFIH Debtors | | | |
| 66 | [EFIH] Cash Collateral/DIP Financing/Make-whole Issues | 10 - 20 | $10,000 - $20,000 |
| 67 | [EFIH] Claims Administration & Objection | 90 - 110 | $100,000 - $120,000 |
| 70 | [EFIH] Hearings | 10 - 20 | $10,000 - $20,000 |
| 73 | [EFIH] Non-Working Travel | 20 - 30 | $10,000 - $20,000 |
| Applicable to EFH Corp. Debtors | | | |
| 87 | [EFH] Corporate Governance and Securities Law Issues | 20 - 30 | $10,000 - $20,000 |
| 92 | [EFH] Non-Core Subsidiaries / Discontinued Operations | 10 - 20 | $6,000 - $10,000 |
| **Total** | | **2,760 - 3,285** | **$2,300,000 - $2,700,000** |

2

## Staffing Plan

| Category of Timekeeper | Average Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period per Month | Average Hourly Rate[1] |
|---|---|---|
| Partner | 11 | $1,197 |
| Associate | 11 | $796 |
| Paralegals | 3 | $393 |
| Junior Paralegals | 2 | $230 |
| Project Assistants (and other support staff) | 2 | $340 |
| **Total Attorney** | **22** | **$996** |
| **Total Non-Attorney** | **7** | **$331** |
| **Total** | **29** | **$836** |

---

[1] The "Average Hourly Rate" is a weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of the chapter 11 cases.