# Exhibit I

**Summary, by Matter Category, of Fees
Budgeted and Fees Incurred During the Fee Period**

## Summary of Legal Services Rendered

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 0003 | [ALL] Automatic Stay | 10 - 20 | 0.00 | $6,000 - $10,000 | $0.00 |
| 0006 | [ALL E-SIDE] Case Administration | 30 - 40 | 27.20 | $10,000 - $20,000 | $13,269.50 |
| 0007 | [ALL] Cash Management | 10 - 20 | 0 | $6,000 - $10,000 | $0.00 |
| 0008 | [ALL E-SIDE] Claims Admin. & Objections | 160 - 190 | 9.20 | $130,000 - $150,000 | $8,044.50 |
| 0009 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 695 - 780 | 1,194.80 | $500,000 - $540,000 | $1,129,303.00 |
| 0010 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 220 - 275 | 215.90 | $200,000 - $240,000 | $175,420.50 |
| 0011 | [ALL E-SIDE] Exec. Cont. & Unexp. Leases | 20 - 50 | 0.80 | $20,000 - $40,000 | $796.00 |
| 0012 | [ALL E-SIDE] Hearings | 100 - 110 | 77.30 | $80,000 - $100,000 | $75,454.50 |
| 0014 | [ALL E-SIDE] K&E Retention & Fee Apps | 125 - 145 | 204.10 | $80,000 - $100,000 | $93,786.50 |
| 0017 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 60 - 80 | 5.10 | $40,000 - $60,000 | $4,437.50 |
| 0018 | [ALL E-SIDE] Non-Working Travel | 120 - 140 | 52.20 | $100,000 - $120,000 | $52,893.00 |
| 0019 | [ALL] Official Committee Issues & Meet. | 10 - 20 | 0 | $10,000 - $20,000 | $0.00 |
| 0021 | [ALL E-SIDE] Plan & Disclos. Statements | 715 - 800 | 729.60 | $600,000 - $640,000 | $748,138.00 |
| 0023 | [ALL E-SIDE] Regulatory Issues | 70 - 90 | 0 | $70,000 - $90,000 | $0.00 |
| 0026 | [ALL E-SIDE] Retiree & Empl. Issues/OPEB | 0 | 2.10 | $0.00 | $2,089.50 |
| 0029 | [ALL E-SIDE] Tax Issues | 245 - 275 | 162.00 | $300,000 - $340,000 | $231,454.50 |
| 0030 | [ALL] U.S. Trustee Issues | 10 - 20 | 0 | $2,000 - $10,000 | $0.00 |
| 0066 | [EFIH] Cash Collat./DIP Finan./Make-whole | 10 - 20 | 29.70 | $10,000 - $20,000 | $37,231.50 |
| 0067 | [EFIH] Claims Administration & Objection | 90 - 110 | 0 | $100,000 - $120,000 | $0.00 |
| 0068 | [EFIH] Contested Matters & Advers. Pro. | 0 | 6.00 | $0.00 | $3,284.50 |
| 0069 | [EFH] Corp. Governance and Sec. Issues | 0 | 1.00 | $0.00 | $1,085.00 |

2

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| 0070 | [EFIH] Hearings | 10 - 20 | 0 | $10,000 - $20,000 | $0.00 |
| 0073 | [EFIH] Non-Working Travel | 20 - 30 | 0 | $10,000 - $20,000 | $0.00 |
| 0087 | [EFH] Corp. Governance and Sec. Issues | 20 - 30 | 0 | $10,000 - $20,000 | $0.00 |
| 0092 | [EFH] Non-Core Subs/Discontinued Op. | 10 - 20 | 0 | $6,000 - $10,000 | $0.00 |
| **Total** | | **2,760 - 3,285** | **2,717.00** | **$2,300,000 - $2,700,000** | **$2,576,688.00** |

2