4/9/18

Pat Govin
170 Granby Rd.
So. Hadley, Ma. 01075

FILED
2018 APR 16 AM 10:04
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

U.S. Bankruptcy Court
District of Delaware
824 North Market St,
3rd Floor
Wilmington, De 19801

Re: Energy Future Holdings Corp
+ the Estate of Frank P. Doyle
14-10979 CSS

Please be advised that Frank Doyle left the 220 Demorest Ave, S.I., N.Y. address between 1953-1955. He + his wife moved to another address when they sold the house to my parents. His estate would not have had the Demorest Ave address.

Pat Govin