# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br> ENERGY FUTURE HOLDINGS CORP., *et al.* <br><br> UMB BANK, N.A., <br> *Appellant*, <br> v. <br> ENERGY FUTURE HOLDINGS CORP., <br> *Appellees*. | Civil Action Nos. 15-1098, 15-1099 (RGA) <br><br> Bankruptcy Case No. 14-10979 (CSS) <br> BAP Nos. 15-72, 15-73 |
| In re: <br> ENERGY FUTURE HOLDINGS CORP., *et al.* <br><br> SUBSEQUENT SETTLING EFIH PIK NOTEHOLDERS, <br> *Appellant*, <br> v. <br> ENERGY FUTURE HOLDINGS CORP., <br> *Appellees*. | Civil Action Nos. 15-1117, 15-1118 (RGA) <br><br> Bankruptcy Case No. 14-10979 (CSS) <br> BAP Nos. 15-75, 15-76 |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of Bankruptcy Procedure 8023, the Parties[1] to the above-captioned appeals, by their execution of this Stipulation, hereby stipulate to the dismissal with prejudice of Civil Action No. 15-1098,

---

[1] UMB Bank, N.A., as Indenture Trustee for the unsecured 11.25%/12.25% Senior Toggle Notes Due 2018, and the Subsequent Settling Noteholders (collectively, the "Appellants"), and Energy Future Holdings Corp., together with its subsidiaries that are debtors-in-possession in the *In re Energy Future Holdings Corp., et al.*, bankruptcy cases jointly administered under Case No. 14-10979 (CSS) in the United States Bankruptcy Court for the District of Delaware (collectively, the "Appellees," and together with the Appellants, the "Parties").

RLF1 19118468v.1

Civil Action No. 15-1099, Civil Action No. 15-1117, and Civil Action No. 15-1118, with each of the Parties paying its own costs.

Dated: April 10, 2018
      Wilmington, Delaware

Respectfully submitted,

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Aparna Yenamandra
601 Lexington Avenue
New York, NY 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Andrew R. McGaan, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

*Counsel to the Appellees*

/s/ Michael Busenkell
**GELLERT SCALI BUSENKELL & BROWN**
Michael Busenkell (No. 3933)
913 N. Market Street, 10th Floor
Wilmington, DE 19801
Telephone: (302) 425-5812
Facsimile: (302) 425-5814

-and-

**ARNOLD & PORTER KAYE SCHOLER LLP**
Seth J. Kleinman (admitted *pro hac vice*)
70 West Madison Street, Suite 4200
Chicago, IL 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2581

*Attorneys for York Capital Management Global Advisors, LLC, P. Schoenfeld Asset Management L.P., Polygon Convertible Opportunity Master Fund, Polygon Distressed Opportunities Master Fund, and Marathon Asset Management, LP on behalf of funds and accounts that they each manage or advise*

/s/ Raymond H. Lemisch
**KLEHR HARRISON HARVEY BRANZBURG LLP**
Raymond H. Lemisch (No. 4204)
919 Market Street, Suite 1000
Wilmington, DE 19801
Telephone: (302) 426-1189

-and-

2

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Abid Qureshi (admitted *pro hac vice*)
Christopher W. Carty (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000

Scott L. Alberino (admitted *pro hac vice*)
1333 New Hampshire Avenue, N.W.
Washington, D.C. 20036
Telephone: (202) 887-4000

-and-

**FOLEY & LARDNER LLP**
Harold L. Kaplan (admitted *pro hac vice*)
Mark F. Hebbeln (admitted *pro hac vice*)
Lars A. Peterson (admitted *pro hac vice*)
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: (312) 832-4500

Barry G. Felder (admitted *pro hac vice*)
Jonathan H. Friedman (admitted *pro hac vice*)
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474

*Co-Counsel for UMB BANK, N.A., as Trustee*

SO ORDERED this __10__ day of __April__, 2018

_____
United States District Judge

3