# EXHIBIT A

## Statement of Fees and Expenses By Subject Matter

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 49 | Accounting Records and Technology Transition | 208.6 | $ 101,175.00 |
| 51 | Monthly Financial Accounting Assistance and Financial Statements | 277.1 | $ 133,546.00 |
| 52 | Tax Advisory and Tax Support Services | 144.8 | $ 68,374.50 |
| 53 | Retention Services | 6.1 | $ 2,666.00 |
| 54 | Fee Statement and Fee Application Preparation | 35.2 | $ 11,208.90 |
| 55 | Non-Working Travel Time | 32.0 | $ 12,000.00 |
| | *less 50% reduction for Non-Working Travel Time* | | $ (6,000.00) |
| | **Total** | **703.8** | **$ 322,970.40** |