**EXHIBIT B**

**Professionals' Information**

The KPMG professionals who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Conjura, Carol | Partner - WNT | 1.0 | $ 1,056 | $ 1,056.00 |
| Hatten-Boyd, Laurie | Partner - WNT | 0.5 | $ 1,056 | $ 528.00 |
| Bibby, Tom | Partner - Advisory | 128.9 | $ 610 | $ 78,629.00 |
| Kane, John | Managing Director - Tax | 34.9 | $ 585 | $ 20,416.50 |
| Qualls, Steven | Managing Director - Tax | 4.0 | $ 585 | $ 2,340.00 |
| Kunkel, Paul | Director - WNT | 0.5 | $ 1,056 | $ 528.00 |
| Basehore, Frederick | Director - Tax | 1.1 | $ 540 | $ 594.00 |
| Clark, Nathan | Senior Manager - Tax | 35.8 | $ 540 | $ 19,332.00 |
| Friedman, Steven | Director - Tax | 0.5 | $ 540 | $ 270.00 |
| Kidd, Kyle | Director - Tax | 2.5 | $ 540 | $ 1,350.00 |
| Shanahan, David | Director - Tax - SALT | 1.0 | $ 540 | $ 540.00 |
| Grace, James | Director - Advisory | 183.6 | $ 500 | $ 91,800.00 |
| Oladapo, Busola | Director - Advisory | 2.7 | $ 500 | $ 1,350.00 |
| Byrne, Bill | Manager - Advisory | 183.0 | $ 375 | $ 68,625.00 |
| Spencer, Charles | Manager - Advisory | 25.0 | $ 375 | $ 9,375.00 |
| Plangman, Monica | Associate Director - Bankruptcy | 5.5 | $ 325 | $ 1,787.50 |
| Campbell, Celeste | Manager - Bankruptcy | 30.3 | $ 298 | $ 9,029.40 |
| Deming, Rachel | Senior Associate - Tax | 10.0 | $ 360 | $ 3,600.00 |
| Wang, Ellie | Senior Associate - Tax | 44.0 | $ 360 | $ 15,840.00 |
| Blaylock, Nolon | Associate - Tax | 2.5 | $ 220 | $ 550.00 |
| Schacht, Cassie | Associate - Tax | 6.5 | $ 220 | $ 1,430.00 |
| *less 50% reduction for Non-Working Travel Time* | | | | $ (6,000.00) |
| **Total Hours and Fees at Discounted Rates** | | **703.8** | | **$ 322,970.40** |

9