# EXHIBIT C

## Summary of Actual and Necessary Expenses for the Fee Period

## ALL - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 2,640.28 |
| Lodging | N/A | $ 1,568.72 |
| Travel Meals | N/A | $ 163.22 |
| Ground Transportation | N/A | $ 547.63 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 4,919.85** |

## EFH - Expense Summary

| Service Description | Service Provider | Amount |
|---|---|---|
| Airfare | N/A | $ 2,640.28 |
| Lodging | N/A | $ 1,568.72 |
| Travel Meals | N/A | $ 163.22 |
| Ground Transportation | N/A | $ 547.63 |
| Miscellaneous | N/A | $ - |
| **Total** | | **$ 4,919.85** |