**EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2018 through March 9, 2018**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180205 | Byrne, Bill | air | | | $ 934.43 | Round trip coach class airfare from Detroit, MI to Dallas, TX (Depart 2/05/18; Return 2/07/18) |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180212 | Byrne, Bill | air | | | 771.42 | Round trip coach class airfare from Detroit, MI to Dallas, TX (Depart 2/12/18; Return 2/14/18) |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180306 | Byrne, Bill | air | | | 934.43 | Round trip coach class airfare from Detroit, MI to Dallas, TX (Depart 3/6/18; Return 3/8/18) |
| | | | | **Total Air** | | | **$ 2,640.28** | |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2018 through March 9, 2018**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180207 | Byrne, Bill | lodging | | | $ 357.32 | Lodging for 2 nights, Dallas, TX- 2/05/18; 2/07/18 |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180214 | Byrne, Bill | lodging | | | $ 350.38 | Lodging for 2 nights, Dallas, TX- 2/12/18; 2/14/18 |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180308 | Byrne, Bill | lodging | | | $ 861.02 | Lodging for 2 nights, Dallas, TX - 3/06/18 - 3/08/18 (rate high due to extremely limited room availability due to events in Dallas that week). |
| | **Total Lodging** | | | | | | **$ 1,568.72** | |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2018 through March 9, 2018**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180205 | Byrne, Bill | travel meals | | | $ 16.00 | Out of town lunch for self |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180205 | Byrne, Bill | travel meals | | | $ 20.00 | Out of town dinner for self |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180206 | Byrne, Bill | travel meals | | | $ 16.00 | Out of town lunch for self |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180206 | Byrne, Bill | travel meals | | | $ 6.41 | Out of town breakfast for self |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180206 | Byrne, Bill | travel meals | | | $ 20.00 | Out of town dinner for self |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180207 | Byrne, Bill | travel meals | | | $ 12.83 | Out of town lunch for self |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180207 | Byrne, Bill | travel meals | | | $ 7.99 | Out of town breakfast for self |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180212 | Byrne, Bill | travel meals | | | $ 16.00 | Out of town lunch for self |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180212 | Byrne, Bill | travel meals | | | $ 20.00 | Out of town dinner for self |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180213 | Byrne, Bill | travel meals | | | $ 20.00 | Out of town dinner for self |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180214 | Byrne, Bill | travel meals | | | $ 7.99 | Out of town breakfast for self |
| | **Total Travel Meals** | | | | | | $ 163.22 | |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2018 through March 9, 2018**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180205 | Byrne, Bill | ground | | | $ 41.10 | Uber from DFW to KPMG in Dallas to work on EFH related matters |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180205 | Byrne, Bill | ground | | | $ 9.52 | Uber from KPMG to hotel |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180206 | Byrne, Bill | ground | | | $ 5.00 | Shuttle from hotel to KPMG to work on EFH related matters |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180206 | Byrne, Bill | ground | | | $ 6.00 | Uber from KPMG to hotel |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180207 | Byrne, Bill | ground | | | $ 5.00 | Shuttle from hotel to KPMG to work on EFH related matters |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180207 | Byrne, Bill | ground | | | $ 48.24 | Uber from KPMG to DFW in Dallas for return flight |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180207 | Byrne, Bill | ground | | | $ 69.00 | Parking at Detroit Metro 2/5 - 2/7 while in Texas |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180212 | Byrne, Bill | ground | | | $ 39.07 | Uber from DFW to KPMG in Dallas to work on EFH related matters |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180214 | Byrne, Bill | ground | | | $ 37.70 | Uber from KPMG to DFW in Dallas for return flight |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180214 | Byrne, Bill | ground | | | $ 69.00 | Parking at Detroit Metro 2/12 - 2/14 while in Texas |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180306 | Byrne, Bill | ground | | | $ 38.06 | Uber from DFW to KPMG in Dallas to work on EFH related matters |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180306 | Byrne, Bill | ground | | | $ 11.31 | Uber from KPMG to hotel |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180307 | Byrne, Bill | ground | | | $ 18.43 | Uber from hotel to KPMG to work on EFH related matters |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180307 | Byrne, Bill | ground | | | $ 17.54 | Uber from KPMG to hotel |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180308 | Byrne, Bill | ground | | | $ 13.66 | Uber from hotel to KPMG to work on EFH related matters |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180308 | Byrne, Bill | ground | | | $ 50.00 | Uber from KPMG to DFW in Dallas for return flight |
| 03787806 | Monthly Financial Accounting Assistance and Financial Statements | 20180308 | Byrne, Bill | ground | | | $ 69.00 | Parking at Detroit Metro 3/06 - 3/08 while in Texas |
| | | | | **Total Ground** | | | **$ 547.63** | |

**KPMG LLP**
**EFH Expense Detail**
**February 1, 2018 through March 9, 2018**

| Invoice Number | Matter Name | Date | Name of Timekeeper who incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | Total Miscellaneous | | | | | $ - | |