## **Exhibit D**

**Voluntary Rate Disclosures**

- The blended hourly rate for all A&M timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately **$607.57** per hour (the "Debtor Blended Hourly Rate").[1]

- A detailed comparison of these rates is as follows:

| Position at A&M | Debtor Blended Hourly Rate for This Fee Application |
|---|---|
| Managing Directors | $850.00 |
| Senior Directors | $700.00 |
| Directors | $600.00 |
| Consultants | $500.00 |
| Associate | $478.55 |
| Paraprofessionals | $325.00 |

---

[1] A&M calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.