## Exhibit E

**Summary of Time Detail by Professional**

*Exhibit E*

**Combined - EFH & EFIH**
*Summary of Time Detail by Professional*
*January 1, 2018 through March 9, 2018*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| John Stuart | Managing Director | $850.00 | 20.0 | $17,000.00 |
| Jodi Ehrenhofer | Senior Director | $700.00 | 36.6 | $25,620.00 |
| Matt Frank | Senior Director | $700.00 | 5.0 | $3,500.00 |
| Kevin Sullivan | Director | $600.00 | 4.9 | $2,940.00 |
| Andrew Costello | Associate | $525.00 | 2.6 | $1,365.00 |
| William Lucas | Associate | $475.00 | 34.0 | $16,150.00 |
| Rich Carter | Consultant | $500.00 | 23.4 | $11,700.00 |
| Mary Napoliello | Paraprofessional | $325.00 | 5.1 | $1,657.50 |
| | | **Total** | **131.6** | **$79,932.50** |