**<u>Exhibit F</u>**

**Summary of Expense Detail by Category**

*Exhibit F*

**Combined - EFH & EFIH**
*Summary of Expense Detail by Category*
*January 1, 2018 through March 9, 2018*

| *Expense Category* | *Sum of Expenses* |
|---|---|
| Airfare | $1,127.83 |
| Lodging | $569.80 |
| Meals | $46.00 |
| Transportation | $261.87 |
| *Total* | **$2,005.50** |