**<u>Exhibit G</u>**

**Summary of Time Detail by Task**

*Exhibit G*

**Combined - EFH & EFIH**
**Summary of Time Detail by Task**
**January 1, 2018 through March 9, 2018**

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Bankruptcy Support | 7.6 | $5,240.00 |
| Business Plan | 1.0 | $700.00 |
| Claims | 36.8 | $22,680.00 |
| Contracts | 4.3 | $3,010.00 |
| Court | 7.6 | $6,460.00 |
| Fee Applications | 13.9 | $7,257.50 |
| POR / Disclosure Statement | 50.4 | $27,335.00 |
| Travel Time | 4.4 | $3,740.00 |
| UST Reporting Requirements | 5.6 | $3,510.00 |
| **Total** | **131.6** | **$79,932.50** |