## Exhibit H

## Time Detail by Activity by Professional

*Exhibit H*

**Combined - EFH & EFIH**
**Time Detail by Activity by Professional**
**January 1, 2018 through March 9, 2018**

## Bankruptcy Support

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 1/15/2018 | 1.3 | Research questions from Godfrey Kahn re: remaining post-petition plan. |
| Jodi Ehrenhofer | 1/17/2018 | 1.7 | Continued research questions from Godfrey Kahn re: remaining post-petition plan. |
| Jodi Ehrenhofer | 1/17/2018 | 1.6 | Prepare response to questions from Godfrey Kahn re: remaining post-petition plan. |
| Jodi Ehrenhofer | 1/22/2018 | 0.3 | Review and respond to Godfrey Kahn letter on 10th interim. |
| Jodi Ehrenhofer | 1/31/2018 | 0.4 | Prepare updated professional fee estimates for K&E. |
| Jodi Ehrenhofer | 2/13/2018 | 1.1 | Research certain accruals for T. Hogan (EFH). |
| Kevin Sullivan | 2/14/2018 | 0.8 | Research difference between BU ENS Schedule A and the trial balance on the filing date for T. Hogan (EFH). |
| Jodi Ehrenhofer | 3/6/2018 | 0.4 | Prepare summary of emergence planning for EFH Plan Administration Trust. |
| **Subtotal** | | **7.6** | |

## Business Plan

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Matt Frank | 1/9/2018 | 1.0 | Coordination with EFH (Dobry, Mezger, Hogan) and K&E (Hwangpo) on OCP report (0.5), discussion on professional fees reporting with K&E (Venter) and update of schedule re: same (0.5). |
| **Subtotal** | | **1.0** | |

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Rich Carter | 1/4/2018 | 0.1 | Prepare claim register dated 1/4/2018 from Epiq to be loaded to the claims management system. |
| Rich Carter | 1/4/2018 | 0.4 | Load new claimants/claims to the claims management system based on latest claims register dated 12/18/17. |
| Rich Carter | 1/4/2018 | 0.8 | Review claim register differences report to determine updates required since last claims register. |
| Jodi Ehrenhofer | 1/24/2018 | 0.4 | Correspondence with T. Hogan (EFH) re: modifications to claim register for year end audit. |

*Exhibit H*

**Combined - EFH & EFIH**
***Time Detail by Activity by Professional***
***January 1, 2018 through March 9, 2018***

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Rich Carter | 1/25/2018 | 0.8 | Prepare updated claims summary based on the latest information in the claims management system. |
| Jodi Ehrenhofer | 1/31/2018 | 0.3 | Correspondence with D. Kelly (EFH) re: reconciliation of certain tax claims. |
| Jodi Ehrenhofer | 2/1/2018 | 0.7 | Review updated report of all claim changes over the past year for KPMG. |
| Jodi Ehrenhofer | 2/1/2018 | 0.8 | Working session with R. Carter (A&M); re: claim report requested by the company. |
| Jodi Ehrenhofer | 2/1/2018 | 0.4 | Revise report of all claim changes over the past year for KPMG. |
| Rich Carter | 2/1/2018 | 1.2 | Prepare updated E-side plan class reports based on latest claims reconciliation report. |
| Rich Carter | 2/1/2018 | 0.8 | Prepare comparison reports for EFH claim register updates from end of 2016 to end of 2017 at the request of company. |
| Rich Carter | 2/1/2018 | 0.8 | Working session with J. Ehrenhofer (A&M); re: claim report requested by the company. |
| Jodi Ehrenhofer | 2/2/2018 | 0.5 | Teleconference with R. Carter (A&M); A. Yenamandra (K&E), A. Taper (Aon), A. Doncarlos, C. Ewert, A. Horton, R. Long (All EFH) re: meeting discussing treatment of non-qualified benefits upon emergence. |
| Rich Carter | 2/2/2018 | 0.5 | Teleconference with J. Ehrenhofer (A&M); A. Yenamandra (K&E), A. Taper (Aon), A. Doncarlos, C. Ewert, A. Horton, R. Long (All Vistra); re: meeting discussing treatment of non-qualified benefits upon emergence. |
| Jodi Ehrenhofer | 2/5/2018 | 0.3 | Research status of outstanding ad valorem claims. |
| Rich Carter | 2/5/2018 | 1.2 | Prepare report at the request of counsel for all E-Side related asbestos claim counts by Debtor. |
| Jodi Ehrenhofer | 2/6/2018 | 2.3 | Research status of remaining asbestos claims for K&E. |
| Jodi Ehrenhofer | 2/7/2018 | 0.2 | Correspondence with A. Kilbourne (EVR) re: certain allowed claim values. |
| Jodi Ehrenhofer | 2/7/2018 | 0.6 | Continued correspondence with M. Thompson and P. Venter (K&E) re: treatment of certain asbestos claims. |
| Rich Carter | 2/7/2018 | 0.3 | Prepare initial reports of E-side related claims associated with specific plan classes at the request of senior director. |
| Rich Carter | 2/7/2018 | 0.3 | Update claims in the claims management system based on review of claims. |
| Rich Carter | 2/7/2018 | 0.2 | Review 3 asbestos-related proof of claims to determine if they were docketed properly. |
| Jodi Ehrenhofer | 2/8/2018 | 1.2 | Review comparison of EFH audit reports to prepare for call with KPMG. |

*Exhibit H*

**Combined - EFH & EFIH**
**Time Detail by Activity by Professional**
**January 1, 2018 through March 9, 2018**

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 2/8/2018 | 0.5 | Correspondence with T. Bibby (KPMG) and B. Tuttle (Epiq) re: current claim register. |
| Jodi Ehrenhofer | 2/8/2018 | 0.6 | Teleconference with R. Carter (A&M), K. Tran, B. Tuttle (All Epiq), J. Grace, T. Bibby (Both KPMG); re: EFH audit for claim additions/updates in 2017. |
| Rich Carter | 2/8/2018 | 0.6 | Teleconference with J. Ehrenhofer (A&M), K. Tran, B. Tuttle (All Epiq), J. Grace, T. Bibby (Both KPMG); re: EFH claim additions/updates in 2017. |
| Rich Carter | 2/8/2018 | 1.8 | Prepare analysis of claim updates from 2016 to 2017 audit reports at the request of KPMG. |
| Jodi Ehrenhofer | 2/9/2018 | 0.8 | Advise R. Carter (A&M) re: modifications to bridge of changes to claim register over the past year for audit purposes. |
| Jodi Ehrenhofer | 2/9/2018 | 1.4 | Review updated bridge of EFH audit reports to determine changes over the past year for KPMG. |
| Jodi Ehrenhofer | 2/9/2018 | 0.5 | Teleconference call with R. Carter (A&M), C. Dudley (Aon), T. Horton, A. Wright, C. Ewert, A. Doncarlos (All EFH), Newport Group, BNY, Wells Fargo; re: non-qualified benefits discussion. |
| Rich Carter | 2/9/2018 | 0.5 | Teleconference call with J. Ehrenhofer (A&M), C. Dudley (Aon), T. Horton, A. Wright, C. Ewert, A. Doncarlos (All EFH), Newport Group, BNY, Wells Fargo; re: non-qualified benefits discussion. |
| Rich Carter | 2/9/2018 | 0.6 | Review claims data relating to updates from 2016 to 2017 for accuracy in the claims management system. |
| Rich Carter | 2/12/2018 | 1.4 | Prepare updated claim update analysis report based on updated claim reports prepared. |
| Jodi Ehrenhofer | 2/14/2018 | 0.4 | Research another accrual question from T. Hogan (EFH). |
| Jodi Ehrenhofer | 2/14/2018 | 1.4 | Review updated report of all claim changes over the past year for KPMG. |
| Rich Carter | 2/14/2018 | 2.2 | Update 2016/2017 E-Side compare reports per updates from senior director. |
| Jodi Ehrenhofer | 2/16/2018 | 0.2 | Teleconference call with R. Carter (A&M), Aon, EFH, Newport Group, BNY, Wells Fargo; re: non-qualified benefits discussion. |
| Rich Carter | 2/16/2018 | 0.2 | Teleconference call with J. Ehrenhofer (A&M), Aon, EFH, Newport Group, BNY, Wells Fargo; re: non-qualified benefits discussion. |
| Jodi Ehrenhofer | 2/19/2018 | 1.2 | Prepare summary of EFH audit claim registers for KPMG. |
| Jodi Ehrenhofer | 2/21/2018 | 0.2 | Correspondence with A. Kilbourne (EVR) re: certain allowed claim values. |
| Jodi Ehrenhofer | 2/23/2018 | 0.3 | Prepare revisions to summary of claim changes on audit report for J. Grace (KPMG). |
| Jodi Ehrenhofer | 2/23/2018 | 0.4 | Review summary of claim changes on audit report from KPMG. |

*Exhibit H*

**Combined - EFH & EFIH**
*Time Detail by Activity by Professional*
*January 1, 2018 through March 9, 2018*

## Claims

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 2/23/2018 | 0.1 | Teleconference call with R. Carter (A&M), Aon, EFH, Newport Group, BNY, Wells Fargo; re: non-qualified benefits discussion. |
| Jodi Ehrenhofer | 2/23/2018 | 0.2 | Advise A. Kilbourne (Evercore) on allowed values for certain plan classes. |
| Jodi Ehrenhofer | 2/23/2018 | 0.6 | Teleconference with R. Carter (A&M), J. Grace, T. Bibby, W. Ng (All KPMG); re: EFH E-side audit claim reconciliation reports. |
| Rich Carter | 2/23/2018 | 0.1 | Teleconference call with J. Ehrenhofer (A&M), Aon, EFH, Newport Group, BNY, Wells Fargo; re: non-qualified benefits discussion. |
| Rich Carter | 2/23/2018 | 0.6 | Teleconference with J. Ehrenhofer (A&M), J. Grace, T. Bibby, W. Ng (All KPMG); re: EFH E-side claim reconciliation reports. |
| Jodi Ehrenhofer | 2/28/2018 | 0.4 | Correspondence with M. Thompson (K&E) re: status of certain asbestos claims. |
| Jodi Ehrenhofer | 2/28/2018 | 0.5 | Research status of certain asbestos claims potentially filed late. |
| Jodi Ehrenhofer | 3/2/2018 | 0.5 | Teleconference call with R. Carter (A&M), Aon, EFH, Newport Group, BNY, Wells Fargo; re: non-qualified benefits discussion. |
| Jodi Ehrenhofer | 3/7/2018 | 0.6 | Correspondence with Epiq and K&E re: count of holders by class. |
| Jodi Ehrenhofer | 3/7/2018 | 1.1 | Research count of holders by class for K&E. |
| Jodi Ehrenhofer | 3/9/2018 | 0.3 | Correspondence with C. Ewert (EFH) re: accruals related to non-qualified benefits on schedules. |
| Jodi Ehrenhofer | 3/9/2018 | 1.2 | Research scheduled information related to non-qualified benefits for BNY. |
| Jodi Ehrenhofer | 3/9/2018 | 0.3 | Correspondence with A. Yenamandra (K&E) re: non-qualified benefit information. |
| **Subtotal** | | **36.8** | |

## Contracts

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Matt Frank | 2/20/2018 | 1.0 | Updates to contract assumption and rejection schedule and correspondence with Venter (K&E) regarding the same. |
| Matt Frank | 2/28/2018 | 1.0 | Additional changes to contract assumption and rejection schedule and discussions with Venter (K&E) and Ehrenhofer (A&M) regarding the same. |
| Jodi Ehrenhofer | 3/5/2018 | 0.3 | Correspondence with M. Frank (A&M) re: assumption/rejection lists. |
| Matt Frank | 3/5/2018 | 0.5 | Make additional updates to the contract assumption and rejection schedule per Venter (K&E) as requested by buyer's counsel. |

*Exhibit H*

**Combined - EFH & EFIH**
**Time Detail by Activity by Professional**
**January 1, 2018 through March 9, 2018**

## Contracts

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Matt Frank | 3/7/2018 | 1.5 | Correspondence with Venter (K&E) and make additional updates to the contract assumption and rejection schedule as requested from buyer's counsel. |
| **Subtotal** | | **4.3** | |

## Court

| Professional | Date | Hours | Activity |
|---|---|---|---|
| John Stuart | 2/23/2018 | 1.1 | Review documents and other preparation in advance of testimony. |
| John Stuart | 2/23/2018 | 0.9 | Final review of current draft of written direct. |
| John Stuart | 2/25/2018 | 1.8 | Preparation with K&E litigation team in advance of potential confirmation testimony. |
| John Stuart | 2/26/2018 | 2.6 | Participation in Court hearing. |
| John Stuart | 2/26/2018 | 1.2 | Preparation with K&E litigation team in advance of potential confirmation testimony. |
| **Subtotal** | | **7.6** | |

## Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Jodi Ehrenhofer | 1/8/2018 | 0.4 | Coordinate timing of remaining fee applications with M. Napoliello (A&M). |
| Jodi Ehrenhofer | 1/8/2018 | 0.3 | Prepare CNO related to monthly fee statement. |
| Jodi Ehrenhofer | 1/10/2018 | 0.2 | Prepare September invoice. |
| Mary Napoliello | 1/11/2018 | 0.1 | Annotate ip and send September invoice data to accounting. |
| Mary Napoliello | 1/11/2018 | 0.1 | Communicate with staff regarding November reporting requirements. |
| Mary Napoliello | 1/22/2018 | 0.6 | Prepare first draft of October exhibits and send to J. Ehrenhofer (A&M). |
| Mary Napoliello | 1/23/2018 | 0.4 | Prepare updates to EFH exhibits and send to J. Ehrenhofer (A&M), |
| Jodi Ehrenhofer | 1/31/2018 | 0.6 | Prepare October monthly fee statement. |

*Exhibit H*

*Combined - EFH & EFIH*
*Time Detail by Activity by Professional*
*January 1, 2018 through March 9, 2018*

## Fee Applications

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Mary Napoliello | 1/31/2018 | 0.7 | Prepare first draft of November exhibits and forward to J. Ehrenhofer (A&M). |
| Mary Napoliello | 1/31/2018 | 0.3 | Prepare updated exhibits for October and send to J. Ehrenhofer (A&M). |
| Mary Napoliello | 2/2/2018 | 0.6 | Compile December data - correspond with staff regarding missing info- forward to J. Ehrenhofer (A&M). |
| Mary Napoliello | 2/2/2018 | 0.5 | Incorporate edits to EFH and send new exhibits to J. Ehrenhofer. |
| Jodi Ehrenhofer | 2/5/2018 | 0.7 | Review data for 11th interim fee application |
| Jodi Ehrenhofer | 2/5/2018 | 0.3 | Prepare November monthly fee statement. |
| Mary Napoliello | 2/5/2018 | 0.7 | Incorporate edits to December fee statement; send new set of exhibits to J. Ehrenhofer. |
| Jodi Ehrenhofer | 2/6/2018 | 0.4 | Prepare December monthly fee statement. |
| Jodi Ehrenhofer | 2/12/2018 | 1.4 | Review final information for 11th interim fee application. |
| Jodi Ehrenhofer | 2/12/2018 | 1.2 | Prepare draft of 11th interim fee application. |
| Jodi Ehrenhofer | 2/13/2018 | 0.5 | Finalize 11th interim fee application for filing. |
| Mary Napoliello | 2/13/2018 | 0.7 | Compile 11th interim data - generate exhibits and send to J. Ehrenhofer (A&M). |
| Rich Carter | 2/13/2018 | 0.6 | Review initial draft of the 11th interim fee application prepared by senior director for accuracy. |
| Rich Carter | 2/20/2018 | 1.2 | Prepare 10th interim invoice package for the E-Side. |
| Rich Carter | 2/21/2018 | 0.4 | Prepare drafts of invoices for Oct/Nov/Dec monthly fee applications for the E-side. |
| Rich Carter | 2/21/2018 | 0.6 | Prepare drafts of CNOs for Oct/Nov/Dec monthly fee applications. |
| Mary Napoliello | 3/8/2018 | 0.4 | Annotate ip data and send to accounting. |
| **Subtotal** | | **13.9** | |

## POR / Disclosure Statement

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Andrew Costello | 2/1/2018 | 1.3 | Examination of EFH liquidation analysis for purposes of refresh. |
| Andrew Costello | 2/5/2018 | 0.5 | Update mapping for EFH liquidation analysis. |
| Andrew Costello | 2/5/2018 | 0.8 | Call with G. Lucas (A&M) concerning EFH liquidation analysis. |

*Exhibit H*

**Combined - EFH & EFIH**
**Time Detail by Activity by Professional**
**January 1, 2018 through March 9, 2018**

## POR / Disclosure Statement

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Rich Carter | 2/5/2018 | 2.8 | Prepare updated retained causes of action exhibits at the request of counsel. |
| Rich Carter | 2/6/2018 | 0.2 | Provide counsel with access to updated retained causes of action documents. |
| William Lucas | 2/6/2018 | 1.4 | Continue mapping EFH balance sheet entities for LA refresh. |
| William Lucas | 2/6/2018 | 1.1 | Map EFH balance sheet entities for LA refresh. |
| William Lucas | 2/7/2018 | 2.9 | Map EFH balance sheet entities for LA refresh. |
| William Lucas | 2/7/2018 | 2.9 | Balance sheet comparison and quality check. |
| William Lucas | 2/8/2018 | 2.8 | Update recent deal updates into liquidation analysis. |
| William Lucas | 2/9/2018 | 2.7 | Update liquidation analysis with latest claims data. |
| William Lucas | 2/9/2018 | 1.7 | Review and update cash forecasts. |
| Jodi Ehrenhofer | 2/12/2018 | 0.6 | Correspondence with Epiq re: noticing for plan supplement. |
| Rich Carter | 2/12/2018 | 0.6 | Prepare updated retained causes of action exhibits based on additional released parties provided by counsel. |
| William Lucas | 2/14/2018 | 1.5 | Review first draft comments. |
| William Lucas | 2/15/2018 | 3.0 | Update LA for revised cash balances and comments. |
| John Stuart | 2/19/2018 | 2.0 | Review previously filed expert report and exhibit to DS for liquidation analysis in connection with refreshing work. |
| John Stuart | 2/20/2018 | 1.6 | Review of previously filed written direct in connection with confirmation documents. |
| John Stuart | 2/20/2018 | 0.4 | Call with G. Lucas (A&M) to discuss open issues re: liquidation analysis. |
| Rich Carter | 2/20/2018 | 0.8 | Review updates to latest filed E-side plan compared to previous plan to determine if any claim updates are required. |
| William Lucas | 2/20/2018 | 2.9 | Update LA for revised cash balances and comments. |
| William Lucas | 2/20/2018 | 3.0 | Continue updating LA for revised cash balances and comments. |
| John Stuart | 2/21/2018 | 1.5 | Review of draft documents in connection with refreshing liquidation analysis. |
| John Stuart | 2/21/2018 | 0.5 | Call with G. Lucas (A&M) to discuss open issues re: liquidation analysis. |
| William Lucas | 2/21/2018 | 2.8 | Continue updating LA for revised cash balances and comments. |
| William Lucas | 2/21/2018 | 3.0 | Revise claims per latest EVR analysis. |
| William Lucas | 2/21/2018 | 2.3 | Update LA for revised cash balances and comments. |

*Exhibit H*

**Combined - EFH & EFIH**
*Time Detail by Activity by Professional*
*January 1, 2018 through March 9, 2018*

## POR / Disclosure Statement

| Professional | Date | Hours | Activity |
|---|---|---|---|
| John Stuart | 2/22/2018 | 0.4 | Continue review of draft documents in connection with refreshing liquidation analysis. |
| John Stuart | 2/22/2018 | 1.0 | Continue review of draft documents in connection with refreshing liquidation analysis. |
| John Stuart | 2/22/2018 | 0.6 | Call with K&E to discuss liquidation update. |
| Rich Carter | 3/8/2018 | 0.8 | Prepare updated retained causes of action exhibits, removing additional parties, at the request of counsel. |
| **Subtotal** | | **50.4** | |

## Travel Time

| Professional | Date | Hours | Activity |
|---|---|---|---|
| John Stuart | 2/25/2018 | 2.2 | 50% of travel from Dallas to Delaware. |
| John Stuart | 2/26/2018 | 2.2 | 50% of travel from Delaware to Dallas. |
| **Subtotal** | | **4.4** | |

## UST Reporting Requirements

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Kevin Sullivan | 1/2/2018 | 0.6 | Research and update the MOR for a change to MOR-1c. |
| Kevin Sullivan | 1/3/2018 | 0.1 | Prepare draft MOR to K&E for review. |
| Kevin Sullivan | 1/4/2018 | 0.4 | Update the spreadsheet that calculates US Trustee fees for cash disbursements, by Debtor, for October and November. |
| Kevin Sullivan | 1/5/2018 | 0.6 | Prepare final draft of executed November MOR for filing. |
| Kevin Sullivan | 1/9/2018 | 0.1 | Review the EFH 4Q2017 US Trustee spreadsheet. |
| Jodi Ehrenhofer | 1/10/2018 | 0.2 | Correspondence with K&E and company re: increase to UST Fees. |
| Kevin Sullivan | 1/10/2018 | 0.4 | Review the 2018 US Trustee fee schedule and summarize the changes for EFH. |
| Jodi Ehrenhofer | 1/11/2018 | 0.2 | Continued correspondence with A. Wright (EFH) re: increase to UST fees. |
| Jodi Ehrenhofer | 1/11/2018 | 0.3 | Prepare summary of impact to UST fees for T. Horton and A. Wright (EFH). |

*Exhibit H*

*Combined - EFH & EFIH*
*Time Detail by Activity by Professional*
*January 1, 2018 through March 9, 2018*

## UST Reporting Requirements

| Professional | Date | Hours | Activity |
|---|---|---|---|
| Kevin Sullivan | 1/11/2018 | 0.1 | Respond to a question from the Company about the US Trustee fees. |
| Kevin Sullivan | 1/15/2018 | 0.2 | Prepare summary concerning the timing of the filing of the EFH December MOR. |
| Kevin Sullivan | 1/16/2018 | 0.6 | Prepare a summary of US Trustee fees, by Debtor, for 4Q17 for EFH. |
| Kevin Sullivan | 1/18/2018 | 0.2 | Research a question from the Company on the payment details for the 4Q17 US Trustee fees. |
| Kevin Sullivan | 1/29/2018 | 0.1 | Respond to an email from the Company re: 4Q17 US Trustee fees. |
| Kevin Sullivan | 1/30/2018 | 0.1 | Respond to an email from RLF re: status of filing the December MOR. |
| Jodi Ehrenhofer | 2/11/2018 | 0.3 | Correspondence with P. Venter (A&M) re: estimates for UST fees. |
| Jodi Ehrenhofer | 2/19/2018 | 0.2 | Continued correspondence with P. Venter (K&E) re: UST fee estimates. |
| Jodi Ehrenhofer | 2/21/2018 | 0.3 | Correspondence with P. Venter (A&M) re: post confirmation reporting. |
| Kevin Sullivan | 2/21/2018 | 0.6 | Emails with K&E re: MORs. |
| **Subtotal** | | **5.6** | |
| *Grand Total* | | 131.6 | |