# Exhibit I

## Expense Detail by Category

*Exhibit I*

**Combined - EFH & EFIH**
**Expense Detail by Category**
**January 1, 2018 through March 9, 2018**

## Airfare

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| John Stuart | 2/26/2018 | $1,127.83 | Airfare roundtrip coach Dallas/Delaware. |
| **Expense Category Total** | | **$1,127.83** | |

## Lodging

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| John Stuart | 2/26/2018 | $569.80 | Hotel in Philadelphia - 2 nights. |
| **Expense Category Total** | | **$569.80** | |

## Meals

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| John Stuart | 2/25/2018 | $43.00 | Out of town dinner - J. Stuart. |
| John Stuart | 2/26/2018 | $3.00 | Out of town breakfast - J. Stuart. |
| **Expense Category Total** | | **$46.00** | |

## Transportation

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| John Stuart | 2/25/2018 | $96.66 | Taxi in Philadelphia. |
| John Stuart | 2/26/2018 | $91.64 | Taxi in Delaware. |
| John Stuart | 2/26/2018 | $73.57 | Parking at DFW Airport. |
| **Expense Category Total** | | **$261.87** | |
| *Grand Total* | | **$2,005.50** | |