# **EXHIBIT B**

**SUMMARY OF PROFESSIONAL SERVICES RENDERED BY
MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP
ON BEHALF OF THE OFFICIAL COMMITTEE OF EQUITY SECURITY HOLDERS**

The MMWR Attorneys and paralegals that rendered professional services in the case during the Compensation Period are:

| Name of Professional Individual | Position of the Applicant and Year of Obtaining License to Practice | Hourly Billing Rate (including Changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 11.8 | $7,965.00 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $655.00 | 5.8 | $3,799.00 |
| Mark A. Fink | | $630.00 | 71.2 | $44,856.00 |
| Mark A. Fink* | | $315.00 | 2.9 | $913.50 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | 91.7 | $57,533.50 |
| **PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | | |
| Jason Smith | Paralegal | $170.00 | 10.4 | $1,768.00 |
| Jason Smith | Paralegal | $165.00 | 17.1 | $2,821.50 |
| Helen Belair | Paralegal | $165.00 | 36.5 | $6,022.50 |
| **TOTAL PARALEGALS AND ADDITIONAL PROFESSIONALS** | | | 64 | $10,612.00 |
| **TOTAL ALL PROFESSIONALS** | | | 155.7 | $68,145.50 |

*Indicates non-working travel time billed at half-rate