# **EXHIBIT C**

## SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED

| Expense Category | Expense Amount |
|---|---|
| Miscellaneous Expense | $640.00 |
| Travel – Meals | $10.00 |
| Travel – Rail Fare | $246.00 |
| Transportation – Local While on Business | $26.92 |
| Pacer | $50.90 |
| **Total** | **$973.82** |