**SUMMARY OF ACTUAL AND NECESSARY EXPENSES INCURRED**
**MONTGOMERY, MCCRACKEN WALKER & RHOADS, LLP**

| EXPENSE CATEGORY | Final<br>November 5, 2014 -<br>March 9, 2018<br>EXPENSE AMOUNT |
|---|---|
| Copy/Record Document | $18.40 |
| Miscellaneous Expenses | $21,349.70 |
| Delivery Services | $5,372.76 |
| Filling Fee - Other | $178.00 |
| Filing Fee - Court | $346.00 |
| Travel - Air Fare | $2,023.40 |
| Travel - Lodging | $18,293.69 |
| Travel - Meals | $822.92 |
| Travel - Mileage | $1,771.74 |
| Travel - Taxi Fare | $704.92 |
| Travel- Rail Fare | $11,674.63 |
| Out of Town Travel | $1,057.91 |
| Transportation - Local While on Business | $1,957.28 |
| Telephone | $1,862.94 |
| Westlaw On-Line Legal Research | $12,952.87 |
| Research | $972.00 |
| Pacer | $4,436.60 |
| Parking & Tolls | $2,280.30 |
| Postage | $510.41 |
| Duplicating-Internal | $6,832.52 |
| Telecopy | $8.00 |
| Transcript - Deposition | $7,599.55 |
| Transcript - Court | $1,171.20 |
| Consultant Fees | $1,826.00 |
| Travel - Miscellaneous | $30.59 |
| Storage | $1,884.99 |
| Courtcall | $51.00 |
| Lodging | $4,110.41 |
| Meals | $280.44 |
| Meals - Overtime | $1,624.72 |
| Overtime Meals on Expense Report | $424.11 |
| Lunch/Dinner Conference | $14,745.22 |
| Federal Express | $1,044.54 |
| Outside Copying | $102,399.95 |
| Overtime - Clerical | $15,887.95 |
| **TOTAL:** | **$248,507.66** |