# **EXHIBIT E**

**Exhibit E**

**January 1, 2018 – January 31, 2018**

Invoice Date: 2/28/18
Invoice Number: 756188
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 006 | Case Administration | 16.00 | $9,357.00 |
| 010 | Employment and Fee Applications (MMWR) | 11.70 | $4,627.50 |
| 011 | Employment and Fee Applications (Others) | 2.10 | $997.50 |
| 016 | Plan and Disclosure Statement | 2.90 | $1,594.50 |
| 021 | Hearings | 7.00 | $4,599.00 |
|  | Matter Total | 39.70 | $21,175.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

**Exhibit E**

**February 1, 2018 – February 28, 2018**

Invoice Date: 3/12/18
Invoice Number: 756265
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---:|---:|
| 005 | Business Operations | 7.50 | $1,237.50 |
| 006 | Case Administration | 10.20 | $5,020.50 |
| 007 | Claims Administration and Objections | 0.40 | $252.00 |
| 010 | Employment and Fee Applications (MMWR) | 7.80 | $1,287.00 |
| 011 | Employment and Fee Applications (Others) | 5.30 | $3,246.00 |
| 013 | Other Litigation | 0.50 | $315.00 |
| 015 | Non-Working Travel | 2.90 | $913.50 |
| 016 | Plan and Disclosure Statement | 25.20 | $15,876.00 |
| 021 | Hearings | 8.50 | $5,355.00 |
| 030 | Asbestos-Related Matters | 1.50 | $1,012.50 |
| | Matter Total | 69.80 | $34,515.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

**Exhibit E**

**March 1, 2018 – March 9, 2018**

|  |  |
|---|---|
| Invoice Date: | 3/27/18 |
| Invoice Number: | 756986 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED BY TASK

| Code | Description | Hours | Amount |
|---|---|---|---|
| 010 | Employment and Fee Applications (MMWR) | 38.40 | $7,515.00 |
| 011 | Employment and Fee Applications (Others) | 0.50 | $82.50 |
| 016 | Plan and Disclosure Statement | 3.50 | $2,292.50 |
| 030 | Asbestos-Related Matters | 3.80 | $2,565.00 |
| | Matter Total | 46.20 | $12,455.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**