## EXHIBIT F

**Exhibit F**

**<u>January 1, 2018 – January 31, 2018</u>**

| | |
|---|---|
| Invoice Date: | 2/28/18 |
| Invoice Number: | 756188 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 1/2/18 | MA Fink | 006 | Attend committee call (.8); review of Guggenheim presentation materials (.4); review/comment on draft of statement re Elliot fee review committee objection (.7) | 1.90 |
| 1/2/18 | ND Ramsey | 006 | Participating in committee call | 0.80 |
| 1/3/18 | MA Fink | 006 | Finalize statement re fee committee (.5); review various objections filed to request to join fee committee (2.0) | 2.50 |
| 1/3/18 | JW Smith | 006 | Prepare Committee's response to Elloitt's fee committee motion for filing with the Court and service (.5); review and update calendar events (.1) | 0.60 |
| 1/5/18 | JW Smith | 006 | Preparation of materials for NR and MF for 1/8 hearing (.6); arrange appearance for MF (.1); review docket and update calendar events (.1); review Herbert notice and update calendar (.1) | 0.90 |
| 1/5/18 | ND Ramsey | 006 | Reviewing fee committee pleadings (.5); conferring with J. Smith re hearing binder (.2) | 0.70 |
| 1/5/18 | MA Fink | 006 | Review of replies in support of fee committee motion | 0.60 |
| 1/9/18 | MA Fink | 006 | Correspondence with A. Kranzley re hearing | 0.20 |
| 1/10/18 | MA Fink | 006 | Attend committee meeting | 0.70 |
| 1/15/18 | MA Fink | 006 | Review debt pricing information from Guggenheim (.3); review resumes for potential FRC candidates (.9) | 1.20 |
| 1/17/18 | MA Fink | 006 | Call re FRC appointee (1.4); review motion to extend removal deadline (.2); review order re certification to 3rd Circuit Court of Appeals (.1) | 1.70 |
| 1/18/18 | JW Smith | 006 | Review adversary dockets (Vista); (.1) review and update calendar events for main case and adversary cases (.1) | 0.20 |
| 1/19/18 | MA Fink | 006 | Attend conference with Chambers re scheduling issues | 0.60 |
| 1/22/18 | MA Fink | 006 | Calls and correspondence with A. Kranzley re FRC appointment | 0.50 |
| 1/29/18 | MA Fink | 006 | Review correspondence re FRC appointed (.8); correspondence with A. Kranzley re same (.3); participate in committee call (.5) | 1.60 |
| 1/31/18 | MA Fink | 006 | Review correspondence re FRC order by debtors and Elliott (.4); correspondence with A. Kranzly re same (.2) | 0.60 |
| 1/31/18 | MA Fink | 006 | Respond to P. Venter request for information | 0.70 |

Task Total     16.00

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                    2/28/18
Invoice Number:                  756188
Client Matter Number:  66471.00003
I.D.#                             01051

## SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 07722 | Fink, MA | | 12.80 | $630.00 | $8,064.00 |
| 01051 | Ramsey, ND | | 1.50 | $675.00 | $1,012.50 |
| 07901 | Smith, JW | | 1.70 | $165.00 | $280.50 |
| | | Task Total | 16.00 | | $9,357.00 |

| | |
|---|---|
| Invoice Date: | 2/28/18 |
| Invoice Number: | 756188 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 1/5/18 | JW Smith | 010 | Prepare CNO regarding MMWR's 37th monthly fee application (.1); prepare for filing and service of CNO (.1); review and update fee specific calendar events (.1) | 0.30 |
| 1/5/18 | MA Fink | 010 | Review/finalize MMWR CNO | 0.20 |
| 1/14/18 | MA Fink | 010 | Address fee request for historical demands (Jan - Sept. 2017) per case procedure | 3.20 |
| 1/15/18 | MA Fink | 010 | Review/finalize CNOs for MMWR January 2017 (.2); and February 2017 (.2) fee apps | 0.40 |
| 1/20/18 | JW Smith | 010 | Review time details and prepare MWMR's 38th monthly fee application (1.); prepare notice of 38th monthly fee app (.1); prepare supporting materials (.3) | 1.40 |
| 1/22/18 | JW Smith | 010 | Prepare MMWR's 38th monthly fee application for filing with the Court and service | 0.50 |
| 1/23/18 | JW Smith | 010 | Draft MMWR's 10th interim fee application, including computations | 2.20 |
| 1/24/18 | JW Smith | 010 | Prepare 37th monthly fee application of Guggenheim for filing with the Court and service (.3); preparation of computations for EFH tenth interim fee application (1.2) | 1.50 |
| 1/29/18 | MA Fink | 010 | Work on interim fee app | 2.00 |

Task Total  11.70

| | | |
|---|---|---|
| Invoice Date: | | 2/28/18 |
| Invoice Number: | | 756188 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 5.80 | $630.00 | $3,654.00 |
| 07901 | Smith, JW | 5.90 | $165.00 | $973.50 |
| | Task Total | 11.70 | | $4,627.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 2/28/18 |
| Invoice Number: | 756188 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 1/12/18 | MA Fink | 011 | Work on Fee App for Dec. 2017 | 0.80 |
| 1/16/18 | JW Smith | 011 | Review and prepare Sullivan and Cromwell CNO for filing with the Court and service | 0.30 |
| 1/19/18 | MA Fink | 011 | Review/finalize MMWR Dec. fee app | 0.30 |
| 1/22/18 | MA Fink | 011 | Review (.2); coordinate filing of S&C fee app (.1) | 0.30 |
| 1/22/18 | JW Smith | 011 | Prepare Sullivan and Cromwell's 38th monthly fee app for filing with the court and service (.3); review and update calendar events relating to committee fee events (.1) | 0.40 |

Task Total    2.10

| Invoice Date: | 2/28/18 |
|---|---|
| Invoice Number: | 756188 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 1.40 | $630.00 | $882.00 |
| 07901 | Smith, JW | 0.70 | $165.00 | $115.50 |
| | Task Total | 2.10 | | $997.50 |

| | | |
|---|---|---|
| Invoice Date: | 2/28/18 |
| Invoice Number: | 756188 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 1/22/18 | MA Fink | 016 | Review final objections to plan | 2.00 |
| 1/25/18 | MA Fink | 016 | Review of draft schedule re plan (.3); correspondence with debtors re same (.1) | 0.40 |
| 1/25/18 | JW Smith | 016 | Review second supplement to scheduling order and update calendar events regarding confirmation (.3); preparation of pleadings for attorney review (.2) | 0.50 |

Task Total  2.90

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | | |
|---|---|---|---|---|
| Invoice Date: | | | | 2/28/18 |
| Invoice Number: | | | | 756188 |
| Client Matter Number: | | | 66471.00003 | |
| I.D.# | | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 016 Plan and Disclosure Statement

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 2.40 | $630.00 | $1,512.00 |
| 07901 | Smith, JW | 0.50 | $165.00 | $82.50 |
| | Task Total | 2.90 | | $1,594.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 2/28/18 |
| Invoice Number: | 756188 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### Detail for Fee Services Rendered - 021 Hearings

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 1/8/18 | MA Fink | 021 | Attend hearing re fee committee composition | 2.80 |
| 1/8/18 | ND Ramsey | 021 | Reviewing pleadings in preparation for (.8) and appearance at hearing on Elliott motion to alter fee committee (3.0); travel to and from hearing (.4) | 4.20 |

Task Total    7.00

Invoice Date:      2/28/18
Invoice Number:    756188
Client Matter Number: 66471.00003
I.D.#     01051

### SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 2.80 | $630.00 | $1,764.00 |
| 01051 | Ramsey, ND | 4.20 | $675.00 | $2,835.00 |
| | Task Total | 7.00 | | $4,599.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | |
|---|---|---|
| Invoice Date: | | 2/28/18 |
| Invoice Number: | | 756188 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | MA Fink | 25.20 | $630.00 | $15,876.00 |
| 01051 | ND Ramsey | 5.70 | $675.00 | $3,847.50 |
| 07901 | JW Smith | 8.80 | $165.00 | $1,452.00 |
| | Matter Total | 39.70 | | $21,175.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

**Exhibit F**

**February 1, 2018 – February 28, 2018**

|                                      |          |
|--------------------------------------|----------|
| Invoice Date:                        | 3/12/18  |
| Invoice Number:                      | 756265   |
| Client Matter Number:                | 66471.00003 |
| I.D.#                                | 01051    |

**Detail for Fee Services Rendered - 005 Business Operations**

| Date    | Name      | Task | Description | Hours |
|---------|-----------|------|-------------|-------|
| 2/16/18 | HC Belair | 005  | Conferring with M. Fink re telephonic attendance of 2/16/18 hearing; calling court call to set same; conferring with M. Fink re confirmation | 0.20 |
| 2/20/18 | HC Belair | 005  | Conferring with J. Smith re final fee application spreadsheet preparation (.2); begin spreadsheet preparation and analysis (.8) | 1.00 |
| 2/22/18 | HC Belair | 005  | Emails from/to M. Fink re 39th monthly fee application filing for Guggenheim, finalizing same for filing (.2); filing same with court (.3); email to servicing agent for service of same (.1) | 0.60 |
| 2/22/18 | HC Belair | 005  | Emails from/to M. Fink re preparation of materials for hearing on 2/26/18 and 2/27/18 (.2); researching and preparing relevant court docket filings (5.1); preparing table of contents (.2) | 5.50 |
| 2/27/18 | HC Belair | 005  | Emails from/to M. Fink re telephonic hearing appearance 2/27/18 (.1); arrange court call re same (.1) | 0.20 |

Task Total     7.50

| | | | |
|---|---|---|---|
| Invoice Date: | | | 3/12/18 |
| Invoice Number: | | | 756265 |
| Client Matter Number: | | | 66471.00003 |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 005 Business Operations

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07937 | Belair, HC | 7.50 | $165.00 | $1,237.50 |
| | Task Total | 7.50 | | $1,237.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 3/12/18 |
| Invoice Number: | 756265 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 006 Case Administration**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 2/1/18 | MA Fink | 006 | Review of order re FRC (.1); review press re SEMPRA (.2) | 0.30 |
| 2/4/18 | MA Fink | 006 | Review of motion re Sempra settlement | 2.70 |
| 2/5/18 | MA Fink | 006 | Review additional information re Sempra deal | 0.30 |
| 2/5/18 | JW Smith | 006 | Review and update calendar events | 0.10 |
| 2/6/18 | MA Fink | 006 | Review of order entered by court | 0.40 |
| 2/12/18 | MA Fink | 006 | Attend committee call (.5); review pricing report (.2); correspondence with B. Gluckstein re VESTRA (.2) | 0.90 |
| 2/13/18 | MA Fink | 006 | Correspondence with J. Madron and A. Kranzley re settlement motion and 2/16 hearing | 0.30 |
| 2/14/18 | HC Belair | 006 | Reviewing docket and uploading previously filed interim fee applications to continue prepping for final application, file organization | 0.80 |
| 2/15/18 | HC Belair | 006 | Reviewing and finalizing 10th Interim MMWR fee application and related documents for filing (.2); filing same with court and emailing same to servicing agent for service (.2) | 0.40 |
| 2/15/18 | HC Belair | 006 | Reviewing 10th Interim Sullivan Cromwell fee application and related documents for filing (.2); filing same with court and emailing same to servicing agent for service (.2) | 0.40 |
| 2/15/18 | HC Belair | 006 | Reviewing and finalizing 10th Interim AlixPartners fee application and related documents for filing (.2); filing same with court and emailing same to servicing agent for service (.2) | 0.40 |
| 2/15/18 | HC Belair | 006 | Reviewing and finalizing 10th Interim and 38th monthly fee applications and related documents for filing (.4); filing same with court and emailing same to servicing agent for service (.4) | 0.80 |
| 2/15/18 | MA Fink | 006 | Review assumption motion | 0.30 |
| 2/21/18 | JW Smith | 006 | Research, review and update calendar events | 0.20 |
| 2/22/18 | MA Fink | 006 | Prepare for (.3) and attend committee call (.8) | 1.10 |
| 2/27/18 | ND Ramsey | 006 | Reviewing report to committee from B. Glueckstein (.2); telephone call with S. Kazan re same (.1); reviewing proposed confirmation order (.5) | 0.80 |

Task Total    10.20

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 3/12/18
Invoice Number: 756265
Client Matter Number: 66471.00003
I.D.# 01051

## SUMMARY FOR FEE SERVICES RENDERED
### 006 Case Administration

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07937 | Belair, HC | 2.80 | $165.00 | $462.00 |
| 07722 | Fink, MA | 6.30 | $630.00 | $3,969.00 |
| 01051 | Ramsey, ND | 0.80 | $675.00 | $540.00 |
| 07901 | Smith, JW | 0.30 | $165.00 | $49.50 |
| | Task Total | 10.20 | | $5,020.50 |

Invoice Date:               3/12/18
Invoice Number:             756265
Client Matter Number:  66471.00003
I.D.#                       01051

**Detail for Fee Services Rendered - 007 Claims Administration and Objections**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 2/20/18 | MA Fink | 007 | Review motion for payment of admin fee | 0.40 |
| | | | Task Total | 0.40 |

| | |
|---|---|
| Invoice Date: | 3/12/18 |
| Invoice Number: | 756265 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

### SUMMARY FOR FEE SERVICES RENDERED
### 007 Claims Administration and Objections

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 0.40 | $630.00 | $252.00 |
| | Task Total | 0.40 | | $252.00 |

| | |
|---|---|
| Invoice Date: | 3/12/18 |
| Invoice Number: | 756265 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 2/12/18 | JW Smith | 010 | Prepare CNO regarding MMWR's 38th monthly fee app (.2); preparation of computations for MMWR 10th interim (.6); preparation of interim fee app and supporting documentation (3.4) | 4.20 |
| 2/16/18 | JW Smith | 010 | Prepare for final MMWR fee application | 3.60 |

Task Total    7.80

| | | | |
|---|---|---|---|
| Invoice Date: | | | 3/12/18 |
| Invoice Number: | | | 756265 |
| Client Matter Number: | | | 66471.00003 |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07901 | Smith, JW | 7.80 | $165.00 | $1,287.00 |
| | Task Total | 7.80 | | $1,287.00 |

| | |
|---|---|
| Invoice Date: | 3/12/18 |
| Invoice Number: | 756265 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 2/6/18 | MA Fink | 011 | Correspondence with J. smith re interim (10th) (.3); and beginning of final (.1) | 0.40 |
| 2/13/18 | MA Fink | 011 | Work on 10th Interim fee app | 1.20 |
| 2/21/18 | MA Fink | 011 | Review and coordinate filing S&C fee app | 0.20 |
| 2/21/18 | JW Smith | 011 | Prepare Sullivan & Cromwell fee application for filing with the Court and service | 0.20 |
| 2/22/18 | MA Fink | 011 | Review application of Elliott in support of its admin claim (.3); review /finalize Guggenheim app for filing (.3) | 0.60 |
| 2/12/18 | MA Fink | 011 | Begin review of MMWR 10th interim (.8); correspondence with A. Kranzly re S&C interim (.2); review S&C CNO (.1); review/revise MMWR CNO (.1); correspondence with J. Smith re same (.1) | 1.30 |
| 2/15/18 | MA Fink | 011 | Finalize MMWR 10th (.4); review Guggenheim monthly (.2); review Guggenheim quarterly (.3); review Alix quarterly (.2); correspondence with J. Smith and H. Belair to coordinate filing and service (.3) | 1.40 |

Task Total    5.30

| | | | |
|---|---|---|---|
| Invoice Date: | | | 3/12/18 |
| Invoice Number: | | | 756265 |
| Client Matter Number: | | | 66471.00003 |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 5.10 | $630.00 | $3,213.00 |
| 07901 | Smith, JW | 0.20 | $165.00 | $33.00 |
| | Task Total | 5.30 | | $3,246.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | |
|---|---|
| Invoice Date: | 3/12/18 |
| Invoice Number: | 756265 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

**Detail for Fee Services Rendered - 013 Other Litigation**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 2/4/18 | MA Fink | 013 | Review of docket entries in Nextera appeal (.4); correspondence with A. Kranzley re same (.1) | 0.50 |

Task Total   0.50

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date: 3/12/18
Invoice Number: 756265
Client Matter Number: 66471.00003
I.D.# 01051

### SUMMARY FOR FEE SERVICES RENDERED
### 013 Other Litigation

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 0.50 | $630.00 | $315.00 |
| | Task Total | 0.50 | | $315.00 |

| | | |
|---|---|---|
| Invoice Date: | | 3/12/18 |
| Invoice Number: | | 756265 |
| Client Matter Number: | 66471.00003 |
| I.D.# | | 01051 |

### Detail for Fee Services Rendered - 015 Non-Working Travel

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 2/26/18 | MA Fink | 015 | Travel to Wilmington (1.2) and from Wilmington to NYC (1.7) to attend EFH confirmation hearing | 2.90 |
| | | | Task Total | 2.90 |

| | | | |
|---|---|---|---|
| Invoice Date: | | | 3/12/18 |
| Invoice Number: | | | 756265 |
| Client Matter Number: | | 66471.00003 | |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 015 Non-Working Travel

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 2.90 | $315.00 | $913.50 |
| | Task Total | 2.90 | | $913.50 |

| | | |
|---|---|---|
| Invoice Date: | | 3/12/18 |
| Invoice Number: | | 756265 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 2/13/18 | MA Fink | 016 | Attend pretrial conference | 0.30 |
| 2/14/18 | MA Fink | 016 | Review of notices circulated pursuant to scheduling order | 0.80 |
| 2/15/18 | MA Fink | 016 | Review of filings in connection with confirmation hearing (1.0); modified plan (.4); review draft confirmation order (1.7) | 3.10 |
| 2/16/18 | MA Fink | 016 | Attend conference re plan/reserve (.9); review of motions, discovery submitted by Nextera (.6); call/correspondence with Sullivan re E-side committee filing/position (.4) | 1.90 |
| 2/17/18 | MA Fink | 016 | Correspondence with Sullivan Cromwell re E-side filing (.3); review of Briefs filed by Elliott (1.2) | 1.50 |
| 2/18/18 | MA Fink | 016 | Review Brief of debtor in support of plan (3.1); and supporting declaration materials (4 Declarations) (2.7) | 5.80 |
| 2/20/18 | MA Fink | 016 | Review of additional filings in connection with confirmation hearing | 1.60 |
| 2/22/18 | MA Fink | 016 | Continued review of declarations related to plan | 1.20 |
| 2/22/18 | MA Fink | 016 | Review of Plan supplement documents (trust agreement, settlement amendments) (2.1); review of documents for 2/22 hearing (1.0); multiple calls re potential e-side statement (.4) review statement for hearing (.9) | 4.40 |
| 2/23/18 | MA Fink | 016 | Review materials filed by debtor in support of plan confirmation (1.9); correspondence re scheduled depo (.2); attend pretrial conference (.4); review of ordered stipulation (.2) | 2.70 |
| 2/25/18 | MA Fink | 016 | Attend discovery call for 2/26 confirmation hearing | 0.60 |
| 2/26/18 | MA Fink | 016 | Review additional drafts of confirmation order | 0.70 |
| 2/27/18 | MA Fink | 016 | Review various additional drafts of plan confirmation order | 0.60 |

Task Total    25.20

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                3/12/18
Invoice Number:              756265
Client Matter Number:  66471.00003
I.D.#                        01051

**SUMMARY FOR FEE SERVICES RENDERED**
**016 Plan and Disclosure Statement**

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 25.20 | $630.00 | $15,876.00 |
| | Task Total | 25.20 | | $15,876.00 |

Invoice Date:                       3/12/18
Invoice Number:                   756265
Client Matter Number:  66471.00003
I.D.#                                    01051

### Detail for Fee Services Rendered - 021 Hearings

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 2/22/18 | MA Fink | 021 | Review audio from 2/22 hearing | 0.50 |
| 2/26/18 | MA Fink | 021 | Attend E-side plan confirmation hearing | 7.50 |
| 2/27/18 | MA Fink | 021 | Attend hearing on confirmation order | 0.50 |
| | | | Task Total | 8.50 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:                          3/12/18
Invoice Number:                      756265
Client Matter Number:  66471.00003
I.D.#                                      01051

## SUMMARY FOR FEE SERVICES RENDERED
### 021 Hearings

| TK# | Timekeeper Name | Hours | Rate | Amount |
|-----|-----------------|-------|------|--------|
| 07722 | Fink, MA | 8.50 | $630.00 | $5,355.00 |
| | Task Total | 8.50 | | $5,355.00 |

| | | |
|---|---|---|
| Invoice Date: | | 3/12/18 |
| Invoice Number: | | 756265 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

**Detail for Fee Services Rendered - 030 Asbestos-Related Matters**

| Date | Name | Task | Description | Hours |
|---|---|---|---|---|
| 2/28/18 | ND Ramsey | 030 | Reviewing final plan, exhibits, confirmation order and conferring with S. Kazan regarding same | 1.50 |

Task Total    1.50

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | |
|---|---|---|
| Invoice Date: | | 3/12/18 |
| Invoice Number: | | 756265 |
| Client Matter Number: | | 66471.00003 |
| I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 01051 | Ramsey, ND | 1.50 | $675.00 | $1,012.50 |
| | Task Total | 1.50 | | $1,012.50 |

| | |
|---|---|
| Invoice Date: | 3/12/18 |
| Invoice Number: | 756265 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | MA Fink | 2.90 | $315.00 | $913.50 |
| 07722 | MA Fink | 46.00 | $630.00 | $28,980.00 |
| 01051 | ND Ramsey | 2.30 | $675.00 | $1,552.50 |
| 07937 | HC Belair | 10.30 | $165.00 | $1,699.50 |
| 07901 | JW Smith | 8.30 | $165.00 | $1,369.50 |
| | Matter Total | 69.80 | | $34,515.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

**Exhibit F**

**<u>March 1, 2018 – March 9, 2018</u>**

Invoice Date:                    3/27/18
Invoice Number:                  756986
Client Matter Number:  66471.00003
I.D.#                             01051

### Detail for Fee Services Rendered - 010 Employment and Fee Applications (MMWR)

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 3/1/18 | HC Belair | 010 | Draft MMWR 38th monthly fee application, and notice exhibits (2.0) | 2.00 |
| 3/2/18 | HC Belair | 010 | Draft CNO for MMWR 39th monthly fee application | 0.20 |
| 3/2/18 | HC Belair | 010 | Begin data analysis and compilation of comprehensive spreadsheet for EFH final fee application | 3.00 |
| 3/2/18 | MA Fink | 010 | Review/finalize MMWR monthly application (.2); begin review of final app charts (.3) | 0.50 |
| 3/5/18 | HC Belair | 010 | Continue data analysis and compilation of comprehensive spreadsheet in preparation for final fee application | 4.00 |
| 3/6/18 | JW Smith | 010 | Research and preparation of materials for EFH's final fee application | 3.50 |
| 3/6/18 | HC Belair | 010 | Continuing data analysis and compilation of comprehensive spreadsheet in preparation of final fee application | 6.00 |
| 3/7/18 | HC Belair | 010 | Continuing data analysis and compilation of comprehensive spreadsheet in preparation for final fee application (3.4); email completed draft of same to J. Smith (.1) | 3.50 |
| 3/8/18 | HC Belair | 010 | Beginning compilation of tables and charts for incorporation into final fee application word document | 4.00 |
| 3/8/18 | JW Smith | 010 | Research and preparation of materials for EFH's final fee application | 3.20 |
| 3/9/18 | JW Smith | 010 | Draft MMWR's final fee application and prepare supporting documents (3.2); research regarding calendar events (.1); research regarding final fee application (.4). | 3.70 |
| 3/9/18 | MA Fink | 010 | Work on final fee app for MMWR | 1.80 |
| 3/9/18 | HC Belair | 010 | Preparing and finalizing charts and tables to be incorporated into final fee application word document (2.9); email same to J. Smith (.1) | 3.00 |

Task Total    38.40

---

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | |
|---|---|---|
| Invoice Date: | | 3/27/18 |
| Invoice Number: | | 756986 |
| Client Matter Number: | 66471.00003 | |
| I.D.# | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 010 Employment and Fee Applications (MMWR)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07937 | Belair, HC | 25.70 | $165.00 | $4,240.50 |
| 07722 | Fink, MA | 2.30 | $655.00 | $1,506.50 |
| 07901 | Smith, JW | 10.40 | $170.00 | $1,768.00 |
| | Task Total | 38.40 | | $7,515.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

|                       |             |
|-----------------------|-------------|
| Invoice Date:         | 3/27/18     |
| Invoice Number:       | 756986      |
| Client Matter Number: | 66471.00003 |
| I.D.#                 | 01051       |

### Detail for Fee Services Rendered - 011 Employment and Fee Applications (Others)

| Date   | Name      | Task | Description                                                                                                                                                                                          | Hours |
|--------|-----------|------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
| 3/2/18 | HC Belair | 011  | Email from/to M. Fink x 2 re 39th monthly MMWR fee application and related documents (.2); finalize same (.1); file same with court (.1); email same to servicing agent for service (.1) | 0.50  |

Task Total     0.50

---

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | |
|---|---|---|---|
| Invoice Date: | | | 3/27/18 |
| Invoice Number: | | | 756986 |
| Client Matter Number: | 66471.00003 | | |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED
### 011 Employment and Fee Applications (Others)

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07937 | Belair, HC | 0.50 | $165.00 | $82.50 |
| | Task Total | 0.50 | | $82.50 |

|                        |            |
|------------------------|------------|
| Invoice Date:          | 3/27/18    |
| Invoice Number:        | 756986     |
| Client Matter Number:  | 66471.00003|
| I.D.#                  | 01051      |

**Detail for Fee Services Rendered - 016 Plan and Disclosure Statement**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 3/8/18 | MA Fink | 016 | Review notice re PUCT approval (.1); review of Sempra materials submitted to PUCT (.2); review of Elliott allocation (.1); correspondence with N. Ramsey re same (.2) | 0.60 |
| 3/9/18 | MA Fink | 016 | Review of documents submitted in 2nd Plan supplement (2.0); review of notice of effective date (.1); correspondence with MMWR, Gueggenhem and Alix re sale (.8) | 2.90 |

Task Total    3.50

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:              3/27/18
Invoice Number:            756986
Client Matter Number:  66471.00003
I.D.#                      01051

**SUMMARY FOR FEE SERVICES RENDERED**
**016 Plan and Disclosure Statement**

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | Fink, MA | 3.50 | $655.00 | $2,292.50 |
| | Task Total | 3.50 | | $2,292.50 |

Invoice Date:                        3/27/18
Invoice Number:                    756986
Client Matter Number:  66471.00003
I.D.#                                  01051

**Detail for Fee Services Rendered - 030 Asbestos-Related Matters**

| Date | Name | Task | Description | Hours |
|------|------|------|-------------|-------|
| 3/2/18 | ND Ramsey | 030 | Work on asbestos related issues | 2.40 |
| 3/8/18 | ND Ramsey | 030 | Research re historical asbestos matters to respond to committee inquiry | 1.40 |
| | | | Task Total | 3.80 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

Invoice Date:               3/27/18
Invoice Number:        756986
Client Matter Number:   66471.00003
I.D.#                  01051

## SUMMARY FOR FEE SERVICES RENDERED
### 030 Asbestos-Related Matters

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 01051 | Ramsey, ND | 3.80 | $675.00 | $2,565.00 |
| | Task Total | 3.80 | | $2,565.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| | | | |
|---|---|---|---|
| Invoice Date: | | | 3/27/18 |
| Invoice Number: | | | 756986 |
| Client Matter Number: | | 66471.00003 | |
| I.D.# | | | 01051 |

## SUMMARY FOR FEE SERVICES RENDERED

| TK# | Timekeeper Name | Hours | Rate | Amount |
|---|---|---|---|---|
| 07722 | MA Fink | 5.80 | $655.00 | $3,799.00 |
| 01051 | ND Ramsey | 3.80 | $675.00 | $2,565.00 |
| 07937 | HC Belair | 26.20 | $165.00 | $4,323.00 |
| 07901 | JW Smith | 10.40 | $170.00 | $1,768.00 |
| | Matter Total | 46.20 | | $12,455.00 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**