# **EXHIBIT G**

## Exhibit G

## EFH Official Committee MMWR Budget

| Project Category | Estimated Hours | | Estimated Fees | |
|---|---|---|---|---|
| | Low | High | Low | High |
| Asset Analysis | 0 | 0 | $0.00 | $0.00 |
| Asset Disposition | 15 | 40 | $6,525.00 | $17,400.00 |
| Assumption and Rejection of Leases & Contracts | 0 | 0 | $0.00 | $0.00 |
| Avoidance Action Analysis | 0 | 0 | $0.00 | $0.00 |
| Business Operations | 0 | 0 | $0.00 | $0.00 |
| Case Administration | 40 | 60 | $17,400.00 | $26,100.00 |
| Claims Administration and Objections | 0 | 0 | $0.00 | $0.00 |
| Corporate Governance and Board Matters | 0 | 0 | $0.00 | $0.00 |
| Employment Benefits and Pensions | 0 | 0 | $0.00 | $0.00 |
| Employment and Fee Applications (MMWR) | 55 | 85 | $23,925.00 | $36,975.00 |
| Employment and Fee Applications (Others) | 15 | 30 | $6,525.00 | $13,050.00 |
| Financing, Cash Collateral, Make Whole | 0 | 0 | $0.00 | $0.00 |
| Other Litigation | 0 | 0 | $0.00 | $0.00 |
| Meetings and Communications with Creditors | 15 | 15 | $6,525.00 | $6,525.00 |
| Non-Working Travel | 0 | 15 | $0.00 | $6,525.00 |
| Plan and Disclosure Statement (incl PSA and SA) | 35 | 60 | $15,225.00 | $26,100.00 |
| Relief from Stay and Adequate Protection | 0 | 0 | $0.00 | $0.00 |
| Tax | 10 | 40 | $4,350.00 | $17,400.00 |
| Valuation | 0 | 0 | $0.00 | $0.00 |
| Discovery (Non-asbestos) (Non-Plan) | 0 | 0 | $0.00 | $0.00 |
| Hearings (excluding Confirmation Hearing) | 25 | 50 | $10,875.00 | $21,750.00 |
| First and Second Day Motions | 0 | 0 | $0.00 | $0.00 |
| Claims Investigation | 0 | 0 | $0.00 | $0.00 |
| Lien Investigation | 0 | 0 | $0.00 | $0.00 |
| Intercompany Claims | 0 | 0 | $0.00 | $0.00 |
| Other Motions/Applications | 20 | 55 | $8,700.00 | $23,925.00 |
| Schedules and Statements | 0 | 0 | $0.00 | $0.00 |
| Time Entry Review | 2 | 5 | $870.00 | $2,175.00 |
| Budgeting (Case) | 2 | 5 | $870.00 | $2,175.00 |
| Asbestos-Related Matters | 18 | 30 | $7,830.00 | $13,050.00 |
| Derivative Litigation | 0 | 0 | $0.00 | $0.00 |
| **TOTAL** | **252** | **490** | **$109,620.00** | **$213,150.00** |

## Exhibit G

## EFH Official Committee

## MMWR Staffing Plan

| Category of Timekeeper | Total Number in Category Expected to Work on Matter in Period | Estimated Average Hourly Rate[1] |
|---|---|---|
| Partner | 2 | $642.50 |
| Of Counsel | 0 | $0.00 |
| Associate | 1 | $310.00 |
| Legal Assistant | 2 | $145.00 |

Notes:

[1] Actual average hourly rate will vary with seniority of resources, and may be higher for some workstreams than others.

| Code | Project Category | Estimated Hours | | Actual Hours | Estimated Fees | | Actual Fees |
|---|---|---|---|---|---|---|---|
| | | Low | High | *01/0/12018 - 03/09/2018* | Low | High | *01/0/12018 - 03/09/2018* |
| 001 | Asset Analysis | | | 0.00 | $0.00 | $0.00 | $0.00 |
| 002 | Asset Disposition | 15 | 40 | 0.00 | $6,525.00 | $17,400.00 | $0.00 |
| 003 | Assumption and Rejection of Leases & Contracts | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 004 | Avoidance Action Analysis | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 005 | Business Operations | 0 | 0 | 7.50 | $0.00 | $0.00 | $1,237.50 |
| 006 | Case Administration | 40 | 60 | 26.20 | $17,400.00 | $26,100.00 | $14,377.50 |
| 007 | Claims Administration and Objections | 0 | 0 | 0.40 | $0.00 | $0.00 | $252.00 |
| 008 | Corporate Governance and Board Matters | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 009 | Employment Benefits and Pensions | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 010 | Employment and Fee Applications (MMWR) | 55 | 85 | 57.90 | $23,925.00 | $36,975.00 | $13,429.50 |
| 011 | Employment and Fee Applications (Others) | 15 | 30 | 7.90 | $6,525.00 | $13,050.00 | $4,326.00 |
| 012 | Financing, Cash Collateral, Make Whole | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 013 | Other Litigation | 0 | 0 | 0.50 | $0.00 | $0.00 | $315.00 |
| 014 | Meetings and Communications with Creditors | 15 | 15 | 0.00 | $6,525.00 | $6,525.00 | $0.00 |
| 015 | Non-Working Travel | 0 | 15 | 2.90 | $0.00 | $6,525.00 | $913.50 |
| 016 | Plan and Disclosure Statement (incl PSA and SA) | 35 | 60 | 31.60 | $15,225.00 | $26,100.00 | $19,763.00 |
| 017 | Relief from Stay and Adequate Protection | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 018 | Tax | 10 | 40 | 0.00 | $4,350.00 | $17,400.00 | $0.00 |
| 019 | Valuation | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 020 | Discovery (Non-asbestos) (Non-Plan) | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 021 | Hearings (excluding Confirmation Hearing) | 25 | 50 | 15.50 | $10,875.00 | $21,750.00 | $9,954.00 |
| 022 | First and Second Day Motions | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 023 | Claims Investigation | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 024 | Lien Investigation | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 025 | Intercompany Claims | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 026 | Other Motions/Applications | 20 | 55 | 0.00 | $8,700.00 | $23,925.00 | $0.00 |
| 027 | Schedules and Statements | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 028 | Time Entry Review | 2 | 5 | 0.00 | $870.00 | $2,175.00 | $0.00 |
| 029 | Budgeting (Case) | 2 | 5 | 0.00 | $870.00 | $2,175.00 | $0.00 |
| 030 | Asbestos-Related Matters | 18 | 30 | 5.30 | $7,830.00 | $13,050.00 | $3,577.50 |
| 031 | Derivative Litigation | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| | **TOTAL** | **252** | **490** | **155.70** | **$109,620.00** | **$213,150.00** | **$68,145.50** |

## Exhibit G

## EFH Official Committee

## MMWR Staffing Plan

| Category of Timekeeper | Total Number in Category Expected to Work on Matter in Period [1] | Maximum Number of Persons in Category that Actually Worked on Matter in any Month during Period | Total Number in Category that Actually Worked on Matter in Period |
|---|---|---|---|
| Partner | 2 | 2.00 | 2.00 |
| Of Counsel | 0 | 0.00 | 0.00 |
| Associate | 1 | 0.00 | 0.00 |
| Legal Assistant[2] | 2 | 2.00 | 2.00 |

Notes:

[1] Actual average hourly rate will vary with seniority of resources, and may be higher for some workstreams than others.

[2] Includes Paralegals, Librarians, and Automated Litigation Support Specialists.