## CERTIFICATE OF SERVICE

I, Erin R. Fay, hereby certify that on this 18th day of April, 2018, I caused copies of **Reply of UMB Bank, N.A., as Indenture Trustee, and Elliott in Support of Their Joint Motion to (I) Dismiss Application of Nextera Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense** to be served via first class mail on the parties listed on the attached Exhibit A, and served on the parties listed below in the manner listed thereon:

**Via Hand Delivery:**

Adam G. Landis, Esq.
Matthew B. McGuire, Esq.
Joseph D. Wright, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 1800
Wilmington, DE 19801

**Via First Class Mail:**

Dan K. Webb, Esq.
Winston & Strawn LLP
35 W. Wacker Drive
Chicago, Illinois 60601

Robin Ball, Esq.
Norton Rose Fulbright US LLP
555 South Flower Street, 41st Floor
Los Angeles, California 90071

Thomas M. Buchanan, Esq.
Winston & Strawn LLP
1700 K Street, NW
Washington, D.C. 20006

Howard Seife, Esq.
Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022

/s/   Erin R. Fay
Erin R. Fay (No. 5268)

{BAY:03266239v1}

# Exhibit A

ABRAMS & BAYLISS LLP
KEVIN G ABRAMS & JOHN M SEAMAN
20 MONTCHANIN RD STE 200
WILMINGTON DE 19807

AKERMAN LLP
ATTN: ANDREA S HARTLEY ESQ
98 SE 7TH ST STE 1100
MIAMI FL 33131

ALDINE INDEPENDENT SCHOOL DISTRICT
14910 ALDINE WESTFIELD RD
HOUSTON TX 77032

AMERICAN STOCK TRANSFER & TRUST CO LLC
6201 15TH AVE
BROOKLYN NY 11219

AMERICAN STOCK TRANSFER & TRUST CO LLC
6201 15TH AVE
BROOKLYN NY 11219

ASHBY & GEDDES PA
AD HOC COMMITTEE OF TCEH SECOND LIEN
NOTEHOLDERS
ATTN: WILLIAM BOWDEN & GREGORY TAYLOR ESQ
PO BOX 1150
WILMINGTON DE 19899

BAKER BOTTS LLP
ATTN: JAMES PRINCE; OMAR J ALANIZ
2001 ROSS AVE
DALLAS TX 75201-2980

BALLARD SPAHR LLP
ATTN: MATTHEW G SUMMERS ESQ
919 N MARKET ST 11TH FL
WILMINGTON DE 19801

BARNES & THORNBURG LLP
ATTN: KEVIN G COLLINS ESQ
1000 N WEST ST STE 1500
WILMINGTON DE 19801

BARNES & THORNBURG LLP
ATTN: DAVID M POWLEN ESQ
1000 N WEST ST STE 1500
WILMINGTON DE 19801

BARNES & THORNBURG LLP
ATTN: KEVIN C DRISCOLL JR ESQ
1 N WACKER DR STE 4400
CHICAGO IL 60606-2833

BAYARD PA
UNDER THE TCEH 11.5% SR SECURED NOTES
INDENTURE)
ATTN: NEIL GLASSMAN ESQ
600 N. KING ST., 4TH FLOOR
WILMINGTON DE 19801

BAYARD PA
ATTN: SCOTT D COUSINS, ERIN R FAY, EVAN T
MILLER
600 N. KING STREET, 4TH FLOOR
WILMINGTON DE 19801

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
ATTN: KEVIN M. CAPUZZI
222 DELAWARE AVE STE 801
WILMINGTON DE 19801-1611

BIELLI & KLAUDER LLC
ATTN: DAVID M KLAUDER ESQ &
CORY P STEPHENSON ESQ
1204 N KING STREET
WILMINGTON DE 19801

BLANK ROME LLP
ATTN: MICHAEL DEBAECKE; STANLEY TARR
1201 MARKET ST STE 800
WILMINGTON DE 19801

BLANK ROME LLP
ATTN: MICHAEL B SCHAEDLE ESQ
130 N 18TH ST (ONE LOGAN SQUARE)
PHILADELPHIA PA 19103-6998

BRAUNHAGEY & BORDEN LLP
ATTN: J. NOAH HAGEY & KIM BERGER
220 SANSOME STREET, 2ND FLOOR
SAN FRANCISCO CA 94014

BRAUNHAGEY & BORDEN LLP
ATTN: AMY BROWN
7 TIMES SQUARE, 27TH FLOOR
NEW YORK NY 10036-6524

BROWN & CONNERY LLP
ATTN: DONALD K LUDMAN
6 NORTH BROAD ST STE 100
WOODBURY NJ 08096

BROWN RUDNICK LLP
ATTN: EDWARD WEISFELNER ESQ
7 TIMES SQUARE
NEW YORK NY 10036

BROWN RUDNICK LLP
ATTN: JEFFREY JONAS, ANDREW STREHLE
ONE FINANCIAL CENTER
BOSTON MA 02111

BROWN RUDNICK LLP
ATTN: HOWARD SIEGEL ESQ
185 ASYLUM ST
HARTFORD CT 06103

BROWN RUDNICK LLP
SEVEN TIMES SQUARE
NEW YORK NY 10036

BRYAN CAVE LLP
ATTN: STEPHANIE WICKOUSKI; LAITH J HAMDAN
1290 6TH AVE #33
NEW YORK NY 10104-3300

BRYAN CAVE LLP
1290 6TH AVE #33
NEW YORK NY 10104-3300

BUCHALTER NEMER, A PROFESSIONAL LAW CORP
ATTN: SHAWN M CHRISTIANSON ESQ
55 SECOND ST STE 1700
SAN FRANCISCO CA 94105-3493

BUCHANAN INGERSOLL & ROONEY PC
ATTN: KATHLEEN A. MURPHY
919 N MARKET ST STE 1500
WILMINGTON DE 19801

CADWALADER WICKERSHAM & TAFT LLP
(COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP
INC)
ATTN: HOWARD HAWKINS JR; ELLEN M HALSTEAD
MICHELE MAMAN & THOMAS J CURTIN ESQS.
200 LIBERTY
NEW YORK NY 10281

CADWALADER WICKERSHAM & TAFT LLP
(COUNSEL TO DEF. MORGAN STANLEY, FPL, INDIAN
MESA)
ATTN: MARK C ELLENBERG ESQ
700 6TH STREET, N.W.
WASHINGTON DC 20001

CAPLIN & DRYSDALE, CHARTERED
(COUNSEL TO FENICLE, FAHY, AND JONES;
HEINZMANN)
ATTN: LESLIE M KELLEHER ESQ & JEANNA KOSKI ESQ
ONE THOMAS CIRCLE, NW, STE 1100
WASHINGTON DC 20005-5802

CHADBOURNE & PARKE LLP
ATTN: HOWARD SEIFE, DAVID M LEMAY AND
CHRISTY RIVERA ESQS
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6022

CHIPMAN BROWN CICERO & COLE LLP
(COUNSEL TO BERKSHIRE HATHAWAY ENERGY /
BHE)
ATTN: WILLIAM E CHIPMAN JR, MARK D OLIVERE
HERCULES PLAZA
1313 N MARKET ST STE 5400
WILMINGTON DE 19801

CIARDI CIARDI & ASTIN
ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR
1204 N KING STREET
WILMINGTON DE 19801

CITIBANK N.A.
1615 BRETT ROAD, OPS III
NEW CASTLE DE 19720

CITIBANK N.A.
388 GREENWICH ST 21ST FL
NEW YORK NY 10013

CITIBANK N.A.
388 GREENWICH ST 32ND FL
NEW YORK NY 10013

CITIBANK N.A.
1615 BRETT ROAD, BUILDING III
NEW CASTLE DE 19720

CITIBANK N.A.
388 GREENWICH STREET
NEW YORK NY 10013

CITY OF FORT WORTH
1000 THROCKMORTON ST
FORT WORTH TX 76102

CLEARY GOTTLIEB STEEN & HAMILTON LLP
ATTN: THOMAS MOLONEY; SEAN O'NEAL;
HUMAYUN KHALID
ONE LIBERTY PLAZA
NEW YORK NY 10006

COHEN & GRIGSBY, PC
ATTN: THOMAS D. MAXSON
625 LIBERTY AVE
PITTSBURGH PA 15222-3152

COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE
OF TX
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: RACHEL OBALDO & JOHN MARK STERN
PO BOX 12548
AUSTIN TX 78711-2548

COMPUTERSHARE TRUST COMPANY NA
2950 EXPRESS DRIVE S STE 210
ISLANDIA NY 11749

COMPUTERSHARE TRUST COMPANY OF CANADA
1500, ROBERT-BOURASSA BLVD., 7TH FLOOR
MONTREAL QC H3A 3S8 CANADA

COWLES & THOMPSON
ATTN: STEPHEN C STAPLETON
BANK OF AMERICA PLAZA
901 MAIN ST STE 3900
DALLAS TX 75202

COZEN O'CONNOR
ATTN: MARK E. FELGER
1201 N MARKET ST STE 1001
WILMINGTON DE 19801

CRAVATH SWAINE & MOORE LLP
(COUNSEL TO ENERGY FUTURE INTERMEDIATE
HOLDING
COMPANY LLC/EFIH)
ATTN: MICHAEL A PASKIN ESQ
WORLDWIDE PLAZA
825 EIGHTH AVE
NEW YORK NY 10019-7475

CSC TRUST COMPANY OF DELAWARE
MANAGING DIRECTOR
251 LITTLE FALLS DR
WILMINGTON DE 19808

DAVIS POLK & WARDWELL LLP
ATTN: MARSHALL HUEBNER; BENJAMIN
KAMINETZKY;
ELLIOT MOSKOWITZ; DAMON MEYER
450 LEXINGTON AVE
NEW YORK NY 10017

DECHERT LLP
ATTN: MICHAEL J SAGE & ANDREW C HARMEYER
1095 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6797

DECHERT LLP
ATTN: G. ERIC BRUNSTAD JR
90 STATE HOUSE SQUARE
HARTFORD CT 06103-3702

DEUTSCHE BANK
60 WALL STREET (NYCC60-0266)
NEW YORK NY 10005-2836

DLA PIPER LLP (US)
ATTN: ASHLEY R. ALTSCHULER; R.CRAIG MARTIN
1201 N MARKET ST STE 2100
WILMINGTON DE 19801

DORSEY & WHITNEY DELAWARE LLP
ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD
&
ALESSANDRA GLORIOSO
300 DELAWARE AVE STE 1010
WILMINGTON DE 19801

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE
222 DELAWARE AVE STE 1410
WILMINGTON DE 19801-1621

DYKEMA GOSSETT PLLC
ATTN: JEFFREY R FINE ESQ
1717 MAIN ST STE 4200
DALLAS TX 75201

EMC CORPORATION
ATTN: RONALD L ROWLAND ESQ, AGENT
305 FELLOWSHIP RD STE 100
MOUNT LAUREL NJ 08054-1232

ENERGY FUTURE HOLDINGS CORP ET AL
1601 BRYAN ST 43RD FL
DALLAS TX 75201

EVERSHEDS SUTHERLAND (US) LLP
ATTN: LINO MENDIOLA III
ONE AMERICAN CENTER
600 CONGRESS AVE STE 2000
AUSTIN TX 78701

FOLEY & LARDNER LLP
ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ
LARS PETERSON ESQ
321 N CLARK ST STE 2800
CHICAGO IL 60654-5313

FOX ROTHSCHILD LLP
NOTEHOLDERS)
ATTN: JEFFREY SCHLERF; L. JOHN BIRD
919 N MARKET ST STE 300
WILMINGTON DE 19801

FOX ROTHSCHILD LLP
ATTN: JEFFREY M SCHLERF & CARL NEFF
919 N MARKET ST STE 300
WILMINGTON DE 19801

FRANKGECKER LLP
ATTN: JOSEPH D FRANK ESQ AND REED HEILIGMAN
ESQ
325 N LASALLE ST STE 625
CHICAGO IL 60654

FRANKGECKER LLP
ATTN: FRANCES GECKER ESQ
325 N LASALLE ST STE 625
CHICAGO IL 60654

FRESHFIELDS BRUCKHAUS DERINGER US LLP
(COUNSEL TO SUNRISE PARTNERS LIMITED
PARTNERSHIP)
ATTN: SCOTT TALMADGE, ABBEY WALSH
601 LEXINGTON AVE 31ST FL
NEW YORK NY 10022

FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
ATTN: BRAD E SCHELER ESQ, GARY L KAPLAN ESQ
MATTHEW M ROOSE ESQ
1 NEW YORK PLAZA
1 FDR DRIVE
NEW YORK NY 10004

FRIEDLANDER & GORRIS P.A.
ATTN: JEFFREY GORRIS & CHRISTOPHER QUINN
1201 N. MARKET ST., SUITE 2200
WILMINGTON DE 19801

GARDERE WYNNE SEWELL LLP
ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN
1000 LOUISIANA, STE 3400
HOUSTON TX 77002

GAY MCCALL ISAACKS GORDON & ROBERTS PC
CITY OF GARLAND)
ATTN: DUSTIN L BANKS ESQ
1919 S SHILOH RD STE 310 LB 40
GARLAND TX 75042

GAY MCCALL ISAACKS GORDON & ROBERTS PC
ATTN: DAVID MCCALL ESQ
777 E 15TH ST
PLANO TX 75074

GELLERT SCALI BUSENKELL & BROWN LLC
ATTN: MICHAEL G. BUSENKELL
1201 N ORANGE ST STE 300
WILMINGTON DE 19801

GELLERT SCALI BUSENKELL & BROWN, LLC
(COUNSEL TO SUNRISE PARTNERS LIMITED
PARTNERSHIP)
ATTN: EVAN W RASSMAN
1201 N ORANGE ST STE 300
WILMINGTON DE 19801

GIBSON DUNN & CRUTCHER LLP
(COUNSEL TO BERKSHIRE HATHAWAY ENERGY /
BHE)
ATTN: JEFFREY KRAUSE, MICHAEL NEUMEISTER
DANIEL DENNY
333 S GRAND AVE
LOS ANGELES CA 90071-3197

GILLESPIE SANFORD LLP
ATTN: HAL K GILLESPIE
(COUNSEL TO IBEW LOCAL 2337 - MEMBER CHRIS
MORRIS)
4925 GREENVILLE AVE, SUITE 200
DALLAS TX 75206

GLAST PHILLIPS & MURRAY PC
ATTN: JONATHAN L HOWELL PLLC
14801 QUORUM DR STE 500
DALLAS TX 75254

GOODWIN PROCTER LLP
ATTN: WILLIAM WEINTRAUB
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK NY 10018

GORI JULIAN & ASSOCIATES PC
(COUNSEL TO JOHN H JONES)
ATTN: BARRY JULIAN ESQ AND BETH GORI ESQ
156 N MAIN ST
EDWARDSVILLE IL 62025

GREER HERZ & ADAMS LLP
ATTN: ANDREW J MYTELKA ESQ, MICHAEL ADAMS
ESQ
J SCOTT ANDREWS ESQ, JAMES M ROQUEMORE
ESQ
1 MOODY PLAZA 18TH FL
GALVESTON TX 77550

GREGORY D WILLARD ESQ
(COUNSEL TO AUTOMATIC SYSTEMS INC)
7339 WESTMORELAND DRIVE
SAINT LOUIS MO 63130-4241

HAYNES AND BOONE LLP
ATTN: TREVOR HOFFMANN ESQ
30 ROCKEFELLER CTR 26TH FL
NEW YORK NY 10112

HAYNES AND BOONE LLP
ATTN: PATRICK L HUGHES
1221 MCKINNEY ST STE 2100
HOUSTON TX 77010

HAYNES AND BOONE LLP
ATTN: IAN T PECK ESQ
2323 VICTORY AVE STE 700
DALLAS TX 75219

HINCKLEY ALLEN
ATTN: JENNIFER V. DORAN
28 STATE ST
BOSTON MA 02109

HOGAN MCDANIEL
(COUNSEL TO THE RICHARDS GROUP; PI LAW
FIRMS/
ASBESTOS CLAIMANTS; JOHN H JONES)
ATTN: DANIEL K HOGAN ESQ AND GARVIN F
MCDANIEL ESQ
1311 DELAWARE AVE
WILMINGTON DE 19806

HOGAN MCDANIEL
ATTN: GARVAN F MCDANIEL ESQ
1311 DELAWARE AVE
WILMINGTON DE 19806

HOGAN MCDANIEL
(COUNSEL TO DAVID HEINZMANN)
ATTN: DANIEL K HOGAN ESQ
1311 DELAWARE AVE
WILMINGTON DE 19806

HOLLAND & KNIGHT LLP
ATTN: PHILIP EVANS ESQ
800 17TH ST NW STE 1100
WASHINGTON DC 20006

INTERNAL REVENUE SERVICE
PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE
OGDEN UT 84201

JACKSON WALKER LLP
ATTN: J. SCOTT ROSE
WESTON CENTRE
112 E PECAN ST STE 2400
SAN ANTONIO TX 78205

JACKSON WALKER LLP
ATTN: BRUCE J RUZINSKY ESQ &
MATTHEW D CAVENAUGH ESQ
1401 MCKINNEY ST STE 1900
HOUSTON TX 77010

JENNER & BLOCK
(COUNSEL TO ENERGY FUTURE INTERMEDIATE
HOLDING CO/
EFIH)
ATTN: RICHARD LEVIN, ESQ.
919 THIRD AVENUE
NEW YORK NY 10022-3908

JENNER & BLOCK
(COUNSEL TO ENERGY FUTURE INTERMEDIATE
HOLDING CO/
EFIH)
ATTN: VINCENT E LAZAR ESQ
353 N CLARK ST
CHICAGO IL 60654

KASOWITZ BENSON TORRES LLP
ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL
FLIMAN
1633 BROADWAY
NEW YORK NY 10019

KELLEY DRYE & WARREN LLP
ATTN: JAMES CARR, BENJAMINN FEDER & BERT
SAYDAH
101 PARK AVENUE
NEW YORK NY 10178

KELLY HART & HALLMAN LLP
ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR
ESQ
KATHERINE THOMAS ESQ
201 MAIN ST STE 2500
FORT WORTH TX 76102

KIRKLAND & ELLIS LLP
ATTN: EDWARD SASSOWER PC, STEPHEN HESSLER
ESQ
BRIAN E SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK NY 10022

KIRKLAND & ELLIS LLP
ATTN: JAMES H.M. SPRAYREGEN PC
CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO IL 60654

KLEHR HARRISON HARVEY BRANZBURG LLP
ATTN: RAYMOND H LEMISCH ESQ
919 MARKET ST STE 1000
WILMINGTON DE 19801

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, GREGORY A
HOROWITZ
JOSHUA K BRODY; PHILIP BENTLEY
1177 AVENUE OF THE AMERICAS
NEW YORK NY 10036

LACKEY HERSHMAN LLP
ATTN: JAMIE R WELTON ESQ
3102 OAK LAWN AVE STE 777
DALLAS TX 75219

LANDIS RATH & COBB LLP
NEXTERA ENERGY RESOURCES)
ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE
ESQ
919 MARKET ST STE 1800
WILMINGTON DE 19801

LAW DEBENTURE TRUST COMPANY OF NEW YORK
801 2ND AVE RM 403
NEW YORK NY 10017-8664

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
PIPELINE OF AMERICA; EL PASO NAT GAS)
ATTN: PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE CT
NAVASOTA TX 77868

LAW OFFICES OF ROBERT E LUNA PC
ATTN: ROBERT E LUNA ESQ
4447 N CENTRAL EXPY
PMB 271
DALLAS TX 75205-3017

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: ELIZABETH WELLER ESQ
2777 N STEMMONS FWY STE 1000
DALLAS TX 75207

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P DILLMAN ESQ
4828 LOOP CENTRAL DR STE 600
HOUSTON TX 77002

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS
CTY,
ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY)
ATTN: DIANE WADE SANDERS
2700 VIA FORTUNA DR STE 500
AUSTIN TX 78746

LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
ATTN: GEOFFREY GAY ESQ
816 CONGRESS AVE STE 1900
AUSTIN TX 78701

LOCKE LORD LLP
ATTN: C. DAVIN BOLDISSAR ESQ
601 POYDRAS ST STE 2660
NEW ORLEANS LA 70130

LOCKE LORD LLP
ATTN: PHILIP EISENBERG ESQ
2800 JPMORGAN CHASE TOWER
600 TRAVIS
HOUSTON TX 77002

MANION GAYNOR & MANNING LLP
ATTN: MARC PHILLIPS ESQ
THE NEMOURS BUILDING
1007 N ORANGE ST 10TH FL
WILMINGTON DE 19801

MARGOLIS EDELSTEIN
ATTN: JAMES E HUGGETT & AMY D BROWN
300 DELAWARE AVE STE 800
WILMINGTON DE 19801

MASLON EDELMAN BORMAN & BRAND LLP
ATTN: CLARK T WHITMORE, ANA CHILINGARISHVILI
90 S 7TH ST STE 3300
MINNEAPOLIS MN 55402-4140

MCCREARY VESELKA BRAGG & ALLEN PC
ATTN: LEE GORDON
700 JEFFREY WAY STE 100
ROUND ROCK TX 78665

MCELROY DEUTSCH MULVANEY & CARPENTER LLP
ATTN: DAVID P PRIMACK ESQ
300 DELAWARE AVE STE 770
WILMINGTON DE 19801

MCKOOL SMITH
ATTN: PAUL D MOAK ESQ
600 TRAVIS ST STE 7000
HOUSTON TX 77002

MICHAEL G. SMITH
9857 N 2210 RD
ARAPAHO OK 73620-2123

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS F DUNNE ESQ, EVAN R FLECK ESQ
28 LIBERTY ST
NEW YORK NY 10005-1413

MISSOURI DEPARTMENT OF REVENUE
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY MO 65105-0475

MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
ATTN: NATALIE RAMSEY, DAVIS LEE WRIGHT, MARK FINK
SIDNEY LIEBESMAN
1105 N MARKET ST 15TH FL
WILMINGTON DE 19801

MORGAN LEWIS & BOCKIUS LLP
ATTN: JULIA FROST-DAVIES ESQ, C. CARTER ESQ
ONE FEDERAL ST
BOSTON MA 02110-1726

MORRIS JAMES LLP
ATTN: STEPHEN M MILLER ESQ
PO BOX 2306
WILMINGTON DE 19899-2306

MORRIS NICHOLS ARSHT & TUNNELL LLP
ATTN: ANDREW REMMING
1201 N MARKET ST STE 1600
WILMINGTON DE 19801

MORRISON & FOERSTER LLP
ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ
LORENZO MARINUZZI ESQ
250 W 55TH ST
NEW YORK NY 10019

MUNGER TOLLES & OLSON LLP
ATTN: THOMAS B WALPER ESQ, TODD J ROSEN ESQ;
SETH GOLDMAN ESQ; JOHN W SPIEGEL ESQ
350 S GRAND AVE 50TH FL
LOS ANGELES CA 90071

MUNSCH HARDT KOPF & HARR PC
ERCOT)
ATTN: KEVIN M LIPPMAN ESQ
500 N AKARD ST STE 3800
DALLAS TX 75201-6659

NAMAN HOWELL SMITH & LEE PLLC
ATTN: KERRY L HALIBURTON ESQ
PO BOX 1470
WACO TX 76703-1470

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN
1320 MAIN ST 17TH FL
PO BOX 11070 (29211)
COLUMBIA SC 29201

NIXON PEABODY
ATTN: RICHARD C PEDONE ESQ; AMANDA D
DARWIN ESQ
100 SUMMER ST
BOSTON MA 02110

O'KELLY & ERNST LLC
ATTN: MICHAEL J JOYCE ESQ
901 N MARKET ST 10TH FL
WILMINGTON DE 19801

O'MELVENY & MYERS LLP
ATTN: GEORGE A. DAVIS
7 TIMES SQUARE
NEW YORK NY 10036

O'MELVENY & MYERS LLP
ATTN: PETER FRIEDMAN ESQ AND ANDREW SORKIN
ESQ
1625 EYE ST, NW
WASHINGTON DC 20006

O'MELVENY & MYERS LLP
ATTN: DANIEL S SHAMAH ESQ
7 TIMES SQUARE
NEW YORK NY 10036

OFFICE OF THE TEXAS ATTORNEY GENERAL
ATTN: HAL MORRIS & ASHLEY BARTRAM,
BANKRUPTCY
PO BOX 12548
AUSTIN TX 78711-2548

OFFICE OF THE TEXAS ATTORNEY GENERAL
ENVIRONMENTAL QUALITY & RAILROAD
COMMISSION)
ATTN: HAL F MORRIS & ASHLEY BARTRAM,
BANKRUPTCY
PO BOX 12548
AUSTIN TX 78711-2548

OFFICE OF THE UNITED STATES ATTORNEY
PO BOX 2046
WILMINGTON DE 19899-2046

OFFICE OF THE UNITED STATES TRUSTEE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: ANDREA SCHWARTZ
201 VARICK ST STE 1006
NEW YORK NY 10014

ONCOR
C/O PAT VILLAREAL LAW
ATTN: PATRICIA VILLAREAL

PACHULSKI STANG ZIEHL & JONES LLP
COMPUTERSHARE TRUST CO)
ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN
PO BOX 8705
WILMINGTON DE 19899

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DANIEL A LOWENTHAL ESQ; CRAIG W DENT
ESQ
BRIAN P GUINEY ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK NY 10036-6710

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN
HERMANN
JACOB ADLERSTEIN
1285 AVENUE OF THE AMERICAS
NEW YORK NY 10019

PENSION BENEFIT GUARANTY CORPORATION
(PBGC)
ATTN: DESIREE M AMADOR, ATTY
1200 K STREET, NW
WASHINGTON DC 20005-4026

PENSION BENEFIT GUARANTY CORPORATION
(PBGC)
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON DC 20005-4026

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: ELIZABETH BANDA CALVO ESQ
500 E BORDER ST STE 640
ARLINGTON TX 76010

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: OWEN M SONIK ESQ
1235 N LOOP WEST STE 600
HOUSTON TX 77008

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
HOSPITAL DISTRICT & NORTH CENTRAL TEXAS
COLLEGE DISTRICT)
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS TX 76307

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
COPPERAS COVE, MCALLEN; HIDALGO COUNTY ET
AL)
ATTN: JOHN T BANKS ESQ
3301 NORTHLAND DR STE 505
AUSTIN TX 78731

PERKINS COIE LLP

(COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE

UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE)

ATTN: TINA N MOSS ESQ

30 ROCKEFELLER PLAZA 22ND FL

NEW YORK NY 10112-0015

POLSINELLI PC

ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ

SHANTI KATONA ESQ

222 DELAWARE AVE STE 1101

WILMINGTON DE 19801

POTTER ANDERSON & CORROON LLP

(COUNSEL TO CITIBANK)

ATTN: JEREMY W RYAN, R. STEPHEN MCNEILL

1313 N MARKET ST 6TH FL

PO BOX 951

WILMINGTON DE 19801

PURDUE AWSUMB & BAUDLER PA

ATTN: AMY R BAUDLER

4300 MARKETPOINTE DRIVE, STE 240

MINNEAPOLIS MN 55435

REED SMITH LLP

BANK OF NEW YORK MELLON TRUST COMPANY NA AS

INDENTURE TRUSTEES)

ATTN: KURT F GWYNNE ESQ

1201 MARKET ST STE 1500

WILMINGTON DE 19801

PINCKNEY WEIDINGER URBAN & JOYCE LLC

(COUNSEL TO AUTOMATIC SYSTEMS INC)

ATTN: GREGORY T. DONILON, ESQ.

3711 KENNETT PIKE, SUITE 210

GREENVILLE DE 19807

POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY LLP

NORTH TEXAS MUNICIPAL WATER DISTRICT)

ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT

500 W 7TH ST STE 600

FORT WORTH TX 76102

PROSKAUER ROSE LLP

ATTN: JEFF J MARWIL, MARK K THOMAS, PETER J YOUNG

70 W MADISON ST #3800

CHICAGO IL 60602

QUARLES & BRADY LLP

ATTN: JOHN A HARRIS

RENAISSANCE ONE

TWO N CENTRAL AVE

PHOENIX AZ 85004-2391

REED SMITH LLP

AS TTEE UNDER ENUMERATED TRUST INDENTURE TRUSTEES)

ATTN: ROBERT P SIMONS ESQ

REED SMITH CENTRE

225 5TH AVE

PITTSBURGH PA 15222

RICHARDS LAYTON & FINGER
ATTN: MARK D COLLINS ESQ
DANIEL J DEFRANCESCHI ESQ
JASON M MADRON ESQ
920 N KING ST
WILMINGTON DE 19801

RIDDELL WILLIAMS P.S.
ATTN: JOSEPH E SHICKICH JR
1001 - 4TH AVE STE 4500
SEATTLE WA 98154

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704

ROPES & GRAY LLP
ATTN: KEITH WOFFORD, GREGG GALARDI, D ROSS MARTIN
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704

ROSS ARONSTAM & MORITZ LLP
ATTN: BRADLEY ARONSTAM, BENJAMIN SCHLADWEILER ESQS
100 S WEST ST STE 400
WILMINGTON DE 19801

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER R BELMONTE ESQ AND
PAMELA A BOSSWICK ESQ
230 PARK AVE
NEW YORK NY 10169

SAUL EWING LLP
ERCOT)
ATTN: MARK MINUTI ESQ
1201 N MARKET ST 23RD FL
WILMINGTON DE 19801

SAUL EWING LLP
ATTN: LUCIAN B MURLEY ESQ
1201 N MARKET ST 23RD FL
WILMINGTON DE 19801

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTN: RICHARD A BARKASY ESQ
824 N MARKET ST STE 800
WILMINGTON DE 19801

SEARCY & SEARCY PC
(COUNSEL TO D COURTNEY CONSTRUCTION INC)
ATTN: JASON R SEARCY ESQ AND JOSHUA P SEARCY ESQ
PO BOX 3929
LONGVIEW TX 75606

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON DC 20549

SEWARD & KISSEL LLP
ATTN: JOHN ASHMEAD, KALYAN DAS, ARLENE ALVES
ONE BATTERY PARK PLAZA
NEW YORK NY 10004

SHEARMAN & STERLING LLP
ATTN: FREDERIC SOSNICK ESQ, NED S SCHODEK ESQ
599 LEXINGTON AVE
NEW YORK NY 10022

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATTN: MARK S CHEHI ESQ
PO BOX 636
WILMINGTON DE 19899-0636

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATTN: JAY M GOFFMAN ESQ
4 TIMES SQUARE
NEW YORK NY 10036

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATTN: GEORGE N PANAGAKIS ESQ; CARL T TULLSON ESQ
155 N WACKER DR STE 2700
CHICAGO IL 60606-1720

SMITH KATZENSTEIN & JENKINS LLP
ATTN: KATHLEEN M MILLER ESQ
PO BOX 410
WILMINGTON DE 19899

SNELL & WILMER LLP
ATTN: DAVID E LETA ESQ
15 W SOUTH TEMPLE STE 1200
SALT LAKE CITY UT 84101-1547

SQUIRE SANDERS (US) LLP
ATTN: STEPHEN D. LERNER & ANDREW M. SIMON
221 E FOURTH ST STE 2900
CINCINNATI OH 45202

STEFFES VINGIELLO & MCKENZIE LLC
ATTN: NOEL STEFFES MELANCON ESQ
13702 COURSEY BLVD BLDG 3
BATON ROUGE LA 70817

STEVENS & LEE PC
(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING
COMPANY LLC/EFIH)
ATTN: JOSEPH H HUSTON JR ESQ
1105 N MARKET ST STE 700
WILMINGTON DE 19801

SULLIVAN & CROMWELL LLP
ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN
125 BROAD ST
NEW YORK NY 10004

SULLIVAN HAZELTINE ALLINSON LLC
ATTN: ELIHU E. ALLINSON, III
901 N MARKET ST STE 1300
WILMINGTON DE 19801

TAYLOR ENGLISH DUMA LLP
ATTN: STEPHEN C GREENBERG ESQ
1600 PARKWOOD CIR STE 400
ATLANTA GA 30339

TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC)
ATTN: JASON A STARKS, ASST ATTORNEY GENERAL
PO BOX 12548
AUSTIN TX 78711-2548

THE BANK OF NEW YORK MELLON
ATTN: RAFAEL MARTINEZ,VP - CSM
601 TRAVIS ST 16TH FL
HOUSTON TX 77002

THE BANK OF NEW YORK MELLON
ATTN: THOMAS VLAHAKIS,VP
385 RIFLE CAMP RD 3RD FL
WOODLAND PARK NJ 07424

THE BANK OF NEW YORK MELLON
ATTN: DENNIS ROEMLEIN
601 TRAVIS ST, 16TH FL
HOUSTON TX 77002

THE ROSNER LAW GROUP LLC
ATTN: FEDERICK B ROSNER ESQ
824 MARKET ST STE 810
WILMINGTON DE 19801

THE RUCKDESCHEL LAW FIRM LLC
(COUNSEL TO DAVID HEINZMANN)
ATTN: JONATHAN RUCKDESCHEL ESQ
8357 MAIN ST
ELLICOTT CITY MD 21043

THE UNIVERSITY OF TEXAS SYSTEM
OFFICE OF GENERAL COUNSEL
ATTN: TRACI L COTTON ESQ
201 W SEVENTH ST
AUSTIN TX 78701

THOMPSON COBURN LLP
ATTN: DAVID D. FARRELL
ONE US BANK PLAZA, STE 3200
SAINT LOUIS MO 63101

TRAVIS COUNTY
PO BOX 1748
AUSTIN TX 78767

TROUTMAN SANDERS LLP
IN ITS CAPACITY AS SUCCESSOR INDENTURE
TTEE/WSFS
ATTN: HUGH MCDONALD, LOUIS CURCIO, BRETT
GOODMAN
875 THIRD AVE
NEW YORK NY 10022

TUCKER ARENSBERG, PC
ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ
1500 ONE PPG PLACE
PITTSBURGH PA 15222

TW TELECOM INC (LEVEL 3 COMMUNICATIONS)
1025 ELDORADO BLVD
BROOMFIELD CO 80021

UMB BANK N.A.
2 S BROADWAY STE 600
ST. LOUIS MO 63102

UNION PACIFIC RAILROAD COMPANY
1400 DOUGLAS ST STOP 1580
OMAHA NE 68179

UNITED STATES DEPARTMENT OF JUSTICE
AGRICULTURE, RURAL UTILITIES SERVICE)
ATTN: MATTHEW J TROY CIVIL DIVISION
950 PENNSYLVANIA AVE NW
WASHINGTON DC 20530-0001

UNITED STATES DEPARTMENT OF JUSTICE
ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON
ESQ
PO BOX 227
BEN FRANKLIN STATION
WASHINGTON DC 20044

UNITED STATES DEPARTMENT OF JUSTICE
FEDERAL COMMUNICATIONS COMMISSION
ATTN: MATTHEW J TROY, CIVIL DIVISION
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON DC 20044-0875

UNITED STATES DEPARTMENT OF JUSTICE
ENVIRONMENTAL ENFORCEMENT SECTION, ENRD
ATTN: BRANDON ROBERS, TRIAL ATTYS
P.O. BOX 7611
WASHINGTON DC 20044-7611

UNITED STATES DEPARTMENT OF JUSTICE
(COUNSEL TO THE U.S. ON BEHALF OF THE
UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY)
ENVIRONMENTAL ENFORCEMENT SECTION, ENRD
ATTN: DANIEL S. SMITH, SR COUNSEL
PO BOX 7611, BEN FRANKLIN STATION
WASHINGTON DC 20044-7611

VARNUM LLP
(COUNSEL TO APPLABS)
ATTN: MARY KAY SHAVER ESQ
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS MI 49501-0352

VENABLE LLP
ATTN: JEFFREY S. SABIN ESQ
1270 AVENUE OF THE AMERICAS 24TH FL
NEW YORK NY 10020

VENABLE LLP
ATTN: JAMIE L. EDMONSON
1201 NORTH MARKET STREET
WILMINGTON DE 19801

WACHTELL LIPTON ROSEN & KATZ
ATTN: RICHARD MASON; EMIL KLEINHAUS
51 W 52ND ST
NEW YORK NY 10019

WEINSTEIN RADCLIFF LLP
ATTN: GREGORY M WEINSTEIN ESQ
8350 N CENTRAL EXPY STE 1500
DALLAS TX 75206

WERB & SULLIVAN
ATTN: DUANE D WERB ESQ
PO BOX 25046
WILMINGTON DE 19899

WHITE & CASE LLP
NOTEHOLDERS; AND LAW DEBENTURE)
ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER
1155 AVENUE OF THE AMERICAS
NEW YORK NY 10036

WHITE & CASE LLP
NOTEHOLDERS; AND LAW DEBENTURE)
ATTN: THOMAS LAURIA & MATTHEW BROWN ESQ
200 S BISCAYNE BLVD STE 4900
MIAMI FL 33131

WHITE & CASE LLP
ATTN: J CHRISTOPHER SHORE
1221 AVENUE OF THE AMERICAS
NEW YORK NY 10020

WHITEFORD TAYLOR & PRESTON LLC
(COUNSEL TO SIMEIO AND BORAL)
ATTN: L KATHERINE GOOD ESQ
THE RENAISSANCE CENTRE
405 N KING ST STE 500
WILMINGTON DE 19801

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ
7 WORLD TRADE CENTER, 205 GREENWICH ST
NEW YORK NY 10007

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: BENJAMIN LOVELAND ESQ
60 STATE ST
BOSTON MA 02109

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: P. ANKER, C. PLATT & G. SHUSTER
250 GREENWICH ST 45TH FL
NEW YORK NY 10007

WILMINGTON SAVINGS FUND SOCIETY
500 DELAWARE AVENUE
WILMINGTON DE 19801

WILMINGTON TRUST FSB
50 S SIXTH ST STE 1290
MINNEAPOLIS MN 55402

WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQ.
200 PARK AVE
NEW YORK NY 10166

WOMAC LAW
ATTN: BRIAN D WOMAC ESQ
8301 KATY FWY
HOUSTON TX 77024

WOMBLE CARLYLE SANDRIDGE & RICE LLP
ATTN: MARK L DESGROSSEILLIERS
222 DELAWARE AVE STE 1501
WILMINGTON DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE LLP
ATTN: MARK L DESGROSSEILLIERS ESQ
222 DELAWARE AVE STE 1501
WILMINGTON DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE LLP
ATTN: KEVIN J MANGAN ESQS
222 DELAWARE AVE STE 1501
WILMINGTON DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE LLP
ATTN: KEVIN J MANGAN ESQ
222 DELAWARE AVE STE 1501
WILMINGTON DE 19801

YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY;
ANDREW MAGAZINER
1000 N KING ST
WILMINGTON DE 19801