**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 12868** |

**CERTIFICATE OF NO OBJECTION REGARDING THE
FORTIETH MONTHLY FEE APPLICATION OF MONTGOMERY, MCCRACKEN,
WALKER & RHOADS, LLP AS DELAWARE BANKRUPTCY COUNSEL AND
CONFLICTS COUNSEL TO THE EFH OFFICIAL COMMITTEE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD FROM FEBRUARY 1, 2018 THROUGH FEBRUARY 28, 2018**

**(NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, he has received no written

answer, objection, or other responsive pleading to the *Fortieth Monthly Fee Application of*

*Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and*

*Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of*

*Expenses for the Period from February 1, 2018 through February 28, 2018* [D.I. 12868] (the

"**Fee Application**"). The undersigned further certifies that after reviewing the Court's docket in

this case, no answer, objection or other responsive pleading to the Fee Application appears

thereon. Pursuant to the notice accompanying the Fee Application, responses to the Fee

Application were to be filed and served no later than April 18, 2018 at 4:00 p.m. (ET). The Fee

Application was filed and served in accordance with the *Stipulation and Order Appointing a Fee*

*Committee*, dated August 21, 2014 [D.I. 1896] and the *Order Establishing Procedures for*

---

[1]    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. A complete list of the debtors and the last four digits of their federal tax identification numbers is available at http://www.efhcaseinfo.com.

*Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Administrative Order**").

Consequently, pursuant to the Administrative Order, the above-captioned debtors and debtors-in-possession are authorized to pay Montgomery, McCracken, Walker & Rhoads, LLP ("**MMWR**"), 80% of its fees and 100% of its expenses requested in the Fee Application upon filing of this certificate without the need for further order of the Court. A summary of the fees and expenses sought by MMWR is annexed hereto as **Exhibit A**.

Dated: Wilmington, Delaware
         April 19, 2018

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

*/s/ Mark A. Fink*
Natalie D. Ramsey (DE Bar No. 5378)
Davis Lee Wright (DE Bar No. 4324)
Mark A. Fink (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE 19801
Telephone: (302) 504-7800
Facsimile: (302) 504-7820
E-mail:      nramsey@mmwr.com
                 dwright@mmwr.com
                 mfink@mmwr.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.*

**EXHIBIT A**

Professional Fees and Expenses Monthly Fee Application

| Applicant | Compensation Period | Objection Deadline | Total Fees Requested | Requested Expenses | Approved Fees (80% of Requested Fees) | Approved Expenses (100% of Requested Expenses) | 20% Fee Holdback | TOTAL DUE |
|---|---|---|---|---|---|---|---|---|
| Montgomery, McCracken, Walker & Rhoads, LLP | 02/01/2018 – 02/28/2018 | 04/18/2018 | $34,515.00 | $157.10 | $27,612.00 | $157.10 | $6,903.00 | $27,769.10 |