# EXHIBIT D

## Summary of Jenner & Block LLP Blended Hourly Rates
### (Customary And Comparable Compensation Disclosures)

| Timekeeper Category | | Worked and Billed in 2016 (excluding Restructuring lawyers) | Worked and Billed in 2017 (excluding Restructuring lawyers) | Blended Hourly Rate Billed in this Fee Application |
|---|---|---|---|---|
| **Partner** | | $714 | $784 | $1,166 |
| | Partner - Sr | $773 | $868 | $1,166 |
| | Partner - Mid | $687 | $750 | N/A |
| | Partner - Jr | $620 | $658 | N/A |
| **Associate** | | $482 | $505 | N/A |
| | Associate - Sr | $536 | $599 | N/A |
| | Associate - Mid | $529 | $553 | N/A |
| | Associate - Jr | $453 | $481 | N/A |
| **Paralegal** | Paralegal – Sr | | $284 | $365 |
| **Total (including Staff Attys, Paralegals & Project Assistants)** | | $470 | $547 | $1,163 |

Case Name: Energy Future Intermediate Holding Company LLC
Case Number: 14-10979 (CSS)
Applicant's Name: Jenner & Block LLP
Date of Application: April 19, 2018
Interim or Final: Interim

2657020.1

SL1 1519111v1 109285.00005