## **EXHIBIT E**

### Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Restructuring | $1,250-$1,300 | 38.7 | $49,455.00 |
| Vincent E. Lazar | Partner | 1990 | Restructuring | $1,025-$1,100 | 41.8 | $44,467.50 |
| Toi Hooker | Paralegal | | Restructuring | $365 | 0.3 | $109.50 |
| **TOTAL** | | | | | **80.8** | **$94,032.00** |