## **EXHIBIT F**

## **Summary of Jenner & Block LLP Expenses**

| Service Description | Amount |
|---|---:|
| Telephone Expense | $11.12 |
| Transcripts | $1,383.10 |
| Pacer Charges | $6.60 |
| Travel Expense | **$215.52** |
| **TOTAL** | **$1,616.34** |