## **EXHIBIT G**

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Plan and Disclosure | 62.6 | $74,359.50 |
| Employment and Fee Applications | 18.2 | $19,672.50 |
| **TOTAL** | **80.8** | **$94,032.00** |