# EXHIBIT H

## Detailed Time Records for Jenner & Block LLP

### ENERGY FUTURES INTERMEDIATE HOLDING/PLAN AND DISCLOSURE (55152-10034)

| Date | Name | Orig.Hrs | Orig. Amt | Narrative |
|---|---|---|---|---|
| 09/01/2017 | RICHARD B. LEVIN | 0.40 | 500.00 | Review allocation effects; emails re same. |
| 09/01/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed Goldin analysis of Elliot incentives on break-up fee. |
| 09/05/2017 | RICHARD B. LEVIN | 1.40 | 1,750.00 | Telephone conferences C. Husnick, P. Gelston, K. Bhavaratu re new proposal (.5); Review financial analysis (.3); telephone conference C. Cremens re same (.2); Board meeting (.4). |
| 09/05/2017 | VINCENT E. LAZAR | 0.80 | 820.00 | Email with J. Huston re Wednesday hearing, position (.2); attended joint board meeting re potential competing offer (.6); reviewed redline disclosure statement (.3). |
| 09/06/2017 | VINCENT E. LAZAR | 0.70 | 717.50 | Attended Disclosure Statement hearing (partial) (.5); reviewed report re same, emails re next steps (.2). |
| 09/07/2017 | RICHARD B. LEVIN | 0.60 | 750.00 | Review Elliott Reconsideration motion opposition (.3); telephone conference M. Thomas re same (.1); telephone conference A. Wright re same (.2). |
| 09/07/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Reviewed draft objection to motion for reconsideration. |
| 09/11/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Skimmed solicitation version plan, Disclosure Statement. |
| 09/12/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Skimmed redlines of Disclosure Statement and joint plan. |
| 09/18/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed press re PUCT, process. |
| 09/19/2017 | RICHARD B. LEVIN | 0.30 | 375.00 | Emails re motion to reconsider NEE termination fee. |
| 09/19/2017 | VINCENT E. LAZAR | 0.50 | 512.50 | Emails with J. Huston re make-whole ruling, litigation update (.2); reviewed reports re same, and telephone conference with R. Levin re impact (.3). |
| 09/20/2017 | RICHARD B. LEVIN | 0.80 | 1,000.00 | Telephone conference M. Thomas re NEE breakup fee (.2); telephone conference C. Cremens re same (.4); telephone conference P. Gelston re same (.2). |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 09/21/2017 | RICHARD B. LEVIN | 0.20 | 250.00 | Review board materials. |
| 09/22/2017 | RICHARD B. LEVIN | 1.10 | 1,375.00 | Attend board meeting. |
| 09/22/2017 | VINCENT E. LAZAR | 1.00 | 1,025.00 | Reviewed board deck, attended board meeting re plan, break-up fee update (.8); telephone conference with R. Levin re tax dispute (.2). |
| 09/25/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Skimmed TCEH stay violation pleadings. |
| 09/27/2017 | RICHARD B. LEVIN | 0.20 | 250.00 | Emails re NEE dispute, status. |
| 09/27/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed email report from J. Huston re results of NEE/Elliot status conference, next steps. |
| 09/28/2017 | RICHARD B. LEVIN | 0.30 | 375.00 | Emails re tax election issue. |
| 10/02/2017 | RICHARD B. LEVIN | 0.30 | 375.00 | Review correspondence re E&P allocation. |
| 10/02/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Reviewed tax letter position letter from M. Thomas, email with R. Levin re same. |
| 10/03/2017 | RICHARD B. LEVIN | 0.70 | 875.00 | Review NextEra reconsideration decision. |
| 10/03/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Reviewed reconsideration opinion. |
| 10/04/2017 | RICHARD B. LEVIN | 0.40 | 500.00 | Emails re Vistra tax issue. |
| 10/05/2017 | RICHARD B. LEVIN | 0.40 | 500.00 | Emails re EFH tax return issues. |
| 10/05/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Skimmed Sempra update from A. Wright. |
| 10/08/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed emails, updates re T-Side tax issue. |
| 10/09/2017 | VINCENT E. LAZAR | 1.00 | 1,025.00 | Attended board meeting re plan update, tax issues (.8); follow-up with R. Levin re same (.2). |
| 10/10/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviews tax dispute press. |
| 10/10/2017 | TOI D. HOOKER | 0.30 | 109.50 | Sent production documents to D. Hogan. |
| 10/11/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Reviewed tax complaint, related pleadings. |
| 10/13/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed TRO, related pleadings (tax dispute). |
| 10/23/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Reviewed plan supplement (claims estimates, board). |
| 10/24/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed Oncor/Sempra reports from Austin. |
| 10/25/2017 | RICHARD B. LEVIN | 0.90 | 1,125.00 | Prepare for Board meeting re plan implementation issues (.2); attend meeting (.7). |

2657020.1

SL1 1519111v1 109285.00005

| Date | Attorney | Hours | Amount | Description |
|---|---|---|---|---|
| 10/25/2017 | VINCENT E. LAZAR | 0.80 | 820.00 | Reviewed deck and attended board meeting. |
| 10/30/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Skimmed plan objections. |
| 11/03/2017 | RICHARD B. LEVIN | 0.20 | 250.00 | Telephone conference P. Gelston re status, transition. |
| 11/06/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Reviewed update email for board re case progress, press. |
| 11/28/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed updated confirmation discovery, hearing scheduling order. |
| 11/29/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Telephone conference with A. Yenamandra re committee inquiry on remaining work. |
| 11/30/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Telephone conference with R. Levin re K&E call, and follow-up email re 12/1 board meeting. |
| 12/01/2017 | RICHARD B. LEVIN | 0.70 | 875.00 | Attend Board meeting. |
| 12/01/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Reviewed board deck. |
| 12/12/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed board report re PUCT progress, and office conference with R. Levin re same, P. Gelston role. |
| 12/15/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed press re Sempra settlements, emails re plan process. |
| 12/18/2017 | VINCENT E. LAZAR | 0.30 | 307.50 | Reviewed Elliot motion re: fee committee position, email with R. Levin re same. |
| 12/21/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Telephone conference with A. Yenamandra re Elliot inquiry, EFIH professional responses. |
| 12/22/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed response, forwarded same to A. Yenamandra. |
| 12/27/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed emails re proposed settlement split, potential mediation. |
| 01/05/2018 | RICHARD B. LEVIN | 1.00 | 1,300.00 | Attend Board meeting (.8); emails re Board meeting, allocations issues (.2). |
| 01/05/2018 | VINCENT E. LAZAR | 0.80 | 880.00 | Reviewed board deck and attended board call re plan progress and Elliot negotiations. |
| 01/09/2018 | RICHARD B. LEVIN | 0.40 | 520.00 | Telephone conference M. Thomas re confirmation issues, allocations (.4). |
| 01/11/2018 | RICHARD B. LEVIN | 0.30 | 390.00 | Telephone conference G. Galardi re allocation issues (.3). |
| 01/11/2018 | RICHARD B. LEVIN | 0.60 | 780.00 | Telephone conference M. Thomas re allocations (.2); telephone conference C. Cremens re same (.3); emails re |

3

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 01/11/2018 | VINCENT E. LAZAR | 0.10 | 110.00 | Reviewed reports re Sempra funding. |
| 01/16/2018 | VINCENT E. LAZAR | 0.20 | 220.00 | Reviewed G. Gelardi, M. Thomas offer correspondence, R. Levin emails re EFIH role in discussions. |
| 01/18/2018 | RICHARD B. LEVIN | 0.20 | 260.00 | Telephone conference M. Thomas re allocation issues. |
| 01/19/2018 | RICHARD B. LEVIN | 0.20 | 260.00 | Emails re allocation issues. |
| 01/19/2018 | RICHARD B. LEVIN | 0.40 | 520.00 | Telephone conference G. Galardi re allocation. |
| 01/20/2018 | VINCENT E. LAZAR | 0.30 | 330.00 | Reviewed emails with M. Thomas, G. Gilardi, telephone conference with R. Levin re background and settlement posture. |
| 01/22/2018 | RICHARD B. LEVIN | 0.80 | 1,040.00 | Review allocation memo and analyses (.8). |
| 01/23/2018 | RICHARD B. LEVIN | 1.60 | 2,080.00 | Emails re allocation analyses (.3); prepare means to client re same (1.3). |
| 01/24/2018 | RICHARD B. LEVIN | 0.20 | 260.00 | Telephone conference M. Kieselstein re allocations. |
| 01/24/2018 | RICHARD B. LEVIN | 0.40 | 520.00 | Review allocation financial analyses. |
| 01/25/2018 | RICHARD B. LEVIN | 3.10 | 4,030.00 | Telephone conference K. Bhavaraju re allocation financial analysis (.3); review same (.3); revise memo re same (.5); telephone conference C. Cremens re same (.3); telephone conference M. Thomas re same (.6); further analysis and review (.8); telephone conference A. Wright re same (.3). |
| 01/25/2018 | VINCENT E. LAZAR | 0.60 | 660.00 | Reviewed R. Levin memorandum to C. Cremens re history of negotiations, EFIH options (.3); office conference with M. Thomas re Elliot position and negotiations, strategy for consensual resolution (.3). |
| 01/26/2018 | RICHARD B. LEVIN | 1.20 | 1,560.00 | Analyze allocation proposal (1.0); telephone conference M. Thomas re same (.2). |
| 01/26/2018 | RICHARD B. LEVIN | 1.50 | 1,950.00 | Telephone conference P. Gelston re allocation proposal (.4); prepare email C. Cremens re same (.9); telephone conference C. Cremens re same (.2). |
| 01/26/2018 | VINCENT E. LAZAR | 0.80 | 880.00 | Telephone conference with M. Thomas re procedural options, timing on discussions (.3); telephone conference with R. Levin re same (.2); reviewed expense allocation memorandum, background, emails (.3). |
| 01/29/2018 | RICHARD B. LEVIN | 1.70 | 2,210.00 | Telephone conference C. Cremens, P. Gelston re allocation issues (.6); telephone conference M. Thomas re same (.3); telephone conference C. Cremens re same (.3); same (.3); emails (.2). |
| 01/30/2018 | RICHARD B. LEVIN | 1.80 | 2,340.00 | Telephone conference C. Cremens re |

SL1 1519111v1 109285.00005

2657020.1

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 01/31/2018 | RICHARD B. LEVIN | 0.50 | 650.00 | allocation (.8); prepare analysis and email re same (.6); telephone conference P. Gelston re same (.2); miscellaneous emails (.2). Telephone conference C. Cremens re allocations (.3); revise draft Board deck (.2). |
| 01/31/2018 | VINCENT E. LAZAR | 0.50 | 550.00 | Reviewed board materials, R. Levin comments to slides (.3); telephone conference with R. Levin re G. Gelardi proposal, update on talks (.2). |
| 02/01/2018 | RICHARD B. LEVIN | 2.30 | 2,990.00 | Telephone conference C. Cremens re allocations (.6); telephone conference M. Kieselstein re same (.2); telephone conference C. Cremens re same (.2); telephone conference A> Wright re Board deck; revise (.4); telephone conferences M. Thomas re allocation (.3); telephone conference C. Cremens re same (.3); telephone conference M. Kieselstein (.1); telephone conference A. Yenamandra re same (.2). |
| 02/01/2018 | VINCENT E. LAZAR | 0.20 | 220.00 | Reviewed comments to board materials, emails with M. Thomas. |
| 02/02/2018 | RICHARD B. LEVIN | 0.60 | 780.00 | Attend Board meeting (.6). |
| 02/02/2018 | VINCENT E. LAZAR | 0.90 | 990.00 | Reviewed deck, attended board meeting (.7); email with R. Levin re potential confirmation hearing attendance, settlement update (.2). |
| 02/05/2018 | RICHARD B. LEVIN | 0.50 | 650.00 | Telephone conference C. Cremens re allocation negotiations. |
| 02/06/2018 | RICHARD B. LEVIN | 0.70 | 910.00 | Telephone conference M. Thomas re allocations (.2); analysis and email re same (.5). |
| 02/06/2018 | VINCENT E. LAZAR | 0.50 | 550.00 | Reviewed allocation memorandum and supporting materials, and telephone conference with R. Levin re negotiations with M. Thomas (.3); emails with R. Levin re Elliot position on settlement, potential plan objections (.2). |
| 02/07/2018 | RICHARD B. LEVIN | 1.20 | 1,560.00 | Telephone conference M. Thomas re allocations (.6); telephone conference C. Cremens re same (.5); telephone conference m. Thomas re same (.1). |
| 02/07/2018 | VINCENT E. LAZAR | 0.30 | 330.00 | Telephone conference with A. Yenamandra re discussions with Elliot, follow-up with R. Levin re same. |
| 02/08/2018 | VINCENT E. LAZAR | 0.20 | 220.00 | Telephone conference with R. Levin re update on Elliot, EFH negotiations. |
| 02/09/2018 | VINCENT E. LAZAR | 0.20 | 220.00 | Email, telephone conference with R. Levin re DD allocation dispute update, Sempra settlement hearing attendance. |
| 02/12/2018 | RICHARD B. LEVIN | 0.30 | 390.00 | Telephone conference V. Lazar re confirmation hearing; related emails. |

| Date | Name | Hours | Amount | Description |
|---|---|---|---|---|
| 02/12/2018 | VINCENT E. LAZAR | 0.60 | 660.00 | Reviewed proposed order, and attended confirmation hearing pre-trial meet-and-confer. |
| 02/13/2018 | VINCENT E. LAZAR | 0.90 | 990.00 | Reviewed proposed order, and attended confirmation hearing pre-trial meet-and-confer (.6); telephone conference with R. Levin re Elliot Sempra settlement, Friday hearing, client recommendation (.2); follow-up emails re same (.1). |
| 02/14/2018 | RICHARD B. LEVIN | 0.90 | 1,170.00 | Review post-confirmation trust agreement (.8); telephone conference A. Yenamandra re same (.1). |
| 02/14/2018 | VINCENT E. LAZAR | 0.50 | 550.00 | Reviewed, prepared additional comments to proposed plan trust agreement. |
| 02/16/2018 | RICHARD B. LEVIN | 0.20 | 260.00 | Emails re allocations; review hearing summary re same. |
| 02/16/2018 | VINCENT E. LAZAR | 0.20 | 220.00 | Reviewed RR press re NextEra reserve, and email with R. Levin re update on EFH/EFIH allocation dispute. |
| 02/18/2018 | VINCENT E. LAZAR | 0.50 | 550.00 | Skimmed plan confirmation materials, including Ganter declaration, confirmation brief (.3); emails with R. Levin re M. Thomas negotiations (.2). |
| 02/20/2018 | RICHARD B. LEVIN | 1.10 | 1,430.00 | Telephone conference V. Lazar re confirmation hearing (.1); Review draft confirmation order (.2); telephone conference P. Venter re same (.2); Review NEE Admin. Claim Motion (.4). |
| 02/20/2018 | RICHARD B. LEVIN | 0.60 | 780.00 | Research re NEE Admin Claim motion (.4); telephone conference A. Yenamandre re confirmation order (.2). |
| 02/20/2018 | VINCENT E. LAZAR | 0.90 | 990.00 | Emails, telephone conference with R. Levin re confirmation hearing, potential allocation issue (.2); reviewed reserve language, telephone conference with R. Levin re revisions to same (.3); reviewed Kramer motion in limine (.2); reviewed NEE administration claim motion (.2). |
| 02/21/2018 | RICHARD B. LEVIN | 0.20 | 260.00 | Emails re confirmation order (.2). |
| 02/22/2018 | VINCENT E. LAZAR | 0.40 | 440.00 | Reviewed conference hearing pleadings, reports re opportunity cost ruling. |
| 02/23/2018 | VINCENT E. LAZAR | 2.60 | 2,860.00 | Reviewed expense allocation, related materials re potential argument at confirmation hearing and prepared for attendance at same (2.3); reviewed EFH withdrawal of settlement offer, and email with R. Levin re issues with EFH position (.3). |
| 02/24/2018 | VINCENT E. LAZAR | 0.30 | 330.00 | Reviewed allocation language for order; email with R. Levin re same. |
| 02/25/2018 | VINCENT E. LAZAR | 1.80 | 1,980.00 | Emails, telephone conference with R. |

2657020.1

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|---|---|---|---|---|
| 02/26/2018 | RICHARD B. LEVIN | 1.00 | 1,300.00 | Levin re allocation issue, making call on confirmation hearing attendance (.3); telephone conference with B. Stephany (Kirkland) re expected hearing (.3); attended pre-trial conference (.5); email with R. Levin re confirmation hearing, follow-up with DE counsel re attending (.3); reviewed confirmation order revisions (.2); reviewed exhibit stipulation (.2). Review and revise confirmation order relating to allocations. |
| 02/26/2018 | VINCENT E. LAZAR | 0.80 | 880.00 | Reviewed confirmation order changes (,2); emails with J. Huston re report on proceedings (.2); emails with team re mediation suggestion, allocation dispute issues (.2); office conference with R. Levin re allocation dispute resolution process (.2). |
| 02/27/2018 | RICHARD B. LEVIN | 0.30 | 390.00 | Emails re allocations. |
| 02/27/2018 | VINCENT E. LAZAR | 0.50 | 550.00 | Reviewed updated confirmation order, report re language change (.2); reviewed K&E allocation cleansing filing, emails with R. Levin re same (.3). |
| 02/28/2018 | VINCENT E. LAZAR | 0.20 | 220.00 | Reviewed board deck comments from M. Thomas. |
| 03/02/2018 | RICHARD B. LEVIN | 0.40 | 520.00 | Review and comment on Trust Agreement. |
|  |  | **62.60** | **74,359.50** |  |

## ENERGY FUTURES INTERMEDIATE HOLDING / EMPLOYMENT AND FEE APPLICATIONS (55152-10085)

| Date | Name | Orig Hrs | Orig Amt | Narrative |
|---|---|---|---|---|
| 09/22/2017 | RICHARD B. LEVIN | 0.30 | 375.00 | Telephone conference C. Cremens re Cravath issue. |
| 09/28/2017 | RICHARD B. LEVIN | 0.60 | 750.00 | Review and respond to Cravath draft waiver letter. |
| 10/04/2017 | VINCENT E. LAZAR | 2.00 | 2,050.00 | Worked on shell Jenner application. |
| 10/05/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed files, email with R. Levin re 9-12/17 budget. |
| 10/06/2017 | VINCENT E. LAZAR | 1.00 | 1,025.00 | Worked on Jenner, Cravath fee application support. |
| 10/10/2017 | VINCENT E. LAZAR | 1.70 | 1,742.50 | Worked on narrative, spreadsheets for Jenner application. |
| 10/11/2017 | RICHARD B. LEVIN | 0.30 | 375.00 | Review Seventh Fee Application draft. |
| 10/11/2017 | VINCENT E. LAZAR | 1.70 | 1,742.50 | Finalized Jenner application, circulated to R. Levin for review (.7); began work on Cravath application (1.0). |

| Date | Timekeeper | Hours | Amount | Description |
|---|---|---|---|---|
| 10/12/2017 | VINCENT E. LAZAR | 2.30 | 2,357.50 | Worked on Cravath fee application, including preparation of exhibits. |
| 10/12/2017 | VINCENT E. LAZAR | 0.60 | 615.00 | Researched, prepared Jenner, Cravath estimates for unpaid bills at closing. |
| 10/13/2017 | RICHARD B. LEVIN | 0.30 | 375.00 | Review conflicts and disclosure matters. |
| 10/13/2017 | VINCENT E. LAZAR | 1.60 | 1,640.00 | Finalized, transmitted Jenner fee application (.4); revised and circulated Cravath fee application to Cravath for signoff (1.2). |
| 10/16/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Reviewed files re existing disclosures. |
| 10/17/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Finalized Cravath application, forwarded same to J. Huston for filing. |
| 10/19/2017 | VINCENT E. LAZAR | 0.20 | 205.00 | Emails with Cravath re exhibits for fee application, forwarded same. |
| 11/29/2017 | RICHARD B. LEVIN | 0.50 | 625.00 | Telephone conferences, emails re fee committee request for information re future work. |
| 11/30/2017 | RICHARD B. LEVIN | 0.30 | 375.00 | Emails re fee estimates. |
| 12/04/2017 | RICHARD B. LEVIN | 0.50 | 625.00 | Correspondence from Elliott re Goldin fees; telephone conference J. Goldin re same; telephone conference C. Husnick. |
| 12/05/2017 | RICHARD B. LEVIN | 0.20 | 250.00 | Revise Goldin response to Elliott fee information request. |
| 01/12/2018 | RICHARD B. LEVIN | 0.40 | 520.00 | Prepare work plan report to Fee Committee. |
| 01/28/2018 | VINCENT E. LAZAR | 0.60 | 660.00 | Reviewed support, prepared shell for EFIH fee application. |
| 02/04/2018 | VINCENT E. LAZAR | 0.80 | 880.00 | Worked on shell Jenner, Cravath fee applications, and email with R. Gonzalez (Cravath) re information for application. |
| 02/06/2018 | VINCENT E. LAZAR | 0.60 | 660.00 | Prepared Jenner, Cravath estimates for closing, transmitted same to K&E. |
| 02/08/2018 | VINCENT E. LAZAR | 1.10 | 1,210.00 | Updated cover sheet information (.8); telephone conference with R. Levin and email with fee examiner re deferring Jenner and Cravath applications until final hearing (.3). |
| | | **18.20** | **19,672.50** | |

SL1 1519111v1 109285.00005

2657020.1