## EXHIBIT I

## Detailed Expense Records for Jenner & Block LLP

| Date | Description | Amt | Vendor/Narrative |
|---|---|---|---|
| 08/18/2017 | Transcripts - Deposition | 1,383.10 | Transcripts - Deposition; TSG REPORTING, INC.; 08/18/2017 ;Charles Cremens Deposition Transcript |
| 09/27/2017 | Telephone Expense | 11.12 | 08/17/2017 Soundpath Teleconferncing |
| 09/30/2017 | Pacer Charges | 3.70 | Pacer Charges |
| 10/06/2017 | Pacer Charges | 2.90 | Pacer Charges; PACER SERVICE CENTER; 10/06/2017; Period: 07/01/2017 - 09/30/2017. |
| 03/09/2018 | Travel | 215.52 | Travel, 02/25-02/26/2018; Philadelphia, PA; Plan Confirmation Hearing - Cancelled |
|  |  | **$1,616.34** |  |