**EXHIBIT D**

**Summary of Cravath, Swaine & Moore LLP Blended Hourly Rates**
**(Customary And Comparable Compensation Disclosures)**

| Timekeeper Category | Blended Hourly Rate | |
| --- | --- | --- |
| | Worked and Billed in 2016 (excluding Restructuring lawyers)[1] | Billed in this Fee Application |
| Partners | $1,161 | $1,320.16 |
| Associates | $654 | $800.00 |
| Litigation Tech Specialist | $224 | $0.00 |
| Total | $708 | $1,315.39 |

Case Name:            Energy Future Intermediate Holding Company LLC
Case Number:          14-10979 (CSS)
Applicant's Name:     Cravath, Swaine & Moore LLP
Date of Application:  April 19, 2018
Interim or Final:     Interim

---

[1] 15.4 hours were billed in 2018, for which comparative 2017 "worked and billed" information is not yet available.