## **EXHIBIT E**

## **Summary of Cravath, Swaine & Moore LLP Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Philip Gelston** | Partner | 1979 | Corporate | 1,300 | 19.30 | $25,090.00 |
| **Andrew Needham** | Partner | 1995 | Tax | 1,300-1,400 | 54.50 | 72,350.00 |
| **E. Schiele** | Partner | 2001 | Corporate | 1,360 | .40 | 544.00 |
| **G. Kleeman** | Associate | 2014 | Corporate | 800 | .70 | 560.00 |
| **M. Schler** | Of Counsel | | Corporate | 1,300 | 1.40 | 1,820.00 |
| **TOTAL** | | | | | **76.30** | **$100,364.00** |

04/19/2018 SL1 1519173v1 109285.00005