## **EXHIBIT F**

**Summary of Cravath, Swaine & Moore LLP Expenses**

| Service Description | Amount |
|---|---:|
| COMPUTERIZED LEGAL RESEARCH/DATABASE RESEARCH | 0.22 |
| CONF. CALL/VOICE/DATA | 123.00 |
| **TOTAL** | **$ 123.22** |