## EXHIBIT G

## Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Plan and Disclosure | 76.30 | $100,364.00 |
| **TOTAL** | **76.30** | **$100,364.00** |