# EXHIBIT H

## Detailed Time Records for Cravath, Swaine & Moore LLP

| Month | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| **September** | 9/5/2017 | Kleeman, G | Associate | 0.70 | Telephone w/ L. Bond re: BHE revised offer (0.2); Conference call w/ Board Members re: latest developments (0.5). |
| **September** | 9/6/2017 | Gelston, P | Partner | 0.80 | Telephonic participation in EFIH Court Hearing (0.8). |
| **September** | 9/5/2017 | Gelston, P | Partner | 2.30 | Telephone calls with R. Levin concerning BHE developments (0.8); Joint Board conference call (1.2); conference with L. Bond concerning BHE rebid (0.3). |
| **September** | 9/1/2017 | Gelston, P | Partner | 0.60 | Reviewed termination fee allocation analysis (0.6). |
| **September** | 9/17/2017 | Needham, A | Partner | 1.60 | Tax research re allocation of earnings and profits in a spin-off. |
| **September** | 9/16/2017 | Needham, A | Partner | 1.80 | Review of draft ruling request to IRS from Paul, Weiss, attn to related tax issues. |
| **September** | 9/15/2017 | Needham, A | Partner | 2.70 | Call w/ Proskauer & Kirkland to discuss draft of IRS ruling from Paul, Weiss re allocation of earnings and profits in T-side spin, review of draft ruling request, review of objection letter from Proskauer to T side. |
| **September** | 9/19/2017 | Needham, A | Partner | 1.80 | Tax research re allocation of earnings & profits in a spin-off, review of IRS supplemental ruling request from Kirkland, review of draft IRS ruling request from Paul, Weiss. |
| **September** | 9/18/2017 | Needham, A | Partner | 1.40 | Tax research re allocation of earnings & profits in a spin-off, review of IRS supplemental ruling request from Kirkland, draft of email to P. Gelston & R. Levin re earnings & profits issue. |
| **September** | 9/27/2017 | Gelston, P | Partner | 0.60 | E-Mails with R. Levin and A. Needham concerning stock consideration of EFIH creditors (0.6). |
| **September** | 9/18/2017 | Gelston, P | Partner | 0.60 | E-Mails with A. Needham concerning allocation of earning and profit between EFH and Vistra (0.6). |
| **September** | 9/21/2017 | Gelston, P | Partner | 1.40 | E-Mail with A. Wright; reviewed board materials (1.2); telephone call with C. Cremens concerning waiver letter (0.2). |
| **September** | 9/19/2017 | Gelston, P | Partner | 2.60 | Participation by telephone in EFIH hearing (2.6). |
| **September** | 9/20/2017 | Gelston, P | Partner | 0.10 | E-Mail with C. Cremens concerning conflict waiver (0.1). |
| **September** | 9/29/2017 | Needham, A | Partner | 2.40 | Call w/ Kirkland to dicuss tax election on bonus depreciation and related AMT monetization, attn to related tax issues, review of TMA, corr w/ R. Levin at Jenner & Block re impact on E side recoveries to creditors. |

# EXHIBIT H-Continued

## Detailed Time Records for Cravath, Swaine & Moore LLP

| Month | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| September | 9/26/2017 | Needham, A | Partner | 1.80 | Review of board deck on open issues in current restructuring, email corr w/ R. Levin at Jenner & Block re e&p allocation issue, call w/ Proskauer to discuss e&p issue. |
| September | 9/28/2017 | Needham, A | Partner | 2.20 | Review of refund provisions of Sempra merger agreement, follow up call w/ Kirkland to discuss ATM monetization, tax attn to same, draft of email to P. Gelston and R. Levin at Jenner re AMT monetization proposal. |
| September | 9/27/2017 | Needham, A | Partner | 1.80 | Call w/ K&E to discuss tax election on bonus depreciation and related AMT monetization, corr w/ P. Gelston & R. Levin at Jenner, review of emails from Kirkland re same. |
| September | 9/30/2017 | Needham, A | Partner | 1.20 | Attention to tax issues related to AMT monetization, review Sempra plan and merger agreement. |
| September | 9/28/2017 | Gelston, P | Partner | 0.80 | Attention to E&P allocation issue, including review of memo (0.8). |
| September | 9/29/2017 | Gelston, P | Partner | 0.40 | E-Mail exchange with A. Needham concerning AMT monetization (0.4). |
| September | 9/19/2017 | Schler, M | Of Counsel | 1.00 | Review IRS memo, conference with Needham. |
| September | 9/18/2017 | Schler, M | Of Counsel | 0.40 | Conference with Needham. |
| October | 10/3/2017 | Needham, A | Partner | 1.40 | Call w/ Kirkland to discuss AMT monetization election and next steps, tax attn to same, review of draft settlement proposal to Vistra from Kirkland on AMT monetization. |
| October | 10/1/2017 | Needham, A | Partner | 1.30 | Attention to tax issues related to AMT monetization, review Sempra plan and merger agreement. |
| October | 10/2/2017 | Needham, A | Partner | 2.10 | Review of letter from Proskauer to Vistra on e&p issue, corr w/ Jenner & Block re same, attn. to AMT monetization issue. |
| October | 10/9/2017 | Needham, A | Partner | 1.00 | Review of revised draft of TMA from Kirkland. |
| October | 10/4/2017 | Needham, A | Partner | 2.20 | Correspondence w/ P. Gelston & R. Levin re AMT monetization election, calls and email corr w/ Kirkland & Proskauer re same, review of draft email to Vistra re AMT election, review of letter from Paul, Weiss to Proskauer re e&p ruling, attn. to tax issues related to AMT election. |
| October | 10/7/2017 | Needham, A | Partner | 1.60 | Review of revised drafts of board decks on e&p dispute between Vistra & EFH, review of draft PLR request from Paul, Weiss re same. |
| October | 10/3/2017 | Gelston, P | Partner | 0.80 | Reviewed opinion on Motion for Reconsideration (0.8). |
| October | 10/5/2017 | Needham, A | Partner | 2.30 | Email corr w/ Kirkland & Proskauer and other firms re AMT election and next steps, attn to tax issues related to 2016 return. |

**EXHIBIT H-Continued**

### Detailed Time Records for Cravath, Swaine & Moore LLP

| Month | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| October | 10/6/2017 | Needham, A | Partner | 1.60 | Review of board deck on e&p dispute with Vistra from Kirkland, corr w/ Kirkland, et all tax issues related to 2016 tax return, corr w/Kirland re AMT monetization. |
| October | 10/5/2017 | Gelston, P | Partner | 0.60 | E-Mail exchange with R. Levin, M. Thomas and A. Needham concerning refunds vs. NOLs (0.6). |
| October | 10/9/2017 | Gelston, P | Partner | 1.80 | Attendance at Board meeting (1.8). |
| October | 10/7/2017 | Gelston, P | Partner | 1.20 | Reviewed board materials (1.2). |
| October | 10/2/2017 | Gelston, P | Partner | 0.40 | E-Mails with R. Levin and A. Needham concerning Vistra tax matters agreement (0.4). |
| October | 10/4/2017 | Gelston, P | Partner | 0.40 | E-Mail exchange with R. Levin and A. Needham concerning update on AMT monetization (0.4). |
| October | 10/6/2017 | Gelston, P | Partner | 0.70 | E-Mail with A. Needham and P. Keglevic concerning EFH 2016 tax return (0.3); reviewed the joint board minutes (0.4). |
| October | 10/13/2017 | Needham, A | Partner | 0.40 | Review of comments from Kirkland on draft of ruling from IRS. |
| October | 10/16/2017 | Needham, A | Partner | 0.40 | Correspondence w/ Kirkland re change in terms of plan of reorganization. |
| October | 10/15/2017 | Needham, A | Partner | 0.70 | Review of comments on draft IRS ruling from Kirkland. |
| October | 10/12/2017 | Needham, A | Partner | 1.20 | Call w/ Kirkland, Proskauer to discuss open tax issues on 2016 EFH return, tax attn. to same. |
| October | 10/17/2017 | Needham, A | Partner | 1.10 | Attention to open issues related to 2016 tax return, review of emails and draft return from Kirkland. |
| October | 10/18/2017 | Needham, A | Partner | 0.80 | Attention to open issues related to 2016 tax return, corr w/ Kirkland and Vistra re same. |
| October | 10/24/2017 | Needham, A | Partner | 1.40 | Review of revised draft of PLR from Kirkland, corr w/ Kirkland & Proskauer re same. |
| October | 10/26/2017 | Needham, A | Partner | 0.70 | Review of final draft of PLR request from Kirkland. |
| October | 10/25/2017 | Gelston, P | Partner | 1.20 | Review ed board materials and participated on Joint Board meeting conference call (1.2). |
| December | 12/1/2017 | Gelston, P | Partner | 1.20 | Prepare for and participate in Joint Finance Board call (1.2). |
| December | 12/18/2017 | Gelston, P | Partner | 0.30 | E-Mails with R. Levin and C. Cremens concerning developments (0.3). |
| December | 12/13/2017 | Gelston, P | Partner | 0.20 | E-Mails with A. Wright, D. Evans and D. Bonderman concerning EFH update (0.2). |
| December | 12/21/2017 | Needham, A | Partner | 0.60 | Correspondence w/ Kirkland & Proskauer re 2016 tax audit and related tax issues. |
| December | 12/27/2017 | Gelston, P | Partner | 0.30 | E-Mail with R. Levin concerning Sempra Settlement (0.3). |
| January | 1/8/2018 | Schiele, E | Partner | 0.40 | Research re: EFH background (0.4) |
| January | 1/11/2018 | Needham, A | Partner | 0.50 | Review of draft tax rider to confirmation order and IRS submissions from Kirkland. |
| January | 1/18/2018 | Needham, A | Partner | 1.40 | Review of documents provided to IRS related to 2016 audit. |
| February | 2/1/2018 | Needham, A | Partner | 1.80 | Review of draft tax opinion on merger and related documents from Kirkland, tax attn |

**EXHIBIT H-Continued**

## Detailed Time Records for Cravath, Swaine & Moore LLP

| Month | Date | Name | Title | Hours | Narrative |
|---|---|---|---|---|---|
| | | | | | to same. |
| February | 2/2/2018 | Needham, A | Partner | 1.30 | Review of draft tax opinion from Kirkland, tax attn to same, corr w/ Kirkland. |
| February | 2/6/2018 | Needham, A | Partner | 0.40 | Correspondence w/ Kirkland re draft tax opinion, review of draft opinion. |
| February | 2/7/2018 | Needham, A | Partner | 1.40 | Review of documents provided by Kirkland to IRS related to 2016 audit. |
| February | 2/13/2018 | Needham, A | Partner | 1.30 | Review of documents provided by Kirkland to IRS related to 2016 audit. |
| February | 2/14/2018 | Needham, A | Partner | 1.10 | Review of documents provided by Kirkland to IRS related to 2016 audit. |
| February | 2/16/2018 | Needham, A | Partner | 1.80 | Review of draft tax disclosures from debtor on material tax issues in bankruptcy plan, tax attn to same, corr w/ Kirkland & Proskauer. |
| February | 2/18/2018 | Needham, A | Partner | 0.70 | Review of revised disclosures from debtor on material tax issues in plan, corr w/ Kirkland & Proskauer re same. |
| February | 2/20/2018 | Needham, A | Partner | 0.80 | Correspondence w/ Kirkland & Proskauer re revised disclosures to IRS, review of response to IDR on interest expense. |
| March | 3/4/2018 | Needham, A | Partner | 1.80 | Review of draft of E-Side tax opinion and related document from Kirkland, tax attn to same. |
| March | 3/7/2018 | Needham, A | Partner | 0.70 | Review of draft of E-Side tax opinion and related document from Kirkland, corr w/ Kirkland re same. |
| | | | | 76.30 | |