## **EXHIBIT I**

## Detailed Expense Records for Cravath, Swaine & Moore LLP

| Matter | Date | Name | Description | Amount | Narrative |
|---|---|---|---|---|---|
| 011205-00003 | 9/6/2017 | Kaplan, K | CONF. CALL/VOICE/DATA | 30.00 | TELEPHONE, TRIP PURPOSE: P. Gelston Courtcall 14-10979 CITIES VISITED: NYC RptID: 010020010066 |
| 011205-00003 | 9/19/2017 | Kaplan, K | CONF. CALL/VOICE/DATA | 30.00 | TELEPHONE, TRIP PURPOSE: 14-10979 9/19 10am Gelston CITIES VISITED: NYC RptID: 010019992635 |
| 011205-00003 | 9/25/2017 | Kaplan, K | CONF. CALL/VOICE/DATA | 93.00 | TELEPHONE, TRIP PURPOSE: Courtcall 9/19 10am P. Gelston CITIES VISITED: NYC RptID: 010020289107 |
| 011205-00003 | 9/25/2017 | Kaplan, K | CONF. CALL/VOICE/DATA | -30.00 | TELEPHONE, TRIP PURPOSE: Courtcall 9/19 10am P. Gelston CITIES VISITED: NYC RptID: 010020289107 |
| 011205-00003 | 9/30/2017 | Del Giorno, J | OTHER DATABASE RESEARCH | 0.22 | Public Document Retrieval - Pacer |
| | | | | **$ 123.22** | |