# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Energy Future Holdings Corp., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 12968** |
| | **Objection Deadline: May 9, 2018 at 4:00 p.m. ET** |
| | **Hearing Deadline: TBD** |

## NOTICE OF FILING OF AMENDED EXHIBIT TO ELEVENTH INTERIM APPLICATION OF MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP AS DELAWARE BANKRUPTCY COUNSEL AND CONFLICTS COUNSEL TO THE EFH OFFICIAL COMMITTEE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM JANUARY 1, 2018 THROUGH MARCH 9, 2018

**PLEASE TAKE NOTICE** that on April 18, 2018, Montgomery McCracken, Walker & Rhoads, LLP ("MMW&R") filed its *Eleventh Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period January 1, 2018 to March 9, 2018* [D.I. 12968] (the "**Application**").[2]

**PLEASE TAKE FURTHER NOTICE** that the schedule of all expenses incurred during the Compensation Period included on Exhibit D of the Application was uploaded incorrectly and must be amended.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Application.

**PLEASE TAKE FURTHER NOTICE** that MMW&R hereby files its amended schedule of all expenses incurred during the Compensation Period, attached hereto as **Exhibit D**.

**PLEASE TAKE FURTHER NOTICE** that all parties receiving notice in this matter will be served this Notice in accordance with the Administrative and Fee Orders entered in the above captioned case but will not be re-served with a copy of the Application.

Dated: April 19, 2018
      Wilmington, Delaware

                **MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

                */s/ Mark A. Fink*
                Natalie D. Ramsey (DE Bar No. 5378)
                Davis Lee Wright (DE Bar No. 4324)
                Mark A. Fink (DE Bar No. 3946)
                1105 North Market Street, 15th Floor
                Wilmington, DE 19801
                Telephone: (302) 504-7800
                Facsimile: (302) 504-7820
                E-mail:      nramsey@mmwr.com
                                    dwright@mmwr.com
                                    mfink@mmwr.com

                *Delaware Counsel and Conflicts Counsel to the Official Committee of Unsecured Creditors of Energy Future Holdings Corp.; Energy Future Intermediate Holding Company LLC; EFIH Finance, Inc.; and EECI, Inc.*