# EXHIBIT D

**Amended Schedule of All Expenses Incurred During the Compensation Period**

**Exhibit D**

**January 1, 2018 – January 31, 2018**

|  |  |
|---|---|
| Invoice Date: | 2/28/18 |
| Invoice Number: | 756188 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 01/31/18 | Pacer | $ | 43.80 |
| 01/17/18 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions  - Services for the month of December, 2017 (Acct # 3003555) | $ | 150.00 |
| 01/19/18 | Miscellaneous Expense - PAID TO: Mark A. Fink - 1/8/18, Court Call - Energy Future Holdings, Hearing 11:00am | $ | 93.00 |
|  | Total Disbursements | $ | 286.80 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

**Exhibit D**

**February 1, 2018 – February 28, 2018**

| | | Invoice Date: | 3/12/18 |
| | | Invoice Number: | 756265 |
| | | Client Matter Number: | 66471.00003 |
| | | I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred
## On Your Behalf

| **Date** | **Description** | | **Amount** |
|---|---|---|---|
| 02/28/18 | Pacer | $ | 7.10 |
| 02/15/18 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions  - Services for the month of January, 2018 (Acct # 3003555) | $ | 150.00 |
| | Total Disbursements | $ | 157.10 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

**Exhibit D**

**March 1, 2018 – March 9, 2018**

|  |  |
|---|---|
| Invoice Date: | 3/27/18 |
| Invoice Number: | 756986 |
| Client Matter Number: | 66471.00003 |
| I.D.# | 01051 |

## Disbursements and Other Related Charges Incurred On Your Behalf

| Date | Description | | Amount |
|---|---|---|---|
| 03/09/18 | Miscellaneous Expense - PAID TO: Mark A. Fink - 2/16/18, CourtCall - telephonic attendance re: hearing at 11:00am | $ | 37.00 |
| 03/09/18 | Miscellaneous Expense - PAID TO: Mark A. Fink - 2/23/18, CourtCall telephonic attendance re: hearing at 2:00pm | $ | 30.00 |
| 03/09/18 | Miscellaneous Expense - PAID TO: Mark A. Fink - 2/27/18, CourtCall telephonic attendance re: hearing at 2:00pm | $ | 30.00 |
| 03/09/18 | Miscellaneous Expense - PAID TO: Epiq eDiscovery Solutions - Services for the month of February, 2018 (Acct # 3003555) | $ | 150.00 |
| 03/09/18 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 2/26/18, Roundtrip cabfare from residence to Amtrak re: travel to Wilmington to attend EFH hearing | $ | 16.92 |
| 03/09/18 | Transportation - Local while on business - PAID TO: Mark A. Fink  - 2/26/18, Cabfare from train station to MMWR Wilmington re: travel to Wilmington to attend EFH hearing | $ | 10.00 |
| 03/09/18 | Travel - Meals, Etc - PAID TO: Mark A. Fink  - 2/26/18, Lunch at Pinjis Cafe re: travel to Wilmington to attend EFH hearing | $ | 10.00 |
| 03/09/18 | Travel - Rail Fare - PAID TO: Mark A. Fink  - 2/26/18, Roundtrip Amtrak railfare from NY to Wilmington to attend EFH confirmation hearing | $ | 246.00 |
|  | Total Disbursements | $ | 529.92 |

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**