## Exhibit E

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

| Attorney/Paraprofessional Name | Position | Department | Date of Admission/Years of Service | Fees Billed in this Application | Number of Rate Increases During Fee Period | Hours Billed in this Application | Hourly Rate Billed |
|---|---|---|---|---|---|---|---|
| Daniel J. DeFranceschi | Director | Bankruptcy | 1989 | $8,745.00 | 0 | 10.6 | $825.00 |
| Daniel J. DeFranceschi | Director | Bankruptcy | 1989 | $16,975.00 | 1 | 19.4 | $875.00 |
| John D. Seraydarian | Director | Bankruptcy | 2003 | $1,957.50 | 0 | 2.9 | $675.00 |
| Mark A. Kurtz | Director | Bankruptcy | 2005 | $540.00 | 0 | 0.9 | $600.00 |
| Mark A. Kurtz | Director | Bankruptcy | 2005 | $7,187.50 | 1 | 11.5 | $625.00 |
| Stanford L. Stevenson III | Director | Bankruptcy | 1995 | $119.00 | 0 | 0.2 | $595.00 |
| Jason M. Madron | Counsel | Bankruptcy | 2003 | $43,700.00 | 0 | 76.0 | $575.00 |
| Jason M. Madron | Counsel | Bankruptcy | 2003 | $91,312.50 | 1 | 146.1 | $625.00 |
| Joseph C. Barsalona, II | Associate | Bankruptcy | 2014 | $3,690.00 | 0 | 9.0 | $410.00 |
| Joseph C. Barsalona, II | Associate | Bankruptcy | 2014 | $9,552.00 | 1 | 19.9 | $480.00 |
| Jake M. Crosetto | Associate | Bankruptcy | 2014 | $11,614.50 | 0 | 26.7 | $435.00 |
| David T. Queroli | Associate | Bankruptcy | 2016 | $1,424.50 | 0 | 3.7 | $385.00 |
| Christopher M. De Lillo | Associate | Bankruptcy | 2017 | $416.00 | 0 | 1.3 | $320.00 |
| Christopher M. De Lillo | Associate | Bankruptcy | 2017 | $2,425.50 | 1 | 6.3 | $385.00 |
| Megan E. Kenney | Associate | Bankruptcy | 2017 | $1,728.00 | 0 | 5.4 | $320.00 |
| Frank Y. Sun | Associate | Bankruptcy | 2017 | $1,280.00 | 0 | 4.0 | $320.00 |
| Brian S. Yu | Associate | Bankruptcy | 2017 | $352.00 | 0 | 1.1 | $320.00 |
| Barbara J. Witters | Paralegal | Bankruptcy | 16 | $9,175.00 | 0 | 36.7 | $250.00 |
| Barbara J. Witters | Paralegal | Bankruptcy | 16 | $23,740.50 | 1 | 93.1 | $255.00 |
| Ann Jerominski | Paralegal | Bankruptcy | 16 | $75.00 | 0 | 0.3 | $250.00 |
| Ann Jerominski | Paralegal | Bankruptcy | 16 | $433.50 | 1 | 1.7 | $255.00 |
| Cynthia M. McMenamin | Paralegal | Bankruptcy | 2 | $25.00 | 0 | 0.1 | $250.00 |
| Christopher J. Ruggiero | Paralegal | Bankruptcy | 1 | $210.00 | 0 | 1.2 | $175.00 |
| Christopher J. Ruggiero | Paralegal | Bankruptcy | 1 | $738.00 | 0 | 4.1 | $180.00 |
| Tesia S. Smith | CMA | Bankruptcy | 1 | $486.00 | 0 | 3.6 | $135.00 |

| Attorney/Paraprofessional Name | Position | Department | Date of Admission/Years of Service | Fees Billed in this Application | Number of Rate Increases During Fee Period | Hours Billed in this Application | Hourly Rate Billed |
|---|---|---|---|---|---|---|---|
| Carlos B. Terreforte | Technical/Trial Support | Litigation | 1 | $7,410.00 | 0 | 28.5 | $260.00 |
| Daniel D. White, III | Technical/Trial Support | Litigation | 11 | $687.50 | 0 | 2.5 | $275.00 |
| Total | | | | $245,999.50 | | 516.8 | |

**TOTAL FEES** $245,999.50

2