# Exhibit F

**Summary of Actual and Necessary Expenses for the Fee Period**

## Summary of Actual and Necessary Expenses for the Fee Period

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Binding | | | $0.00 |
| Business Meals | | | $3,244.99 |
| Conference Calling | | | $563.59 |
| Court Reporter | | | $0.00 |
| Data Hosting | | | $9.99 |
| Document Retrieval | | $.10/pg. | $1,625.50 |
| Electronic Legal Research | | | $0.00 |
| Equipment Rental | | | $0.00 |
| Filing/Court Fee | | | $95.00 |
| Long distance telephone charges | | | $9.54 |
| Messenger and delivery service | | | $494.46 |
| Overtime | | | $0.00 |
| Photocopying/Printing - outside vendor | | | $0.00 |
| Photocopying/Printing | | $.10/pg. | $5,909.70 |
| Postage | | | $4.84 |
| RL&F Service Corp. | | | $7,687.40 |
| Travel Expense | | | $0.00 |
| **TOTAL** | | | **$19,645.01** |

---

[1] RL&F may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.