# Exhibit G

**Summary of Fees and Expenses by Matter for the Fee Period**

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326A | [ALL] Case Administration | 48.7 | 53.5 | $18,646.50 | $20,511.00 |
| 180326B | [ALL] Creditor Inquiries | 3.1 | 3.4 | $1,893.00 | $2,080.00 |
| 180326C | [ALL] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [ALL] Executory Contracts/Unexpired Leases | 3.2 | 3.5 | $1,416.00 | $1,557.50 |
| 180326E | [ALL] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [ALL] Plan of Reorganization/Disclosure Statement | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326G | [ALL] Use, Sale of Assets | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326H | [ALL] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [ALL] Claims Administration | 2.3 | 2.5 | $1,053.00 | $1,158.00 |
| 180326J | [ALL] Court Hearings | 44.5 | 49.0 | $20,768.00 | $22,845.00 |
| 180326K | [ALL] General Corporate/Real Estate | 1.9 | 2.0 | $514.50 | $560.00 |
| 180326L | [ALL] Schedules/SOFA/U.S. Trustee Reports | 2.9 | 3.2 | $1,653.00 | $1,820.00 |
| 180326M | [ALL] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [ALL] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [ALL] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [ALL] Litigation/Adversary Proceedings | 6.6 | 7.3 | $2,955.00 | $3,250.50 |
| 180326Q-1 | [ALL] RL&F Retention | 1.2 | 1.3 | $576.00 | $825.00 |
| 180326Q-2 | [ALL] Retention of Others | 3.3 | 3.6 | $1,639.00 | $1,800.00 |
| 180326R-1 | [ALL] RL&F Fee Applications | 14.2 | 15.6 | $6,715.50 | $7,390.50 |
| 180326R-2 | [ALL] Fee Applications of Others | 51.1 | 56.2 | $24,477.00 | $26,925.00 |
| 180326S | [ALL] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [ALL] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326U | [ALL] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [ALL] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFIH] Case Administration | 0.3 | 1.0 | $262.50 | $825.00 |
| 180326B | [EFIH] Creditor Inquiries | 0.2 | 1.0 | $96.00 | $825.00 |
| 180326C | [EFIH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [EFIH] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326E | [EFIH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [EFIH] Plan of Reorganization/Disclosure Statement | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326G | [EFIH] Use, Sale of Assets | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326H | [EFIH] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [EFIH] Claims Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326J | [EFIH] Court Hearings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326K | [EFIH] General Corporate/Real Estate | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326L | [EFIH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [EFIH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFIH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFIH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFIH] Litigation/Adversary Proceedings | 2.0 | 2.2 | $1,003.50 | $1,100.00 |
| 180326Q-1 | [EFIH] RL&F Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFIH] Retention of Others | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-1 | [EFIH] RL&F Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-2 | [EFIH] Fee Applications of Others | 1.7 | 2.0 | $1,032.50 | $1,100.00 |
| 180326S | [EFIH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326T | [EFIH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [EFIH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFIH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326A | [EFH] Case Administration | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326B | [EFH] Creditor Inquiries | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326C | [EFH] Meetings | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326D | [EFH] Executory Contracts/Unexpired Leases | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326E | [EFH] Automatic Stay/Adequate Protection | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326F | [EFH] Plan of Reorganization/Disclosure Statement | 120.1 | 132.1 | $68,847.50 | $75,732.00 |
| 180326G | [EFH] Use, Sale of Assets | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326H | [EFH] Cash Collateral/DIP Financing | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326I | [EFH] Claims Administration | 2.6 | 2.9 | $1,567.00 | $1,725.00 |
| 180326J | [EFH] Court Hearings | 110.0 | 121.0 | $40,723.50 | $44,795.00 |
| 180326K | [EFH] General Corporate/Real Estate | 72.2 | 79.5 | $36,773.00 | $40,450.00 |
| 180326L | [EFH] Schedules/SOFA/U.S. Trustee Reports | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326M | [EFH] Employee Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326N | [EFH] Environmental | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326O | [EFH] Tax Issues | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326P | [EFH] Litigation/Adversary Proceedings | 23.0 | 25.0 | $12,350.00 | $13,585.00 |
| 180326Q-1 | [EFH] RL&F Retention | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326Q-2 | [EFH] Retention of Others | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326R-1 | [EFH] RL&F Fee Applications | 0.0 | 0.0 | $0.00 | $0.00 |

| Matter Code | Project Category Description | Hours Billed | Hours Budgeted | Total Compensation Billed | Fees Budgeted |
|---|---|---|---|---|---|
| 180326R-2 | [EFH] Fee Applications of Others | 1.7 | 2.0 | $1,037.50 | $1,100.00 |
| 180326S | [EFH] Vendors/Suppliers | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326T | [EFH] Non-Working Travel | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326U | [EFH] Utilities | 0.0 | 0.0 | $0.00 | $0.00 |
| 180326V | [EFH] Insurance | 0.0 | 0.0 | $0.00 | $0.00 |

4