# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date:  TBD**<br>**Objection Deadline:  May 11, 2018 at 4:00 p.m.** |

## SUMMARY OF ELEVENTH INTERIM FEE APPLICATION OF
## SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH COMMITTEE

| | |
|---|---|
| **NAME OF APPLICANT:** | Sullivan & Cromwell LLP |
| **AUTHORIZED TO PROVIDE PROFESSIONAL SERVICES TO:** | Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc. and EECI, Inc. |
| **DATE CASE FILED:** | April 29, 2014 |
| **DATE OF RETENTION:** | January 13, 2015, *nunc pro tunc* to November 5, 2014 |
| **PERIOD FOR WHICH COMPENSATION AND REIMBURSEMENT IS SOUGHT:** | January 1, 2018 through and including March 9, 2018 |
| **TOTAL COMPENSATION REQUESTED:** | $213,805.00 |
| **TOTAL EXPENSE REIMBURSEMENT REQUESTED:** | $2,762.54 |

This is a(n):___X___interim_____final application.

This is the eleventh interim fee application filed by Sullivan & Cromwell LLP.

---

[1]  The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## SUMMARY OF FEES AND EXPENSES REQUESTED FOR FEE PERIOD

| Date and Docket No. | Period Covered | Fees Requested | Holdback (20%) | Fees paid to Date | Expenses Requested | Expenses Paid to Date |
|---|---|---|---|---|---|---|
| 2/21/2018 [D.I. 12679] | 01/01/2018 - 01/31/2018 | $131,017.50 | $26,203.50 | $0.00 | $1,041.70 | $0.00 |
| 3/21/2018 [D.I. 12841] | 02/01/2018 - 02/28/2018 | $74,487.00 | $14,897.40 | $0.00 | $1,248.89 | $0.00 |
| 4/16/2018 [D.I. 12957] | 03/01/2018 - 03/9/2018 | $8,300.50 | $1,660.10 | $0.00 | $471.95 | $0.00 |
| | **TOTAL FOR ALL FEE PERIODS** | **$213,805.00** | **$42,761.00** | **$0.00** | **$2,762.54** | **$0.00** |

### SUMMARY OF FEES AND EXPENSES PREVIOUSLY REQUESTED

| Date and Docket No. | Period Covered | Fees Requested | Holdback (20%) | Fees paid to Date | Expenses Requested | Expenses Paid to Date | Approved Fees and Expenses |
|---|---|---|---|---|---|---|---|
| 1/23/2015 [D.I. 3358] | 11/05/2014 - 11/30/2014 | $1,633,519.00 | $326,703.80 | $1,580,640.08 | $12,273.34 | $11,831.27 | $2,697,155.36 |
| 2/5/2015 [D.I. 3455] | 12/01/2014 - 12/31/2014 | $1,137,878.40 | $227,575.68 | $1,101,043.94 | $3,948.00 | $3,640.07 | |
| 2/26/2015 [D.I. 3691] | 01/01/2015 - 01/31/2015 | $1,139,002.50 | $227,800.50 | $1,099,767.97 | $4,630.14 | $4,630.14 | $4,924,079.31 |
| 3/24/2015 [D.I. 3959] | 02/01/2015 - 02/28/2015 | $1,289,130.10 | $257,826.02 | $1,244,724.22 | $5,133.05 | $5,133.05 | |
| 4/21/2015 [D.I. 4241] | 03/01/2015 - 03/31/2015 | $1,280,362.50 | $256,072.50 | $1,236,258.63 | $3,900.84 | $3,900.84 | |
| 5/21/2015 [D.I. 4560 ] | 04/01/2015 - 04/30/2015 | $1,360,411.80 | $272,082.36 | $1,313,550.52 | $16,113.94 | $16,113.94 | |
| 6/22/2015 [D.I. 4820] | 05/01/2015 - 05/31/2015 | $997,875.50 | $199,575.10 | $991,901.96 | $4,548.67 | $4,530.06 | $4,493,854.17 |
| 7/21/2015 [D.I. 5054] | 06/01/2015 - 06/30/2015 | $1,087,893.50 | $217,578.70 | $1,081,381.09 | $4,265.83 | $4,245.54 | |
| 8/21/2015 [D.I. 5615] | 07/01/2015 - 07/31/2015 | $704,331.50 | $140,866.30 | $700,115.19 | $6,814.33 | $6,801.19 | |
| 9/21/2015 [D.I. 6127] | 08/01/2015 - 08/31/2015 | $1,699,912.00 | $339,982.40 | $1,689,735.89 | $15,174.95 | $15,143.25 | |
| 10/21/2015 [D.I. 6557] | 09/01/2015 - 09/30/2015 | $2,512,274.10 | $502,454.82 | $2,434,831.81 | $451,883.06 | $451,883.06 | $9,607,132.82 |
| 11/23/2015 [D.I. 7108] | 10/01/2015 - 10/31/2015 | $4,073,755.90 | $814,751.18 | $3,965,033.37 | $87,674.34 | $87,674.34 | |
| 12/21/2015 [D.I. 5615] | 11/01/2015 - 11/30/2015 | $2,471,103.00 | $494,220.60 | $2,405,449.06 | $41,847.14 | $41,847.14 | |
| 1/21/2016 [D.I. 7710 ] | 12/01/2015 - 12/31/2015 | $113,575.50 | $22,715.10 | $107,662.42 | $112,751.62 | $112,751.62 | |
| 2/22/2016 [D.I. 7906] | 01/01/2016 - 01/31/2016 | $37,850.50 | $7,570.10 | $37,520.18 | $3,881.73 | $3,881.73 | $164,056.05 |

| Date and Docket No. | Period Covered | Fees Requested | Holdback (20%) | Fees paid to Date | Expenses Requested | Expenses Paid to Date | Approved Fees and Expenses |
|---|---|---|---|---|---|---|---|
| 3/21/2016 [D.I. 8027] | 02/01/2016 - 02/29/2016 | $47,410.50 | $9,482.10 | $47,034.39 | $107.07 | $107.07 | |
| 4/21/2016 [D.I. 8249] | 03/01/2016 - 03/31/2016 | $37,517.00 | $7,503.40 | $37,216.10 | $498.77 | $498.77 | |
| 5/23/2016 [D.I. 8509] | 04/01/2016 - 04/30/2016 | $37,092.00 | $7,418.40 | $36,790.44 | $1,007.38 | $1,007.38 | |
| 6/21/2016 [D.I. 8790] | 05/01/2016 - 05/31/2016 | $171,966.50 | $34,393.30 | $165,900.48 | $400.58 | $400.58 | $756,630.28 |
| 7/22/2016 [D.I. 8983] | 06/01/2016 - 06/30/2016 | $187,428.00 | $37,485.60 | $180,816.59 | $1,194.33 | $1,194.33 | |
| 8/22/2016 [D.I. 9365] | 07/01/2016 - 07/31/2016 | $170,544.50 | $34,108.90 | $164,528.64 | $5,356.57 | $5,356.57 | |
| 9/21/2016 [D.I. 9619] | 08/01/2016 - 08/31/2016 | $243,025.00 | $48,605.00 | $234,452.44 | $3,980.65 | $3,980.65 | |
| 10/21/2016 [D.I. 9906] | 09/01/2016 - 09/30/2016 | $134,569.00 | $26,913.80 | $133,617.40 | $5,972.79 | $5,702.01 | |
| 11/21/2016 [D.I. 10233] | 10/01/2016 - 10/31/2016 | $108,020.80 | $21,604.16 | $107,256.94 | $2,247.61 | $2,145.71 | $405,803.26 |
| 12/21/2016 [D.I. 10425] | 11/01/2016 - 11/30/2016 | $79,835.60 | $15,967.12 | $79,271.05 | $2,250.62 | $2,148.59 | |
| 1/23/2017 [D.I. 10695] | 12/01/2016 - 12/31/2016 | $73,632.50 | $14,726.50 | $73,111.81 | $2,670.84 | $2,549.75 | |
| 2/21/2017 [D.I. 10874] | 01/01/2017 - 01/31/2017 | $64,889.50 | $12,977.90 | $64,676.96 | $1,728.56 | $1,728.56 | |
| 3/21/2017 [D.I. 11032] | 02/01/2017 - 02/28/2017 | $94,513.00 | $18,902.60 | $94,203.43 | $2,718.43 | $2,718.43 | $276,109.62 |
| 4/25/2017 [D.I. 11188] | 03/01/2017 - 03/31/2017 | $27,745.50 | $5,549.10 | $27,654.62 | $2,100.47 | $2,100.47 | |

| Date and Docket No. | Period Covered | Fees Requested | Holdback (20%) | Fees paid to Date | Expenses Requested | Expenses Paid to Date | Approved Fees and Expenses |
|---|---|---|---|---|---|---|---|
| 5/22/2017 [D.I. 11271] | 04/01/2017 - 04/30/2017 | $82,205.80 | $16,441.16 | $81,936.54 | $1,090.61 | $1,090.61 | |
| 6/21/2017 [D.I. 11377] | 05/01/2017 - 05/31/2017 | $52,060.00 | $10,412.00 | $41,846.06 | $696.25 | $696.25 | $469,103.85 |
| 7/21/2017 [D.I. 11530] | 06/01/2017 - 06/30/2017 | $40,224.00 | $8,044.80 | $32,332.23 | $817.40 | $817.40 | |
| 8/21/2017 [D.I. 11789] | 07/01/2017 - 07/31/2017 | $119,095.70 | $23,819.14 | $95,729.66 | $969.81 | $969.81 | |
| 9/21/2017 [D.I. 11926] | 08/01/2017 - 08/31/2017 | $250,439.50 | $50,087.90 | $201,304.39 | $6,558.17 | $6,558.17 | |
| 10/23/2017 [D.I. 12108] | 09/01/2017 - 09/30/2017 | $176,586.70 | $35,317.34 | $141,269.36 | $3,416.08 | $3,416.08 | N/A |
| 11/21/2017 [D.I. 12267] | 10/01/2017 - 10/31/2017 | $154,482.50 | $30,896.50 | $123,586.00 | $4,381.96 | $4,381.96 | |
| 12/22/2017 [D.I. 12392] | 11/01/2017 - 11/30/2017 | $78,552.50 | $15,710.50 | $62,842.00 | $716.76 | $716.76 | |
| 1/22/2018 [D.I. 12505] | 12/01/2017 - 12/31/2017 | $39,791.00 | $7,958.20 | $31,832.80 | $941.15 | $941.15 | |
| 2/21/2018 [D.I. 12679] | 01/01/2018 - 01/31/2018 | $131,017.50 | $26,203.50 | $0.00 | $1,041.70 | $0.00 | N/A |
| 3/21/2018 [D.I. 12841] | 02/01/2018 - 02/28/2018 | $74,487.00 | $14,897.40 | $0.00 | $1,248.89 | $0.00 | |
| 4/16/2018 [D.I. 12957] | 03/01/2018 - 03/9/2018 | $8,300.50 | $1,660.10 | $0.00 | $471.95 | $0.00 | |
| **TOTAL FOR ALL FEE PERIODS** | | **$24,224,307.90** | **$4,844,861.58** | **$23,248,826.66** | **$829,426.38** | **$825,234.30** | **$23,793,924.72** |

## PROJECTED TOTAL BUDGET FOR FEE PERIOD AND ACTUAL FEES INCURRED

| Estimated Fees for Fee Period | | Actual Fees For Fee Period |
|---|---|---|
| Low | High | |
| **$181,500.00** | **$565,500.00** | **$213,805.00** |

**PROJECT CODE TOTAL CHART**

| Project Number | Project Name | Hours | Fee Amount |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | - | $0.00 |
| 00003 | ASSET DISPOSITION | - | $0.00 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | - | $0.00 |
| 00005 | AVOIDANCE ACTION ANALYSIS | - | $0.00 |
| 00006 | BUSINESS OPERATIONS | - | $0.00 |
| 00007 | CASE ADMINISTRATION | 0.30 | $94.50 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | - | $0.00 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | - | $0.00 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | - | $0.00 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 40.40 | $16,264.00 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | - | $0.00 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | - | $0.00 |
| 00014 | OTHER LITIGATION | 83.90 | $86,881.00 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 24.90 | $24,526.00 |
| 00016 | NON-WORKING TRAVEL | - | $0.00 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | 75.70 | $53,529.00 |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | - | $0.00 |
| 00019 | TAX | 9.70 | $12,422.00 |
| 00020 | VALUATION | - | $0.00 |
| 00021 | DISCOVERY | - | $0.00 |
| 00022 | HEARINGS | 18.20 | $20,088.50 |
| 00023 | FIRST AND SECOND DAY MOTIONS | - | $0.00 |
| 00024 | CLAIMS INVESTIGATION | - | $0.00 |
| 00025 | LIEN INVESTIGATION | - | $0.00 |
| 00026 | INTERCOMPANY CLAIMS | - | $0.00 |
| 00027 | OTHER MOTIONS / APPLICATIONS | - | $0.00 |
| 00028 | SCHEDULES AND STATEMENTS | - | $0.00 |
| 00029 | TIME ENTRY REVIEW | 43.30 | $0.00 |
| 00031 | BUDGETING (CASE) | - | $0.00 |
| **TOTAL** | | **296.40** | **$213,805.00** |

**S&C PROFESSIONALS PERFORMING SERVICES DURING THE FEE PERIOD**

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Dietderich, Andrew G. | Partner | GP/Restructuring | 1997 | $1,140.00 | | 4.80 | $5,472.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $1,140.00 | | 90.60 | $103,284.00 |
| Hariton, David P. | Partner | Tax | 1986 | $1,295.00 | | 8.80 | $11,396.00 |
| **Partner Total** | | | | | | **104.20** | **$120,152.00** |
| Kranzley, Alexa J. | Special Counsel | GP/Restructuring | 2009 | $0.00 | * | 0.50 | $0.00 |
| Kranzley, Alexa J. | Special Counsel | GP/Restructuring | 2009 | $995.00 | | 45.00 | $44,775.00 |
| **Special Counsel Total** | | | | | | **45.50** | **$44,775.00** |
| Guido, Emma J. | Associate | GP | 2017 | $460.00 | | 36.50 | $16,790.00 |
| Ip, Veronica W. | Associate | Litigation | 2011 | $865.00 | | 2.50 | $2,162.50 |
| Jensen, Christian P. | Associate | GP | 2016 | $725.00 | | 25.20 | $18,270.00 |
| **Associate Total** | | | | | | **64.20** | **$37,222.50** |
| **Lawyers Total** | | | | | | **213.90** | **$202,149.50** |
| Booth, Oliver B. | Legal Assistant | | | $0.00 | * | 14.90 | $0.00 |
| Booth, Oliver B. | Legal Assistant | | | $315.00 | | 25.00 | $7,875.00 |
| Coulibaly, Rockia | Legal Assistant | | | $0.00 | * | 30.70 | $0.00 |
| Coulibaly, Rockia | Legal Assistant | | | $315.00 | | 11.10 | $3,496.50 |
| Voizard, Marshall R. | Research Librarian | | | $355.00 | | 0.80 | $284.00 |
| **Non Legal Personnel Total** | | | | | | **82.50** | **$11,655.50** |
| **GRAND TOTAL** | | | | | | **296.40** | **$213,805.00** |

* A zero rate appears wherever no fee was charged for work.

SC1:4615243.3

### CUSTOMARY AND COMPARABLE DISCLOSURES

| Category | EFH* | | Firm** | |
|---|---|---|---|---|
| | **January 2018 through March 2018** | | **Total Firm Bills Allocated to Non-BK General Domestic Timekeepers from January 2017 through December 2017** | |
| | **Blended Hourly Rate** | **% of Total Hours** | **Blended Hourly Rate** | **% of Total Hours** |
| Partner | $1,153 | 35% | $1,580 | 23% |
| Senior Associate and Counsel (1) | $978 | 16% | $1,030 | 22% |
| Junior Associate | $568 | 21% | $724 | 49% |
| Non-Lawyer (2) | $141 | 28% | $353 | 6% |
| **All Timekeepers Average** | **$721** | **100%** | **$967** | **100%** |

(1) Includes Special Counsel, Of Counsel, Senior Counsel, Practice Area Associate and Senior Associate

(2) Includes Legal Assistant, Legal Analyst, Research Analyst, and Electronic Discovery

* Includes No Charge entries on various projects. No Charge entries were included on the fee applications with a $0 rate.

** Includes non-BK work of BK timekeepers and all work of other domestic timekeepers, excluding litigation matters and all write-offs (bills or collections less than 50% of standard rates).

## SUMMARY OF DISBURSEMENTS

| Disbursement Summary | |
|---|---|
| **Description** | **Amount** |
| Travel and expenses | $569.08 |
| Outside Vendors | $1,350.00 |
| Telephone conferencing charges | $57.47 |
| Deposition/Hearing Transcripts | $655.20 |
| Local Transportation | $68.84 |
| Meals - Overtime | $40.00 |
| Repro - BW Copies | $18.70 |
| Repro - Binding | $3.25 |
| **Total** | **$2,762.54** |

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Hearing Date:  TBD**<br>) **Objection Deadline:  May 11, 2018 at 4:00 p.m.** |

**ELEVENTH INTERIM APPLICATION OF SULLIVAN & CROMWELL LLP
AS COUNSEL TO THE EFH COMMITTEE FOR INTERIM APPROVAL
AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM JANUARY 1, 2018 THROUGH AND INCLUDING MARCH 9, 2018**

Sullivan & Cromwell LLP ("**S&C**"), counsel for the official committee of

unsecured creditors (the "**EFH Committee**") of Energy Future Holdings Corporation ("**EFH**"),

Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.

(collectively, the "**EFH Debtors**") hereby submits this eleventh interim application (this

"**Application**") pursuant to sections 330 and 331 of title 11 of the United States Code (the

"**Bankruptcy Code**"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the

"**Bankruptcy Rules**"), the *Order Establishing Procedures for Interim Compensation and*

*Reimbursement of Expenses of Professionals* [D.I. 2066] (the "**Interim Compensation Order**"),

and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "**Fee Committee**

**Order**") for:  (a) interim approval and allowance of compensation for professional services

rendered from January 1, 2018 through and including March 9, 2018 (the "**Fee Period**") and

---

[1]     The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

(b) reimbursement of actual and necessary expenses incurred during the Fee Period.  In support of this Application, S&C respectfully states as follows:

## Background

1.      On October 27, 2014, the United States Trustee for the District of Delaware appointed the EFH Committee pursuant to section 1102 of the Bankruptcy Code.  On November 5, 2014, the EFH Committee unanimously selected S&C and Montgomery McCracken Walker & Rhoads LLP ("**MMWR**") as its counsel.

2.      On December 22, 2014, the EFH Committee filed the *Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holdings Company, LLC, EFIH Finance, Inc. and EECI Inc. for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Committee Nunc Pro Tunc to November 5, 2014* [D.I. 3120] (the "**Retention Application**").  On January 13, 2015, the Court entered an order granting the Retention Application and authorizing the retention and employment of S&C as counsel to the EFH Committee [D.I. 3282].

## Summary of Professional Compensation and Reimbursement of Expenses Requested

3.      This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Interim Compensation Order, the Fee Committee Order, rule 2016-2(c)–(g) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "**Local Rule**"), and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases, effective November 1, 2013 (the "**UST Guidelines**" and, together with the Local Rule, the "**Guidelines**").

4.      Pursuant to this Application, S&C seeks approval and allowance of: (a) compensation for professional services rendered by S&C, as counsel to the EFH Committee during the Fee Period, of $213,805.00 and (b) reimbursement of actual and necessary expenses incurred by S&C during the Fee Period of $2,762.54.

5.      S&C's compensation for this Fee Period is requested in accordance with the agreed-upon rates described in the Retention Application.[2]  There has been no increase in the rates charged for any S&C professional from the date of S&C's retention through the end of the Fee Period.

6.      S&C's fees have not varied based on the geographic location of any S&C professional or for any other reason, other than a reduction in the hourly rates for all professionals for time spent during non-working travel in accordance with the Guidelines.

7.      During the Fee Period, S&C professionals and paraprofessionals spent an aggregate of 296.40 hours performing services for the EFH Committee in connection with these chapter 11 cases, at a blended hourly rate for professionals of $721.34.  In addition, S&C voluntarily reduced its fees incurred during the Fee Period by over $14,860.00 by agreeing not to charge professional or paraprofessional time for certain work, as further discussed below.

8.      S&C's fees for the services rendered in these chapter 11 cases during the Fee Period are reasonable and are commensurate with the complexity of the applicable matters and the level of expertise required to best serve the EFH Committee in connection therewith.

---

[2]      S&C does not ordinarily determine its fees solely on the basis of hourly rates.  Instead, S&C ordinarily bases the fee for its services on all the factors prescribed by Rule 1.5(a) of the New York Rules of Professional Conduct, including the firm's contribution to the relevant matter, the responsibility assumed, the results achieved, the difficulty and complexity of the matter, the amount involved, the experience of, and demands on, the lawyers involved and the fees customarily charged for such matters.  Notwithstanding the foregoing, as set forth in its Retention Application, S&C has agreed to charge for services performed during these chapter 11 cases on the basis of hourly rates.  The hourly rates reflected in this Application are the same or less than the rates generally used by S&C when preparing estimates of fees under its normal billing practices.

S&C believes that its fees are comparable to the fees charged by other highly skilled practitioners experienced in advising creditors in non-bankruptcy cases.

9. In accordance with the UST Guidelines and as requested by the fee committee appointed pursuant to the Fee Committee Order (the "**Fee Committee**"), S&C prepared projected monthly budgets (collectively, the "**Budget**") and staffing plans (collectively, the "**Staffing Plan**") for each month during the Fee Period, for approval by the EFH Committee. The Budget and Staffing Plan reflect a significant decrease in expected fees and staffing as compared to previous interim fee periods in these chapter 11 cases.

10. The Budget approved by the EFH Committee estimated total fees of between $181,500.00 and $565,500.00 during the Fee Period. S&C's actual total fees incurred during the Fee Period were $213,805.00, consistent with the estimated fees indicated by the Budget. With respect to the Staffing Plan, in each month during the Fee Period, S&C used fewer professionals and paraprofessionals than projected in the Staffing Plan.

11. This Application requests compensation for work performed by three S&C lawyers who billed 15 or fewer hours during the Fee Period. These lawyers are members of S&C's core team of professionals advising the EFH Committee in these chapter 11 cases, whose lower hours result from a general decrease in the EFH Committee's activity during the Fee Period.

12. Other than pursuant to S&C's previous monthly and interim fee applications filed in these chapter 11 cases, no payment has been made or promised to S&C from any source for services rendered or to be rendered for the EFH Committee in connection with these chapter 11 cases. There is no agreement or understanding between S&C and any person

(other than the partners of S&C) for the sharing of compensation received or to be received for

services rendered in these chapter 11 cases.

13.    In accordance with the Guidelines, the following Exhibits are annexed to

this Application:

Exhibit A:  **Certification of Andrew G. Dietderich** — certification of Andrew
G. Dietderich regarding compliance of this Application with the Local Rules.

Exhibit B:  **S&C Professionals Performing Services During the Fee Period** —
summary chart of information on the S&C professionals and paraprofessionals
performing services during this Fee Period, including the hourly billing rates for
such services and the aggregate hours and fees billed by each professional and
paraprofessional.

Exhibit C:  **Project Code Total Chart** — summary chart indicating aggregate
fees incurred and time billed by S&C personnel for each project category during
the Fee Period.

Exhibit D:  **Summary of Disbursements** — summary chart detailing expenses
for which reimbursement is sought, itemized and organized by category.

Exhibit E:  **Budget and Staffing Plan** — S&C's Budget and Staffing Plan for the
Fee Period, as approved by the EFH Committee.

Exhibit F:  **Budget and Staffing Plan Comparison** — comparison of hours and
fees budgeted for each project category during the Fee Period against the actual
hours and fees for which S&C seeks compensation for the Fee Period; and
comparison of S&C's approved Staffing Plan with actual S&C staffing during the
Fee Period.

Exhibit G:  **Time Entries and Narrative Description** — S&C's time entry
records and descriptions of activities by project code, billed by tenths of an hour.

Exhibit H:  **Monthly Expense Records** — S&C's disbursement records from the
Fee Period.

### Summary of Professional Services Rendered

14.    In accordance with the Guidelines, S&C has organized its time records

according to an internal system of project codes in order to facilitate review of this Application.

The work performed by S&C personnel with respect to each of these project codes is

-5-

summarized below.  Given the scope of the work performed, these summaries do not include all tasks performed or advice given by S&C personnel during the Fee Period, but generally describe the most significant matters included under each project code.

**A.      Asset Analysis and Recovery – Project Code 00002**

Total Fees:      -0-
Total Hours:    -0-

15.      No time was charged to this category during the Fee Period.

**B.      Asset Disposition – Project Code 00003**

Total Fees:      -0-
Total Hours:    -0-

16.      No time was charged to this category during the Fee Period.

**C.      Assumption and Rejection of Leases and Contracts – Project Code 00004**

Total Fees:      -0-
Total Hours:    -0-

17.      No time was charged to this category during the Fee Period.

**D.      Avoidance Action Analysis – Project Code 00005**

Total Fees:      -0-
Total Hours:    -0-

18.      No time was charged to this category during the Fee Period.

**E.      Business Operations – Project Code 00006**

Total Fees:      -0-
Total Hours:    -0-

19.      No time was charged to this category during the Fee Period.

SC1:4615243.3

F.     **Case Administration – Project Code 00007**

Total Fees:     $94.50
Total Hours:    0.30

20.     This category includes minimal time spent by S&C professionals on case administration matters.

G.     **Claims Administration and Objections – Project Code 00008**

Total Fees:     -0-
Total Hours:    -0-

21.     No time was charged to this category during the Fee Period.

H.     **Corporate Governance and Board Matters – Project Code 00009**

Total Fees:     -0-
Total Hours:    -0-

22.     No time was charged to this category during the Fee Period.

I.     **Employee Benefits and Pensions – Project Code 00010**

Total Fees:     -0-
Total Hours:    -0-

23.     No time was charged to this category during the Fee Period.

J.     **Employment and Fee Applications (S&C) – Project Code 00011**

Total Fees:     $16,264.00
Total Hours:    40.40

24.     During the Fee Period, S&C personnel prepared S&C's January monthly fee statement, tenth interim application and final fee application.  S&C professionals and paraprofessionals prepared and reviewed the information and charts required to be included in S&C's fee statements and applications, and reviewed all requested fees and disbursements to confirm that such fees and disbursements were consistent with the Guidelines and the Fee Committee's guidance.  The interim and final fee applications also required S&C personnel to

devote time to ensuring the adequacy of S&C's disclosure regarding its activities, and S&C

devoted additional time to reviewing disclosed information to preserve confidentiality and

attorney-client privilege.

**K.    Employment and Fee Application (Others) – Project Code 00012**

> Total Fees:    -0-
> Total Hours:    -0-

25.    No time was charged to this category during the Fee Period.

**L.    Financing, Cash Collateral, Make Whole – Project Code 00013**

> Total Fees:    -0-
> Total Hours:    -0-

26.    No time was charged to this category during the Fee Period.

**M.    Other Litigation – Project Code 00014**

> Total Fees:    $86,881.00
> Total Hours:    83.90

27.    During the Fee Period, S&C professionals participated in the Fee

Committee dispute raised by Elliott.  S&C professionals expended significant time and effort in

discussions with the Debtors, Elliott and their counsel, the Fee Committee and its counsel, and

other EFH/EFIH stakeholders regarding the dispute, including with respect to the proposed form

of order regarding the appointment of a new member of the Fee Committee.  In addition, S&C

professionals identified and interviewed candidates and assisted the EFH Committee with

selecting a new member of the Fee Committee.  S&C updated the EFH Committee regarding the

progress and implications of these developments.

**N.    Meetings and Communications with Creditors – Project Code 00015**

Total Fees:    $24,526.00
Total Hours:    24.90

28.    This category includes time spent by S&C professionals in connection with the EFH Committee's regular meetings and conference calls.  S&C professionals briefed the EFH Committee members and discussed, among other things, strategy regarding developments related to the Oncor sale process, the E-side plan confirmation process and distributions to creditors, the Fee Committee dispute, the NextEra termination fee adversary proceeding and related matters.

**O.    Non-Working Travel – Project Code 00016**

Total Fees:    -0-
Total Hours:    -0-

29.    No time was charged to this category during the Fee Period.

**P.    Plan and Disclosure Statement – Project Code 00017**

Total Fees:    $53,529.00
Total Hours:    75.70

30.    During the Fee Period, S&C professionals advised on the E-side plan and confirmation process.  S&C professionals engaged with Debtors' counsel and other key EFH/EFIH stakeholders regarding the strategy and updates regarding the plan confirmation process.  S&C analyzed and advised the EFH Committee regarding the implications of these developments with respect to the EFH Committee's plan litigation settlement and other creditor matters, including cash and recovery projections of the anticipated consummation of the E-side plan.

**Q.    Relief From Stay and Adequate Protection – Project Code 00018**

        Total Fees:      -0-
        Total Hours:     -0-

31.     No time was charged to this category during the Fee Period.

**R.    Tax – Project Code 00019**

        Total Fees:     $12,422.00
        Total Hours:    9.70

32.     During this Fee Period, S&C professionals considered and analyzed tax implications related to the Oncor sale and E-side plan and the Vistra tax dispute.  With respect to the Vistra tax dispute, among other things, S&C professionals participated in numerous discussions with other estate professionals and professionals representing Elliott regarding the alternative dispute resolution proceedings in connection with the Vistra tax dispute.  During the Fee Period, S&C professionals also reviewed related materials and discussed related strategy with other S&C professionals.

**S.    Valuation – Project Code 00020**

        Total Fees:      -0-
        Total Hours:     -0-

33.     No time was charged to this category during the Fee Period.

**T.    Discovery – Project Code 00021**

        Total Fees:      -0-
        Total Hours:     -0-

34.     No time was charged to this category during the Fee Period.

SC1:4615243.3

U.     **Hearings – Project Code 00022**

Total Fees:     $20,088.50
Total Hours:    18.20

35.     This category includes time spent by S&C personnel preparing for and participating in the hearings held before the Court during the Fee Period, including the plan confirmation hearing, plan related status conferences and other omnibus hearings.

V.     **First and Second Day Motions – Project Code 00023**

Total Fees:     -0-
Total Hours:    -0-

36.     No time was charged to this category during the Fee Period.

W.    **Claims Investigations – Project Code 00024**

Total Fees:     -0-
Total Hours:    -0-

37.     No time was charged to this category during the Fee Period.

X.     **Lien Investigation – Project Code 00025**

Total Fees:     -0-
Total Hours:    -0-

38.     No time was charged to this category during the Fee Period.

Y.     **Intercompany Claims – Project Code 00026**

Total Fees:     -0-
Total Hours:    -0-

39.     No time was charged to this category during the Fee Period.

Z.     **Other Motions/Applications – Project Code 00027**

Total Fees:     -0-
Total Hours:    -0-

40.     No time was charged to this category during the Fee Period.

AA.    **Schedules and Statements – Project Code 00028**

> Total Fees:        -0-
> Total Hours:       -0-

41.    No time was charged to this category during the Fee Period.

BB.    **Time Entry Review – Project Code 00029**

> Total Fees:        -0-
> Total Hours:       43.30

42.    This category includes time spent reviewing the time entries recorded by

S&C personnel to ensure accuracy, clarity, and consistency.  At the request of the Fee

Committee, S&C seeks no compensation for time billed to this category.

CC.    **Budgeting (Case) – Project Code 00031**

> Total Fees:        -0-
> Total Hours:       -0-

43.    No time was charged to this category during the Fee Period.

**Reasonable and Necessary Services Rendered by S&C**

44.    The foregoing professional services provided by S&C to the EFH

Committee during the Fee Period were in the best interests of the EFH Committee and its

constituent unsecured creditors, and were reasonable, necessary and appropriate under the

circumstances of these chapter 11 cases.  The compensation requested for the foregoing services

is commensurate with the complexity, importance and nature of the issues and tasks involved.

These professional services were performed expediently and in an efficient manner.  In

particular, S&C allocated work among junior and senior professionals and paraprofessionals in a

manner designed to avoid unnecessary duplication of services and promote cost-effectiveness,

including through consultation with internal practice area experts and specialists when necessary

in connection with discrete questions arising in the course of S&C's work.

45.     S&C is widely recognized for its experience and knowledge relating to complex business matters and reorganizations under chapter 11 of the Bankruptcy Code.  S&C has an established reputation for its expertise in handling large corporate transactions and related litigation, including dispositions and other transactions involving businesses similar to those operated by the Debtors.  The S&C practice groups that provided services to the EFH Committee—litigation, employee benefits and tax, among others—enjoy a global reputation for their expertise.

46.     During the Fee Period, the professional services performed by S&C on behalf of the EFH Committee required an aggregate expenditure of 296.40 recorded hours by S&C personnel.  Of the aggregate time expended, 149.70 recorded hours were expended by partners, counsel and special counsel; 64.20 recorded hours were expended by associates; and 82.50 recorded hours were expended by S&C paraprofessionals.

47.     S&C billed the EFH Committee for time expended by professionals at hourly rates ranging from $315.00 to $1,295.00.  Allowance of compensation in the amount requested would result in a blended hourly billing rate for professionals of approximately $721.34 (based on 296.40 recorded hours at S&C's agreed hourly rates).  The hourly rates charged by S&C in these chapter 11 cases are equivalent to or less than the rates used by S&C when preparing estimates of fees for similar non-bankruptcy matters.

### Actual and Necessary Disbursements by S&C

48.     As set forth in Exhibit D, S&C seeks reimbursement for $2,762.54 in expenses incurred in the course of its professional services during the Fee Period.  All expenses for which reimbursement is requested pursuant to this Application have been incurred in compliance with the Guidelines.

-13-

49.    Reimbursable expenses (whether for services performed by S&C personnel or by a third-party vendor) include appropriate local and long distance transportation costs, overtime meals and teleconference charges.  Pursuant to S&C's disbursement policies, out-of-pocket expenses are passed through at actual (or, when actual out-of-pocket expenses are uncertain, estimated actual) costs.  Certain items, such as overtime meals, may be charged at amounts below cost in accordance with limits imposed by the Guidelines or requested by the Fee Committee.

50.    S&C seeks no reimbursement of copying charges, other than charges for in-house copies made by its reproduction department (typically large copying jobs).  In accordance with the Guidelines and guidance provided by the Fee Committee, S&C has limited its reimbursement request for black and white copying charges to $0.10 per page, and for color copies to $0.25 per page (less than the per page maximum of $0.50 promulgated by the Fee Committee).  S&C seeks no reimbursement of any charges incurred for computerized research or long-distance telephone or fax charges, other than telephone fees for telephone and video conference services.

51.    S&C respectfully submits that its actual expenses incurred in providing professional services to the EFH Committee during the Fee Period were necessary, reasonable and justified under the circumstances of these chapter 11 cases.

**The Requested Compensation and Expense Reimbursement Should Be Allowed**

52.    Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and . . . reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A), (B).  Section 331 of the Bankruptcy Code allows professionals to

apply for such compensation and expense reimbursement on an interim basis not more than once

every 120 days after the order for relief in a bankruptcy case, or more often as permitted by the

court.  11 U.S.C. § 331.

53.     Section 330 of the Bankruptcy Code also sets forth the criteria for

determining the amount of reasonable compensation to be awarded to such a professional:

> [T]he court shall consider the nature, the extent, and the value of such [professional's] services, taking into account all relevant factors, including --
>
> (A)     the time spent on such services;
>
> (B)     the rates charged for such services;
>
> (C)     whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;
>
> (D)     whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;
>
> (E)     with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)     whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.
>
> 11 U.S.C. § 330(a)(3).

54.     S&C respectfully submits that the services for which it seeks

compensation and the expenditures for which it seeks reimbursement pursuant to this

Application were necessary for and beneficial to the EFH Committee and its constituent

unsecured creditors.  S&C worked diligently to anticipate or respond to the EFH Committee's

needs during the Fee Period, particularly with respect to the EFH Committee's monitoring and

consideration of developments relating to the Debtors' confirmed chapter 11 plan and related

transactions.  S&C further submits that the services provided to the EFH Committee by its

professionals and paraprofessionals were performed economically, effectively and efficiently,

and have been in the best interests of the unsecured creditors represented by the EFH Committee.

The services provided by S&C were consistently performed in a timely manner commensurate

with the complexity, importance and nature of the issues involved.  Accordingly, S&C

respectfully submits that the compensation requested herein is reasonable in light of the nature,

extent and value of such services.

## NO PRIOR REQUEST

55.    No prior application for the relief requested herein has been made to this

or any other Court.

## RESERVATION OF RIGHTS AND NOTICE

56.    Although S&C has made every effort to include in this Application all

fees and expenses incurred during the Fee Period in connection with these chapter 11 cases,

certain fees and expenses might not be included in this Application due to delays caused by

accounting and processing during the Fee Period.  S&C reserves the right to make further

application to the Court for the allowance of such fees and expenses not included in this

Application.

WHEREFORE, S&C respectfully requests that the Court enter an order:

(a) awarding S&C the sum of $213,805.00 as compensation for services rendered and $2,762.54

for reimbursement for actual and necessary expenses S&C incurred during the Fee Period and

(b) granting such other and further relief as the Court deems appropriate.

Dated:  Wilmington, Delaware
       April 20, 2018

**SULLIVAN & CROMWELL LLP**

*/s/ Andrew G. Dietderich*
Andrew G. Dietderich
Brian D. Glueckstein
John L. Hardiman
Alexa J. Kranzley
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
E-mail:    dietdericha@sullcrom.com
       gluecksteinb@sullcrom.com
       hardimanj@sullcrom.com
       kranzleya@sullcrom.com

*Counsel for the Official Committee of Unsecured
Creditors of Energy Future Holdings Corp.,
Energy Future Intermediate Holding Company
LLC, EFIH Finance Inc., and EECI, Inc.*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Objection Deadline: May 11, 2018 at 4:00 p.m.** |

**NOTICE OF ELEVENTH INTERIM APPLICATION OF SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH COMMITTEE FOR INTERIM APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM JANUARY 1, 2018 THROUGH AND INCLUDING MARCH 9, 2018**

        **PLEASE TAKE NOTICE** that on the date hereof, Sullivan & Cromwell LLP

(the "**Applicant**") filed the *Eleventh Interim Application of Sullivan & Cromwell LLP as*

*Counsel to the EFH Committee for Interim Approval and Allowance of Compensation for*

*Services Rendered and Reimbursement of Expenses Incurred for the Period from January 1,*

*2018 Through and Including March 9, 2018* (the "**Interim Fee Application**") with the United

States Bankruptcy Court for the District of Delaware (the "**Court**").

        **PLEASE TAKE FURTHER NOTICE** that responses or objections, if any, to

the Interim Fee Application, other than responses or objections by the fee committee appointed

in these chapter 11 cases (the "**Fee Committee**"), must be made in accordance with the *Order*

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses for*

*Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Administrative Order**"), and must

---

[1]    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

be electronically filed with the Court on the docket of *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS) in accordance with rule 5005 of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court for the District of Delaware, and served by U.S. mail, overnight delivery, hand delivery or facsimile upon (i) the above-captioned debtors and debtors in possession (collectively, the "**Debtors**"), Energy Future Holdings Corp., et al., 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andrew R. Vara, the acting United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel to the Fee Committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler; and (vi) the Applicant, Sullivan & Cromwell LLP, 125 Broad Street New York, NY 10004, Attn: Alexa Kranzley, so as to actually be received no later than **4:00 p.m. (Eastern Time) on May 11, 2018** (the "**Objection Deadline**").

       **PLEASE TAKE FURTHER NOTICE** that a hearing on the Interim Fee Application will be held on a date to be determined by the Court. Only those objections made in writing and timely filed and received in accordance with the Administrative Order and the procedures described herein will be considered by the Court at such hearing. The parties are

required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

PLEASE TAKE FURTHER NOTICE that pursuant to the Administrative Order, if no objection to the Interim Fee Application is timely filed, served and received by the Objection Deadline, the relief requested in the Interim Fee Application may be granted by the Court without further notice or hearing, other than with respect to the Fee Committee.

PLEASE TAKE FURTHER NOTICE that copies of the Interim Fee Application may be obtained from the Court's website, https://ecf.deb.uscourts.gov for a nominal fee or, free of charge, the website of the Debtors' claims and noticing agent, http://efhcaseinfo.com.

SC1:4616147.1

Dated:  Wilmington, Delaware
        April 20, 2018

**MONTGOMERY McCRACKEN WALKER & RHOADS, LLP**

 */s/ Mark A. Fink* 
Natalie D. Ramsey, Esquire (DE Bar No. 5378)
Davis Lee Wright, Esquire (DE Bar No. 4324)
Mark A. Fink, Esquire (DE Bar No. 3946)
1105 North Market Street, 15th Floor
Wilmington, DE  19801
Telephone: (302) 504-7800
Facsimile: (302) 504 -7820
E-mail:      nramsey@mmwr.com
              dwright@mmwr.com
              mfink@mmwr.com

– and –

**SULLIVAN & CROMWELL LLP**

Andrew G. Dietderich
Brian D. Glueckstein
John L. Hardiman
Alexa J. Kranzley
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
E-mail:       dietdericha@sullcrom.com
              gluecksteinb@sullcrom.com
              hardimanj@sullcrom.com
              kranzleya@sullcrom.com

*Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance, Inc.; and EECI, Inc.*

SC1:4616147.1

## EXHIBIT A

**Certification of Andrew G. Dietderich**

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**CERTIFICATION UNDER LOCAL RULE 2016-2(G)**
**IN RESPECT OF THE ELEVENTH INTERIM FEE APPLICATION OF**
**SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH COMMITTEE**
**FOR COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD**
**FROM JANUARY 1, 2018 THROUGH AND INCLUDING MARCH 9, 2018**

I, Andrew G. Dietderich, under penalty of perjury, declare as follows:

1.        I am a partner in the law firm of Sullivan & Cromwell LLP ("**S&C**"),
located at 125 Broad Street, New York, New York 10004.  I am a member in good standing of
the Bar of the State of New York.  There are no disciplinary proceedings pending against me.

2.        This certification is made with respect to S&C's compliance with rule
2016-2 (c)–(g) of the Local Rules of Bankruptcy Practice and Procedures of the United States
Bankruptcy Court for the District of Delaware (the "**Local Rule**"), in connection with S&C's
eleventh interim application, as counsel to the official committee of unsecured creditors of
Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH
Finance Inc., and EECI, Inc., for compensation for professional services and reimbursement of

---

[1]     The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of
the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in
these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the
last four digits of their federal tax identification numbers is not provided herein.  A complete list of such
information may be obtained on the website of the debtors' claims and noticing agent at
http://www.efhcaseinfo.com.

expenses incurred for the period from January 1, 2018 through and including March 9, 2018 (the "**Application**").

3.        Pursuant to section (g) of the Local Rule, I hereby certify that I have reviewed the requirements of the Local Rule and, to the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Local Rule.

4.        Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:    April 20, 2018

                                                          */s/ Andrew G. Dietderich*
                                                          Andrew G. Dietderich
                                                          Sullivan & Cromwell LLP

## EXHIBIT B

## S&C PROFESSIONALS PERFORMING SERVICES DURING THE FEE PERIOD

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Dietderich, Andrew G. | Partner | GP/Restructuring | 1997 | $1,140.00 | | 4.80 | $5,472.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $1,140.00 | | 90.60 | $103,284.00 |
| Hariton, David P. | Partner | Tax | 1986 | $1,295.00 | | 8.80 | $11,396.00 |
| **Partner Total** | | | | | | **104.20** | **$120,152.00** |
| Kranzley, Alexa J. | Special Counsel | GP/Restructuring | 2009 | $0.00 | * | 0.50 | $0.00 |
| Kranzley, Alexa J. | Special Counsel | GP/Restructuring | 2009 | $995.00 | | 45.00 | $44,775.00 |
| **Special Counsel Total** | | | | | | **45.50** | **$44,775.00** |
| Guido, Emma J. | Associate | GP | 2017 | $460.00 | | 36.50 | $16,790.00 |
| Ip, Veronica W. | Associate | Litigation | 2011 | $865.00 | | 2.50 | $2,162.50 |
| Jensen, Christian P. | Associate | GP | 2016 | $725.00 | | 25.20 | $18,270.00 |
| **Associate Total** | | | | | | **64.20** | **$37,222.50** |
| **Lawyers Total** | | | | | | **213.90** | **$202,149.50** |
| Booth, Oliver B. | Legal Assistant | | | $0.00 | * | 14.90 | $0.00 |
| Booth, Oliver B. | Legal Assistant | | | $315.00 | | 25.00 | $7,875.00 |
| Coulibaly, Rockia | Legal Assistant | | | $0.00 | * | 30.70 | $0.00 |
| Coulibaly, Rockia | Legal Assistant | | | $315.00 | | 11.10 | $3,496.50 |
| Voizard, Marshall R. | Research Librarian | | | $355.00 | | 0.80 | $284.00 |
| **Non Legal Personnel Total** | | | | | | **82.50** | **$11,655.50** |
| **GRAND TOTAL** | | | | | | **296.40** | **$213,805.00** |

* A zero rate appears wherever no fee was charged for work.

## EXHIBIT C

## PROJECT CODE TOTAL CHART

| Project Number | Project Name | Hours | Fee Amount |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | - | $0.00 |
| 00003 | ASSET DISPOSITION | - | $0.00 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | - | $0.00 |
| 00005 | AVOIDANCE ACTION ANALYSIS | - | $0.00 |
| 00006 | BUSINESS OPERATIONS | - | $0.00 |
| 00007 | CASE ADMINISTRATION | 0.30 | $94.50 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | - | $0.00 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | - | $0.00 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | - | $0.00 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 40.40 | $16,264.00 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | - | $0.00 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | - | $0.00 |
| 00014 | OTHER LITIGATION | 83.90 | $86,881.00 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 24.90 | $24,526.00 |
| 00016 | NON-WORKING TRAVEL | - | $0.00 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | 75.70 | $53,529.00 |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | - | $0.00 |
| 00019 | TAX | 9.70 | $12,422.00 |
| 00020 | VALUATION | - | $0.00 |
| 00021 | DISCOVERY | - | $0.00 |
| 00022 | HEARINGS | 18.20 | $20,088.50 |
| 00023 | FIRST AND SECOND DAY MOTIONS | - | $0.00 |
| 00024 | CLAIMS INVESTIGATION | - | $0.00 |
| 00025 | LIEN INVESTIGATION | - | $0.00 |
| 00026 | INTERCOMPANY CLAIMS | - | $0.00 |
| 00027 | OTHER MOTIONS / APPLICATIONS | - | $0.00 |
| 00028 | SCHEDULES AND STATEMENTS | - | $0.00 |
| 00029 | TIME ENTRY REVIEW | 43.30 | $0.00 |
| 00031 | BUDGETING (CASE) | - | $0.00 |
| **TOTAL** | | **296.40** | **$213,805.00** |

## EXHIBIT D

## SUMMARY OF DISBURSEMENTS

| Disbursement Summary | |
|---|---|
| **Description** | **Amount** |
| Travel and expenses | $569.08 |
| Outside Vendors | $1,350.00 |
| Telephone conferencing charges | $57.47 |
| Deposition/Hearing Transcripts | $655.20 |
| Local Transportation | $68.84 |
| Meals - Overtime | $40.00 |
| Repro - BW Copies | $18.70 |
| Repro - Binding | $3.25 |
| **Total** | **$2,762.54** |

**EXHIBIT E**

**BUDGET AND STAFFING PLAN**

| Code | Project Category | Estimated Hours | | Estimated Fees | |
|---|---|---|---|---|---|
| | | *Low* | *High* | *Low* | *High* |
| 002 | Asset Analysis | 0 | 0 | $0.00 | $0.00 |
| 003 | Asset Disposition | 0 | 0 | $0.00 | $0.00 |
| 004 | Assumption and Rejection of Leases and Contracts | 0 | 0 | $0.00 | $0.00 |
| 005 | Avoidance Action Analysis | 0 | 0 | $0.00 | $0.00 |
| 006 | Business Operations | 0 | 20 | $0.00 | $15,000.00 |
| 007 | Case Administration | 0 | 40 | $0.00 | $30,000.00 |
| 008 | Claims Administration and Objections | 0 | 10 | $0.00 | $7,500.00 |
| 009 | Corporate Governance and Board Matters | 0 | 0 | $0.00 | $0.00 |
| 010 | Employment Benefits and Pensions | 10 | 40 | $7,500.00 | $30,000.00 |
| 011 | Employment and Fee Applications (S&C) | 10 | 40 | $7,500.00 | $30,000.00 |
| 012 | Employment and Fee Applications (Others) | 0 | 10 | $0.00 | $7,500.00 |
| 013 | Financing, Cash Collateral, Make Whole | 0 | 20 | $0.00 | $15,000.00 |
| 014 | Other Litigation | 50 | 200 | $37,500.00 | $150,000.00 |
| 015 | Meetings and Communications with Creditors | 50 | 100 | $37,500.00 | $75,000.00 |
| 016 | Non-Working Travel | 0 | 20 | $0.00 | $7,500.00 |
| 017 | Plan and Disclosure Statement | 100 | 200 | $75,000.00 | $150,000.00 |
| 018 | Relief from Stay and Adequate Protection | 0 | 0 | $0.00 | $0.00 |
| 019 | Tax | 0 | 10 | $0.00 | $7,500.00 |
| 020 | Valuation | 0 | 0 | $0.00 | $0.00 |
| 021 | Discovery | 0 | 0 | $0.00 | $0.00 |
| 022 | Hearings | 20 | 40 | $15,000.00 | $30,000.00 |
| 023 | First and Second Day Motions | 0 | 0 | $0.00 | $0.00 |
| 024 | Claims Investigation | 0 | 0 | $0.00 | $0.00 |
| 025 | Lien Investigation | 0 | 0 | $0.00 | $0.00 |
| 026 | Intercompany Claims | 0 | 0 | $0.00 | $0.00 |
| 027 | Other Motions/Applications | 0 | 0 | $0.00 | $0.00 |
| 028 | Schedules and Statements | 0 | 0 | $0.00 | $0.00 |
| 029 | Time Entry Review | 0 | 10 | $0.00 | $7,500.00 |
| 031 | Budgeting (Case) | 2 | 4 | $1,500.00 | $3,000.00 |
| **TOTAL** | | **242** | **764** | **$181,500.00** | **$565,500.00** |

| Category of Timekeeper | Total Number in Category Expected to Work on Matter in Period[1] | Estimated Average Hourly Rate[2] |
|---|---|---|
| Partner | 5 | $1,050.00 |
| Counsel/Special Counsel | 2 | $1,050.00 |
| Associate | 5 | $600.00 |
| Legal Assistant[3] | 3 | $275.00 |
| Research Analyst | 3 | $355.00 |

Notes:

(1)  Estimate is for total number of timekeepers billing any substantial number of hours to matter (not F.T.E.s).

(2)  Actual average hourly rate will vary with seniority of resources, and may be higher for some workstreams than others.

(3)  Includes clerks, legal analysts and eDiscovery professionals.

**EXHIBIT F**

**BUDGET AND STAFFING PLAN COMPARISON**

| Code | Project Category | Estimated Hours | | Actual Hours | Estimated Fees | | Actual Fees |
|---|---|---|---|---|---|---|---|
| | | *Low* | *High* | *Hours Through 12/31* | *Low* | *High* | *Fees Through 12/31* |
| 002 | Asset Analysis | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 003 | Asset Disposition | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 004 | Assumption and Rejection of Leases and Contracts | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 005 | Avoidance Action Analysis | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 006 | Business Operations | 0 | 20 | 0.00 | $0.00 | $15,000.00 | $0.00 |
| 007 | Case Administration | 0 | 40 | 0.30 | $0.00 | $30,000.00 | $94.50 |
| 008 | Claims Administration and Objections | 0 | 10 | 0.00 | $0.00 | $7,500.00 | $0.00 |
| 009 | Corporate Governance and Board Matters | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 010 | Employment Benefits and Pensions | 10 | 40 | 0.00 | $7,500.00 | $30,000.00 | $0.00 |
| 011 | Employment and Fee Applications (S&C) | 10 | 40 | 40.40 | $7,500.00 | $30,000.00 | $16,264.00 |
| 012 | Employment and Fee Applications (Others) | 0 | 10 | 0.00 | $0.00 | $7,500.00 | $0.00 |
| 013 | Financing, Cash Collateral, Make Whole | 0 | 20 | 0.00 | $0.00 | $15,000.00 | $0.00 |
| 014 | Other Litigation | 50 | 200 | 83.90 | $37,500.00 | $150,000.00 | $86,881.00 |
| 015 | Meetings and Communications with Creditors | 50 | 100 | 24.90 | $37,500.00 | $75,000.00 | $24,526.00 |
| 016 | Non-Working Travel | 0 | 20 | 0.00 | $0.00 | $7,500.00 | $0.00 |
| 017 | Plan and Disclosure Statement | 100 | 200 | 75.70 | $75,000.00 | $150,000.00 | $53,529.00 |
| 018 | Relief from Stay and Adequate Protection | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 019 | Tax | 0 | 10 | 9.70 | $0.00 | $7,500.00 | $12,422.00 |
| 020 | Valuation | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 021 | Discovery | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 022 | Hearings | 20 | 40 | 18.20 | $15,000.00 | $30,000.00 | $20,088.50 |
| 023 | First and Second Day Motions | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 024 | Claims Investigation | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 025 | Lien Investigation | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 026 | Intercompany Claims | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 027 | Other Motions/Applications | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 028 | Schedules and Statements | 0 | 0 | 0.00 | $0.00 | $0.00 | $0.00 |
| 029 | Time Entry Review | 0 | 10 | 43.30 | $0.00 | $7,500.00 | $0.00 |
| 031 | Budgeting (Case) | 2 | 4 | 0.00 | $1,500.00 | $3,000.00 | $0.00 |
| **TOTAL** | | **242** | **764** | **296.40** | **$181,500.00** | **$565,500.00** | **$213,805.00** |

| Category of Timekeeper | Total Number in Category Expected to Work on Matter in Period[1] | Maximum Number of Persons in Category that Actually Worked on Matter in any Month during Period | Total Number in Category that Actually Worked on Matter in Period |
|---|---|---|---|
| Partner | 5 | 3 (January); 2 (February); 1 (March) | 3 |
| Counsel/Special Counsel | 2 | 1 (January); 1 (February); 1 (March) | 1 |
| Associate | 5 | 3 (January); 3 (February); 1 (March) | 3 |
| Summer Associate | N/A | 0 (January); 0 (February); 0 (March) | 0 |
| Legal Assistant[2] | 3 | 2 (January); 2 (February); 2 (March) | 2 |
| Research Analyst | 3 | 1 (January); 0 (February); 0 (March) | 1 |

Notes:

[1] Estimate is for total number of timekeepers billing a substantial number of hours to matter.

[2] Includes clerks, legal analysts, eDiscovery professionals and technology services.

## EXHIBIT G

**TIME ENTRIES AND NARRATIVE DESCRIPTION**

SC1:4615243.3

**Project: 00011 - EMPLOYMENT AND FEE APPLICATIONS (S&C)**

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| 01/02/2018 | Alexa Kranzley | 0.50 | Review response to fee committee letter (.40); e-mails to internal team re: the same (.10).  (no charge) |
| 01/02/2018 | Oliver Booth | 2.30 | Review and revise response to fee committee letter. (no charge) |
| 01/04/2018 | Alexa Kranzley | 0.20 | Correspondence with internal team re: December fee application. |
| 01/11/2018 | Rockia Coulibaly | 0.70 | Draft and revise November certificate of no objection and correspondence with internal team re: the same. |
| 01/16/2018 | Alexa Kranzley | 0.20 | Follow-up with internal team re: December fee applicaton and related issues. |
| 01/17/2018 | Rockia Coulibaly | 0.40 | Correspondence with internal team re: November certificate of no objection and related invoice. |
| 01/18/2018 | Alexa Kranzley | 0.40 | Review December fee application time entries for confidentiality. |
| 01/19/2018 | Alexa Kranzley | 0.40 | Review and revise December fee application. |
| 01/19/2018 | Rockia Coulibaly | 2.00 | Draft and revise December fee application and correspondence with internal team re: the same. |
| 01/22/2018 | Alexa Kranzley | 0.30 | Review (.20) and coordinate for service and filing of December fee application (.10). |
| 01/22/2018 | Oliver Booth | 0.60 | Review and revise December fee application (.50); correspondence with internal team re: same (.10). |
| 01/22/2018 | Rockia Coulibaly | 2.30 | Review and revise December fee application and correspondence with internal team re: the same. |
| 01/30/2018 | Alexa Kranzley | 0.10 | Correspondence with internal team re: tenth interim fee application. |
| **Total** | | **10.40** | |

## Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/01/2018 | Brian Glueckstein | 2.30 | Draft UCC statement in response to Elliott fee committee motion. |
| 01/01/2018 | Alexa Kranzley | 0.50 | Correspondence with B. Glueckstein re: UCC statement in response to Elliott fee committee motion (.20); review same (.30). |
| 01/02/2018 | Brian Glueckstein | 1.30 | Review and revise UCC statement in response to Elliott fee committee motion. |
| 01/02/2018 | Brian Glueckstein | 0.30 | Call with A. Kranzley, M. Henkin (Guggenheim) and P. LaRoche (Guggenheim) re: Elliott fee committee motion related issues. |
| 01/02/2018 | Alexa Kranzley | 0.40 | Call with M. Henkin (Guggenheim) and P. LaRoche (Guggenheim) re: Elliott fee committee motion related issues (.10); call with B. Glueckstein, M. Henkin (Guggenheim) and P. LaRoche (Guggenheim) re: the same (.30). |
| 01/02/2018 | Alexa Kranzley | 0.30 | Review and revise UCC statement in response to Elliott fee committee motion. |
| 01/03/2018 | Brian Glueckstein | 0.80 | Review and finalize UCC statement in response to Elliott fee committee motion. |
| 01/03/2018 | Oliver Booth | 1.70 | Compile filed responses to Elliott fee committee motion (.90); compile binders of same and circulate same to internal team (.80). |
| 01/04/2018 | Alexa Kranzley | 0.10 | Correspondence with internal team re: fee committee issues. |
| 01/05/2018 | Brian Glueckstein | 2.60 | Call with C. Husnick (K&E) re: Elliott fee committee motion (.30); call with B. Williamson (Godfrey) re: same (.30); calls with A. Kranzley re: same (.40); follow-up work re: same (.90); prepare for hearing re: Elliott fee committee motion (.70). |
| 01/05/2018 | Alexa Kranzley | 0.80 | Review correspondence re: Elliott fee committee motion (.40); calls with B. Glueckstein re: same (.40). |
| 01/08/2018 | Andrew Dietderich | 0.70 | Correspondence with B. Glueckstein re: Elliott fee committee motion hearing (.20); call with B. |

## Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Glueckstein and A. Kranzley re: same (.30); correspondence with potential fee committee members (.20). |
| 01/08/2018 | Brian Glueckstein | 2.50 | Review and analyze Elliott fee committee motion and follow-up correspondence re: same (1.7); calls with A. Kranzley re: Elliott fee committee motion hearing (.40); call with A. Dietderich and A. Kranzley re: same (.30); correspondence with B. Miller (creditor counsel) re: Elliott fee committee motion issues (.10). |
| 01/08/2018 | Alexa Kranzley | 1.00 | Call with B. Glueckstein re: Elliott fee committee motion hearing (.40); call with A. Dietderich and B. Glueckstein re: same (.30); follow-up work re: same (.30). |
| 01/08/2018 | Emma Guido | 0.20 | Correspondence with C. Jensen re: emergence issues. |
| 01/08/2018 | Oliver Booth | 0.60 | Review and revise adversary proceeding case calendar and circulate same to internal team. |
| 01/09/2018 | Andrew Dietderich | 0.50 | Call with B. Glueckstein re: fee committee candidates (.30); review e-mails re: same (.20). |
| 01/09/2018 | Brian Glueckstein | 1.90 | Call with A. Kranzley re: fee committee issues (.30); call with A. Dietderich re: fee committee candidates (.30); call with N. Hagey (BraunHagey) and Elliott team re: fee committee selection and order issues (.80); review fee committee selection issues (.50). |
| 01/09/2018 | Alexa Kranzley | 0.90 | Review transcript of hearing re: Elliott fee committee motion (.60); call with B. Glueckstein re: fee committee issues (.30). |
| 01/10/2018 | Andrew Dietderich | 0.30 | Discussions with B. Glueckstein re: fee committee candidates. |
| 01/10/2018 | Brian Glueckstein | 3.10 | Call with A. Kranzley and C. Jensen re: fee committee issues (.20); multiple calls with R. Pedone (Nixon) re: same (.70); review fee committee candidates (.80); discussion with A. Dietderich re: same (.30); call with A. Yenamandra (K&E) re: fee committee issues (.30); review correspondence re: Vistra tax litigation (.80). |

## Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/10/2018 | Alexa Kranzley | 1.60 | Call with B. Glueckstein and C. Jensen re: fee committee issues (.20); follow-up meeting with C. Jensen re: same (.10); follow-up work re: same (1.3). |
| 01/10/2018 | Christian Jensen | 1.00 | Call with B. Glueckstein and A. Kranzley re: fee committee issues (.20); follow-up meeting with A. Kranzley re: same (.10); prepare summaries of fee committee candidate bios (.70). |
| 01/11/2018 | Brian Glueckstein | 1.60 | Review and revise amended fee committee order (.80); correspondence with N. Hagey (BraunHagey) re: same and related issues (.30); call with R. Schepacarter (UST) re: fee committee issues (.30); correspondence with R. Schepacarter re: same (.20). |
| 01/12/2018 | Brian Glueckstein | 1.90 | Review and analyze fee committee issues (1.4); correspondence with internal team, counter parties and UCC re: same (.50). |
| 01/12/2018 | Christian Jensen | 1.10 | Update summaries of fee committee candidate bios (.20); coordinate and schedule fee committee candidate interviews (.90). |
| 01/14/2018 | Andrew Dietderich | 1.20 | Discussion with J. Rosenbaum (Elliott) re: fee committee issues (.60); discussion with B. Glueckstein re: same (.60). |
| 01/14/2018 | Brian Glueckstein | 0.60 | Discussion with A. Dietderich re: fee committee issues. |
| 01/15/2018 | Andrew Dietderich | 0.20 | Review correspondence re: fee committee issues. |
| 01/15/2018 | Brian Glueckstein | 5.60 | Call with C. Husnick (K&E) re: amended committee order and related issues (.30); call with K. Stadler (Godfrey) re: same (.20); call with Elliott re: same (1.1); follow-up work re: same (2.7); draft and revise amended fee committee order (1.3). |
| 01/16/2018 | Brian Glueckstein | 3.70 | Fee committee candidate interview calls with A. Kranzley, C. Jensen, E. Goodstein (AST) and AST counsel (2.0); discussion with A. Kranzley re: same (.50); review fee committee issues (.30); review and revise amended fee committee order (.70); call with K&E team re: amended fee committee order (.20). |

## Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/16/2018 | Alexa Kranzley | 2.00 | Fee committee candidate interview calls with B. Glueckstein, C. Jensen, E. Goodstein (AST) and AST counsel (1.5, partial attendance); discussion with B. Glueckstein re: same (.50). |
| 01/16/2018 | Christian Jensen | 2.00 | Fee committee candidate interview calls with B. Glueckstein, A. Kranzley, E. Goodstein (AST) and AST counsel. |
| 01/17/2018 | Brian Glueckstein | 3.70 | J. Carroll fee committee interview call with A. Kranzley, C. Jensen, E. Goodstein (AST) and A. Darwin (Nixon) (.50); follow-up meeting with A. Kranzley and C. Jensen re: fee committee candidates (.20); review fee committee appointment issues (.80); meeting with B. Williamson (Godfrey) and A. Kranzley re: fee committee issues (.80); call with R. Pedone (Nixon) re: fee committee issues (.30); correspondence with A. Kranzley re: same (.10); call with B. Willamson (Godfrey) re: fee committee appointment issues (.20); call with N. Hagey (BraunHagey) re: fee committee order issues (.20); draft and revise amended fee committee order (.60). |
| 01/17/2018 | Alexa Kranzley | 2.70 | J. Carroll fee committee interview call with B. Glueckstein, C. Jensen, E. Goodstein (AST) and A. Darwin (Nixon) (.50); follow-up meeting with B. Glueckstein and C. Jensen re: fee committee candidates (.20); review fee committee appointment issues (.50); meeting with B. Williamson (Godfrey) and B. Glueckstein re: fee committee issues (.80); follow-up work re: same (.70). |
| 01/17/2018 | Christian Jensen | 0.70 | J. Carroll fee committee interview call with B. Glueckstein, A. Kranzley, E. Goodstein (AST) and A. Darwin (Nixon) (.50); follow-up meeting with B. Glueckstein and A. Kranzley re: fee committee candidates (.20). |
| 01/18/2018 | Brian Glueckstein | 0.60 | Call with N. Hagey (BraunHagey) re: amended fee committee order (.20); call with A. Kranzley re: fee committee and related issues (.40). |

### Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/18/2018 | Alexa Kranzley | 0.40 | Call with B. Glueckstein re: fee committee and related issues. |
| 01/19/2018 | Brian Glueckstein | 3.20 | Call with R. Gitlin (Gitlin & Co) re: amended fee committee order and related issues (.40); call with N. Hagey (BraunHagey) re: amended fee committee order (.50); call with A. Kranzley and K&E re: same (.50); review and revise same (1.8). |
| 01/19/2018 | Alexa Kranzley | 1.00 | Call with B. Glueckstein and K&E re: amended fee committee order (.50); follow-up correspondence with B. Glueckstein re: same (.10); follow-up work re: same (.40). |
| 01/19/2018 | Christian Jensen | 0.80 | Review materials re: fee committee issues. |
| 01/21/2018 | Brian Glueckstein | 0.20 | Call with H. Kaplan (Kaplan Rice) re: fee committee appointment. |
| 01/21/2018 | Alexa Kranzley | 0.30 | Correspondence with B. Glueckstein and C. Jensen re: amended fee committee order and related issues. |
| 01/21/2018 | Christian Jensen | 2.10 | Draft memos to file re: fee committee interviews and UCC meeting re: fee committee appointment (1.1); draft notice of fee committee appointment (1.0). |
| 01/22/2018 | Andrew Dietderich | 1.10 | Review amended fee committee order and correspondence with internal team re: the same (.90); call with B. Glueckstein re: fee committee issues (.20). |
| 01/22/2018 | Brian Glueckstein | 1.10 | Call with C. Husnick (K&E) re: fee committee issues (.20); call with A. Kranzley re: same (.20); call with A. Dietderich re: same (.20); call with N. Hagey (BraunHagey) re: amended fee committee order and related issues (.20); review and revise amended fee committee order (.30). |
| 01/22/2018 | Alexa Kranzley | 0.50 | Review amended fee committee order (.30); call with B. Glueckstein re: fee committee issues (.20). |
| 01/22/2018 | Christian Jensen | 1.30 | Review and revise notice of fee committee appointment and prepare same for filing (.40); draft certification of counsel re: amended fee committee |

### Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | order (.90). |
| 01/23/2018 | Alexa Kranzley | 0.20 | Correspondence with internal team re: amended fee committee order and related issues. |
| 01/24/2018 | Brian Glueckstein | 1.30 | Review and revise amended fee committee order (.70); correspondence with R. Pedone (Nixon) re: same (.30); correspondence with N. Hagey (BraunHagey) re: same (.30). |
| 01/25/2018 | Brian Glueckstein | 1.10 | Correspondence with fee committee counsel re: creditor appointment and meeting issues (.20); review certification of counsel and amended fee committee order (.70); discussion with A. Kranzley re: fee committee issues (.20). |
| 01/25/2018 | Alexa Kranzley | 0.40 | Review amended fee committee order (.20); discussion with B. Glueckstein re: fee committee issues (.20). |
| 01/26/2018 | Andrew Dietderich | 0.80 | Call with B. Glueckstein, C. Jensen and N. Hagey (BraunHagey) re: amended fee committee order. |
| 01/26/2018 | Brian Glueckstein | 0.80 | Call with A. Dietderich, C. Jensen and N. Hagey (BraunHagey) re: amended fee committee order. |
| 01/26/2018 | Alexa Kranzley | 0.50 | Correspondence with internal team re: fee committee issues (.20); follow-up work re: same (.20); e-mails with K&E re: same (.10). |
| 01/26/2018 | Christian Jensen | 0.80 | Call with A. Dietderich, B. Glueckstein and N. Hagey (BraunHagey) re: amended fee committee order. |
| 01/28/2018 | Brian Glueckstein | 0.70 | Review and revise amended fee committee order (.60); correspondence with internal team re: same (.10). |
| 01/29/2018 | Brian Glueckstein | 0.70 | Correspondence with internal team re: amended fee committee order (.20); review and analyze same (.20); review and analyze research re: fee committee orders (.30). |
| 01/29/2018 | Alexa Kranzley | 0.50 | Correspondence with K&E re: amended fee committee order (.20); correspondence with B. |

## Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | Glueckstein re: same (.20); coordinate for filing and service of the same (.10). |
| 01/29/2018 | Christian Jensen | 0.50 | Review and revise amended fee committee order and certification of counsel for the same (.40); prepare same for filing (.10). |
| 01/30/2018 | Brian Glueckstein | 0.20 | Call with H. Kaplan (Kaplan Rice) re: fee committee issues. |
| 01/30/2018 | Brian Glueckstein | 0.20 | Correspondence with H. Kaplan (Kaplan Rice) re: fee committee issues (.10); correspondence with internal team re: same (.10). |
| 01/30/2018 | Alexa Kranzley | 0.20 | Call with H. Kaplan (Kaplan Rice) re: fee committee issues (.10); correspondence with B. Glueckstein re: same (.10). |
| 01/31/2018 | Brian Glueckstein | 0.90 | Call with A. Kranzley re: fee committee issues (.30); call with B. Williamson (Godfrey) and R. Gitlin (Gitlin & Co) re: amended fee committee order and related issues (.40); correspondence with N. Hagey (BraunHagey) re: same (.20). |
| 01/31/2018 | Alexa Kranzley | 0.30 | Call with B. Glueckstein re: fee committee issues. |
| 01/31/2018 | Christian Jensen | 0.40 | Pull and review letters to Court re: amended fee committee order and summarize for / circulate to B. Glueckstein and A. Kranzley. |
| **Total** | | **75.50** | |

### Project: 00015 - MEETINGS AND COMMUNICATIONS WITH CREDITORS

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/01/2018 | Alexa Kranzley | 0.20 | Correspondence with UCC re: upcoming update call. |
| 01/02/2018 | Brian Glueckstein | 2.10 | Prepare for (.30) and update call with Committee and advisors (.80); calls with R. Pedone (Nixon) re: plan issues (.80); follow-up correspondence with A. Kranzley re: same (.20). |
| 01/02/2018 | Alexa Kranzley | 1.30 | Update call with Committee and advisors (.80); draft memo to file re: same (.30); follow-up with UCC members re: upcoming calls (.20). |
| 01/03/2018 | Alexa Kranzley | 0.10 | E-mail to UCC re: MMWR and S&C budgets and staffing plans. |
| 01/09/2018 | Alexa Kranzley | 0.40 | Call with Nut Tree Capital (creditor) re: plan issues. |
| 01/10/2018 | Brian Glueckstein | 1.10 | Prepare for (.50) and update call with Committee and advisors (.60). |
| 01/10/2018 | Alexa Kranzley | 1.60 | Prepare for (.50) and update call with Committee and advisors (.60); follow-up work and e-mails to Committee re: same (.50). |
| 01/10/2018 | Christian Jensen | 0.60 | Update call with Committee and advisors. |
| 01/11/2018 | Christian Jensen | 0.50 | Draft memo to file re: update call with Committee. |
| 01/16/2018 | Alexa Kranzley | 0.20 | Correspondence with UCC members re: upcoming update call. |
| 01/17/2018 | Brian Glueckstein | 1.70 | Prepare for (.40) and update call with Committee and advisors (.80); call with Committee, advisors and Elliott representatives re: fee committee appointment (.50). |
| 01/17/2018 | Alexa Kranzley | 1.30 | Update call with Committee and advisors (.80); call with Committee, advisors and Elliott representatives re: fee committee appointment (.50). |
| 01/17/2018 | Veronica Ip | 1.30 | Update call with Committee and advisors (.80); call with Committee, advisors and Elliott representatives re: fee committee appointment (.50). |
| 01/17/2018 | Christian Jensen | 1.30 | Update call with Committee and advisors (.80); call with Committee, advisors and Elliott representatives |

**Project: 00015 - MEETINGS AND COMMUNICATIONS WITH CREDITORS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | re: fee committee appointment (.50). |
| 01/26/2018 | Alexa Kranzley | 0.50 | Correspondence with UCC re: fee committee issues (.40); e-mail to UCC re: upcoming update call (.10). |
| 01/29/2018 | Brian Glueckstein | 0.60 | Prepare for (.20) and update call with Committee and advisors (.40). |
| 01/29/2018 | Alexa Kranzley | 0.40 | Update call with Committee and advisors. |
| 01/29/2018 | Veronica Ip | 0.40 | Update call with Committee and advisors. |
| 01/29/2018 | Christian Jensen | 0.50 | Update call with Committee and advisors (.40); draft memo to files re: same (.10). |
| **Total** | | **16.10** | |

**Project: 00017 - PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/08/2018 | Brian Glueckstein | 0.40 | Call with M. Thomas (Proskauer) re: plan allocation and related issues. |
| 01/08/2018 | Alexa Kranzley | 0.20 | Review PUCT and plan issues. |
| 01/09/2018 | Emma Guido | 1.50 | Research re: emergence issues. |
| 01/10/2018 | Alexa Kranzley | 0.30 | Call with Guggenheim team re: settlement proposal and related issues. |
| 01/10/2018 | Emma Guido | 2.40 | Research re: emergence issues. |
| 01/11/2018 | Emma Guido | 2.90 | Research re: emergence issues. |
| 01/12/2018 | Emma Guido | 2.70 | Research re: emergence issues and circulate same to internal team. |
| 01/12/2018 | Emma Guido | 0.50 | Research re: emergence issues. |
| 01/14/2018 | Brian Glueckstein | 0.30 | Review allocation and recovery scenarios (.20); correspondence with R. Pedone (Nixon) re: same (.10). |
| 01/15/2018 | Emma Guido | 0.80 | Research re: emergence issues and correspondence with internal team re: same. |
| 01/16/2018 | Emma Guido | 7.40 | Research re: emergence issues and correspondence with internal team re: same. |
| 01/17/2018 | Emma Guido | 1.80 | Research re: emergence issues. |
| 01/25/2018 | Christian Jensen | 0.30 | Pull and review plan confirmation notice, scheduling order and omnibus hearing agenda and circulate same to internal team. |
| 01/25/2018 | Emma Guido | 0.80 | Research re: emergence issues. |
| 01/25/2018 | Oliver Booth | 0.90 | Update plan confirmation case calendar and circulate same to internal team. |
| 01/26/2018 | Oliver Booth | 1.10 | Review and revise proposed plan confirmation calendar (.90); correspondence with internal team re: same (.20). |
| 01/28/2018 | Emma Guido | 4.10 | Research re: emergence issues. |
| 01/29/2018 | Emma Guido | 3.40 | Research re: emergence issues. |

**Project: 00017 - PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/30/2018 | Emma Guido | 3.70 | Research re: emergence issues. |
| 01/30/2018 | Marshall Voizard | 0.80 | Research re: plan confirmation orders per the request of E. Guido. |
| **Total** | | **36.30** | |

**Project: 00019 - TAX**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/04/2018 | David Hariton | 2.30 | Review correspondence and response for letter to H. Beller (Eversheds) (1.7); call with S. Rosow (Proskauer) re: same (.60). |
| 01/05/2018 | David Hariton | 1.00 | Call with B. Glueckstein and S. Rosow (Proskauer) re: Vistra tax dispute updates and plan strategy issues (.60); follow-up work re: same (.40). |
| 01/05/2018 | Brian Glueckstein | 0.60 | Call with D. Hariton and S. Rosow (Proskauer) re: Vistra tax dispute updates and plan strategy issues. |
| 01/06/2018 | David Hariton | 0.50 | Review correspondence re: submission to H. Beller (Eversheds). |
| 01/07/2018 | David Hariton | 1.00 | Review submission to H. Beller (Eversheds) and related response. |
| 01/07/2018 | Brian Glueckstein | 0.30 | Review and analyze correspondence re: Vistra tax dispute. |
| 01/08/2018 | David Hariton | 1.00 | Review and analyze relevant correspondence re: Vistra tax dispute. |
| 01/10/2018 | David Hariton | 0.50 | Calls with Proskauer and Ropes teams re: Vistra tax dispute. |
| 01/11/2018 | David Hariton | 0.50 | Review correspondence re: Vistra tax dispute issues. |
| 01/12/2018 | David Hariton | 1.00 | Correspondence with internal team and follow-up work re: Vistra tax dispute issues. |
| **Total** | | **8.70** | |

**Project: 00022 - HEARINGS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/08/2018 | Brian Glueckstein | 4.40 | Prepare for (1.6) and appear at hearing re: Elliott fee committee motion (2.8). |
| 01/19/2018 | Brian Glueckstein | 0.40 | Telephonically attend chambers conference re: confirmation hearing scheduling (partial attendance). |
| 01/19/2018 | Alexa Kranzley | 0.50 | Telephonically attend chambers conference re: confirmation hearing scheduling. |
| **Total** | | **5.30** | |

**Project: 00029 - TIME ENTRY REVIEW**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 01/12/2018 | Rockia Coulibaly | 1.80 | Review and revise December time entries. (no charge) |
| 01/16/2018 | Rockia Coulibaly | 3.20 | Review and revise December time entries. (no charge) |
| 01/17/2018 | Rockia Coulibaly | 1.30 | Review and revise December time entries. (no charge) |
| 01/18/2018 | Rockia Coulibaly | 1.20 | Review and revise December time entries. (no charge) |
| 01/30/2018 | Rockia Coulibaly | 2.70 | Review and revise tenth interim time entries. (no charge) |
| 01/31/2018 | Rockia Coulibaly | 2.30 | Review and revise tenth interim time entries. (no charge) |
| **Total** | | **12.50** | |

## Project: 00011 - EMPLOYMENT AND FEE APPLICATIONS (S&C)

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/02/2018 | Rockia Coulibaly | 0.60 | Correspondence with internal team re: tenth interim fee application. |
| 02/06/2018 | Alexa Kranzley | 0.60 | Correspondence with internal team re: tenth interim fee application (.30); e-mails to K&E re: fee estimates (.30). |
| 02/08/2018 | Alexa Kranzley | 0.20 | Correspondence with internal team re: tenth interim fee application. |
| 02/09/2018 | Alexa Kranzley | 0.80 | Review tenth interim fee application time entries for confidentiality. |
| 02/09/2018 | Rockia Coulibaly | 0.80 | Draft December certificate of no objection. |
| 02/12/2018 | Alexa Kranzley | 1.10 | Review and revise tenth interim fee application. |
| 02/12/2018 | Oliver Booth | 2.20 | Draft tenth interim fee application and circulate same to internal team. |
| 02/12/2018 | Rockia Coulibaly | 0.40 | Review and finalize December certificate of no objection. |
| 02/13/2018 | Alexa Kranzley | 0.20 | Correspondence with internal team re: tenth interim fee application. |
| 02/14/2018 | Alexa Kranzley | 0.30 | Correspondence with internal team re: tenth interim fee application. |
| 02/15/2018 | Alexa Kranzley | 0.50 | Review tenth interim fee application (.20); coordinate for filing and service of the same (.30). |
| 02/15/2018 | Oliver Booth | 3.80 | Review and revise tenth interim fee application. |
| 02/15/2018 | Rockia Coulibaly | 0.20 | Review tenth interim fee application and upload same to box.com. |
| 02/16/2018 | Rockia Coulibaly | 1.70 | Draft January monthly fee application and related notice. |
| 02/20/2018 | Alexa Kranzley | 0.10 | Correspondence with internal team re: January monthly fee application. |
| 02/20/2018 | Rockia Coulibaly | 0.50 | Correspondence with internal team re: January monthly fee application (.30); review same (.20). |
| 02/21/2018 | Alexa Kranzley | 0.10 | Coordinate for filing of January monthly fee |

**Project: 00011 - EMPLOYMENT AND FEE APPLICATIONS (S&C)**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | application. |
| 02/21/2018 | Rockia Coulibaly | 0.50 | Finalize January fee application and upload same to box.com. |
| 02/23/2018 | Rockia Coulibaly | 0.20 | Review order granting ninth interim fee application and circulate same to internal team. |
| **Total** | | **14.80** | |

### Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/01/2018 | Brian Glueckstein | 2.00 | Call with R. Gitlin (Gitlin & Co.) re: fee committee issues (.10); call with H. Kaplan (Kaplan Rice) re: fee committee order and related issues (.30); follow-up correspondence with H. Kaplan (Kaplan Rice) re: same (.30); review Vistra arbitration decision (.40); correspondence with D. Hariton re: same (.10); call with A. Kranzley re: fee committee issues (.10); review and analyze presented fee committee order and related issues (.70). |
| 02/01/2018 | Alexa Kranzley | 0.10 | Call with B. Glueckstein re: fee committee issues. |
| 02/02/2018 | Brian Glueckstein | 0.20 | Correspondence with A. Dietderich re: fee committee issues (.10); follow-up correspondence with internal team re: same (.10). |
| 02/05/2018 | Brian Glueckstein | 2.60 | Prepare for (.30) and meeting with H. Kaplan (Kaplan Rice), R. Gitlin (Gitlin & Co.) and Godfrey team re: fee committee issues (2.2); call with R. Pedone (Nixon) re: same (.10). |
| 02/06/2018 | Brian Glueckstein | 0.60 | Call with N. Hagey (BraunHagey) re: fee committee issues (.40); calls with A. Kranzley re: fee committee issues (.20). |
| 02/06/2018 | Alexa Kranzley | 0.40 | Discussions with K&E team re: fee committee and plan issues (.10); calls with B. Glueckstein re: the same (.20); call with P. LaRoche (Guggenheim) re: the same (.10). |
| 02/07/2018 | Brian Glueckstein | 0.40 | Calls with A. Kranzley re: fee committee issues (.20); follow-up work re: same (.20). |
| 02/07/2018 | Alexa Kranzley | 0.40 | Discussions with K&E team re: fee committee issues (.20); calls with B. Glueckstein re: same (.20) |
| 02/09/2018 | Alexa Kranzley | 0.30 | Review correspondence re: fee committee and related issues. |
| 02/11/2018 | Brian Glueckstein | 0.30 | Call with H. Kaplan (Kaplan Rice) re: fee committee issues. |
| 02/12/2018 | Brian Glueckstein | 0.30 | Correspondence with N. Hagey (BraunHagey) re: |

### Project: 00014 - OTHER LITIGATION

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| | | | Elliott fee committee issues. |
| 02/18/2018 | Brian Glueckstein | 0.70 | Call with H. Kaplan (Kaplan Rice) re: fee committee issues (.50); correspondence with internal team re: same (.20). |
| 02/19/2018 | Brian Glueckstein | 0.10 | Correspondence with B. Williamson (Godfrey) re: fee committee issues. |
| **Total** | | **8.40** | |

**Project: 00015 - MEETINGS AND COMMUNICATIONS WITH CREDITORS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/01/2018 | Brian Glueckstein | 0.70 | Call with P. Tinkham (UCC) re: plan issues. |
| 02/09/2018 | Alexa Kranzley | 0.20 | Correspondence with UCC members re: update call. |
| 02/12/2018 | Brian Glueckstein | 1.20 | Update call with Committee and advisors (.50); follow-up call with S&C and R. Pedone (Nixon) re: plan confirmation issues (.20); call with retiree creditor group re: case updates and confirmation issues (.30); corrrespondence with UCC re: asbestos PUCT submission (.20). |
| 02/12/2018 | Alexa Kranzley | 0.80 | Update call with Committee and advisors (.50); follow-up call with S&C and R. Pedone (Nixon) re: plan confirmation issues (.20); follow-up meeting with S&C personnel re: same (.10). |
| 02/12/2018 | Veronica Ip | 0.80 | Update call with Committee and advisors (.50); follow-up call with S&C and R. Pedone (Nixon) re: plan confirmation issues (.20); follow-up meeting with S&C personnel re: same (.10). |
| 02/12/2018 | Christian Jensen | 0.90 | Update call with Committee and advisors (.50); follow-up call with S&C and R. Pedone (Nixon) re: plan confirmation issues (.20); follow-up meeting with S&C personnel re: same (.10); draft memo to file re: same (.10). |
| 02/14/2018 | Alexa Kranzley | 0.10 | Correspondence with UCC members re: upcoming update call. |
| 02/20/2018 | Alexa Kranzley | 0.10 | Correspondence with UCC members re: upcoming update call. |
| 02/21/2018 | Alexa Kranzley | 0.10 | Correspondence with UCC members re: upcoming update call. |
| 02/22/2018 | Brian Glueckstein | 0.90 | Update call with Commitee and advisors (.70); follow-up with R. Pedone (Nixon) re: confirmation issues (.20). |
| 02/22/2018 | Alexa Kranzley | 1.10 | Correspondence with UCC members re: upcoming update call (.30); prepare for (.10) and update call with Committee and advisors (.70). |

**Project: 00015 - MEETINGS AND COMMUNICATIONS WITH CREDITORS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/22/2018 | Christian Jensen | 0.70 | Update call with Committee and advisors. |
| 02/26/2018 | Alexa Kranzley | 0.30 | Correspondence with UCC re: plan confirmation. |
| 02/27/2018 | Brian Glueckstein | 0.60 | Correspondence with UCC re: plan confirmation (.40); follow-up correspondence with P. Tinkham (UCC) re: confirmation and distribution issues (.20). |
| 02/28/2018 | Alexa Kranzley | 0.10 | Correspondence with P. Tinkham (UCC) re: plan confirmation materials. |
| **Total** | | **8.60** | |

**Project: 00017 - PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/03/2018 | Christian Jensen | 0.50 | Pull and review Sempra settlement motion and summarize for / circulate to B. Glueckstein and A. Kranzley. |
| 02/06/2018 | Brian Glueckstein | 0.80 | Call with R. Pedone (Nixon) re: allocation and plan issues (.30); review and analyze B. Miller (creditor counsel) plan objection (.20); follow-up work re: same (.30). |
| 02/07/2018 | Brian Glueckstein | 0.90 | Calls with C. Husnick (K&E) re: plan confirmation scheduling and related issues (.30); call with M. Thomas (Proskauer) re: allocation issues (.60). |
| 02/09/2018 | Christian Jensen | 0.10 | Pull and review Elliott 2019 statement and summarize for / circulate to B. Glueckstein and A. Kranzley. |
| 02/11/2018 | Christian Jensen | 1.50 | Research re: disputed claim reserves and summarize same for B. Glueckstein and A. Kranzley. |
| 02/12/2018 | Brian Glueckstein | 0.20 | Call with A. Kranzley re: confirmation issues. |
| 02/12/2018 | Alexa Kranzley | 1.80 | Call with B. Glueckstein re: confirmation issues (.20); call with A. Yenamandra (K&E) re: the same (.30); follow-up correspondence with internal team re: same (.30); e-mails and calls with Guggenheim re: the same (.40); follow-up work re: the same (.60). |
| 02/13/2018 | Brian Glueckstein | 1.50 | Call with K&E and discovery parties re: pretrial order (.40); call with A. Kranzley re: confirmation hearing issues (.30); call with R. Pedone (Nixon) re: allocation issues and confirmation issues (.30); call with M. Thomas (Proskauer) re: allocation issues (.30); review follow-up correspondence re: same (.20). |
| 02/13/2018 | Alexa Kranzley | 0.70 | Call with B. Glueckstein re: confirmation hearing issues (.30); follow-up work re: plan and related issues (.30); correspondence with B. Glueckstein re: same (.10). |
| 02/13/2018 | Emma Guido | 0.30 | Correspondence with internal team re: plan issues. |
| 02/14/2018 | Brian Glueckstein | 0.50 | Meeting with A. Kranzley re: confirmation and UCC statement issues. |
| 02/14/2018 | Alexa Kranzley | 0.80 | Meeting with B. Glueckstein re: confirmation and |

## Project: 00017 - PLAN AND DISCLOSURE STATEMENT

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | UCC statement issues (.50); follow-up work re: plan and related issues (.30). |
| 02/14/2018 | Christian Jensen | 0.10 | Pull and review agenda for hearing re: NextEra reserve issues and circulate same to internal team. |
| 02/14/2018 | Emma Guido | 0.50 | Review and analyze correspondence re: NextEra reserve issues and correspondence with internal team re: same. |
| 02/15/2018 | Brian Glueckstein | 0.20 | Call with A. Yenamandra (K&E) re: NextEra reserve issues (.10); call with G. Galardi (Ropes) re: NextEra reserve issues (.10). |
| 02/15/2018 | Christian Jensen | 2.90 | Draft reply in support of plan confirmation (2.3); pull and review plan confirmation materials and summarize for / circulate to B. Glueckstein and A. Kranzley (.60). |
| 02/16/2018 | Emma Guido | 3.50 | Research re: plan confirmation issues. |
| 02/17/2018 | Brian Glueckstein | 0.30 | Correspondence with M. Thomas (Proskauer) re: allocation dispute (.10); follow-up correspondence with internal team re: same and confirmation issues (.20). |
| 02/17/2018 | Christian Jensen | 0.10 | Pull and review NextEra motion in limine and summarize for / circulate to B. Glueckstein and A. Kranzley. |
| 02/18/2018 | Christian Jensen | 0.30 | Pull and review replies to plan objections and summarize for / circulate to B. Glueckstein and A. Kranzley. |
| 02/20/2018 | Brian Glueckstein | 0.90 | Call with A. Kranzley re: confirmation order (.10); review draft confirmation order (.20); review oppositions to NextEra motion in limine (.40); review draft UCC materials re: creditor recoveries (.20). |
| 02/20/2018 | Alexa Kranzley | 2.30 | Call with B. Glueckstein re: confirmation order (.10); review amended plan, draft confirmation order and draft UCC materials (2.0); correspondence with internal team re: the same (.20). |
| 02/20/2018 | Christian Jensen | 2.20 | Research re: UCC statement in support of |

**Project: 00017 - PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | confirmation (1.8); pull and review objections to NextEra motion in limine and NextEra administrative expense motion and summarize for / circulate to B. Glueckstein and A. Kranzley (.40). |
| 02/21/2018 | Brian Glueckstein | 1.40 | Review and analyze draft confirmation order (.30); draft UCC statement in support of confirmation (1.1). |
| 02/21/2018 | Alexa Kranzley | 0.50 | Correspondence with B. Glueckstein re: revisions to proposed confirmation order (.30); correspondence and calls with K&E re: the same (.20). |
| 02/22/2018 | Brian Glueckstein | 0.60 | Review and analyze confirmation hearing issues. |
| 02/22/2018 | Alexa Kranzley | 1.50 | Correspondence with internal team re: plan and confirmation order issues (.60); e-mails and calls to K&E re: the same (.40); follow-up re: confirmation order and allocation issues (.30); follow-up work re: the same (.20). |
| 02/23/2018 | Brian Glueckstein | 2.10 | Attend final pretrial conference with Court (.40); calls with A. Kranzley re: draft UCC materials re: creditor recoveries (.40); call with H. Kaplan (Kaplan Rice) re: confirmation hearing issues (.30); call with R. Pedone (Nixon) re: confirmation hearing issues (.20); call with B. Miller (creditor counsel) re: objection issues (.20); review documents re: confirmation hearing (.60). |
| 02/23/2018 | Alexa Kranzley | 1.40 | Correspondence with K&E re: confirmation order and plan issues (.40); review draft UCC materials re: creditor recoveries (.30); call with B. Glueckstein re: the same (.40); follow-up work re: the same (.30). |
| 02/23/2018 | Christian Jensen | 0.50 | Review amended plan supplement and summarize for / circulate to A. Kranzley. |
| 02/24/2018 | Brian Glueckstein | 0.20 | Correspondence with R. Pedone (Nixon) re: allocation dispute and confirmation issues. |
| 02/25/2018 | Brian Glueckstein | 1.70 | Correspondence with R. Pedone (Nixon) re: allocation dispute and confirmation issues (.20); analyze same (.30); correspondence with K&E team re: same (.10); review documents in preparation for |

**Project: 00017 - PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| | | | confirmation hearing (1.1). |
| 02/25/2018 | Alexa Kranzley | 0.20 | Correspondence with internal team re: confirmation order revisions. |
| 02/26/2018 | Brian Glueckstein | 1.10 | Call with A. Kranzley re: confirmation hearing (.40); call with K&E and stakeholders re: confirmation order issues (.30); review and analyze confirmation order revisions (.40). |
| 02/26/2018 | Alexa Kranzley | 1.00 | Call with B. Glueckstein re: confirmation hearing (.40); review confirmation order revisions and circulate comments to B. Glueckstein (.60). |
| 02/27/2018 | Brian Glueckstein | 0.80 | Teleconference with Court re: form of confirmation order (.50); review and analyze revised confirmation order (.30). |
| 02/27/2018 | Alexa Kranzley | 0.10 | Review entered confirmation order and circulate to internal team. |
| 02/28/2018 | Alexa Kranzley | 0.50 | Correspondence with Guggenheim and internal team re: cash projections and related issues. |
| 02/28/2018 | Oliver Booth | 0.40 | Pull and review confirmation materials and circulate same to internal team. |
| **Total** | | **36.90** | |

**Project: 00019 - TAX**

| Date | Name | Hours | Description |
| --- | --- | --- | --- |
| 02/02/2018 | David Hariton | 1.00 | Review and analyze H. Beller (Eversheds) decision. |
| **Total** | | **1.00** | |

**Project: 00022 - HEARINGS**

| Date | Name | Hours | Description |
|------|------|------:|-------------|
| 02/16/2018 | Brian Glueckstein | 0.50 | Participate in telephonic hearing re: NextEra reserve issues (partial attendance). |
| 02/16/2018 | Christian Jensen | 1.10 | Participate in telephonic hearing re: NextEra reserve issues (.90); prepare summary re: same and circulate same to internal team (.20). |
| 02/22/2018 | Brian Glueckstein | 0.80 | Participate in telephonic hearing re: NextEra motion in limine (.50); follow-up discussion with A. Kranzley re: same (.30). |
| 02/22/2018 | Alexa Kranzley | 0.90 | Participate in telephonic hearing re: NextEra motion in limine (.50); follow-up discussion with B. Glueckstein re: same (.30) and work on related issues (.10). |
| 02/26/2018 | Brian Glueckstein | 9.60 | Review documents in preparation for (1.6) and appear at plan confirmation hearing (7.6); attend chambers conference re: same (.40). |
| **Total** | | **12.90** | |

**Project: 00029 - TIME ENTRY REVIEW**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 02/01/2018 | Rockia Coulibaly | 3.30 | Review and revise tenth interim time entries. (no charge) |
| 02/02/2018 | Rockia Coulibaly | 4.30 | Review and revise tenth interim time entries. (no charge) |
| 02/07/2018 | Oliver Booth | 2.50 | Review and revise tenth interim time entries. (no charge) |
| 02/08/2018 | Oliver Booth | 3.40 | Review and revise tenth interim time entries. (no charge) |
| 02/09/2018 | Oliver Booth | 1.10 | Review and revise tenth interim time entries. (no charge) |
| 02/09/2018 | Rockia Coulibaly | 1.60 | Review and revise January time entries. (no charge) |
| 02/12/2018 | Oliver Booth | 2.10 | Review and revise January time entries. (no charge) |
| 02/12/2018 | Rockia Coulibaly | 3.20 | Review and revise January time entries. (no charge) |
| 02/14/2018 | Rockia Coulibaly | 1.50 | Review and revise January time entries. (no charge) |
| **Total** | | **23.00** | |

**Project: 00007 - CASE ADMINISTRATION**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/2018 | Oliver Booth | 0.30 | Pull hearing transcripts and circulate same to internal team. |
| **Total** | | **0.30** | |

**Project: 00011 - EMPLOYMENT AND FEE APPLICATIONS (S&C)**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/2018 | Alexa Kranzley | 0.40 | Correspondence with internal team re: S&C final fee application. |
| 03/05/2018 | Alexa Kranzley | 0.10 | Correspondence with internal team re: S&C final fee application. |
| 03/05/2018 | Oliver Booth | 6.20 | Draft S&C final fee application and correspondence with internal team re: same. |
| 03/06/2018 | Alexa Kranzley | 0.50 | Review S&C final fee application. |
| 03/06/2018 | Oliver Booth | 7.20 | Review and revise S&C final fee application. |
| 03/09/2018 | Rockia Coulibaly | 0.80 | Draft January certificate of no objection. |
| **Total** | | **15.20** | |

**Project: 00015 - MEETINGS AND COMMUNICATIONS WITH CREDITORS**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/09/2018 | Alexa Kranzley | 0.20 | Correspondence with UCC re: upcoming update calls. |
| **Total** | | **0.20** | |

**Project: 00017 - PLAN AND DISCLOSURE STATEMENT**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/05/2018 | Brian Glueckstein | 0.50 | Calls with A. Kranzley re: plan effectiveness and related issues (.30); correspondence with internal team re: same (.20). |
| 03/05/2018 | Alexa Kranzley | 0.70 | Calls with B. Glueckstein re: plan effectiveness and related issues (.30); correspondence with K&E re: the same (.40). |
| 03/08/2018 | Alexa Kranzley | 0.20 | Correspondence with K&E re: plan effectiveness and related issues. |
| 03/08/2018 | Christian Jensen | 0.40 | Pull and review PUCT order and plan supplement and summarize for / circulate to B. Glueckstein and A. Kranzley. |
| 03/09/2018 | Brian Glueckstein | 0.60 | Review plan effectiveness issues (.20); correspondence with internal team re: same (.30); call with A. Kranzley re: same (.10). |
| 03/09/2018 | Alexa Kranzley | 0.10 | Call with B. Glueckstein re: plan effectiveness issues. |
| **Total** | | **2.50** | |

**Project: 00029 - TIME ENTRY REVIEW**

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 03/01/2018 | Oliver Booth | 0.40 | Review and revise January and February time entries. (no charge) |
| 03/01/2018 | Oliver Booth | 1.70 | Review and revise January and February time entries. (no charge) |
| 03/02/2018 | Oliver Booth | 1.40 | Review and revise January and February time entries. (no charge) |
| 03/05/2018 | Rockia Coulibaly | 1.50 | Review and revise January and February time entries. (no charge) |
| 03/09/2018 | Rockia Coulibaly | 2.80 | Review and revise January and February time entries. (no charge) |
| **Total** | | **7.80** | |

## EXHIBIT H

## MONTHLY EXPENSE RECORDS

## JANUARY

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | Brian D. Glueckstein | 10/13/2017 | 1.0 | $6.25 | $6.25 | Travel and Expenses - Lunch 10/13/17 |
| Travel and Expenses | Brian D. Glueckstein | 1/8/2018 | 1.0 | $285.00 | $285.00 | Travel and Expenses - AMTRAK Train Fare to Wilmington, DE |
| **Travel and Expenses Total** | | | | | **$291.25** | |
| Local Transportation | Brian D. Glueckstein | 1/10/2018 | 1.0 | $39.99 | $39.99 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 22:46 |
| Local Transportation | Brian D. Glueckstein | 1/15/2018 | 1.0 | $28.85 | $28.85 | Local Transportation - Transportation Type: Taxi; Starting Point: 125 Broad St. NY, NY; End Point: Home; Purpose: OT Travel; Pick-up Time: 23:48 |
| **Local Transportation Total** | | | | | **$68.84** | |
| Meals - Overtime | Emma J. Guido | 1/16/2018 | 1.0 | $20.00 | $20.00 | Meals - Overtime; Capped at $20; Project(s): 00017 |
| Meals - Overtime | Brian D. Glueckstein | 1/17/2018 | 1.0 | $20.00 | $20.00 | Meals - Overtime; Capped at $20; Project(s): 00014, 00015 |
| **Meals - Overtime Total** | | | | | **$40.00** | |
| Tele-conference | Alexa J. Kranzley | 1/2/2018 | 1.0 | $12.59 | $12.59 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 1/10/2018 | 1.0 | $10.14 | $10.14 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 1/17/2018 | 1.0 | $10.42 | $10.42 | Tele-conference |
| Tele-conference | Alexa J. Kranzley | 1/17/2018 | 1.0 | $13.26 | $13.26 | Tele-conference |
| **Tele-conference Total** | | | | | **$46.41** | |
| Outside Vendors | Veronica W. Ip | 1/8/2018 | 1.0 | $450.00 | $450.00 | Epiq eDiscovery Solutions |
| **Outside Vendors Total** | | | | | **$450.00** | |

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Hearing Transcripts | Oliver B. Booth | 1/8/2018 | 1.0 | $145.20 | $145.20 | Hearing Transcript |
| **Hearing Transcripts Total** | | | | | **$145.20** | |
| **January Total** | | | | | **$1,041.70** | |

## FEBRUARY

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Travel and Expenses | Brian D. Glueckstein | 12/11/2017 | 1.0 | $9.75 | $9.75 | Travel and Expenses - Trip to Wilmington, DE - Breakfast ($4.00); Lunch ($5.75) |
| Travel and Expenses | Brian D. Glueckstein | 12/11/2017 | 1.0 | $28.80 | $28.80 | Travel and expenses - Trip to Wilmington, DE - Local Transportation ($9.80); Revised Amtrak Fare ($19.00) |
| Travel and Expenses | Brian D. Glueckstein | 1/8/2018 | 1.0 | $10.00 | $10.00 | Travel and expenses - Trip to Wilmington, DE - Local Transportation (Train Station to Court) |
| Travel and Expenses | Brian D. Glueckstein | 1/8/2018 | 1.0 | $3.28 | $3.28 | Travel and Expenses - Trip to Wilmington, DE - Breakfast |
| Travel and Expenses | Brian D. Glueckstein | 2/26/2018 | 1.0 | $226.00 | $226.00 | Travel and Expenses - Trip to Wilmington, DE - AMTRAK Train Fare |
| **Travel and Expenses Total** | | | | | **$277.83** | |
| Tele-conference | Alexa J. Kranzley | 2/22/2018 | 1.0 | $11.06 | $11.06 | Tele-conference |
| **Tele-conference Total** | | | | | **$11.06** | |
| Outside Vendors | Alexa J. Kranzley | 1/30/2018 | 1.0 | $450.00 | $450.00 | Epiq eDiscovery Solutions |
| **Outside Vendors Total** | | | | | **$450.00** | |
| Hearing Transcripts | Oliver B. Booth | 2/16/2018 | 1.0 | $48.00 | $48.00 | Hearing Transcripts |
| Hearing Transcripts | Oliver B. Booth | 2/22/2018 | 1.0 | $32.40 | $32.40 | Hearing Transcripts |
| Hearing Transcripts | Oliver B. Booth | 2/23/2018 | 1.0 | $31.20 | $31.20 | Hearing Transcripts |

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Hearing Transcripts | Oliver B. Booth | 2/26/2018 | 1.0 | $367.20 | $367.20 | Hearing Transcripts |
| Hearing Transcripts | Oliver B. Booth | 2/27/2018 | 1.0 | $31.20 | $31.20 | Hearing Transcripts |
| **Hearing Transcripts Total** | | | | | **$510.00** | |
| **February Total** | | | | | **$1,248.89** | |

## MARCH

| Category | Timekeeper Name | Work Date | Quantity | Rate | Amount | Cost Description |
|---|---|---|---|---|---|---|
| Repro - B&W Copies | Oliver B. Booth | 3/1/2018 | 187.0 | $18.70 | $18.70 | Repro - B&W Copies |
| **Repro - B&W Copies Total** | | | | | **$18.70** | |
| Repro - Binding | Oliver B. Booth | 3/1/2018 | 1.0 | $3.25 | $3.25 | Repro - Binding |
| **Repro - Binding Total** | | | | | **$3.25** | |
| Outside Vendors | Veronica W. Ip | 3/8/2018 | 1.0 | $450.00 | $450.00 | Epiq eDiscovery Solutions |
| **Outside Vendors Total** | | | | | **$450.00** | |
| **March Total** | | | | | **$471.95** | |