# EXHIBIT D

## Summary of Cravath, Swaine & Moore LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Richard Levin** | Partner | 1976 | Corporate | 1,150-1,200 | 478.60 | $545,990.00 |
| **Philip Gelston** | Partner | 1979 | Corporate | 1,150-1,300 | 1,73.20 | $2,071,032.50 |
| **Andrew Needham** | Partner | 1995 | Tax | 1,150-1,400 | 816.90 | $996,995.00 |
| **Stephen Gordon** | Partner | 1982 | Tax | 1,150-1,250 | 8.4 | $10,170.00 |
| **E. Schiele** | Partner | 2001 | Corporate | 1,360 | .4 | $544.00 |
| **Michael Paskin** | Partner | 1996 | Litigation | 1,130-1,230 | 374.0 | $436,288.00 |
| **Christopher Fargo** | Partner | 2007 | Tax | 990 | .6 | $594.00 |
| **Jennifer Conway** | Partner | 2002 | Tax | 1,195 | 11.7 | $13,981.50 |
| **M. Schler** | Of Counsel | 1974 | Corporate | 1,250 | 1.4 | $1,820.00 |
| **Trevor Broad** | Associate | 2009 | Litigation | 750-870 | 681.5 | $526,444.00 |
| **Amanda Fenster** | Associate | 2010 | | 780 | 13.1 | $10,218.00 |
| **Allison Wein** | Associate | 2011 | Corporate | 710-850 | 175.2 | $130,273.00 |
| **David Herman** | Associate | 2008 | Litigation | 835 | 3.9 | $3,256.5 |
| **Margot Miller** | Associate | 2011 | Litigation | 680-710 | 109.7 | $76,288.00 |
| **Michael Schwartz** | Associate | 2015 | Litigation | 490-510 | 160.3 | $81,155.00 |
| **Antje Hagena** | Associate | 2015 | Tax | 665-765 | 414.4 | $285,867.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Alexandra Larkin** | Associate | 2015 | Litigation | 510-675 | 185.6 | $99,440.00 |
| **Claudia Ricciardi** | Associate | 2016 | Corporate | 535-645 | 54.0 | $29,132.00 |
| **G. Kleeman** | Associate | 2014 | Corporate | 770-800 | 18.3 | $14,112.00 |
| **T. Nguyen** | Associate | 2017 | Corporate | 560 | 19.5 | $10,920.00 |
| **Lillian Bond** | Associate | 2016 | Corporate | 675 | 27.6 | $18,630.00 |
| **Marisa Wheeler** | Disc. Spec. Atty. | 2003 | Litigation | 465 | 147.9 | $68,773.50 |
| **Pascal Hachem** | Foreign Attorney | N/A | Litigation | 535 | 17.0 | $9,095.00 |
| **Robert Novick** | Litigation Specialist Attorney | 1977 | Litigation | 725 | .1 | $72.50 |
| **Gillian Crenshaw Sant'Elia** | Disc. Spec. Atty. | 1999 | Litigation | 465 | 60.1 | $27,946.50 |
| **Joachim F. Trautman** | Disc. Spec. Atty. | 2001 | Litigation | 465 | 160.3 | $74,539.50 |
| **Thomas M. Gorman** | Disc. Spec. Atty. | 1999 | Litigation | 465 | 18.3 | $8,509.50 |
| **Kanika A. Morgan** | Disc. Sp. Atty. | 1999 | Litigation | 465 | 15.7 | $7,300.50 |
| **E. Gerlando** | Doc. Rev. Atty. | 2007 | Litigation | 340 | 24.3 | $8.262.00 |
| **K. Dodson-Dobson** | Doc. Rev. Atty. | 2005 | Litigation | 340 | 183.8 | $62,492.00 |
| **T. Lloyd** | Doc. Rev. Atty. | 2009 | Litigation | 340 | 24.3 | $8,262.00 |
| **J. Sun** | Doc. Rev. Atty. | 1998 | Litigation | 340 | 18.9 | $6,426.00 |

| Lauren Gorab | Legal Assistant | N/A | Litigation Support | 225-250 | 8.3 | $2,037.50 |
| C. Smith | Legal Assistant | N/A | Litigation Support | 260 | 1.3 | $338.00 |
| James Wilkins | Legal Assistant | N/A | Litigation Support | 225-235 | 84.5 | $19,719.50 |
| Colin Sylvester | Legal Assistant | N/A | Litigation Support | 235-260 | 40.3 | $10,091.50 |
| Andrew Tran | Legal Assistant | N/A | Litigation Support | 245 | 2.3 | $563.5 |
| Justin McMullen | Technical Litigation | N/A | Technical Litigation Support | 290-305 | 1.5 | $451.50 |
| Vaughn Harper | Litigation Support II | N/A | Technical Litigation Support | 305 | 1.6 | $488.00 |
| M. Gonzelez | Technical Litigation | N/A | Technical Litigation Support | 305-330 | 1.3 | $412.50 |
| T. Jones | Technical Litigation | N/A | Technical Litigation Support | 305 | .1 | $30.50 |
| M. Kraus | Technical Litigation | N/A | Technical Litigation Support | 325-355 | 78.1 | $25,678.00 |
| **TOTAL** | | | | | **6,179.1** | **$5,705,640.50**[1] |

---

[1] Certain of the compensation requested in Interim Applications was previously reduced by agreement or Court order, and the amounts requested in this Final Fee Application reflect those reductions. Those reductions are not reflected in this figure.