**EXHIBIT E**

**Summary of Cravath, Swaine & Moore LLP Expenses**

| Service Description | Amount |
|---|---|
| Travel | $22,814.02 |
| Lexis | $5,327.66 |
| Duplicating | $524.10 |
| Duplicating-Color | $1,203.00 |
| Binding/Graphics/Video | $188.19 |
| Travel-A/P Voucher | -$337.00 |
| Local Printing | $478.43 |
| Client Business Conference Dining | $2,002.49 |
| Ultramar Travel | 9,220.90 |
| Ground Transportation | $1,405.66 |
| Miscellaneous | $791.65 |
| Client Business Transportation | $1,618.35 |
| Conference Call/Voice/Data | $1,028.27 |
| Business Meals | $932.82 |
| Westlaw | $7,821.13 |
| Other Database Research | $1,123.75 |
| Expenses Incident to Overtime | $632.27 |
| Courier/Mail Services | $32.70 |
| General Purchase Office & Supplies | $38.00 |
| **TOTAL** | **$56,846.39**[1] |

---

[1] Certain of the expenses for which reimbursement was requested in Interim Applications were previously reduced by agreement or Court order, and the amounts requested in this Final Fee Application reflect those reductions. Those reductions are not reflected in this figure.