# EXHIBIT F

## Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| Chapter 11 General and Administrative | 197.30 | $224,740.00 |
| Governance | 59.8 | $63,707.00 |
| Plan and Disclosure | 3,374.1 | $3,073,057.50 |
| Intercompany Claims | 841.4 | $652,867.50 |
| Tax Issues | 996.8 | $1,035,674.50 |
| Oncor Sale Process | 443.0 | $463,030.50 |
| Employment & Fee Applications | 95.4 | $103,688.00 |
| Non-Working Travel | 168.4 | $96,010.50 |
| Claims Litigation | 2.9 | $2,865.00 |
| **TOTAL** | **6,179.1** | **$5,715,640.50**[1] |

---

[1] Certain of the compensation requested in Interim Applications was previously reduced by agreement or Court order, and the amounts requested in this Final Fee Application reflect those reductions. Those reductions are not reflected in this figure.