# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br> (Jointly Administered) |

## NOTICE OF FINAL FEE APPLICATION

**PLEASE TAKE NOTICE THAT** Jenner & Block LLP ("**Jenner**") has today filed the attached *Final Fee Application of Jenner & Block LLP, Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period from November 16, 2014 through March 9, 2018* (the "Final Fee Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), requesting that the Court enter an order (a) awarding Jenner final compensation for professional and paraprofessional services provided during the Fee Period in the amount of $1,817,193.50 and reimbursement of actual, reasonable and necessary expenses incurred in the Fee Period in the amount of $28,671.30; (b) authorizing and directing EFIH to remit payment to Jenner for such fees and expenses; (c) authorizing and directing the payment of any amounts previously approved by the Court as to which payment has been withheld; and (d) granting such other relief as is appropriate under the circumstances.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Interim Fee Application will be held on a date and time in October 2018 or as otherwise determined by the Court before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware, 19801. Only those objections made in writing and timely filed and received in accordance with the Administrative Order will be considered by the Bankruptcy Court at such hearing.

*[Remainder of Page Left Intentionally Blank.]*

| | |
|---|---|
| Dated: April 20, 2018 | **STEVENS & LEE, P.C.**<br><br>*/s/ Joseph H. Huston, Jr.*<br>Joseph H. Huston, Jr. (No. 4035)<br>919 North Market Street, Suite 1300<br>Wilmington, Delaware 19801<br>Telephone:    (302) 425-3310<br>Facsimile:    (610) 371-7972<br>Email:    jhh@stevenslee.com<br><br>*-and-*<br><br>Richard Levin, Esquire<br>**JENNER & BLOCK**<br>919 Third Avenue<br>New York, NY 10022-3908<br>Telephone:    (212) 891-1601<br>Facsimile:    (212) 891-1699<br>Email:    rlevin@jenner.com<br><br>*-and-*<br><br>Michael A. Paskin, Esquire<br>Trevor M. Broad, Esquire<br>**CRAVATH SWAINE & MOORE LLP**<br>Worldwide Plaza<br>825 Eighth Avenue<br>New York, NY 10019-7475<br>Telephone:    (212) 474-1760<br>Facsimile:    (212) 474-3700<br>Email:    mpaskin@cravath.com<br>                tbroad@cravath.com<br><br>*Independent Counsel for Energy Future Intermediate Holding Company LLC* |