## EXHIBIT D

### Summary of Jenner & Block LLP Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Richard Levin | Partner | 1976 | Restructuring | $1,150 | 377.30 | $423,717.50 |
| | | | | $1,200 | 234.65 | $273,120.00 |
| | | | | $1,250 | 195.00 | $236,437.50 |
| | | | | $1,250 -$1,300 | 38.70 | $49,455.00 |
| | | | | | **845.65** | **$982,730.00** |
| Vincent E. Lazar | Partner | 1990 | Restructuring | $950 | 314.10 | $270,132.50 |
| | | | | $975 | 230.05 | $217,961.25 |
| | | | | $1,025 | 177.80 | $178,606.25 |
| | | | | $1,025-$1,100 | 41.8 | $44,467.50 |
| | | | | | **763.75** | **$711,167.50** |
| Carl N. Wedoff | Associate | 2010 | Restructuring | $650 | 20.70 | $13,455.00 |
| | | | | $705 | 13.20 | $9,306.00 |
| | | | | | **33.9** | **$22,761.00** |
| Randall E. Mehrberg | Partner | 1980 | Restructuring | $900 | **1.5** | **$1,350.00** |
| Andrew J. Lichtman | Associate | 2010 | Restructuring | $680 | 35.5 | $24,140.00 |
| | | | | $750 | 10.1 | $7,575.00 |
| | | | | | **45.6** | **$31,715.00** |
| Elizabeth Edmonson | Partner | 2007 | Litigation | $840 | **44.7** | **$37,548.00** |
| Lorenzo DiSilvio | Associate | 2011 | Litigation | $725 | **10.0** | **$7,250.00** |
| Irene Ten Cate | Associate | 2003 | Litigation | $725 | **22.5** | **$16,312.50** |

| Name | Title | Department | Rate | Hours | Amount |
|---|---|---|---|---|---|
| Toi Hooker | Paralegal | Restructuring | $365 | 4.8 | $1,752.00 |
|  |  |  |  | .3 | $109.50 |
|  |  |  |  | **5.1** | **$1,861.50** |
| Jeffrey Phillips | Paralegal | Litigation | $365 | **1.5** | **$547.50** |
| **TOTALS** |  |  |  | **1,774.2** | **$1,813,243.00**[1] |

---

[1] Certain of the compensation requests in Interim Applications were previously reduced by agreement or Court order, and the amounts requested in this Final Fee Application reflect those reductions. Those reductions are not reflected in this figure.