## EXHIBIT E

### Summary of Jenner & Block LLP Expenses

| Service Description | Amount |
|---|---:|
| Client Business Transportation/Travel | $25,778.68 |
| Conference Call/Voice/Data | $11.79 |
| Lexis/Westlaw Research | $279.52 |
| Telephone Expense | $801.59 |
| Copies | $103.80 |
| Pacer Charges | $117.00 |
| Other Miscellaneous | $116.00 |
| Lodging | $1,296.49 |
| Car Service | $389.57 |
| Business Meals | $172.87 |
| Other Professional Services | $123.00 |
| UPS | $14.02 |
| Color Copy | $6.25 |
| Transcripts | $1,383.10 |
| **TOTAL** | **$30,593.68**[1] |

---

[1] Certain of the expense reimbursement requests in Interim Applications were previously reduced by agreement or Court order, and the amounts requested in this Final Fee Application reflect those reductions. Those reductions are not reflected in this figure.