# **EXHIBIT B**

## SUMMARY OF PROFESSIONAL SERVICES
## MONTGOMERY, MCCRACKEN WALKER & RHOADS, LLP

The MMWR attorneys and paralegals that rendered profesional services in these cases during the Compensation Period are:

| Name of Professional Individual | Position of Applicant and Year of Obtaining License to Practice | Final November 5, 2014 - March 9, 2018 | | |
|---|---|---|---|---|
| | | Hourly Billing Rate | Total Hours Billed | Total Fees Requested |
| **PARTNERS AND OF COUNSEL** | | | | |
| Natalie D. Ramsey | Partner; Joined Firm in 1985; Member of DE Bar since 2009 | $675.00 | 1,182.80 | $798,390.00 |
| Natalie D. Ramsey* | | $337.50 | 17.60 | $5,940.00 |
| Mark A. Fink | Partner; Joined Firm in 2012; Member of DE Bar since 2000 | $655.00 | 5.80 | $3,799.00 |
| Mark A. Fink | | $630.00 | 496.20 | $312,669.00 |
| Mark A. Fink | | $610.00 | 623.60 | $380,396.00 |
| Mark A. Fink | | $590.00 | 1,462.10 | $862,639.00 |
| Mark A. Fink* | | $315.00 | 7.30 | $2,299.50 |
| Mark A. Fink* | | $305.00 | 21.80 | $6,634.00 |
| Mark A. Fink* | | $295.00 | 23.50 | $6,932.50 |
| Mark B. Sheppard | Partner; Joined Firm in 2009; Member of PA Bar since 1987 | $585.00 | 785.20 | $459,342.00 |
| Mark B. Sheppard | | $510.00 | 2.70 | $1,579.50 |
| Mark B. Sheppard* | | $292.50 | 27.50 | $8,043.75 |
| Davis L. Wright | Partner; Joined firm in 2011; Member of DE Bar since 2002 | $590.00 | 4.70 | $2,773.00 |
| Davis L. Wright | | $570.00 | 17.90 | $10,203.00 |
| Davis L. Wright | | $550.00 | 170.60 | $93,455.00 |
| Davis L. Wright | | $535.00 | 29.40 | $15,729.00 |
| Laurie A. Krepto | Of Counsel; Joined firm in 2004; Member of DE Bar since 2001 | $540.00 | 13.40 | $6,231.00 |
| Laurie A. Krepto | | $465.00 | 2.80 | $1,302.00 |
| Laurie A. Krepto | | $440.00 | 196.30 | $86,372.00 |
| Johnathan R. Flora | Partner; Joined Firm in 2014; Member of CA Bar since 1989 | $540.00 | 62.70 | $33,858.00 |
| Johnathan R. Flora* | | $270.00 | 1.80 | $486.00 |

| | | | | |
|---|---|---|---|---|
| Lathrop B. Nelson | Partner, Joined Firm in 2002; Member of PA Bar Since 2001 | $420.00 | 693.10 | $291,108.00 |
| Lathrop B. Nelson* | | $210.00 | 47.30 | $9,933.00 |
| Lee D. Unterman | Partner; Joined Firm in 2012; Member of NY Bar since 1976 | $650.00 | 181.80 | $118,170.00 |
| Lee D. Unterman* | | $325.00 | 0.60 | $195.00 |
| Gary Edelson | Partner; Joined Firm in 1988; Member of PA Bar since 1976 | $590.00 | 1.90 | $1,121.00 |
| Sidney S. Liebesman | Partner; Joined Firm in 2012; Member of PA Bar since 1995 | $480.00 | 467.50 | $224,400.00 |
| Sidney S. Liebesman* | | $240.00 | 17.50 | $4,200.00 |
| Stephen A. Grossman | Partner; Joined Firm in 2000; Member of PA Bar since 1997 | $445.00 | 205.30 | $91,358.50 |
| Michael B. Hayes | Partner; Joined Firm in 2000; Member of NJ Bar since 1998 | $420.00 | 155.50 | $65,310.00 |
| Michael B. Hayes* | | $210.00 | 1.90 | $399.00 |
| Tricia J. Sadd | Partner; Joined Firm in 2003; Member of PA Bar since 2003 | $415.00 | 579.30 | $240,409.50 |
| David Dormont | Partner; Joined Firm in 2015; Member of PA Bar since 1992 | $375.00 | 693.20 | $259,950.00 |
| David Dormont* | | $187.50 | 49.00 | $9,487.50 |
| Patrick T. Ryan | Of Counsel; Joined Firm in 1983; Member of PA Bar since 1982 | $495.00 | 109.40 | $54,153.00 |
| Lisa Z. Brown | Of Counsel; Joined Firm in 2007; Member of DE Bar since 2002 | $425.00 | 7.50 | $3,187.50 |
| Kristen E. Polovoy | Of Counsel; Joined Firm in 1998; Member of NJ Bar since 1998 | $420.00 | 16.10 | $6,762.00 |
| **TOTAL PARTNERS AND OF COUNSEL** | | | **8,382.60** | **$4,479,217.25** |
| | | | | |
| **ASSOCIATES** | | | | |
| Megan Diaz Ellinghaus | Associate; Joined Firm in 2013; Member of NY Bar since 2008 | $385.00 | 264.90 | $101,986.50 |
| Megan Diaz Ellinghaus | | $192.50 | 4.00 | $770.00 |

| Name | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| Katherine M. Fix | Associate, Joined Firm in 2012; Member of PA Bar since 2012 | $290.00 | 1,000.80 | $290,232.00 |
| Katherine M. Fix* | | $145.00 | 14.00 | $2,030.00 |
| Crista F. High | Associate; Joined Firm in 2007; Member of PA Bar since 2007 | $385.00 | 77.00 | $29,645.00 |
| Erin C. Dougherty | Associate; Joined Firm in 2008; Member of PA Bar since 2008 | $365.00 | 169.30 | $61,794.50 |
| James L. Gannon | Associate; Joined Firm in 2009; Member of PA Bar since 2009 | $340.00 | 98.70 | $33,558.00 |
| Rachel H. Jacobson | Associate; Joined Firm in 2012; member of PA Bar since 2011 | $310.00 | 133.50 | $41,385.00 |
| Laurie A. Krepto[4] | | $440.00 | 136.60 | $60,104.00 |
| Priya Roy | Associate; Joined Firm in 2013; Member of MD Bar since 2012 | $310.00 | 135.60 | $42,036.00 |
| Rimma Tsvasman | Associate; Joined Firm in 2012; Member of NJ Bar since 2011 | $310.00 | 88.30 | $27,373.00 |
| Johnathan S. Perkins | Associate; Joined Firm in 2013; Member of PA Bar since 2011 | $300.00 | 476.70 | $143,010.00 |
| Kaspar Kielland | Associate; Joined Firm in 2013; Member of NY Bar since 2013 | $295.00 | 7.00 | $2,065.00 |
| Cora A. Dayon | Associate; Joined Firm in 2014; Member of NJ Bar since 2014 | $280.00 | 433.70 | $121,436.00 |
| Robert H. Bender Jr. | Associate; Joined Firm in 2015; Member of PA Bar since 2015 | $280.00 | 6.50 | $1,820.00 |
| Jeremy A. Gunn | Associate; Joined Firm in 2015; Member of WV Bar since 2014 | $280.00 | 2.50 | $700.00 |

[4] Ms. Krepto performed work related to the EFH Committee as an associate prior to her elevation to Of Counsel. Accordingly, her time as an assoicate is included here.

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Robert E. O'Connor | Associate; Joined Firm in 2014; member of NY Bar since 2011 | $275.00 | 1.00 | $275.00 |
| Olivia A. Weil | Associate; Joined Firm in 2015; Member of NY Bar since 2015 | $275.00 | 22.40 | $6,160.00 |
| **TOTAL ASSOCIATES** | | | **3,072.50** | **$966,380.00** |
| **PARALEGALS AND OTHER PROFESSIONALS** | | | | |
| Jason Smith | Paralegal | $170.00 | 10.40 | $1,768.00 |
| Jason Smith | | $165.00 | 159.00 | $26,225.00 |
| Helen Belair | Paralegal | $165.00 | 36.50 | $6,022.50 |
| Keith T. Mangan | Paralegal | $150.00 | 42.80 | $6,084.50 |
| Keith T. Mangan | Paralegal | $145.00 | 19.80 | $2,871.00 |
| Keith T. Mangan | | $140.00 | 515.30 | $73,737.00 |
| Keith T Mangan* | | $70.00 | 8.00 | $570.00 |
| Octavia L. Frias | Paralegal | $165.00 | 35.90 | $5,923.50 |
| Martha L. Schwarz | Paralegal | $230.00 | 2.30 | $529.00 |
| Molly A. Lynch | Paralegal | $230.00 | 310.40 | $68,288.00 |
| William Hershkowitz | Paralegal | $215.00 | 169.70 | $36,485.50 |
| Denise A. LeGendre | Paralegal | $205.00 | 26.30 | $5,391.50 |
| Roseann Guagenti | Paralegal | $205.00 | 66.10 | $13,550.50 |
| Roseann Guagenti * | Paralegal | $102.50 | 1.50 | $153.75 |
| April Borges | Paralegal | $140.00 | 14.00 | $1,960.00 |
| Kathleen A. Coon | Librarian | $195.00 | 2.20 | $429.00 |
| Gareth M. Suddes | Litigation Support Specialist | $180.00 | 140.90 | $25,362.00 |
| Suzanne E. Burke | Litigation Support Specialist | $175.00 | 5.90 | $1,032.50 |
| Megan Malone | Automated Litigation Support Specialist | $145.00 | 35.80 | $5,191.00 |
| Jason Bailey | Automated Litigation Support Specialist | $140.00 | 2.00 | $280.00 |
| **TOTAL PARALEGALS AND OTHER PROFESSIONALS** | | | **1,615.00** | **$281,854.25** |
| **TOTAL** | | | **13,070.10** | **$5,727,451.50** |

* Indicates non-working travel time billed at half-rate.