# **EXHIBIT C**

## SUMMARY OF COMPENSATION BY PROJECT CATEGORY
## MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

| Code | Project Category | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| | | **Final** | |
| | | **November 5, 2014 - March 9, 2018** | |
| 001 | Asset Analysis | 40.90 | $20,406.00 |
| 002 | Asset Disposition | 34.30 | $21,609.00 |
| 003 | Assumption and Rejection of Leases and Contracts | 3.20 | $1,888.00 |
| 004 | Avoidance Action Analysis | 0.00 | $0.00 |
| 005 | Business Operations | 12.80 | $4,466.50 |
| 006 | Case Administration | 1,003.50 | $520,119.50 |
| 007 | Claims Administration and Objections | 45.30 | $27,944.00 |
| 008 | Corporate Governance and Board Matters | 4.60 | $2,232.50 |
| 009 | Employment Benefits and Pensions | 0.00 | $0.00 |
| 010 | Employment and Fee Applications (MMWR) | 400.10 | $142,692.50 |
| 011 | Employment and Fee Applications (Others) | 263.70 | $102,870.00 |
| 012 | Financing, Cash Collateral, Make Whole | 80.00 | $48,002.50 |
| 013 | Other Litigation | 132.40 | $77,992.00 |
| 014 | Meetings and Communications with Creditors | 33.50 | $20,829.00 |
| 015 | Non-Working Travel | 241.70 | $57,464.00 |
| 016 | Plan and Disclosure Statement | 2,635.00 | $1,280,071.00 |
| 017 | Relief from Stay and Adequate Protection | 0.00 | $0.00 |
| 018 | Tax | 0.50 | $295.00 |
| 019 | Valuation | 0.00 | $0.00 |
| 020 | Discovery | 148.90 | $43,301.50 |
| 021 | Hearings | 787.40 | $450,207.50 |
| 022 | First and Second Day Motions | 0.00 | $0.00 |
| 023 | Claims Investigation | 28.40 | $10,437.50 |
| 024 | Lien Investigation | 0.00 | $0.00 |
| 025 | Intercompany Claims | 0.00 | $0.00 |
| 026 | Other Motions/Applications | 44.70 | $21,481.00 |
| 027 | Schedules and Statements | 9.10 | $4,368.00 |
| 028 | Time Entry Review | 3.10 | $1,829.00 |
| 029 | Budgeting (Case) | 7.20 | $4,023.50 |
| 030 | Asbestos-Related Matters | 1,030.70 | $521,786.50 |
| 031 | Derivative Litigation Investigation | 6,079.10 | $2,341,135.50 |
| | **Total by Project Category:** | **13,070.10** | **$5,727,451.50** |