# **EXHIBIT E**

## SUMMARY OF PROFESSIONALS BY MATTER
## MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

| Asset Analysis | | | |
|---|---:|---:|---:|
| Timekeeper | Hours | Hourly Rate | Total |
| Fink, Mark A. | 1.90 | $590.00 | $1,121.00 |
|  | 1.80 | $610.00 | $1,098.00 |
| Fix, Katherine M. | 2.00 | $290.00 | $580.00 |
| Frias, Octavia L. | 0.30 | $165.00 | $49.50 |
| Hayes, Michael B. | 4.50 | $420.00 | $1,890.00 |
| Krepto, Laurie A. | 2.60 | $465.00 | $1,209.00 |
| Mangan, Keith T. | 6.90 | $140.00 | $966.00 |
| Ramsey, Natalie D. | 17.80 | $675.00 | $12,015.00 |
| Sheppard, Mark B. | 2.30 | $585.00 | $1,345.50 |
| Smith, Jason W. | 0.80 | $165.00 | $132.00 |
| **Totals:** | **40.90** | | **$20,406.00** |

| Asset Disposition | | | |
|---|---:|---:|---:|
| Timekeeper | Hours | Hourly Rate | Total |
| Fink, Mark A. | 34.30 | $630.00 | $21,609.00 |
| **Totals:** | **34.30** | | **$21,609.00** |

| Assumption and Rejection of Leases & Contracts | | | |
|---|---:|---:|---:|
| Timekeeper | Hours | Hourly Rate | Total |
| Fink, Mark A. | 3.20 | $590.00 | $1,888.00 |
| **Totals:** | **3.20** | | **$1,888.00** |

| Avoidance Action Analysis | | | |
|---|---:|---:|---:|
| Timekeeper | Hours | Hourly Rate | Total |
| Fink, Mark A. | - | $590.00 | $0.00 |
| **Totals:** | - | | $0.00 |

| Business Operations | | | |
|---|---:|---:|---:|
| Timekeeper | Hours | Hourly Rate | Total |
| Belair, Helen C. | 7.50 | $165.00 | $1,237.50 |
| Fink, Mark A. | 4.10 | $590.00 | $2,419.00 |
| Ramsey, Natalie D. | 1.20 | $675.00 | $810.00 |
| **Totals:** | **12.80** | | **$4,466.50** |

**SUMMARY OF PROFESSIONALS BY MATTER**
**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**

| Case Administration | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Bailey, Jason | 1.10 | $140.00 | $154.00 |
| Belair, Helen C. | 2.80 | $165.00 | $462.00 |
| Dormont, David | 1.70 | $375.00 | $637.50 |
| Fink, Mark A. | 144.90 | $590.00 | $85,491.00 |
| | 209.30 | $610.00 | $127,673.00 |
| | 100.20 | $630.00 | $63,126.00 |
| Fix, Katherine M. | 14.50 | $290.00 | $4,205.00 |
| Frias, Octavia L. | 2.80 | $165.00 | $462.00 |
| Liebesman, Sidney S. | 238.70 | $480.00 | $114,576.00 |
| Mangan, Keith T. | 73.50 | $140.00 | $10,290.00 |
| | 6.60 | $145.00 | $957.00 |
| | 0.30 | $150.00 | $45.00 |
| Nelson, III, Lathrop B. | 1.20 | $420.00 | $504.00 |
| Ramsey, Natalie D. | 110.00 | $675.00 | $74,250.00 |
| Schwarz, Martha L. | 2.30 | $230.00 | $529.00 |
| Sheppard, Mark B. | 10.20 | $585.00 | $5,967.00 |
| Smith, Jason W. | 36.00 | $165.00 | $5,940.00 |
| Suddes, Gareth M | 3.90 | $180.00 | $702.00 |
| Wright, Davis Lee | 12.80 | $535.00 | $6,848.00 |
| | 19.50 | $550.00 | $10,725.00 |
| | 0.30 | $590.00 | $177.00 |
| **Totals:** | **992.60** | | **$513,720.50** |

| Claims Administration and Objections | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Fink, Mark A. | 6.60 | $590.00 | $3,894.00 |
| | 37.50 | $630.00 | $23,625.00 |
| Fix, Katherine M. | 1.00 | $290.00 | $290.00 |
| Ramsey, Natalie D. | 0.20 | $675.00 | $135.00 |
| **Totals:** | **45.30** | | **$27,944.00** |

**SUMMARY OF PROFESSIONALS BY MATTER**
**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**

| Corporate Governance and Board Matters | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Brown, Lisa Zwally | 3.10 | $425.00 | $1,317.50 |
| Fink, Mark A. | 1.50 | $610.00 | $915.00 |
| **Totals:** | **4.60** | | **$2,232.50** |

| Employment Benefits and Pensions | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Ramsey, Natalie D. | 0.20 | $675.00 | $135.00 |
| **Totals:** | **0.20** | | **$135.00** |

| Employment and Fee Applications (MMWR) | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Belair, Helen C. | 25.70 | $165.00 | $4,240.50 |
| Fink, Mark A. | 114.20 | $590.00 | $67,378.00 |
| | 15.20 | $610.00 | $9,272.00 |
| | 21.70 | $630.00 | $13,671.00 |
| | 2.30 | $655.00 | $1,506.50 |
| Fix, Katherine M. | 0.40 | $290.00 | $116.00 |
| Frias, Octavia L. | 25.50 | $165.00 | $4,207.50 |
| Mangan, Keith T. | 53.50 | $140.00 | $7,490.00 |
| | 28.70 | $145.00 | $4,161.50 |
| Ramsey, Natalie D. | 3.60 | $675.00 | $2,430.00 |
| Sheppard, Mark B. | 0.90 | $585.00 | $526.50 |
| Smith, Jason W. | 71.70 | $165.00 | $11,830.50 |
| | 10.40 | $170.00 | $1,768.00 |
| Wright, Davis Lee | 24.70 | $535.00 | $13,214.50 |
| | 1.60 | $550.00 | $880.00 |
| **Totals:** | **400.10** | | **$142,692.50** |

| Employment and Fee Applications (Others) | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Belair, Helen C. | 0.50 | $165.00 | $82.50 |
| Fink, Mark A. | 64.40 | $590.00 | $37,996.00 |
| | 22.00 | $610.00 | $13,420.00 |
| | 19.30 | $630.00 | $12,159.00 |
| Fix, Katherine M. | 0.50 | $290.00 | $145.00 |
| Frias, Octavia L. | 7.30 | $165.00 | $1,204.50 |
| Mangan, Keith T. | 55.10 | $140.00 | $7,714.00 |
| | 38.60 | $145.00 | $5,597.00 |
| Ramsey, Natalie D. | 15.10 | $675.00 | $10,192.50 |
| Sheppard, Mark B. | 1.40 | $585.00 | $819.00 |
| Smith, Jason W. | 20.90 | $165.00 | $3,448.50 |

## SUMMARY OF PROFESSIONALS BY MATTER
## MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

| | | | |
|---|---:|---:|---:|
| Wright, Davis Lee | 9.20 | $535.00 | $4,922.00 |
| | 9.40 | $550.00 | $5,170.00 |
| **Totals:** | **263.70** | | **$102,870.00** |

| Financing, Cash Collateral, Make Whole | | | |
|---|---:|---:|---:|
| Timekeeper | Hours | Hourly Rate | Total |
| Fink, Mark A. | 48.30 | $590.00 | $28,497.00 |
| | 16.00 | $610.00 | $9,760.00 |
| | 14.40 | $630.00 | $9,072.00 |
| Ramsey, Natalie D. | 0.90 | $675.00 | $607.50 |
| Smith, Jason W. | 0.40 | $165.00 | $66.00 |
| **Totals:** | **80.00** | | **$48,002.50** |

| Other Litigation | | | |
|---|---:|---:|---:|
| Timekeeper | Hours | Hourly Rate | Total |
| Burke, Suzanne E. | 5.90 | $175.00 | $1,032.50 |
| Fink, Mark A. | 49.40 | $590.00 | $29,146.00 |
| | 50.50 | $630.00 | $31,815.00 |
| Hayes, Michael B. | 0.70 | $420.00 | $294.00 |
| Liebesman, Sidney S. | 0.60 | $480.00 | $288.00 |
| Ramsey, Natalie D. | 6.40 | $675.00 | $4,320.00 |
| Sheppard, Mark B. | 1.30 | $585.00 | $760.50 |
| Wright, Davis Lee | 1.20 | $550.00 | $660.00 |
| **Totals:** | **116.00** | | **$68,316.00** |

| Meetings and Communications with Creditors | | | |
|---|---:|---:|---:|
| Timekeeper | Hours | Hourly Rate | Total |
| Fink, Mark A. | 10.20 | $590.00 | $6,018.00 |
| | 6.90 | $610.00 | $4,209.00 |
| | 12.10 | $630.00 | $7,623.00 |
| Hayes, Michael B. | 0.30 | $420.00 | $126.00 |
| Ramsey, Natalie D. | 5.80 | $675.00 | $3,915.00 |
| Wright, Davis Lee | 0.80 | $550.00 | $440.00 |
| **Totals:** | **36.10** | | **$22,331.00** |

**SUMMARY OF PROFESSIONALS BY MATTER**
**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

| Non-Working Travel | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Dormont, David | 47.40 | $187.50 | $8,887.50 |
| Ellinghaus, Megan Diaz | 4.00 | $192.50 | $770.00 |
| Fink, Mark A. | 23.50 | $295.00 | $6,932.50 |
| | 5.00 | $302.00 | $1,510.00 |
| | 16.80 | $305.00 | $5,124.00 |
| | 7.30 | $315.00 | $2,299.50 |
| Fix, Katherine M. | 14.00 | $145.00 | $2,030.00 |
| Flora, Jonathan R. | 1.80 | $270.00 | $486.00 |
| Guagenti, Roseann | 1.50 | $102.50 | $153.75 |
| Hayes, Michael B. | 1.90 | $210.00 | $399.00 |
| Liebesman, Sidney S. | 17.50 | $240.00 | $4,200.00 |
| Mangan, Keith T. | 8.00 | $70.00 | $560.00 |
| Nelson, III, Lathrop B. | 47.30 | $210.00 | $9,933.00 |
| Ramsey, Natalie D. | 17.60 | $337.50 | $5,940.00 |
| Sheppard, Mark B. | 27.50 | $292.50 | $8,043.75 |
| Unterman, Lee D. | 0.60 | $325.00 | $195.00 |
| **Totals:** | **247.70** | | **$57,464.00** |

| Plan and Disclosure Statement | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Bailey, Jason | 0.90 | $140.00 | $126.00 |
| Bender, Jr., Robert H. | 2.40 | $280.00 | $672.00 |
| Brown, Lisa Zwally | 4.40 | $425.00 | $1,870.00 |
| Caver, Cora A. | 103.30 | $280.00 | $28,924.00 |
| Dormont, David | 147.40 | $375.00 | $55,275.00 |
| Edelson, Gary M. | 0.20 | $590.00 | $118.00 |
| Ellinghaus, Megan Diaz | 8.30 | $385.00 | $3,195.50 |
| Fink, Mark A. | 508.50 | $590.00 | $300,015.00 |
| | 236.30 | $610.00 | $144,143.00 |
| | 175.50 | $630.00 | $110,565.00 |
| | 3.50 | $655.00 | $2,292.50 |
| Fix, Katherine M. | 175.90 | $290.00 | $51,011.00 |
| Flora, Jonathan R. | 3.90 | $540.00 | $2,106.00 |
| Gannon, II, James Leo | 17.30 | $340.00 | $5,882.00 |
| Guagenti, Roseann | 3.50 | $205.00 | $717.50 |
| Hershkowitz, William | 1.40 | $215.00 | $301.00 |
| High, Christa Frank | 1.40 | $385.00 | $539.00 |
| Krepto, Laurie A. | 13.10 | $440.00 | $5,764.00 |
| | 0.20 | $465.00 | $93.00 |
| Liebesman, Sidney S. | 28.00 | $480.00 | $13,440.00 |
| Lynch, Margaret A. | 96.90 | $220.00 | $21,318.00 |

**SUMMARY OF PROFESSIONALS BY MATTER**
**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**

| Timekeeper | Hours | Hourly Rate | Total |
|---|---:|---:|---:|
| Mangan, Keith T. | 136.80 | $140.00 | $19,152.00 |
| Nelson, III, Lathrop B. | 142.10 | $420.00 | $59,682.00 |
| Perkins, Johnathan S. | 51.00 | $300.00 | $15,300.00 |
| Ramsey, Natalie D. | 297.10 | $675.00 | $200,542.50 |
| Roy, Priya | 2.00 | $310.00 | $620.00 |
| Ryan, Patrick T. | 6.70 | $495.00 | $3,316.50 |
| Sadd, Tricia J. | 126.80 | $415.00 | $52,622.00 |
| Sheppard, Mark B. | 277.70 | $585.00 | $162,454.50 |
| Smith, Jason W. | 5.40 | $165.00 | $881.00 |
| Suddes, Gareth M | 38.60 | $180.00 | $6,948.00 |
| Wright, Davis Lee | 18.50 | $550.00 | $10,175.00 |
| **Totals:** | **2,635.00** | | **$1,280,061.00** |

| Tax | | | |
|---|---:|---:|---:|
| Timekeeper | Hours | Hourly Rate | Total |
| Edelson, Gary M. | 0.50 | $590.00 | $295.00 |
| **Totals:** | **0.50** | | **$295.00** |

| Discovery | | | |
|---|---:|---:|---:|
| Timekeeper | Hours | Hourly Rate | Total |
| Coon, Kathleen M. | 1.30 | $195.00 | $253.50 |
| Hayes, Michael B. | 71.40 | $420.00 | $29,988.00 |
| Kielland, Kaspar | 7.00 | $295.00 | $2,065.00 |
| Mangan, Keith T. | 66.60 | $140.00 | $9,324.00 |
| Ramsey, Natalie D. | 2.00 | $675.00 | $1,350.00 |
| Wright, Davis Lee | 0.60 | $535.00 | $321.00 |
| **Totals:** | **148.90** | | **$43,301.50** |

| Hearings | | | |
|---|---:|---:|---:|
| Timekeeper | Hours | Hourly Rate | Total |
| Caver, Cora A. | 22.40 | $280.00 | $6,272.00 |
| Dormont, David | 27.70 | $375.00 | $10,387.50 |
| Fink, Mark A. | 134.20 | $590.00 | $79,178.00 |
| | 95.40 | $610.00 | $58,194.00 |
| | 24.20 | $630.00 | $15,246.00 |
| Fix, Katherine M. | 8.40 | $290.00 | $2,436.00 |
| Guagenti, Roseann | 26.40 | $205.00 | $5,412.00 |
| Liebesman, Sidney S. | 6.00 | $480.00 | $2,880.00 |
| Ramsey, Natalie D. | 238.50 | $675.00 | $160,987.50 |
| Sheppard, Mark B. | 158.10 | $585.00 | $92,488.50 |
| Smith, Jason W. | 23.80 | $165.00 | $3,927.00 |
| Wright, Davis Lee | 17.90 | $570.00 | $10,203.00 |
| | 4.40 | $590.00 | $2,596.00 |
| **Totals:** | **787.40** | | **$450,207.50** |

## SUMMARY OF PROFESSIONALS BY MATTER
## MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

| Claims Investigation | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Fink, Mark A. | 0.70 | $590.00 | $413.00 |
| | 0.70 | $630.00 | $441.00 |
| Fix, Katherine M. | 0.50 | $290.00 | $145.00 |
| Guagenti, Roseann | 4.30 | $205.00 | $881.50 |
| Hayes, Michael B. | 11.20 | $420.00 | $4,704.00 |
| Krepto, Laurie A. | 6.80 | $440.00 | $2,992.00 |
| LeGendre, Denise A. | 4.20 | $205.00 | $861.00 |
| **Totals:** | **28.40** | | **$10,437.50** |

| Other Motions/Applications | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Fink, Mark A. | 20.90 | $590.00 | $12,331.00 |
| | 1.60 | $630.00 | $1,008.00 |
| Flora, Jonathan R. | 3.20 | $540.00 | $1,728.00 |
| Mangan, Keith T. | 4.60 | $140.00 | $644.00 |
| Polovoy, Kristen E. | 16.10 | $420.00 | $6,762.00 |
| Ramsey, Natalie D. | 2.20 | $675.00 | $1,485.00 |
| Wright, Davis Lee | 4.40 | $550.00 | $2,420.00 |
| **Totals:** | **53.00** | | **$26,378.00** |

| Schedules and Statements | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Liebesman, Sidney S. | 9.10 | $480.00 | $4,368.00 |
| **Totals:** | **9.10** | | **$4,368.00** |

| Time Entry Review | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Fink, Mark A. | 3.10 | $590.00 | $1,829.00 |
| **Totals:** | **3.10** | | **$1,829.00** |

| Budgeting (Case) | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Fink, Mark A. | 0.40 | $590.00 | $236.00 |
| Ramsey, Natalie D. | 0.50 | $675.00 | $337.50 |
| Wright, Davis Lee | 1.00 | $535.00 | $535.00 |
| | 5.30 | $550.00 | $2,915.00 |
| **Totals:** | **7.20** | | **$4,023.50** |

**SUMMARY OF PROFESSIONALS BY MATTER**
**MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP**

| Asbestos-Related Matters | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Coon, Kathleen M. | 0.90 | $195.00 | $175.50 |
| Dormont, David | 0.20 | $375.00 | $75.00 |
| Ellinghaus, Megan Diaz | 0.50 | $385.00 | $192.50 |
| Fink, Mark A. | 227.50 | $590.00 | $134,225.00 |
| | 19.20 | $610.00 | $11,712.00 |
| | 4.20 | $630.00 | $2,646.00 |
| Fix, Katherine M. | 144.00 | $290.00 | $41,760.00 |
| Krepto, Laurie A. | 266.30 | $440.00 | $117,172.00 |
| | 13.40 | $465.00 | $6,231.00 |
| Malone, Megan | 6.10 | $145.00 | $884.50 |
| Mangan, Keith T. | 35.70 | $140.00 | $4,998.00 |
| Ramsey, Natalie D. | 228.10 | $675.00 | $153,967.50 |
| Sheppard, Mark B. | 59.60 | $585.00 | $34,866.00 |
| Suddes, Gareth M | 2.10 | $180.00 | $378.00 |
| Wright, Davis Lee | 6.10 | $535.00 | $3,263.50 |
| | 16.80 | $550.00 | $9,240.00 |
| **Totals:** | **1,030.70** | | **$521,786.50** |

| Derivative Litigation Investigation | | | |
|---|---|---|---|
| Timekeeper | Hours | Hourly Rate | Total |
| Bender, Jr., Robert H. | 4.10 | $280.00 | $1,148.00 |
| Borges, April | 14.00 | $140.00 | $1,960.00 |
| Caver, Cora A. | 308.00 | $280.00 | $86,240.00 |
| Dormont, David | 517.80 | $375.00 | $194,175.00 |
| Dougherty, Erin C. | 169.30 | $365.00 | $61,794.50 |
| Edelson, Gary M. | 1.20 | $590.00 | $708.00 |
| Ellinghaus, Megan Diaz | 256.10 | $385.00 | $98,598.50 |
| Fink, Mark A. | 103.20 | $590.00 | $60,888.00 |
| | 0.10 | $630.00 | $63.00 |
| Fix, Katherine M. | 653.60 | $290.00 | $189,544.00 |
| Flora, Jonathan R. | 55.60 | $540.00 | $30,024.00 |
| Gannon, II, James Leo | 81.40 | $340.00 | $27,676.00 |
| Grossman, Stephen A. | 205.30 | $445.00 | $91,358.50 |
| Guagenti, Roseann | 31.90 | $205.00 | $6,539.50 |
| Gunn, Jeremy A. | 2.50 | $280.00 | $700.00 |
| Hayes, Michael B. | 67.40 | $420.00 | $28,308.00 |
| Hershkowitz, William | 168.30 | $215.00 | $36,184.50 |
| High, Christa Frank | 75.60 | $385.00 | $29,106.00 |
| Jacobson, Rachel H. | 133.50 | $310.00 | $46,385.00 |
| Krepto, Laurie A. | 46.70 | $440.00 | $20,548.00 |
| LeGendre, Denise A. | 22.10 | $205.00 | $4,530.50 |

## SUMMARY OF PROFESSIONALS BY MATTER
## MONTGOMERY, MCCRACKEN, WALKER & RHOADS, LLP

| | | | |
|---|---:|---:|---:|
| Liebesman, Sidney S. | 185.10 | $480.00 | $88,848.00 |
| Lynch, Margaret A. | 213.50 | $220.00 | $46,970.00 |
| Malone, Megan | 29.70 | $145.00 | $4,306.50 |
| Mangan, Keith T. | 91.30 | $140.00 | $12,782.00 |
| Nelson, III, Lathrop B. | 549.40 | $420.00 | $230,748.00 |
|  | 0.40 | $435.00 | $174.00 |
| O'Connor, Robert E. | 1.00 | $275.00 | $275.00 |
| Perkins, Johnathan S. | 425.70 | $300.00 | $127,710.00 |
| Ramsey, Natalie D. | 253.40 | $675.00 | $171,045.00 |
| Roy, Priya | 133.60 | $310.00 | $44,539.00 |
| Ryan, Patrick T. | 102.70 | $495.00 | $50,836.50 |
| Sadd, Tricia J. | 452.50 | $415.00 | $187,787.50 |
| Sheppard, Mark B. | 276.40 | $585.00 | $161,694.00 |
| Suddes, Gareth M | 96.30 | $180.00 | $17,334.00 |
| Tsvasman, Rimma | 88.30 | $310.00 | $27,373.00 |
| Unterman, Lee D. | 181.80 | $650.00 | $118,170.00 |
| Weil, Olivia A. | 22.40 | $275.00 | $6,160.00 |
| Wright, Davis Lee | 68.10 | $550.00 | $37,455.00 |
| | **6,089.30** | | **$2,350,686.50** |
| | | | |
| **TOTAL OF PROFESSIONALS BY MATTER:** | **13,070.10** | | **$5,727,451.50** |