IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| Energy Future Holdings Corp., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |
| ) | **Objections Due: 05/11/2018 @ 4:00 p.m. (ET)** |
| ) | |
| ) | **Hearing Date:  TBD** |

## NOTICE OF FILING OF FINAL FEE APPLICATION

**PLEASE TAKE NOTICE** that Montgomery, McCracken, Walker & Rhoads, LLP (the "**Applicant**") has filed the attached **Final Fee Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc., for Services Rendered and Reimbursement of Expenses Incurred for the Period November 5, 2014 Through March 9, 2018** (the "**Final Fee Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Final Fee Application must be made in accordance with *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "**Administrative Order**"), and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the **"Debtors"**), Energy Future Holdings Corp., *et al*., 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL, 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andy Vara, the Acting United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrew B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler; (vii) co-counsel to the EFH Committee, Sullivan & Cromwell, LLP, 125 Broad Street, New York, NY 10004-2498, Attn: Alexa Kranzley; and (viii) the Applicant, Montgomery, McCracken, Walker & Rhoads, LLP, 1105 North Market Street, 15th Floor, Wilmington, DE 19801, Attn: Natalie D. Ramsey and Davis Lee Wright by no later than **4:00 p.m. (prevailing Eastern Time) on May 11, 2018** (the **"Objection Deadline"**).

**PLEASE TAKE FURTHER NOTICE** that if any responses or objections to the Final Fee Application are timely filed, served, and received in accordance with this notice, a hearing on the Final Fee Application will be held at the convenience of the Bankruptcy Court. Only those objections made in writing and timely filed and received in accordance with the

Administrative Order and the procedures described herein will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKER FURTHER NOTICE** that if no objection to the Final Fee Application is timely filed, served and received by the Objection Deadline, the Final Fee Application may be allowed and all amounts requested therein paid.

Dated: April 20, 2018
   Wilmington, Delaware

          **MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**

          */s/ Mark A. Fink*
          Natalie D. Ramsey (DE Bar No. 5378)
          Davis Lee Wright (DE Bar No. 4324)
          Mark A. Fink (DE Bar No. 3946)
          1105 North Market Street, 15th Floor
          Wilmington, DE 19801
          Telephone: (302) 504-7800
          Facsimile: (302) 504-7820
          E-mail:  nramsey@mmwr.com
               dwright@mmwr.com
               mfink@mmwr.com

          *Counsel for The Official Committee of Unsecured Creditors of Energy Future Holdings Corp.; Energy Future Intermediate Holding Company LLC; EFIH Finance Inc.; and EECI, Inc.*