# EXHIBIT A

## Statement of Fees by Subject Matter

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| FEE APPLICATIONS - OTHERS | .50 | $380.00 |
| **TOTAL** | **.50** | **$380.00** |