## EXHIBIT C

**Summary of Actual and Necessary Expenses for the Fee Period**

| Service Description | Amount |
|---|---:|
| DOCUMENT REPRODUCTION | $1.30 |
| COMPUTER RESEARCH | $4.80 |
| **TOTAL** | $6.10 |