## **EXHIBIT D**

**Detailed Description of Expenses and Disbursements**

| MATTER | DATE | AMOUNT | DESCRIPTION |
|---|---|---|---|
| 109285-00002 | 03/05/2018 | .10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 03/06/2018 | .10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 03/06/2018 | .10 | DOCUMENT REPRODUCTION |
| 109285-00002 | 03/12/2018 | 4.80 | COMPUTER RESEARCH |
| 109285-00002 | 03/13/2018 | .50 | DOCUMENT REPRODUCTION |
| 109285-00002 | 03/28/2018 | .30 | DOCUMENT REPRODUCTION |
| 109285-00002 | 03/28/2018 | .20 | DOCUMENT REPRODUCTION |
| **TOTAL** | | **6.1** | |