**EXHIBIT D**

**Summary of Stevens & Lee, P.C. Non-Bankruptcy Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| **Timekeeper Category (Delaware)** | **Blended Hourly Rate** | |
| --- | --- | --- |
|  | **Worked and Billed in 2017** (excluding bankruptcy lawyers) | **Billed in this Fee Application** |
| Practice Leader/Shareholders | $456.00[1] | $735.00/765 |
| Associates | $270.00 | $275.00/325 |
| Legal Assistants/Paralegals | $173.00 | $175.00/180 |
| **Average Rate** | $300.00 | $395.00/423 |

Case Name:            Energy Future Intermediate Holding Company LLC
Case Number:         14-10979 (CSS)
Applicant's Name:   Stevens & Lee, P.C.
Date of Application: April 23, 2018
Interim or Final:       Interim

---

[1]  This includes hours recorded on matters which were contingent and unsuccessful; institutional and governmental clients who negotiated volume discounts; work for nonprofits; negotiated fee engagements.

04/23/2018 SL1 1518704v1 109285.00006