**EXHIBIT E**

**Summary of Stevens & Lee, P.C. Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Practice Concentration | 2017 Hourly Billing Rate[1] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | $765.00 | 29.1 | 22,116.00[2] |
| Evan B. Coren | Associate | 2013 (PA) | Bankruptcy and Financial Restructuring | $325.00 | 4.5 | 1,462.50 |
| Calla O. Masters | Legal Assistant | N/A | Bankruptcy Support | $180.00 | 3.7 | 666.00 |
| | | | | **TOTAL** | **37.3** | **24,244.50** |
| | | | **Billings Calculated at 2014 Rates** | | | |
| Joseph H. Huston, Jr. | Practice Leader | 1975 (PA) 2001 (DE) | Bankruptcy and Financial Restructuring | $680.00 | 29.1 | 19,788.00 |
| Evan B. Coren | Associate | 2013 (PA) | Bankruptcy and Financial Restructuring | $325.00 | 4.5 | 1,237.50 |
| Calla O. Masters | Legal Assistant | N/A | Bankruptcy Support | $160.00 | 3.7 | 592.00 |
| | | | | **TOTAL** | **37.3** | **21,617.50** |

---

[1] For the Fee Period, S&L's current hourly billing rate for each attorney and paraprofessional equals the respective 2017 hourly billing rates which reflect normal increases since 2014 as disclosed in S&L's employment application. There was a rate increase as of January 1, 2017, one of three rate increases since the inception of the retention.

[2] This total reflects that certain hours recorded were not billed for.