## EXHIBIT F

**Summary of Stevens & Lee, P.C. Expenses**

| Service Description | Amount |
|---|---|
| DOCUMENT PRODUCTION | $33.00 |
| COLOR DOCUMENT PRODUCTION | $0.50 |
| COMPUTER RESEARCH | $7.20 |
| TELEPHONE CHARGES | $0.70 |
| COURTCALL | $127.00 |
| **TOTAL** | **$168.40** |