**EXHIBIT G**

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| **Description** | **Total Billed Hours** | **Total Fees** |
|---|---|---|
| **(1) Professional Retentions** | 0.00 | $0.00 |
| **(2) Case Administration-General Matters** | 1.00 | $760.00 |
| **(3) Chapter 11 Issues** | 0.00 | $0.00 |
| **(4) Communications with Professionals** | .80 | $608.00 |
| **(5) Fee Applications – Others** | 5.4 | $2,422.00 |
| **(6) Fee Applications – S&L** | 3.3 | $2,044.00 |
| **(7) Hearings** | 18.2 | $11,874.50 |
| **(8) Legal & Factual Research** | 0.00 | $0.00 |
| **(9) Meetings** | 0.00 | $0.00 |
| **(10) Plans of Reorganization and Disclosure Statements** | 4.00 | $3,040.00 |
| **(11) Pleadings, Motions & Briefs** | 4.6 | $3,496.00 |
| **(12) Non-working Travel Time** | 0.00 | $0.00 |
| **(13) NextEra Energy, Inc. – Adversary Proceeding** | 0.00 | $0.00 |
| **TOTAL** | **37.3** | **$24,244.50** |