# EXHIBIT H

**Detailed Time Records for Stevens & Lee, P.C.**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 109285-00005 | | | ENERGY FUTURE/FEE APPLICATIONS- OTHERS |
| *COM*   *Masters, Calla O* | | | |
| 1/5/18 | 0.10 | $18.00 | EFILE CNO RE 29TH MONTHLY FEE APPLICATION OF JENNER & BLOCK LLP AT DOCKET NO. 12421 |
| 1/5/18 | 0.10 | $18.00 | EFILE CNO RE 30TH MONTHLY FEE APPLICATION OF JENNER & BLOCK LLP AT DOCKET NO. 12422 |
| 1/5/18 | 0.10 | $18.00 | EFILE CNO RE 35TH MONTHLY FEE APPLICATION OF STEVENS & LEE, PC AT DOCKET NO 12420 |
| 1/22/18 | 0.30 | $54.00 | EFILE 31ST MONTHLY FEE APPLICATION OF JENNER & BLOCK LLP AT DOCKET NO. 12501. SEND TO EPIQ FOR SERVICE. |
| 1/31/18 | 0.20 | $36.00 | EFILE AFFIDAVIT OF SERVICE RE JENNER & BLOCK LLP 31ST MONTHLY FEE APPLICATION AT DOCKET NO. 12541 |
| **COM Total:** | **0.80** | **$144.00** | |
| *JHH*   *Huston, Joseph* | | | |
| 1/22/18 | 0.40 | $304.00 | REVIEW AND REVISE JENNER 31ST, EMAILS COM RE SIGNING AND FILING |
| **JHH Total:** | **0.40** | **$304.00** | |
| **109285-00005 Total:** | **1.20** | **$448.00** | |
| 109285-00006 | | | ENERGY FUTURE/FEE APPLICATIONS-S&L |
| *JHH*   *Huston, Joseph* | | | |
| 1/30/18 | 0.20 | $152.00 | EMAIL K&E RE UPDATE TO FEE ESTIMATES |
| **JHH Total:** | **0.20** | **$152.00** | |
| **109285-00006 Total:** | **0.20** | **$152.00** | |
| 109285-00007 | | | ENERGY FUTURE/HEARINGS |
| *JHH*   *Huston, Joseph* | | | |
| 1/8/18 | 3.10 | $2,356.00 | PREP FOR AND ATTEND HEARING ON ELLIOTT MOTION TO APPOINT MEMBER TO FEE COMMITTEE |
| **JHH Total:** | **3.10** | **$2,356.00** | |
| **109285-00007 Total:** | **3.10** | **$2,356.00** | |
| 109285-00010 | | | ENERGY FUTURE/PLANS OF REORGANIZATION A |
| *JHH*   *Huston, Joseph* | | | |
| 1/22/18 | 0.60 | $456.00 | READ RELEVANT PORTIONS OF FENICLE ET AL OBJECTION TO CONFIRMATION AND MULTIPLE EMAILS FROM COUNSEL RE SAME |
| 1/26/18 | 1.10 | $836.00 | READ AND RESEARCH ORDERS RE CONFIRMATION SCHEDULE AND EMAILS JENNER SAME (.6) - READ PRESS REPORTS RE PROGRESS AT PUCT (.3) - DOWNLOAD AND CALENDAR CONFIRMATION HEARING SCHEDULE (.2) |
| **JHH Total:** | **1.70** | **$1,292.00** | |
| **109285-00010 Total:** | **1.70** | **$1,292.00** | |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **109285-00011** | **ENERGY FUTURE/PLEADINGS, MOTIONS AND BR** | | |
| *JHH*  *Huston, Joseph* | | | |
| 1/4/18 | 0.60 | $456.00 | READ/ANALYZE FEE COMMITTEE'S, EFH COMMITTEE'S, AND DEBTORS' RESPONSE TO ELLIOTT MOTION TO APPOINT FEE COMMITTEE MEMBER |
| 1/8/18 | 1.10 | $836.00 | READ ELLIOTT REPLY AND SELECT PORTION OF DECL ON MOTION TO APPOINT FEE COMMITTEE MEMBER |
| *JHH Total:* | *1.70* | *$1,292.00* | |
| **109285-00011 Total:** | **1.70** | **$1,292.00** | |
| **Grand Total:** | **7.90** | **$5,540.00** | |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **109285-00002** | | | **ENERGY FUTURE/CASE ADMINISTRATION-GENER** |
| **JHH** **Huston, Joseph** | | | |
| 2/19/18 | 0.20 | $152.00 | READ FEE COMMITTEE SUMMARY REPORT ON INTERIM APPS |
| 2/22/18 | 0.80 | $608.00 | REVIEW STATUS OF FILINGS AND DOCKETED ITEMS FOR CONFIRMATION (.3) FEE APP APPROVALS (.2) AND PAY PACKAGE PROCESSING (.3) |
| ***JHH Total:*** | ***1.00*** | ***$760.00*** | |
| **109285-00002 Total:** | **1.00** | **$760.00** | |
| **109285-00004** | | | **ENERGY FUTURE/COMMUNICATIONS WITH PROF** |
| **JHH** **Huston, Joseph** | | | |
| 2/7/18 | 0.20 | $152.00 | EMAILS COM RE ADDITIONS AND DELETIONS RE JDA IN FILINGS |
| 2/25/18 | 0.20 | $152.00 | EMAILS V LAZAR RE COVERAGE/ATTENDANCE AT CONF HRG, EMAIL COM RE SAME |
| 2/26/18 | 0.40 | $304.00 | EMAILS V LAZAR RE PROCEEDINGS AND RESULT/RULING ON CONFIRMATION AND NEXTERA ISSUES |
| ***JHH Total:*** | ***0.80*** | ***$608.00*** | |
| **109285-00004 Total:** | **0.80** | **$608.00** | |
| **109285-00005** | | | **ENERGY FUTURE/FEE APPLICATIONS- OTHERS** |
| **COM** **Masters, Calla O** | | | |
| 2/12/18 | 0.30 | $54.00 | EFILE APPLICATION FOR COMPENSATION OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED [THIRTY-FOURTH MONTHLY FEE STATEMENT] FOR THE PERIOD SEPTEMBER 1, 2017 TO SEPTEMBER 30, 2017 [DOCKET NO. 12614], SEND TO EPIQ FOR SERVICE |
| 2/12/18 | 0.30 | $54.00 | EFILE APPLICATION FOR COMPENSATION OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED [THIRTY-FIFTH MONTHLY FEE STATEMENT] FOR THE PERIOD OCTOBER 1, 2017 TO OCTOBER 31, 2017 [DOCKET NO. 12615], SEND TO EPIQ FOR SERVICE |
| 2/12/18 | 0.30 | $54.00 | EFILE APPLICATION FOR COMPENSATION OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED [THIRTY-SIXTH MONTHLY FEE STATEMENT] FOR THE PERIOD DECEMBER 1, 2017 TO DECEMBER 31, 2017 [DOCKET NO. 12616], SEND TO EPIQ FOR SERVICE |
| 2/12/18 | 0.30 | $54.00 | EFILE APPLICATION FOR COMPENSATION OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED [THIRTY-SEVENTH MONTHLY FEE STATEMENT] FOR THE PERIOD JANUARY 1, 2018 TO JANUARY 31, 2018 [DOCKET NO. 12617], SEND TO EPIQ FOR SERVICE |
| 2/14/18 | 0.20 | $36.00 | EFILE MOTION TO APPEAR PRO HAC VICE OF ROBERT J. KEACH AT DOCKET NO. 166 |
| 2/14/18 | 0.20 | $36.00 | EFILE MOTION TO APPEAR PRO HAC VICE OF ROMA N. DESAI AT DOCKET NO. 167 |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 2/15/18 | 0.20 | $36.00 | CNO RE THIRTY-FIRST MONTHLY FEE STATEMENT OF JENNER & BLOCK LLP AT DOCKET NO. 12639 |
| 2/15/18 | 0.30 | $54.00 | EFILE APPLICATION FOR COMPENSATION OF JENNER & BLOCK LLP FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES [THIRTY-SECOND MONTHLY FEE STATEMENT] FOR THE PERIOD JANUARY 1, 2018 TO JANUARY 31, 2018 [DOCKET NO.12645], SEND TO EPIQ FOR SERVICE |
| **COM Total:** | **2.10** | **$378.00** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 2/8/18 | 0.30 | $228.00 | REVIEW CRAVATH 34-37TH MONTHLIES AND EMAILS TEAM RE CHANGES TO SAME |
| 2/8/18 | 0.10 | $76.00 | REVIEW AND REVISE JENNER CNO FOR 31ST MONTHLY |
| 2/12/18 | 0.60 | $456.00 | REVIEW AND REVISE CRAVATH SEPT - DEC FEE APPS AND EMAILS COM SAME (.5) FILING AND SERVICE ISSUES (.2) |
| 2/14/18 | 0.30 | $228.00 | REVIEW AND REVISE JENNER 37TH - EMAILS JENNER SAME |
| 2/15/18 | 0.30 | $228.00 | REVIEW/REVISE JENNER FEE APP 36 & 37 CNOS, FILING AND SERVICE |
| **JHH Total:** | **1.60** | **$1,216.00** | |

| **109285-00005 Total:** | **3.70** | **$1,594.00** | |

**109285-00006    ENERGY FUTURE/FEE APPLICATIONS-S&L**

**COM    Masters, Calla O**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 2/15/18 | 0.40 | $72.00 | EFILE MONTHLY APPLICATION FOR COMPENSATION OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED [THIRTY-SIXTH MONTHLY FEE STATEMENT] FOR THE PERIOD NOVEMBER 1, 2017 TO NOVEMBER 30, 2017 [D.I. 12637], SEND TO EPIQ FOR SERVICE, UPLOAD FILES TO BOX |
| 2/15/18 | 0.40 | $72.00 | EFILE MONTHLY APPLICATION FOR COMPENSATION OF STEVENS & LEE, P.C. FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED [THIRTY-SEVENTH MONTHLY FEE STATEMENT] FOR THE PERIOD DECEMBER 1, 2017 TO DECEMBER 31, 2017 [D.I. 12638], SEND TO EPIQ FOR SERVICE, UPLOAD FILES TO BOX |
| **COM Total:** | **0.80** | **$144.00** | |

**JHH    Huston, Joseph**

| Date | Hours | Dollars | Description |
|---|---|---|---|
| 2/6/18 | 0.40 | $304.00 | REVIEW AND UPDATE 36TH & 37TH MONTHLY - EMAILS COM SAME |
| 2/7/18 | 0.60 | $456.00 | REVIEW AND REVISE 36TH MONTHLY APP AND FOOT NUMBERS (.4) - REVIEW AND REVISE 37TH MONTHLY APP (.2) |
| 2/13/18 | 0.20 | $152.00 | REVIEW AND APPROVE PROPOSED INTERIM FEE APP |
| 2/15/18 | 0.40 | $304.00 | REVIEW AND REVISE 36TH & 37TH MONTHLY APPS, FILING & SERVICE |
| 2/21/18 | 0.40 | $304.00 | RESEARCH STATUS OF INTERIM APPS AND APPROVALS AND DISC COM SAME |
| 2/22/18 | 0.30 | $228.00 | REVIEW 43-45TH PAYMENT PACKAGES |
| **JHH Total:** | **2.30** | **$1,748.00** | |

| **109285-00006 Total:** | **3.10** | **$1,892.00** | |

| Date | Hours | Dollars | Description |
|------|-------|---------|-------------|
| **109285-00007** | | **ENERGY FUTURE/HEARINGS** | |
| **EBC  Coren, Evan B** | | | |
| 2/16/18 | 1.30 | $422.50 | LISTENING TO TELEPHONIC STATUS HEARING; MEETING W/ JHH RE CASE DEVELOPMENTS |
| 2/23/18 | 0.20 | $65.00 | REVIEWING STATEMENT IN SUPPORT OF CONFIRMATION |
| 2/26/18 | 3.00 | $975.00 | ATTENDING CONFIRMATION HEARING W/ JHH |
| **EBC Total:** | **4.50** | **$1,462.50** | |
| **JHH  Huston, Joseph** | | | |
| 2/22/18 | 0.70 | $532.00 | HEARING ON NEXT ERA MOTION IN LIMINE |
| 2/23/18 | 1.00 | $760.00 | PREP FOR/ATTEND TEL CON PRETRIAL CONFERENCE (.8) - EMAILS TEAM RE SAME (.2) |
| 2/26/18 | 8.20 | $6,232.00 | PREP FOR AND ATTEND CONF HEARING |
| 2/27/18 | 0.70 | $532.00 | PREP FOR/TELCON HEARING ON ELLIOTT ISSUES WITH CONF ORDER |
| **JHH Total:** | **10.60** | **$8,056.00** | |
| **109285-00007 Total:** | **15.10** | **$9,518.50** | |
| **109285-00010** | | **ENERGY FUTURE/PLANS OF REORGANIZATION A** | |
| **JHH  Huston, Joseph** | | | |
| 2/14/18 | 0.60 | $456.00 | FOLLOW DOCKET ON CONFIRMATION ISSUES (.2) - READ ORDER AND SETTLEMENT AGREEMENT WITH SEMPRA ET AL (.4) |
| 2/15/18 | 0.50 | $380.00 | DISC EBC RE RESULTS OF HEARING/STATUS CONFERENCE AND EFFECT ON CONFIRMATION SCHEDULE (.2) - PROVIDE OUTLINE OF CASE AND REMAINING ISSUES FOR CONFIRMATION (.3) |
| 2/21/18 | 1.20 | $912.00 | TC V LAZAR RE STATUS OF PLAN NEGOTIATIONS AND LOGISTICS FOR HEARING (.4) EMAILS R LEVIN SAME (.2) - FOLLOW DOCKET FOR OBJECTIONS AND OTHER FILINGS, DOWNLOAD PERTINENT DOCS (.4) - LOGISTICS FOR HEARING AND TEL CON WITH COM (.2) |
| **JHH Total:** | **2.30** | **$1,748.00** | |
| **109285-00010 Total:** | **2.30** | **$1,748.00** | |
| **109285-00011** | | **ENERGY FUTURE/PLEADINGS, MOTIONS AND BR** | |
| **JHH  Huston, Joseph** | | | |
| 2/22/18 | 0.80 | $608.00 | READ/ANALYZE NEXTERA MOTION IN LIMINE AND ELLIOTT AND DEBTORS' RESPONSES THERETO |
| 2/25/18 | 2.10 | $1,596.00 | READ DEBTORS' BRIEF IN SUPPORT OF CONF (1.4) NEXT ERA ADMIN EXPENSE APP AND HICKSON DECL IN SUPPORT(.5) - REVIEW DOCKET FOR OTHER PERTINENT FILINGS (.2) |
| **JHH Total:** | **2.90** | **$2,204.00** | |
| **109285-00011 Total:** | **2.90** | **$2,204.00** | |
| **Grand Total:** | **28.90** | **$18,324.50** | |

| Date | Hours | Dollars | Description |
|---|---|---|---|
| **109285-00005** | **ENERGY FUTURE/FEE APPLICATIONS- OTHERS** | | |
| ***JHH*** | ***Huston, Joseph*** | | |
| 3/8/18 | 0.20 | $152.00 | REVIEW/REVISE CNO FOR JENNER 32D MONTHLY, DISC COM RE FILING AND SERVICE |
| 3/8/18 | 0.30 | $228.00 | REVIEW/REVISE CNO FOR 36 AND 37 MONTHLIES, DISC COM RE FILING AND SERVICE |
| ***JHH Total:*** | *0.50* | *$380.00* | |
| **109285-00005 Total:** | **0.50** | **$380.00** | |
| **Grand Total:** | **0.50** | **$380.00** | |