**EXHIBIT I**

**Aggregate Budget & Comparison with Actual Fees for Stevens & Lee, P.C.[1]**

| **Aggregate Budget for All Matter Categories<br>For the Period September 1, 2017 through December 31, 2017** |
|---|---|---|---|
| **Matter No.** | **Matter Description** | **Hours Budgeted** | **Total Compensation Budgeted** |
| 1 | Professional Retentions | 0.00 | $0.00 |
| 2 | Case Administration-General Matters | 1.00 | $760.00 |
| 3 | Chapter 11 Issues | 0.00 | $0.00 |
| 4 | Communications with Professionals | .80 | $608.00 |
| 5 | Fee Applications – Others | 5.4 | $2,422.00 |
| 6 | Fee Applications – S&L | 3.3 | $2,044.00 |
| 7 | Hearings | 18.2 | $11,874.50 |
| 8 | Legal & Factual Research | 0.00 | $0.00 |
| 9 | Meetings | 0.00 | $0.00 |
| 10 | Plans of Reorganization and Disclosure Statements | 4.00 | $3,040.00 |
| 11 | Pleadings, Motions & Briefs | 4.6 | $3,496.00 |
| 12 | Non-working Travel Time | 0.00 | $0.00 |
| 13 | NextEra Energy, Inc. – Adversary Proceeding | 0.00 | $0.00 |
| | **Totals** | **37.3** | **$24,244.50** |

---

[1] Stevens & Lee was not required to submit budgets. Accordingly, the budget and staffing plan for the Fee Period was prepared using the actual data for the Fee Period. *See* paragraph 13 of the Application.

| | MATTER | 1<br>Prof.<br>Retentions | 2<br>Case<br>Admin. | 3<br>Ch. 11<br>Issues | 4<br>Comm.<br>w/ Prof. | 5<br>Fee App.<br>(Others) | 6<br>Fee App.<br>(S&L) | 7<br>Hearings | 8<br>Research | 9<br>Meetings | 10<br>Reorg.<br>Plans | 11<br>Pleadings,<br>Motions,<br>Briefs | 12<br>Non-<br>working<br>Travel | 13<br>NextEra<br>Energy<br>Adversary | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **HOURS** | | | | | | | | | | | | | | | |
| **January** | Budget | 0.00 | 0.00 | 0.00 | 0.00 | 1.20 | 0.20 | 3.10 | 0.00 | 0.00 | 1.70 | 1.70 | 0.00 | 0.00 | 7.90 |
| | Actual | 0.00 | 0.00 | 0.00 | 0.00 | 1.20 | 0.20 | 3.10 | 0.00 | 0.00 | 1.70 | 1.70 | 0.00 | 0.00 | 7.90 |
| | Difference | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | | | | | | |
| **February** | Budget | 0.00 | 1.00 | 0.00 | .80 | 3.70 | 3.10 | 15.10 | 0.00 | 0.00 | 2.30 | 2.90 | 0.00 | 0.00 | 28.90 |
| | Actual | 0.00 | 1.00 | 0.00 | .80 | 3.70 | 3.10 | 15.10 | 0.00 | 0.00 | 2.30 | 2.90 | 0.00 | 0.00 | 28.90 |
| | Difference | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | | | | | | |
| **March** | Budget | 0.00 | 0.00 | 0.00 | 0.00 | .50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 |
| | Actual | 0.00 | 0.00 | 0.00 | 0.00 | .50 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.50 |
| | Difference | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | | | | | | | | | | | | |
| **Total** | Budget | 0.00 | 1.00 | 0.00 | .80 | 5.40 | 3.30 | 18.20 | 0.00 | 0.00 | 4.00 | 4.60 | 0.00 | 0.00 | 37.3 |
| | Actual | 0.00 | 1.00 | 0.00 | .8 | 5.40 | 3.30 | 18.20 | 0.00 | 0.00 | 4.00 | 4.60 | 0.00 | 0.00 | 37.3 |
| | Difference | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| | | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **MATTER** | **Prof. Ret.** | **Admin** | **Ch. 11 Issues** | **Comm. w/ Prof** | **Fee App. (Others)** | **Fee App. (S&L)** | **Hearings** | **Research** | **Mtgs** | **Reorg. Plans** | **Pleadings/ Mtns/Briefs** | **Non-Work Travel** | **NextEra AP** | **Total** |
| **FEES** | | | | | | | | | | | | | | | |
| **Jan.** | **Budget** | 0.00 | 0.00 | 0.00 | 0.00 | 448.00 | 152.00 | 2,356.00 | 0.00 | 0.00 | 1,292.00 | 1,292.00 | 0.00 | 0.00 | 5,540.00 |
| | **Actual** | 0.00 | 0.00 | 0.00 | 0.00 | 448.00 | 152.00 | 2,356.00 | 0.00 | 0.00 | 1,292.00 | 1,292.00 | 0.00 | 0.00 | 5,540.00 |
| | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Feb.** | **Budget** | 0.00 | 760.00 | 0.00 | 608.00 | 1,594.00 | 1,892.00 | 9,518.50 | 0.00 | 0.00 | 1,748.00 | 2,204.00 | 0.00 | 0.00 | 18,324.50 |
| | **Actual** | 0.00 | 760.00 | 0.00 | 608.00 | 1,594.00 | 1,892.00 | 9,518.50 | 0.00 | 0.00 | 1.748.00 | 2,204.00 | 0.00 | 0.00 | 18,324.50 |
| | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Mar.** | **Budget** | 0.00 | 0.00 | 0.00 | 0.00 | 380.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 380.00 |
| | **Actual** | 0.00 | 0.00 | 0.00 | 0.00 | 380.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 380.00 |
| | **Diff.** | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| **Total** | **Budget** | 0.00 | 760.00 | 0.00 | 608.00 | 2,422.00 | 2,044.00 | 11,874.50 | 0.00 | 0.00 | 3,040.00 | 3,496.00 | 0.00 | 0.00 | 24,244.50 |
| | **Actual** | 0.00 | 760.00 | 0.00 | 608.00 | 2,422.00 | 2.044.00 | 11,874.50 | 0.00 | 0.00 | 3,040.00 | 3,496.00 | 0.00 | 0.00 | 24,244.50 |
| | **Diff.** | 0.00 | 0.00 | 0.00 | | 0.00.000 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |