# **EXHIBIT A**

**[Statement of Fees by Subject Matter]**

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 2.2 | $550.00 |
| [ALL] Case Administration | 0.1 | $35.00 |
| [ALL] Plan and Disclosure Statements | 1.6 | $560.00 |
| [ALL] Non-BK Retention and Fee Applications | 0.7 | $185.00 |
| **Total** | **4.6** | **$1,330.00** |