# **EXHIBIT C**

**[Summary of Actual and Necessary Expenses for the Fee Period]**

| **Expense Category** | **Total Expenses** |
|---|---:|
| Court Fees | $30.00 |
| **Total** | **$30.00** |
| | |