# EXHIBIT D

**[Detailed Description of Expenses and Disbursements]**

| Date | Category | Description | Total Expenses |
|---|---|---|---|
| 03-02-2018 | Court Fees | CourtCall | $30.00 |
| **TOTAL** | | | **$30.00** |
| | | | |