## **Exhibit B**

## **Hours Expended by Goldin Professional**

| | | |
|---|---|---:|
| Harrison J. Goldin | Sr. Managing Director | 14.8 |
| David Prager | Managing Director | 116.6 |
| Karthik Bhavaraju | Director | 132.9 |
| Jack Harris | Analyst | 47.6 |
| Chysonthia Horne | Analyst | 54.1 |
| Deborah Praga | Analyst | 2.0 |
| Vivek Ram | Analyst | 76.5 |
| **Total** | | **444.5** |