## **Exhibit C**

## **Hours Expended by Subject Matter**

| | |
|---|---:|
| Board/Director Communications | 135.9 |
| Intercompany Claims | 60.7 |
| Plan Development | 88.4 |
| Sales Process | 131.2 |
| General Case Matters/Other | 28.3 |
| **Total** | **444.5** |