## **Exhibit D**

**Expenses by Category**

| | |
|---|---:|
| Meals | $91.13 |
| Photocopies | $173.74 |
| Research | $708.22 |
| Teleconference | $528.10 |
| Travel | $367.29 |
| **Total** | **$1,868.48** |