**EXHIBIT E--DETAIL OF HOURS EXPENDED**

| TIMEKEEPER NAME | TITLE | DATE | HOURS | MATTER NAME | TASK DESCRIPTION |
|---|---|---|---|---|---|
| Goldin, Harrison J. | Sr. Managing Director | 9/30/2016 | 1.00 | 01 Board/Director Communications | Board Teleconference »JB |
| Goldin, Harrison J. | Sr. Managing Director | 10/25/2016 | 1.00 | 01 Board/Director Communications | Attendance at Board teleconference |
| Goldin, Harrison J. | Sr. Managing Director | 10/26/2016 | 1.00 | 01 Board/Director Communications | Review of Board materials |
| Goldin, Harrison J. | Sr. Managing Director | 2/28/2017 | 0.60 | 01 Board/Director Communications | Teleconference with client |
| Goldin, Harrison J. | Sr. Managing Director | 4/3/2017 | 0.40 | 01 Board/Director Communications | Teleconference with client |
| Goldin, Harrison J. | Sr. Managing Director | 4/17/2017 | 1.00 | 01 Board/Director Communications | Conference call with Board |
| Goldin, Harrison J. | Sr. Managing Director | 5/12/2017 | 1.00 | 01 Board/Director Communications | Attendance at teleconference |
| Goldin, Harrison J. | Sr. Managing Director | 6/30/2017 | 0.50 | 01 Board/Director Communications | Attendance at Board call |
| Goldin, Harrison J. | Sr. Managing Director | 7/6/2017 | 0.30 | 01 Board/Director Communications | Attendance at Board call |
| Goldin, Harrison J. | Sr. Managing Director | 7/14/2017 | 0.70 | 01 Board/Director Communications | Attendance at Board call |
| Goldin, Harrison J. | Sr. Managing Director | 7/20/2017 | 1.00 | 01 Board/Director Communications | Attendance at Board conference call; review of materials |
| Goldin, Harrison J. | Sr. Managing Director | 8/15/2017 | 0.30 | 05 Sales Process | Discuss sales process with D. Prager |
| Goldin, Harrison J. | Sr. Managing Director | 8/18/2017 | 1.30 | 05 Sales Process | Teleconference with client |
| Goldin, Harrison J. | Sr. Managing Director | 8/20/2017 | 1.50 | 01 Board/Director Communications | Attendance at Board call |
| Goldin, Harrison J. | Sr. Managing Director | 9/5/2017 | 0.30 | 01 Board/Director Communications | Attendance at Board teleconference |
| Goldin, Harrison J. | Sr. Managing Director | 10/9/2017 | 0.50 | 01 Board/Director Communications | Attendance at Board teleconference |
| Goldin, Harrison J. | Sr. Managing Director | 12/1/2017 | 0.60 | 01 Board/Director Communications | Review materials, participate in Board call |
| Goldin, Harrison J. | Sr. Managing Director | 12/5/2017 | 1.30 | 01 Board/Director Communications | Review emails re: Oversight Board, participate in Board call |
| Goldin, Harrison J. | Sr. Managing Director | 2/2/2018 | 0.50 | 01 Board/Director Communications | Attendance at Board meeting |
| **Goldin, Harrison J. Total** | | | **14.80** | | |
| Prager, David | Managing Director | 9/2/2016 | 0.50 | 01 Board/Director Communications | Review of Board materials and comment to C. Cremens |
| Prager, David | Managing Director | 9/2/2016 | 0.50 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 9/16/2016 | 1.00 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 9/16/2016 | 1.00 | 01 Board/Director Communications | Review board materials and related analysis |
| Prager, David | Managing Director | 9/21/2016 | 1.00 | 05 Sales Process | Review and analyze case filings and progress |
| Prager, David | Managing Director | 9/28/2016 | 0.50 | 05 Sales Process | Review PUCT progress and updates |
| Prager, David | Managing Director | 9/30/2016 | 0.50 | 01 Board/Director Communications | Review board materials |
| Prager, David | Managing Director | 9/30/2016 | 1.00 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 9/30/2016 | 0.50 | 05 Sales Process | Discuss 1 L issues with K. Bhavaraju |
| Prager, David | Managing Director | 10/25/2016 | 0.50 | 01 Board/Director Communications | Correspond with K. Bhavaraju re: board meetings |
| Prager, David | Managing Director | 10/26/2016 | 1.00 | 01 Board/Director Communications | Review board materials; discuss call and issues with K. Bhavaraju |
| Prager, David | Managing Director | 10/31/2016 | 1.50 | 05 Sales Process | Analysis of NextEra TTI transaction |
| Prager, David | Managing Director | 11/1/2016 | 1.00 | 04 Plan Development | Review of PUCT filing update |
| Prager, David | Managing Director | 11/17/2016 | 0.50 | 04 Plan Development | Review of Third Circuit decision |
| Prager, David | Managing Director | 11/18/2016 | 1.00 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 11/30/2016 | 1.00 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 11/30/2016 | 0.50 | 01 Board/Director Communications | Review of board materials |
| Prager, David | Managing Director | 12/1/2016 | 1.00 | 01 Board/Director Communications | Review amended plan |
| Prager, David | Managing Director | 12/8/2016 | 0.50 | 01 Board/Director Communications | Review board materials |
| Prager, David | Managing Director | 12/9/2016 | 0.50 | 01 Board/Director Communications | Discuss board call/update with K. Bhavaraju |
| Prager, David | Managing Director | 12/15/2016 | 0.50 | 01 Board/Director Communications | Review and analyze board materials |
| Prager, David | Managing Director | 12/16/2016 | 0.50 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 12/16/2016 | 0.50 | 04 Plan Development | Discuss case status and potential settlements with K. Bhavaraju, V. Ram and C. Horne |
| Prager, David | Managing Director | 12/27/2016 | 0.50 | 01 Board/Director Communications | Attended board call |
| Prager, David | Managing Director | 12/27/2016 | 1.00 | 04 Plan Development | Reviewed updated plan information |
| Prager, David | Managing Director | 1/3/2017 | 0.50 | 04 Plan Development | Review disclosure statement and hearing progress related thereto |
| Prager, David | Managing Director | 1/4/2017 | 0.50 | 04 Plan Development | Review disclosure statement and hearing progress related thereto |
| Prager, David | Managing Director | 1/19/2017 | 0.50 | 01 Board/Director Communications | Review of Board materials |
| Prager, David | Managing Director | 1/23/2017 | 0.50 | 01 Board/Director Communications | Review of Board materials |
| Prager, David | Managing Director | 2/10/2017 | 0.50 | 04 Plan Development | Review plan settlements |
| Prager, David | Managing Director | 2/14/2017 | 0.50 | 04 Plan Development | Review plan settlements |
| Prager, David | Managing Director | 2/15/2017 | 0.50 | 04 Plan Development | Review plan settlements |
| Prager, David | Managing Director | 2/21/2017 | 1.00 | 10 General Case Matters/Other | Prepare for meeting with Fee Committee |
| Prager, David | Managing Director | 2/22/2017 | 1.00 | 10 General Case Matters/Other | Fee committee meeting |
| Prager, David | Managing Director | 2/23/2017 | 0.50 | 04 Plan Development | Monitor PUCT proceedings |
| Prager, David | Managing Director | 2/24/2017 | 0.50 | 04 Plan Development | Monitor PUCT proceedings |
| Prager, David | Managing Director | 2/28/2017 | 1.00 | 01 Board/Director Communications | Board meeting |
| Prager, David | Managing Director | 3/14/2017 | 0.30 | 10 General Case Matters/Other | Call with fee committee |
| Prager, David | Managing Director | 4/3/2017 | 1.50 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 4/25/2017 | 0.50 | 01 Board/Director Communications | Review board update materials |
| Prager, David | Managing Director | 5/1/2017 | 3.00 | 01 Board/Director Communications | Director education call on paths forward |
| Prager, David | Managing Director | 5/8/2017 | 0.50 | 04 Plan Development | Discuss next steps with R. Levin |
| Prager, David | Managing Director | 5/10/2017 | 2.00 | 01 Board/Director Communications | Board call re: restructuring update |
| Prager, David | Managing Director | 5/10/2017 | 0.50 | 01 Board/Director Communications | Discuss board call with R. Levin |
| Prager, David | Managing Director | 5/12/2017 | 1.00 | 01 Board/Director Communications | Board call re: litigation |
| Prager, David | Managing Director | 5/16/2017 | 0.50 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 6/2/2017 | 1.00 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 6/2/2017 | 0.50 | 01 Board/Director Communications | Discuss board call with R. Levin |
| Prager, David | Managing Director | 6/4/2017 | 0.30 | 04 Plan Development | Review and analysis of backup plan term sheet |
| Prager, David | Managing Director | 6/8/2017 | 1.00 | 01 Board/Director Communications | Break up fee/warrants analysis |
| Prager, David | Managing Director | 6/12/2017 | 0.60 | 04 Plan Development | Call with R. Levin, P. Gelston re: warrant values |
| Prager, David | Managing Director | 6/13/2017 | 0.60 | 04 Plan Development | Call with P. Gelston and R. Levin re: Elliott offer |
| Prager, David | Managing Director | 6/13/2017 | 0.30 | 04 Plan Development | Call with Elliott |
| Prager, David | Managing Director | 6/13/2017 | 0.80 | 04 Plan Development | Analysis of deal terms |
| Prager, David | Managing Director | 6/14/2017 | 3.00 | 04 Plan Development | Meeting with Elliott re: proposal |
| Prager, David | Managing Director | 6/14/2017 | 1.50 | 04 Plan Development | Analysis of Elliott proposal |
| Prager, David | Managing Director | 6/15/2017 | 0.50 | 04 Plan Development | Discuss Elliott proposal with R. Levin and P. Gelston |
| Prager, David | Managing Director | 6/16/2017 | 1.00 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 6/16/2017 | 0.50 | 02 Intercompany Claims | Call with C. Cremens, R Levin re: termination fees |
| Prager, David | Managing Director | 6/16/2017 | 0.50 | 02 Intercompany Claims | Research allocation issues |
| Prager, David | Managing Director | 6/19/2017 | 0.50 | 02 Intercompany Claims | Call with R. Levin, P. Gelston and C. Cremens re: termination fee issues |
| Prager, David | Managing Director | 6/23/2017 | 0.50 | 04 Plan Development | Call with C. Cremens and counsel re: plan term sheet |
| Prager, David | Managing Director | 6/29/2017 | 0.50 | 05 Sales Process | Review PUCT updates |
| Prager, David | Managing Director | 6/30/2017 | 1.50 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 6/30/2017 | 0.70 | 02 Intercompany Claims | Discuss Elliott meeting and allocations with R. Levin, P. Gelston and K. Bhavaraju |
| Prager, David | Managing Director | 7/5/2017 | 0.80 | 04 Plan Development | Call with C. Cremens, R. Levin, P. Gelston and K. Bhavaraju re: Plan |
| Prager, David | Managing Director | 7/5/2017 | 0.50 | 04 Plan Development | Review of DIP financing costs |
| Prager, David | Managing Director | 7/6/2017 | 0.50 | 04 Plan Development | Review of Berkshire and Elliott proposals |
| Prager, David | Managing Director | 7/6/2017 | 1.20 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 7/7/2017 | 1.00 | 02 Intercompany Claims | Fee allocation analysis |

| TIMEKEEPER NAME | TITLE | DATE | HOURS | MATTER NAME | TASK DESCRIPTION |
|---|---|---|---|---|---|
| Prager, David | Managing Director | 7/12/2017 | 1.00 | 02 Intercompany Claims | Call with R. Levin, P. Gelston, K. Bhavaraju re: fee allocations |
| Prager, David | Managing Director | 7/13/2017 | 1.00 | 04 Plan Development | Cash flow analysis and correspondence with Evercore |
| Prager, David | Managing Director | 7/14/2017 | 1.00 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 7/14/2017 | 0.50 | 01 Board/Director Communications | Review of board materials |
| Prager, David | Managing Director | 7/15/2017 | 0.50 | 01 Board/Director Communications | Review of board materials on Elliott arguments |
| Prager, David | Managing Director | 7/17/2017 | 0.50 | 02 Intercompany Claims | Analysis of termination fee issues |
| Prager, David | Managing Director | 7/19/2017 | 0.80 | 02 Intercompany Claims | Discuss plan and allocation issues with counsel |
| Prager, David | Managing Director | 7/19/2017 | 0.50 | 02 Intercompany Claims | Review memo on inter-estate issues from R. Levin |
| Prager, David | Managing Director | 7/19/2017 | 0.50 | 02 Intercompany Claims | Fee allocation review |
| Prager, David | Managing Director | 7/20/2017 | 0.50 | 04 Plan Development | Discuss plan and allocation issues with C. Cremens and counsel |
| Prager, David | Managing Director | 7/20/2017 | 0.50 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 7/20/2017 | 1.00 | 04 Plan Development | Prepare for meeting with Elliott |
| Prager, David | Managing Director | 7/21/2017 | 2.50 | 02 Intercompany Claims | Meeting with Elliott re: plan and allocation issues |
| Prager, David | Managing Director | 7/24/2017 | 0.30 | 05 Sales Process | Discuss deposition with R. Levin |
| Prager, David | Managing Director | 7/24/2017 | 1.00 | 05 Sales Process | Internal discussions of deposition requirements |
| Prager, David | Managing Director | 7/26/2017 | 1.40 | 04 Plan Development | Recovery sensitivity analysis |
| Prager, David | Managing Director | 7/27/2017 | 1.00 | 04 Plan Development | Recovery sensitivity analysis; discuss same with K. Bhavaraju |
| Prager, David | Managing Director | 7/28/2017 | 1.00 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 7/28/2017 | 0.30 | 01 Board/Director Communications | Review board materials |
| Prager, David | Managing Director | 7/28/2017 | 0.30 | 05 Sales Process | Call with R. Levin re: Oncor sale/deposition |
| Prager, David | Managing Director | 7/31/2017 | 1.00 | 02 Intercompany Claims | Review of termination fee pleadings |
| Prager, David | Managing Director | 8/2/2017 | 0.50 | 05 Sales Process | Call with R. Levin re: analysis of deals |
| Prager, David | Managing Director | 8/7/2017 | 0.50 | 05 Sales Process | Discuss deposition with R. Levin; respond to document requests |
| Prager, David | Managing Director | 8/7/2017 | 2.00 | 04 Plan Development | Analysis of deals and recoveries |
| Prager, David | Managing Director | 8/7/2017 | 0.50 | 05 Sales Process | Review of Elliott latest proposal |
| Prager, David | Managing Director | 8/8/2017 | 1.20 | 05 Sales Process | Prepare for deposition |
| Prager, David | Managing Director | 8/8/2017 | 2.80 | 05 Sales Process | Meeting with R Levin, P Gelston, K Bhavaraju re: prep for deposition |
| Prager, David | Managing Director | 8/10/2017 | 1.00 | 05 Sales Process | Review information in advance of deposition |
| Prager, David | Managing Director | 8/11/2017 | 1.00 | 05 Sales Process | Deposition prep with counsel |
| Prager, David | Managing Director | 8/11/2017 | 4.00 | 05 Sales Process | Sit for deposition |
| Prager, David | Managing Director | 8/11/2017 | 0.80 | 05 Sales Process | Discussion of new proposal with counsel and C. Cremens |
| Prager, David | Managing Director | 8/11/2017 | 0.20 | 05 Sales Process | Discuss new proposal with K. Bhavaraju |
| Prager, David | Managing Director | 8/11/2017 | 0.50 | 01 Board/Director Communications | Review of board materials |
| Prager, David | Managing Director | 8/14/2017 | 0.50 | 04 Plan Development | Discuss allocation and plan issues with counsel |
| Prager, David | Managing Director | 8/14/2017 | 0.50 | 05 Sales Process | Discuss deposition follow up with R. Levin |
| Prager, David | Managing Director | 8/15/2017 | 1.00 | 05 Sales Process | Analysis of bid alternatives |
| Prager, David | Managing Director | 8/16/2017 | 0.30 | 05 Sales Process | Discuss alternate bid developments with K. Bhavaraju |
| Prager, David | Managing Director | 8/16/2017 | 1.50 | 05 Sales Process | Bid analysis |
| Prager, David | Managing Director | 8/16/2017 | 0.50 | 05 Sales Process | Review strategic bidder update |
| Prager, David | Managing Director | 8/17/2017 | 2.00 | 05 Sales Process | Analysis of bid alternatives |
| Prager, David | Managing Director | 8/17/2017 | 1.50 | 05 Sales Process | Call with counsel and C. Cremens re: status updates |
| Prager, David | Managing Director | 8/17/2017 | 0.50 | 01 Board/Director Communications | Review Board materials |
| Prager, David | Managing Director | 8/18/2017 | 1.50 | 01 Board/Director Communications | Pre-board call with C. Cremens and counsel |
| Prager, David | Managing Director | 8/18/2017 | 2.00 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 8/18/2017 | 1.30 | 05 Sales Process | Follow up call with C. Cremens and counsel |
| Prager, David | Managing Director | 8/18/2017 | 0.30 | 05 Sales Process | Discuss issues with J. Goldin |
| Prager, David | Managing Director | 8/20/2017 | 0.50 | 05 Sales Process | Analysis of Sempra deal |
| Prager, David | Managing Director | 8/20/2017 | 1.50 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 8/20/2017 | 0.20 | 05 Sales Process | Discuss Sempra deal with J. Goldin |
| Prager, David | Managing Director | 8/30/2017 | 1.00 | 02 Intercompany Claims | Break fee allocation analysis |
| Prager, David | Managing Director | 8/31/2017 | 1.00 | 04 Plan Development | Review of disclosure statement re: TCEH claims against estate |
| Prager, David | Managing Director | 8/31/2017 | 0.50 | 04 Plan Development | Analysis of termination fee allocation |
| Prager, David | Managing Director | 9/5/2017 | 0.50 | 05 Sales Process | Discuss developments and bid analysis with K. Bhavaraju |
| Prager, David | Managing Director | 9/5/2017 | 1.00 | 01 Board/Director Communications | Board call |
| Prager, David | Managing Director | 9/18/2017 | 0.50 | 05 Sales Process | Review updates on reconsideration of termination fee |
| Prager, David | Managing Director | 10/3/2017 | 0.50 | 05 Sales Process | Review of reconsideration ruling |
| Prager, David | Managing Director | 10/4/2017 | 0.50 | 04 Plan Development | Review updates on Sempra transactions |
| Prager, David | Managing Director | 10/9/2017 | 1.00 | 01 Board/Director Communications | Board call; review of materials |
| Prager, David | Managing Director | 10/25/2017 | 1.10 | 01 Board/Director Communications | Board meeting and review of related materials |
| Prager, David | Managing Director | 11/30/2017 | 0.50 | 01 Board/Director Communications | Review of board materials |
| Prager, David | Managing Director | 12/1/2017 | 1.00 | 01 Board/Director Communications | Attend board meeting |
| Prager, David | Managing Director | 12/6/2017 | 0.50 | 10 General Case Matters/Other | Attend to Eliott discovery |
| Prager, David | Managing Director | 1/5/2018 | 1.00 | 01 Board/Director Communications | Board meeting |
| Prager, David | Managing Director | 1/22/2018 | 0.40 | 01 Board/Director Communications | Correspondence with R. Levin, K. Bhavaraju re: allocations |
| Prager, David | Managing Director | 2/1/2018 | 0.30 | 01 Board/Director Communications | Review committee call materials |
| Prager, David | Managing Director | 2/2/2018 | 1.00 | 01 Board/Director Communications | Review board materials and participate in call |
| Prager, David | Managing Director | 3/2/2018 | 1.00 | 01 Board/Director Communications | Board call |
| **Prager, David Total** | | | **116.60** | | |
| Bhavaraju, Karthik | Director | 9/12/2016 | 0.30 | 10 General Case Matters/Other | Discuss EFIH case summary and related issues with D. Praga |
| Bhavaraju, Karthik | Director | 9/12/2016 | 1.00 | 04 Plan Development | Review case docket for updates on process with respect to proposed plan |
| Bhavaraju, Karthik | Director | 9/12/2016 | 0.60 | 04 Plan Development | Review most recent disclosure statement |
| Bhavaraju, Karthik | Director | 9/13/2016 | 0.60 | 10 General Case Matters/Other | Meeting with D. Praga, C. Horne and V. Ram to discuss EFIH case status |
| Bhavaraju, Karthik | Director | 9/19/2016 | 1.00 | 10 General Case Matters/Other | Review recent news about EFH |
| Bhavaraju, Karthik | Director | 9/20/2016 | 0.60 | 05 Sales Process | Review recent 8-K filing respecting changes to NEE transaction |
| Bhavaraju, Karthik | Director | 9/21/2016 | 1.00 | 05 Sales Process | Review issues related to make whole litigation including positions of first and second lien lenders |
| Bhavaraju, Karthik | Director | 9/22/2016 | 0.20 | 05 Sales Process | Review recent news about EFH respecting status of sale process |
| Bhavaraju, Karthik | Director | 9/22/2016 | 0.50 | 05 Sales Process | Review certain board materials from prior board calls for information on comparison of bids |
| Bhavaraju, Karthik | Director | 9/23/2016 | 0.40 | 05 Sales Process | Review certain information related to PUCT views on NEE merger agreement |
| Bhavaraju, Karthik | Director | 9/28/2016 | 3.50 | 04 Plan Development | Research makewhole issues respecting first and second lien lenders including review of reply briefs, news and board materials |
| Bhavaraju, Karthik | Director | 9/29/2016 | 1.20 | 04 Plan Development | Complete review of reply briefs filed by various parties to makewhole litigation |
| Bhavaraju, Karthik | Director | 9/29/2016 | 1.00 | 04 Plan Development | Meeting with C. Horne and V. Ram to discuss makewhole issues and related information including financial analyses |
| Bhavaraju, Karthik | Director | 9/30/2016 | 1.00 | 01 Board/Director Communications | EFH joint board call with D. Prager, J. Goldin |
| Bhavaraju, Karthik | Director | 9/30/2016 | 0.50 | 01 Board/Director Communications | Review board materials prior to board call |
| Bhavaraju, Karthik | Director | 10/3/2016 | 0.30 | 05 Sales Process | Review recent news and other updates respecting bankruptcy process for EFIH |
| Bhavaraju, Karthik | Director | 10/4/2016 | 0.30 | 05 Sales Process | Review press release and other information respecting the emergence of certain EFH entities from bankruptcy |
| Bhavaraju, Karthik | Director | 10/10/2016 | 1.00 | 04 Plan Development | Review certain news and discussions surrounding ongoing EFH litigations including those relating to makewhole claims |
| Bhavaraju, Karthik | Director | 10/24/2016 | 0.70 | 01 Board/Director Communications | Review board materials related to ongoing restructuring efforts |

| TIMEKEEPER NAME | TITLE | DATE | HOURS | MATTER NAME | TASK DESCRIPTION |
|---|---|---|---|---|---|
| Bhavaraju, Karthik | Director | 10/31/2016 | 0.40 | 04 Plan Development | Review certain updates to NEE plan including proposal to buy out minority interest |
| Bhavaraju, Karthik | Director | 10/31/2016 | 0.60 | 04 Plan Development | Discuss potential impact of updated financial information on Oncor valuation analysis |
| Bhavaraju, Karthik | Director | 11/11/2016 | 1.30 | 04 Plan Development | Review docket and news for recent updates on progress of EFIH bankruptcy process |
| Bhavaraju, Karthik | Director | 11/17/2016 | 2.50 | 05 Sales Process | Review materials related to recent makewhole ruling and related impact on sale process |
| Bhavaraju, Karthik | Director | 11/18/2016 | 1.00 | 01 Board/Director Communications | Joint board call to discuss recent restructuring developments including those related to court decisions on makewhole litigation |
| Bhavaraju, Karthik | Director | 12/9/2016 | 0.50 | 01 Board/Director Communications | Joint board call to discuss status of negotiations |
| Bhavaraju, Karthik | Director | 12/9/2016 | 0.50 | 01 Board/Director Communications | Review board materials in preparation for call |
| Bhavaraju, Karthik | Director | 12/16/2016 | 1.00 | 01 Board/Director Communications | EFH joint board call |
| Bhavaraju, Karthik | Director | 1/3/2017 | 1.50 | 01 Board/Director Communications | Review board materials respecting updated plan of reorganization based on PIK proposal |
| Bhavaraju, Karthik | Director | 1/3/2017 | 0.60 | 04 Plan Development | Review certain court transcripts and other related material about court hearings on plan development around PIK proposal |
| Bhavaraju, Karthik | Director | 1/4/2017 | 0.30 | 04 Plan Development | Review certain court transcripts and other related material about court hearings on plan development around PIK proposal |
| Bhavaraju, Karthik | Director | 1/20/2017 | 0.50 | 01 Board/Director Communications | Review EFIH board materials |
| Bhavaraju, Karthik | Director | 1/20/2017 | 1.00 | 01 Board/Director Communications | EFIH joint board call |
| Bhavaraju, Karthik | Director | 3/29/2017 | 0.20 | 01 Board/Director Communications | Review current situation with Oncor sale process |
| Bhavaraju, Karthik | Director | 4/3/2017 | 1.00 | 01 Board/Director Communications | Board call to discuss current status of NEE sale process |
| Bhavaraju, Karthik | Director | 4/3/2017 | 0.30 | 01 Board/Director Communications | Review board materials prior to call |
| Bhavaraju, Karthik | Director | 4/17/2017 | 1.00 | 01 Board/Director Communications | EFIH board call to discuss alternatives to NEE plan |
| Bhavaraju, Karthik | Director | 4/17/2017 | 0.30 | 01 Board/Director Communications | Review board materials in preparation for call |
| Bhavaraju, Karthik | Director | 5/1/2017 | 3.10 | 01 Board/Director Communications | EFH joint board call |
| Bhavaraju, Karthik | Director | 5/1/2017 | 0.30 | 01 Board/Director Communications | Review board materials prior to call |
| Bhavaraju, Karthik | Director | 5/10/2017 | 1.50 | 01 Board/Director Communications | EFH joint board call |
| Bhavaraju, Karthik | Director | 5/11/2017 | 1.00 | 01 Board/Director Communications | Review recent information related to role of certain new creditors, including Elliott |
| Bhavaraju, Karthik | Director | 5/12/2017 | 0.50 | 01 Board/Director Communications | EFH joint board call |
| Bhavaraju, Karthik | Director | 5/15/2017 | 0.50 | 01 Board/Director Communications | Review certain board presentation materials in preparation for joint board call |
| Bhavaraju, Karthik | Director | 5/16/2017 | 0.70 | 01 Board/Director Communications | EFH joint board call |
| Bhavaraju, Karthik | Director | 5/16/2017 | 0.30 | 01 Board/Director Communications | Review board materials, including status of PUCT process, in advance of board call |
| Bhavaraju, Karthik | Director | 5/17/2017 | 1.30 | 01 Board/Director Communications | Research transaction mechanics and related PUCT process for REIT proposal to contrast with NEE proposal |
| Bhavaraju, Karthik | Director | 5/18/2017 | 1.00 | 01 Board/Director Communications | EFH joint board call |
| Bhavaraju, Karthik | Director | 6/2/2017 | 1.00 | 01 Board/Director Communications | EFH joint board call |
| Bhavaraju, Karthik | Director | 6/8/2017 | 0.50 | 02 Intercompany Claims | Review warrant valuation analysis prepared by D. Prager for breakup fee impact |
| Bhavaraju, Karthik | Director | 6/8/2017 | 0.70 | 04 Plan Development | Review board materials in preparation for assessment of impact of proposed non-participating PIK warrant issuance |
| Bhavaraju, Karthik | Director | 6/14/2017 | 1.00 | 04 Plan Development | Prepare for upcoming meeting with Elliott Capital |
| Bhavaraju, Karthik | Director | 6/14/2017 | 3.00 | 04 Plan Development | Meeting with D. Prager, J. Rosenbaum and other members of Elliott Capital team proposing new term sheet |
| Bhavaraju, Karthik | Director | 6/14/2017 | 1.70 | 04 Plan Development | Review and verify certain warrant calculations prepared by D. Prager for non-participating PIK holders in Elliott proposal |
| Bhavaraju, Karthik | Director | 6/16/2017 | 1.00 | 01 Board/Director Communications | EFH joint board call |
| Bhavaraju, Karthik | Director | 6/19/2017 | 0.50 | 01 Board/Director Communications | Conference call with C. Cremens, P. Gelston, R. Levin, and D. Prager to review and discuss proposed Elliott Plan |
| Bhavaraju, Karthik | Director | 6/21/2017 | 1.00 | 01 Board/Director Communications | EFH joint board meeting |
| Bhavaraju, Karthik | Director | 6/22/2017 | 1.40 | 04 Plan Development | Review materials related to Elliott bid in preparation for anticipated discussions around conflicts issues |
| Bhavaraju, Karthik | Director | 6/23/2017 | 0.50 | 04 Plan Development | Conference call with R. Levin, P. Gelston, C. Cremens and D. Prager to discuss potential conflicts issues in recent proposals |
| Bhavaraju, Karthik | Director | 6/23/2017 | 0.50 | 04 Plan Development | Review Elliott term sheet with K&E changes |
| Bhavaraju, Karthik | Director | 6/29/2017 | 2.20 | 04 Plan Development | Meeting with J. Rosenbaum, J. Grant, R. Levin, A. Wein and G. Gallardi to discuss Elliott plan and allocation issues |
| Bhavaraju, Karthik | Director | 6/29/2017 | 0.30 | 04 Plan Development | Communication with P. Keglevic to assess Elliott bid issues, including CAPEX proposals for Oncor |
| Bhavaraju, Karthik | Director | 6/29/2017 | 1.00 | 04 Plan Development | Review certain materials including Elliot terms sheets and analysis of proposed warrants in preparation for meeting with Elliott Capital |
| Bhavaraju, Karthik | Director | 6/30/2017 | 1.00 | 04 Plan Development | EFH joint board call |
| Bhavaraju, Karthik | Director | 6/30/2017 | 0.70 | 04 Plan Development | Conference call with R. Levin, D. Prager, and P. Gelston to discuss meeting with Elliott Capital |
| Bhavaraju, Karthik | Director | 6/30/2017 | 0.60 | 04 Plan Development | Review board materials respecting liquidity forecasts and term sheets for proposed transactions |
| Bhavaraju, Karthik | Director | 7/5/2017 | 0.80 | 02 Intercompany Claims | EFH termination fee discussion with D. Prager, P. Gelston, R. Levin and C. Cremens |
| Bhavaraju, Karthik | Director | 7/5/2017 | 4.00 | 04 Plan Development | Review EFH fee allocations and discuss draft analysis prepared by J. Harris |
| Bhavaraju, Karthik | Director | 7/6/2017 | 1.50 | 01 Board/Director Communications | EFH joint board call |
| Bhavaraju, Karthik | Director | 7/6/2017 | 1.00 | 05 Sales Process | Review board materials and other creditor communications in ongoing sale process and plan development |
| Bhavaraju, Karthik | Director | 7/6/2017 | 2.00 | 02 Intercompany Claims | Review EFH fee allocations and discuss draft analysis prepared by J. Harris |
| Bhavaraju, Karthik | Director | 7/7/2017 | 1.00 | 04 Plan Development | Check and propose updates to Elliott sensitivity analysis on 2L debt repayment and interest prepared by D. Prager |
| Bhavaraju, Karthik | Director | 7/7/2017 | 1.60 | 02 Intercompany Claims | Finalize fee allocation analysis with J. Harris |
| Bhavaraju, Karthik | Director | 7/7/2017 | 1.00 | 04 Plan Development | Review certain plan documents and related board materials for information on Elliott ownership of EFIH capital structure |
| Bhavaraju, Karthik | Director | 7/10/2017 | 0.40 | 02 Intercompany Claims | Finalize EFIH fee allocations file with J. Harris |
| Bhavaraju, Karthik | Director | 7/11/2017 | 0.60 | 04 Plan Development | Review communications between board and Elliott sent by debtor's counsel |
| Bhavaraju, Karthik | Director | 7/12/2017 | 1.00 | 02 Intercompany Claims | Call with R. Levin, P. Gelston, D. Prager and A. Wein to discuss fee allocation issues |
| Bhavaraju, Karthik | Director | 7/13/2017 | 1.00 | 04 Plan Development | Review materials from Evercore respecting asbestos claims valuations and projected fees for EFIH and EFH |
| Bhavaraju, Karthik | Director | 7/14/2017 | 0.30 | 01 Board/Director Communications | Review board materials for upcoming board meeting |
| Bhavaraju, Karthik | Director | 7/17/2017 | 0.40 | 02 Intercompany Claims | Review certain calculations respecting fee allocations prepared by J. Harris in comparison to updated information from Evercore |
| Bhavaraju, Karthik | Director | 7/18/2017 | 0.40 | 02 Intercompany Claims | Review memo respecting allocation issues prepared by R. Levin |
| Bhavaraju, Karthik | Director | 7/18/2017 | 0.30 | 04 Plan Development | Review board materials for BHE proposal and related issues comparing proposal to Elliott proposal |
| Bhavaraju, Karthik | Director | 7/19/2017 | 0.40 | 02 Intercompany Claims | Finish review of R. Levin draft memo on allocations in preparation for call |
| Bhavaraju, Karthik | Director | 7/19/2017 | 1.00 | 02 Intercompany Claims | Review and discuss with J. Harris, professional fee allocations for the UCC |
| Bhavaraju, Karthik | Director | 7/20/2017 | 2.50 | 02 Intercompany Claims | Conference call with R. Levin, D. Prager, P. Gelston, A. Wein and C. Cremens to discuss allocation issues in advance of Elliott meeting |
| Bhavaraju, Karthik | Director | 7/20/2017 | 1.00 | 01 Board/Director Communications | EFH joint board meeting |
| Bhavaraju, Karthik | Director | 7/20/2017 | 0.30 | 05 Sales Process | Review board workshop materials related to NEE transaction and related issues |
| Bhavaraju, Karthik | Director | 7/21/2017 | 2.60 | 02 Intercompany Claims | Meeting with Elliott Capital, G. Gallardi, B. Robbins and other Elliott advisors, and D. Prager, R. Levin and P. Gelston to discuss allocation issues |
| Bhavaraju, Karthik | Director | 7/21/2017 | 0.50 | 04 Plan Development | Prepare for Elliott Capital meeting |
| Bhavaraju, Karthik | Director | 7/24/2017 | 0.20 | 04 Plan Development | Review certain related to case status and upcoming depositions |
| Bhavaraju, Karthik | Director | 7/26/2017 | 1.50 | 04 Plan Development | Review EFIH recovery analysis prepared by D. Prager from comparison with board materials and other documents |
| Bhavaraju, Karthik | Director | 7/27/2017 | 0.20 | 04 Plan Development | Discuss recovery analysis with D. Prager |
| Bhavaraju, Karthik | Director | 7/28/2017 | 1.00 | 01 Board/Director Communications | EFH joint board meeting |
| Bhavaraju, Karthik | Director | 7/28/2017 | 0.10 | 04 Plan Development | Review updates to recovery analysis prepared by D. Prager following feedback from R. Levin |
| Bhavaraju, Karthik | Director | 8/3/2017 | 1.00 | 04 Plan Development | Review EFH case materials including recent issues related to Elliott negotiations |
| Bhavaraju, Karthik | Director | 8/7/2017 | 1.30 | 05 Sales Process | Review draft bid materials from certain bidders for Oncor |

| TIMEKEEPER NAME | TITLE | DATE | HOURS | MATTER NAME | TASK DESCRIPTION |
|---|---|---|---|---|---|
| Bhavaraju, Karthik | Director | 8/8/2017 | 2.80 | 05 Sales Process | Assist D. Prager in deposition prep |
| Bhavaraju, Karthik | Director | 8/8/2017 | 1.00 | 05 Sales Process | Review various analyses prepared for client during sale process |
| Bhavaraju, Karthik | Director | 8/10/2017 | 0.30 | 05 Sales Process | Review recent news related to EFH sale process |
| Bhavaraju, Karthik | Director | 8/11/2017 | 1.50 | 01 Board/Director Communications | EFH joint board meeting |
| Bhavaraju, Karthik | Director | 8/11/2017 | 0.10 | 05 Sales Process | Discuss sale process status with D. Prager |
| Bhavaraju, Karthik | Director | 8/11/2017 | 0.70 | 05 Sales Process | Research Sempra in anticipation of new bid for Oncor |
| Bhavaraju, Karthik | Director | 8/11/2017 | 0.70 | 05 Sales Process | Review board materials related to Sempra bid in preparation for call |
| Bhavaraju, Karthik | Director | 8/14/2017 | 1.00 | 05 Sales Process | Research and review materials related to Sempra Energy prepared by J. Harris |
| Bhavaraju, Karthik | Director | 8/15/2017 | 1.50 | 05 Sales Process | Review Sempra draft documentation |
| Bhavaraju, Karthik | Director | 8/16/2017 | 1.00 | 05 Sales Process | Review updated materials on Sempra transaction and related requests from counsel respecting analysis of proposed transaction |
| Bhavaraju, Karthik | Director | 8/17/2017 | 1.00 | 05 Sales Process | EFH status update call with V. Lazar, R. Levin, P. Gelston, and D. Prager |
| Bhavaraju, Karthik | Director | 8/17/2017 | 1.00 | 04 Plan Development | Check draft recovery analysis prepared by D. Prager |
| Bhavaraju, Karthik | Director | 8/18/2017 | 1.00 | 05 Sales Process | Call with C. Cremens, D. Prager, R. Levin and P. Gelston to discuss Sempra bid |
| Bhavaraju, Karthik | Director | 8/18/2017 | 1.00 | 01 Board/Director Communications | EFH joint board meeting |
| Bhavaraju, Karthik | Director | 8/31/2017 | 0.50 | 04 Plan Development | Review certain calculations respecting recoveries to EFIH and EFH following payment of NEE breakup fee |
| Bhavaraju, Karthik | Director | 9/5/2017 | 1.60 | 05 Sales Process | Prepare updated analysis comparing proposed updated bid from BHE to existing Sempra bid |
| Bhavaraju, Karthik | Director | 9/5/2017 | 2.00 | 05 Sales Process | Review certain board materials for information on Sempra bid in preparing updated comparison to proposed BHE bid |
| Bhavaraju, Karthik | Director | 9/5/2017 | 0.60 | 05 Sales Process | Review makewhole calculations to assess changes for updated comparison between BHE and Sempra bids |
| Bhavaraju, Karthik | Director | 9/5/2017 | 0.70 | 05 Sales Process | Review board materials for information about run rate cash burn at EFIH |
| Bhavaraju, Karthik | Director | 9/5/2017 | 0.30 | 05 Sales Process | Conference call with R. Levin to discuss draft BHE bid update |
| Bhavaraju, Karthik | Director | 9/5/2017 | 0.10 | 05 Sales Process | Discuss updated BHE bid information with D. Prager |
| Bhavaraju, Karthik | Director | 9/5/2017 | 0.30 | 01 Board/Director Communications | EFH joint board meeting |
| Bhavaraju, Karthik | Director | 9/21/2017 | 0.50 | 01 Board/Director Communications | Review board materials in preparation for board call |
| Bhavaraju, Karthik | Director | 9/22/2017 | 1.00 | 01 Board/Director Communications | EFH joint board meeting |
| Bhavaraju, Karthik | Director | 9/25/2017 | 0.10 | 10 General Case Matters/Other | General case administration |
| Bhavaraju, Karthik | Director | 10/5/2017 | 0.50 | 01 Board/Director Communications | Review board materials respecting Sempra transaction updates received from debtor counsel |
| Bhavaraju, Karthik | Director | 10/9/2017 | 1.00 | 01 Board/Director Communications | EFH joint board meeting to discuss Sempra bid changes |
| Bhavaraju, Karthik | Director | 10/9/2017 | 0.60 | 01 Board/Director Communications | Review board materials re: changes in Sempra transaction in advance of call |
| Bhavaraju, Karthik | Director | 10/25/2017 | 0.60 | 01 Board/Director Communications | EFH joint board meeting |
| Bhavaraju, Karthik | Director | 10/25/2017 | 0.40 | 01 Board/Director Communications | Review board materials in preparation for EFIH call |
| Bhavaraju, Karthik | Director | 12/1/2017 | 1.00 | 01 Board/Director Communications | EFH joint board meeting |
| Bhavaraju, Karthik | Director | 1/23/2018 | 3.00 | 01 Board/Director Communications | Review board materials and other supporting information to assess information used to build recovery and other analyses updates requested by counsel |
| Bhavaraju, Karthik | Director | 1/23/2018 | 6.00 | 01 Board/Director Communications | Check and finalize recovery analysis, transaction fee analysis and other analyses requested by counsel |
| Bhavaraju, Karthik | Director | 1/24/2018 | 4.00 | 01 Board/Director Communications | Check and finalize certain recovery analysis, transaction fee analysis and other analysis requested by counsel |
| Bhavaraju, Karthik | Director | 1/24/2018 | 1.00 | 01 Board/Director Communications | Review various board materials, fee statements and other supporting materials for updated analysis |
| Bhavaraju, Karthik | Director | 1/25/2018 | 0.30 | 01 Board/Director Communications | Conference call with R. Levin to discuss recovery analysis, updated fee schedules and other analyses |
| Bhavaraju, Karthik | Director | 1/25/2018 | 0.70 | 01 Board/Director Communications | Prepare and review updates to recovery analyses and fee allocation analyses per R. Levin requests |
| Bhavaraju, Karthik | Director | 2/2/2018 | 0.60 | 01 Board/Director Communications | EFH joint board call with J. Goldin, D. Prager and J. Harris |
| Bhavaraju, Karthik | Director | 2/2/2018 | 0.60 | 01 Board/Director Communications | Review EFH board materials prior to call |
| Bhavaraju, Karthik | Director | 3/1/2018 | 0.40 | 01 Board/Director Communications | Review final set of board materials related to Oncor sale process |
| **Bhavaraju, Karthik Total** | | | **132.90** | | |
| Harris, Jack | Analyst | 7/5/2017 | 0.30 | 02 Intercompany Claims | EFIH Task Discussion with K. Bhavaraju |
| Harris, Jack | Analyst | 7/5/2017 | 7.00 | 02 Intercompany Claims | Continued EFIH fee allocation diligence |
| Harris, Jack | Analyst | 7/6/2017 | 3.70 | 02 Intercompany Claims | EFIH fee allocation diligence - finish draft and clarify work |
| Harris, Jack | Analyst | 7/6/2017 | 0.30 | 02 Intercompany Claims | Discussion EFIH fee allocation document with K. Bhavaraju |
| Harris, Jack | Analyst | 7/6/2017 | 4.50 | 02 Intercompany Claims | Revisions to EFIH fee allocation diligence, including double-checking all data entries |
| Harris, Jack | Analyst | 7/6/2017 | 0.80 | 02 Intercompany Claims | Discussion revised work with K. Bhavaraju; review board materials in connection with EFIH fee allocation |
| Harris, Jack | Analyst | 7/7/2017 | 0.30 | 02 Intercompany Claims | EFIH fee allocation revisions |
| Harris, Jack | Analyst | 7/7/2017 | 0.80 | 02 Intercompany Claims | Continued EFIH fee allocation revisions |
| Harris, Jack | Analyst | 7/7/2017 | 0.70 | 02 Intercompany Claims | Review of EFIH fee allocation and revise output |
| Harris, Jack | Analyst | 7/10/2017 | 0.40 | 02 Intercompany Claims | EFIH Fee Allocation analysis |
| Harris, Jack | Analyst | 7/12/2017 | 1.00 | 02 Intercompany Claims | EFIH Call (D. Prager, K. Bhavaraju, R. Levin, P. Gelston) re: fee allocation |
| Harris, Jack | Analyst | 7/14/2017 | 1.00 | 01 Board/Director Communications | EFH Board Call (J. Goldin, D. Prager) |
| Harris, Jack | Analyst | 7/19/2017 | 2.30 | 02 Intercompany Claims | EFIH Allocation diligence |
| Harris, Jack | Analyst | 7/20/2017 | 0.50 | 02 Intercompany Claims | EFIH Allocation memo Discussion (D. Prager, K. Bhavaraju, Counsel) |
| Harris, Jack | Analyst | 7/20/2017 | 0.30 | 02 Intercompany Claims | EFIH Call on Fee Allocation memo |
| Harris, Jack | Analyst | 7/28/2017 | 1.00 | 01 Board/Director Communications | EFH Board Call (D. Prager, K. Bhavaraju) |
| Harris, Jack | Analyst | 8/17/2017 | 1.70 | 05 Sales Process | EFIH Bid Procedures check |
| Harris, Jack | Analyst | 8/17/2017 | 1.50 | 05 Sales Process | Call with counsel and C. Cremens re: bids |
| Harris, Jack | Analyst | 8/18/2017 | 1.50 | 05 Sales Process | EFIH Call re: Bids (D. Prager) |
| Harris, Jack | Analyst | 8/18/2017 | 2.00 | 01 Board/Director Communications | EFIH Board Call re: Bids (D. Prager) |
| Harris, Jack | Analyst | 8/18/2017 | 1.50 | 05 Sales Process | Call with counsel and C. Cremens re: bids |
| Harris, Jack | Analyst | 8/29/2017 | 1.80 | 04 Plan Development | EFIH Fee Allocation Diligence |
| Harris, Jack | Analyst | 8/30/2017 | 0.70 | 04 Plan Development | Continued work on EFIH Fee Allocation Diligence |
| Harris, Jack | Analyst | 8/31/2017 | 0.50 | 04 Plan Development | EFIH Fee Allocation Diligence |
| Harris, Jack | Analyst | 9/22/2017 | 1.00 | 01 Board/Director Communications | EFIH Board Meeting (K. Bhavaraju) |
| Harris, Jack | Analyst | 10/9/2017 | 0.80 | 01 Board/Director Communications | EFH / EFIH Board Call (H. J. Goldin, D. Prager, K. Bhavaraju) |
| Harris, Jack | Analyst | 10/25/2017 | 0.60 | 01 Board/Director Communications | EFH Board call |
| Harris, Jack | Analyst | 1/5/2018 | 0.70 | 01 Board/Director Communications | Attended EFH Board Call (D. Prager) |
| Harris, Jack | Analyst | 1/23/2018 | 0.10 | 02 Intercompany Claims | Meeting with K. Bhavaraju on EFIH Fee Allocation To-Dos |
| Harris, Jack | Analyst | 1/23/2018 | 0.80 | 02 Intercompany Claims | EFIH Termination Fee Allocation Refresh |
| Harris, Jack | Analyst | 1/23/2018 | 1.20 | 02 Intercompany Claims | Revise / update EFIH Professional Fee Allocation |
| Harris, Jack | Analyst | 1/23/2018 | 0.70 | 02 Intercompany Claims | EFIH Termination Fee calculation revisions and revise EFIH recovery analysis |
| Harris, Jack | Analyst | 1/23/2018 | 0.70 | 02 Intercompany Claims | EFIH Recovery Analysis Revisions |
| Harris, Jack | Analyst | 1/23/2018 | 0.60 | 02 Intercompany Claims | Meeting with K. Bhavaraju on EFIH Recovery Analysis |
| Harris, Jack | Analyst | 1/23/2018 | 1.70 | 02 Intercompany Claims | Further revisions to EFIH Recovery Analysis |
| Harris, Jack | Analyst | 1/24/2018 | 0.10 | 02 Intercompany Claims | Revisions to EFIH Recovery Analysis |
| Harris, Jack | Analyst | 1/24/2018 | 1.20 | 02 Intercompany Claims | Revisions to EFIH Fee allocation and Recovery Analysis |
| Harris, Jack | Analyst | 1/25/2018 | 0.30 | 02 Intercompany Claims | Call with Rich Levin on EFIH Fee Allocation work |
| Harris, Jack | Analyst | 1/25/2018 | 0.50 | 02 Intercompany Claims | Revisions to EFIH Termination Analysis |
| Harris, Jack | Analyst | 2/2/2018 | 0.50 | 01 Board/Director Communications | EFH Board Call (J. Goldin, D. Prager, K. Bhavaraju) |
| **Harris, Jack Total** | | | **47.60** | | |
| Horne, Chrysonthia | Analyst | 9/13/2016 | 0.30 | 10 General Case Matters/Other | EFH meeting with K. Bhavaraju, D. Praga, V. Ram |
| Horne, Chrysonthia | Analyst | 9/13/2016 | 0.20 | 10 General Case Matters/Other | Review EFH materials |
| Horne, Chrysonthia | Analyst | 9/16/2016 | 3.00 | 10 General Case Matters/Other | EFH transition meeting with D. Praga, V. Ram |
| Horne, Chrysonthia | Analyst | 9/16/2016 | 0.90 | 01 Board/Director Communications | EFH Board meeting |
| Horne, Chrysonthia | Analyst | 9/16/2016 | 0.50 | 04 Plan Development | Read EFH disclosure statement |
| Horne, Chrysonthia | Analyst | 9/19/2016 | 1.00 | 05 Sales Process | Review EFH news |

| TIMEKEEPER NAME | TITLE | DATE | HOURS | MATTER NAME | TASK DESCRIPTION |
|---|---|---|---|---|---|
| Horne, Chrysonthia | Analyst | 9/27/2016 | 5.00 | 05 Sales Process | Review PUCT/Termination fee matter |
| Horne, Chrysonthia | Analyst | 9/27/2016 | 0.50 | 05 Sales Process | Monitor docket/latest news |
| Horne, Chrysonthia | Analyst | 9/28/2016 | 1.00 | 05 Sales Process | Monitor docket/latest news |
| Horne, Chrysonthia | Analyst | 9/28/2016 | 1.00 | 04 Plan Development | Review Makewhole matter |
| Horne, Chrysonthia | Analyst | 9/29/2016 | 2.00 | 04 Plan Development | Review Makewhole matter |
| Horne, Chrysonthia | Analyst | 9/29/2016 | 0.50 | 04 Plan Development | Meeting with K. Bhavarju, V. Ram RE Makewhole |
| Horne, Chrysonthia | Analyst | 9/29/2016 | 0.50 | 05 Sales Process | Monitor docket/latest news |
| Horne, Chrysonthia | Analyst | 9/30/2016 | 0.50 | 05 Sales Process | Monitor docket/latest news |
| Horne, Chrysonthia | Analyst | 10/3/2016 | 0.50 | 04 Plan Development | Monitor/review dockets and news |
| Horne, Chrysonthia | Analyst | 10/4/2016 | 0.50 | 04 Plan Development | Monitor/review dockets and news |
| Horne, Chrysonthia | Analyst | 10/5/2016 | 0.20 | 04 Plan Development | Monitor/review dockets and news |
| Horne, Chrysonthia | Analyst | 10/6/2016 | 0.50 | 04 Plan Development | Monitor/review dockets and news |
| Horne, Chrysonthia | Analyst | 10/7/2016 | 0.30 | 04 Plan Development | Monitor/review dockets and news |
| Horne, Chrysonthia | Analyst | 10/20/2016 | 0.50 | 04 Plan Development | Review EFH news |
| Horne, Chrysonthia | Analyst | 10/25/2016 | 2.00 | 01 Board/Director Communications | EFH board calls |
| Horne, Chrysonthia | Analyst | 10/25/2016 | 0.80 | 01 Board/Director Communications | Summarize notes from EFH board calls |
| Horne, Chrysonthia | Analyst | 10/26/2016 | 2.00 | 05 Sales Process | Review PUCT updates |
| Horne, Chrysonthia | Analyst | 10/27/2016 | 4.00 | 05 Sales Process | EFH Model Update |
| Horne, Chrysonthia | Analyst | 10/31/2016 | 3.10 | 05 Sales Process | Oncor transaction review |
| Horne, Chrysonthia | Analyst | 11/8/2016 | 0.50 | 10 General Case Matters/Other | Read EFIH news, docket review |
| Horne, Chrysonthia | Analyst | 11/9/2016 | 0.50 | 10 General Case Matters/Other | Reviewed Oncor/NextEra PUCT submission |
| Horne, Chrysonthia | Analyst | 11/10/2016 | 1.80 | 10 General Case Matters/Other | Reviewed Oncor/NextEra PUCT submission |
| Horne, Chrysonthia | Analyst | 11/10/2016 | 0.70 | 10 General Case Matters/Other | PUCT filing tracker |
| Horne, Chrysonthia | Analyst | 11/17/2016 | 1.00 | 10 General Case Matters/Other | Review EFH Makewhole decision |
| Horne, Chrysonthia | Analyst | 11/28/2016 | 0.50 | 10 General Case Matters/Other | Read EFIH news/docket updates |
| Horne, Chrysonthia | Analyst | 11/30/2016 | 1.00 | 01 Board/Director Communications | EFH Board Call |
| Horne, Chrysonthia | Analyst | 12/1/2016 | 0.50 | 10 General Case Matters/Other | Read EFH news |
| Horne, Chrysonthia | Analyst | 12/5/2016 | 4.40 | 10 General Case Matters/Other | Review EFH PUCT order and memos |
| Horne, Chrysonthia | Analyst | 12/5/2016 | 1.50 | 10 General Case Matters/Other | Reviewed EFH latest Ch. 11 plan |
| Horne, Chrysonthia | Analyst | 12/6/2016 | 2.50 | 10 General Case Matters/Other | Review EFH PUCT order and memos |
| Horne, Chrysonthia | Analyst | 12/7/2016 | 0.80 | 10 General Case Matters/Other | Read EFH news |
| Horne, Chrysonthia | Analyst | 12/9/2016 | 1.00 | 01 Board/Director Communications | EFH Board Call |
| Horne, Chrysonthia | Analyst | 12/9/2016 | 0.50 | 01 Board/Director Communications | Review EFH Board materials |
| Horne, Chrysonthia | Analyst | 12/12/2016 | 0.50 | 10 General Case Matters/Other | Reviewed docket/latest news |
| Horne, Chrysonthia | Analyst | 12/29/2016 | 0.50 | 10 General Case Matters/Other | Review EFH news/docket |
| Horne, Chrysonthia | Analyst | 1/3/2017 | 0.80 | 10 General Case Matters/Other | Read EFH latest news |
| Horne, Chrysonthia | Analyst | 1/4/2017 | 0.50 | 10 General Case Matters/Other | Read EFH latest news |
| Horne, Chrysonthia | Analyst | 1/5/2017 | 0.50 | 10 General Case Matters/Other | Read EFH latest news |
| Horne, Chrysonthia | Analyst | 1/6/2017 | 0.50 | 10 General Case Matters/Other | Read EFH latest news |
| Horne, Chrysonthia | Analyst | 1/20/2017 | 0.70 | 01 Board/Director Communications | EFIH Board call |
| Horne, Chrysonthia | Analyst | 2/28/2017 | 1.10 | 01 Board/Director Communications | EFIH Board Call |
| Horne, Chrysonthia | Analyst | 3/30/2017 | 0.50 | 10 General Case Matters/Other | Read news following PUCT hearing |
| **Horne, Chrysonthia Total** | | | **54.10** | | |
| Praga, Deborah | Analyst | 9/13/2016 | 0.50 | 05 Sales Process | Meeting with K. Bhavaraju, C. Horne and V. Ram regarding handoff of model |
| Praga, Deborah | Analyst | 9/16/2016 | 1.50 | 05 Sales Process | Handoff to C. Horne and V. Ram |
| **Praga, Deborah Total** | | | **2.00** | | |
| Ram, Vivek | Analyst | 9/13/2016 | 0.50 | 10 General Case Matters/Other | Transition meeting with K. Bhavaraju, D. Praga, C. Horne |
| Ram, Vivek | Analyst | 9/14/2016 | 2.70 | 04 Plan Development | Beginning to review court documentation and get familiar with case |
| Ram, Vivek | Analyst | 9/14/2016 | 2.30 | 04 Plan Development | Reviewing disclosure statement, company and debt structure |
| Ram, Vivek | Analyst | 9/15/2016 | 1.50 | 04 Plan Development | Continuing to review court documents |
| Ram, Vivek | Analyst | 9/16/2016 | 1.00 | 01 Board/Director Communications | Board Meeting |
| Ram, Vivek | Analyst | 9/16/2016 | 1.20 | 05 Sales Process | Continuing to review updates on sales process from board meeting and court documents |
| Ram, Vivek | Analyst | 9/16/2016 | 2.50 | 05 Sales Process | Reviewing models and associated procedures for maintenance and updating |
| Ram, Vivek | Analyst | 9/19/2016 | 0.90 | 05 Sales Process | Updates on sale process |
| Ram, Vivek | Analyst | 9/27/2016 | 1.70 | 05 Sales Process | Reviewing case updates |
| Ram, Vivek | Analyst | 9/28/2016 | 1.80 | 05 Sales Process | Reviewing case updates on sales process and ongoing litigation |
| Ram, Vivek | Analyst | 9/29/2016 | 0.70 | 05 Sales Process | Internal meeting discussing litigation updates and effect on sales process |
| Ram, Vivek | Analyst | 9/29/2016 | 2.70 | 05 Sales Process | Discussing and reviewing case briefs, associated questions and effect on overall sales process |
| Ram, Vivek | Analyst | 10/5/2016 | 0.80 | 05 Sales Process | Reviewing case research and updates |
| Ram, Vivek | Analyst | 10/11/2016 | 1.00 | 05 Sales Process | Reviewing case-related articles and updates |
| Ram, Vivek | Analyst | 10/20/2016 | 0.50 | 05 Sales Process | Reviewing research regarding financing updates |
| Ram, Vivek | Analyst | 10/24/2016 | 1.50 | 01 Board/Director Communications | Organizing and reviewing board materials for upcoming board meeting |
| Ram, Vivek | Analyst | 10/25/2016 | 1.50 | 01 Board/Director Communications | EFH and EFIH Board Meeting |
| Ram, Vivek | Analyst | 10/25/2016 | 1.50 | 01 Board/Director Communications | Reviewing key updates and presentations discussed during Board meeting |
| Ram, Vivek | Analyst | 10/31/2016 | 1.20 | 04 Plan Development | Reviewing new updates to sales process and assisting in putting together summary metrics |
| Ram, Vivek | Analyst | 11/7/2016 | 0.70 | 05 Sales Process | Reviewing news updates regarding case and potential effects on existing agreements |
| Ram, Vivek | Analyst | 11/8/2016 | 1.50 | 05 Sales Process | Reviewing additional news updates regarding intercreditor complaints, makewhole appeal and potential effect on sale process |
| Ram, Vivek | Analyst | 11/9/2016 | 1.40 | 05 Sales Process | Reviewing additional news updates regarding ongoing litigation and NextEra PUCT submission |
| Ram, Vivek | Analyst | 11/10/2016 | 0.80 | 05 Sales Process | Continuing to review NextEra PUCT submission, as well as additional updates throughout the day and provide brief update to team |
| Ram, Vivek | Analyst | 11/11/2016 | 0.50 | 05 Sales Process | Reviewing additional news updates on NextEra merger agreement |
| Ram, Vivek | Analyst | 11/15/2016 | 3.20 | 05 Sales Process | Reviewing objections to plan |
| Ram, Vivek | Analyst | 11/17/2016 | 2.50 | 05 Sales Process | Reviewing updates regarding makewhole decision and judge opinion, potential effects on sale |
| Ram, Vivek | Analyst | 11/18/2016 | 1.00 | 05 Sales Process | Board Meeting |
| Ram, Vivek | Analyst | 11/18/2016 | 1.40 | 05 Sales Process | Reviewing additional material from meeting and news updates regarding makewhole decision and effect on sale process |
| Ram, Vivek | Analyst | 11/21/2016 | 1.30 | 05 Sales Process | Reviewing updates to makewhole decision and additional documentation provided by counsel |
| Ram, Vivek | Analyst | 11/23/2016 | 0.30 | 05 Sales Process | Reading updates to makewhole decision |
| Ram, Vivek | Analyst | 12/5/2016 | 3.20 | 05 Sales Process | Reviewing updates on sales process from previous week and associated analysis |
| Ram, Vivek | Analyst | 12/9/2016 | 0.50 | 05 Sales Process | Board Meeting |
| Ram, Vivek | Analyst | 12/9/2016 | 1.50 | 05 Sales Process | Reviewing materials from meeting, reading research updates |
| Ram, Vivek | Analyst | 12/14/2016 | 0.60 | 05 Sales Process | Reading updates regarding ongoing makewhole litigation and effect on value |
| Ram, Vivek | Analyst | 12/15/2016 | 1.30 | 05 Sales Process | Reading case updates regarding make whole decision, reviewing board materials |
| Ram, Vivek | Analyst | 12/16/2016 | 1.00 | 05 Sales Process | Board Meeting and follow-up discussions regarding sales process and settlements |
| Ram, Vivek | Analyst | 12/16/2016 | 0.70 | 05 Sales Process | Reviewing board materials and effect of settlements on recoveries |
| Ram, Vivek | Analyst | 12/19/2016 | 0.80 | 05 Sales Process | Reviewing updates to court proceedings and sales process |
| Ram, Vivek | Analyst | 12/20/2016 | 1.40 | 05 Sales Process | Reading and discussing new updates to makewhole settlements |
| Ram, Vivek | Analyst | 1/3/2017 | 3.50 | 05 Sales Process | Reviewing restructuring updates regarding makewhole settlements |
| Ram, Vivek | Analyst | 1/3/2017 | 3.00 | 05 Sales Process | Analyzing effects of updated PIK proposal and additional board meeting materials |
| Ram, Vivek | Analyst | 1/4/2017 | 2.70 | 05 Sales Process | Following disclosure statement hearing and reviewing additional restructuring updates |

| TIMEKEEPER NAME | TITLE | DATE | HOURS | MATTER NAME | TASK DESCRIPTION |
|---|---|---|---|---|---|
| Ram, Vivek | Analyst | 1/11/2017 | 0.10 | 10 General Case Matters/Other | Reading updates to MOR filing |
| Ram, Vivek | Analyst | 1/20/2017 | 0.80 | 01 Board/Director Communications | Board meeting |
| Ram, Vivek | Analyst | 1/24/2017 | 0.30 | 10 General Case Matters/Other | Reviewing case updates regarding fees, updates and pending appeals |
| Ram, Vivek | Analyst | 1/25/2017 | 0.30 | 10 General Case Matters/Other | Reading additional case updates related to makewhole appeals |
| Ram, Vivek | Analyst | 1/26/2017 | 0.30 | 10 General Case Matters/Other | Reviewing case updates related to plan confirmation schedule |
| Ram, Vivek | Analyst | 2/3/2017 | 0.50 | 04 Plan Development | Briefly reading updates regarding plan objections |
| Ram, Vivek | Analyst | 2/7/2017 | 1.00 | 04 Plan Development | Reading updates regarding plan development and settlements between creditor parties |
| Ram, Vivek | Analyst | 2/7/2017 | 2.80 | 02 Intercompany Claims | Reviewing interest claims and documentation for supporting calculations |
| Ram, Vivek | Analyst | 2/10/2017 | 1.00 | 04 Plan Development | Reviewing additional updates regarding plan development |
| Ram, Vivek | Analyst | 2/10/2017 | 2.50 | 02 Intercompany Claims | Continuing to research for support for interest claims |
| Ram, Vivek | Analyst | 2/14/2017 | 1.80 | 04 Plan Development | Following hearing online and writing brief summary, reviewing additional ReOrg updates |
| Ram, Vivek | Analyst | 2/15/2017 | 0.80 | 04 Plan Development | Reviewing ReOrg updates throughout the day regarding case progression |
| Ram, Vivek | Analyst | 3/30/2017 | 0.80 | 04 Plan Development | Reading updates to PUCT transaction approval |
| Ram, Vivek | Analyst | 4/13/2017 | 1.20 | 05 Sales Process | Reading updates regarding PUCT hearing |
| **Ram, Vivek Total** | | | **76.50** | | |
| **Grand Total** | | | **444.50** | | |