**EXHIBIT F--DETAIL OF EXPENSES INCURRED**

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED EXPENSE | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Meals | 11/15/2016 | Ram, Vivek | $23.97 | V. Ram - SeamlessWeb - Inv # 2536389 - Working Dinner - Ref # 1779507756 |
| Meals | 7/6/2017 | Bhavaraju, Karthik | $20.34 | K. Bhavaraju - SeamlessWeb - Inv # 2700695 - Working Dinner - Ref # 1841428076 |
| Meals | 8/7/2017 | Prager, David | $24.15 | D. Prager - SeamlessWeb - Inv # 2726669 - Working Dinner - Ref # 1851041774 |
| Meals | 1/23/2018 | Bhavaraju, Karthik | $22.67 | K. Bhavaraju - SeamlessWeb - Inv # 2834397 - Working Dinner - Ref # 1896010026 |
| **Meals Total** | | | **$91.13** | |
| Photocopies | 8/31/2016 | | 20.23 | Photocopies for the period of July 1 through July 31, 2016 (289 pages at $0.07 per page) |
| Photocopies | 9/30/2016 | | 31.57 | Photocopies for the period of September 1 through Sepenber 30, 2016 (451 pages at $0.07 per page) |
| Photocopies | 10/31/2016 | | $16.03 | Photocopies for the period of October 1 through October 31, 2016 (229 pages at $0.07 per page) |
| Photocopies | 11/30/2016 | | $11.48 | Photocopies for the period of November 1 through November 30, 2016 |
| Photocopies | 12/31/2016 | | $8.26 | Photocopies for the period of December 1 through December 31, 2016 (118 pages at $0.07 per |
| Photocopies | 1/31/2017 | | $15.05 | Photocopies for the period of January 1 through January 31, 2017 (215 pages at $0.07 per page) |
| Photocopies | 2/1/2017 | | $11.55 | Photocopies for the period of February 1 through February 28, 2017 (165 pages at $0.07 per page) |
| Photocopies | 5/31/2017 | | $8.33 | Photocopies for the period of May 1 through May 31, 2017 (119 Pages at $.0.07 per page) |
| Photocopies | 6/30/2017 | | $45.15 | Photocopies for the period of June 1 through June 30, 2017  ( 645 pages at $.07 per page) |
| Photocopies | 7/31/2017 | | $4.06 | Photocopies for the period of July 1 through July  31, 2017 |
| Photocopies | 10/31/2017 | | $1.68 | Photocopies for the period of October 1 through October 31, 2017 |
| Photocopies | 1/31/2018 | | $0.35 | Photocopies for Period: 1/1/18 - 1/31/18 (5 pages at $0.07 per page) |
| **Photocopies Total** | | | **$173.74** | |
| Research | 9/30/2016 | | 0.53 | Capital IQ - research for the period 8/1 - 8/31 - Cap IQ discounted rate |
| Research | 10/1/2016 | | $10.81 | Capital IQ - research for the period 10/1 - 10/31 - Cap IQ discounted rate (per click rate would be |
| Research | 10/31/2016 | | $484.56 | Thomson Reuters - Service Dates 10/1/16 - 10/31/16 |
| Research | 11/30/2016 | | $0.63 | Capital IQ - research for the period 11/1 - 11/30 - Capital IQ - research for the period 11/1 - 11/30 - Usage Discount Rate Applied(per click rate would be $1.10) |
| Research | 12/31/2016 | | $10.99 | Capital IQ - research for the period 12/1 - 12/31 - Cap IQ discounted rate |
| Research | 9/30/2017 | | $120.40 | PACER - Inv # 2552207-Q32017 - Usage: 7/1/17 - 9/30/17 |
| Research | 1/31/2018 | | $80.30 | Capital IQ - research for the period 1/1 - 1/31 - Cap IQ Usage Discount Rate Applied |
| **Research Total** | | | **$708.22** | |
| Teleconference | 12/25/2016 | | $0.79 | AT&T - Actual Service Dates: 11/26/16 - 12/25/16 |
| Teleconference | 3/14/2017 | | $1.47 | D. Prager - West Unified Communications - Inv # 1743732122 - Ref # 88733812 |
| Teleconference | 5/25/2017 | | $12.83 | AT&T Long Distance - Service Dates: 4/26/17 - 5/25/17 |
| Teleconference | 6/25/2017 | | $122.31 | AT&T Long Distance - Service Dates: 5/26/17 - 6/25/17 |
| Teleconference | 7/25/2017 | | $145.04 | AT&T Long Distance - Service Dates: 6/26/17 - 7/25/17 |
| Teleconference | 8/25/2017 | | $245.66 | AT&T Long Distance - Service Dates: 7/26/17 - 8/25/17 |
| **Teleconference Total** | | | **$528.10** | |
| Travel | 12/9/2016 | Prager, David | $6.96 | D. Prager - Way2Ride - Taxi ride during board call |
| Travel | 6/30/2017 | Prager, David | $27.24 | D. Prager - Uber - Taxi to GA office during a conference call |
| Travel | 7/6/2017 | Bhavaraju, Karthik | $125.66 | K. Bhavaraju - UTOG - Inv # 683718 - Car from GA Office to Home - Working Late - Ref # 5110989 |
| Travel | 7/6/2017 | Harris, Jack | $10.49 | J. Harris - Uber - Working late - Taxi home from GA offices |
| Travel | 7/20/2017 | Prager, David | $30.96 | D. Prager - Creative Mobile - Taxi to GA Office during conference call |
| Travel | 8/11/2017 | Prager, David | $19.56 | D. Prager - 55 Stan - Taxi from deposition |
| Travel | 8/11/2017 | Prager, David | $13.63 | D. Prager - Uber - Taxi to deposition |
| Travel | 8/17/2017 | Prager, David | $20.76 | D. Prager - Working Late - Taxi from GA Office to Home |
| Travel | 1/23/2018 | Bhavaraju, Karthik | $112.03 | K. Bhavaraju - UTOG - Inv # 694508 - Working Late - Car from GA Office to Home - Ref # 5206613 |
| **Travel Total** | | | **$367.29** | |
| **Grand Total** | | | **$1,868.48** | |