## Exhibit B

## Hours

## Expended by Goldin Professional

| | | |
|---|---|---:|
| Harrison J. Goldin | Sr. Managing Director | 146.8 |
| David Prager | Managing Director | 773.6 |
| Karthik Bhavaraju | Director | 915.8 |
| Brian Bromberg | Associate | 13.5 |
| Pavel Hejsek | Sr. Analyst | 708.0 |
| Jack Harris | Analyst | 47.6 |
| Chysonthia Horne | Analyst | 54.1 |
| Deborah Praga | Analyst | 894.0 |
| Vivek Ram | Analyst | 76.5 |
| Troy Sarpen | Analyst | 4.5 |
| Pavan Sriprasad | Analyst | 18.0 |
| **Total** | | **3,652.4** |