## **Exhibit C**

## **Hours Expended by Subject Matter**

| | |
|---|---:|
| Board/Director Communications | 404.3 |
| Intercompany Claims | 683.5 |
| Tax Issues | 21.9 |
| Plan Development | 628.1 |
| Sales Process | 1,791.3 |
| Retention/Fee Application | 19.6 |
| General Case Matters/Other | 103.7 |
| **Total** | **3,652.4** |