## **Exhibit D**

### **Expenses by Category**

| | |
|---|---|
| Meals | $2,841.51 |
| Photocopies | $2,529.76 |
| Research | $26,553.79 |
| Teleconference | $1,558.70 |
| Travel | $18,279.0 |
| Reductions | ($5,920.50) |
| **Total** | **$45,842.30** |