**EXHIBIT F--DETAIL OF EXPENSES INCURRED**

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Meals | 12/30/2014 | Hejsek, Pavel | 18.31 | SeamlessWeb Inv # 1958591 - Working dinner - Ref #1034164417 - P. Hejsek |
| Meals | 1/6/2015 | Hejsek, Pavel | 18.31 | SeamlessWeb Inv # 1959532 - Working dinner - Ref # 1057300111 - P. Hejsek |
| Meals | 1/7/2015 | Hejsek, Pavel | 19.38 | SeamlessWeb Inv # 1959532 - Working dinner - Ref # 1061106735 - P. Hejsek |
| Meals | 1/20/2015 | Bhavaraju, Karthik | 23.69 | SeamlessWeb Inv # 1967507 - Working dinner - Ref # 1111028830 - K. Bhavaraju |
| Meals | 1/20/2015 | Hejsek, Pavel | 16.75 | SeamlessWeb Inv # 1967507 - Working dinner - Ref # 1111157921 - P. Hejsek |
| Meals | 1/21/2015 | Praga, Deborah | 23.03 | SeamlessWeb Inv # 1967507 - Working dinner - Ref # 1114238632 - D. Praga |
| Meals | 1/22/2015 | Praga, Deborah | 20.87 | SeamlessWeb Inv # 1967507 - Working dinner - Ref # 1119084848 - D. Praga |
| Meals | 1/22/2015 | Hejsek, Pavel | 20.87 | SeamlessWeb Inv # 1967507 - Working dinner - Ref # 1119084848 - P. Hejsek |
| Meals | 1/23/2015 | Bhavaraju, Karthik | 22.25 | SeamlessWeb Inv # 1967507 - Working dinner - Ref # 1122898469 - K. Bhavaraju |
| Meals | 1/25/2015 | Hejsek, Pavel | 15.45 | SeamlessWeb Inv # 1967507 - Weekend lunch - Ref # 1128489839 - P. Hejsek |
| Meals | 1/29/2015 | Bhavaraju, Karthik | 22.80 | SeamlessWeb - Inv # 1986716 - Working dinner - Ref # 1142730238 - K. Bhavaraju |
| Meals | 1/29/2015 | Hejsek, Pavel | 19.47 | SeamlessWeb - Inv # 1986716 - Working dinner - Ref # 1143594128 - P. Hejsek |
| Meals | 1/29/2015 | Praga, Deborah | 11.80 | SeamlessWeb - Inv # 1986716 - Working dinner - Ref # 1142738891 - D. Praga |
| Meals | 1/30/2015 | Praga, Deborah | 21.06 | SeamlessWeb - Inv # 1986716 - Working dinner - Ref # 1147680596 - D. Praga |
| Meals | 2/1/2015 | Bhavaraju, Karthik | 15.45 | SeamlessWeb - Inv # 1986716 - Weekend lunch - Ref # 1152942697 - K. Bhavaraju |
| Meals | 2/1/2015 | Hejsek, Pavel | 11.31 | SeamlessWeb - Inv # 1986716 - Weekend Lunch - Ref # 1152810032 - P. Hejsek |
| Meals | 2/1/2015 | Praga, Deborah | 13.21 | SeamlessWeb - Inv # 1986716 - Weekend lunch - Ref # 1153100522 - D. Praga |
| Meals | 2/3/2015 | Hejsek, Pavel | 20.14 | SeamlessWeb - Inv # 1988197 - Working dinner - Ref # 1162454442 - P. Hejsek |
| Meals | 2/3/2015 | Praga, Deborah | 13.64 | SeamlessWeb - Inv # 1988197 - Working dinner - Ref # 1162682719 - D. Praga |
| Meals | 2/3/2015 | Prager, David | 22.68 | SeamlessWeb - Inv # 1988197 - Working dinner - Ref # 1161859605 - D. Prager |
| Meals | 2/4/2015 | Bhavaraju, Karthik | 24.15 | SeamlessWeb - Inv # 1988197 - Working dinner - Ref # 1166584063 - K. Bhavaraju |
| Meals | 2/9/2015 | Hejsek, Pavel | 20.38 | SeamlessWeb - Inv # 1994812 - Working dinner - Ref # 1187262913 - P. Hejsek |
| Meals | 2/9/2015 | Sriprasad, Pavan | 23.72 | SeamlessWeb - Inv # 1994812 - Working dinner - Ref # 1186363535 - P. Sriprasad |
| Meals | 2/10/2015 | Hejsek, Pavel | 17.07 | SeamlessWeb - Inv # 1994812 - Working dinner - Ref # 1190781689 - P. Hejsek |
| Meals | 2/10/2015 | Praga, Deborah | 13.47 | SeamlessWeb - Inv # 1994812 - Working dinner - Ref # 1190073157 - D. Praga |
| Meals | 2/10/2015 | Sriprasad, Pavan | 24.15 | SeamlessWeb - Inv # 1994812 - Working dinner - Ref # 1190445939 - P. Sriprasad |
| Meals | 2/11/2015 | Hejsek, Pavel | 24.11 | SeamlessWeb - Inv # 1994812 - Working dinner - Ref # 1195019745 - P. Hejsek |
| Meals | 2/17/2015 | Praga, Deborah | 16.84 | SeamlessWeb - Inv # 1996359 - Working dinner - Ref # 1217993808 - D. Praga |
| Meals | 2/18/2015 | Hejsek, Pavel | 17.04 | SeamlessWeb - Inv # 1996359 - Working dinner - Ref # 1222632614 - P. Hejsek |
| Meals | 2/18/2015 | Bhavaraju, Karthik | 17.05 | SeamlessWeb - Inv # 1996359 - Working dinner - Ref # 1222632614 - K. Bhavaraju |
| Meals | 2/19/2015 | Hejsek, Pavel | 22.89 | SeamlessWeb - Inv # 1996359 - Working dinner - Ref # 1227162098 - P. Hejsek |
| Meals | 2/19/2015 | Praga, Deborah | 20.39 | SeamlessWeb - Inv # 1996359 - Working dinner - Ref # 1227476081 - D. Praga |
| Meals | 2/23/2015 | Hejsek, Pavel | 20.14 | SeamlessWeb - Inv # 2015607 - Working dinner - Ref # 1243264764 - P. Hejsek |
| Meals | 2/23/2015 | Praga, Deborah | 18.10 | SeamlessWeb - Inv # 2015607 - Working dinner - Ref # 1243597875 - D. Praga |
| Meals | 2/24/2015 | Bhavaraju, Karthik | 23.76 | SeamlessWeb - Inv # 2015607 - Working dinner - Ref # 1248266523 - K. Bhavaraju |
| Meals | 2/25/2015 | Goldin, Harrison J. | 13.00 | H. Goldin - Healthy Gourmet - Travel Breakfast - RE: Dallas, TX |
| Meals | 2/26/2015 | Goldin, Harrison J. | 8.32 | H. Goldin - Exchange Concessions - Travel Lunch - RE: Dallas, TX |
| Meals | 2/26/2015 | Prager, David | 6.39 | D. Prager - News Con - Food in DFW airport |
| Meals | 3/2/2015 | Bhavaraju, Karthik | 22.68 | SeamlessWeb - Inv # 2017187 - Working dinner - Ref # 1272491131 - K. Bhavaraju |
| Meals | 3/3/2015 | Prager, David | 22.56 | SeamlessWeb - Inv # 2017187 - Working dinner - Ref # 1276788325 - D. Prager |
| Meals | 3/4/2015 | Hejsek, Pavel | 18.36 | SeamlessWeb - Inv # 2017187 - Working dinner - Ref # 1280663336 - P. Hejsek |
| Meals | 3/4/2015 | Praga, Deborah | 21.54 | SeamlessWeb - Inv # 2017187 - Working dinner - Ref # 1280761986 - D. Praga |
| Meals | 3/9/2015 | Hejsek, Pavel | 15.50 | SeamlessWeb - Inv # 2023877 - Working dinner - Ref # 1299920993 - P. Hejsek |
| Meals | 3/10/2015 | Hejsek, Pavel | 15.46 | SeamlessWeb - Inv # 2023877 - Working dinner - Ref # 1304163010 - P. Hejsek |
| Meals | 3/11/2015 | Hejsek, Pavel | 19.84 | SeamlessWeb - Inv # 2023877 - Working dinner - Ref # 1308164284 - P. Hejsek |
| Meals | 3/12/2015 | Bhavaraju, Karthik | 24.15 | SeamlessWeb - Inv # 2023877 - Working dinner - Ref # 1312364353 - K. Bhavaraju |
| Meals | 3/12/2015 | Hejsek, Pavel | 24.15 | SeamlessWeb - Inv # 2023877 - Working dinner - Ref # 1312364353 - P. Hejsek |
| Meals | 3/16/2015 | Hejsek, Pavel | 15.23 | SeamlessWeb - Inv # 2025469 - Working dinner - Ref #1326385485 - P. Hejsek |
| Meals | 3/16/2015 | Bhavaraju, Karthik | 15.70 | SeamlessWeb - Inv # 2025469 - Working dinner - Ref #1326523880 - K. Bhavaraju |
| Meals | 3/17/2015 | Bhavaraju, Karthik | 22.32 | SeamlessWeb - Inv # 2025469 - Working dinner - Ref #11330480541 - K. Bhavaraju |
| Meals | 3/17/2015 | Hejsek, Pavel | 21.48 | SeamlessWeb - Inv # 2025469 - Working dinner - Ref #1330582483 - P. Hejsek |
| Meals | 3/19/2015 | Hejsek, Pavel | 23.68 | SeamlessWeb - Inv # 2025469 - Working dinner - Ref #1337057522 - P. Hejsek |
| Meals | 3/24/2015 | Prager, David | 10.00 | Circa--dinner for travel to Dallas |
| Meals | 3/24/2015 | Hejsek, Pavel | 18.87 | SeamlessWeb - Inv # 2044656 - Working Dinner - Ref # 1356765946 - H. Hejsek |
| Meals | 3/24/2015 | Prager, David | 4.84 | D. Prager - DFW La Creme - Food in Dallas |
| Meals | 3/25/2015 | Goldin, Harrison J. | 7.16 | H. Goldin - Au Bon Pain - Travel breakfast |
| Meals | 3/25/2015 | Prager, David | 24.57 | D. Prager - Aderet Grill - Dinner in Dallas |
| Meals | 3/25/2015 | Prager, David | 3.00 | D. Prager - Eleven - Food in Dallas |
| Meals | 3/25/2015 | Prager, David | 26.29 | D. Prager - Laguardia - Dinner in transit |
| Meals | 3/26/2015 | Hejsek, Pavel | 22.50 | SeamlessWeb - Inv # 2044656 - Working Dinner - Ref # 1364435231 - H. Hejsek |
| Meals | 3/26/2015 | Prager, David | 4.50 | D. Prager - Paradies - Food in Dallas |
| Meals | 3/30/2015 | Prager, David | 22.68 | SeamlessWeb - Inv # 2046202 - Working Dinner - Ref # 1379620991 - D. Prager |
| Meals | 3/30/2015 | Hejsek, Pavel | 18.36 | SeamlessWeb - Inv # 2046202 - Working Dinner - Ref # 1379956401 - P. Hejsek |
| Meals | 4/8/2015 | Hejsek, Pavel | 16.07 | SeamlessWeb - Inv # 2052919 - Working dinner - Ref # 11411185174 - P. Hejsek |
| Meals | 4/14/2015 | Bhavaraju, Karthik | 20.87 | SeamlessWeb - Inv # 2054719 - Working dinner - Ref # 1433632030 - K. Bhavaraju |
| Meals | 4/14/2015 | Hejsek, Pavel | 20.86 | SeamlessWeb - Inv # 2054719 - Working dinner - Ref # 1433632030 - P. Hejsek |
| Meals | 5/4/2015 | Hejsek, Pavel | 23.12 | SeamlessWeb - Inv # 2080472 - Working dinner - Ref # 1504317843 - P. Hejsek |
| Meals | 5/6/2015 | Hejsek, Pavel | 22.89 | SeamlessWeb - Inv # 2080472 - Working dinner - Ref # 1511942876 - P. Hejsek |
| Meals | 5/9/2015 | Praga, Deborah | 22.62 | SeamlessWeb - Inv # 2080472 - Working dinner - Ref # 1520561743 - D. Praga |
| Meals | 5/12/2015 | Praga, Deborah | 24.13 | SeamlessWeb - Inv # 2083908 - Working dinner - Ref # 1530028792 - D. Praga |
| Meals | 5/18/2015 | Hejsek, Pavel | 22.50 | SeamlessWeb - Inv # 2088947 - Working dinner - Ref # 1550475348- P. Hejsek |
| Meals | 5/20/2015 | Praga, Deborah | 24.06 | SeamlessWeb - Inv # 2088947 - Working dinner - Ref # 1556346286- D. Praga |

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Meals | 5/21/2015 | Praga, Deborah | 23.35 | SeamlessWeb - Inv # 2088947 - Working dinner - Ref # 1559889391 - D. Praga |
| Meals | 5/27/2015 | Hejsek, Pavel | 18.67 | SeamlessWeb - Inv # 2104402 - Working dinner - Ref # 1576399362 - P. Hejsek |
| Meals | 6/9/2015 | Bhavaraju, Karthik | 22.68 | SeamlessWeb - Inv # 2112584 - Working dinner - Ref # 1613484901 - K. Bhavaraju |
| Meals | 6/9/2015 | Praga, Deborah | 23.86 | SeamlessWeb - Inv # 2112584 - Working dinner - Ref # 1613381789 - D. Praga |
| Meals | 6/9/2015 | Prager, David | 23.54 | SeamlessWeb - Inv # 2112584 - Working dinner - Ref # 1613445332 - D. Prager |
| Meals | 6/10/2015 | Prager, David | 23.76 | SeamlessWeb - Inv # 2112584 - Working dinner - Ref # 1614552821 - D. Prager |
| Meals | 6/20/2015 | Praga, Deborah | 24.15 | SeamlessWeb - Inv # 2117815 - Working dinner - Ref # 1623604143 - D. Praga |
| Meals | 6/22/2015 | Praga, Deborah | 23.13 | SeamlessWeb - Inv # 2132681 - Working dinner - Ref # 1625214231- D. Praga |
| Meals | 6/23/2015 | Praga, Deborah | 18.63 | SeamlessWeb - Inv # 2132681 - Working dinner - Ref # 1625964060- D. Praga |
| Meals | 7/14/2015 | Prager, David | 22.68 | SeamlessWeb - Inv # 2146034 - Working dinner - Ref # 1634403260 - D. Prager |
| Meals | 7/16/2015 | Prager, David | 24.15 | SeamlessWeb - Inv # 2146034 - Working dinner - Ref # 1635340437 - D. Prager |
| Meals | 7/27/2015 | Prager, David | 23.54 | SeamlessWeb - Inv # 2163902 - Working Dinner - Ref # 1639009523 - D. Prager |
| Meals | 7/29/2015 | Prager, David | 11.42 | D. Prager -  3E Fox - Dinner in Dallas |
| Meals | 7/30/2015 | Prager, David | 28.15 | D. Prager -  Jet Rock Bar & Grill  - Dinner in Dallas |
| Meals | 2/4/2016 | Praga, Deborah | 23.62 | SeamlessWeb - Inv # 2315497 - Working Dinner - Ref # 1697826939 - D. Praga, Deborah |
| Meals | 2/6/2016 | Praga, Deborah | 15.25 | SeamlessWeb - Inv # 2315497 - Weekend Lunch - Ref # 1698229904 - D. Praga, Deborah |
| Meals | 2/8/2016 | Praga, Deborah | 22.06 | SeamlessWeb - Inv # 2321991 - Working Dinner - Ref # 1698761686 - D. Praga, Deborah |
| Meals | 2/9/2016 | Bhavaraju, Karthik | 23.76 | SeamlessWeb - Inv # 2321991 - Working Dinner - Ref # 1699048692 - K. Bhavaraju, Karthik |
| Meals | 2/9/2016 | Praga, Deborah | 23.40 | SeamlessWeb - Inv # 2321991 - Working Dinner - Ref # 1699044941 - D. Praga, Deborah |
| Meals | 2/16/2016 | Praga, Deborah | 23.91 | SeamlessWeb - Inv # 2323449 - Working Dinner - Ref # 1701192616 - D. Praga, Deborah |
| Meals | 2/18/2016 | Bhavaraju, Karthik | 22.68 | SeamlessWeb - Inv # 2323449 - Working Dinner - Ref # 1702099498 - K. Bhavaraju, Karthik |
| Meals | 2/18/2016 | Praga, Deborah | 14.62 | SeamlessWeb - Inv # 2323449 - Working Dinner - Ref # 1702065868 - D. Praga, Deborah |
| Meals | 2/24/2016 | Bhavaraju, Karthik | 24.04 | SeamlessWeb - Inv # 2337689 - Working Dinner - Ref # 1704059923 - K. Bhavaraju, Karthik |
| Meals | 2/25/2016 | Praga, Deborah | 24.08 | SeamlessWeb - Inv # 2337689 - Working Dinner - Ref # 1704447443 - D. Praga, Deborah |
| Meals | 2/29/2016 | Praga, Deborah | 24.15 | SeamlessWeb - Inv # 2339239 - Working Dinner - Ref # 1705416522  - D. Praga, Deborah |
| Meals | 2/29/2016 | Praga, David | 24.15 | SeamlessWeb - Inv # 2339239 - Working Dinner - Ref # 1705457109 - D. Praga, David |
| Meals | 3/1/2016 | Praga, David | 24.15 | SeamlessWeb - Inv # 2339239 - Working Dinner - Ref # 1705883231 - D. Praga, David |
| Meals | 3/2/2016 | Praga, Deborah | 24.10 | SeamlessWeb - Inv # 2339239 - Working Dinner - Ref # 1706306800 - D. Praga, Deborah |
| Meals | 3/2/2016 | Praga, David | 24.15 | SeamlessWeb - Inv # 2339239 - Working Dinner - Ref # 1706341716 - D. Praga, David |
| Meals | 3/3/2016 | Bromberg, Brian | 24.14 | SeamlessWeb - Inv # 2339239 - Working Dinner - Ref # 1706731819 - B. Bromberg, Brian |
| Meals | 4/19/2016 | Prager, David | 27.88 | D. Prager - Jet Rock Bar - Food for Trip |
| Meals | 4/19/2016 | Prager, David | 10.74 | D. Prager - Hudson News - Food for Trip |
| Meals | 4/26/2016 | Bhavaraju, Karthik | 23.76 | SeamlessWeb - Inv # 2384970 - Working Dinner - Ref # 1722805417 - K. Bhavaraju, Karthik |
| Meals | 4/26/2016 | Praga, Deborah | 18.05 | SeamlessWeb - Inv # 2384970 - Working Dinner - Ref # 1722849810 - D. Praga, Deborah |
| Meals | 4/27/2016 | Praga, Deborah | 22.87 | SeamlessWeb - Inv # 2384970 - Working Dinner - Ref # 1723144714 - D. Praga, Deborah |
| Meals | 4/28/2016 | Praga, Deborah | 23.79 | SeamlessWeb - Inv # 2384970 - Working Dinner - Ref # 1723616966 - D. Praga, Deborah |
| Meals | 5/2/2016 | Bhavaraju, Karthik | 24.15 | SeamlessWeb - Inv # 2390254 - Working Dinner - Ref # 1725981638 - K. Bhavaraju |
| Meals | 5/2/2016 | Praga, Deborah | 23.81 | SeamlessWeb - Inv # 2390254 - Working Dinner - Ref # 1724329081 - D. Praga |
| Meals | 5/2/2016 | Prager, David | 24.15 | SeamlessWeb - Inv # 2390254 - Working Dinner - Ref # 1724370965 - D. Prager |
| Meals | 5/3/2016 | Bhavaraju, Karthik | 23.99 | SeamlessWeb - Inv # 2390254 - Working Dinner - Ref # 1724738845 - K. Bhavaraju |
| Meals | 5/3/2016 | Prager, David | 2.00 | D. Prager - 7 Eleven - Food for traveling |
| Meals | 5/3/2016 | Prager, David | 6.91 | D. Prager - 7 Eleven - Food for traveling |
| Meals | 5/4/2016 | Prager, David | 38.56 | D. Prager -- Cafe Fino - Dinner |
| Meals | 5/4/2016 | Prager, David | 10.99 | D. Prager - Hudson News - Food while traveling |
| Meals | 5/4/2016 | Prager, David | 27.66 | D. Prager - Jet Rock Bar & Grill - Food while traveling |
| Meals | 5/11/2016 | Praga, Deborah | 23.91 | SeamlessWeb - Inv # 2392833 - Working Dinner - Ref # 1727200689 - D. Praga |
| Meals | 5/15/2016 | Praga, Deborah | 13.08 | SeamlessWeb - Inv # 2392833 - Weekend Lunch - Ref # 1727954688 - D. Praga |
| Meals | 5/15/2016 | Praga, Deborah | 20.53 | SeamlessWeb - Inv # 2392833 - Weekend Dinner - Ref # 1727980244 - D. Praga |
| Meals | 5/17/2016 | Praga, Deborah | 21.76 | SeamlessWeb - Inv. 2397922 - Working Dinner - Ref # 1728765620 - D. Praga |
| Meals | 5/20/2016 | Praga, Deborah | 18.72 | SeamlessWeb - Inv # 2397922 - Working Dinner - Ref # 1729821395 - D. Praga |
| Meals | 5/21/2016 | Praga, Deborah | 15.65 | SeamlessWeb - Inv. # 2397922 - Weekend Lunch - Ref # 1729881219 - D. Praga |
| Meals | 6/1/2016 | Praga, Deborah | 24.11 | SeamlessWeb - Inv # 2407794 - Working Dinner - Ref # 1732585269 - D. Praga |
| Meals | 6/3/2016 | Praga, Deborah | 17.52 | SeamlessWeb - Inv # 2407794 - Working Dinner - Ref # 1733273783 - D. Praga |
| Meals | 6/5/2016 | Praga, Deborah | 21.70 | SeamlessWeb - Inv # 2407794 - Weekend Dinner - Ref # 1733381063 - D. Praga |
| Meals | 6/6/2016 | Praga, Deborah | 24.11 | SeamlessWeb - Inv # 2412738 - Working Dinner - Ref # 1733743824 - D. Praga |
| Meals | 6/8/2016 | Praga, Deborah | 24.15 | SeamlessWeb - Inv # 2412738 - Working Dinner - Ref # 1734579759 - D. Praga |
| Meals | 6/13/2016 | Bhavaraju, Karthik | 22.68 | SeamlessWeb - Inv # 2415049 - Working Dinner - Ref # 1735698287 - K. Bhavaraju |
| Meals | 6/13/2016 | Praga, Deborah | 24.09 | SeamlessWeb - Inv # 2415049 - Working Dinner - Ref # 1735658603 - D. Praga |
| Meals | 6/14/2016 | Praga, Deborah | 22.68 | SeamlessWeb - Inv # 2415049 - Working Dinner - Ref # 1736155631 - D. Praga |
| Meals | 6/15/2016 | Bhavaraju, Karthik | 14.62 | SeamlessWeb - Inv # 2415049 - Working Dinner - Ref # 1736546045 - K. Bhavaraju |
| Meals | 6/15/2016 | Praga, Deborah | 11.49 | SeamlessWeb - Inv # 2415049 - Working Dinner - Ref # 1736548806 - D. Praga |
| Meals | 6/22/2016 | Praga, Deborah | 15.44 | SeamlessWeb - Inv # 2420291 - Working Dinner - Ref # 1738657753 - D. Praga |
| Meals | 6/23/2016 | Praga, Deborah | 20.67 | SeamlessWeb - Inv # 2420291 - Working Dinner - Ref # 1738998041 - D. Praga |
| Meals | 6/29/2016 | Praga, Deborah | 24.04 | SeamlessWeb - Inv # 2429300 - Working Dinner - Ref # 1740668710 - D. Praga |
| Meals | 7/20/2016 | Praga, Deborah | 18.05 | SeamlessWeb - Inv # 2442873 - Working Dinner - Ref # 1746465949 - D. Praga |
| Meals | 7/28/2016 | Praga, Deborah | 24.12 | SeamlessWeb - Inv # 2456693 - Working Dinner - Ref # 1749075716 - D. Praga |
| Meals | 11/15/2016 | Ram, Vivek | 23.97 | V. Ram - SeamlessWeb - Inv # 2536389 - Working Dinner - Ref # 1779507756 |
| Meals | 7/6/2017 | Bhavaraju, Karthik | 20.34 | K. Bhavaraju - SeamlessWeb - Inv # 2700695 - Working Dinner - Ref # 1841428076 |
| Meals | 8/7/2017 | Prager, David | 24.15 | D. Prager - SeamlessWeb - Inv # 2726669 - Working Dinner - Ref # 1851041774 |
| Meals | 1/23/2018 | Bhavaraju, Karthik | 22.67 | K. Bhavaraju - SeamlessWeb - Inv # 2834397 - Working Dinner - Ref # 1896010026 |
| **Meals Total** | | | **2,841.51** | |
| Photocopies | 12/31/2014 | | 28.91 | Photocopies - December 11th through December 31st - 413 pages at .07 per page |
| Photocopies | 2/1/2015 | | 292.04 | Photocopies for the period of February 1 through February 28 |

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Photocopies | 3/1/2015 | Jones, Alyson | 369.74 | Photocopies for the period of March 1 through March 31, 2015 (5,282 copies at $0.07 per copy) |
| Photocopies | 4/1/2015 | Jones, Alyson | 236.67 | Photocopies for the period of April 1 through April 30, 2015 (3,381 copies at $0.07 per copy) |
| Photocopies | 5/31/2015 | | 299.74 | Photocopies for the period May 1 through May 31, 2015 - 4,282 pages at .07/page |
| Photocopies | 6/9/2015 | | 418.56 | Office Resources - Inv # 15455 - Color copies and binding |
| Photocopies | 6/30/2015 | | 120.47 | Photocopies for the period June 1 through June 30, 2015 - 1,721 pages at .07/page |
| Photocopies | 7/31/2015 | | 22.40 | Photocopies for the period July 1 through July 31, 2015 - 1,721 pages at .07/page |
| Photocopies | 9/30/2015 | | 24.08 | copy) |
| Photocopies | 10/31/2015 | | 24.01 | Photocopies for the period of October 1 through October 31, 2015 (343 pages at $0.07 per page) |
| Photocopies | 11/30/2015 | | 14.91 | Photocopies for the period of November 1 through November 30, 2015 (213 pages at $0.07 per page) |
| Photocopies | 12/31/2015 | | 23.52 | Photocopies for the period of December 1 through December 31, 2015 (336 pages at $0.07 per page) |
| Photocopies | 2/29/2016 | | 110.81 | Photocopies for the period of February 1 through February 29, 2016 (1,583 pages at $0.07 per page) |
| Photocopies | 3/31/2016 | | 95.90 | Photocopies for the period of March 1 through March 31, 2016 (1,370 pages at $0.07 per page) |
| Photocopies | 4/30/2016 | | 103.74 | Photocopies for the period of April 1 through April 30, 2016 (1,482 pages at $0.07 per page) |
| Photocopies | 5/31/2016 | | 49.21 | Photocopies for the period of May 1 through May 31, 2016 (703 pages at $0.07 per page) |
| Photocopies | 6/30/2016 | | 121.31 | Photocopies for the period of June 1 through June 30, 2016 (1,733 pages at $0.07 per page) |
| Photocopies | 8/31/2016 | | 20.23 | Photocopies for the period of July 1 through July 31, 2016 (289 pages at $0.07 per page) |
| Photocopies | 9/30/2016 | | 31.57 | Photocopies for the period of September 1 through Sepenber 30, 2016 (451 pages at $0.07 per page) |
| Photocopies | 10/31/2016 | | 16.03 | Photocopies for the period of October 1 through October 31, 2016 (229 pages at $0.07 per page) |
| Photocopies | 11/30/2016 | | 11.48 | Photocopies for the period of November 1 through November 30, 2016 |
| Photocopies | 12/31/2016 | | 8.26 | Photocopies for the period of December 1 through December 31, 2016 (118 pages at $0.07 per page) |
| Photocopies | 1/31/2017 | | 15.05 | Photocopies for the period of January 1 through January 31, 2017 (215 pages at $0.07 per page) |
| Photocopies | 2/1/2017 | | 11.55 | Photocopies for the period of February 1 through February 28, 2017 (165 pages at $0.07 per page) |
| Photocopies | 5/31/2017 | | 8.33 | Photocopies for the period of May 1 through May 31, 2017 (119 Pages at $.0.07 per page) |
| Photocopies | 6/30/2017 | | 45.15 | Photocopies for the period of June 1 through June 30, 2017 ( 645 pages at $.07 per page) |
| Photocopies | 7/31/2017 | | 4.06 | Photocopies for the period of July 1 through July  31, 2017 |
| Photocopies | 10/31/2017 | | 1.68 | Photocopies for the period of October 1 through October 31, 2017 |
| Photocopies | 1/31/2018 | | 0.35 | Photocopies for Period: 1/1/18 - 1/31/18 (5 pages at $0.07 per page) |
| **Photocopies Total** | | | **2,529.76** | |
| Research | 12/31/2014 | | 1,758.47 | Capital IQ - Allocated share of discounted monthly subscription; retail rate would equal $4843.38 (Dec 11-31) |
| Research | 1/1/2015 | | 2,120.48 | Capital IQ - Allocated share of discounted monthly subscription;  retail rate would equal $6584.36 |
| Research | 1/1/2015 | Comtois | 2.80 | Pacer - Inv # 2552207-Q12015 |
| Research | 2/1/2015 | Comtois | 223.50 | Thomson Financial - Allocated share of discounted monthly subscription; retail per click rate would equal $1,049.50 |
| Research | 2/1/2015 | Comtois | 3,075.31 | Capital IQ - Allocated share of discounted monthly subscription; retail per click rate would equal $11,159.51 |
| Research | 3/1/2015 | Comtois | 1,870.53 | Capital IQ - retail rate would equal $2791.14 |
| Research | 3/31/2015 | | 2,888.76 | Thomson Reuters - Research |
| Research | 4/1/2015 | Bruno | 1,336.64 | Capital IQ - Allocated share of discounted monthly subscription; usage rate would equal $1,579.03 |
| Research | 4/30/2015 | | 676.75 | Thomson Reuters - Research |
| Research | 5/31/2015 | | 2,778.24 | Thomson Reuters - Research |
| Research | 5/31/2015 | | 1,135.11 | Capital IQ » Allocated share of discounted monthly subscription; retail per click rate would equal $1629.64 |
| Research | 6/30/2015 | | 1,530.36 | Thomson Reuters - Research |
| Research | 6/30/2015 | | 179.50 | Capital IQ - Discounted rate; retail rate per click would equal $245.46 |
| Research | 7/31/2015 | | 677.52 | Thomson Reuters- Service Dates: 7/1/15 - 7/31/15 |
| Research | 7/31/2015 | | 92.54 | Capital IQ - Discounted rate; retail rate would equal $242.93 |
| Research | 9/30/2015 | | 6.21 | Capital IQ - Allocated share of discounted monthly subscription - retail rate would equal $30.37 |
| Research | 9/30/2015 | | 6.10 | Pacer - Inv # 2552207-Q32015 |
| Research | 10/31/2015 | | 2.57 | Capital IQ - Discounted rate; retail rate per click would equal $50.61 |
| Research | 12/31/2015 | | 86.47 | Capital IQ - research for the period 12/1 - 12/31 - Cap IQ Discounted Rate - Retail rate per click would equal $164.48 |
| Research | 12/31/2015 | | 9.20 | Pacer - Inv # 2552207-Q42015 |
| Research | 12/31/2015 | | 721.83 | Thomson Reuters- Service Dates: 12/1/15 - 12/31/15 |
| Research | 2/29/2016 | | 648.65 | Capital IQ - research for the period 2/1 -2/29 - Cap IQ discounted rate |
| Research | 2/29/2016 | | 1,465.10 | Thomson Reuters - Service Dates 2/1/16 - 2/29/16 |
| Research | 3/31/2016 | | 363.25 | Capital IQ - research for the period 3/1 - 3/31 - Cap IQ discounted rate: retail rate per click would equal $556.71 |
| Research | 3/31/2016 | | 215.34 | Thomson Reuters - Service Dates 3/1/16 - 3/31/16 |
| Research | 4/30/2016 | | 752.80 | Thomson Reuters - Service Dates 4/1/16 - 4/30/16»AJ |
| Research | 4/30/2016 | | 207.10 | Capital IQ - research for the period 4/1 - 4/30 - Cap IQ discounted rate: retail rate per click would equal $1017.26 |
| Research | 5/31/2016 | | 105.69 | Capital IQ - research for the period 5/1 - 5/31 - Cap IQ discounted rate: retail rate per click would equal $278.36 |
| Research | 5/31/2016 | | 583.92 | Thomson Reuters - Service Dates 5/1/16 - 5/31/16 |
| Research | 6/30/2016 | | 211.23 | Capital IQ - research for the period 6/1 - 6/30 - Cap IQ discounted rate: retail rate per click would equal $2446.99 |
| Research | 6/30/2016 | | 13.60 | PACER - Inv # 2552207-Q22016 - 4/1/2016 - 6/30/2016 |
| Research | 7/31/2016 | | 100.00 | $234.30) |
| Research | 9/30/2016 | | 0.53 | Capital IQ - research for the period 8/1 - 8/31 - Cap IQ discounted rate |
| Research | 10/1/2016 | | 10.81 | Capital IQ - research for the period 10/1 - 10/31 - Cap IQ discounted rate (per click rate would be $27.50) |
| Research | 10/31/2016 | | 484.56 | Thomson Reuters - Service Dates 10/1/16 - 10/31/16 |

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Research | 11/30/2016 | | 0.63 | Capital IQ - research for the period 11/1 - 11/30 - Capital IQ - research for the period 11/1 - 11/30 - Usage Discount Rate Applied(per click rate would be $1.10) |
| Research | 12/31/2016 | | 10.99 | Capital IQ - research for the period 12/1 - 12/31 - Cap IQ discounted rate |
| Research | 9/30/2017 | | 120.40 | PACER - Inv # 2552207-Q32017 - Usage: 7/1/17 - 9/30/17 |
| Research | 1/31/2018 | | 80.30 | Capital IQ - research for the period 1/1 - 1/31 - Cap IQ Usage Discount Rate Applied |
| **Research Total** | | | **26,553.79** | |
| Teleconference | 1/11/2015 | Prager, David | 223.35 | ConferenceCall.com - Inv # 1742817932 - Ref # 65197844 - D. Prager |
| Teleconference | 2/26/2015 | | 0.25 | AT&T - actual service dates 2/26/15 through 3/25/15 |
| Teleconference | 3/9/2015 | Prager, David | 112.12 | ConferenceCall.com - Inv # 1742883001 - Ref # 4511255 - D. Prager |
| Teleconference | 5/8/2015 | Prager, David | 79.50 | ConferenceCall.com - Inv # 1742936879 - Ref # 45778937 - D. Prager |
| Teleconference | 7/22/2015 | Prager, David | 36.06 | ConferenceCall.com - Inv # 1743015449 - Ref # 93841455 - D. Prager |
| Teleconference | 7/27/2015 | Prager, David | 36.54 | ConferenceCall.com - Inv # 1743015449 - Ref # 97659327 - D. Prager |
| Teleconference | 7/29/2015 | Prager, David | 23.76 | D. Prager - GogoAir - In flight Internet |
| Teleconference | 7/31/2015 | Prager, David | 88.21 | ConferenceCall.com - Inv # 1743015449 - Ref # 2617020 - D. Prager |
| Teleconference | 7/31/2015 | Prager, David | 3.52 | ConferenceCall.com - Inv # 1743015449 - Ref # 2708505 - D. Prager |
| Teleconference | 7/31/2015 | Prager, David | 30.47 | ConferenceCall.com - Inv # 1743015449 - Ref # 2929416 - D. Prager |
| Teleconference | 7/31/2015 | Prager, David | 48.69 | ConferenceCall.com - Inv # 1743015449 - Ref # 3029377 - D. Prager |
| Teleconference | 7/31/2015 | Prager, David | 81.26 | ConferenceCall.com - Inv # 1743015449 - Ref # 3317915 - D. Prager |
| Teleconference | 8/8/2015 | Prager, David | 46.69 | ConferenceCall.com - Inv # 1743051162 - Ref. # 9521844 - D. Prager |
| Teleconference | 8/25/2015 | | 12.80 | AT&T - actual service dates 7/26/15 through 8/25/15 |
| Teleconference | 9/25/2015 | | 0.40 | AT&T - actual service dates 8/26/15 through 9/25/15 |
| Teleconference | 2/25/2016 | | 30.00 | AT&T - actual service dates 1/26/15 through 2/25/15 |
| Teleconference | 3/25/2016 | | 31.50 | AT&T - actual service dates 2/26/15 through 3/25/15 |
| Teleconference | 4/19/2016 | Prager, David | 36.95 | D. Prager - Gogoair.com - Inflight Internet |
| Teleconference | 4/25/2016 | | 29.50 | AT&T - actual service dates 3/26/15 through 4/25/15 |
| Teleconference | 5/3/2016 | Prager, David | 26.95 | D. Prager - Gogoair.com - In flight internet |
| Teleconference | 5/25/2016 | | 30.96 | AT&T - actual service dates 4/26/15 through 5/25/15 |
| Teleconference | 7/25/2016 | | 21.12 | AT&T - actual service dates 6/26/15 through 7/25/15 |
| Teleconference | 12/25/2016 | | 0.79 | AT&T - Actual Service Dates: 11/26/16 - 12/25/16 |
| Teleconference | 3/14/2017 | | 1.47 | D. Prager - West Unified Communications - Inv # 1743732122 - Ref # 88733812 |
| Teleconference | 5/25/2017 | | 12.83 | AT&T Long Distance - Service Dates: 4/26/17 - 5/25/17 |
| Teleconference | 6/25/2017 | | 122.31 | AT&T Long Distance - Service Dates: 5/26/17 - 6/25/17 |
| Teleconference | 7/25/2017 | | 145.04 | AT&T Long Distance - Service Dates: 6/26/17 - 7/25/17 |
| Teleconference | 8/25/2017 | | 245.66 | AT&T Long Distance - Service Dates: 7/26/17 - 8/25/17 |
| **Teleconference Total** | | | **1,558.70** | |
| Travel | 1/6/2015 | Bhavaraju, Karthik | 121.77 | UTOG - INV# 623726 - 350 5TH Ave. to Short Hills, NJ - ref #4278946 - K. Bhavaraju |
| Travel | 1/6/2015 | Prager, David | 14.60 | D. Prager - JTL Management - Working late - Taxi home |
| Travel | 1/7/2015 | Hejsek, Pavel | 8.00 | P. Hejsek - Yellow Cab - Working Late - Taxi from GA office to Home |
| Travel | 1/7/2015 | Prager, David | 16.40 | D. Prager - RMT Management - Working late - Taxi home |
| Travel | 1/8/2015 | Prager, David | 16.40 | D. Prager - White and Blue - Working late - Taxi home |
| Travel | 1/9/2015 | Bhavaraju, Karthik | 118.18 | UTOG 2 Way Radio Inc. - Inv. # 624133 - 350 5th Avenue to Short Hills, NJ - Ref # 4523881 - K. Bhavaraju |
| Travel | 1/9/2015 | Hejsek, Pavel | 9.80 | P. Hejsek - NYC Taxi - Working Late - Taxi from GA office to Home |
| Travel | 1/9/2015 | Prager, David | 12.20 | D. Prager - NYC Taxi - Verifone - Meeting at Cravath - Taxi |
| Travel | 1/11/2015 | Prager, David | 8.60 | D. Prager - All Taxi Management - Weekend Board Call - Taxi |
| Travel | 1/11/2015 | Prager, David | 8.16 | D. Prager - NYC Taxi - Weekend Board Call - Taxi |
| Travel | 1/16/2015 | Prager, David | 12.36 | D. Prager - Arthur Cab - Meeting at Cravath - Taxi |
| Travel | 1/16/2015 | Prager, David | 14.76 | D. Prager - Woodside Mgmt - Meeting at Cravath - Taxi |
| Travel | 1/20/2015 | Bhavaraju, Karthik | 111.01 | UTOG Two Way Radio - Inv#624809 - 350 5th Avenue to Short Hills, NJ - Ref# 4487498 - K. Bhavaraju |
| Travel | 1/21/2015 | Praga, Deborah | 16.40 | working late, cab home - D. Praga |
| Travel | 1/21/2015 | Bhavaraju, Karthik | 110.70 | UTOG 2 Way Radio Inc. - Inv. 625349 - Ref # 4537971 - 350 5th Ave. to 31 Meadowbrooke Review documents concerning. S, NJ - K. Bhavaraju |
| Travel | 1/22/2015 | Praga, Deborah | 17.15 | working late, cab home - D. Praga |
| Travel | 1/22/2015 | Bhavaraju, Karthik | 111.73 | Bhavaraju |
| Travel | 1/23/2015 | Bhavaraju, Karthik | 111.01 | Bhavaraju |
| Travel | 1/28/2015 | Praga, Deborah | 16.56 | working late, cab home - D. Praga |
| Travel | 1/28/2015 | Bhavaraju, Karthik | 109.98 | Bhavaraju |
| Travel | 1/28/2015 | Prager, David | 17.16 | D. Prager - Gotham Yellow - Working Late - Taxi Home |
| Travel | 1/29/2015 | Praga, Deborah | 18.96 | working late, cab home - D. Praga |
| Travel | 1/29/2015 | Bhavaraju, Karthik | 107.63 | Bhavaraju |
| Travel | 1/29/2015 | Hejsek, Pavel | 7.56 | P. Hejsek - NYC Taxi - Working Late - Taxi from GA office to Home |
| Travel | 1/30/2015 | Praga, Deborah | 20.16 | working late, cab home - D. Praga |
| Travel | 1/30/2015 | Bhavaraju, Karthik | 111.01 | Bhavaraju |
| Travel | 1/30/2015 | Hejsek, Pavel | 8.15 | P. Hejsek - NYC Taxi - Working Late - Taxi from GA office to Home |
| Travel | 1/31/2015 | Praga, Deborah | 13.56 | working Saturday, cab to work - D. Praga |
| Travel | 2/1/2015 | Praga, Deborah | 15.36 | working Sunday, cab to work - D. Praga |
| Travel | 2/1/2015 | Praga, Deborah | 17.15 | working Sunday, cab home - D. Praga |
| Travel | 2/2/2015 | Bhavaraju, Karthik | 111.01 | Bhavaraju |
| Travel | 2/2/2015 | Hejsek, Pavel | 7.55 | P. Hejsek - NYC Taxi - Working Late - Taxi from GA office to Home |
| Travel | 2/2/2015 | Hejsek, Pavel | 11.00 | P. Hejsek - Queens Medallion - Taxi from meeting with Cravath |
| Travel | 2/3/2015 | Praga, Deborah | 17.75 | working late, cab home - D. Praga |

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Travel | 2/3/2015 | Bhavaraju, Karthik | 121.77 | UTOG 2 Way Radio Inc. - Inv. 626267 - Ref # 4540234 - 350 5th Ave. to 31 Meadowbrook Rd, Short Hills, NJ - K. Bhavaraju |
| Travel | 2/3/2015 | Prager, David | 17.16 | D. Prager - Joseph Senecal - Taxi from GA office to Home |
| Travel | 2/3/2015 | Prager, David | 13.56 | D. Prager - S&R Medallion - Taxi from Kirkland to GA office |
| Travel | 2/4/2015 | Bhavaraju, Karthik | 115.26 | Bhavaraju |
| Travel | 2/4/2015 | Hejsek, Pavel | 8.16 | P. Hejsek - Taxi Credit - Working Late - Taxi from GA office to Home |
| Travel | 2/5/2015 | Bhavaraju, Karthik | 112.80 | Bhavaraju |
| Travel | 2/9/2015 | Bhavaraju, Karthik | 111.01 | Bhavaraju |
| Travel | 2/9/2015 | Sriprasad, Pavan | 7.30 | P. Sriprasad - NYC Taxi - Working late - Taxi from GA Office to Home |
| Travel | 2/10/2015 | Praga, Deborah | 14.16 | working late, cab home - D. Praga |
| Travel | 2/10/2015 | Bhavaraju, Karthik | 111.01 | Bhavaraju |
| Travel | 2/10/2015 | Sriprasad, Pavan | 7.30 | P. Sriprasad - NYC Taxi - Working late - Taxi from GA Office to Home |
| Travel | 2/10/2015 | Goldin, Harrison J. | 1,004.20 | H. Goldin - American Airlines - LGA to Dallas, TX - Departure Date: 2/25/15 |
| Travel | 2/10/2015 | Goldin, Harrison J. | 62.86 | H. Goldin - American Airlines - Seat Fee - LGA to Dallas, TX - Departure Date: 2/25/15 |
| Travel | 2/13/2015 | Prager, David | 11.76 | D. Prager - S&R Medallion - Taxi from Cravath to GA office |
| Travel | 2/17/2015 | Prager, David | 1,010.20 | D. Prager - American Airlines - LGA to Dallas, TX - Departure Date: 2/25/15 |
| Travel | 2/17/2015 | Prager, David | 125.70 | D. Prager - American Airlines - Additional Fees - LGA to Dallas, TX - Departure Date: 2/25/15 |
| Travel | 2/18/2015 | Bhavaraju, Karthik | 118.80 | UTOG - Inv # 627516 - 350 5th Ave to Short Hills, NJ - Ref # 4542348 - K. Bhavaraju |
| Travel | 2/19/2015 | Praga, Deborah | 16.56 | working late, cab home - D. Praga |
| Travel | 2/20/2015 | Praga, Deborah | 169.43 | UTOG - Inv # 627516 - 350 5th Ave to Englishtown, NJ - Ref # 4547685 - D. Praga |
| Travel | 2/20/2015 | Bhavaraju, Karthik | 111.01 | UTOG - Inv # 627516 - 350 5th Ave to Short Hills, NJ - Ref # 4529961 - K. Bhavaraju |
| Travel | 2/20/2015 | Bhavaraju, Karthik | 132.74 | UTOG - Inv # 627516 - 350 5th Ave to Short Hills, NJ - Ref # 4541964 - K. Bhavaraju |
| Travel | 2/20/2015 | Hejsek, Pavel | 8.76 | P. Hejsek - NYC Taxi - Working Late - Taxi from GA office to Home |
| Travel | 2/23/2015 | Praga, Deborah | 14.76 | working late, cab home - D. Praga |
| Travel | 2/23/2015 | Prager, David | 10.56 | D. Prager - Yellow Cab - Taxi from GA office to home |
| Travel | 2/24/2015 | Praga, Deborah | 15.96 | working late, cab home - D. Praga |
| Travel | 2/24/2015 | Bhavaraju, Karthik | 111.01 | UTOG - Inv # 627516 - 350 5th Ave to Short Hills, NJ - Ref # 4550576 - K. Bhavaraju |
| Travel | 2/24/2015 | Bhavaraju, Karthik | 110.29 | PRIMETIME - Inv # 431558 - 350 5th Ave to Millburn, NJ - Ref # 462067 - K. Bhavaraju |
| Travel | 2/24/2015 | Hejsek, Pavel | 7.56 | P. Hejsek - My Fourth Cab - Working Late - Taxi from GA office to Home |
| Travel | 2/25/2015 | Praga, Deborah | 18.36 | working late, cab home - D. Praga |
| Travel | 2/25/2015 | Goldin, Harrison J. | 25.00 | H. Goldin - American Airlines - Baggage Fee - Travel to Dallas, TX |
| Travel | 2/25/2015 | Goldin, Harrison J. | 52.61 | H. Goldin - Ezana to Taxi from Dallas airport to Hotel |
| Travel | 2/25/2015 | Prager, David | 65.15 | UTOG - Inv # 628052 - 2250 Broadway to LAG - Ref # 4560352 - D. Prager |
| Travel | 2/25/2015 | Prager, David | 12.75 | D. Prager - Getachew - Taxi to hotel board dinner |
| Travel | 2/25/2015 | Prager, David | 54.60 | D. Prager - Hassan Anshur - Taxi from DFW to EFIH office |
| Travel | 2/25/2015 | Prager, David | 10.15 | D. Prager - VTS Cowboy - Taxi EFIH office to Hotel |
| Travel | 2/25/2015 | Prager, David | 11.76 | D. Prager - Hudson News - Food for trip |
| Travel | 2/25/2015 | Prager, David | 5.22 | D. Prager - USA Today - Food for trip |
| Travel | 2/26/2015 | Prager, David | 356.15 | D. Prager - Omni Hotel - Lodging Date: 2/25/15 |
| Travel | 2/26/2015 | Prager, David | 45.16 | D. Prager - White & Blue - Taxi to airport |
| Travel | 2/26/2015 | Prager, David | 9.75 | D. Prager - Yellow Cab - Taxi from hotel to office |
| Travel | 3/2/2015 | Bhavaraju, Karthik | 126.07 | UTOG - Inv # 628458 - 350 5th Ave to Short Hills, NJ - Ref # 4559557 - K. Bhavaraju |
| Travel | 3/2/2015 | Prager, David | 62.00 | D. Prager - AKresco - Taxi to DFW airport |
| Travel | 3/5/2015 | Bhavaraju, Karthik | 121.77 | UTOG - Inv # 628458 - 350 5th Ave to Short Hills, NJ - Ref # 4560612 - K. Bhavaraju |
| Travel | 3/5/2015 | Hejsek, Pavel | 6.36 | P. Hejsek - White & Blue - Working Late - Taxi from GA office to Home |
| Travel | 3/5/2015 | Praga, Deborah | 16.56 | D. Praga - Eddy's Management - Working Late - Taxi from GA office to Home |
| Travel | 3/6/2015 | Praga, Deborah | 34.02 | D. Praga - John's Limousine - Working Late - Car from GA office to Home |
| Travel | 3/10/2015 | Hejsek, Pavel | 6.36 | P. Hejsek - Taxi Credit - Working Late - Taxi from GA office to Home |
| Travel | 3/12/2015 | Bhavaraju, Karthik | 111.01 | UTOG - Inv # 629150 - 350 5th Ave to Short Hills, NJ - Ref # 4525279 - K. Bhavaraju |
| Travel | 3/17/2015 | Bhavaraju, Karthik | 111.01 | UTOG - Inv # 629734 - From 350 5th Ave to Short Hills, NJ - Ref # 4541981 - K. Bhavaraju |
| Travel | 3/17/2015 | Bhavaraju, Karthik | 112.75 | UTOG - Inv # 629734 - From 350 5th Ave to Short Hills, NJ - Ref # 4574334 - K. Bhavaraju |
| Travel | 3/18/2015 | Bhavaraju, Karthik | 108.80 | UTOG - Inv # 629150 - 350 5th Ave to Short Hills, NJ - Ref # 4553162 - K. Bhavaraju |
| Travel | 3/18/2015 | Hejsek, Pavel | 10.56 | P. Hejsek - Queens Medallion - Working Late - Taxi from GA office to Home |
| Travel | 3/18/2015 | Prager, David | 10.56 | D. Prager - Robert Faidiga - Taxi to meeting at Kirkland |
| Travel | 3/19/2015 | Goldin, Harrison J. | 1,427.20 | H. Goldin - American Airlines - LGA to Dallas, TX - Departure Date: 3/25/15 Partial amount of $1586.20 - difference between coach and business |
| Travel | 3/19/2015 | Prager, David | 15.36 | D. Prager - Downtown Taxi - Taxi to meeting at UCC |
| Travel | 3/20/2015 | Bhavaraju, Karthik | 111.01 | UTOG - Inv # 629734 - From 350 5th Ave to Short Hills, NJ - Ref # 4580359 - K. Bhavaraju |
| Travel | 3/21/2015 | Prager, David | 1,004.20 | D. Prager - Delta Airlines - LGA to Dallas, TX - Departure Date: 3/24/15 |
| Travel | 3/21/2015 | Prager, David | 39.00 | D. Prager - Delta Airlines - Seat change - LGA to Dallas, TX |
| Travel | 3/23/2015 | Bhavaraju, Karthik | 111.01 | UTOG - Inv # 629734 - From 350 5th Ave to Short Hills, NJ - Ref # 4545430 - K. Bhavaraju |
| Travel | 3/24/2015 | Prager, David | 65.71 | UTOG - Inv # 630274 - 350 5th Ave to LGA - Ref # 4103344 - D. Prager |
| Travel | 3/25/2015 | Goldin, Harrison J. | 56.22 | H. Goldin - Texas Cab - Taxi from Airport to Hotel |
| Travel | 3/25/2015 | Prager, David | 7.65 | D. Prager - Yellow Cab - Taxi from hotel to office |
| Travel | 3/25/2015 | Prager, David | 57.00 | D. Prager - SS Taxi - Taxi from DFW airport to office |
| Travel | 3/26/2015 | Goldin, Harrison J. | 75.00 | H. Goldin - American Airlines - Dallas, TX to New York - Flight change fee |
| Travel | 3/26/2015 | Goldin, Harrison J. | 47.00 | H. Goldin - DFW Cab & Shuttle Service - Taxi from Hotel to airport |
| Travel | 3/26/2015 | Goldin, Harrison J. | 574.57 | H. Goldin - The Ritz Carlton - Lodging Date: 3/25/15 |
| Travel | 3/26/2015 | Prager, David | 47.21 | D. Prager - Arthur Cab - Taxi - Taxi from LGA to home |
| Travel | 3/26/2015 | Prager, David | 10.00 | D. Prager - EJ Taxi - Taxi from Hotel to Office |
| Travel | 3/26/2015 | Prager, David | 1,058.08 | D. Prager - The Ritz Carlton - Lodging Dates: 3/24 - 3/26/15 |
| Travel | 3/26/2015 | Prager, David | 14.25 | D. Prager - Uber - Taxi from dinner to hotel |
| Travel | 3/26/2015 | Prager, David | 62.94 | D. Prager - VTS - Taxi from Office DFW airport |

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Travel | 3/27/2015 | Prager, David | 39.00 | D. Prager - Delta - Seat change - Dallas, TX to LGA |
| Travel | 3/27/2015 | Prager, David | 50.00 | D. Prager - Delta - Seat change - LGA, to Dallas, TX |
| Travel | 3/27/2015 | Prager, David | 17.16 | D. Prager -NYC Taxi - Taxi to office during a board call |
| Travel | 3/28/2015 | Prager, David | 13.65 | D. Prager - Uber - Taxi from hotel to dinner |
| Travel | 3/30/2015 | Praga, Deborah | 8.76 | D. Praga - Executive Owners - Taxi from Cravath to GA Office |
| Travel | 3/30/2015 | Prager, David | 16.56 | D. Prager - NYC Taxi - Working Late Taxi from GA Office to Home |
| Travel | 3/30/2015 | Prager, David | 12.36 | D. Prager - Yellow Cab - Working Late Taxi from GA Office to Home |
| Travel | 3/30/2015 | Prager, David | 21.36 | D. Prager - Downtown Taxi - Taxi from Cravath meeting |
| Travel | 3/31/2015 | Bhavaraju, Karthik | 121.77 | UTOG - Inv # 630692 - 350 5th Ave to Meadowbrooke Rd, Short Hills, NJ - Ref # 4556574 - K. Bhavaraju |
| Travel | 4/1/2015 | Bhavaraju, Karthik | 121.77 | UTOG - Inv # 630274 - 350 5th Ave to Short Hills, NJ - Ref # 4501768 - K. Bhavaraju |
| Travel | 4/1/2015 | Prager, David | 27.53 | D. Prager - Uber - Working Late Taxi from GA Office to Home |
| Travel | 4/14/2015 | Bhavaraju, Karthik | 118.18 | UTOG - Inv # 631917 - 350 5th Ave to Short Hills, NJ - Ref # 4603039 - K. Bhavaraju |
| Travel | 4/15/2015 | Bhavaraju, Karthik | 111.01 | UTOG - Inv # 631917 - 350 5th Ave to Short Hills, NJ - Ref # 4531086 - K. Bhavaraju |
| Travel | 4/21/2015 | Goldin, Harrison J. | 502.10 | H. Goldin - American Airlines - LGA to Dallas, TX - Departure Date: 4/29/15 - one way |
| Travel | 4/21/2015 | Goldin, Harrison J. | 168.10 | H. Goldin - Virgin American - Dallas, TX to LGA - Departure Date: 4/30/15 - one way |
| Travel | 5/2/2015 | Praga, Deborah | 6.12 | D. Praga - All Taxi Management - Working Weekend - Taxi to from GA Office to Home 50% of actual amount of $12.25 with AGFP |
| Travel | 5/6/2015 | Praga, Deborah | 18.36 | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 6/1/2015 | Praga, Deborah | 17.75 | D. Praga - NYC Taxi - Working Weekend - Taxi from Home to GA Office |
| Travel | 6/9/2015 | Praga, Deborah | 16.55 | D. Praga - NYC Taxi - Working Weekend - Taxi from Home to GA Office |
| Travel | 6/10/2015 | Praga, Deborah | 21.33 | D. Praga - Uber - Taxi to Cravath meeting with books |
| Travel | 6/10/2015 | Prager, David | 18.72 | D. Prager - Uber - Working Late - Taxi from GA Office to Home |
| Travel | 6/10/2015 | Prager, David | 31.00 | D. Prager - Uber - Working Late - Taxi from GA Office to Home |
| Travel | 6/20/2015 | Praga, Deborah | 17.76 | D. Praga - NYC Taxi - Working Weekend - Taxi from Home to GA Office |
| Travel | 6/20/2015 | Praga, Deborah | 15.96 | D. Praga - NYC Taxi - Working Weekend - Taxi from GA Office to Home |
| Travel | 6/22/2015 | Praga, Deborah | 23.15 | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 6/23/2015 | Praga, Deborah | 22.56 | D. Praga - Taxi Credit - Working Late - Taxi from GA Office to Home |
| Travel | 7/16/2015 | Prager, David | 17.16 | D. Prager - VTS Verifone - Working Late - Taxi from GA Office to Home |
| Travel | 7/16/2015 | Prager, David | 30.13 | D. Prager - Uber - Taxi during call with C. Cremens |
| Travel | 7/20/2015 | Prager, David | 16.56 | D. Prager - VTS Verifone - Working Late - Taxi from GA Office to Home |
| Travel | 7/27/2015 | Prager, David | 388.10 | D. Prager - Virgin American - LGA to DFW - Departure Date: 7/29/15 - one way |
| Travel | 7/27/2015 | Prager, David | 20.76 | D. Prager - Philadelphia Taxi - Taxi during call with C. Cremens |
| Travel | 7/27/2015 | Prager, David | 16.56 | D. Prager - VTS Verifone - Working Late - Taxi from GA Office to Home |
| Travel | 7/28/2015 | Prager, David | 672.10 | D. Prager - American Airlines - DFW to LGA - Departure Date: 7/29/15 - one way |
| Travel | 7/29/2015 | Prager, David | 47.89 | D. Prager - American Airlines - Seat Fee |
| Travel | 7/29/2015 | Prager, David | 33.00 | D. Prager - STB Cab - Taxi from DAL to Office |
| Travel | 7/29/2015 | Prager, David | 65.00 | D. Prager - Yellow Cab - Taxi to DFW |
| Travel | 7/29/2015 | Prager, David | 27.36 | D. Prager - VTS Verifone - Working Late - Taxi from GA Office to Home |
| Travel | 7/30/2015 | Prager, David | 20.16 | D. Prager - Philadelphia Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 7/30/2015 | Prager, David | 56.21 | D. Prager - VTS Verifone - Taxi from LGA |
| Travel | 8/7/2015 | Prager, David | 18.36 | D. Prager - VTS Verifone - Taxi from Home to GA Office - re: during conference call |
| Travel | 2/2/2016 | Praga, Deborah | 9.95 | D. Praga, Deborah - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 2/4/2016 | Praga, Deborah | 12.36 | D. Praga, Deborah - Boulevard Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 2/4/2016 | Praga, Deborah | 10.55 | D. Praga, Deborah - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 2/8/2016 | Praga, Deborah | 11.15 | D. Praga, Deborah - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 2/9/2016 | Bhavaraju, Karthik | 118.90 | Primetime - Inv # 505326 - Car from Office to Home - Ref # 505886 - K. Bhavaraju, Karthik |
| Travel | 2/9/2016 | Praga, Deborah | 10.56 | D. Praga, Deborah - All Taxi Management - Working Late - Taxi from GA Office to Home |
| Travel | 2/10/2016 | Bhavaraju, Karthik | 127.10 | Primetime - Inv # 505326 - Car from Office to Home - Ref # 485360 - K. Bhavaraju, Karthik |
| Travel | 2/12/2016 | Praga, David | 9.36 | D. Praga, David - Datar - Taxi to meeting at Kirkland |
| Travel | 2/12/2016 | Praga, David | 8.76 | D. Praga, David - United Mgmt - Taxi from meeting at Kirkland |
| Travel | 2/16/2016 | Praga, Deborah | 9.95 | D. Praga, Deborah - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 2/17/2016 | Praga, Deborah | 11.15 | D. Praga, Deborah - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 2/17/2016 | Praga, David | 19.56 | D. Praga, David - Midtown Operation - Working Late - Taxi GA Office to Home |
| Travel | 2/18/2016 | Praga, Deborah | 10.55 | D. Praga, Deborah - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 2/24/2016 | Bhavaraju, Karthik | 118.18 | PrimeTime - Inv # 505605 - Car from Office to Home - Ref # 508190 - K. Bhavaraju, Karthik |
| Travel | 2/25/2016 | Praga, David | 24.36 | D. Praga, David - Way2Ride - Taxi during board call |
| Travel | 2/26/2016 | Praga, Deborah | 12.25 | D. Praga, Deborah - S&R Medalion - Working Late - Taxi from GA Office to Home |
| Travel | 2/29/2016 | Praga, Deborah | 13.55 | D. Praga, Deborah - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 3/1/2016 | Praga, David | 15.96 | D. Praga, David - Mohammad Arshad - Working Late - Taxi from GA Office to Home |
| Travel | 3/3/2016 | Bhavaraju, Karthik | 141.45 | PrimeTime - Inv # 505739 - Car from Office to Home - Working Late - Ref # 511762- K. Bhavaraju, Karthik |
| Travel | 3/3/2016 | Bromberg, Brian | 30.70 | B. Bromberg, Brian - Uber - Working Late - Taxi from GA Office to Home |
| Travel | 3/4/2016 | Praga, David | 24.36 | D. Praga, David - Way2Ride - Working Late - Taxi from GA Office to Home |
| Travel | 4/13/2016 | Prager, David | 20.16 | D. Prager - Way2Ride - Taxi to meeting at Jenner |
| Travel | 4/14/2016 | Prager, David | 616.20 | D. Prager - Virgin America - LGA to DAL - Departure Date: 4/19/16 |
| Travel | 4/19/2016 | Prager, David | 44.81 | D. Prager - Philadelphia Taxi - Taxi from Home to LGA |
| Travel | 4/19/2016 | Prager, David | 45.41 | D. Prager - Philadelphia Taxi - Taxi from LGA to Home |
| Travel | 4/19/2016 | Prager, David | 28.80 | D. Prager - Demilew - Taxi from Office to DAL |
| Travel | 4/19/2016 | Prager, David | 32.00 | D. Prager - Olympic Enterprise - Taxi from DAL to Office |
| Travel | 4/26/2016 | Praga, Deborah | 9.99 | D. Praga - RMT Management - Working Late - Taxi from GA Office to Home |
| Travel | 4/26/2016 | Bhavaraju, Karthik | 115.08 | PrimeTime - Inv. # 506791 - Working Late - Car from Office to Home - Ref # 520412 - K. |
| Travel | 4/27/2016 | Praga, Deborah | 11.16 | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 4/28/2016 | Praga, Deborah | 12.96 | D. Praga - JTL Management - Working Late - Taxi from GA Office to Home |

| EXPENSE CATEGORY | DATE | NAME OF TIMEKEEPER WHO INCURRED | EXPENSE | EXPENSE DESCRIPTION |
|---|---|---|---|---|
| Travel | 5/2/2016 | Bhavaraju, Karthik | 118.15 | PrimeTime - Inv # 4592601 - Working Late - Car from Office to Home - Ref # 520204 - K. |
| Travel | 5/2/2016 | Praga, Deborah | 12.96 | D. Praga - RMT Management - Working Late - Taxi from GA Office to Home |
| Travel | 5/2/2016 | Prager, David | 502.10 | D. Prager -- American Airlines - DFW to LGA - Departure Date: 5/4/16 - one way |
| Travel | 5/2/2016 | Prager, David | 308.10 | D. Prager -- Virgin American - LGA to DAL - Departure Date: 5/3/16 - one way |
| Travel | 5/3/2016 | Prager, David | 43.01 | D. Prager - Way2 Ride Taxi -  Taxi from Home to :GA |
| Travel | 5/3/2016 | Prager, David | 30.00 | D. Prager - Yellow .com - taxi from airport to client |
| Travel | 5/4/2016 | Prager, David | 316.40 | D. Prager -- Westin Dallas - Travel Date: 5/3/16 |
| Travel | 5/4/2016 | Prager, David | 44.81 | D.Prager - Way2 Ride Taxi -  Taxi from GA Office to LGA |
| Travel | 5/4/2016 | Prager, David | 18.02 | D. Prager - Uber - Taxi from Office to Lunch |
| Travel | 5/4/2016 | Prager, David | 31.30 | D. Prager - Uber - Taxi from Lunch to Airport |
| Travel | 5/10/2016 | Prager, David | 22.56 | D. Prager  - Way2Ride -  Taxi while attending meeting by phone |
| Travel | 5/17/2016 | Praga, Deborah | 13.55 | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 5/18/2016 | Praga, Deborah | 9.96 | D. Praga - JTL Management - Working Late - Taxi from GA Office to Home |
| Travel | 5/18/2016 | Bhavaraju, Karthik | 115.08 | Bhavaraju |
| Travel | 5/19/2016 | Bhavaraju, Karthik | 122.31 | Bhavaraju |
| Travel | 5/21/2016 | Praga, Deborah | 5.88 | D. Praga - NYC Taxi - Working Weekend - Taxi from GA Office to Home  Partial amount of $11.75 |
| Travel | 6/1/2016 | Praga, Deborah | 12.35 | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 6/2/2016 | Praga, Deborah | 15.36 | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 6/3/2016 | Praga, Deborah | 12.96 | D. Praga - Maug Y. Mon - Working Late - Taxi from GA Office to Home |
| Travel | 6/5/2016 | Praga, Deborah | 18.35 | D. Praga - NYC Taxi - Working Weekend - Taxi from Home to  GA Office |
| Travel | 6/5/2016 | Praga, Deborah | 11.16 | D. Praga - S&R Medalion -  Working Weekend - Taxi from GA Office to Home |
| Travel | 6/6/2016 | Praga, Deborah | 8.75 | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 6/14/2016 | Praga, Deborah | 11.75 | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 6/22/2016 | Praga, Deborah | 12.35 | D. Praga - NYC Taxi - Working Late - Taxi from GA Office to Home |
| Travel | 12/9/2016 | Prager, David | 6.96 | D. Prager - Way2Ride - Taxi ride during board call |
| Travel | 6/30/2017 | Prager, David | 27.24 | D. Prager - Uber - Taxi to GA office during a conference call |
| Travel | 7/6/2017 | Bhavaraju, Karthik | 125.66 | 5110989 |
| Travel | 7/6/2017 | Harris, Jack | 10.49 | J. Harris - Uber - Working late - Taxi home from GA offices |
| Travel | 7/20/2017 | Prager, David | 30.96 | D. Prager - Creative Mobile - Taxi to GA Office during conference call |
| Travel | 8/11/2017 | Prager, David | 19.56 | D. Prager - 55 Stan - Taxi from deposition |
| Travel | 8/11/2017 | Prager, David | 13.63 | D. Prager - Uber - Taxi to deposition |
| Travel | 8/17/2017 | Prager, David | 20.76 | D. Prager - Working Late - Taxi from GA Office to Home |
| Travel | 1/23/2018 | Bhavaraju, Karthik | 112.03 | 5206613 |
| **Travel Total** | | | **18,279.04** | |
| **Grand Total** | | | **51,762.80** | |