IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline: May 14, 2018 at 4:00 p.m. ET** |

**SEVENTH MONTHLY FEE STATEMENT OF SHAW FISHMAN GLANTZ & TOWBIN LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2018 THROUGH MARCH 9, 2018**

| | |
|---|---|
| Name of Applicant: | Shaw Fishman Glantz & Towbin LLC |
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp., *et. al.* Debtors and Debtors in Possession |
| Date of Retention: | *Nunc Pro Tunc* to August 14, 2017[2] |
| Period for which compensation and reimbursement is sought: | March 1, 2017 through March 9, 2017 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $644.80 (80% of $806.00) |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $0.00 |

This is a(n):__X__Monthly _____ Interim _____ Final Fee Application. No prior application has been filed for this Fee Period (as defined herein).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] See Order Authorizing the Debtors to Retain and Employ Shaw Fishman Glantz & Towbin LLC as Special Delaware Counsel Effective *Nunc Pro Tunc* to August 14, 2017, entered on September 15, 2017 [D.I. 11914].

{12270-001 STA A0504796.DOCX}

Pursuant to sections 327, 330(a), and 331 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *Order Authorizing the Debtors to Retain and Employ Shaw Fishman Glantz & Towbin LLC as Special Delaware Counsel Effective Nunc Pro Tunc to August 14, 2017* [D.I. 11914] (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), and the *Stipulation and Order Appointing a Fee Committee* [D.I.1896] (the "Fee Committee Order"), the law firm of Shaw Fishman Glantz & Towbin LLC ("Shaw Fishman"), as Special Delaware Counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby files this monthly fee statement ("Monthly Fee Statement") for (i) the allowance of compensation for professional services performed by Shaw Fishman for the monthly application period from March 1, 2017 to March 9, 2017 (the "Fee Period") in the amount of $644.80 (80% of $806.00), and (ii) reimbursement of its actual and necessary expenses in the amount of $0.00 incurred during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

1. In support of this Monthly Fee Statement, attached are the following exhibits:

   - **Exhibit A** is a schedule of the number of hours expensed and fees incurred by Shaw Fishman members, associates and paraprofessionals during the Fee Period with respect to each of the subject matter categories Shaw Fishman established in accordance with its internal billing procedures. As reflected in Exhibit A, Shaw Fishman incurred $806.00 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, Shaw

Fishman seeks reimbursement for 80% of such fees, $644.80 in the aggregate.

- **Exhibit B** is a schedule providing certain information regarding the Shaw Fishman attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of Shaw Fishman have expended a total of 3.2 hours in connection with these chapter 11 cases during the Fee Period.

- **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Shaw Fishman is seeking reimbursement in this Monthly Fee Statement. All of these disbursements comprise the requested sum for Shaw Fishman's out-of-pocket expenses.

- **Exhibit D** is a detailed listing of expenses, by subject matter category, that Shaw Fishman incurred during the Fee Period in rendering professional services to the Debtors and their estates, for which Shaw Fishman seeks reimbursement.

## Proposed Payment Allocation

2.    During this Fee Period, all services for which Shaw Fishman requests compensation were performed on behalf of (a) Energy Future Holdings Corporation ("EFH Corp.") and (b) Energy Future Intermediate Holding Company LLC ("EFIH"). With respect to the allocation of fees and expenses contemplated by paragraph 2(b) of the Interim Compensation Order, Shaw Fishman proposes the allocation of the fees and expenses set forth herein equally between EFH Corp. and EFIH:

| Debtors | Time Allocation | Monthly Fee | | Expenses |
| | | Total Fees | 80% of Fees | |
|---|---|---|---|---|
| EFH Corp. | 50% | $403.00 | $322.40 | $0.00 |
| EFIH | 50% | $403.00 | $322.40 | $0.00 |
| **Total:** | **100%** | **$806.00** | **$644.80** | **$0.00** |

## Representations

3.  Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period. Shaw Fishman reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules, the Fee Committee Order, and the Interim Compensation Order.

WHEREFORE, Shaw Fishman requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $644.80 consisting of (a) $644.80, which is 80% of the fees incurred by the Debtors for reasonable and necessary professional services rendered by Shaw Fishman; and (b) $0.00 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated: April 23, 2018

**SHAW FISHMAN GLANTZ
& TOWBIN LLC**

*/s/ Thomas M. Horan*
Thomas M. Horan (Del. Bar No. 4641)
300 Delaware Ave., Suite 1370
Wilmington, DE 19801
Telephone: (302) 480-9412
E-mail: thoran@shawfishman.com

*Special Delaware Counsel to the Debtors and
Debtors in Possession*

{12270-001 STA A0504796.DOCX}                                4