# EXHIBIT A

### [Statement of Fees by Subject Matter]

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| Fee Applications/Shaw Fishman | 3.10 | $755.00 |
| General Investigation | 0.10 | $51.00 |
| **TOTAL** | **3.20** | **$806.00** |

{12270-001 STA A0504796.DOCX}