# EXHIBIT B

**[Attorney and Paraprofessional Information]**

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas M. Horan | Member | DE (2005) | Bankruptcy | $495.00 | 0.4 | $377.00 |
| Christina M. Sanfelippo | Associate | IL (2015) | Bankruptcy | $270.00 | 1.3 | $204.00 |
| Paris Y. Love | Paralegal | n/a | Bankruptcy | $145.00 | 1.5 | $225.00 |
| **TOTAL** | | | | | 3.2 | $806.00 |