# EXHIBIT C

**[Summary of Actual and Necessary Expenses for the Fee Period]**

No expenses were incurred during this Fee Period.

{12270-001 STA A0504796.DOCX}