## EXHIBIT D

**[Detailed Description of Expenses and Disbursements]**

No expenses were incurred during this Fee Period.

{12270-001 STA A0504796.DOCX}