IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors.[1] | ) (Jointly Administered) |

### AFFIDAVIT OF PARIS LOVE, LEGAL SECRETARY

STATE OF ILLINOIS     :
                                    :    SS:
COOK COUNTY         :

I, Paris Love, certify that on April 23, 2018, I caused a true and correct copy of the following document to be served via hand delivery and/or FedEx overnight delivery on the attached service list, and by CM/ECF on all parties registered to receive notices in this case:

- **SEVENTH MONTHLY FEE STATEMENT OF SHAW FISHMAN GLANTZ & TOWBIN LLC FOR ALLOWANCE OF AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FROM MARCH 1, 2018 THROUGH MARCH 9, 2018.**

Service was completed upon the parties on the attached list as indicated thereon.

Dated: April 23, 2018

_____
Paris Love

SWORN AND SUBSCRIBED before me this April 23, 2018.

Official Seal
Olha Rafalovsky
Notary Public State of Illinois
My Commission Expires 10/22/2018

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{12270-001 AFF A0490507.DOCX}

**Electronic Mail Notice List/Via ECF- Case No. 13-11452**

- Mark Charles 2009npfdEllenberg   mark.ellenberg@cwt.com, michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com
- Derek C. Abbott   dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
- Jacob A. Adlerstein   jadlerstein@paulweiss.com
- David G. Aelvoet   davida@publicans.com
- Omar J. Alaniz   omar.alaniz@bakerbotts.com
- William Mark Alleman   WAlleman@beneschlaw.com, lmolinaro@beneschlaw.com;docket@beneschlaw.com
- Elihu Ezekiel Allinson, III   ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
- Ashley Robert Altschuler   ashley.altschuler@dlapiper.com, ashley-altschuler-8647@ecf.pacerpro.com
- Arlene Rene Alves   alves@sewkis.com
- Desiree M. Amador   amador.desiree@pbgc.gov, efile@pbgc.gov
- Carla O. Andres   candres@gklaw.com, kboucher@gklaw.com;pbrellenthin@gklaw.com
- Jason Daniel Angelo   jda@stevenslee.com, com@stevenslee.com
- David B. Anthony   danthony@bergerharris.com
- Brian L. Arban   barban@hillerarban.com
- Bradley R. Aronstam   baronstam@ramllp.com, hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@filings.docketbird.com
- John R. Ashmead   ashmead@sewkis.com
- Alison R. Ashmore   aashmore@dykema.com
- Daniel K. Astin   dastin@ciardilaw.com, jmcmahon@ciardilaw.com
- Michael L. Atchley   matchley@popehardwicke.com
- Danielle M. Audette   , jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
- Danielle Marie Audette   daudette@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
- Allison R Axenrod   allison@claimsrecoveryllc.com, allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
- Aaron C Baker   acb@pgslaw.com
- Elizabeth Banda Calvo   rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
- Richard A. Barkasy   rbarkasy@schnader.com
- Joseph Charles Barsalona II   barsalona@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Ryan M. Bartley   bankfilings@ycst.com
- Ashley F. Bartram   ashley.bartram@oag.texas.gov
- Amy Baudler   amy@purduelaw.com, gpurdue@purduelaw.com;kim@purduelaw.com
- Christopher R. Belmonte   cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
- Ward W. Benson   wardlow.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov

- Camille C. Bent    CCB@stevenslee.com
- Karen C. Bifferato    kbifferato@connollygallagher.com
- L. John Bird    jbird@foxrothschild.com, idensmore@foxrothschild.com
- Monica S. Blacker    mblacker@jw.com, tsalter@jw.com;ldooley@jw.com
- Corby Davin Boldissar    dboldissar@lockelord.com
- G. Alexander Bongartz    alexbongartz@paulhastings.com
- Maria A. Bove    mbove@pszjlaw.com
- William Pierce Bowden    wbowden@ashby-geddes.com
- Nicholas J. Brannick    nbrannick@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
- Sean M. Brennecke    sbrennecke@klehr.com, state@klehr.com
- Kay Diebel Brock    bkecf@co.travis.tx.us
- Joshua K. Brody    jbrody@kramerlevin.com, adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com
- Charles J. Brown    cbrown@gsbblaw.com, dabernathy@archerlaw.com
- Matthew C. Brown    mbrown@whitecase.com
- Stuart M. Brown    stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
- Michael G. Busenkell    mbusenkell@gsbblaw.com
- Edwin Kevin Camson    camson@drumcapital.com
- Kevin M. Capuzzi    kcapuzzi@beneschlaw.com, docket@beneschlaw.com;lmolinaro@beneschlaw.com
- David W. Carickhoff    dcarickhoff@archerlaw.com, de20@ecfcbis.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- Christopher L. Carter    christopher.carter@morganlewis.com, julia.frost-davies@morganlewis.com
- Marc Stephen Casarino    casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
- Jon M. Chatalian    chatalian.jon@pbgc.gov, efile@pbgc.gov
- Mark S. Chehi    mchehi@skadden.com, debank@skadden.com
- Ana Chilingarishvili    ana.chilingarishvili@maslon.com
- William E. Chipman    chipman@chipmanbrown.com, dero@chipmanbrown.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Eboney Cobb    ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
- Howard A. Cohen    hcohen@gibbonslaw.com
- Kevin G. Collins    kevin.collins@btlaw.com, pgroff@btlaw.com;Kathy.lytle@btlaw.com
- Mark D. Collins    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Bernard George Conaway    bconaway@cohenseglias.com, bconaway@cohenseglias.com
- Traci L. Cotton    tcotton@utsystem.edu
- Scott D. Cousins    scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
- Jason D. Curry    jason.curry@quarles.com, sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
- Tobey M. Daluz    daluzt@ballardspahr.com, chiggesd@ballardspahr.com

- Johnna Darby   jdarby@shawfishman.com
- Eric Christopher Daucher   eric.daucher@nortonrosefulbright.com, howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonrosefulbright.com
- George Davis   gdavis@omm.com
- Christopher Michael De Lillo   delillo@rlf.com, rbgroup@rlf.com
- Michael D. DeBaecke   debaecke@blankrome.com
- Daniel J. DeFranceschi   RBGroup@rlf.com
- Daniel J. DeFranceschi   RBGroup@rlf.com
- Daniel J. DeFranceschi   rbgroup@rlf.com
- Daniel J. DeFranceschi   defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- David N. Deaconson   deaconson@pakislaw.com
- Andrew Dean   rbgroup@rlf.com, ann-jerominski-2390@ecf.pacerpro.com
- Michael David Debaecke   debaecke@blankrome.com, moody@ecf.inforuptcy.com
- John D. Demmy   jdd@stevenslee.com
- Daniel B. Denny   ddenny@gibsondunn.com
- Mark L. Desgrosseilliers   mark.desgrosseilliers@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
- Andrew Glenn Devore   andrew.devore@ropesgray.com
- Andrew Dietderich   dietdericha@sullcrom.com
- John P. Dillman   houston_bankruptcy@publicans.com
- Gregory T. Donilon   gdonilon@pwujlaw.com
- Jennifer V. Doran   jdoran@hinckleyallen.com, calirm@haslaw.com
- Amish R. Doshi   adoshi@magnozzikye.com
- Kevin C. Driscoll   Kevin.Driscoll@btlaw.com, donna.dotts@btlaw.com
- Thomas F. Driscoll   tdriscoll@tbf.legal, mdunwody@tbf.legal
- Dennis Dunne, Esq.   ddunne@millbank.com
- Justin K. Edelson   jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Jamie Lynne Edmonson   jledmonson@venable.com
- Andrew J. Ehrlich   aehrlich@paulweiss.com, mao_fednational@paulweiss.com
- Epiq Bankruptcy Solutions LLC   nmrodriguez@epiqsystems.com
- Michael P. Esser   michael.esser@kirkland.com
- Justin Cory Falgowski   jfalgowski@burr.com
- Brian E Farnan   bfarnan@farnanlaw.com, tfarnan@farnanlaw.com
- David Daniel Farrell   dfarrell@thompsoncoburn.com
- Erin R Fay   efay@bayardlaw.com, lmorton@bayardlaw.com
- Robert J. Feinstein   rfeinstein@pszjlaw.com
- Barry G. Felder   bgfelder@foley.com
- Mark E. Felger   mfelger@cozen.com, MBrickley@cozen.com;mmillis@cozen.com
- Travis J. Ferguson   ferguson@lrclaw.com, dellose@lrclaw.com;raucci@lrclaw.com
- Angela Ferrante   debra.wolther@gardencitygroup.com, PACERteam@gardencitygroup.com
- Jeffrey R. Fine   jfine@dykema.com, jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
- Benjamin Finestone   benjaminfinestone@quinnemanuel.com

- GianClaudio Finizio    gfinizio@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com
- Mark Andrew Fink    mfink@mmwr.com, ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
- Gregory Joseph Flasser    gflasser@bayardlaw.com
- Evan R. Fleck    EFleck@milbank.com, jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;bzucco@milbank.com;mprice@milbank.com;aleblanc@milbank.com;rnussbaum@milbank.com;nalmeida@milbank.com
- Daniel A. Fliman    dfliman@kasowitz.com
- Christopher Fong    cfong@nixonpeabody.com
- Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
- Simon E. Fraser    sfraser@cozen.com
- Gregg M. Galardi    gregg.galardi@ropesgray.com, William.McGee@ropesgray.com
- Garden City Group, LLC    PACERTeam@gardencitygroup.com
- Victoria D. Garry    vgarry@ag.state.oh.us
- Frances Gecker    fgecker@fgllp.com, csmith@fgllp.com
- Jason A. Gibson    gibson@teamrosner.com
- Peter M. Gilhuly    peter.gilhuly@lw.com, adam.malatesta@lw.com
- Steven A. Ginther    deecf@dor.mo.gov
- Neil B. Glassman    bankserve@bayardfirm.com, nglassman@bayardfirm.com
- Neil B. Glassman    bankserve@bayardfirm.com, nglassman@bayardfirm.com
- Neil B. Glassman    bankserve@bayardlaw.com, nglassman@bayardlaw.com;sbreckenridge@bayardlaw.com;sbreckenridge@bayardlaw.com;jalberto@bayardlaw.com;bankserve@bayardlaw.com
- Andrew K Glenn    aglenn@kasowitz.com
- Alessandra Glorioso    glorioso.alessandra@dorsey.com
- Bonnie R. Golub    bgolub@weirpartners.com
- L. Katherine Good    kgood@wtplaw.com
- L. Katherine Good    kgood@wtplaw.com, clano@wtplaw.com
- Lee B. Gordon    sonya.ragsdale@mvbalaw.com
- Anna Grace    Anna.E.Grace@usdoj.gov
- Joseph Grey    jgrey@crosslaw.com, smacdonald@crosslaw.com
- Kurt F. Gwynne    kgwynne@reedsmith.com, llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
- Kerry L. Haliburton    raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
- Ellen M. Halstead    ellen.halstead@cwt.com, joshua.arnold@cwt.com;nyecfnotice@cwt.com
- Lee Harrington    lharrington@nixonpeabody.com
- John G. Harris    jharris@bergerharris.com, mnicholls@bergerharris.com
- Andrea Stone Hartley    andrea.hartley@akerman.com
- Howard R. Hawkins, Jr.    howard.hawkins@cwt.com, nyecfnotice@cwt.com
- Christopher M Hayes    Christopher.hayes@kirkland.com
- Rebecca A. Hayes    rhayes@foley.com
- William A. Hazeltine    Bankruptcy001@sha-llc.com

- Mark F. Hebbeln    mhebbeln@foley.com, jsorrels@foley.com,opetukhova@foley.com
- Curtis A Hehn    curtishehn@comcast.net
- Reed A. Heiligman    rheiligman@fgllp.com, ccarpenter@fgllp.com
- Brian S. Hermann    jadlerstein@paulweiss.com;bhermann@paulweiss.com;mtattnall@paulweiss.com;abernstein@paulweiss.com;aehrlich@paulweiss.com;mturkel@paulweiss.com;kcairns@paulweiss.com;mcolarossi@paulweiss.com;gkroup@paulweiss.com
- R. Karl Hill    khill@svglaw.com, spappa@svglaw.com
- Adam Hiller    ahiller@hillerarban.com
- Brian W. Hockett    bhockett@thompsoncoburn.com
- Daniel K. Hogan    dkhogan@dkhogan.com, keharvey@dkhogan.com,gdurstein@dkhogan.com,lparalegal@dkhogan.com
- Thomas Ross Hooper    hooper@sewkis.com
- Jennifer R. Hoover    jhoover@beneschlaw.com, docket@beneschlaw.com;lmolinaro@beneschlaw.com
- Thomas M. Horan    thoran@shawfishman.com
- Jonathan L. Howell    jhowell@gpm-law.com
- James E. Huggett    jhuggett@margolisedelstein.com, nvangorder@margolisedelstein.com
- Patrick L. Hughes    patrick.hughes@haynesboone.com
- Chad J. Husnick    chusnick@kirkland.com
- Joseph H. Huston    jhh@stevenslee.com
- Kizzy Lyn Jarashow    kjarashow@goodwinprocter.com
- Dennis L. Jenkins    dennis.jenkins@wilmerhale.com
- Bernard Grover Johnson    bjohnson@fisherboyd.com
- Laura Davis Jones    ljones@pszjlaw.com, efile1@pszyjw.com
- Laura Davis Jones    ljones@pszjlaw.com
- Laura Davis Jones    ljones@pszjlaw.com
- Laura Davis Jones    ljones@pszjlaw.com, efile@pszyj.com
- Michael Joseph Joyce    mjoyce@oelegal.com
- Nick S. Kaluk    nskaluk@debevoise.com
- Stephen Karotkin    stephen.karotkin@weil.com, frank.grese@weil.com
- Ann M Kashishian    akashishian@gelaw.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
- Brian Lucian Kasprzak    bkasprzak@moodklaw.com, mike@lscd.com
- Albert Kass    ECFpleadings@kccllc.com, ecfpleadings@kccllc.com
- Shanti M. Katona    skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Susan E. Kaufman    skaufman@skaufmanlaw.com
- Peter J. Keane    pkeane@pszjlaw.com
- William E Kelleher    wkelleher@cohenlaw.com, mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
- Humayun Khalid    hkhalid@cgsh.com, maofiling@cgsh.com
- John C. Kilgannon    jck@stevenslee.com, jck@stevenslee.com
- David M. Klauder    dklauder@bk-legal.com
- Barry M. Klayman    bklayman@cozen.com
- Julia B. Klein    klein@teamrosner.com
- Julia Bettina Klein    klein@kleinllc.com

- Barry Kleiner   dkleiner@kkwc.com
- Mark D. Kotwick   kotwick@sewkis.com
- Mark D. Kotwick   KOTWICK@SEWKIS.COM
- Alexa Kranzley   kranzleya@sullcrom.com
- Stacey Kremling   stacey@womaclaw.com
- Ari David Kunofsky   ari.d.kunofsky@usdoj.gov, eastern.taxcivil@usdoj.gov
- Kurtzman Carson Consultants LLC   info@kccllc.com
- Meredith A. Lahaie   mlahaie@akingump.com
- Adam G. Landis   landis@lrclaw.com, raucci@lrclaw.com;panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com
- Kimberly Ellen Connolly Lawson   klawson@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com
- Vincent E. Lazar   vlazar@jenner.com
- Raymond H. Lemisch   rlemisch@klehr.com
- Stephen D Lerner   stephen.lerner@squirepb.com, sarah.conley@squirepb.com
- David Edward Leta   dleta@swlaw.com, wkalawaia@swlaw.com
- Jason M. Liberi   jason.liberi@skadden.com, christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
- Kevin M Lippman   klippman@munsch.com, lpannier@munsch.com
- Donald K. Ludman   dludman@brownconnery.com
- Jason M. Madron   madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Jason M. Madron   madron@rlf.com, rbgroup@rlf.com
- Jason M. Madron   madron@rlf.com, rbgroup@rlf.com
- Jason M. Madron   madron@rlf.com, rbgroup@rlf.com
- Andrew L Magaziner   bankfilings@ycst.com
- Robert K. Malone   robert.malone@dbr.com, andrew.groesch@dbr.com
- Kevin J. Mangan   kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
- Jennifer Marines   JMarines@mofo.com
- Lorenzo Marinuzzi   LMarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com
- D. Ross Martin   rmartin@ropesgray.com
- Katharine L. Mayer   kmayer@mccarter.com
- Chantelle D'nae McClamb   mcclambc@ballardspahr.com
- Garvan F. McDaniel   gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;karen@dkhogan.com;mrust@dkhogan.com
- Matthew B. McGuire   , raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
- Matthew B. McGuire   mcguire@lrclaw.com, raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com
- Lisa Cresci McLaughlin   mmo@pgmhlaw.com
- Joseph J. McMahon   jmcmahon@ciardilaw.com, mflores@ciardilaw.com
- Michelle McMahon   michelle.mcmahon@bryancave.com, dortiz@bryancave.com
- R. Stephen McNeill   bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
- John P. Melko   jmelko@gardere.com, mriordan@gardere.com;ggattis@gardere.com;rdiep@gardere.com

- Lino Mendiola   linomendiola@andrewskurth.com
- Rachel B. Mersky   rmersky@monlaw.com
- Nicole D. Mignone   nicole.mignone@texasattorneygeneral.gove
- James Halstead Millar   james.millar@dbr.com, Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
- Brett H. Miller   BMiller@mofo.com, brett-miller-1388@ecf.pacerpro.com
- Evan T. Miller   emiller@bayardlaw.com, lmorton@bayardlaw.com
- Kathleen M. Miller   kmiller@skjlaw.com, llb@skjlaw.com
- Stephen M. Miller   smiller@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Mark Minuti   mark.minuti@saul.com, robyn.warren@saul.com;ecf-9d8e07160ff2@ecf.pacerpro.com
- Thomas J. Moloney   tmoloney@cgsh.com
- Francis A. Monaco   fmonaco@gsbblaw.com, frankmonacojr@gmail.com
- Pauline K. Morgan   bankfilings@ycst.com
- Hal F. Morris   hal.morris@oag.texas.gov
- John A. Morris   jmorris@pszjlaw.com
- Adam Scott Moskowitz   asmcapital@aol.com
- Christopher B. Mosley   Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov
- Tina Niehold Moss   tmoss@perkinscoie.com, nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
- Samuel Lee Moultrie   smoultrie@wlblaw.com
- Nicholas D. Mozal   nmozal@ramllp.com
- Lucian Borders Murley   luke.murley@saul.com, robyn.warren@saul.com
- Kathleen A. Murphy   kathleen.murphy@bipc.com, annette.dye@bipc.com
- David Neier   dneier@winston.com, dcunsolo@winston.com
- Joanna Flynn Newdeck   jnewdeck@akingump.com, ddunn@akingump.com
- Stacy L. Newman   snewman@ashby-geddes.com
- Daniel A. O'Brien   daobrien@venable.com
- Sean A. O'Neal   soneal@cgsh.com, maofiling@cgsh.com;afee@cgsh.com
- Rachel Obaldo   bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
- Mark D. Olivere   olivere@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
- Michael A. Paskin   mpaskin@cravath.com
- James Michael Peck   jpeck@mofo.com
- Norman L. Pernick   npernick@coleschotz.com, pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
- Lars A. Peterson   lapeterson@foley.com
- Marc J. Phillips   mphillips@mgmlaw.com
- Patricia Williams Prewitt   pwp@pattiprewittlaw.com
- David P. Primack   dprimack@mdmc-law.com, sshidner@mdmc-law.com;smullen@mdmc-law.com
- Gerrit M. Pronske   gpronske@pgkpc.com
- Natalie D. Ramsey   nramsey@mmwr.com, ECFdocuments@pacerpro.com
- Evan Rassman   evan.rassman@kutakrock.com
- Wendy B. Reilly   wbreilly@debevoise.com, mao-bk-ecf@debevoise.com

- Andrew R. Remming    aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
- Erica J. Richards    erichards@mofo.com, erica-richards-1053@ecf.pacerpro.com
- Rachel Ringer    rringer@kramerlevin.com, AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;GFrenzel@kramerlevin.com;dbraun@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com
- Colin R. Robinson    crobinson@pszjlaw.com, efile1@pszjlaw.com
- William A. Romanowicz    rbgroup@rlf.com
- Todd Jeffrey Rosen    todd.rosen@mto.com
- Mark F. Rosenberg    rosenbergm@sullcrom.com
- David S. Rosner    courtnotices@kasowitz.com
- Frederick B. Rosner    rosner@teamrosner.com
- Bruce J. Ruzinsky    bruzinsky@jw.com, mcavenaugh@jw.com
- Jeremy William Ryan    jryan@potteranderson.com, bankruptcy@potteranderson.com
- Jeffrey S. Sabin    JSSabin@Venable.com
- Chester B. Salomon    csalomon@beckerglynn.com, saltreuter@beckerglynn.com;hhill@beckerglynn.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- Edward O. Sassower    steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;michael.esser@kirkland.com;natasha.hwangpo@kirkland.com;patrick.venter@kirkland.com;mcclain.thompson@kirkland.com
- Maria Aprile Sawczuk    marias@restructuringshop.com, marias@ecf.courtdrive.com
- Gilbert R. Saydah    KDWBankruptcyDepartment@kelleydrye.com
- Brian Schartz    bschartz@kirkland.com
- Richard L. Schepacarter    richard.schepacarter@usdoj.gov
- Todd Charles Schiltz    todd.schiltz@dbr.com, cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
- Benjamin J. Schladweiler    bschladweiler@ramllp.com, jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.com;8289576420@filings.docketbird.com
- Jeffrey M. Schlerf    jschlerf@foxrothschild.com
- Jeffrey M. Schlerf    jschlerf@foxrothschild.com
- Jeffrey M. Schlerf    jschlerf@foxrothschild.com, idensmore@foxrothschild.com
- Erik Schneider    eschneider@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
- Andrea Beth Schwartz    andrea.b.schwartz@usdoj.gov
- John M. Seaman    seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com
- Joshua Powers Searcy    joshsearcy@jrsearcylaw.com
- Gary F. Seitz    gseitz@gsbblaw.com
- Tyler D. Semmelman    semmelman@rlf.com, rbgroup@rlf.com
- Tyler D. Semmelman    semmelman@rlf.com, rbgroup@rlf.com
- Tyler D. Semmelman    semmelman@rlf.com, rbgroup@rlf.com
- Tyler D. Semmelman    semmelman@rlf.com, rbgroup@rlf.com
- Tyler D. Semmelman    semmelman@rlf.com, rbgroup@rlf.com
- Karen Beth Shaer    PACERTeam@gardencitygroup.com
- Daniel S. Shamah    dshamah@omm.com

- Zachary I Shapiro    shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Jennifer R Sharret    jsharret@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com;MWasson@kramerlevin.com
- Lara E. Shipkovitz    lshipkovitz@tuckerlaw.com
- J Jackson Shrum    jshrum@jshrumlaw.com
- Laurie Selber Silverstein    bankruptcy@potteranderson.com
- Christopher Page Simon    csimon@crosslaw.com, smacdonald@crosslaw.com
- Ellen Slights    usade.ecfbankruptcy@usdoj.gov
- Daniel Stephen Smith    dan.smith2@usdoj.gov, efile_ees.enrd@usdoj.gov
- Owen M. Sonik    osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com
- Katherine Stadler    kstadler@gklaw.com, kboucher@gklaw.com;pbrellenthin@gklaw.com
- Stephen C. Stapleton    sstapleton@cowlesthompson.com
- Jason A. Starks    bk-jstarks@oag.texas.gov, sherri.simpson@oag.texas.gov
- Gregory M. Starner    ,    jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.bartlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.com
- Gregory Michael Starner    gstarner@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.bartlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.com
- Cory P. Stephenson    cstephenson@bk-legal.com
- John Mark Stern    john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov
- Benjamin Stewart    bstewart@baileybrauer.com
- J. Kate Stickles    kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
- J. Kate Stickles    kstickles@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
- Sabrina L. Streusand    streusand@slollp.com, prentice@slollp.com
- John H. Strock    jstrock@foxrothschild.com, dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
- Aaron H. Stulman    astulman@wtplaw.com, clano@wtplaw.com
- Joshua Y. Sturm    joshua.strum@ropesgray.com
- William D. Sullivan    wdsecfnotices@sha-llc.com
- Matthew G. Summers    summersm@ballardspahr.com, chiggesd@ballardspahr.com
- Theodore J. Tacconelli    ttacconelli@ferryjoseph.com
- Stanley B. Tarr    tarr@blankrome.com, moody@ecf.inforuptcy.com
- Gregory A. Taylor    gtaylor@ashby-geddes.com
- William F. Taylor    bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- Brian Tong    brian.tong@srz.com
- Matthew J. Troy    matthew.troy@usdoj.gov
- U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
- U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
- Warren A. Usatine    wusatine@coleschotz.com, kkarstetter@coleschotz.com

- Jarrett Vine   jvine@polsinelli.com,
  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Christopher A. Ward   cward@polsinelli.com,
  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Gregory M. Weinstein   gweinstein@weinrad.com,
  mbowers@weinrad.com;wphillips@weinrad.com
- William P. Weintraub   wweintraub@goodwinproctor.com, zhassoun@fklaw.com
- Helen Elizabeth Weller   dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com
- Duane David Werb   maustria@werbsullivan.com;riorii@werbsullivan.com
- Erin A. West   ewest@gklaw.com,
  kboucher@gklaw.com;mfuller@gklaw.com;pbrellenthin@gklaw.com
- Clark T. Whitmore   clark.whitmore@maslon.com
- Stephanie Wickouski   stephanie.wickouski@bryancave.com, dortiz@bryancave.com
- Jeffrey C. Wisler   jwisler@connollygallagher.com
- Keith Howard Wofford   keith.wofford@ropesgray.com, keith.wofford@ropesgray.com
- Davis Lee Wright   dwright@mmwr.com, keith-mangan-mmwr-1628@ecf.pacerpro.com
- Joseph D. Wright   wright@lrclaw.com,
  dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
- James S. Yoder   yoderj@whiteandwilliams.com
- Peter Jonathon Young   pyoung@proskauer.com
- Lindsay Zahradka   lzahradka@akingump.com

**Manual Notice List/Via Hand and/or FedEx Overnight Delivery**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case.

Andrew M. Wright and Cecily Gooch
1601 Bryan Street, 43rd Floor
Dallas, TX, 75201

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn: Brian E. Schartz

Attn: Chad Husnick
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Attn: Daniel DeFranceschi and Jason Madron
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

Richard L. Schepacarter
Roberta A. DeAngelis
The United States Trustee for Region 3
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE 19801

Attn: Andrea B. Schwartz
U.S. Department of Justice
Office of the U.S. Trustee
U.S. Federal Building
201 Varick Street, Room 1006
New York, NY 10014

Attn: Ned Schodek and Fredric Sosnick
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Attn: Evan Fleck and Matthew Brod
Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Attn: Lorenzo Marinuzzi and Jennifer Marines
Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019

Attn: Katherine Stadler
Godfrey & Kahn, S.C.
One East Main Street
Madison, WI 53703

{12270-001 AFF A0490507.DOCX}