**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUMMARY COVER SHEET TO THE ELEVENTH INTERIM APPLICATION OF
PROSKAUER ROSE LLP, COUNSEL FOR DEBTOR ENERGY FUTURE
HOLDINGS CORP., FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
FROM JANUARY 1, 2018 THROUGH MARCH 9, 2018**

In accordance with the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Proskauer Rose LLP ("Proskauer"), counsel for Energy Future Holdings Corp. (the "Debtor"), submits this summary (this "Summary") of fees and expenses sought as actual, reasonable and necessary in the eleventh interim fee application to which this Summary is attached (the "Fee Application") for the period January 1, 2018 through March 9, 2018 (the "Fee Period").

Proskauer submits the Fee Application as an interim fee application in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [ECF No. 2066] (the "Interim Compensation Order") and the *Stipulation and Order Appointing a Fee Committee* [ECF No. 1896].

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## General Information

| | |
|---|---|
| Name of Applicant: | Proskauer Rose LLP |
| Authorized to Provide Services to: | Energy Future Holdings Corp. |
| Petition Date: | April 29, 2014 |
| Date of Order Authorizing the Debtor to Retain Proskauer: | Retention order entered on January 13, 2015 (effective as of November 19, 2014) [ECF No. 3281] |

## Summary of Fees and Expenses Sought in the Fee Application

| | |
|---|---|
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | January 1, 2018 through March 9, 2018 |
| Voluntary Expense Reduction in this Fee Period: | Reduced expenses by $587.57[1] |
| Amount of Compensation Sought as Actual, Reasonable and Necessary for the Fee Period: | $530,274.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary for the Fee Period: | $4,607.81 |
| Total Compensation and Expense Reimbursement Requested for the Fee Period: | $534,881.81 |

## Rate Increases Applicable to the Fee Period

| | |
|---|---|
| Total Amount of Compensation Sought for the Fee Period, Calculated Using Rates as of the Date of Retention | $444,595.00 |

## Summary of Past Requests for Compensation and Prior Payments[2]

| | |
|---|---|
| Total Amount of Compensation Previously Requested Pursuant to the Interim Compensation Order to Date: | $24,015,075.25 |

---

[1]  Proskauer voluntarily reduced its expenses by this amount and consequently does not seek payment of such expenses in this Fee Application.

[2]  Amounts reflect compensation and expenses sought and, as applicable, paid in accordance with the Interim Compensation Order in connection with Proskauer's previously-filed monthly fee statements.

Total Amount of Expense Reimbursement
Previously Requested Pursuant to the Interim
Compensation Order to Date:                          $524,708.83

Total Compensation Approved Pursuant to
the Interim Compensation Order to Date:              $20,386,682.24

Total Amount of Expense Reimbursement
Approved Pursuant to the Interim
Compensation Order to Date:                          $503,291.01

Total Allowed Compensation Paid to Date:             $20,386,682.24

Total Allowed Expenses Paid to Date:                 $503,291.01

Compensation Sought in this Fee Application
Already Paid Pursuant to the Interim
Compensation Order But Not Yet Allowed:              $0.00

Expenses Sought in this Fee Application
Already Paid Pursuant to the Interim
Compensation Order But Not Yet Allowed:              $0.00

Dated:  April 23, 2018                               **PROSKAUER ROSE LLP**
      Los Angeles, California


*/s/ Peter J. Young*
Peter J. Young (admitted *pro hac vice*)
2049 Century Park East
32nd Floor
Los Angeles, CA 90067-3206
Telephone:  (310) 557-2900
Facsimile:  (310) 557-2193

and

Jeff J. Marwil (admitted *pro hac vice*)
Mark K. Thomas (admitted *pro hac vice*)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL  60602-4342
Telephone:  (312) 962-3550
Facsimile:  (312) 962-3551

*Counsel for Energy Future Holdings Corp.*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ELEVENTH INTERIM APPLICATION OF PROSKAUER ROSE LLP, COUNSEL
FOR DEBTOR ENERGY FUTURE HOLDINGS CORP., FOR COMPENSATION
FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
INCURRED FROM JANUARY 1, 2018 THROUGH MARCH 9, 2018**

Proskauer Rose LLP ("Proskauer"), counsel for Energy Future Holdings Corp. ("EFH Corp."), hereby submits this application (the "Fee Application"), pursuant to sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), rules 2016-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* dated September 16, 2014 [ECF No. 2066] (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* dated August 21, 2014 [ECF No. 1896] (the "Fee Committee Order") and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 for Attorneys in Large Chapter 11 Cases, effective November 1, 2013 (the "UST Guidelines"), for the allowance and award of compensation for professional services provided in the amount of $530,274.00 and reimbursement of actual and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

necessary expenses in the amount of $4,607.81 that Proskauer incurred during the period commencing January 1, 2018 through and including March 9, 2018 (the "<u>Fee Period</u>").   In support of the Fee Application, Proskauer submits the declaration of Peter J. Young, which is attached hereto as **<u>Exhibit A</u>** and incorporated herein by reference.  In further support of this Fee Application, Proskauer respectfully represents as follows:

### Jurisdiction

1.      The Court has jurisdiction over the Fee Application pursuant to 28 U.S.C. §§ 157 and 1334.

2.      This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

3.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The bases for the relief requested herein are sections 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rules 2016-1 and 2016-2, the Interim Compensation Order, the Fee Committee Order and the UST Guidelines.

### Factual Background of EFH Corp.'s Chapter 11 Case

5.      On April 29, 2014, EFH Corp. and each of its above-captioned debtor and debtor-in-possession affiliates (collectively, the "<u>Debtors</u>") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Office of the United States Trustee for the District of Delaware (the "<u>U.S. Trustee</u>") formed an official committee of unsecured creditors representing the interests of EFH Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance, Inc. and EECI, Inc. (the "<u>EFH Creditors' Committee</u>") on October 27, 2014 [ECF No. 2570]. Further information regarding the Debtors' business operations and capital structure is set forth in the declaration [ECF No. 98] of Paul Keglevic in support of the Debtors' first day motions.

6.      On August 21, 2014, the Court entered the Fee Committee Order, which appointed a fee committee (the "<u>Fee Committee</u>") to, among other things, review and report as

appropriate on all interim and final fee applications filed by professionals retained under sections 105, 327, 363 or 1103 of the Bankruptcy Code, in accordance with sections 328, 330 and 331 of the Bankruptcy Code and the Interim Compensation Order.

7.       On September 16, 2014, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all retained professionals in these chapter 11 cases.

**Procedural Background for the Fee Application**

**A.       EFH Corp.'s Retention of Proskauer**

8.       EFH Corp. sought approval of this Court to retain Proskauer as counsel, pursuant to sections 327(a) and 330 of the Bankruptcy Code, by application filed on December 16, 2014 [ECF No. 3037] (the "Proskauer Retention Application").   As set forth in the Proskauer Retention Application and Proskauer's engagement letter, EFH Corp. engaged Proskauer to advise and represent EFH Corp. in connection with Conflict Matters (used herein as such term is defined in and pursuant to the authority delegated to EFH Corp.'s disinterested directors pursuant to resolutions of EFH Corp.'s board of directors) and in determining whether a matter constitutes a Conflict Matter, reporting to and at the direction of EFH Corp.'s disinterested directors. Proskauer's retention was approved by this Court by order dated January 13, 2015 [ECF No. 3281] (the "Retention Order"), effective *nunc pro tunc* to November 19, 2014.

9.       The Retention Order authorizes EFH Corp. to compensate Proskauer at Proskauer's hourly rates charged for services of this type and to reimburse Proskauer for Proskauer's actual and necessary out-of-pocket expenses incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the Interim Compensation Order, the Fee Committee Order and the UST Guidelines.

3

**B.     Disinterestedness of Proskauer**

10.     To the best of Proskauer's knowledge and as disclosed in the *Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [ECF No. 3037, Exhibit C] (the "Initial Retention Declaration"), the *Supplemental Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [ECF No. 3128] (the "Supplemental Retention Declaration"), the *Second Supplemental Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [ECF No. 3200] (the "Second Supplemental Retention Declaration") and the *Third Supplemental Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [ECF No. 3917] (the "Third Supplemental Retention Declaration" and, collectively with the Initial Retention Declaration, the Supplemental Retention Declaration and the Second Supplemental Retention Declaration, the "Retention Declarations"), Proskauer is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and does not hold or represent an interest adverse to EFH Corp.'s estate, as required by section 327(a) of the Bankruptcy Code, and Proskauer's attorneys do not hold or represent any interest adverse to EFH Corp. or its

4

estate, except as otherwise specified in the Retention Declarations.

11.     Proskauer might have in the past represented, might currently represent, and may in the future represent parties in interest in this case in connection with matters unrelated to EFH Corp. or its chapter 11 case.  In the Retention Declarations, Proskauer disclosed its connections to parties in interest in EFH Corp.'s case that it has been able to ascertain using reasonable efforts.  Proskauer will update such disclosures, as appropriate, if Proskauer becomes aware of relevant and material new information.

12.     Proskauer performed the services for which it is seeking compensation on behalf of EFH Corp. and its estate and not on behalf of any committee, creditor or other entity.

13.     Proskauer has not received payment or promise of payment from any source other than EFH Corp. for services provided or to be provided in any capacity whatsoever in connection with EFH Corp.'s case.

14.     Proskauer does not share fees with any attorneys except to the extent permitted by section 504 of the Bankruptcy Code.

**C.     Summary of Compliance with Interim Compensation Order and Fee Committee Order**

15.     This Fee Application has been prepared in accordance with the Interim Compensation Order and the Fee Committee Order.

16.     Proskauer seeks interim compensation for professional services rendered to EFH Corp. during the Fee Period in the amount of $530,274.00 and reimbursement of actual and necessary expenses incurred in connection with providing such services in the amount of $4,607.81.  During the Fee Period, Proskauer attorneys and paraprofessionals expended a total of 471.2 hours for which compensation is requested.

17.     Proskauer has submitted monthly fee statements for the following periods:

5

January 1, 2018 to January 31, 2018 [ECF No. 12791] (the "January Monthly Fee Statement");

February 1, 2018 to February 28, 2018 [ECF No. 12914] (the "February Monthly Fee

Statement"); and March 1, 2018 to March 9, 2018 [ECF No. 12918] (the "March Monthly Fee

Statement" and, collectively with the January Monthly Fee Statement and the February Monthly

Fee Statement, the "Monthly Fee Statements").  Each of the Monthly Fee Statements sought

payment for each month of (a) eighty percent (80%) of the fees incurred by EFH Corp. for

reasonable and necessary professional services rendered by Proskauer and (b) one hundred

percent (100%) of the actual and necessary costs and expenses incurred by Proskauer in

connection with the services provided to EFH Corp. for each month.  Proskauer has not received

any payments under the Interim Compensation Order and the Fee Committee Order during the

Fee Period for the Monthly Fee Statements.

## Relief Requested

18.     By this Fee Application, Proskauer respectfully requests that the Court approve

the interim allowance and award of compensation for professional services rendered by

Proskauer, as counsel for EFH Corp., during the Fee Period of $530,274.00, representing 471.2

hours in professional and paraprofessional time for such services and reimbursement of actual

and necessary expenses incurred by Proskauer during the Fee Period of $4,607.81.  Proskauer

seeks the interim allowance of such fees and expenses, as well as this Court's authorization for

payment of such amounts by EFH Corp., less any amounts paid to Proskauer prior to the hearing

on this Fee Application pursuant to the Monthly Fee Statements and in accordance with the

terms of the Interim Compensation Order.

## Summary of Professional Compensation and Reimbursement of Expenses Requested

19.     Proskauer's hourly rates are set at a level designed to compensate Proskauer fairly

for the work of its attorneys and paraprofessionals.  Proskauer's fees for this Fee Period are in

accordance with the agreed-upon terms set forth in the Proskauer Retention Application and, as disclosed in the *Sixth Supplemental Declaration of Jeff J. Marwil in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of Proskauer Rose LLP as Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to November 19, 2014* [ECF No. 12307] (the "Sixth Supplemental Declaration"), reflect Proskauer's client-wide rate increase effective November 1, 2017.   Proskauer's fees for the services rendered are reasonable given the complexity of the matters attendant to this case and the level of expertise required to best serve EFH Corp.  In particular, the depth and complexity of the issues involved in EFH Corp.'s chapter 11 case, and the sophistication and breadth of expertise necessary to successfully advise EFH Corp. on such issues, is best served by employing counsel with Proskauer's sophistication in handling large matters for corporations and its expertise in, among other areas, restructuring, litigation, and tax.  The hourly rates charged by Proskauer professionals and paraprofessionals during the Fee Period covered by this Fee Application are no greater than the customary hourly rates for such services provided both inside and outside of bankruptcy cases.   Moreover, Proskauer believes that its fees are comparable to the fees charged by other highly-skilled practitioners experienced in advising clients with sizeable operations in and outside of chapter 11.   Attached hereto as **Exhibit B** is a summary of the blended hourly rates for Proskauer attorneys and paraprofessionals who billed to non-bankruptcy matters and the blended hourly rates for attorneys and paraprofessionals who billed to EFH Corp.'s chapter 11 case during the Fee Period.

20.     All services for which compensation is requested by Proskauer in this Fee Application were performed for or on behalf of EFH Corp.  Except as described in the Fee Application, Proskauer has not received payment from any source for services rendered in

7

connection with EFH Corp.'s bankruptcy proceeding and Proskauer does not have an agreement to share compensation received for services rendered except as in accordance with the Bankruptcy Code.

21.     In the ordinary course of Proskauer's practice, Proskauer maintains records of the time expended to render the professional services required by EFH Corp.  For the convenience of the Court and all parties in interest, attached hereto as **Exhibit C** is a summary of fees incurred and hours expended during the Fee Period, setting forth the following information:

- the name of each attorney and paraprofessional for whose work on EFH Corp.'s chapter 11 case compensation is sought;

- each attorney's year of bar admission and area of practice concentration;

- the aggregate time expended and fees billed by each attorney and each paraprofessional during the Fee Period;

- the hourly billing rate for each attorney and each paraprofessional at Proskauer's current billing rate for these matters; and

- a calculation of total compensation requested using the rates disclosed in the Proskauer Retention Application.

22.     Furthermore, in the ordinary course of Proskauer's practice, Proskauer maintains a record of expenses incurred in rendering professional services for EFH Corp. and for which reimbursement is sought.  Proskauer currently charges $0.15 per page for standard duplication in its offices in the United States.  Notwithstanding the foregoing and consistent with the Local Bankruptcy Rules, Proskauer charged no more than $0.10 per page for standard duplication services.  Proskauer's expense reimbursement request complies with the caps established by the Fee Committee.

23.     For the convenience of the Court and all parties in interest, attached hereto as **Exhibit D** is a summary of the total amount of reimbursement sought with respect to each category of expenses for which Proskauer is seeking reimbursement for the Fee Period.

8

**Proposed Payment Allocation**

24.     Pursuant to paragraph 4 of the Retention Order, absent an order of the Court, the fees and expenses incurred by Proskauer are paid by EFH Corp.  As such, no allocation pursuant to paragraph 2(b) of the Interim Compensation Order is applicable.

**Summary of Professional Services Rendered**

25.     During the Fee Period, Proskauer provided necessary professional services to EFH Corp. with respect to Conflict Matters.  These services were necessary to address a variety of critical issues both unique to EFH Corp. in its chapter 11 case and typically faced by large corporate debtors in similar cases of this magnitude.

26.     Proskauer has structured its time records using its internal system of matter numbers.  A schedule setting forth a description of the matter numbers utilized in EFH Corp.'s chapter 11 case, the number of hours expended by Proskauer partners, associates and paraprofessionals by matter and the aggregate fees associated with each matter number is attached hereto as **Exhibit E**.  Attached hereto as **Exhibit F** is Proskauer's budget and staffing plan for this Fee Period, and attached hereto as **Exhibit G** is a comparison of hours and fees budgeted for each matter category against the hours and fees for which Proskauer seeks compensation during the Fee Period.  In addition, Proskauer's computerized records of time expended providing professional services to EFH Corp. are attached hereto as **Exhibit H** and Proskauer's records of expenses incurred during the Fee Period in rendering professional services to EFH Corp. are attached hereto as **Exhibit I**.

27.     Proskauer utilized three primary practice groups in rendering services to EFH Corp.: tax, litigation and bankruptcy.  Due to the nature of Proskauer's engagement (and that many Conflict Matters or potential Conflict Matters are interdisciplinary), a discrete task assigned to one practice group or one Proskauer attorney could impact the overall strategy for

9

EFH Corp.'s chapter 11 case.  Thus, Proskauer conducted periodic meetings among its attorneys, both within and across practice groups, to assist Proskauer's professionals in understanding the impact of their individual tasks on EFH Corp.'s overall restructuring goals.  Additionally, it often was necessary to have multiple attorneys attend meetings or conference calls due to any particular attorney's knowledge of a specific matter to be addressed during such meeting or call.  In all instances where multiple attendees were present for a meeting or a conference call, Proskauer took efforts to involve only those attorneys whose presence were deemed necessary due to such attorneys' specific work on, or knowledge regarding, a specific matter.

28.    The following descriptions provide a summary of the primary services rendered by Proskauer during the Fee Period with respect to each matter number.  Given the scope of the work performed, these summaries do not cover all work performed but instead highlight the major areas of work.

**A.    Case Administration – Matter Number 001**

*Total Fees: $2,367.50; Total Hours: 3.0*

29.    This category includes time spent by Proskauer on a variety of tasks that were necessary to ensure the efficient and smooth rendition of legal services relating to EFH Corp.'s chapter 11 case in connection with Conflict Matters and in determining whether matters constitute Conflict Matters.  Specifically, Proskauer spent time reviewing, analyzing and preparing documents in advance of court hearings.

**B.    EFH Business Operations – Matter Number 003**

*Total Fees: $1,350.00; Total Hours: 1.2*

30.    This category includes time spent by Proskauer reviewing matters involving EFH Corp.'s business operations, including reviewing and analyzing EFH Corp.'s operating reports with respect to EFH Corp. cash for distribution to EFH Corp.'s creditors following its emergence

from chapter 11.

**C.      EFH Contested Matters and Adversary Proceedings – Matter Number 004**

*Total Fees: $296,799.00; Total Hours: 255.1*

31.      This category includes time spent by Proskauer relating to contested matters and adversary proceedings that involve or potentially involve Conflict Matters.  Proskauer spent time reviewing, analyzing, and drafting pleadings filed in certain adversary proceedings, as well as advising EFH Corp.'s disinterested directors in connection therewith.   Specifically, Proskauer spent time:

- reviewing, analyzing, and drafting pleadings in connection with the actual and prospective NextEra merger agreement termination fee litigation ("Termination Fee Litigation"), as well as conducting research with respect to issues implicated in the litigation;

- drafting memoranda regarding Termination Fee Litigation facts, issues, and strategic considerations;

- reviewing, analyzing, and revising a proposed settlement of the Termination Fee Litigation;

- meeting and corresponding with the Debtors' other retained professionals and other parties in interest regarding the Termination Fee Litigation;

- reviewing, analyzing, and drafting pleadings and informal requests in connection with a complaint filed by EFH Corp. against Vistra Energy Corp. (the "Vistra Litigation");

- conducting research on various litigation issues with respect to the Vistra Litigation and preparing memoranda regarding such research;

- meeting and corresponding with the Debtors' other retained professionals and other parties in interest regarding the Vistra Litigation;

- coordinating document review processes internally to ensure an efficient document review process and compliance with deadlines;

- reviewing, analyzing, and drafting various arbitration submissions; and

- researching discrete issues in preparation for arbitration, preparing various memorandum regarding such research, and generally preparing for arbitration.

11

**D.**      **EFH Corporate Governance and Board Matters – Matter Number 005**

*Total Fees: $14,827.50; Total Hours: 12.3*

32.      This category includes time spent by Proskauer advising EFH Corp.'s disinterested directors with respect to corporate governance issues and preparing for and participating in EFH Corp.'s board meetings and joint meetings of the boards of EFH Corp. and other Debtors.  Specifically, Proskauer spent time:

- conducting internal group meetings in preparation for board meetings;

- preparing for, including coordinating with the Debtors' other professionals, and participating in board meetings; and

- reviewing and commenting on board materials and other presentation materials distributed in connection with board meetings, including with respect to litigation matters and other inter-estate issues.

**E.**      **Discovery (Intercompany and Cross Debtor Claims) – Matter Number 006**

*Total Fees: $337.50; Total Hours: 0.3*

33.      This category includes time spent by Proskauer related to responding to requests for discovery propounded by parties in interest on significant issues pending in the Debtors' cases that implicate Conflict Matters, including with respect to confirmation of the Debtors' plan of reorganization.

**F.**      **Employment Applications – Matter Number 007**

*Total Fees: $105.00; Total Hours: 0.3*

34.      This category includes time spent by Proskauer related to the retention of EFH Corp.'s professionals and their ongoing disclosure obligations.

**G.**      **Fee Applications and Objections – Matter Number 008**

*Total Fees: $46,801.50; Total Hours: 45.3*

12

35.     This category includes time spent by Proskauer related to the preparation and filing of monthly fee statements and interim applications for compensation.    Specifically, Proskauer spent time:

- drafting Proskauer's tenth interim fee application and the Monthly Fee Statements;

- reviewing an interim fee application and monthly fee statements for SOLIC Capital Advisors, EFH Corp.'s financial advisor for Conflict Matters;

- reviewing and revising invoices regarding privilege and compliance with applicable guidelines and rules; and

- preparing, reviewing and revising monthly budgets and staffing plans.

## H.     Hearings – Matter Number 010

*Total Fees: $21,127.50; Total Hours: 18.7*

36.     This category includes time spent by Proskauer related to preparing for and attending hearings.  During the Fee Period, Proskauer professionals prepared for and participated in three hearings.

## I.     Claims Investigation, Analyses and Objections – Matter Number 011

*Total Fees: $1,800.00; Total Hours: 1.6*

37.     This category includes time spent by Proskauer related to investigating and analyzing potential claims between and among, and/or asserted against, EFH Corp. and the other Debtors.  Specifically, Proskauer spent time reviewing certain large administrative claims, which could implicate Conflict Matters, and reviewing various reports with respect to satisfied claims.

## J.     Other Motions and Applications – Matter Number 013

*Total Fees: $225.00; Total Hours: 0.3*

38.     This category includes time spent by Proskauer related to pleadings and other Court filings concerning discrete matters that do not fall into one of the other matter categories.

13

**K.**    **Plan and Disclosure Statement – Matter Number 015**

*Total Fees: $59,832.50; Total Hours: 52.3*

39.    This category includes time spent by Proskauer related to various issues involving

the Debtors' plan of reorganization.  Specifically, Proskauer spent time:

- communicating and meeting with the Debtors' other retained professionals to discuss plan issues and strategies;

- reviewing pleadings filed in connection with plan confirmation that implicate Conflict Matters, including objections to the proposed plan and the Debtors' memorandum of law in support of confirmation;

- reviewing, analyzing, and preparing memoranda on confirmation issues and strategic considerations; and

- reviewing and analyzing plan materials that implicate Conflict Matters, including plan supplement materials, proposed confirmation order, and other documents filed in advance of the confirmation hearing.

**L.**    **Tax – Matter Number 016**

*Total Fees: $84,588.50; Total Hours: 80.8*

40.    This category includes time spent by Proskauer on tax issues, which time was

critical given that EFH Corp., as the sole taxpayer among all of the Debtors' estates, could be

subject to a multi-billion dollar Internal Revenue Service ("IRS") tax claim in certain

circumstances.  Specifically, Proskauer spent time:

- researching discrete tax issues, including issues with respect to allocation methods;

- reviewing, analyzing, and preparing responses to allocation issues raised in the Termination Fee Litigation;

- reviewing and analyzing materials submitted to the IRS in connection with an audit of the Debtors' tax return, and analyzing a proposed settlement regarding such audit;

- drafting, reviewing, and analyzing IRS submissions;

14

- reviewing a tax opinion issued by other tax professionals and preparing an analysis of such opinion for EFH Corp.'s disinterested directors;

- communicating and meeting with the Debtors' other retained professionals and creditors' professionals to discuss tax issues and strategies; and

- conducting internal group meetings to discuss and analyze tax issues and the tax consequences to EFH Corp. relating to the foregoing.

**Allowance of Compensation**

41.    The foregoing professional services rendered by Proskauer on behalf of EFH Corp. during the Fee Period were reasonable, necessary and appropriate for the administration of EFH Corp.'s chapter 11 case and in the best interests of EFH Corp. and its estate.    The compensation requested for the foregoing services is commensurate with the complexity and nature of the problems, issues and tasks involved.    The professional services were performed expediently and in an efficient manner.    In particular, Proskauer made use of its internal experts and specialists to provide efficient and cost-effective answers to questions and allocated work among professionals and paraprofessionals in a manner designed to promote cost effectiveness.

42.    During the Fee Period, the professional services performed by Proskauer on behalf of EFH Corp. required an aggregate expenditure of 471.2 recorded hours by Proskauer professionals and paraprofessionals.    Of the aggregate time expended, 373.1 recorded hours were expended by partners, counsel and special counsel, 93.0 recorded hours were expended by associates and 5.1 recorded hours were expended by Proskauer paraprofessionals.

43.    Proskauer billed EFH Corp. for time expended by professionals and paraprofessionals at hourly rates ranging from $215 to $1,495.    Allowance of compensation in the amount requested would result in a blended hourly billing rate: (a) for partners, counsel and special counsel, approximately $1,219.99; (b) for associates, approximately $788.98; (c) for paraprofessionals, approximately $337.45; and (d) for all professionals and paraprofessionals,

15

approximately $1,125.37.[2]    The hourly rates utilized by Proskauer in connection with its engagement by EFH Corp. are equivalent to the hourly rates used by Proskauer for similar complex corporate and litigation matters.  These rates and rate structures reflect that such matters involve great complexity, high stakes and severe time pressures.

### Actual and Necessary Expenses Incurred by Proskauer

44.    As set forth in **Exhibit D**, Proskauer seeks reimbursement of $4,607.81 on account of expenses incurred in performing professional services during the Fee Period.[3] Reimbursable expenses (whether performed by Proskauer in-house or by third-party vendors) include: photocopying, travel expenses, filing and recording fees, long distance telephone calls, postage, express mail and messenger charges, computerized legal research charges, transcription charges, and expenses for "working meals."  Pursuant to Proskauer's expense policies, out-of-pocket expenses are passed through at actual costs.

45.    Proskauer has negotiated discounted rates for Westlaw and Lexis computer-assisted legal research, which rates vary according to the type of research conducted and the specific files researched, but, in any event, such charges are billed at cost.  Computer-assisted legal research is used whenever the researcher determines that using Westlaw or Lexis is more cost effective than using traditional (non-computer assisted legal research) techniques.

46.    In addition, Proskauer has applied a voluntary reduction in the amount of $587.57 to its expense reimbursement request to comply with the caps established by the Fee Committee. Specifically, Proskauer applied the following reductions:

- a $3.82 reduction for certain telecommunication expenses incurred that are

---

[2]  Blended hourly billing rates are calculated by dividing the total dollar amount billed by such timekeepers during the Fee Period by the total number of hours billed by such timekeepers during the Fee Period.

[3]  Of the amounts sought for reimbursement in this Fee Application, $325.60 relate to expenses incurred during the prior fee period that, due to the timing of the submission of such expenses and the time it takes to process and account for such expenses, were not included in Proskauer's prior interim fee application.

not reimbursable pursuant to the guidelines established by the Fee Committee;

- a $79.30 reduction for cab and carfare expenses incurred going to and from airports in excess of the reimbursable cap imposed by the Fee Committee; and

- a $504.45 reduction of word processing and proofreading expenses incurred that are not reimbursable pursuant to the guidelines established by the Fee Committee.

47.     Factoring in the foregoing reductions, all expenses charged comply with the various provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules, the Interim Compensation Order, the Fee Committee Order and the UST Guidelines.

48.     Proskauer respectfully submits that the actual expenses incurred in providing professional services during the Fee Period and billed to EFH Corp. were necessary, reasonable and justified under the circumstances to serve the needs of EFH Corp. in its chapter 11 case.

**The Requested Compensation Should be Allowed**

49.     Section 331 of the Bankruptcy Code provides for interim compensation of professionals and incorporates the substantive standards of section 330 of the Bankruptcy Code to govern the Court's award of such compensation.   Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 327 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and . . . reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A) and (B).

50.     Section 330 of the Bankruptcy Code also sets forth the criteria for the award of such compensation and reimbursement:

> In determining the amount of reasonable compensation to be awarded to . . . [a] professional person, the court shall consider the nature, the extent, and the value of such services, taking into account all relevant factors, including –
>
> (A)     the time spent on such services;

17

(B)    the rates charged for such services;

(C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3)(A)-(F).

51.    In the instant case, Proskauer respectfully submits that the services for which it seeks compensation and the expenditures for which it seeks reimbursement in this Fee Application were necessary for and beneficial to EFH Corp.'s orderly administration of its estate and its efforts in chapter 11.  Proskauer worked diligently to anticipate or respond to EFH Corp.'s needs and assist in EFH Corp.'s chapter 11 case.  Proskauer's services and expenditures were necessary to, and in the best interests of, EFH Corp.'s estate and creditors.  Proskauer submits further that the services its professionals and paraprofessionals provided to EFH Corp. were performed economically, effectively and efficiently, and that the results obtained to date have benefited not only EFH Corp. but all of EFH Corp.'s stakeholders.  The services provided by Proskauer were consistently performed in a timely manner commensurate with the complexity, importance, novelty and nature of the issues involved.  Accordingly, Proskauer respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to EFH Corp., its estate and all parties in interest.

**Reservation of Rights**

52.     It is possible that some professional time expended or expenses incurred during the Fee Period are not reflected in the Fee Application.  Proskauer reserves the right to include such amounts in future fee applications.

**Notice**

53.     Proskauer provided notice of this Fee Application to:  (a) the Debtors; (b) co-counsel to the Debtors, Kirkland & Ellis LLP; (c) co-counsel to the Debtors, Richards, Layton & Finger, P.A.; (d) the U.S. Trustee; (e) counsel for the agent of the EFIH First Lien DIP Financing Facility; (f) counsel to the EFH Creditors' Committee; and (g) counsel to the Fee Committee (collectively, the "Notice Parties").  Pursuant to the Interim Compensation Order, any party, other than the Notice Parties, that wishes to object to the Fee Application, must file its objection with the Court, with a copy to Chambers and serve it on Proskauer and the Notice Parties so that it is actually received on or before May 14, 2018, at 4:00 p.m. (prevailing Eastern Time).

**No Prior Request**

54.     Other than the Monthly Fee Statements, no prior request for the relief requested herein has been made to this or any other Court.

WHEREFORE, Proskauer respectfully requests that the Court enter an order: (i) awarding Proskauer the sum of $530,274.00 as compensation for services rendered and $4,607.81 for reimbursement of actual and necessary expenses Proskauer incurred during the Fee Period; (ii) providing that the allowance of such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to Proskauer's right to seek additional compensation for services rendered and for expenses incurred during the Fee Period which were not processed at the time of this Fee Application; and (iii) granting such other and further relief as the Court deems appropriate.

19

Dated:  April 23, 2018
         Los Angeles, California

**PROSKAUER ROSE LLP**

_/s/ Peter J. Young_
Peter J. Young (admitted _pro hac vice_)
2049 Century Park East
32nd Floor
Los Angeles, CA 90067-3206
Telephone:  (310) 557-2900
Facsimile:  (310) 557-2193

and

Jeff J. Marwil (admitted _pro hac vice_)
Mark K. Thomas (admitted _pro hac vice_)
Three First National Plaza
70 West Madison, Suite 3800
Chicago, IL  60602-4342
Telephone:  (312) 962-3550
Facsimile:  (312) 962-3551

_Counsel for Energy Future Holdings Corp._

20

**Exhibit A**

[Verification of Peter J. Young]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### <u>Verification of Peter J. Young</u>

1.      I am a partner in the firm of Proskauer Rose LLP ("<u>Proskauer</u>"),[2] which maintains an office for the practice of law at 2049 Century Park East, 32nd Floor, Los Angeles, California 90067-3206.  I am one of the lead attorneys from Proskauer working on the EFH Corp.'s chapter 11 case.  I am an attorney duly licensed in, and am a member in good standing of, the Bars for the State of Illinois and the State of California, and am admitted to practice in the United States District Court for the Northern District of Illinois and the United States District Court for the Central District of California.  There are no disciplinary proceedings pending against me.

2.      I have personally performed many of the legal services rendered by Proskauer as counsel to EFH Corp. and am familiar with all other work performed on behalf of EFH Corp. by the lawyers and other persons in the firm.

3.      The facts set forth in the foregoing Fee Application are true and correct to the best of my knowledge, information and belief.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the *Eleventh Interim Application of Proskauer Rose LLP, Counsel for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from January 1, 2018 Through March 9, 2018* (the "<u>Fee Application</u>").

97624439v2

4.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that Proskauer's Fee Application complies with Rule 2016-2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 23, 2018                          */s/ Peter J. Young*
_____

                                        Name:   Peter J. Young
                                        Title:    Partner, Proskauer Rose LLP

2

## **Exhibit B**

[Rate Disclosures]

## Rate Disclosures

- The blended hourly rate for all Proskauer domestic timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the twelve-month period beginning on April 1, 2017 and ending on March 31, 2018 (the "Comparable Period") was, in the aggregate, approximately $791.14 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all Proskauer timekeepers (including both professionals and paraprofessionals) who billed for services rendered to EFH Corp. during the Fee Period was approximately $1,125.37 per hour (the "Debtor Blended Hourly Rate").[3]

- The following chart sets forth a detailed comparison of these rates:[4]

| Category of Timekeeper | Debtor Blended Hourly Rate | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Partners and Counsel | $1,219.99 | $1,053.00 |
| Associates | $788.98 | $719.24 |
| Paraprofessionals | $337.45 | $288.27 |
| **Total** | **$1,125.37** | **$791.14** |

---

[1] It is the nature of Proskauer's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Proskauer's restructuring group. Non-Bankruptcy Matters consist of matters on which Proskauer domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding as a retained professional; however, such Non-Bankruptcy Matters exclude all time billed by Proskauer domestic timekeepers who primarily work within Proskauer's restructuring group.

[2] Proskauer calculated the blended rate for Non-Bankruptcy Matters by dividing the total dollar amount billed by Proskauer domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the total number of hours billed by Proskauer domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period. The Non-Bankruptcy Blended Hourly Rate excludes from its calculation all Proskauer domestic timekeepers who primarily work within Proskauer's restructuring group.

[3] Proskauer calculated the blended rate for timekeepers who billed to EFH Corp.'s bankruptcy case by dividing the total dollar amount billed by such timekeepers during the Fee Period by the total number of hours billed by such timekeepers during the Fee Period.

[4] The difference in the overall Debtor Blended Hourly Rate and the overall Non-Bankruptcy Blended Hourly Rate is attributable primarily to two factors: (i) the specialized nature of Proskauer's bankruptcy and tax practices (each of which is heavily involved in EFH Corp.'s case), as such specialization impacts billing rates and, therefore, the blended rate; and (ii) the partner-to-associate staffing ratio on EFH Corp.'s case. Proskauer's representation of EFH Corp. has included the consistent involvement of senior-level partners. Given the complexity and uniqueness of the matters EFH Corp. faces, Proskauer believes experienced senior attorneys work more efficiently than assigning tasks to a multitude of junior attorneys with less collective experience. Because partners billed more hours at higher rates during the Fee Period, the overall Debtor Blended Hourly Rate ($1,125.37) is closer to the partners and counsel Debtor Blended Hourly Rate ($1,219.99).

**<u>Exhibit C</u>**

[Attorneys' and Paraprofessionals' Information]

Proskauer attorneys who rendered professional services in these cases during the Fee Period are:

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation Sought in this Fee Application | Compensation if Billed at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|
| Richard M. Corn | Partner | 2005 | Tax | $1,025 | 20.3 | $20,807.50 | $17,762.50 |
| Michael A. Firestein | Partner | 1983 | Litigation | $1,125 | 73.7 | $82,912.50 | $71,857.50 |
| Stuart L. Rosow | Partner | 1976 | Tax | $1,495 | 25.5 | $38,122.50 | $32,512.50 |
| Mark K. Thomas | Partner | 1981 | Corporate | $1,350 | 124.6 | $168,210.00 | $140,175.00 |
| Peter J. Young | Partner | 2002 | Corporate | $1,125 | 129.0 | $145,125.00 | $119,325.00 |
| Mani Kakkar | Associate | 2014 | Tax | $695 | 18.9 | $13,135.50 | $8,410.50 |
| Bowon Koh | Associate | 2015 | Corporate | $695 | 0.8 | $556.00 | $356.00 |
| Janicelyn Asamoto Park | Associate | 2012 | Tax | $875 | 12.8 | $11,200.00 | $10,816.00 |
| Jennifer L. Roche | Associate | 2007 | Litigation | $950 | 18.6 | $17,670.00 | $14,787.00 |
| Simona Weil | Associate | 2017 | Litigation | $545 | 22.2 | $12,099.00 | $12,099.00 |
| Jared D. Zajac | Associate | 2009 | Corporate | $950 | 19.7 | $18,715.00 | $15,070.50 |
| **Total** | | | | | **466.1** | **$528,553.00** | **$443,171.50** |

Proskauer paraprofessionals who rendered professionals services in these cases during the Fee Period are:

| Paraprofessional Person | Position with the Applicant | Number of Years in that Position | Department | Hourly Billing Rate[1] | Total Billed Hours | Total Compensation Sought in this Fee Application | Compensation if Billed at First Interim Application Billing Rate |
|---|---|---|---|---|---|---|---|
| Emma Dillon | Project Assistant | 1 year | Professional Resources | $215 | 0.8 | $172.00 | $172.00 |
| Magali Giddens | Paralegal | 7 years | Corporate | $460 | 0.4 | $184.00 | $140.00 |
| Natasha Petrov | Paralegal | 2 years | Corporate | $350 | 3.9 | $1,365.00 | $1,111.50 |
| **Total** | | | | | **5.1** | **$1,721.00** | **$1,423.50** |

| **TOTAL FOR PROFESSIONALS AND PARAPROFESSIONALS** | **471.2** | **$530,274.00** | **$444,595.00** |
|---|---|---|---|

## **Exhibit D**

[Summary of Actual and Necessary Expenses for the Fee Period]

| EXPENSE CATEGORY | AMOUNT |
|---|---:|
| Reproduction Costs (at $0.10 per page) | $79.00 |
| Telecommunications | $797.00[1] |
| Research (Lexis/Westlaw/Other Database Searches) | $3,286.00 |
| Litigation and Corporate Support Services[2] | $7.60 |
| Taxi, Carfare, Mileage, Parking | $0.00[3] |
| Messenger/Delivery | $401.46 |
| Business Meals | $36.75 |
| Word Processing | $0.00[4] |
| **Total** | **$4,607.81** |

---

[1]  Includes a reduction of $3.82 for telecommunication expenses incurred that are not reimbursable pursuant to the Fee Committee guidelines.

[2]  Consists of CourtCall, PACER and outside copying expenses.

[3]  Reflects a reduction of $79.30 for cab and carfare expenses that are not reimbursable pursuant to the Fee Committee guidelines.

[4]  Reflects a reduction of $504.45 for word processing and proofreading expenses incurred that are not reimbursable pursuant to the Fee Committee guidelines.

## **Exhibit E**

[Statement of Fees by Subject Matter]

| MATTER NUMBER | MATTER DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|
| 001 | Case Administration | 3.0 | $2,367.50 |
| 003 | EFH Business Operations | 1.2 | $1,350.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 255.1 | $296,799.00 |
| 005 | EFH Corporate Governance and Board Matters | 12.3 | $14,827.50 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 0.3 | $337.50 |
| 007 | Employment Applications | 0.3 | $105.00 |
| 008 | Fee Applications and Objections | 45.3 | $46,801.50 |
| 010 | Hearings | 18.7 | $21,127.50 |
| 011 | Claims Investigations, Analyses and Objections | 1.6 | $1,800.00 |
| 013 | Other Motions and Applications | 0.3 | $337.50 |
| 015 | Plan and Disclosure Statement | 52.3 | $59,832.50 |
| 016 | Tax | 80.8 | $84,588.50 |
| **TOTAL FOR ALL MATTER NOS.** | | **471.2** | **$530,274.00** |

## **Exhibit F**

[Budget and Staffing Plan]

**Budget and Staffing Plan for the Fee Period**

**Budget**

| Matter Number | Matter Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 001 | Case Administration | 15-18 | $15,700-$18,900 |
| 003 | EFH Business Operations | 6-9 | $6,300-$8,800 |
| 004 | EFH Contested Matters and Adversary Proceedings | 475-570 | $532,900-$639,900 |
| 005 | EFH Corporate Governance and Board Matters | 75-90 | $88,400-$106,500 |
| 006 | Discovery | 240-288 | $250,500-$302,200 |
| 008 | Fee Applications and Objections | 75-90 | $72,400-$87,300 |
| 009 | Financing and Cash Collateral | 2-3 | $2,000-$3,000 |
| 010 | Hearings | 180-216 | $204,000-$245,600 |
| 011 | Claims Investigations, Analyses and Objections | 15-18 | $15,000-$18,000 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 10-12 | $24,000-$29,000 |
| 015 | Plan and Disclosure Statement | 390-468 | $427,800-$513,800 |
| 016 | Tax | 440-528 | $424,000-$488,000 |
| **TOTAL** | | **1,923-2,310** | **$2,063,000-$2,461,000** |

**Staffing Plan**

| Category of Timekeeper | Number of Timekeepers Expected to Work on the Matter Categories During the Budget Period | Average Hourly Rate[1] |
| --- | --- | --- |
| Partner | 5 | $1,169.23 |
| Associate (4+ years since first admission) | 4 | $866.00 |
| Jr. Associate (1-3 years since first admission) | 3 | $570.71 |
| Paralegal | 0 | $0.00 |
| **Total Attorney** | **12** | **$928.50** |
| **Total Non-Attorney** | **0** | **$0.00** |
| **Total** | **12** | **$928.50** |

---

[1] The "Average Hourly Rate" is the weighted average based on the individual hourly rate of, and projected number of hours worked by, each timekeeper over the course of EFH Corp.'s chapter 11 case.

## Exhibit G

[Summary, by Matter Number, of Fees Budgeted and Fees Incurred During the Fee Period]

## Summary of Legal Services Rendered

| Matter Number | Matter Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 001 | Case Administration | 15-18 | 3.0 | $15,700-$18,900 | $2,367.50 |
| 003 | EFH Business Operations | 6-9 | 1.2 | $6,300-$8,800 | $1,350.00 |
| 004 | EFH Contested Matters and Adversary Proceedings | 475-570 | 255.1 | $532,900-$639,900 | $296,799.00 |
| 005 | EFH Corporate Governance and Board Matters | 75-90 | 12.3 | $88,400-$106,500 | $14,827.50 |
| 006 | Discovery (Intercompany and Cross Debtor Claims) | 240-288 | 0.3 | $250,500-$302,200 | $337.50 |
| 007 | Employment Applications | 0 | 0.3 | $0 | $105.00 |
| 008 | Fee Applications and Objections | 75-90 | 45.3 | $72,400-$87,300 | $46,801.50 |
| 009 | Financing and Cash Collateral | 2-3 | 0.0 | $2,000-$3,000 | $0.00 |
| 010 | Hearings | 180-216 | 18.7 | $204,000-$245,600 | $21,127.50 |
| 011 | Claims Investigations, Analyses and Objections | 15-18 | 1.6 | $15,000-$18,000 | $1,800.00 |
| 012 | Meetings and Communications with Creditors and Other Debtors | 10-12 | 0.0 | $24,000-$29,000 | $0.00 |
| 013 | Other Motions and Applications | 0 | 0.3 | $0 | $337.50 |
| 015 | Plan and Disclosure Statement | 390-468 | 52.3 | $427,800-$513,800 | $59,832.50 |
| 016 | Tax | 440-528 | 80.8 | $424,000-$488,000 | $84,588.50 |
| **TOTAL** | | **1,923-2,310** | **471.2** | **$2,063,000-$2,461,000** | **$530,274.00** |

## Exhibit H

[Detailed Description of Services Provided]

**ENERGY FUTURE HOLDINGS CORP.**                                    **February 23, 2018**
**Invoice No. 171501632**                                                              **Page 2**

**CASE ADMINISTRATION**
**Client/Matter No. 26969.0001**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/04/18 | NP | Schedule with CourtCall telephonic appearance for P. Young. | 0.10 | 35.00 |
| 01/09/18 | PJY | Review and analyze certification of counsel re order scheduling February omnibus hearing date. | 0.10 | 112.50 |
| 01/11/18 | PJY | Review and analyze entered order scheduling February omnibus hearing date. | 0.10 | 112.50 |
| 01/25/18 | PJY | Review and analyze notices re 1/29 hearing. | 0.10 | 112.50 |

| <u>Attorney</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|
| PETER J. YOUNG | 0.30 | 1,125.00 | 337.50 |
| **Total For Partner** | **0.30** | | **337.50** |
| NATASHA PETROV | 0.10 | 350.00 | 35.00 |
| **Total For Legal Assistant** | **0.10** | | **35.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **0.40** | **$** | **372.50** |
| **Total this Matter** | | $ | <u>372.50</u> |

**ENERGY FUTURE HOLDINGS CORP.**                                    **February 23, 2018**
**Invoice No. 171501632**                                                              **Page 3**

**EFH BUSINESS OPERATIONS**
**Client/Matter No. 26969.0003**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/05/18 | PJY | Review and analyze debtors' November monthly operating report. | 0.40 | 450.00 |
| 01/08/18 | PJY | Review and analyze report re debtors' November monthly operating report. | 0.20 | 225.00 |
| 01/29/18 | PJY | Review and analyze SOLIC's analyses of debtors' October and November monthly operating reports (.4); emails with N. Luria, R. Nowitz and M. Cumbee re same, inquiry re same (.1). | 0.50 | 562.50 |
| 01/30/18 | PJY | Review and analyze debtors' statement of amounts paid to OCPs October - December. | 0.10 | 112.50 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| PETER J. YOUNG | 1.20 | 1,125.00 | 1,350.00 |
| **Total For Partner** | **1.20** | | **1,350.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **1.20** | **$** | **1,350.00** |
| **Total this Matter** | | **$** | **1,350.00** |

**ENERGY FUTURE HOLDINGS CORP.**                    **February 23, 2018**
Invoice No. 171501632                                            **Page 4**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/02/18 | MKT | Call with S. Rosow, J. Park, M. Kakkar, M. Firestein and company to discuss responses to H. Beller's questions re Vistra dispute (.6); review emails prior to and after call with information relating to the questions (.2); call with Vistra counsel, S. Rosow, J. Park, M. Kakkar and M. Firestein re responses to questions (.3); call with M. Kieselstein re Oncor dividend dispute mediation status and issues (.2); telephone conference with P. Young re same (.3); emails with client re same (.2); emails with M. Kieselstein re same (.2). | 2.00 | 2,700.00 |
| 01/02/18 | PJY | Office conference with M. Firestein re EFH / Vistra tax dispute arbitration issues (.1); telephone conference with M. Thomas re same, Elliott funds' proposal re allocation issues, open matters, status (.3); review and analyze stipulation between TTHC and NextEra re dismissal of termination fee chancery action and report re same (.3). | 0.70 | 787.50 |
| 01/02/18 | MAF | Prepare for multiple conference calls on H. Beller submission (.8); review and prepare correspondence on new H. Beller issues re additional consultant information (.3); attend conference call with Kirkland, S. Rosow, M. Thomas, J. Park and M. Kakkar re method to respond to H. Beller's inquiries including review draft 2016 D. Wheat emails and attachment (.6); attend conference call with Paul Weiss, S. Rosow, J. Park, M. Kakkar and M. Thomas re H. Beller's inquiries and efforts to seek resolution on same (.3); review documents from Kirkland to provide to H. Beller (.6); office conference with P. Young re tax dispute arbitration issues (.1). | 2.70 | 3,037.50 |
| 01/03/18 | MKT | Analyze responses to H. Beller's questions re Vistra dispute (.3); review EFH draft response and proposed revisions to same (.3); participate in call with Vistra's counsel re issues raised by H. Beller's questions and information required in response (.6); review emails to and from Vistra counsel re same (.4); review emails to and from Elliott counsel re EFH proposed draft response to questions (.4); review emails from Elliott counsel re claim allocation issues and respond to same (.3). | 2.30 | 3,105.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **February 23, 2018**
**Invoice No. 171501632**                                                              **Page 5**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
**Client/Matter No. 26969.0004**

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/03/18 | MAF | Review multiple correspondence on H. Beller submission and related issues (.3); review proposed answers to H. Beller's questions and revise same including preparation of memo on multiple versions of same (.9); telephone conference with Paul Weiss, D. Wheat, M. Thomas, S. Rosow , J. Park and M. Kakkar on E&P and distribution issues including preparation for same (.6); various telephone conferences with S. Rosow on post-Paul Weiss strategy calls (.4); review Kirkland proposed edits to H. Beller response (.4); review Paul Weiss disclosure issues and prepare memos re same (.5); review response by Ropes to draft submission and prepare response re same (.8). | 3.90 | 4,387.50 |
| 01/04/18 | MKT | Review and respond to emails from Kirkland re TSA issues (.3); review materials from Kirkland re TSA issues (.4); call with Kirkland, S. Rosow and R. Corn re TSA issues (.8); emails with client and P. Young and call with client re purported dividend settlement (.3); emails to and from Sempra counsel re same (.3); emails to and from Kirkland re same (.2); call with Sempra counsel and Kirkland re same (.3); emails with Vistra counsel re settlement status (.2); emails with Elliott counsel re Oncor dividend issues (.3). | 3.10 | 4,185.00 |
| 01/04/18 | PJY | Emails with T. Horton, M. Kieselstein and M. Thomas re correspondence with Elliott funds re Oncor dividends and allocation issues (.1); review and analyze same (.1). | 0.20 | 225.00 |
| 01/04/18 | MAF | Review comparison notes of Elliott submission and Proskauer letter to H. Beller (.2); various telephone conferences with S. Rosow on strategy for H. Beller letter and UCC-related issues (.5); review H. Beller's response letter (.3); review correspondence on 2000 distributions and related telephone conference re same including memo preparation (.2); review Paul Weiss communication on post LVO distributions and E&P data (.2); prepare strategic memo on E&P study (.2); review agenda for 1/8 hearing including materials on Vistra adversary proceedings (.2); review multiple and extensive pleadings in PUCT proceedings for impact on adversary proceeding (.4). | 2.20 | 2,475.00 |
| 01/05/18 | MKT | Calls and emails with Kirkland in advance of mediation call with Judge Carey to discuss pending issues and potential resolution of Oncor dispute (.9); emails and calls with Elliott counsel re same (.4); participate in mediation call with Judge Carey (.4); follow-up call with Kirkland and clients after mediation call (.4); emails with Proskauer team re Vistra tax dispute response to questions (.3); review Vistra response (.2); review Elliott response (.2); emails with Proskauer team re next steps, if any (.3); call with client re next steps, if any (.3). | 3.40 | 4,590.00 |
| 01/05/18 | PJY | Review and analyze Elliott funds' letter to H. Beller re EFH / Vistra tax dispute arbitration, supplemental responses to H. Beller's questions. | 0.50 | 562.50 |

**ENERGY FUTURE HOLDINGS CORP.**  **February 23, 2018**
Invoice No. 171501632                                                        Page 6

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/05/18 | MAF | Review final reply submission on H. Beller inquiries including multiple revisions and revise same (.5); various telephone conferences with S. Rosow on strategy for dealing with Elliott insertions (.3); prepare memo on strategic matters for dealing with supplemental filings, if any, including research re same (1.1); telephone conference with J. Park on content and service of appendix materials (.2); review multiple correspondence on H. Beller strategic issues (.2); review Elliott submission including review and preparation of strategic memos on same (1.5); review Paul Weiss submission to H. Heller (.2). | 4.00 | 4,500.00 |
| 01/06/18 | MKT | Draft, review and respond to over 40 emails from S. Rosow, M. Firestein and Elliott's counsel re responses to H. Beller's questions, Elliott's response and further communication to H. Beller (1.8); call with M. Firestein re same (.3). | 2.10 | 2,835.00 |
| 01/06/18 | MAF | Telephone conference with M. Thomas on strategy for responding to latest Elliott demand re H. Beller issues (.3); review and prepare multiple strategic correspondence to client, Ropes and others concerning H. Beller inquiry status (.7). | 1.00 | 1,125.00 |
| 01/07/18 | MKT | Emails to and from local counsel (.3) and Kirkland (.2) re possible Vistra tax issues being raised at 1/8 omnibus hearing; emails to and from Elliott counsel re further correspondence to H. Beller re Vistra dispute (.2); review 10/13 transcript and email to H. Beller re same (.3); call with M. Firestein re further correspondence with H. Beller (.4); emails with local counsel re tax status hearing and potential chambers conference re same (.3); emails to and from Elliott counsel re Oncor dispute issues re proposed global allocation settlement (.4); draft letter to H. Beller re Vistra tax issue (.3); emails to and from P. Young re same (.2); emails to and from Ropes counsel re same (.2); review transcript (.2) and draft further letter to H. Beller on intervention issue (.5); draft email to Elliott counsel re proposed global allocation proposal (.3); review Elliott response (.2); emails to P. Young re same (.2); follow-up diligence emails to Elliott counsel (.2). | 4.40 | 5,940.00 |
| 01/07/18 | PJY | Emails with D. Klauder, M. Thomas and N. Petrov re 1/8 EFH / Vistra tax dispute adversary proceeding hearing (.2); review and analyze agenda for same (.1); review and analyze further correspondence re Elliott funds' letter to H. Beller re EFH / Vistra tax dispute arbitration, supplemental responses to H. Beller's questions, follow-up correspondence with Elliott funds' counsel re same, allocation issues (.3); emails with G. Galardi, K. Wofford, M. Kieselstein, M. McKane, M. Thomas, S. Rosow and M. Firestein re Oncor dividends and allocation issues, negotiations re same (.4). | 1.00 | 1,125.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **February 23, 2018**
Invoice No. 171501632                                                              **Page 7**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/07/18 | MAF | Review and prepare multiple strategic correspondence on H. Beller submission (.4); review hearing transcript involving TRO and related correspondence by Ropes, including telephone conference with M. Thomas on strategy for response (.4); review and prepare strategic correspondence on termination fee allocation and other potential settlement issues (.4). | 1.20 | 1,350.00 |
| 01/08/18 | MKT | Review letter from Paul Weiss (.2); call with S. Rosow, J. Park and M. Firestein re same (.3); review and respond to emails from Elliott counsel re same (.3); draft, review and respond to emails to and from S. Rosow and M. Firestein re same (.3); draft, review and respond to over 20 emails from Kirkland re Oncor dividend dispute, global allocation settlement tax and TSA issues (1.2); draft, review and respond to emails from company re same (.3); call with T. Horton re same (.3), draft, review and respond to numerous emails to and from Kirkland, Elliott counsel, P. Young and M. Firestein re Oncor dispute and potential global settlement (.7); telephone conference with P. Young re same (.4); begin drafting memo to client re global settlement proposal from Elliott (.4); emails to company re diligence issues and questions relative to global allocation settlement (.5); call with committee counsel re global allocation issues (.3). | 5.20 | 7,020.00 |
| 01/08/18 | PJY | Emails with D. Klauder and N. Petrov re EFH / Vistra tax dispute adversary proceeding (.1); emails with A. Wright, T. Horton, G. Galardi, K. Wofford, M. Kieselstein, M. McKane, A. Yenamandra, P. Venter, A. Sexton, M. Thomas and M. Firestein re Oncor dividends and allocation issues, negotiations re same (.5); review and analyze documents addressing open issues re same (.6); telephone conference with M. Thomas re same, open matters, status (.4); emails to M. Thomas re disinterested director discussion materials re open disputed issues (.5). | 2.10 | 2,362.50 |
| 01/08/18 | MAF | Review multiple correspondence on settlement of allocation claims and related issues (.5); review board deck information to disinterested directors on settlement (.2); conference with J. Roche on NextEra termination fee litigation issues (.2); telephone conference with M. Thomas, S. Rosow and J. Park on submission to H. Beller by Elliott and inquires by H. Beller (.3); review letter in opposition to Elliott submission and related correspondence (.2); prepare new strategic correspondence on H. Beller related issues (.6). | 2.00 | 2,250.00 |
| 01/08/18 | JLR | Conference with M. Firestein re strategy re EFH - EFIH intercompany claim re termination fee. | 0.20 | 190.00 |

**ENERGY FUTURE HOLDINGS CORP.**
Invoice No. 171501632

**February 23, 2018**
Page 8

EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS
Client/Matter No. 26969.0004

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/09/18 | MKT | Draft, review and respond to emails from S. Rosow (.3) and M. Firestein (.3) re Elliott questions re arbitration issues; call with R. Pedone re potential settlement (.2) and letter to R. Pedone re same (.5); follow-up letter to B. Glueckstein re same (.4); draft, review and respond to emails to and from Elliott counsel re same (.7); review and analyze options and alternatives (.8); draft, review and respond to emails to and from Kirkland re diligence questions and answers on potential settlement facts and issues (.9); draft, review and respond to emails to and from client and P. Young re diligence questions and issues on potential facts (.7); emails with SOLIC and P. Young re modeling and liquidity questions (.2); review client liquidity forecast (.2); call with client re same (.2); begin draft of deck for clients' review and consideration re potential settlement (.3); call with P. Young re same (.3); emails with M. Firestein re same (.2); call with R. Levin re potential global allocation settlement (.3); call with Elliott counsel and Kirkland in advance of call with Judge Carey re Oncor dividend issues (.3); mediation call with Judge Carey and parties in interest (.3). | 7.10 | 9,585.00 |
| 01/09/18 | PJY | Research, draft and revise disinterested director discussion materials re open disputed issues (2.6); emails to M. Thomas re same (.1); emails with A. Wright, T. Horton, B. Glueckstein, R. Pedone, G. Galardi, K. Wofford, M. Kieselstein, M. McKane, A. Yenamandra, P. Venter, A. Sexton, M. Thomas, S. Rosow, R. Corn and M. Firestein re Oncor dividends and allocation issues, negotiations re same (.7); telephone conference with M. Thomas re same, open matters, status (.3); emails with N. Luria, R. Nowitz, M. Cumbee and M. Thomas re projected creditor recoveries under Sempra plan (.2); review and analyze revised analyses (two versions) of same (.4); review and analyze client's liquidity forecasts incorporating alternative assumptions re same and related correspondence (.9). | 5.20 | 5,850.00 |
| 01/09/18 | MAF | Review multiple correspondence on Sempra and allocation settlement issues including research re same and review of client spreadsheets on allocations (.6); review and prepare correspondence to committee and indenture trustee re settlement issues (.3); research, review and prepare correspondence on issues raised by H. Beller (.3); further review of Paul Weiss letter to H. Beller (.2). | 1.40 | 1,575.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **February 23, 2018**
Invoice No. 171501632                                                              **Page 9**

EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS
Client/Matter No. 26969.0004

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/10/18 | MKT | Emails to and from R. Pedone re potential settlement (.2); call with R. Pedone re same (.2); three calls with clients re global allocation history and status (.6); draft letter to R. Levin re potential settlement (.5); review and finalize materials for client re potential settlement, history, facts, legal issues and options and alternatives (1.8); prepare cover memo to clients re same (.2); call with clients and Kirkland re tax and Oncor issues (.3); review and respond to emails with client, Kirkland and P. Young re same (.8); review and respond to draft settlement agreement (.3); review client emails re same (.2); call with A. Sexton re tax issues (.3); review and respond to emails to and from M. Firestein (.2) and S. Rosow (.2) re H. Beller process; review and respond to emails from Elliott counsel re same (.3); review and revise deck for clients (1.0); memo to clients re same (.6); call with P. Young re same, open matters, status (.3). | 8.00 | 10,800.00 |
| 01/10/18 | PJY | Emails with D. Evans, A. Wright, T. Horton, M. Kieselstein, M. McKane, A. Yenamandra, P. Venter, A. Sexton, T. Maynes, M. Thomas, S. Rosow, R. Corn and M. Firestein re Oncor dividends and allocation issues, negotiations re same, revised draft settlement agreement re same (1.1); review and analyze draft email to R. Levin re same (.1); review and analyze draft email to D. Evans and B. Williamson re same (.2); telephone conference with M. Thomas re same, open matters, status (.3); review and analyze revised draft settlement agreement re same (.5); review and analyze revised disinterested director discussion materials re open disputed issues (.7); emails to D. Evans, B. Williamson and M. Thomas re same (.1). | 3.00 | 3,375.00 |
| 01/10/18 | MAF | Review multiple correspondence on settlement issues with creditor populations (.5); review revised settlement agreement on proposed allocation issue (.3); review client correspondence in Proskauer disinterested director declaration on allocation strategy (.3); review and prepare correspondence re Elliott follow on issues concerning H. Beller conference call (.3); prepare memo on latest developments in strategy on H. Beller issues (.3); review and prepare Ropes correspondence (.2). | 1.90 | 2,137.50 |
| 01/11/18 | MKT | Draft, review and respond to over 35 emails to and from Elliott counsel and Kirkland re mediation status and next steps (.9); call with Elliott counsel and Sempra counsel re same (.3); call with R. Levin re potential settlement (.3); emails with client re same (.3); prepare additional materials for client consideration (.6); draft, review and respond to over 20 emails with company re cash flow and liquidity issues and projections (.8); review projections (.3); emails to SOLIC and P. Young re projections (.3); conference with P. Young re settlement issues and options (.4); emails with Kirkland re settlement issues and options (.2). | 4.40 | 5,940.00 |

**ENERGY FUTURE HOLDINGS CORP.**                    **February 23, 2018**
Invoice No. 171501632                                         **Page 10**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/11/18 | PJY | Office conference with M. Thomas re disinterested director meeting re open disputed issues, Oncor dividends and allocation issues, negotiations re same (.4); review and analyze debtors' updated liquidity forecast re same (.3); emails with D. Evans, B. Williamson, R. Nowitz, M. Cumbee and M. Thomas re same (.3). | 1.00 | 1,125.00 |
| 01/11/18 | MAF | Telephone conference with J. Park on results of H. Beller conference call and review memo re same (.3); review and prepare correspondence to Ropes and related strategy on follow on issues (.7); further PowerPoint declaration review on global allocation issues (.3). | 1.30 | 1,462.50 |
| 01/12/18 | MKT | Emails with Kirkland and P. Young re Oncor dispute, revised settlement agreement (.6); review same (.3); call with Kirkland re same (.3); emails with J. Park and M. Firestein re H. Beller and Elliott and Vistra dispute demands re same (.5); call with P. Young re same (.4); call with M. Firestein re same (.3); review and respond to emails from Elliott counsel re H. Beller issues (.4); emails with R. Levin re global settlement allocation issues (.4). | 3.20 | 4,320.00 |
| 01/12/18 | PJY | Telephone conference and emails with M. Thomas re Oncor dividends and allocation issues, negotiations re same (.4); review and analyze correspondence with EFIH disinterested manager's counsel re same (.2); emails with A. Wright, T. Horton, M. Kieselstein, M. McKane, A. Yenamandra, P. Venter, A. Sexton, T. Maynes, M. Thomas, S. Rosow, R. Corn and M. Firestein re same, revised draft settlement agreement re same (.3); review and analyze revised draft settlement agreement re same (.5); review and analyze additional disinterested director discussion materials re open disputed issues (.4). | 1.80 | 2,025.00 |
| 01/12/18 | MAF | Review correspondence re settlement issues (.3); review and prepare strategic correspondence on H. Beller and Ropes inquiries (.4); prepare supplemental email on H. Beller strategy including review of same (.3); telephone conference with M. Thomas on district tax strategy (.3). | 1.30 | 1,462.50 |
| 01/13/18 | MKT | Review emails from M. Firestein re H. Beller process issues. | 0.20 | 270.00 |
| 01/13/18 | MAF | Review and prepare correspondence re upcoming H. Beller call. | 0.30 | 337.50 |
| 01/14/18 | MKT | Draft, review and respond to emails from M. Firestein, S. Rosow and J. Park re H. Beller process (.4); call with M. Firestein re same (.3). | 0.70 | 945.00 |
| 01/14/18 | MAF | Prepare multiple strategic correspondence on H. Beller follow-up including review of same and Ropes' edits on their submission (1.2); conference call with M. Thomas on strategy for approaching supplemental submission and H. Beller conference call (.3). | 1.50 | 1,687.50 |

**ENERGY FUTURE HOLDINGS CORP.**    **February 23, 2018**
Invoice No. 171501632    **Page 11**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/15/18 | MKT | Review revised settlement agreement from Elliott counsel re Oncor dispute (.3); review and respond to emails to and from Kirkland and Elliott counsel re same (.3); draft email to clients re global settlement status and next steps (.4); emails with P. Young re same (.2); call with D. Evans re same (.3); call with B. Williamson re same (.3); email to client setting forth agreed proposal (.4); telephone conference with P. Young re same (.2); emails to and from M. Firestein re process and next steps (.3); draft email to Elliott attorney re proposed settlement (.2); call with P. Keglevic re settlement process and next steps (.3); emails to P. Young re settlement process (.2). | 3.40 | 4,590.00 |
| 01/15/18 | PJY | Review and analyze email from P. Keglevic re allocation issues (.1); telephone conference and emails with M. Thomas re same, process for inter-estates resolution of same (.3); research re same (.6); review and analyze historical documents re inter-estates settlement (.4); emails with M. Kieselstein, M. McKane and A. Yenamandra re potential NextEra merger agreement termination fee issue (.2); review and analyze Sempra plan provisions re same (.3); emails with M. Thomas re draft email to Ropes & Gray re EFH disinterested director global allocation settlement offer (.2); review and revise same (.3); emails with D. Evans, B. Williamson, M. Thomas and M. Firestein re disinterested director consideration of open disputed issues (.2); prepare for potential meeting re same (.4); further review and analyze materials for same (.5); telephone conference with M. Thomas re same (.2). | 3.70 | 4,162.50 |
| 01/15/18 | MAF | Review and prepare correspondence re disinterested director strategy on settlement (.3); review and prepare PowerPoint deck and related schedules on allocation issues and settlement agreement including preparation of strategic memo re NextEra reserve (.5); review plan of reorganization, preservation of claims materials (.3); prepare settlement memo on draft email to Ropes on allocation (.4); research and prepare for H. Beller call and review correspondence (.3). | 1.80 | 2,025.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **February 23, 2018**
Invoice No. 171501632                                                       **Page 12**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/16/18 | MKT | Work on proposal to Elliott counsel (.3) re potential global allocation agreement; emails to and from P. Young (.2) and M. Firestein (.2) re same; emails to and from Elliott counsel re same (.4); emails to and from B. Glueckstein (.2); R. Pedone (.1) and Kirkland re same (.1); review Elliott response (.2) and emails to M. Firestein (.2) and P. Young (.2) re same and next steps; call from R. Pedone re status on settlement (.2); review emails from R. Levin re settlement issues (.2); review revised settlement agreement re Oncor dispute (.3) and review and respond to emails from Kirkland re tax and related diligence on dividend issues (.3); review and respond to emails from J. Park and M. Firestein re call with H. Beller re Vistra dispute (.3); call with T. Maynes re status of arbitration process (.2); review and respond to emails from Elliott counsel re H. Beller process (.2); review and respond to email from Elliott counsel re Vistra settlement status (.2). | 4.00 | 5,400.00 |
| 01/16/18 | PJY | Telephone conference with M. Thomas re draft email to Ropes & Gray re EFH disinterested director global allocation settlement offer (.2); emails with G. Galardi, K. Wofford, D. Evans, B. Williamson, R. Levin, M. Thomas and M. Firestein re same (.3); emails with A. Wright, T. Horton, M. Kieselstein, M. McKane, A. Yenamandra, P. Venter, A. Sexton, T. Maynes, M. Thomas, S. Rosow, R. Corn and M. Firestein re Oncor dividends and allocation issues, negotiations re same, related matters (.3); review and analyze H. Beller's correspondence re Elliott's submission in connection with inquiries posed in EFH / Vistra E&P allocation dispute (.1); emails with L. Arnaboldi, G. Galardi, K. Gregor, K. Wofford, D. Hariton, B. Glueckstein, M. Thomas, S. Rosow and M. Firestein re same (.1). | 1.00 | 1,125.00 |
| 01/16/18 | MAF | Prepare for and attend conference call with H. Beller along with Paul Weiss and S. Rosow on process issues for Vistra resolution (.4); follow-up telephone conferences with J. Park re results of H. Beller call (.2); review and prepare correspondence re H. Beller call based on Ropes' note (.3); review and prepare correspondence including multiple pieces of correspondence on settlement proposal strategy for disinterested directors (.5); review multiple correspondence on dividend issues (.2); review and analyze settlement issues and global allocation strategy (.3). | 1.90 | 2,137.50 |
| 01/17/18 | MKT | Review and analyze Elliott counter proposal and appropriate response (.4); emails to P. Young and M. Firestein re same (.3); call with D. Evans (.3) and B. Williamson (.3) re same; draft letter to R. Levin re settlement status, issues and next steps (.4); emails to R. Pedone (.1), B. Glueckstein (.1) and Kirkland (.1) re Elliott response; review and comment on current draft settlement agreement (.3); draft, review and respond to over 20 emails to and from Kirkland, client and P. Young re open issues and TSA diligence (.6). | 2.90 | 3,915.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **February 23, 2018**
Invoice No. 171501632                                                              **Page 13**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/17/18 | PJY | Review and analyze Third Circuit's order accepting direct appeal of NextEra termination fee reconsideration order and report re same (.2); review and analyze draft correspondence to R. Levin re inter-estate allocation issues (.2); review and analyze correspondence to R. Pedone, M. Kieselstein, M. McKane, A. Yenamandra and B. Glueckstein re inter-estate allocation negotiations (.2); emails with M. Thomas and M. Firestein re same, draft correspondence to R. Levin re inter-estate allocation issues, strategic alternatives going forward (.3); emails with M. Kieselstein, M. McKane, A. Yenamandra, M. Thomas and M. Firestein re potential NextEra merger agreement termination fee and EFH / Vistra E&P adversary proceeding issues (.2). | 1.10 | 1,237.50 |
| 01/17/18 | MAF | Emails with P. Young and M. Thomas re inter-estate allocation issues (.2); review multiple settlement correspondence on allocation issues (.4); review and prepare proposed settlement communications and review Third Circuit order (.6); review settlement agreement in plan for later litigation control of claims and preparation of related correspondence (.4). | 1.60 | 1,800.00 |
| 01/18/18 | MKT | Review two versions of revised mediation settlement agreement (.4); emails to and from Kirkland re same (.4); call with Kirkland re same (.3); call with J. Rosenbaum of Elliott re issues (.3); call with R. Levin re EFH position and next steps (.3); emails to and from M. Firestein and P. Young re status of discussions (.3). | 1.90 | 2,565.00 |
| 01/18/18 | PJY | Emails with M. Thomas and M. Firestein re inter-estate allocation issues, negotiations re same. | 0.30 | 337.50 |
| 01/18/18 | MAF | Emails with P. Young and M. Thomas re inter-estate allocation issues. | 0.20 | 225.00 |
| 01/19/18 | MKT | Emails to and from R. Levin re settlement status (.2); draft letter to R. Levin re EFH positions on allocation issues and history of offers (.7); emails with R. Levin, V. Lazar and P. Young re same (.2); call with Elliott counsel re potential settlement resolution (.3); emails to M. Firestein re R. Levin letter (.2). | 1.60 | 2,160.00 |
| 01/19/18 | PJY | Emails with R. Levin, V. Lazar, M. Thomas and M. Firestein re inter-estate allocation issues (.2); review and analyze historical correspondence re same (.4). | 0.60 | 675.00 |
| 01/19/18 | MAF | Review adversary docket re Vistra claims (.2); review multiple correspondence on settlement issues re allocation (1.0). | 1.20 | 1,350.00 |
| 01/20/18 | MKT | Call with Elliott counsel re current status of global allocation settlement. | 0.20 | 270.00 |
| 01/22/18 | MKT | Review and respond to emails from Kirkland re open issues on Oncor dividend settlement agreement (.3); emails and call with Kirkland re potential next steps on global allocation issues (.2); office conference with P. Young re same (.2).. | 0.70 | 945.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **February 23, 2018**
Invoice No. 171501632                                               **Page 14**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/22/18 | PJY | Office conference with M. Thomas re inter-estate allocation issues. | 0.20 | 225.00 |
| 01/23/18 | MKT | Emails to and from clients, Kirkland and P. Young re Oncor dividend settlement, open issues and next steps. | 0.90 | 1,215.00 |
| 01/23/18 | PJY | Emails with M. Thomas re inter-estate allocation issues. | 0.10 | 112.50 |
| 01/24/18 | MKT | Emails to and from client (.2) and Kirkland (.2) re current status; emails to and from Kirkland re current dispute status (.2); call with M. Kieselstein re same (.2); telephone conference with P. Young re same (.1); draft, review and respond to client emails re status, timing and next steps (.5); calls (.3) and emails (.3) with P. Young and M. Firestein re same. | 2.00 | 2,700.00 |
| 01/24/18 | PJY | Emails with A. Wright, T. Horton, T. Maynes, A. Sexton, M. Kieselstein, M. McKane, M. Thomas, M. Firestein and S. Rosow re EFH / Vistra E&P adversary proceeding, anticipated ruling, strategy (.3); review and analyze stipulation and scheduling order re same, illustrative recoveries to creditors analysis re same (.4); telephone conference with M. Thomas re inter-estate allocation issues, call with M. Kieselstein re same (.1). | 0.80 | 900.00 |
| 01/24/18 | MAF | Review and prepare correspondence in response to client issue on Vistra case status and go-forward strategy including research re same (.3); research post-arbitration enforcement issues (1.2); review stipulation and order and prepare memos on same re post-arbitration strategy including review of client correspondence on case matters (.6). | 2.10 | 2,362.50 |
| 01/25/18 | MKT | Call with Oncor and Kirkland re tax TSA claim issues (.3); call (.6) and emails (.5) with R. Levin re potential allocation proposal from EFH disinterested director; email to clients on allocation dispute status and next steps (.3); emails (.2) and call (.2) with M. Firestein re same; calls and emails with M. Kieselstein re same (.4). | 2.50 | 3,375.00 |
| 01/25/18 | PJY | Emails with D. Evans, B. Williamson, M. Thomas and M. Firestein re inter-estate allocation issues (.3); office conference with M. Firestein re same, open matters, status (.4); research re same (.8). | 1.50 | 1,687.50 |
| 01/25/18 | MAF | Telephone conference with M. Thomas on allocation and settlement motion strategy issues (.2); conference with P. Young on inter-estate allocation issues (.4); conference with J. Roche on settlement agreement and 9019 motion issues (.3). | 0.90 | 1,012.50 |
| 01/25/18 | JLR | Review correspondence and presentation re potential global settlement (.3); conference with M. Firestein re settlement issues and strategy (.3); review orders re termination fee re allocation issues (.9). | 1.50 | 1,425.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **February 23, 2018**
Invoice No. 171501632                                                                    Page 15

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/26/18 | MKT | Draft and revise demand letter to Vistra (.3); emails with P. Young and M. Firestein re same (.1); review M. Firestein's comments re same (.1); emails to and from R. Levin re allocation issues (.5); call with R. Levin re same (.3); call with V. Lazar re same (.3); call with M. Kieselstein re same (.3). | 1.90 | 2,565.00 |
| 01/26/18 | PJY | Emails with M. Thomas and M. Firestein re draft correspondence to Vistra re EFH / Vistra E&P adversary proceeding anticipated ruling (.1); review and analyze same, proposed revisions to same (.5). | 0.60 | 675.00 |
| 01/26/18 | MAF | Research settlement and 9019 issues (.4); review and revise settlement demand letter to Vistra (.3); emails with P. Young and M. Thomas re same (.1). | 0.80 | 900.00 |
| 01/29/18 | SW | Conference with J. Roche re research assignment (.5); research standard of review for motion for reconsideration and review termination fees (2.2). | 2.70 | 1,471.50 |
| 01/29/18 | MKT | Review emails from Kirkland re TSA claims, issues and attachments to same (.3); two calls with R. Levin re allocation issues (.3); call with M. Kieselstein re same (.2); call (.1) and emails (.3) with G. Galardi re same; call with M. Firestein re same (.3); review new Elliott settlement proposal (.1); emails to P. Young re same (.2); draft email to clients re same (.2); draft letter to Vistra (.2); telephone conference with P. Young re same (.1); call with A. Wright re same (.1). | 2.40 | 3,240.00 |
| 01/29/18 | PJY | Further review and revise draft correspondence to Vistra re EFH / Vistra E&P adversary proceeding anticipated determination (.3); emails with A. Wright, T. Horton, T. Maynes, A. Sexton, M. Kieselstein, M. McKane, M. Thomas, M. Firestein and S. Rosow re same (.3); review and analyze further revisions to same (.3); telephone conference with M. Thomas re same (.1); emails with M. Thomas re Elliott funds' correspondence re inter-estate allocation issues (.2); review and analyze same (.2). | 1.40 | 1,575.00 |
| 01/29/18 | MAF | Research appellate issues on termination fee matters and telephone conference with M. Thomas on strategy for same (.8); conference with J. Roche on appellate issues and research termination fee standards (.3); review conflicting fee committee orders (.1); review and prepare settlement correspondence (.2); research and review settlement correspondence on Vistra dispute (.3). | 1.70 | 1,912.50 |
| 01/29/18 | JLR | Conference with M. Firestein re appeal of fee order (.3); analyze fee order and standard of review issues (1.4); conference with S. Weil re appeal of fee order research (.5). | 2.20 | 2,090.00 |
| 01/30/18 | SW | Research and draft standards of review for motion for reconsideration and decision re termination fee. | 6.50 | 3,542.50 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **February 23, 2018**
Invoice No. 171501632                                                      Page 16

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/30/18 | MKT | Call with clients and M. Firestein re EFIH proposal (.4); call with B. Williamson and M. Firestein re same (.3); call with D. Evans re same (.3); email to client with updated memo on allocation proposal history and current status (.4); call (.2) and emails (.2) with M. Firestein re same; call with R. Levin re same (.2); calls with company (.2) and A. Sexton (.2) re Vistra tax dispute issues. | 2.40 | 3,240.00 |
| 01/30/18 | PJY | Emails with D. Evans and B. Williamson re Elliott funds' correspondence re inter-estate allocation issues, response to same (.3); telephone conference with M. Thomas re same (.2); emails with A. Wright, T. Horton, T. Maynes, A. Sexton, M. Kieselstein, M. McKane, M. Thomas, M. Firestein and S. Rosow re correspondence to Vistra re EFH / Vistra E&P adversary proceeding anticipated determination (.2); review and analyze revised correspondence to Vistra re EFH / Vistra E&P adversary proceeding anticipated determination and emails to Elliott funds' and UCC's counsel re same (.2). | 0.90 | 1,012.50 |
| 01/30/18 | MAF | Review and prepare multiple strategic correspondence on settlement issues for allocation (.2); review correspondence on committee dispute to court (.1); conference calls with disinterested directors and M. Thomas on settlement strategy on allocation matters (1.0); telephone conference with M. Thomas on settlement letter to Vistra (.2). | 1.50 | 1,687.50 |
| 01/30/18 | JLR | Analyze and draft memo re appeal of termination fee order and standard of review. | 2.50 | 2,375.00 |
| 01/31/18 | SW | Research and edit research on standard of review for motion for reconsideration (2.7); conferences with J. Roche re standards of review on motion for reconsideration and termination fees (1.4). | 4.10 | 2,234.50 |
| 01/31/18 | MKT | Call with clients re EFIH proposal (.4); call with D. Evans re same (.3); call with B. Williamson re same (.2); calls with M. Firestein re same (.8); call and email with T. Horton re diligence re same (.2); consider response and work on memo to client re issues and alternatives (1.9). | 3.80 | 5,130.00 |
| 01/31/18 | MAF | Review and prepare correspondence on Vistra resolution issues (.2); further research on 9019 and settlement issues and standard of review (.3); review debtor filing on court order issues (.2); telephone conferences with M. Thomas on settlement negotiations on allocation issues including strategy on same (.8); conferences with J. Roche on appellate standard of review and research docketing issues on NextEra adversary proceeding (.4); prepare outline for possible PowerPoint deck to disinterested directors (.7); prepare correspondence to M. McKane on appeal issues (.1); telephone conference with M. McKane on appeal strategic issues concerning NextEra reconsideration matters (.5). | 3.20 | 3,600.00 |

**ENERGY FUTURE HOLDINGS CORP.**                          **February 23, 2018**
**Invoice No. 171501632**                                          **Page 17**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
**Client/Matter No. 26969.0004**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/31/18 | JLR | Review and analyze research summary re standard of review re termination fee appeal (1.4); conferences with M. Firestein re standard of review (.4); conferences with S. Weil re analysis re standard of review (1.4); draft summary of issues re termination fee appeal (.6). | 3.80 | 3,610.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 76.70 | 1,350.00 | 103,545.00 |
| MICHAEL A. FIRESTEIN | 41.60 | 1,125.00 | 46,800.00 |
| PETER J. YOUNG | 27.70 | 1,125.00 | 31,162.50 |
| **Total For Partner** | **146.00** | | **181,507.50** |
| JENNIFER L. ROCHE | 10.20 | 950.00 | 9,690.00 |
| SIMONA WEIL | 13.30 | 545.00 | 7,248.50 |
| **Total For Associate** | **23.50** | | **16,938.50** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **169.50** | **$** | **198,446.00** |
| **Total this Matter** | | **$** | **198,446.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                    **February 23, 2018**
Invoice No. 171501632                                                          **Page 18**

**EFH CORPORATE GOVERNANCE AND BOARD MATTERS**
Client/Matter No. 26969.0005


DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/02/18 | PJY | Emails with A. Sexton, P. Venter and A. Yenamandra re EFH / Vistra tax dispute arbitration bullets for 1/5 joint boards meeting materials. | 0.10 | 112.50 |
| 01/03/18 | PJY | Emails with A. Sexton, P. Venter and A. Yenamandra re EFH / Vistra tax dispute arbitration bullets for 1/5 joint boards meeting materials. | 0.10 | 112.50 |
| 01/04/18 | MKT | Emails to and from clients (.2) and Kirkland (.2) re board meeting; review board materials (.1); telephone conference with P. Young re same (.1). | 0.60 | 810.00 |
| 01/04/18 | PJY | Emails with A. Sexton, P. Venter and A. Yenamandra re EFH / Vistra tax dispute arbitration bullets for 1/5 joint boards meeting materials (.2); telephone conference with M. Thomas re same (.1); review and analyze materials for 1/5 joint boards meeting and email from A. Wright re same (.5). | 0.80 | 900.00 |
| 01/05/18 | MKT | Prepare for and attend board call. | 0.60 | 810.00 |
| 01/05/18 | PJY | Prepare for and telephonically participate in joint boards meeting (.8); follow-up emails with N. Luria, R. Nowitz and M. Cumbee re same (.1). | 0.90 | 1,012.50 |
| 01/31/18 | PJY | Review and analyze materials for 2/2 joint boards meeting, proposed revisions to same (.5); emails with debtors' and disinterested directors' counsel re same (.2). | 0.70 | 787.50 |
| 01/31/18 | MAF | Review board deck for meeting. | 0.40 | 450.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 1.20 | 1,350.00 | 1,620.00 |
| MICHAEL A. FIRESTEIN | 0.40 | 1,125.00 | 450.00 |
| PETER J. YOUNG | 2.60 | 1,125.00 | 2,925.00 |
| **Total For Partner** | **4.20** | | **4,995.00** |

| | | | |
|----------|-------|------|--------|
| **Professional Fees** | **4.20** | **$** | **4,995.00** |
| **Total this Matter** | | **$** | **4,995.00** |

**ENERGY FUTURE HOLDINGS CORP.**                              **February 23, 2018**
**Invoice No. 171501632**                                                    **Page 19**

**DISCOVERY**
**Client/Matter No. 26969.0006**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|------|----------|-------------|-------|--------|
| 01/04/18 | PJY | Review and analyze certain discovery documents filed in debtors' cases. | 0.20 | 225.00 |
| 01/26/18 | PJY | Review and analyze notice of W. Herbert's preliminary witness list. | 0.10 | 112.50 |

| <u>Attorney</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|----------|-------|------|--------|
| PETER J. YOUNG | 0.30 | 1,125.00 | 337.50 |
| **Total For Partner** | **0.30** | | **337.50** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **0.30** | **$** | **337.50** |
| **Total this Matter** | | **$** | **337.50** |

**ENERGY FUTURE HOLDINGS CORP.**                                        **February 23, 2018**
Invoice No. 171501632                                                                **Page 20**

**FEE APPLICATIONS AND OBJECTIONS**
Client/Matter No. 26969.0008


DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|------|----------|-------------|-------|--------|
| 01/02/18 | JZ | Email J. Khan re expenses. | 0.10 | 95.00 |
| 01/03/18 | PJY | Review and analyze email from M. Reetz re December invoice (.1); review and analyze responses and objection to Elliott's and Paloma's fee committee appointment motion and report re same (.5); telephone conference with M. Thomas re same, 1/8 hearing on same (.1). | 0.70 | 787.50 |
| 01/03/18 | MAF | Review fee committee's response to Elliott seeking appointment to creditors' committee (.3); review debtor response to Elliott motion (.3). | 0.60 | 675.00 |
| 01/04/18 | PJY | Review and analyze debtors' proposed 1/8 hearing agenda (.1); emails with N. Petrov re telephonic access to same (.1); emails with M. Reetz re December invoice (.1). | 0.30 | 337.50 |
| 01/05/18 | PJY | Review and revise December fee invoice in preparation for preparation of monthly fee statement (1.2); review and analyze letter from K. Stadler re October and November monthly fee statements (.1); email to J. Zajac re same (.1); emails with M. Thomas re same (.1); review and analyze Elliott's and Paloma's reply to responses and objection to fee committee appointment motion, declaration in support of same and report re same (.5). | 2.00 | 2,250.00 |
| 01/05/18 | MAF | Review Elliott reply and declaration re fee committee issues. | 0.40 | 450.00 |
| 01/08/18 | PJY | Email to L. Schmidt re call to discuss counterproposal re ninth interim fee application (.1); further review and analyze fee committee letter re ninth interim fee application, prepare counterproposal to same (.8); telephone conference with M. Thomas re same (.2); further review and revise December fee invoice in preparation for preparation of monthly fee statement (.8); emails with M. Reetz re same (.1); review and analyze reports re outcomes of Elliott's and Paloma's fee committee appointment motion hearing (.2). | 2.20 | 2,475.00 |
| 01/09/18 | PJY | Prepare for and call with L. Schmidt to discuss counterproposal re ninth interim fee application (.5); emails with J. Zajac re October and November fee statements, CNOs re same, related matters (.1). | 0.60 | 675.00 |
| 01/11/18 | PJY | Review and analyze email from K. Stadler re remaining case staffing plans (.1); email to A. Yenamandra re same (.1); office conference with M. Thomas re same (.1); emails with M. Reetz re December invoice (.1). | 0.40 | 450.00 |
| 01/12/18 | PJY | Emails with K. Stadler and M. Thomas re remaining case staffing plans (.1); emails with A. Yenamandra re same (.1). | 0.20 | 225.00 |
| 01/15/18 | PJY | Emails with K. Stadler and M. Thomas re remaining case staffing plans (.1); emails with J. Zajac re outstanding fee issues (.2); telephone conference and emails with M. Thomas re February budget and staffing plan, open matters, status (.3). | 0.60 | 675.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                        **February 23, 2018**
Invoice No. 171501632                                                              **Page 21**

**FEE APPLICATIONS AND OBJECTIONS**
Client/Matter No. 26969.0008

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/16/18 | PJY | Draft, review and revise February budget and staffing plan (1.1); emails with M. Thomas re same (.1); emails with T. Hogan, C. Miller and G. Morton re same (.1); prepare summary of same for fee committee (.2); email to R. Gitlin re same (.1); review and analyze correspondence with D. Klauder and C. Stephenson re CNOs re fee statements (.1); telephone conference and emails with J. Zajac re outstanding fee issues (.2). | 1.90 | 2,137.50 |
| 01/16/18 | JZ | Call P. Young re fee statements (.1); draft two CNOs (.5); emails with D. Klauder re same (.2); review SOLIC CNO (.2); email D. Klauder re same (.2); email P. Hogan re same (.1). | 1.30 | 1,235.00 |
| 01/17/18 | PJY | Review and analyze correspondence with billers re December invoice (.1); emails with K. Stadler and M. Thomas re remaining case staffing plans (.4). | 0.50 | 562.50 |
| 01/19/18 | PJY | Telephone conference with M. Thomas re ninth interim fee application (.1); review and analyze voicemail from L. Schmidt re same (.1); email to L. Schmidt re same (.1). | 0.30 | 337.50 |
| 01/22/18 | PJY | Review and analyze notice of appointment of creditors committee representative to fee committee. | 0.10 | 112.50 |
| 01/22/18 | JZ | Draft fee statement. | 1.70 | 1,615.00 |
| 01/23/18 | PJY | Review and analyze report re notice of appointment of creditors committee representative to fee committee (.1); emails with J. Zajac re December monthly fee statement (.1). | 0.20 | 225.00 |
| 01/23/18 | JZ | Email P. Young re fee statement. | 0.10 | 95.00 |
| 01/23/18 | MAF | Research new fee committee appointee and related pleadings and prepare memo on settlement strategy. | 0.20 | 225.00 |
| 01/24/18 | PJY | Review and revise December monthly fee statement (.4); emails with J. Zajac re same (.1); review and analyze correspondence with D. Klauder and C. Stephenson re same (.1). | 0.60 | 675.00 |
| 01/24/18 | JZ | Email P. Young re fee statement (.1); email D. Klauder re same (.1). | 0.20 | 190.00 |
| 01/26/18 | PJY | Emails with J. Zajac re preparation of tenth interim fee application. | 0.20 | 225.00 |
| 01/26/18 | JZ | Email J. Khan re expenses (.1); email P. Young re budget plans (.1); review SOLIC fee statement (.2); email D. Klauder re same (.1); email P. Hogan re same (.1). | 0.60 | 570.00 |
| 01/29/18 | PJY | Review and analyze certifications of counsel re majority creditors' motion to appoint fee committee representative and proposed order amending stipulation and order appointing fee committee. | 0.40 | 450.00 |
| 01/30/18 | PJY | Review and analyze Elliott funds' letter to court re certifications of counsel re majority creditors' motion to appoint fee committee representative and proposed order amending stipulation and order appointing fee committee. | 0.20 | 225.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                     **February 23, 2018**
**Invoice No. 171501632**                                                                  **Page 22**

**FEE APPLICATIONS AND OBJECTIONS**
**Client/Matter No. 26969.0008**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/31/18 | PJY | Review and analyze fee committee's and debtors' letters to court in response to Elliott funds' letter re certifications of counsel re majority creditors' motion to appoint fee committee representative and proposed order amending stipulation and order appointing fee committee (.3); review and analyze letter from K. Stadler re December monthly fee statement (.1); emails with J. Zajac re same (.1). | 0.50 | 562.50 |
| 01/31/18 | JZ | Email D. Klauder re fee statement. | 0.10 | 95.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MICHAEL A. FIRESTEIN | 1.20 | 1,125.00 | 1,350.00 |
| PETER J. YOUNG | 11.90 | 1,125.00 | 13,387.50 |
| **Total For Partner** | **13.10** | | **14,737.50** |
| JARED ZAJAC | 4.10 | 950.00 | 3,895.00 |
| **Total For Associate** | **4.10** | | **3,895.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **17.20** | **$** | **18,632.50** |
| **Total this Matter** | | **$** | **18,632.50** |

**ENERGY FUTURE HOLDINGS CORP.**                          **February 23, 2018**
**Invoice No. 171501632**                                              **Page 23**

**HEARINGS**
**Client/Matter No. 26969.0010**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/08/18 | MKT | Attend telephonically beginning of omnibus hearing in the event that Vistra tax issues arose. | 0.40 | 540.00 |
| 01/08/18 | PJY | Prepare for and telephonically participate in hearing of matters in debtors' cases. | 2.80 | 3,150.00 |
| 01/08/18 | MAF | Attend court hearing on fee committee and related bankruptcy case issues. | 2.90 | 3,262.50 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 0.40 | 1,350.00 | 540.00 |
| MICHAEL A. FIRESTEIN | 2.90 | 1,125.00 | 3,262.50 |
| PETER J. YOUNG | 2.80 | 1,125.00 | 3,150.00 |
| **Total For Partner** | **6.10** | | **6,952.50** |

| | | | |
|----------|-------|------|--------|
| **Professional Fees** | **6.10** | **$** | **6,952.50** |
| **Total this Matter** | | **$** | **6,952.50** |

**ENERGY FUTURE HOLDINGS CORP.**                                    **February 23, 2018**
**Invoice No. 171501632**                                                          **Page 24**


**CLAIMS INVESTIGATIONS, ANALYSES AND OBJECTIONS**
**Client/Matter No. 26969.0011**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|------|------|------|------|------|
| 01/08/18 | PJY | Review and analyze creditors' withdrawal of administrative expense claim motion. | 0.10 | 112.50 |
| 01/10/18 | PJY | Review and analyze debtors' notices of discovery served re claims objections. | 0.10 | 112.50 |
| 01/11/18 | PJY | Review and analyze EFH notes indenture trustee's withdrawal of motion for payment of allowed administrative expense claim. | 0.10 | 112.50 |
| 01/12/18 | PJY | Review and analyze debtors' notices of discovery objections and responses served re claims objections. | 0.10 | 112.50 |
| 01/17/18 | PJY | Review and analyze portion of quarterly claims register re claims asserted against EFH. | 0.30 | 337.50 |

| <u>Attorney</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|------|------|------|------|
| PETER J. YOUNG | 0.70 | 1,125.00 | 787.50 |
| **Total For Partner** | **0.70** | | **787.50** |

| | | | |
|------|------|------|------|
| **Professional Fees** | **0.70** | **$** | **787.50** |
| **Total this Matter** | | **$** | **787.50** |

**ENERGY FUTURE HOLDINGS CORP.**                                    **February 23, 2018**
**Invoice No. 171501632**                                                          **Page 25**

**OTHER MOTIONS AND APPLICATIONS**
**Client/Matter No. 26969.0013**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/16/18 | PJY | Review and analyze debtors' motion to further enlarge period within which debtors may remove actions. | 0.20 | 225.00 |

| <u>Attorney</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|
| PETER J. YOUNG | 0.20 | 1,125.00 | 225.00 |
| **Total For Partner** | **0.20** | | **225.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **0.20** | **$** | **225.00** |
| **Total this Matter** | | **$** | **225.00** |

**ENERGY FUTURE HOLDINGS CORP.**
Invoice No. 171501632

**February 23, 2018**
Page 26

**PLAN AND DISCLOSURE STATEMENT**
Client/Matter No. 26969.0015

DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/02/18 | PJY | Review and analyze Sempra announcement re equity offerings to finance Oncor merger and report re same. | 0.20 | 225.00 |
| 01/05/18 | PJY | Review and analyze joint motion of Oncor, Sempra and PUCT staff seeking revised stipulation among settlement parties and report re same. | 0.40 | 450.00 |
| 01/11/18 | PJY | Review and analyze filed Sempra notes prospectus re Oncor transaction financing and report re same (.4); review and analyze PUCT's open meeting agenda, report re outcome of same re Oncor-Sempra transaction merits hearing (.2). | 0.60 | 675.00 |
| 01/12/18 | PJY | Review and analyze 8-K filing and report re closing of Sempra notes offerings part of Oncor transaction financing package. | 0.40 | 450.00 |
| 01/15/18 | MKT | Review plan provisions relating to certain assets. | 0.40 | 540.00 |
| 01/17/18 | MAF | Review EFH motion on plan actions and impact on Sempra deal. | 0.20 | 225.00 |
| 01/18/18 | MAF | Review new plan pleadings and plan itself (.2); review and prepare correspondence on settlement issues (.1). | 0.30 | 337.50 |
| 01/22/18 | PJY | Review and analyze asbestos objectors' objection to plan confirmation. | 1.20 | 1,350.00 |
| 01/22/18 | MAF | Review plan objection by asbestos claimants. | 0.30 | 337.50 |
| 01/24/18 | PJY | Review and analyze plan confirmation protocols second scheduling supplement (original and as revised), notice of plan confirmation hearing, correspondence re same (.4); review and analyze intervenors' letter in support of Oncor-Sempra transaction, intervenor's withdrawal of settlement stipulation objection and reports re same (.4). | 0.80 | 900.00 |
| 01/25/18 | PJY | Review and analyze filed notice of plan confirmation hearing and report re same (.1); emails to M. Thomas re same (.2); review and analyze PUCT open meeting agenda (.1); participate by video in portion of PUCT open meeting (.3); review and analyze report re same (.1); review and analyze further revised plan confirmation protocols second scheduling supplement, order approving same, correspondence re same (.3); review and analyze certificate of no objection re asbestos claimant's motion to join asbestos objectors' plan objection, order granting same (.2). | 1.30 | 1,462.50 |
| 01/25/18 | MAF | Review and prepare strategic correspondence on plan issues and confirmation (.2); review agenda for 1/29 hearing and notice of confirmation hearing (.2); review new order on scheduling for e-plan confirmation (.2). | 0.60 | 675.00 |
| 01/29/18 | PJY | Review and analyze asbestos objectors' certification of counsel re stipulation and proposed order re certain evidence in connection with plan confirmation. | 0.20 | 225.00 |
| 01/30/18 | PJY | Review and analyze email from P. Venter re EFH / EFIH professional fee escrow. | 0.10 | 112.50 |

**ENERGY FUTURE HOLDINGS CORP.**          **February 23, 2018**
**Invoice No. 171501632**          **Page 27**

**PLAN AND DISCLOSURE STATEMENT**
**Client/Matter No. 26969.0015**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/31/18 | PJY | Review and analyze entered order re certain evidence in connection with plan confirmation. | 0.10 | 112.50 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MARK K. THOMAS | 0.40 | 1,350.00 | 540.00 |
| MICHAEL A. FIRESTEIN | 1.40 | 1,125.00 | 1,575.00 |
| PETER J. YOUNG | 5.30 | 1,125.00 | 5,962.50 |
| **Total For Partner** | **7.10** | | **8,077.50** |

| | Hours | | Amount |
|---|---|---|---|
| **Professional Fees** | **7.10** | **$** | **8,077.50** |
| **Total this Matter** | | **$** | **8,077.50** |

**ENERGY FUTURE HOLDINGS CORP.**                                          **February 23, 2018**
Invoice No. 171501632                                                                        **Page 28**

TAX
**Client/Matter No. 26969.0016**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 01/01/18 | SLR | Review and revise draft responses to H. Beller questions (2.7); emails with G. Kroup re H. Beller questions (.2). | 2.90 | 4,335.50 |
| 01/02/18 | MK | Review and revise draft response to H. Beller's questions (4.1); review emails and supporting documentation necessary to draft responses (2.5); prepare for and participate on calls with company, counsel, Paul Weiss, M. Thomas, S. Rosow, M. Firestein and J. Park re same (.9). | 7.50 | 5,212.50 |
| 01/02/18 | JAP | Review proposed Ropes responses to H. Beller questions (.4); call with Paul Weiss, S. Rosow, M. Thomas, M. Firestein and M. Kakkar re joint responses and related points (.6); revise M. Kakkar's response to question 1 (1.0); call with Kirkland, S. Rosow, M. Thomas, M. Firestein and M. Kakkar re responses to H. Beller (.3). | 2.30 | 2,012.50 |
| 01/02/18 | SLR | Review Section 18 issue submission (.3); review emails re supplemental IRS submission (.3); review draft submission to H. Beller (.6); review A. Sexton email and analysis re new dividend (.2); review and revise draft submission (1.0); review A. Yenamandra email re board update (.1); conference calls with company, counsel, Paul Weiss, M. Thomas, J. Park, M. Firestein and M. Kakkar re responses to H. Beller's questions (.9); review A. Sexton's email re dividend issue re open (.2); review T. Maynes' emails and attachments re July 1, 2016 IRS submission (.2). | 3.80 | 5,681.00 |
| 01/03/18 | MK | Prepare for and attend call with D. Wheat, team from Paul Weiss, S. Rosow and J. Park (.6); follow-up conference with J. Park re same (.5); revise draft to incorporate comments (..8); review draft and prepare appendices (1.0). | 2.90 | 2,015.50 |
| 01/03/18 | RMC | Call to discuss responses to H. Beller's responses with S. Rosow, M. Firestein, M. Kakkar, M. Thomas, G. Kroup, D. Wheat (.6); review H. Beller's responses (.6). | 1.20 | 1,230.00 |
| 01/03/18 | JAP | Review M. Kakkar's draft letter and discuss with S. Rosow (.6); circulate response re draft letter (.3); call re H. Beller's questions with Paul Weiss and D. Wheat (.6); review and respond to A. Wright's comments (.3); discuss next steps with M. Kakkar (.5); annotate responses to proposed Elliott submission (.6). | 2.90 | 2,537.50 |
| 01/03/18 | SLR | Review responses to H. Beller (.4); review K. Sanders' email re response (.1); review memos re submission (.3); telephone conference with D. Wheat, M. Thomas, M. Firestein, J. Park and M. Kakkar re H. Beller question (.6); email A. Wright re dividend (.1); review and revise answer to H. Beller (1.2); review Kirkland comments on letter to H. Beller (.3); email G. Kroup re E&D study (.3); review L. Arnaboldi email re response (.1); telephone conferences with M. Firestein re response to H. Beller (.4); review and annotate L. Arnaboldi's draft response (.6). | 4.40 | 6,578.00 |

**ENERGY FUTURE HOLDINGS CORP.**           **February 23, 2018**
**Invoice No. 171501632**                               **Page 29**

**TAX**
**Client/Matter No. 26969.0016**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/04/18 | MK | Incorporate changes to draft response to H. Beller's questions (1.8); prepare exhibits, appendices and refined citations (1.4). | 3.20 | 2,224.00 |
| 01/04/18 | RMC | Call with M. Thomas, A. Sexton, T. Maynes, S. Rosow, M. McKane and M. Kieselstein to discuss Oncor distribution issues and Oncor TSA (.8); review TSA (.5); review calculations for tax distributions (.5). | 1.80 | 1,845.00 |
| 01/04/18 | JAP | Review appendices and follow up with M. Kakkar re same (.3); review final draft of letter and revise appendices (.5); review E&P study for purpose of H. Beller response (.4). | 1.20 | 1,050.00 |
| 01/04/18 | SLR | Review J. Park, M. Firestein emails re submission to H. Beller (3); review board materials (.2); telephone conference with D. Hariton re response to H. Beller (.3); review and revise submission to H. Beller (.6); telephone conferences with M. Firestein re same (.5); telephone conference with A. Sexton, T. Maynes, M. Kieselstein, M. McKane, M. Thomas and R. Corn re Oncor TSA, and review dividend (.8); review emails re Oncor prepayment (.4); telephone conference with T. Maynes re H. Beller response (.2). | 3.30 | 4,933.50 |
| 01/05/18 | BK | Revise letter with responses to questions from arbitrators. | 0.80 | 556.00 |
| 01/05/18 | NP | Emails with M. Kakkar re submission of responses to H. Beller's questions (.3); compile binder of appendices for H. Beller (.4); draft letters to H. Beller and A. Shah (.4); coordinate delivery to H. Beller (.3); revise attachments to emails to notice parties (.3). | 1.70 | 595.00 |
| 01/05/18 | MK | Incorporate changes to final responses to H. Beller questions (1.2); prepare and assist with delivery to H. Beller, A. Shah and electronic circulations to all parties (3.3); emails with N. Petrov re same (.3). | 4.80 | 3,336.00 |
| 01/05/18 | JAP | Follow up with M. Kakkar re exhibits and filing (1.0); follow up internally re separate Elliott submission (.3); distributions to H. Beller, Kirkland / EFH, and Ropes / S&C (.5). | 1.80 | 1,575.00 |
| 01/05/18 | ED | Organize and prepare "Responses to December 22, 2017 Questions from H. Beller" and appendix documents and coordinate delivery to A. Shah per M. Kakkar and J. Park. | 0.80 | 172.00 |
| 01/05/18 | SLR | Emails to M. Thomas re H. Beller submission (.2); telephone conference with T. Maynes re H. Beller submissions (.3); emails with T. Maynes re H. Beller submissions (.2); review draft submissions (.7); telephone conference with D. Hariton re H. Beller submission (.3); review M. Firestein emails re H. Beller submission (.2); telephone conferences with M. Firestein re H. Beller submission (.3); review Ropes letter and H. Beller submission (.9); review M. Thomas email, M. Firestein emails re same (.3). | 3.40 | 5,083.00 |
| 01/07/18 | SLR | Review M. Thomas emails for H. Beller (.4); review G. Galardi emails re H. Beller submission (.2). | 0.60 | 897.00 |
| 01/08/18 | MK | Discuss with J. Park by email questions following submission of response to H. Beller's questions. | 0.50 | 347.50 |

**ENERGY FUTURE HOLDINGS CORP.**                                **February 23, 2018**
Invoice No. 171501632                                                        **Page 30**

**TAX**
**Client/Matter No. 26969.0016**

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/08/18 | JAP | Discuss approach for responding to H. Beller and Paul Weiss response letter with M. Thomas, M. Firestein and S. Rosow (.3); email with M. Kakkar re same (.4). | 0.70 | 612.50 |
| 01/08/18 | SLR | Review D. Sexton's email re Oncor dividend issues (.2); review Mukegstein's emails re same (.2); review L. Arnaboldi's email re H. Beller (.2); telephone conference with M. Firestein, M. Thomas and J. Park re response to H. Beller (.3); review Paul Weiss' objections to H. Beller (.2); review L. Arnaboldi's email re H. Beller submissions / call (.1); review H. Beller email re call (.1); email M. Thomas re call (.1); review M. Thomas' emails re responses to H. Beller (.2); review response (1.2); review L. Arnaboldi's emails re H. Beller submission (.2); review M. Firestein, M. Thomas draft, emails re H. Beller submission (.4); emails with M. Thomas. M. Firestein re email to H. Beller re Ropes submission (.3). | 3.70 | 5,531.50 |
| 01/09/18 | RMC | Review current disputes and issues with respect to Oncor dividend and settlement agreement. | 0.60 | 615.00 |
| 01/10/18 | RMC | Participate in conference call with M. Thomas, A. Sexton, M. Kieselstein and A. Wright to discuss Oncor dividend issue (.3); review settlement agreement draft (1.6); review Department of Justice's proposed changes to EFH plan (.5). | 2.40 | 2,460.00 |
| 01/11/18 | RMC | Review settlement agreement draft (1.3); review materials sent to IRS as part of IRS audit of EFH 2016 tax return (1.8). | 3.10 | 3,177.50 |
| 01/11/18 | JAP | Call with H. Beller, A. Shah and Paul Weiss (.8); follow-up call with M. Firestein (.3); summary re same (.3); correspondence with Ropes (.6). | 2.00 | 1,750.00 |
| 01/12/18 | RMC | Review materials sent to IRS as part of IRS audit of EFH 2016 tax return (1.3), review revisions to draft settlement agreement (1.1). | 2.40 | 2,460.00 |
| 01/12/18 | JAP | Emails with M. Thomas re H. Beller and Elliott and Vistra demands re same. | 0.30 | 262.50 |
| 01/14/18 | JAP | Correspondence with M. Thomas re approach. | 0.20 | 175.00 |
| 01/16/18 | RMC | Review revisions to draft settlement agreement. | 1.20 | 1,230.00 |
| 01/16/18 | JAP | Call with H. Beller, Paul Weiss, M. Firestein and J. Park re Elliott submission (.4); internal follow up with M. Thomas and M. Firestein (.2). | 0.60 | 525.00 |
| 01/16/18 | SLR | Telephone conference with H. Beller, Paul Weiss, M. Firestein and J. Park re submissions. | 0.40 | 598.00 |
| 01/29/18 | JAP | Call with Paul Weiss and follow up re H. Beller question. | 0.30 | 262.50 |
| 01/30/18 | RMC | Review Oncor dividend materials and calculations. | 1.20 | 1,230.00 |
| 01/31/18 | RMC | Review Oncor dividend materials and calculations. | 0.40 | 410.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **February 23, 2018**
**Invoice No. 171501632**                                                        **Page 31**

**TAX**
**Client/Matter No. 26969.0016**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| RICHARD M. CORN | 14.30 | 1,025.00 | 14,657.50 |
| STUART L. ROSOW | 22.50 | 1,495.00 | 33,637.50 |
| **Total For Partner** | **36.80** | | **48,295.00** |
| | | | |
| BOWON KOH | 0.80 | 695.00 | 556.00 |
| JANICELYNN ASAMOTO PARK | 12.30 | 875.00 | 10,762.50 |
| MANI KAKKAR | 18.90 | 695.00 | 13,135.50 |
| **Total For Associate** | **32.00** | | **24,454.00** |
| | | | |
| EMMA DILLON | 0.80 | 215.00 | 172.00 |
| NATASHA PETROV | 1.70 | 350.00 | 595.00 |
| **Total For Legal Assistant** | **2.50** | | **767.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **71.30** | **$** | **73,516.00** |
| | | | |
| **Total this Matter** | | **$** | **73,516.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                        **March 16, 2018**
Invoice No. 171501778                                                                **Page 2**

**CASE ADMINISTRATION**
Client/Matter No. 26969.0001

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/06/18 | PJY | Review and analyze letter to court on behalf of "small investors" (.2); begin preparing for 2/16 omnibus hearing of matters in debtors' cases (.3). | 0.50 | 562.50 |
| 02/09/18 | PJY | Review and analyze Elliott funds' special counsels' BR 2019 statement and report re same. | 0.20 | 225.00 |
| 02/12/18 | PJY | Emails with D. Klauder re 2/16 omnibus hearing of matters in debtors' cases. | 0.10 | 112.50 |
| 02/13/18 | PJY | Emails to M. Thomas and M. Firestein re 2/16 omnibus hearing of matters in debtors' cases. | 0.10 | 112.50 |
| 02/14/18 | PJY | Review and analyze proposed agenda for 2/16 omnibus hearing of matters in debtors' cases (.1); emails with N. Petrov re telephonic participate in same (.1); review and analyze notice of cancellation of same (.1). | 0.30 | 337.50 |
| 02/14/18 | NP | Schedule with CourtCall telephonic appearance for P. Young at 2/16 hearing. | 0.20 | 70.00 |
| 02/16/18 | NP | Schedule with CourtCall telephonic appearance for P. Young at status hearing. | 0.20 | 70.00 |
| 02/21/18 | NP | Schedule with CourtCall telephonic appearance for P. Young at two hearings (.2); schedule with CourtCall telephonic appearance for M. Thomas (.1). | 0.30 | 105.00 |
| 02/22/18 | PJY | Review and analyze certification of counsel re order scheduling omnibus hearing date. | 0.10 | 112.50 |
| 02/23/18 | PJY | Review and analyze entered order scheduling March omnibus hearing date. | 0.10 | 112.50 |
| 02/23/18 | NP | Schedule with CourtCall telephonic appearance for P. Young at 2/26 hearing. | 0.20 | 70.00 |
| 02/27/18 | NP | Schedule with CourtCall telephonic appearance for P. Young. | 0.30 | 105.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| PETER J. YOUNG | 1.40 | 1,125.00 | 1,575.00 |
| **Total For Partner** | **1.40** | | **1,575.00** |
| NATASHA PETROV | 1.20 | 350.00 | 420.00 |
| **Total For Legal Assistant** | **1.20** | | **420.00** |
| **Professional Fees** | **2.60** | **$** | **1,995.00** |
| **Total this Matter** | | **$** | **1,995.00** |

**ENERGY FUTURE HOLDINGS CORP.**                    **March 16, 2018**
Invoice No. 171501778                                              **Page 3**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/01/18 | SW | Edit and research for memorandum on standards of review for motion for reconsideration (4.1); conference and emails with J. Roche re same (.1). | 4.20 | 2,289.00 |
| 02/01/18 | MKT | Call with R. Levin re EFIH proposal (.3); review new Elliott proposal and call with G. Galardi re same (.2); call with M. Kieselstein re EFIH and Elliott proposals (.2); call with D. Evans re next steps on allocation issues (.2); call with T. Horton re cash projections (.2); draft and finalize materials for client re allocation proposals, issues and alternatives (1.7); telephone conference with P. Young re same (.4); review and respond to emails from Elliott's counsel re status of Vistra dispute (.2); review and respond to emails from R. Corn, P. Young and J. Park re Professor's ruling (.2). | 3.60 | 4,860.00 |
| 02/01/18 | PJY | Review and analyze correspondence with Elliott funds' and UCC's counsel re letter to Vistra re EFH / Vistra E&P adversary proceeding anticipated determination (.1); emails with M. Thomas, R. Corn, M. Firestein and J. Park re same (.1); emails with D. Klauder re 2/16 status hearing in EFH / Vistra E&P adversary proceeding (.1); review and analyze notice of same (.1); begin preparing for same (.3); review and analyze H. Beller's determination in EFH / Vistra E&P resolution proceeding, correspondence re same (.7); telephone conference and emails with M. Thomas re same, inter-estate allocation issues (.4); review and analyze deck on potential responses to latest settlement proposal and chart re negotiations history (.5); emails with D. Evans and B. Williamson re same (.2). | 2.50 | 2,812.50 |
| 02/01/18 | MAF | Review disinterested director PowerPoint deck and related proposals. | 0.40 | 450.00 |
| 02/01/18 | MAF | Review multiple correspondence on Vistra dispute (.1); review Beller decision and prepare memo on same (.5). | 0.60 | 675.00 |
| 02/01/18 | JLR | Research termination fee appeal analysis (.1); review and revise draft memo re standard of review on termination fee appeal (.7); emails and conference with S. Weil re same (.1); draft memo re termination fee issues and appeal (.8). | 1.70 | 1,615.00 |
| 02/02/18 | SW | Edit memorandum on standard of review for motion for reconsideration (2.6); emails with J. Roche re same (.1). | 2.70 | 1,471.50 |
| 02/02/18 | MKT | Prepare for call with clients (.3) and participate in call with clients (1.1); follow-up call with M. Firestein re client call (.3); call with J. Sprayregen and M. Kieselstein re allocation issues (.4); emails to M. Kieselstein re allocation issues (.2); memo to client re allocation issues, alternatives and next steps (.6); call with P. Young re client memo (.2). | 3.10 | 4,185.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                                    **March 16, 2018**
Invoice No. 171501778                                                                        **Page 4**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/02/18 | PJY | Telephone conference with M. Thomas re inter-estate allocation issues (.2); emails with D. Evans and B. Williamson re same (.2); review and analyze revised deck on potential responses to latest settlement proposal and updated chart re negotiations history (.5). | 0.90 | 1,012.50 |
| 02/02/18 | MAF | Further review disinterested director PowerPoint deck and prepare correspondence re same (.3); telephone conference with M. Thomas on settlement strategy (.3). | 0.60 | 675.00 |
| 02/02/18 | MAF | Conference with J. Roche on standard of review re termination fee appeal (.3); review and revise settlement correspondence on allocation (.5); review and revise memoranda on appellate issues for termination fee (.5). | 1.30 | 1,462.50 |
| 02/02/18 | JLR | Emails with S. Weil re standard of review on termination fee issue (.1); conference with M. Firestein re standard of review and termination fee appeal issues (.3); draft memo re termination fee motion for reconsideration and appeal (3.1). | 3.50 | 3,325.00 |
| 02/03/18 | MKT | Review prior pleadings and declarations on termination fees (.6); draft email to clients re options and alternatives (.4); emails to and from M. Firestein, P. Young and J. Roche re same (.2). | 1.20 | 1,620.00 |
| 02/03/18 | PJY | Emails with M. Thomas, M. Firestein and J. Roche re inter-estate allocation issues (.2); research re same (.8); review and analyze documents re same (.6). | 1.60 | 1,800.00 |
| 02/03/18 | MAF | Review and prepare strategic memo on allocation issues concerning settlement. | 0.20 | 225.00 |
| 02/03/18 | JLR | Identify and review motion papers related to reasonable termination fee range (.9); emails to M. Thomas, M. Firestein and P. Young re same (.1). | 1.00 | 950.00 |
| 02/04/18 | MAF | Review and prepare strategic client correspondence on settlement issues. | 0.30 | 337.50 |
| 02/05/18 | SW | Edit memo on standards of review for motions for reconsideration. | 1.70 | 926.50 |
| 02/05/18 | MKT | Calls with D. Evans (.3), B. Williamson (.2), clients (.2), and M. Kieselstein (.3) re allocation issues and next steps. | 1.00 | 1,350.00 |
| 02/06/18 | MKT | Emails to and from clients and counsel re next steps (.3); emails and call with Vistra counsel re same (.3); call with D. Evans re call with C. Cremens (.2); call with R. Levin re next steps (.2); review materials received from R. Levin (.7), draft response to R. Levin (.4); emails with M. Firestein and P. Young re next steps and alternatives (.1). | 2.20 | 2,970.00 |

**ENERGY FUTURE HOLDINGS CORP.**                          **March 16, 2018**
Invoice No. 171501778                                              **Page 5**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/06/18 | PJY | Review and analyze stipulation re dismissal of district court appeal of NextEra merger agreement termination fee reconsideration order (.1); emails with M. Thomas and M. Firestein re inter-estate allocation issues, negotiations with EFIH disinterested manager re same (.1); review and analyze historical documents and correspondence re same (1.4); emails with A. Wright, T. Horton, T. Maynes, A. Sexton, M. Thomas, S. Rosow, J. Park and M. Firestein re EFH / Vistra E&P allocation adversary proceeding (.2); emails with M. Kieselstein, M. McKane, A. Yenamandra, M. Thomas and M. Firestein re NextEra merger agreement termination fee reserve issues, 2/16 omnibus hearing (.2). | 2.00 | 2,250.00 |
| 02/06/18 | MAF | Emails with M. Thomas and P. Young on strategy for status conference and prepare correspondence re same. | 0.10 | 112.50 |
| 02/06/18 | MAF | Review EFIH memos on allocation issues and related review and preparation of strategic memos on same (.4); review and prepare correspondence on NextEra settlement issues (.2); review and analyze settlement strategy for allocation issues (.3). | 0.90 | 1,012.50 |
| 02/07/18 | SW | Edit memorandum on standard of review for motion for reconsideration. | 0.30 | 163.50 |
| 02/07/18 | MKT | Review materials to prepare for call with R. Levin re allocation issues (.5); call with P. Young re same (.3); call with R. Levin re same (.3); prepare memo to clients re same and next steps (.3); call with clients re EFIH position and their call with Elliott (.7); call with M. Kieselstein re negotiation status (.2); draft memo to clients re options and alternatives (.4); emails to Elliott (.2), Vistra counsel (.2), Kirkland (.1), clients (.1) and local counsel (.2) re next steps on adversary proceeding. | 3.50 | 4,725.00 |
| 02/07/18 | PJY | Review and analyze correspondence to Elliott funds' counsel re disposition of EFH / Vistra E&P allocation adversary proceeding (.1); emails with D. Klauder re same (.2); telephone conference with A. Yenamandra re open matters, status (.1); emails with R. Nowitz re same (.2); telephone conference with M. Thomas re same, inter-estate claim allocation issues (.3). | 0.90 | 1,012.50 |
| 02/07/18 | MAF | Review and prepare correspondence on dismissal issues with related research of Rule 41. | 0.40 | 450.00 |
| 02/07/18 | MAF | Review correspondence on adversary proceedings and upcoming hearing (.1); review memo on appellate standards and conference with J. Roche on same (.3). | 0.40 | 450.00 |
| 02/07/18 | JLR | Review and revise draft S. Weil memo re standard of review (.6); revise draft memo re termination fee appeal issues (.9); conferences with M. Firestein re draft memo (.1). | 1.60 | 1,520.00 |
| 02/08/18 | MKT | Call with D. Evans (.3) and B. Williamson (.3) re next steps on allocation issues; email to M. Kieselstein re same (.2). | 0.80 | 1,080.00 |
| 02/08/18 | MAF | Research and prepare correspondence to M. Thomas on status and strategy. | 0.20 | 225.00 |

**ENERGY FUTURE HOLDINGS CORP.**  
Invoice No. 171501778

**March 16, 2018**  
Page 6

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**  
Client/Matter No. 26969.0004

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/09/18 | MKT | Prepare for call with clients re allocation history, status, options and alternatives (.4); attend call with clients re same (1.0); call (.2) and email (.2) counsel for Elliott and P. Young re same and emails to clients and P. Young re next steps (.2). | 2.00 | 2,700.00 |
| 02/09/18 | PJY | Emails with D. Evans, B. Williamson, G. Galardi, K. Wofford and M. Thomas re inter-estate claim allocation settlement negotiations. | 0.20 | 225.00 |
| 02/09/18 | MAF | Review multiple correspondence on allocation settlement. | 0.20 | 225.00 |
| 02/11/18 | PJY | Emails to D. Klauder, M. Thomas and M. Firestein re disposition of EFH / Vistra E&P allocation adversary proceeding (.2); emails to M. Thomas re inter-estate claim allocation settlement negotiations, plan confirmation issues (.1). | 0.30 | 337.50 |
| 02/12/18 | MKT | Emails to and from local counsel re dismissal (.3); call with local counsel re same (.2); emails to and from Vistra's counsel re same (.2); review allocation proposal from Elliott (.2); prepare materials for client re same (.4); two calls with D. Evans re same (.4); two calls with B. Williamson re same (.4); emails to and from M. Kieselstein re same (.3); conference call with clients re same (.3); call with P. Young re same (.4). | 3.10 | 4,185.00 |
| 02/12/18 | PJY | Telephone conference with M. Thomas re disposition of EFH / Vistra E&P allocation adversary proceeding, inter-estate claim allocation issues, plan confirmation issues, open matters, status (.4); review and analyze draft and filed notice of dismissal of EFH / Vistra E&P allocation adversary proceeding and report re same, revised and final letter to court re same, notice of cancellation of 2/16 status conference re same (.3); emails with A. Ehrlich and D. Klauder re same (.2); emails with D. Evans, B. Williamson, G. Galardi, K. Wofford and R. Levin re inter-estate claim allocation settlement negotiations (.4); review and analyze summary of historical proposals re same (.3). | 1.60 | 1,800.00 |
| 02/12/18 | MAF | Review dismissal documents and court correspondence. | 0.10 | 112.50 |
| 02/12/18 | MAF | Review revised allocation and new settlement proposals. | 0.40 | 450.00 |
| 02/13/18 | MKT | Emails to and from clients re counteroffer (.3); call with Elliott's counsel re same (.2); emails to and from Elliott's counsel re same (.3); update bid-ask spread chart (.2); call with M. Kieselstein re status (.2); call with committee's counsel re status (.3); emails to committee's counsel and indenture trustee's counsel re status (.3). | 1.80 | 2,430.00 |
| 02/13/18 | PJY | Emails with D. Evans, B. Williamson, G. Galardi, K. Wofford and M. Kieselstein re inter-estate claim allocation settlement negotiations (.2); review and analyze Elliott funds' latest offer re same (.2). | 0.40 | 450.00 |
| 02/13/18 | MAF | Review and prepare multiple settlement correspondence on allocation. | 0.20 | 225.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                   **March 16, 2018**
Invoice No. 171501778                                                      **Page 7**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/14/18 | MKT | Review Elliott's counteroffer (.2); email to client re same and next steps (.2); call with R. Pedone re same and next steps (.3). | 0.70 | 945.00 |
| 02/14/18 | PJY | Review and analyze certificate of no objection to proposed, and entered, order approving Oncor dividend, TSA claim disputes settlement among debtors and Sempra and reports re entered order (.4); emails with D. Evans and B. Williamson re Elliott funds' latest offer re inter-estate claim allocation settlement (.2). | 0.60 | 675.00 |
| 02/15/18 | PJY | Review and analyze inter-estate claim allocation issues. | 0.20 | 225.00 |
| 02/16/18 | MKT | Email with clients and P. Young re current status and next steps (.2); emails (.3) and calls (.3) from EFH creditors re allocation status and issues. | 0.80 | 1,080.00 |
| 02/16/18 | PJY | Emails with D. Evans, B. Williamson and M. Thomas re inter-estate claim allocation issues. | 0.20 | 225.00 |
| 02/16/18 | MAF | Review and prepare correspondence on settlement issues and scheduling order with witnesses and exhibits. | 0.30 | 337.50 |
| 02/17/18 | MKT | Call from EFH creditor re allocation process and status (.5); call from EFH creditor re allocation process and status (.6); prepare memo to M. Firestein and P. Young re EFH creditor inquiries, options, alternatives and next steps (.7). | 1.80 | 2,430.00 |
| 02/17/18 | PJY | Emails with M. Thomas re inter-estate claim allocation issues, correspondence with EFH legacy noteholders. | 0.40 | 450.00 |
| 02/17/18 | MAF | Review and prepare strategic allocation issue memos (.4); analyze settlement strategy in light of new creditor comments (.4). | 0.80 | 900.00 |
| 02/18/18 | MKT | Call to M. Kieselstein on creditor NDAs (.2); review materials to provide to restricted creditors (.5); emails to EFH creditors re status and restrictions (.8). | 1.50 | 2,025.00 |
| 02/18/18 | MAF | Review NextEra's opening appellate brief on termination fee (.3); emails with J. Roche re same (.1); review and prepare memo on standard of review per NextEra's brief (.2). | 0.60 | 675.00 |
| 02/18/18 | JLR | Analyze NextEra's appeal of termination fee and standard of review (.4); emails with M. Firestein re standard of review (.1). | 0.50 | 475.00 |
| 02/19/18 | MKT | Call with EFH creditor re allocation issues and next steps (.4); emails to EFH creditors re allocation issues, NDAs and next steps (.3); emails to Kirkland and P. Young re creditor NDAs, information to provide creditors and timing on restricted period (.2); call with P. Young re same (.6). | 1.50 | 2,025.00 |
| 02/19/18 | PJY | Review and analyze correspondence with bondholder re inter-estate claims allocation issues (.1); emails with M. Kieselstein, A. Yenamandra and M. Thomas re same, proposed information to provide to bondholder, NDA (.2); telephone conference and emails with M. Thomas re procedural issues re potential settlement of same, open matters, status (.6). | 0.90 | 1,012.50 |

**ENERGY FUTURE HOLDINGS CORP.**                                **March 16, 2018**
Invoice No. 171501778                                                          **Page 8**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|------|----------|-------------|-------|--------|
| 02/20/18 | MKT | Call with A. Wright re NDA for EFH creditors and materials to provide to them (.3); review EFH creditor draft NDA and emails with Kirkland re same (.3); emails with EFH creditors re draft NDA, materials to be produced, processed and next steps (.7). | 1.30 | 1,755.00 |
| 02/20/18 | PJY | Emails with A. Wright, T. Horton, T. Hogan, M. Kieselstein, A. Yenamandra and P. Venter re proposed information to provide to bondholders re inter-estate claims allocation issues, NDA (.4); briefly review and analyze same (.4). | 0.80 | 900.00 |
| 02/20/18 | MAF | Conference with J. Roche re status of termination fee issues. | 0.10 | 112.50 |
| 02/20/18 | JLR | Conference with M. Firestein re status of termination fee issues. | 0.10 | 95.00 |
| 02/21/18 | MKT | Draft, review and respond to over 15 emails with EFH creditors with executed NDAs on materials and next steps (.7); draft, review and respond to 10 emails with company and P. Young re materials to disclose to restricted EFH creditors (.4); emails with client re restricted EFH creditors and status of process with them (.2). | 1.30 | 1,755.00 |
| 02/21/18 | PJY | Emails with A. Yenamandra and M. Thomas re information to provide to bondholders re inter-estate claims allocation issues (.1); briefly further review and analyze same (.4). | 0.50 | 562.50 |
| 02/22/18 | MKT | Call with restricted EFH creditor re allocation issues (.6); call with EFH restricted creditors re allocation issues (.6); telephone conference with P. Young re same (.3); email to client re EFH creditor calls (.2); review and respond to emails from client re same (.2); email to Elliott's counsel re same (.2); call and email with indenture trustee counsel re same (.2); emails to company with questions on cash projections raised by restricted EFH creditors (.2) and call with P. Venter re same (.2). | 2.70 | 3,645.00 |
| 02/22/18 | PJY | Emails with D. Evans and B. Williamson re inter-estate claims allocation issues, bondholder discussions re same (.2); telephone conference with M. Thomas re same, open matters, status (.3). | 0.50 | 562.50 |
| 02/22/18 | MAF | Review multiple settlement proposal correspondence and prepare and research memos on same. | 0.20 | 225.00 |
| 02/23/18 | MKT | Call with EFH restricted creditors to discuss allocation settlement issues (.7); telephone conference with P. Young re same (.1); emails to EFH restricted creditors with follow-up information (.2); emails to company with follow-up questions from creditors (.2); emails to clients re call with EFH creditors (.2); call with clients and M. Firestein re EFH creditor views on settlement (.7); further call with EFH creditors re allocation settlement issues (.6); emails to Elliott's counsel (.2), committee and indenture trustee counsel (.2) and Kirkland re EFH creditors' position on allocation settlement; email to client responding to questions on settlement status and EFH creditors position re same (.2). | 3.30 | 4,455.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **March 16, 2018**
Invoice No. 171501778                                                        **Page 9**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/23/18 | PJY | Emails with D. Evans, B. Williamson, G. Galardi, K. Wofford, R. Levin and bondholders' advisors re inter-estate claims allocation issues, bondholder consideration of same (.4); telephone conference with M. Thomas re same (.1). | 0.50 | 562.50 |
| 02/23/18 | MAF | Attend disinterested director phone call on settlement strategy with B. Williamson, D. Evans and M. Thomas. | 0.70 | 787.50 |
| 02/23/18 | MAF | Review multiple correspondence on settlement allocation issues and related review of spreadsheets re same (.2); review settlement correspondence (.4). | 0.60 | 675.00 |
| 02/24/18 | PJY | Review and analyze inter-estate claims allocation issues, 2/26 plan confirmation hearing, open matters, status (.4); review and analyze correspondence with Elliott funds' counsel re inter-estate claims allocation issues (.1); emails with D. Evans, B. Williamson and M. Thomas re negotiations re inter-estate claims allocation (.2). | 0.70 | 787.50 |
| 02/24/18 | MAF | Review and prepare strategic correspondence on settlement. | 0.30 | 337.50 |
| 02/25/18 | MKT | Calls with Elliott's counsel on potential allocation resolution (.4); emails to and from EFH creditors on allocation status (.3); emails with Elliott's counsel re same (.2); email to clients re status of allocation discussions with Elliott and EFH creditors and potential alternatives (.2); call with P. Young re allocation discussions and next steps (.3). | 1.40 | 1,890.00 |
| 02/25/18 | PJY | Telephone conference with M. Thomas re inter-estate claims allocation issues, correspondence with Elliott funds' counsel re same (.3); emails with M. Thomas re same, correspondence from bondholder re same, draft correspondence to D. Evans and B. Williamson re same (.2); review and analyze draft correspondence to D. Evans and B. Williamson re same (.2). | 0.70 | 787.50 |
| 02/25/18 | MAF | Review and prepare multiple strategic correspondence on settlement issues vis-à-vis releases. | 1.20 | 1,350.00 |
| 02/26/18 | PJY | Emails with A. Glenn, G. Galardi, R. Pedone and D. Klauder re inter-estate claims allocation issues, potential mediation. | 0.20 | 225.00 |
| 02/27/18 | PJY | Review and analyze inter-estate claims allocation issues, 2/26 plan confirmation hearing. | 0.20 | 225.00 |
| 02/28/18 | PJY | Review and analyze inter-estate claims allocation issues, plan confirmation hearing. | 0.20 | 225.00 |
| 02/28/18 | MAF | Conference with P. Young on allocation issues, post-confirmation settlement issues. | 0.20 | 225.00 |

**ENERGY FUTURE HOLDINGS CORP.**
Invoice No. 171501778

**March 16, 2018**
**Page 10**

**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
Client/Matter No. 26969.0004

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| MARK K. THOMAS | 38.60 | 1,350.00 | 52,110.00 |
| MICHAEL A. FIRESTEIN | 11.30 | 1,125.00 | 12,712.50 |
| PETER J. YOUNG | 17.00 | 1,125.00 | 19,125.00 |
| **Total For Partner** | **66.90** | | **83,947.50** |
| JENNIFER L. ROCHE | 8.40 | 950.00 | 7,980.00 |
| SIMONA WEIL | 8.90 | 545.00 | 4,850.50 |
| **Total For Associate** | **17.30** | | **12,830.50** |
| **Professional Fees** | **84.20** | **$** | **96,778.00** |
| **Total this Matter** | | **$** | **96,778.00** |

**ENERGY FUTURE HOLDINGS CORP.**                                March 16, 2018
Invoice No. 171501778                                                    Page 11

**EFH CORPORATE GOVERNANCE AND BOARD MATTERS**
Client/Matter No. 26969.0005

DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/01/18 | MKT | Review and revise board materials (.3); emails to and from Kirkland re same (.3); telephone conference with P. Young re 2/2 joint boards meeting (.1). | 0.70 | 945.00 |
| 02/01/18 | PJY | Review and analyze further proposed revisions (multiple versions) to materials for 2/2 joint boards meeting (.4); emails with debtors' and disinterested directors' counsel re same (.3); telephone conference with M. Thomas re 2/2 joint boards meeting (.1); review and analyze email from A. Wright re same (.1). | 0.90 | 1,012.50 |
| 02/02/18 | MKT | Prepare for board call (.3); participate in board call (.5). | 0.80 | 1,080.00 |
| 02/02/18 | PJY | Prepare for and telephonically participate in joint boards meeting (.5); emails with N. Luria, R. Nowitz and M. Cumbee re same, materials for same (.2). | 0.70 | 787.50 |
| 02/15/18 | PJY | Review and analyze correspondence to and from joint boards re PUCT open meeting re Oncor / Sempra regulatory application. | 0.20 | 225.00 |
| 02/25/18 | PJY | Review and analyze cash projections cleansing notice (.2); emails with A. Yenamandra and P. Venter re same (.1). | 0.30 | 337.50 |
| 02/26/18 | PJY | Emails with A. Yenamandra and P. Venter re cash projections cleansing notice. | 0.10 | 112.50 |
| 02/27/18 | PJY | Emails with A. Yenamandra and P. Venter re cash projections cleansing notice. | 0.20 | 225.00 |
| 02/28/18 | MKT | Review draft board materials (.3); call with P. Young re same (.2); revise same (.2); emails to and from P. Young, A. Yenamandra, P. Venter and R. Levin re same (.2). | 0.90 | 1,215.00 |
| 02/28/18 | PJY | Review and analyze cash projections, recovery waterfalls and inter-estate allocation negotiations cleansing notice and report re same (.3); review and analyze withdrawal notice re, and filed amended, cleansing materials (.3); review and analyze draft materials for 3/2 joint boards meeting, proposed revisions to same (.3); emails with A. Yenamandra, P. Venter, R. Levin and M. Thomas re same (.2); telephone conference with M. Thomas re same, open matters, status (.2). | 1.30 | 1,462.50 |

| <u>Attorney</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|
| MARK K. THOMAS | 2.40 | 1,350.00 | 3,240.00 |
| PETER J. YOUNG | 3.70 | 1,125.00 | 4,162.50 |
| **Total For Partner** | **6.10** | | **7,402.50** |
| **Professional Fees** | **6.10** | **$** | **7,402.50** |
| **Total this Matter** | | **$** | **7,402.50** |

**ENERGY FUTURE HOLDINGS CORP.**                         **March 16, 2018**
Invoice No. 171501778                                            **Page 12**

**EFH CORPORATE GOVERNANCE AND BOARD MATTERS**
Client/Matter No. 26969.0005

**ENERGY FUTURE HOLDINGS CORP.**                          **March 16, 2018**
**Invoice No. 171501778**                                            **Page 13**

**EMPLOYMENT APPLICATIONS**
**Client/Matter No. 26969.0007**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/22/18 | NP | Research re SOLIC retention letter for P. Young. | 0.30 | 105.00 |

| <u>Attorney</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|
| NATASHA PETROV | 0.30 | 350.00 | 105.00 |
| **Total For Legal Assistant** | **0.30** | | **105.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **0.30** | **$** | **105.00** |
| **Total this Matter** | | **$** | **105.00** |

**ENERGY FUTURE HOLDINGS CORP.**          **March 16, 2018**
Invoice No. 171501778          **Page 14**

**FEE APPLICATIONS AND OBJECTIONS**
Client/Matter No. 26969.0008

DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/01/18 | PJY | Review and analyze entered order amending stipulation and order appointing fee committee. | 0.10 | 112.50 |
| 02/02/18 | PJY | Review and analyze email from M. Reetz re January invoice (.1); emails to J. Zajac and N. Petrov re tenth interim fee application, CNO re December monthly fee statement (.1). | 0.20 | 225.00 |
| 02/02/18 | NP | Review interim compensation order and case docket and draft fee applications tracker. | 0.60 | 210.00 |
| 02/05/18 | PJY | Emails with M. Reetz re January invoice. | 0.10 | 112.50 |
| 02/05/18 | JZ | Review SOLIC fee statement (.2); email D. Klauder re same (.1); email P. Hogan re same (.1). | 0.40 | 380.00 |
| 02/06/18 | PJY | Emails with M. Reetz re January invoice (.1); review and revise same in preparation for preparation of monthly fee statement (1.4). | 1.50 | 1,687.50 |
| 02/07/18 | PJY | Emails with M. Reetz re revised January fee invoice. | 0.10 | 112.50 |
| 02/09/18 | PJY | Review and analyze fee committee's report re uncontested fee applications set for 2/16 hearing (.2); review and analyze proposed order awarding interim compensation and email from K. Stadler re same (.1). | 0.30 | 337.50 |
| 02/12/18 | PJY | Emails with K. Stadler re proposed order awarding interim compensation. | 0.10 | 112.50 |
| 02/12/18 | JZ | Call with R. Nowitz re fee application (.1); draft certificate of no objection (.3); email P. Kuchinsky re blended rate (.2). | 0.60 | 570.00 |
| 02/13/18 | PJY | Review and analyze certification of counsel re omnibus fee order. | 0.10 | 112.50 |
| 02/13/18 | JZ | Email M. Dai re blended rate. | 0.10 | 95.00 |
| 02/14/18 | PJY | Review and analyze entered order awarding interim compensation (.1); emails to J. Zajac re same, interim fee application, CNO re December monthly fee statement (.1). | 0.20 | 225.00 |
| 02/14/18 | JZ | Emails with K. Stadler re SOLIC fee application (.2); email R. Nowitz re same (.1); draft interim fee application (.6). | 0.90 | 855.00 |
| 02/15/18 | PJY | Review and analyze CNO re December monthly fee statement and May through August, 2017 interim invoice summary (.2); emails with J. Zajac re same (.1); review and analyze correspondence to G. Morton, T. Hogan and C. Miller re May through August, 2017 interim invoice summary (.1); draft, review and revise March budget and staffing plan (1.0). | 1.40 | 1,575.00 |
| 02/15/18 | JZ | Draft fee application (.6); email P. Young re CNO (.1). | 0.70 | 665.00 |

**ENERGY FUTURE HOLDINGS CORP.**
Invoice No. 171501778

**March 16, 2018**
Page 15

**FEE APPLICATIONS AND OBJECTIONS**
Client/Matter No. 26969.0008

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/16/18 | PJY | Further draft, review and revise March budget and staffing plan (.6); emails with T. Hogan, C. Miller and G. Morton re same (.1); prepare summary of same for fee committee (.2); email to R. Gitlin re same (.1); further review and revise January fee invoice in preparation for preparation of monthly fee statement (.6); email to M. Reetz re same (.1); emails with N. Luria and R. Nowitz re correspondence from fee committee re SOLIC's October and November monthly fee statements (.1); review and analyze same (.1). | 1.90 | 2,137.50 |
| 02/18/18 | PJY | Emails with N. Luria and R. Nowitz re 2/20 call re correspondence from fee committee re SOLIC's October and November monthly fee statements. | 0.10 | 112.50 |
| 02/20/18 | PJY | Telephone conference and emails with N. Luria and R. Nowitz re correspondence from fee committee re SOLIC's October and November monthly fee statements, open matters, status (.5); emails with M. Reetz re revisions to January fee invoice (.1); review and analyze correspondence with D. Klauder and C. Stephenson re CNO re December monthly fee statement (.1). | 0.70 | 787.50 |
| 02/20/18 | JZ | Draft interim fee application. | 5.70 | 5,415.00 |
| 02/21/18 | PJY | Telephone conference and emails with J. Zajac re tenth interim fee application (.3); review and revise same (1.0); review and analyze correspondence with D. Klauder and C. Stephenson re same (.1); emails with C. Andres, N. Luria and R. Nowitz re correspondence from fee committee re SOLIC's October and November monthly fee statements (.2). | 1.60 | 1,800.00 |
| 02/21/18 | JZ | Draft and revise fee application (2.9); email P. Young re same (.1); call with P. Young re same (.3); finalize exhibits for fee application (.5); draft notice of same (.2); email D. Klauder re same (.1). | 4.10 | 3,895.00 |
| 02/21/18 | MG | Scan EFH expense summaries and receipts for four-month interim period (.1); review set and confer with copy center re details in connection with same (.2); briefly review finished product (.1). | 0.40 | 184.00 |
| 02/22/18 | PJY | Prepare for and telephone conference with C. Andres re correspondence from fee committee re SOLIC's October and November monthly fee statements (.4); emails with N. Luria and R. Nowitz re same (.2); emails with M. Reetz re January fee invoice (.1). | 0.70 | 787.50 |
| 02/23/18 | PJY | Review and revise amendment to SOLIC engagement letter (.3); emails with C. Andres, D. Evans, N. Luria and R. Nowitz re same (.2). | 0.50 | 562.50 |
| 02/23/18 | JZ | Email P. Young re SOLIC fee arrangement. | 0.10 | 95.00 |
| 02/28/18 | PJY | Emails with N. Luria and R. Nowitz re SOLIC monthly fee statements and interim fee application. | 0.10 | 112.50 |

**ENERGY FUTURE HOLDINGS CORP.**
Invoice No. 171501778

**March 16, 2018**
**Page 16**

**FEE APPLICATIONS AND OBJECTIONS**
Client/Matter No. 26969.0008

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| PETER J. YOUNG | 9.70 | 1,125.00 | 10,912.50 |
| **Total For Partner** | **9.70** | | **10,912.50** |
| | | | |
| JARED ZAJAC | 12.60 | 950.00 | 11,970.00 |
| **Total For Associate** | **12.60** | | **11,970.00** |
| | | | |
| MAGALI GIDDENS | 0.40 | 460.00 | 184.00 |
| NATASHA PETROV | 0.60 | 350.00 | 210.00 |
| **Total For Legal Assistant** | **1.00** | | **394.00** |

**Professional Fees**                     **23.30**      $      **23,276.50**

**Total this Matter**                                          $      **23,276.50**

**ENERGY FUTURE HOLDINGS CORP.**                                           **March 16, 2018**
**Invoice No. 171501778**                                                           **Page 17**

**HEARINGS**
**Client/Matter No. 26969.0010**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/26/18 | PJY | Prepare for and telephonically participate in portions of plan confirmation hearing. | 5.40 | 6,075.00 |
| 02/26/18 | MAF | Attend confirmation trial hearing. | 6.60 | 7,425.00 |
| 02/27/18 | PJY | Prepare for and telephonically participate in hearing on further revised proposed plan confirmation order. | 0.60 | 675.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MICHAEL A. FIRESTEIN | 6.60 | 1,125.00 | 7,425.00 |
| PETER J. YOUNG | 6.00 | 1,125.00 | 6,750.00 |
| **Total For Partner** | **12.60** | | **14,175.00** |

| | | | |
|----------|-------|------|--------|
| **Professional Fees** | **12.60** | **$** | **14,175.00** |
| **Total this Matter** | | **$** | **14,175.00** |

**ENERGY FUTURE HOLDINGS CORP.**                    **March 16, 2018**
**Invoice No. 171501778**                                          **Page 18**


**CLAIMS INVESTIGATIONS, ANALYSES AND OBJECTIONS**
**Client/Matter No. 26969.0011**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/20/18 | PJY | Review and analyze NextEra's alternative application for allowance and payment of administrative expense claim, declaration in support of same, report re same. | 0.40 | 450.00 |
| 02/22/18 | PJY | Review and analyze Elliott funds' declaration in support of substantial contribution claim. | 0.30 | 337.50 |
| 02/22/18 | MAF | Review Rosenbloom declaration on substantial contribution issues. | 0.20 | 225.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MICHAEL A. FIRESTEIN | 0.20 | 1,125.00 | 225.00 |
| PETER J. YOUNG | 0.70 | 1,125.00 | 787.50 |
| **Total For Partner** | **0.90** | | **1,012.50** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **0.90** | **$** | **1,012.50** |
| **Total this Matter** | | **$** | **1,012.50** |

**ENERGY FUTURE HOLDINGS CORP.**
**Invoice No. 171501778**

**March 16, 2018**
**Page 19**

**OTHER MOTIONS AND APPLICATIONS**
**Client/Matter No. 26969.0013**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/09/18 | PJY | Review and analyze entered order further enlarging certain action removal period. | 0.10 | 112.50 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| PETER J. YOUNG | 0.10 | 1,125.00 | 112.50 |
| **Total For Partner** | **0.10** | | **112.50** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **0.10** | **$** | **112.50** |
| **Total this Matter** | | **$** | **112.50** |

**ENERGY FUTURE HOLDINGS CORP.**                    **March 16, 2018**
Invoice No. 171501778                                              **Page 20**

**PLAN AND DISCLOSURE STATEMENT**
Client/Matter No. 26969.0015

DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|------|----------|-------------|-------|--------|
| 02/01/18 | PJY | Review and analyze Oncor / Sempra letter to PUCT re unanimous support for transaction, request for cancellation of merits hearing and report re same (.2); research, draft and revise professional fee escrow account estimate (1.2); emails with A. Yenamandra and P. Venter re same (.2); telephone conference and emails with M. Reetz re same (.1). | 1.70 | 1,912.50 |
| 02/01/18 | MAF | Review notice on hearing issues and prepare correspondence re same. | 0.20 | 225.00 |
| 02/02/18 | PJY | Review and analyze debtors' motion for approval of settlement with Sempra and merger agreement amendment re Oncor dividend, TSA claim disputes, motion to shorten notice of same. | 0.50 | 562.50 |
| 02/02/18 | MAF | Review court notices on confirmation issues. | 0.10 | 112.50 |
| 02/05/18 | PJY | Review and analyze reports re debtors' motion for approval of settlement with Sempra and merger agreement amendment re Oncor dividend, TSA claim disputes (.2); review and analyze order shortening notice of hearing on same and report re same (.2); review and analyze notice of hearing re same (.1); review and analyze email from P. Venter re EFH / EFIH professional fee escrow (.1). | 0.60 | 675.00 |
| 02/05/18 | MAF | Review 9019 motion on Encore dividend resolution and impact on EFH (.4); review order shortening time motion and prepare memo on same (.1). | 0.50 | 562.50 |
| 02/06/18 | MKT | Review and respond to emails from Kirkland re possible acceleration of confirmation hearing. | 0.30 | 405.00 |
| 02/06/18 | MAF | Review new 9019 documents on Sempra deal on Encore dividend. | 0.20 | 225.00 |
| 02/09/18 | PJY | Emails with M. Firestein re plan confirmation issues (.2); research re same (.4). | 0.60 | 675.00 |
| 02/09/18 | MAF | Prepare correspondence to P. Young on confirmation hearing issues and related review of order on same. | 0.20 | 225.00 |
| 02/12/18 | PJY | Review and analyze emails from B. Stephany re 2/13 telephonic meet and confer re final plan confirmation pretrial order (.2); review and analyze draft proposed joint pretrial order (.3); review and analyze debtors' notices re executory contracts and leases to be assumed and rejected under plan (.4). | 0.90 | 1,012.50 |
| 02/13/18 | PJY | Review and analyze draft plan administration trust agreement (.8); emails with A. Yenamandra, R. Levin and V. Lazar re same (.1); prepare for and telephonically participate in meet and confer re final plan confirmation pretrial order (.4). | 1.30 | 1,462.50 |

**ENERGY FUTURE HOLDINGS CORP.**                                      **March 16, 2018**
Invoice No. 171501778                                                          Page 21

**PLAN AND DISCLOSURE STATEMENT**
Client/Matter No. 26969.0015

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/14/18 | PJY | Review and analyze plan confirmation hearing witness lists submitted by parties in interest and correspondence re same (.4); review and analyze proposed revisions to draft plan administration trust agreement (.3); emails with A. Yenamandra, R. Levin and V. Lazar re same (.1); review and analyze draft revised proposed joint pretrial order (.2); emails with parties in interest re same (.1). | 1.10 | 1,237.50 |
| 02/15/18 | PJY | Review and analyze PUCT open meeting agenda re Oncor / Sempra regulatory application hearing (.1); prepare for and participate by video in portion of same (.3); review and analyze report re same (.1); emails with parties in interest re revision to final plan confirmation pretrial order (.2); review and analyze filed version of same (.2); emails with parties in interest re 2/23 telephonic only final pre-plan confirmation trial conference (.1); review and analyze debtors' notice of extension of NextEra's deadline to file motions in limine re plan confirmation trial (.1); review and analyze modified plan, revised proposed plan confirmation order, notice of 2/16 telephonic status hearing re plan confirmation hearing (.8); emails with N. Petrov re access to 2/16 telephonic status hearing re plan confirmation hearing (.1). | 2.00 | 2,250.00 |
| 02/15/18 | MAF | Review multiple pleadings re confirmation and hearing issues. | 0.20 | 225.00 |
| 02/16/18 | PJY | Emails with A. Yenamandra, R. Levin and V. Lazar re plan administration trust agreement (.1); review and analyze report re modified plan and revised proposed plan confirmation order (.1); emails with N. Petrov re telephonic status hearing re plan confirmation hearing (.1); prepare for and telephonically participate in same (1.0); review and analyze reports re same (.2); telephone conference and emails with M. Firestein re same (.3); review and analyze certification of counsel re stipulation and proposed order re record designations for plan confirmation hearing (.2); review and analyze NextEra's motion in limine to preclude certain testimony and plan confirmation hearing, notice of M. Kramer deposition, documents request directed to Elliott funds (.5). | 2.50 | 2,812.50 |
| 02/16/18 | MAF | Review modified chapter 11 plan (.3); telephone conference and emails with P. Young on plan status and settlement issues (.3). | 0.60 | 675.00 |
| 02/17/18 | PJY | Review and analyze Elliott funds' reply to NextEra's plan objection (.3); review and analyze debtors' memorandum of law in support of plan confirmation, Sempra's joinder thereto, debtors' declaration in support thereof (.7). | 1.00 | 1,125.00 |
| 02/17/18 | MAF | Review NextEra's in limine motion. | 0.20 | 225.00 |
| 02/18/18 | MAF | Review Elliott's opposition to reserve application for NextEra including Kramer declaration (.3); review Sempra joinder to brief in support of plan confirmation (.1); review extensive debtor briefing in support of plan confirmation (.5). | 0.90 | 1,012.50 |

**ENERGY FUTURE HOLDINGS CORP.**                                                      **March 16, 2018**
Invoice No. 171501778                                                                              **Page 22**

**PLAN AND DISCLOSURE STATEMENT**
Client/Matter No. 26969.0015

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/19/18 | MAF | Further review Sempra joinder and debtor brief in support of confirmation. | 0.40 | 450.00 |
| 02/20/18 | MKT | Review revised plan order language on NextEra reserve and revise same (.3); call with R. Levin re same (.2); emails with Kirkland re same (.2). | 0.70 | 945.00 |
| 02/20/18 | PJY | Review and analyze report re plan-related filings (.2); begin preparing for plan confirmation hearing (.8); emails with A. Yenamandra and P. Venter re plan confirmation order language re NextEra merger agreement termination fee reserve (.2); review and analyze debtors' and Elliott funds' objections to NextEra's motion in limine to preclude certain testimony in connection with plan confirmation (.3). | 1.50 | 1,687.50 |
| 02/20/18 | MAF | Review and prepare correspondence on confirmation hearing issues (.3); prepare strategic correspondence on plan issues (.1); review NextEra's motion to approve administrative expense additional amounts (.3); review debtor and Elliott oppositions concerning in limine motions on reserve (.4); review Elliott's reply to NextEra's plan objection (.3). | 1.40 | 1,575.00 |
| 02/21/18 | MKT | Review revised confirmation order language on fee reserve issues (.2); emails with Kirkland re potential issues at pretrial conference (.2). | 0.40 | 540.00 |
| 02/21/18 | PJY | Review and analyze revised plan confirmation order language re NextEra merger agreement termination fee reserve (multiple versions) (.4); emails with A. Yenamandra and P. Venter re same (.1); review and analyze report re debtors' and Elliott funds' objections to NextEra's motion in limine to preclude certain testimony in connection with plan confirmation (.2); review and analyze notice of 2/22 hearing re same (.1); emails with N. Petrov re same (.1); review and analyze Elliott funds' responses and objections to NextEra's document requests in connection with plan confirmation (.2); review and analyze correspondence re M. Kramer deposition, rescheduling thereof (.2); review and analyze notice of 2/23 telephonic-only final plan confirmation pretrial conference (.1); emails with N. Petrov re same (.1); review and analyze NextEra's notice of D. Ying's deposition, document requests in connection with plan confirmation (.2); review and analyze plan confirmation participating parties' exhibit lists (.4). | 2.10 | 2,362.50 |
| 02/21/18 | MAF | Review correspondence and prepare correspondence on hearing issues including review of multiple agendas for same. | 0.20 | 225.00 |

**ENERGY FUTURE HOLDINGS CORP.**                                    **March 16, 2018**
Invoice No. 171501778                                               Page 23

**PLAN AND DISCLOSURE STATEMENT**
Client/Matter No. 26969.0015

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/22/18 | PJY | Review and analyze plan supplement and report re same (1.7); further prepare for plan confirmation hearing (.5); review and analyze debtors' proposed plan confirmation hearing agenda (.2); prepare for and telephonically participate in hearing re court's order on NextEra's motion in limine to preclude certain testimony in connection with plan confirmation (.6); review and analyze reports re same (.1); review and analyze entered order on same (.1); office conference with M. Firestein re same (.2). | 3.40 | 3,825.00 |
| 02/22/18 | MAF | Review revised plan supplement (.1); review agenda materials for plan confirmation (.1); conference with P. Young on results of in limine hearing and go-forward strategy (.2). | 0.40 | 450.00 |
| 02/23/18 | PJY | Review and analyze plan confirmation participating parties' written direct examinations re plan issues (1.6); review and analyze notices of cancellation of depositions on plan issues (.1); review and analyze entered debtors' and asbestos objectors' stipulation and order re designation of records for inclusion in plan confirmation proceeding (.2); prepare for and participate in telephonic-only final plan confirmation pretrial conference (.4); review and analyze reports re same (.2); review and analyze certain plan confirmation exhibit and correspondence re same (.3); emails with N. Petrov re telephonic access to plan confirmation hearing (.1); review and analyze entered joint stipulated pretrial order (.3). | 3.20 | 3,600.00 |
| 02/23/18 | MAF | Attend pretrial conference and review related documents. | 0.80 | 900.00 |
| 02/23/18 | MAF | Review trial stipulation on evidence admissibility (.1); review final pretrial order (.1). | 0.20 | 225.00 |
| 02/24/18 | MKT | Review and comment on confirmation order language (.4); emails to P. Young and D. Klauder re plan confirmation hearing issues and alternatives (.3); telephone conference with P. Young re same (.2). | 0.90 | 1,215.00 |
| 02/24/18 | PJY | Emails with A. Yenamandra, P. Venter, R. Levin, V. Lazar and D. Klauder re proposed plan confirmation order language re NextEra merger agreement termination fee reserve (.2); emails with D. Klauder and M. Thomas re preparation for, and participation in, 2/26 plan confirmation hearing (.3); telephone conference with M. Thomas re same (.2). | 0.70 | 787.50 |
| 02/25/18 | MKT | Review proposed confirmation order changes and revise same (.2); emails (.2) and call (.3) with D. Klauder re confirmation hearing. | 0.70 | 945.00 |

**ENERGY FUTURE HOLDINGS CORP.**
Invoice No. 171501778

**March 16, 2018**
Page 24

**PLAN AND DISCLOSURE STATEMENT**
Client/Matter No. 26969.0015

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 02/25/18 | PJY | Review and analyze latest proposed plan confirmation order language re NextEra merger agreement termination fee reserve, proposed revisions to same (.2); emails with A. Yenamandra, P. Venter, R. Levin, V. Lazar and D. Klauder re same (.2); emails with V. Lazar re participation in 2/26 plan confirmation hearing (.2); emails with D. Klauder re preparation for, and participation in, same (.1); prepare for same (.5); review and analyze email from B. Stephany re omnibus evidentiary meet and confer in advance of same (.1); prepare for and telephonically participate on same (.6); review and analyze debtors' demonstratives for use at same (.4); review and analyze filed revised proposed plan confirmation order, NextEra's proposed confirmation order modifications (.5). | 2.80 | 3,150.00 |
| 02/26/18 | MKT | Emails to D. Klauder re EFH confirmation hearing issues (.4); call with D. Klauder re same (.3). | 0.70 | 945.00 |
| 02/26/18 | PJY | Review and analyze latest proposed plan confirmation order language re NextEra merger agreement termination fee reserve (.2); emails with M. Kieselstein, A. Yenamandra, P. Venter, R. Levin, V. Lazar and D. Klauder re same (.1); review and analyze reports re plan confirmation (.2); review and analyze correspondence with joint boards re same, 3/2 joint boards call (.2); review and analyze revised proposed plan confirmation order and correspondence among plan confirmation participating parties re same (.3). | 1.00 | 1,125.00 |
| 02/27/18 | MKT | Emails re and revisions to confirmation order. | 0.40 | 540.00 |
| 02/27/18 | PJY | Review and analyze further revised proposed plan confirmation order, correspondence with plan confirmation participating parties re same (.5); emails with M. Kieselstein, M. McKane, A. Yenamandra and M. Thomas re same (.2); telephone conference with M. Thomas re same (.1); review and analyze notice of hearing on same (.1); emails with N. Petrov re telephonic access to same (.1); briefly review and analyze entered plan confirmation order (.3); review and analyze further reports re plan confirmation, entry of plan confirmation order (.2); emails with M. Thompson, M. Rishel and R. Nowitz re 2/26 plan confirmation hearing transcript (.1). | 1.60 | 1,800.00 |
| 02/28/18 | PJY | Review and analyze correspondence with creditors re EFH plan administrator trust agreement (.1); emails with M. Thompson, M. Rishel and R. Nowitz re 2/26 plan confirmation hearing transcript (.1); briefly review and analyze portions of same (.4); telephone conference with J. Zajac re prospective plan effective date, consequences thereof (.2); review and analyze PUCT staff's draft proposed regulatory approval order for Oncor / Sempra transaction and report re same (.3). | 1.10 | 1,237.50 |
| 02/28/18 | JZ | Call with P. Young re end of case issues. | 0.10 | 95.00 |
| 02/28/18 | MAF | Review confirmation order. | 0.40 | 450.00 |

**ENERGY FUTURE HOLDINGS CORP.**                               **March 16, 2018**
**Invoice No. 171501778**                                                **Page 25**

**PLAN AND DISCLOSURE STATEMENT**
**Client/Matter No. 26969.0015**

| Attorney | Hours | Rate | Amount |
|---|---|---|---|
| MARK K. THOMAS | 4.10 | 1,350.00 | 5,535.00 |
| MICHAEL A. FIRESTEIN | 6.90 | 1,125.00 | 7,762.50 |
| PETER J. YOUNG | 29.60 | 1,125.00 | 33,300.00 |
| **Total For Partner** | **40.60** | | **46,597.50** |
| JARED ZAJAC | 0.10 | 950.00 | 95.00 |
| **Total For Associate** | **0.10** | | **95.00** |
| **Professional Fees** | **40.70** | **$** | **46,692.50** |
| **Total this Matter** | | **$** | **46,692.50** |

**ENERGY FUTURE HOLDINGS CORP.**                              **March 16, 2018**
Invoice No. 171501778                                              **Page 26**

**TAX**
Client/Matter No. 26969.0016


DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 01/09/18 | SLR | Telephone conference with T. Magna re ETP issue. | 0.20 | 299.00 |
| 01/29/18 | SLR | Review A. Sexton's email re income tax payment issues. | 0.40 | 598.00 |
| 02/01/18 | RMC | Review Oncor tax payment distribution issues (.4); review Beller arbitration opinion (1.0); emails with P. Young, M. Thomas, M. Firestein and J. Park re same (.2). | 1.60 | 1,640.00 |
| 02/01/18 | JAP | Review Beller ruling and correspondence re same. | 0.50 | 437.50 |
| 02/08/18 | RMC | Review K&E tax opinion (1.4); review due diligence material to be submitted to IRS (1.7). | 3.10 | 3,177.50 |
| 02/16/18 | RMC | Review write ups for IRS on tax issues involving G reorganizations and busted 351 transaction. | 1.30 | 1,332.50 |
| 02/16/18 | SLR | Review A. Sexton's email re IRS audit disclosure (.2); review disclosure (.4); email T. Maynes et al re disclosure (.2). | 0.80 | 1,196.00 |
| 02/19/18 | SLR | Review A. Sexton's email and attachments (.8); emails with A. Sexton and T. Maynes re same (.4). | 1.20 | 1,794.00 |
| 02/20/18 | SLR | Review A. Sexton's email re responses to IRS and review attachments. | 0.40 | 598.00 |


| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| RICHARD M. CORN | 6.00 | 1,025.00 | 6,150.00 |
| STUART L. ROSOW | 3.00 | 1,495.00 | 4,485.00 |
| **Total For Partner** | **9.00** | | **10,635.00** |
| JANICELYNN ASAMOTO PARK | 0.50 | 875.00 | 437.50 |
| **Total For Associate** | **0.50** | | **437.50** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **9.50** | **$** | **11,072.50** |
| **Total this Matter** | | **$** | **11,072.50** |

**ENERGY FUTURE HOLDINGS CORP.**                                    March 20, 2018
**Invoice No. 171501847**                                                  **Page 2**


**EFH CONTESTED MATTERS AND ADVERSARY PROCEEDINGS**
**Client/Matter No. 26969.0004**


DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/01/18 | MAF | Review docket and related review of court order by Third Circuit and prepare memo on same (.3); review cash projections for EFH and prepare memos re settlement issues on same (.3). | 0.60 | 675.00 |
| 03/02/18 | PJY | Review and analyze letter from Third Circuit re NextEra merger agreement termination fee denial appeal, correspondence from M. Firestein re same. | 0.20 | 225.00 |
| 03/08/18 | MAF | Review and analyze allocation issues, settlement strategy and planned status. | 0.30 | 337.50 |
| 03/09/18 | PJY | Review and analyze asbestos objectors' notice of appeal of plan confirmation order and related documents, report re same. | 0.30 | 337.50 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| MICHAEL A. FIRESTEIN | 0.90 | 1,125.00 | 1,012.50 |
| PETER J. YOUNG | 0.50 | 1,125.00 | 562.50 |
| **Total For Partner** | **1.40** | | **1,575.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **1.40** | **$** | **1,575.00** |
| **Total this Matter** | | **$** | **1,575.00** |

**ENERGY FUTURE HOLDINGS CORP.**                          **March 20, 2018**
**Invoice No. 171501847**                                          **Page 3**

**EFH CORPORATE GOVERNANCE AND BOARD MATTERS**
**Client/Matter No. 26969.0005**

DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---|---|
| 03/01/18 | PJY | Review and analyze report re withdrawal notice and filed amended, cleansing materials. | 0.10 | 112.50 |
| 03/02/18 | MKT | Review board materials (.4); participate in board call (.4). | 0.80 | 1,080.00 |
| 03/02/18 | PJY | Review and analyze materials for 3/2 joint boards meeting and correspondence from A. Wright re same. | 0.40 | 450.00 |
| 03/08/18 | PJY | Review and analyze correspondence from A. Wright to joint boards re PUCT's approval of Oncor / Sempra transaction, responses thereto. | 0.30 | 337.50 |
| 03/09/18 | PJY | Review and analyze additional responses to correspondence from A. Wright to joint boards re PUCT's approval of Oncor / Sempra transaction (.2); review and analyze further correspondence from A. Wright to joint boards re plan effective date, responses to same (.2). | 0.40 | 450.00 |

| <u>Attorney</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|---|---|---|---|
| MARK K. THOMAS | 0.80 | 1,350.00 | 1,080.00 |
| PETER J. YOUNG | 1.20 | 1,125.00 | 1,350.00 |
| **Total For Partner** | **2.00** | | **2,430.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **2.00** | **$** | **2,430.00** |
| **Total this Matter** | | **$** | **2,430.00** |

**ENERGY FUTURE HOLDINGS CORP.**                    **March 20, 2018**
Invoice No. 171501847                                           **Page 4**

**FEE APPLICATIONS AND OBJECTIONS**
Client/Matter No. 26969.0008

DETAIL DESCRIPTION OF SERVICES RENDERED:

| Date | Attorney | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/05/18 | JZ | Draft fee statement. | 1.80 | 1,710.00 |
| 03/06/18 | PJY | Briefly review and analyze January monthly fee statement, correspondence among D. Klauder, C. Stephenson and J. Zajac re same. | 0.20 | 225.00 |
| 03/06/18 | JZ | Review and revise fee statement (.4); email D. Klauder re same (.1); prepare exhibits re same (.3); review plan re deadline for final application (.2); email J. Khan re expenses (.1). | 1.10 | 1,045.00 |
| 03/08/18 | PJY | Review and analyze email from M. Reetz re February invoice (.1); review and analyze correspondence from R. Nowitz to C. Andres re SOLIC's October and November monthly fee statements (.1). | 0.20 | 225.00 |
| 03/09/18 | PJY | Emails with C. Andres, D. Betts, N. Luria and R. Nowitz re SOLIC's October and November monthly fee statements. | 0.10 | 112.50 |
| 03/09/18 | PJY | Review and revise February invoice in preparation for preparation of monthly fee statement. | 1.40 | 1,575.00 |

| Attorney | Hours | Rate | Amount |
|----------|-------|------|--------|
| PETER J. YOUNG | 1.90 | 1,125.00 | 2,137.50 |
| **Total For Partner** | **1.90** | | **2,137.50** |
| JARED ZAJAC | 2.90 | 950.00 | 2,755.00 |
| **Total For Associate** | **2.90** | | **2,755.00** |

| | | | |
|---|---|---|---|
| **Professional Fees** | **4.80** | $ | **4,892.50** |
| **Total this Matter** | | $ | **4,892.50** |

**ENERGY FUTURE HOLDINGS CORP.**                          **March 20, 2018**
Invoice No. 171501847                                                   **Page 5**

**PLAN AND DISCLOSURE STATEMENT**
Client/Matter No. 26969.0015


DETAIL DESCRIPTION OF SERVICES RENDERED:

| <u>Date</u> | <u>Attorney</u> | <u>Description</u> | <u>Hours</u> | <u>Amount</u> |
|------|------|------|------|------|
| 03/03/18 | PJY | Review and analyze letter to PUCT re Sempra's planned acquisition of Oncor management's interest in Oncor and report re same (.2); review and analyze correspondence with creditors re EFH plan administrator trust agreement, proposed revisions to same (.5). | 0.70 | 787.50 |
| 03/04/18 | PJY | Review and analyze further proposed revisions to EFH plan administrator trust agreement, correspondence re same. | 0.40 | 450.00 |
| 03/05/18 | PJY | Review and analyze further proposed revisions to EFH plan administrator trust agreement, correspondence re same (.3); review and analyze latest version of same (.4). | 0.70 | 787.50 |
| 03/06/18 | PJY | Review and analyze draft comprehensive record tracker from plan confirmation hearing, correspondence re same. | 0.30 | 337.50 |
| 03/06/18 | MAF | Research PUCT proceeding on Sempra matter. | 0.30 | 337.50 |
| 03/07/18 | PJY | Review and analyze certification of counsel re proposed order approving stipulation to extend certain plan deadlines. | 0.20 | 225.00 |
| 03/08/18 | PJY | Review and analyze reports re PUCT's final entered order approving Oncor/Sempra transaction, reports re same (.5); review and analyze notice of same (.1); review and analyze entered order approving stipulation to extend certain plan deadlines (.2); review and analyze final comprehensive record tracker from plan confirmation hearing, correspondence re same, notice re service and submission of same (.3); review and analyze second amended plan supplement (.5). | 1.60 | 1,800.00 |
| 03/09/18 | PJY | Review and analyze notice of plan effective date and report re same, second amended plan supplement. | 0.30 | 337.50 |


| <u>Attorney</u> | <u>Hours</u> | <u>Rate</u> | <u>Amount</u> |
|------|------|------|------|
| MICHAEL A. FIRESTEIN | 0.30 | 1,125.00 | 337.50 |
| PETER J. YOUNG | 4.20 | 1,125.00 | 4,725.00 |
| **Total For Partner** | **4.50** | | **5,062.50** |

| | | | |
|------|------|------|------|
| **Professional Fees** | **4.50** | $ | **5,062.50** |
| **Total this Matter** | | $ | **5,062.50** |

## **Exhibit I**

[Detailed Description of Expenses and Disbursements]

**ENERGY FUTURE HOLDINGS CORP.**                                          **February 23, 2018**
**Invoice No. 171501632**                                                                  **Page 32**

**EXPENSES**
**Client/Matter No. 26969.0019**

### Disbursements and Other Charges

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 11/28/2017 | Jeff J. Marwil | Messenger/delivery | 29.06 |
| 11/28/2017 | Jeff J. Marwil | Messenger/delivery | 8.22 |
| 12/31/2017 | Jeff J. Marwil | Messenger/delivery | 77.81 |
| 12/31/2017 | Emma Dillon | Messenger/delivery | 144.80 |
| 12/31/2017 | Heather A. Seidel | Messenger/delivery | 59.41 |
| 01/02/2018 | Mani Kakkar | Dinner Voucher/sweb-Overtime Meal (worked 7.5 hours) | 36.75 |
| 01/04/2018 | Mark K. Thomas | Reproduction | 3.40 |
| 01/05/2018 | Emma Dillon | Reproduction | 0.10 |
| 01/05/2018 | Emma Dillon | Reproduction | 1.00 |
| 01/05/2018 | Emma Dillon | Reproduction | 0.10 |
| 01/05/2018 | Emma Dillon | Reproduction | 0.10 |
| 01/05/2018 | Emma Dillon | Reproduction | 3.90 |
| 01/05/2018 | Emma Dillon | Reproduction | 0.10 |
| 01/05/2018 | Emma Dillon | Reproduction | 0.10 |
| 01/05/2018 | Emma Dillon | Reproduction | 0.10 |
| 01/05/2018 | Emma Dillon | Reproduction | 0.10 |
| 01/05/2018 | Emma Dillon | Reproduction | 0.50 |
| 01/05/2018 | Natasha Petrov | Reproduction | 0.10 |
| 01/05/2018 | Natasha Petrov | Reproduction | 0.10 |
| 01/05/2018 | Natasha Petrov | Reproduction | 1.00 |
| 01/05/2018 | Natasha Petrov | Reproduction | 3.90 |
| 01/05/2018 | Natasha Petrov | Reproduction | 0.10 |
| 01/05/2018 | Heather A. Seidel | Messenger/delivery | 46.47 |
| 01/08/2018 | Courtney M. Bowman | Litigation Support/docketing-Pacer | 7.30 |
| 01/08/2018 | Mark K. Thomas | Reproduction | 0.10 |
| 01/08/2018 | Peter J. Young | Telephone-Telephonic Hearing Attendance | 93.00 |
| 01/08/2018 | Michael A. Firestein | Telephone-Telephonic Hearing Attendance | 93.00 |
| 01/16/2018 | Jared Zajac | Reproduction | 0.40 |
| 01/16/2018 | Jared Zajac | Reproduction | 0.40 |
| 01/22/2018 | Jared Zajac | Reproduction | 1.90 |
| 01/29/2018 | Simona Weil | Westlaw | 238.00 |
| 01/29/2018 | Jennifer L. Roche | Westlaw | 119.00 |
| 01/29/2018 | Mark K. Thomas | Reproduction | 2.80 |
| 01/30/2018 | Simona Weil | Westlaw | 476.00 |
| 01/30/2018 | Jennifer L. Roche | Westlaw | 238.00 |
| 01/31/2018 | Simona Weil | Westlaw | 476.00 |
| 01/31/2018 | Jennifer L. Roche | Westlaw | 833.00 |
| 01/31/2018 | Document Services | Reproduction | 1.10 |
| 01/31/2018 | Document Services | Reproduction | 1.10 |

**ENERGY FUTURE HOLDINGS CORP.**                                **February 23, 2018**
**Invoice No. 171501632**                                                     **Page 33**

**EXPENSES**
**Client/Matter No. 26969.0019**

| Date | Name | Description | Amount |
|------|------|-------------|--------|
| 01/31/2018 | Document Services | Reproduction | 0.30 |
| 01/31/2018 | Document Services | Reproduction | 1.40 |
| 01/31/2018 | Jennifer L. Roche | Reproduction | 1.70 |
| 01/31/2018 | Jennifer L. Roche | Reproduction | 1.50 |
| 01/31/2018 | Emma Dillon | Messenger/delivery | 35.69 |

**Disbursements and Other Charges**                         **$      3,038.91**

**ENERGY FUTURE HOLDINGS CORP.**                                    **March 16, 2018**
Invoice No. 171501778                                                            **Page 27**

**EXPENSES**
**Client/Matter No. 26969.0019**


### Disbursements and Other Charges

| <u>Date</u> | <u>Name</u> | <u>Description</u> | <u>Amount</u> |
|---|---|---|---|
| 11/07/2017 | Mani Kakkar | Other Database Research-NY Law Institute | 4.00 |
| 11/07/2017 | Mani Kakkar | Other Database Research-NY Law Institute | 2.00 |
| 01/08/2018 | Peter J. Young | Litigation Support/docketing-Pacer | 0.30 |
| 02/01/2018 | Mark K. Thomas | Reproduction | 1.30 |
| 02/01/2018 | Simona Weil | Westlaw | 600.00 |
| 02/02/2018 | Simona Weil | Westlaw | 300.00 |
| 02/02/2018 | Mark K. Thomas | Reproduction | 0.40 |
| 02/02/2018 | Mark K. Thomas | Reproduction | 7.20 |
| 02/02/2018 | Mark K. Thomas | Reproduction | 1.00 |
| 02/02/2018 | Mark K. Thomas | Reproduction | 2.10 |
| 02/02/2018 | Mark K. Thomas | Reproduction | 5.80 |
| 02/02/2018 | Mark K. Thomas | Reproduction | 2.90 |
| 02/02/2018 | Mark K. Thomas | Reproduction | 1.30 |
| 02/12/2018 | Jared Zajac | Reproduction | 0.40 |
| 02/13/2018 | Jared Zajac | Reproduction | 5.40 |
| 02/13/2018 | Jared Zajac | Reproduction | 4.20 |
| 02/13/2018 | Jared Zajac | Reproduction | 2.70 |
| 02/13/2018 | Jared Zajac | Reproduction | 3.20 |
| 02/14/2018 | Jared Zajac | Reproduction | 0.90 |
| 02/14/2018 | Jared Zajac | Reproduction | 0.50 |
| 02/14/2018 | Jared Zajac | Reproduction | 0.10 |
| 02/16/2018 | Peter J. Young | Telephone-CourtCall | 37.00 |
| 02/20/2018 | Jared Zajac | Reproduction | 4.30 |
| 02/21/2018 | Jared Zajac | Reproduction | 4.30 |
| 02/22/2018 | Peter J. Young | Telephone-CourtCall | 30.00 |
| 02/22/2018 | Michael A. Firestein | Telephone-CourtCall | 30.00 |
| 02/23/2018 | Michael A. Firestein | Telephone-CourtCall | 30.00 |
| 02/23/2018 | Peter J. Young | Telephone-CourtCall | 30.00 |
| 02/26/2018 | Michael A. Firestein | Telephone-CourtCall | 198.00 |
| 02/26/2018 | Peter J. Young | Telephone-CourtCall | 226.00 |
| 02/27/2018 | Peter J. Young | Telephone-CourtCall | 30.00 |

**Disbursements and Other Charges**                              **$      1,565.30**

**ENERGY FUTURE HOLDINGS CORP.**        **March 20, 2018**
**Invoice No. 171501847**        **Page 6**

**EXPENSES**
**Client/Matter No. 26969.0019**

**Disbursements and Other Charges**        **$**        **3.60**