**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Hearing Date: TBD** |
| | ) **Objection Deadline: May 14, 2018 at 4:00 p.m.** |
| | ) |

**SUMMARY OF FINAL FEE APPLICATION OF**
**SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH COMMITTEE**

| | |
|---|---|
| NAME OF APPLICANT: | Sullivan & Cromwell LLP |
| AUTHORIZED TO PROVIDE PROFESSIONAL SERVICES TO: | Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc. and EECI, Inc. |
| DATE CASE FILED: | April 29, 2014 |
| DATE OF RETENTION: | January 13, 2015, *nunc pro tunc* to November 5, 2014 |
| PERIOD FOR WHICH COMPENSATION AND REIMBURSEMENT IS SOUGHT: | November 5, 2014 through and including the Effective Date |
| TOTAL COMPENSATION REQUESTED: | $23,663,509.29 |
| TOTAL EXPENSE REIMBURSEMENT REQUESTED: | $805,851.62[2] |

This is a(n): ___interim _X_ final application.

This is the final fee application filed by Sullivan & Cromwell LLP.

---

[1]     The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]     The total compensation and total expense reimbursement requested reflect all adjustments previously agreed to with the Fee Committee.

SC1:4609840.3

## SUMMARY OF FEES AND EXPENSES

| Date and Docket No. | Period Covered | Fees Requested | Holdback (20%) | Fees paid to Date | Expenses Requested | Expenses Paid to Date | Approved Fees and Expenses |
|---|---|---|---|---|---|---|---|
| 1/23/2015 [D.I. 3358] | 11/05/2014 - 11/30/2014 | $1,633,519.00 | $326,703.80 | $1,580,640.08 | $12,273.34 | $11,831.27 | $2,697,155.36 |
| 2/5/2015 [D.I. 3455] | 12/01/2014 - 12/31/2014 | $1,137,878.40 | $227,575.68 | $1,101,043.94 | $3,948.00 | $3,640.07 | |
| 2/26/2015 [D.I. 3691] | 01/01/2015 - 01/31/2015 | $1,139,002.50 | $227,800.50 | $1,099,767.97 | $4,630.14 | $4,630.14 | $4,924,079.31 |
| 3/24/2015 [D.I. 3959] | 02/01/2015 - 02/28/2015 | $1,289,130.10 | $257,826.02 | $1,244,724.22 | $5,133.05 | $5,133.05 | |
| 4/21/2015 [D.I. 4241] | 03/01/2015 - 03/31/2015 | $1,280,362.50 | $256,072.50 | $1,236,258.63 | $3,900.84 | $3,900.84 | |
| 5/21/2015 [D.I. 4560 ] | 04/01/2015 - 04/30/2015 | $1,360,411.80 | $272,082.36 | $1,313,550.52 | $16,113.94 | $16,113.94 | |
| 6/22/2015 [D.I. 4820] | 05/01/2015 - 05/31/2015 | $997,875.50 | $199,575.10 | $991,901.96 | $4,548.67 | $4,530.06 | $4,493,854.17 |
| 7/21/2015 [D.I. 5054] | 06/01/2015 - 06/30/2015 | $1,087,893.50 | $217,578.70 | $1,081,381.09 | $4,265.83 | $4,245.54 | |
| 8/21/2015 [D.I. 5615] | 07/01/2015 - 07/31/2015 | $704,331.50 | $140,866.30 | $700,115.19 | $6,814.33 | $6,801.19 | |
| 9/21/2015 [D.I. 6127] | 08/01/2015 - 08/31/2015 | $1,699,912.00 | $339,982.40 | $1,689,735.89 | $15,174.95 | $15,143.25 | |
| 10/21/2015 [D.I. 6557] | 09/01/2015 - 09/30/2015 | $2,512,274.10 | $502,454.82 | $2,434,831.81 | $451,883.06 | $451,883.06 | $9,607,132.82 |
| 11/23/2015 [D.I. 7108] | 10/01/2015 - 10/31/2015 | $4,073,755.90 | $814,751.18 | $3,965,033.37 | $87,674.34 | $87,674.34 | |
| 12/21/2015 [D.I. 5615] | 11/01/2015 - 11/30/2015 | $2,471,103.00 | $494,220.60 | $2,405,449.06 | $41,847.14 | $41,847.14 | |
| 1/21/2016 [D.I. 7710 ] | 12/01/2015 - 12/31/2015 | $113,575.50 | $22,715.10 | $107,662.42 | $112,751.62 | $112,751.62 | |
| 2/22/2016 [D.I. 7906] | 01/01/2016 - 01/31/2016 | $37,850.50 | $7,570.10 | $37,520.18 | $3,881.73 | $3,881.73 | $164,056.05 |

| Date and Docket No. | Period Covered | Fees Requested | Holdback (20%) | Fees paid to Date | Expenses Requested | Expenses Paid to Date | Approved Fees and Expenses |
|---|---|---|---|---|---|---|---|
| 3/21/2016 [D.I. 8027] | 02/01/2016 - 02/29/2016 | $47,410.50 | $9,482.10 | $47,034.39 | $107.07 | $107.07 | |
| 4/21/2016 [D.I. 8249] | 03/01/2016 - 03/31/2016 | $37,517.00 | $7,503.40 | $37,216.10 | $498.77 | $498.77 | |
| 5/23/2016 [D.I. 8509] | 04/01/2016 - 04/30/2016 | $37,092.00 | $7,418.40 | $36,790.44 | $1,007.38 | $1,007.38 | |
| 6/21/2016 [D.I. 8790] | 05/01/2016 - 05/31/2016 | $171,966.50 | $34,393.30 | $165,900.48 | $400.58 | $400.58 | |
| 7/22/2016 [D.I. 8983] | 06/01/2016 - 06/30/2016 | $187,428.00 | $37,485.60 | $180,816.59 | $1,194.33 | $1,194.33 | $756,630.28 |
| 8/22/2016 [D.I. 9365] | 07/01/2016 - 07/31/2016 | $170,544.50 | $34,108.90 | $164,528.64 | $5,356.57 | $5,356.57 | |
| 9/21/2016 [D.I. 9619] | 08/01/2016 - 08/31/2016 | $243,025.00 | $48,605.00 | $234,452.44 | $3,980.65 | $3,980.65 | |
| 10/21/2016 [D.I. 9906] | 09/01/2016 - 09/30/2016 | $134,569.00 | $26,913.80 | $133,617.40 | $5,972.79 | $5,702.01 | |
| 11/21/2016 [D.I. 10233] | 10/01/2016 - 10/31/2016 | $108,020.80 | $21,604.16 | $107,256.94 | $2,247.61 | $2,145.71 | |
| 12/21/2016 [D.I. 10425] | 11/01/2016 - 11/30/2016 | $79,835.60 | $15,967.12 | $79,271.05 | $2,250.62 | $2,148.59 | $405,803.26 |
| 1/23/2017 [D.I. 10695] | 12/01/2016 - 12/31/2016 | $73,632.50 | $14,726.50 | $73,111.81 | $2,670.84 | $2,549.75 | |
| 2/21/2017 [D.I. 10874] | 01/01/2017 - 01/31/2017 | $64,889.50 | $12,977.90 | $64,676.96 | $1,728.56 | $1,728.56 | |
| 3/21/2017 [D.I. 11032] | 02/01/2017 - 02/28/2017 | $94,513.00 | $18,902.60 | $94,203.43 | $2,718.43 | $2,718.43 | $276,109.62 |
| 4/25/2017 [D.I. 11188] | 03/01/2017 - 03/31/2017 | $27,745.50 | $5,549.10 | $27,654.62 | $2,100.47 | $2,100.47 | |

| Date and Docket No. | Period Covered | Fees Requested | Holdback (20%) | Fees paid to Date | Expenses Requested | Expenses Paid to Date | Approved Fees and Expenses |
|---|---|---|---|---|---|---|---|
| 5/22/2017 [D.I. 11271] | 04/01/2017 - 04/30/2017 | $82,205.80 | $16,441.16 | $81,936.54 | $1,090.61 | $1,090.61 | |
| 6/21/2017 [D.I. 11377] | 05/01/2017 - 05/31/2017 | $52,060.00 | $10,412.00 | $41,846.06 | $696.25 | $696.25 | $469,103.85 |
| 7/21/2017 [D.I. 11530] | 06/01/2017 - 06/30/2017 | $40,224.00 | $8,044.80 | $32,332.23 | $817.40 | $817.40 | |
| 8/21/2017 [D.I. 11789] | 07/01/2017 - 07/31/2017 | $119,095.70 | $23,819.14 | $95,729.66 | $969.81 | $969.81 | |
| 9/21/2017 [D.I. 11926] | 08/01/2017 - 08/31/2017 | $250,439.50 | $50,087.90 | $201,304.39 | $6,558.17 | $6,558.17 | |
| 10/23/2017 [D.I. 12108] | 09/01/2017 - 09/30/2017 | $176,586.70 | $35,317.34 | $141,269.36 | $3,416.08 | $3,416.08 | |
| 11/21/2017 [D.I. 12267] | 10/01/2017 - 10/31/2017 | $154,482.50 | $30,896.50 | $123,586.00 | $4,381.96 | $4,381.96 | N/A |
| 12/22/2017 [D.I. 12392] | 11/01/2017 - 11/30/2017 | $78,552.50 | $15,710.50 | $62,842.00 | $716.76 | $716.76 | |
| 1/22/2018 [D.I. 12505] | 12/01/2017 - 12/31/2017 | $39,791.00 | $7,958.20 | $31,832.80 | $941.15 | $941.15 | |
| 2/21/2018 [D.I. 12679] | 01/01/2018 - 01/31/2018 | $131,017.50 | $26,203.50 | $0.00 | $1,041.70 | $0.00 | |
| 3/21/2018 [D.I. 12841] | 02/01/2018 - 02/28/2018 | $74,487.00 | $14,897.40 | $0.00 | $1,248.89 | $0.00 | N/A |
| 4/16/2018 [D.I. 12957] | 03/01/2018 - 03/9/2018 | $8,300.50 | $1,660.10 | $0.00 | $471.95 | $0.00 | |
| **TOTAL REQUESTED AND PAID AMOUNTS** | | **$24,224,307.90** | **$4,844,861.58** | **$23,248,826.66** | **$829,426.38** | **$825,234.30** | **$23,793,924.72** |
| **ADJUSTMENTS PER PRIOR DISCUSSIONS WITH FEE COMMITTEE** | | **-$560,798.61** | | | **-$23,574.76** | | |
| **CURRENT REQUESTED AMOUNTS** | | **$23,663,509.29** | | | **$805,851.62** | | |

**PROJECTED TOTAL BUDGET FOR FEE PERIOD AND ACTUAL FEES INCURRED**

| Estimated Fees for Fee Period | | Actual Fees For Fee Period |
|---|---|---|
| Low | High | |
| $27,062,025.00 | $43,574,250.00 | **$23,663,509.29** |

**PROJECT CODE TOTAL CHART**

| Project Number | Project Name | Hours | Fee Amount |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | 37.20 | $27,177.50 |
| 00003 | ASSET DISPOSITION | 1,848.20 | $1,618,626.00 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 5.10 | $4,177.00 |
| 00005 | AVOIDANCE ACTION ANALYSIS | 0.00 | $0.00 |
| 00006 | BUSINESS OPERATIONS | 22.80 | $15,599.50 |
| 00007 | CASE ADMINISTRATION | 1,374.40 | $844,255.50 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | 775.20 | $821,800.00 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | 2.90 | $2,624.50 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | 270.40 | $195,446.00 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 1,383.10 | $801,757.00 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 518.90 | $384,993.50 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | 645.80 | $487,287.50 |
| 00014 | OTHER LITIGATION | 614.30 | $520,530.50 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 1,329.40 | $1,313,457.00 |
| 00016 | NON-WORKING TRAVEL | 291.20 | $134,073.40 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | 16,189.40 | $12,144,006.50 |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | 4.10 | $3,104.50 |
| 00019 | TAX | 2,098.10 | $1,828,798.00 |
| 00020 | VALUATION | 0.00 | $0.00 |
| 00021 | DISCOVERY | 318.70 | $181,039.50 |
| 00022 | HEARINGS | 1,238.10 | $1,113,744.00 |
| 00023 | FIRST AND SECOND DAY MOTIONS | 0.00 | $0.00 |
| 00024 | CLAIMS INVESTIGATION | 355.80 | $239,811.00 |
| 00025 | LIEN INVESTIGATION | 142.10 | $86,847.50 |
| 00026 | INTERCOMPANY CLAIMS | 1,341.70 | $938,805.00 |
| 00027 | OTHER MOTIONS / APPLICATIONS | 635.70 | $474,068.00 |
| 00028 | SCHEDULES AND STATEMENTS | 0.00 | $0.00 |
| 00029 | TIME ENTRY REVIEW | 1,146.80 | $14,653.00 |
| 00031 | BUDGETING (CASE) | 37.30 | $27,626.00 |
| **Total** | | **32,626.70** | **$24,224,307.90** |
| **Adjustments per discussions with Fee Committee** | | | **-$560,798.61** |
| **UPDATED TOTAL** | | | **$23,663,509.29** |

SC1:4609840.3

## S&C PROFESSIONALS PERFORMING SERVICES DURING THE FEE PERIOD

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Clayton, Jay | Partner | GP | 1994 | $ 1,295.00 | | 1.60 | $2,072.00 |
| Coleman, Heather L. | Partner | GP/Employee Benefits | 2007 | $   865.00 | * | 5.00 | $4,325.00 |
| Coleman, Heather L. | Partner | GP/Employee Benefits | 2007 | $ 1,160.00 | | 5.00 | $5,800.00 |
| Creamer Jr., Ronald E. | Partner | Tax | 1992 | $ 1,295.00 | | 2.30 | $2,978.50 |
| Dietderich, Andrew G. | Partner | GP/Restructuring | 1997 | $       0.00 | * | 5.10 | $0.00 |
| Dietderich, Andrew G. | Partner | GP/Restructuring | 1997 | $   570.00 | * | 48.20 | $27,474.00 |
| Dietderich, Andrew G. | Partner | GP/Restructuring | 1997 | $ 1,140.00 | | 1,885.20 | $2,149,128.00 |
| Downes, Robert W. | Partner | GP | 1992 | $ 1,295.00 | | 0.50 | $647.50 |
| Giuffra Jr., Robert J. | Partner | Litigation | 1989 | $ 1,140.00 | | 11.00 | $12,540.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $       0.00 | * | 0.80 | $0.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $   570.00 | * | 52.20 | $29,754.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $ 1,140.00 | | 3,752.30 | $4,277,622.00 |
| Hardiman, John L. | Partner | Litigation | 1983 | $   570.00 | * | 6.60 | $3,762.00 |
| Hardiman, John L. | Partner | Litigation | 1983 | $ 1,140.00 | | 282.50 | $322,050.00 |
| Hariton, David P. | Partner | Tax | 1986 | $   648.00 | * | 4.50 | $2,916.00 |
| Hariton, David P. | Partner | Tax | 1986 | $ 1,295.00 | | 934.80 | $1,210,566.00 |
| Holley, Steven L. | Partner | Litigation | 1984 | $   570.00 | * | 3.00 | $1,710.00 |
| Holley, Steven L. | Partner | Litigation | 1984 | $ 1,140.00 | | 52.70 | $60,078.00 |
| Jacobson, Eli D. | Partner | Tax | 1981 | $ 1,295.00 | | 195.90 | $253,690.50 |
| Korb, Donald L. | Partner | Tax | 1973 | $ 1,295.00 | | 0.80 | $1,036.00 |
| Korry, Alexandra D. | Partner | GP/M&A | 1988 | $   648.00 | * | 0.20 | $129.60 |
| Korry, Alexandra D. | Partner | GP/M&A | 1988 | $ 1,295.00 | | 376.20 | $487,179.00 |
| Kotran, Stephen M. | Partner | GP | 1993 | $ 1,295.00 | | 5.00 | $6,475.00 |
| Mason, Andrew S. | Partner | Tax | 1982 | $ 1,295.00 | | 6.60 | $8,547.00 |
| McIntosh, Brent J. | Partner | Litigation | 2001 | $ 1,140.00 | | 8.30 | $9,462.00 |
| Neuhaus, Joseph E. | Partner | GP | 1986 | $ 1,140.00 | | 0.50 | $570.00 |
| Rosenberg, Mark F. | Partner | Litigation | 1981 | $   570.00 | * | 1.00 | $570.00 |
| Rosenberg, Mark F. | Partner | Litigation | 1981 | $ 1,140.00 | | 316.60 | $360,924.00 |
| Shane, Penny | Partner | Litigation | 1989 | $ 1,140.00 | | 130.60 | $148,884.00 |
| Simmons, Rebecca J. | Partner | GP | 1992 | $ 1,295.00 | | 0.30 | $388.50 |
| Solomon, Andrew P. | Partner | Tax | 1985 | $ 1,295.00 | | 1.50 | $1,942.50 |
| Spitzer, David C. | Partner | Tax | 1996 | $ 1,295.00 | | 0.10 | $129.50 |
| Torkin, Michael H. | Partner | GP/Restructuring | 1999 | $   570.00 | * | 2.70 | $1,539.00 |
| Torkin, Michael H. | Partner | GP/Restructuring | 1999 | $ 1,140.00 | | 132.90 | $151,506.00 |
| Trevino, Marc | Partner | GP/Employee Benefits | 1995 | $ 1,295.00 | | 41.60 | $53,872.00 |
| Wang, Davis J. | Partner | Tax | 2004 | $ 1,295.00 | | 0.40 | $518.00 |
| **Partner Total** | | | | | | **8,274.50** | **$9,600,785.60** |
| Jerome, John J. | Of Counsel | GP/Restructuring | 1962 | $ 1,140.00 | | 150.00 | $171,000.00 |
| Korb, Donald L. | Of Counsel | Tax | 1973 | $ 1,295.00 | | 0.40 | $518.00 |
| **Of Counsel Total** | | | | | | **150.40** | **$171,518.00** |
| Altman, Daniel Z. | Special Counsel | Tax | 1999 | $   498.00 | * | 5.00 | $2,490.00 |
| Altman, Daniel Z. | Special Counsel | Tax | 1999 | $   995.00 | | 527.00 | $524,365.00 |

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Barancik, Tia S. | Special Counsel | GP/Regulatory | 1987 | $ 1,140.00 | | 138.90 | $158,346.00 |
| Brander, Saul | Special Counsel | Tax | 2003 | $ 865.00 | | 1.00 | $865.00 |
| Brebner, Adam R. | Special Counsel | Litigation | 2000 | $ 498.00 | * | 6.90 | $3,436.20 |
| Brebner, Adam R. | Special Counsel | Litigation | 2000 | $ 995.00 | | 418.50 | $416,407.50 |
| Brennan, Matthew J. | Special Counsel | GP/Environmental | 1986 | $ 525.00 | * | 0.60 | $315.00 |
| Brennan, Matthew J. | Special Counsel | GP/Environmental | 1986 | $ 1,050.00 | | 112.40 | $118,020.00 |
| Coccaro, Rebecca S. | Special Counsel | GP | 2000 | $ 995.00 | | 0.70 | $696.50 |
| Fiorini, Judith R. | Special Counsel | Restructuring | 1998 | $ 0.00 | * | 6.40 | $0.00 |
| Fiorini, Judith R. | Special Counsel | Restructuring | 1998 | $ 995.00 | | 138.40 | $137,708.00 |
| Kranzley, Alexa J. | Special Counsel | GP/Restructuring | 2009 | $ 0.00 | * | 3.00 | $0.00 |
| Kranzley, Alexa J. | Special Counsel | GP/Restructuring | 2009 | $ 433.00 | * | 16.30 | $7,057.90 |
| Kranzley, Alexa J. | Special Counsel | GP/Restructuring | 2009 | $ 865.00 | | 174.40 | $150,856.00 |
| Kranzley, Alexa J. | Special Counsel | GP/Restructuring | 2009 | $ 995.00 | | 45.00 | $44,775.00 |
| **Special Counsel Total** | | | | | | **1,594.50** | **$1,565,338.10** |
| Aksu, Veronica J. | Associate | GP | 2015 | $ 460.00 | | 125.70 | $57,822.00 |
| Aksu, Veronica J. | Associate | GP | 2015 | $ 605.00 | * | 199.60 | $120,758.00 |
| Apostolopoulos, Alexander P. | Associate | Tax | 2012 | $ 830.00 | | 0.60 | $498.00 |
| Bander, Jeannette E. | Associate | GP | 2012 | $ 830.00 | | 16.70 | $13,861.00 |
| Bander, Jeannette E. | Associate | GP | 2012 | $ 855.00 | | 3.30 | $2,821.50 |
| Bander, Jeannette E. | Associate | GP | 2012 | $ 865.00 | | 3.60 | $3,114.00 |
| Biller, Daniel L. | Associate | GP/Restructuring | 2013 | $ 725.00 | | 112.90 | $81,852.50 |
| Blaut, Ari B. | Associate | GP/Finance | 2008 | $ 865.00 | | 13.10 | $11,331.50 |
| Bradley, Adrienne R. W. | Associate | GP/Restructuring | 2013 | $ 725.00 | | 179.90 | $130,427.50 |
| Coleman, Heather L. | Associate | GP/Employee Benefits | 2007 | $ 865.00 | | 109.80 | $94,977.00 |
| Coyle, Victoria A. | Associate | Litigation | 2009 | $ 433.00 | * | 5.80 | $2,511.40 |
| Coyle, Victoria A. | Associate | Litigation | 2009 | $ 865.00 | | 64.40 | $55,706.00 |
| Danberg, J. Conlon | Associate | GP | 2016 | $ 460.00 | | 199.10 | $91,586.00 |
| Ekono, Zeh S. | Associate | Litigation | 2011 | $ 855.00 | | 51.30 | $43,861.50 |
| Foushee, M. Hampton | Associate | GP/Restructuring | 2015 | $ 0.00 | * | 1.90 | $0.00 |
| Foushee, M. Hampton | Associate | GP/Restructuring | 2015 | $ 460.00 | | 675.80 | $310,868.00 |
| Foushee, M. Hampton | Associate | GP/Restructuring | 2015 | $ 605.00 | | 217.80 | $131,769.00 |
| Gadwood, James R. | Associate | Tax | 2009 | $ 865.00 | | 3.00 | $2,595.00 |

SC1:4609840.3

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Geiger, Mark S. | Associate | Litigation | 2013 | $ 725.00 | | 5.40 | $3,915.00 |
| Goldin, David L. | Associate | GP/M&A | 2013 | $ 725.00 | | 406.00 | $294,350.00 |
| Goldin, David L. | Associate | GP/M&A | 2013 | $ 830.00 | | 223.50 | $185,505.00 |
| Graybill, Joshua D. | Associate | Tax | in process | $ 460.00 | | 10.50 | $4,830.00 |
| Guido, Emma J. | Associate | GP | 2017 | $ 460.00 | | 56.00 | $25,760.00 |
| Ha, Alice YN | Associate | GP | 2015 | $ 0.00 | * | 3.10 | $0.00 |
| Ha, Alice YN | Associate | GP | 2015 | $ 460.00 | | 565.80 | $260,268.00 |
| Ha, Alice YN | Associate | GP | 2015 | $ 605.00 | | 152.60 | $92,323.00 |
| Heuer, Max S. | Associate | Litigation | 2012 | $ 830.00 | | 101.00 | $83,830.00 |
| Hong, Slki | Associate | Tax | 2016 | $ 460.00 | | 36.10 | $16,606.00 |
| Ip, Veronica W. | Associate | Litigation | 2011 | $ 428.00 | * | 1.50 | $642.00 |
| Ip, Veronica W. | Associate | Litigation | 2011 | $ 433.00 | * | 12.90 | $5,585.70 |
| Ip, Veronica W. | Associate | Litigation | 2011 | $ 855.00 | | 910.40 | $778,392.00 |
| Ip, Veronica W. | Associate | Litigation | 2011 | $ 865.00 | | 671.10 | $580,501.50 |
| Jakus, David J. | Associate | GP | 2014 | $ 605.00 | | 75.00 | $45,375.00 |
| Janove, Raphael | Associate | Litigation | 2014 | $ 460.00 | | 29.90 | $13,754.00 |
| Jensen, Christian P. | Associate | GP | 2016 | $ 460.00 | | 372.10 | $171,166.00 |
| Jensen, Christian P. | Associate | GP | 2016 | $ 605.00 | | 152.10 | $92,020.50 |
| Jensen, Christian P. | Associate | GP | 2016 | $ 725.00 | | 25.20 | $18,270.00 |
| Jo, M. John | Associate | Tax | in process | $ 460.00 | | 1.80 | $828.00 |
| Josephs, Adam M. | Associate | GP/Employee Benefits | 2014 | $ 460.00 | | 51.60 | $23,736.00 |
| Keranen, Kristin L. | Associate | Litigation | 2008 | $ 865.00 | | 67.90 | $58,733.50 |
| Khanna, Harry S. | Associate | GP/M&A | 2015 | $ 460.00 | | 172.30 | $79,258.00 |
| Kitai, Sarah A. | Associate | GP | 2016 | $ 460.00 | | 250.30 | $115,138.00 |
| Kranzley, Alexa J. | Associate | GP/Restructuring | 2009 | $ 0.00 | * | 30.80 | $0.00 |
| Kranzley, Alexa J. | Associate | GP/Restructuring | 2009 | $ 433.00 | * | 49.70 | $21,520.10 |
| Kranzley, Alexa J. | Associate | GP/Restructuring | 2009 | $ 865.00 | | 2,454.40 | $2,123,056.00 |
| Lee, Alexander S. | Associate | Litigation | 2016 | $ 460.00 | | 379.40 | $174,524.00 |
| Liolos, John J. | Associate | Litigation | 2013 | $ 363.00 | * | 12.10 | $4,392.30 |
| Liolos, John J. | Associate | Litigation | 2013 | $ 605.00 | | 129.50 | $78,347.50 |
| Liolos, John J. | Associate | Litigation | 2013 | $ 725.00 | | 450.60 | $326,685.00 |
| Littleton, Judson O. | Associate | Litigation | 2008 | $ 433.00 | * | 16.50 | $7,144.50 |
| Littleton, Judson O. | Associate | Litigation | 2008 | $ 865.00 | | 269.80 | $233,377.00 |
| Lloyd, Jameson S. | Associate | Tax | 2014 | $ 605.00 | | 0.30 | $181.50 |
| Loeser, Daniel R. | Associate | GP | 2014 | $ 605.00 | | 174.20 | $105,391.00 |
| Lorme, Daniel R. | Associate | GP | 2015 | $ 0.00 | * | 0.20 | $0.00 |
| Lorme, Daniel R. | Associate | GP | 2015 | $ 460.00 | | 255.40 | $117,484.00 |
| Lorme, Daniel R. | Associate | GP | 2015 | $ 605.00 | | 59.80 | $36,179.00 |
| Lu, Michelle H. | Associate | Tax | 2014 | $ 460.00 | | 8.60 | $3,956.00 |
| Lum-Tai, Natalie A. | Associate | GP | 2016 | $ 605.00 | | 12.90 | $7,804.50 |
| Ma, Chiansan | Associate | GP/Restructuring | 2012 | $ 0.00 | * | 7.60 | $0.00 |
| Ma, Chiansan | Associate | GP/Restructuring | 2012 | $ 415.00 | * | 4.50 | $1,867.50 |
| Ma, Chiansan | Associate | GP/Restructuring | 2012 | $ 830.00 | | 1,143.80 | $949,354.00 |
| Ma, Chiansan | Associate | GP/Restructuring | 2012 | $ 855.00 | | 410.50 | $350,977.50 |
| Markey, Timothy A. | Associate | Litigation | 2016 | $ 605.00 | | 29.40 | $17,787.00 |

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Martel, Jean-Christophe | Associate | Litigation | 2014 | $ 725.00 | | 138.50 | $100,412.50 |
| Menillo, Nicholas F. | Associate | Litigation | 2013 | $ 415.00 | * | 7.30 | $3,029.50 |
| Menillo, Nicholas F. | Associate | Litigation | 2013 | $ 830.00 | | 480.20 | $398,566.00 |
| Menillo, Nicholas F. | Associate | Litigation | 2013 | $ 855.00 | | 71.00 | $60,705.00 |
| Metz, Alexander J.F. | Associate | GP | 2015 | $ 0.00 | * | 1.90 | $0.00 |
| Metz, Alexander J.F. | Associate | GP | 2015 | $ 460.00 | | 66.70 | $30,682.00 |
| Mortensen, Todd A. | Associate | GP/Restructuring | 2013 | $ 0.00 | * | 0.50 | $0.00 |
| Mortensen, Todd A. | Associate | GP/Restructuring | 2013 | $ 725.00 | | 92.40 | $66,990.00 |
| Moulins, Charles E. | Associate | Litigation | 2013 | $ 725.00 | | 9.90 | $7,177.50 |
| O'Neill, T. Max | Associate | Tax | 2013 | $ 830.00 | | 0.20 | $166.00 |
| Orchowski, Michael | Associate | Tax | 2009 | $ 865.00 | | 0.20 | $173.00 |
| Parnes, Lee C. | Associate | GP | 2016 | $ 460.00 | | 152.50 | $70,150.00 |
| Rhein, Jonathan M. | Associate | Tax | 2014 | $ 0.00 | * | 4.00 | $0.00 |
| Rhein, Jonathan M. | Associate | Tax | 2014 | $ 230.00 | * | 2.80 | $644.00 |
| Rhein, Jonathan M. | Associate | Tax | 2014 | $ 303.00 | * | 2.10 | $636.30 |
| Rhein, Jonathan M. | Associate | Tax | 2014 | $ 460.00 | | 222.70 | $102,442.00 |
| Rhein, Jonathan M. | Associate | Tax | 2014 | $ 605.00 | | 96.90 | $58,624.50 |
| Sam, Erick J. | Associate | Tax | 2016 | $ 220.00 | * | 20.10 | $4,422.00 |
| Sam, Erick J. | Associate | Tax | 2016 | $ 460.00 | | 12.70 | $5,842.00 |
| Sam, Erick J. | Associate | Tax | 2016 | $ 605.00 | | 0.10 | $60.50 |
| Schneiderman, Mark U. | Associate | GP/Restructuring | 2006 | $ 433.00 | * | 0.30 | $129.90 |
| Schneiderman, Mark U. | Associate | GP/Restructuring | 2006 | $ 865.00 | | 74.70 | $64,615.50 |
| Silver, Justin P. | Associate | GP | 2015 | $ 460.00 | | 2.80 | $1,288.00 |
| Taylor, Daniel | Associate | GP | 2014 | $ 605.00 | | 134.00 | $81,070.00 |
| Toy, Amanda K. | Associate | GP | 2016 | $ 460.00 | | 16.90 | $7,774.00 |
| Ward, Andrew H. | Associate | Litigation | 2015 | $ 605.00 | | 0.40 | $242.00 |
| Weiss, Noam R. | Associate | GP | 2014 | $ 0.00 | * | 1.00 | $0.00 |
| Weiss, Noam R. | Associate | GP | 2014 | $ 303.00 | * | 1.50 | $454.50 |
| Weiss, Noam R. | Associate | GP | 2014 | $ 605.00 | | 1,005.70 | $608,448.50 |
| Weiss, Noam R. | Associate | GP | 2014 | $ 725.00 | | 198.80 | $144,130.00 |
| White, Amaris R. | Associate | GP | 2013 | $ 725.00 | | 139.60 | $101,210.00 |
| Xu, Vic | Associate | GP | 2016 | $ 460.00 | | 356.20 | $163,852.00 |
| Zhang, Xin Florence | Associate | GP | 2014 | $ 460.00 | | 313.00 | $143,980.00 |
| Zhou, Rae | Associate | GP | 2015 | $ 0.00 | * | 0.50 | $0.00 |
| Zhou, Rae | Associate | GP | 2015 | $ 460.00 | | 39.70 | $18,262.00 |
| Zichawo, William N. | Associate | GP | 2016 | $ 460.00 | | 180.60 | $83,076.00 |
| Zylberberg, David R. | Associate | GP/Restructuring | 2011 | $ 0.00 | * | 0.10 | $0.00 |
| Zylberberg, David R. | Associate | GP/Restructuring | 2011 | $ 855.00 | | 699.90 | $598,414.50 |
| Zylberberg, David R. | Associate | GP/Restructuring | 2011 | $ 865.00 | | 219.20 | $189,608.00 |
| **Associate Total** | | | | | | **17,006.00** | **$11,784,453.20** |
| **Lawyers Total** | | | | | | **27,025.40** | **$23,122,094.90** |
| Agha, Mavara | Summer Associate | | | $ 0.00 | * | 88.60 | $0.00 |
| Billmire, Alice B. | Summer Associate | | | $ 0.00 | * | 3.50 | $0.00 |
| Brown, A. Christopher | Summer Associate | | | $ 0.00 | * | 106.70 | $0.00 |

SC1:4609840.3

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Chung, Grace H. | Summer Associate | | | $ 0.00 | * | 14.40 | $0.00 |
| Costakos, Paige N. | Summer Associate | | | $ 0.00 | * | 15.30 | $0.00 |
| Graybill, Joshua D. | Summer Associate | | | $ 0.00 | * | 88.90 | $0.00 |
| Grein, John J. | Summer Associate | | | $ 0.00 | * | 27.30 | $0.00 |
| Houchens, Jesse P. | Summer Associate | | | $ 0.00 | * | 16.70 | $0.00 |
| Kim, Terence H. | Summer Associate | | | $ 0.00 | * | 115.40 | $0.00 |
| Maass, Evan P. | Summer Associate | | | $ 0.00 | * | 2.00 | $0.00 |
| Macfarlane, Bonnie C. | Summer Associate | | | $ 0.00 | * | 15.60 | $0.00 |
| Mittal, Rakesh A. | Summer Associate | | | $ 0.00 | * | 63.20 | $0.00 |
| Rizkalla, Aaron M. | Summer Associate | | | $ 0.00 | * | 16.70 | $0.00 |
| Ross, Ethan David | Summer Associate | | | $ 0.00 | * | 56.10 | $0.00 |
| Salter, David | Summer Associate | | | $ 0.00 | * | 5.70 | $0.00 |
| Sullivan, William Peyton | Summer Associate | | | $ 0.00 | * | 166.40 | $0.00 |
| Tata, Vivek V. | Summer Associate | | | $ 0.00 | * | 41.10 | $0.00 |
| Thompson, Tasha N. | Summer Associate | | | $ 0.00 | * | 5.50 | $0.00 |
| Wasser, Jason A. | Summer Associate | | | $ 0.00 | * | 44.60 | $0.00 |
| Watanabe, Kisho | Summer Associate | | | $ 0.00 | * | 5.90 | $0.00 |
| Young, Elizabeth V. | Summer Associate | | | $ 0.00 | * | 18.00 | $0.00 |
| Hobby, Lauren Morghan | Intern | | | $ 0.00 | * | 5.20 | $0.00 |
| Booth, Oliver B. | Legal Assistant | | | $ 0.00 | * | 129.30 | $0.00 |
| Booth, Oliver B. | Legal Assistant | | | $ 225.00 | | 42.30 | $9,517.50 |
| Booth, Oliver B. | Legal Assistant | | | $ 275.00 | | 107.90 | $29,672.50 |
| Booth, Oliver B. | Legal Assistant | | | $ 315.00 | | 25.00 | $7,875.00 |
| Chiu, Jeffrey H. | Legal Assistant | | | $ 355.00 | | 1.50 | $532.50 |

SC1:4609840.3

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Coulibaly, Rockia | Legal Assistant | | | $ 0.00 | * | 119.70 | $0.00 |
| Coulibaly, Rockia | Legal Assistant | | | $ 225.00 | | 13.60 | $3,060.00 |
| Coulibaly, Rockia | Legal Assistant | | | $ 275.00 | | 41.00 | $11,275.00 |
| Coulibaly, Rockia | Legal Assistant | | | $ 315.00 | | 11.10 | $3,496.50 |
| Drinkwater, Emily C. C. | Legal Assistant | | | $ 0.00 | * | 396.60 | $0.00 |
| Drinkwater, Emily C. C. | Legal Assistant | | | $ 275.00 | * | 386.00 | $106,150.00 |
| Drinkwater, Emily C. C. | Legal Assistant | | | $ 315.00 | * | 159.10 | $50,116.50 |
| Ea, Choun F. | Legal Assistant | | | $ 355.00 | | 0.50 | $177.50 |
| Eigen, Jeffrey G. | Legal Assistant | | | $ 315.00 | | 1.00 | $315.00 |
| Marryshow, Danielle J. | Legal Assistant | | | $ 158.00 | * | 2.30 | $363.40 |
| Marryshow, Danielle J. | Legal Assistant | | | $ 275.00 | | 93.00 | $25,575.00 |
| Marryshow, Danielle J. | Legal Assistant | | | $ 315.00 | | 165.40 | $52,101.00 |
| Minio, Zara E. | Legal Assistant | | | $ 0.00 | * | 402.50 | $0.00 |
| Minio, Zara E. | Legal Assistant | | | $ 355.00 | | 307.80 | $109,269.00 |
| Son, Grace M. | Legal Assistant | | | $ 138.00 | * | 3.70 | $510.60 |
| Son, Grace M. | Legal Assistant | | | $ 225.00 | | 77.20 | $17,370.00 |
| Son, Grace M. | Legal Assistant | | | $ 275.00 | | 161.90 | $44,522.50 |
| Son, Grace M. | Legal Assistant | | | $ 315.00 | | 1.60 | $504.00 |
| Watson, Thomas C. | Legal Assistant | | | $ 0.00 | * | 122.30 | $0.00 |
| Watson, Thomas C. | Legal Assistant | | | $ 275.00 | | 250.10 | $68,777.50 |
| Watson, Thomas C. | Legal Assistant | | | $ 315.00 | | 127.30 | $40,099.50 |
| Yang, April C. | Legal Assistant | | | $ 158.00 | * | 12.50 | $1,975.00 |
| Yang, April C. | Legal Assistant | | | $ 275.00 | | 99.30 | $27,307.50 |
| Yang, April C. | Legal Assistant | | | $ 315.00 | | 151.60 | $47,754.00 |

SC1:4609840.3

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Robinson, Kenneth W. | Legal Analyst - Corporate | | | $ 355.00 | | 38.90 | $13,809.50 |
| Bender, Jennifer B. | Legal Analyst - Litigation | | | $ 0.00 | * | 1.50 | $0.00 |
| Bender, Jennifer B. | Legal Analyst - Litigation | | | $ 355.00 | | 91.10 | $32,340.50 |
| Cieniawa, Aaron B. | Legal Analyst - Litigation | | | $ 355.00 | | 199.20 | $70,716.00 |
| Gilday, Joseph F. | Legal Analyst - Litigation | | | $ 355.00 | | 459.60 | $163,158.00 |
| Caprio-Lopez, Melissa | Legal Assistant Clerk | | | $ 145.00 | | 3.50 | $507.50 |
| Desir, Sadel J. | Legal Assistant Clerk | | | $ 145.00 | | 7.00 | $1,015.00 |
| Whalen, Sean S. | Legal Assistant Clerk | | | $ 145.00 | | 3.90 | $565.50 |
| Adams, Kristofer S. | Electronic Discovery | | | $ 355.00 | | 3.00 | $1,065.00 |
| Balsdon, Nicholas J. | Electronic Discovery | | | $ 315.00 | | 4.00 | $1,260.00 |
| Chen, Ken | Electronic Discovery | | | $ 315.00 | | 2.20 | $693.00 |
| Fanning, Carrie R. | Electronic Discovery | | | $ 355.00 | | 0.20 | $71.00 |
| Grullon, Ralph | Electronic Discovery | | | $ 355.00 | | 2.00 | $710.00 |
| Harris, Angelique R. | Electronic Discovery | | | $ 355.00 | | 0.80 | $284.00 |
| Langston, Nicole E. | Electronic Discovery | | | $ 355.00 | | 71.90 | $25,524.50 |
| Lopez, Nathaniel S. | Electronic Discovery | | | $ 355.00 | | 0.50 | $177.50 |
| Mian, Ahmed A. | Electronic Discovery | | | $ 355.00 | | 0.40 | $142.00 |
| Perez, Hazel V. | Electronic Discovery | | | $ 355.00 | | 14.90 | $5,289.50 |
| Smith, Clay | Electronic Discovery | | | $ 315.00 | | 0.30 | $94.50 |
| Yim, Eileen Y. L. | Electronic Discovery | | | $ 355.00 | | 10.70 | $3,798.50 |

-13-

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Nakamura, Ken | Tech Services | | | $ 178.00 | * | 3.50 | $623.00 |
| Nakamura, Ken | Tech Services | | | $ 355.00 | | 126.90 | $45,049.50 |
| Williams, Andrew W. | Tech Services | | | $ 178.00 | * | 5.00 | $890.00 |
| Williams, Andrew W. | Tech Services | | | $ 355.00 | | 90.00 | $31,950.00 |
| Betin, Darya A. | Research Librarian | | | $ 355.00 | | 15.80 | $5,609.00 |
| Council, Kimberly N. | Research Librarian | | | $ 355.00 | | 22.80 | $8,094.00 |
| Gorman, Teresa A. | Research Librarian | | | $ 355.00 | | 11.10 | $3,940.50 |
| Khwaja, Tariq | Research Librarian | | | $ 355.00 | | 6.90 | $2,449.50 |
| Nolan, Brian J. | Research Librarian | | | $ 355.00 | | 3.30 | $1,171.50 |
| Noller, Denise J. | Research Librarian | | | $ 355.00 | | 3.00 | $1,065.00 |
| Normile, Michael R. | Research Librarian | | | $ 355.00 | | 2.30 | $816.50 |
| Pearson, Michael D. | Research Librarian | | | $ 355.00 | | 3.80 | $1,349.00 |
| Petit, Gregoire M. | Research Librarian | | | $ 355.00 | | 1.80 | $639.00 |
| Seeger, Evelyn H. | Research Librarian | | | $ 355.00 | | 10.70 | $3,798.50 |
| Stephen, Cherryl J. | Research Librarian | | | $ 355.00 | | 1.00 | $355.00 |
| Timmons, Penny H. | Research Librarian | | | $ 355.00 | | 0.70 | $248.50 |
| Tully, John K. | Research Librarian | | | $ 355.00 | | 26.20 | $9,301.00 |
| Voizard, Marshall R. | Research Librarian | | | $ 355.00 | | 15.00 | $5,325.00 |
| **Non Legal Personnel Total** | | | | | | **5,601.30** | **$1,102,213.00** |
| **Total** | | | | | | **32,626.70** | **$24,224,307.90** |
| **Adjustments per discussions with Fee Committee** | | | | | | | **-$560,798.61** |
| **UPDATED TOTAL** | | | | | | | **$23,663,509.29** |

\* Half-rates appear where fees were charged for non-working travel and a zero rate appears wherever no fee was charged for work.

SC1:4609840.3

## SUMMARY OF DISBURSEMENTS

| Disbursement Summary | |
| --- | --- |
| **Description** | **Amount** |
| Local Transportation | $27,849.32 |
| Out of Town Travel | $91,688.27 |
| Meals - Overtime | $17,027.04 |
| Conference Catering | $2,943.94 |
| Outside Vendors | $535,039.02 |
| Trial Materials and Technology | $2,462.79 |
| Delivery - Courier | $1,223.40 |
| Repro - BW Copies | $59,715.05 |
| Repro - Color Copies | $1,702.50 |
| Repro-Binding | $611.00 |
| Telephone conferencing charges | $11,439.91 |
| Hearing/Deposition/Trial Transcripts | $77,724.14 |
| **Total** | **$829,426.38** |
| **Adjustments per discussions with Fee Committee** | **-$23,574.76** |
| **UPDATED TOTAL** | **$805,851.62** |

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| | ) Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Hearing Date:  TBD** |
| | ) **Objection Deadline:  May 14, 2018 at 4:00 p.m.** |

**FINAL APPLICATION OF SULLIVAN & CROMWELL LLP
AS COUNSEL TO THE EFH COMMITTEE FOR APPROVAL
AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD
FROM NOVEMBER 5, 2014 THROUGH AND INCLUDING THE EFFECTIVE DATE**

Sullivan & Cromwell LLP ("**S&C**"), counsel for the official committee of

unsecured creditors (the "**EFH Committee**") of Energy Future Holdings Corporation ("**EFH**"),

Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.

(collectively, the "**EFH Debtors**") hereby submits this final application (this "**Application**")

pursuant to sections 330 and 331 of title 11 of the United States Code (the "**Bankruptcy Code**"),

rule 2016 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), the *Order*

*Establishing Procedures for Interim Compensation and Reimbursement of Expenses of*

*Professionals* [D.I. 2066] (the "**Interim Compensation Order**"), and the *Stipulation and Order*

*Appointing a Fee Committee* [D.I. 1896] (the "**Fee Committee Order**") for:  (a) final approval

and allowance of compensation for professional services rendered from November 5, 2014

through and including the Effective Date, March 9, 2018 (the "**Fee Period**") and

---

[1] The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

SC1:4609840.3

(b) reimbursement of actual and necessary expenses incurred during the Fee Period.  In support of this Application, S&C respectfully states as follows:

### Background

1.      On October 27, 2014, the United States Trustee for the District of Delaware appointed the EFH Committee pursuant to section 1102 of the Bankruptcy Code.  On November 5, 2014, the EFH Committee unanimously selected S&C and Montgomery McCracken Walker & Rhoads LLP ("**MMWR**") as its counsel.

2.      On December 22, 2014, the EFH Committee filed the *Application of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holdings Company, LLC, EFIH Finance, Inc. and EECI Inc. for an Order Authorizing the Retention and Employment of Sullivan & Cromwell LLP as Counsel to the Committee Nunc Pro Tunc to November 5, 2014* [D.I. 3120] (the "**Retention Application**").  On January 13, 2015, the Court entered an order granting the Retention Application and authorizing the retention and employment of S&C as counsel to the EFH Committee [D.I. 3282].

3.      In accordance with the interim Compensation Order and the Fee Committee Order, S&C has filed eleven interim applications for interim approval and allowance of compensation for services rendered and reimbursement of expenses incurred covering the Fee Period [D.I. 3567, 4732, 6507, 7822, 8721, 9827, 10879, 11409, 12188, 12641, 12982] (the "**S&C Interim Applications**").  After the filing of each of the S&C Interim Applications, S&C engaged with the Fee Committee regarding their questions and concerns and where applicable, voluntarily agreed to reductions in fees and expenses.  To date, S&C has agreed to a total reduction of $560,798.61 in fees and $23,574.76 in expenses, as follows:

| Interim Fee Application | Applicable Fee Period | Voluntary Reduction of Fees | Voluntary Reduction of Expenses | Total Reduction |
|---|---|---|---|---|
| First Interim Application | November 5, 2014 – December 31, 2014 | $89,713.38 | $750.00 | $90,463.38$ |
| Second Interim Application | January 1, 2015 – April 30, 2015 | $174,605.56 | $0.00 | $174,605.56 |
| Third Interim Application | May 1, 2015 – August 31, 2015 | $26,878.38 | $83.73 | $26,962.11 |
| Fourth Interim Application | September 1, 2015 – December 31, 2015 | $235,620.51 | $22,111.33 | $257,731.84 |
| Fifth Interim Application | January 1, 2016 – April 30, 2016 | $1,275.00 | $33.90 | $1,308.90 |
| Sixth Interim Application | May 1, 2016 – August 31, 2016 | $27,265.85 | $0.00 | $27,265.85 |
| Seventh Interim Application | September 1, 2016 – December 31, 2016 | $2,800.70 | $595.80 | $3,396.50 |
| Eighth Interim Application | January 1, 2017 – April 30, 2017 | $882.25 | $0.00 | $882.25 |
| Ninth Interim Application | May 1, 2017 – August 31, 2017 | $1,756.98 | $0.00 | $1,756.98 |

The fees and expenses requested in this Application reflect these reductions.

4.     On February 27, 2018, the Court entered the *Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12763].  On March 9, 2018, the Plan became effective [D.I. 12801].

**Summary of Professional Compensation and Reimbursement of Expenses Requested**

5.     This Application has been prepared in accordance with sections 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Interim Compensation Order, the Fee Committee Order, rule 2016-2(c)–(g) of the Local Rules of Bankruptcy Practice and Procedure for the United States Bankruptcy Court of the District of Delaware (the "**Local Rule**"), and the Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed

SC1:4609840.3

under 11 U.S.C. § 330 for Attorneys in Larger Chapter 11 Cases, effective November 1, 2013

(the "**UST Guidelines**" and, together with the Local Rule, the "**Guidelines**").

6.      Pursuant to this Application, S&C seeks approval and allowance of:

(a) compensation for professional services rendered by S&C, as counsel to the EFH Committee

during the Fee Period, of $23,663,509.29 and (b) reimbursement of actual and necessary

expenses incurred by S&C during the Fee Period of $805,851.62.

7.      S&C's compensation for this Fee Period is requested in accordance with

the agreed-upon rates described in the Retention Application.[2]  Other than in connection with

matriculations and promotions, there has been no increase in the rates charged for any S&C

professional from the date of S&C's retention through the end of the Fee Period.

8.      S&C's fees have not varied based on the geographic location of any S&C

professional or for any other reason.  In addition to the voluntarily reductions discussed above as

a result of discussions with the Fee Committee, S&C has also agreed to voluntarily reduce the

hourly rates for all professionals for time spent during non-working travel and to voluntarily

write-off all time spent on time entry review for consistency and accuracy purposes, in each case

in accordance with the Guidelines.

9.      During the Fee Period, S&C professionals and paraprofessionals spent an

aggregate of 32,626.70 hours performing services for the EFH Committee in connection with

these chapter 11 cases, at a blended hourly rate for professionals of $725.28.

---

[2]      S&C does not ordinarily determine its fees solely on the basis of hourly rates.  Instead, S&C ordinarily bases the fee for its services on all the factors prescribed by Rule 1.5(a) of the New York Rules of Professional Conduct, including the firm's contribution to the relevant matter, the responsibility assumed, the results achieved, the difficulty and complexity of the matter, the amount involved, the experience of, and demands on, the lawyers involved and the fees customarily charged for such matters.  Notwithstanding the foregoing, as set forth in its Retention Application, S&C has agreed to charge for services performed during these chapter 11 cases on the basis of hourly rates.  The hourly rates reflected in this Application are the same or less than the rates generally used by S&C when preparing estimates of fees under its normal billing practices.

10.     S&C's fees for the services rendered in these chapter 11 cases during the Fee Period are reasonable and are commensurate with the complexity of the applicable matters and the level of expertise required to best serve the EFH Committee in connection therewith. S&C believes that its fees are comparable to the fees charged by other highly skilled practitioners experienced in advising creditors in non-bankruptcy cases.

11.     In accordance with the UST Guidelines and as requested by the fee committee appointed pursuant to the Fee Committee Order (the "**Fee Committee**"), S&C prepared projected monthly budgets (collectively, the "**Budgets**") and staffing plans for each month during the Fee Period, for approval by the EFH Committee.  The Budgets approved by the EFH Committee estimated total fees of between $27,062,025.00 and $43,574,250.00 during the Fee Period.  S&C's actual total fees incurred during the Fee Period were $23,663,509.29.

12.     This Application requests compensation for work performed by 29 S&C lawyers who billed 15 or fewer hours during the Fee Period.  These lawyers provided advice in specific areas of expertise such as regulatory and tax matters.  The limited services provided by these professionals in connection with specific matters enabled S&C's core team to more effectively and efficiently advise the EFH Committee during the Fee Period.

13.     Other than pursuant to S&C's previous monthly and interim fee applications filed in these chapter 11 cases, no payment has been made or promised to S&C from any source for services rendered or to be rendered for the EFH Committee in connection with these chapter 11 cases.  There is no agreement or understanding between S&C and any person (other than the partners of S&C) for the sharing of compensation received or to be received for services rendered in these chapter 11 cases.

SC1:4609840.3

14. In accordance with the Guidelines, the following Exhibits are annexed to this Application:

Exhibit A:  **Certification of Andrew G. Dietderich** — certification of Andrew G. Dietderich regarding compliance of this Application with the Local Rules.

Exhibit B:  **S&C Professionals Performing Services During the Fee Period** — summary chart of information on the S&C professionals and paraprofessionals performing services during this Fee Period, including the hourly billing rates for such services and the aggregate hours and fees billed by each professional and paraprofessional.

Exhibit C:  **Project Code Total Chart** — summary chart indicating aggregate fees incurred and time billed by S&C personnel for each project category during the Fee Period.

Exhibit D:  **Summary of Disbursements** — summary chart detailing expenses for which reimbursement is sought, itemized and organized by category.

Exhibit E:  **Budget Plan** — S&C's Budgets for the Fee Period, as approved by the EFH Committee.

Exhibit F:  **Budget Comparison** — comparison of hours and fees budgeted for each project category during the Fee Period against the actual hours and fees for which S&C seeks compensation for the Fee Period.

15. S&C did not include the time entries and narrative descriptions and monthly expense records in this Application, and instead, relies on the time entries and narrative descriptions and monthly expense records filed with the S&C Interim Applications.

**Summary of Professional Services Rendered**

16. In accordance with the Guidelines, S&C has organized its time records according to an internal system of project codes in order to facilitate review of this Application. The work performed by S&C personnel with respect to each of these project codes is summarized in detail in the S&C Interim Applications.  Given the scope of the work performed, these summaries do not include all tasks performed or advice given by S&C personnel during the

Fee Period, but generally describe the most significant matters included under each project code. Below are high level summaries of the work performed in each of these project codes.

### A.      Asset Analysis and Recovery – Project Code 00002

17.     This category includes time spent reviewing and analyzing the Debtors' assets, including assets owned by the Debtors' operating subsidiaries, non-operating holding companies, and corporate services affiliates.  S&C performed legal and factual diligence to determine if there were additional unsecured assets not previously identified by the Debtors that potentially could be available for distribution to unsecured creditors, and worked with the EFH Committee's financial advisor, Guggenheim Securities, LLC, to specifically identify any unencumbered assets.

### B.      Asset Disposition – Project Code 00003

18.     This category includes time spent by S&C professionals on all matters relating to the Debtors' various processes for the disposition of the EFH Debtors' ownership interest in Oncor.  This included the auction process, the proposed transaction with Hunt, the proposed transaction with NextEra, the proposed transaction with Berkshire Hathaway and the ultimate transaction with Sempra.

19.     Specifically, S&C reviewed the documents filed with the court relating to asset disposition,  performed diligence on Oncor's public debt as well as the Oncor-provided information in the virtual data room, reviewed and analyzed key regulatory issues, reviewed and commented on the proposed revisions to the auction process and bidding procedures, participated in the auction process and reviewed and analyzed the bid terms and proposed transaction documentation submitted by bidders, and provided their input to the Debtors on behalf of the EFH Committee with respect to the various purchase offers.  S&C also filed a number of pleadings and appeared in a number of hearings in connection with these various sale processes.

20.    Finally, during the Fee Period, S&C also continually updated the EFH Committee and responded to creditor inquiries regarding these various processes.

**C.    Assumption and Rejection of Leases and Contracts – Project Code 00004**

21.    This category includes time spent reviewing the Debtors' motions to assume or reject contracts and leases, negotiating with the Debtors on appropriate forms of order with respect to such assumption or rejection motions, and discussions with the EFH Committee's restructuring advisors, AlixPartners, LLP, regarding the assumption or rejection of certain contracts.

**D.    Avoidance Action Analysis – Project Code 00005**

22.    No time was charged to this category during the Fee Period.

**E.    Business Operations – Project Code 00006**

23.    This category includes time spent reviewing involving the Debtors' business operations.  This included various non-ordinary course operations related motions, such as the Debtors' power purchase agreement motion, certain *de minimis* asset sales and settlements, renewal of a vendor subscription agreement and other motions relating to assumption of contracts.  Additionally, S&C professionals also reviewed and analyzed the Debtors' filed monthly operating reports and financial projections.

**F.    Case Administration – Project Code 00007**

24.    This category includes all matters related to the internal administration of the Debtors' cases, including managing task lists, monitoring the case docket and tracking key dates and deadlines, briefing meetings with incoming team members regarding general case background, in each case to the extent not specifically covered by other project codes.

25.    Furthermore, in accordance with past practice in cases of this size and complexity, during necessary phases of the cases S&C held a weekly meeting during which S&C

-23-

professionals engaged in discussions addressing a wide range of topics, including case strategy and restructuring considerations. Such discussions directly assisted S&C's professionals in understanding the impact of issues arising in one workstream on various other workstreams and were vital to the coordination of overall case strategy and planning

G.      **Claims Administration and Objections – Project Code 00008**

26.      A substantial portion of time spent in this category includes asbestos matters. In particular, S&C reviewed and worked on matters related to the Debtors' motion to set a general claims bar date, the motion of certain asbestos claimants for the appointment of a legal representative for unmanifested asbestos claimants and the asbestos bar date. S&C professionals prepared the EFH Committee's response to the Court's opinion regarding a potential bar date for asbestos claims. Additionally, following the filing of the Debtors' proposed order establishing an asbestos bar date, and the Debtors' proposed notice procedures and related forms and notice materials, S&C professionals worked with the EFH Committee's asbestos noticing expert, Kinsella Media, LLC, to review the Debtors' proposed procedures and prepare the EFH Committee's response to the proposed notice procedures, and negotiate appropriate changes to the notice procedures and proposed bar date order. S&C professionals coordinated closely with MMWR in order to prevent duplication of work and ensure that the firms provided complementary services.

H.      **Corporate Governance and Board Matters – Project Code 00009**

27.      This category includes all matters related to the review of the Debtors' corporate structure, corporate governance and related issues.

I.      **Employee Benefits and Pensions – Project Code 00010**

28.      This category includes all time related to employee compensation and benefits matters. S&C professionals worked with the EFH Committee and other advisors to

understand the Debtors' compensation and benefits structure, including pension and other post-employment benefits liabilities.  S&C professionals also analyzed and responded to questions from the EFH Committee regarding various compensation- and benefits-related motions filed by the Debtors.  S&C professionals spent substantial time analyzing such motions and related materials submitted by the Debtors to approve their compensation programs, including for insiders.  S&C professionals also conducted diligence regarding certain pension and benefit liabilities in connection with the disposition of Oncor.

29.    After confirmation of the Debtors' plan of reorganization, S&C personnel assisted with creditor inquiries regarding the calculation of pension plan claims and related issues.  This included analysis and discussions between S&C personnel and the Debtors and their professionals, and discussions and communications with EFH Committee members.

**J.    Employment and Fee Applications (S&C) – Project Code 00011**

30.    During the Fee Period, S&C personnel prepared thirty nine monthly fee statements, ten interim fee applications and this Application.  S&C professionals and paraprofessionals prepared and reviewed the information and charts required to be included in S&C's monthly fee statements, interim fee applications and this Application, and reviewed all requested fees and disbursements to confirm that such fees and disbursements were consistent with the Guidelines and the Fee Committee's guidance.  The interim fee applications and this Application required S&C personnel to devote time to ensuring the adequacy of S&C's disclosure regarding its activities, and S&C devoted additional time to reviewing disclosed information to preserve confidentiality and attorney-client privilege.

**K.    Employment and Fee Application (Others) – Project Code 00012**

31.    During the Fee Period, the EFH Committee retained Guggenheim Securities, LLC as its investment banker, AlixPartners, LLP as its restructuring advisor and

Kinsella Media, LLC as its asbestos noticing expert.  S&C, on behalf and at the direction of the

EFH Committee, led negotiations with these parties with regards to the terms of their retention,

drafted and revised the EFH Committee's applications to retain these professionals, and

reviewed related materials.  Furthermore, S&C advised the EFH Committee in connection with

its retention of Gibbs & Bruns LLP as special conflicts trial counsel with respect to the valuation,

analysis and prosecution of certain potential Texas law claims held by the EFH Debtors.  In

addition, S&C reviewed and analyzed the various independent directors' retention applications.

### L. Financing, Cash Collateral, Make Whole – Project Code 00013

32.    This category includes time devoted to the review and analysis of the

Debtors' prepetition credit agreements and indentures and their postpetition DIP financing, as

well as the financing and cash collateral orders entered in these chapter 11 cases.  S&C

professionals also expended significant time on the review and assessment of developments in

the three adversary proceedings relating to make-whole provisions, the EFIH first lien make-

whole settlement (and the related appeal) and analyzing the claims asserted by the various

noteholders relating to make-whole premiums.  S&C professionals negotiated stipulations with

the relevant parties allowing the EFH Committee to intervene in the Debtors' first lien and

second lien make-whole proceedings.

33.    This category also includes other work relating to financing matters, most

significantly research and analysis of matters relating to payment of postpetition interest to

various classes of creditors, and potential creditor claims for postpetition interest.  Finally, S&C

professionals advised the EFH Committee in connection with the Debtors' second lien paydown

motion and continued its review of potential creditor claims for postpetition interest.

M.     **Other Litigation – Project Code 00014**

34.    During the Fee Period, S&C professionals advised the EFH Committee on a variety of litigation matters, including the EFIH first and second lien and PIK noteholders make-whole litigations, the Fidelity Investments EFH Non-Guaranteed Notes Call Right litigation, the NextEra termination fee adversary proceeding and the Fee Committee dispute raised by Elliott.  In these proceedings, S&C professionals engaged with Debtors' counsel and other key EFH/EFIH stakeholders regarding litigation strategy and scheduling issues.  S&C professionals also prepared pleadings and appeared in connection with these matters.  S&C updated the EFH Committee regarding the progress and implications of these developments.  S&C professionals also assisted the EFH Committee with matters relating to the replacement of the creditor representative on the Fee Committee and interviewing and selecting a new member for appointment to the Fee Committee.

N.     **Meetings and Communications with Creditors – Project Code 00015**

35.    This category includes time spent by S&C professionals in connection with the EFH Committee's regular meetings and conference calls, the Debtors' periodic teleconference meetings with creditors' advisors, and meetings with individual EFH Committee members and other creditor constituents.  Additionally, S&C professionals attended various in-person meetings and conference calls with stakeholders and their professionals, including individual EFH and EFIH creditors, various ad hoc creditor groups in its constituency, the official committee of unsecured creditors of Energy Future Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC and their Debtors subsidiaries regarding various case matters, including plan discussions and negotiations.

O.    **Non-Working Travel – Project Code 00016**

36.    This category includes non-working travel time spent by S&C professionals during the Fee Period.  In accordance with the Guidelines, the fees presented for payment in this category have been voluntarily reduced by 50 percent, for a total reduction of $134,073.40.

P.    **Plan and Disclosure Statement – Project Code 00017**

37.    S&C professionals spent a substantial amount of on plan-related matters. S&C professionals reviewed, analyzed and negotiated several proposed plans of reorganization in these chapter 11 cases, discussed these proposals with the Debtors and other parties, conducted plan confirmation litigation to a multi-week trial with respect to one of these proposals and negotiated a plan settlement covering certain beneficiary classes.

38.    In connection with the plan confirmation litigation, much time was spent by S&C professionals in preparing discovery requests, review of document discovery produced by the Debtors and other discovery matters.  These plan-related discovery issues required extensive communications with the Debtors and other parties-in-interest.  In preparation for the trial, S&C professionals were responsible for pursuing the EFH Committee's litigation of significant issues relating to the relevant iterations of the disclosure statement, plan of reorganization and settlement motion.  Immense resources were devoted to preparing and filing the EFH Committee's trial brief and omnibus objection to the settlement motion and confirmation of the plan, along with the necessary trial documents and witness testimony.

39.    In addition, S&C professionals prepared several filings related to the plan negotiations, including the EFH Committee's objection to the Debtors' plan scheduling motion, the EFH Committee's responses to the Debtors' second and third motions to extend their exclusive periods to file a plan and disclosure statement and multiple motions *in limine*.

40.     S&C professionals monitored and engaged with Debtors' counsel regarding the T-side disclosure statement and plan.  S&C advised the EFH Committee regarding the implications of these developments with respect to the EFH Committee's Plan litigation settlement and other creditor matters.  S&C professionals participated in the T-side plan confirmation proceedings and discovery processes, and advised the EFH Committee regarding related E-side creditor and estate issues.

41.     S&C advised the EFH Committee on the termination of the NextEra merger agreement, the Debtors' proposed entry into a new merger agreement with Berkshire Hathaway, the Debtors' proposed entry into the new merger agreement with Sempra Energy and the related implications of each in connection with confirmation of an E-side plan.  S&C professionals engaged with Debtors' counsel and other key EFH/EFIH stakeholders regarding the strategy in connection with each of these potential transactions, as well as the litigation involving allowance of the NextEra termination fee, the proposed Berkshire termination fee and the proposed Sempra termination fee.  S&C advised the EFH Committee regarding the implications of these developments with respect to the EFH Committee's plan litigation settlement and other creditor matters.  S&C professionals participated in the EFH/EFIH Debtors' plan confirmation discovery processes and attended related depositions, and advised the EFH Committee regarding E-side creditor and estate issues, including cash and recovery projections of the anticipated consummation of the E-side plan.

42.     Finally, S&C professionals monitored and advised the EFH Committee in regards to the approval of the disclosure statement and plan confirmation in connection with the Sempra Energy transaction.  S&C reviewed materials relevant to the proceedings and updated

SC1:4609840.3

the EFH Committee with respect to the plan litigation settlement and other creditor matters, including cash and recovery projections.

**Q.      Relief From Stay and Adequate Protection – Project Code 00018**

43.      S&C professionals reviewed and analyzed various motions filed by third parties requesting to lift the automatic stay and reviewed and analyzed the Debtors' proposed resolutions with respect to these motions.  S&C also advised the EFH Committee with respect to these various lift stay motions.

**R.      Tax – Project Code 00019**

44.      S&C professionals assisted the EFH Committee in understanding the significant tax issues involved in these chapter 11 cases.  S&C professionals engaged in detailed discussions with the Debtors and other stakeholders, as well as reviewed a significant amount of information provided by the Debtors and other stakeholders related to tax issues.  S&C professionals also conducted extensive research on tax and tax-related matters, and formulated their own view on the tax consequences of the different transactions proposed by the various stakeholders and the possibility of engaging in alternative transactions.  S&C professionals also analyzed the merits of certain intercompany claims related to taxes.  Furthermore, S&C professionals reviewed, commented and discussed with the Debtors many tax-related motions and the revised tax matters agreement.

45.      S&C professionals attended regular tax matters meetings and calls convened by the Debtors, and performed due diligence and legal analysis of tax matters arising out of the transaction proposals circulated by various stakeholders.  S&C professionals also considered and analyzed tax implications related to the Oncor sale and E-side plan process.  Due to the complexity and importance of tax matters, the analysis of S&C's tax professionals played a key role in S&C's advice to the EFH Committee.

46.     In addition, S&C professionals considered and analyzed the implications related to the Vistra tax dispute.  S&C professionals reviewed the tax matters agreement and other pertinent documents and researched related issues.  S&C participated in numerous discussions with other estate professionals and professionals representing Elliott regarding the alternative dispute resolution proceedings in connection with the Vistra tax dispute.  S&C professionals also reviewed submission materials and discussed related strategy with other S&C professionals.

**S.      Valuation – Project Code 00020**

47.     No time was charged to this category during the Fee Period.

**T.      Discovery – Project Code 00021**

48.     S&C professionals worked with Debtors' counsel and electronic discovery vendors to obtain access to various case databases and information sources.  S&C professionals and paraprofessionals conducted reviews of incoming document productions and conducted various searches for further substantive review of the Debtors' incoming and previous document productions as part of legacy discovery in these chapter 11 cases.

49.     Additionally, S&C professionals and paraprofessionals addressed all technical aspects of discovery in connection with Plan discovery and discovery related to other adversary proceedings.  Among other things, S&C professionals and paraprofessionals reviewed and analyzed the Debtors' and other parties-in-interests' productions.

**U.      Hearings – Project Code 00022**

50.     This category includes time spent by S&C personnel preparing for, attending and participating in all hearings, conferences, adversary proceedings from October 2014 to March 2018.

V.    **First and Second Day Motions – Project Code 00023**

51.    No time was charged to this category during the Fee Period.

W.    **Claims Investigations – Project Code 00024**

52.    This category includes work by S&C professionals in connection with potential claims against the Debtors or their affiliates, including those by the EFH Committee's constituency as well as potential claims by other parties in interest, such as the TCEH Committee or creditors of the TCEH Debtors.  This work included diligence and legal research regarding potential claims relating to the Debtors' 2007 leveraged buyout, in addition to other creditor claims and issues relating to possible claim avoidance.

X.    **Lien Investigation – Project Code 00025**

53.    This category includes work by S&C professionals relating to potential challenges to the liens securing the TCEH Debtors' secured credit facilities, including related review of the Debtors' prepetition financing and security arrangements, diligence on the collateral securing these credit facilities and research on lien allowance and other matters relevant to potential lien challenges.  Additionally, S&C personnel conducted review and research on issues relating to the security package for the EFIH second lien notes.

Y.    **Intercompany Claims – Project Code 00026**

54.    This category includes activities relating to claims among the Debtors whether held by or against the EFH Debtors.  As the resolution of intercompany claims was significant to certain other issues in these chapter 11 cases including the formulation of a plan of reorganization, S&C professionals devoted significant time and resources during the earlier part of the Fee Period to analyzing intercompany claims, particularly claims by the EFH Debtors against the TCEH Debtors, or by the TCEH Debtors against the EFH Debtors, including

diligence regarding intercompany contracts and legal research on matters relating to claim priority and related legal remedies.

55.    Importantly, S&C prepared and filed a substantive objection to a claim by TCEH against EFH, purportedly arising under the Debtors' tax allocation agreement, which was scheduled by the Debtors in their Schedules of Assets and Liabilities.

56.    This category also includes S&C's communications and discussions with the Debtors and their advisors (including the advisors to EFH's disinterested directors) regarding the Debtors' proposed settlement of intercompany claims and the purported basis for such settlement.

### Z.    Other Motions/Applications – Project Code 00027

57.    This category includes work performed by S&C professionals relating to motions and applications of the EFH Committee which do not relate to the other project categories.  During the Fee Period, S&C professionals prepared several such motions and applications, including the EFH Committee's motion seeking derivative standing to prosecute avoidance actions against holders of debt issued in the Debtors' 2007 LBO, on behalf of the estates of the Luminant Debtors; the EFH Committee's joinder to the TCEH Committee's motion regarding creditor information sharing procedures and protocols; a stipulation between the EFH Committee and the Debtors regarding the EFH Committee's rights relating to certain case deadlines and other case matters; a stipulation and agreed order between the EFH Committee and the Debtors relating to legacy discovery and related administrative matters and applications for reimbursement of the EFH Committee's expenses in connection with these chapter 11 cases.

### AA.    Schedules and Statements – Project Code 00028

58.    No time was charged to this category during the Fee Period.

BB.    **Time Entry Review – Project Code 00029**

59.    This category includes time spent reviewing the time entries recorded by S&C personnel to ensure accuracy, clarity, and consistency.  At the request of the Fee Committee, S&C seeks no compensation for time billed to this category.

CC.    **Budgeting (Case) – Project Code 00031**

60.    This category reflects time spent preparing the Budgets and staffing plan for approval by the EFH Committee.

**Reasonable and Necessary Services Rendered by S&C**

61.    The foregoing professional services provided by S&C to the EFH Committee during the Fee Period were in the best interests of the EFH Committee and its constituent unsecured creditors, and were reasonable, necessary and appropriate under the circumstances of these chapter 11 cases.  The compensation requested for the foregoing services is commensurate with the complexity, importance and nature of the issues and tasks involved. These professional services were performed expediently and in an efficient manner.  In particular, S&C allocated work among junior and senior professionals and paraprofessionals in a manner designed to avoid unnecessary duplication of services and promote cost-effectiveness, including through consultation with internal practice area experts and specialists when necessary in connection with discrete questions arising in the course of S&C's work.

62.    S&C is widely recognized for its experience and knowledge relating to complex business matters and reorganizations under chapter 11 of the Bankruptcy Code.  S&C has an established reputation for its expertise in handling large corporate transactions, including dispositions and other transactions involving businesses similar to those operated by the Debtors. The S&C practice groups that provided services to the EFH Committee—litigation, employee benefits and tax, among others—enjoy a global reputation for their expertise.

63.     During the Fee Period, the professional services performed by S&C on behalf of the EFH Committee required an aggregate expenditure of 32,626.70 recorded hours by S&C personnel.  Of the aggregate time expended, 10,019.40 recorded hours were expended by partners, counsel and special counsel; 17,006.00 recorded hours were expended by associates; and 5,601.30 recorded hours were expended by S&C paraprofessionals.

64.     S&C billed the EFH Committee for time expended by professionals at hourly rates ranging from $145.00 to $1,295.00.  Allowance of compensation in the amount requested would result in a blended hourly billing rate for professionals of approximately $725.28 (based on 32,626.70 recorded hours at S&C's agreed hourly rates).  The hourly rates charged by S&C in these chapter 11 cases are equivalent to or less than the rates used by S&C when preparing estimates of fees for similar non-bankruptcy matters.

**Actual and Necessary Disbursements by S&C**

65.     As set forth in Exhibit D, S&C seeks reimbursement for $805,851.62 in expenses incurred in the course of its professional services during the Fee Period.  All expenses for which reimbursement is requested pursuant to this Application have been incurred in compliance with the Guidelines.

66.     Reimbursable expenses (whether for services performed by S&C personnel or by a third-party vendor) include appropriate local and long distance transportation costs, overtime meals and teleconference charges.  Pursuant to S&C's disbursement policies, out-of-pocket expenses are passed through at actual (or, when actual out-of-pocket expenses are uncertain, estimated actual) costs.  Certain items, such as overtime meals, may be charged at amounts below cost in accordance with limits imposed by the Guidelines or requested by the Fee Committee.

67.     S&C seeks no reimbursement of copying charges, other than charges for in-house copies made by its reproduction department (typically large copying jobs).  In accordance with the Guidelines and guidance provided by the Fee Committee, S&C has limited its reimbursement request for black and white copying charges to $0.10 per page, and for color copies to $0.25 per page (less than the per page maximum of $0.50 promulgated by the Fee Committee).  S&C seeks no reimbursement of any charges incurred for computerized research or long-distance telephone or fax charges, other than telephone fees for telephone and video conference services.

68.     S&C respectfully submits that its actual expenses incurred in providing professional services to the EFH Committee during the Fee Period were necessary, reasonable and justified under the circumstances of these chapter 11 cases.

**The Requested Compensation and Expense Reimbursement Should Be Allowed**

69.     Section 330 of the Bankruptcy Code provides that a court may award a professional employed under section 1103 of the Bankruptcy Code "reasonable compensation for actual, necessary services rendered . . . and . . . reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1)(A), (B).  Section 331 of the Bankruptcy Code allows professionals to apply for such compensation and expense reimbursement on an interim basis not more than once every 120 days after the order for relief in a bankruptcy case, or more often as permitted by the court.  11 U.S.C. § 331.

70.     Section 330 of the Bankruptcy Code also sets forth the criteria for determining the amount of reasonable compensation to be awarded to such a professional:

> [T]he court shall consider the nature, the extent, and the value of such [professional's] services, taking into account all relevant factors, including --
>
> (A)     the time spent on such services;

(B)    the rates charged for such services;

(C)    whether the services were necessary to the administration of, or beneficial at the time at which the service was rendered toward the completion of, a case under this title;

(D)    whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue, or task addressed;

(E)    with respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and

(F)    whether the compensation is reasonable based on the customary compensation charged by comparably skilled practitioners in cases other than cases under this title.

11 U.S.C. § 330(a)(3).

71.    S&C respectfully submits that the services for which it seeks compensation and the expenditures for which it seeks reimbursement pursuant to this Application were necessary for and beneficial to the EFH Committee and its constituent unsecured creditors.  S&C worked diligently to anticipate or respond to the EFH Committee's needs during the Fee Period, particularly with respect to the EFH Committee's monitoring and consideration of developments relating to the Debtors' confirmed chapter 11 plan and related transactions.  S&C further submits that the services provided to the EFH Committee by its professionals and paraprofessionals were performed economically, effectively and efficiently, and have been in the best interests of the unsecured creditors represented by the EFH Committee. The services provided by S&C were consistently performed in a timely manner commensurate with the complexity, importance and nature of the issues involved.  Accordingly, S&C respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services.

SC1:4609840.3

## RESERVATION OF RIGHTS AND NOTICE

72.     Although S&C has made every effort to include in this Application all fees and expenses incurred during the Fee Period in connection with these chapter 11 cases, certain fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period.  S&C reserves the right to make further application to the Court for the allowance of such fees and expenses not included in this Application.

WHEREFORE, S&C respectfully requests that the Court enter an order: (a) awarding S&C the sum of $23,663,509.29 as compensation for services rendered and $805,851.62 for reimbursement for actual and necessary expenses S&C incurred during the Fee Period and (b) granting such other and further relief as the Court deems appropriate.

Dated:   Wilmington, Delaware
         April 23, 2018

**SULLIVAN & CROMWELL LLP**

*/s/ Andrew G. Dietderich*
Andrew G. Dietderich
Brian D. Glueckstein
John L. Hardiman
Alexa J. Kranzley
125 Broad Street
New York, New York  10004
Telephone:    (212) 558-4000
Facsimile:    (212) 558-3588
E-mail:       dietdericha@sullcrom.com
              gluecksteinb@sullcrom.com
              hardimanj@sullcrom.com
              kranzleya@sullcrom.com

*Counsel for the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.*

SC1:4609840.3

## EXHIBIT A

**Certification of Andrew G. Dietderich**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION UNDER LOCAL RULE 2016-2(G) IN RESPECT OF THE FINAL APPLICATION OF SULLIVAN & CROMWELL LLP AS COUNSEL TO THE EFH COMMITTEE FOR APPROVAL AND ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD FROM NOVEMBER 5, 2014 THROUGH AND INCLUDING THE EFFECTIVE DATE

I, Andrew G. Dietderich, under penalty of perjury, declare as follows:

1.    I am a partner in the law firm of Sullivan & Cromwell LLP ("**S&C**"), located at 125 Broad Street, New York, New York 10004.  I am a member in good standing of the Bar of the State of New York.  There are no disciplinary proceedings pending against me.

2.    This certification is made with respect to S&C's compliance with rule 2016-2 (c)–(g) of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware (the "**Local Rule**"), in connection with S&C's final application  (the "**Application**"), as counsel to the official committee of unsecured creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc., for compensation for professional services and

---

[1]    The last four digits of Energy Future Holdings Corp.'s taxpayer identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

reimbursement of expenses incurred for the period from November 5, 2014 through and including the Effective Date, March 9, 2018.

3.      Pursuant to section (g) of the Local Rule, I hereby certify that I have reviewed the requirements of the Local Rule and, to the best of my knowledge, information, and belief formed after reasonable inquiry, the Application complies with the Local Rule.

4.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated:    April 23, 2018

*/s/ Andrew G. Dietderich*
Andrew G. Dietderich
Sullivan & Cromwell LLP

## EXHIBIT B

## S&C PROFESSIONALS PERFORMING SERVICES DURING THE FEE PERIOD

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Clayton, Jay | Partner | GP | 1994 | $ 1,295.00 | | 1.60 | $2,072.00 |
| Coleman, Heather L. | Partner | GP/Employee Benefits | 2007 | $ 865.00 | * | 5.00 | $4,325.00 |
| Coleman, Heather L. | Partner | GP/Employee Benefits | 2007 | $ 1,160.00 | | 5.00 | $5,800.00 |
| Creamer Jr., Ronald E. | Partner | Tax | 1992 | $ 1,295.00 | | 2.30 | $2,978.50 |
| Dietderich, Andrew G. | Partner | GP/Restructuring | 1997 | $ 0.00 | * | 5.10 | $0.00 |
| Dietderich, Andrew G. | Partner | GP/Restructuring | 1997 | $ 570.00 | * | 48.20 | $27,474.00 |
| Dietderich, Andrew G. | Partner | GP/Restructuring | 1997 | $ 1,140.00 | | 1,885.20 | $2,149,128.00 |
| Downes, Robert W. | Partner | GP | 1992 | $ 1,295.00 | | 0.50 | $647.50 |
| Giuffra Jr., Robert J. | Partner | Litigation | 1989 | $ 1,140.00 | | 11.00 | $12,540.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $ 0.00 | * | 0.80 | $0.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $ 570.00 | * | 52.20 | $29,754.00 |
| Glueckstein, Brian D. | Partner | Litigation | 2004 | $ 1,140.00 | | 3,752.30 | $4,277,622.00 |
| Hardiman, John L. | Partner | Litigation | 1983 | $ 570.00 | * | 6.60 | $3,762.00 |
| Hardiman, John L. | Partner | Litigation | 1983 | $ 1,140.00 | | 282.50 | $322,050.00 |
| Hariton, David P. | Partner | Tax | 1986 | $ 648.00 | * | 4.50 | $2,916.00 |
| Hariton, David P. | Partner | Tax | 1986 | $ 1,295.00 | | 934.80 | $1,210,566.00 |
| Holley, Steven L. | Partner | Litigation | 1984 | $ 570.00 | * | 3.00 | $1,710.00 |
| Holley, Steven L. | Partner | Litigation | 1984 | $ 1,140.00 | | 52.70 | $60,078.00 |
| Jacobson, Eli D. | Partner | Tax | 1981 | $ 1,295.00 | | 195.90 | $253,690.50 |
| Korb, Donald L. | Partner | Tax | 1973 | $ 1,295.00 | | 0.80 | $1,036.00 |
| Korry, Alexandra D. | Partner | GP/M&A | 1988 | $ 648.00 | * | 0.20 | $129.60 |
| Korry, Alexandra D. | Partner | GP/M&A | 1988 | $ 1,295.00 | | 376.20 | $487,179.00 |
| Kotran, Stephen M. | Partner | GP | 1993 | $ 1,295.00 | | 5.00 | $6,475.00 |
| Mason, Andrew S. | Partner | Tax | 1982 | $ 1,295.00 | | 6.60 | $8,547.00 |
| McIntosh, Brent J. | Partner | Litigation | 2001 | $ 1,140.00 | | 8.30 | $9,462.00 |
| Neuhaus, Joseph E. | Partner | GP | 1986 | $ 1,140.00 | | 0.50 | $570.00 |
| Rosenberg, Mark F. | Partner | Litigation | 1981 | $ 570.00 | * | 1.00 | $570.00 |
| Rosenberg, Mark F. | Partner | Litigation | 1981 | $ 1,140.00 | | 316.60 | $360,924.00 |
| Shane, Penny | Partner | Litigation | 1989 | $ 1,140.00 | | 130.60 | $148,884.00 |
| Simmons, Rebecca J. | Partner | GP | 1992 | $ 1,295.00 | | 0.30 | $388.50 |
| Solomon, Andrew P. | Partner | Tax | 1985 | $ 1,295.00 | | 1.50 | $1,942.50 |
| Spitzer, David C. | Partner | Tax | 1996 | $ 1,295.00 | | 0.10 | $129.50 |
| Torkin, Michael H. | Partner | GP/Restructuring | 1999 | $ 570.00 | * | 2.70 | $1,539.00 |
| Torkin, Michael H. | Partner | GP/Restructuring | 1999 | $ 1,140.00 | | 132.90 | $151,506.00 |
| Trevino, Marc | Partner | GP/Employee Benefits | 1995 | $ 1,295.00 | | 41.60 | $53,872.00 |
| Wang, Davis J. | Partner | Tax | 2004 | $ 1,295.00 | | 0.40 | $518.00 |
| **Partner Total** | | | | | | **8,274.50** | **$9,600,785.60** |
| Jerome, John J. | Of Counsel | GP/Restructuring | 1962 | $ 1,140.00 | | 150.00 | $171,000.00 |
| Korb, Donald L. | Of Counsel | Tax | 1973 | $ 1,295.00 | | 0.40 | $518.00 |
| **Of Counsel Total** | | | | | | **150.40** | **$171,518.00** |
| Altman, Daniel Z. | Special Counsel | Tax | 1999 | $ 498.00 | * | 5.00 | $2,490.00 |
| Altman, Daniel Z. | Special Counsel | Tax | 1999 | $ 995.00 | | 527.00 | $524,365.00 |

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Barancik, Tia S. | Special Counsel | GP/Regulatory | 1987 | $ 1,140.00 | | 138.90 | $158,346.00 |
| Brander, Saul | Special Counsel | Tax | 2003 | $ 865.00 | | 1.00 | $865.00 |
| Brebner, Adam R. | Special Counsel | Litigation | 2000 | $ 498.00 | * | 6.90 | $3,436.20 |
| Brebner, Adam R. | Special Counsel | Litigation | 2000 | $ 995.00 | | 418.50 | $416,407.50 |
| Brennan, Matthew J. | Special Counsel | GP/Environmental | 1986 | $ 525.00 | * | 0.60 | $315.00 |
| Brennan, Matthew J. | Special Counsel | GP/Environmental | 1986 | $ 1,050.00 | | 112.40 | $118,020.00 |
| Coccaro, Rebecca S. | Special Counsel | GP | 2000 | $ 995.00 | | 0.70 | $696.50 |
| Fiorini, Judith R. | Special Counsel | Restructuring | 1998 | $ 0.00 | * | 6.40 | $0.00 |
| Fiorini, Judith R. | Special Counsel | Restructuring | 1998 | $ 995.00 | | 138.40 | $137,708.00 |
| Kranzley, Alexa J. | Special Counsel | GP/Restructuring | 2009 | $ 0.00 | * | 3.00 | $0.00 |
| Kranzley, Alexa J. | Special Counsel | GP/Restructuring | 2009 | $ 433.00 | * | 16.30 | $7,057.90 |
| Kranzley, Alexa J. | Special Counsel | GP/Restructuring | 2009 | $ 865.00 | | 174.40 | $150,856.00 |
| Kranzley, Alexa J. | Special Counsel | GP/Restructuring | 2009 | $ 995.00 | | 45.00 | $44,775.00 |
| **Special Counsel Total** | | | | | | **1,594.50** | **$1,565,338.10** |
| Aksu, Veronica J. | Associate | GP | 2015 | $ 460.00 | | 125.70 | $57,822.00 |
| Aksu, Veronica J. | Associate | GP | 2015 | $ 605.00 | * | 199.60 | $120,758.00 |
| Apostolopoulos, Alexander P. | Associate | Tax | 2012 | $ 830.00 | | 0.60 | $498.00 |
| Bander, Jeannette E. | Associate | GP | 2012 | $ 830.00 | | 16.70 | $13,861.00 |
| Bander, Jeannette E. | Associate | GP | 2012 | $ 855.00 | | 3.30 | $2,821.50 |
| Bander, Jeannette E. | Associate | GP | 2012 | $ 865.00 | | 3.60 | $3,114.00 |
| Biller, Daniel L. | Associate | GP/Restructuring | 2013 | $ 725.00 | | 112.90 | $81,852.50 |
| Blaut, Ari B. | Associate | GP/Finance | 2008 | $ 865.00 | | 13.10 | $11,331.50 |
| Bradley, Adrienne R. W. | Associate | GP/Restructuring | 2013 | $ 725.00 | | 179.90 | $130,427.50 |
| Coleman, Heather L. | Associate | GP/Employee Benefits | 2007 | $ 865.00 | | 109.80 | $94,977.00 |
| Coyle, Victoria A. | Associate | Litigation | 2009 | $ 433.00 | * | 5.80 | $2,511.40 |
| Coyle, Victoria A. | Associate | Litigation | 2009 | $ 865.00 | | 64.40 | $55,706.00 |
| Danberg, J. Conlon | Associate | GP | 2016 | $ 460.00 | | 199.10 | $91,586.00 |
| Ekono, Zeh S. | Associate | Litigation | 2011 | $ 855.00 | | 51.30 | $43,861.50 |
| Foushee, M. Hampton | Associate | GP/Restructuring | 2015 | $ 0.00 | * | 1.90 | $0.00 |
| Foushee, M. Hampton | Associate | GP/Restructuring | 2015 | $ 460.00 | | 675.80 | $310,868.00 |
| Foushee, M. Hampton | Associate | GP/Restructuring | 2015 | $ 605.00 | | 217.80 | $131,769.00 |
| Gadwood, James R. | Associate | Tax | 2009 | $ 865.00 | | 3.00 | $2,595.00 |
| Geiger, Mark S. | Associate | Litigation | 2013 | $ 725.00 | | 5.40 | $3,915.00 |
| Goldin, David L. | Associate | GP/M&A | 2013 | $ 725.00 | | 406.00 | $294,350.00 |
| Goldin, David L. | Associate | GP/M&A | 2013 | $ 830.00 | | 223.50 | $185,505.00 |

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Graybill, Joshua D. | Associate | Tax | in process | $ 460.00 | | 10.50 | $4,830.00 |
| Guido, Emma J. | Associate | GP | 2017 | $ 460.00 | | 56.00 | $25,760.00 |
| Ha, Alice YN | Associate | GP | 2015 | $ 0.00 | * | 3.10 | $0.00 |
| Ha, Alice YN | Associate | GP | 2015 | $ 460.00 | | 565.80 | $260,268.00 |
| Ha, Alice YN | Associate | GP | 2015 | $ 605.00 | | 152.60 | $92,323.00 |
| Heuer, Max S. | Associate | Litigation | 2012 | $ 830.00 | | 101.00 | $83,830.00 |
| Hong, Slki | Associate | Tax | 2016 | $ 460.00 | | 36.10 | $16,606.00 |
| Ip, Veronica W. | Associate | Litigation | 2011 | $ 428.00 | * | 1.50 | $642.00 |
| Ip, Veronica W. | Associate | Litigation | 2011 | $ 433.00 | * | 12.90 | $5,585.70 |
| Ip, Veronica W. | Associate | Litigation | 2011 | $ 855.00 | | 910.40 | $778,392.00 |
| Ip, Veronica W. | Associate | Litigation | 2011 | $ 865.00 | | 671.10 | $580,501.50 |
| Jakus, David J. | Associate | GP | 2014 | $ 605.00 | | 75.00 | $45,375.00 |
| Janove, Raphael | Associate | Litigation | 2014 | $ 460.00 | | 29.90 | $13,754.00 |
| Jensen, Christian P. | Associate | GP | 2016 | $ 460.00 | | 372.10 | $171,166.00 |
| Jensen, Christian P. | Associate | GP | 2016 | $ 605.00 | | 152.10 | $92,020.50 |
| Jensen, Christian P. | Associate | GP | 2016 | $ 725.00 | | 25.20 | $18,270.00 |
| Jo, M. John | Associate | Tax | in process | $ 460.00 | | 1.80 | $828.00 |
| Josephs, Adam M. | Associate | GP/Employee Benefits | 2014 | $ 460.00 | | 51.60 | $23,736.00 |
| Keranen, Kristin L. | Associate | Litigation | 2008 | $ 865.00 | | 67.90 | $58,733.50 |
| Khanna, Harry S. | Associate | GP/M&A | 2015 | $ 460.00 | | 172.30 | $79,258.00 |
| Kitai, Sarah A. | Associate | GP | 2016 | $ 460.00 | | 250.30 | $115,138.00 |
| Kranzley, Alexa J. | Associate | GP/Restructuring | 2009 | $ 0.00 | * | 30.80 | $0.00 |
| Kranzley, Alexa J. | Associate | GP/Restructuring | 2009 | $ 433.00 | * | 49.70 | $21,520.10 |
| Kranzley, Alexa J. | Associate | GP/Restructuring | 2009 | $ 865.00 | | 2,454.40 | $2,123,056.00 |
| Lee, Alexander S. | Associate | Litigation | 2016 | $ 460.00 | | 379.40 | $174,524.00 |
| Liolos, John J. | Associate | Litigation | 2013 | $ 363.00 | * | 12.10 | $4,392.30 |
| Liolos, John J. | Associate | Litigation | 2013 | $ 605.00 | | 129.50 | $78,347.50 |
| Liolos, John J. | Associate | Litigation | 2013 | $ 725.00 | | 450.60 | $326,685.00 |
| Littleton, Judson O. | Associate | Litigation | 2008 | $ 433.00 | * | 16.50 | $7,144.50 |
| Littleton, Judson O. | Associate | Litigation | 2008 | $ 865.00 | | 269.80 | $233,377.00 |
| Lloyd, Jameson S. | Associate | Tax | 2014 | $ 605.00 | | 0.30 | $181.50 |
| Loeser, Daniel R. | Associate | GP | 2014 | $ 605.00 | | 174.20 | $105,391.00 |
| Lorme, Daniel R. | Associate | GP | 2015 | $ 0.00 | * | 0.20 | $0.00 |
| Lorme, Daniel R. | Associate | GP | 2015 | $ 460.00 | | 255.40 | $117,484.00 |
| Lorme, Daniel R. | Associate | GP | 2015 | $ 605.00 | | 59.80 | $36,179.00 |
| Lu, Michelle H. | Associate | Tax | 2014 | $ 460.00 | | 8.60 | $3,956.00 |
| Lum-Tai, Natalie A. | Associate | GP | 2016 | $ 605.00 | | 12.90 | $7,804.50 |
| Ma, Chiansan | Associate | GP/Restructuring | 2012 | $ 0.00 | * | 7.60 | $0.00 |
| Ma, Chiansan | Associate | GP/Restructuring | 2012 | $ 415.00 | * | 4.50 | $1,867.50 |
| Ma, Chiansan | Associate | GP/Restructuring | 2012 | $ 830.00 | | 1,143.80 | $949,354.00 |
| Ma, Chiansan | Associate | GP/Restructuring | 2012 | $ 855.00 | | 410.50 | $350,977.50 |
| Markey, Timothy A. | Associate | Litigation | 2016 | $ 605.00 | | 29.40 | $17,787.00 |
| Martel, Jean-Christophe | Associate | Litigation | 2014 | $ 725.00 | | 138.50 | $100,412.50 |
| Menillo, Nicholas F. | Associate | Litigation | 2013 | $ 415.00 | * | 7.30 | $3,029.50 |
| Menillo, Nicholas F. | Associate | Litigation | 2013 | $ 830.00 | | 480.20 | $398,566.00 |
| Menillo, Nicholas F. | Associate | Litigation | 2013 | $ 855.00 | | 71.00 | $60,705.00 |
| Metz, Alexander J.F. | Associate | GP | 2015 | $ 0.00 | * | 1.90 | $0.00 |
| Metz, Alexander J.F. | Associate | GP | 2015 | $ 460.00 | | 66.70 | $30,682.00 |

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Mortensen, Todd A. | Associate | GP/Restructuring | 2013 | $ 0.00 | * | 0.50 | $0.00 |
| Mortensen, Todd A. | Associate | GP/Restructuring | 2013 | $ 725.00 | | 92.40 | $66,990.00 |
| Moulins, Charles E. | Associate | Litigation | 2013 | $ 725.00 | | 9.90 | $7,177.50 |
| O'Neill, T. Max | Associate | Tax | 2013 | $ 830.00 | | 0.20 | $166.00 |
| Orchowski, Michael | Associate | Tax | 2009 | $ 865.00 | | 0.20 | $173.00 |
| Parnes, Lee C. | Associate | GP | 2016 | $ 460.00 | | 152.50 | $70,150.00 |
| Rhein, Jonathan M. | Associate | Tax | 2014 | $ 0.00 | * | 4.00 | $0.00 |
| Rhein, Jonathan M. | Associate | Tax | 2014 | $ 230.00 | * | 2.80 | $644.00 |
| Rhein, Jonathan M. | Associate | Tax | 2014 | $ 303.00 | * | 2.10 | $636.30 |
| Rhein, Jonathan M. | Associate | Tax | 2014 | $ 460.00 | | 222.70 | $102,442.00 |
| Rhein, Jonathan M. | Associate | Tax | 2014 | $ 605.00 | | 96.90 | $58,624.50 |
| Sam, Erick J. | Associate | Tax | 2016 | $ 220.00 | * | 20.10 | $4,422.00 |
| Sam, Erick J. | Associate | Tax | 2016 | $ 460.00 | | 12.70 | $5,842.00 |
| Sam, Erick J. | Associate | Tax | 2016 | $ 605.00 | | 0.10 | $60.50 |
| Schneiderman, Mark U. | Associate | GP/Restructuring | 2006 | $ 433.00 | * | 0.30 | $129.90 |
| Schneiderman, Mark U. | Associate | GP/Restructuring | 2006 | $ 865.00 | | 74.70 | $64,615.50 |
| Silver, Justin P. | Associate | GP | 2015 | $ 460.00 | | 2.80 | $1,288.00 |
| Taylor, Daniel | Associate | GP | 2014 | $ 605.00 | | 134.00 | $81,070.00 |
| Toy, Amanda K. | Associate | GP | 2016 | $ 460.00 | | 16.90 | $7,774.00 |
| Ward, Andrew H. | Associate | Litigation | 2015 | $ 605.00 | | 0.40 | $242.00 |
| Weiss, Noam R. | Associate | GP | 2014 | $ 0.00 | * | 1.00 | $0.00 |
| Weiss, Noam R. | Associate | GP | 2014 | $ 303.00 | * | 1.50 | $454.50 |
| Weiss, Noam R. | Associate | GP | 2014 | $ 605.00 | | 1,005.70 | $608,448.50 |
| Weiss, Noam R. | Associate | GP | 2014 | $ 725.00 | | 198.80 | $144,130.00 |
| White, Amaris R. | Associate | GP | 2013 | $ 725.00 | | 139.60 | $101,210.00 |
| Xu, Vic | Associate | GP | 2016 | $ 460.00 | | 356.20 | $163,852.00 |
| Zhang, Xin Florence | Associate | GP | 2014 | $ 460.00 | | 313.00 | $143,980.00 |
| Zhou, Rae | Associate | GP | 2015 | $ 0.00 | * | 0.50 | $0.00 |
| Zhou, Rae | Associate | GP | 2015 | $ 460.00 | | 39.70 | $18,262.00 |
| Zichawo, William N. | Associate | GP | 2016 | $ 460.00 | | 180.60 | $83,076.00 |
| Zylberberg, David R. | Associate | GP/Restructuring | 2011 | $ 0.00 | * | 0.10 | $0.00 |
| Zylberberg, David R. | Associate | GP/Restructuring | 2011 | $ 855.00 | | 699.90 | $598,414.50 |
| Zylberberg, David R. | Associate | GP/Restructuring | 2011 | $ 865.00 | | 219.20 | $189,608.00 |
| **Associate Total** | | | | | | **17,006.00** | **$11,784,453.20** |
| **Lawyers Total** | | | | | | **27,025.40** | **$23,122,094.90** |
| Agha, Mavara | Summer Associate | | | $ 0.00 | * | 88.60 | $0.00 |
| Billmire, Alice B. | Summer Associate | | | $ 0.00 | * | 3.50 | $0.00 |
| Brown, A. Christopher | Summer Associate | | | $ 0.00 | * | 106.70 | $0.00 |
| Chung, Grace H. | Summer Associate | | | $ 0.00 | * | 14.40 | $0.00 |
| Costakos, Paige N. | Summer Associate | | | $ 0.00 | * | 15.30 | $0.00 |
| Graybill, Joshua D. | Summer Associate | | | $ 0.00 | * | 88.90 | $0.00 |
| Grein, John J. | Summer Associate | | | $ 0.00 | * | 27.30 | $0.00 |

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Houchens, Jesse P. | Summer Associate | | | $ 0.00 | * | 16.70 | $0.00 |
| Kim, Terence H. | Summer Associate | | | $ 0.00 | * | 115.40 | $0.00 |
| Maass, Evan P. | Summer Associate | | | $ 0.00 | * | 2.00 | $0.00 |
| Macfarlane, Bonnie C. | Summer Associate | | | $ 0.00 | * | 15.60 | $0.00 |
| Mittal, Rakesh A. | Summer Associate | | | $ 0.00 | * | 63.20 | $0.00 |
| Rizkalla, Aaron M. | Summer Associate | | | $ 0.00 | * | 16.70 | $0.00 |
| Ross, Ethan David | Summer Associate | | | $ 0.00 | * | 56.10 | $0.00 |
| Salter, David | Summer Associate | | | $ 0.00 | * | 5.70 | $0.00 |
| Sullivan, William Peyton | Summer Associate | | | $ 0.00 | * | 166.40 | $0.00 |
| Tata, Vivek V. | Summer Associate | | | $ 0.00 | * | 41.10 | $0.00 |
| Thompson, Tasha N. | Summer Associate | | | $ 0.00 | * | 5.50 | $0.00 |
| Wasser, Jason A. | Summer Associate | | | $ 0.00 | * | 44.60 | $0.00 |
| Watanabe, Kisho | Summer Associate | | | $ 0.00 | * | 5.90 | $0.00 |
| Young, Elizabeth V. | Summer Associate | | | $ 0.00 | * | 18.00 | $0.00 |
| Hobby, Lauren Morghan | Intern | | | $ 0.00 | * | 5.20 | $0.00 |
| Booth, Oliver B. | Legal Assistant | | | $ 0.00 | * | 129.30 | $0.00 |
| Booth, Oliver B. | Legal Assistant | | | $ 225.00 | | 42.30 | $9,517.50 |
| Booth, Oliver B. | Legal Assistant | | | $ 275.00 | | 107.90 | $29,672.50 |
| Booth, Oliver B. | Legal Assistant | | | $ 315.00 | | 25.00 | $7,875.00 |
| Chiu, Jeffrey H. | Legal Assistant | | | $ 355.00 | | 1.50 | $532.50 |
| Coulibaly, Rockia | Legal Assistant | | | $ 0.00 | * | 119.70 | $0.00 |
| Coulibaly, Rockia | Legal Assistant | | | $ 225.00 | | 13.60 | $3,060.00 |
| Coulibaly, Rockia | Legal Assistant | | | $ 275.00 | | 41.00 | $11,275.00 |
| Coulibaly, Rockia | Legal Assistant | | | $ 315.00 | | 11.10 | $3,496.50 |
| Drinkwater, Emily C. C. | Legal Assistant | | | $ 0.00 | * | 396.60 | $0.00 |

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Drinkwater, Emily C. C. | Legal Assistant | | | $ 275.00 | * | 386.00 | $106,150.00 |
| Drinkwater, Emily C. C. | Legal Assistant | | | $ 315.00 | * | 159.10 | $50,116.50 |
| Ea, Choun F. | Legal Assistant | | | $ 355.00 | | 0.50 | $177.50 |
| Eigen, Jeffrey G. | Legal Assistant | | | $ 315.00 | | 1.00 | $315.00 |
| Marryshow, Danielle J. | Legal Assistant | | | $ 158.00 | * | 2.30 | $363.40 |
| Marryshow, Danielle J. | Legal Assistant | | | $ 275.00 | | 93.00 | $25,575.00 |
| Marryshow, Danielle J. | Legal Assistant | | | $ 315.00 | | 165.40 | $52,101.00 |
| Minio, Zara E. | Legal Assistant | | | $ 0.00 | * | 402.50 | $0.00 |
| Minio, Zara E. | Legal Assistant | | | $ 355.00 | | 307.80 | $109,269.00 |
| Son, Grace M. | Legal Assistant | | | $ 138.00 | * | 3.70 | $510.60 |
| Son, Grace M. | Legal Assistant | | | $ 225.00 | | 77.20 | $17,370.00 |
| Son, Grace M. | Legal Assistant | | | $ 275.00 | | 161.90 | $44,522.50 |
| Son, Grace M. | Legal Assistant | | | $ 315.00 | | 1.60 | $504.00 |
| Watson, Thomas C. | Legal Assistant | | | $ 0.00 | * | 122.30 | $0.00 |
| Watson, Thomas C. | Legal Assistant | | | $ 275.00 | | 250.10 | $68,777.50 |
| Watson, Thomas C. | Legal Assistant | | | $ 315.00 | | 127.30 | $40,099.50 |
| Yang, April C. | Legal Assistant | | | $ 158.00 | * | 12.50 | $1,975.00 |
| Yang, April C. | Legal Assistant | | | $ 275.00 | | 99.30 | $27,307.50 |
| Yang, April C. | Legal Assistant | | | $ 315.00 | | 151.60 | $47,754.00 |
| Robinson, Kenneth W. | Legal Analyst - Corporate | | | $ 355.00 | | 38.90 | $13,809.50 |
| Bender, Jennifer B. | Legal Analyst - Litigation | | | $ 0.00 | * | 1.50 | $0.00 |
| Bender, Jennifer B. | Legal Analyst - Litigation | | | $ 355.00 | | 91.10 | $32,340.50 |
| Cieniawa, Aaron B. | Legal Analyst - Litigation | | | $ 355.00 | | 199.20 | $70,716.00 |

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Gilday, Joseph F. | Legal Analyst - Litigation | | | $ 355.00 | | 459.60 | $163,158.00 |
| Caprio-Lopez, Melissa | Legal Assistant Clerk | | | $ 145.00 | | 3.50 | $507.50 |
| Desir, Sadel J. | Legal Assistant Clerk | | | $ 145.00 | | 7.00 | $1,015.00 |
| Whalen, Sean S. | Legal Assistant Clerk | | | $ 145.00 | | 3.90 | $565.50 |
| Adams, Kristofer S. | Electronic Discovery | | | $ 355.00 | | 3.00 | $1,065.00 |
| Balsdon, Nicholas J. | Electronic Discovery | | | $ 315.00 | | 4.00 | $1,260.00 |
| Chen, Ken | Electronic Discovery | | | $ 315.00 | | 2.20 | $693.00 |
| Fanning, Carrie R. | Electronic Discovery | | | $ 355.00 | | 0.20 | $71.00 |
| Grullon, Ralph | Electronic Discovery | | | $ 355.00 | | 2.00 | $710.00 |
| Harris, Angelique R. | Electronic Discovery | | | $ 355.00 | | 0.80 | $284.00 |
| Langston, Nicole E. | Electronic Discovery | | | $ 355.00 | | 71.90 | $25,524.50 |
| Lopez, Nathaniel S. | Electronic Discovery | | | $ 355.00 | | 0.50 | $177.50 |
| Mian, Ahmed A. | Electronic Discovery | | | $ 355.00 | | 0.40 | $142.00 |
| Perez, Hazel V. | Electronic Discovery | | | $ 355.00 | | 14.90 | $5,289.50 |
| Smith, Clay | Electronic Discovery | | | $ 315.00 | | 0.30 | $94.50 |
| Yim, Eileen Y. L. | Electronic Discovery | | | $ 355.00 | | 10.70 | $3,798.50 |
| Nakamura, Ken | Tech Services | | | $ 178.00 | * | 3.50 | $623.00 |
| Nakamura, Ken | Tech Services | | | $ 355.00 | | 126.90 | $45,049.50 |
| Williams, Andrew W. | Tech Services | | | $ 178.00 | * | 5.00 | $890.00 |
| Williams, Andrew W. | Tech Services | | | $ 355.00 | | 90.00 | $31,950.00 |
| Betin, Darya A. | Research Librarian | | | $ 355.00 | | 15.80 | $5,609.00 |
| Council, Kimberly N. | Research Librarian | | | $ 355.00 | | 22.80 | $8,094.00 |
| Gorman, Teresa A. | Research Librarian | | | $ 355.00 | | 11.10 | $3,940.50 |

| Timekeeper Name | Title | Practice Group | Year Admitted | Rate | | Hours | Amount |
|---|---|---|---|---|---|---|---|
| Khwaja, Tariq | Research Librarian | | | $ 355.00 | | 6.90 | $2,449.50 |
| Nolan, Brian J. | Research Librarian | | | $ 355.00 | | 3.30 | $1,171.50 |
| Noller, Denise J. | Research Librarian | | | $ 355.00 | | 3.00 | $1,065.00 |
| Normile, Michael R. | Research Librarian | | | $ 355.00 | | 2.30 | $816.50 |
| Pearson, Michael D. | Research Librarian | | | $ 355.00 | | 3.80 | $1,349.00 |
| Petit, Gregoire M. | Research Librarian | | | $ 355.00 | | 1.80 | $639.00 |
| Seeger, Evelyn H. | Research Librarian | | | $ 355.00 | | 10.70 | $3,798.50 |
| Stephen, Cherryl J. | Research Librarian | | | $ 355.00 | | 1.00 | $355.00 |
| Timmons, Penny H. | Research Librarian | | | $ 355.00 | | 0.70 | $248.50 |
| Tully, John K. | Research Librarian | | | $ 355.00 | | 26.20 | $9,301.00 |
| Voizard, Marshall R. | Research Librarian | | | $ 355.00 | | 15.00 | $5,325.00 |
| **Non Legal Personnel Total** | | | | | | **5,601.30** | **$1,102,213.00** |
| **Total** | | | | | | **32,626.70** | **$24,224,307.90** |
| **Adjustments per discussions with Fee Committee** | | | | | | | **-$560,798.61** |
| **UPDATED TOTAL** | | | | | | | **$23,663,509.29** |

\* Half-rates appear where fees were charged for non-working travel and a zero rate appears wherever no fee was charged for work.

## EXHIBIT C

## PROJECT CODE TOTAL CHART

| Project Number | Project Name | Hours | Fee Amount |
|---|---|---|---|
| 00002 | ASSET ANALYSIS AND RECOVERY | 37.20 | $27,177.50 |
| 00003 | ASSET DISPOSITION | 1,848.20 | $1,618,626.00 |
| 00004 | ASSUMPTION AND REJECTION OF LEASES AND CONTRACTS | 5.10 | $4,177.00 |
| 00005 | AVOIDANCE ACTION ANALYSIS | 0.00 | $0.00 |
| 00006 | BUSINESS OPERATIONS | 22.80 | $15,599.50 |
| 00007 | CASE ADMINISTRATION | 1,374.40 | $844,255.50 |
| 00008 | CLAIMS ADMINISTRATION AND OBJECTIONS | 775.20 | $821,800.00 |
| 00009 | CORPORATE GOVERNANCE AND BOARD MATTERS | 2.90 | $2,624.50 |
| 00010 | EMPLOYEE BENEFITS AND PENSIONS | 270.40 | $195,446.00 |
| 00011 | EMPLOYMENT AND FEE APPLICATIONS (S&C) | 1,383.10 | $801,757.00 |
| 00012 | EMPLOYMENT AND FEE APPLICATIONS (OTHERS) | 518.90 | $384,993.50 |
| 00013 | FINANCING, CASH COLLATERAL, MAKE WHOLE | 645.80 | $487,287.50 |
| 00014 | OTHER LITIGATION | 614.30 | $520,530.50 |
| 00015 | MEETINGS AND COMMUNICATIONS WITH CREDITORS | 1,329.40 | $1,313,457.00 |
| 00016 | NON-WORKING TRAVEL | 291.20 | $134,073.40 |
| 00017 | PLAN AND DISCLOSURE STATEMENT | 16,189.40 | $12,144,006.50 |
| 00018 | RELIEF FROM STAY AND ADEQUATE PROTECTION | 4.10 | $3,104.50 |
| 00019 | TAX | 2,098.10 | $1,828,798.00 |
| 00020 | VALUATION | 0.00 | $0.00 |
| 00021 | DISCOVERY | 318.70 | $181,039.50 |
| 00022 | HEARINGS | 1,238.10 | $1,113,744.00 |
| 00023 | FIRST AND SECOND DAY MOTIONS | 0.00 | $0.00 |
| 00024 | CLAIMS INVESTIGATION | 355.80 | $239,811.00 |
| 00025 | LIEN INVESTIGATION | 142.10 | $86,847.50 |
| 00026 | INTERCOMPANY CLAIMS | 1,341.70 | $938,805.00 |
| 00027 | OTHER MOTIONS / APPLICATIONS | 635.70 | $474,068.00 |
| 00028 | SCHEDULES AND STATEMENTS | 0.00 | $0.00 |
| 00029 | TIME ENTRY REVIEW | 1,146.80 | $14,653.00 |
| 00031 | BUDGETING (CASE) | 37.30 | $27,626.00 |
| **Total** | | **32,626.70** | **$24,224,307.90** |
| **Adjustments per discussions with Fee Committee** | | | **-$560,798.61** |
| **UPDATED TOTAL** | | | **$23,663,509.29** |

## EXHIBIT D

## SUMMARY OF DISBURSEMENTS

| Disbursement Summary | |
|---|---|
| **Description** | **Amount** |
| Local Transportation | $27,849.32 |
| Out of Town Travel | $91,688.27 |
| Meals - Overtime | $17,027.04 |
| Conference Catering | $2,943.94 |
| Outside Vendors | $535,039.02 |
| Trial Materials and Technology | $2,462.79 |
| Delivery - Courier | $1,223.40 |
| Repro - BW Copies | $59,715.05 |
| Repro - Color Copies | $1,702.50 |
| Repro-Binding | $611.00 |
| Telephone conferencing charges | $11,439.91 |
| Hearing/Deposition/Trial Transcripts | $77,724.14 |
| **Total** | **$829,426.38** |
| **Adjustments per discussions with Fee Committee** | **-$23,574.76** |
| **UPDATED TOTAL** | **$805,851.62** |

# EXHIBIT E

## BUDGETS

| Code | Project Category | Estimated Hours | | Estimated Fees | |
|------|------------------|------|------|------|------|
| | | Low | High | Low | High |
| 002 | Asset Analysis | 135 | 335 | $101,250.00 | $251,250.00 |
| 003 | Asset Disposition | 2,600 | 3,675 | $1,950,000.00 | $2,756,250.00 |
| 004 | Assumption and Rejection of Leases and Contracts | 75 | 180 | $56,250.00 | $135,000.00 |
| 005 | Avoidance Action Analysis | 125 | 255 | $93,750.00 | $191,250.00 |
| 006 | Business Operations | 50 | 410 | $37,500.00 | $307,500.00 |
| 007 | Case Administration | 1,590 | 2,720 | $1,192,500.00 | $2,040,000.00 |
| 008 | Claims Administration and Objections | 985 | 1,690 | $738,750.00 | $1,267,500.00 |
| 009 | Corporate Governance and Board Matters | 125 | 230 | $93,750.00 | $172,500.00 |
| 010 | Employment Benefits and Pensions | 400 | 825 | $300,000.00 | $618,750.00 |
| 011 | Employment and Fee Applications (S&C) | 735 | 1,340 | $551,250.00 | $1,005,000.00 |
| 012 | Employment and Fee Applications (Others) | 235 | 620 | $176,250.00 | $465,000.00 |
| 013 | Financing, Cash Collateral, Make Whole | 1,170 | 2,050 | $877,500.00 | $1,537,500.00 |
| 014 | Other Litigation | 1,950 | 3,475 | $1,462,500.00 | $2,606,250.00 |
| 015 | Meetings and Communications with Creditors | 3,735 | 5,375 | $2,801,250.00 | $4,031,250.00 |
| 016 | Non-Working Travel | 475 | 1,010 | $253,125.00 | $506,250.00 |
| 017 | Plan and Disclosure Statement | 13,670 | 20,485 | $10,252,500.00 | $15,363,750.00 |
| 018 | Relief from Stay and Adequate Protection | 0 | 125 | $0.00 | $93,750.00 |
| 019 | Tax | 2,250 | 3,110 | $1,687,500.00 | $2,332,500.00 |
| 020 | Valuation | 0 | 65 | $0.00 | $48,750.00 |
| 021 | Discovery | 1,525 | 2,525 | $993,900.00 | $1,893,750.00 |
| 022 | Hearings | 1,055 | 2,305 | $791,250.00 | $1,728,750.00 |
| 023 | First and Second Day Motions | 0 | 0 | $0.00 | $0.00 |
| 024 | Claims Investigation | 750 | 1,320 | $562,500.00 | $990,000.00 |
| 025 | Lien Investigation | 300 | 495 | $225,000.00 | $371,250.00 |
| 026 | Intercompany Claims | 1,650 | 2,155 | $1,237,500.00 | $1,616,250.00 |
| 027 | Other Motions/Applications | 345 | 700 | $258,750.00 | $525,000.00 |
| 028 | Schedules and Statements | 0 | 0 | $0.00 | $0.00 |
| 029 | Time Entry Review | 435 | 780 | $326,250.00 | $585,000.00 |
| 031 | Budgeting (Case) | 55 | 179 | $41,250.00 | $134,250.00 |
| **TOTAL** | | **36,420** | **58,434** | **$27,062,025.00** | **$43,574,250.00** |

## EXHIBIT F

## BUDGET COMPARISON

| Code | Project Category | Estimated Hours | | Actual Hours | Estimated Fees | | Actual Fees |
|---|---|---|---|---|---|---|---|
| | | Low | High | Hours Through 3/9/2018 | Low | High | Fees Through 3/9/2018 |
| 002 | Asset Analysis | 135.00 | 335.00 | 37.20 | $101,250.00 | $251,250.00 | $27,177.50 |
| 003 | Asset Disposition | 2,600.00 | 3,675.00 | 1,848.20 | $1,950,000.00 | $2,756,250.00 | $1,618,626.00 |
| 004 | Assumption and Rejection of Leases and Contracts | 75.00 | 180.00 | 5.10 | $56,250.00 | $135,000.00 | $4,177.00 |
| 005 | Avoidance Action Analysis | 125.00 | 255.00 | 0.00 | $93,750.00 | $191,250.00 | $0.00 |
| 006 | Business Operations | 50.00 | 410.00 | 22.80 | $37,500.00 | $307,500.00 | $15,599.50 |
| 007 | Case Administration | 1,590.00 | 2,720.00 | 1,374.40 | $1,192,500.00 | $2,040,000.00 | $844,255.50 |
| 008 | Claims Administration and Objections | 985.00 | 1,690.00 | 775.20 | $738,750.00 | $1,267,500.00 | $821,800.00 |
| 009 | Corporate Governance and Board Matters | 125.00 | 230.00 | 2.90 | $93,750.00 | $172,500.00 | $2,624.50 |
| 010 | Employment Benefits and Pensions | 400.00 | 825.00 | 270.40 | $300,000.00 | $618,750.00 | $195,446.00 |
| 011 | Employment and Fee Applications (S&C) | 735.00 | 1,340.00 | 1,383.10 | $551,250.00 | $1,005,000.00 | $801,757.00 |
| 012 | Employment and Fee Applications (Others) | 235.00 | 620.00 | 518.90 | $176,250.00 | $465,000.00 | $384,993.50 |
| 013 | Financing, Cash Collateral, Make Whole | 1,170.00 | 2,050.00 | 645.80 | $877,500.00 | $1,537,500.00 | $487,287.50 |
| 014 | Other Litigation | 1,950.00 | 3,475.00 | 614.30 | $1,462,500.00 | $2,606,250.00 | $520,530.50 |
| 015 | Meetings and Communications with Creditors | 3,735.00 | 5,375.00 | 1,329.40 | $2,801,250.00 | $4,031,250.00 | $1,313,457.00 |
| 016 | Non-Working Travel | 475.00 | 1,010.00 | 291.20 | $253,125.00 | $506,250.00 | $134,073.40 |
| 017 | Plan and Disclosure Statement | 13,670.00 | 20,485.00 | 16,189.40 | $10,252,500.00 | $15,363,750.00 | $12,144,006.50 |
| 018 | Relief from Stay and Adequate Protection | 0.00 | 125.00 | 4.10 | $0.00 | $93,750.00 | $3,104.50 |
| 019 | Tax | 2,250.00 | 3,110.00 | 2,098.10 | $1,687,500.00 | $2,332,500.00 | $1,828,798.00 |
| 020 | Valuation | 0.00 | 65.00 | 0.00 | $0.00 | $48,750.00 | $0.00 |
| 021 | Discovery | 1,525.00 | 2,525.00 | 318.70 | $993,900.00 | $1,893,750.00 | $181,039.50 |
| 022 | Hearings | 1,055.00 | 2,305.00 | 1,238.10 | $791,250.00 | $1,728,750.00 | $1,113,744.00 |
| 023 | First and Second Day Motions | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| 024 | Claims Investigation | 750.00 | 1,320.00 | 355.80 | $562,500.00 | $990,000.00 | $239,811.00 |
| 025 | Lien Investigation | 300.00 | 495.00 | 142.10 | $225,000.00 | $371,250.00 | $86,847.50 |
| 026 | Intercompany Claims | 1,650.00 | 2,155.00 | 1,341.70 | $1,237,500.00 | $1,616,250.00 | $938,805.00 |
| 027 | Other Motions/Applications | 345.00 | 700.00 | 635.70 | $258,750.00 | $525,000.00 | $474,068.00 |
| 028 | Schedules and Statements | 0.00 | 0.00 | 0.00 | $0.00 | $0.00 | $0.00 |
| 029 | Time Entry Review | 435.00 | 780.00 | 1,146.80 | $326,250.00 | $585,000.00 | $14,653.00 |
| 031 | Budgeting (Case) | 55.00 | 179.00 | 37.30 | $41,250.00 | $134,250.00 | $27,626.00 |
| **TOTAL** | | **36,420.00** | **58,434.00** | **32,626.70** | **$27,062,025.00** | **$43,574,250.00** | **$23,663,509.29\*** |

\* Total reflective of adjustments pursuant to prior discussions with Fee Committee.