# Exhibit D

**Voluntary Rate Disclosures**

- The blended hourly rate for all A&M timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately **$503.36** per hour (the "Debtor Blended Hourly Rate").[1]

- A detailed comparison of these rates is as follows:

| Position at A&M | Debtor Blended Hourly Rate for This Fee Application |
|---|---:|
| Managing Directors | $755.04 |
| Senior Directors | $612.28 |
| Directors | $542.41 |
| Managers | $537.96 |
| Senior Associates | $465.60 |
| Consultants | $422.83 |
| Associates | $404.45 |
| Analysts | $346.79 |
| Paraprofessionals | $267.16 |

---

[1] A&M calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.