**Exhibit E**

**Summary of Time Detail by Professional**

*Exhibit E*

*Final - All Entities*
*Summary of Time Detail by Professional*
*April 29, 2014 through March 9, 2018*

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $975.00 | 5.2 | $5,070.00 |
| Brian Pedersen | Managing Director | $950.00 | 16.0 | $15,200.00 |
| Chris Howe | Managing Director | $950.00 | 41.5 | $39,425.00 |
| Jeff Stegenga | Managing Director | $950.00 | 85.5 | $81,225.00 |
| Keith Kechik | Managing Director | $950.00 | 1.0 | $950.00 |
| Tyler Horton | Managing Director | $950.00 | 20.0 | $19,000.00 |
| William Seaway | Managing Director | $950.00 | 7.8 | $7,410.00 |
| Brian Cumberland | Managing Director | $925.00 | 13.0 | $12,025.00 |
| JD Ivy | Managing Director | $925.00 | 109.9 | $101,657.50 |
| Jeff Stegenga | Managing Director | $925.00 | 503.9 | $466,107.50 |
| Mike White | Managing Director | $920.00 | 2.2 | $2,024.00 |
| Jeff Stegenga | Managing Director | $900.00 | 772.7 | $695,430.00 |
| Michael Eagan | Managing Director | $900.00 | 61.3 | $55,170.00 |
| John Stuart | Managing Director | $850.00 | 20.0 | $17,000.00 |
| Emmett Bergman | Managing Director | $800.00 | 31.4 | $25,120.00 |
| John Stuart | Managing Director | $800.00 | 100.0 | $80,000.00 |
| Kent Willetts | Managing Director | $795.00 | 3.5 | $2,782.50 |
| Emmett Bergman | Managing Director | $775.00 | 587.1 | $455,002.50 |
| John Stuart | Managing Director | $775.00 | 190.5 | $147,637.50 |
| Kent Willetts | Managing Director | $765.00 | 16.7 | $12,775.50 |
| Emmett Bergman | Managing Director | $750.00 | 3202.5 | $2,401,875.00 |
| John Stuart | Managing Director | $750.00 | 1615.4 | $1,211,550.00 |
| Jeff Foster | Managing Director | $745.00 | 1.0 | $745.00 |
| John Stuart | Managing Director | $725.00 | 1608.1 | $1,165,872.50 |
| Jeff Foster | Managing Director | $715.00 | 1.0 | $715.00 |
| Steve Kotarba | Managing Director | $700.00 | 9.2 | $6,440.00 |
| Andy Gandhi | Managing Director | $675.00 | 2.8 | $1,890.00 |
| Jonathan Vanderveen | Managing Director | $675.00 | 129.4 | $87,345.00 |
| Steve Kotarba | Managing Director | $675.00 | 790.0 | $533,250.00 |
| Steve Kotarba | Managing Director | $650.00 | 1324.4 | $860,860.00 |
| Alan Cathart | Senior Director | $810.00 | 0.6 | $486.00 |
| Jeff Schwarcz | Senior Director | $750.00 | 3.1 | $2,325.00 |

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jodi Ehrenhofer | Senior Director | $700.00 | 36.6 | $25,620.00 |
| Matt Frank | Senior Director | $700.00 | 5.0 | $3,500.00 |
| Curtis Moody | Sr. Director | $695.00 | 27.0 | $18,765.00 |
| Curtis Moody | Sr. Director | $665.00 | 36.1 | $24,006.50 |
| Jodi Ehrenhofer | Senior Director | $650.00 | 93.3 | $60,645.00 |
| Matt Frank | Senior Director | $650.00 | 8.7 | $5,655.00 |
| Jodi Ehrenhofer | Senior Director | $625.00 | 808.4 | $505,250.00 |
| Jodi Ehrenhofer | Senior Director | $600.00 | 1829.0 | $1,097,400.00 |
| Kevin Sullivan | Director | $600.00 | 4.9 | $2,940.00 |
| Kevin Sullivan | Director | $575.00 | 66.6 | $38,295.00 |
| Michael Farkas | Director | $660.00 | 12.0 | $7,920.00 |
| Thomas Yerger | Director | $635.00 | 2.0 | $1,270.00 |
| Jeff Gerarde | Director | $630.00 | 5.0 | $3,150.00 |
| Matt Frank | Director | $625.00 | 373.1 | $233,187.50 |
| Peter Mosley | Director | $625.00 | 1.5 | $937.50 |
| Matt Frank | Director | $600.00 | 1995.9 | $1,197,540.00 |
| Robert Casburn | Manager | $590.00 | 110.2 | $65,018.00 |
| Matt Frank | Director | $575.00 | 1272.9 | $731,940.50 |
| Derek Myers | Director | $570.00 | 40.4 | $23,028.00 |
| David Blanks | Director | $550.00 | 172.5 | $94,875.00 |
| Kevin Sullivan | Director | $550.00 | 115.5 | $63,525.00 |
| Paul Kinealy | Director | $550.00 | 348.3 | $191,565.00 |
| Jodi Ehrenhofer | Director | $525.00 | 1531.9 | $804,247.50 |
| Kevin Sullivan | Director | $525.00 | 348.3 | $182,857.50 |
| Mark Zeiss | Director | $525.00 | 232.8 | $122,220.00 |
| Paul Kinealy | Director | $525.00 | 1441.8 | $756,945.00 |
| Peter Mosley | Director | $525.00 | 1113.7 | $584,692.50 |
| Rich Newman | Director | $525.00 | 16.2 | $8,505.00 |
| Holly Sjostrom | Director | $500.00 | 152.9 | $76,450.00 |
| Kevin Sullivan | Director | $500.00 | 954.2 | $477,100.00 |
| Mark Zeiss | Director | $500.00 | 674.8 | $337,400.00 |
| Matt Williams | Director | $500.00 | 203.5 | $101,750.00 |
| Paul Kinealy | Director | $500.00 | 722.3 | $361,150.00 |
| Sloane Kukanza | Director | $450.00 | 14.8 | $6,660.00 |
| Chris Moks | Manager | $425.00 | 25.0 | $10,625.00 |
| Taylor Zolbe | Senior Associate | $510.00 | 37.6 | $19,176.00 |
| Adam Buchler | Manager | $450.00 | 33.1 | $14,895.00 |
| Ryan Wells | Senior Associate | $410.00 | 26.5 | $10,865.00 |

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Andrew Hansen | Consultant | $325.00 | 21.4 | $6,955.00 |
| Andrew Costello | Associate | $525.00 | 2.6 | $1,365.00 |
| Jeff Dwyer | Senior Associate | $500.00 | 2.1 | $1,050.00 |
| David Blanks | Senior Associate | $475.00 | 1533.9 | $728,602.50 |
| Henrique Biscolla | Senior Associate | $475.00 | 148.2 | $70,395.00 |
| Jeff Dwyer | Senior Associate | $475.00 | 1846.3 | $876,992.50 |
| Taylor Atwood | Senior Associate | $475.00 | 1216.2 | $577,695.00 |
| William Lucas | Associate | $475.00 | 34.0 | $16,150.00 |
| David Blanks | Senior Associate | $450.00 | 1325.0 | $596,250.00 |
| Taylor Atwood | Senior Associate | $450.00 | 1482.5 | $667,125.00 |
| Alex Ziets | Senior Associate | $440.00 | 36.5 | $16,060.00 |
| Daisy Fitzgerald | Associate | $425.00 | 62.1 | $26,392.50 |
| Jeff Dwyer | Associate | $425.00 | 1381.7 | $587,222.50 |
| Peyton Heath | Associate | $425.00 | 40.6 | $17,255.00 |
| Jack Raksnis | Senior Associate | $410.00 | 2.8 | $1,148.00 |
| Daisy Fitzgerald | Associate | $400.00 | 1437.2 | $574,880.00 |
| Scott Safron | Associate | $375.00 | 245.3 | $91,987.50 |
| Connie Wong | Associate | $360.00 | 2.6 | $936.00 |
| Ryan Wells | Associate | $330.00 | 111.9 | $36,927.00 |
| Scott Safron | Associate | $300.00 | 68.7 | $20,610.00 |
| Rich Carter | Consultant | $500.00 | 23.4 | $11,700.00 |
| Rich Carter | Consultant | $475.00 | 75.3 | $35,767.50 |
| Richard Carter | Consultant | $450.00 | 1475.7 | $664,065.00 |
| Richard Carter | Consultant | $425.00 | 1891.6 | $803,930.00 |
| Richard Carter | Consultant | $400.00 | 505.5 | $202,200.00 |
| Scott Safron | Associate | $400.00 | 846.3 | $338,520.00 |
| Michael Williams | Consultant | $400.00 | 116.2 | $46,480.00 |
| Kara Harmon | Consultant | $375.00 | 5.8 | $2,175.00 |
| Michael Williams | Consultant | $375.00 | 697.7 | $261,637.50 |
| Benjamin Strickler | Associate | $300.00 | 1.8 | $540.00 |
| William Lucas | Analyst | $425.00 | 133.1 | $56,567.50 |
| Jon Rafpor | Analyst | $400.00 | 98.4 | $39,360.00 |
| Sarah Pittman | Analyst | $400.00 | 36.0 | $14,400.00 |
| Jon Rafpor | Analyst | $375.00 | 1757.4 | $659,025.00 |
| Peyton Heath | Analyst | $375.00 | 334.3 | $125,362.50 |
| Sarah Pittman | Analyst | $375.00 | 741.7 | $278,137.50 |
| Jon Rafpor | Analyst | $350.00 | 1437.3 | $503,037.50 |
| Michael Williams | Analyst | $350.00 | 2047.6 | $716,660.00 |

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Peyton Heath | Analyst | $350.00 | 1405.3 | $491,855.00 |
| Sarah Pittman | Analyst | $350.00 | 1784.8 | $624,680.00 |
| Michael Dvorak | Analyst | $325.00 | 1383.0 | $449,475.00 |
| Michael Williams | Analyst | $325.00 | 889.2 | $288,990.00 |
| Peyton Heath | Analyst | $325.00 | 296.4 | $96,330.00 |
| Robert Country | Analyst | $325.00 | 2006.3 | $652,047.50 |
| Sarah Pittman | Analyst | $325.00 | 647.0 | $210,275.00 |
| Scott Hedges | Analyst | $325.00 | 73.5 | $23,887.50 |
| Curtis Stecke | Analyst | $175.00 | 20.4 | $3,570.00 |
| Mary Napoliello | Paraprofessional | $325.00 | 5.1 | $1,657.50 |
| Mary Napoliello | Paraprofessional | $300.00 | 155.0 | $46,500.00 |
| Mary Napoliello | Paraprofessional | $275.00 | 209.3 | $57,557.50 |
| Mary Napoliello | Paraprofessional | $250.00 | 280.0 | $70,000.00 |
| Lara Suvada | Paraprofessional | $100.00 | 13.3 | $1,330.00 |
| | | **Total** | **58,566.3** | **$29,479,655.50** |