**<u>Exhibit F</u>**

**Summary of Rate Changes**

Exhibit F

**Final - All Entities**
**Summary of Rate Changes**
**April 29, 2014 through March 9, 2018**

| Professional | Adjusted Rate | Date | Amount of Rate Change | Reason for the Change |
|---|---|---|---|---|
| Daisy Fitzgerald | $425 | January 1, 2015 | $25 | Annual Increase |
| David Blanks | $475 | January 1, 2015 | $25 | Annual Increase |
| David Blanks | $550 | January 1, 2016 | $75 | Promotion/Annual Increase |
| Emmett Bergman | $775 | January 1, 2016 | $25 | Annual Increase |
| Emmett Bergman | $800 | January 1, 2017 | $25 | Annual Increase |
| Jeff Dwyer | $475 | January 1, 2015 | $50 | Promotion/Annual Increase |
| Jeff Dwyer | $500 | January 1, 2016 | $25 | Annual Increase |
| Jeff Foster | $745 | January 1, 2016 | $30 | Annual Increase |
| Jeff Stegenga | $925 | January 1, 2015 | $25 | Annual Increase |
| Jeff Stegenga | $950 | January 1, 2016 | $25 | Annual Increase |
| Jeff Stegenga | $975 | January 1, 2017 | $25 | Annual Increase |
| Jodi Ehrenhofer | $600 | January 1, 2015 | $75 | Promotion/Annual Increase |
| Jodi Ehrenhofer | $625 | January 1, 2016 | $25 | Annual Increase |
| Jodi Ehrenhofer | $650 | January 1, 2017 | $25 | Annual Increase |
| Jodi Ehrenhofer | $700 | January 1, 2018 | $50 | Annual Increase |
| John Stuart | $750 | January 1, 2015 | $25 | Annual Increase |
| John Stuart | $775 | January 1, 2016 | $25 | Annual Increase |
| John Stuart | $800 | January 1, 2017 | $25 | Annual Increase |
| John Stuart | $850 | January 1, 2018 | $50 | Annual Increase |
| Jon Rafpor | $375 | January 1, 2015 | $25 | Annual Increase |
| Jon Rafpor | $400 | January 1, 2016 | $25 | Annual Increase |
| Kent Willetts | $795 | January 1, 2016 | $30 | Annual Increase |
| Kevin Sullivan | $525 | January 1, 2015 | $25 | Annual Increase |
| Kevin Sullivan | $550 | January 1, 2016 | $25 | Annual Increase |
| Kevin Sullivan | $575 | January 1, 2017 | $25 | Annual Increase |
| Kevin Sullivan | $600 | January 1, 2018 | $25 | Annual Increase |
| Mark Zeiss | $525 | January 1, 2015 | $25 | Annual Increase |
| Mary Napoliello | $275 | January 1, 2015 | $25 | Annual Increase |
| Mary Napoliello | $300 | January 1, 2016 | $25 | Annual Increase |
| Mary Napoliello | $325 | January 1, 2018 | $25 | Annual Increase |
| Matt Frank | $600 | January 1, 2015 | $25 | Annual Increase |
| Matt Frank | $625 | January 1, 2016 | $25 | Annual Increase |
| Matt Frank | $650 | January 1, 2017 | $25 | Promotion/Annual Increase |
| Matt Frank | $700 | January 1, 2018 | $50 | Annual Increase |
| Michael Williams | $350 | January 1, 2015 | $25 | Annual Increase |
| Michael Williams | $375 | January 1, 2016 | $25 | Promotion/Annual Increase |
| Michael Williams | $400 | January 1, 2017 | $25 | Annual Increase |
| Paul Kinealy | $525 | January 1, 2015 | $25 | Annual Increase |
| Paul Kinealy | $550 | January 1, 2016 | $25 | Annual Increase |

**Exhibit F**

**Final - All Entities**
**Summary of Rate Changes**
**April 29, 2014 through March 9, 2018**

| Professional | Adjusted Rate | Date | Amount of Rate Change | Reason for the Change |
|---|---|---|---|---|
| Peter Mosley | $625 | January 1, 2016 | $100 | Annual Increase from 2014 to 2016 |
| Peyton Heath | $350 | January 1, 2015 | $25 | Annual Increase |
| Peyton Heath | $375 | January 1, 2016 | $25 | Annual Increase |
| Peyton Heath | $425 | January 1, 2017 | $50 | Promotion/Annual Increase |
| Richard Carter | $425 | January 1, 2015 | $25 | Annual Increase |
| Richard Carter | $450 | January 1, 2016 | $25 | Annual Increase |
| Richard Carter | $475 | January 1, 2017 | $25 | Annual Increase |
| Richard Carter | $500 | January 1, 2018 | $25 | Annual Increase |
| Ryan Wells | $410 | January 1, 2016 | $80 | Promotion/Annual Increase |
| Sarah Pittman | $350 | January 1, 2015 | $25 | Annual Increase |
| Sarah Pittman | $375 | January 1, 2016 | $25 | Annual Increase |
| Sarah Pittman | $400 | January 1, 2017 | $25 | Annual Increase |
| Scott Safron | $400 | January 1, 2015 | $25 | Annual Increase |
| Steve Kotarba | $675 | January 1, 2015 | $25 | Annual Increase |
| Steve Kotarba | $700 | January 1, 2016 | $25 | Annual Increase |
| Taylor Atwood | $475 | January 1, 2015 | $25 | Annual Increase |
| William Lucas | $475 | January 1, 2018 | $50 | Promotion/Annual Increase |