## Exhibit G

**Summary of Expense Detail by Category**

*Exhibit G*

## Combined - All Entities
### Summary of Expense Detail by Category
### April 29, 2014 through March 9, 2018

| Expense Category | Sum of Expenses |
| --- | --- |
| Airfare | $529,114.18 |
| Lodging | $444,568.84 |
| Meals | $63,670.27 |
| Miscellaneous | $5,606.63 |
| Transportation | $151,023.26 |
| **Total** | **$1,193,983.18** |