## Exhibit H

**Summary of Time Detail by Task**

*Exhibit H*

**Combined - All Entities**
*Summary of Time Detail by Task*
*April 29, 2014 through March 9, 2018*

| Task Description | Sum of Hours | Sum of Fees |
|---|---:|---:|
| Accounting/Cut-off | 1,271.5 | $674,695.00 |
| Bankruptcy Support | 5,715.5 | $2,962,475.50 |
| Business Plan | 2,772.7 | $1,132,100.00 |
| Cash Management | 212.3 | $85,127.50 |
| Causes of Action | 668.4 | $366,625.00 |
| Claims | 15,009.3 | $6,778,977.50 |
| Communication | 254.2 | $118,260.00 |
| Contracts | 8,361.6 | $4,463,368.00 |
| Coordination & Communication with other Creditor Constituents | 996.9 | $527,717.50 |
| Coordination & Communication with UCC | 3,499.1 | $1,860,000.00 |
| Court | 428.6 | $324,857.50 |
| DIP Financing | 624.1 | $309,620.00 |
| Fee Applications | 1,658.3 | $693,855.00 |
| Motions and Orders | 1,084.8 | $581,757.50 |
| POR / Disclosure Statement | 4,729.9 | $2,475,702.50 |
| Retention | 208.6 | $100,542.50 |
| Statements & Schedules | 2,840.2 | $1,406,812.50 |
| Status Meetings | 1,086.3 | $659,897.50 |
| Strategic Transaction Asset Sale | 717.8 | $435,285.00 |
| Tax Review & Support | 194.7 | $153,772.00 |
| Travel Time | 2,140.6 | $1,146,955.00 |
| UST Reporting Requirements | 1,048.6 | $583,710.00 |
| Vendor Management | 3,042.4 | $1,637,542.50 |
| **Total** | **58,566.3** | **$29,479,655.50** |