## Exhibit I

**Summary of Time Detail by Task by Professional**

*Exhibit I*

## Combined - All Entities
### Summary of Time Detail by Professional
### April 29, 2014 through March 9, 2018

**Accounting/Cut-off**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925 | 0.7 | $647.50 |
| Jeff Stegenga | Managing Director | $900 | 23.7 | $21,330.00 |
| Emmett Bergman | Managing Director | $775 | 17.5 | $13,562.50 |
| Emmett Bergman | Managing Director | $750 | 230.3 | $172,725.00 |
| John Stuart | Managing Director | $725 | 11.5 | $8,337.50 |
| Matt Frank | Director | $625 | 17.0 | $10,625.00 |
| Matt Frank | Director | $600 | 130.0 | $78,000.00 |
| Matt Frank | Director | $575 | 135.2 | $77,740.00 |
| Peter Mosley | Director | $525 | 74.3 | $39,007.50 |
| Kevin Sullivan | Director | $500 | 18.0 | $9,000.00 |
| Henrique Biscolla | Senior Associate | $475 | 0.8 | $380.00 |
| Jeff Dwyer | Senior Associate | $475 | 66.4 | $31,540.00 |
| Jeff Dwyer | Associate | $425 | 157.3 | $66,852.50 |
| Daisy Fitzgerald | Associate | $400 | 28.9 | $11,560.00 |
| Jon Rafpor | Analyst | $400 | 94.2 | $37,680.00 |
| Jon Rafpor | Analyst | $375 | 110.9 | $41,587.50 |
| Jon Rafpor | Analyst | $350 | 152.4 | $53,340.00 |
| Peyton Heath | Analyst | $325 | 2.4 | $780.00 |
| | | | 1,271.5 | $674,695.00 |

*Exhibit I*

> *Combined - All Entities*
> *Summary of Time Detail by Professional*
> *April 29, 2014 through March 9, 2018*

**Bankruptcy Support**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $975 | 1.7 | $1,657.50 |
| Jeff Stegenga | Managing Director | $950 | 15.8 | $15,010.00 |
| Keith Kechik | Managing Director | $950 | 1.0 | $950.00 |
| Brian Cumberland | Managing Director | $925 | 13.0 | $12,025.00 |
| JD Ivy | Managing Director | $925 | 109.9 | $101,657.50 |
| Jeff Stegenga | Managing Director | $925 | 66.2 | $61,235.00 |
| Mike White | Managing Director | $920 | 1.0 | $920.00 |
| Jeff Stegenga | Managing Director | $900 | 130.6 | $117,540.00 |
| Kent Willetts | Managing Director | $795 | 3.5 | $2,782.50 |
| Emmett Bergman | Managing Director | $775 | 2.6 | $2,015.00 |
| John Stuart | Managing Director | $775 | 2.0 | $1,550.00 |
| Emmett Bergman | Managing Director | $750 | 180.6 | $135,450.00 |
| John Stuart | Managing Director | $750 | 426.4 | $319,800.00 |
| Jeff Foster | Managing Director | $745 | 1.0 | $745.00 |
| John Stuart | Managing Director | $725 | 263.4 | $190,965.00 |
| Andy Gandhi | Managing Director | $675 | 2.8 | $1,890.00 |
| Steve Kotarba | Managing Director | $675 | 18.5 | $12,487.50 |
| Steve Kotarba | Managing Director | $650 | 108.1 | $70,265.00 |
| Jodi Ehrenhofer | Senior Director | $700 | 6.8 | $4,760.00 |
| Curtis Moody | Sr. Director | $695 | 27.0 | $18,765.00 |
| Jodi Ehrenhofer | Senior Director | $650 | 3.3 | $2,145.00 |
| Matt Frank | Senior Director | $650 | 1.1 | $715.00 |
| Jodi Ehrenhofer | Senior Director | $625 | 12.5 | $7,812.50 |
| Jodi Ehrenhofer | Senior Director | $600 | 39.3 | $23,580.00 |
| Kevin Sullivan | Director | $600 | 0.8 | $480.00 |
| Thomas Yerger | Director | $635 | 2.0 | $1,270.00 |
| Matt Frank | Director | $625 | 66.9 | $41,812.50 |
| Peter Mosley | Director | $625 | 1.5 | $937.50 |
| Matt Frank | Director | $600 | 104.0 | $62,400.00 |
| Robert Casburn | Manager | $590 | 110.2 | $65,018.00 |
| Matt Frank | Director | $575 | 88.3 | $50,772.50 |
| David Blanks | Director | $550 | 13.1 | $7,205.00 |
| Kevin Sullivan | Director | $550 | 0.2 | $110.00 |
| Paul Kinealy | Director | $550 | 2.9 | $1,595.00 |
| Jodi Ehrenhofer | Director | $525 | 65.5 | $34,387.50 |

*Exhibit I*

> *Combined - All Entities*
> *Summary of Time Detail by Professional*
> *April 29, 2014 through March 9, 2018*

**Bankruptcy Support**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Kevin Sullivan | Director | $525 | 20.8 | $10,920.00 |
| Mark Zeiss | Director | $525 | 0.8 | $420.00 |
| Paul Kinealy | Director | $525 | 18.4 | $9,660.00 |
| Peter Mosley | Director | $525 | 190.4 | $99,960.00 |
| Rich Newman | Director | $525 | 15.2 | $7,980.00 |
| Kevin Sullivan | Director | $500 | 167.2 | $83,600.00 |
| Mark Zeiss | Director | $500 | 6.9 | $3,450.00 |
| Matt Williams | Director | $500 | 0.3 | $150.00 |
| Paul Kinealy | Director | $500 | 34.0 | $17,000.00 |
| Chris Moks | Manager | $425 | 25.0 | $10,625.00 |
| Ryan Wells | Senior Associate | $410 | 26.5 | $10,865.00 |
| David Blanks | Senior Associate | $475 | 417.4 | $198,265.00 |
| Jeff Dwyer | Senior Associate | $475 | 143.6 | $68,210.00 |
| Taylor Atwood | Senior Associate | $475 | 37.5 | $17,812.50 |
| David Blanks | Senior Associate | $450 | 426.4 | $191,880.00 |
| Taylor Atwood | Senior Associate | $450 | 29.7 | $13,365.00 |
| Alex Ziets | Senior Associate | $440 | 36.5 | $16,060.00 |
| Daisy Fitzgerald | Associate | $425 | 36.0 | $15,300.00 |
| Jeff Dwyer | Associate | $425 | 165.5 | $70,337.50 |
| Jack Raksnis | Senior Associate | $410 | 2.8 | $1,148.00 |
| Daisy Fitzgerald | Associate | $400 | 474.4 | $189,760.00 |
| Scott Safron | Associate | $375 | 6.7 | $2,512.50 |
| Ryan Wells | Associate | $330 | 111.9 | $36,927.00 |
| Scott Safron | Associate | $300 | 1.2 | $360.00 |
| Rich Carter | Consultant | $475 | 0.2 | $95.00 |
| Richard Carter | Consultant | $450 | 0.4 | $180.00 |
| Richard Carter | Consultant | $425 | 14.3 | $6,077.50 |
| Scott Safron | Associate | $400 | 48.6 | $19,440.00 |
| Jon Rafpor | Analyst | $400 | 2.2 | $880.00 |
| Sarah Pittman | Analyst | $400 | 0.7 | $280.00 |
| Jon Rafpor | Analyst | $375 | 611.4 | $229,275.00 |
| Peyton Heath | Analyst | $375 | 64.8 | $24,300.00 |
| Sarah Pittman | Analyst | $375 | 62.5 | $23,437.50 |
| Jon Rafpor | Analyst | $350 | 146.2 | $51,170.00 |
| Michael Williams | Analyst | $350 | 5.0 | $1,750.00 |

*Exhibit I*

### *Combined - All Entities*
### *Summary of Time Detail by Professional*
### *April 29, 2014 through March 9, 2018*

**Bankruptcy Support**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Peyton Heath | Analyst | $350 | 247.0 | $86,450.00 |
| Sarah Pittman | Analyst | $350 | 10.1 | $3,535.00 |
| Michael Williams | Analyst | $325 | 38.1 | $12,382.50 |
| Peyton Heath | Analyst | $325 | 40.5 | $13,162.50 |
| Robert Country | Analyst | $325 | 18.5 | $6,012.50 |
| Sarah Pittman | Analyst | $325 | 96.0 | $31,200.00 |
| Curtis Stecke | Analyst | $175 | 20.4 | $3,570.00 |
| | | | 5,715.5 | $2,962,475.50 |

*Exhibit I*

*Combined - All Entities*
*Summary of Time Detail by Professional*
*April 29, 2014 through March 9, 2018*

**Business Plan**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 0.4 | $360.00 |
| John Stuart | Managing Director | $750 | 54.9 | $41,175.00 |
| John Stuart | Managing Director | $725 | 53.3 | $38,642.50 |
| Matt Frank | Senior Director | $700 | 1.0 | $700.00 |
| Matt Frank | Senior Director | $650 | 1.5 | $975.00 |
| Taylor Atwood | Senior Associate | $475 | 660.1 | $313,547.50 |
| Taylor Atwood | Senior Associate | $450 | 356.0 | $160,200.00 |
| Scott Safron | Associate | $375 | 11.3 | $4,237.50 |
| Scott Safron | Associate | $300 | 6.5 | $1,950.00 |
| Scott Safron | Associate | $400 | 3.7 | $1,480.00 |
| Sarah Pittman | Analyst | $400 | 5.0 | $2,000.00 |
| Sarah Pittman | Analyst | $375 | 370.3 | $138,862.50 |
| Jon Rafpor | Analyst | $350 | 36.4 | $12,740.00 |
| Sarah Pittman | Analyst | $350 | 849.3 | $297,255.00 |
| Peyton Heath | Analyst | $325 | 1.3 | $422.50 |
| Sarah Pittman | Analyst | $325 | 361.7 | $117,552.50 |
| | | | 2,772.7 | $1,132,100.00 |

*Exhibit I*

### Combined - All Entities
### Summary of Time Detail by Professional
### April 29, 2014 through March 9, 2018

**Cash Management**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $900 | 5.6 | $5,040.00 |
| Emmett Bergman | Managing Director | $750 | 7.6 | $5,700.00 |
| John Stuart | Managing Director | $750 | 9.5 | $7,125.00 |
| Matt Frank | Director | $575 | 0.4 | $230.00 |
| Peter Mosley | Director | $525 | 2.6 | $1,365.00 |
| David Blanks | Senior Associate | $450 | 2.8 | $1,260.00 |
| Peyton Heath | Analyst | $375 | 3.1 | $1,162.50 |
| Jon Rafpor | Analyst | $350 | 1.0 | $350.00 |
| Peyton Heath | Analyst | $350 | 179.7 | $62,895.00 |
| | | | 212.3 | $85,127.50 |

*Exhibit I*

### *Combined - All Entities*
### *Summary of Time Detail by Professional*
### *April 29, 2014 through March 9, 2018*

**Causes of Action**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925 | 6.7 | $6,197.50 |
| Jeff Stegenga | Managing Director | $900 | 4.6 | $4,140.00 |
| Emmett Bergman | Managing Director | $750 | 1.3 | $975.00 |
| John Stuart | Managing Director | $750 | 5.2 | $3,900.00 |
| John Stuart | Managing Director | $725 | 7.6 | $5,510.00 |
| Steve Kotarba | Managing Director | $675 | 92.6 | $62,505.00 |
| Steve Kotarba | Managing Director | $650 | 42.6 | $27,690.00 |
| Jodi Ehrenhofer | Senior Director | $600 | 2.2 | $1,320.00 |
| Matt Frank | Director | $600 | 1.1 | $660.00 |
| Matt Frank | Director | $575 | 5.8 | $3,335.00 |
| Jodi Ehrenhofer | Director | $525 | 13.4 | $7,035.00 |
| Kevin Sullivan | Director | $525 | 1.0 | $525.00 |
| Mark Zeiss | Director | $525 | 139.9 | $73,447.50 |
| Paul Kinealy | Director | $525 | 62.1 | $32,602.50 |
| Mark Zeiss | Director | $500 | 197.9 | $98,950.00 |
| Matt Williams | Director | $500 | 45.5 | $22,750.00 |
| Paul Kinealy | Director | $500 | 1.3 | $650.00 |
| David Blanks | Senior Associate | $475 | 2.9 | $1,377.50 |
| Jeff Dwyer | Senior Associate | $475 | 5.5 | $2,612.50 |
| David Blanks | Senior Associate | $450 | 2.9 | $1,305.00 |
| Jeff Dwyer | Associate | $425 | 5.9 | $2,507.50 |
| Michael Dvorak | Analyst | $325 | 1.9 | $617.50 |
| Robert Country | Analyst | $325 | 7.4 | $2,405.00 |
| Scott Hedges | Analyst | $325 | 11.1 | $3,607.50 |
| | | | 668.4 | $366,625.00 |

*Exhibit I*

*Combined - All Entities*
*Summary of Time Detail by Professional*
*April 29, 2014 through March 9, 2018*

**Claims**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $975 | 0.3 | $292.50 |
| Jeff Stegenga | Managing Director | $950 | 2.6 | $2,470.00 |
| Jeff Stegenga | Managing Director | $925 | 28.7 | $26,547.50 |
| Jeff Stegenga | Managing Director | $900 | 16.0 | $14,400.00 |
| Emmett Bergman | Managing Director | $775 | 2.7 | $2,092.50 |
| John Stuart | Managing Director | $775 | 1.0 | $775.00 |
| Emmett Bergman | Managing Director | $750 | 42.8 | $32,100.00 |
| John Stuart | Managing Director | $750 | 3.8 | $2,850.00 |
| Steve Kotarba | Managing Director | $700 | 9.2 | $6,440.00 |
| Steve Kotarba | Managing Director | $675 | 373.8 | $252,315.00 |
| Steve Kotarba | Managing Director | $650 | 277.6 | $180,440.00 |
| Jodi Ehrenhofer | Senior Director | $700 | 21.4 | $14,980.00 |
| Jodi Ehrenhofer | Senior Director | $650 | 63.8 | $41,470.00 |
| Jodi Ehrenhofer | Senior Director | $625 | 598.9 | $374,312.50 |
| Jodi Ehrenhofer | Senior Director | $600 | 1422.4 | $853,440.00 |
| Matt Frank | Director | $625 | 19.3 | $12,062.50 |
| Matt Frank | Director | $600 | 90.9 | $54,540.00 |
| Matt Frank | Director | $575 | 23.1 | $13,282.50 |
| Kevin Sullivan | Director | $550 | 0.4 | $220.00 |
| Paul Kinealy | Director | $550 | 328.6 | $180,730.00 |
| Jodi Ehrenhofer | Director | $525 | 477.3 | $250,582.50 |
| Kevin Sullivan | Director | $525 | 155.1 | $81,427.50 |
| Mark Zeiss | Director | $525 | 66.5 | $34,912.50 |
| Paul Kinealy | Director | $525 | 1237.4 | $649,635.00 |
| Peter Mosley | Director | $525 | 2.5 | $1,312.50 |
| Kevin Sullivan | Director | $500 | 20.4 | $10,200.00 |
| Mark Zeiss | Director | $500 | 131.5 | $65,750.00 |
| Matt Williams | Director | $500 | 9.6 | $4,800.00 |
| Paul Kinealy | Director | $500 | 181.3 | $90,650.00 |
| Henrique Biscolla | Senior Associate | $475 | 24.6 | $11,685.00 |
| Jeff Dwyer | Senior Associate | $475 | 65.6 | $31,160.00 |
| Daisy Fitzgerald | Associate | $425 | 1.5 | $637.50 |
| Jeff Dwyer | Associate | $425 | 25.6 | $10,880.00 |
| Daisy Fitzgerald | Associate | $400 | 1.8 | $720.00 |
| Rich Carter | Consultant | $500 | 15.4 | $7,700.00 |

*Exhibit I*

> ### *Combined - All Entities*
> ### *Summary of Time Detail by Professional*
> ### *April 29, 2014 through March 9, 2018*

**Claims**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Rich Carter | Consultant | $475 | 40.8 | $19,380.00 |
| Richard Carter | Consultant | $450 | 1252.9 | $563,805.00 |
| Richard Carter | Consultant | $425 | 1620.0 | $688,500.00 |
| Richard Carter | Consultant | $400 | 470.3 | $188,120.00 |
| Michael Williams | Consultant | $400 | 116.2 | $46,480.00 |
| Michael Williams | Consultant | $375 | 662.1 | $248,287.50 |
| Jon Rafpor | Analyst | $375 | 41.6 | $15,600.00 |
| Jon Rafpor | Analyst | $350 | 1.1 | $385.00 |
| Michael Williams | Analyst | $350 | 1832.1 | $641,235.00 |
| Peyton Heath | Analyst | $350 | 0.5 | $175.00 |
| Michael Dvorak | Analyst | $325 | 1216.1 | $395,232.50 |
| Michael Williams | Analyst | $325 | 275.7 | $89,602.50 |
| Peyton Heath | Analyst | $325 | 1.7 | $552.50 |
| Robert Country | Analyst | $325 | 1672.4 | $543,530.00 |
| Scott Hedges | Analyst | $325 | 62.4 | $20,280.00 |
| | | | 15,009.3 | $6,778,977.50 |

*Exhibit I*

### Combined - All Entities
### Summary of Time Detail by Professional
### April 29, 2014 through March 9, 2018

**Communication**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925 | 11.5 | $10,637.50 |
| Jeff Stegenga | Managing Director | $900 | 15.9 | $14,310.00 |
| Emmett Bergman | Managing Director | $750 | 11.3 | $8,475.00 |
| Steve Kotarba | Managing Director | $650 | 4.8 | $3,120.00 |
| Matt Frank | Director | $600 | 2.1 | $1,260.00 |
| Matt Frank | Director | $575 | 0.5 | $287.50 |
| Jodi Ehrenhofer | Director | $525 | 7.0 | $3,675.00 |
| Peter Mosley | Director | $525 | 2.1 | $1,102.50 |
| Kevin Sullivan | Director | $500 | 1.4 | $700.00 |
| Paul Kinealy | Director | $500 | 0.3 | $150.00 |
| David Blanks | Senior Associate | $450 | 0.8 | $360.00 |
| Taylor Atwood | Senior Associate | $450 | 0.4 | $180.00 |
| Jeff Dwyer | Associate | $425 | 10.6 | $4,505.00 |
| Daisy Fitzgerald | Associate | $400 | 91.8 | $36,720.00 |
| Jon Rafpor | Analyst | $350 | 90.5 | $31,657.50 |
| Sarah Pittman | Analyst | $350 | 3.2 | $1,120.00 |
| | | | 254.2 | $118,260.00 |

*Exhibit I*

*Combined - All Entities*
*Summary of Time Detail by Professional*
*April 29, 2014 through March 9, 2018*

**Contracts**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950 | 2.4 | $2,280.00 |
| Jeff Stegenga | Managing Director | $925 | 87.9 | $81,307.50 |
| Jeff Stegenga | Managing Director | $900 | 96.2 | $86,580.00 |
| Emmett Bergman | Managing Director | $800 | 31.4 | $25,120.00 |
| Emmett Bergman | Managing Director | $775 | 322.1 | $249,627.50 |
| Emmett Bergman | Managing Director | $750 | 1176.6 | $882,450.00 |
| John Stuart | Managing Director | $750 | 1.8 | $1,350.00 |
| Steve Kotarba | Managing Director | $650 | 1.0 | $650.00 |
| Jodi Ehrenhofer | Senior Director | $700 | 0.3 | $210.00 |
| Matt Frank | Senior Director | $700 | 4.0 | $2,800.00 |
| Jodi Ehrenhofer | Senior Director | $650 | 1.3 | $845.00 |
| Matt Frank | Senior Director | $650 | 5.1 | $3,315.00 |
| Jodi Ehrenhofer | Senior Director | $625 | 2.4 | $1,500.00 |
| Jodi Ehrenhofer | Senior Director | $600 | 10.5 | $6,300.00 |
| Matt Frank | Director | $625 | 203.8 | $127,375.00 |
| Matt Frank | Director | $600 | 1269.4 | $761,640.00 |
| Matt Frank | Director | $575 | 632.6 | $363,768.00 |
| Jodi Ehrenhofer | Director | $525 | 16.0 | $8,400.00 |
| Mark Zeiss | Director | $525 | 5.0 | $2,625.00 |
| Paul Kinealy | Director | $525 | 1.6 | $840.00 |
| Peter Mosley | Director | $525 | 463.7 | $243,442.50 |
| Kevin Sullivan | Director | $500 | 2.9 | $1,450.00 |
| Mark Zeiss | Director | $500 | 24.2 | $12,100.00 |
| Paul Kinealy | Director | $500 | 1.2 | $600.00 |
| David Blanks | Senior Associate | $475 | 278.6 | $132,335.00 |
| Henrique Biscolla | Senior Associate | $475 | 104.0 | $49,400.00 |
| Jeff Dwyer | Senior Associate | $475 | 562.4 | $267,140.00 |
| Taylor Atwood | Senior Associate | $475 | 81.6 | $38,760.00 |
| Daisy Fitzgerald | Associate | $425 | 23.6 | $10,030.00 |
| Jeff Dwyer | Associate | $425 | 253.8 | $107,865.00 |
| Daisy Fitzgerald | Associate | $400 | 500.7 | $200,280.00 |
| Rich Carter | Consultant | $475 | 0.4 | $190.00 |
| Richard Carter | Consultant | $450 | 0.8 | $360.00 |
| Scott Safron | Associate | $400 | 9.9 | $3,960.00 |
| Sarah Pittman | Analyst | $400 | 30.3 | $12,120.00 |

*Exhibit I*

### *Combined - All Entities*
### *Summary of Time Detail by Professional*
### *April 29, 2014 through March 9, 2018*

**Contracts**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jon Rafpor | Analyst | $375 | 605.7 | $227,137.50 |
| Sarah Pittman | Analyst | $375 | 296.8 | $111,300.00 |
| Jon Rafpor | Analyst | $350 | 269.4 | $94,272.50 |
| Peyton Heath | Analyst | $350 | 193.5 | $67,725.00 |
| Sarah Pittman | Analyst | $350 | 729.6 | $255,360.00 |
| Michael Williams | Analyst | $325 | 1.5 | $487.50 |
| Peyton Heath | Analyst | $325 | 23.6 | $7,670.00 |
| Robert Country | Analyst | $325 | 21.4 | $6,955.00 |
| Sarah Pittman | Analyst | $325 | 10.6 | $3,445.00 |
| | | | 8,361.6 | $4,463,368.00 |

*Exhibit I*

> ### Combined - All Entities
> ### Summary of Time Detail by Professional
> ### April 29, 2014 through March 9, 2018

**Coordination & Communication with other Creditor Constituents**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925 | 14.5 | $13,412.50 |
| Jeff Stegenga | Managing Director | $900 | 27.6 | $24,840.00 |
| Emmett Bergman | Managing Director | $775 | 16.7 | $12,942.50 |
| Emmett Bergman | Managing Director | $750 | 4.5 | $3,375.00 |
| John Stuart | Managing Director | $750 | 80.4 | $60,300.00 |
| John Stuart | Managing Director | $725 | 124.7 | $90,407.50 |
| Steve Kotarba | Managing Director | $650 | 5.1 | $3,315.00 |
| Jodi Ehrenhofer | Senior Director | $625 | 14.6 | $9,125.00 |
| Matt Frank | Director | $600 | 6.6 | $3,960.00 |
| Matt Frank | Director | $575 | 11.2 | $6,440.00 |
| Jodi Ehrenhofer | Director | $525 | 33.3 | $17,482.50 |
| Peter Mosley | Director | $525 | 6.6 | $3,465.00 |
| Kevin Sullivan | Director | $500 | 1.4 | $700.00 |
| Paul Kinealy | Director | $500 | 2.2 | $1,100.00 |
| Taylor Atwood | Senior Associate | $475 | 103.2 | $49,020.00 |
| David Blanks | Senior Associate | $450 | 23.7 | $10,665.00 |
| Taylor Atwood | Senior Associate | $450 | 284.8 | $128,160.00 |
| Daisy Fitzgerald | Associate | $400 | 2.2 | $880.00 |
| Scott Safron | Associate | $375 | 48.3 | $18,112.50 |
| Scott Safron | Associate | $300 | 31.5 | $9,450.00 |
| Richard Carter | Consultant | $450 | 15.0 | $6,750.00 |
| Scott Safron | Associate | $400 | 110.0 | $44,000.00 |
| Peyton Heath | Analyst | $375 | 2.4 | $900.00 |
| Jon Rafpor | Analyst | $350 | 3.0 | $1,050.00 |
| Peyton Heath | Analyst | $350 | 7.2 | $2,520.00 |
| Sarah Pittman | Analyst | $350 | 3.2 | $1,120.00 |
| Sarah Pittman | Analyst | $325 | 13.0 | $4,225.00 |
| | | | 996.9 | $527,717.50 |

*Exhibit I*

*Combined - All Entities*
*Summary of Time Detail by Professional*
*April 29, 2014 through March 9, 2018*

**Coordination & Communication with UCC**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950 | 0.5 | $475.00 |
| Jeff Stegenga | Managing Director | $925 | 49.8 | $46,065.00 |
| Jeff Stegenga | Managing Director | $900 | 91.7 | $82,530.00 |
| Emmett Bergman | Managing Director | $775 | 2.8 | $2,170.00 |
| John Stuart | Managing Director | $775 | 0.5 | $387.50 |
| Emmett Bergman | Managing Director | $750 | 292.1 | $219,075.00 |
| John Stuart | Managing Director | $750 | 205.1 | $153,825.00 |
| John Stuart | Managing Director | $725 | 295.2 | $214,020.00 |
| Steve Kotarba | Managing Director | $675 | 50.2 | $33,885.00 |
| Steve Kotarba | Managing Director | $650 | 37.4 | $24,310.00 |
| Jodi Ehrenhofer | Senior Director | $625 | 51.4 | $32,125.00 |
| Jodi Ehrenhofer | Senior Director | $600 | 61.4 | $36,840.00 |
| Matt Frank | Director | $625 | 19.2 | $12,000.00 |
| Matt Frank | Director | $600 | 66.7 | $40,020.00 |
| Matt Frank | Director | $575 | 47.6 | $27,370.00 |
| David Blanks | Director | $550 | 15.4 | $8,470.00 |
| Jodi Ehrenhofer | Director | $525 | 33.2 | $17,430.00 |
| Kevin Sullivan | Director | $525 | 0.2 | $105.00 |
| Mark Zeiss | Director | $525 | 16.8 | $8,820.00 |
| Paul Kinealy | Director | $525 | 26.3 | $13,807.50 |
| Peter Mosley | Director | $525 | 89.3 | $46,882.50 |
| Kevin Sullivan | Director | $500 | 25.8 | $12,900.00 |
| Matt Williams | Director | $500 | 0.8 | $400.00 |
| Paul Kinealy | Director | $500 | 10.8 | $5,400.00 |
| David Blanks | Senior Associate | $475 | 27.5 | $13,062.50 |
| Jeff Dwyer | Senior Associate | $475 | 5.1 | $2,422.50 |
| Taylor Atwood | Senior Associate | $475 | 198.6 | $94,335.00 |
| David Blanks | Senior Associate | $450 | 23.5 | $10,575.00 |
| Taylor Atwood | Senior Associate | $450 | 429.3 | $193,185.00 |
| Jeff Dwyer | Associate | $425 | 19.9 | $8,457.50 |
| Daisy Fitzgerald | Associate | $400 | 0.8 | $320.00 |
| Scott Safron | Associate | $375 | 177.9 | $66,712.50 |
| Scott Safron | Associate | $300 | 28.9 | $8,670.00 |
| Richard Carter | Consultant | $450 | 29.3 | $13,185.00 |
| Richard Carter | Consultant | $425 | 8.9 | $3,782.50 |

*Exhibit I*

### *Combined - All Entities*
### *Summary of Time Detail by Professional*
### *April 29, 2014 through March 9, 2018*

**Coordination & Communication with UCC**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Scott Safron | Associate | $400 | 670.8 | $268,320.00 |
| Jon Rafpor | Analyst | $375 | 90.9 | $34,087.50 |
| Jon Rafpor | Analyst | $350 | 255.3 | $89,355.00 |
| Peyton Heath | Analyst | $350 | 19.5 | $6,825.00 |
| Sarah Pittman | Analyst | $350 | 0.6 | $210.00 |
| Michael Williams | Analyst | $325 | 3.4 | $1,105.00 |
| Robert Country | Analyst | $325 | 2.8 | $910.00 |
| Sarah Pittman | Analyst | $325 | 15.9 | $5,167.50 |
| | | | 3,499.1 | $1,860,000.00 |

*Exhibit I*

### *Combined - All Entities*
### *Summary of Time Detail by Professional*
### *April 29, 2014 through March 9, 2018*

**Court**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $975 | 3.2 | $3,120.00 |
| Jeff Stegenga | Managing Director | $950 | 35.1 | $33,345.00 |
| Jeff Stegenga | Managing Director | $925 | 47.3 | $43,752.50 |
| Jeff Stegenga | Managing Director | $900 | 43.4 | $39,060.00 |
| John Stuart | Managing Director | $850 | 7.6 | $6,460.00 |
| John Stuart | Managing Director | $800 | 17.0 | $13,600.00 |
| John Stuart | Managing Director | $775 | 39.0 | $30,225.00 |
| Emmett Bergman | Managing Director | $750 | 3.6 | $2,700.00 |
| John Stuart | Managing Director | $750 | 34.8 | $26,100.00 |
| John Stuart | Managing Director | $725 | 91.3 | $66,192.50 |
| Steve Kotarba | Managing Director | $675 | 20.2 | $13,635.00 |
| Steve Kotarba | Managing Director | $650 | 34.0 | $22,100.00 |
| Jodi Ehrenhofer | Senior Director | $650 | 1.2 | $780.00 |
| Jodi Ehrenhofer | Senior Director | $625 | 4.6 | $2,875.00 |
| Jodi Ehrenhofer | Senior Director | $600 | 1.0 | $600.00 |
| Matt Frank | Director | $575 | 7.8 | $4,485.00 |
| David Blanks | Senior Associate | $475 | 2.0 | $950.00 |
| Taylor Atwood | Senior Associate | $475 | 4.4 | $2,090.00 |
| David Blanks | Senior Associate | $450 | 0.9 | $405.00 |
| Taylor Atwood | Senior Associate | $450 | 15.9 | $7,155.00 |
| Peyton Heath | Analyst | $375 | 8.0 | $3,000.00 |
| Sarah Pittman | Analyst | $375 | 0.9 | $337.50 |
| Sarah Pittman | Analyst | $350 | 5.4 | $1,890.00 |
| | | | 428.6 | $324,857.50 |

*Exhibit I*

### *Combined - All Entities*
### *Summary of Time Detail by Professional*
### *April 29, 2014 through March 9, 2018*

**DIP Financing**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925 | 0.4 | $370.00 |
| Jeff Stegenga | Managing Director | $900 | 2.0 | $1,800.00 |
| John Stuart | Managing Director | $750 | 40.1 | $30,075.00 |
| John Stuart | Managing Director | $725 | 98.7 | $71,557.50 |
| Matt Frank | Director | $575 | 0.7 | $402.50 |
| Peter Mosley | Director | $525 | 0.3 | $157.50 |
| Taylor Atwood | Senior Associate | $475 | 100.6 | $47,785.00 |
| Taylor Atwood | Senior Associate | $450 | 256.5 | $115,425.00 |
| Jeff Dwyer | Associate | $425 | 4.4 | $1,870.00 |
| Jon Rafpor | Analyst | $350 | 24.3 | $8,505.00 |
| Sarah Pittman | Analyst | $350 | 17.6 | $6,160.00 |
| Peyton Heath | Analyst | $325 | 37.1 | $12,057.50 |
| Sarah Pittman | Analyst | $325 | 41.4 | $13,455.00 |
| | | | 624.1 | $309,620.00 |

*Exhibit I*

> ### Combined - All Entities
> ### Summary of Time Detail by Professional
> ### April 29, 2014 through March 9, 2018

**Fee Applications**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925 | 2.4 | $2,220.00 |
| Jeff Stegenga | Managing Director | $900 | 16.8 | $15,120.00 |
| Emmett Bergman | Managing Director | $750 | 18.5 | $13,875.00 |
| John Stuart | Managing Director | $750 | 115.3 | $86,475.00 |
| John Stuart | Managing Director | $725 | 110.9 | $80,402.50 |
| Steve Kotarba | Managing Director | $650 | 5.8 | $3,770.00 |
| Jodi Ehrenhofer | Senior Director | $700 | 6.0 | $4,200.00 |
| Jodi Ehrenhofer | Senior Director | $650 | 14.8 | $9,620.00 |
| Jodi Ehrenhofer | Senior Director | $625 | 33.5 | $20,937.50 |
| Jodi Ehrenhofer | Senior Director | $600 | 25.8 | $15,480.00 |
| Matt Frank | Director | $625 | 28.4 | $17,750.00 |
| Matt Frank | Director | $600 | 7.4 | $4,440.00 |
| Matt Frank | Director | $575 | 1.8 | $1,035.00 |
| Jodi Ehrenhofer | Director | $525 | 31.2 | $16,380.00 |
| David Blanks | Senior Associate | $475 | 31.0 | $14,725.00 |
| Jeff Dwyer | Senior Associate | $475 | 1.6 | $760.00 |
| Taylor Atwood | Senior Associate | $475 | 11.8 | $5,605.00 |
| David Blanks | Senior Associate | $450 | 89.0 | $40,050.00 |
| Daisy Fitzgerald | Associate | $400 | 3.5 | $1,400.00 |
| Rich Carter | Consultant | $500 | 2.8 | $1,400.00 |
| Rich Carter | Consultant | $475 | 20.5 | $9,737.50 |
| Richard Carter | Consultant | $450 | 44.0 | $19,800.00 |
| Scott Safron | Associate | $400 | 3.3 | $1,320.00 |
| Michael Williams | Consultant | $375 | 8.6 | $3,225.00 |
| Sarah Pittman | Analyst | $375 | 8.8 | $3,300.00 |
| Jon Rafpor | Analyst | $350 | 23.2 | $8,120.00 |
| Peyton Heath | Analyst | $350 | 70.7 | $24,745.00 |
| Sarah Pittman | Analyst | $350 | 160.4 | $56,140.00 |
| Michael Dvorak | Analyst | $325 | 11.7 | $3,802.50 |
| Peyton Heath | Analyst | $325 | 23.8 | $7,735.00 |
| Robert Country | Analyst | $325 | 9.9 | $3,217.50 |
| Sarah Pittman | Analyst | $325 | 65.7 | $21,352.50 |
| Mary Napoliello | Paraprofessional | $325 | 5.1 | $1,657.50 |
| Mary Napoliello | Paraprofessional | $300 | 155.0 | $46,500.00 |
| Mary Napoliello | Paraprofessional | $275 | 209.3 | $57,557.50 |

*Exhibit I*

### Combined - All Entities
### Summary of Time Detail by Professional
### April 29, 2014 through March 9, 2018

**Fee Applications**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Mary Napoliello | Paraprofessional | $250 | 280.0 | $70,000.00 |
| | | | 1,658.3 | $693,855.00 |

*Exhibit I*

*Combined - All Entities*
*Summary of Time Detail by Professional*
*April 29, 2014 through March 9, 2018*

**Motions and Orders**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925 | 13.8 | $12,765.00 |
| Jeff Stegenga | Managing Director | $900 | 20.9 | $18,810.00 |
| John Stuart | Managing Director | $775 | 1.0 | $775.00 |
| Emmett Bergman | Managing Director | $750 | 120.2 | $90,150.00 |
| John Stuart | Managing Director | $725 | 16.5 | $11,962.50 |
| Steve Kotarba | Managing Director | $675 | 37.0 | $24,975.00 |
| Steve Kotarba | Managing Director | $650 | 169.1 | $109,915.00 |
| Jodi Ehrenhofer | Senior Director | $625 | 0.5 | $312.50 |
| Jodi Ehrenhofer | Senior Director | $600 | 0.4 | $240.00 |
| Matt Frank | Director | $575 | 61.1 | $35,132.50 |
| Jodi Ehrenhofer | Director | $525 | 137.7 | $72,292.50 |
| Paul Kinealy | Director | $525 | 12.3 | $6,457.50 |
| Peter Mosley | Director | $525 | 19.3 | $10,132.50 |
| Kevin Sullivan | Director | $500 | 18.8 | $9,400.00 |
| Mark Zeiss | Director | $500 | 2.7 | $1,350.00 |
| Matt Williams | Director | $500 | 4.5 | $2,250.00 |
| Paul Kinealy | Director | $500 | 31.5 | $15,750.00 |
| Andrew Hansen | Consultant | $325 | 3.6 | $1,170.00 |
| David Blanks | Senior Associate | $450 | 78.2 | $35,190.00 |
| Taylor Atwood | Senior Associate | $450 | 18.5 | $8,325.00 |
| Jeff Dwyer | Associate | $425 | 70.5 | $29,962.50 |
| Daisy Fitzgerald | Associate | $400 | 45.2 | $18,080.00 |
| Jon Rafpor | Analyst | $375 | 1.0 | $375.00 |
| Jon Rafpor | Analyst | $350 | 4.0 | $1,400.00 |
| Michael Williams | Analyst | $350 | 28.9 | $10,115.00 |
| Michael Dvorak | Analyst | $325 | 24.7 | $8,027.50 |
| Michael Williams | Analyst | $325 | 101.4 | $32,955.00 |
| Robert Country | Analyst | $325 | 28.7 | $9,327.50 |
| Sarah Pittman | Analyst | $325 | 12.8 | $4,160.00 |
| | | | 1,084.8 | $581,757.50 |

*Exhibit I*

---

### *Combined - All Entities*
### *Summary of Time Detail by Professional*
### *April 29, 2014 through March 9, 2018*

---

**POR / Disclosure Statement**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950 | 20.7 | $19,665.00 |
| Jeff Stegenga | Managing Director | $925 | 72.1 | $66,692.50 |
| Jeff Stegenga | Managing Director | $900 | 9.8 | $8,820.00 |
| John Stuart | Managing Director | $850 | 8.0 | $6,800.00 |
| John Stuart | Managing Director | $800 | 82.0 | $65,600.00 |
| Emmett Bergman | Managing Director | $775 | 27.0 | $20,925.00 |
| John Stuart | Managing Director | $775 | 124.5 | $96,487.50 |
| Emmett Bergman | Managing Director | $750 | 18.2 | $13,650.00 |
| John Stuart | Managing Director | $750 | 567.5 | $425,625.00 |
| John Stuart | Managing Director | $725 | 239.7 | $173,782.50 |
| Steve Kotarba | Managing Director | $675 | 90.2 | $60,885.00 |
| Steve Kotarba | Managing Director | $650 | 8.6 | $5,590.00 |
| Jodi Ehrenhofer | Senior Director | $700 | 0.6 | $420.00 |
| Jodi Ehrenhofer | Senior Director | $650 | 8.9 | $5,785.00 |
| Matt Frank | Senior Director | $650 | 1.0 | $650.00 |
| Jodi Ehrenhofer | Senior Director | $625 | 48.4 | $30,250.00 |
| Jodi Ehrenhofer | Senior Director | $600 | 178.9 | $107,340.00 |
| Matt Frank | Director | $625 | 0.8 | $500.00 |
| Matt Frank | Director | $600 | 5.4 | $3,240.00 |
| Matt Frank | Director | $575 | 8.3 | $4,772.50 |
| David Blanks | Director | $550 | 144.0 | $79,200.00 |
| Jodi Ehrenhofer | Director | $525 | 11.0 | $5,775.00 |
| Kevin Sullivan | Director | $525 | 0.9 | $472.50 |
| Paul Kinealy | Director | $525 | 9.4 | $4,935.00 |
| Peter Mosley | Director | $525 | 2.0 | $1,050.00 |
| Paul Kinealy | Director | $500 | 5.5 | $2,750.00 |
| Andrew Costello | Associate | $525 | 2.6 | $1,365.00 |
| David Blanks | Senior Associate | $475 | 768.2 | $364,895.00 |
| Jeff Dwyer | Senior Associate | $475 | 9.1 | $4,322.50 |
| Taylor Atwood | Senior Associate | $475 | 18.4 | $8,740.00 |
| William Lucas | Associate | $475 | 34.0 | $16,150.00 |
| David Blanks | Senior Associate | $450 | 545.1 | $245,295.00 |
| Taylor Atwood | Senior Associate | $450 | 27.1 | $12,195.00 |
| Jeff Dwyer | Associate | $425 | 1.6 | $680.00 |
| Peyton Heath | Associate | $425 | 40.6 | $17,255.00 |

*Exhibit I*

*Combined - All Entities*
*Summary of Time Detail by Professional*
*April 29, 2014 through March 9, 2018*

**POR / Disclosure Statement**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Rich Carter | Consultant | $500 | 5.2 | $2,600.00 |
| Rich Carter | Consultant | $475 | 13.4 | $6,365.00 |
| Richard Carter | Consultant | $450 | 89.8 | $40,410.00 |
| Richard Carter | Consultant | $425 | 173.9 | $73,907.50 |
| William Lucas | Analyst | $425 | 133.1 | $56,567.50 |
| Jon Rafpor | Analyst | $400 | 2.0 | $800.00 |
| Jon Rafpor | Analyst | $375 | 2.8 | $1,050.00 |
| Peyton Heath | Analyst | $375 | 252.0 | $94,500.00 |
| Jon Rafpor | Analyst | $350 | 18.0 | $6,300.00 |
| Michael Williams | Analyst | $350 | 42.7 | $14,945.00 |
| Peyton Heath | Analyst | $350 | 682.8 | $238,980.00 |
| Sarah Pittman | Analyst | $350 | 5.4 | $1,890.00 |
| Peyton Heath | Analyst | $325 | 163.4 | $53,105.00 |
| Robert Country | Analyst | $325 | 5.3 | $1,722.50 |
| | | | 4,729.9 | $2,475,702.50 |

*Exhibit I*

*Combined - All Entities*
*Summary of Time Detail by Professional*
*April 29, 2014 through March 9, 2018*

**Retention**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925 | 2.7 | $2,497.50 |
| Jeff Stegenga | Managing Director | $900 | 9.6 | $8,640.00 |
| Emmett Bergman | Managing Director | $750 | 0.3 | $225.00 |
| John Stuart | Managing Director | $750 | 1.9 | $1,425.00 |
| John Stuart | Managing Director | $725 | 3.1 | $2,247.50 |
| Steve Kotarba | Managing Director | $675 | 2.7 | $1,822.50 |
| Steve Kotarba | Managing Director | $650 | 23.7 | $15,405.00 |
| Matt Frank | Director | $600 | 4.4 | $2,640.00 |
| Matt Frank | Director | $575 | 1.7 | $977.50 |
| Peter Mosley | Director | $525 | 11.9 | $6,247.50 |
| Kevin Sullivan | Director | $500 | 51.1 | $25,550.00 |
| David Blanks | Senior Associate | $450 | 6.3 | $2,835.00 |
| Jeff Dwyer | Associate | $425 | 1.4 | $595.00 |
| Jon Rafpor | Analyst | $375 | 7.5 | $2,812.50 |
| Jon Rafpor | Analyst | $350 | 18.3 | $6,405.00 |
| Peyton Heath | Analyst | $350 | 2.7 | $945.00 |
| Michael Dvorak | Analyst | $325 | 7.4 | $2,405.00 |
| Michael Williams | Analyst | $325 | 1.4 | $455.00 |
| Peyton Heath | Analyst | $325 | 2.6 | $845.00 |
| Robert Country | Analyst | $325 | 22.4 | $7,280.00 |
| Sarah Pittman | Analyst | $325 | 25.5 | $8,287.50 |
| | | | 208.6 | $100,542.50 |

*Exhibit I*

*Combined - All Entities*
*Summary of Time Detail by Professional*
*April 29, 2014 through March 9, 2018*

**Statements & Schedules**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925 | 0.5 | $462.50 |
| Jeff Stegenga | Managing Director | $900 | 58.0 | $52,200.00 |
| Emmett Bergman | Managing Director | $750 | 3.7 | $2,775.00 |
| John Stuart | Managing Director | $725 | 20.6 | $14,935.00 |
| Steve Kotarba | Managing Director | $675 | 16.6 | $11,205.00 |
| Steve Kotarba | Managing Director | $650 | 343.5 | $223,275.00 |
| Jodi Ehrenhofer | Senior Director | $600 | 8.6 | $5,160.00 |
| Matt Frank | Director | $575 | 4.8 | $2,760.00 |
| Jodi Ehrenhofer | Director | $525 | 573.1 | $300,877.50 |
| Mark Zeiss | Director | $525 | 0.8 | $420.00 |
| Peter Mosley | Director | $525 | 1.6 | $840.00 |
| Kevin Sullivan | Director | $500 | 342.8 | $171,400.00 |
| Mark Zeiss | Director | $500 | 308.6 | $154,300.00 |
| Matt Williams | Director | $500 | 142.8 | $71,400.00 |
| Paul Kinealy | Director | $500 | 330.6 | $165,300.00 |
| Andrew Hansen | Consultant | $325 | 17.8 | $5,785.00 |
| David Blanks | Senior Associate | $450 | 13.8 | $6,210.00 |
| Taylor Atwood | Senior Associate | $450 | 12.4 | $5,580.00 |
| Jeff Dwyer | Associate | $425 | 14.6 | $6,205.00 |
| Daisy Fitzgerald | Associate | $400 | 0.6 | $240.00 |
| Richard Carter | Consultant | $400 | 13.2 | $5,280.00 |
| Kara Harmon | Consultant | $375 | 5.8 | $2,175.00 |
| Jon Rafpor | Analyst | $350 | 38.0 | $13,300.00 |
| Michael Williams | Analyst | $350 | 12.9 | $4,515.00 |
| Michael Dvorak | Analyst | $325 | 41.7 | $13,552.50 |
| Michael Williams | Analyst | $325 | 406.9 | $132,242.50 |
| Robert Country | Analyst | $325 | 105.9 | $34,417.50 |
| | | | 2,840.2 | $1,406,812.50 |

Exhibit I

*Combined - All Entities*
*Summary of Time Detail by Professional*
*April 29, 2014 through March 9, 2018*

**Status Meetings**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950 | 7.6 | $7,220.00 |
| Jeff Stegenga | Managing Director | $925 | 62.4 | $57,720.00 |
| Jeff Stegenga | Managing Director | $900 | 73.2 | $65,880.00 |
| Emmett Bergman | Managing Director | $775 | 0.5 | $387.50 |
| John Stuart | Managing Director | $775 | 9.5 | $7,362.50 |
| Emmett Bergman | Managing Director | $750 | 71.4 | $53,550.00 |
| John Stuart | Managing Director | $750 | 60.1 | $45,075.00 |
| John Stuart | Managing Director | $725 | 62.7 | $45,457.50 |
| Steve Kotarba | Managing Director | $675 | 34.6 | $23,355.00 |
| Steve Kotarba | Managing Director | $650 | 62.5 | $40,625.00 |
| Jodi Ehrenhofer | Senior Director | $625 | 8.9 | $5,562.50 |
| Jodi Ehrenhofer | Senior Director | $600 | 11.5 | $6,900.00 |
| Matt Frank | Director | $625 | 5.3 | $3,312.50 |
| Matt Frank | Director | $600 | 97.8 | $58,680.00 |
| Matt Frank | Director | $575 | 24.0 | $13,800.00 |
| Jodi Ehrenhofer | Director | $525 | 22.8 | $11,970.00 |
| Kevin Sullivan | Director | $525 | 0.3 | $157.50 |
| Peter Mosley | Director | $525 | 51.7 | $27,142.50 |
| Paul Kinealy | Director | $500 | 0.9 | $450.00 |
| David Blanks | Senior Associate | $475 | 2.3 | $1,092.50 |
| Henrique Biscolla | Senior Associate | $475 | 2.3 | $1,092.50 |
| Jeff Dwyer | Senior Associate | $475 | 212.5 | $100,937.50 |
| David Blanks | Senior Associate | $450 | 9.0 | $4,050.00 |
| Taylor Atwood | Senior Associate | $450 | 15.9 | $7,155.00 |
| Daisy Fitzgerald | Associate | $425 | 1.0 | $425.00 |
| Jeff Dwyer | Associate | $425 | 91.4 | $38,845.00 |
| Daisy Fitzgerald | Associate | $400 | 24.1 | $9,640.00 |
| Scott Safron | Associate | $375 | 0.6 | $225.00 |
| Scott Safron | Associate | $300 | 0.6 | $180.00 |
| Jon Rafpor | Analyst | $375 | 43.9 | $16,462.50 |
| Jon Rafpor | Analyst | $350 | 13.1 | $4,567.50 |
| Michael Williams | Analyst | $325 | 0.4 | $130.00 |
| Robert Country | Analyst | $325 | 1.5 | $487.50 |
| | | | 1,086.3 | $659,897.50 |

*Exhibit I*

### Combined - All Entities
### Summary of Time Detail by Professional
### April 29, 2014 through March 9, 2018

**Strategic Transaction Asset Sale**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950 | 0.4 | $380.00 |
| Tyler Horton | Managing Director | $950 | 20.0 | $19,000.00 |
| Jeff Stegenga | Managing Director | $925 | 0.5 | $462.50 |
| Mike White | Managing Director | $920 | 1.2 | $1,104.00 |
| Kent Willetts | Managing Director | $765 | 16.7 | $12,775.50 |
| John Stuart | Managing Director | $750 | 1.6 | $1,200.00 |
| John Stuart | Managing Director | $725 | 167.3 | $121,292.50 |
| Jeff Foster | Managing Director | $715 | 1.0 | $715.00 |
| Jonathan Vanderveen | Managing Director | $675 | 129.4 | $87,345.00 |
| Curtis Moody | Sr. Director | $665 | 36.1 | $24,006.50 |
| Jeff Gerarde | Director | $630 | 5.0 | $3,150.00 |
| Matt Frank | Director | $625 | 0.3 | $187.50 |
| Derek Myers | Director | $570 | 40.4 | $23,028.00 |
| Holly Sjostrom | Director | $500 | 152.9 | $76,450.00 |
| Adam Buchler | Manager | $450 | 33.1 | $14,895.00 |
| David Blanks | Senior Associate | $450 | 102.2 | $45,990.00 |
| Taylor Atwood | Senior Associate | $450 | 0.6 | $270.00 |
| Jeff Dwyer | Associate | $425 | 0.3 | $127.50 |
| Connie Wong | Associate | $360 | 2.6 | $936.00 |
| Benjamin Strickler | Associate | $300 | 1.8 | $540.00 |
| Sarah Pittman | Analyst | $325 | 4.4 | $1,430.00 |
| | | | 717.8 | $435,285.00 |

*Exhibit I*

### *Combined - All Entities*
### *Summary of Time Detail by Professional*
### *April 29, 2014 through March 9, 2018*

**Tax Review & Support**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Brian Pedersen | Managing Director | $950 | 16.0 | $15,200.00 |
| Chris Howe | Managing Director | $950 | 41.5 | $39,425.00 |
| William Seaway | Managing Director | $950 | 7.8 | $7,410.00 |
| Michael Eagan | Managing Director | $900 | 61.3 | $55,170.00 |
| Alan Cathart | Senior Director | $810 | 0.6 | $486.00 |
| Jeff Schwarcz | Senior Director | $750 | 3.1 | $2,325.00 |
| Michael Farkas | Director | $660 | 12.0 | $7,920.00 |
| Sloane Kukanza | Director | $450 | 14.8 | $6,660.00 |
| Taylor Zolbe | Senior Associate | $510 | 37.6 | $19,176.00 |
| | | | 194.7 | $153,772.00 |

*Exhibit I*

*Combined - All Entities*
*Summary of Time Detail by Professional*
*April 29, 2014 through March 9, 2018*

**Travel Time**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925 | 5.6 | $5,180.00 |
| Jeff Stegenga | Managing Director | $900 | 32.5 | $29,250.00 |
| John Stuart | Managing Director | $850 | 4.4 | $3,740.00 |
| John Stuart | Managing Director | $800 | 1.0 | $800.00 |
| Emmett Bergman | Managing Director | $775 | 50.0 | $38,750.00 |
| John Stuart | Managing Director | $775 | 13.0 | $10,075.00 |
| Emmett Bergman | Managing Director | $750 | 349.2 | $261,900.00 |
| John Stuart | Managing Director | $750 | 6.6 | $4,950.00 |
| John Stuart | Managing Director | $725 | 14.6 | $10,585.00 |
| Steve Kotarba | Managing Director | $675 | 45.0 | $30,375.00 |
| Steve Kotarba | Managing Director | $650 | 78.4 | $50,960.00 |
| Jodi Ehrenhofer | Senior Director | $625 | 32.7 | $20,437.50 |
| Jodi Ehrenhofer | Senior Director | $600 | 67.0 | $40,200.00 |
| Matt Frank | Director | $625 | 8.7 | $5,437.50 |
| Matt Frank | Director | $600 | 112.2 | $67,320.00 |
| Matt Frank | Director | $575 | 68.6 | $39,445.00 |
| Paul Kinealy | Director | $550 | 16.8 | $9,240.00 |
| Jodi Ehrenhofer | Director | $525 | 75.0 | $39,375.00 |
| Mark Zeiss | Director | $525 | 3.0 | $1,575.00 |
| Paul Kinealy | Director | $525 | 74.3 | $39,007.50 |
| Rich Newman | Director | $525 | 1.0 | $525.00 |
| Kevin Sullivan | Director | $500 | 38.0 | $19,000.00 |
| Mark Zeiss | Director | $500 | 3.0 | $1,500.00 |
| Paul Kinealy | Director | $500 | 30.0 | $15,000.00 |
| David Blanks | Senior Associate | $475 | 4.0 | $1,900.00 |
| Henrique Biscolla | Senior Associate | $475 | 16.5 | $7,837.50 |
| Jeff Dwyer | Senior Associate | $475 | 187.0 | $88,825.00 |
| Taylor Atwood | Senior Associate | $450 | 7.8 | $3,510.00 |
| Jeff Dwyer | Associate | $425 | 129.0 | $54,825.00 |
| Daisy Fitzgerald | Associate | $400 | 131.2 | $52,480.00 |
| Richard Carter | Consultant | $450 | 43.5 | $19,575.00 |
| Richard Carter | Consultant | $425 | 74.5 | $31,662.50 |
| Richard Carter | Consultant | $400 | 22.0 | $8,800.00 |
| Michael Williams | Consultant | $375 | 27.0 | $10,125.00 |
| Peyton Heath | Analyst | $375 | 4.0 | $1,500.00 |

*Exhibit I*

### *Combined - All Entities*
### *Summary of Time Detail by Professional*
### *April 29, 2014 through March 9, 2018*

**Travel Time**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Michael Williams | Analyst | $350 | 126.0 | $44,100.00 |
| Michael Dvorak | Analyst | $325 | 79.5 | $25,837.50 |
| Michael Williams | Analyst | $325 | 54.0 | $17,550.00 |
| Robert Country | Analyst | $325 | 104.0 | $33,800.00 |
| | | | 2,140.6 | $1,146,955.00 |

*Exhibit I*

*Combined - All Entities*
*Summary of Time Detail by Professional*
*April 29, 2014 through March 9, 2018*

**UST Reporting Requirements**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $950 | 0.4 | $380.00 |
| Jeff Stegenga | Managing Director | $925 | 3.4 | $3,145.00 |
| Jeff Stegenga | Managing Director | $900 | 58.0 | $52,200.00 |
| Emmett Bergman | Managing Director | $750 | 8.2 | $6,150.00 |
| John Stuart | Managing Director | $750 | 0.4 | $300.00 |
| John Stuart | Managing Director | $725 | 26.3 | $19,067.50 |
| Steve Kotarba | Managing Director | $675 | 8.6 | $5,805.00 |
| Steve Kotarba | Managing Director | $650 | 117.9 | $76,635.00 |
| Jodi Ehrenhofer | Senior Director | $700 | 1.5 | $1,050.00 |
| Kevin Sullivan | Director | $600 | 4.1 | $2,460.00 |
| Kevin Sullivan | Director | $575 | 66.6 | $38,295.00 |
| Matt Frank | Director | $600 | 0.3 | $180.00 |
| Matt Frank | Director | $575 | 0.7 | $402.50 |
| Kevin Sullivan | Director | $550 | 114.9 | $63,195.00 |
| Jodi Ehrenhofer | Director | $525 | 35.4 | $18,585.00 |
| Kevin Sullivan | Director | $525 | 170.0 | $89,250.00 |
| Peter Mosley | Director | $525 | 9.4 | $4,935.00 |
| Kevin Sullivan | Director | $500 | 266.4 | $133,200.00 |
| Paul Kinealy | Director | $500 | 92.7 | $46,350.00 |
| David Blanks | Senior Associate | $450 | 0.4 | $180.00 |
| Taylor Atwood | Senior Associate | $450 | 26.4 | $11,880.00 |
| Jeff Dwyer | Associate | $425 | 9.6 | $4,080.00 |
| Scott Safron | Associate | $375 | 0.5 | $187.50 |
| Jon Rafpor | Analyst | $350 | 5.4 | $1,890.00 |
| Peyton Heath | Analyst | $350 | 1.7 | $595.00 |
| Robert Country | Analyst | $325 | 6.1 | $1,982.50 |
| Lara Suvada | Paraprofessional | $100 | 13.3 | $1,330.00 |
| | | | 1,048.6 | $583,710.00 |

Exhibit I

## Combined - All Entities
## Summary of Time Detail by Professional
## April 29, 2014 through March 9, 2018

**Vendor Management**

| Professional | Position | Billing Rate | Sum of Hours | Sum of Fees |
|---|---|---|---|---|
| Jeff Stegenga | Managing Director | $925 | 26.8 | $24,790.00 |
| Jeff Stegenga | Managing Director | $900 | 36.2 | $32,580.00 |
| Emmett Bergman | Managing Director | $775 | 145.2 | $112,530.00 |
| Emmett Bergman | Managing Director | $750 | 662.1 | $496,575.00 |
| John Stuart | Managing Director | $725 | 0.7 | $507.50 |
| Steve Kotarba | Managing Director | $650 | 4.3 | $2,795.00 |
| Matt Frank | Director | $625 | 3.4 | $2,125.00 |
| Matt Frank | Director | $600 | 97.6 | $58,560.00 |
| Matt Frank | Director | $575 | 148.7 | $85,502.50 |
| Peter Mosley | Director | $525 | 186.0 | $97,650.00 |
| Jeff Dwyer | Senior Associate | $500 | 2.1 | $1,050.00 |
| Jeff Dwyer | Senior Associate | $475 | 587.5 | $279,062.50 |
| Taylor Atwood | Senior Associate | $450 | 1.2 | $540.00 |
| Jeff Dwyer | Associate | $425 | 420.3 | $178,627.50 |
| Daisy Fitzgerald | Associate | $400 | 132.0 | $52,800.00 |
| Jon Rafpor | Analyst | $375 | 241.7 | $90,637.50 |
| Sarah Pittman | Analyst | $375 | 2.4 | $900.00 |
| Jon Rafpor | Analyst | $350 | 337.8 | $118,230.00 |
| Michael Williams | Analyst | $325 | 6.4 | $2,080.00 |
| | | | 3,042.4 | $1,637,542.50 |