**Exhibit A**

**List of Professionals**

| Professional Person | Position with the Applicant | Hourly Rate Billed | |
|---|---|---|---|
| | | Upon Retention | In the final Application |
| Todd W. Filsinger | Senior Managing Director | $750 | $750 |
| Gary Germeroth | Managing Director | $720 | $720 |
| Jean Bailie (Agras) | Managing Director | $720 | $720 |
| Dave Andrus | Director | $645 | $645 |
| Don Chambless | Director | $525 | $525 |
| Michael Green | Director | $550 | $550 |
| Paul Harmon | Director | $575 | $575 |
| Scott Davis | Director | $545 | $545 |
| Tim Wang | Director | $575 | $575 |
| Buck Monday | Managing Consultant | $450 | $450 |
| Jill Kawakami | Managing Consultant | $430 | $430 |
| Julie Lee | Managing Consultant | $495 | $495 |
| Kimberly Eckert | Managing Consultant | $495 | $495 |
| Michael Gadsden | Managing Consultant | $460 | $460 |
| Michael McDermott | Managing Consultant | $495 | $495 |
| Michael Perry | Managing Consultant | $410 | $410 |
| Nathan Pollak | Managing Consultant | $405 | $460 |
| Samuel Schreiber | Managing Consultant | $455 | $455 |
| Stephanie Kurth | Managing Consultant | $405 | $405 |
| Laura Hatanaka | Consultant | $390 | $390 |
| Pamela Morin | Consultant | $380 | $380 |
| Sean Costello | Consultant | $405 | $405 |
| Alex Vinton | Analyst | $275 | $275 |
| Brian Rettig | Analyst | $275 | $275 |
| Thomas Weiderspon | Asst. Analyst | $180 | $180 |