**Exhibit B**

**Compensation by Project Category**

| Project Category Number | Project Category Description | Hours | Total Compensation[1] |
|---|---|---|---|
| 1 | Long-Range Forecast | 6,554.40 | $3,629,441.50 |
| 2 | Metric Analysis | 1,989.35 | $1,054,094.00 |
| 3 | Generation Analysis | 5,743.55 | $2,918,488.50 |
| 4 | Retail Analysis | 2,613.10 | $1,198,344.50 |
| 5 | Commodity Analysis | 3,466.50 | $1,730,109.00 |
| 6 | Competitor Analysis | 1,384.10 | $699,358.00 |
| 7 | EBITDA Projection | 1,695.90 | $914,402.00 |
| 8 | Environmental Analysis | 2,164.50 | $1,213,192.00 |
| 9 | Short-Range Forecast | 711.9 | $378,062.50 |
| 10 | Capital Projects | 180.7 | $105,349.00 |
| 11 | Wholesale Operations | 1,233.50 | $746,452.00 |
| 12 | Retail Operations | 1,151.80 | $605,033.00 |
| 13 | T&D Operations | 4,178.80 | $1,923,754.00 |
| 14 | Data Collection and Diligence | 3,809.50 | $1,886,135.50 |
| 15 | Reports | 3,533.20 | $1,900,025.00 |
| 16 | Hearings | 431.6 | $290,132.50 |
| 17 | On-Site Diligence | 3,017.05 | $1,673,114.50 |
| 18 | Project Management | 686.05 | $389,302.00 |
| 19 | Project Administration | 195.2 | $98,468.50 |
| 20 | T&D Forecast | 2,934.50 | $1,860,342.50 |
| 21 | Fee Objection Discussion and Litigation | 1 | $455.00 |
| 22 | Fee Application | 616.4 | $272,884.50 |
| 23 | Business Services Analysis | 14.5 | $9,867.50 |
| 24 | Retail Margins | 198.5 | $96,047.50 |
| 25 | T&D Market Research | 269.9 | $134,809.00 |
| 26 | Wholesale Market Research | 308.8 | $159,764.00 |
| 27 | Retail Market Research | 786 | $404,745.00 |
| 28 | Performance Analysis | 103.6 | $54,317.50 |
| 29 | Sales, General & Administrative Analysis | 254.5 | $129,175.00 |

---

[1] Amounts shown are requested amounts, prior to agreed-upon Fee Committee Adjustments.

| Project Category Number | Project Category Description | Hours | Total Compensation[1] |
|---|---|---|---|
| 30 | Portfolio Analysis | 209.1 | $117,975.00 |
| 31 | Oncor Revenue Analysis | 209.9 | $127,835.00 |
| 32 | Oncor Capital Structure | 240.8 | $147,605.00 |
| 33 | Regulatory Analysis | 403.1 | $257,218.00 |
| 34 | Claims & Settlement Issues | 139.9 | $98,257.50 |
| 35 | Property Tax Analysis | 917.6 | $528,657.50 |
| 36 | Analysis of Competitive Portfolios | 761.7 | $469,565.00 |
| **Total Requested** | | **53,110.50** | **$28,222,778.50** |
| **Total Agreed-Upon Reductions** | | | **($110,240.75)** |
| **Total Approved Fees** | | | **$28,112,537.75** |

2