**Exhibit C**

**Summary of Actual and Necessary Expenses for the Fee Period**

| Expense[1] | Amount |
|---|---:|
| Lodging | $400,116.96 |
| Airfare | $450,398.54 |
| Ground Transportation | $176,309.95 |
| Market Research | $120,938.58 |
| Travel Meals | $89,420.69 |
| Copies & Delivery | $230.48 |
| Other | $302.22 |
| **Totals:** | **$1,237,717.42** |

---

[1] Travel expense categories included in this table have been summarized compared to the detailed schedules previously provided. Amounts shown include Fee Committee Adjustments.

RLF1 19189018v.1