## Exhibit D

**Summary of Fees by Professional by Matter**

RLF1 19189018v.1

Exhibit D
Matter by Professional

| Matter # | Matter | Alex Vinton Total Hours | Alex Vinton Total Fees | Brian Rettig Total Hours | Brian Rettig Total Fees | Buck Monday Total Hours | Buck Monday Total Fees | Dav Total Hours |
|---|---|---|---|---|---|---|---|---|
| 1 | Long-Range Forecast | | | 25.30 | $6,957.50 | 10.00 | $4,500.00 | |
| 2 | Metric Analysis | 221.80 | $60,995.00 | | | | | |
| 3 | Generation Analysis | 90.10 | $24,777.50 | 21.20 | $5,830.00 | | | |
| 4 | Retail Analysis | 298.80 | $82,170.00 | | | | | |
| 5 | Commodity Analysis | 226.50 | $62,287.50 | | | | | |
| 6 | Competitor Analysis | 140.80 | $38,720.00 | 17.00 | $4,675.00 | | | |
| 7 | EBITDA Projection | | | 11.00 | $3,025.00 | | | |
| 8 | Environmental Analysis | | | | | | | |
| 9 | Short-Range Forecast | | | | | | | |
| 10 | Capital Projects | | | | | | | 4.00 |
| 11 | Wholesale Operations | | | | | | | |
| 12 | Retail Operations | 156.00 | $42,900.00 | 87.30 | $24,007.50 | | | |
| 13 | T&D Operations | 1,145.00 | $314,875.00 | | | 1,103.00 | $496,350.00 | 437.50 |
| 14 | Data Collection and Diligence | 6.50 | $1,787.50 | 2.50 | $687.50 | | | |
| 15 | Reports | 104.50 | $28,737.50 | | | 7.00 | $3,150.00 | |
| 16 | Hearings | | | | | | | |
| 17 | On-Site Diligence | 99.40 | $27,335.00 | | | 10.50 | $4,725.00 | 163.50 |
| 18 | Project Management | 68.30 | $18,782.50 | | | 2.50 | $1,125.00 | |
| 19 | Project Administration | 7.10 | $1,952.50 | | | | | |
| 20 | T&D Forecast | | | | | 22.00 | $9,900.00 | 2,088.50 |
| 21 | Fee Objection Discussion & Litigation | | | | | | | |
| 22 | Fee Application | 6.50 | $1,787.50 | | | | | |
| 23 | Business Services Analysis | | | | | | | |
| 24 | Retail Margins | | | | | | | |
| 25 | T&D Market Research | | | | | | | 5.00 |
| 26 | Wholesale Market Research | | | | | | | |
| 27 | Retail Market Research | 11.50 | $3,162.50 | | | | | |
| 28 | Performance Analysis | | | | | | | |
| 29 | Sales, General & Administrative Analysis | | | | | | | |
| 30 | Portfolio Analysis | | | | | | | |
| 31 | Oncor Revenue Analysis | | | | | | | |
| 32 | Oncor Capital Analysis | | | | | | 16.00 | $7,200.00 | 102.00 |
| 33 | Regulatory Analysis | | | | | | | 312.00 |
| 34 | Claims & Settlement Issues | | | | | | | |
| 35 | Property Tax Analysis | | | | | | | |
| 36 | Analysis of Competitive Portfolios | | | | | | | 7.50 |
| **Grand Total** | | **2,582.80** | **$710,270.00** | **164.30** | **$45,182.50** | **1,171.00** | **$526,950.00** | **3,120.00** |

(1) Amounts shown exclude Fee Committee adjustments as the adjustment is de minimis to the total (approx .4%)

| Matter # | Matter | e Andrus Total Fees | Don Chambless Total Hours | Don Chambless Total Fees | Gary Germeroth Total Hours | Gary Germeroth Total Fees | Jean Bail Total Hours |
|---|---|---|---|---|---|---|---|
| 1 | Long-Range Forecast | | | | 307.20 | $221,184.00 | 1,304.90 |
| 2 | Metric Analysis | | | | 221.70 | $159,624.00 | 36.80 |
| 3 | Generation Analysis | | | | 333.50 | $240,120.00 | 360.70 |
| 4 | Retail Analysis | | | | 16.00 | $11,520.00 | |
| 5 | Commodity Analysis | | | | 160.50 | $115,560.00 | 284.20 |
| 6 | Competitor Analysis | | | | 187.70 | $135,144.00 | 34.50 |
| 7 | EBITDA Projection | | | | 89.50 | $64,440.00 | 200.00 |
| 8 | Environmental Analysis | | | | 104.30 | $75,096.00 | 573.40 |
| 9 | Short-Range Forecast | | | | 108.90 | $78,408.00 | 28.50 |
| 10 | Capital Projects | $2,580.00 | | | 23.00 | $16,560.00 | 5.00 |
| 11 | Wholesale Operations | | | | 386.30 | $278,136.00 | 12.50 |
| 12 | Retail Operations | | | | 225.60 | $162,432.00 | |
| 13 | T&D Operations | $282,187.50 | 115.00 | $60,375.00 | 207.20 | $149,184.00 | |
| 14 | Data Collection and Diligence | | 0.50 | $262.50 | 284.00 | $204,480.00 | 110.60 |
| 15 | Reports | | | | 634.80 | $457,056.00 | 78.80 |
| 16 | Hearings | | | | 136.30 | $98,136.00 | |
| 17 | On-Site Diligence | $105,457.50 | 6.50 | $3,412.50 | 377.70 | $271,944.00 | 143.00 |
| 18 | Project Management | | 2.00 | $1,050.00 | 77.20 | $55,584.00 | 66.50 |
| 19 | Project Administration | | | | 15.00 | $10,800.00 | 11.30 |
| 20 | T&D Forecast | $1,347,082.50 | | | 221.50 | $159,480.00 | 1.00 |
| 21 | Fee Objection Discussion & Litigation | | | | | | |
| 22 | Fee Application | | | | 13.50 | $9,720.00 | |
| 23 | Business Services Analysis | | | | 9.00 | $6,480.00 | |
| 24 | Retail Margins | | | | 8.00 | $5,760.00 | |
| 25 | T&D Market Research | $3,225.00 | | | 23.00 | $16,560.00 | 0.50 |
| 26 | Wholesale Market Research | | | | 15.50 | $11,160.00 | 25.00 |
| 27 | Retail Market Research | | | | 3.00 | $2,160.00 | |
| 28 | Performance Analysis | | | | 17.50 | $12,600.00 | |
| 29 | Sales, General & Administrative Analysis | | | | 13.00 | $9,360.00 | |
| 30 | Portfolio Analysis | | | | 8.50 | $6,120.00 | |
| 31 | Oncor Revenue Analysis | | | | 37.00 | $26,640.00 | 10.50 |
| 32 | Oncor Capital Analysis | $65,790.00 | | | 34.00 | $24,480.00 | |
| 33 | Regulatory Analysis | $201,240.00 | | | 6.00 | $4,320.00 | |
| 34 | Claims & Settlement Issues | | | | 80.00 | $57,600.00 | 36.50 |
| 35 | Property Tax Analysis | | | | 112.50 | $81,000.00 | 149.00 |
| 36 | Analysis of Competitive Portfolios | $4,837.50 | | | 140.00 | $100,800.00 | 231.50 |
| **Grand Total** | | **$2,012,400.00** | **124.00** | **$65,100.00** | **4,638.40** | **$3,339,648.00** | **3,704.70** |

(1) Amounts shown exclude Fee Committee adjustments as the adjustment is de minimis to the total (approx .4%)

| Matter # | Matter | ie (Agras) Total Fees | Jill Kawakami Total Hours | Jill Kawakami Total Fees | Julie Lee Total Hours | Julie Lee Total Fees | Kimberly Eckert Total Hours | Kimberly Eckert Total Fees |
|---|---|---|---|---|---|---|---|---|
| 1 | Long-Range Forecast | $939,528.00 | 1,003.80 | $431,634.00 | | | 30.50 | $15,097.50 |
| 2 | Metric Analysis | $26,496.00 | 33.20 | $14,276.00 | | | 2.50 | $1,237.50 |
| 3 | Generation Analysis | $259,704.00 | 597.70 | $257,011.00 | | | 6.00 | $2,970.00 |
| 4 | Retail Analysis | | | | | | 27.50 | $13,612.50 |
| 5 | Commodity Analysis | $204,624.00 | 216.90 | $93,267.00 | | | 5.50 | $2,722.50 |
| 6 | Competitor Analysis | $24,840.00 | | | | | 29.50 | $14,602.50 |
| 7 | EBITDA Projection | $144,000.00 | 22.60 | $9,718.00 | | | 30.50 | $15,097.50 |
| 8 | Environmental Analysis | $412,848.00 | 464.60 | $199,778.00 | 48.50 | $24,007.50 | 6.00 | $2,970.00 |
| 9 | Short-Range Forecast | $20,520.00 | 87.40 | $37,582.00 | | | | |
| 10 | Capital Projects | $3,600.00 | 3.10 | $1,333.00 | | | 3.50 | $1,732.50 |
| 11 | Wholesale Operations | $9,000.00 | 299.90 | $128,957.00 | | | | |
| 12 | Retail Operations | | | | | | 124.50 | $61,627.50 |
| 13 | T&D Operations | | | | | | 170.00 | $84,150.00 |
| 14 | Data Collection and Diligence | $79,632.00 | 366.70 | $157,681.00 | | | 69.00 | $34,155.00 |
| 15 | Reports | $56,736.00 | 94.40 | $40,592.00 | | | 109.00 | $53,955.00 |
| 16 | Hearings | | 8.20 | $3,526.00 | | | | |
| 17 | On-Site Diligence | $102,960.00 | 193.45 | $83,183.50 | 3.00 | $1,485.00 | 81.50 | $40,342.50 |
| 18 | Project Management | $47,880.00 | 44.70 | $19,221.00 | | | 2.00 | $990.00 |
| 19 | Project Administration | $8,136.00 | 9.40 | $4,042.00 | | | | |
| 20 | T&D Forecast | $720.00 | | | | | 167.50 | $82,912.50 |
| 21 | Fee Objection Discussion & Litigation | | | | | | | |
| 22 | Fee Application | | 7.50 | $3,225.00 | | | | |
| 23 | Business Services Analysis | | | | | | | |
| 24 | Retail Margins | | | | | | 14.00 | $6,930.00 |
| 25 | T&D Market Research | $360.00 | | | | | 85.50 | $42,322.50 |
| 26 | Wholesale Market Research | $18,000.00 | | | | | | |
| 27 | Retail Market Research | | | | | | 209.50 | $103,702.50 |
| 28 | Performance Analysis | | 4.00 | $1,720.00 | | | | |
| 29 | Sales, General & Administrative Analysis | | | | | | | |
| 30 | Portfolio Analysis | | 7.50 | $3,225.00 | | | 5.00 | $2,475.00 |
| 31 | Oncor Revenue Analysis | $7,560.00 | | | | | 3.50 | $1,732.50 |
| 32 | Oncor Capital Analysis | | | | | | 20.50 | $10,147.50 |
| 33 | Regulatory Analysis | | | | | | | |
| 34 | Claims & Settlement Issues | $26,280.00 | | | | | | |
| 35 | Property Tax Analysis | $107,280.00 | | | | | 6.50 | $3,217.50 |
| 36 | Analysis of Competitive Portfolios | $166,680.00 | 32.00 | $13,760.00 | | | 2.00 | $990.00 |
| **Grand Total** | | **$2,667,384.00** | **3,497.05** | **$1,503,731.50** | **51.50** | **$25,492.50** | **1,211.50** | **$599,692.50** |

(1) Amounts shown exclude Fee Committee adjustments as the adjustment is de minimis to the total (approx .4%)

Exhibit D
Matter by Professional

| Matter # | Matter | Laura Hatanaka Total Hours | Laura Hatanaka Total Fees | Michael Gadsden Total Hours | Michael Gadsden Total Fees | Michael Green Total Hours | Michael Green Total Fees |
|---|---|---|---|---|---|---|---|
| 1 | Long-Range Forecast | 693.60 | $270,504.00 | 166.30 | $76,498.00 | 9.00 | $4,950.00 |
| 2 | Metric Analysis | 401.30 | $156,507.00 | 33.90 | $15,594.00 | | |
| 3 | Generation Analysis | 787.90 | $307,281.00 | 813.60 | $374,256.00 | 131.75 | $72,462.50 |
| 4 | Retail Analysis | 3.00 | $1,170.00 | 4.50 | $2,070.00 | | |
| 5 | Commodity Analysis | 124.30 | $48,477.00 | 418.20 | $192,372.00 | | |
| 6 | Competitor Analysis | 295.10 | $115,089.00 | 15.20 | $6,992.00 | | |
| 7 | EBITDA Projection | 15.50 | $6,045.00 | 450.00 | $207,000.00 | 4.00 | $2,200.00 |
| 8 | Environmental Analysis | 191.90 | $74,841.00 | 100.70 | $46,322.00 | 10.00 | $5,500.00 |
| 9 | Short-Range Forecast | 169.60 | $66,144.00 | 47.70 | $21,942.00 | | |
| 10 | Capital Projects | 2.00 | $780.00 | 20.40 | $9,384.00 | | |
| 11 | Wholesale Operations | 19.50 | $7,605.00 | 36.00 | $16,560.00 | | |
| 12 | Retail Operations | 6.50 | $2,535.00 | | | | |
| 13 | T&D Operations | 122.00 | $47,580.00 | 133.90 | $61,594.00 | 19.00 | $10,450.00 |
| 14 | Data Collection and Diligence | 444.30 | $173,277.00 | 211.60 | $97,336.00 | 104.00 | $57,200.00 |
| 15 | Reports | 153.10 | $59,709.00 | 366.30 | $168,498.00 | 35.50 | $19,525.00 |
| 16 | Hearings | 4.00 | $1,560.00 | 25.20 | $11,592.00 | | |
| 17 | On-Site Diligence | 193.65 | $75,523.50 | 232.85 | $107,111.00 | 34.00 | $18,700.00 |
| 18 | Project Management | 2.00 | $780.00 | 14.20 | $6,532.00 | | |
| 19 | Project Administration | 14.70 | $5,733.00 | 4.10 | $1,886.00 | | |
| 20 | T&D Forecast | 40.50 | $15,795.00 | 36.00 | $16,560.00 | | |
| 21 | Fee Objection Discussion & Litigation | | | | | | |
| 22 | Fee Application | 3.50 | $1,365.00 | 4.50 | $2,070.00 | | |
| 23 | Business Services Analysis | | | | | | |
| 24 | Retail Margins | | | 0.50 | $230.00 | | |
| 25 | T&D Market Research | 82.50 | $32,175.00 | 2.90 | $1,334.00 | | |
| 26 | Wholesale Market Research | 16.50 | $6,435.00 | 23.50 | $10,810.00 | | |
| 27 | Retail Market Research | | | | | | |
| 28 | Performance Analysis | 18.00 | $7,020.00 | 2.00 | $920.00 | | |
| 29 | Sales, General & Administrative Analysis | 21.50 | $8,385.00 | 3.50 | $1,610.00 | | |
| 30 | Portfolio Analysis | 0.50 | $195.00 | 24.50 | $11,270.00 | 7.50 | $4,125.00 |
| 31 | Oncor Revenue Analysis | | | 82.50 | $37,950.00 | | |
| 32 | Oncor Capital Analysis | 11.50 | $4,485.00 | | | | |
| 33 | Regulatory Analysis | | | 4.80 | $2,208.00 | | |
| 34 | Claims & Settlement Issues | 4.00 | $1,560.00 | | | | |
| 35 | Property Tax Analysis | 41.00 | $15,990.00 | 22.50 | $10,350.00 | 96.50 | $53,075.00 |
| 36 | Analysis of Competitive Portfolios | 7.00 | $2,730.00 | | | | |
| **Grand Total** | | **3,890.45** | **$1,517,275.50** | **3,301.85** | **$1,518,851.00** | **451.25** | **$248,187.50** |

(1) Amounts shown exclude Fee Committee adjustments as the adjustment is de minimis to the total (approx .4%)

| Matter # | Matter | Michael McDermott Total Hours | Michael McDermott Total Fees | Michael Perry Total Hours | Michael Perry Total Fees | Nathan Pollak Total Hours | Nathan Pollak Total Fees | Pam… Total Hours |
|---|---|---|---|---|---|---|---|---|
| 1 | Long-Range Forecast | | | 46.50 | $19,065.00 | 394.00 | $168,177.50 | |
| 2 | Metric Analysis | | | 57.20 | $23,452.00 | 28.50 | $12,642.50 | |
| 3 | Generation Analysis | | | 230.70 | $94,587.00 | 419.00 | $186,745.00 | |
| 4 | Retail Analysis | | | 17.00 | $6,970.00 | 835.00 | $353,575.00 | |
| 5 | Commodity Analysis | | | 764.00 | $313,240.00 | 228.50 | $103,267.50 | |
| 6 | Competitor Analysis | 0.50 | $247.50 | 22.30 | $9,143.00 | 100.50 | $41,830.00 | |
| 7 | EBITDA Projection | | | 2.70 | $1,107.00 | 207.00 | $89,362.50 | |
| 8 | Environmental Analysis | | | 114.50 | $46,945.00 | 14.00 | $6,275.00 | |
| 9 | Short-Range Forecast | | | 10.00 | $4,100.00 | | | |
| 10 | Capital Projects | | | 38.20 | $15,662.00 | | | |
| 11 | Wholesale Operations | | | 33.50 | $13,735.00 | 71.00 | $32,660.00 | |
| 12 | Retail Operations | | | 35.70 | $14,637.00 | 10.00 | $4,600.00 | |
| 13 | T&D Operations | 10.50 | $5,197.50 | 39.00 | $15,990.00 | 38.00 | $16,462.50 | |
| 14 | Data Collection and Diligence | 11.00 | $5,445.00 | 710.20 | $291,182.00 | 161.50 | $69,532.50 | |
| 15 | Reports | 3.00 | $1,485.00 | 529.90 | $217,259.00 | 136.50 | $62,625.00 | |
| 16 | Hearings | | | 12.50 | $5,125.00 | 5.00 | $2,162.50 | |
| 17 | On-Site Diligence | | | 10.30 | $4,223.00 | 199.00 | $86,260.00 | |
| 18 | Project Management | | | 34.30 | $14,063.00 | 6.50 | $2,632.50 | |
| 19 | Project Administration | | | 18.10 | $7,421.00 | 2.00 | $810.00 | 37.70 |
| 20 | T&D Forecast | | | 0.50 | $205.00 | | | |
| 21 | Fee Objection Discussion & Litigation | | | | | | | |
| 22 | Fee Application | | | 7.00 | $2,870.00 | | | 350.50 |
| 23 | Business Services Analysis | | | | | | | |
| 24 | Retail Margins | | | | | 104.50 | $45,375.00 | |
| 25 | T&D Market Research | | | 4.50 | $1,845.00 | 6.50 | $2,687.50 | |
| 26 | Wholesale Market Research | | | 27.50 | $11,275.00 | 63.00 | $28,980.00 | |
| 27 | Retail Market Research | | | 7.50 | $3,075.00 | 65.00 | $29,377.50 | |
| 28 | Performance Analysis | | | 3.00 | $1,230.00 | 21.00 | $9,660.00 | |
| 29 | Sales, General & Administrative Analysis | | | | | 109.50 | $49,930.00 | |
| 30 | Portfolio Analysis | | | 7.00 | $2,870.00 | 13.00 | $5,540.00 | |
| 31 | Oncor Revenue Analysis | | | | | 2.50 | $1,150.00 | |
| 32 | Oncor Capital Analysis | | | | | 1.00 | $460.00 | |
| 33 | Regulatory Analysis | | | 18.00 | $7,380.00 | 6.00 | $2,760.00 | |
| 34 | Claims & Settlement Issues | | | | | | | |
| 35 | Property Tax Analysis | | | 14.50 | $5,945.00 | | | |
| 36 | Analysis of Competitive Portfolios | | | | | 24.00 | $11,040.00 | |
| | **Grand Total** | **25.00** | **$12,375.00** | **2,816.10** | **$1,154,601.00** | **3,272.00** | **$1,426,580.00** | **388.20** |

(1) Amounts shown exclude Fee Committee adjustments as the adjustment is de minimis to the total (approx .4%)

Exhibit D
Matter by Professional

| Matter # | Matter | ela Morin Total Fees | Paul Harmon Total Hours | Paul Harmon Total Fees | Samuel Schreiber Total Hours | Samuel Schreiber Total Fees | Scott Davis Total Hours | Scott Davis Total Fees |
|---|---|---|---|---|---|---|---|---|
| 1 | Long-Range Forecast | | 136.00 | $78,200.00 | 300.10 | $136,545.50 | 863.90 | $470,825.50 |
| 2 | Metric Analysis | | 26.80 | $15,410.00 | 209.60 | $95,368.00 | 276.50 | $150,692.50 |
| 3 | Generation Analysis | | 466.90 | $268,467.50 | 608.90 | $277,049.50 | 15.00 | $8,175.00 |
| 4 | Retail Analysis | | | | 693.90 | $315,724.50 | 591.60 | $322,422.00 |
| 5 | Commodity Analysis | | 48.00 | $27,600.00 | 319.00 | $145,145.00 | 14.90 | $8,120.50 |
| 6 | Competitor Analysis | | | | 217.90 | $99,144.50 | 162.90 | $88,780.50 |
| 7 | EBITDA Projection | | | | 100.10 | $45,545.50 | 369.70 | $201,486.50 |
| 8 | Environmental Analysis | | 5.50 | $3,162.50 | 128.90 | $58,649.50 | | |
| 9 | Short-Range Forecast | | | | 83.00 | $37,765.00 | 68.20 | $37,169.00 |
| 10 | Capital Projects | | 11.10 | $6,382.50 | 12.00 | $5,460.00 | | |
| 11 | Wholesale Operations | | | | 65.80 | $29,939.00 | | |
| 12 | Retail Operations | | | | 91.40 | $41,587.00 | 294.60 | $160,557.00 |
| 13 | T&D Operations | | 437.50 | $251,562.50 | 47.70 | $21,703.50 | 3.00 | $1,635.00 |
| 14 | Data Collection and Diligence | | 142.20 | $81,765.00 | 316.80 | $144,144.00 | 482.40 | $262,908.00 |
| 15 | Reports | | 55.80 | $32,085.00 | 328.70 | $149,558.50 | 227.20 | $123,824.00 |
| 16 | Hearings | | | | 21.30 | $9,691.50 | 18.10 | $9,864.50 |
| 17 | On-Site Diligence | | 357.20 | $205,390.00 | 155.90 | $70,934.50 | 293.00 | $159,685.00 |
| 18 | Project Management | | 44.00 | $25,300.00 | 114.70 | $52,188.50 | 38.80 | $21,146.00 |
| 19 | Project Administration | $14,326.00 | 13.70 | $7,877.50 | 19.10 | $8,690.50 | 23.20 | $12,644.00 |
| 20 | T&D Forecast | | 189.00 | $108,675.00 | 22.50 | $10,237.50 | | |
| 21 | Fee Objection Discussion & Litigation | | | | 1.00 | $455.00 | | |
| 22 | Fee Application | $133,190.00 | 4.00 | $2,300.00 | 153.90 | $70,024.50 | 8.50 | $4,632.50 |
| 23 | Business Services Analysis | | | | 2.50 | $1,137.50 | | |
| 24 | Retail Margins | | | | 13.50 | $6,142.50 | 58.00 | $31,610.00 |
| 25 | T&D Market Research | | | | 35.00 | $15,925.00 | | |
| 26 | Wholesale Market Research | | | | 46.00 | $20,930.00 | 60.00 | $32,700.00 |
| 27 | Retail Market Research | | | | 39.00 | $17,745.00 | 450.50 | $245,522.50 |
| 28 | Performance Analysis | | | | 20.00 | $9,100.00 | 6.50 | $3,542.50 |
| 29 | Sales, General & Administrative Analysis | | | | 3.00 | $1,365.00 | 95.00 | $51,775.00 |
| 30 | Portfolio Analysis | | | | 28.00 | $12,740.00 | 14.50 | $7,902.50 |
| 31 | Oncor Revenue Analysis | | 1.50 | $862.50 | 8.00 | $3,640.00 | | |
| 32 | Oncor Capital Analysis | | 3.50 | $2,012.50 | 21.00 | $9,555.00 | | |
| 33 | Regulatory Analysis | | | | 0.50 | $227.50 | 13.50 | $7,357.50 |
| 34 | Claims & Settlement Issues | | | | 3.50 | $1,592.50 | | |
| 35 | Property Tax Analysis | | 51.00 | $29,325.00 | 295.00 | $134,225.00 | 35.00 | $19,075.00 |
| 36 | Analysis of Competitive Portfolios | | | | 139.00 | $63,245.00 | 2.50 | $1,362.50 |
| **Grand Total** | | **$147,516.00** | **1,993.70** | **$1,146,377.50** | **4,666.20** | **$2,123,121.00** | **4,487.00** | **$2,445,415.00** |

(1) Amounts shown exclude Fee Committee adjustments as the adjustment is de minimis to the total (approx .4%)

Exhibit D
Matter by Professional

| Matter # | Matter | Sean Costello Total Hours | Sean Costello Total Fees | Stephanie Kurth Total Hours | Stephanie Kurth Total Fees | Thomas Weiderspon Total Hours | Thomas Weiderspon Total Fees | Ti Total Hours |
|---|---|---|---|---|---|---|---|---|
| 1 | Long-Range Forecast | | | | | | | 924.00 |
| 2 | Metric Analysis | 2.40 | $972.00 | | | | | 40.20 |
| 3 | Generation Analysis | 21.50 | $8,707.50 | | | | | 565.60 |
| 4 | Retail Analysis | 9.10 | $3,685.50 | | | | | 12.00 |
| 5 | Commodity Analysis | 38.70 | $15,673.50 | | | | | 372.70 |
| 6 | Competitor Analysis | | | | | | | |
| 7 | EBITDA Projection | | | | | | | 112.00 |
| 8 | Environmental Analysis | | | | | | | 256.30 |
| 9 | Short-Range Forecast | | | | | | | 40.10 |
| 10 | Capital Projects | | | | | | | 11.00 |
| 11 | Wholesale Operations | | | | | | | 10.80 |
| 12 | Retail Operations | | | | | | | |
| 13 | T&D Operations | | | | | 14.00 | $2,520.00 | 2.50 |
| 14 | Data Collection and Diligence | 130.10 | $52,690.50 | | | 23.50 | $4,230.00 | 36.20 |
| 15 | Reports | 6.50 | $2,632.50 | 31.00 | $12,555.00 | 20.00 | $3,600.00 | 296.90 |
| 16 | Hearings | | | | | | | 13.00 |
| 17 | On-Site Diligence | | | | | | | 242.90 |
| 18 | Project Management | | | | | | | 24.20 |
| 19 | Project Administration | | | | | | | 4.00 |
| 20 | T&D Forecast | | | | | | | 2.00 |
| 21 | Fee Objection Discussion & Litigation | | | | | | | |
| 22 | Fee Application | | | | | | | 6.00 |
| 23 | Business Services Analysis | | | | | | | |
| 24 | Retail Margins | | | | | | | |
| 25 | T&D Market Research | | | | | | | |
| 26 | Wholesale Market Research | 3.30 | $1,336.50 | | | | | 18.50 |
| 27 | Retail Market Research | | | | | | | |
| 28 | Performance Analysis | | | | | | | 1.00 |
| 29 | Sales, General & Administrative Analysis | | | | | | | |
| 30 | Portfolio Analysis | | | | | | | 47.50 |
| 31 | Oncor Revenue Analysis | | | | | | | |
| 32 | Oncor Capital Analysis | | | | | | | |
| 33 | Regulatory Analysis | | | | | | | |
| 34 | Claims & Settlement Issues | | | | | | | 4.00 |
| 35 | Property Tax Analysis | | | | | | | 8.00 |
| 36 | Analysis of Competitive Portfolios | | | | | 6.50 | $1,170.00 | 139.00 |
| **Grand Total** | | **211.60** | **$85,698.00** | **31.00** | **$12,555.00** | **64.00** | **$11,520.00** | **3,190.40** |

(1) Amounts shown exclude Fee Committee adjustments as the adjustment is de minimis to the total (approx .4%)

Exhibit D
Matter by Professional

| Matter # | Matter | n Wang Total Fees | Todd W. Filsinger Total Hours | Total Fees | Grand Total Total Hours | Total Fees (1) |
|---|---|---|---|---|---|---|
| 1 | Long-Range Forecast | $531,300.00 | 339.30 | $254,475.00 | 6,554.40 | $3,629,441.50 |
| 2 | Metric Analysis | $23,115.00 | 396.95 | $297,712.50 | 1,989.35 | $1,054,094.00 |
| 3 | Generation Analysis | $325,220.00 | 273.50 | $205,125.00 | 5,743.55 | $2,918,488.50 |
| 4 | Retail Analysis | $6,900.00 | 104.70 | $78,525.00 | 2,613.10 | $1,198,344.50 |
| 5 | Commodity Analysis | $214,302.50 | 244.60 | $183,450.00 | 3,466.50 | $1,730,109.00 |
| 6 | Competitor Analysis |  | 160.20 | $120,150.00 | 1,384.10 | $699,358.00 |
| 7 | EBITDA Projection | $64,400.00 | 81.30 | $60,975.00 | 1,695.90 | $914,402.00 |
| 8 | Environmental Analysis | $147,372.50 | 145.90 | $109,425.00 | 2,164.50 | $1,213,192.00 |
| 9 | Short-Range Forecast | $23,057.50 | 68.50 | $51,375.00 | 711.90 | $378,062.50 |
| 10 | Capital Projects | $6,325.00 | 47.40 | $35,550.00 | 180.70 | $105,349.00 |
| 11 | Wholesale Operations | $6,210.00 | 298.20 | $223,650.00 | 1,233.50 | $746,452.00 |
| 12 | Retail Operations |  | 120.20 | $90,150.00 | 1,151.80 | $605,033.00 |
| 13 | T&D Operations | $1,437.50 | 134.00 | $100,500.00 | 4,178.80 | $1,923,754.00 |
| 14 | Data Collection and Diligence | $20,815.00 | 195.90 | $146,925.00 | 3,809.50 | $1,886,135.50 |
| 15 | Reports | $170,717.50 | 314.30 | $235,725.00 | 3,533.20 | $1,900,025.00 |
| 16 | Hearings | $7,475.00 | 188.00 | $141,000.00 | 431.60 | $290,132.50 |
| 17 | On-Site Diligence | $139,667.50 | 219.70 | $164,775.00 | 3,017.05 | $1,673,114.50 |
| 18 | Project Management | $13,915.00 | 144.15 | $108,112.50 | 686.05 | $389,302.00 |
| 19 | Project Administration | $2,300.00 | 15.80 | $11,850.00 | 195.20 | $98,468.50 |
| 20 | T&D Forecast | $1,150.00 | 143.50 | $107,625.00 | 2,934.50 | $1,860,342.50 |
| 21 | Fee Objection Discussion & Litigation |  |  |  | 1.00 | $455.00 |
| 22 | Fee Application | $3,450.00 | 51.00 | $38,250.00 | 616.40 | $272,884.50 |
| 23 | Business Services Analysis |  | 3.00 | $2,250.00 | 14.50 | $9,867.50 |
| 24 | Retail Margins |  |  |  | 198.50 | $96,047.50 |
| 25 | T&D Market Research |  | 24.50 | $18,375.00 | 269.90 | $134,809.00 |
| 26 | Wholesale Market Research | $10,637.50 | 10.00 | $7,500.00 | 308.80 | $159,764.00 |
| 27 | Retail Market Research |  |  |  | 786.00 | $404,745.00 |
| 28 | Performance Analysis | $575.00 | 10.60 | $7,950.00 | 103.60 | $54,317.50 |
| 29 | Sales, General & Administrative Analysis |  | 9.00 | $6,750.00 | 254.50 | $129,175.00 |
| 30 | Portfolio Analysis | $27,312.50 | 45.60 | $34,200.00 | 209.10 | $117,975.00 |
| 31 | Oncor Revenue Analysis |  | 64.40 | $48,300.00 | 209.90 | $127,835.00 |
| 32 | Oncor Capital Analysis |  | 31.30 | $23,475.00 | 240.80 | $147,605.00 |
| 33 | Regulatory Analysis |  | 42.30 | $31,725.00 | 403.10 | $257,218.00 |
| 34 | Claims & Settlement Issues | $2,300.00 | 11.90 | $8,925.00 | 139.90 | $98,257.50 |
| 35 | Property Tax Analysis | $4,600.00 | 86.10 | $64,575.00 | 917.60 | $528,657.50 |
| 36 | Analysis of Competitive Portfolios | $79,925.00 | 30.70 | $23,025.00 | 761.70 | $469,565.00 |
| **Grand Total** |  | **$1,834,480.00** | **4,056.50** | **$3,042,375.00** | **53,110.50** | **$28,222,778.50** |
|  |  |  |  | les reduction in fees: |  | ($110,240.75) |
|  |  |  |  | **Grand Total:** |  | **$28,112,537.75** |

(1) Amounts shown exclude Fee Committee adjustments as the adjustment is de minimis to the total (approx .4%)