## EXHIBIT D

### Summary of Stevens & Lee, P.C. Hours Worked and Fees Incurred

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| **Camille Bent** | Associate | 2010 (NY) | Bankruptcy/ Restructuring | $310.00 - $355.00 | $225.80 | $77,178.00 |
| **Calla O. Masters** | Legal Assistant | N/A | Bankruptcy/ Litigation | $160.00 - $180.00 | 15.40 | $2,713.50 |
| **Evan B. Coren** | Associate | 2013 (PA) | Bankruptcy/ Restructuring | $325.00 | 4.50 | $1,462.50 |
| **Jason D. Angelo** | Associate | 2013 (NJ) 2014 (DE) 2016 (PA) | Bankruptcy/ Restructuring | $275.00 | 80.90 | $22,247.50 |
| **John D. Demmy** | Shareholder | 1986 (PA) 1990 (DE) | Bankruptcy/ Restructuring | $595.00 - $650.00 | 13.90 | $8,636.00 |
| **Joseph H. Huston. Jr.** | Shareholder & Co-Chair | 1975 (PA) 2001 (DE) | Bankruptcy/ Restructuring | $680.00 - $765.00 | 554.50 | $395,651.50 |
| **Nikki Rohrbaugh** | Legal Assistant | N/A | Bankruptcy/ Litigation | $175.00 | 0.10 | $17.50 |
| **Stephanie L. Foster** | Legal Assistant | N/A | Bankruptcy/ Litigation | $160.00 – $175.00 | 79.10 | $13,389.00 |
| **TOTAL** | | | | | 974.20 | $521,295.50 |

04/23/2018 SL1 1519441v1 109285.00006