## **EXHIBIT E**

**Summary of Stevens & Lee, P.C. Expenses**

| Service Description | Amount |
|---|---|
| ADVANCES | $2,241.53 |
| COLOR DOCUMENT REPRODUCTION | $249.00 |
| COMPUTER RESEARCH | $482.50 |
| DELIVERY/MESSENGER | $40.56 |
| DOCUMENT REPRODUCTION | $1,248.30 |
| FILING FEES | $25.00 |
| SCANNED DOCUMENT REPRODUCTION | 0 |
| TELEPHONE CHARGES | $218.68 |
| TELEPHONE CHARGES - 2 | $35.00 |
| TELEPHONE CHARGES - CONFERENCE CALLS | $2.95 |
| TRANSCRIPTS | $163.20 |
| **TOTAL** | **$4,706.72** |