**EXHIBIT F**

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Description | Total Billed Hours | Total Fees |
|---|---|---|
| **(1) Professional Retentions** | 73.10 | 45,728.00 |
| **(2) Case Administration-General Matters** | 11.10 | $6,073.50 |
| **(3) Chapter 11 Issues** | 1.10 | $808.50 |
| **(4) Communications with Professionals** | 11.20 | $7,932.00 |
| **(5) Fee Applications – Others** | 211.90 | $86,090.50 |
| **(6) Fee Applications – S&L** | 266.40 | $105,277.50 |
| **(7) Hearings** | 217.80 | $150,045.50 |
| **(8) Legal & Factual Research** | 2.80 | $1,726.00 |
| **(9) Meetings** | 0.00 | 0.00 |
| **(10) Plans of Reorganization and Disclosure Statements** | 79.50 | $57,424.50 |
| **(11) Pleadings, Motions & Briefs** | 53.20 | $36,854.00 |
| **(12) Non-working Travel Time** | **0.00** | **0.00** |
| **(13) NextEra Energy, Inc. – Adversary Proceeding** | 46.10 | $23,335.50 |
| **TOTAL** | **974.2** | **$521,295.50** |