# IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Objection Deadline: May 15, 2018 at 4:00 p.m. |
| | | Hearing Date: To Be Determined |

**FIRST INTERIM AND FINAL FEE APPLICATION OF KPMG LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY ACCOUNTING AND TAX ADVISORS TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE INTERIM PERIOD FROM DECEMBER 1, 2017 THROUGH MARCH 9, 2018 AND THE FINAL <u>PERIOD FROM DECEMBER 1, 2017 THROUGH MARCH 9, 2018</u>**

| General Information | |
|---|---|
| Name of Applicant: | KPMG LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | September 16, 2014 *Nunc Pro Tunc* to April 29, 2014[2] |

This is a: _____ Monthly ___X___ Interim ___X___ Final Application

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] On October 3, 2016, EFH Corporate Services Company emerged from chapter 11. See Notice of Entry of TCEH Confirmation Order and Occurrence of TCEH Effective Date [D.I. 9742]. On December 15, 2016, KPMG filed its final fee application [D.I. 10401] for services rendered to TCEH. The Order allowing KPMG's Final Fee Application related to services rendered to TCEH was filed on March 30, 2017 [D.I. 11090].

## Summary of Fees Sought in the First Interim Fee Application

| | |
|---|---|
| Period for which compensation and reimbursement is sought: | December 1, 2017 through March 9, 2018 |
| Amount of Compensation sought as actual, reasonable and necessary: | $     562,871.90 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $       7,972.44 |

## Summary of Fees Sought in the Final Fee Application

| | |
|---|---|
| Period for which compensation and reimbursement is sought: | December 1, 2017 through March 9, 2018 |
| Amount of Compensation sought as actual, reasonable and necessary: | $     578,243.70[3] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $       7,972.44 |

## Rate Increases Applicable to the Interim Fee Period

Not applicable.

---

[3] Includes discounted fees of $15,371.80 associated with fee application preparation that were incurred post-emergence, but before the date of this Final Application as per EFH Fee Review Committee memo dated October 5, 2016.

## Prior Applications

N/A

## ATTACHMENT B TO FEE APPLICATION
### (First Interim Period)

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | Total Compensation |
|---|---|---|---|---|
| Conjura, Carol | Partner - WNT | 3.0 | $ 1,056 | $ 3,168.00 |
| Hatten-Boyd, Laurie | Partner - WNT | 0.5 | $ 1,056 | $ 528.00 |
| Bibby, Tom | Partner - Advisory | 257.0 | $ 610 | $ 156,770.00 |
| Taylor, Jeremy | Managing Director - Advisory | 4.8 | $ 610 | $ 2,928.00 |
| Kane, John | Managing Director - Tax | 51.0 | $ 585 | $ 29,835.00 |
| Qualls, Steven | Managing Director - Tax | 4.0 | $ 585 | $ 2,340.00 |
| Kunkel, Paul | Director - WNT | 0.5 | $ 1,056 | $ 528.00 |
| Basehore, Frederick | Director - Tax | 1.1 | $ 540 | $ 594.00 |
| Friedman, Steven | Director - Tax | 0.5 | $ 540 | $ 270.00 |
| Kidd, Kyle | Director - Tax | 2.5 | $ 540 | $ 1,350.00 |
| Shanahan, David | Director - Tax - SALT | 1.0 | $ 540 | $ 540.00 |
| Folmer, Brennan | Director - Advisory | 2.0 | $ 500 | $ 1,000.00 |
| Grace, James | Director - Advisory | 331.7 | $ 500 | $ 165,850.00 |
| Kodali, Anuhya | Director - Advisory | 21.7 | $ 500 | $ 10,850.00 |
| Oladapo, Busola | Director - Advisory | 37.8 | $ 500 | $ 18,900.00 |
| Plangman, Monica | Associate Director - Bankruptcy | 9.2 | $ 325 | $ 2,990.00 |
| Clark, Nathan | Senior Manager - Tax | 40.8 | $ 540 | $ 22,032.00 |
| Byrne, Bill | Manager - Advisory | 254.0 | $ 375 | $ 95,250.00 |
| Spencer, Charles | Manager - Advisory | 78.0 | $ 375 | $ 29,250.00 |
| Campbell, Celeste | Manager - Bankruptcy | 31.8 | $ 298 | $ 9,476.40 |
| Deming, Rachel | Senior Associate - Tax | 10.0 | $ 360 | $ 3,600.00 |
| Wang, Ellie | Senior Associate - Tax | 48.0 | $ 360 | $ 17,280.00 |
| Blaylock, Nolon | Associate - Tax | 2.5 | $ 220 | $ 550.00 |
| Schacht, Cassie | Associate - Tax | 6.5 | $ 220 | $ 1,430.00 |
| **Total Hours and Fees** | | **1,199.9** | | **577,309.40** |
| less Reduction Related to Non-Working Travel Time | | | | (14,437.50) |
| **Subtotal of Fees** | | | | **$ 562,871.90** |
| Post-Emergence Fee Application Preparation | | | | $ 15,371.80 |
| **Total Fees Requested** | | | | **$ 578,243.70** |
| **Blended Rate** | | | **$ 469.10** | |

## ATTACHMENT B TO FEE APPLICATION, continued
## (Final Compensation Period)

| Professional Person | Position & Department | Total Billed Hours | Hourly Billing Rate | | Total Compensation | |
|---|---|---|---|---|---|---|
| Conjura, Carol | Partner - WNT | 3.0 | $ | 1,056 | $ | 3,168.00 |
| Hatten-Boyd, Laurie | Partner - WNT | 0.5 | $ | 1,056 | $ | 528.00 |
| Bibby, Tom | Partner - Advisory | 257.0 | $ | 610 | $ | 156,770.00 |
| Taylor, Jeremy | Managing Director - Advisory | 4.8 | $ | 610 | $ | 2,928.00 |
| Kane, John | Managing Director - Tax | 51.0 | $ | 585 | $ | 29,835.00 |
| Qualls, Steven | Managing Director - Tax | 4.0 | $ | 585 | $ | 2,340.00 |
| Kunkel, Paul | Director - WNT | 0.5 | $ | 1,056 | $ | 528.00 |
| Basehore, Frederick | Director - Tax | 1.1 | $ | 540 | $ | 594.00 |
| Friedman, Steven | Director - Tax | 0.5 | $ | 540 | $ | 270.00 |
| Kidd, Kyle | Director - Tax | 2.5 | $ | 540 | $ | 1,350.00 |
| Shanahan, David | Director - Tax - SALT | 1.0 | $ | 540 | $ | 540.00 |
| Folmer, Brennan | Director - Advisory | 2.0 | $ | 500 | $ | 1,000.00 |
| Grace, James | Director - Advisory | 331.7 | $ | 500 | $ | 165,850.00 |
| Kodali, Anuhya | Director - Advisory | 21.7 | $ | 500 | $ | 10,850.00 |
| Oladapo, Busola | Director - Advisory | 37.8 | $ | 500 | $ | 18,900.00 |
| Plangman, Monica | Associate Director - Bankruptcy | 9.2 | $ | 325 | $ | 2,990.00 |
| Clark, Nathan | Senior Manager - Tax | 40.8 | $ | 540 | $ | 22,032.00 |
| Byrne, Bill | Manager - Advisory | 254.0 | $ | 375 | $ | 95,250.00 |
| Spencer, Charles | Manager - Advisory | 78.0 | $ | 375 | $ | 29,250.00 |
| Campbell, Celeste | Manager - Bankruptcy | 31.8 | $ | 298 | $ | 9,476.40 |
| Deming, Rachel | Senior Associate - Tax | 10.0 | $ | 360 | $ | 3,600.00 |
| Wang, Ellie | Senior Associate - Tax | 48.0 | $ | 360 | $ | 17,280.00 |
| Blaylock, Nolon | Associate - Tax | 2.5 | $ | 220 | $ | 550.00 |
| Schacht, Cassie | Associate - Tax | 6.5 | $ | 220 | $ | 1,430.00 |
| **Total Hours and Fees** | | **1,199.9** | | | | **577,309.40** |
| less Reduction Related to Non-Working Travel Time | | | | | | (14,437.50) |
| **Subtotal of Fees** | | | | | $ | **562,871.90** |
| Post-Emergence Fee Application Preparation | | | | | $ | 15,371.80 |
| **Total Fees Requested** | | | | | $ | **578,243.70** |
| **Blended Rate** | | | $ | 469.10 | | |

## COMPENSATION BY PROJECT CATEGORY
### (First Interim Period)

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 49 | Accounting Records and Technology Transition Services | 519.7 | $ 258,252.50 |
| 50 | Monthly Operating and Bankruptcy Reporting Services | 17.0 | $ 8,907.00 |
| 51 | Monthly Financial Accounting Assistance and Financial Statements | 389.8 | $ 189,838.00 |
| 52 | Tax Advisory and Tax Support Services | 171.9 | $ 84,045.00 |
| 53 | Retention Services | 10.3 | $ 4,173.50 |
| 54 | Fee Statement and Fee Application Preparation | 36.7 | $ 11,655.90 |
| 55 | Non-Working Travel Time | 54.5 | $ 20,437.50 |
| **Total Fees** | | **1,199.9** | **$ 577,309.40** |
| less Reduction Related to Non-Working Travel Time | | | $ (14,437.50) |
| **Subtotal of Fees** | | | **$ 562,871.90** |
| Post-Emergence Fee Application Preparation | | | $ 15,371.80 |
| **Total Fees Requested** | | | **$ 578,243.70** |

## COMPENSATION BY PROJECT CATEGORY
### (Final Compensation Period)

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested |
|---|---|---|---|
| 49 | Accounting Records and Technology Transition Services | 519.7 | $ 258,252.50 |
| 50 | Monthly Operating and Bankruptcy Reporting Services | 17.0 | $ 8,907.00 |
| 51 | Monthly Financial Accounting Assistance and Financial Statements | 389.8 | $ 189,838.00 |
| 52 | Tax Advisory and Tax Support Services | 171.9 | $ 84,045.00 |
| 53 | Retention Services | 10.3 | $ 4,173.50 |
| 54 | Fee Statement and Fee Application Preparation | 36.7 | $ 11,655.90 |
| 55 | Non-Working Travel Time | 54.5 | $ 20,437.50 |
| **Total Fees** | | **1,199.9** | **$ 577,309.40** |
| less Reduction Related to Non-Working Travel Time | | | $ (14,437.50) |
| **Subtotal of Fees** | | | **$ 562,871.90** |
| Post-Emergence Fee Application Preparation | | | $ 15,371.80 |
| **Total Fees Requested** | | | **$ 578,243.70** |

## EXPENSE SUMMARY

## (First Interim Period)

| Service Description | Service Provider | Amount | |
|---|---|---|---|
| Airfare | N/A | $ | 4,039.82 |
| Lodging | N/A | $ | 2,526.31 |
| Travel Meals | N/A | $ | 338.22 |
| Ground Transportation | N/A | $ | 1,068.09 |
| Miscellaneous | N/A | $ | - |
| **Total** | | **$** | **7,972.44** |

## (Final Compensation Period)

| Service Description | Service Provider | Amount | |
|---|---|---|---|
| Airfare | N/A | $ | 4,039.82 |
| Lodging | N/A | $ | 2,526.31 |
| Travel Meals | N/A | $ | 338.22 |
| Ground Transportation | N/A | $ | 1,068.09 |
| Miscellaneous | N/A | $ | - |
| **Total** | | **$** | **7,972.44** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Objection Deadline: May 15, 2018 at 4:00 p.m. |
| | ) | Hearing Date: To Be Determined |

**FIRST INTERIM AND FINAL FEE APPLICATION OF KPMG LLP FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES AS BANKRUPTCY ACCOUNTING AND TAX ADVISORS
TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE INTERIM
PERIOD FROM DECEMBER 1, 2017 THROUGH MARCH 9, 2018 AND THE
<u>FINAL PERIOD FROM DECEMBER 1, 2017 THROUGH MARCH 9, 2018</u>**

KPMG LLP, ("<u>KPMG</u>") as Bankruptcy Accounting and Tax Advisors to the

above-captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>"), files this

First Interim and Final Fee Application (the "<u>Application</u>"), pursuant to section 330 and

331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the

Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), and the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District

of Delaware (the "<u>Local Rules</u>").  By this Application, KPMG seeks (a) allowance of

compensation for professional services performed in the amount of $562,871.90 and

actual and necessary expenses in the amount of $7,972.44 incurred by KPMG for the

period from December 1, 2017 through and including March 9, 2018 (the "<u>First Interim</u>

<u>Compensation Period</u>"), and (b) final approval of all fees and expenses KPMG incurred

for the period from December, 2017 through and including March 9, 2018 (the "<u>Final</u>

Compensation Period") in the amount of $578,243.70[4] and $7,972.44 respectively and respectfully represents:

## **Background**

1.     On April 29, 2014 (the "Petition Date"), each of the Debtors filed a voluntary petition with the Court under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Court has entered a final order for joint administration of these chapter 11 cases.  The Court has not appointed a trustee.

2.     The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") formed an official committee of unsecured creditors in these chapter 11 cases on May 13, 2014 [D.I. 420].  Further information regarding the Debtors business operations and capital structure is set forth in the Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions [D.I. 98].

3.     The Debtors filed an Application To Retain and Employ KPMG as Bankruptcy Accounting and Tax Advisor on May 29, 2014 (the "Retention Application") [D.I. 652], all as more fully set forth in the Application, the Bibby Declaration, the Supplement to the Application of Energy Future Holdings Corp, et al., [D.I. 1968] (the "Application Supplement"), the Supplemental Declaration of Thomas D. Bibby in Support of the Application of Energy Future Holdings Corp., et al., for Entry of an Order

---

[4] Includes hours and fees associated with the preparation of remaining monthly fee statement and the First Interim and Final Fee Application which were incurred post-emergence but prior to the filing of this Application. Supporting detail for those fees are itemized in Exhibit B.

Authorizing the Debtors To Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective *Nunc Pro Tunc* to the Petition Date [D.I.1969] (the "Bibby Application Supplement Declaration"), and the Second Supplemental Declaration of Thomas D. Bibby in Support of the Application of Energy Future Holdings Corp. et al., for Entry of an Order Authorizing the Debtors to Retain and Employ KPMG LLP as Bankruptcy Accounting and Tax Advisors Effective *Nunc Pro Tunc* to the Petition Date [D.I. 2038] (the "Supplemental Bibby Declaration").

4.      By this Court's Order, dated September 16, 2014 [D.I. 2054] (the "Retention Order"), the Debtors were authorized to retain and employ KPMG LLP as Bankruptcy Accounting and Tax Advisors *Nunc Pro Tunc* to the Petition Date.  The Retention Order authorizes the Debtors to compensate KPMG in accordance with the procedures set forth in section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and such other procedures as were fixed by order of the Court.

5.      Furthermore, by this Court's Order, dated December 17, 2014 [D.I. 3048] (the "Order"), the Debtors and Debtors in Possession were authorized to expand KPMG LLP's services as Bankruptcy Accounting and Tax Advisors *Nunc Pro Tunc* to August 1, 2014.

6.      As noted in the Retention Order, KPMG received retainer amounts for services earned pre-petition.  KPMG applied a portion of the remaining retainer amount to satisfy payments of the pre-petition fees and expenses.    Per the Retention Order and as disclosed in subsequent filings, KPMG has applied the remaining retainer balance to post petition fees and expenses.

7.       On February 4, 2015, the Debtors filed the Motion of Energy Future Holdings Corp., et al., for Entry of an Order Authorizing the KPMG Debtors and KPMG Debtors in Possession to Establish Procedures to Submit Additional Agreements That Expand the Retention and Employment of KPMG LLP as Bankruptcy Accounting, Tax, and IT Advisors [D.I. 3442]  (the "Retention Protocol Motion").  Pursuant to the Retention Protocol Motion, the Debtors sought entry of an order establishing procedures to submit additional agreements and statements of work (the "Additional Agreements") that expand the scope of the retention and employment of KPMG as bankruptcy accounting, tax, and information technology advisors to the KPMG Debtors.

8.       On February 24, 2015, the Court entered the Retention Protocol Order. The Retention Protocol Order provides that, to the extent the Debtors and KPMG enter into any Additional Agreements, the Debtors shall file a Notice (attaching such Additional Agreements) with the Court and serve the Notice upon the Notice Parties. The Debtors have entered into Additional Agreements with KPMG pursuant to the terms of the Retention Protocol Order.  See D.I. 3801, 4019, 4646, 5088, 5879, 6146, 6339, 6561, 7587, 7965, 8035, 8110, 8262, 8576, 8706, 8917, 8984, 9527, 9534, 9554, and 12,627.

9.       On October 3, 2016, EFH Corporate Services Company emerged from chapter 11. See Notice of Entry of TCEH Confirmation Order and Occurrence of TCEH Effective Date [D.I. 9742].

10.       On December 15, 2016, KPMG filed its final fee application [D.I. 10401] which encompassed all Additional Agreements noted in paragraph 8 through D.I. 9554.

The Order allowing KPMG's Final Fee Application was filed on March 30, 2017 [D.I. 11090].

11.    On February 13, 2018, the Fourth Supplemental Declaration of Thomas D. Bibby was filed [D.I. 12627] detailing additional services the Debtors requested KPMG to provide subject to the Retention Protocol Order referenced in paragraph 8.

12.    On March 9, 2018, EFH Corporate Services Company emerged from chapter 11. *See Notice of Entry of EFH Confirmation Order and Occurrence of Effective Date* [D.I. 12801].

## Jurisdiction

13.    The United States Bankruptcy Court for the District of Delaware (the "Court") has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2).

14.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

15.    The statutory bases for the relief requested herein are sections 327(a), 328, and 330 of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Bankruptcy Rules 2014-1 and 2016-2.

## Summary of Application

16.     During the First Interim Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates and not on behalf of any committee, creditor or other person.  By this Application, KPMG requests allowance of interim compensation of professional fees totaling $562,871.90 and reimbursement of necessary and actual out-of-pocket expenses in the amount of $7,972.44 for the First Interim Compensation Period.    KPMG's request for compensation is broken down as follows:

| Monthly Compensation Period | Fees Requested | Expenses Requested | Fees Paid to Date | Expenses Paid to Date |
|---|---|---|---|---|
| 12.01.17 through 01.31.18 | $ 239,901.50 | $ 3,052.59 | $ - | $ - |
| 02.01.18 through 03.09.18 | $ 322,970.40 | $ 4,919.85 | $ - | $ - |
| **Total** | **$ 562,871.90** | **$ 7,972.44** | **$ -** | **$ -** |

17.     During the Final Compensation Period, KPMG performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates and not on behalf of any committee, creditor or other person.  By this Application, KPMG requests final approval of all fees and expenses KPMG incurred during the Final Compensation Period in the amount of $578,243.70[5] and $7,972.44.

18.     This Application also requests that this Court authorize and direct the Debtors to pay the fees associated with fee statement and fee application preparation that were incurred after the Final Compensation Period, but before the date of this

---

[5] Includes discounted fees of $15,371.80 associated with fee application preparation that were incurred post-emergence, but before the date of this Final Application.

Application. These fees total $15,371.80 for the preparation of the remaining monthly
fee statement and the First Interim and Final Fee Application.

**Summary of Services Rendered During the First Interim Compensation Period**

19. This Application is KPMG's First Interim and Final Fee Application for
compensation and expense reimbursement filed in these chapter 11 cases, as referenced
in Attachment B. During the First Interim Compensation Period, KPMG provided
significant professional services to the Debtors in their efforts to navigate their business
through the chapter11 process.

20. Set forth below is a summary of the significant professional services that
KPMG rendered to the Debtors during the First Interim Compensation Period:

**Accounting Records and Technology Transition**

- Vistra Energy was maintaining the Debtors books and records
  through a transition services agreement; however, the agreement
  expired December 2017 and was not renewed. This resulted in the
  Debtors having no accounting system nor employees to maintain
  the books and records of the Debtors. KPMG utilized an internal
  proprietary tool to capture historical account balances and provide
  a platform for the posting and recordation of accounting journal
  entries and activity. In addition, KPMG assisted Debtors
  management with the daily accounting functions of analyzing the
  monthly benefit plan statements, reconciliation of bank accounts,
  accrued liabilities and account payable journals, intercompany
  eliminations, reconciliation of other comprehensive income and
  creation of the books and records for the Debtors to prepare its
  monthly reporting.

**Monthly Operating and Bankruptcy Reporting Services**

- By leveraging the work performed in the transition of accounting
  records, KPMG was able to provide account level monthly activity
  by legal entity to fulfill Chapter 11 bankruptcy reporting

requirements.   In addition, KPMG provided support of Debtors
management when needed in the review and/or preparation of
these requirements.

**Monthly Financial Accounting Assistance and Financial Statements**

- KPMG assisted the Debtors by utilizing internal tools and
  resources to post accounting entries and maintain the books and
  records.  This enabled the Debtors to comply with their reporting
  requirements through the compilation of consolidating financial
  statements. These financial statements were prepared on a monthly
  basis and were complex in nature as the transition included a
  partial month of reporting from Vistra in which Debtors'
  management and KPMG had to determine what requirements were
  needed to complete the December 31, 2017 monthly and year end
  financials.  KPMG assisted Debtors' management with various
  requests and requirements from their external auditor to issue the
  year end audited financial statements in accordance with the
  financial covenants of the Debtor in Possession lender.   In
  addition, the audited financials were required by Sempra Energy as
  part of their purchase transaction.  In addition, KPMG assisted
  with the preparation of the required monthly accounting on a legal
  entity basis of each debtor and the consolidated monthly financial
  statements with the intercompany eliminations and equity earnings
  of its subsidiaries.  The monthly requirements included December
  2017, and January through March 9, 2018. As part of emergence,
  KPMG assisted with entries to account for the dissolution of
  several entities, purchase price transaction from Sempra and
  emergence accounting.

**Tax Advisory and Tax Support Services**

 KPMG provided Tax Advisory and Tax Support Services as outlined
below:

- Performed analysis of professional fees to support financial and tax
  deductibility;
- Provided tax consulting services with respect to such matters that may
  arise for which the Debtors seek KPMG's advice and consultation in
  connection with the accounting advisory work being performed. This
  advice included but was not limited to assistance with tax accounting
  analysis/calculations that may be necessary in connection with attribute
  changes resulting from the Debtors restructuring;
- Maintained tax accounting records for the Debtors;

- Assisted in gathering necessary year-end tax and financial information and schedules;
- Assisted in the identification and computation of temporary and permanent differences;
- Computed a preliminary income tax provision for management's review and approval;
- Prepared income tax related balance sheet accounts and footnote disclosures for management's review and approval;
- Performed tax accounting for Quarterly Debtor financial statements and notes for DIP reporting requirements (detailed tax analysis of any debt modifications as well as ongoing debt tax models on deductible interest, amortizing OID, etc.);
- Provided tax support of quarterly Audit Committee reporting; and
- Provided fact support on taxes for the Debtors' various plans of reorganization and court filing.

### Fee Statement and Fee Application Preparation

- The billing procedures required by the US Trustee Guidelines differ from KPMG's normal billing procedures and as such, the Local Rules and the Interim Compensation Order entered in these cases have required significant effort to inform the timekeepers of their responsibilities, compile the detailed time and expenses entries, prepare detailed and summary schedules of fees and expenses incurred, and draft the schedules included in the monthly and interim fee applications. Per the United States Bankruptcy Code Title 11 § 330(a)(6), any compensation awarded for the preparation of a fee application shall be based on the level and skill reasonably required to prepare the application.

### Retention Services

- Services included coordinating with internal teams and Debtors' Counsel with regards to preparing the supplemental retention documen**ts.**

### Non-Working Travel Time

- KPMG only requested approximately 30% of fees associated with non-working travel time, the remaining 70% was taken as a reduction.

21.    During the Interim Compensation Period, KPMG billed the Debtors for time expended by professionals based on hourly rates ranging from $220 to $1,056 per hour.  The rates reflected in this Application represent up to a 40% - 55% discount from

KPMG's standard rates. Of the aggregate time expended, 260.5 hours were expended by partners and principals, 508.6 hours were expended by managing directors, directors, associate directors and senior managers, 363.8 hours were expended by managers, and 67.0 hours were expended by senior associates and associates. KPMG's blended hourly rate for services provided during the First Interim Compensation Period is $469.10.

22.     In addition to Attachment B, time detail records for the First Interim Compensation Period are annexed hereto as Exhibits A1 – A7.  KPMG maintains contemporaneous records of the time expended for the professional services and expenses related hereto performed in connection with these chapter 11 cases and such records are maintained in the ordinary course of business.

23.     Time detail records for the fees associated with Fee Statement and Fee Applications incurred post-emergence but prior to the filing of this application are annexed hereto as Exhibit B as directed per the EFH Fee Review Committee memo dated October 5, 2016.

24.     The fees applied for herein are based on the usual and customary fees KPMG charges to tax and advisory clients and are commensurate with the usual and customary rates charged for services performed.

25.     KPMG respectfully submits that the amounts applied for herein for professional services rendered on behalf of the Debtors in these cases to date are fair and reasonable given: (a) the time expended; (b) the nature and extent of the services performed at the time at which such services were rendered; (c) the value of such services; and (d) the costs of comparable services other than in these chapter 11 cases.

26.     The time and labor expended by KPMG during the First Interim and Final Compensation Period has been commensurate with the size and complexity of these cases.  In rendering these services, KPMG has made every effort to maximize the benefit to the Debtors estates, to work efficiently with the other professionals employed in these cases, and to leverage staff appropriately in order to minimize duplication of effort.

27.     During the First Interim and Final Compensation Period, KPMG provided a focused range of professional services as requested by the Debtors.  KPMG respectfully submits that these services: (a) were necessary and beneficial to the successful and prompt administration of these cases; and (b) have been provided in a cost efficient manner.

28.     Except as set forth in the Retention Order, no promises concerning compensation have been made to KPMG by any firm, person or entity.

**Summary of Actual and Necessary Expenses During the First Interim Compensation Period**

29.     As also referenced in Attachment B, and incorporated herein by reference, is a summary of the actual and necessary expenses incurred by KPMG in connection with its employment with the Debtors during the Interim Compensation Period.  As set forth in Attachment B, KPMG seeks reimbursement of actual and necessary expenses incurred by KPMG during the First Interim Compensation Period in the aggregate amount of $7,972.44.  These expenses are reasonable and necessary in light of the size and complexity of the Debtors cases.

## <u>Reservation</u>

To the extent that time for services rendered or disbursements incurred relate to the First Interim and Final Compensation Period, but were not processed prior to the preparation of this Application, KPMG reserves the right to request additional compensation for such services and reimbursement of such expenses in a future application.

*[Remainder of page intentionally blank]*

## Conclusion

WHEREFORE, subject to the terms of the Interim Compensation Order, KPMG respectfully requests that the Court enter an order (a) approving interim compensation of $562,871.90 as compensation for professional services rendered during the First Interim Compensation Period and reimbursement for actual and necessary expenses totaling $7,972.44 that KPMG incurred in rendering such services and (b) granting final approval of compensation of $578,243.70[6] as compensation for professional services rendered during the Final Compensation Period and reimbursement for actual and necessary expenses totaling $7,972.44.

Dated: April 23, 2018

Respectfully submitted,

*[signature]*

Thomas D. Bibby
Partner, KPMG LLP
717 North Harwood Street
Dallas, TX   75201-6585

---

[6] Includes discounted fees of $15,371.80 associated with fee application preparation that were incurred post-emergence, but before the date of this Final Application as per EFH Fee Review Committee memo dated October 5, 2016.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION PURSUANT TO RULE 2016-2 OF THE
LOCAL RULES OF BANKRUPTCY PROCEDURE FOR THE
UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE**

I, Thomas D. Bibby, being duly sworn, deposes and says:

1.      I am a Certified Public Accountant and a Partner of KPMG LLP ("KPMG"), a professional services firm.

2.      By Order dated September 16, 2014, KPMG was retained as Bankruptcy Accounting and Tax Advisors to the above captioned debtors and debtors in possession (the "Debtors").  I submit this Declaration in conjunction with KPMG's fee application, dated April 23, 2018 (the "First Interim and Final Fee Application")[2] for compensation for services rendered and allowance of expenses for the interim period of December 1, 2017 through March 9, 2018. and the final period of December 1, 2017 through March 9, 2018.

3.      I am familiar with the work performed on behalf of the Debtors by the professionals of KPMG.

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]     On October 3, 2016, EFH Corporate Services Company emerged from chapter 11. See Notice of Entry of TCEH Confirmation Order and Occurrence of TCEH Effective Date [D.I. 9742]. On December 15, 2016, KPMG filed its final fee application [D.I. 10401] for services rendered to TCEH.  The Order allowing KPMG's Final Fee Application  related to TCEH services was filed on March 30, 2017 [D.I. 11090].

4.      I have reviewed the foregoing First Interim and Final Fee Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Procedure for the United States Bankruptcy Court for the District of Delaware, and submit that the First Interim and Final Fee Application substantially complies with such Rule.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 23rd day of April, 2018

Thomas D. Bibby
KPMG LLP