**Exhibit B**
**KPMG Time Details**
**March 10, 2018 through April 20, 2018**

| Matter Name | Date | Timekeeper Name | Position / Title | Hourly Rate | Hours | Fees | Task Description |
|---|---|---|---|---|---|---|---|
| Fee Statement and Fee Application Preparation | 03/12/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.2 | $ 59.60 | Review docket to determine EFH effective date, date final fee application will be due. |
| Fee Statement and Fee Application Preparation | 03/14/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.7 | $ 208.60 | Finalize 1st monthly narrative in order to proceed with filing. |
| Fee Statement and Fee Application Preparation | 03/14/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.1 | $ 29.80 | Update EFH 1st monthly narrative per input of A. Yenamandra (K&E) |
| Fee Statement and Fee Application Preparation | 03/14/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.2 | $ 59.60 | Draft email to J. Madron (RLF) inclusive of 1st fee statement with request for filing and service. |
| Fee Statement and Fee Application Preparation | 03/15/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.8 | $ 238.40 | Convert data points in 1st monthly exhibits detail file to be compliant with FRC requirements, prior to sending detail file to client for confidentiality review |
| Fee Statement and Fee Application Preparation | 03/15/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.2 | $ 59.60 | Upload 1st monthly fee statement files as required to box.com for Fee Review Committee (FRC) review |
| Fee Statement and Fee Application Preparation | 03/16/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.1 | $ 29.80 | Extract document from T. Bibby (KPMG) email from FRC indicating no objection to 1st fee statement. |
| Fee Statement and Fee Application Preparation | 03/16/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 1.5 | $ 447.00 | Transfer February detail to fee statement format as first step in preparing 2nd monthly fee statement |

**Exhibit B**
**KPMG Time Details**
**March 10, 2018 through April 20, 2018**

| Matter Name | Date | Timekeeper Name | Position / Title | Hourly Rate | Hours | Fees | Task Description |
|---|---|---|---|---|---|---|---|
| Fee Statement and Fee Application Preparation | 03/19/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 1.6 | $ 476.80 | Add professionals new to team up through 3/9 to fee statement summary exhibits (inclusive and title and rate) based on governing statement of work. |
| Fee Statement and Fee Application Preparation | 03/19/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 1.7 | $ 506.60 | Begin preparation of Accounting Records and Technology Transition Exhibit of 2nd fee statement |
| Fee Statement and Fee Application Preparation | 03/19/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 1.3 | $ 387.40 | Begin preparation of Monthly Financial Accounting Assistance and Financial Statements Exhibit of 2nd fee statement |
| Fee Statement and Fee Application Preparation | 03/19/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 1.0 | $ 298.00 | Begin preparation of Tax Advisory and Tax Support Services Exhibit of 2nd fee statement |
| Fee Statement and Fee Application Preparation | 03/21/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 1.2 | $ 357.60 | Continue, from 3/19, preparation of Tax Advisory and Tax Support Services Exhibit of 2nd fee statement |
| Fee Statement and Fee Application Preparation | 03/21/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.3 | $ 89.40 | Transfer expenses to fee statement format for 2nd fee statement |
| Fee Statement and Fee Application Preparation | 03/21/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.6 | $ 178.80 | Continue to update fee statement summary exhibits with professionals new to team as of 3/9 and forward, referencing applicable statement of work for rates |
| Fee Statement and Fee Application Preparation | 03/27/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.6 | $ 178.80 | Begin preparation of D1 of 2nd fee statement |

**Exhibit B**
**KPMG Time Details**
**March 10, 2018 through April 20, 2018**

| Matter Name | Date | Timekeeper Name | Position / Title | Hourly Rate | Hours | Fees | Task Description |
|---|---|---|---|---|---|---|---|
| Fee Statement and Fee Application Preparation | 03/27/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 1.6 | $ 476.80 | Continue from 3/27 to prepare Accounting Records and Technology Transition Exhibit of 2nd fee statement |
| Fee Statement and Fee Application Preparation | 03/27/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 2.6 | $ 774.80 | Continue from 3/19 to prepare Monthly Financial Accounting Assistance and Financial Statements Exhibit of 2nd fee statement. |
| Fee Statement and Fee Application Preparation | 03/27/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.5 | $ 149.00 | Prepare Non-Working Travel Time Exhibit for 2nd fee statement |
| Fee Statement and Fee Application Preparation | 03/28/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 1.1 | $ 327.80 | Continue, as of 3/28, preparation of Tax Advisory and Tax Support Services Exhibit of 2nd fee statement |
| Fee Statement and Fee Application Preparation | 03/29/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 1.8 | $ 536.40 | Continue, as of 3/29, to prepare Accounting Records and Technology Transition Exhibit of 2nd fee statement |
| Fee Statement and Fee Application Preparation | 04/02/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.6 | $ 178.80 | Prepare Retention Exhibit of 2nd fee statement |
| Fee Statement and Fee Application Preparation | 04/02/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.4 | $ 119.20 | Update Monthly Financial Accounting Assistance and Financial Statements Exhibit of 2nd fee statement based on T. Bibby (KPMG) partner input |
| Fee Statement and Fee Application Preparation | 04/03/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.8 | $ 238.40 | Continue preparing Expense Exhibit referencing additional information provided by B. Byrne (KPMG)(.4), send to B. Byrne for confirmation/completion (.2), request receipt support (.2) |

**Exhibit B**
**KPMG Time Details**
**March 10, 2018 through April 20, 2018**

| Matter Name | Date | Timekeeper Name | Position / Title | Hourly Rate | Hours | Fees | Task Description |
|---|---|---|---|---|---|---|---|
| Fee Statement and Fee Application Preparation | 04/03/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 1.2 | $ 357.60 | Prepare Fee Statement and Fee Application exhibit of 2nd fee statement |
| Fee Statement and Fee Application Preparation | 04/05/18 | Plangman, Monica | Associate Director | $ 325 | 2.5 | $ 812.50 | Perform associate director review of 2nd fee statement as required in advance of filing. |
| Fee Statement and Fee Application Preparation | 04/05/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.1 | $ 29.80 | Draft email to T. Bibby (KPMG) to confirm no objections to 1st fee statement |
| Fee Statement and Fee Application Preparation | 04/05/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.1 | $ 29.80 | Draft email to T. Horton, T. Hogan (EFH) for approval to proceed with filing CNO |
| Fee Statement and Fee Application Preparation | 04/05/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.9 | $ 268.20 | Prepare allocation for 1st fee statement factoring in complications created by 80%/20% due to bankruptcy requirements. |
| Fee Statement and Fee Application Preparation | 04/05/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.3 | $ 89.40 | Review draft CNO for 1st fee statement prepared by RLF (.2) and respond to J. Madron (RLF) with approval to file |
| Fee Statement and Fee Application Preparation | 04/09/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.8 | $ 238.40 | Address M. Plangman (KPMG) review comments related to 2nd fee statement as required in advance of filing. |
| Fee Statement and Fee Application Preparation | 04/09/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.6 | $ 178.80 | Finalize 2nd monthly fee statements in advance of sending to T. Bibby (KPMG) for partner review/approval to file. |

**Exhibit B**
**KPMG Time Details**
**March 10, 2018 through April 20, 2018**

| Matter Name | Date | Timekeeper Name | Position / Title | Hourly Rate | Hours | Fees | Task Description |
|---|---|---|---|---|---|---|---|
| Fee Statement and Fee Application Preparation | 04/09/18 | Grace, James | Director | $ 500 | 3.1 | $ 1,550.00 | Director level review of the 2nd fee statement in advance of partner review |
| Fee Statement and Fee Application Preparation | 04/11/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.4 | $ 119.20 | Convert expenses for 2nd monthly fee statement into FRC required format to append to fee statement. |
| Fee Statement and Fee Application Preparation | 04/11/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 1.1 | $ 327.80 | Create tables for inclusion in 2nd monthly narrative |
| Fee Statement and Fee Application Preparation | 04/11/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.4 | $ 119.20 | Finalize 2nd fee statement exhibit file, converting data points per FRC requirements |
| Fee Statement and Fee Application Preparation | 04/11/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.8 | $ 238.40 | Populate 2nd monthly narrative with current numbers, summary charts |
| Fee Statement and Fee Application Preparation | 04/13/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.4 | $ 119.20 | Begin to prepare Exhibit B of EFH final fee application (post-emergence fee preparation) exhibit |
| Fee Statement and Fee Application Preparation | 04/15/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.7 | $ 208.60 | Finalize 2nd monthly fee statement exhibits, converting data points, addressing print issues. |
| Fee Statement and Fee Application Preparation | 04/17/18 | Plangman, Monica | Associate Director | $ 325 | 0.5 | $ 162.50 | Begin review of revised 2nd fee statement as required in advance of filing. |

**Exhibit B**
**KPMG Time Details**
**March 10, 2018 through April 20, 2018**

| Matter Name | Date | Timekeeper Name | Position / Title | Hourly Rate | Hours | Fees | Task Description |
|---|---|---|---|---|---|---|---|
| Fee Statement and Fee Application Preparation | 04/17/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 1.3 | $ 387.40 | Begin to prepare final narrative to accompany EFH Final Fee application |
| Fee Statement and Fee Application Preparation | 04/17/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 1.1 | $ 327.80 | Continue to prepare Exhibit B for inclusion in final fee application |
| Fee Statement and Fee Application Preparation | 04/18/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.7 | $ 208.60 | Begin consolidating data for EFH 1st interim and final fee application |
| Fee Statement and Fee Application Preparation | 04/18/18 | Plangman, Monica | Associate Director | $ 325 | 1.8 | $ 585.00 | Discussion with C. Campbell regarding revisions within 2nd fee statement 0.2; review revised 2nd fee statement and concurrently provide comments to narrative and various required EFH files prior to submission to Court 1.6. |
| Fee Statement and Fee Application Preparation | 04/18/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.2 | $ 59.60 | Draft email to J. Madron (KPMG) with request to file and serve 2nd fee statement |
| Fee Statement and Fee Application Preparation | 04/18/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.3 | $ 89.40 | Draft email with request for Summary of Services to include in the final fee application (providing verbiage from EL) to J. Kane, N. Clark (KPMG) |
| Fee Statement and Fee Application Preparation | 04/18/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.2 | $ 59.60 | Draft email with request for Summary of Services to include in the final fee application (providing verbiage from EL) to T. Bibby, J. Grace (KPMG) |
| Fee Statement and Fee Application Preparation | 04/18/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.3 | $ 89.40 | Finalize 2nd monthly narrative with final dates, send narrative and files to T. Bibby (KPMG) for partner approval to file. |

**Exhibit B**
**KPMG Time Details**
**March 10, 2018 through April 20, 2018**

| Matter Name | Date | Timekeeper Name | Position / Title | Hourly Rate | Hours | Fees | Task Description |
|---|---|---|---|---|---|---|---|
| Fee Statement and Fee Application Preparation | 04/18/18 | Bibby, Thomas | Partner | $ 610 | 0.6 | $ 366.00 | Partner review of 2nd monthly fee statement to approve for filing |
| Fee Statement and Fee Application Preparation | 04/18/18 | Bibby, Thomas | Partner | $ 610 | 0.4 | $ 244.00 | Prepare descriptions for summary of services provided as part of narrative for Final Fee Application for KPMG. |
| Fee Statement and Fee Application Preparation | 04/18/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.9 | $ 268.20 | Continue consolidating data for EFH 1st interim and final fee application |
| Fee Statement and Fee Application Preparation | 04/19/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 1.7 | $ 506.60 | Transfer consolidated data to FRC required format for Final Fee application |
| Fee Statement and Fee Application Preparation | 04/19/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.9 | $ 268.20 | Continue to prepare first interim and final narrative, populating with final numbers |
| Fee Statement and Fee Application Preparation | 04/19/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.7 | $ 208.60 | Continue to transfer consolidated data for First Interim and Final Fee Application to FRC required format |
| Fee Statement and Fee Application Preparation | 04/19/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 1.4 | $ 417.20 | Prepare summary tables for inclusion in final fee application narrative |
| Fee Statement and Fee Application Preparation | 04/19/18 | Campbell, Celeste | Manager - Bankruptcy | $ 298 | 0.1 | $ 29.80 | Upload 2nd filed fee statement and expense file to box.com as per FRC requirements |
| **Total** | | | | | **48.0** | **$ 15,371.80** | |