**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: ) | |
| ) | **Chapter 11** |
| **ENERGY FUTURE HOLDINGS CORP.**, *et al.* ) | |
| ) | **Case No. 14-10979 (CSS)** |
| ) | |
| ) | (Jointly Administered) |
| ) | |
| ) | Objection deadline: ___, 2018 at p.m. |
| ) | Eastern Time |
| **Debtor-in-Possession.** ) | Hearing date: ____, 2018 at a.m. |
| ) | Eastern Time |
| ) | |

**FINAL FEE APPLICATION OF SOLIC CAPITAL ADVISORS AS FINANCIAL ADVISORS TO THE DEBTOR FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM DECEMBER 18, 2014 THROUGH AND INCLUDING MARCH 9, 2018**

| | |
|---|---|
| Name of Applicant: | SOLIC Capital Advisors, LLC |
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp. |
| Date of Retention: | 2/6/2015 *nunc pro tunc* to 12/18/2014 |
| Period for which compensation and reimbursement is sought: | December 18, 2014 to March 9, 2018 |
| Amount of final compensation sought as actual reasonable, and necessary: | $6,243,730.58 |
| Amount of final expense reimbursement sought as actual, reasonable, and necessary: | $123,690.62 |
| Blended rate in this application for all attorneys: | N/A |
| Blended rate in this application for all timekeepers[1]: | $668.83 |
| This is a ***final*** application. | |

---

[1] SOLIC prior to June 1, 2017 was not compensated by the hour, but through fixed fees. This blended rate represents the fees that were billed by the hour for the period June 1, 2017 through March 9, 2018.

The total time expended for fee application preparation for the Interim Fee Period is approximately 25 hours and the corresponding compensation requested is $0.00.

| PRIOR INTERIM FEE APPLICATIONS & ADJUSTMENTS: | | | | | |
|---|---|---|---|---|---|
| | | Requested | | Approved[2] | |
| Docket No. | Interim Fee Period ("IFP") | Fees | Expenses | Fees | Expenses |
| N/A | *First IFP* **04-29-14 - 8-31-14** | - | - | - | - |
| N/A | *Second IFP* **09-1-14 - 12-31-14** | - | - | - | - |
| 4892 | *Third IFP* **1-1-15 - 4-30-15** | 890,322.58 | 41,787.51 | 890,322.58 | 41,459.01 |
| 6509 | *Fourth IFP* **5-1-15 - 8-31-15** | 800,000.00 | 27,676.85 | 800,000.00 | 27,676.85 |
| 7864 | *Fifth IFP* **9-1-15 - 12-31-15** | 800,000.00 | 13,709.16 | 800,000.00 | 13,709.16 |
| 8752 | *Sixth IFP* **1-1-16 - 4-30-16** | 800,000.00 | 24,173.43 | 800,000.00 | 23,323.38 |
| 9843 | *Seventh IFP* **5-1-16 - 8-31-16** | 800,000.00 | 11,149.42 | 800,000.00 | 11,149.42 |
| 10999 | *Eighth IFP* **9-1-16 - 12-31-16** | 800,000.00 | 3,742.09 | 800,000.00 | 3,742.09 |
| 11423 | *Ninth IFP* **1-1-17 - 4-30-17** | 800,000.00 | - | 800,000.00 | - |
| 12282 | *Tenth IFP* **5-1-17 - 8-31-17** | 378,412.50 | 1,217.40 | 302,730.00 | 1,217.40 |
| 12924 | *Eleventh IFP* **9-1-17 - 12-31-17** | 102,306.50 | 1,413.31 | 65,722.00 | 1,413.31 |
| 12960 | *Twelfth IFP* **1-1-18 - 3-9-18** | 72,689.00 | - | - | - |
| | | 6,243,730.58 | 124,869.17 | 6,058,774.58 | 123,690.62 |

[2]*All monthly fee statements through 12/31/2017 have been approved.  All Interim Fee Period Applications through 4/30/2017 have been approved.*

Total allowed compensation paid to date:          $ 6,058,774.58

Total allowed expenses paid to date:          $ 123,690.62

Number of professionals with time included in this application:          14

If applicable, number of professionals in this application not included in a staffing plan approved by the client:          N/A

If applicable, difference between fees budged and compensation sought for this period: $          N/A

Are any timekeeper's hourly rates higher than those charged and approved upon retention?[2]          No

## FEE COMMITTEE'S REQUESTED ATTACHMENTS TO FINAL FEE APPLICATIONS

**List of Professionals** – Exhibit D

**Compensation by Project Category** – Exhibit E -1

**Expense Summary** – Exhibit F

**List of Professionals by Matter** – Exhibit H

**Detailed Time Records** – Exhibit I

**Detailed Expense Records** – Exhibit G

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[3] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FINAL APPLICATION OF SOLIC CAPITAL ADVISORS, LLC, FINANCIAL ADVISOR FOR
DEBTOR ENERGY FUTURE HOLDINGS CORP., FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM
DECEMBER 18, 2014 THROUGH MARCH 9, 2018**

SOLIC Capital Advisors, LLC ("SOLIC"), financial advisor for Energy Future Holdings

Corp. ("EFH Corp." or the "Debtor"), hereby submits this application (the "Final Application"),

pursuant to sections 327(a), 328(a), 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), Rules 2016-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the

United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the

*Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for*

*Professionals* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), and the

*Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), for

(a) approval and allowance of compensation for professional services rendered in the amount of

$6,243,730.58 from December 18, 2014 through March 9, 2018 (the "Fee Period") and (b)

reimbursement of actual and necessary expenses in the amount of $123,690.62 incurred during the

---

[3]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of
the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these
chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their
federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the
website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Fee Period.  In support of the Fee Application, SOLIC submits the declaration of Neil F. Luria, which is attached hereto as **Exhibit A** and incorporated herein by reference.  In further support of the Fee Application, SOLIC respectfully represents as follows:

### Jurisdiction

1.      The Court has jurisdiction over the Fee Application under 28 U.S.C. §§ 157 and 1334.

2.      This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

3.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The bases for the relief requested herein are sections 327(a), 328(a), 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rules 2016-1 and 2016-2, the Interim Compensation Order, and the Fee Committee Order.

### Background

5.      On April 29, 2014 (the "Petition Date"), EFH Corp. and each of its above-captioned debtor and debtor-in-possession affiliates (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Court has entered an order for the joint administration of these chapter 11 cases.  The Court has not appointed a trustee or examiner in these chapter 11 cases.  The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") formed (a) an official committee of unsecured creditors representing the interests of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company (the "TCEH Creditors' Committee") in these chapter 11 cases on May 13, 2014 [D.I. 420] and (b) an official committee of unsecured creditors representing the interests of EFH Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance, Inc. and EECI, Inc. (the "EFH Creditors' Committee") on October 27, 2014 [D.I.

2570]. Further information regarding the Debtors' business operations and capital structure is set forth in the declaration [D.I. 98] of Paul Keglevic in support of the Debtors' first day motions.

6.    On August 21, 2014, the Court entered the Fee Committee Order, which appointed a fee committee (the "Fee Committee") to, among other things, review and report as appropriate on all interim and final fee applications filed by professionals retained under sections 105, 327, 363 or 1103 of the Bankruptcy Code, in accordance with sections 328, 330 and 331 of the Bankruptcy Code and the Interim Compensation Order.

7.    On September 16, 2014, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all retained professionals in these chapter 11 cases.

8.    Plan Confirmation Description:

- On August 29, 2016, the Court entered the *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [ECF No. 9421] (the "TCEH Confirmation Order"), pursuant to which the Court approved and confirmed the *Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code*, dated August 23, 2016 [ECF No. 9374], as it applies to Texas Competitive Electric Holdings Company LLC and the other debtors identified therein, and which went effective on October 3, 2016.

- On February 27, 2018, the Court entered the *Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH*

*Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [ECF No. 12763] (the "<u>EFH Confirmation Order</u>"), pursuant to which the Court approved and confirmed the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, dated February 15, 2018 [ECF No. 12653], as it applied to EFH Corp. and the other Debtors identified therein, and went effective on March 9, 2018.

### EFH Corp.'s Retention of SOLIC

9.      EFH Corp. sought approval of this Court to retain SOLIC as financial advisor, pursuant to sections 327(a), 328(a) and 330 of the Bankruptcy Code, by application filed on January 16, 2015 [D.I. 3324] (the "<u>SOLIC Retention Application</u>").  As set forth in the SOLIC Retention Application and SOLIC's engagement letter, EFH Corp. engaged SOLIC to render professional services to EFH Corp.'s disinterested directors (the "<u>Disinterested Directors</u>") in connection with Conflict Matters (used herein as such term is defined in and pursuant to the authority delegated to EFH Corp.'s Disinterested Directors pursuant to resolutions of EFH Corp.'s board of directors) and in determining whether a matter constitutes a Conflict Matter, reporting to and at the direction of EFH Corp.'s Disinterested Directors.  SOLIC's retention was approved by this Court by order dated February 6, 2015 [D.I. 3467] (the "<u>Retention Order</u>"), effective *nunc pro tunc* to December 18, 2014.  A true and correct copy of the Retention Order is attached hereto as **<u>Exhibit B</u>**.  The Retention Order provides that SOLIC's compensation is approved pursuant to section 328 of the Bankruptcy Code, subject to the terms of the Retention Order.

10.    As is typical of financial advisory firms, SOLIC prior to June 1, 2017 was not compensated by the hour, but through fixed fees through a portion of the Fee Period.[4]  The Retention Order authorized EFH Corp. to compensate SOLIC as set forth in its engagement letter, consisting of (a) a $200,000 monthly fixed fee payment (pro-rated for any periods less than a month) and (b) reimbursement of reasonable and documented out-of-pocket expenses (including all fees of counsel), subject to any limitations or modifications as set forth in the Retention Order. The fixed fee charged by SOLIC is typical for SOLIC's engagements both inside and outside of bankruptcy.  Although SOLIC typically also is provided an "incentive fee" or "success fee" in addition of fixed fees in other engagements both inside and outside of bankruptcy, SOLIC has not sought such a fee in this case.

11.    In light of the circumstances of EFH Corp.'s chapter 11 case and the desire to limit costs going forward, Donald L. Evans and Billie I. Williamson, EFH Corp.'s disinterested directors, on behalf of EFH Corp., and SOLIC agreed to a change in fee structure, effective June 1, 2017, to provide that, in lieu of the Monthly Fee, SOLIC would be compensated on an hourly basis, subject to any objections and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and any other applicable procedures and orders of the Court. All other provisions remain unmodified and in full force and effect.  Such amendment was described in the Supplemental Declaration of Neil F. Luria filed on May 26, 2017 (the "Supplemental Declaration") with the Bankruptcy Court which is attached hereto as **Exhibit C**.  No objection has been raised to the Supplemental Declaration.  In addition, on February 23, 2018, an amendment to SOLIC's engagement letter, the effective date of which is June 1, 2017,

---

[4] Prior to the Supplemental Declaration of Neil F. Luria of SOLIC Capital Advisors, dated 05/26/2017.

was executed by Mr. Luria, on behalf of SOLIC, and by Mr. Donald Evans, Chairman of the Board of Energy Future Holdings Corp., on behalf of the Debtor.

### Summary of Professional Compensation and Reimbursement of Expenses Requested

12.     This Final Application has been prepared in accordance with Local Rule 2016-2(c)(i) (Local form 101) and ¶ C.2.1 and Exhibit E to the Appendix B Guidelines for Reviewing Applications for Compensation and the Reimbursement of Expenses Filed Under United States Code by Attorneys in Larger Chapter 11 Cases (the **"U.S. Trustee Guidelines"**).

13.     By this Final Application, SOLIC seeks:  (a) approval and allowance of compensation for professional services rendered by SOLIC as financial advisor for EFH Corp. During the Fee Period in the amount of $6,243,730.58; and (b) reimbursement of actual and necessary expenses incurred by SOLIC in connection with rendering professional services to EFH Corp. during the Fee Period of $123,690.62.

14.    SOLIC has filed 10 Interim Fee Applications from the date of retention 2/6/2015 (nunc pro tunc to December 18, 2014) for all dates of service from December 18, 2014 through and including March 9, 2018 in accordance with the Interim Compensation Order.

| PRIOR INTERIM FEE APPLICATIONS & ADJUSTMENTS: | | | | | |
| --- | --- | --- | --- | --- | --- |
| | | Requested | | Approved[2] | |
| Docket No. | Interim Fee Period ("IFP") | Fees | Expenses | Fees | Expenses |
| N/A | *First IFP* **04-29-14 - 8-31-14** | - | - | - | - |
| N/A | *Second IFP* **09-1-14 - 12-31-14** | - | - | - | - |
| 4892 | *Third IFP* **1-1-15 - 4-30-15** | 890,322.58 | 41,787.51 | 890,322.58 | 41,459.01 |
| 6509 | *Fourth IFP* **5-1-15 - 8-31-15** | 800,000.00 | 27,676.85 | 800,000.00 | 27,676.85 |
| 7864 | *Fifth IFP* **9-1-15 - 12-31-15** | 800,000.00 | 13,709.16 | 800,000.00 | 13,709.16 |
| 8752 | *Sixth IFP* **1-1-16 - 4-30-16** | 800,000.00 | 24,173.43 | 800,000.00 | 23,323.38 |
| 9843 | *Seventh IFP* **5-1-16 - 8-31-16** | 800,000.00 | 11,149.42 | 800,000.00 | 11,149.42 |
| 10999 | *Eighth IFP* **9-1-16 - 12-31-16** | 800,000.00 | 3,742.09 | 800,000.00 | 3,742.09 |
| 11423 | *Ninth IFP* **1-1-17 - 4-30-17** | 800,000.00 | - | 800,000.00 | - |
| 12282 | *Tenth IFP* **5-1-17 - 8-31-17** | 378,412.50 | 1,217.40 | 302,730.00 | 1,217.40 |
| 12924 | *Eleventh IFP* **9-1-17 - 12-31-17** | 102,306.50 | 1,413.31 | 65,722.00 | 1,413.31 |
| 12960 | *Twelfth IFP* **1-1-18 - 3-9-18** | 72,689.00 | - | - | - |
| | | 6,243,730.58 | 124,869.17 | 6,058,774.58 | 123,690.62 |

[2]*All monthly fee statements through 12/31/2017 have been approved.  All Interim Fee Period Applications through 4/30/2017 have been approved.*

15.     Pursuant to the Final Application, SOLIC has already received payment in the amount of $6,058,774.58 and $123,690.62, which represents 100% of the expenses invoiced for the Fee Period.  Except as described in this Fee Application, SOLIC has not entered into any agreement with any other party for the purpose of fixing of sharing fees or other compensation to be paid for professional services rendered in EFH Corp.'s chapter 11 case.  No promises have been received by SOLIC or any member thereof as to compensation in connection with EFH Corp.'s chapter 11 case other than in accordance with the provisions of the Bankruptcy Code.

16.     SOLIC's fees for this Fee Period are in accordance with the agreed-upon terms for this period set forth in the SOLIC Retention Application as outlined in the SOLIC Retention Order and the Amended Retention Order.  Compensation by project category is attached hereto as **Exhibit E-1** for the period whereby SOLIC began billing on an hourly basis from June 1, 2017 through March 9, 2018.

17.     During the Fee Period, SOLIC's professionals spent an aggregate of 8,052.4 hours performing services for EFH Corp. in connection with its chapter 11 case.  **Exhibit D,** attached hereto, provides a list of all SOLIC professionals who have provided services in relation to this case and **Exhibit H** outlines each professional by matter.

18.     SOLIC's fees for the services rendered are reasonable and appropriate given the complexity of the matter and the level of expertise required to best serve EFH Corp.  In particular, the depth and complexity of the issues involved in EFH Corp.'s chapter 11 case and the sophistication and breadth of expertise necessary to successfully guide EFH Corp. through its chapter 11 case, is best served by employing a financial advisor with SOLIC's sophistication, experience, and expertise in handling large and complex matters for corporations.  SOLIC believes that its fees are comparable to the fees charged by other highly skilled practitioners experienced in advising clients with large, complex operations while in chapter 11.

## Summary of Professional Services Rendered

19.     SOLIC has structured its time records using its internal system of project codes. The following descriptions provide a summary of the primary services rendered by SOLIC during the Fee Period with respect to each project code.  Given the scope of the work performed, these summaries do not cover all work performed but instead highlight the major areas of work. Descriptions of the day-to-day services provided by SOLIC and the time expended performing such services in each project category are attached hereto as **Exhibit I**.  Such descriptions demonstrate that SOLIC was heavily involved in the performance of services for EFH Corp. on a daily basis, including night and weekend work, often under extreme time constraints, to meet the needs of EFH Corp. in its chapter 11 case.

## Allowance of Compensation

20.     The foregoing professional services rendered by SOLIC on behalf of EFH Corp. during the Fee Period were reasonable, necessary and appropriate to the administration of EFH Corp.'s chapter 11 case and related matters and in the best interests of EFH Corp. and its estate. The compensation requested for the foregoing services is commensurate with the complexity, importance and nature of the problems, issues and tasks involved.  The professional services were performed expediently and in an efficient manner.

21.   During the Fee Period, the professional services performed by SOLIC on behalf of EFH Corp. required an aggregate expenditure of 8,052.4 hours by SOLIC professionals and SOLIC is seeking compensation for such services in the total amount of $6,243,730.58.  As demonstrated by this Fee Application, SOLIC's services were rendered economically and without unnecessary duplication of efforts.  In addition, the work involved and the time expended was carefully assigned in consideration of the experience and expertise required of each particular task.

## **Actual and Necessary Expenses Incurred by SOLIC**

22. SOLIC seeks reimbursement of $123,690.62 on account of expenses incurred in performing professional services during the Fee Period.  SOLIC records all expenses incurred in connection with the performance of professional services.  A summary of the expenses is attached hereto as **Exhibit F** and detailed descriptions of these expenses were attached to and filed as exhibits to the monthly fee statements submitted during the Fee Period – see attached hereto as **Exhibit G**.  In addition, a detailed description of the services performed during each interim period for each matter category is attached hereto as **Exhibit E-2**.

23. SOLIC seeks reimbursement only for the actual cost of such expenses to SOLIC. Throughout the Fee Period, SOLIC has been cognizant of cost considerations and has tried to minimize the expenses charged to the EFH Corp.'s estate.  SOLIC respectfully submits that the actual expenses incurred, except where limits have been set forth by the Fee Committee (with hotels not being reimbursable in New York City above $500 or above $350 in an all other locations, meals being capped at $40 per person per meal and cars to and from an airport being capped at $100 in New York City, $75 in Dallas and $75 in Chicago) in providing professional services during the Fee Period and billed to EFH Corp. were necessary, reasonable and justified under the circumstances to serve the needs of EFH Corp. in its chapter 11 case.

## **The Requested Compensation Should be Allowed**

24. SOLIC respectfully submits that the services for which it seeks compensation and the expenditures for which it seeks reimbursement in this Final Application were necessary for and beneficial to EFH Corp.'s orderly administration of its estate and its efforts in its chapter 11 case. SOLIC worked diligently to anticipate or respond to EFH Corp.'s needs and assist in EFH Corp.'s chapter 11 case.  SOLIC's services and expenditures were necessary to, and in the best interests

of, EFH Corp.'s estate and creditors.  SOLIC submits further that the services its professionals and paraprofessionals provided for EFH Corp. were performed economically, effectively and efficiently, and that the results obtained to date have benefited not only EFH Corp. but all stakeholders in its chapter 11 case.  The services provided by SOLIC were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.  Accordingly, SOLIC respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to EFH Corp., its estate and all parties in interest.

### Notice

25.  SOLIC provided notice of this Final Application to:  (a) the Debtor; (b) co-counsel to the Debtors, Kirkland & Ellis LLP; (c) co-counsel to the Debtors, Richards, Layton & Finger, P.A.; (d) the Office of the United States Trustee; (e) counsel for the agent of the EFIH First Lien DIP Financing Facility; (f) counsel for the agent of the TCEH DIP Financing Facility; (g) counsel to the TCEH Creditors' Committee; (h) counsel to the EFH Creditors' Committee; and (i) counsel to the Fee Committee (collectively, the "Notice Parties").

### No Prior Request

26. Other than the monthly fee statements no prior request for the relief requested herein has been made to this or any other Court.

### Conclusion

WHEREFORE, SOLIC respectfully requests that the Court enter an order (i) awarding SOLIC the sum of $6,243,730.58 as compensation for services rendered and $123,690.62 for reimbursement of actual and necessary expenses SOLIC incurred during the Fee Period; (ii) that

the allowance of such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to SOLIC's right to seek additional compensation for services rendered and for expenses incurred during the Fee Period which were not processed at the time of this Final Application; and (iii) granting such other and further relief as the Court deems appropriate.

Dated:  April 23, 2018             */s/ Neil F. Luria*
                                   SOLIC Capital Advisors, LLC
                                   Neil F. Luria, Senior Managing Director
                                   4901 Vineland Rd., Suite 120
                                   Orlando, Florida 32811

## **Exhibit A**

[Declaration]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### Verification of Neil F. Luria

1.      I am a Senior Managing Director and President of SOLIC Capital Advisors, LLC ("SOLIC"),[2] which maintains a central office at 1603 Orrington Avenue, Suite 1600, Evanston, Illinois 60201.  I am one of the lead professionals from SOLIC working on EFH Corp.'s chapter 11 case.

2.      I have personally performed many of the services rendered by SOLIC as financial advisor to EFH Corp. and am familiar with all other work performed on behalf of EFH Corp. by SOLIC.

3.      The facts set forth in the foregoing Fee Application are true and correct to the best of my knowledge, information and belief.

4.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that

---

[1]      The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]      Each capitalized term used but not otherwise defined herein shall have the meaning ascribed thereto in the *First Interim Application of SOLIC Capital Advisors, LLC, Financial Advisor for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from December 18, 2014 Through April 30, 2015* (the "Fee Application").

SOLIC's Fee Application complies with Rule 2016-2 to the extent not waived or otherwise modified pursuant to the terms of the Retention Order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  <u>April 23, 2018</u>                    <u>*/s/ Neil F. Luria*_____</u>

Name:  Neil F. Luria
Title:   Senior Managing Director

**<u>Exhibit B</u>**

[Retention Order]

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SOLIC CAPITAL ADVISORS, LLC AS FINANCIAL ADVISOR FOR DEBTOR AND DEBTOR IN POSSESSION ENERGY FUTURE HOLDINGS CORP. EFFECTIVE *NUNC PRO TUNC* TO DECEMBER 18, 2014

Upon the application (the "Application")[2] of debtor and debtor in possession Energy Future Holdings Corp. ("EFH Corp.") for the entry of an order (this "Order") authorizing EFH Corp., under the supervision of its disinterested directors, Donald L. Evans and Billie I. Williamson, to retain and employ SOLIC Capital Advisors, LLC ("SOLIC") as financial advisor, effective *nunc pro tunc* to December 18, 2014, in connection with Conflict Matters as defined in and pursuant to the authority delegated to EFH Corp.'s disinterested directors pursuant to resolutions of the EFH Corp. Board of Directors attached to the Application as Exhibit B (the "Resolutions"), including the determination by EFH Corp.'s disinterested directors regarding whether any matter constitutes a Conflict Matter, pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

District of Delaware (the "Local Bankruptcy Rules"); and the Court having reviewed the Application and the Declaration of Neil F. Luria, a Senior Managing Director and President of SOLIC (the "Luria Declaration"); and the Court having found that the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that the Application is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of the Application in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found, based on the representations made in the Application and in the Luria Declaration, that (a) SOLIC does not hold or represent an interest adverse to EFH Corp.'s estate and (b) SOLIC is a "disinterested person" as defined in section 101(14) of the Bankruptcy Code and as required by section 327(a) of the Bankruptcy Code; and the Court having determined that the terms and conditions of SOLIC's employment, including the fee and expense structure set forth in the Engagement Letter (attached hereto as **Exhibit 1**), are reasonable as required by section 328 (a) of the Bankruptcy Code; and the Court having found that the relief requested in the Application is in the best interests of EFH Corp.'s estate, its creditors, and other parties in interest; and the Court having found that EFH Corp. provided adequate and appropriate notice of the Application under the circumstances and that no other or further notice is required; and the Court having reviewed the Application; and the Court having determined that the legal and factual bases set forth in the Application just cause having been shown for the relief granted herein; and any objections to the relief requested herein having been either withdrawn or overruled; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Application is granted to the extent set forth herein.

2

2.     EFH Corp. is authorized to retain and employ SOLIC as its financial advisor to advise it on Conflict Matters, including whether a matter constitutes a Conflict Matter, consistent with the terms and conditions set forth in the Engagement Letter, effective *nunc pro tunc* to December 18, 2014, and to pay fees and reimburse expenses to SOLIC on the terms and times specified in the Engagement Letter attached hereto as **Exhibit 1**; *provided, however*, that nothing in the Engagement Letter shall supersede any provisions of the Bankruptcy Code during the pendency of EFH Corp.'s chapter 11 case; *provided further, however*, that to the extent the Application, the Luria Declaration, and any later declaration or the Engagement Letter is inconsistent with this Order, the terms of this Order shall govern

3.     The terms of the Engagement Letter are approved in all respects except as limited or modified herein.

4.     SOLIC's compensation set forth in the Engagement Letter is approved pursuant to section 328(a) of the Bankruptcy Code and SOLIC shall be compensated and reimbursed pursuant to section 328(a) of the Bankruptcy Code in accordance with the terms of the Engagement Letter, subject to the procedures set forth in the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any other applicable orders of this Court, including but not limited to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* dated September 16, 2014 [D.I. 2066].

5.     Pursuant to the terms of the Engagement Letter, SOLIC is entitled to reimbursement by EFH Corp. for reasonable expenses incurred in connection with the performance of its engagement under the Engagement Letter, including, without limitation, the reasonable fees, disbursements and other charges of SOLIC's counsel (which counsel shall not be required to be retained pursuant to section 327 of the Bankruptcy Code or otherwise), in

3

47349969v2

accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the

Local Bankruptcy Rules, any applicable orders of this Court and the Fee Guidelines promulgated

by the Office of the United States Trustee, *provided however*, that SOLIC shall not seek

reimbursement for any services provided by SOLIC's counsel to EFH Corp.; *provided further*,

that SOLIC shall submit the invoices of SOLIC's counsel, together with any application seeking

allowance of reimbursement for the fees, disbursements and other charges of its counsel.

6.      With respect to the provision of the Engagement Letter reflecting that SOLIC may

perform *de novo* analyses as may be required and approved by the Disinterested Directors, in

such events, SOLIC shall file a supplemental application or applications requesting authority to

undertake such analyses, which shall generally outline the scope of the *de novo* analyses and

identify the SOLIC professionals designated to perform such *de novo* analyses and their

corresponding hourly rates.

7.      None of the fees payable to SOLIC shall constitute a "bonus" or fee enhancement

under applicable law.

8.      Absent further order of this Court, fees and expenses incurred by SOLIC shall be

paid by EFH Corp.

9.      SOLIC shall use its reasonable efforts to avoid any duplication of services

provided by any of EFH Corp.'s other retained professionals in EFH Corp.'s chapter 11 case.

10.     Notwithstanding any provision to the contrary in this Order, the U.S. Trustee shall

have the right to object to SOLIC's request(s) for interim and final compensation and

reimbursement based on the reasonableness standard provided in section 330 of the Bankruptcy

Code, not section 328(a) of the Bankruptcy Code. This Order and the record relating to the

Court's consideration of the Application shall not prejudice or otherwise affect the rights of the

4

47349969v2

U.S. Trustee to challenge the reasonableness of SOLIC's fees under the standard set forth in the preceding sentence. Accordingly, nothing in this Order or the record shall constitute a finding of fact or conclusion of law binding the U.S. Trustee, on appeal or otherwise, with respect to the reasonableness of SOLIC's fees.

11.     SOLIC shall include in its fee applications, among other things, time records setting forth, in summary format, a description of the services rendered by each professional, and the amount of time spent on each date by each such individual in rendering services on behalf of ECF Corp. in half-hour increments, but SOLIC shall be excused from keeping time in tenth-hour increments.

12.     SOLIC is granted a waiver of the information requirements relating to compensation requests set forth in Local Rule 2016-2(d) to the extent requested in the Application.

13.     SOLIC shall file fee applications for interim and final allowance of compensation and reimbursement of expenses pursuant to the procedures set forth in sections 330 and 331 of the Bankruptcy Code; provided, however, the fee applications filed by SOLIC shall be subject to review only pursuant to the standard of review set forth in section 328 of the Bankruptcy Code and not subject to the standard of review set forth in section 330 of the Bankruptcy Code, except as otherwise expressly set forth herein.

14.     The relief granted herein shall be binding upon any chapter 11 trustee appointed in EFH Corp.'s chapter 11 case, or upon any chapter 7 trustee appointed in the event of a subsequent conversion of EFH Corp.'s chapter 11 case to a case under chapter 7.

15.     The indemnification provisions set forth in the Engagement Letter are hereby approved, subject during the pendency of these cases to the following:

47349969v2

a.  subject to the provisions of subparagraph d., *infra*, EFH Corp. is authorized to indemnify, and to provide contribution and reimbursement to, and shall indemnify, and provide contribution and reimbursement to, the Indemnified Persons (as defined in the Engagement Letter) in accordance with the Engagement Letter for any claim arising from, related to, or in connection with the services provided for in the Engagement Letter; notwithstanding any provisions of the Engagement Letter to the contrary;

b.  EFH Corp. shall have no obligation to indemnify SOLIC or provide contribution or reimbursement to SOLIC (i) for any claim or expense that is judicially determined (the determination having become final) to have arisen from SOLIC's bad faith, self-dealing, breach of fiduciary duty (if any), willful misconduct or gross negligence, (ii) for a contractual dispute in which EFH Corp. alleges the breach of SOLIC's contractual obligations if the Court determines that indemnification, contribution, or reimbursement would not be permissible pursuant to *In re United Artists Theatre Company, et. al.*, 315 F.3d 217 (3d Cir. 2003), or (iii) for any claim or expense that is settled prior to a judicial determination as to the exclusions set forth in clauses (i) and (ii) above, but determined by the Court, after notice and a hearing pursuant to subparagraph d., *infra*, to be a claim or expense for which SOLIC should not receive indemnity, contribution or reimbursement under the terms of the Indemnification Letter, as modified by this Order;

c.  if during the pendency of EFH Corp.'s case the indemnification is held unenforceable by reason of the exclusions set forth in subparagraph b. above and SOLIC makes a claim for the payment of any amounts by EFH Corp. on account of EFH Corp.'s contribution obligations, then the contribution provisions in the Engagement Letter shall not apply; and

d.  if, before the earlier of (i) the entry of an order confirming a chapter 11 plan in EFH Corp.'s case (that order having become a final order no longer subject to appeal) and (ii) the entry of an order closing EFH Corp.'s case, SOLIC believes that it is entitled to the payment of any amounts by EFH Corp. on account of EFH Corp.'s indemnification, contribution, and/or reimbursement obligations under the Engagement Letter (as modified by this Order), including without limitation the advancement of defense costs, SOLIC must file an application therefor in this Court, and EFH Corp. may not pay any such amounts to SOLIC before the entry of an order by this Court approving the payment. This subparagraph d. is intended only to specify the period of time during which the Court shall have jurisdiction over any request for compensation and expenses by SOLIC for indemnification, contribution, or reimbursement and is not a provision limiting the duration of EFH Corp.'s obligation to indemnify SOLIC.

47349969v2

16.    Notwithstanding anything to the contrary in the Application or the Engagement Letter, SOLIC will not seek reimbursement of expenses for office supplies.

17.    EFH Corp. and SOLIC are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Application.

18.    Notice of the Application as provided therein is deemed to be good and sufficient notice of such Application, and the requirements of the Local Bankruptcy Rules are satisfied by the contents of the Application.

19.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

20.    Notwithstanding any contrary provision in the Application or the Engagement Letter, the Court shall retain jurisdiction to hear and determine all matters arising from or related to implementation of this Order.

Dated:    _2/6/15_
        Wilmington, Delaware

                                        The Honorable Christopher S. Sontchi
                                        United States Bankruptcy Judge

47349969v2

**Exhibit 1** (to Order)

[Engagement Letter]



SOLIC Capital Advisors, LLC
1603 Orrington Avenue, Suite 1600
Evanston, Illinois  60201
847.583.1619   Phone
847.583.1426   Fax

December 18, 2014

**Personal and Confidential**
The Honorable Donald L. Evans
Executive Chairman
Board of Directors
Energy Future Holdings Corp.
1601 Bryan St., 41st Floor
Dallas, Texas 75201
dle@donevans34.com

Billie I. Williamson
Director
Board of Directors
Energy Future Holdings Corp.
1601 Bryan St., 41st Floor
Dallas, Texas 75201
billie.williamson@forresterco.com

Dear Mr. Evans and Ms. Williamson:

Subject to approval of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), this letter confirms the retention of SOLIC Capital Advisors, LLC ("SOLIC") by Energy Future Holdings Corp. (the "Company"), nunc pro tunc to December 18, 2014, in accordance with the terms set forth in this letter, pursuant to which SOLIC will provide to the Company, at the direction of its disinterested directors, Donald L. Evans and Billie I. Williamson (the "Disinterested Directors"), the services described below in connection with the Company's chapter 11 case (the "Case").

On April 29, 2014 (the "Commencement Date"), the Company commenced its Case by filing a voluntary petition for relief under chapter 11 title 11 of the United States Code (the "Bankruptcy Code") in the Bankruptcy Court.  This engagement letter (this "Engagement Letter"), and SOLIC's obligations and responsibilities relating to this engagement (the "Engagement"), shall be effective as of December 18, 2014, subject to obtaining Bankruptcy Court approval in this Case; provided, however, that either party may, in its sole discretion and without any liability arising therefrom, terminate this Engagement in the event that (a) a final order authorizing the employment of SOLIC as financial advisors for the Company (the "Order") is not issued by the Bankruptcy Court in this Case on or before one hundred twenty (120) days from the date hereof on the terms and conditions set forth herein or on such other terms and conditions as are satisfactory to SOLIC, or (b) the application of the Company seeking the Order is denied by the Bankruptcy Court in this Case.  In such event, the Company hereby agrees to withdraw, promptly upon SOLIC's request, any application filed or to be filed with the Bankruptcy Court to retain SOLIC's services in this Case.

Energy Future Holdings Corp.
December 18, 2014

Specifically, the terms and conditions of our engagement and the services that it is anticipated that SOLIC will provide are as follows:

1.  **Services.**  Pursuant to this Engagement, SOLIC will provide a variety of financial advisory and other services to the Company, at the direction of its Disinterested Directors, in connection with "Conflict Matters" as defined in and pursuant to the authority delegated to the Disinterested Directors pursuant to resolutions of the Company's Board of Directors attached hereto as <u>Exhibit A</u> (the "<u>Resolutions</u>"), including the determination by the Company's Disinterested Directors regarding whether any matter constitutes a Conflict Matter.  Such services will include:

    (a)  Reviewing bid procedures and progress in developing a plan of reorganization;
    (b)  reviewing inter-company claims between the Company and other affiliates;
    (c)  reviewing financial elements pertaining to key tax issues;
    (d)  reviewing financing proposals received to date and future financing needs of the Company; and
    (e)  such other matters as may be agreed upon which are consistent with SOLIC's experience.

    It is the parties' desire that SOLIC rely on the work of the Company's legal and other financial advisors to provide the basis of any reviews and analysis provided hereunder unless *de novo* analysis  is required and approved by the Disinterested Directors.  For purposes hereof, "*de novo* analysis" shall mean any analysis where SOLIC is required to undertake independent review of source documentation or data (i.e., documents or data other than actual reports and analyses prepared by the Company's other advisors) or the development of new independent analyses as directed by the Disinterested Directors.  For the sake of clarification, any reviews performed by SOLIC on existing work product produced by the Company's legal and other financial advisors will not constitute *de novo* analysis.

2.  **Information.** In connection with SOLIC's activities hereunder, the Company agrees to cooperate with SOLIC and will use its good faith efforts to furnish to, or cause to be furnished to, SOLIC all information and data concerning the Company (the "Information") which SOLIC reasonably deems appropriate and will use its good faith efforts to assist SOLIC in obtaining access to the Company's officers, directors, employees and advisors, as necessary

    The Company acknowledges and agrees that the Company's management is responsible for supplying materially complete and accurate Information, representations, and books and records upon which we must rely in providing our services to the Company.  The Company agrees to promptly notify SOLIC if the Company believes that any Information which was previously provided to SOLIC has become materially misleading.  The Company acknowledges and agrees that, in rendering its services hereunder, SOLIC will be using and relying on Information (and information available from public sources and other sources deemed reliable by SOLIC) without independent verification thereof or independent appraisal or evaluation of the Company, or any other party.   SOLIC does not assume responsibility for the accuracy or completeness of Information or any other information regarding the Company.  SOLIC will have no obligation to update any report(s) that it may produce or to revise the information contained therein because of events and transactions occurring subsequent thereto. It is further understood that any advice rendered by SOLIC pursuant to its Engagement hereunder, including any advice rendered during the course of participating in negotiations and meetings with the Company and its representatives, as well as any written materials provided by SOLIC, are intended solely for the

2

Energy Future Holdings Corp.
December 18, 2014

benefit and use of the Company, its Disinterested Directors and professionals, and may not be relied upon by any other person or entity without SOLIC's prior written consent.

3.   **Compensation.**   In consideration of SOLIC's efforts, SOLIC shall be compensated as follows by the Company and/or from the Company's estate (subject to allowance and approval by the Bankruptcy Court):

SOLIC will be paid a monthly fixed fee payment of $200,000 (the "Monthly Fee"), via wire transfer per the wire instructions set forth on Exhibit B attached hereto, with the first payment (including the pro-rated Monthly Fee for the period December 18 through December 31, 2014 and any other accrued but unpaid Monthly Fees for periods thereafter) to be made upon the Court's approval of SOLIC's retention and, thereafter, in advance on the first day of each month during the term of our Engagement hereunder.   The parties hereto hereby agree that the Monthly Fee may be reviewed and potentially adjusted prospectively, if appropriate, based upon mutual agreement, taking into account, among other things, the contribution of SOLIC's professionals to the Case, the aggregate work performed over the course of the Engagement, and such other factors as may be mutually agreed upon, and as approved by the Bankruptcy Court, if necessary.

In addition to the Monthly Fees, if SOLIC is requested by the Company and the Disinterested Directors, to perform any "*de novo* analysis" or to provide litigation support or testimony (or support thereof) in support of any litigation matters, such services will be provided at SOLIC's standard billing rates as set forth on Exhibit C pursuant to a budget agreed upon by SOLIC and the Disinterested Directors on behalf of the Company and any such related fees and expenses will be subject to Bankruptcy Court approval and be paid in accordance with the following paragraph.

SOLIC will be reimbursed monthly for all of its reasonable and documented expenses and hourly fees, if any, related to this Engagement, including travel, document production, reasonable fees and expenses of our legal counsel (other than the cost of internal legal counsel), including amounts attributable to our obligation to respond to discovery requests, participate in depositions or appear in court in connection with services under this Engagement Letter, and other costs incurred in providing the services hereunder.

SOLIC understands that the Company will seek authorization of the Bankruptcy Court for it to fulfill its obligations under this Engagement Letter.

The Company has been informed that SOLIC intends to apply for compensation for professional services to be rendered in connection with this Case and for reimbursement of expenses incurred, in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Delaware and any applicable order of the Bankruptcy Court (the "Payment Rules").   Payment of fees and reimbursement of expenses will be subject to ultimate allowance and approval by the Bankruptcy Court.   SOLIC will maintain internal time records for all work performed for the Company.   The request for Bankruptcy Court approval of our retention, and the proposed order to be submitted in connection therewith, shall be provided to SOLIC prior to submission and must be acceptable to SOLIC in its sole discretion.

3

Energy Future Holdings Corp.
December 18, 2014

To the extent that, at any time during this Case, the Bankruptcy Court reviews any of the terms of this Engagement Letter, such review shall be subject to the standard of review of Section 328(a) of the Bankruptcy Code and the Payment Rules, and not subject to any other standard of review under Section 330 of the Bankruptcy Code. SOLIC will submit reasonably detailed invoices and statements of expenses to the Company in accordance with that certain *Order Establishing Professional Interim Compensation Procedures* entered in the Case. Because SOLIC does not ordinarily maintain contemporaneous time records in one-tenth hour (0.1) increments, the Company agrees to request that SOLIC be excused from compliance with such requirements and should be required only to maintain time records in half-hour (0.50) increments setting forth, in a summary format, a description of services rendered by each professional and the amount of time spent on each date by each such individual in rendering services on behalf of the Company.

In agreeing to these provisions, the Company acknowledges that it believes that our general restructuring experience and expertise will inure to the benefit of the Company and that the value to the Company and/or its constituents derives in substantial part from that expertise and experience and that, accordingly, the structure and amount of fees above are reasonable, regardless of the number of hours to be expended by our professionals in the performance of the services to be provided hereunder.

4.   Termination. SOLIC's engagement hereunder may be terminated by either the Company or SOLIC at any time, with or without cause, upon 30 days' written notice to the other party; provided, however, that no such termination will affect SOLIC's right to expense reimbursement or the payment of any accrued and unpaid fees pursuant to Section 3 hereof or the Indemnity Agreement (as defined below), and the provisions related thereto contained in this Engagement Letter will survive the expiration or termination of this engagement. Furthermore, if the Order is not obtained, or is later reversed or set aside for any reason, SOLIC may terminate this Engagement Letter and SOLIC shall be reimbursed for all fees and expenses reasonably incurred prior to the date of expiration or termination.

5.   Collection. In the event SOLIC prevails in any action to enforce collection of amounts due or other rights under this Engagement Letter, SOLIC's reasonable legal fees and other collection costs incurred by SOLIC, plus interest on amounts otherwise due but unpaid at the prime rate (Bank of America prime) plus 2 percent until paid, shall be paid by the Company and/or the Company's estate.

6.   Governing Law. This Engagement Letter will be deemed made in New York and will be governed by the laws of the State of New York. The Company and SOLIC irrevocably submit to the jurisdiction of the Bankruptcy Court as long as the Case is open, and once the Case is closed, to any court of the State of New York or the United States District Court for the Southern District of New York (Manhattan Division), for the purpose of any suit, action or other proceeding arising out of this Engagement Letter, or any of the agreements or transactions contemplated hereby, which is brought by or against the Company. Each of the Company and SOLIC hereby knowingly, voluntarily and irrevocably waives any right it may have to a trial by jury in respect of any claim based upon, arising out of or in connection with, this Engagement Letter and the transactions contemplated hereby). SOLIC will act under this Engagement Letter as an independent contractor with duties solely to the Company. Because we will be acting on the Company's behalf in this capacity, it is our practice to receive indemnification. A copy of our standard indemnity form is attached hereto as Exhibit D ("Indemnity Agreement"). The terms of

4

Energy Future Holdings Corp.
December 18, 2014

the Indemnity Agreement are incorporated by reference into this Engagement Letter. In no event will SOLIC's liability in connection with this Engagement Letter exceed the total fees paid to SOLIC hereunder. In no event shall SOLIC, the Company or their respective personnel be liable for consequential, special, indirect, incidental, punitive or exemplary loss, damage or expense relating to this Engagement.

7.    **Successors and Assigns.** This Engagement Letter shall be binding upon and inure to the benefit of the parties hereto, their respective successors and assigns. Neither party may delegate or assign its rights or obligations under this Engagement Letter without the written consent of the other party.

8.    **Review.** The services to be provided by SOLIC hereunder will not constitute (a) a fairness or solvency opinion or (b) a compilation, examination, review or audit of any entity's information, financial or otherwise, historical or prospective, as described in the pronouncements on professional standards issued by the American Institute of Certified Public Accountants. In addition, SOLIC does not make any predictions or provide any opinions or other assurances concerning the outcome of future events, including, without limitation, those that pertain to the operating results of any entity, the achievability of any business plan, the success of any investment, the recovery of any asset, or the ability to pay any debt. SOLIC reserves the right to issue a tombstone announcement with respect to SOLIC's involvement in connection with the Engagement consistent with the Order.

9.    **Limitations.** This Engagement Letter does not create, and will not be construed as creating, rights enforceable by any person or entity not a party hereto, except those entitled thereto by virtue of the Indemnity Agreement. The Company acknowledges and agrees that (a) SOLIC will act as an independent contractor and is being retained solely to assist the Company and the Disinterested Directors and, unless separately requested by the Company, that SOLIC is not being retained to provide a formal opinion as to any possible restructuring or outcome, (b) nothing in this Engagement Letter or in the nature of services in connection with the Engagement or otherwise shall be deemed to create a fiduciary duty or fiduciary or agency relationship between SOLIC and the Company, or any other party, (c) SOLIC is a professional advisor to the Company and is not and will have no duties or liabilities to the equityholders or creditors of the Company, any affiliate of the Company or any other person by virtue of this Engagement Letter and the retention of SOLIC hereunder (other than as set forth herein), all of which duties and liabilities are hereby expressly waived, and (d) any advice rendered by SOLIC does not constitute a recommendation to any creditor or stakeholder that such creditor or stakeholder might or should take in connection with a possible restructuring; provided, however, this clause (d) shall not apply to the advice rendered by SOLIC to the Disinterested Directors as part of the services provided under the terms of this Engagement Letter. Neither equityholders nor creditors of the Company are intended beneficiaries hereunder. The Company recognizes and acknowledges that by performing the services set forth in this Engagement Letter, SOLIC is not acting in any management capacity and that Company has not requested SOLIC to make, nor has SOLIC agreed to make, any business decisions on behalf of the Company. All decisions about the business of the Company remain the sole responsibility of the Company (and to the extent applicable, the Disinterested Directors). The Company and each Disinterested Director hereby expressly acknowledges that SOLIC does not guarantee, warrant, or otherwise provide any assurances that the Company will restructure successfully. SOLIC is not a law, accounting, tax, or actuarial firm and will not be providing any legal, accounting, tax advice, or actuarial services

5

Energy Future Holdings Corp.
December 18, 2014

hereunder.  In addition, the Company confirms that it will rely on its own counsel for legal advice.   SOLIC's services are not designed, nor should they be relied upon, to disclose internal weaknesses in internal controls, financial statement errors, irregularities, illegal acts or disclosure deficiencies.

10.    Counterparts.  This Engagement Letter, and any modification or amendment thereto, may be executed in counterparts, each of which will be deemed an original and all of which will constitute one and the same instrument.

11.    Notices.  All correspondence and notices shall be sent to the parties as listed hereafter or to such other persons or addresses as may be given by one party to the other, and will be deemed effective the earlier of actual delivery or three days after mailing.

Personal and Confidential

The Honorable Donald L. Evans
Executive Chairman
Energy Future Holdings Corp.
1601 Bryan St., 41st Floor
Dallas, Texas 75201

with a copy to:

General Counsel
Energy Future Holdings Corp.
1601 Bryan St., 41st Floor
Dallas, Texas 75201

Neil F. Luria
Senior Managing Director
SOLIC Capital Advisors, LLC
1603 Orrington Avenue
Suite 1600
Evanston, IL  60201

13.  Entire Agreement.   This Engagement Letter is the entire agreement between the parties pertaining to its or their subject matter and supersedes all prior agreements, representations and understandings of the parties.  No modification of this Engagement Letter shall be binding unless agreed to in writing by the parties.

14.  Retention Application.  The Company agrees to file the necessary retention applications in the Bankruptcy Court in order to properly retain SOLIC in accordance with the terms set forth in this letter.

47349969v2

Energy Future Holdings Corp.
December 18, 2014

If this Engagement Letter meets with your approval, please indicate your consent and agreement to be bound by the terms of this Engagement Letter by executing the attached copy and forwarding it to me.

Very truly yours,

SOLIC CAPITAL ADVISORS, LLC


By: */s/ Neil F. Luria*
       Neil F. Luria
       Senior Managing Director




ACKNOWLEDGED AND AGREED:


ENERGY FUTURE HOLDINGS CORP.

By: */s/ Donald L. Evans*
       Donald L. Evans
       Executive Chairman
       Board of Directors
       Energy Future Holdings Corp.

Date: December 18, 2014

47349969v2

Energy Future Holdings Corp.
December 18, 2014

**Exhibit "A"** (to Engagement Letter)

Energy Future Holdings Corp.
December 18, 2014

## ENERGY FUTURE HOLDINGS CORP. ("EFH")
### BOARD OF DIRECTORS RESOLUTIONS
### DECEMBER 9, 2014

The following recitals and resolutions supplement the Board of Directors Resolutions dated as of November 7, 2014 ("November 7th Resolutions") and, in the event of any inconsistency, these resolutions shall supersede and control.

WHEREAS, EFH and certain of its direct and indirect subsidiaries (excluding Oncor Electric Delivery Holdings Company LLC and its subsidiaries), including TCEH (the "Debtors") on April 29, 2014, filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code ("Chapter 11 Case") in the Bankruptcy Court for the District of Delaware ("Bankruptcy Court");

WHEREAS, the members of the Board of Directors of EFH ("Board") having relationships or interests with other affiliated or related companies and their direct or indirect equity holders and other material relationships have disclosed certain facts that they believe to be material to the Board;

WHEREAS, as described in the material presented and reviewed by the Board and based on a review of the known facts and circumstances, the Board has determined and confirmed by the November 7th Resolutions that Donald L. Evans and Billie I. Williamson are the only current members of the Board that are disinterested with respect to any matter pertaining to the Chapter 11 Case on which an actual conflict exists between EFH, on the one hand, and any other Debtor, on the other hand ("Conflict Matters"), and were designated the Disinterested Directors ("Disinterested Directors") as set forth in *Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters*, approved by the Bankruptcy Court on September 16, 2014 ("Stipulation");

WHEREAS, the members of the Board considered the Stipulation related to, among other things, the authority of the Disinterested Directors to retain independent legal counsel and other advisors under certain circumstances;

WHEREAS, the Board resolved by the November 7th Resolutions to delegate the authority to the Disinterested Directors to seek and retain, at EFH's sole expense, independent legal counsel and such other advisors ("Independent Advisors") as the Disinterested Directors deem necessary to represent and advise EFH, reporting to the Disinterested Directors, on the Conflict Matters;

WHEREAS, the Disinterested Directors interviewed and engaged certain Independent Advisors effective as of November 19, 2014 to represent and advise EFH, and reporting solely to the Disinterested Directors, as set forth herein; and

WHEREAS, pursuant to the Stipulation and Section 21.416 of the Texas Business Organizations Code, the members of the Board desire to delegate to the Disinterested Directors certain rights, authority, and powers in connection with Conflict Matters, among other matters set forth herein;

NOW, THEREFORE, BE IT,

RESOLVED that, to the fullest extent permitted by applicable law, the Board hereby delegates to the Disinterested Directors the authority to review and act upon (as set forth herein) any Conflict Matters; and further

RESOLVED that, to the fullest extent permitted by applicable law, the Board hereby delegates to the Disinterested Directors the authority to investigate and determine whether any matter constitutes a Conflict Matter, in the exercise of their business judgment and with the advice of the Independent Advisors, and any such determination shall be binding on EFH and EFH's subsidiaries (other than Energy Future Intermediate Holding Company LLC and its direct and indirect subsidiaries and

Energy Future Holdings Corp.
December 18, 2014

Energy Future Competitive Holdings Company LLC and its direct and indirect subsidiaries (the "Excluded Subsidiaries")); and further

RESOLVED that, to the fullest extent permitted by applicable law, the Board hereby delegates to the Disinterested Directors the authority to make all decisions, and to implement or direct the implementation of all such decisions, in each case on EFH's behalf, with respect to Conflict Matters as the Disinterested Directors deem appropriate, in the exercise of their business judgment and with the advice of the Independent Advisors or others with whom the Disinterested Directors determine it is appropriate or necessary to consult, and to act on behalf of and bind EFH in connection therewith, including taking action on EFH's behalf, as the direct and indirect holder of 100% of the equity interests in its subsidiaries, causing such subsidiaries (other than the Excluded Subsidiaries) to abide by and implement the decisions and actions of the Disinterested Directors with respect to Conflict Matters and the Disinterested Directors' determination of whether a matter constitutes a Conflict Matter; and further

RESOLVED that the Disinterested Directors will update the Board at board meetings on the status of their (i) review of and decisions on whether any matter constitutes a Conflict Matter, and (ii) review of and decisions on Conflict Matters, in each case in the manner that the Disinterested Directors determine is appropriate and necessary to fulfill their duties and obligations as the Disinterested Directors, taking into account the confidentiality or privilege of the Disinterested Directors' work and the advice of the Independent Advisors; and further

RESOLVED that EFH shall, as the direct and indirect holder of 100% of the equity interests in its subsidiaries, direct and cause each of such subsidiaries (other than the Excluded Subsidiaries) to abide by and comply with these resolutions; and further

RESOLVED that the officers, employees, advisors and agents of EFH (collectively, the "Authorized Persons"), acting alone or with one or more other Authorized Persons, be, and hereby are, directed to furnish to the Disinterested Directors and the Independent Advisors all information as the Disinterested Directors or the Independent Advisors may request, in a manner that shall not effect a waiver of any applicable privilege, and to cooperate with the Disinterested Directors and the Independent Advisors in all respects; and further

RESOLVED that any Authorized Person, acting alone or with one or more other Authorized Persons be, and hereby are, authorized, empowered and directed to implement any decision made by the Disinterested Directors in respect of a Conflict Matter on behalf of EFH as directed by the Disinterested Directors; provided that the Disinterested Directors retain the right to implement any such decision on behalf of EFH and its subsidiaries (other than the Excluded Subsidiaries) themselves or through the Independent Advisors; and further

RESOLVED that any Authorized Person, acting alone or with one or more other Authorized Persons be, and they hereby are, authorized, empowered and directed to take any and all action that they deem necessary or proper to assist the Disinterested Directors in carrying out the foregoing, in each case as requested by and under the direction of the Disinterested Directors; and further

RESOLVED that the Disinterested Directors shall control any attorney-client, work product, or other privilege belonging to EFH in connection with the Independent Advisors or their work or privileged communications on the Conflict Matters and on whether any matter constitutes a Conflict Matter; and further

RESOLVED that each member of the Board has agreed and hereby agrees that he or she shall not have access to, and shall not seek access to, and hereby directs that each Authorized Person shall not have access to and shall not seek access to, the work or privileged material of the Independent

2

Energy Future Holdings Corp.
December 18, 2014

Advisors on the Conflict Matters or on whether any matter constitutes a Conflict Matter, except as permitted by the Disinterested Directors; and further

RESOLVED that the Disinterested Directors be, and hereby are, authorized to take all such further action, at EFH's expense, as the Disinterested Directors shall deem necessary, proper or advisable consistent with these resolutions or in order to carry out fully the intent and purposes of these resolutions; and further

RESOLVED that all actions previously done or approved, or caused to be done or approved, by the Disinterested Directors or the Authorized Persons, including the retention of Independent Advisors, in each case only to the extent consistent with these resolutions, or to otherwise carry out the intent of these resolutions, be and hereby are approved, adopted, confirmed and ratified in all respects.

3

Energy Future Holdings Corp.
December 18, 2014

**Exhibit "B"** (to Engagement Letter)

Wiring Instructions

Please direct wire to:

| | |
|---|---|
| Account Name: | SOLIC Capital Advisors, LLC |
| Account Number: | 3800869411 |
| Bank: | Northern Trust Bank |
| Address: | 50 S. LaSalle, Chicago, IL 60675 |
| ABA#: | 071000152 |
| SWIFT: | CNORUS44 |

| | |
|---|---|
| Beneficiary Name: | SOLIC Capital Advisors, LLC |

47349969v2

Energy Future Holdings Corp.
December 18, 2014

**Exhibit "C"** (to Engagement Letter)

Standard Hourly Rates

| | |
|---|---|
| Senior Managing Directors | $750-895/hr |
| Managing Directors | $695-825/hr |
| Directors | $550-695/hr |
| Associate Directors | $450-550/hr |
| Managing Consultants | $350-450/hr |
| Consultants/Associates | $245-350/hr |
| Paraprofessionals | $95-125/hr |

Energy Future Holdings Corp.
December 18, 2014

**Exhibit "D"** (to Engagement Letter)

December 18, 2014

SOLIC Capital Advisors, LLC
1603 Orrington Avenue
Suite 1600
Evanston, IL  60201

Ladies and Gentlemen:

This agreement will confirm that Energy Future Holdings Corp. (the "Company"), has engaged SOLIC Capital Advisors, LLC ("SOLIC") to advise and assist it in connection with the matters referred to in our engagement letter, dated of even date herewith (the "Engagement Letter").  Capitalized terms used herein without definition shall have the meanings ascribed to them in the Engagement Letter.  In connection with the terms of the Engagement Letter (the "Engagement"), the Company agrees to indemnify and hold harmless SOLIC and its affiliates and their respective members, officers, directors, employees and agents and each other person, if any, controlling SOLIC or any of its affiliates and their respective successors, assigns, independent contractors, agents, heirs and personal representatives (each referred to herein as a " SOLIC Indemnified Person") to the fullest extent permitted by law from and against any losses, claims, damages, obligations, penalties, judgments, awards, costs, disbursements or liabilities, including amounts paid in settlement (collectively, "Losses"), based upon, related to, arising out of or in connection the Engagement and will reimburse each SOLIC Indemnified Person for all expenses (including fees and expenses of counsel) ("Expenses") as they are incurred in connection with investigating, preparing, pursuing or defending any action, claim, suit, investigation, or proceeding related to, arising out of or in connection with the Engagement, whether or not pending or threatened and whether or not any SOLIC Indemnified Person is a party.  Notwithstanding the foregoing, (i) in no event shall the Company be responsible for any Losses or Expenses that arise out of or in connection with the Engagement to the extent such Losses or Expenses are finally judicially determined to have resulted from the willful misconduct, bad faith or gross negligence of SOLIC or any other SOLIC Indemnified Person and (ii) if any SOLIC Indemnified Person to whom such Expenses have been advanced shall be determined pursuant to clause (i) to not be eligible for reimbursement of such Expenses, such SOLIC Indemnified Person shall promptly repay such expenses to the Company.  If any litigation, investigation or proceeding is commenced as to which SOLIC proposes to demand indemnification, SOLIC will notify the Company with reasonable promptness; provided, however, that any failure by SOLIC to notify the Company will relieve the Company from their obligations hereunder only to the extent the Company have been materially prejudiced by such failure or delay.

The Company will, if requested by any SOLIC Indemnified Party, assume the defense of any proceeding in respect of which indemnity may be sought hereunder, including the employment of counsel reasonably satisfactory to SOLIC and the payment of the fees and expenses of such counsel, in which event, except as provided below, the Company shall not be liable for the fees and expenses of any other counsel retained by any SOLIC Indemnified Party in connection with such proceeding.  In any such proceeding the defense of which the Company shall have so assumed, any SOLIC Indemnified Party shall have the right to participate in such Proceeding and to retain its own counsel, but the fees and expenses of such counsel shall be at the expense of such SOLIC Indemnified Party unless (i) the Company and such

47349969v2

Energy Future Holdings Corp.
December 18, 2014

SOLIC Indemnified Party shall have mutually agreed in writing to the retention of such counsel or (ii) the named parties to any such proceeding (including any impleaded parties) include such SOLIC Indemnified Party and representation of the Company and such SOLIC Indemnified Party by the same counsel would, in the opinion of counsel to such SOLIC Indemnified Party, be inappropriate due to actual or potential conflicts of interests between the Company and such SOLIC Indemnified Party, including situations in which there are one or more legal defenses available to the SOLIC Indemnified Party that are different from or additional to those available to the Company. The Company shall not be liable for any settlement of any proceeding effected without its written consent, such consent not to be unreasonably withheld, but if settled with such consent or if there is a final judgment against an SOLIC Indemnified Party, the Company agrees to indemnify the SOLIC Indemnified Party from and against any Loss by reason of such settlement or judgment.

If, for any reason, the foregoing indemnification is unavailable to any of the SOLIC Indemnified Parties or is insufficient to hold them harmless in respect of any Losses or Expenses, then the Company will contribute to the amount paid or payable by any of the SOLIC Indemnified Parties as a result of such Losses and Expenses in such proportion as is appropriate to reflect the relative benefits (or anticipated benefits) to the Company and the Disinterested Directors on the one hand and the SOLIC Indemnified Parties on the other hand, but also the relative fault of the Company and the Disinterested Directors, and their shareholders, members, agents and advisers (other than SOLIC) on the one hand and the SOLIC Indemnified Parties on the other hand, as well as any other relevant equitable considerations. The relative benefits received (or anticipated to be received) by the Company and the Disinterested Directors on the one hand and by the SOLIC Indemnified Parties on the other hand will be deemed to be in the same proportion as such benefit bears to the total fees paid to SOLIC pursuant to the Engagement Letter. The relative fault of any party or other person will be determined by reference to such party's or person's knowledge, access to information and opportunity to prevent or correct any misstatement, omission, misconduct or breach of duty. In no event will the amount required to be contributed by the SOLIC Indemnified Parties hereunder exceed the total amount of fees paid to SOLIC pursuant to the Engagement Letter. You and we agree that it would not be just and equitable if contribution were determined by pro rata allocation or by any other method of allocation which does not take account of the equitable considerations referred to above.

The reimbursement, indemnity and contribution obligations of the Company hereunder will (i) be in addition to any liability which the Company may otherwise have, (ii) survive the completion or termination of SOLIC's engagement under the Engagement Letter and (iii) shall be binding upon any successors and assigns of the Company.

The Company agree that without the prior written consent of SOLIC, the Company will not consent, settle, compromise, consent to the entry of any judgment in or otherwise seek to terminate any action, claims, suit or proceeding in respect of which indemnification may be sought hereunder (whether or not any SOLIC Indemnified Person is a party thereto) unless (i) such settlement, compromise, consent or termination includes an unconditional release of each SOLIC Indemnified Person from all claims and liabilities arising out of such action, claim, suit or proceeding and (ii) there is no statement in connection therewith as to an admission of fault, culpability or failure to act by or on behalf of any SOLIC Indemnified Party.

The provisions of this agreement shall apply to the Engagement and any modification thereof and shall remain in full force and effect regardless of any termination or the completion of your services under the Engagement Letter.

This agreement will be deemed made in New York. The validity and interpretation of this agreement will be governed by, and construed and enforced in accordance with, the laws of the State of New York applicable to agreements made and to be fully performed therein (excluding the conflicts of laws rules).

47349969v2

2

Energy Future Holdings Corp.
December 18, 2014

So long as the Case (as that term is defined in the Engagement Letter) is open, the Company and SOLIC irrevocably submit to the jurisdiction of the Bankruptcy Court with respect to any suit, action or proceeding arising out of the Engagement. However, once the Case is closed, the Company irrevocably submit to the jurisdiction of any court of the State of New York or the United States District Court of the Southern District of the State of New York (Manhattan Division) for the purpose of any suit, action or other proceeding arising out of this agreement which is brought by or against the Company. Each of the Company and SOLIC hereby knowingly, voluntarily and irrevocably waives any right it may have to a trial by jury in respect of any claim based upon, arising out of or in connection with this agreement.

Very truly yours,

ENERGY FUTURE HOLDINGS CORP.

By: /s/ Donald L. Evans
    Name:  Donald L. Evans
    Title:   Executive Chairman
           Board of Directors
           Energy Future Holdings Corp.

Date:  December 18, 2014

Accepted and agreed to:

SOLIC CAPITAL ADVISORS, LLC

By: /s/ Neil F. Luria
    Neil F. Luria
    Senior Managing Director

Date:  December 18, 2014

47349969v2                                3



~~SOLIC Capital Advisors, LLC~~
~~1603 Orrington Avenue, Suite 1600~~
~~Evanston, Illinois  60201~~
~~847.583.1619   Phone~~
~~847.583.1426   Fax~~

1603 Orrington Avenue, Suite 1600
Evanston, Illinois  60201
847.583.1619   Phone
847.583.1426   Fax

December 18, 2014

**Personal and Confidential**
The Honorable Donald L. Evans
Executive Chairman
Board of Directors
Energy Future Holdings Corp.
1601 Bryan St., 41st Floor
Dallas, Texas 75201
dle@donevans34.com

Billie I. Williamson
Director
Board of Directors
Energy Future Holdings Corp.
1601 Bryan St., 41st Floor
Dallas, Texas 75201
billie.williamson@forresterco.com

Dear Mr. Evans and Ms. Williamson:

Subject to approval of the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), this letter confirms the retention of SOLIC Capital Advisors, LLC ("SOLIC") by Energy Future Holdings Corp. (the "Company"), *nunc pro tunc* to December 18, 2014, in accordance with the terms set forth in this letter, pursuant to which SOLIC will provide to the Company, at the direction of its disinterested directors, Donald L. Evans and Billie I. Williamson (the "Disinterested Directors"), the services described below in connection with the Company's chapter 11 case (the "Case").

On April 29, 2014 (the "Commencement Date"), the Company commenced its Case by filing a voluntary petition for relief under chapter 11 title 11 of the United States Code (the "Bankruptcy Code") in the Bankruptcy Court.  This engagement letter (this "Engagement Letter"), and SOLIC's obligations and responsibilities relating to this engagement (the "Engagement"), shall be effective as of December 18, 2014, subject to obtaining Bankruptcy Court approval in this Case; provided, however, that either party may, in its sole discretion and without any liability arising therefrom, terminate this Engagement in the event that (a) a final order authorizing the employment of SOLIC as financial advisors for the Company (the "Order") is not issued by the Bankruptcy Court in this Case on or before one hundred twenty (120) days from the date hereof on the terms and conditions set forth herein or on such other terms and conditions as are satisfactory to SOLIC, or (b) the application of the Company seeking the Order is denied

Energy Future Holdings Corp.
December 18, 2014

by the Bankruptcy Court in this Case. In such event, the Company hereby agrees to withdraw, promptly upon SOLIC's request, any application filed or to be filed with the Bankruptcy Court to retain SOLIC's services in this Case.

Specifically, the terms and conditions of our engagement and the services that it is anticipated that SOLIC will provide are as follows:

1. Services. Pursuant to this Engagement, SOLIC will provide a variety of financial advisory and other services to the Company, at the direction of its Disinterested Directors, in connection with "Conflict Matters" as defined in and pursuant to the authority delegated to the Disinterested Directors pursuant to resolutions of the Company's Board of Directors attached hereto as <u>Exhibit A</u> (the "<u>Resolutions</u>"), including the determination by the Company's Disinterested Directors regarding whether any matter constitutes a Conflict Matter. Such services will include:

   (a) Reviewing bid procedures and progress in developing a plan of reorganization;
   (b) reviewing inter-company claims between the Company and other affiliates;
   (c) reviewing financial elements pertaining to key tax issues;
   (d) reviewing financing proposals received to date and future financing needs of the Company; and
   (e) such other matters as may be agreed upon which are consistent with SOLIC's experience.

   It is the parties' desire that SOLIC rely on the work of the Company's legal and other financial advisors to provide the basis of any reviews and analysis provided hereunder unless *de novo* analysis is required and approved by the Disinterested Directors. For purposes hereof, "*de novo* analysis" shall mean any analysis where SOLIC is required to undertake independent review of source documentation or data (i.e., documents or data other than actual reports and analyses prepared by the Company's other advisors) or the development of new independent analyses as directed by the Disinterested Directors. For the sake of clarification, any reviews performed by SOLIC on existing work product produced by the Company's legal and other financial advisors will not constitute *de novo* analysis.

2. Information. In connection with SOLIC's activities hereunder, the Company agrees to cooperate with SOLIC and will use its good faith efforts to furnish to, or cause to be furnished to, SOLIC all information and data concerning the Company (the "Information") which SOLIC reasonably deems appropriate and will use its good faith efforts to assist SOLIC in obtaining access to the Company's officers, directors, employees and advisors, as necessary

   The Company acknowledges and agrees that the Company's management is responsible for supplying materially complete and accurate Information, representations, and books and records upon which we must rely in providing our services to the Company. The Company agrees to promptly notify SOLIC if the Company believes that any Information which was previously provided to SOLIC has become materially misleading. The Company acknowledges and agrees that, in rendering its services hereunder, SOLIC will be using and relying on Information (and information available from public sources and other sources deemed reliable by SOLIC) without independent verification thereof or independent appraisal or evaluation of the Company, or any other party. SOLIC does not assume responsibility for the accuracy or completeness of Information or any other information regarding the Company. SOLIC will have no obligation to update any report(s) that it may produce or to revise the information contained therein because

2

Energy Future Holdings Corp.
December 18, 2014

of events and transactions occurring subsequent thereto. It is further understood that any advice rendered by SOLIC pursuant to its Engagement hereunder, including any advice rendered during the course of participating in negotiations and meetings with the Company and its representatives, as well as any written materials provided by SOLIC, are intended solely for the benefit and use of the Company, its Disinterested Directors and professionals, and may not be relied upon by any other person or entity without SOLIC's prior written consent.

3.  **Compensation.** In consideration of SOLIC's efforts, SOLIC shall be compensated as follows by the Company and/or from the Company's estate (subject to allowance and approval by the Bankruptcy Court):

SOLIC will be paid a monthly fixed fee payment of $200,000 (the "Monthly Fee"), via wire transfer per the wire instructions set forth on Exhibit B attached hereto, with the first payment (including the pro-rated Monthly Fee for the period December 18 through December 31, 2014 and any other accrued but unpaid Monthly Fees for periods thereafter) to be made upon the Court's approval of SOLIC's retention and, thereafter, in advance on the first day of each month during the term of our Engagement hereunder.  The parties hereto hereby agree that the Monthly Fee may be reviewed and potentially adjusted prospectively, if appropriate, based upon mutual agreement, taking into account, among other things, the contribution of SOLIC's professionals to the Case, the aggregate work performed over the course of the Engagement, and such other factors as may be mutually agreed upon, and as approved by the Bankruptcy Court, if necessary.

In addition to the Monthly Fees, if SOLIC is requested by the Company and the Disinterested Directors, to perform any "*de novo* analysis" or to provide litigation support or testimony (or support thereof) in support of any litigation matters, such services will be provided at SOLIC's standard billing rates as set forth on Exhibit C pursuant to a budget agreed upon by SOLIC and the Disinterested Directors on behalf of the Company and any such related fees and expenses will be subject to Bankruptcy Court approval and be paid in accordance with the following paragraph.

SOLIC will be reimbursed monthly for all of its reasonable and documented expenses and hourly fees, if any, related to this Engagement, including travel, document production, reasonable fees and expenses of our legal counsel (other than the cost of internal legal counsel), including amounts attributable to our obligation to respond to discovery requests, participate in depositions or appear in court in connection with services under this Engagement Letter, and other costs incurred in providing the services hereunder.

SOLIC understands that the Company will seek authorization of the Bankruptcy Court for it to fulfill its obligations under this Engagement Letter.

The Company has been informed that SOLIC intends to apply for compensation for professional services to be rendered in connection with this Case and for reimbursement of expenses incurred, in accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Bankruptcy Rules of the United States Bankruptcy Court for the District of Delaware and any applicable order of the Bankruptcy Court (the "Payment Rules").  Payment of fees and reimbursement of expenses will be subject to ultimate allowance and approval by the Bankruptcy Court.  SOLIC will maintain internal time records for all work performed for the Company. The request for Bankruptcy Court approval of our retention, and the proposed order to be submitted

3

Energy Future Holdings Corp.
December 18, 2014

in connection therewith, shall be provided to SOLIC prior to submission and must be acceptable to SOLIC in its sole discretion.

To the extent that, at any time during this Case, the Bankruptcy Court reviews any of the terms of this Engagement Letter, such review shall be subject to the standard of review of Section 328(a) of the Bankruptcy Code and the Payment Rules, and not subject to any other standard of review under Section 330 of the Bankruptcy Code. SOLIC will submit reasonably detailed invoices and statements of expenses to the Company in accordance with that certain *Order Establishing Professional Interim Compensation Procedures* entered in the Case. Because SOLIC does not ordinarily maintain contemporaneous time records in one-tenth hour (0.1) increments, the Company agrees to request that SOLIC be excused from compliance with such requirements and should be required only to maintain time records in half-hour (0.50) increments setting forth, in a summary format, a description of services rendered by each professional and the amount of time spent on each date by each such individual in rendering services on behalf of the Company.

In agreeing to these provisions, the Company acknowledges that it believes that our general restructuring experience and expertise will inure to the benefit of the Company and that the value to the Company and/or its constituents derives in substantial part from that expertise and experience and that, accordingly, the structure and amount of fees above are reasonable, regardless of the number of hours to be expended by our professionals in the performance of the services to be provided hereunder.

4.   Termination.  SOLIC's engagement hereunder may be terminated by either the Company or SOLIC at any time, with or without cause, upon 30 days' written notice to the other party; provided, however, that no such termination will affect SOLIC's right to expense reimbursement or the payment of any accrued and unpaid fees pursuant to Section 3 hereof or the Indemnity Agreement (as defined below), and the provisions related thereto contained in this Engagement Letter will survive the expiration or termination of this engagement. Furthermore, if the Order is not obtained, or is later reversed or set aside for any reason, SOLIC may terminate this Engagement Letter and SOLIC shall be reimbursed for all fees and expenses reasonably incurred prior to the date of expiration or termination.

5.   Collection.  In the event SOLIC prevails in any action to enforce collection of amounts due or other rights under this Engagement Letter, SOLIC's reasonable legal fees and other collection costs incurred by SOLIC, plus interest on amounts otherwise due but unpaid at the prime rate (Bank of America prime) plus 2 percent until paid, shall be paid by the Company and/or the Company's estate.

6.   Governing Law.  This Engagement Letter will be deemed made in New York and will be governed by the laws of the State of New York. The Company and SOLIC irrevocably submit to the jurisdiction of the Bankruptcy Court as long as the Case is open, and once the Case is closed, to any court of the State of New York or the United States District Court for the Southern District of New York (Manhattan Division), for the purpose of any suit, action or other proceeding arising out of this Engagement Letter, or any of the agreements or transactions contemplated hereby, which is brought by or against the Company and SOLIC. Each of the Company and SOLIC hereby knowingly, voluntarily and irrevocably waives any right it may have to a trial by jury in respect of any claim based upon, arising out of or in connection with, this Engagement Letter and the transactions contemplated hereby). SOLIC will act under this Engagement Letter as an

4

Energy Future Holdings Corp.
December 18, 2014

independent contractor with duties solely to the Company. Because we will be acting on the Company's behalf in this capacity, it is our practice to receive indemnification. A copy of our standard indemnity form is attached hereto as Exhibit D ("Indemnity Agreement"). The terms of the Indemnity Agreement are incorporated by reference into this Engagement Letter. In no event will SOLIC's liability in connection with this Engagement Letter exceed the total fees paid to SOLIC hereunder. In no event shall SOLIC, the Company or their respective personnel be liable for consequential, special, indirect, incidental, punitive or exemplary loss, damage or expense relating to this Engagement.

7.   **Successors and Assigns.** This Engagement Letter shall be binding upon and inure to the benefit of the parties hereto, their respective successors and assigns. Neither party may delegate or assign its rights or obligations under this Engagement Letter without the written consent of the other party.

8.   **Review.** The services to be provided by SOLIC hereunder will not constitute (a) a fairness or solvency opinion or (b) a compilation, examination, review or audit of any entity's information, financial or otherwise, historical or prospective, as described in the pronouncements on professional standards issued by the American Institute of Certified Public Accountants. In addition, SOLIC does not make any predictions or provide any opinions or other assurances concerning the outcome of future events, including, without limitation, those that pertain to the operating results of any entity, the achievability of any business plan, the success of any investment, the recovery of any asset, or the ability to pay any debt. SOLIC reserves the right to issue a tombstone announcement with respect to SOLIC's involvement in connection with the Engagement consistent with the Order.

9.   **Limitations.** This Engagement Letter does not create, and will not be construed as creating, rights enforceable by any person or entity not a party hereto, except those entitled thereto by virtue of the Indemnity Agreement. The Company acknowledges and agrees that (a) SOLIC will act as an independent contractor and is being retained solely to assist the Company and the Disinterested Directors and, unless separately requested by the Company, that SOLIC is not being retained to provide a formal opinion as to any possible restructuring or outcome, (b) nothing in this Engagement Letter or in the nature of services in connection with the Engagement or otherwise shall be deemed to create a fiduciary duty or fiduciary or agency relationship between SOLIC and the Company, or any other party, (c) SOLIC is a professional advisor to the Company and is not and will have no duties or liabilities to the equityholders or creditors of the Company, any affiliate of the Company or any other person by virtue of this Engagement Letter and the retention of SOLIC hereunder (other than as set forth herein), all of which duties and liabilities are hereby expressly waived, and (d) any advice rendered by SOLIC does not constitute a recommendation to any creditor or stakeholder that such creditor or stakeholder might or should take in connection with a possible restructuring; provided, however, this clause (d) shall not apply to the advice rendered by SOLIC to the Disinterested Directors as part of the services provided under the terms of this Engagement Letter. Neither equityholders nor creditors of the Company are intended beneficiaries hereunder. The Company recognizes and acknowledges that by performing the services set forth in this Engagement Letter, SOLIC is not acting in any management capacity and that Company has not requested SOLIC to make, nor has SOLIC agreed to make, any business decisions on behalf of the Company. All decisions about the business of the Company remain the sole responsibility of the Company (and to the extent applicable, the Disinterested Directors). The Company and each Disinterested Director hereby

5

Energy Future Holdings Corp.
December 18, 2014

expressly acknowledges that SOLIC does not guarantee, warrant, or otherwise provide any assurances that the Company will restructure successfully. SOLIC is not a law, accounting, tax, or actuarial firm and will not be providing any legal, accounting, tax advice, or actuarial services hereunder. In addition, the Company confirms that it will rely on its own counsel for legal advice. SOLIC's services are not designed, nor should they be relied upon, to disclose internal weaknesses in internal controls, financial statement errors, irregularities, illegal acts or disclosure deficiencies.

10.    Counterparts. This Engagement Letter, and any modification or amendment thereto, may be executed in counterparts, each of which will be deemed an original and all of which will constitute one and the same instrument.

11.    Notices. All correspondence and notices shall be sent to the parties as listed hereafter or to such other persons or addresses as may be given by one party to the other, and will be deemed effective the earlier of actual delivery or three days after mailing.

> Personal and Confidential
>
> The Honorable Donald L. Evans
> Executive Chairman
> Energy Future Holdings Corp.
> 1601 Bryan St., 41st Floor
> Dallas, Texas 75201
>
> with a copy to:
>
> General Counsel
> Energy Future Holdings Corp.
> 1601 Bryan St., 41st Floor
> Dallas, Texas 75201
>
>
> Neil F. Luria
> Senior Managing Director
> SOLIC Capital Advisors, LLC
> 1603 Orrington Avenue
> Suite 1600
> Evanston, IL 60201

13.  Entire Agreement. This Engagement Letter is the entire agreement between the parties pertaining to its or their subject matter and supersedes all prior agreements, representations and understandings of the parties. No modification of this Engagement Letter shall be binding unless agreed to in writing by the parties.

14.  Retention Application. The Company agrees to file the necessary retention applications in the Bankruptcy Court in order to properly retain SOLIC in accordance with the terms set forth in this letter.

47349969v2

Energy Future Holdings Corp.
December 18, 2014

If this Engagement Letter meets with your approval, please indicate your consent and agreement to be bound by the terms of this Engagement Letter by executing the attached copy and forwarding it to me.

Very truly yours,

SOLIC CAPITAL ADVISORS, LLC

By: /s/ Neil F. Luria
      Neil F. Luria
      Senior Managing Director

ACKNOWLEDGED AND AGREED:

ENERGY FUTURE HOLDINGS CORP.

By: /s/ Donald L. Evans
      Donald L. Evans
      Executive Chairman
      Board of Directors
      Energy Future Holdings Corp.

Date: December 18, 2014

7

47349969v2

Energy Future Holdings Corp.
December 18, 2014

**Exhibit "A"** (to Engagement Letter)

Energy Future Holdings Corp.
December 18, 2014

## ENERGY FUTURE HOLDINGS CORP. ("EFH")
### BOARD OF DIRECTORS RESOLUTIONS
### DECEMBER 9, 2014

The following recitals and resolutions supplement the Board of Directors Resolutions dated as of November 7, 2014 ("November 7th Resolutions") and, in the event of any inconsistency, these resolutions shall supersede and control.

WHEREAS, EFH and certain of its direct and indirect subsidiaries (excluding Oncor Electric Delivery Holdings Company LLC and its subsidiaries), including TCEH (the "Debtors") on April 29, 2014, filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code ("Chapter 11 Case") in the Bankruptcy Court for the District of Delaware ("Bankruptcy Court");

WHEREAS, the members of the Board of Directors of EFH ("Board") having relationships or interests with other affiliated or related companies and their direct or indirect equity holders and other material relationships have disclosed certain facts that they believe to be material to the Board;

WHEREAS, as described in the material presented and reviewed by the Board and based on a review of the known facts and circumstances, the Board has determined and confirmed by the November 7th Resolutions that Donald L. Evans and Billie I. Williamson are the only current members of the Board that are disinterested with respect to any matter pertaining to the Chapter 11 Case on which an actual conflict exists between EFH, on the one hand, and any other Debtor, on the other hand ("Conflict Matters"), and were designated the Disinterested Directors ("Disinterested Directors") as set forth in *Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters*, approved by the Bankruptcy Court on September 16, 2014 ("Stipulation");

WHEREAS, the members of the Board considered the Stipulation related to, among other things, the authority of the Disinterested Directors to retain independent legal counsel and other advisors under certain circumstances;

WHEREAS, the Board resolved by the November 7th Resolutions to delegate the authority to the Disinterested Directors to seek and retain, at EFH's sole expense, independent legal counsel and such other advisors ("Independent Advisors") as the Disinterested Directors deem necessary to represent and advise EFH, reporting to the Disinterested Directors, on the Conflict Matters;

WHEREAS, the Disinterested Directors interviewed and engaged certain Independent Advisors effective as of November 19, 2014 to represent and advise EFH, and reporting solely to the Disinterested Directors, as set forth herein; and

WHEREAS, pursuant to the Stipulation and Section 21.416 of the Texas Business Organizations Code, the members of the Board desire to delegate to the Disinterested Directors certain rights, authority, and powers in connection with Conflict Matters, among other matters set forth herein;

NOW, THEREFORE, BE IT,

RESOLVED that, to the fullest extent permitted by applicable law, the Board hereby delegates to the Disinterested Directors the authority to review and act upon (as set forth herein) any Conflict Matters; and further

RESOLVED that, to the fullest extent permitted by applicable law, the Board hereby delegates to the Disinterested Directors the authority to investigate and determine whether any matter constitutes a Conflict Matter, in the exercise of their business judgment and with the advice of the Independent Advisors, and any such determination shall be binding on EFH and EFH's subsidiaries (other than

Energy Future Holdings Corp.
December 18, 2014

Energy Future Intermediate Holding Company LLC and its direct and indirect subsidiaries and Energy Future Competitive Holdings Company LLC and its direct and indirect subsidiaries (the "Excluded Subsidiaries")); and further

RESOLVED that, to the fullest extent permitted by applicable law, the Board hereby delegates to the Disinterested Directors the authority to make all decisions, and to implement or direct the implementation of all such decisions, in each case on EFH's behalf, with respect to Conflict Matters as the Disinterested Directors deem appropriate, in the exercise of their business judgment and with the advice of the Independent Advisors or others with whom the Disinterested Directors determine it is appropriate or necessary to consult, and to act on behalf of and bind EFH in connection therewith, including taking action on EFH's behalf, as the direct and indirect holder of 100% of the equity interests in its subsidiaries, causing such subsidiaries (other than the Excluded Subsidiaries) to abide by and implement the decisions and actions of the Disinterested Directors with respect to Conflict Matters and the Disinterested Directors' determination of whether a matter constitutes a Conflict Matter; and further

RESOLVED that the Disinterested Directors will update the Board at board meetings on the status of their (i) review of and decisions on whether any matter constitutes a Conflict Matter, and (ii) review of and decisions on Conflict Matters, in each case in the manner that the Disinterested Directors determine is appropriate and necessary to fulfill their duties and obligations as the Disinterested Directors, taking into account the confidentiality or privilege of the Disinterested Directors' work and the advice of the Independent Advisors; and further

RESOLVED that EFH shall, as the direct and indirect holder of 100% of the equity interests in its subsidiaries, direct and cause each of such subsidiaries (other than the Excluded Subsidiaries) to abide by and comply with these resolutions; and further

RESOLVED that the officers, employees, advisors and agents of EFH (collectively, the "Authorized Persons"), acting alone or with one or more other Authorized Persons, be, and hereby are, directed to furnish to the Disinterested Directors and the Independent Advisors all information as the Disinterested Directors or the Independent Advisors may request, in a manner that shall not effect a waiver of any applicable privilege, and to cooperate with the Disinterested Directors and the Independent Advisors in all respects; and further

RESOLVED that any Authorized Person, acting alone or with one or more other Authorized Persons be, and hereby are, authorized, empowered and directed to implement any decision made by the Disinterested Directors in respect of a Conflict Matter on behalf of EFH as directed by the Disinterested Directors; provided that the Disinterested Directors retain the right to implement any such decision on behalf of EFH and its subsidiaries (other than the Excluded Subsidiaries) themselves or through the Independent Advisors; and further

RESOLVED that any Authorized Person, acting alone or with one or more other Authorized Persons be, and they hereby are, authorized, empowered and directed to take any and all action that they deem necessary or proper to assist the Disinterested Directors in carrying out the foregoing, in each case as requested by and under the direction of the Disinterested Directors; and further

RESOLVED that the Disinterested Directors shall control any attorney-client, work product, or other privilege belonging to EFH in connection with the Independent Advisors or their work or privileged communications on the Conflict Matters and on whether any matter constitutes a Conflict Matter; and further

RESOLVED that each member of the Board has agreed and hereby agrees that he or she shall not have access to, and shall not seek access to, and hereby directs that each Authorized Person shall not have access to and shall not seek access to, the work or privileged material of the Independent

2

Energy Future Holdings Corp.
December 18, 2014

Advisors on the Conflict Matters or on whether any matter constitutes a Conflict Matter, except as permitted by the Disinterested Directors; and further

RESOLVED that the Disinterested Directors be, and hereby are, authorized to take all such further action, at EFH's expense, as the Disinterested Directors shall deem necessary, proper or advisable consistent with these resolutions or in order to carry out fully the intent and purposes of these resolutions; and further

RESOLVED that all actions previously done or approved, or caused to be done or approved, by the Disinterested Directors or the Authorized Persons, including the retention of Independent Advisors, in each case only to the extent consistent with these resolutions, or to otherwise carry out the intent of these resolutions, be and hereby are approved, adopted, confirmed and ratified in all respects.

3

Energy Future Holdings Corp.
December 18, 2014

**Exhibit "B"** (to Engagement Letter)

Wiring Instructions

Please direct wire to:

|  |  |
|---|---|
| Account Name: | SOLIC Capital Advisors, LLC |
| Account Number: | 3800869411 |
| Bank: | Northern Trust Bank |
| Address: | 50 S. LaSalle, Chicago, IL 60675 |
| ABA#: | 071000152 |
| SWIFT: | CNORUS44 |
|  |  |
| Beneficiary Name: | SOLIC Capital Advisors, LLC |

Energy Future Holdings Corp.
December 18, 2014

**Exhibit "C"** (to Engagement Letter)

Standard Hourly Rates

| | |
|---|---|
| Senior Managing Directors | $750-895/hr |
| Managing Directors | $695-825/hr |
| Directors | $550-695/hr |
| Associate Directors | $450-550/hr |
| Managing Consultants | $350-450/hr |
| Consultants/Associates | $245-350/hr |
| Paraprofessionals | $95-125/hr |

Energy Future Holdings Corp.
December 18, 2014

**Exhibit "D" (to Engagement Letter)**

December 18, 2014

SOLIC Capital Advisors, LLC
1603 Orrington Avenue
Suite 1600
Evanston, IL 60201

Ladies and Gentlemen:

This agreement will confirm that Energy Future Holdings Corp. (the "Company"), has engaged SOLIC Capital Advisors, LLC ("SOLIC") to advise and assist it in connection with the matters referred to in our engagement letter, dated of even date herewith (the "Engagement Letter"). Capitalized terms used herein without definition shall have the meanings ascribed to them in the Engagement Letter. In connection with the terms of the Engagement Letter (the "Engagement"), the Company agrees to indemnify and hold harmless SOLIC and its affiliates and their respective members, officers, directors, employees and agents and each other person, if any, controlling SOLIC or any of its affiliates and their respective successors, assigns, independent contractors, agents, heirs and personal representatives (each referred to herein as a " SOLIC Indemnified Person") to the fullest extent permitted by law from and against any losses, claims, damages, obligations, penalties, judgments, awards, costs, disbursements or liabilities, including amounts paid in settlement (collectively, "Losses"), based upon, related to, arising out of or in connection the Engagement and will reimburse each SOLIC Indemnified Person for all expenses (including fees and expenses of counsel) ("Expenses") as they are incurred in connection with investigating, preparing, pursuing or defending any action, claim, suit, investigation, or proceeding related to, arising out of or in connection with the Engagement, whether or not pending or threatened and whether or not any SOLIC Indemnified Person is a party. Notwithstanding the foregoing, (i) in no event shall the Company be responsible for any Losses or Expenses that arise out of or in connection with the Engagement to the extent such Losses or Expenses are finally judicially determined to have resulted from the willful misconduct, bad faith or gross negligence of SOLIC or any other SOLIC Indemnified Person and (ii) if any SOLIC Indemnified Person to whom such Expenses have been advanced shall be determined pursuant to clause (i) to not be eligible for reimbursement of such Expenses, such SOLIC Indemnified Person shall promptly repay such expenses to the Company. If any litigation, investigation or proceeding is commenced as to which SOLIC proposes to demand indemnification, SOLIC will notify the Company with reasonable promptness; provided, however, that any failure by SOLIC to notify the Company will relieve the Company from their obligations hereunder only to the extent the Company have been materially prejudiced by such failure or delay.

The Company will, if requested by any SOLIC Indemnified Party, assume the defense of any proceeding in respect of which indemnity may be sought hereunder, including the employment of counsel reasonably satisfactory to SOLIC and the payment of the fees and expenses of such counsel, in which event, except as provided below, the Company shall not be liable for the fees and expenses of any other counsel retained by any SOLIC Indemnified Party in connection with such proceeding. In any such proceeding the defense of which the Company shall have so assumed, any SOLIC Indemnified Party shall have the right to participate in such Proceeding and to retain its own counsel, but the fees and expenses of such counsel shall be at the expense of such SOLIC Indemnified Party unless (i) the Company and such

Energy Future Holdings Corp.
December 18, 2014

SOLIC Indemnified Party shall have mutually agreed in writing to the retention of such counsel or (ii) the named parties to any such proceeding (including any impleaded parties) include such SOLIC Indemnified Party and representation of the Company and such SOLIC Indemnified Party by the same counsel would, in the opinion of counsel to such SOLIC Indemnified Party, be inappropriate due to actual or potential conflicts of interests between the Company and such SOLIC Indemnified Party, including situations in which there are one or more legal defenses available to the SOLIC Indemnified Party that are different from or additional to those available to the Company. The Company shall not be liable for any settlement of any proceeding effected without its written consent, such consent not to be unreasonably withheld, but if settled with such consent or if there is a final judgment against an SOLIC Indemnified Party, the Company agrees to indemnify the SOLIC Indemnified Party from and against any Loss by reason of such settlement or judgment.

If, for any reason, the foregoing indemnification is unavailable to any of the SOLIC Indemnified Parties or is insufficient to hold them harmless in respect of any Losses or Expenses, then the Company will contribute to the amount paid or payable by any of the SOLIC Indemnified Parties as a result of such Losses and Expenses in such proportion as is appropriate to reflect the relative benefits (or anticipated benefits) to the Company and the Disinterested Directors on the one hand and the SOLIC Indemnified Parties on the other hand, but also the relative fault of the Company and the Disinterested Directors, and their shareholders, members, agents and advisers (other than SOLIC) on the one hand and the SOLIC Indemnified Parties on the other hand, as well as any other relevant equitable considerations. The relative benefits received (or anticipated to be received) by the Company and the Disinterested Directors on the one hand and by the SOLIC Indemnified Parties on the other hand will be deemed to be in the same proportion as such benefit bears to the total fees paid to SOLIC pursuant to the Engagement Letter. The relative fault of any party or other person will be determined by reference to such party's or person's knowledge, access to information and opportunity to prevent or correct any misstatement, omission, misconduct or breach of duty. In no event will the amount required to be contributed by the SOLIC Indemnified Parties hereunder exceed the total amount of fees paid to SOLIC pursuant to the Engagement Letter. You and we agree that it would not be just and equitable if contribution were determined by pro rata allocation or by any other method of allocation which does not take account of the equitable considerations referred to above.

The reimbursement, indemnity and contribution obligations of the Company hereunder will (i) be in addition to any liability which the Company may otherwise have, (ii) survive the completion or termination of SOLIC's engagement under the Engagement Letter and (iii) shall be binding upon any successors and assigns of the Company.

The Company agree that without the prior written consent of SOLIC, the Company will not consent, settle, compromise, consent to the entry of any judgment in or otherwise seek to terminate any action, claims, suit or proceeding in respect of which indemnification may be sought hereunder (whether or not any SOLIC Indemnified Person is a party thereto) unless (i) such settlement, compromise, consent or termination includes an unconditional release of each SOLIC Indemnified Person from all claims and liabilities arising out of such action, claim, suit or proceeding and (ii) there is no statement in connection therewith as to an admission of fault, culpability or failure to act by or on behalf of any SOLIC Indemnified Party.

The provisions of this agreement shall apply to the Engagement and any modification thereof and shall remain in full force and effect regardless of any termination or the completion of your services under the Engagement Letter.

This agreement will be deemed made in New York. The validity and interpretation of this agreement will be governed by, and construed and enforced in accordance with, the laws of the State of New York applicable to agreements made and to be fully performed therein (excluding the conflicts of laws rules).

Energy Future Holdings Corp.
December 18, 2014

So long as the Case (as that term is defined in the Engagement Letter) is open, the Company and SOLIC irrevocably submit to the jurisdiction of the Bankruptcy Court with respect to any suit, action or proceeding arising out of the Engagement.  However, once the Case is closed, the Company irrevocably submit to the jurisdiction of any court of the State of New York or the United States District Court of the Southern District of the State of New York (Manhattan Division) for the purpose of any suit, action or other proceeding arising out of this agreement which is brought by or against the Company.  Each of the Company and SOLIC hereby knowingly, voluntarily and irrevocably waives any right it may have to a trial by jury in respect of any claim based upon, arising out of or in connection with this agreement.

Very truly yours,

ENERGY FUTURE HOLDINGS CORP.

By: /s/ Donald L. Evans
    Name:  Donald L. Evans
    Title:    Executive Chairman
             Board of Directors
             Energy Future Holdings Corp.

Date:  December 18, 2014

Accepted and agreed to:

SOLIC CAPITAL ADVISORS, LLC

By: /s/ Neil F. Luria
    Neil F. Luria
    Senior Managing Director

Date:  December 18, 2014

47349969v2                3

## **Exhibit C**

[Supplemental Declaration Authorizing the Retention of SOLIC Capital Advisors]

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## SUPPLEMENTAL DECLARATION OF NEIL F. LURIA IN SUPPORT OF DEBTOR ENERGY FUTURE HOLDINGS CORP.'S APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF SOLIC CAPITAL ADVISORS, LLC AS FINANCIAL ADVISOR FOR DEBTOR AND DEBTOR IN POSSESSION ENERGY FUTURE HOLDINGS CORP. EFFECTIVE *NUNC PRO TUNC* TO DECEMBER 18, 2014

I, Neil F. Luria, being duly sworn, state the following under penalty of perjury:

1.     I am a Senior Managing Director and President of SOLIC Capital Advisors, LLC ("SOLIC"), which maintains a central office at 1603 Orrington Avenue, Suite 1600 Evanston, Illinois 60201.

2.     I submit this supplemental declaration in further support of *Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of SOLIC Capital Advisors, LLC as Financial Advisor for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective* Nunc Pro Tunc *to December 18, 2014* [D.I. 3324] (the "Application").[2] Except as otherwise noted, I have personal knowledge of the matters set forth herein.

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]  Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

**Background**

3.      On January 16, 2015, debtor Energy Future Holdings Corp. ("EFH Corp.") filed the Application. In support of the Application, EFH Corp. filed, as Exhibit C to the Application, the *Declaration of Neil F. Luria in Support of Debtor Energy Future Holdings Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of SOLIC Capital Advisors, LLC as Financial Advisor for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective* Nunc Pro Tunc *to December 18, 2014* [D.I. 3324, Exhibit C].

**Supplemental Disclosure**

4.      The engagement letter (the "Engagement Letter") attached as Exhibit 1 to the *Order Authorizing the Retention and Employment of SOLIC Capital Advisors, LLC as Financial Advisor for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective* Nunc Pro Tunc *to December 18, 2014* [D.I. 3467] provided that SOLIC would be paid a monthly fixed fee (the "Monthly Fee"), which "may be reviewed and potentially adjusted prospectively, if appropriate, based upon mutual agreement, taking into account, among other things, the contribution of SOLIC's professionals to the Case, the aggregate work performed over the course of the Engagement, and such other factors as may be mutually agreed upon." Engagement Letter § 3.

5.      In light of the circumstances of EFH Corp.'s chapter 11 case and the desire to limit costs going forward, Donald L. Evans and Billie I. Williamson, EFH Corp.'s disinterested directors, on behalf of EFH Corp., and SOLIC have agreed to modify the Engagement Letter, effective June 1, 2017, to provide that, in lieu of the Monthly Fee, SOLIC will be compensated on an hourly basis, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and any other

applicable procedures and orders of the Court, including the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] and any case-specific fee protocols approved by the Court pursuant to the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896]. All other provisions of the Engagement Letter remain unmodified and in full force and effect.

6.     SOLIC's current hourly rates for matters related to this chapter 11 case range as follows:

| | |
|---|---|
| Senior Managing Directors | $750-950 |
| Managing Directors | $695-825 |
| Directors | $550-695 |
| Associate Directors | $450-550 |
| Managing Consultants | $350-450 |
| Consultants/Associates | $245-350 |
| Paraprofessionals | $95-125 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 25, 2017                              */s/ Neil F. Luria*
                                                 _____

                                                 Name:  Neil F. Luria
                                                 Title:   Senior Managing Director and
                                                            President, SOLIC Capital Advisors, LLC

3

## **Exhibit D**

[List of Professionals]

**SOLIC Capital Advisors, LLC**
**Energy Future Holdings Corp**
**List of Professionals**
**Exhibit - D**

| Name | Title |
| --- | --- |
| Edward R. Casas | Senior Managing Director |
| Neil Luria | Senior Managing Director |
| Gregory Hagood | Senior Managing Director |
| Raoul Nowitz | Managing Director |
| Chris Brown | Managing Director |
| George Koutsonicolis | Managing Director |
| Paul Hogan | Director |
| Matthew Cumbee | Director |
| Joseph Oriti | Director |
| John Francis Kraemer | Senior Analyst |
| Joseph Kiessig | Associate |
| Chris Kennedy | Associate |
| Jeff Casas | Associate |
| Hayes Parker | Associate |

**<u>Exhibit E -1</u>**

[Compensation by Project Category]

**SOLIC Capital Advisors, LLC**
**Energy Future Holdings Corp**
**Compensation by Project Category**
**For the period June 1, 2017 to March 9, 2018**
**Exhibit - E-1**

| Category | Amount |
|---|---|
| Dataroom and Diligence Materials Review | 24,950.50 |
| EFH Board Meeting Attendance | 3,300.00 |
| Fee Applications/Retention Applications | 50,983.00 |
| Financial Analysis Related to Potential Conflict Matters | 131,192.50 |
| Meeting with Counsel and Other Constituents | 10,574.50 |
| Plan Development and Testimony Review & Analysis | 132,407.50 |
| Total | 353,408.00 |

Beginning on June 1, 2017, the structure of SOLIC's fee arrangement changes from a Monthly Fixed Fee rate to an hourly rate.

There is compensation by project category during the fixed fee period.

**Exhibit E -2**

[Prior Fee Applications with Summary of Service By Project Category]

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIRST INTERIM APPLICATION OF SOLIC CAPITAL ADVISORS, LLC, FINANCIAL ADVISOR FOR DEBTOR ENERGY FUTURE HOLDINGS CORP., FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF <u>EXPENSES INCURRED FROM DECEMBER 18, 2014 THROUGH APRIL 30, 2015</u>**

SOLIC Capital Advisors, LLC ("<u>SOLIC</u>"), financial advisor for Energy Future Holdings Corp. ("<u>EFH Corp.</u>" or the "<u>Debtor</u>"), hereby submits this application (the "<u>Fee Application</u>"), pursuant to sections 327(a), 328(a), 330 and 331 of title 11 of the United States Code (the "<u>Bankruptcy Code</u>"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), Rules 2016-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "<u>Local Bankruptcy Rules</u>"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* dated September 16, 2014 [D.I. 2066] (the "<u>Interim Compensation Order</u>"), and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "<u>Fee Committee Order</u>"), for (a) interim approval and allowance of compensation for professional services rendered in the amount of $890,322.58 from December 18, 2014 through April 30, 2015 (the "<u>Fee Period</u>"); and (b) reimbursement of actual and necessary expenses in the amount of $41,787.51 incurred during the Fee Period.  In support of the Fee Application, SOLIC submits

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the declaration of Neil F. Luria, which is attached hereto as **Exhibit A** and incorporated herein by reference.    In further support of the Fee Application, SOLIC respectfully represents as follows:

### Jurisdiction

1.    The Court has jurisdiction over the Fee Application under 28 U.S.C. §§ 157 and 1334.

2.    This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

3.    Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.    The bases for the relief requested herein are sections 327(a), 328(a), 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rules 2016-1 and 2016-2, the Interim Compensation Order, and the Fee Committee Order.

### Background

5.    On April 29, 2014 (the "Petition Date"), EFH Corp. and each of its above-captioned debtor and debtor-in-possession affiliates (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.    The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.    The Court has entered an order for the joint administration of these chapter 11 cases.    The Court has not appointed a trustee or examiner in these chapter 11 cases. The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") formed (a) an official committee of unsecured creditors representing the interests of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company (the "TCEH Creditors' Committee") in these chapter 11 cases on May 13, 2014 [D.I. 420] and (b) an official committee of unsecured creditors

2

representing the interests of EFH Corp., Energy Future Intermediate Holding Company LLC,

EFIH Finance, Inc. and EECI, Inc. (the "EFH Creditors' Committee") on October 27, 2014 [D.I.

2570]. Further information regarding the Debtors' business operations and capital structure is set

forth in the declaration [D.I. 98] of Paul Keglevic in support of the Debtors' first day motions.

6.        On August 21, 2014, the Court entered the Fee Committee Order, which

appointed a fee committee (the "Fee Committee") to, among other things, review and report as

appropriate on all interim and final fee applications filed by professionals retained under sections

105, 327, 363 or 1103 of the Bankruptcy Code, in accordance with sections 328, 330 and 331 of

the Bankruptcy Code and the Interim Compensation Order.

7.        On September 16, 2014, the Court entered the Interim Compensation Order,

which sets forth the procedures for interim compensation and reimbursement of expenses for all

retained professionals in these chapter 11 cases.

### EFH Corp.'s Retention of SOLIC

8.        EFH Corp. sought approval of this Court to retain SOLIC as financial advisor,

pursuant to sections 327(a), 328(a) and 330 of the Bankruptcy Code, by application filed on

January 16, 2015 [D.I. 3324] (the "SOLIC Retention Application"). As set forth in the SOLIC

Retention Application and SOLIC's engagement letter, EFH Corp. engaged SOLIC to render

professional services to EFH Corp.'s disinterested directors (the "Disinterested Directors") in

connection with Conflict Matters (used herein as such term is defined in and pursuant to the

authority delegated to EFH Corp.'s disinterested directors pursuant to resolutions of EFH Corp.'s

board of directors) and in determining whether a matter constitutes a Conflict Matter, reporting

to and at the direction of EFH Corp.'s disinterested directors. SOLIC's retention was approved

by this Court by order dated February 6, 2015 [D.I. 3467] (the "Retention Order"), effective

*nunc pro tunc* to December 18, 2014. A true and correct copy of the Retention Order is attached

hereto as **Exhibit B**. The Retention Order provides that that SOLIC's compensation is approved

pursuant to section 328 of the Bankruptcy Code, subject to the terms of the Retention Order.

9.    As is typical of financial advisory firms, SOLIC is not compensated by the hour,

but through fixed fees. The Retention Order authorizes EFH Corp. to compensate SOLIC as set

forth in its engagement letter, consisting of (a) a $200,000 monthly fixed fee payment (pro-rated

for any periods less than a month) and (b) reimbursement of reasonable and documented out-of-

pocket expenses (including all fees of counsel), subject to any limitations or modifications as set

forth in the Retention Order.    The fixed fee charged by SOLIC is typical for SOLIC's

engagements both inside and outside of bankruptcy.    Although SOLIC typically also is provided

an "incentive fee" or "success fee" in addition of fixed fees in other engagements both inside and

outside of bankruptcy, SOLIC has not sought such a fee in this case.

### Summary of Professional Compensation and Reimbursement of Expenses Requested

10.    This Fee Application has been prepared in accordance with the Interim

Compensation Order and the Fee Committee Order.

11.    By this Fee Application, SOLIC seeks: (a) approval and allowance of

compensation for professional services rendered by SOLIC as financial advisor for EFH Corp.

during the Fee Period in the amount of $890,322.58; and (b) reimbursement of actual and

necessary expenses incurred by SOLIC in connection with rendering professional services to

EFH Corp. during the Fee Period of $41,787.51.

12.    Pursuant to the Interim Compensation Order, SOLIC has already received

payment, or has filed fee statements and is awaiting payment, from EFH Corp. in the amount of

$712,258.06, which represents 80% of SOLIC's fees for the Fee Period, and $41,787.51, which

represents 100% of the expenses invoiced for the Fee Period.    Except as described in this Fee

Application, SOLIC has not entered into any agreement with any other party for the purpose of

fixing of sharing fees or other compensation to be paid for professional services rendered in EFH Corp.'s chapter 11 case. No promises have been received by SOLIC or any member thereof as to compensation in connection with EFH Corp.'s chapter 11 case other than in accordance with the provisions of the Bankruptcy Code.

13.    SOLIC's fees for this Fee Period are in accordance with the agreed-upon terms for this period set forth in the SOLIC Retention Application.

14.    During the Fee Period, SOLIC's professionals spent an aggregate of 1,473.5 hours performing services for EFH Corp. in connection with its chapter 11 case.

15.    SOLIC's fees for the services rendered are reasonable and appropriate given the complexity of the matter and the level of expertise required to best serve EFH Corp.    In particular, the depth and complexity of the issues involved in EFH Corp.'s chapter 11 case and the sophistication and breadth of expertise necessary to successfully guide EFH Corp. through its chapter 11 case, is best served by employing a financial advisor with SOLIC's sophistication, experience, and expertise in handling large and complex matters for corporations.    SOLIC believes that its fees are comparable to the fees charged by other highly skilled practitioners experienced in advising clients with large, complex operations while in chapter 11.

### Proposed Payment Allocation

16.    Pursuant to paragraph 8 of the Retention Order, absent an order of the Court, the fees and expenses incurred by SOLIC are paid by EFH Corp. As such, no allocation pursuant to paragraph 2(b) of the Interim Compensation Order is applicable.

### Summary of Professional Services Rendered

17.    SOLIC has structured its time records using its internal system of project codes. The following descriptions provide a summary of the primary services rendered by SOLIC during the Fee Period with respect to each project code. Given the scope of the work performed,

these summaries do not cover all work performed but instead highlight the major areas of work. Descriptions of the day-to-day services provided by SOLIC and the time expended performing such services in each project category are attached hereto as **Exhibit C**. Such descriptions demonstrate that SOLIC was heavily involved in the performance of services for EFH Corp. on a daily basis, including night and weekend work, often under extreme time constraints, to meet the needs of EFH Corp. in its chapter 11 case.

**A.    Bidding Procedures Review and Bid Review (270.5 Hours)**

18.    In connection with providing advice to the Disinterested Directors regarding the approval and timing of the proposed sale process of Oncor, this category includes analysis and review of the suitability of the bidding procedures, review of potential buyers and sale process considerations for Oncor/EFIH/EFH Corp. This category also includes time spent by SOLIC in connection with Conflict Matters analyzing the valuation of the Debtors' businesses and creditor recoveries under various scenarios. This work entailed, among other things, understanding industry and market environment dynamics; researching capital market conditions; reviewing the historical and projected financial performance of publicly traded comparable companies; reviewing operational and valuation metrics of comparable companies over time; researching precedent transactions of comparable companies and the operational and valuation metrics therein; and analyzing potential allowed creditor claims and recoveries under various proposed plan structures and scenarios. SOLIC has, to the extent practical, coordinated and leveraged off work performed by the Debtors' general financial advisors.

**B.    Dataroom & Diligence Materials Review (131.5 Hours)**

19.    This category includes time spent reviewing and preparing general financial analyses and conducting related research at the direction of the Disinterested Directors and counsel to the Disinterested Directors in connection with Conflict Matters. SOLIC reviewed

6

board presentations, advisor presentations, data room materials, court filings and transcripts, news articles, company filings and documents, term sheets, plan proposals, bid materials and other sources of information regarding the proposed sale process for Oncor, key plan issues and other Conflict Matters. This category also includes preparation and review of presentations to the Disinterested Directors and/or EFH Debtors' counsel as well as internal meetings to develop research and analyses. SOLIC has, to the extent practical, coordinated and leveraged off work performed by the Debtors' general financial advisors.

**C.     Board Meeting Attendance (67.0 Hours)**

20.     This category includes the time spent by SOLIC's professionals attending in-person and telephonic EFH Corp. board meetings.

**D.     Fee Applications/Retention Applications (20.5 Hours)**

21.     This category includes general preparation and review of SOLIC's retention, monthly fee statements and other court filings.

**E.     Financing Proposal Review (4.5 Hours)**

22.     This category includes the review of repayment of second-lien EFIH notes and financial analysis in support of the repayment of those notes.

**F.     Intercompany Transfers Review (424.5 Hours)**

23.     This category includes review and analysis of the various claims and causes of actions between EFH Corp. and its affiliates, including the nature of the claims, the magnitude of such claims, and factors affecting the allowance of such claims. This category also includes review of reports produced by various legal firms in the case on claims and causes of action, as well as discussions with legal professionals to the Disinterested Directors on this subject matter.  SOLIC devoted significant time to the investigation of the financial impacts of potential litigation claims that constitute or potentially constitute Conflict Matters, including potential claims that could be

asserted by EFH Corp. against other Debtors, or by other Debtors against EFH Corp. SOLIC's claims-related diligence included substantial work identifying and evaluating the underlying financial bases for such potential claims; reviewing prior diligence on potential claims prepared by other advisors to the Debtors; and reviewing thousands of pages of documents relating to the potential claims.

**G.      Meeting with Counsel & Other Constituents (108.0 Hours)**

24.      This category includes time spent in connection with Conflict Matters participating in meetings, conference calls and correspondence with creditors of EFH Corp. and their professionals; the Debtors and their professionals; and other parties-in-interest and their professionals. SOLIC participated in numerous in-person and telephonic meetings in discussion and diligence of Conflict Matters, plan issues, constituent interests and various proposals including professionals for the Disinterested Directors and other affiliates and stakeholders.

**H.      Meeting with Disinterested Directors (45.5 Hours)**

25.      This category includes time spent in connection with Conflict Matters participating in meetings, conference calls and correspondence with the Disinterested Directors and EFH Corp's Disinterested Directors' counsel.

**I.      Plan Development Review (122.0 Hours)**

26.      This category includes time spent in connection with the review of a draft plan of reorganization, disclosure statement and related filings as well as analysis of proposed plans of reorganization and the implementation thereof, including any proposed plan's impact on proposed settlements of Conflicts Matters and stakeholder recoveries.

**J.      Presentation Development (130.5 Hours)**

27.      This category includes the development of various presentations as provided to counsel and the Disinterested Directors that includes but not limited to, a presentation prepared

by SOLIC and shared with the Disinterested Directors in early January 2015 titled "Discussion Materials Pertaining to Proposed Oncor Bid Procedures". This also includes financial analysis and presentation materials produced by SOLIC for inclusion in various presentation materials and memoranda prepared by legal counsel and presented to the Disinterested Directors.

**K.    Project Management and Support (4.5 Hours)**

28.    This category includes development of draft work plans, development of staffing plans of the engagement, and the establishment of internal data repositories for engagement team members.

**L.    Tax Reviews (13.5 Hours)**

29.    This category includes review and analysis of pre- and post-petition activity and potential activity that would affect the allocation of tax liabilities among EFH Corp. and its affiliates.

**M.    Travel Time (131.0 Hours)**

30.    This category includes required travel by SOLIC professionals to attend in-person meetings with the Disinterested Directors, in-person board meetings, in-person meetings with legal counsel to the Disinterested Directors, and in-person meetings with various creditor constituents and their professional advisors.

<u>**Allowance of Compensation**</u>

31.    The foregoing professional services rendered by SOLIC on behalf of EFH Corp. during the Fee Period were reasonable, necessary and appropriate to the administration of EFH Corp.'s chapter 11 case and related matters and in the best interests of EFH Corp. and its estate. The compensation requested for the foregoing services is commensurate with the complexity, importance and nature of the problems, issues and tasks involved.  The professional services were performed expediently and in an efficient manner.

9

32.     During the Fee Period, the professional services performed by SOLIC on behalf of EFH Corp. required an aggregate expenditure of 1,473.5 hours by SOLIC professionals and a fair market value of $890,322.58. As demonstrated by this Fee Application, SOLIC's services were rendered economically and without unnecessary duplication of efforts. In addition, the work involved and the time expended was carefully assigned in consideration of the experience and expertise required of each particular task.

### Actual and Necessary Expenses Incurred by SOLIC

33.     SOLIC seeks reimbursement of $41,787.51 on account of expenses incurred in performing professional services during the Fee Period. SOLIC records all expenses incurred in connection with the performance of professional services. Detailed descriptions of these expenses were attached to and filed as exhibits to the monthly fee statements submitted during the Fee Period and are attached hereto as **Exhibit D**.

34.     SOLIC seeks reimbursement only for the actual cost of such expenses to SOLIC. Throughout the Fee Period, SOLIC has been cognizant of cost considerations and has tried to minimize the expenses charged to the EFH Corp.'s estate. SOLIC respectfully submits that the actual expenses incurred in providing professional services during the Fee Period and billed to EFH Corp. were necessary, reasonable and justified under the circumstances to serve the needs of EFH Corp. in its chapter 11 case.

### The Requested Compensation Should be Allowed

35.     In the instant case, SOLIC respectfully submits that the services for which it seeks compensation and the expenditures for which it seeks reimbursement in this Fee Application were necessary for and beneficial to EFH Corp.'s orderly administration of its estate and its efforts in its chapter 11 case. SOLIC worked diligently to anticipate or respond to EFH Corp.'s needs and assist in EFH Corp.'s chapter 11 case. SOLIC's services and expenditures were

10

necessary to, and in the best interests of, EFH Corp.'s estate and creditors. SOLIC submits further that the services its professionals and paraprofessionals provided for EFH Corp. were performed economically, effectively and efficiently, and that the results obtained to date have benefited not only EFH Corp. but all stakeholders in its chapter 11 case. The services provided by SOLIC were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, SOLIC respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to EFH Corp., its estate and all parties in interest.

### Reservation of Rights

36.     It is possible that some expenses incurred during the Fee Period are not reflected in the Fee Application. SOLIC reserves the right to include such amounts in future fee applications.

### Notice

37.     SOLIC provided notice of this Fee Application to: (a) the Debtor; (b) co-counsel to the Debtors, Kirkland & Ellis LLP; (c) co-counsel to the Debtors, Richards, Layton & Finger, P.A.; (d) the Office of the United States Trustee; (e) counsel for the agent of the EFIH First Lien DIP Financing Facility; (f) counsel for the agent of the TCEH DIP Financing Facility; (g) counsel to the TCEH Creditors' Committee; (h) counsel to the EFH Creditors' Committee; and (i) counsel to the Fee Committee (collectively, the "Notice Parties"). Pursuant to the Interim Compensation Order, any party, other than the Notice Parties, that wishes to object to the Fee Application, must file its objection with the Court, with a copy to Chambers and serve it on SOLIC and the Notice Parties so that it is actually received on or before July 20, 2015 at 4:00 p.m. (prevailing Eastern Time).

## No Prior Request

38.    Other than the monthly fee statements, no prior request for the relief requested herein has been made to this or any other Court.

## Conclusion

WHEREFORE, SOLIC respectfully requests that the Court enter an order (i) awarding SOLIC the sum of $890,322.58 as compensation for services rendered and $41,787.51 for reimbursement of actual and necessary expenses SOLIC incurred during the Fee Period; (ii) that the allowance of such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to SOLIC's right to seek additional compensation for services rendered and for expenses incurred during the Fee Period which were not processed at the time of this Fee Application; and (iii) granting such other and further relief as the Court deems appropriate.

Dated: June 29, 2015                    /s/ Neil F. Luria
                                        SOLIC Capital Advisors, LLC
                                        Neil F. Luira, Senior Managing Director
                                        1603 Orrington Avenue, Suite 1600
                                        Evanston, Illinois 60201

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### SECOND INTERIM APPLICATION OF SOLIC CAPITAL ADVISORS, LLC, FINANCIAL ADVISOR FOR DEBTOR ENERGY FUTURE HOLDINGS CORP., FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2015 THROUGH AUGUST 31, 2015

SOLIC Capital Advisors, LLC ("SOLIC"), financial advisor for Energy Future Holdings Corp. ("EFH Corp." or the "Debtor"), hereby submits this application (the "Fee Application"), pursuant to sections 327(a), 328(a), 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2016-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), for (a) interim approval and allowance of compensation for professional services rendered in the amount of $800,000.00 from May 1, 2015 through August 31, 2015 (the "Fee Period"); and (b) reimbursement of actual and necessary expenses in the amount of $27,676.85 incurred during the Fee Period.    In support of the Fee Application, SOLIC submits the

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

declaration of Neil F. Luria, which is attached hereto as **Exhibit A** and incorporated herein by reference. In further support of the Fee Application, SOLIC respectfully represents as follows:

### Jurisdiction

1. The Court has jurisdiction over the Fee Application under 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

3. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The bases for the relief requested herein are sections 327(a), 328(a), 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rules 2016-1 and 2016-2, the Interim Compensation Order, and the Fee Committee Order.

### Background

5. On April 29, 2014 (the "Petition Date"), EFH Corp. and each of its above-captioned debtor and debtor-in-possession affiliates (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Court has entered an order for the joint administration of these chapter 11 cases. The Court has not appointed a trustee or examiner in these chapter 11 cases. The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") formed (a) an official committee of unsecured creditors representing the interests of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company (the "TCEH Creditors' Committee") in these chapter 11 cases on May 13, 2014 [D.I. 420] and (b) an official committee of unsecured creditors representing the interests of EFH Corp., Energy Future

2

Intermediate Holding Company LLC, EFIH Finance, Inc. and EECI, Inc. (the "EFH Creditors' Committee") on October 27, 2014 [D.I. 2570]. Further information regarding the Debtors' business operations and capital structure is set forth in the declaration [D.I. 98] of Paul Keglevic in support of the Debtors' first day motions.

6.   On August 21, 2014, the Court entered the Fee Committee Order, which appointed a fee committee (the "Fee Committee") to, among other things, review and report as appropriate on all interim and final fee applications filed by professionals retained under sections 105, 327, 363 or 1103 of the Bankruptcy Code, in accordance with sections 328, 330 and 331 of the Bankruptcy Code and the Interim Compensation Order.

7.   On September 16, 2014, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all retained professionals in these chapter 11 cases.

### EFH Corp.'s Retention of SOLIC

8.   EFH Corp. sought approval of this Court to retain SOLIC as financial advisor, pursuant to sections 327(a), 328(a) and 330 of the Bankruptcy Code, by application filed on January 16, 2015 [D.I. 3324] (the "SOLIC Retention Application"). As set forth in the SOLIC Retention Application and SOLIC's engagement letter, EFH Corp. engaged SOLIC to render professional services to EFH Corp.'s disinterested directors (the "Disinterested Directors") in connection with Conflict Matters (used herein as such term is defined in and pursuant to the authority delegated to EFH Corp.'s Disinterested Directors pursuant to resolutions of EFH Corp.'s board of directors) and in determining whether a matter constitutes a Conflict Matter, reporting to and at the direction of EFH Corp.'s Disinterested Directors. SOLIC's retention was approved by this Court by order dated February 6, 2015 [D.I. 3467] (the "Retention Order"), effective *nunc pro tunc* to December 18, 2014. A true and correct copy of the

Retention Order is attached hereto as **Exhibit B**. The Retention Order provides that SOLIC's compensation is approved pursuant to section 328 of the Bankruptcy Code, subject to the terms of the Retention Order.

9. As is typical of financial advisory firms, SOLIC is not compensated by the hour, but through fixed fees. The Retention Order authorizes EFH Corp. to compensate SOLIC as set forth in its engagement letter, consisting of (a) a $200,000 monthly fixed fee payment (pro-rated for any periods less than a month) and (b) reimbursement of reasonable and documented out-of-pocket expenses (including all fees of counsel), subject to any limitations or modifications as set forth in the Retention Order. The fixed fee charged by SOLIC is typical for SOLIC's engagements both inside and outside of bankruptcy. Although SOLIC typically also is provided an "incentive fee" or "success fee" in addition of fixed fees in other engagements both inside and outside of bankruptcy, SOLIC has not sought such a fee in this case.

**Summary of Professional Compensation and Reimbursement of Expenses Requested**

10. This Fee Application has been prepared in accordance with the Interim Compensation Order and the Fee Committee Order.

11. By this Fee Application, SOLIC seeks: (a) approval and allowance of compensation for professional services rendered by SOLIC as financial advisor for EFH Corp. during the Fee Period in the amount of $800,000.00; and (b) reimbursement of actual and necessary expenses incurred by SOLIC in connection with rendering professional services to EFH Corp. during the Fee Period of $27,676.85.

12. Pursuant to the Interim Compensation Order, SOLIC has already received payment, or has filed fee statements and is awaiting payment, from EFH Corp. in the amount of $640,000.00, which represents 80% of SOLIC's fees for the Fee Period, and $27,676.85, which represents 100% of the expenses invoiced for the Fee Period. Except as described in this Fee

Application, SOLIC has not entered into any agreement with any other party for the purpose of fixing of sharing fees or other compensation to be paid for professional services rendered in EFH Corp.'s chapter 11 case.  No promises have been received by SOLIC or any member thereof as to compensation in connection with EFH Corp.'s chapter 11 case other than in accordance with the provisions of the Bankruptcy Code.

13. SOLIC's fees for this Fee Period are in accordance with the agreed-upon terms for this period set forth in the SOLIC Retention Application.

14. During the Fee Period, SOLIC's professionals spent an aggregate of 1,405.4 hours performing services for EFH Corp. in connection with its chapter 11 case.

15. SOLIC's fees for the services rendered are reasonable and appropriate given the complexity of the matter and the level of expertise required to best serve EFH Corp.  In particular, the depth and complexity of the issues involved in EFH Corp.'s chapter 11 case and the sophistication and breadth of expertise necessary to successfully guide EFH Corp. through its chapter 11 case, is best served by employing a financial advisor with SOLIC's sophistication, experience, and expertise in handling large and complex matters for corporations.  SOLIC believes that its fees are comparable to the fees charged by other highly skilled practitioners experienced in advising clients with large, complex operations while in chapter 11.

**Proposed Payment Allocation**

16. Pursuant to paragraph 8 of the Retention Order, absent an order of the Court, the fees and expenses incurred by SOLIC are paid by EFH Corp.  As such, no allocation pursuant to paragraph 2(b) of the Interim Compensation Order is applicable.

**Summary of Professional Services Rendered**

17. SOLIC has structured its time records using its internal system of project codes.  The following descriptions provide a summary of the primary services rendered by SOLIC during

the Fee Period with respect to each project code.  Given the scope of the work performed,

these summaries do not cover all work performed but instead highlight the major areas of

work.  Descriptions of the day-to-day services provided by SOLIC and the time expended

performing such services in each project category are attached hereto as **Exhibit C**.  Such

descriptions demonstrate that SOLIC was heavily involved in the performance of services for

EFH Corp. on a daily basis, including night and weekend work, often under extreme time

constraints, to meet the needs of EFH Corp. in its chapter 11 case.

A.    **Bidding Procedures Review and Bid Review (258.0 Hours)**

18. In connection with providing advice to the Disinterested Directors regarding the approval

and timing of the proposed sale process of Oncor, this category primarily includes time spent by

SOLIC reviewing various proposed plan bids and analyzing potential allowed creditor claims

and recoveries under each proposed bid.  This category also includes time spent by SOLIC in

connection with Conflict Matters analyzing the located bid values and creditor recoveries under

various scenarios. This work entailed, among other things, understanding and reviewing industry

and market environment dynamics; researching capital market conditions; reviewing the

historical and projected financial performance of publicly traded companies; reviewing metrics

of industry companies over time; reviewing recent precedent transactions and the relevant

metrics therein SOLIC has, to the extent practical, maintained coordination and has leveraged off

work performed by the Debtors' general financial advisors.

B.    **Dataroom & Diligence Materials Review (156.5 Hours)**

19. This category includes time spent reviewing and preparing general financial analyses and

conducting related research at the direction of the Disinterested Directors and counsel to

the Disinterested Directors in connection with Conflict Matters. SOLIC has continued to

review board presentations, advisor presentations, data room materials, court filings and

transcripts, news articles, company filings and documents, term sheets, plan proposals, bid materials and other related sources of information regarding the proposed sale process for Oncor, key plan issues and other Conflict Matters. This category also includes information retrieved for presentation development, the preparation and review of presentations to the Disinterested Directors and/or EFH Debtors' counsel as well as internal meetings to develop research and analyses. SOLIC has, to the extent practical, continued to coordinate and leverage off work performed by the Debtors' general financial advisors.

**C.    Board Meeting Attendance (42.5 Hours)**

20. This category includes the time spent by SOLIC's professionals attending in-person and telephonic EFH Corp. board meetings.

**D.    Fee Applications/Retention Applications (15.0 Hours)**

21. This category includes general preparation and review of SOLIC's retention, monthly fee statements, interim fee applications, and other court filings.

**E.    Financing Proposal Review (2.5 Hours)**

22. This category includes the review of materials on the repayment of second-lien EFIH notes and financial analysis in support of the repayment of those notes.

**F.    Intercompany Transfers Review (219.5 Hours)**

23. This category includes continued review and analysis of the various claims and causes of actions between EFH Corp. and its affiliates, including reviewing the Disinterested Director settlement previously entered in to, the nature of the claims, the magnitude of such claims, and factors affecting the allowance of such claims. This category also includes further review of reports produced by various legal firms in the case on claims and causes of action, as well as discussions with legal professionals to the Disinterested Directors on this subject matter.

SOLIC continued to devote significant time to the investigation of the financial impacts of potential litigation claims that constitute or potentially constitute Conflict Matters, including potential claims that could be asserted by EFH Corp. against other Debtors, or by other Debtors against EFH Corp. SOLIC's claims-related diligence included substantial work identifying and evaluating the underlying financial bases for such potential claims; reviewing prior diligence on potential claims prepared by SOLIC and other advisors to the Debtors; and continued detailed and extensive reviewing of pages of documents relating to the potential claims.

**G.    Meeting with Counsel & Other Constituents (309.5 Hours)**

24. This category includes time spent in connection with Conflict Matters participating in meetings, conference calls and correspondences with creditors of EFH Corp. and their professionals; the Debtors and their professionals; and other parties-in-interest and their professionals. SOLIC participated in numerous in-person and telephonic meetings in discussion and diligence of Conflict Matters, plan issues, constituent interests and various proposals including professionals for the Disinterested Directors and other affiliates and stakeholders.

**H.    Meeting with Disinterested Directors (30.0 Hours)**

25. This category includes time spent in connection with Conflict Matters participating in meetings, conference calls and correspondence with the Disinterested Directors and EFH Corp's Disinterested Directors' counsel.

**I.    Plan Development Review (187.4 Hours)**

26. This category includes time spent in connection with the review, analysis and development of financial models pertaining to various draft plans of reorganization, disclosure statements, and related filings that included specific consideration for

development and proposal of key elements of a "backstop" plan. This category also includes significant time spent, conducting an extensive analysis of various proposed plans of reorganization and the implementation thereof, including any proposed plan's creditor recoveries impact on the settlement of intercompany Conflicts Matters and stakeholder recoveries.

**J.    Presentation Development (53.5 Hours)**

27. This category includes the development of various presentations as provided to counsel and the Disinterested Directors, as well as other informal presentations relating to the comparison of various bids, proposals and stand-alone key elements of the E-side backstop equity package. This also includes financial analysis and presentation materials produced by SOLIC for inclusion in various presentation materials and memoranda prepared by legal counsel and presented to the Disinterested Directors.

**K.    Project Management and Support (19.0 Hours)**

28. This category includes development of draft work plans, development of staffing plans of the engagement, and the establishment of internal data repositories for engagement team members.

**L.    Travel Time (112.0 Hours)**

29. This category includes required travel by SOLIC professionals to attend in-person meetings with the Disinterested Directors, in-person board meetings, in-person meetings with legal counsel to the Disinterested Directors, and in-person meetings with various creditor constituents and their professional advisors.

<u>**Allowance of Compensation**</u>

30.    The foregoing professional services rendered by SOLIC on behalf of EFH Corp. during the Fee Period were reasonable, necessary and appropriate to the administration of EFH Corp.'s

chapter 11 case and related matters and in the best interests of EFH Corp. and its estate. The compensation requested for the foregoing services is commensurate with the complexity, importance and nature of the problems, issues and tasks involved. The professional services were performed expediently and in an efficient manner.

31.   During the Fee Period, the professional services performed by SOLIC on behalf of EFH Corp. required an aggregate expenditure of 1,405.4 hours by SOLIC professionals and a fair market value of $800,000.00. As demonstrated by this Fee Application, SOLIC's services were rendered economically and without unnecessary duplication of efforts. In addition, the work involved and the time expended was carefully assigned in consideration of the experience and expertise required of each particular task.

### Actual and Necessary Expenses Incurred by SOLIC

32.   SOLIC seeks reimbursement of $27,676.85 on account of expenses incurred in performing professional services during the Fee Period. SOLIC records all expenses incurred in connection with the performance of professional services. Detailed descriptions of these expenses were attached to and filed as exhibits to the monthly fee statements submitted during the Fee Period and are attached hereto as **Exhibit D**.

33. SOLIC seeks reimbursement only for the actual cost of such expenses to SOLIC. Throughout the Fee Period, SOLIC has been cognizant of cost considerations and has tried to minimize the expenses charged to the EFH Corp.'s estate. SOLIC respectfully submits that the actual expenses incurred, except where limits have been set forth by the Fee Committee [with hotels not being reimbursable in New York City above $500 or above $350 in an all other locations, meals being capped at $40 per person per meal and cars to and from an airport being capped at $100 in New York City, $75 in Dallas and $75 in Chicago] in providing professional

services during the Fee Period and billed to EFH Corp. were necessary, reasonable and justified under the circumstances to serve the needs of EFH Corp. in its chapter 11 case.

## The Requested Compensation Should be Allowed

34. SOLIC respectfully submits that the services for which it seeks compensation and the expenditures for which it seeks reimbursement in this Fee Application were necessary for and beneficial to EFH Corp.'s orderly administration of its estate and its efforts in its chapter 11 case. SOLIC worked diligently to anticipate or respond to EFH Corp.'s needs and assist in EFH Corp.'s chapter 11 case. SOLIC's services and expenditures were necessary to, and in the best interests of, EFH Corp.'s estate and creditors. SOLIC submits further that the services its professionals and paraprofessionals provided for EFH Corp. were performed economically, effectively and efficiently, and that the results obtained to date have benefited not only EFH Corp. but all stakeholders in its chapter 11 case. The services provided by SOLIC were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, SOLIC respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to EFH Corp., its estate and all parties in interest.

## Reservation of Rights

35. It is possible that some expenses incurred during the Fee Period are not reflected in the Fee Application. SOLIC reserves the right to include such amounts in future fee applications.

## Notice

36. SOLIC provided notice of this Fee Application to: (a) the Debtor; (b) co-counsel to the Debtors, Kirkland & Ellis LLP; (c) co-counsel to the Debtors, Richards, Layton & Finger, P.A.; (d) the Office of the United States Trustee; (e) counsel for the agent of the EFIH First Lien DIP Financing Facility; (f) counsel for the agent of the TCEH DIP Financing Facility; (g) counsel to

the TCEH Creditors' Committee; (h) counsel to the EFH Creditors' Committee; and (i) counsel

to the Fee Committee (collectively, the "Notice Parties"). Pursuant to the Interim Compensation

Order, any party, other than the Notice Parties, that wishes to object to the Fee Application, must

file its objection with the Court, with a copy to Chambers and serve it on SOLIC and the Notice

Parties so that it is actually received on or before November 6, 2015 at 4:00 p.m. (prevailing

Eastern Time).

## No Prior Request

37. Other than the monthly fee statements, no prior request for the relief requested herein has

been made to this or any other Court.

## Conclusion

WHEREFORE, SOLIC respectfully requests that the Court enter an order (i) awarding

SOLIC the sum of $800,000.00 as compensation for services rendered and $27,676.85 for

reimbursement of actual and necessary expenses SOLIC incurred during the Fee Period; (ii) that

the allowance of such compensation for professional services rendered and reimbursement of

actual and necessary expenses incurred be without prejudice to SOLIC's right to seek additional

compensation for services rendered and for expenses incurred during the Fee Period which were

not processed at the time of this Fee Application; and (iii) granting such other and further relief

as the Court deems appropriate.

Dated: October 16, 2015          /s/ Neil F. Luria
                                 SOLIC Capital Advisors, LLC
                                 Neil F. Luira, Senior Managing Director
                                 1603 Orrington Avenue, Suite 1600
                                 Evanston, Illinois 60201

12

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### THIRD INTERIM APPLICATION OF SOLIC CAPITAL ADVISORS, LLC, FINANCIAL ADVISOR FOR DEBTOR ENERGY FUTURE HOLDINGS CORP., FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2015 THROUGH DECEMBER 31, 2015

SOLIC Capital Advisors, LLC ("SOLIC"), financial advisor for Energy Future Holdings Corp. ("EFH Corp." or the "Debtor"), hereby submits this application (the "Fee Application"), pursuant to sections 327(a), 328(a), 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2016-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), for (a) interim approval and allowance of compensation for professional services rendered in the amount of $800,000.00 from September 1, 2015 through December 31, 2015 (the "Fee Period"); and (b) reimbursement of actual and necessary expenses in the amount of $13,709.16 incurred during the Fee Period. In support of the Fee Application, SOLIC submits

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

the declaration of Neil F. Luria, which is attached hereto as **Exhibit A** and incorporated herein

by reference.    In further support of the Fee Application, SOLIC respectfully represents as

follows:

### Jurisdiction

1.   The Court has jurisdiction over the Fee Application under 28 U.S.C. §§ 157

and 1334.

2.   This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

3.   Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.   The bases for the relief requested herein are sections 327(a), 328(a), 330 and 331 of the

Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rules 2016-1 and 2016-2, the

Interim Compensation Order, and the Fee Committee Order.

### Background

5.   On April 29, 2014 (the "Petition Date"), EFH Corp. and each of its above-captioned debtor

and debtor-in-possession affiliates (collectively, the "Debtors") filed a voluntary petition for

relief under chapter 11 of the Bankruptcy Code.    The Debtors are operating their businesses

and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108

of the Bankruptcy Code.    The Court has entered an order for the joint administration of these

chapter 11 cases.    The Court has not appointed a trustee or examiner in these chapter 11

cases.    The Office of the United States Trustee for the District of Delaware (the "U.S.

Trustee") formed (a) an official committee of unsecured creditors representing the interests

of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive

Electric Holdings Company LLC ("TCEH"), the direct and indirect debtor subsidiaries of

EFCH and TCEH, and EFH Corporate Services Company (the "TCEH Creditors'

Committee") in these chapter 11 cases on May 13, 2014 [D.I. 420] and (b) an official

2

committee of unsecured creditors representing the interests of EFH Corp., Energy Future

Intermediate Holding Company LLC, EFIH Finance, Inc. and EECI, Inc. (the "EFH

Creditors' Committee") on October 27, 2014 [D.I. 2570].  Further information regarding the

Debtors' business operations and capital structure is set forth in the declaration [D.I. 98] of

Paul Keglevic in support of the Debtors' first day motions.

6.  On August 21, 2014, the Court entered the Fee Committee Order, which appointed a fee

committee (the "Fee Committee") to, among other things, review and report as appropriate

on all interim and final fee applications filed by professionals retained under sections 105,

327, 363 or 1103 of the Bankruptcy Code, in accordance with sections 328, 330 and 331 of

the Bankruptcy Code and the Interim Compensation Order.

7.  On September 16, 2014, the Court entered the Interim Compensation Order, which sets forth

the procedures for interim compensation and reimbursement of expenses for all retained

professionals in these chapter 11 cases.

### EFH Corp.'s Retention of SOLIC

8.  EFH Corp. sought approval of this Court to retain SOLIC as financial advisor, pursuant to

sections 327(a), 328(a) and 330 of the Bankruptcy Code, by application filed on January 16,

2015 [D.I. 3324] (the "SOLIC Retention Application").  As set forth in the SOLIC Retention

Application and SOLIC's engagement letter, EFH Corp. engaged SOLIC to render

professional services to EFH Corp.'s disinterested directors (the "Disinterested Directors") in

connection with Conflict Matters (used herein as such term is defined in and pursuant to the

authority delegated to EFH Corp.'s Disinterested Directors pursuant to resolutions of EFH

Corp.'s board of directors) and in determining whether a matter constitutes a Conflict Matter,

reporting to and at the direction of EFH Corp.'s Disinterested Directors.  SOLIC's retention

was approved by this Court by order dated February 6, 2015 [D.I. 3467] (the "Retention

3

Order"), effective *nunc pro tunc* to December 18, 2014.  A true and correct copy of the Retention Order is attached hereto as **Exhibit B**.  The Retention Order provides that SOLIC's compensation is approved pursuant to section 328 of the Bankruptcy Code, subject to the terms of the Retention Order.

9.  As is typical of financial advisory firms, SOLIC is not compensated by the hour, but through fixed fees.  The Retention Order authorizes EFH Corp. to compensate SOLIC as set forth in its engagement letter, consisting of (a) a $200,000 monthly fixed fee payment (pro-rated for any periods less than a month) and (b) reimbursement of reasonable and documented out-of-pocket expenses (including all fees of counsel), subject to any limitations or modifications as set forth in the Retention Order.  The fixed fee charged by SOLIC is typical for SOLIC's engagements both inside and outside of bankruptcy.  Although SOLIC typically also is provided an "incentive fee" or "success fee" in addition of fixed fees in other engagements both inside and outside of bankruptcy, SOLIC has not sought such a fee in this case.

**Summary of Professional Compensation and Reimbursement of Expenses Requested**

10.  This Fee Application has been prepared in accordance with the Interim Compensation Order and the Fee Committee Order.

11.  By this Fee Application, SOLIC seeks: (a) approval and allowance of compensation for professional services rendered by SOLIC as financial advisor for EFH Corp. during the Fee Period in the amount of $800,000.00; and (b) reimbursement of actual and necessary expenses incurred by SOLIC in connection with rendering professional services to EFH Corp. during the Fee Period of $13,709.16.

12.  Pursuant to the Interim Compensation Order, SOLIC has already received payment, or has filed fee statements and is awaiting payment, from EFH Corp. in the amount of $640,000.00, which represents 80% of SOLIC's fees for the Fee Period, and $13,709.16, which represents

100% of the expenses invoiced for the Fee Period.  Except as described in this Fee Application, SOLIC has not entered into any agreement with any other party for the purpose of fixing of sharing fees or other compensation to be paid for professional services rendered in EFH Corp.'s chapter 11 case.  No promises have been received by SOLIC or any member thereof as to compensation in connection with EFH Corp.'s chapter 11 case other than in accordance with the provisions of the Bankruptcy Code.

13. SOLIC's fees for this Fee Period are in accordance with the agreed-upon terms for this period set forth in the SOLIC Retention Application.

14. During the Fee Period, SOLIC's professionals spent an aggregate of 790.0 hours performing services for EFH Corp. in connection with its chapter 11 case.

15. SOLIC's fees for the services rendered are reasonable and appropriate given the complexity of the matter and the level of expertise required to best serve EFH Corp.  In particular, the depth and complexity of the issues involved in EFH Corp.'s chapter 11 case and the sophistication and breadth of expertise necessary to successfully guide EFH Corp. through its chapter 11 case, is best served by employing a financial advisor with SOLIC's sophistication, experience, and expertise in handling large and complex matters for corporations.  SOLIC believes that its fees are comparable to the fees charged by other highly skilled practitioners experienced in advising clients with large, complex operations while in chapter 11.

**Proposed Payment Allocation**

16. Pursuant to paragraph 8 of the Retention Order, absent an order of the Court, the fees and expenses incurred by SOLIC are paid by EFH Corp.  As such, no allocation pursuant to paragraph 2(b) of the Interim Compensation Order is applicable.

**Summary of Professional Services Rendered**

17. SOLIC has structured its time records using its internal system of project codes.  The
following descriptions provide a summary of the primary services rendered by SOLIC during
the Fee Period with respect to each project code.  Given the scope of the work performed,
these summaries do not cover all work performed but instead highlight the major areas of
work.  Descriptions of the day-to-day services provided by SOLIC and the time expended
performing such services in each project category are attached hereto as **Exhibit C**.  Such
descriptions demonstrate that SOLIC was heavily involved in the performance of services for
EFH Corp. on a daily basis, including night and weekend work, often under extreme time
constraints, to meet the needs of EFH Corp. in its chapter 11 case.

**A.      Dataroom & Diligence Materials Review (258.5 Hours)**

18. This category includes time spent reviewing and preparing general financial analyses and
conducting related research at the direction of the Disinterested Directors and counsel to the
Disinterested Directors in connection with Conflict Matters. SOLIC has continued to review
board presentations, advisor presentations, data room materials, court filings and transcripts,
including the news articles, company filings and documents, and other related sources of
information regarding the proposed sale process for Oncor, key plan issues, cash
management, and other Conflict Matters. SOLIC's work included review of the Debtor's
monthly operating reports, with particular attention and focus on close monitoring and
analysis of EFH Corp.'s actual cash balances compared to budget that included variance
analyses, enquiries made of the Debtor's staff and Evercore on changes in actual cash
balances and large items of cash activity, teleconferences with the Debtor's staff, and follow-
up with counsel with regards to reporting of key observations and elements of cash review
that warranted attention. SOLIC's work also included the review of cash projections and

analysis performed on key changes compared to prior cash forecasts (for both pre-emergence cash and cash at emergence), as well as review of various financial and operating presentations on Oncor. Furthermore, SOLIC's work included analysis and review of select materials covering EFH Corp. claims by note (P, Q and R notes) and PPI settlements on disputed claims as well as research, analysis and review of materials pertaining to information described in select expert reports, and the review of periodic DIP budgets and variance analysis. This category also includes information retrieved for presentation development, the review of presentations to counsel as well as internal meetings to develop research and analyses. SOLIC has, to the extent practical, continued to coordinate and leverage off work performed by the Debtors' general financial advisors.

**B.      Board Meeting Attendance (18.5 Hours)**

19. This category includes the time spent by SOLIC's professionals attending in-person and telephonic EFH Corp. board meetings.

**C.      Fee Applications/Retention Applications (21.0 Hours)**

20. This category includes general preparation and review of SOLIC's retention, monthly fee statements, interim fee applications, and other court filings.

**D.      Intercompany Transfers Review (85.0 Hours)**

21. This category includes continued review and analysis of the various claims and causes of actions between EFH Corp. and its affiliates post-settlement, including reviewing the Disinterested Director settlement previously entered in to, the nature of the claims, the magnitude of such claims, and factors affecting the allowance of such claims. This category also includes further review of expert reports on claims between estates and causes of action, as well as discussions with legal professionals to the Disinterested Directors on this subject matter, review of monthly operating reports to monitor intercompany activity that included discussion with Alvarez &

7

Marsal on same, and treatment of cash activity between various estates. SOLIC also reviewed various materials and elements of inter-company claims incorporated in the Settlement Agreement as requested by counsel and ahead of upcoming depositions and based on findings referenced in various expert reports. SOLIC also was requested to follow-up on elements of inter-company claims arising from testimony provided in various depositions and during the confirmation trial with respect to the inter-company claims negotiation process, and elements on settlement of various inter-company claims.

**E.    Meeting with Counsel & Other Constituents (17.5 Hours)**

22. This category includes time spent in connection with Conflict Matters participating in meetings, conference calls and correspondences with creditors of EFH Corp. and their professionals; the Debtors and their professionals; and other parties-in-interest and their professionals. SOLIC participated in telephonic meetings in discussion and diligence of Conflict Matters, plan issues, constituent interests and various proposals including professionals for the Disinterested Directors and other affiliates and stakeholders.

**F.    Plan Development Review (101.0 Hours)[2]**

23. This category included the update of various summary creditor proposals and potential impact thereof,  attention to research regarding REIT structures and its impact on various plan structures, the review of various deposition and trial transcripts and related follow-up, updating of team members on latest status of the Plan process, review of materials pertaining to the Plan Support Agreement, review of documentation in connection with preparation related to the Disclosure Statement hearing and deposition preparation, attention to review of previously-prepared financial analysis on sources & uses and allocations of value under the

---

[2] The *Plan Development Review* category represents professional hours during the month of September while the *Plan Development Review and Testimony Review and Analysis* Category represents professional hours during the months October through December.

current Plan, and review of board materials pertaining to make-whole elements of the Plan
and potential reinstatement of claims.

**G.    Plan Development Review and Testimony Review and Analysis (276.5 Hours)**

24. This category included review of responses from Debtors' advisors pertaining to enquiries
made by SOLIC on elements of the Plan, review of various deposition transcripts of EFH
Corp. Disinterested Directors and other deposed parties, the review of various financial and
operational projections and their impact on the Plan, and the review of updated valuation
perspectives as provided by Debtors' financial advisor. Furthermore, this category includes
the review of materials pertaining to debt reinstatement considerations and impacts of select
claims, the review of board materials pertaining to element of the Plan, and review of various
expert reports. SOLIC was requested by counsel to review various detailed expert reports so
as to develop questions addressing various opinions expressed in these reports, and discuss
same with counsel. Part of SOLIC's review included research required on various specific
assertions embodied within expert reports and the support for the opinions expressed in those
reports, with requested supporting analysis ahead of depositions. This category also included
the review of status of make-whole and post-petition interest litigation on select claims.
Furthermore, SOLIC's staff provide time and attention to the review of many transcripts
covering depositions and throughout the confirmation trial with a focus on various financial
elements that required SOLIC's input and follow-up. SOLIC also attended teleconferences
with the Debtors' financial advisor to discuss various facets of the ongoing Plan process.

**H. Project Management and Support (8.0 Hours)**

25. This category includes development of draft work plans, development of staffing plans of the
engagement, and the establishment of internal data repositories for engagement team
members.

9

**I.      Travel Time (4.0 Hours)**

26. This category includes required travel by SOLIC professionals to attend in-person meetings with the Disinterested Directors, in-person board meetings, in-person meetings with legal counsel to the Disinterested Directors, and in-person meetings with various creditor constituents and their professional advisors.

<u>**Allowance of Compensation**</u>

27.    The foregoing professional services rendered by SOLIC on behalf of EFH Corp. during the Fee Period were reasonable, necessary and appropriate to the administration of EFH Corp.'s chapter 11 case and related matters and in the best interests of EFH Corp. and its estate.  The compensation requested for the foregoing services is commensurate with the complexity, importance and nature of the problems, issues and tasks involved.  The professional services were performed expediently and in an efficient manner.

28.    During the Fee Period, the professional services performed by SOLIC on behalf of EFH Corp. required an aggregate expenditure of 790.0 hours by SOLIC professionals and a fair market value of $800,000.00.  As demonstrated by this Fee Application, SOLIC's services were rendered economically and without unnecessary duplication of efforts.  In addition, the work involved and the time expended was carefully assigned in consideration of the experience and expertise required of each particular task.

<u>**Actual and Necessary Expenses Incurred by SOLIC**</u>

29.  SOLIC seeks reimbursement of $13,709.16 on account of expenses incurred in performing professional services during the Fee Period.  SOLIC records all expenses incurred in connection with the performance of professional services.  Detailed descriptions of these expenses were attached to and filed as exhibits to the monthly fee statements submitted during the Fee Period and are attached hereto as **Exhibit D**.

30. SOLIC seeks reimbursement only for the actual cost of such expenses to SOLIC. Throughout the Fee Period, SOLIC has been cognizant of cost considerations and has tried to minimize the expenses charged to the EFH Corp.'s estate. SOLIC respectfully submits that the actual expenses incurred, except where limits have been set forth by the Fee Committee [with hotels not being reimbursable in New York City above $500 or above $350 in an all other locations, meals being capped at $40 per person per meal and cars to and from an airport being capped at $100 in New York City, $75 in Dallas and $75 in Chicago] in providing professional services during the Fee Period and billed to EFH Corp. were necessary, reasonable and justified under the circumstances to serve the needs of EFH Corp. in its chapter 11 case.

### The Requested Compensation Should be Allowed

31. SOLIC respectfully submits that the services for which it seeks compensation and the expenditures for which it seeks reimbursement in this Fee Application were necessary for and beneficial to EFH Corp.'s orderly administration of its estate and its efforts in its chapter 11 case. SOLIC worked diligently to anticipate or respond to EFH Corp.'s needs and assist in EFH Corp.'s chapter 11 case. SOLIC's services and expenditures were necessary to, and in the best interests of, EFH Corp.'s estate and creditors. SOLIC submits further that the services its professionals and paraprofessionals provided for EFH Corp. were performed economically, effectively and efficiently, and that the results obtained to date have benefited not only EFH Corp. but all stakeholders in its chapter 11 case. The services provided by SOLIC were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, SOLIC respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to EFH Corp., its estate and all parties in interest.

## Reservation of Rights

32.  It is possible that some expenses incurred during the Fee Period are not reflected in the Fee Application.  SOLIC reserves the right to include such amounts in future fee applications.

## Notice

33.  SOLIC provided notice of this Fee Application to:  (a) the Debtor; (b) co-counsel to the Debtors, Kirkland & Ellis LLP; (c) co-counsel to the Debtors, Richards, Layton & Finger, P.A.; (d) the Office of the United States Trustee; (e) counsel for the agent of the EFIH First Lien DIP Financing Facility; (f) counsel for the agent of the TCEH DIP Financing Facility; (g) counsel to the TCEH Creditors' Committee; (h) counsel to the EFH Creditors' Committee; and (i) counsel to the Fee Committee (collectively, the "Notice Parties").  Pursuant to the Interim Compensation Order, any party, other than the Notice Parties, that wishes to object to the Fee Application, must file its objection with the Court, with a copy to Chambers and serve it on SOLIC and the Notice Parties so that it is actually received on or before March 7, 2016 at 4:00 p.m. (prevailing Eastern Time).

## No Prior Request

34. Other than the monthly fee statements, no prior request for the relief requested herein has been made to this or any other Court.

## **Conclusion**

WHEREFORE, SOLIC respectfully requests that the Court enter an order (i) awarding

SOLIC the sum of $800,000.00 as compensation for services rendered and $13,709.16 for

reimbursement of actual and necessary expenses SOLIC incurred during the Fee Period; (ii) that

the allowance of such compensation for professional services rendered and reimbursement of

actual and necessary expenses incurred be without prejudice to SOLIC's right to seek additional

compensation for services rendered and for expenses incurred during the Fee Period which were

not processed at the time of this Fee Application; and (iii) granting such other and further relief

as the Court deems appropriate.

Dated: <u>February 15, 2016</u>          */s/ Neil F. Luria*
                                       SOLIC Capital Advisors, LLC
                                       Neil F. Luria, Senior Managing Director
                                       1603 Orrington Avenue, Suite 1600
                                       Evanston, Illinois 60201

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### FOURTH INTERIM APPLICATION OF SOLIC CAPITAL ADVISORS, LLC, FINANCIAL ADVISOR FOR DEBTOR ENERGY FUTURE HOLDINGS CORP., FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2016 THROUGH APRIL 30, 2016

SOLIC Capital Advisors, LLC ("SOLIC"), financial advisor for Energy Future Holdings

Corp. ("EFH Corp." or the "Debtor"), hereby submits this application (the "Fee Application"),

pursuant to sections 327(a), 328(a), 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), Rules 2016-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of

the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"),

the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses

for Professionals* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"),

and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee

Order"), for (a) interim approval and allowance of compensation for professional services

rendered in the amount of $800,000.00 from January 1, 2016 through April 30, 2016 (the "Fee

Period"); and (b) reimbursement of actual and necessary expenses in the amount of $24,173.43

incurred during the Fee Period.   In support of the Fee Application, SOLIC submits the

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

declaration of Neil F. Luria, which is attached hereto as **Exhibit A** and incorporated herein by reference. In further support of the Fee Application, SOLIC respectfully represents as follows:

### Jurisdiction

1.  The Court has jurisdiction over the Fee Application under 28 U.S.C. §§ 157 and 1334.

2.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

3.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.  The bases for the relief requested herein are sections 327(a), 328(a), 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rules 2016-1 and 2016-2, the Interim Compensation Order, and the Fee Committee Order.

### Background

5.  On April 29, 2014 (the "Petition Date"), EFH Corp. and each of its above-captioned debtor and debtor-in-possession affiliates (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Court has entered an order for the joint administration of these chapter 11 cases. The Court has not appointed a trustee or examiner in these chapter 11 cases. The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") formed (a) an official committee of unsecured creditors representing the interests of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company (the "TCEH Creditors' Committee") in these chapter 11 cases on May 13, 2014 [D.I. 420] and (b) an official committee of unsecured creditors representing the interests of EFH Corp., Energy Future

Intermediate Holding Company LLC, EFIH Finance, Inc. and EECI, Inc. (the "EFH Creditors' Committee") on October 27, 2014 [D.I. 2570]. Further information regarding the Debtors' business operations and capital structure is set forth in the declaration [D.I. 98] of Paul Keglevic in support of the Debtors' first day motions.

6. On August 21, 2014, the Court entered the Fee Committee Order, which appointed a fee committee (the "Fee Committee") to, among other things, review and report as appropriate on all interim and final fee applications filed by professionals retained under sections 105, 327, 363 or 1103 of the Bankruptcy Code, in accordance with sections 328, 330 and 331 of the Bankruptcy Code and the Interim Compensation Order.

7. On September 16, 2014, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all retained professionals in these chapter 11 cases.

**EFH Corp.'s Retention of SOLIC**

8. EFH Corp. sought approval of this Court to retain SOLIC as financial advisor, pursuant to sections 327(a), 328(a) and 330 of the Bankruptcy Code, by application filed on January 16, 2015 [D.I. 3324] (the "SOLIC Retention Application"). As set forth in the SOLIC Retention Application and SOLIC's engagement letter, EFH Corp. engaged SOLIC to render professional services to EFH Corp.'s disinterested directors (the "Disinterested Directors") in connection with Conflict Matters (used herein as such term is defined in and pursuant to the authority delegated to EFH Corp.'s Disinterested Directors pursuant to resolutions of EFH Corp.'s board of directors) and in determining whether a matter constitutes a Conflict Matter, reporting to and at the direction of EFH Corp.'s Disinterested Directors. SOLIC's retention was approved by this Court by order dated February 6, 2015 [D.I. 3467] (the "Retention Order"), effective *nunc pro tunc* to December 18, 2014. A true and correct copy of the

Retention Order is attached hereto as **Exhibit B**. The Retention Order provides that SOLIC's compensation is approved pursuant to section 328 of the Bankruptcy Code, subject to the terms of the Retention Order.

9. As is typical of financial advisory firms, SOLIC is not compensated by the hour, but through fixed fees. The Retention Order authorizes EFH Corp. to compensate SOLIC as set forth in its engagement letter, consisting of (a) a $200,000 monthly fixed fee payment (pro-rated for any periods less than a month) and (b) reimbursement of reasonable and documented out-of-pocket expenses (including all fees of counsel), subject to any limitations or modifications as set forth in the Retention Order. The fixed fee charged by SOLIC is typical for SOLIC's engagements both inside and outside of bankruptcy. Although SOLIC typically also is provided an "incentive fee" or "success fee" in addition of fixed fees in other engagements both inside and outside of bankruptcy, SOLIC has not sought such a fee in this case.

**Summary of Professional Compensation and Reimbursement of Expenses Requested**

10. This Fee Application has been prepared in accordance with the Interim Compensation Order and the Fee Committee Order.

11. By this Fee Application, SOLIC seeks: (a) approval and allowance of compensation for professional services rendered by SOLIC as financial advisor for EFH Corp. during the Fee Period in the amount of $800,000.00; and (b) reimbursement of actual and necessary expenses incurred by SOLIC in connection with rendering professional services to EFH Corp. during the Fee Period of $24,173.43.

12. Pursuant to the Interim Compensation Order, SOLIC has already received payment, or has filed fee statements and is awaiting payment, from EFH Corp. in the amount of $640,000.00, which represents 80% of SOLIC's fees for the Fee Period, and $24,173.43, which represents 100% of the expenses invoiced for the Fee Period. Except as described in this Fee

4

Application, SOLIC has not entered into any agreement with any other party for the purpose of fixing of sharing fees or other compensation to be paid for professional services rendered in EFH Corp.'s chapter 11 case.  No promises have been received by SOLIC or any member thereof as to compensation in connection with EFH Corp.'s chapter 11 case other than in accordance with the provisions of the Bankruptcy Code.

13. SOLIC's fees for this Fee Period are in accordance with the agreed-upon terms for this period set forth in the SOLIC Retention Application.

14. During the Fee Period, SOLIC's professionals spent an aggregate of 1,246.0 hours performing services for EFH Corp. in connection with its chapter 11 case.

15. SOLIC's fees for the services rendered are reasonable and appropriate given the complexity of the matter and the level of expertise required to best serve EFH Corp.  In particular, the depth and complexity of the issues involved in EFH Corp.'s chapter 11 case and the sophistication and breadth of expertise necessary to successfully guide EFH Corp. through its chapter 11 case, is best served by employing a financial advisor with SOLIC's sophistication, experience, and expertise in handling large and complex matters for corporations.  SOLIC believes that its fees are comparable to the fees charged by other highly skilled practitioners experienced in advising clients with large, complex operations while in chapter 11.

**Proposed Payment Allocation**

16. Pursuant to paragraph 8 of the Retention Order, absent an order of the Court, the fees and expenses incurred by SOLIC are paid by EFH Corp.  As such, no allocation pursuant to paragraph 2(b) of the Interim Compensation Order is applicable.

<u>**Summary of Professional Services Rendered**</u>

17. SOLIC has structured its time records using its internal system of project codes. The following descriptions provide a summary of the primary services rendered by SOLIC during the Fee Period with respect to each project code. Given the scope of the work performed, these summaries do not cover all work performed but instead highlight the major areas of work. Descriptions of the day-to-day services provided by SOLIC and the time expended performing such services in each project category are attached hereto as **Exhibit C**. Such descriptions demonstrate that SOLIC was heavily involved in the performance of services for EFH Corp. on a daily basis, including night and weekend work, often under extreme time constraints, to meet the needs of EFH Corp. in its chapter 11 case.

**A.    Dataroom & Diligence Materials Review (244.5 Hours)**

18. Download, analyze and review materials posted to the debtors' dataroom and follow-up with the Debtors' professionals pertaining to (i) items posted to the dataroom and (ii) follow-up information being sought in the dataroom. Review of dataroom materials has focused, among other things, on understanding impact of various matters on EFH.

**B.    Board Meeting Attendance (13.0 Hours)**

19. This category includes the time spent by SOLIC's professionals attending in-person and telephonic EFH Corp. board meetings.

**C.    Fee Applications/Retention Applications (18.5 Hours)**

20. This category includes general preparation and review of SOLIC's retention, monthly fee statements, interim fee applications, and other court filings.

**D.    Meeting with Counsel & Other Constituents (119.5 Hours)**

21. Meetings with counsel to EFH, as well as meetings (telephonic and in-person) with professionals of other affiliates and constituents pertaining to Conflict Matters. These

6

meetings have been focused on reviewing and analyzing various issues that impact Conflict Matters.

**E.  Meetings with Disinterested Directors (8.0 Hours)**

22. Telephonic and in-person meetings with disinterested directors of EFH on Conflict Matters and potential Conflict Matters.  Review board materials and transcripts for discussion with the disinterested directors of EFH and respond to Conflict Matter-related requests and questions.  Includes pre-meeting preparation and post-meeting follow-up.

**F.      Plan Development Review and Testimony Review and Analysis (534.0 Hours)**

23. Review restructuring proposals, as well as meetings with constituents regarding plan formulation, review of plan proposals and term sheets and analysis of proposed settlements of Conflict Matters.  This category also includes working alongside counsel in review of elements pertaining to contingency planning regarding the Plan of Reorganization including the financial analysis and modeling of illustrative financial scenarios, and discussion related to same including the impact of PUCT rulings and market/sector trends on the Plan and their go-forward implications.  The review of restructuring proposals has included significant review of various alternative plan proposals and their impact on EFH stakeholders and comparisons to past proposals as well as the development of analysis for use by counsel and The Disinterested Directors.  This work was necessary and justified in the context of uncertainties that arose pertaining to required approvals necessary for the Plan that was filed. SOLIC's work included, but was not limited to, an understanding of market conditions compared to market conditions at the time the Plan on file was confirmed, an understanding of various alternative transaction constructs, the review and continued monitoring of EFH Corp's cash as key element of recoverable value including sensitivities to projected cash balances and the identification of other potential sources of recoverable cash value, an

assessment of legislative changes that were approved by Congress relating to bonus depreciation rules and the impact of these rule modifications on projected cash balances, the development of hypothetical waterfall scenario sensitivities on EFH Corp recoveries, the understanding of implications of delays in emergence on claims balances and resulting creditor recoveries, and the review and development of hypothetical alternative transaction constructs including discussion with counsel on same.

**G.    Presentation Development (125.5 Hours)**

24.    Develop specific presentations for discussion with the disinterested directors of EFH pertaining to Conflict Matters and potential Conflict Matters.    Such work included development, drafting and revising presentation materials.

**H.    Project Management and Support (10.0 Hours)**

25. Key elements of project management on the engagement including work plan development and internal discussion pertaining to same.  General review and research of case filings.

**I.    Tax Reviews (53.0 Hours)**

26.  Develop financial analysis as directed by counsel pertaining to the tax structures being considered for contingency planning purposes including financial modeling pertaining to the present value of step-up and net operating losses as directed by counsel.

**J.    Travel Time (120.0 Hours)**

27. This category includes required travel by SOLIC professionals to attend in-person meetings with the Disinterested Directors, in-person board meetings, in-person meetings with legal counsel to the Disinterested Directors, and in-person meetings with various creditor constituents and their professional advisors.

### <u>Allowance of Compensation</u>

28.    The foregoing professional services rendered by SOLIC on behalf of EFH Corp. during the Fee Period were reasonable, necessary and appropriate to the administration of EFH Corp.'s chapter 11 case and related matters and in the best interests of EFH Corp. and its estate.   The compensation requested for the foregoing services is commensurate with the complexity, importance and nature of the problems, issues and tasks involved.   The professional services were performed expediently and in an efficient manner.

29.    During the Fee Period, the professional services performed by SOLIC on behalf of EFH Corp. required an aggregate expenditure of 1,246.0 hours by SOLIC professionals and a fair market value of $800,000.00.   As demonstrated by this Fee Application, SOLIC's services were rendered economically and without unnecessary duplication of efforts.   In addition, the work involved and the time expended was carefully assigned in consideration of the experience and expertise required of each particular task.

### Actual and Necessary Expenses Incurred by SOLIC

30.    SOLIC seeks reimbursement of $24,173.43 on account of expenses incurred in performing professional services during the Fee Period.   SOLIC records all expenses incurred in connection with the performance of professional services.   Detailed descriptions of these expenses were attached to and filed as exhibits to the monthly fee statements submitted during the Fee Period and are attached hereto as **Exhibit D**.

31.    SOLIC seeks reimbursement only for the actual cost of such expenses to SOLIC. Throughout the Fee Period, SOLIC has been cognizant of cost considerations and has tried to minimize the expenses charged to the EFH Corp.'s estate.   SOLIC respectfully submits that the actual expenses incurred, except where limits have been set forth by the Fee Committee (with hotels not being reimbursable in New York City above $500 or above $350 in an all other locations, meals being capped at $40 per person per meal and cars to and from an airport being

capped at $100 in New York City, $75 in Dallas and $75 in Chicago) in providing professional services during the Fee Period and billed to EFH Corp. were necessary, reasonable and justified under the circumstances to serve the needs of EFH Corp. in its chapter 11 case.

### The Requested Compensation Should be Allowed

32. SOLIC respectfully submits that the services for which it seeks compensation and the expenditures for which it seeks reimbursement in this Fee Application were necessary for and beneficial to EFH Corp.'s orderly administration of its estate and its efforts in its chapter 11 case. SOLIC worked diligently to anticipate or respond to EFH Corp.'s needs and assist in EFH Corp.'s chapter 11 case. SOLIC's services and expenditures were necessary to, and in the best interests of, EFH Corp.'s estate and creditors. SOLIC submits further that the services its professionals and paraprofessionals provided for EFH Corp. were performed economically, effectively and efficiently, and that the results obtained to date have benefited not only EFH Corp. but all stakeholders in its chapter 11 case. The services provided by SOLIC were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, SOLIC respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to EFH Corp., its estate and all parties in interest.

### Reservation of Rights

33. It is possible that some expenses incurred during the Fee Period are not reflected in the Fee Application. SOLIC reserves the right to include such amounts in future fee applications.

### Notice

34. SOLIC provided notice of this Fee Application to: (a) the Debtor; (b) co-counsel to the Debtors, Kirkland & Ellis LLP; (c) co-counsel to the Debtors, Richards, Layton & Finger, P.A.; (d) the Office of the United States Trustee; (e) counsel for the agent of the EFIH First Lien DIP

Financing Facility; (f) counsel for the agent of the TCEH DIP Financing Facility; (g) counsel to the TCEH Creditors' Committee; (h) counsel to the EFH Creditors' Committee; and (i) counsel to the Fee Committee (collectively, the "Notice Parties"). Pursuant to the Interim Compensation Order, any party, other than the Notice Parties, that wishes to object to the Fee Application, must file its objection with the Court, with a copy to Chambers and serve it on SOLIC and the Notice Parties so that it is actually received on or before July 7, 2016 at 4:00 p.m. (prevailing Eastern Time).

### No Prior Request

35. Other than the monthly fee statements, no prior request for the relief requested herein has been made to this or any other Court.

### Conclusion

WHEREFORE, SOLIC respectfully requests that the Court enter an order (i) awarding SOLIC the sum of $800,000.00 as compensation for services rendered and $24,173.43 for reimbursement of actual and necessary expenses SOLIC incurred during the Fee Period; (ii) that the allowance of such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to SOLIC's right to seek additional compensation for services rendered and for expenses incurred during the Fee Period which were not processed at the time of this Fee Application; and (iii) granting such other and further relief as the Court deems appropriate.

Dated: June 16, 2016

/s/ Neil F. Luria

SOLIC Capital Advisors, LLC
Neil F. Luira, Senior Managing Director
1603 Orrington Avenue, Suite 1600
Evanston, Illinois 60201

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### FIFTH INTERIM APPLICATION OF SOLIC CAPITAL ADVISORS, LLC, FINANCIAL ADVISOR FOR DEBTOR ENERGY FUTURE HOLDINGS CORP., FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2016 THROUGH AUGUST 31, 2016

SOLIC Capital Advisors, LLC ("SOLIC"), financial advisor for Energy Future Holdings

Corp. ("EFH Corp." or the "Debtor"), hereby submits this application (the "Fee Application"),

pursuant to sections 327(a), 328(a), 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), Rules 2016-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of

the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"),

the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses*

*for Professionals* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"),

and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee

Order"), for (a) interim approval and allowance of compensation for professional services

rendered in the amount of $800,000.00 from May 1, 2016 through August 31, 2016 (the "Fee

Period"); and (b) reimbursement of actual and necessary expenses in the amount of $11,149.42

incurred during the Fee Period.   In support of the Fee Application, SOLIC submits the

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

declaration of Neil F. Luria, which is attached hereto as **Exhibit A** and incorporated herein by reference. In further support of the Fee Application, SOLIC respectfully represents as follows:

### Jurisdiction

1.  The Court has jurisdiction over the Fee Application under 28 U.S.C. §§ 157 and 1334.

2.  This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

3.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.  The bases for the relief requested herein are sections 327(a), 328(a), 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rules 2016-1 and 2016-2, the Interim Compensation Order, and the Fee Committee Order.

### Background

5.  On April 29, 2014 (the "Petition Date"), EFH Corp. and each of its above-captioned debtor and debtor-in-possession affiliates (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Court has entered an order for the joint administration of these chapter 11 cases. The Court has not appointed a trustee or examiner in these chapter 11 cases. The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") formed (a) an official committee of unsecured creditors representing the interests of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company (the "TCEH Creditors' Committee") in these chapter 11 cases on May 13, 2014 [D.I. 420] and (b) an official committee of unsecured creditors representing the interests of EFH Corp., Energy Future

Intermediate Holding Company LLC, EFIH Finance, Inc. and EECI, Inc. (the "EFH Creditors' Committee") on October 27, 2014 [D.I. 2570]. Further information regarding the Debtors' business operations and capital structure is set forth in the declaration [D.I. 98] of Paul Keglevic in support of the Debtors' first day motions.

6. On August 21, 2014, the Court entered the Fee Committee Order, which appointed a fee committee (the "Fee Committee") to, among other things, review and report as appropriate on all interim and final fee applications filed by professionals retained under sections 105, 327, 363 or 1103 of the Bankruptcy Code, in accordance with sections 328, 330 and 331 of the Bankruptcy Code and the Interim Compensation Order.

7. On September 16, 2014, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all retained professionals in these chapter 11 cases.

### EFH Corp.'s Retention of SOLIC

8. EFH Corp. sought approval of this Court to retain SOLIC as financial advisor, pursuant to sections 327(a), 328(a) and 330 of the Bankruptcy Code, by application filed on January 16, 2015 [D.I. 3324] (the "SOLIC Retention Application"). As set forth in the SOLIC Retention Application and SOLIC's engagement letter, EFH Corp. engaged SOLIC to render professional services to EFH Corp.'s disinterested directors (the "Disinterested Directors") in connection with Conflict Matters (used herein as such term is defined in and pursuant to the authority delegated to EFH Corp.'s Disinterested Directors pursuant to resolutions of EFH Corp.'s board of directors) and in determining whether a matter constitutes a Conflict Matter, reporting to and at the direction of EFH Corp.'s Disinterested Directors. SOLIC's retention was approved by this Court by order dated February 6, 2015 [D.I. 3467] (the "Retention Order"), effective *nunc pro tunc* to December 18, 2014. A true and correct copy of the

Retention Order is attached hereto as **Exhibit B**. The Retention Order provides that SOLIC's

compensation is approved pursuant to section 328 of the Bankruptcy Code, subject to the

terms of the Retention Order.

9.  As is typical of financial advisory firms, SOLIC is not compensated by the hour, but through

fixed fees. The Retention Order authorizes EFH Corp. to compensate SOLIC as set forth in

its engagement letter, consisting of (a) a $200,000 monthly fixed fee payment (pro-rated for

any periods less than a month) and (b) reimbursement of reasonable and documented out-of-

pocket expenses (including all fees of counsel), subject to any limitations or modifications as

set forth in the Retention Order. The fixed fee charged by SOLIC is typical for SOLIC's

engagements both inside and outside of bankruptcy. Although SOLIC typically also is

provided an "incentive fee" or "success fee" in addition of fixed fees in other engagements

both inside and outside of bankruptcy, SOLIC has not sought such a fee in this case.

**Summary of Professional Compensation and Reimbursement of Expenses Requested**

10. This Fee Application has been prepared in accordance with the Interim Compensation Order

and the Fee Committee Order.

11. By this Fee Application, SOLIC seeks: (a) approval and allowance of compensation for

professional services rendered by SOLIC as financial advisor for EFH Corp. during the Fee

Period in the amount of $800,000.00; and (b) reimbursement of actual and necessary

expenses incurred by SOLIC in connection with rendering professional services to EFH

Corp. during the Fee Period of $11,149.42.

12. Pursuant to the Interim Compensation Order, SOLIC has already received payment, or has

filed fee statements and is awaiting payment, from EFH Corp. in the amount of $640,000.00,

which represents 80% of SOLIC's fees for the Fee Period, and $11,149.42, which represents

100% of the expenses invoiced for the Fee Period. Except as described in this Fee

Application, SOLIC has not entered into any agreement with any other party for the purpose of fixing of sharing fees or other compensation to be paid for professional services rendered in EFH Corp.'s chapter 11 case.   No promises have been received by SOLIC or any member thereof as to compensation in connection with EFH Corp.'s chapter 11 case other than in accordance with the provisions of the Bankruptcy Code.

13. SOLIC's fees for this Fee Period are in accordance with the agreed-upon terms for this period set forth in the SOLIC Retention Application.

14. During the Fee Period, SOLIC's professionals spent an aggregate of 1,173.5 hours performing services for EFH Corp. in connection with its chapter 11 case.

15. SOLIC's fees for the services rendered are reasonable and appropriate given the complexity of the matter and the level of expertise required to best serve EFH Corp.   In particular, the depth and complexity of the issues involved in EFH Corp.'s chapter 11 case and the sophistication and breadth of expertise necessary to successfully guide EFH Corp. through its chapter 11 case, is best served by employing a financial advisor with SOLIC's sophistication, experience, and expertise in handling large and complex matters for corporations.   SOLIC believes that its fees are comparable to the fees charged by other highly skilled practitioners experienced in advising clients with large, complex operations while in chapter 11.

### Proposed Payment Allocation

16. Pursuant to paragraph 8 of the Retention Order, absent an order of the Court, the fees and expenses incurred by SOLIC are paid by EFH Corp.   As such, no allocation pursuant to paragraph 2(b) of the Interim Compensation Order is applicable.

## Summary of Professional Services Rendered

17. SOLIC has structured its time records using its internal system of project codes.  The following descriptions provide a summary of the primary services rendered by SOLIC during the Fee Period with respect to each project code.  Given the scope of the work performed, these summaries do not cover all work performed but instead highlight the major areas of work.  Descriptions of the day-to-day services provided by SOLIC and the time expended performing such services in each project category are attached hereto as **Exhibit C**.  Such descriptions demonstrate that SOLIC was heavily involved in the performance of services for EFH Corp. on a daily basis, including night and weekend work, often under extreme time constraints, to meet the needs of EFH Corp. in its chapter 11 case.

**A.      Dataroom & Diligence Materials Review (509.0 Hours)**

18. Download, analyze and review materials posted to the debtors' dataroom and follow-up with the Debtors' professionals pertaining to (i) items posted to the dataroom and (ii) follow-up information being sought in the dataroom.  Review of dataroom materials has focused, among other things, on understanding impact of various matters on EFH including cash projections, review of variance analyses, review of performance metrics, bonus depreciation analyses, professional fees projections, corporate service materials and other company and Evercore prepared materials.

**B.      Board Meeting Attendance (25.0 Hours)**

19. This category includes the time spent by SOLIC's professionals attending in-person and telephonic EFH Corp. board meetings, including engaging in pre-meeting preparation, post-meeting follow-up, and work plan development.

**C.      Fee Applications/Retention Applications (17.0 Hours)**

20. This category includes general preparation and review of SOLIC's retention, monthly fee statements, interim fee applications, and other court filings, as well as review and preparation of responses to inquiries by parties of interest, including the Fee Committee.

**D.      Meeting with Counsel & Other Constituents (52.5 Hours)**

21. Meetings with counsel to EFH, as well as meetings (telephonic and in-person) with professionals of other affiliates and constituents pertaining to Conflict Matters. These meetings have been focused on reviewing and analyzing various issues that impact Conflict Matters.

**E. Bid Review 2016 (260.5 Hours)**

22. Review of various bids and proposals put forth after post-termination of the Hunt/Ovation Deal, specifically including review of term sheets and bids provided by NextEra Energy and other proposals put forth, in ways in which recoverable value in favor of creditors might be increased and the review of issues identified. This also included the assessment of contingencies provided in the bids and their impact on overall recoverable value to EFH Corp. creditors. This category also included the review of Evercore-prepared materials pertaining to Oncor's valuation, analysis of bids, waterfall impacts and their impact on recoverable value. This category also includes the development and review of related financial analyses, specifically the modeling of the impact of each bid on the recovery of the various creditor parties, and the review of materials ahead of meetings with financial advisors to creditor constituents.

**F.      Plan Development Review and Testimony Review and Analysis (121.0 Hours)**

23. This category includes review of restructuring proposals, as well as meetings with constituents regarding plan formulation, review of plan proposals and term sheets and analysis of proposed settlements of Conflict Matters. This category also includes working

alongside counsel in review of elements pertaining to contingency planning regarding the Plan of Reorganization including the financial analysis and modeling of illustrative financial scenarios. The review of restructuring proposals has included review of various alternative plan proposals and their impact on EFH stakeholders and comparisons to past proposals as well as the development of analysis for use by counsel and The Disinterested Directors. This work was necessary and justified in the context of uncertainties that arose pertaining to required approvals necessary for the Plan that was filed. SOLIC's work included, but was not limited to, an understanding of market conditions compared to market conditions at the time the Plan on file was confirmed, an understanding of various alternative transaction constructs, the review and continued monitoring of EFH Corp's cash as key element of recoverable value including sensitivities to projected cash balances and the identification of other potential sources of recoverable cash value, an assessment of legislative changes that were approved by Congress relating to bonus depreciation rules and the impact of these rule modifications on projected cash balances, the development of hypothetical waterfall scenario sensitivities on EFH Corp recoveries, the understanding of implications of delays in emergence on claims balances and resulting creditor recoveries, and the review and development of hypothetical alternative transaction constructs including discussion with counsel on same. The work also included review of financial elements and materials pertaining to testimony provided in confirmation hearings.

**G.**    **Presentation Development (77.0 Hours)**

24.    This category includes the development of specific presentations for discussion with the disinterested directors of EFH pertaining to Conflict Matters and potential Conflict Matters. Such work included internal discussion, review, and iteration of presentation materials.

**H.**    **Project Management and Support (28.5 Hours)**

25. This category includes key elements of project management on the engagement including work plan development and internal discussion pertaining to same, as well as general review and research of case filings.

**I.      Tax Reviews (2.5 Hours)**

26.   This category includes development of financial analyses, as directed by counsel, pertaining to the tax structures being considered for contingency planning purposes, including financial modeling relating to the present value of a potential step-up in basis and net operating losses.

**J.      Travel Time (56.0 Hours)**

27. This category includes required travel by SOLIC professionals to attend in-person meetings with the Disinterested Directors, in-person board meetings, in-person meetings with legal counsel to the Disinterested Directors, and in-person meetings with various creditor constituents and their professional advisors.

**K.      Financing Proposal Review (13.0)**

28.  This category includes review of proposals and analyses relating to the potential extension of the terms and/or pay down of existing debt balances via various financing mechanisms proposed by the Company and potential bidders.

**L.      Intercompany Transfers Review (11.5)**

29.  This category includes review and analysis pertaining to the various claims and causes of action between and among EFH and its affiliates, including the nature of the claims, the magnitude of such claims and factors affecting the allowance or disallowance of such claims.

<u>**Allowance of Compensation**</u>

30.   The foregoing professional services rendered by SOLIC on behalf of EFH Corp. during the Fee Period were reasonable, necessary and appropriate to the administration of EFH Corp.'s chapter 11 case and related matters and in the best interests of EFH Corp. and its estate.   The

compensation requested for the foregoing services is commensurate with the complexity, importance and nature of the problems, issues and tasks involved. The professional services were performed expediently and in an efficient manner.

31. During the Fee Period, the professional services performed by SOLIC on behalf of EFH Corp. required an aggregate expenditure of 1,173.5 hours by SOLIC professionals and a fair market value of $800,000.00. As demonstrated by this Fee Application, SOLIC's services were rendered economically and without unnecessary duplication of efforts. In addition, the work involved and the time expended was carefully assigned in consideration of the experience and expertise required of each particular task.

### Actual and Necessary Expenses Incurred by SOLIC

32. SOLIC seeks reimbursement of $11,149.42 on account of expenses incurred in performing professional services during the Fee Period. SOLIC records all expenses incurred in connection with the performance of professional services. Detailed descriptions of these expenses were attached to and filed as exhibits to the monthly fee statements submitted during the Fee Period and are attached hereto as **Exhibit D**.

33. SOLIC seeks reimbursement only for the actual cost of such expenses to SOLIC. Throughout the Fee Period, SOLIC has been cognizant of cost considerations and has tried to minimize the expenses charged to the EFH Corp.'s estate. SOLIC respectfully submits that the actual expenses incurred, except where limits have been set forth by the Fee Committee (with hotels not being reimbursable in New York City above $500 or above $350 in an all other locations, meals being capped at $40 per person per meal and cars to and from an airport being capped at $100 in New York City, $75 in Dallas and $75 in Chicago) in providing professional services during the Fee Period and billed to EFH Corp. were necessary, reasonable and justified under the circumstances to serve the needs of EFH Corp. in its chapter 11 case.

## The Requested Compensation Should be Allowed

34. SOLIC respectfully submits that the services for which it seeks compensation and the expenditures for which it seeks reimbursement in this Fee Application were necessary for and beneficial to EFH Corp.'s orderly administration of its estate and its efforts in its chapter 11 case. SOLIC worked diligently to anticipate or respond to EFH Corp.'s needs and assist in EFH Corp.'s chapter 11 case. SOLIC's services and expenditures were necessary to, and in the best interests of, EFH Corp.'s estate and creditors. SOLIC submits further that the services its professionals and paraprofessionals provided for EFH Corp. were performed economically, effectively and efficiently, and that the results obtained to date have benefited not only EFH Corp. but all stakeholders in its chapter 11 case. The services provided by SOLIC were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, SOLIC respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to EFH Corp., its estate and all parties in interest.

## Reservation of Rights

35. It is possible that some expenses incurred during the Fee Period are not reflected in the Fee Application. SOLIC reserves the right to include such amounts in future fee applications.

## Notice

36. SOLIC provided notice of this Fee Application to: (a) the Debtor; (b) co-counsel to the Debtors, Kirkland & Ellis LLP; (c) co-counsel to the Debtors, Richards, Layton & Finger, P.A.; (d) the Office of the United States Trustee; (e) counsel for the agent of the EFIH First Lien DIP Financing Facility; (f) counsel for the agent of the TCEH DIP Financing Facility; (g) counsel to the TCEH Creditors' Committee; (h) counsel to the EFH Creditors' Committee; and (i) counsel

to the Fee Committee (collectively, the "Notice Parties"). Pursuant to the Interim Compensation Order, any party, other than the Notice Parties, that wishes to object to the Fee Application, must file its objection with the Court, with a copy to Chambers and serve it on SOLIC and the Notice Parties so that it is actually received on or before November 7, 2016 at 4:00 p.m. (prevailing Eastern Time).

### No Prior Request

37. Other than the monthly fee statements, no prior request for the relief requested herein has been made to this or any other Court.

### Conclusion

WHEREFORE, SOLIC respectfully requests that the Court enter an order (i) awarding SOLIC the sum of $800,000.00 as compensation for services rendered and $11,149.42 for reimbursement of actual and necessary expenses SOLIC incurred during the Fee Period; (ii) that the allowance of such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to SOLIC's right to seek additional compensation for services rendered and for expenses incurred during the Fee Period which were not processed at the time of this Fee Application; and (iii) granting such other and further relief as the Court deems appropriate.

Dated: October 17, 2016    */s/ Neil F. Luria*
                                                  SOLIC Capital Advisors, LLC
                                                  Neil F. Luira, Senior Managing Director
                                                  1603 Orrington Avenue, Suite 1600
                                                  Evanston, Illinois 60201

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### SIXTH INTERIM APPLICATION OF SOLIC CAPITAL ADVISORS, LLC, FINANCIAL ADVISOR FOR DEBTOR ENERGY FUTURE HOLDINGS CORP., FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2016 THROUGH DECEMBER 31, 2016

SOLIC Capital Advisors, LLC ("SOLIC"), financial advisor for Energy Future Holdings Corp. ("EFH Corp." or the "Debtor"), hereby submits this application (the "Fee Application"), pursuant to sections 327(a), 328(a), 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2016-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), for (a) interim approval and allowance of compensation for professional services rendered in the amount of $800,000.00 from September 1, 2016 through December 31, 2016 (the "Fee Period"); and (b) reimbursement of actual and necessary expenses in the amount of $3,742.09 incurred during the Fee Period.  In support of the Fee Application, SOLIC submits the

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

declaration of Neil F. Luria, which is attached hereto as **Exhibit A** and incorporated herein by reference. In further support of the Fee Application, SOLIC respectfully represents as follows:

### Jurisdiction

1. The Court has jurisdiction over the Fee Application under 28 U.S.C. §§ 157 and 1334.

2. This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

3. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4. The bases for the relief requested herein are sections 327(a), 328(a), 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rules 2016-1 and 2016-2, the Interim Compensation Order, and the Fee Committee Order.

### Background

5. On April 29, 2014 (the "Petition Date"), EFH Corp. and each of its above-captioned debtor and debtor-in-possession affiliates (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Court has entered an order for the joint administration of these chapter 11 cases. The Court has not appointed a trustee or examiner in these chapter 11 cases. The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") formed (a) an official committee of unsecured creditors representing the interests of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company (the "TCEH Creditors' Committee") in these chapter 11 cases on May 13, 2014 [D.I. 420] and (b) an official committee of unsecured creditors representing the interests of EFH Corp., Energy Future

Intermediate Holding Company LLC, EFIH Finance, Inc. and EECI, Inc. (the "EFH
Creditors' Committee") on October 27, 2014 [D.I. 2570]. Further information regarding the
Debtors' business operations and capital structure is set forth in the declaration [D.I. 98] of
Paul Keglevic in support of the Debtors' first day motions.

6. On August 21, 2014, the Court entered the Fee Committee Order, which appointed a fee
committee (the "Fee Committee") to, among other things, review and report as appropriate
on all interim and final fee applications filed by professionals retained under sections 105,
327, 363 or 1103 of the Bankruptcy Code, in accordance with sections 328, 330 and 331 of
the Bankruptcy Code and the Interim Compensation Order.

7. On September 16, 2014, the Court entered the Interim Compensation Order, which sets forth
the procedures for interim compensation and reimbursement of expenses for all retained
professionals in these chapter 11 cases.

### EFH Corp.'s Retention of SOLIC

8. EFH Corp. sought approval of this Court to retain SOLIC as financial advisor, pursuant to
sections 327(a), 328(a) and 330 of the Bankruptcy Code, by application filed on January 16,
2015 [D.I. 3324] (the "SOLIC Retention Application"). As set forth in the SOLIC Retention
Application and SOLIC's engagement letter, EFH Corp. engaged SOLIC to render
professional services to EFH Corp.'s disinterested directors (the "Disinterested Directors") in
connection with Conflict Matters (used herein as such term is defined in and pursuant to the
authority delegated to EFH Corp.'s Disinterested Directors pursuant to resolutions of EFH
Corp.'s board of directors) and in determining whether a matter constitutes a Conflict Matter,
reporting to and at the direction of EFH Corp.'s Disinterested Directors. SOLIC's retention
was approved by this Court by order dated February 6, 2015 [D.I. 3467] (the "Retention
Order"), effective *nunc pro tunc* to December 18, 2014. A true and correct copy of the

Retention Order is attached hereto as **Exhibit B**. The Retention Order provides that SOLIC's compensation is approved pursuant to section 328 of the Bankruptcy Code, subject to the terms of the Retention Order.

9. As is typical of financial advisory firms, SOLIC is not compensated by the hour, but through fixed fees. The Retention Order authorizes EFH Corp. to compensate SOLIC as set forth in its engagement letter, consisting of (a) a $200,000 monthly fixed fee payment (pro-rated for any periods less than a month) and (b) reimbursement of reasonable and documented out-of-pocket expenses (including all fees of counsel), subject to any limitations or modifications as set forth in the Retention Order. The fixed fee charged by SOLIC is typical for SOLIC's engagements both inside and outside of bankruptcy. Although SOLIC typically also is provided an "incentive fee" or "success fee" in addition of fixed fees in other engagements both inside and outside of bankruptcy, SOLIC has not sought such a fee in this case.

### Summary of Professional Compensation and Reimbursement of Expenses Requested

10. This Fee Application has been prepared in accordance with the Interim Compensation Order and the Fee Committee Order.

11. By this Fee Application, SOLIC seeks: (a) approval and allowance of compensation for professional services rendered by SOLIC as financial advisor for EFH Corp. during the Fee Period in the amount of $800,000.00; and (b) reimbursement of actual and necessary expenses incurred by SOLIC in connection with rendering professional services to EFH Corp. during the Fee Period of $3,742.09.

12. Pursuant to the Interim Compensation Order, SOLIC has already received payment, or has filed fee statements and is awaiting payment, from EFH Corp. in the amount of $640,000.00, which represents 80% of SOLIC's fees for the Fee Period, and $3,742.09, which represents 100% of the expenses invoiced for the Fee Period. Except as described in this Fee

Application, SOLIC has not entered into any agreement with any other party for the purpose of fixing of sharing fees or other compensation to be paid for professional services rendered in EFH Corp.'s chapter 11 case.  No promises have been received by SOLIC or any member thereof as to compensation in connection with EFH Corp.'s chapter 11 case other than in accordance with the provisions of the Bankruptcy Code.

13. SOLIC's fees for this Fee Period are in accordance with the agreed-upon terms for this period set forth in the SOLIC Retention Application.

14. During the Fee Period, SOLIC's professionals spent an aggregate of 670.0 hours performing services for EFH Corp. in connection with its chapter 11 case.

15. SOLIC's fees for the services rendered are reasonable and appropriate given the complexity of the matter and the level of expertise required to best serve EFH Corp.  In particular, the depth and complexity of the issues involved in EFH Corp.'s chapter 11 case and the sophistication and breadth of expertise necessary to successfully guide EFH Corp. through its chapter 11 case, is best served by employing a financial advisor with SOLIC's sophistication, experience, and expertise in handling large and complex matters for corporations.  SOLIC believes that its fees are comparable to the fees charged by other highly skilled practitioners experienced in advising clients with large, complex operations while in chapter 11.

**Proposed Payment Allocation**

16. Pursuant to paragraph 8 of the Retention Order, absent an order of the Court, the fees and expenses incurred by SOLIC are paid by EFH Corp.  As such, no allocation pursuant to paragraph 2(b) of the Interim Compensation Order is applicable.

### Summary of Professional Services Rendered

17. SOLIC has structured its time records using its internal system of project codes. The following descriptions provide a summary of the primary services rendered by SOLIC during the Fee Period with respect to each project code. Given the scope of the work performed, these summaries do not cover all work performed but instead highlight the major areas of work. Descriptions of the day-to-day services provided by SOLIC and the time expended performing such services in each project category are attached hereto as **Exhibit C**. Such descriptions demonstrate that SOLIC was heavily involved in the performance of services for EFH Corp. on a daily basis, including night and weekend work, often under extreme time constraints, to meet the needs of EFH Corp. in its chapter 11 case.

**A.  Plan Development and Testimony Review and Analysis (163.0 Hours)**

18.  This category includes review of restructuring proposals, as applicable, as well as meetings with constituents regarding Plan of Reorganization ("Plan") formulation, status of Plan development, review of Plan proposals with required edits thereto, review of term sheets, as applicable, review of deposition transcripts and related testimony, and includes the necessary review of treatment of EFH Corp. assets as part of overall Plan proposals and analysis of proposed settlements thereto, all insofar as it relates to Conflict Matters. The review of deposition transcripts, court testimony transcripts, and consistent tracking with review of relevant filings and motions filed on the bankruptcy court docket with a primary focus on their financial elements have all been relevant and necessary in the context of required follow-up insofar as it relates to EFH Corp. Conflict Matters and assisting counsel in that regard. This category also includes working alongside counsel and engaging with Evercore regarding various matters including, without limitation, the Plan of Reorganization and matters pertaining to the E-side confirmation hearing, make-whole resolution matters as it impacts on EFH Corp. recoveries,

including the financial analysis and modeling of illustrative financial scenarios related thereto, with a view on assessing EFH Corp. recoveries insofar as it relates to EFH Corp. Conflict Matters.

**B. Bid Review 2016 (41.5 Hours)**

19.    Review of various bids and proposals put forth, specifically including third party proposals and certain creditor-backed bids, as applicable, including the review of specific elements of bids. This category also includes financial analysis and modeling of the impact of each bid on the recovery of the various creditor parties with a focus on EFH Corp's recoveries.

**C. Tax Reviews (2.0 Hours)**

20.    This category includes financial analysis on relevant tax matters including NOL and bonus depreciations financial analyses as requested by counsel to EFH related Conflict Matters.

**D. Meeting with Counsel & Other Constituents (17.5 Hours)**

21.    Meetings with counsel to EFH Corp., as well as meetings (telephonic and in-person) with professionals of other affiliates and constituents pertaining to Conflict Matters.   During this Sixth Interim Fee Application period this included an in-person meeting with Evercore on 11/08/2016 that included discussions with respect to various due diligence items including, without limitation, EFH Corp's cash requirements and projections, Plan matters as it impacts on financial elements of EFH Corp's cash requirements and projections, Plan matters as it impacts on EFH Corp., Plan process and timeline milestones, and projected EFH Corp. creditor recoveries.   This meeting centered on various issues insofar as they relate to Conflict Matters.

**E. Financing and Proposal Review 2016 (1.5 Hours)**

22. This category includes review of proposals and analyses relating to the potential extension of the terms and/or pay down of existing debt balances via various financing mechanisms proposed by the Company and potential bidders.

**F. Dataroom and Diligence Materials Review (359.5 Hours)**

23.    Download, analyze and review materials, as necessary and required, posted to the Debtors'

dataroom and BoardVantage with required follow-up with the Debtors' professionals and the

Debtor's management pertaining to (i) financial items posted to the dataroom requiring necessary

review, (ii) follow-up information being sought in the dataroom requiring necessary review, (iii)

items previously posted to the dataroom requiring additional and more recent revisiting by the

SOLIC team, and (iv) Board materials posted ahead of scheduled Board calls requiring the necessary

review, analysis, and due diligence follow-up by the SOLIC team.  Dataroom items reviewed have

included a focus on Debtor-prepared analyses on cash and cash equivalents projected to the

emergence date before and after adjusting for all emergence date deductions, with this tracking and

monitoring an essential and necessary procedure throughout the Sixth Interim Fee Application period

as an expected primary source of recovery for the benefit of the EFH Corp. creditors.  Furthermore,

due diligence procedures have included but have not been limited to; (i) review and follow-up on E-

side liquidation analyses and feasibility reports (ii) review and development of cash projection

analyses with comparison and an understanding of actual versus budget on key receipts and

disbursements line items, (iii) review of cash projections, by category, and the necessary comparative

analyses relative to prior versions of the Debtor-prepared cash projections, (iv) reviewing and

monitoring of financial analysis on the impact of make-whole claims rulings and the financial impact

thereof as it relates to the potential for surplus recoveries in favor of EFH Corp. claimants, (v) review

and follow-up on Debtor-prepared financial analyses as provided in materials shared with EFH

Corp's board of directors, (vi) review of Monthly Operating Reports in the context of actual cash

balances and activity compared to projected amounts with related variance analysis as it relates to the

impact on recoveries to EFH Corp. claimants, (vii) review and analysis of equity market trends,

specifically including NextEra performance, with respect to NextEra's continued feasibility in

funding the proposed Plan, and (viii) review of other pertinent court and regulatory filings, including

review of correspondence with the PUCT, as it relates to financial elements, insofar as it relates to EFH Corp. Conflict Matters.

### G. Board Meeting and Attendance (19.5 Hours)

24.    This category includes the time spent by SOLIC's professionals attending in-person and telephonic EFH Corp. board meetings, including engaging in pre-meeting preparation, and post-meeting follow-up.

### H. Project Management and Support (38.5 Hours)

25.    This category includes key elements of project management on the engagement including work plan development, status of current work-streams, identification of key items for further review and attention, and internal discussion pertaining to same, as well as necessary review and research of case filings as it relates to work plan requirements.

### I. Travel Time (14.5 Hours)

26.    This category includes required travel by SOLIC professionals to attend in-person meetings during the Sixth Interim Fee Application period with Evercore on 11/08/2016.

### J. Fee Applications/Retention Applications (12.5)

27.    This category includes necessary preparation and required review of SOLIC's monthly fee statements, interim fee applications, and   the preparation of budgets for submission to the Fee Committee, as well as the review of associated court filings, and the preparation of required responses to inquiries made by parties of interest including the Fee Committee.

### Allowance of Compensation

28.    The foregoing professional services rendered by SOLIC on behalf of EFH Corp. during the Fee Period were reasonable, necessary and appropriate to the administration of EFH Corp.'s

chapter 11 case and related matters and in the best interests of EFH Corp. and its estate. The compensation requested for the foregoing services is commensurate with the complexity, importance and nature of the problems, issues and tasks involved. The professional services were performed expediently and in an efficient manner.

29.    During the Fee Period, the professional services performed by SOLIC on behalf of EFH Corp. required an aggregate expenditure of 670.0 hours by SOLIC professionals and a fair market value of $800,000.00. As demonstrated by this Fee Application, SOLIC's services were rendered economically and without unnecessary duplication of efforts. In addition, the work involved and the time expended was carefully assigned in consideration of the experience and expertise required of each particular task.

### Actual and Necessary Expenses Incurred by SOLIC

30.    SOLIC seeks reimbursement of $3,742.09 on account of expenses incurred in performing professional services during the Fee Period. SOLIC records all expenses incurred in connection with the performance of professional services. Detailed descriptions of these expenses were attached to and filed as exhibits to the monthly fee statements submitted during the Fee Period and are attached hereto as **Exhibit D**.

31. SOLIC seeks reimbursement only for the actual cost of such expenses to SOLIC. Throughout the Fee Period, SOLIC has been cognizant of cost considerations and has tried to minimize the expenses charged to the EFH Corp.'s estate. SOLIC respectfully submits that the actual expenses incurred, except where limits have been set forth by the Fee Committee (with hotels not being reimbursable in New York City above $500 or above $350 in an all other locations, meals being capped at $40 per person per meal and cars to and from an airport being capped at $100 in New York City, $75 in Dallas and $75 in Chicago) in providing professional

services during the Fee Period and billed to EFH Corp. were necessary, reasonable and justified under the circumstances to serve the needs of EFH Corp. in its chapter 11 case.

## The Requested Compensation Should be Allowed

32.   SOLIC respectfully submits that the services for which it seeks compensation and the expenditures for which it seeks reimbursement in this Fee Application were necessary for and beneficial to EFH Corp.'s orderly administration of its estate and its efforts in its chapter 11 case. SOLIC worked diligently to anticipate or respond to EFH Corp.'s needs and assist in EFH Corp.'s chapter 11 case.   SOLIC's services and expenditures were necessary to, and in the best interests of, EFH Corp.'s estate and creditors.   SOLIC submits further that the services its professionals and paraprofessionals provided for EFH Corp. were performed economically, effectively and efficiently, and that the results obtained to date have benefited not only EFH Corp. but all stakeholders in its chapter 11 case.   The services provided by SOLIC were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved.   Accordingly, SOLIC respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to EFH Corp., its estate and all parties in interest.

## Reservation of Rights

33.   It is possible that some expenses incurred during the Fee Period are not reflected in the Fee Application.   SOLIC reserves the right to include such amounts in future fee applications.

## Notice

33.   SOLIC provided notice of this Fee Application to:   (a) the Debtor; (b) co-counsel to the Debtors, Kirkland & Ellis LLP; (c) co-counsel to the Debtors, Richards, Layton & Finger, P.A.; (d) the Office of the United States Trustee; (e) counsel for the agent of the EFIH First Lien DIP

Financing Facility; (f) counsel for the agent of the TCEH DIP Financing Facility; (g) counsel to the TCEH Creditors' Committee; (h) counsel to the EFH Creditors' Committee; and (i) counsel to the Fee Committee (collectively, the "Notice Parties"). Pursuant to the Interim Compensation Order, any party, other than the Notice Parties, that wishes to object to the Fee Application, must file its objection with the Court, with a copy to Chambers and serve it on SOLIC and the Notice Parties so that it is actually received on or before April 3, 2017 at 4:00 p.m. (prevailing Eastern Time).

### No Prior Request

34. Other than the monthly fee statements, no prior request for the relief requested herein has been made to this or any other Court.

### Conclusion

WHEREFORE, SOLIC respectfully requests that the Court enter an order (i) awarding SOLIC the sum of $800,000.00 as compensation for services rendered and $3,742.09 for reimbursement of actual and necessary expenses SOLIC incurred during the Fee Period; (ii) that the allowance of such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to SOLIC's right to seek additional compensation for services rendered and for expenses incurred during the Fee Period which were not processed at the time of this Fee Application; and (iii) granting such other and further relief as the Court deems appropriate.

Dated: March 13, 2017          /s/ Neil F. Luria
                               SOLIC Capital Advisors, LLC
                               Neil F. Luria, Senior Managing Director
                               1603 Orrington Avenue, Suite 1600
                               Evanston, Illinois 60201

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### SEVENTH INTERIM APPLICATION OF SOLIC CAPITAL ADVISORS, LLC, FINANCIAL ADVISOR FOR DEBTOR ENERGY FUTURE HOLDINGS CORP., FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM JANUARY 1, 2017 THROUGH APRIL 30, 2017

SOLIC Capital Advisors, LLC ("SOLIC"), financial advisor for Energy Future Holdings

Corp. ("EFH Corp." or the "Debtor"), hereby submits this application (the "Fee Application"),

pursuant to sections 327(a), 328(a), 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), Rules 2016-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of

the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"),

the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses

for Professionals* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"),

and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee

Order"), for (a) interim approval and allowance of compensation for professional services

rendered in the amount of $800,000.00 from January 1, 2017 through April 30, 2017 (the "Fee

Period"); and (b) reimbursement of actual and necessary expenses in the amount of $0.00

incurred during the Fee Period.   In support of the Fee Application, SOLIC submits the

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

declaration of Neil F. Luria, which is attached hereto as **Exhibit A** and incorporated herein by reference.  In further support of the Fee Application, SOLIC respectfully represents as follows:

### Jurisdiction

1.      The Court has jurisdiction over the Fee Application under 28 U.S.C. §§ 157 and 1334.

2.      This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

3.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The bases for the relief requested herein are sections 327(a), 328(a), 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rules 2016-1 and 2016-2, the Interim Compensation Order, and the Fee Committee Order.

### Background

5.      On April 29, 2014 (the "Petition Date"), EFH Corp. and each of its above-captioned debtor and debtor-in-possession affiliates (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Court has entered an order for the joint administration of these chapter 11 cases.  The Court has not appointed a trustee or examiner in these chapter 11 cases. The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") formed (a) an official committee of unsecured creditors representing the interests of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company (the "TCEH Creditors' Committee") in these chapter 11 cases on May 13, 2014 [D.I. 420] and (b) an official committee of unsecured creditors representing the interests of EFH Corp., Energy Future Intermediate Holding Company LLC,

EFIH Finance, Inc. and EECI, Inc. (the "EFH Creditors' Committee") on October 27, 2014 [D.I. 2570]. Further information regarding the Debtors' business operations and capital structure is set forth in the declaration [D.I. 98] of Paul Keglevic in support of the Debtors' first day motions.

6.      On August 21, 2014, the Court entered the Fee Committee Order, which appointed a fee committee (the "Fee Committee") to, among other things, review and report as appropriate on all interim and final fee applications filed by professionals retained under sections 105, 327, 363 or 1103 of the Bankruptcy Code, in accordance with sections 328, 330 and 331 of the Bankruptcy Code and the Interim Compensation Order.

7.      On September 16, 2014, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all retained professionals in these chapter 11 cases.

### EFH Corp.'s Retention of SOLIC

8.      EFH Corp. sought approval of this Court to retain SOLIC as financial advisor, pursuant to sections 327(a), 328(a) and 330 of the Bankruptcy Code, by application filed on January 16, 2015 [D.I. 3324] (the "SOLIC Retention Application"). As set forth in the SOLIC Retention Application and SOLIC's engagement letter, EFH Corp. engaged SOLIC to render professional services to EFH Corp.'s disinterested directors (the "Disinterested Directors") in connection with Conflict Matters (used herein as such term is defined in and pursuant to the authority delegated to EFH Corp.'s Disinterested Directors pursuant to resolutions of EFH Corp.'s board of directors) and in determining whether a matter constitutes a Conflict Matter, reporting to and at the direction of EFH Corp.'s Disinterested Directors. SOLIC's retention was approved by this Court by order dated February 6, 2015 [D.I. 3467] (the "Retention Order"), effective *nunc pro tunc* to December 18, 2014. A true and correct copy of the Retention Order is attached hereto as **Exhibit B**. The Retention Order provides that SOLIC's compensation is

3

approved pursuant to section 328 of the Bankruptcy Code, subject to the terms of the Retention Order.

9.      As is typical of financial advisory firms, SOLIC is not compensated by the hour, but through fixed fees through the fee period[2]. The Retention Order authorizes EFH Corp. to compensate SOLIC as set forth in its engagement letter, consisting of (a) a $200,000 monthly fixed fee payment (pro-rated for any periods less than a month) and (b) reimbursement of reasonable and documented out-of-pocket expenses (including all fees of counsel), subject to any limitations or modifications as set forth in the Retention Order. The fixed fee charged by SOLIC is typical for SOLIC's engagements both inside and outside of bankruptcy. Although SOLIC typically also is provided an "incentive fee" or "success fee" in addition of fixed fees in other engagements both inside and outside of bankruptcy, SOLIC has not sought such a fee in this case.

### Summary of Professional Compensation and Reimbursement of Expenses
### Requested

10.     This Fee Application has been prepared in accordance with the Interim Compensation Order and the Fee Committee Order.

11.     By this Fee Application, SOLIC seeks: (a) approval and allowance of compensation for professional services rendered by SOLIC as financial advisor for EFH Corp. during the Fee Period in the amount of $800,000.00; and (b) reimbursement of actual and necessary expenses incurred by SOLIC in connection with rendering professional services to EFH Corp. during the Fee Period of $0.00.

12.     Pursuant to the Interim Compensation Order, SOLIC has already received payment, or has filed fee statements and is awaiting payment, from EFH Corp. in the amount of

---

[2] Prior to the Supplemental Declaration of Neil F. Luria of SOLIC Capital Advisors, dated 05/26/2017

$640,000.00, which represents 80% of SOLIC's fees for the Fee Period, and $0.00, which represents 100% of the expenses invoiced for the Fee Period. Except as described in this Fee Application, SOLIC has not entered into any agreement with any other party for the purpose of fixing of sharing fees or other compensation to be paid for professional services rendered in EFH Corp.'s chapter 11 case. No promises have been received by SOLIC or any member thereof as to compensation in connection with EFH Corp.'s chapter 11 case other than in accordance with the provisions of the Bankruptcy Code.

13.    SOLIC's fees for this Fee Period are in accordance with the agreed-upon terms for this period set forth in the SOLIC Retention Application.

14.    During the Fee Period, SOLIC's professionals spent an aggregate of 605.5 hours performing services for EFH Corp. in connection with its chapter 11 case.

15.    SOLIC's fees for the services rendered are reasonable and appropriate given the complexity of the matter and the level of expertise required to best serve EFH Corp. In particular, the depth and complexity of the issues involved in EFH Corp.'s chapter 11 case and the sophistication and breadth of expertise necessary to successfully guide EFH Corp. through its chapter 11 case, is best served by employing a financial advisor with SOLIC's sophistication, experience, and expertise in handling large and complex matters for corporations. SOLIC believes that its fees are comparable to the fees charged by other highly skilled practitioners experienced in advising clients with large, complex operations while in chapter 11.

### Proposed Payment Allocation

16.    Pursuant to paragraph 8 of the Retention Order, absent an order of the Court, the fees and expenses incurred by SOLIC are paid by EFH Corp. As such, no allocation pursuant to paragraph 2(b) of the Interim Compensation Order is applicable.

## Summary of Professional Services Rendered

17.    SOLIC has structured its time records using its internal system of project codes. The following descriptions provide a summary of the primary services rendered by SOLIC during the Fee Period with respect to each project code. Given the scope of the work performed, these summaries do not cover all work performed but instead highlight the major areas of work. Descriptions of the day-to-day services provided by SOLIC and the time expended performing such services in each project category are attached hereto as **Exhibit C**. Such descriptions demonstrate that SOLIC was heavily involved in the performance of services for EFH Corp. on a daily basis, including night and weekend work, often under extreme time constraints, to meet the needs of EFH Corp. in its chapter 11 case.

### A.    Plan Development and Testimony Review and Analysis (217.5 Hours)

18.    This category centers around the need to monitor the impact of Plan matters as it relates to EFH Corp. treatment and includes review of restructuring proposals, as applicable, as well as meetings with constituents regarding plan formulation, review of plan proposals and term sheets, review of deposition transcripts and related court testimony, review of treatment of EFH Corp. assets as part of plan proposals, and analysis of proposed settlements of Conflict Matters. These procedures were necessary to ensure that elements pertaining to the EFH Corp. Plan were being actively monitored including the identification and actioning of elements insofar as it relates to Conflict Matters.   This category also includes, but is not limited to, the review of relevant filings and motions filed on the bankruptcy court docket as it relates to financial developments and related impacts, working alongside counsel and engaging with Evercore regarding the Plan of Reorganization, matters pertaining to the February 2017 E-side confirmation hearing, review of E-side expert reports, tracking of make-whole resolution matters as it pertains to any residual recovery impacts on EFH Corp., review of relevant financial

6

analyses associated with recovery analyses impacted by make-whole rulings and its impact on the Plan, and the review of deposition transcripts as well as court testimony transcripts. This category also contains telephonic attendance on PUCT hearings pertaining to Oncor matters as it related to the NextEra bid and its implications on the proposed Plan of Reorganization.

### B. Meeting with Counsel & Other Constituents (11.0 Hours)

19.    This category includes telephonic meetings with counsel to EFH pertaining to Conflict Matters and calls with Evercore pertaining to necessary financial due diligence matters. Meetings included discussion regarding various due diligence matters, including, without limitation, EFH Corp.'s cash requirements and related projections, Plan matters as it impacts on financial elements of EFH Corp.'s cash requirements and projections, and Plan matters as it relates to potential impact on EFH Corp. creditor recoveries.

### C. Dataroom and Diligence Materials Review (337.0 Hours)

20.    This category remains central to the ongoing work performed by SOLIC as it addresses the important and necessary task of tracking and monitoring of EFH Corp. cash, the primary form of recovery to EFH claimants, based on recent Plan proposals received. The work performed includes, but is not limited to, the download, review and related analysis of materials posted to the debtors' dataroom, and follow-up with the Debtors' professionals pertaining to (i) items posted to the dataroom and (ii) follow-up information being sought in the dataroom, and (iii) items previously posted to the dataroom requiring additional review and revisiting by the SOLIC team.  Key areas of focus include, but are not limited to, (i) EFH Corp. pre-emergence cash projections provided directly to SOLIC and/or included in Board materials, (ii) cash deductions and adjustments as of various emergence dates to reflect net cash at emergence available to EFH Corp. claimants, (iii) allocation of professional fees to the EFH Corp. estate including the assessment of reasonableness of allocations in the event certain professionals provide services across multiple Debtor estates, (iv) review of cash

7

proceeds pertaining to the sale of ancillary EFH Corp. assets, (v) review of Monthly Operating Reports including reconciliation to opening balances of cash projections and variance analysis of actual results vs. forecasted results, (vi) review of expert reports produced by various financial advisors, including but not limited to, E-side liquidation analyses and reports forecasting the E-side asbestos liability, (vii) review of Debtor-prepared recovery financial analyses, and (viii) other ancillary financial reports such as financial details included in PUCT filings. SOLIC's review of the allocation and monitoring of EFH Corp. specific cash, and the impacts insofar as it related to Conflict Matters, continues to be an essential element of SOLIC's work up to and during the Seventh Interim Fee period that has resulted in the development of an important due diligence tracking list by the SOLIC team.  This due diligence tracking list is updated on a frequent basis and shared with Evercore, that is in turn shared with Debtor management as a primary tool for maintaining outstanding relevant financial due diligence items insofar as they relate to Conflict Matters, the form for receiving responses from management, and the form for initiating necessary follow-up questions and items. SOLIC has, to date, provided a range of questions covering, but not limited, to the above categories with a focus on the reasonableness of EFH Corp. emergence cash available for distribution with a focus on elements insofar as they may relate to Conflict Matters. As mentioned above, SOLIC's procedures have also included the review of responses received from management and SOLIC, in turn, has followed-up with additional questions as necessary.  The monitoring and tracking of projected cash at the emergence date continues to be essential in providing the necessary context to how recoveries to EFH Corp. creditors are projected at various emergence date, and specific recoveries allocable to the various creditor groups within EFH Corp.

### D. Board Meeting and Attendance (14.0 Hours)

21.  This category includes the time spent by SOLIC's professionals attending in-person and telephonic EFH Corp. board meetings, including engaging in pre-meeting preparation, and post-Board meeting follow-up.

### E. Project Management and Support (18.0 Hours)

22. This category includes key elements of project management on the engagement including work plan development and internal discussion pertaining to same, as well as general review and research of case filings.

### F. Fee Application / Retention Application (8.0 Hours)

23. This category includes the required preparation of monthly fee statements, preparation of monthly budgets for submission to the Fee Committee, and interim fee applications, as well as the review and preparation of responses to inquiries made by parties of interest, including the Fee Committee.

### <u>Allowance of Compensation</u>

24. The foregoing professional services rendered by SOLIC on behalf of EFH Corp. during the Fee Period were reasonable, necessary and appropriate to the administration of EFH Corp.'s chapter 11 case and related matters and in the best interests of EFH Corp. and its estate. The compensation requested for the foregoing services is commensurate with the complexity, importance and nature of the problems, issues and tasks involved. The professional services were performed expediently and in an efficient manner.

25. During the Fee Period, the professional services performed by SOLIC on behalf of EFH Corp. required an aggregate expenditure of 605.5 hours by SOLIC professionals and a fair market value of $800,000.00. As demonstrated by this Fee Application, SOLIC's services were rendered economically and without unnecessary duplication of efforts. In addition, the work involved and the time expended was carefully assigned in consideration of the experience and expertise required of each particular task.

9

## Actual and Necessary Expenses Incurred by SOLIC

26.  SOLIC seeks reimbursement of $0.00 on account of expenses incurred in performing

professional services during the Fee Period.  SOLIC records all expenses incurred in connection

with the performance of professional services.  No detailed descriptions of these expenses were

attached to and filed as exhibits to the monthly fee statements submitted during the Fee Period as

no fees were incurred – see attached hereto as exhibit D.

27.  SOLIC seeks reimbursement only for the actual cost of such expenses to SOLIC.

Throughout the Fee Period, even though no expenses were incurred, SOLIC has been cognizant

of cost considerations and has tried to minimize the expenses charged to the EFH Corp.'s estate.

SOLIC respectfully submits that the actual expenses incurred, except where limits have been set

forth by the Fee Committee (with hotels not being reimbursable in New York City above $500 or

above $350 in an all other locations, meals being capped at $40 per person per meal and cars to

and from an airport being capped at $100 in New York City, $75 in Dallas and $75 in Chicago)

in providing professional services during the Fee Period and billed to EFH Corp. were necessary,

reasonable and justified under the circumstances to serve the needs of EFH Corp. in its chapter

11 case.

## The Requested Compensation Should be Allowed

28.  SOLIC respectfully submits that the services for which it seeks compensation and the

expenditures for which it seeks reimbursement in this Fee Application were necessary for and

beneficial to EFH Corp.'s orderly administration of its estate and its efforts in its chapter 11 case.

SOLIC worked diligently to anticipate or respond to EFH Corp.'s needs and assist in EFH

Corp.'s chapter 11 case.  SOLIC's services and expenditures were necessary to, and in the best

interests of, EFH Corp.'s estate and creditors.  SOLIC submits further that the services its

professionals and paraprofessionals provided for EFH Corp. were performed economically,

effectively and efficiently, and that the results obtained to date have benefited not only EFH Corp. but all stakeholders in its chapter 11 case. The services provided by SOLIC were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, SOLIC respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to EFH Corp., its estate and all parties in interest.

## Reservation of Rights

29.  It is possible that some expenses incurred during the Fee Period are not reflected in the Fee Application.  SOLIC reserves the right to include such amounts in future fee applications.

## Notice

30.  SOLIC provided notice of this Fee Application to:  (a) the Debtor; (b) co-counsel to the Debtors, Kirkland & Ellis LLP; (c) co-counsel to the Debtors, Richards, Layton & Finger, P.A.; (d) the Office of the United States Trustee; (e) counsel for the agent of the EFIH First Lien DIP Financing Facility; (f) counsel for the agent of the TCEH DIP Financing Facility; (g) counsel to the TCEH Creditors' Committee; (h) counsel to the EFH Creditors' Committee; and (i) counsel to the Fee Committee (collectively, the "Notice Parties").  Pursuant to the Interim Compensation Order, any party, other than the Notice Parties, that wishes to object to the Fee Application, must file its objection with the Court, with a copy to Chambers and serve it on SOLIC and the Notice Parties so that it is actually received on or before XX, XX 2017 at 4:00 p.m. (prevailing Eastern Time).

### No Prior Request

31. Other than the monthly fee statements, no prior request for the relief requested herein has been made to this or any other Court.

### Conclusion

WHEREFORE, SOLIC respectfully requests that the Court enter an order (i) awarding SOLIC the sum of $800,000.00 as compensation for services rendered and $0.00 for reimbursement of actual and necessary expenses SOLIC incurred during the Fee Period; (ii) that the allowance of such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to SOLIC's right to seek additional compensation for services rendered and for expenses incurred during the Fee Period which were not processed at the time of this Fee Application; and (iii) granting such other and further relief as the Court deems appropriate.

Dated: <u>July 7, 2017</u>        <u>/s/ Neil F. Luria</u>
                                 SOLIC Capital Advisors, LLC
                                 Neil F. Luria, Senior Managing Director
                                 1603 Orrington Avenue, Suite 1600
                                 Evanston, Illinois 60201

12

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### EIGHTH INTERIM APPLICATION OF SOLIC CAPITAL ADVISORS, LLC, FINANCIAL ADVISOR FOR DEBTOR ENERGY FUTURE HOLDINGS CORP., FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM MAY 1, 2017 THROUGH AUGUST 31, 2017

SOLIC Capital Advisors, LLC ("SOLIC"), financial advisor for Energy Future Holdings Corp. ("EFH Corp." or the "Debtor"), hereby submits this application (the "Fee Application"), pursuant to sections 327(a), 328(a), 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2016-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), for (a) interim approval and allowance of compensation for professional services rendered in the amount of $378,412.50 from May 1, 2017 through August 31, 2017 (the "Fee Period"); and (b) reimbursement of actual and necessary expenses in the amount of $1,217.40 incurred during the Fee Period.   In support of the Fee Application, SOLIC submits the

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

declaration of Neil F. Luria, which is attached hereto as **Exhibit A** and incorporated herein by reference.  In further support of the Fee Application, SOLIC respectfully represents as follows:

### Jurisdiction

1.      The Court has jurisdiction over the Fee Application under 28 U.S.C. §§ 157 and 1334.

2.      This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

3.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The bases for the relief requested herein are sections 327(a), 328(a), 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rules 2016-1 and 2016-2, the Interim Compensation Order, and the Fee Committee Order.

### Background

5.      On April 29, 2014 (the "Petition Date"), EFH Corp. and each of its above-captioned debtor and debtor-in-possession affiliates (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.  The Court has entered an order for the joint administration of these chapter 11 cases.  The Court has not appointed a trustee or examiner in these chapter 11 cases. The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") formed (a) an official committee of unsecured creditors representing the interests of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company (the "TCEH Creditors' Committee") in these chapter 11 cases on May 13, 2014 [D.I. 420] and (b) an official committee of unsecured creditors representing the interests of EFH Corp., Energy Future Intermediate Holding Company LLC,

EFIH Finance, Inc. and EECI, Inc. (the "EFH Creditors' Committee") on October 27, 2014 [D.I. 2570]. Further information regarding the Debtors' business operations and capital structure is set forth in the declaration [D.I. 98] of Paul Keglevic in support of the Debtors' first day motions.

6.    On August 21, 2014, the Court entered the Fee Committee Order, which appointed a fee committee (the "Fee Committee") to, among other things, review and report as appropriate on all interim and final fee applications filed by professionals retained under sections 105, 327, 363 or 1103 of the Bankruptcy Code, in accordance with sections 328, 330 and 331 of the Bankruptcy Code and the Interim Compensation Order.

7.    On September 16, 2014, the Court entered the Interim Compensation Order, which sets forth the procedures for interim compensation and reimbursement of expenses for all retained professionals in these chapter 11 cases.

### EFH Corp.'s Retention of SOLIC

8.    EFH Corp. sought approval of this Court to retain SOLIC as financial advisor, pursuant to sections 327(a), 328(a) and 330 of the Bankruptcy Code, by application filed on January 16, 2015 [D.I. 3324] (the "SOLIC Retention Application"). As set forth in the SOLIC Retention Application and SOLIC's engagement letter, EFH Corp. engaged SOLIC to render professional services to EFH Corp.'s disinterested directors (the "Disinterested Directors") in connection with Conflict Matters (used herein as such term is defined in and pursuant to the authority delegated to EFH Corp.'s Disinterested Directors pursuant to resolutions of EFH Corp.'s board of directors) and in determining whether a matter constitutes a Conflict Matter, reporting to and at the direction of EFH Corp.'s Disinterested Directors. SOLIC's retention was approved by this Court by order dated February 6, 2015 [D.I. 3467] (the "Retention Order"), effective *nunc pro tunc* to December 18, 2014. A true and correct copy of the Retention Order is attached hereto as **Exhibit B**. The Retention Order provides that SOLIC's compensation is

approved pursuant to section 328 of the Bankruptcy Code, subject to the terms of the Retention Order.

9.       As is typical of financial advisory firms, SOLIC prior to June 1, 2017 was not compensated by the hour, but through fixed fees through a portion of the fee period[2].  The Retention Order authorized EFH Corp. to compensate SOLIC as set forth in its engagement letter, consisting of (a) a $200,000 monthly fixed fee payment (pro-rated for any periods less than a month) and (b) reimbursement of reasonable and documented out-of-pocket expenses (including all fees of counsel), subject to any limitations or modifications as set forth in the Retention Order.  The fixed fee charged by SOLIC is typical for SOLIC's engagements both inside and outside of bankruptcy.  Although SOLIC typically also is provided an "incentive fee" or "success fee" in addition of fixed fees in other engagements both inside and outside of bankruptcy, SOLIC has not sought such a fee in this case.

10.      In light of the circumstances of EFH Corp.'s chapter 11 case and the desire to limit costs going forward, Donald L. Evans and Billie I. Williamson, EFH Corp.'s disinterested directors, on behalf of EFH Corp., and SOLIC agreed to a change in fee structure, effective June 1, 2017, to provide that, in lieu of the Monthly Fee, SOLIC would be compensated on an hourly basis, subject to any objections and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and any other applicable procedures and orders of the Court. All other provisions remain unmodified and in full force and effect. Such amendment was described in the Supplemental Declaration of Neil F. Luria filed on May 26, 2017 with the Bankruptcy Court which is attached hereto as **Exhibit C**.  No objection has been raised to the supplemental declaration announcing the change in fee structure, dated May 25, 2017 and attached hereto as **Exhibit C**.

---

[2] Prior to the Supplemental Declaration of Neil F. Luria of SOLIC Capital Advisors, dated 05/26/2017

## Summary of Professional Compensation and Reimbursement of Expenses

### Requested

11.     This Fee Application has been prepared in accordance with the Interim Compensation Order and the Fee Committee Order.

12.     By this Fee Application, SOLIC seeks: (a) approval and allowance of compensation for professional services rendered by SOLIC as financial advisor for EFH Corp. during the Fee Period in the amount of $378,412.50; and (b) reimbursement of actual and necessary expenses incurred by SOLIC in connection with rendering professional services to EFH Corp. during the Fee Period of $1,217.40.

13.     Pursuant to the Interim Compensation Order, SOLIC has already received payment, or has filed fee statements and is awaiting payment, from EFH Corp. in the amount of $302,730.00, which represents 80% of SOLIC's fees for the Fee Period, and $1,217.40, which represents 100% of the expenses invoiced for the Fee Period.  Except as described in this Fee Application, SOLIC has not entered into any agreement with any other party for the purpose of fixing of sharing fees or other compensation to be paid for professional services rendered in EFH Corp.'s chapter 11 case.  No promises have been received by SOLIC or any member thereof as to compensation in connection with EFH Corp.'s chapter 11 case other than in accordance with the provisions of the Bankruptcy Code.

14.     SOLIC's fees for this Fee Period are in accordance with the agreed-upon terms for this period set forth in the SOLIC Retention Application as outlined in the SOLIC Retention Order and the Amended Retention Order.  .

15.    During the Fee Period, SOLIC's professionals spent an aggregate of 436.2 hours performing services for EFH Corp. in connection with its chapter 11 case.

16.    SOLIC's fees for the services rendered are reasonable and appropriate given the complexity of the matter and the level of expertise required to best serve EFH Corp.    In particular, the depth and complexity of the issues involved in EFH Corp.'s chapter 11 case and the sophistication and breadth of expertise necessary to successfully guide EFH Corp. through its chapter 11 case, is best served by employing a financial advisor with SOLIC's sophistication, experience, and expertise in handling large and complex matters for corporations.    SOLIC believes that its fees are comparable to the fees charged by other highly skilled practitioners experienced in advising clients with large, complex operations while in chapter 11.

**Proposed Payment Allocation**

17.    Pursuant to paragraph 8 of the Retention Order, absent an order of the Court, the fees and expenses incurred by SOLIC are paid by EFH Corp.  As such, no allocation pursuant to paragraph 2(b) of the Interim Compensation Order is applicable.

**Summary of Professional Services Rendered**

18.    SOLIC has structured its time records using its internal system of project codes. The following descriptions provide a summary of the primary services rendered by SOLIC during the Fee Period with respect to each project code.  Given the scope of the work performed, these summaries do not cover all work performed but instead highlight the major areas of work. Descriptions of the day-to-day services provided by SOLIC and the time expended performing such services in each project category are attached hereto as **Exhibit D**.  Such descriptions demonstrate that SOLIC was heavily involved in the performance of services for EFH Corp. on a

daily basis, including night and weekend work, often under extreme time constraints, to meet the needs of EFH Corp. in its chapter 11 case.

### A. Plan Development and Testimony Review and Analysis (103.3 Hours)

19.  This category centers around the critical and necessary need for SOLIC to monitor the impact of Plan matters as it relates to EFH Corp. treatment and potential Conflicts Matters, and includes review of restructuring proposals, as applicable, as well as meetings with constituents regarding plan formulation, review of plan proposals and term sheets, review of PUCT materials, including but not limited to, PUCT Advocacy Plan materials, review of PUC amicus brief and related court filings, and analysis of proposed settlements of Conflict Matters. These procedures were all necessary during the fee period to ensure that elements specifically pertaining to the EFH Corp. Plan were being actively monitored including the identification and action of elements insofar as they relate to Conflict Matters.   This category also includes, but is not limited to, the review of relevant filings and motions filed on the bankruptcy court docket as it relates to financial developments and related impacts, deposition and court testimony transcript review related to various parties, including, but not limited to,  the J. Rosenbaum (Elliot Management), Chuck Cremens (EFIH Disinterested Director), and D. Prager (Goldin & Associates) depositions during August 2017 insofar as their respective testimony impacts on Conflicts Matters, review of various potential strategic alternatives from an EFH cash and overall value recovery standpoint, and review of relevant financial analyses associated with recovery analyses. This category also included the review of materials provided to the Board of Directors ahead of Board calls, and the review of materials, letters, objections, and relevant notices pertaining to termination fee matters, insofar as these relate to Conflicts Matters and a primary area of attention for many constituents during the fee period. Significant time also spent during the fee period addressing Plan elements associated with termination fee matters, at times at the

direction of counsel. Furthermore, during the fee period, SOLIC spent time tracking, monitoring and reviewing elements of the Berkshire Hathaway Energy bid and the Sempra Energy bid as related to elements of recovery impacting the EFH Corp estate. The review of the latest versions of the Disclosure Statement was an additional area undertaken by SOLIC staff, a necessary area of review as elements insofar as they related to Conflicts matters were embodied therein.

**B. Retention Revision Matter (6.5 Hours)**

20.   This category relates to the work required by SOLIC Capital Advisors in potential work plan revisions related to the change in SOLIC's fee arrangement starting from June 1, 2017. This included a review of SOLIC's Declaration for its on-going role as well as communications with the working team and counsel pertaining to same.

**C. Meeting with Counsel and with Other Constituents (19.5)**

21.   This category includes telephonic meetings with counsel to EFH pertaining to Conflict Matters and calls with Evercore pertaining to developments and assumptions regarding various aspects of Elliott Management proposals that were made during the fee period, creditor claim assumptions and latest developments all insofar as they relate to EFH Corp. recoveries and potential Conflicts Matters. This category also includes, telephonic meetings and follow-up with Proskauer Rose including discussions related to on-going case developments related to Conflict Matters, NextEra Energy termination fee matters and other related analyses that impact EFH cash at emergence as well as status updates on depositions, next steps, and areas for attention and review as it pertains to potential Conflicts Matters. Finally, this category also includes calls attended with financial advisors and counsel to various creditor groups, and related follow-up on same.

**D. Dataroom and Diligence Materials Review (93.9 Hours)**

22. This category remains central to the ongoing work performed by SOLIC as it addresses the important and necessary task of tracking and monitoring of EFH Corp. cash, the primary form of recovery to EFH claimants, based on recent Plan proposals received. The work performed includes, but is not limited to, the download, review and related analysis of materials posted to the debtors' dataroom, and follow-up with the Debtors' professionals pertaining to (i) items posted to the dataroom and (ii) follow-up information being sought in the dataroom, and (iii) items previously posted to the dataroom requiring additional review and revisiting by the SOLIC team. Key areas of focus include, but are not limited to, (i) updates to EFH Corp. pre-emergence cash projections provided directly to SOLIC and/or included in Board materials including run-rate on professional fee spend and timing of tax receipts, (ii) cash deductions and adjustments as of various emergence dates to reflect net cash at emergence available to EFH Corp. claimants, (iii) allocation of professional fees to the EFH Corp. estate including the assessment of reasonableness of allocations in the event certain professionals provide services across multiple Debtor estates, (iv) review of cash proceeds pertaining to the sale of ancillary EFH Corp. assets, (v) review of Monthly Operating Reports and Finance Operating Reports as provided to the Board including reconciliation to opening balances of cash projections and variance analysis of actual results vs. forecasted results, (vi) review of expert reports produced by various financial advisors, including but not limited to, E-side liquidation analyses and reports forecasting the E-side asbestos liability, (vii) review of Debtor-prepared recovery financial analyses, (viii) other ancillary financial reports such as financial details included in PUCT filings, and (ix) review of restructuring workshop materials provided to the Board in May 2017. SOLIC's review of the allocation and monitoring of EFH Corp. specific cash, and the impacts insofar as it related to Conflict Matters, continues to be an essential element of SOLIC's work up to and during the Eighth Interim Fee period, SOLIC has, to date, provided a range of questions covering, but not limited, to the above categories with a focus on the reasonableness of EFH Corp. emergence cash available for distribution with a focus on elements insofar as they may relate to Conflict Matters. As

mentioned above, SOLIC's procedures have also included the review of responses received from management and SOLIC, in turn, has followed-up with additional questions as necessary. The monitoring and tracking of projected cash at the emergence date continues to be essential in providing the necessary context to how recoveries to EFH Corp. creditors are projected at various emergence date, and specific recoveries allocable to the various creditor groups within EFH Corp.

**E.  EFH Board Meeting Attendance (17.2 Hours)**

23. This category includes the time spent by SOLIC's professionals attending in-person and telephonic EFH Corp. board meetings, including engaging in pre-meeting preparation, and post-Board meeting follow-up with SOLIC's attention on matters insofar as they relate to Conflicts Matters.

**F.  Project Management and Support (11.0 Hours)**

24.  This category includes key elements of project management on the engagement including work plan development and internal discussion pertaining to same, as well as general review and research of case filings, addressing SOLIC team's budgeting matters, fee statement review and assessment of prospective workplan matters.

**G.  Financial Analysis Related to Potential Conflict Matters (154.7 Hours)**

25.  During the fee period, Counsel to the EFH Corp. Disinterested Directors tasked SOLIC to perform various financial analyses and provide various iterations and revisions to these financial analyses associated with termination fees allocations and professional fees allocations, insofar as these each relate to Conflicts Matters. This category includes the actual and necessary time spent undertaking the development and review of various financial analyses pertaining to termination fee allocation analytics. These analyses were at the request of Proskauer Rose, and included internal review and updating of SOLIC-developed analyses on NextEra Energy termination fee allocation analyses, including related analyses regarding the

distribution of EFH Corp cash to its' creditors under various Plan scenarios and discussions related to the cash balance information as reflected on various Disclosure Statements. This category also included drafting of communications to Proskauer Rose pertaining to feedback from Evercore and from diligence performed by SOLIC pertaining to insights to certain cash information in the Disclosure Statement as well as review of EFH MOR and analysis related thereto.

**H. Travel Time (8.0 Hours)**

26.   This category includes required travel by select SOLIC professionals to attend in-person meetings during the Eighth Interim Fee Application period for status update meetings and discussions on elements with Evercore on 05/25/2017 pertaining to matters insofar as they relate to Conflicts Matters pertaining to EFH Corp.

**I. Fee Applications/Retention Applications (22.1 Hours)**

27.   This category includes the required preparation of monthly fee statements, preparation of monthly budgets for submission to the Fee Committee, and interim fee applications, as well as the review and preparation of responses to inquiries made by parties of interest, including the Fee Committee.

<u>**Allowance of Compensation**</u>

28.   The foregoing professional services rendered by SOLIC on behalf of EFH Corp. during the Fee Period were reasonable, necessary and appropriate to the administration of EFH Corp.'s chapter 11 case and related matters and in the best interests of EFH Corp. and its estate. The compensation requested for the foregoing services is commensurate with the complexity, importance and nature of the problems, issues and tasks involved. The professional services were performed expediently and in an efficient manner.

29.  During the Fee Period, the professional services performed by SOLIC on behalf of EFH Corp. required an aggregate expenditure of 436.2 hours by SOLIC professionals and a fair market value of $378,412.50.  As demonstrated by this Fee Application, SOLIC's services were rendered economically and without unnecessary duplication of efforts.  In addition, the work involved and the time expended was carefully assigned in consideration of the experience and expertise required of each particular task.

### Actual and Necessary Expenses Incurred by SOLIC

30.   SOLIC seeks reimbursement of $1,217.40 on account of expenses incurred in performing professional services during the Fee Period.  SOLIC records all expenses incurred in connection with the performance of professional services and a detailed descriptions of these expenses were attached to and filed as exhibits to the monthly fee statements submitted during the Fee Period – see attached hereto as **Exhibit E**.

31. SOLIC seeks reimbursement only for the actual cost of such expenses to SOLIC. Throughout the Fee Period, SOLIC has been cognizant of cost considerations and has tried to minimize the expenses charged to the EFH Corp.'s estate.  SOLIC respectfully submits that the actual expenses incurred, except where limits have been set forth by the Fee Committee (with hotels not being reimbursable in New York City above $500 or above $350 in an all other locations, meals being capped at $40 per person per meal and cars to and from an airport being capped at $100 in New York City, $75 in Dallas and $75 in Chicago) in providing professional services during the Fee Period and billed to EFH Corp. were necessary, reasonable and justified under the circumstances to serve the needs of EFH Corp. in its chapter 11 case.

## The Requested Compensation Should be Allowed

32. SOLIC respectfully submits that the services for which it seeks compensation and the expenditures for which it seeks reimbursement in this Fee Application were necessary for and beneficial to EFH Corp.'s orderly administration of its estate and its efforts in its chapter 11 case. SOLIC worked diligently to anticipate or respond to EFH Corp.'s needs and assist in EFH Corp.'s chapter 11 case. SOLIC's services and expenditures were necessary to, and in the best interests of, EFH Corp.'s estate and creditors. SOLIC submits further that the services its professionals and paraprofessionals provided for EFH Corp. were performed economically, effectively and efficiently, and that the results obtained to date have benefited not only EFH Corp. but all stakeholders in its chapter 11 case. The services provided by SOLIC were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, SOLIC respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to EFH Corp., its estate and all parties in interest.

## Reservation of Rights

33. It is possible that some expenses incurred during the Fee Period are not reflected in the Fee Application. SOLIC reserves the right to include such amounts in future fee applications.

## Notice

34. SOLIC provided notice of this Fee Application to: (a) the Debtor; (b) co-counsel to the Debtors, Kirkland & Ellis LLP; (c) co-counsel to the Debtors, Richards, Layton & Finger, P.A.; (d) the Office of the United States Trustee; (e) counsel for the agent of the EFIH First Lien

DIP Financing Facility; (f) counsel for the agent of the TCEH DIP Financing Facility; (g) counsel to the TCEH Creditors' Committee; (h) counsel to the EFH Creditors' Committee; and (i) counsel to the Fee Committee (collectively, the "Notice Parties"). Pursuant to the Interim Compensation Order, any party, other than the Notice Parties, that wishes to object to the Fee Application, must file its objection with the Court, with a copy to Chambers and serve it on SOLIC and the Notice Parties so that it is actually received on or before December 19, 2017 at 4:00 p.m. (prevailing Eastern Time).

### No Prior Request

35. Other than the monthly fee statements, no prior request for the relief requested herein has been made to this or any other Court.

### Conclusion

WHEREFORE, SOLIC respectfully requests that the Court enter an order (i) awarding SOLIC the sum of $378,412.50 as compensation for services rendered and $1,217.40 for reimbursement of actual and necessary expenses SOLIC incurred during the Fee Period; (ii) that the allowance of such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to SOLIC's right to seek additional compensation for services rendered and for expenses incurred during the Fee Period which were not processed at the time of this Fee Application; and (iii) granting such other and further relief as the Court deems appropriate.

Dated: November 28, 2017        /s/ Neil F. Luria
                                SOLIC Capital Advisors, LLC
                                Neil F. Luria, Senior Managing Director
                                1603 Orrington Avenue, Suite 1600
                                Evanston, Illinois 60201

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NINTH INTERIM APPLICATION OF SOLIC CAPITAL ADVISORS, LLC, FINANCIAL ADVISOR FOR DEBTOR ENERGY FUTURE HOLDINGS CORP., FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2017 THROUGH DECEMBER 31, 2017

SOLIC Capital Advisors, LLC ("SOLIC"), financial advisor for Energy Future Holdings

Corp. ("EFH Corp." or the "Debtor"), hereby submits this application (the "Fee Application"),

pursuant to sections 327(a), 328(a), 330 and 331 of title 11 of the United States Code (the

"Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy

Rules"), Rules 2016-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of

the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"),

the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses*

*for Professionals* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"),

and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee

Order"), for (a) interim approval and allowance of compensation for professional services

rendered in the amount of $102,306.50 from September 1, 2017 through December 31, 2017 (the

"Fee Period") and (b) reimbursement of actual and necessary expenses in the amount of

$1,413.31 incurred during the Fee Period.  In support of the Fee Application, SOLIC submits the

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

declaration of Neil F. Luria, which is attached hereto as **Exhibit A** and incorporated herein by reference. In further support of the Fee Application, SOLIC respectfully represents as follows:

## Jurisdiction

1.     The Court has jurisdiction over the Fee Application under 28 U.S.C. §§ 157 and 1334.

2.     This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

3.     Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.     The bases for the relief requested herein are sections 327(a), 328(a), 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rules 2016-1 and 2016-2, the Interim Compensation Order, and the Fee Committee Order.

## Background

5.     On April 29, 2014 (the "Petition Date"), EFH Corp. and each of its above-captioned debtor and debtor-in-possession affiliates (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. The Court has entered an order for the joint administration of these chapter 11 cases. The Court has not appointed a trustee or examiner in these chapter 11 cases. The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") formed (a) an official committee of unsecured creditors representing the interests of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company (the "TCEH Creditors' Committee") in these chapter 11 cases on May 13, 2014 [D.I. 420] and (b) an official committee of unsecured creditors representing the interests of EFH Corp., Energy Future Intermediate Holding Company LLC,

EFIH Finance, Inc. and EECI, Inc. (the "EFH Creditors' Committee") on October 27, 2014 [D.I.
2570]. Further information regarding the Debtors' business operations and capital structure is set
forth in the declaration [D.I. 98] of Paul Keglevic in support of the Debtors' first day motions.

6.      On August 21, 2014, the Court entered the Fee Committee Order, which
appointed a fee committee (the "Fee Committee") to, among other things, review and report as
appropriate on all interim and final fee applications filed by professionals retained under sections
105, 327, 363 or 1103 of the Bankruptcy Code, in accordance with sections 328, 330 and 331 of
the Bankruptcy Code and the Interim Compensation Order.

7.      On September 16, 2014, the Court entered the Interim Compensation Order,
which sets forth the procedures for interim compensation and reimbursement of expenses for all
retained professionals in these chapter 11 cases.

### EFH Corp.'s Retention of SOLIC

8.      EFH Corp. sought approval of this Court to retain SOLIC as financial advisor,
pursuant to sections 327(a), 328(a) and 330 of the Bankruptcy Code, by application filed on
January 16, 2015 [D.I. 3324] (the "SOLIC Retention Application"). As set forth in the SOLIC
Retention Application and SOLIC's engagement letter, EFH Corp. engaged SOLIC to render
professional services to EFH Corp.'s disinterested directors (the "Disinterested Directors") in
connection with Conflict Matters (used herein as such term is defined in and pursuant to the
authority delegated to EFH Corp.'s Disinterested Directors pursuant to resolutions of EFH
Corp.'s board of directors) and in determining whether a matter constitutes a Conflict Matter,
reporting to and at the direction of EFH Corp.'s Disinterested Directors. SOLIC's retention was
approved by this Court by order dated February 6, 2015 [D.I. 3467] (the "Retention Order"),
effective *nunc pro tunc* to December 18, 2014. A true and correct copy of the Retention Order is
attached hereto as **Exhibit B**. The Retention Order provides that SOLIC's compensation is

approved pursuant to section 328 of the Bankruptcy Code, subject to the terms of the Retention Order.

9.        As is typical of financial advisory firms, SOLIC prior to June 1, 2017 was not compensated by the hour, but through fixed fees through a portion of the Fee Period.[2]  The Retention Order authorized EFH Corp. to compensate SOLIC as set forth in its engagement letter, consisting of (a) a $200,000 monthly fixed fee payment (pro-rated for any periods less than a month) and (b) reimbursement of reasonable and documented out-of-pocket expenses (including all fees of counsel), subject to any limitations or modifications as set forth in the Retention Order.  The fixed fee charged by SOLIC is typical for SOLIC's engagements both inside and outside of bankruptcy.  Although SOLIC typically also is provided an "incentive fee" or "success fee" in addition of fixed fees in other engagements both inside and outside of bankruptcy, SOLIC has not sought such a fee in this case.

10.        In light of the circumstances of EFH Corp.'s chapter 11 case and the desire to limit costs going forward, Donald L. Evans and Billie I. Williamson, EFH Corp.'s disinterested directors, on behalf of EFH Corp., and SOLIC agreed to a change in fee structure, effective June 1, 2017, to provide that, in lieu of the Monthly Fee, SOLIC would be compensated on an hourly basis, subject to any objections and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and any other applicable procedures and orders of the Court. All other provisions remain unmodified and in full force and effect. Such amendment was described in the Supplemental Declaration of Neil F. Luria filed on May 26, 2017 (the "Supplemental Declaration") with the Bankruptcy Court which is attached hereto as **Exhibit C**.  No objection has been raised to the Supplemental Declaration.  In addition, on February 23, 2018, an amendment to SOLIC's engagement letter, the effective date of which is

---

[2] Prior to the Supplemental Declaration of Neil F. Luria of SOLIC Capital Advisors, dated 05/26/2017.

June 1, 2017, was executed by Mr. Luria, on behalf of SOLIC, and by Mr. Donald Evans, Chairman of the Board of Energy Future Holdings Corp., on behalf of the Debtor.

**Summary of Professional Compensation and Reimbursement of Expenses Requested**

11.    This Fee Application has been prepared in accordance with the Interim Compensation Order and the Fee Committee Order.

12.    By this Fee Application, SOLIC seeks:    (a) approval and allowance of compensation for professional services rendered by SOLIC as financial advisor for EFH Corp. During the Fee Period in the amount of $102,306.50; and (b) reimbursement of actual and necessary expenses incurred by SOLIC in connection with rendering professional services to EFH Corp. during the Fee Period of $1,413.31.

13.    Pursuant to the Interim Compensation Order, SOLIC has already received payment, or has filed fee statements and is awaiting payment, from EFH Corp. in the amount of $82,005.20[3], which represents 80% of SOLIC's fees for the Fee Period, and $1,413.31, which represents 100% of the expenses invoiced for the Fee Period.  Except as described in this Fee Application, SOLIC has not entered into any agreement with any other party for the purpose of fixing of sharing fees or other compensation to be paid for professional services rendered in EFH Corp.'s chapter 11 case.  No promises have been received by SOLIC or any member thereof as to compensation in connection with EFH Corp.'s chapter 11 case other than in accordance with the provisions of the Bankruptcy Code.

14.    SOLIC's fees for this Fee Period are in accordance with the agreed-upon terms for this period set forth in the SOLIC Retention Application as outlined in the SOLIC Retention Order and the Amended Retention Order.

---

[3] This amount represents the 80% of SOLIC's fees for the Fee Period plus an additional $200 due to a rate change of one of our professionals (Matt Cumbee) during the Ninth Interim Fee Period.  SOLIC has calculated an adjustment by reducing the amount requested by $200.00 (from $102,506.50 to $102,306.50) as if this rate change did not occur.

15.    During the Fee Period, SOLIC's professionals spent an aggregate of 148.1 hours performing services for EFH Corp. in connection with its chapter 11 case.

16.    SOLIC's fees for the services rendered are reasonable and appropriate given the complexity of the matter and the level of expertise required to best serve EFH Corp.    In particular, the depth and complexity of the issues involved in EFH Corp.'s chapter 11 case and the sophistication and breadth of expertise necessary to successfully guide EFH Corp. through its chapter 11 case, is best served by employing a financial advisor with SOLIC's sophistication, experience, and expertise in handling large and complex matters for corporations.    SOLIC believes that its fees are comparable to the fees charged by other highly skilled practitioners experienced in advising clients with large, complex operations while in chapter 11.

### Proposed Payment Allocation

17.    Pursuant to paragraph 8 of the Retention Order, absent an order of the Court, the fees and expenses incurred by SOLIC are paid by EFH Corp.  As such, no allocation pursuant to paragraph 2(b) of the Interim Compensation Order is applicable.

### Summary of Professional Services Rendered

18.    SOLIC has structured its time records using its internal system of project codes. The following descriptions provide a summary of the primary services rendered by SOLIC during the Fee Period with respect to each project code.  Given the scope of the work performed, these summaries do not cover all work performed but instead highlight the major areas of work. Descriptions of the day-to-day services provided by SOLIC and the time expended performing such services in each project category are attached hereto as **Exhibit D**.  Such descriptions demonstrate that SOLIC was heavily involved in the performance of services for EFH Corp. on a daily basis, including night and weekend work, often under extreme time constraints, to meet the needs of EFH Corp. in its chapter 11 case.

## A.   Plan Development and Testimony Review and Analysis (64.9 Hours)

19.   This category centers on the critical and necessary need for SOLIC to monitor the impact of plan matters as they relate to EFH Corp. and includes, in each case relating to or in connection with potential or actual Conflict Matters:

a.   review of restructuring proposals;

b.   meetings with constituents regarding plan formulation;

c.   review of PUCT materials, including, but not limited to, the PUCT's "Commission Staff Recommendation of Sufficiency of Applications" and related communications;

d.   analysis of proposed settlements;

e.   review of filings and motions filed on the Bankruptcy Court docket as they relate to financial issues, including, but not limited to, the review of the declaration of David Ying in support of the amended and superseding motion to enter into the merger agreement and approving the termination fee;

f.   review of the Debtors' revised redlined disclosure statement versions against prior versions with a focus on financial elements;

g.   review of filings by NextEra Energy and Elliott funds with respect to reconsideration of the approval of the NextEra Energy merger agreement termination fee;

h.   review of materials, letters, objections and relevant notices pertaining to termination fee matters, a continued primary area of attention for many constituents during the Fee Period;

i.  review of materials and communications pertaining to the Sempra Energy transaction structure, including materials related thereto shared with the Debtor's board;

j.  review of materials prepared for the Debtor's board on the Debtor's tax-related dispute with Vistra Energy with respect to earnings and profits allocations;

k.  review of elements of the EFH notes indenture trustee's motion for an allowed administrative claim;

l.  review of documents regarding EFH Corp.'s cash position and projections and overall value;

m.  review of relevant analyses regarding projected recoveries to the Debtor's creditors;

n.  review of support items to materials provided to the Debtor's board ahead of board meetings;

o.  tracking, monitoring and reviewing elements of the Sempra Energy bid as it relates to impacts on EFH Corp.'s estate; and

p.  review of the solicitation version of the disclosure statement, with focus on elements associated with EFH Corp. recovery values and items.

SOLIC's time spent on these matters was necessary during the Fee Period to ensure that issues specifically pertaining to EFH Corp. were being identified and acted upon.

**B. Meeting with Counsel and with Other Constituents (1.4 Hours)**

20.  This category includes telephonic meetings with counsel to EFH Corp. relating to or in connection with potential or actual Conflict Matters and calls with Evercore relating to developments and assumptions regarding various subjects, including the NextEra merger

agreement termination fee, creditor claim assumptions and ongoing developments, all insofar as

they relate to EFH Corp. cash recoveries and potential Conflict Matters.

## C. Dataroom and Diligence Materials Review (20.4 Hours)

21.  Time billed to this category remains central to the ongoing work performed by SOLIC as

it addresses the important and necessary task of tracking and monitoring of EFH Corp. cash – the

primary form of recovery to EFH Corp. claimants – under alternative transactions and structures

proposed by parties in interest. The work performed includes, but is not limited to, the download,

review and related analysis of materials posted to the Debtors' dataroom, and follow-up with the

Debtors' professionals pertaining to (i) items posted to the dataroom and (ii) follow-up information

being sought in the dataroom, and (iii) items previously posted to the dataroom requiring additional

review and revisiting by the SOLIC team.  Key areas of focus include, but are not limited to, (i)

updates to EFH Corp. pre-emergence cash projections provided directly to SOLIC and/or included in

board materials including run-rate on professional fee spend and timing of tax receipts, (ii) cash

deductions and adjustments as of various emergence dates to reflect net cash at emergence available

to EFH Corp. claimants, (iii) allocation of professional fees to the EFH Corp. estate including the

assessment of reasonableness of allocations in the event certain professionals provide services across

multiple Debtor estates, (iv) review of cash proceeds pertaining to the sale of ancillary EFH Corp.

assets, (v) review of monthly operating reports posted on the docket and finance operating reports as

provided to the board including reconciliation to opening balances of cash projections and variance

analysis of actual results vs. forecasted results with summary reporting to Proskauer Rose on

elements pertaining to same including variance analysis to prior versions of both pre-emergence cash

elements as well as emergence date adjustments, (vi) review of Debtor-prepared recovery financial

analyses including updating of same based on latest Sempra transaction specifics and other revisions

to cash projections,  (vii) other ancillary financial reports such as financial details included in PUCT

filings during the Ninth Interim Fee Period, and (viii) review of restructuring elements and updates

that requires due diligence updates, as required. SOLIC's review of the allocation and monitoring of EFH Corp. specific cash, and related impacts insofar as it related to Conflict Matters, continued to be an essential element of SOLIC's work up to and during the Ninth Interim Fee Period.  SOLIC has, to date, provided a range of questions to the Debtors' finance and accounting teams covering, but not limited, to the above categories with a focus on the reasonableness of EFH Corp. emergence cash available for distribution with a focus on elements insofar as they may relate to Conflict Matters. As mentioned above, SOLIC's procedures also include the review of responses received from management and SOLIC, in turn, has followed-up as necessary.  The monitoring and tracking of projected cash at the emergence date continues to be essential in providing the necessary context to how recoveries to EFH Corp. creditors are projected at various emergence date, and specific recoveries allocable to the various creditor groups within EFH Corp.

**D.  EFH Board Meeting (1.8 Hours)[4]**

22.  This category includes the very limited time spent by SOLIC's professionals attending the Debtor's board meetings.

**E.  Financial Analysis Related to Potential Conflict Matters (31.5 Hours)**

23.  During the Fee Period, Counsel to the EFH Corp. Disinterested Directors tasked SOLIC to perform updates to various financial analyses and provide various iterations and revisions to these financial analyses associated with termination fees allocations and professional fees allocations, insofar as these each relate to Conflict Matters. These analyses provided at the request of Proskauer Rose, and included internal review and updating of SOLIC-developed analyses on NextEra Energy termination fee allocation analyses, including related analyses regarding the distribution of EFH Corp cash to its various creditor constituents under various plan scenarios and discussions related to the cash balance information as reflected on various

---

[4] SOLIC has limited its attendance in board meetings during this Fee Period at the request of the client.

amended Disclosure Statements.  This category also included drafting of communications to Proskauer Rose pertaining to feedback from Evercore and from diligence performed by SOLIC pertaining to insights to certain cash information in the amended and revised Disclosure Statements, the review of various EFH Corp. MORs, as and when filed, including analysis related thereto, as well as arising from revisions in Debtor-prepared cash projections.

**F.  Fee Applications/Retention Applications (28.1 Hours)**

24.    This category includes the required preparation of monthly fee statements, preparation of monthly budgets for submission to the Fee Committee, the Ninth Interim Fee Application, as well as the review and preparation of responses to inquiries made by parties of interest, including the Fee Committee and Kirkland & Ellis covering fee projections and related estimated through to the emergence date.

<u>**Allowance of Compensation**</u>

25.    The foregoing professional services rendered by SOLIC on behalf of EFH Corp. during the Fee Period were reasonable, necessary and appropriate to the administration of EFH Corp.'s chapter 11 case and related matters and in the best interests of EFH Corp. and its estate. The compensation requested for the foregoing services is commensurate with the complexity, importance and nature of the problems, issues and tasks involved.  The professional services were performed expediently and in an efficient manner.

26.  During the Fee Period, the professional services performed by SOLIC on behalf of EFH Corp. required an aggregate expenditure of 148.1 hours by SOLIC professionals and SOLIC is seeking compensation for such services in the total amount of $102,306.50.  As demonstrated by this Fee Application, SOLIC's services were rendered economically and without unnecessary duplication of efforts.  In addition, the work involved and the time

expended was carefully assigned in consideration of the experience and expertise required of each particular task.

### Actual and Necessary Expenses Incurred by SOLIC

27.    SOLIC seeks reimbursement of $1,413.31 on account of expenses incurred in performing professional services during the Fee Period.  SOLIC records all expenses incurred in connection with the performance of professional services and detailed descriptions of these expenses were attached to and filed as exhibits to the monthly fee statements submitted during the Fee Period – see attached hereto as **Exhibit E**.

28. SOLIC seeks reimbursement only for the actual cost of such expenses to SOLIC. Throughout the Fee Period, SOLIC has been cognizant of cost considerations and has tried to minimize the expenses charged to the EFH Corp.'s estate.  SOLIC respectfully submits that the actual expenses incurred, except where limits have been set forth by the Fee Committee (with hotels not being reimbursable in New York City above $500 or above $350 in an all other locations, meals being capped at $40 per person per meal and cars to and from an airport being capped at $100 in New York City, $75 in Dallas and $75 in Chicago) in providing professional services during the Fee Period and billed to EFH Corp. were necessary, reasonable and justified under the circumstances to serve the needs of EFH Corp. in its chapter 11 case.

### The Requested Compensation Should be Allowed

29. SOLIC respectfully submits that the services for which it seeks compensation and the expenditures for which it seeks reimbursement in this Fee Application were necessary for and beneficial to EFH Corp.'s orderly administration of its estate and its efforts in its chapter 11 case. SOLIC worked diligently to anticipate or respond to EFH Corp.'s needs and assist in EFH Corp.'s chapter 11 case.  SOLIC's services and expenditures were necessary to, and in the best interests of, EFH Corp.'s estate and creditors.  SOLIC submits further that the services its

professionals and paraprofessionals provided for EFH Corp. were performed economically, effectively and efficiently, and that the results obtained to date have benefited not only EFH Corp. but all stakeholders in its chapter 11 case. The services provided by SOLIC were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, SOLIC respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to EFH Corp., its estate and all parties in interest.

### Reservation of Rights

30. It is possible that some expenses incurred during the Fee Period are not reflected in the Fee Application. SOLIC reserves the right to include such amounts in future fee applications.

### Notice

31. SOLIC provided notice of this Fee Application to: (a) the Debtor; (b) co-counsel to the Debtors, Kirkland & Ellis LLP; (c) co-counsel to the Debtors, Richards, Layton & Finger, P.A.; (d) the Office of the United States Trustee; (e) counsel for the agent of the EFIH First Lien DIP Financing Facility; (f) counsel for the agent of the TCEH DIP Financing Facility; (g) counsel to the TCEH Creditors' Committee; (h) counsel to the EFH Creditors' Committee; and (i) counsel to the Fee Committee (collectively, the "Notice Parties"). Pursuant to the Interim Compensation Order, any party, other than the Notice Parties, that wishes to object to the Fee Application, must file its objection with the Court, with a copy to Chambers and serve it on SOLIC and the Notice Parties so that it is actually received on or before April 23, 2018 at 4:00 p.m. (prevailing Eastern Time).

### No Prior Request

32. Other than the monthly fee statements, no prior request for the relief requested herein has been made to this or any other Court.

### Conclusion

WHEREFORE, SOLIC respectfully requests that the Court enter an order (i) awarding SOLIC the sum of $102,306.50 as compensation for services rendered and $1,413.31 for reimbursement of actual and necessary expenses SOLIC incurred during the Fee Period; (ii) that the allowance of such compensation for professional services rendered and reimbursement of actual and necessary expenses incurred be without prejudice to SOLIC's right to seek additional compensation for services rendered and for expenses incurred during the Fee Period which were not processed at the time of this Fee Application; and (iii) granting such other and further relief as the Court deems appropriate.

Dated: April 9, 2018                    */s/ Neil F. Luria*
                                        SOLIC Capital Advisors, LLC
                                        Neil F. Luria, Senior Managing Director
                                        4901 Vineland Rd., Suite 120
                                        Orlando, Florida 32811

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### TENTH INTERIM APPLICATION OF SOLIC CAPITAL ADVISORS, LLC, FINANCIAL ADVISOR FOR DEBTOR ENERGY FUTURE HOLDINGS CORP., FOR COMPENSATION FOR SERVICES RENDERED FROM JANUARY 1, 2018 THROUGH MARCH 9, 2018

SOLIC Capital Advisors, LLC ("SOLIC"), financial advisor for Energy Future Holdings Corp. ("EFH Corp." or the "Debtor"), hereby submits this application (the "Fee Application"), pursuant to sections 327(a), 328(a), 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rules 2016-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* dated September 16, 2014 [D.I. 2066] (the "Interim Compensation Order"), and the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Fee Committee Order"), for interim approval and allowance of compensation for professional services rendered in the amount of $72,689.00 from January 1, 2018 through March 9, 2018 (the "Fee Period"). In support of the Fee Application, SOLIC submits the declaration of Neil F. Luria, which is

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

attached hereto as **Exhibit A** and incorporated herein by reference.  In further support of the Fee Application, SOLIC respectfully represents as follows:

### Jurisdiction

1.      The Court has jurisdiction over the Fee Application under 28 U.S.C. §§ 157 and 1334.

2.      This is a core proceeding within the meaning of 28 U.S.C. § 157(b).

3.      Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

4.      The bases for the relief requested herein are sections 327(a), 328(a), 330 and 331 of the Bankruptcy Code, Bankruptcy Rule 2016, Local Bankruptcy Rules 2016-1 and 2016-2, the Interim Compensation Order, and the Fee Committee Order.

### Background

5.      On April 29, 2014 (the "Petition Date"), EFH Corp. and each of its above-captioned debtor and debtor-in-possession affiliates (collectively, the "Debtors") filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code.  The Debtors are operating their businesses and managing their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.   The Court has entered an order for the joint administration of these chapter 11 cases.  The Court has not appointed a trustee or examiner in these chapter 11 cases. The Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") formed (a) an official committee of unsecured creditors representing the interests of Energy Future Competitive Holdings Company LLC ("EFCH"), Texas Competitive Electric Holdings Company LLC ("TCEH"), the direct and indirect debtor subsidiaries of EFCH and TCEH, and EFH Corporate Services Company (the "TCEH Creditors' Committee") in these chapter 11 cases on May 13, 2014 [D.I. 420] and (b) an official committee of unsecured creditors representing the interests of EFH Corp., Energy Future Intermediate Holding Company LLC,

EFIH Finance, Inc. and EECI, Inc. (the "EFH Creditors' Committee") on October 27, 2014 [D.I.
2570]. Further information regarding the Debtors' business operations and capital structure is set
forth in the declaration [D.I. 98] of Paul Keglevic in support of the Debtors' first day motions.

6.      On August 21, 2014, the Court entered the Fee Committee Order, which
appointed a fee committee (the "Fee Committee") to, among other things, review and report as
appropriate on all interim and final fee applications filed by professionals retained under sections
105, 327, 363 or 1103 of the Bankruptcy Code, in accordance with sections 328, 330 and 331 of
the Bankruptcy Code and the Interim Compensation Order.

7.      On September 16, 2014, the Court entered the Interim Compensation Order,
which sets forth the procedures for interim compensation and reimbursement of expenses for all
retained professionals in these chapter 11 cases.

### EFH Corp.'s Retention of SOLIC

8.      EFH Corp. sought approval of this Court to retain SOLIC as financial advisor,
pursuant to sections 327(a), 328(a) and 330 of the Bankruptcy Code, by application filed on
January 16, 2015 [D.I. 3324] (the "SOLIC Retention Application"). As set forth in the SOLIC
Retention Application and SOLIC's engagement letter, EFH Corp. engaged SOLIC to render
professional services to EFH Corp.'s disinterested directors (the "Disinterested Directors") in
connection with Conflict Matters (used herein as such term is defined in and pursuant to the
authority delegated to EFH Corp.'s Disinterested Directors pursuant to resolutions of EFH
Corp.'s board of directors) and in determining whether a matter constitutes a Conflict Matter,
reporting to and at the direction of EFH Corp.'s Disinterested Directors. SOLIC's retention was
approved by this Court by order dated February 6, 2015 [D.I. 3467] (the "Retention Order"),
effective *nunc pro tunc* to December 18, 2014. A true and correct copy of the Retention Order is
attached hereto as **Exhibit B**. The Retention Order provides that SOLIC's compensation is

approved pursuant to section 328 of the Bankruptcy Code, subject to the terms of the Retention
Order.

9.        As is typical of financial advisory firms, SOLIC prior to June 1, 2017 was not
compensated by the hour, but through fixed fees through a portion of the Fee Period.[2]    The
Retention Order authorized EFH Corp. to compensate SOLIC as set forth in its engagement
letter, consisting of (a) a $200,000 monthly fixed fee payment (pro-rated for any periods less
than a month) and (b) reimbursement of reasonable and documented out-of-pocket expenses
(including all fees of counsel), subject to any limitations or modifications as set forth in the
Retention Order.    The fixed fee charged by SOLIC is typical for SOLIC's engagements both
inside and outside of bankruptcy.    Although SOLIC typically also is provided an "incentive fee"
or "success fee" in addition of fixed fees in other engagements both inside and outside of
bankruptcy, SOLIC has not sought such a fee in this case.

10.        In light of the circumstances of EFH Corp.'s chapter 11 case and the desire to
limit costs going forward, Donald L. Evans and Billie I. Williamson, EFH Corp.'s disinterested
directors, on behalf of EFH Corp., and SOLIC agreed to a change in fee structure, effective June
1, 2017, to provide that, in lieu of the Monthly Fee, SOLIC would be compensated on an hourly
basis, subject to any objections and in compliance with applicable provisions of the Bankruptcy
Code, the Bankruptcy Rules, the Local Bankruptcy Rules and any other applicable procedures
and orders of the Court. All other provisions remain unmodified and in full force and effect.
Such amendment was described in the Supplemental Declaration of Neil F. Luria filed on May
26, 2017 (the "Supplemental Declaration") with the Bankruptcy Court which is attached hereto
as **Exhibit C**.  No objection has been raised to the Supplemental Declaration.  In addition, on
February 23, 2018, an amendment to SOLIC's engagement letter, the effective date of which is

---

[2] Prior to the Supplemental Declaration of Neil F. Luria of SOLIC Capital Advisors, dated 05/26/2017.

June 1, 2017, was executed by Mr. Luria, on behalf of SOLIC, and by Mr. Donald Evans, Chairman of the Board of Energy Future Holdings Corp., on behalf of the Debtor.

## Summary of Professional Compensation Requested

11.    This Fee Application has been prepared in accordance with the Interim Compensation Order and the Fee Committee Order.

12.    By this Fee Application, SOLIC seeks approval and allowance of compensation for professional services rendered by SOLIC as financial advisor for EFH Corp. During the Fee Period in the amount of $72,689.00.

13.    Pursuant to the Interim Compensation Order, SOLIC has already received payment, or has filed fee statements and is awaiting payment, from EFH Corp. in the amount of $58,181.20[3], which represents 80% of SOLIC's fees for the Fee Period.  Except as described in this Fee Application, SOLIC has not entered into any agreement with any other party for the purpose of fixing of sharing fees or other compensation to be paid for professional services rendered in EFH Corp.'s chapter 11 case.  No promises have been received by SOLIC or any member thereof as to compensation in connection with EFH Corp.'s chapter 11 case other than in accordance with the provisions of the Bankruptcy Code.

14.    SOLIC's fees for this Fee Period are in accordance with the agreed-upon terms for this period set forth in the SOLIC Retention Application as outlined in the SOLIC Retention Order and the Amended Retention Order.

15.    During the Fee Period, SOLIC's professionals spent an aggregate of 104.6 hours performing services for EFH Corp. in connection with its chapter 11 case.

---

[3] This amount represents the 80% of SOLIC's fees for the Fee Period plus an additional $37.50 due to a rate change of one of our professionals (Matt Cumbee) during the Tenth Interim Fee Period. SOLIC has calculated an adjustment by reducing the amount requested by $37.50 (from $72,726.50 to $72,689.00) as if this rate change did not occur.

16.    SOLIC's fees for the services rendered are reasonable and appropriate given the complexity of the matter and the level of expertise required to best serve EFH Corp.    In particular, the depth and complexity of the issues involved in EFH Corp.'s chapter 11 case and the sophistication and breadth of expertise necessary to successfully guide EFH Corp. through its chapter 11 case, is best served by employing a financial advisor with SOLIC's sophistication, experience, and expertise in handling large and complex matters for corporations.    SOLIC believes that its fees are comparable to the fees charged by other highly skilled practitioners experienced in advising clients with large, complex operations while in chapter 11.

### Proposed Payment Allocation

17.    Pursuant to paragraph 8 of the Retention Order, absent an order of the Court, the fees and expenses incurred by SOLIC are paid by EFH Corp.  As such, no allocation pursuant to paragraph 2(b) of the Interim Compensation Order is applicable.

### Summary of Professional Services Rendered

18.    SOLIC has structured its time records using its internal system of project codes. The following descriptions provide a summary of the primary services rendered by SOLIC during the Fee Period with respect to each project code.  Given the scope of the work performed, these summaries do not cover all work performed but instead highlight the major areas of work. Descriptions of the day-to-day services provided by SOLIC and the time expended performing such services in each project category are attached hereto as **Exhibit D**.   Such descriptions demonstrate that SOLIC was heavily involved in the performance of services for EFH Corp.

### A.  Plan Development and Testimony Review and Analysis (54.2 Hours)

19. This category centers on the critical and necessary need for SOLIC to monitor the impact of plan matters as they related to EFH Corp. and included, in each case relating to or in connection with potential or actual Conflict Matters:

a.  review of court documents relating to asbestos claimants' claims and impacts on prospective cash recoveries;

b.  review of materials pertaining to tax settlements between the estates and former affiliated entities, including the resulting implications on prospective recoveries;

c.  review of motions and applications of various parties pertaining to the allowance of administrative claims and substantial contribution claims;

d.  review of materials prepared by counsel to the EFH Corp. Disinterested Directors regarding plan formulation;

e.  review of PUCT materials, including, but not limited to, the PUCT's final order approving the Sempra Energy-Oncor merger transaction;

f.  review of various filings and motions filed on the Bankruptcy Court docket as they relate to financial issues impacting confirmation and EFH Corp.'s emergence from chapter 11;

g.  review of materials, communications, objections and relevant notices pertaining to the ongoing assessment of termination fee matters, a continued primary area of attention for many constituents during the Fee Period;

h.  review of documents regarding EFH Corp.'s cash position and projections and overall value;

i.  review of relevant analyses regarding projected recoveries to the Debtor's creditors;

j.  review of support items to materials provided to the Debtor's board ahead of board meetings;

k.  review of elements of the Sempra Energy bid, as required, as they relate to impacts on EFH Corp.'s estate; and

l.    review of case-related motions, filings, and communications, as necessary, regarding an appointment to the Fee Committee.

SOLIC's time spent on these matters was necessary during the Fee Period to ensure that issues specifically pertaining to EFH Corp. were being identified and acted upon.

**B.  Dataroom and Diligence Materials Review (3.1 Hours)**

20.  Time billed to this category remained central to the ongoing work performed by SOLIC as it addressed the important and necessary task of tracking and monitoring of EFH Corp. cash – the primary form of recovery to EFH Corp. claimants – under alternative transactions and structures proposed by parties in interest. The work performed included, but was not limited to, the download, review and related analyses of materials posted to the debtors' dataroom, and follow-up with the debtors' professionals, as necessary, regarding the debtors' monthly operating reports, including reconciliation of opening cash balances to earlier projections and analyses of variances between actual and forecasted results. SOLIC's review of inter-estate allocations and monitoring of EFH Corp. specific cash and related impacts, insofar as they related to Conflict Matters, continued to be an essential element of SOLIC's work up to and during the Fee Period.  During the Fee Period, SOLIC prosed to the debtors' estates a number of questions regarding the reasonableness of EFH Corp. emergence cash available for distribution.   The monitoring and tracking of projected cash at emergence continued to be essential in providing the necessary context regarding how recoveries to EFH Corp. creditors were projected and allocated at various emergence dates.

**C.  Financial Analysis Related to Potential Conflict Matters (22.1 Hours)**

21.   During the Fee Period, counsel to the EFH Corp. Disinterested Directors tasked SOLIC to perform updates to various financial analyses and to provide various iterations and revisions to these financial analyses associated with creditor recoveries. These analyses, on subjects including the NextEra Energy termination fee allocation, prospective distribution of

EFH Corp cash to its various creditor constituents under various plan scenarios, and cash balances, included internal review and update of SOLIC-developed analyses. This category also included drafting of communications to Proskauer pertaining to the review of various EFH Corp. monthly operating reports, as and when filed, including analyses related thereto, as well as arising from revisions in debtor-prepared cash projections. SOLIC also reviewed financial elements of Proskauer-prepared analyses pertaining to potential global settlements of inter-estate claims.

**D. Fee Applications/Retention Applications (25.2 Hours)**

22.    This category includes the required preparation of monthly fee statements, preparation of monthly budgets for submission to the Fee Committee, as well as the review and preparation of responses to inquiries made by parties of interest, including the Fee Committee and Kirkland & Ellis. This category also includes correspondence and required follow-up by SOLIC in response to specific items raised by the Fee Committee on prior monthly fee statements that were submitted by SOLIC, including the required review, drafting and updating of an amendment to the SOLIC engagement letter in response to a request by the Fee Committee.

<u>**Allowance of Compensation**</u>

23.    The foregoing professional services rendered by SOLIC on behalf of EFH Corp. during the Fee Period were reasonable, necessary and appropriate to the administration of EFH Corp.'s chapter 11 case and related matters and in the best interests of EFH Corp. and its estate. The compensation requested for the foregoing services is commensurate with the complexity, importance and nature of the problems, issues and tasks involved. The professional services were performed expediently and in an efficient manner.

24.    During the Fee Period, the professional services performed by SOLIC on behalf of EFH Corp. required an aggregate expenditure of 104.6 hours by SOLIC professionals and

SOLIC is seeking compensation for such services in the total amount of $72,689.00. As demonstrated by this Fee Application, SOLIC's services were rendered economically and without unnecessary duplication of efforts. In addition, the work involved and the time expended was carefully assigned in consideration of the experience and expertise required of each particular task.

### The Requested Compensation Should be Allowed

25. SOLIC respectfully submits that the services for which it seeks compensation and the expenditures for which it seeks reimbursement in this Fee Application were necessary for and beneficial to EFH Corp.'s orderly administration of its estate and its efforts in its chapter 11 case. SOLIC worked diligently to anticipate or respond to EFH Corp.'s needs and assist in EFH Corp.'s chapter 11 case. SOLIC's services and expenditures were necessary to, and in the best interests of, EFH Corp.'s estate and creditors. SOLIC submits further that the services its professionals and paraprofessionals provided for EFH Corp. were performed economically, effectively and efficiently, and that the results obtained to date have benefited not only EFH Corp. but all stakeholders in its chapter 11 case. The services provided by SOLIC were consistently performed in a timely manner commensurate with the complexity, importance, and nature of the issues involved. Accordingly, SOLIC respectfully submits that the compensation requested herein is reasonable in light of the nature, extent and value of such services to EFH Corp., its estate and all parties in interest.

### Reservation of Rights

26. It is possible that some expenses incurred during the Fee Period are not reflected in the Fee Application. SOLIC reserves the right to include such amounts in future fee applications.

### Notice

27.  SOLIC provided notice of this Fee Application to:  (a) the Debtor; (b) co-counsel to the Debtors, Kirkland & Ellis LLP; (c) co-counsel to the Debtors, Richards, Layton & Finger, P.A.; (d) the Office of the United States Trustee; (e) counsel for the agent of the EFIH First Lien DIP Financing Facility; (f) counsel for the agent of the TCEH DIP Financing Facility; (g) counsel to the TCEH Creditors' Committee; (h) counsel to the EFH Creditors' Committee; and (i) counsel to the Fee Committee (collectively, the "Notice Parties").  Pursuant to the Interim Compensation Order, any party, other than the Notice Parties, that wishes to object to the Fee Application, must file its objection with the Court, with a copy to Chambers and serve it on SOLIC and the Notice Parties so that it is actually received on or before April 23, 2018 at 4:00 p.m. (prevailing Eastern Time).

### No Prior Request

28.  Other than the monthly fee statements, no prior request for the relief requested herein has been made to this or any other Court.

### Conclusion

WHEREFORE, SOLIC respectfully requests that the Court enter an order (i) awarding SOLIC the sum of $72,689.00 as compensation for services rendered during the Fee Period; (ii) that the allowance of such compensation for professional services rendered be without prejudice to SOLIC's right to seek additional compensation for services rendered and for expenses incurred during the Fee Period which were not processed at the time of this Fee Application; and (iii) granting such other and further relief as the Court deems appropriate.

Dated:  April 17, 2018          /s/ Neil F. Luria
                                SOLIC Capital Advisors, LLC
                                Neil F. Luria, Senior Managing Director
                                4901 Vineland Rd., Suite 120
                                Orlando, Florida 32811

## **Exhibit F**

[Expense Summary]

**SOLIC Capital Advisors, LLC**
**Energy Future Holdings, Inc.**
**Expense Summary**
**Exhibit - F**

| | Airfare | Ground Transportation | Hotel | Meals | Mileage | Outside Litigation | Adjustments | Totals |
|---|---|---|---|---|---|---|---|---|
| *First IFP* 04-29-14 - 8-31-14 | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| *Second IFP* 09-1-14 - 12-31-14 | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| *Third IFP* 1-1-15 - 4-30-15 | $  22,817.58 | $  5,098.63 | $  12,020.05 | $  1,504.05 | $  347.20 | $    - | $  (328.50) | $  41,459.01 |
| *Fourth IFP* 5-1-15 - 8-31-15 | $  14,959.30 | $  2,701.80 | $  8,580.49 | $  1,228.94 | $  206.32 | $    - | $    - | $  27,676.85 |
| *Fifth IFP* 9-1-15 - 12-31-15 | $  1,340.45 | $  288.23 | $  670.26 | $  255.04 | $  17.68 | $  11,137.50 | $    - | $  13,709.16 |
| *Sixth IFP* 1-1-16 - 4-30-16 | $  12,991.14 | $  2,998.44 | $  7,232.22 | $  768.63 | $  162.00 | $  21.00 | $  (850.05) | $  23,323.38 |
| *Seventh IFP* 5-1-16 - 8-31-16 | $  6,407.15 | $  1,182.41 | $  2,880.89 | $  595.27 | $  83.70 | $    - | $    - | $  11,149.42 |
| *Eighth IFP* 9-1-16 - 12-31-16 | $  1,879.40 | $  286.05 | $  1,477.81 | $  65.35 | $  33.48 | $    - | $    - | $  3,742.09 |
| *Ninth IFP* 1-1-17 - 4-30-17 | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| *Tenth IFP* 5-1-17 - 8-31-17 | $  603.40 | $  216.87 | $  323.65 | $  40.00 | $  33.48 | $    - | $    - | $  1,217.40 |
| *Eleventh IFP* 9-1-17 - 12-31-17 | $  784.40 | $  126.03 | $  434.09 | $  35.31 | $  33.48 | $    - | $    - | $  1,413.31 |
| *Twelfth IFP* 1-1-17 - 3-9-17 | $    - | $    - | $    - | $    - | $    - | $    - | $    - | $    - |
| Totals | $  61,782.82 | $  12,898.46 | $  33,619.46 | $  4,492.59 | $  917.34 | $  11,158.50 | $  (1,178.55) | $  123,690.62 |

**<u>Exhibit G</u>**

[Detailed Expense Records]

# Energy Future Holdings Corp. / Expense Detail:  January 1 – January 31, 2015

| Date | | Expense Code | Fee |
|---|---|---|---|
| 1/7/2015 | Luria, Neil | AIR - Airfare | $ 467.10 |
| | | One-way Economy Class airfare from MCO to EWR for Stakeholder meeting | |
| 1/9/2015 | Luria, Neil | AIR - Airfare | $ 535.10 |
| | | One-way Economy Class airfare from LGA to CLE for stakeholder meeting | |
| 1/13/2015 | Luria, Neil | AIR - Airfare | $ 436.10 |
| | | One-way Economy Class airfare from DCA to ORD for Proskauer meeting | |
| 1/7/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,126.20 |
| | | Round-trip Economy Class airfare from ATL to LGA for stakeholder meeting | |
| 1/14/2015 | Nowitz, Raoul | AIR - Airfare | $ 626.20 |
| | | One-way Economy Class airfare from ORD to ATL for Proskauer meeting | |
| | | **Total Airfare:** | **$ 3,190.70** |
| | | | |
| 1/7/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 10.00 |
| | | Taxi in NYC | |
| 1/7/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 150.98 |
| | | Car from EWR to Proskauer | |
| 1/8/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 9.25 |
| | | Taxi in NYC | |
| 1/11/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 80.96 |
| | | Car to airport | |
| 1/13/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 47.56 |
| | | Car from ORD to hotel | |
| 1/7/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 57.13 |
| | | Taxi from EWR airport to Proskauer | |
| 1/8/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 48.68 |
| | | Taxi from Proskauer to LGA airport | |
| 1/11/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 32.00 |
| | | ATL Airport parking | |
| 1/14/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 32.00 |
| | | ATL Airport parking | |
| 1/14/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 48.90 |
| | | Taxi from meeting with Proskauer to airport | |
| 1/14/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 55.81 |
| | | Taxi to meeting with Proskauer from airport | |
| | | **Total Ground Transportation:** | **$ 573.27** |
| | | | |
| 1/8/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 485.46 |
| | | Room rate and taxes – one night | |
| 1/14/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 278.20 |
| | | Room rate and taxes – one night | |
| 1/8/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 381.03 |
| | | Room rate and taxes – one night | |
| | | **Total Hotel and Lodging:** | **$ 1,144.69** |
| | | | |
| 1/7/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | Mileage from home to ATL | |

# Energy Future Holdings Corp. / Expense Detail: January 1 – January 31, 2015

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 1/7/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | Mileage from ATL to home | |
| 1/14/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | Mileage from home to ATL | |
| 1/15/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | Mileage from ATL to home | |
| | | Total USA - Mileage: | $ 69.44 |

$ 4,978.10

# Energy Future Holdings Corp – February 2015

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 2/5/2015 | Luria, Neil | AIR - Airfare | $ 446.10 |
| | | One-way Economy Class Airfare EWR to CLE following Meeting with Proskauer in NYC. | |
| 2/16/2015 | Luria, Neil | AIR - Airfare | $ 564.10 |
| | | One-way Economy Class Airfare from CLE to EWR for Meetings at Kirkland & Ellis. | |
| 2/16/2015 | Luria, Neil | AIR - Airfare | $ 200.00 |
| | | Airline Service Fee for Ticket Change - EWR to CLE. | |
| 2/25/2015 | Luria, Neil | AIR - Airfare | $ 406.10 |
| | | One-way Economy Class Airfare to DFW for Board Meeting. | |
| 2/26/2015 | Luria, Neil | AIR - Airfare | $ 1,123.10 |
| | | One-way Economy Class Airfare from DFW to CLE for Return from Board Meeting in Dallas. | |
| 2/2/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,126.20 |
| | | Round-trip Economy Class Airfare from ATL to LGA for Due Diligence, Meeting with Counsel. | |
| 2/3/2015 | Nowitz, Raoul | AIR - Airfare | $ 94.00 |
| | | Airline Service Fee for Ticket Change - LGA to ATL for Meeting with Counsel. | |
| 2/3/2015 | Nowitz, Raoul | AIR - Airfare | $ 200.00 |
| | | Airline Service Fee for Ticket Change - Change from 2/3 to 2/4 LGA to ATL for Meeting with Counsel. | |
| 2/16/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,132.20 |
| | | Round-trip Economy Class Airfare from ATL to LGA for Meetings. | |
| 2/23/2015 | Nowitz, Raoul | AIR - Airfare | $ 699.20 |
| | | ATL to ORD for Meeting with Proskauer. | |
| 2/25/2015 | Nowitz, Raoul | AIR - Airfare | $ 876.20 |
| | | ATL to DFW for Board Meeting. | |
| | | Total Airfare: | $ 6,867.20 |
| 2/4/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 10.00 |
| | | Subway fare in NYC To/From Proskauer Office. | |
| 2/6/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 79.28 |
| | | Car from Home to Airport for NYC Trip. | |
| 2/17/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 102.00 |
| | | Car to EWR Airport Following Meetings at Kirkland & Ellis. | |
| 2/25/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 25.00 |
| | | Taxi from DFW to Hotel. | |
| 2/26/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 76.00 |
| | | Car from 1601 Bryan Street to DFW for N. Luria and R. Nowitz | |
| 2/2/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 86.50 |
| | | Taxipass from LGA to Hotel for Meeting at Kirkland & Ellis. | |
| 2/3/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 6.30 |
| | | Taxi to Proskauer Office. | |
| 2/4/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 64.00 |
| | | Atlanta Airport Parking. | |
| 2/4/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 20.50 |
| | | Taxi to EFH Fidelity Meeting in NYC. | |
| 2/4/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 53.28 |
| | | Taxi from EFH Offices to Airport Meeting with Counsel in NYC. | |

## Energy Future Holdings Corp – February 2015

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 2/16/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 41.99 |
| | | Taxi from LGA to Attorney Office. | |
| 2/17/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
| | | Atlanta Airport Parking. | |
| 2/17/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 46.32 |
| | | Taxi from Attorney Office to LGA Airport. | |
| 2/23/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 51.81 |
| | | Taxi from ORD to Proskauer. | |
| 2/23/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 32.00 |
| | | Parking at Atlanta Airport. | |
| 2/25/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 15.95 |
| | | Taxi from Dinner to Hotel in New York. | |
| 2/25/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 51.45 |
| | | Taxi from DFW to Hotel. | |
| 2/25/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 104.00 |
| | | Taxi (Uber) from Home to ATL Airport. | |
| 2/26/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 18.00 |
| | | Taxi from Hotel to Energy Plaza. | |
| 2/26/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 101.00 |
| | | Taxi (Uber) from ATL Airport to Home. | |
| 2/26/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 76.00 |
| | | Taxi (Uber) from Energy Plaza to DFW Airport. | |
| | | **Total Ground Transportation:** | **$ 1,129.38** |
| | | | |
| 2/5/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 1,200.00 |
| | | Room Rate & Taxes - Four Nights for Due Diligence Session, Meeting with Counsel in NYC. | |
| 2/26/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 316.97 |
| | | Room Rate & Taxes - One Night in Dallas for Board Meeting. | |
| 2/3/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 243.33 |
| | | Room Rate & Taxes - One Night for Due Diligence Session, Meeting with Counsel in NY. | |
| 2/4/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room Rate & Taxes - One Night for Due Diligence Session, Meeting with Counsel in NY. | |
| 2/17/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 243.33 |
| | | Room Rate & Taxes - One Night for Due Diligence Session, Meeting with Counsel. | |
| 2/26/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 270.86 |
| | | Room Rate & Taxes - One Night in Dallas for Board Meeting. | |
| | | **Total Hotel and Lodging:** | **$ 2,774.49** |
| | | | |
| 2/3/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 120.00 |
| | | Meal with Attendees:   J.Marwil, R.Nowitz, N.Luria. | |
| 2/3/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 120.00 |
| | | Meal with Attendees:   J. Marwil, R.Nowitz, N.Lura. | |
| 2/3/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 80.00 |
| | | Meal with Attendees:  N.Luria, J.Marwil. | |
| 2/4/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 7.00 |
| | | Meal with Attendee:  N.Luria. | |

## Energy Future Holdings Corp – February 2015

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 2/4/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 3.45 |
| | | Meal with Attendee:  N.Luria. | |
| 2/17/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 4.01 |
| | | Meal with Attendee:  N.Luria. | |
| 2/26/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 76.64 |
| | | Meal with Attendee:  N.Luria, R.Nowitz. | |
| 2/26/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 6.41 |
| | | Meal with Attendee:  N.Luria. | |
| 2/2/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Meal with Attendee: R.Nowitz. | |
| 2/2/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 11.57 |
| | | Meal with Attendee:  R.Nowitz. | |
| 2/4/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 18.19 |
| | | Meal with Attendee:  R.Nowitz. | |
| 2/16/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Meal with Attendee:  R.Nowitz. | |
| 2/17/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Meal with Attendee:  R.Nowitz. | |
| 2/17/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 17.51 |
| | | Meal with Attendee:  R. Nowitz. | |
| 2/23/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 11.62 |
| | | Meal with Attendee:  R.Nowitz. | |
| 2/23/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 29.30 |
| | | Meal with Attendee:  R.Nowitz. | |
| 2/23/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 14.60 |
| | | Meal with Attendee:  R.Nowitz. | |
| 2/25/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 38.37 |
| | | Meal with Attendee:  R.Nowitz. | |
| 2/26/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 21.46 |
| | | Meal with Attendee:  R.Nowitz. | |
| | | Total Out of Town Meals: | $ 700.13 |
| 2/2/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From Airport to Home. | |
| 2/4/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From Home to Airport. | |
| 2/16/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From Home to Airport. | |
| 2/17/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From Airport to Home. | |
| 2/23/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From Airport to Home. | |
| 2/23/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From Home to Airport. | |
| | | Total USA - Mileage: | $ 104.16 |
| | | | $ 11,575.36 |

## Energy Future Holdings Corp:    March 1 - March 31, 2015

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 3/11/2015 | Cumbee, Matthew | AIR - Airfare | $ 423.10 |
| | | One-way Economy Class from ORD to LGA for negotiation with T-side Advisors. | |
| 3/12/2015 | Cumbee, Matthew | AIR - Airfare | $ 257.10 |
| | | One-way Economy Class from JFK to ORD for return flight from NY. | |
| 3/23/2015 | Cumbee, Matthew | AIR - Airfare | $ 364.10 |
| | | One-way Economy Class from ORD to DFW (flight cancelled by airline so no new fee applies, took flight next morning). | |
| 3/26/2015 | Cumbee, Matthew | AIR - Airfare | $ 487.88 |
| | | One-way Economy Class from DFW to ORD return flight for meetings in Dallas. | |
| 3/10/2015 | Luria, Neil | AIR - Airfare | $ 486.10 |
| | | One-way Economy Class from Orlando to Newark for negotiation with T-side advisors. | |
| 3/13/2015 | Luria, Neil | AIR - Airfare | $ 637.10 |
| | | One-way Economy Class from LGA to CLE following Proskauer/Munger meetings in NYC. | |
| 3/23/2015 | Luria, Neil | AIR - Airfare | $ 719.10 |
| | | One-way Economy Class from EWR to DFW for meetings with Disinterested Directors and DDA's in Dallas. | |
| 3/25/2015 | Luria, Neil | AIR - Airfare | $ 670.15 |
| | | One-way from DFW to MCO for return flight for meetings in Dallas. | |
| 3/4/2015 | Nowitz, Raoul | AIR - Airfare | $ 563.10 |
| | | One-leg of a round-trip flight from ATL to LGA for meeting with Proskauer.  Note:  LGA TO ATL CANCELLED DUE TO PLANE OFF RUNWAY - REBOOKED VIA UNITED AIRLINE FROM NEWARK. | |
| 3/6/2015 | Nowitz, Raoul | AIR - Airfare | $ 550.10 |
| | | One-way from Economy Class from EWR to ATL for meeting with Proskauer. | |
| 3/12/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,126.20 |
| | | Round-trip from ATL-LGA for meeting with Proskauer and Monger Toiles. | |
| 3/23/2015 | Nowitz, Raoul | AIR - Airfare | $ 323.10 |
| | | One-way Economy Class from ATL-DFW for meeting with management. | |
| 3/26/2015 | Nowitz, Raoul | AIR - Airfare | $ 898.10 |
| | | One-way Economy Class from DFW-ATL for return flight for meetings in Dallas. | |
| 3/27/2015 | Nowitz, Raoul | AIR - Airfare | $ 313.10 |
| | | One-way Economy Class from DFW-ATL for return flight from meetings in Dallas. | |
| | | Total Airfare: | **$ 7,818.33** |
| 3/11/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 47.10 |
| | | Taxi to ORD Airport. | |
| 3/11/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 55.96 |
| | | Taxi from LGA to Proskauer. | |
| 3/12/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 80.00 |

## Energy Future Holdings Corp:    March 1 - March 31, 2015

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 3/12/2015 | Cumbee, Matthew | Taxi to JFK Airport from Manhattan.<br>GRTRAN - Ground Transportation | $ 85.00 |
| 3/23/2015 | Cumbee, Matthew | JFK Airport to LGA Airport.<br>GRTRAN - Ground Transportation | $ 45.00 |
| 3/23/2015 | Cumbee, Matthew | Taxi from SOLIC office to ORD.<br>GRTRAN - Ground Transportation | $ 46.85 |
| 3/24/2015 | Cumbee, Matthew | Taxi from ORD to home (flight cancelled).<br>GRTRAN - Ground Transportation | $ 50.45 |
| 3/24/2015 | Cumbee, Matthew | Taxi from home to ORD.<br>GRTRAN - Ground Transportation | $ 27.06 |
| 3/25/2015 | Cumbee, Matthew | Hotel parking.<br>GRTRAN - Ground Transportation | $ 5.86 |
| 3/25/2015 | Cumbee, Matthew | Taxi to dinner.<br>GRTRAN - Ground Transportation | $ 25.00 |
| 3/26/2015 | Cumbee, Matthew | Taxi from dinner to hotel.<br>GRTRAN - Ground Transportation | $ 369.32 |
| 3/26/2015 | Cumbee, Matthew | Rental car fee in Dallas for 3 days.<br>GRTRAN - Ground Transportation | $ 5.74 |
| 3/26/2015 | Cumbee, Matthew | Gas for rental car.<br>GRTRAN - Ground Transportation | $ 50.00 |
| 3/6/2015 | Luria, Neil | Taxi from ORD to home.<br>GRTRAN - Ground Transportation | $ 141.75 |
| 3/10/2015 | Luria, Neil | Car from Proskauer offices in NYC to EWR Airport following EFH Board meeting.<br>GRTRAN - Ground Transportation | $ 154.05 |
| 3/15/2015 | Luria, Neil | Car from EWR to Manhattan in advance of Proskauer/MTO meetings in NYC.<br>GRTRAN - Ground Transportation | $ 79.28 |
| 3/23/2015 | Luria, Neil | Car service from airport to home.<br>GRTRAN - Ground Transportation | $ 55.45 |
| 3/25/2015 | Luria, Neil | Taxi from DFW to hotel in Dallas.<br>GRTRAN - Ground Transportation | $ 76.00 |
| 3/4/2015 | Nowitz, Raoul | Uber car from Energy Plaza to DFW following TCEH/EFH meetings.<br>GRTRAN - Ground Transportation | $ 52.66 |
| 3/4/2015 | Nowitz, Raoul | Taxi from LGA airport<br>GRTRAN - Ground Transportation | $ 17.94 |
| 3/5/2015 | Nowitz, Raoul | Taxi from restaurant to hotel.<br>GRTRAN - Ground Transportation | $ 14.69 |
| 3/5/2015 | Nowitz, Raoul | Taxi to Proskauer office.<br>GRTRAN - Ground Transportation | $ 26.00 |
| 3/6/2015 | Nowitz, Raoul | UBER from Proskauer to hotel<br>GRTRAN - Ground Transportation | $ 98.80 |
| 3/6/2015 | Nowitz, Raoul | Taxi from Proskeaur to Newark airport<br>GRTRAN - Ground Transportation | $ 104.00 |
| 3/6/2015 | Nowitz, Raoul | ATL Airport parking.<br>GRTRAN - Ground Transportation | $ 10.79 |
| 3/11/2015 | Nowitz, Raoul | Taxi from hotel to Proskauer.<br>GRTRAN - Ground Transportation | $ 14.04 |
| | | Taxi from Proskauer to hotel. | |

## Energy Future Holdings Corp:    March 1 - March 31, 2015

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 3/11/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 54.12 |
| | | Taxi from airport to Proskauer | |
| 3/12/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
| | | ATL Airport parking. | |
| 3/12/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 15.99 |
| | | Taxi from hotel to Proskauer. | |
| 3/12/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 53.69 |
| | | Taxi from Proskauer to LGA Airport. | |
| 3/25/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 52.00 |
| | | Taxi from Airport to EFH office. | |
| 3/25/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 9.35 |
| | | Taxi from EFH to Hotel. | |
| 3/26/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 140.00 |
| | | ATL Airport parking. | |
| 3/27/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 57.35 |
| | | Taxi from hotel to airport. | |
| 3/27/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 10.00 |
| | | Taxi from EFH to Hotel. | |
| | | Total Ground Transportation: | $ 2,199.29 |
| | | | |
| 3/12/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 405.24 |
| | | Room rate and taxes - 1 night. | |
| 3/23/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 425.31 |
| | | Room rate and taxes - 1 night.    Non-refundable due to last minute airline flight cancellation. | |
| 3/24/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 344.63 |
| | | Room rate and taxes - 1 night. | |
| 3/25/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 344.63 |
| | | Room rate and taxes - 1 night. | |
| 3/4/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 495.77 |
| | | Room rate and taxes - 1 night. | |
| 3/5/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 472.82 |
| | | Room rate and taxes - 1 night. | |
| 3/10/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night. | |
| 3/11/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night. | |
| 3/23/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 316.97 |
| | | Room rate and taxes - 1 night. | |
| 3/24/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 316.97 |
| | | Room rate and taxes - 1 night. | |
| 3/4/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 417.45 |
| | | Room rate and taxes - 1 night. | |
| 3/5/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 314.17 |
| | | Room rate and taxes - 1 night. | |
| 3/12/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 484.31 |
| | | Room rate and taxes - 1 night. | |
| 3/26/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 950.91 |
| | | Room rate and taxes - 3 nights. | |

## Energy Future Holdings Corp:    March 1 - March 31, 2015

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| | | | **Fee** |
| | | Total Hotel and Lodging: | **$ 6,289.18** |
| 3/11/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 9.72 |
| | | Attendee:  M. Cumbee. | |
| 3/12/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 9.14 |
| | | Attendee:  M. Cumbee. | |
| 3/12/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 7.62 |
| | | Attendee:  M. Cumbee. | |
| 3/24/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 9.72 |
| | | Attendee:  M. Cumbee. | |
| 3/24/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  M. Cumbee. | |
| 3/25/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 3.27 |
| | | Attendee:  M. Cumbee. | |
| 3/26/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 12.98 |
| | | Attendee:  M. Cumbee. | |
| 3/3/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  N. Luria. | |
| 3/11/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 3.50 |
| | | Attendee:  N. Luria. | |
| 3/11/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 120.00 |
| | | Attendees: Jeff Marwil, Raoul Nowitz, Neil Luria. | |
| 3/13/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 2.49 |
| | | Attendee:  N. Luria. | |
| 3/23/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 5.34 |
| | | Attendee:  N. Luria. | |
| 3/23/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 4.74 |
| | | Attendee:  N. Luria. | |
| 3/24/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  N. Luria. | |
| 3/25/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 6.81 |
| | | Attendee:  N. Luria. | |
| 3/4/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  N. Luria. | |
| 3/5/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz. | |
| 3/6/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 10.70 |
| | | Attendee:  R. Nowitz. | |
| 3/6/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 7.33 |
| | | Attendee:  R. Nowitz. | |
| 3/6/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 19.58 |
| | | Attendee:  R. Nowitz. | |
| 3/6/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 6.99 |
| | | Attendee:  R. Nowitz. | |
| 3/11/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 13.03 |
| | | Attendee:  R. Nowitz. | |
| 3/12/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 17.96 |
| | | Attendee:  R. Nowitz. | |
| 3/23/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R.Nowitz | |

## Energy Future Holdings Corp:   March 1 - March 31, 2015

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 3/24/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 28.10 |
| | | Attendee:  R. Nowitz. | |
| 3/26/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 6.77 |
| | | Attendee:  R. Nowitz. | |
| | | Total Out of Town Meals: | $ 545.79 |
| | | | |
| 3/4/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From home to airport. | |
| 3/6/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From airport to home. | |
| 3/11/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From home to airport. | |
| 3/12/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From airport to home. | |
| 3/23/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From home to airport. | |
| 3/27/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From airport to home. | |
| | | Total USA - Mileage: | $ 104.16 |
| | | | $ 16,956.75 |

## Energy Future Holdings Corp:    April 1 – April 30, 2015

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 4/7/2015 | Cumbee, Matthew | AIR - Airfare | $ 294.74 |
| | | One-way economy class from ORD to LGA for meetings at Proskauer. | |
| 4/8/2015 | Cumbee, Matthew | AIR - Airfare | $ 293.81 |
| | | One-way economy class from LGA to ORD for return trip from New York. | |
| 4/8/2015 | Luria, Neil | AIR - Airfare | $ 478.10 |
| | | One-way economy class from MCO to EWR for meeting in New York. | |
| 4/8/2015 | Luria, Neil | AIR - Airfare | $ 481.10 |
| | | One-way economy class from EWR to MCO for return trip in New York. | |
| 4/30/2015 | Luria, Neil | AIR - Airfare | $ 543.10 |
| | | One-way economy class from EWR to CLE for return trip from New York. | |
| 4/30/2015 | Luria, Neil | AIR - Airfare | $ 478.10 |
| | | One-way economy class from MCO to EWR for meeting in New York. | |
| 4/8/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,186.20 |
| | | Round-trip economy class from ATL to LGA for meetings at Proskauer. | |
| 4/30/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,186.20 |
| | | Round-trip economy class from ATL to LGA for meeting in New York. | |
| | | Total Airfare: | $ 4,941.35 |
| 4/7/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 58.22 |
| | | Uber taxi from home to ORD Airport. | |
| 4/7/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 39.36 |
| | | Taxi from LGA Airport to hotel. | |
| 4/8/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 45.37 |
| | | Taxi from hotel to LGA Airport. | |
| 4/8/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 55.00 |
| | | Taxi from ORD Airport to home. | |
| 4/8/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 102.00 |
| | | Car service from meetings at Proskauer to EWR Airport. | |
| 4/8/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 155.08 |
| | | Car service from EWR to meetings at Proskauer. | |
| 4/30/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 102.00 |
| | | Uber Taxi from meetings in NYC to EWR Airport. | |
| 4/30/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 155.08 |
| | | Car service from EWR Airport to meetings in New York. | |
| 4/30/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 79.28 |
| | | Car service from CLE Airport to home. | |
| 4/7/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 47.84 |
| | | Taxi from LGA Airport to Hotel. | |
| 4/7/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 16.64 |
| | | Taxi from dinner to hotel. | |
| 4/8/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 18.59 |
| | | Taxi from Proskauer offices to hotel. | |

## Energy Future Holdings Corp:    April 1 – April 30, 2015

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 4/8/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 17.25 |
| | | Taxi from hotel to Proskauer offices. | |
| 4/9/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 55.00 |
| | | Taxi from Proskauer offices to Airport. | |
| 4/9/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 104.00 |
| | | Parking at ATL Airport. | |
| 4/30/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 32.00 |
| | | Parking at ATL Airport. | |
| 4/30/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 64.14 |
| | | Taxi from LGA Airport to meetings in New York. | |
| 4/30/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 49.84 |
| | | Taxi from meetings in NYC to LGA airport. | |
| | | **Total Ground Transportation:** | **$ 1,196.69** |
| | | | |
| 4/7/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 324.40 |
| | | Room rate and taxes - 1 night in New York. | |
| 4/8/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 324.40 |
| | | Room rate and taxes - 1 night in New York. | |
| 4/9/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 991.54 |
| | | Room rate and taxes - 2 nights in New York. | |
| 4/30/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 171.35 |
| | | Room rate and taxes - 1 night for early 6AM departure flight. | |
| | | **Total Hotel and Lodging:** | **$ 1,811.69** |
| | | | |
| 4/7/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  M. Cumbee | |
| 4/8/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 6.81 |
| | | Attendee:  M. Cumbee | |
| 4/8/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 27.60 |
| | | Attendee:  N. Luria | |
| 4/7/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 4/7/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 36.57 |
| | | Attendee:  R. Nowitz | |
| 4/8/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendees:  R. Nowitz | |
| 4/8/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 6.48 |
| | | Attendee:  R. Nowitz | |
| 4/9/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 11.23 |
| | | Attendee:  R. Nowitz | |
| 4/9/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 37.57 |
| | | Attendee:  R. Nowitz | |
| 4/30/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 11.87 |
| | | Attendee:  R. Nowitz | |
| | | **Total Out of Town Meals:** | **$ 258.13** |
| | | | |
| 4/7/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From home to airport. | |
| 4/9/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |

## Energy Future Holdings Corp:    April 1 – April 30, 2015

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| | | From airport to home. | |
| 4/30/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From home to airport. | |
| 4/30/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |
| | | From airport to home. | |
| | | Total USA - Mileage: | $ 69.44 |
| | | | $ 8,277.30 |

## Energy Future Holdings Corp – May 2015

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 5/13/2015 | Luria, Neil | AIR - Airfare | $ 531.10 |
| | | One-way economy class to EWR for meetings with counsel, EFH Disinterested Directors, and creditor constituents. | |
| 5/15/2015 | Luria, Neil | AIR - Airfare | $ 543.10 |
| | | One-way economy class from EWR for return trip from NYC. | |
| 5/14/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,100.20 |
| | | Roundtrip economy class LGA-ATL for meetings in New York with counsel, EFH Disinterested Directors, and creditor constituents. | |
| | | **Total Airfare:** | **$ 2,174.40** |
| 5/13/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car service from EWR to NYC for meetings. | |
| 5/14/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car to EWR following meetings in NYC. | |
| 5/14/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 79.28 |
| | | Car from Airport to Home following New York travel. | |
| 5/13/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 19.20 |
| | | Taxi from dinner to hotel in New York City. | |
| 5/13/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 61.54 |
| | | Taxi from Airport to Hotel in New York. | |
| 5/14/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
| | | Airport parking fee. | |
| 5/14/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 8.15 |
| | | Taxi from hotel to meeting in New York. | |
| | | **Total Ground Transportation:** | **$ 436.17** |
| 5/14/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night in New York. | |
| 5/14/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night in New York. | |
| | | **Total Hotel and Lodging:** | **$ 1,000.00** |
| 5/14/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 11.16 |
| | | Attendee:  N. Luria. | |
| 5/14/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 4.29 |
| | | Attendee:  N. Luria. | |
| 5/14/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 17.69 |
| | | Attendee:  N. Luria. | |
| 5/13/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 9.89 |
| | | Attendee:  R. Nowitz. | |
| 5/13/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz. | |
| 5/14/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz. | |
| | | **Total Out of Town Meals:** | **$ 123.03** |
| 5/14/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.36 |

## Energy Future Holdings Corp – May 2015

| Date | Person | Expense Code | | Fee |
|------|--------|--------------|---|-----|
| | | From home to airport. | | |
| 5/14/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 17.36 |
| | | From airport to home. | | |
| | | | Total USA - Mileage: | $ 34.72 |
| | | | | $ 3,768.32 |

**Energy Future Holdings Corp:    June 1 – June 30, 2015**

|                |           |
| -------------- | --------- |
| Total Expenses | $ 0.00    |

## Energy Future Holdings Corp – July 2015

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 7/9/2015 | Cumbee, Matthew | AIR - Airfare | $ 789.20 |
| | | Round-trip economy class ORD to LGA for Kirkland & Ellis meeting. | |
| 7/14/2015 | Cumbee, Matthew | AIR - Airfare | $ 198.10 |
| | | One- way economy class ORD to LGA for meetings with company advisors and creditors. | |
| 7/15/2015 | Cumbee, Matthew | AIR - Airfare | $ 265.10 |
| | | One-way economy class LGA to ORD for meetings with company advisors. | |
| 7/27/2015 | Cumbee, Matthew | AIR - Airfare | $ 975.10 |
| | | One-way economy class ORD to LGA for meetings with company advisors. | |
| 7/29/2015 | Cumbee, Matthew | AIR - Airfare | $ 465.10 |
| | | One-way economy class LGA to DFW for meetings with company advisors. | |
| 7/31/2015 | Cumbee, Matthew | AIR - Airfare | $ 318.10 |
| | | One-way economy class DFW to ORD for return flight. | |
| 7/9/2015 | Luria, Neil | AIR - Airfare | $ 1,096.20 |
| | | Round-trip economy class CLE to LGA for negotiation session. | |
| 7/27/2015 | Luria, Neil | AIR - Airfare | $ 673.10 |
| | | One-way economy class CLE to EWR for negotiation session. | |
| 7/29/2015 | Luria, Neil | AIR - Airfare | $ 917.10 |
| | | One-way economy class from EWR to DFW for board meeting. | |
| 7/31/2015 | Luria, Neil | AIR - Airfare | $ 836.20 |
| | | One-way economy class DFW to CLE for board meeting. | |
| 7/6/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,012.20 |
| | | Round-trip economy class ATL - LGA for creditor and company advisor sessions. | |
| 7/10/2015 | Nowitz, Raoul | AIR - Airfare | $ 741.50 |
| | | Economy class LGA to ORD to ATL for negotiation sessions. | |
| 7/15/2015 | Nowitz, Raoul | AIR - Airfare | $ 992.20 |
| | | One-way economy class ATL-LGA for meeting with Kirkland & Ellis. | |
| 7/26/2015 | Nowitz, Raoul | AIR - Airfare | $ 506.10 |
| | | One-way economy class ATL to LGA for negotiations with advisors. | |
| 7/29/2015 | Nowitz, Raoul | AIR - Airfare | $ 465.10 |
| | | One-way economy class LGA to DFW for board meeting and negotiations. | |
| 7/30/2015 | Nowitz, Raoul | AIR - Airfare | $ 331.10 |
| | | One-way economy class DFW to ATL for board meeting and negotiations. | |
| | | Total Airfare: | $ 10,581.50 |
| | | | |
| 7/8/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 49.82 |
| | | Taxi to ORD Airport. | |
| 7/9/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 44.81 |
| | | Taxi to LGA Airport. | |
| 7/9/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 50.00 |
| | | Taxi to home from Airport. | |

## Energy Future Holdings Corp – July 2015

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 7/9/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 46.01 |
| | | Taxi from LGA Airport to hotel. | |
| 7/14/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 50.00 |
| | | Taxi from LGA Airport to hotel. | |
| 7/14/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 48.86 |
| | | Taxi from home to ORD Airport. | |
| 7/15/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 45.41 |
| | | Taxi to LGA Airport. | |
| 7/15/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 48.54 |
| | | Taxi from ORD Airport to home. | |
| 7/27/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 48.06 |
| | | Taxi to ORD Airport. | |
| 7/27/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 47.21 |
| | | Taxi from LGA Airport to hotel. | |
| 7/27/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 11.30 |
| | | Taxi from meeting to hotel. | |
| 7/29/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 50.00 |
| | | Taxi from Manhattan to LGA Airport. | |
| 7/29/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 4.49 |
| | | Taxi to office in Dallas. | |
| 7/30/2015 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 4.00 |
| | | Taxi to office in Dallas. | |
| 7/9/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 49.79 |
| | | Taxi from LGA to Kirkland & Ellis office. | |
| 7/9/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 76.00 |
| | | Car from Kirkland & Ellis offices to LGA Airport. | |
| 7/26/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car to EWR Airport. | |
| 7/27/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 88.94 |
| | | Car to CLE Airport. | |
| 7/27/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car from EWR Airport to Proskauer's offices. | |
| 7/29/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 60.00 |
| | | Taxi from DFW Airport to Energy Plaza. | |
| 7/31/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 15.00 |
| | | Taxi in Dallas. | |
| 7/31/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 88.94 |
| | | Car from CLE Airport. | |
| 7/31/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 12.00 |
| | | Taxi to hotel. | |
| 7/31/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 60.00 |
| | | Taxi to DFW Airport from Energy Plaza. | |
| 7/6/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 51.14 |
| | | Taxi from Airport to hotel. | |
| 7/7/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
| | | Hartsfield Jax Atl Int'l Airport parking. | |
| 7/7/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 47.89 |
| | | Taxi from Kirkland & Ellis offices to Airport. | |
| 7/8/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 12.10 |
| | | Taxi in New York. | |

## Energy Future Holdings Corp – July 2015

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 7/8/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 52.44 |
| | | Taxi from Airport to Hotel. | |
| 7/10/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 52.00 |
| | | Hartsfield Jax Atl Int'l Airport parking. | |
| 7/15/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 49.84 |
| | | Taxi from EFH meeting in NY to LGA Airport. | |
| 7/15/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 50.49 |
| | | Taxi to EFH meeting. | |
| 7/15/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 32.00 |
| | | Hartsfield Jax Atl Int'l Airport parking. | |
| 7/27/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 56.99 |
| | | Taxi from airport to Kirkland & Ellis offices. | |
| 7/28/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 19.89 |
| | | Taxi to dinner in New York. | |
| 7/29/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 37.00 |
| | | Taxi from Energy Plaza to dinner/hotel. | |
| 7/29/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 49.84 |
| | | Taxi to LGA Airport. | |
| 7/31/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 176.00 |
| | | Hartsfield Jax Atl Int'l Airport parking. | |
| | | Total Ground Transportation: | $ 1,954.80 |
| 7/8/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 442.42 |
| | | Room rate and taxes - 1 night in New York. | |
| 7/15/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night in NY. | |
| 7/27/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 478.17 |
| | | Room rate and taxes - 1 night in NY. | |
| 7/28/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 478.17 |
| | | Room rate and taxes - 1 night in NY. | |
| 7/29/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 333.10 |
| | | Room rate and taxes - 1 night in Dallas. | |
| 7/30/2015 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 333.10 |
| | | Room rate and taxes - 1 night in Dallas. | |
| 7/27/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 1,000.00 |
| | | Room rate and taxes - 2 nights in NY. | |
| 7/30/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 350.00 |
| | | Room rate and taxes - 1 night in Dallas. | |
| 7/31/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 320.54 |
| | | Room rate and taxes - 1 night in Dallas. | |
| 7/7/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 335.13 |
| | | Room rate and taxes - 1 night in NY. | |
| 7/9/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 382.93 |
| | | Room rate and taxes - 1 night in NY. | |
| 7/28/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 1,000.00 |
| | | Room rate and taxes - 2 nights in NY. | |
| 7/29/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 350.00 |
| | | Room rate and taxes - 1 night in Dallas. | |
| 7/30/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 350.00 |
| | | Room rate and taxes - 1 night in Dallas. | |

## Energy Future Holdings Corp – July 2015

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| | | Total Hotel and Lodging: | **$ 6,653.56** |
| 7/8/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  M. Cumbee | |
| 7/9/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 18.49 |
| | | Attendee:  M. Cumbee | |
| 7/28/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 15.67 |
| | | Attendee:  M. Cumbee | |
| 7/29/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  M. Cumbee | |
| 7/29/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 10.26 |
| | | Attendee:  M. Cumbee | |
| 7/30/2015 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 36.79 |
| | | Attendee:  M. Cumbee | |
| 7/9/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 6.88 |
| | | Attendee:  N. Luria | |
| 7/27/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 6.88 |
| | | Attendee:  N. Luria | |
| 7/28/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 240.00 |
| | | Attendees:   Neil Luria, Mike Firestein, Mark Thomas, Peter Young, Raoul Nowitz and Matt Cumbee. | |
| 7/29/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  N. Luria | |
| 7/29/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 17.74 |
| | | Attendee:  N. Luria | |
| 7/31/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 8.12 |
| | | Attendee:  N. Luria | |
| 7/31/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 120.00 |
| | | Attendees:  R. Nowitz, M. Cumbee, N. Luria | |
| 7/6/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 7/7/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 28.63 |
| | | Attendee:  R. Nowitz | |
| 7/7/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 7/8/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 7/8/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 22.78 |
| | | Attendee:  R. Nowitz | |
| 7/9/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 13.29 |
| | | Attendee:  R. Nowitz | |
| 7/9/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 7/15/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 10.13 |
| | | Attendee:  R. Nowitz | |
| 7/16/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 16.75 |
| | | Attendee:  R. Nowitz | |
| 7/28/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 7/29/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 20.15 |

## Energy Future Holdings Corp – July 2015

| Date | Person | Expense Code | | Fee |
|------|--------|--------------|---|-----|
| | | Attendee:  R. Nowitz | | |
| 7/31/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 6.55 |
| | | Attendee:  R. Nowitz | | |
| | | | Total Out of Town Meals: | $ 919.11 |
| | | | | |
| 7/6/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 17.67 |
| | | From home to airport. | | |
| 7/7/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 17.67 |
| | | From airport to home. | | |
| 7/15/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 17.67 |
| | | From home to airport. | | |
| 7/15/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 17.67 |
| | | From airport to home. | | |
| 7/26/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 17.67 |
| | | From home to airport. | | |
| 7/30/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 17.67 |
| | | From airport to home. | | |
| | | | Total USA - Mileage: | $ 106.02 |
| | | | | |
| | | | | $ 20,214.99 |

## Energy Future Holdings Corp – August 2015

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 8/10/2015 | Luria, Neil | AIR - Airfare | $ 563.10 |
| | | One-way economy class to EWR for meeting with E-side UCC financial advisors | |
| 8/10/2015 | Luria, Neil | AIR - Airfare | $ 638.10 |
| | | One-way economy class to CLE following meeting with E-side UCC financial advisor | |
| 8/11/2015 | Nowitz, Raoul | AIR - Airfare | $ 1,002.20 |
| | | Round-trip economy class to LGA for meeting with E-side UCC financial advisor | |
| | | **Total Airfare:** | **$ 2,203.40** |
| | | | |
| 8/11/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car to EWR | |
| 8/11/2015 | Luria, Neil | GRTRAN - Ground Transportation | $ 36.00 |
| | | Parking at airport | |
| 8/5/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
| | | Hartsfield Jax Atl Int'l Airport parking | |
| 8/10/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 53.09 |
| | | NY Taxi | |
| 8/11/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 53.74 |
| | | NY Taxi | |
| | | **Total Ground Transportation:** | **$ 310.83** |
| | | | |
| 8/10/2015 | Luria, Neil | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night in New York. | |
| 8/11/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 426.93 |
| | | Room rate and taxes - 1 night in NY | |
| | | **Total Hotel and Lodging:** | **$ 926.93** |
| | | | |
| 8/10/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 80.00 |
| | | Attendees:  R. Nowitz, N. Luria | |
| 8/10/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 20.28 |
| | | Attendee:  N. Luria | |
| 8/11/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 6.50 |
| | | Attendee:  N. Luria | |
| 8/11/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 10.00 |
| | | Attendee:  N. Luria | |
| 8/11/2015 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  N. Luria | |
| 8/11/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 10.89 |
| | | Attendee:  R. Nowitz | |
| 8/11/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 19.13 |
| | | Attendee:  R. Nowitz | |
| | | **Total Out of Town Meals:** | **$ 186.80** |
| | | | |
| 8/10/2015 | Luria, Neil | MILES - USA - Mileage | $ 15.68 |
| | | From home to airport | |
| 8/11/2015 | Luria, Neil | MILES - USA - Mileage | $ 14.56 |

## Energy Future Holdings Corp - August

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| | | From airport to home | |
| 8/10/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.67 |
| | | From home to airport | |
| 8/11/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 17.67 |
| | | From airport to home | |
| | | Total USA - Mileage: | $ 65.58 |
| | | | $ 3,693.54 |

## Energy Future Holdings Corp – October 2015

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 10/15/2015 | Nowitz, Raoul | AIR - Airfare | $ 703.10 |
| | | Economy class From LAX to ATL for travel related to meeting with Proskauer | |
| 10/21/2015 | Nowitz, Raoul | AIR - Airfare | $ 537.35 |
| | | Round-trip, economy class ATL-LGA for meeting with Proskauer regarding deposition preparation. | |
| 10/21/2015 | Nowitz, Raoul | AIR - Airfare | $ 100.00 |
| | | Flight change fee associated with travel from LGA-ATL | |
| | | Total Airfare: | $ 1,340.45 |
| | | | |
| 10/16/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 70.00 |
| | | Rental car - 1 day | |
| 10/16/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 34.00 |
| | | Atlanta Hartsfield Jax Int'l Airport parking | |
| 10/19/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 40.69 |
| | | Taxi service | |
| 10/19/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 14.65 |
| | | Taxi service | |
| 10/21/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
| | | Hartsfield Jax Atl Int'l Airport parking | |
| 10/21/2015 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 60.89 |
| | | Taxi service | |
| | | Total Ground Transportation: | $ 288.23 |
| | | | |
| 10/19/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 254.81 |
| | | Room Rate and Taxes - 1 night in New York | |
| 10/20/2015 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 415.45 |
| | | Room Rate and Taxes - 1 night in New York | |
| | | Total Hotel and Lodging: | $ 670.26 |
| | | | |
| 10/19/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 10/19/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 23.40 |
| | | Attendee:  R. Nowitz | |
| 10/20/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 10/20/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 80.00 |
| | | Attendees:   R. Nowitz, M. Thomas (Proskauer) | |
| 10/20/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 20.52 |
| | | Attendee:  R. Nowitz | |
| 10/21/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 11.12 |
| | | Attendee:  R. Nowitz | |
| 10/21/2015 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| | | Total Out of Town Meals: | $ 255.04 |
| | | | |
| 10/19/2015 | Nowitz, Raoul | MILES - USA - Mileage | $ 8.84 |
| | | from home to airport | |

## Energy Future Holdings Corp – October 2015

| Date | Person | Expense Code | | Fee |
|------|--------|--------------|---|-----|
| 10/21/2015 | Nowitz, Raoul | MILES - USA - Mileage | | $ 8.84 |
| | | from airport to home | | |
| | | | Total USA - Mileage: | $ 17.68 |
| | | | | $ 2,571.66 |



ReadyNetworks
1603 Orrington Ave, Suite 1740
Evanston, IL  60201

(844)312-8324
invoices@readynetworks.com
http://www.readynetworks.com

# ReadyNetworks
## Invoice

| Date | Invoice # |
|------|-----------|
| 06/18/2015 | 3304 |
| Terms | Due Date |
| Due on receipt | 06/18/2015 |

| Bill To |
|---------|
| Paul Hogan
Solic Capital
1603 Orrington Avenue
Evanston, il  60201 USA |

| Date | Activity | Quantity | Rate | Amount |
|------|----------|----------|------|--------|
| 06/18/2015 | E-Mail Discovery and Review<br>"   Global search completed for all mailboxes and domains identified by Solic and Proskauer<br>"   Identified Solic individuals, attorneys and financial advisors identified per scope terms and flagged into separate .PST databases<br>"   Chain of custody documented<br>"   All Data secured and delivered with 448 Bit Encryption securely<br>"   Data Inventory sheet created identifying all EFH key scope search output<br>"   Work product for identified Solic users gathered and sorted by user.<br>"   Work product files 448-bit encrypted and delivered to Proskauer<br><br>Breakdown of Hours:<br><br>"   Preparation and requirements discussion:  2 Hours  - Sam Barhoumeh<br><br>"   E-Mail search criteria executed across all domains, users and identified terms per Proskauer requirements:  21 Hours - Sam Barhoumeh<br>"   Gathering and securing Solic Work product data - 8 Hours     Sam Barhoumeh<br>"   Data Inventory Sheet creation and data sorting - 5 Hours -  Sam Barhoumeh<br>"   Data prepared, encrypted and delivered:  3.5 Hours - Sam Barhoumeh<br>*    Second Gathering of Solic Work Product Data - 10 Hours - Sam Barhoumeh | 49.5 | 225.00 | 11,137.50 |

Thank You for your Business

| | Total | $11,137.50 |
|--|-------|-----------|

## Energy Future Holdings Corp – February 2016

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 2/2/2016 | Cumbee, Matthew | AIR - Airfare | $ 68.10 |
| | | Economy class, one-way from ORD to LGA for in-person Evercore meeting | |
| 2/3/2016 | Cumbee, Matthew | AIR - Airfare | $ 153.10 |
| | | Economy class, one-way from LGA to ORD for return flight. | |
| 2/12/2016 | Cumbee, Matthew | AIR - Airfare | $ 198.10 |
| | | Economy class, one-way from ORD to LGA for meeting at K&E with the DDA's | |
| 2/12/2016 | Cumbee, Matthew | AIR - Airfare | $ 1,078.10 |
| | | First class, one-way from JFK to ORD for return flight (no economy-class available at the time of booking.   Next available economy class, 5 hours later at similar pricing). | |
| 2/24/2016 | Cumbee, Matthew | AIR - Airfare | $ 386.20 |
| | | Economy class, round-trip DFW to ORD for meetings with EFH Management | |
| 2/29/2016 | Cumbee, Matthew | AIR - Airfare | $ 271.10 |
| | | Economy class, one-way from ORD to LGA for Evercore meetings | |
| 2/1/2016 | Luria, Neil | AIR - Airfare | $ 641.10 |
| | | Economy class, one-way from ORD to LGA for Evercore meetings | |
| 2/4/2016 | Luria, Neil | AIR - Airfare | $ 641.10 |
| | | Economy class, one-way from EWR to CLE for return flight from Evercore meeting and meeting with Greenhill on 2/3. | |
| 2/11/2016 | Luria, Neil | AIR - Airfare | $ 511.10 |
| | | Economy class, one-way from ORD to LGA for meeting at K&E with the DDA's | |
| 2/12/2016 | Luria, Neil | AIR - Airfare | $ 661.10 |
| | | Economy class, one-way from LGA to CLE for return flight | |
| 2/24/2016 | Luria, Neil | AIR - Airfare | $ 206.81 |
| | | Economy class, one-way to DFW for board meeting | |
| 2/26/2016 | Luria, Neil | AIR - Airfare | $ 622.00 |
| | | One-way from DFW to CLE for return flight (coach fare) | |
| 2/29/2016 | Luria, Neil | AIR - Airfare | $ 436.10 |
| | | Economy class, one-way from ORD to LGA for Evercore meetings | |
| 2/1/2016 | Nowitz, Raoul | AIR - Airfare | $ 433.85 |
| | | Economy class, one-way from ATL to LGA for Evercore meetings | |
| 2/23/2016 | Nowitz, Raoul | AIR - Airfare | $ 474.20 |
| | | Economy class, round-trip from ATL to DFW for board meeting and meetings with management. | |
| 2/29/2016 | Nowitz, Raoul | AIR - Airfare | $ 253.00 |
| | | Economy class from ORD to LGA for EFH meeting in New York | |
| | | Total Airfare: | $ 7,035.06 |
| 2/2/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 44.81 |
| | | Cab from LGA to hotel | |
| 2/2/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 30.80 |
| | | Cab to ORD Airport. | |
| 2/3/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 43.01 |

## Energy Future Holdings Corp – February 2016

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 2/3/2016 | Cumbee, Matthew | Cab to meeting<br>GRTRAN - Ground Transportation | $ 59.00 |
| 2/3/2016 | Cumbee, Matthew | Cab to home<br>GRTRAN - Ground Transportation | $ 3.30 |
| 2/12/2016 | Cumbee, Matthew | Cab to meeting<br>GRTRAN - Ground Transportation | $ 39.75 |
| 2/12/2016 | Cumbee, Matthew | Cab to meeting<br>GRTRAN - Ground Transportation | $ 66.00 |
| 2/12/2016 | Cumbee, Matthew | Cab to JFK Airport<br>GRTRAN - Ground Transportation | $ 41.10 |
| 2/12/2016 | Cumbee, Matthew | Cab to home<br>GRTRAN - Ground Transportation | $ 30.22 |
| 2/25/2016 | Cumbee, Matthew | Cab to ORD Airport<br>GRTRAN - Ground Transportation | $ 5.00 |
| 2/25/2016 | Cumbee, Matthew | Cab from meeting to hotel in Dallas<br>GRTRAN - Ground Transportation | $ 5.00 |
| 2/26/2016 | Cumbee, Matthew | Cab from meeting to hotel in Dallas<br>GRTRAN - Ground Transportation | $ 59.80 |
| 2/26/2016 | Cumbee, Matthew | Cab to home<br>GRTRAN - Ground Transportation | $ 27.85 |
| 2/26/2016 | Cumbee, Matthew | Cab from airport to meeting in Dallas<br>GRTRAN - Ground Transportation | $ 27.35 |
| 2/26/2016 | Cumbee, Matthew | Cab from meeting to airport in Dallas<br>GRTRAN - Ground Transportation | $ 5.00 |
| 2/26/2016 | Cumbee, Matthew | Cab from hotel to meeting<br>GRTRAN - Ground Transportation | $ 7.94 |
| 2/26/2016 | Cumbee, Matthew | Cab from hotel to meeting<br>GRTRAN - Ground Transportation | $ 30.29 |
| 2/29/2016 | Cumbee, Matthew | Cab to from airport to home<br>GRTRAN - Ground Transportation | $ 56.10 |
| 2/29/2016 | Cumbee, Matthew | Cab to ORD airport<br>GRTRAN - Ground Transportation | $ 36.96 |
| 2/1/2016 | Luria, Neil | Cab from LGA airport to hotel<br>GRTRAN - Ground Transportation | $ 100.00 |
| 2/1/2016 | Luria, Neil | Car service from EWR to mid-town in NY<br>GRTRAN - Ground Transportation | $ 75.00 |
| 2/12/2016 | Luria, Neil | Car service from home to airport in Cleveland (CLE)<br>GRTRAN - Ground Transportation | $ 75.00 |
| 2/19/2016 | Luria, Neil | From airport to home in Cleveland<br>GRTRAN - Ground Transportation | $ 63.44 |
| 2/24/2016 | Luria, Neil | Car to LGA Airport<br>GRTRAN - Ground Transportation | $ 20.00 |
| 2/24/2016 | Luria, Neil | Cab in Dallas<br>GRTRAN - Ground Transportation | $ 54.54 |
| 2/24/2016 | Luria, Neil | Cab from DFW airport to hotel<br>GRTRAN - Ground Transportation | $ 5.00 |
| 2/25/2016 | Luria, Neil | Cab in Dallas<br>GRTRAN - Ground Transportation | $ 16.00 |
| 2/26/2016 | Luria, Neil | Cab following dinner in Dallas<br>GRTRAN - Ground Transportation | $ 75.00 |

## Energy Future Holdings Corp – February 2016

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 2/29/2016 | Luria, Neil | Car from CLE airport to home<br>GRTRAN - Ground Transportation | $ 75.00 |
| 2/29/2016 | Luria, Neil | Car to airport in Chicago<br>GRTRAN - Ground Transportation | $ 65.00 |
| 2/2/2016 | Nowitz, Raoul | Car from LGA to Hotel<br>GRTRAN - Ground Transportation | $ 48.54 |
| 2/2/2016 | Nowitz, Raoul | Cab from EFH airport to hotel<br>GRTRAN - Ground Transportation | $ 12.09 |
| 2/3/2016 | Nowitz, Raoul | Cab to meeting<br>GRTRAN - Ground Transportation | $ 12.09 |
| 2/5/2016 | Nowitz, Raoul | Cab after EFH meeting<br>GRTRAN - Ground Transportation | $ 88.00 |
| 2/24/2016 | Nowitz, Raoul | Parking Fees at Atlanta Hartsfield Intl Airport<br>GRTRAN - Ground Transportation | $ 52.45 |
| 2/26/2016 | Nowitz, Raoul | Car from airport to hotel in Dallas<br>GRTRAN - Ground Transportation | $ 104.00 |
| 2/26/2016 | Nowitz, Raoul | Parking fees at Atlanta Hartsfield Jax Int'l airport<br>GRTRAN - Ground Transportation | $ 60.00 |
| 2/29/2016 | Nowitz, Raoul | Cab to airport for R. Nowitz & N. Luria<br>GRTRAN - Ground Transportation | $ 41.67 |
| | | Taxi from airport to hotel in NY | |
| | | **Total Ground Transportation:** | **$ 1,662.10** |
| 2/3/2016 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 426.93 |
| 2/3/2016 | Luria, Neil | Room Rate and Taxes - 1 night in New York<br>HOTEL - Hotel and Lodging | $ 900.76 |
| 2/12/2016 | Luria, Neil | Room Rate and Taxes - 2 nights in NYC<br>HOTEL - Hotel and Lodging | $ 500.00 |
| 2/25/2016 | Luria, Neil | Room Rate and Taxes - 1 night in NYC<br>HOTEL - Hotel and Lodging | $ 700.00 |
| 2/4/2016 | Nowitz, Raoul | Room Rate and Taxes - 2 nights in Dallas<br>HOTEL - Hotel and Lodging | $ 566.98 |
| 2/26/2016 | Nowitz, Raoul | Room Rate and Taxes - 2 night in NYC<br>HOTEL - Hotel and Lodging | $ 350.00 |
| | | Room Rate and Taxes - 1 night in Dallas | |
| | | **Total Hotel and Lodging:** | **$ 3,444.67** |
| 2/2/2016 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 40.00 |
| 2/2/2016 | Cumbee, Matthew | Attendee:  M. Cumbee<br>MEALS - Out of Town Meals | $ 9.20 |
| 2/3/2016 | Cumbee, Matthew | Attendee:  M. Cumbee<br>MEALS - Out of Town Meals | $ 13.28 |
| 2/3/2016 | Cumbee, Matthew | Attendee:  M. Cumbee<br>MEALS - Out of Town Meals | $ 8.73 |
| 2/3/2016 | Cumbee, Matthew | Attendee:  M. Cumbee<br>MEALS - Out of Town Meals | $ 8.74 |
| 2/12/2016 | Cumbee, Matthew | Attendee:  M. Cumbee<br>MEALS - Out of Town Meals | $ 9.20 |
| | | Attendee:  M. Cumbee | |

## Energy Future Holdings Corp – February 2016

| Date | Person | Expense Code | Fee |
|---|---|---|---|
| 2/25/2016 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 9.15 |
| | | Attendee:  M. Cumbee | |
| 2/25/2016 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 10.48 |
| | | Attendee:  M. Cumbee | |
| 2/26/2016 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 8.68 |
| | | Attendee:  M. Cumbee | |
| 2/29/2016 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 8.36 |
| | | Attendee:  M. Cumbee | |
| 2/1/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 10.56 |
| | | Attendee:  N. Luria | |
| 2/2/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  N. Luria | |
| 2/2/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 6.53 |
| | | Attendee:  N. Luria | |
| 2/3/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 6.08 |
| | | Attendee:  N. Luria | |
| 2/11/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 6.50 |
| | | Attendee:  N. Luria | |
| 2/24/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 6.68 |
| | | Attendee:  N. Luria | |
| 2/24/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 19.24 |
| | | Attendee:  N. Luria | |
| 2/25/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 2.37 |
| | | Attendee:  N. Luria | |
| 2/26/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 6.45 |
| | | Attendee:  N. Luria | |
| 2/2/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 13.83 |
| | | Attendee:  R. Nowitz | |
| 2/3/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 2/4/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 33.91 |
| | | Attendee:  R. Nowitz | |
| 2/4/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 12.91 |
| | | Attendee:  R. Nowitz | |
| 2/24/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 23.32 |
| | | Attendee:  R. Nowitz | |
| 2/25/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 2/25/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 4.00 |
| | | Attendee:  R. Nowitz | |
| 2/26/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 8.95 |
| | | Attendee:  R. Nowitz | |
| 2/29/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 16.70 |
| | | Attendee:  R. Nowitz | |

|  |  | Total Out of Town Meals: | $ 423.85 |
|---|---|---|---|
| 2/24/2016 | Luria, Neil | LIT - Outside Litigation Support | $ 21.00 |
| | | Printing of documents at hotel | |

## Energy Future Holdings Corp – February 2016

| Date | Person | Expense Code | | Fee |
|------|--------|--------------|--|-----|
| | | | Total Outside Litigation Support: | $ 21.00 |
| 2/3/2016 | Nowitz, Raoul | MILES - USA - Mileage from airport to home | | $ 16.74 |
| 2/23/2016 | Nowitz, Raoul | MILES - USA - Mileage from home to airport | | $ 16.74 |
| 2/25/2016 | Nowitz, Raoul | MILES - USA - Mileage from airport to home | | $ 16.74 |
| 2/29/2016 | Nowitz, Raoul | MILES - USA - Mileage from home to airport | | $ 16.74 |
| | | | Total USA - Mileage: | $ 66.96 |
| | | | | $ 12,653.64 |

## Energy Future Holdings Corp – March 2016

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 3/1/2016 | Cumbee, Matthew | AIR - Airfare | $ 193.10 |
| | | One-way economy class from LGA to ORD for return flight for Evercore Meetings (*note: the first leg was billed in February). | |
| 3/2/2016 | Luria, Neil | AIR - Airfare | $ 607.10 |
| | | One-way economy class from EWR to MCO for return flight after Evercore Meetings | |
| 3/9/2016 | Luria, Neil | AIR - Airfare | $ 309.10 |
| | | One-way economy class from MCO to EWR for meetings at K&E | |
| 3/10/2016 | Luria, Neil | AIR - Airfare | $ 566.10 |
| | | One-way economy class from EWR to CLE for return flight after meetings at K&E | |
| 3/2/2016 | Nowitz, Raoul | AIR - Airfare | $ 563.10 |
| | | One-way economy class from LGA to ATL for return flight from Evercore Meetings | |
| 3/9/2016 | Nowitz, Raoul | AIR - Airfare | $ 1,126.20 |
| | | Round-trip economy class from ATL to LGA for Plan B DDA meetings | |
| | | **Total Airfare:** | **$ 3,364.70** |
| | | | |
| 3/1/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 11.75 |
| | | Taxi from hotel to meeting | |
| 3/1/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 67.72 |
| | | Taxi from hotel to LGA | |
| 3/1/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 30.15 |
| | | Taxi from hotel to home | |
| 3/1/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car Service to Newark Airport. | |
| 3/1/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 12.00 |
| | | Taxi to Proskauer | |
| 3/9/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car Service from EWR to Proskauer | |
| 3/10/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 92.98 |
| | | Car Service to CLE | |
| 3/10/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car service to EWR | |
| 3/1/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 23.46 |
| | | Taxi from Proskauer to Evercore | |
| 3/1/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 14.04 |
| | | Taxi to Proskauer offices from hotel | |
| 3/2/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 49.84 |
| | | Taxi from hotel to airport | |
| 3/2/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 104.00 |
| | | Hartsfield Jax Atl Int'l Airport parking | |
| 3/9/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 32.00 |
| | | Hartsfield Jax Atl Int'l Airport parking | |
| 3/9/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 59.59 |
| | | Taxi from K&E to airport | |
| 3/10/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 46.54 |
| | | Taxi to Proskauer from airport | |
| | | **Total Ground Transportation:** | **$ 844.07** |

## Energy Future Holdings Corp – March 2016

| Date | Person | Expense Code | Fee |
|------|--------|-------------|-----|
| 3/2/2016 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 714.38 |
| | | Room rate and taxes - 2 nights in New York | |
| 3/1/2016 | Luria, Neil | HOTEL - Hotel and Lodging | $ 475.98 |
| | | Room rate and taxes - 1 night in New York | |
| 3/10/2016 | Luria, Neil | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night in New York | |
| 3/2/2016 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 670.26 |
| | | Room rate and taxes - 2 nights in New York | |
| | | Total Hotel and Lodging: | $ 2,360.62 |
| | | | |
| 3/1/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 12.79 |
| | | Attendee(s): N. Luria | |
| 3/1/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee(s): N. Luria | |
| 3/9/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 8.80 |
| | | Attendee(s): N. Luria | |
| 3/10/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee(s): N. Luria | |
| 3/1/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee(s): R. Nowitz | |
| 3/1/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 34.55 |
| | | Attendee(s): R. Nowitz, N. Luria, M. Cumbee | |
| 3/2/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 12.68 |
| | | Attendee(s): R. Nowitz | |
| 3/2/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 5.99 |
| | | Attendee(s): R. Nowitz | |
| 3/9/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 13.50 |
| | | Attendee(s): R. Nowitz | |
| 3/9/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee(s): R. Nowitz | |
| 3/9/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 17.51 |
| | | Attendee(s): R. Nowitz | |
| | | Total Out of Town Meals: | $ 265.82 |
| | | | |
| 3/2/2016 | Nowitz, Raoul | MILES - USA - Mileage | $ 16.74 |
| | | from airport to home | |
| 3/9/2016 | Nowitz, Raoul | MILES - USA - Mileage | $ 16.74 |
| | | from home to airport | |
| 3/10/2016 | Nowitz, Raoul | MILES - USA - Mileage | $ 16.74 |
| | | from airport to home | |
| | | Total USA - Mileage: | $ 50.22 |
| | | | |
| | | | $ 6,885.43 |

## Energy Future Holdings Corp – April 2016

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 4/13/2016 | Hagood, Gregory | AIR - Airfare | $ 259.98 |
| | | One-way, economy class ATL - LGA for Evercore Meeting | |
| 4/12/2016 | Luria, Neil | AIR - Airfare | $ 436.10 |
| | | One-way, economy class from ORD to LGA for meetings with Evercore. | |
| 4/14/2016 | Luria, Neil | AIR - Airfare | $ 609.10 |
| | | One-way, economy class from EWR to MCO following Evercore meetings in NY. | |
| 4/13/2016 | Nowitz, Raoul | AIR - Airfare | $ 718.10 |
| | | One-way, economy class from ATL to LGA for Evercore meetings | |
| 4/14/2016 | Nowitz, Raoul | AIR - Airfare | $ 568.10 |
| | | One-way, economy class from LGA to ATL for return flight. | |
| | | Total Airfare: | $ 2,591.38 |
| | | | |
| 4/13/2016 | Hagood, Gregory | GRTRAN - Ground Transportation | $ 16.00 |
| | | Hartsfield Jax Atl Int'l Airport parking | |
| 4/13/2016 | Hagood, Gregory | GRTRAN - Ground Transportation | $ 11.44 |
| | | Taxi to Evercore meeting | |
| 4/13/2016 | Hagood, Gregory | GRTRAN - Ground Transportation | $ 41.21 |
| | | Taxi from airport to meeting | |
| 4/13/2016 | Hagood, Gregory | GRTRAN - Ground Transportation | $ 43.54 |
| | | From Evercore meeting to airport | |
| 4/12/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 68.15 |
| | | Car to midtown from LGA | |
| 4/14/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car to EWR | |
| 4/13/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 14.30 |
| | | Taxi from dinner to hotel | |
| 4/13/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 24.10 |
| | | Taxi to dinner | |
| 4/13/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 53.74 |
| | | Taxi to hotel from airport | |
| 4/13/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 51.79 |
| | | Taxi to airport | |
| 4/14/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
| | | Hartsfield Jax Atl Int'l Airport parking | |
| | | Total Ground Transportation: | $ 492.27 |
| | | | |
| 4/12/2016 | Luria, Neil | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night in NY | |
| 4/13/2016 | Luria, Neil | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night in NY | |
| 4/14/2016 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 426.93 |
| | | Room rate and taxes - 1 night in NY | |
| | | Total Hotel and Lodging: | $ 1,426.93 |
| | | | |
| 4/12/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  Neil Luria | |
| 4/13/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 10.50 |

# Energy Future Holdings Corp – April 2016

| Date | Person | Expense Code | | Fee |
|------|--------|--------------|---|-----|
| | | Attendee:  Neil Luria | | |
| 4/13/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 15.78 |
| | | Attendee:   Raoul Nowitz | | |
| 4/14/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 12.68 |
| | | Attendee:   Raoul Nowitz | | |
| | | | Total Out of Town Meals: | $ 78.96 |
| | | | | |
| 4/13/2016 | Hagood, Gregory | MILES - USA - Mileage | | $ 11.34 |
| | | from home to airport | | |
| 4/13/2016 | Nowitz, Raoul | MILES - USA - Mileage | | $ 16.74 |
| | | from home to airport | | |
| 4/14/2016 | Nowitz, Raoul | MILES - USA - Mileage | | $ 16.74 |
| | | from airport to home | | |
| | | | Total USA - Mileage: | $ 44.82 |
| | | | | |
| | | | | $ 4,634.36 |

## Energy Future Holdings Corp – May 2016

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 5/4/2016 | Cumbee, Matthew | AIR - Airfare | $ 750.20 |
| | | Round trip, economy class ORD to DFW for EFH Board Meeting | |
| 5/16/2016 | Cumbee, Matthew | AIR - Airfare | $ 237.10 |
| | | One-way, economy class LGA to ORD for return trip from Evercore meeting | |
| 5/16/2016 | Cumbee, Matthew | AIR - Airfare | $ 431.10 |
| | | One-way, economy class ORD to EWR for Evercore Meeting | |
| 5/3/2016 | Luria, Neil | AIR - Airfare | $ 1,075.76 |
| | | One-way, economy class from MCO to DFW for EFH board meeting | |
| 5/4/2016 | Luria, Neil | AIR - Airfare | $ 222.09 |
| | | One-way, economy class DFW to LAX for return trip from board meeting in Dallas | |
| 5/15/2016 | Luria, Neil | AIR - Airfare | $ 661.10 |
| | | One-way, economy class CLE to LGA for Evercore Meeting | |
| 5/4/2016 | Nowitz, Raoul | AIR - Airfare | $ 506.20 |
| | | Round-trip, economy class ATL - DFW for EFH Board Meeting | |
| 5/16/2016 | Nowitz, Raoul | AIR - Airfare | $ 1,122.20 |
| | | Roundtrip, economy class ATL to LGA for Evercore meeting | |
| | | Total Airfare: | $ 5,005.75 |
| | | | |
| 5/3/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 57.20 |
| | | Cab to ORD Airport | |
| 5/3/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 10.00 |
| | | Cab to hotel in Dallas | |
| 5/4/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 62.30 |
| | | Cab from airport to home | |
| 5/4/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 5.00 |
| | | Cab from hotel to meeting | |
| 5/16/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 67.04 |
| | | Cab from hotel to LGA Airport | |
| 5/16/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 13.80 |
| | | Cab to Evercore meeting in NY | |
| 5/16/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 60.00 |
| | | Cab from home to ORD Airport | |
| 5/16/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 61.40 |
| | | Cab from ORD Airport to home | |
| 5/3/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 69.60 |
| | | Cab from DFW Airport to Energy Plaza | |
| 5/4/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 11.00 |
| | | Cab to Energy Plaza in Dallas | |
| 5/4/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 47.90 |
| | | Cab to hotel in Dallas | |
| 5/15/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 92.98 |
| | | Car service to CLE Airport | |
| 5/15/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 49.99 |
| | | Car service from LGA to mid-town. | |
| 5/17/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 100.00 |
| | | Car service to EWR Airport | |
| 5/3/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 15.00 |

# Energy Future Holdings Corp – May 2016

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| | | Cab to hotel in Dallas | |
| 5/4/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 69.30 |
| | | Cab from airport to home | |
| 5/16/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 41.60 |
| | | Cab to meeting Evercore meeting | |
| 5/16/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 32.00 |
| | | Parking fees at ATL Airport | |
| | | Total Ground Transportation: | $ 866.11 |
| | | | |
| 5/3/2016 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 350.00 |
| | | Room rate and taxes - 1 night in Dallas | |
| 5/4/2016 | Luria, Neil | HOTEL - Hotel and Lodging | $ 350.00 |
| | | Room rate and taxes - 1 night in Dallas | |
| 5/15/2016 | Luria, Neil | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night in New York | |
| 5/16/2016 | Luria, Neil | HOTEL - Hotel and Lodging | $ 500.00 |
| | | Room rate and taxes - 1 night in New York | |
| 5/4/2016 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 350.00 |
| | | Room rate and taxes - 1 night in Dallas | |
| | | Total Hotel and Lodging: | $ 2,050.00 |
| | | | |
| 5/3/2016 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 9.90 |
| | | Attendee(s):  M. Cumbee | |
| 5/3/2016 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee(s):  M. Cumbee | |
| 5/4/2016 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 6.06 |
| | | Attendee(s):  M. Cumbee | |
| 5/16/2016 | Cumbee, Matthew | MEALS - Out of Town Meals | $ 14.02 |
| | | Attendee(s):  M. Cumbee | |
| 5/3/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee(s):  N. Luria | |
| 5/4/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 13.25 |
| | | Attendee(s):  N. Luria | |
| 5/16/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee(s):  N. Luria | |
| 5/16/2016 | Luria, Neil | MEALS - Out of Town Meals | $ 13.01 |
| | | Attendee(s):  N. Luria | |
| 5/3/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 10.78 |
| | | Attendee(s):  R. Nowitz | |
| 5/3/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 80.00 |
| | | Attendee(s):  R. Nowitz, N. Luria | |
| 5/4/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 19.82 |
| | | Attendee(s):  R. Nowitz | |
| 5/4/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee(s):  R. Nowitz | |
| 5/16/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 20.93 |
| | | Attendee(s):  R. Nowitz | |
| 5/16/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 9.80 |
| | | Attendee(s):  R. Nowitz | |

## Energy Future Holdings Corp – May 2016

| Date | Person | Expense Code | | Fee |
|---|---|---|---|---|
| 5/16/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 18.95 |
| | | Attendee(s):  R. Nowitz | | |
| 5/16/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | | $ 40.00 |
| | | Attendee(s):  R. Nowitz | | |
| | | | Total Out of Town Meals: | $ 416.52 |
| | | | | |
| 5/3/2016 | Nowitz, Raoul | MILES - USA - Mileage | | $ 16.74 |
| | | Mileage to ATL Airport | | |
| 5/16/2016 | Nowitz, Raoul | MILES - USA - Mileage | | $ 33.48 |
| | | Mileage to/from ATL Airport | | |
| | | | Total USA - Mileage: | $ 50.22 |
| | | | | $ 8,388.60 |

## Energy Future Holdings Corp – June 2016

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 6/1/2016 | Cumbee, Matthew | AIR - Airfare | $ 149.10 |
| | | One-way, economy class from ORD to LGA for meetings with select creditor advisers | |
| 6/1/2016 | Cumbee, Matthew | AIR - Airfare | $ 0.00 |
| | | Extra leg room ORD to LGA | |
| 6/2/2016 | Cumbee, Matthew | AIR - Airfare | $ 149.10 |
| | | One-way, economy class from LGA to ORD for return trip | |
| 6/2/2016 | Cumbee, Matthew | AIR - Airfare | $ 0.00 |
| | | LGA to ORD Main Cabin | |
| 6/2/2016 | Nowitz, Raoul | AIR - Airfare | $ 1,103.20 |
| | | Round-trip, economy class from ATL-LGA for meetings with select creditor advisers | |
| | | Total Airfare: | $ 1,401.40 |
| | | | |
| 6/1/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 49.59 |
| | | Cab to hotel | |
| 6/1/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 60.00 |
| | | Cab to ORD | |
| 6/2/2016 | Cumbee, Matthew | GRTRAN - Ground Transportation | $ 43.28 |
| | | Cab to home | |
| 6/1/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 10.75 |
| | | Taxi  from dinner | |
| 6/1/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 65.44 |
| | | Taxi from airport | |
| 6/1/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 19.24 |
| | | Taxi to dinner | |
| 6/2/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
| | | Hartsfield Jacksonville Atlanta Int'l Airport parking | |
| | | Total Ground Transportation: | $ 316.30 |
| | | | |
| 6/2/2016 | Cumbee, Matthew | HOTEL - Hotel and Lodging | $ 346.83 |
| | | Room rate and taxes - 1 night in New York | |
| 6/2/2016 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 484.06 |
| | | Room rate and taxes - 1 night in New York | |
| | | Total Hotel and Lodging: | $ 830.89 |
| | | | |
| 6/1/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 21.32 |
| | | Attendee:  R. Nowitz | |
| 6/1/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 6/1/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 6/1/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 37.43 |
| | | Attendee:  R. Nowitz | |
| 6/2/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee:  R. Nowitz | |
| 6/2/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 0.00 |
| | | Attendee:  R. Nowitz | |

## Energy Future Holdings Corp – June 2016

| Date | Person | Expense Code | | Fee |
|------|--------|-------------|--|-----|
| | | | Total Out of Town Meals: | $ 178.75 |
| 6/2/2016 | Nowitz, Raoul | MILES - USA - Mileage from home to airport | | $ 16.74 |
| 6/2/2016 | Nowitz, Raoul | MILES - USA - Mileage from airport to home | | $ 16.74 |
| | | | Total USA - Mileage: | $ 33.48 |
| | | | | $ 2,760.82 |

## Energy Future Holdings Corp – November 2016

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 11/7/2016 | Luria, Neil | AIR - Airfare | $ 437.10 |
| | | One-way, economy class to LGA for Evercore meeting | |
| 11/9/2016 | Luria, Neil | AIR - Airfare | $ 626.10 |
| | | One-way, economy class to CLE for return trip | |
| 11/8/2016 | Nowitz, Raoul | AIR - Airfare | $ 568.10 |
| | | One-way, economy class to LGA for Evercore meeting | |
| 11/9/2016 | Nowitz, Raoul | AIR - Airfare | $ 248.10 |
| | | One-way, economy class to ATL for return trip | |
| | | Total Airfare: | $ 1,879.40 |
| | | | |
| 11/9/2016 | Luria, Neil | GRTRAN - Ground Transportation | $ 92.98 |
| | | Cab to home | |
| 11/8/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 23.79 |
| | | Cab to dinner | |
| 11/8/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 52.44 |
| | | Cab to Evercore meeting | |
| 11/8/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 31.59 |
| | | Cab to hotel | |
| 11/9/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 17.25 |
| | | Cab to Penn Station | |
| 11/9/2016 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
| | | Parking ATL | |
| | | Total Ground Transportation: | $ 286.05 |
| | | | |
| 11/9/2016 | Luria, Neil | HOTEL - Hotel and Lodging | $ 1,000.00 |
| | | Room rate and taxes - 2 nights in NY | |
| 11/9/2016 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 477.81 |
| | | Room rate and taxes - 1 night in NY | |
| | | Total Hotel and Lodging: | $ 1,477.81 |
| | | | |
| 11/8/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee(s):  R. Nowitz | |
| 11/8/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 13.89 |
| | | Attendee(s): R. Nowitz | |
| 11/10/2016 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 11.46 |
| | | Attendee(s): R. Nowitz | |
| | | Total Out of Town Meals: | $ 65.35 |
| | | | |
| 11/9/2016 | Nowitz, Raoul | MILES - USA - Mileage | $ 16.74 |
| | | from home to airport | |
| 11/10/2016 | Nowitz, Raoul | MILES - USA - Mileage | $ 16.74 |
| | | from airport to home | |
| | | Total USA - Mileage: | $ 33.48 |
| | | | |
| | | | $ 3,742.09 |

## Energy Future Holdings Corp – May 2017

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 5/24/2017 | Nowitz, Raoul | AIR - Airfare | $ 603.40 |
| | | Round-trip, economy class from ATL to LGA for meeting with Evercore | |
| | | Total Airfare: | **$ 603.40** |
| | | | |
| 5/24/2017 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 68.00 |
| | | Hartsfield Jax Atl Int'l Airport parking | |
| 5/24/2017 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 22.49 |
| | | Taxi from hotel to dinner | |
| 5/24/2017 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 52.73 |
| | | Taxi from LGA airport to hotel | |
| 5/25/2017 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 45.00 |
| | | Car service post meeting to LGA airport | |
| 5/25/2017 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 11.40 |
| | | Taxi from hotel to dinner | |
| 5/25/2017 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 17.25 |
| | | Taxi from dinner to hotel | |
| | | Total Ground Transportation: | **$ 216.87** |
| | | | |
| 5/25/2017 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 323.65 |
| | | Room rate and taxes - 1 night | |
| | | Total Hotel and Lodging: | **$ 323.65** |
| | | | |
| 5/24/2017 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 40.00 |
| | | Attendee(s):   R. Nowitz | |
| | | Total Out of Town Meals: | **$ 40.00** |
| | | | |
| 5/24/2017 | Nowitz, Raoul | MILES - USA - Mileage | $ 16.74 |
| | | From home to airport | |
| 5/25/2017 | Nowitz, Raoul | MILES - USA - Mileage | $ 16.74 |
| | | From airport to home | |
| | | Total USA - Mileage: | **$ 33.48** |
| | | | **$ 1,217.40** |

## Energy Future Holdings Corp - October 2017

| Date | Person | Expense Code | Fee |
|------|--------|--------------|-----|
| 10/6/2017 | Nowitz, Raoul | AIR - Airfare | $ 784.40 |
| | | Round-trip, economy class ATL to LGA for meeting with Evercore | |
| | | Total Airfare: | $ 784.40 |
| | | | |
| 10/6/2017 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 72.00 |
| | | Airport parking | |
| 10/6/2017 | Nowitz, Raoul | GRTRAN - Ground Transportation | $ 54.03 |
| | | Taxi from meeting with Evercore to Airport | |
| | | Total Ground Transportation: | $ 126.03 |
| | | | |
| 10/6/2017 | Nowitz, Raoul | HOTEL - Hotel and Lodging | $ 434.09 |
| | | Room rate and taxes - 1 night | |
| | | Total Hotel and Lodging: | $ 434.09 |
| | | | |
| 10/5/2017 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 21.98 |
| | | Attendee(s):  R. Nowitz | |
| 10/7/2017 | Nowitz, Raoul | MEALS - Out of Town Meals | $ 13.33 |
| | | Attendee(s):  R. Nowitz | |
| | | Total Out of Town Meals: | $ 35.31 |
| | | | |
| 10/5/2017 | Nowitz, Raoul | MILES - USA - Mileage | $ 16.74 |
| | | from home to airport | |
| 10/6/2017 | Nowitz, Raoul | MILES - USA - Mileage | $ 16.74 |
| | | from airport to home | |
| | | Total USA - Mileage: | $ 33.48 |
| | | | |
| | | | $ 1,413.31 |

## **Exhibit H**

[List of Professionals by Matter]

## SOLIC Capital Advisors, LLC
## Energy Future Holdings Corp.
## List of Professionals by Matter
## Exhibit - H

| Matter | Brown, Chris | Casas, Edward | Casas, Jeff | Cumbee, Matthew | Hagood, Greg | Hogan, Paul | Kennedy, Christopher | Kiessig, Christopher | Koutsonicolis, George | Kraemer, John | Luria, Neil | Nowitz, Raoul | Oriti, Joseph | Parker, Hayes | Totals |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 700 | | 2.5 | | 208 | | | | | 3 | | 127.5 | 183 | 4.5 | | 528.5 |
| 705 | | 1.5 | | 365.2 | | | | 10 | 6.3 | | 470.7 | 1086.7 | | 4.2 | 1944.6 |
| 710 | | | | 119.5 | | | | | 32 | | | 150.5 | | | 302 |
| 711 | | | | | | | | | | | | 6.5 | | | 6.5 |
| 715 | | 0.5 | | 20 | | | | | | | 12 | 38.5 | | | 71 |
| 718 | | | | 192.5 | 1 | | | | 14.5 | | 149.3 | 297.1 | 2 | | 656.4 |
| 720 | | | | 10 | | | | | 3.5 | | | 8 | | | 21.5 |
| 725 | | | 11 | 694.4 | | | 3.5 | | 17 | 1 | 47 | 1314.4 | 21.5 | 4.2 | 2114 |
| 729 | | | | 20.5 | | | | | | | 105 | 93 | | | 218.5 |
| 730 | | | | 12.5 | | | | | | | 2 | 120 | 3 | | 137.5 |
| 738 | | 1 | | 265.2 | | | | | | | 114 | 339 | | 21 | 740.2 |
| 749 | | | | 84.6 | | | | | | | 6.2 | 117.5 | | | 208.3 |
| 750 | | | | 117.5 | | | | | | | 153.5 | 174.5 | | | 445.5 |
| 760 | | | | 6 | | | | | | | 37 | 40.5 | | | 83.5 |
| 765 | 3.5 | 2 | | 168.5 | | | | | 23 | 11 | 6 | 141.5 | 24.5 | 6.5 | 386.5 |
| 795 | | 1 | | 14.8 | | 86.6 | | | | | 12.1 | 73.4 | | | 187.9 |
| Totals | 3.5 | 8.5 | 11 | 2299.2 | 1 | 86.6 | 3.5 | 10 | 67.3 | 12 | 1274.3 | 4184.1 | 55.5 | 35.9 | 8052.4 |

700 - Bidding Procedures Review & Bid Review
705 - Plan Development and Testimony Review & Analysis
710 - Bid Review 2016
711 - Retention Revision Matter
715 - Tax Reviews
718 - Meeting with counsel and with other constituents
720 - Financing Proposal Review
725 - Dataroom and Diligence Materials Review

729 - EFH Board Meeting Attendance
730 - Project Management and Support
738 - Intercompany Transfers Review
749 - Financial Analysis Related to Potential Conflict Matters
750 - Travel Time
760 - Meetings with Disinterested Directors
765 - Presentation Development
795 - Fee Applications/Retention Applications

**<u>Exhibit I</u>**

[Detailed Time Records]

# Energy Future Holdings Corp – December 2014

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 12/18/2014 | Luria, Neil | 795 - Fee Applications/Retention | 2.50 |
| | | Attention to drafting and revising retention documentation; Discussion with Proskauer re same. | |
| 12/18/2014 | Nowitz, Raoul | 795 - Fee Applications/Retention | 1.50 |
| | | Attention to development of engagement letter | |
| 12/18/2014 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Attention to review of bidding procedure orders, draft, modified bidding procedures, and related. | |
| 12/18/2014 | Oriti, Joseph | 700 - Bidding Procedures Review and Bid | 3.50 |
| | | Attention to docket filings regarding bidding procedures and objections. | |
| 12/19/2014 | Luria, Neil | 795 - Fee Applications/Retention | 1.50 |
| | | Attention to reviewing revisions to SOLIC retention agreement provided by Proskauer; attention to revising same. | |
| 12/19/2014 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 1.50 |
| | | Attention to review of Bid Procedures motion and associated exhibits. | |
| 12/19/2014 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to review of bidding procedure orders, draft, modified bidding procedures, and related. | |
| 12/19/2014 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of dataroom for review of transcripts and key information. | |
| 12/19/2014 | Oriti, Joseph | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to two IntraLink data rooms and one Proskauer Rose data room. | |
| 12/19/2014 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 3.50 |
| | | Attention to researching any relevant news articles regarding EFH in the prior 6 months, specifically noting any relevant news on bid procedures and objections thereto | |
| 12/19/2014 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 6.50 |
| | | Attention to researching and pulling bid procedures for either (i) large DE bankruptcies or (ii) large energy industry bankruptcies, to begin bench-marking process | |
| 12/20/2014 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 1.50 |
| | | Attention to reviewing transcripts of bid procedure hearings and other matters. | |
| 12/20/2014 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of dataroom for review of transcripts and key information. | |
| 12/22/2014 | Casas, Edward | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to review of draft outline of presentation to independent directors. | |
| 12/22/2014 | Casas, Edward | 795 - Fee Applications/Retention | 0.50 |
| | | Attention to review of draft retention documents provided by Proskauer. | |
| 12/22/2014 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 4.50 |
| | | Attention to review of transcripts of testimony for various individuals related to the bid procedures and Oncor sale process; Attention to review of Tax memorandum and Evercore reports; Attention to related follow-up and conference calls with Proskauer. | |

# Energy Future Holdings Corp – December 2014

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 12/22/2014 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to discussion with counsel and internal follow-up pertaining to status of case, presentation requirements, next steps. | |
| 12/22/2014 | Nowitz, Raoul | 765 - Presentation Development | 1.50 |
| | | Attention to development of initial draft of presentation outline. | |
| 12/22/2014 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of deposition transcripts and various court documents. | |
| 12/22/2014 | Oriti, Joseph | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to two IntraLink data rooms and one Proskauer Rose data room. | |
| 12/22/2014 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 4.00 |
| | | Attention to continued work pulling various bidding procedures filed for either (i) large DE bankruptcies or (ii) large energy industry bankruptcies, and reviewing the relative terms of bidding procedures for bench-marking analysis | |
| 12/22/2014 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 4.50 |
| | | Attention to continued work pulling various bidding procedures filed for either (i) large DE bankruptcies or (ii) large energy industry bankruptcies, and reviewing the relative terms of bidding procedures for bench-marking analysis | |
| 12/23/2014 | Casas, Edward | 795 - Fee Applications/Retention | 0.50 |
| | | Attention to review of draft retention documents; attention to review of interested parties list. | |
| 12/23/2014 | Casas, Edward | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attention to review of approach to board materials related to Bid Procedures. | |
| 12/23/2014 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 4.00 |
| | | Attention to due diligence review of matters related to Oncor bid procedures; Attention to related follow-up; Conference call with Proskauer regarding current status. | |
| 12/23/2014 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Attention to discussion with counsel and internal follow-up pertaining to status of case, presentation requirements, next steps. | |
| 12/23/2014 | Nowitz, Raoul | 765 - Presentation Development | 2.00 |
| | | Attention to further review of presentation outline, updates based on feedback, allocations to team members, discussion's with team members. | |
| 12/23/2014 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of deposition transcripts and various court documents. | |
| 12/23/2014 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 4.00 |
| | | Attention to continued work pulling various bidding procedures filed for either (i) large DE bankruptcies or (ii) large energy industry bankruptcies, and reviewing the relative terms of bidding procedures for bench-marking analysis | |
| 12/24/2014 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of deposition transcripts and various court documents. | |
| 12/24/2014 | Koutsonicolis, George | 765 - Presentation Development | 0.50 |

# Energy Future Holdings Corp – December 2014

| Date | Person | Activity Code | Duration | Duration |
|------|--------|---------------|----------|----------|
| | | EFH - Attention to review of Draft SOLIC presentation outline materials and discussion w/SOLIC professionals re: same | | |
| 12/24/2014 | Oriti, Joseph | 725 - Dataroom and Diligence Materials | | 1.00 |
| | | Attention to two IntraLink data rooms and one Proskauer Rose data room. | | |
| 12/27/2014 | Koutsonicolis, George | 725 - Dataroom and Diligence Materials | | 2.00 |
| | | EFH - Attention to review of 12-5-2014 Board Meeting materials | | |
| 12/27/2014 | Koutsonicolis, George | 700 - Bidding Procedures Review and Bid | | 1.00 |
| | | EFH - Attention to review of Draft Bid Procedures (K&E Draft 11-17-2014) | | |
| 12/29/2014 | Luria, Neil | 700 - Bidding Procedures Review and Bid | | 3.00 |
| | | Attention to review of diligence materials as part of understand Tax issues and bid procedures matters. | | |
| 12/29/2014 | Nowitz, Raoul | 765 - Presentation Development | | 3.00 |
| | | Development of presentation on Bid Procedures for Jan 8 call with EFH independent directors | | |
| 12/29/2014 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | | 2.00 |
| | | Attention to review of deposition transcripts and latest version of bid procedures for inclusion in presentation. | | |
| 12/29/2014 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | | 4.50 |
| | | Attention to creating a matrix of bid procedures based on research to-date, including (i) # of days for open auction, (ii) break-up fees, (iii) initial overbids, (iv) bid increments, and (v) cash deposits | | |
| 12/29/2014 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | | 4.50 |
| | | Attention to creating a matrix of bid procedures based on research to-date, including (i) # of days for open auction, (ii) break-up fees, (iii) initial overbids, (iv) bid increments, and (v) cash deposits | | |
| 12/30/2014 | Koutsonicolis, George | 765 - Presentation Development | | 3.00 |
| | | EFH - teleconference discussions w/Evercore and SOLIC professionals re: case status update, 12-5-14 Board Presentation review, solicitation process update, and discussions re: next steps | | |
| 12/30/2014 | Luria, Neil | 700 - Bidding Procedures Review and Bid | | 3.00 |
| | | Teleconference with J. Matican of EVercore along with R. Nowitz and G. Koutsonicolis of SOLIC to review various issues associated with the bid procedures. | | |
| 12/30/2014 | Luria, Neil | 700 - Bidding Procedures Review and Bid | | 2.00 |
| | | Attention to reviewing various due diligence materials related to current status of EFH bankruptcy and bid procedures in advance of Evercore call. | | |
| 12/30/2014 | Brown, Chris | 765 - Presentation Development | | 1.00 |
| | | Attention to various matters including: research investment grade utility indices on bloomberg for analysis and potential inclusion in a presentation deck. | | |
| 12/30/2014 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 3.00 |
| | | Attention to kickoff call with Jeremy Matican of Evercore pertaining to background on case, issues and path forward, including follow-up. | | |
| 12/30/2014 | Oriti, Joseph | 765 - Presentation Development | | 4.00 |
| | | Attention to analyses for SOLIC's January 9, 2015 presentation to the Independent Directors of EFH. | | |

# Energy Future Holdings Corp – December 2014

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 12/30/2014 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 8.00 |
| | | Attention to creating a matrix of bid procedures based on research to-date, including (i) # of days for open auction, (ii) break-up fees, (iii) initial overbids, (iv) bid increments, and (v) cash deposits | |
| 12/31/2014 | Koutsonicolis, George | 765 - Presentation Development | 1.00 |
| | | EFH - Attention to review of Evercore provided materials in support of preparation of draft presentation materials for review w/Proskauer legal counsel and SOLIC professionals | |
| 12/31/2014 | Oriti, Joseph | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Analyze Kirkland & Ellis Transaction Bidding Procedures Draft dated November 17, 2014. | |
| 12/31/2014 | Oriti, Joseph | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Analyze Restructuring Update presentation dated December 14, 2014 to the Boards of Directors and Managers of Energy Future Holdings Corp., ENergy Future Competitive Holdings Company LLC, Texas Competitive Electric Holdings Company LLC, TCEH Finance, Inc., Energy Future Intermediate Holding Company LLC, and EFIH Finance Inc. | |
| 12/31/2014 | Brown, Chris | 765 - Presentation Development | 1.50 |
| | | Attention to various matters including: research investment grade utility indices on bloomberg for analysis and potential inclusion in a presentation deck. | |
| 12/31/2014 | Nowitz, Raoul | 765 - Presentation Development | 5.00 |
| | | Attention to development, updating of draft presentation on Bid Procedures, including discussions with team members. | |
| 12/31/2014 | Oriti, Joseph | 765 - Presentation Development | 4.00 |
| | | Attention to analyses for SOLIC's January 9, 2015 presentation to the Independent Directors of EFH. | |
| 12/31/2014 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to internal call to discuss and review matrix of bid procedures | |
| 12/31/2014 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to augmenting the bid procedures bench-marking research to include additional, notable bankruptcy filings (both energy related and otherwise), as well as expanding the data points being benchmarked | |

**Energy Future Holdings Corp – December 2014**

| | | |
|---|---|---|
| Casas, Edward | Sr. Managing Director | 2.50 |
| Luria Neil | Sr. Managing Director | 23.50 |
| Brown, Chris | Managing Director | 2.50 |
| Koutsonicolis, George | Managing Director | 7.50 |
| Nowitz, Raoul | Managing Director | 39.00 |
| Oriti, Joseph | Vice President | 20.00 |
| Cumbee, Matthew | Sr. Associate | 43.50 |

**Grand Total:** 138.50

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

# Energy Future Holdings Corp – January 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 1/1/2015 | Koutsonicolis, George | 765 - Presentation Development | 2.50 |
| | | EFH - Attention to review of Evercore provided materials, Company data and development of draft presentation materials for review w/Proskauer legal counsel and SOLIC professionals | |
| 1/1/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to review of EFIH Committee comments on Bid Procedures; Attention to various other related matters. | |
| 1/1/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Preparation for EFH Board Meeting; Attended EFH Board call; Attention to BoardVantage set up. | |
| 1/1/2015 | Nowitz, Raoul | 765 - Presentation Development | 4.00 |
| | | Attention to development, updating of draft presentation on Bid Procedures, including discussions with team members. | |
| 1/2/2015 | Oriti, Joseph | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to ▇▇▇▇ transaction to acquire Hawaiian Electric Industries Inc including CapIQ research of deal overview and considerations, timeline, and transaction comparables.   Analyze Hawaiian Electric Industries Inc Form 8K filed December 3, 2014. | |
| 1/2/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Teleconference with W. Hitz and J. Matican of Evercore and R. Nowitz and G. Koutsonicolis of SOLIC to review bid procedures and sale process. | |
| 1/2/2015 | Oriti, Joseph | 730 - Project Management and Support | 0.50 |
| | | Conference call with R. Nowitz (SOLIC) and G. Koutsonicolis (SOLIC) regarding status update of presentation to the Independent Directors of EFH. | |
| 1/2/2015 | Brown, Chris | 765 - Presentation Development | 1.00 |
| | | Attention to various matters including: research and pull forward curve of the 10 year Treasury bond for analysis of cost of future borrowing. | |
| 1/2/2015 | Oriti, Joseph | 765 - Presentation Development | 1.00 |
| | | Attention to indexed stock price performance analysis for select Utility Indices for January 9, 2015 presentation to the Independent Directors of EFH. | |
| 1/2/2015 | Oriti, Joseph | 765 - Presentation Development | 1.00 |
| | | Attention to 12 month TEV/EBITDA multiple analysis for select Utility Indices for January 9, 2015 presentation to the Independent Directors of EFH. | |
| 1/2/2015 | Oriti, Joseph | 765 - Presentation Development | 1.00 |
| | | Attention to 12 month forward P/E multiple analysis for select Utility Indices for January 9, 2015 presentation to the Independent Directors of EFH. | |
| 1/2/2015 | Kraemer, John-Francis | 765 - Presentation Development | 8.00 |
| | | Helped prepare slides and analysis for upcoming board presentation for Energy Future Holdings. | |
| 1/2/2015 | Nowitz, Raoul | 765 - Presentation Development | 8.00 |
| | | Attention to development, updating of draft presentation on Bid Procedures, including discussions with team members. | |
| 1/2/2015 | Koutsonicolis, George | 765 - Presentation Development | 4.50 |
| | | EFH - Attention to review of Evercore provided materials and development of draft presentation materials for review w/Proskauer legal counsel and SOLIC professionals | |

# Energy Future Holdings Corp – January 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 1/2/2015 | Koutsonicolis, George | 765 - Presentation Development | 1.00 |
| | | EFH - teleconference discussions w/Evercore and SOLIC professionals re: solicitation process update, and Evercore developed valuation analyses with regard to Oncor assets | |
| 1/2/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 5.00 |
| | | Attention to augmenting the bid procedures bench-marking research to include additional, notable bankruptcy filings (both energy related and otherwise), as well as expanding the data points being benchmarked | |
| 1/2/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 5.50 |
| | | Attention to augmenting the bid procedures bench-marking research to include additional, notable bankruptcy filings (both energy related and otherwise), as well as expanding the data points being benchmarked, also includes time for internal review and research to follow-up on specific questions / items | |
| 1/3/2015 | Oriti, Joseph | 765 - Presentation Development | 1.00 |
| | | Attention to presentation development for SOLIC January 9, 2015 presentation to the Independent Directors of EFH. | |
| 1/3/2015 | Oriti, Joseph | 765 - Presentation Development | 1.50 |
| | | Attention to indexed stock price performance analysis for select Utility Indices for January 9, 2015 presentation to the Independent Directors of EFH. | |
| 1/3/2015 | Oriti, Joseph | 765 - Presentation Development | 1.50 |
| | | Attention to 12 month forward P/E multiple analysis for select Utility Indices for January 9, 2015 presentation to the Independent Directors of EFH. | |
| 1/3/2015 | Oriti, Joseph | 765 - Presentation Development | 1.50 |
| | | Attention to 12 month TEV/EBITDA multiple analysis for select Utility Indices for January 9, 2015 presentation to the Independent Directors of EFH. | |
| 1/3/2015 | Oriti, Joseph | 765 - Presentation Development | 1.50 |
| | | Attention to LTM, 2014, and 2015 P/E multiple and TEV/EBITDA multiple analysis for the January 9, 2015 presentation to the Independent Directors of EFH. | |
| 1/3/2015 | Oriti, Joseph | 765 - Presentation Development | 1.00 |
| | | Attention to trading analysis and operating statistics for the January 9, 2015 presentation to the Independent Directors of EFH. | |
| 1/3/2015 | Oriti, Joseph | 765 - Presentation Development | 1.00 |
| | | Attention to transaction multiple analysis for the January 9, 2015 presentation to the Independent Directors of EFH. | |
| 1/3/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to review of Bid Procedure comments from EFH Committees; Attention to reviewing and revising Bid Procedures presentation materials; Attention to drafting comments thereon. | |
| 1/3/2015 | Nowitz, Raoul | 765 - Presentation Development | 5.00 |
| | | Attention to development, updating of draft presentation on Bid Procedures, including discussions with team members. | |
| 1/3/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 1.50 |
| | | Attention to continued work on the bidding procedures benchmarking anlaysis | |
| 1/4/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 2.50 |

# Energy Future Holdings Corp – January 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Discussion with R. Nowitz regarding drafting comments; Attention to reviewing and revising presentation; Attention to reviewing diligence materials related thereto. | |
| 1/4/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 1.50 |
| | | Attention to continued work on the benchmarking analysis, creating power point presentation slides from findings | |
| 1/5/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 3.50 |
| | | Attention to reviewing and revising presentation to Independent Directors regarding Bid Procedures; Attention to related follow-up; Discussions with R. Nowitz re same. | |
| 1/5/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attended conference call with ██████████ regarding bid procedures. | |
| 1/5/2015 | Koutsonicolis, George | 765 - Presentation Development | 1.50 |
| | | EFH - Attention to revisions of draft presentation materials to Disinterested Directors of EFH Corp., and communications w/SOLIC professionals re: same | |
| 1/5/2015 | Nowitz, Raoul | 765 - Presentation Development | 3.50 |
| | | Attention to development of presentation pertaining to review of Bid Procedures, merits in selling assets in the near-term, and review of the financing markets. | |
| 1/5/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.50 |
| | | Attention to discussion with counsel, disinterested EFH directors and counsel to group of creditor constituents, including follow-up. | |
| 1/5/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to continued work on the benchmarking analysis, creating power point presentation slides from findings | |
| 1/5/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Attention to continued work on the benchmarking analysis, creating power point presentation slides from findings | |
| 1/5/2015 | Casas, Edward | 765 - Presentation Development | 0.50 |
| | | Work group communications regarding draft presentation and review of same. | |
| 1/6/2015 | Oriti, Joseph | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of A&E Terms Summary (EFH00078098).pdf and Intercompany Matrix (Bingo Chart).xlsx in Proskauer data room. | |
| 1/6/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to preparation for call with Proskauer regarding Independent Director Presentation; Conference call with Proskauer and SOLIC regarding presentation materials. | |
| 1/6/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Conference call with K&E, Proskauer, and full working group re Bid Procedures and Plan process. | |
| 1/6/2015 | Nowitz, Raoul | 765 - Presentation Development | 3.00 |
| | | Attention to development of presentation pertaining to review of Bid Procedures, merits in selling assets in the near-term, and review of the financing markets. | |
| 1/6/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to review of latest draft of Bid Procedures presentation with counsel including follow-up. | |
| 1/6/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 2.50 |

# Energy Future Holdings Corp – January 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to call participation with counsel, and other various advisors (financial and legal) of the Debtors pertaining to Plan Development. | |
| 1/6/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to continued work on the benchmarking analysis, creating power point presentation slides from findings and performing additional research on other notable bankruptcies to be potentially included in analysis | |
| 1/6/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to downloading and reviewing files posted to both data sites | |
| 1/6/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 1.50 |
| | | Attention to call with counsel to discuss and review the preliminary bidding procedures presentation | |
| 1/6/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Attention to creating charts for the presentation to summarize the proposed sale timeline, including review and edits thereto | |
| 1/6/2015 | Casas, Edward | 765 - Presentation Development | 0.50 |
| | | Work group communications regarding draft presentation and review of same. | |
| 1/7/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 9.50 |
| | | Meetings in  NYC at Proskauer; Meeting with ▇▇▇▇▇▇▇ Noteholder Committee; Follow-up meeting with Evercore; Meeting with J. Marwil and M. Thomas following Evercore meeting | |
| 1/7/2015 | Nowitz, Raoul | 765 - Presentation Development | 2.50 |
| | | Attention to development of presentation pertaining to review of Bid Procedures, merits in selling assets in the near-term, and review of the financing markets. | |
| 1/7/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel to New York for meetings with Proskauer and Evercore. | |
| 1/7/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 2.00 |
| | | Attention to in-person discussions with certain creditor constituents pertaining to Plan development constructs. | |
| 1/7/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attention to meeting witH Evercore pertaining to review of Dec 10, 2014 Evercore materials and expected updates to Evercore materials for presentation to the Board. | |
| 1/7/2015 | Oriti, Joseph | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to Evercore retention application and engagement letter exhibit for compensation. | |
| 1/7/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 1.50 |
| | | Attention to continued work on the timeline chart for presentation, including review of dates against the latest draft bid procedures for accuracy | |
| 1/7/2015 | Koutsonicolis, George | 718 - Meeting with counsel and with other Constituents | 1.50 |
| | | EFH - Teleconference meeting w/Evercore professionals and SCA professionals re: sale process update and Evercore supporting valuation analyses | |
| 1/8/2015 | Kraemer, John-Francis | 765 - Presentation Development | 3.00 |
| | | Helped prepare slides and analysis for upcoming board presentation for Energy Future Holdings. | |
| 1/8/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 6.00 |

# Energy Future Holdings Corp – January 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Meetings at Proskauer with J. Marwil, J. Allen and M. Thomas regarding Bid Procedures; Teleconference with the Disinterested Directors of EFH; Meetings with S&C and other advisors re intercompany transactions; Attention to related follow-up | |
| 1/8/2015 | Luria, Neil | 750 - Travel Time | 3.00 |
| | | Travel from NYC | |
| 1/8/2015 | Nowitz, Raoul | 765 - Presentation Development | 2.50 |
| | | Attention to development of presentation pertaining to review of Bid Procedures, merits in selling assets in the near-term, and review of the financing markets. | |
| 1/8/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| 1/8/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attention to review of latest draft of bidding procedures. | |
| 1/8/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 0.50 |
| | | Attention to update call with EFH Disinterested Directors and follow-up. | |
| 1/8/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 2.00 |
| | | Attention to meeting with counsel, EFH debtor advisors, and EFIH creditor committee advisors pertaining to inter-company claims including follow-up. | |
| 1/8/2015 | Oriti, Joseph | 765 - Presentation Development | 4.00 |
| | | Attention to trading analysis and operating statistics for the January 9, 2015 presentation to the Independent Directors of EFH. | |
| 1/8/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to continued work on the timeline chart for presentation, including review of dates against the latest draft bid procedures for accuracy | |
| 1/8/2015 | Koutsonicolis, George | 765 - Presentation Development | 2.00 |
| | | EFH - Attention to review of Evercore provided materials and development of draft presentation materials for review w/Proskauer legal counsel and SOLIC professionals | |
| 1/9/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attended Joint Board Meeting. | |
| 1/9/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Attention to reviewing and revising presentation to disinterested directors. | |
| 1/9/2015 | Koutsonicolis, George | 765 - Presentation Development | 3.50 |
| | | EFH - Attention to revisions of draft presentation materials to Disinterested Directors of EFH Corp., and communications w/SOLIC professionals re: same and review of Evercore prepared presentation materials "Revised Bidding Procedures" dated January 10, 2015 | |
| 1/9/2015 | Nowitz, Raoul | 765 - Presentation Development | 3.00 |
| | | Attention to development of presentation pertaining to review of Bid Procedures, merits in selling assets in the near-term, and review of the financing markets. | |
| 1/9/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attention to review of latest draft of bidding procedures. | |
| 1/9/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance at EFH board meeting | |

# Energy Future Holdings Corp – January 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 1/9/2015 | Oriti, Joseph | 765 - Presentation Development | 0.50 |
| | | Review latest SOLIC presentation to the Independent Directors of EFH Corp. | |
| 1/9/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 3.50 |
| | | Attention to continued work on the timeline chart for presentation, including review of dates against the latest draft bid procedures for accuracy | |
| 1/9/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Attention to continued work on the timeline chart for presentation, including review of dates against the latest draft bid procedures for accuracy | |
| 1/9/2015 | Casas, Edward | 765 - Presentation Development | 1.00 |
| | | Work group communications regarding draft presentation and review of same. | |
| 1/10/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to review of Evercore presentation materials in advance of Joint EFH Board meeting | |
| 1/10/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 2.00 |
| | | Prep for board meeting; Attended EFH Board Meeting telephonically. | |
| 1/10/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Follow-up call with Proskauer regarding comments on deck; Attention to revisions. | |
| 1/10/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 1.50 |
| | | Attention to reviewing and revising presentation to Disinterested Directors. | |
| 1/10/2015 | Nowitz, Raoul | 765 - Presentation Development | 3.50 |
| 1/10/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to attendance at EFH board meeting | |
| 1/10/2015 | Oriti, Joseph | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to ▇▇▇▇ and ▇▇▇▇ stock performance to date since submitting bids. | |
| 1/10/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 1.50 |
| | | Attention to internal call with counsel to review and discuss the draft bid procedures presentation | |
| 1/10/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Attention to making various edits to the bid procedures presentation based on feedback from counsel | |
| 1/11/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attended EFH disinterested directors board teleconference with D. Evans, B. Williamson, Proskauer Rose and SOLIC and provided presentation regarding bid procedures; Attention to related follow-up. | |
| 1/11/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 0.50 |
| | | Attended full EFH Board teleconference. | |
| 1/11/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 2.00 |
| | | Attention to meeting with EFH Disinterested Directors and counsel to walk-through the SOLIC presentation on Bid Procedures for actioning of approval/support, including post call follow-up. | |
| 1/11/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 0.50 |

# Energy Future Holdings Corp – January 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to attendance at EFH Board meeting. | |
| 1/12/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to follow-up from EFH board meetings with Proskauer; Attention to reviewing minutes | |
| 1/12/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of Inter-company materials including Sidley Austin factual Report and Legal Analysis. | |
| 1/12/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.50 |
| | | Attention to review of various 2013 memos on the LMP transactions with follow-up. | |
| 1/12/2015 | Koutsonicolis, George | 725 - Dataroom and Diligence Materials | 2.00 |
| | | EFH - review of diligence files and analyses | |
| 1/13/2015 | Luria, Neil | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of Intercompany Transfer memos from Proskauer | |
| 1/13/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.50 |
| | | Attention to review of Sidley Austin Legal Analysis and Sidley Austin Summary of Law | |
| 1/13/2015 | Oriti, Joseph | 730 - Project Management and Support | 1.00 |
| | | Attention to SOLIC time. | |
| 1/14/2015 | Luria, Neil | 715 - Tax Reviews | 4.50 |
| | | Meetings at Proskauer Rose in Chicago regarding tax issues and intercompany transfers | |
| 1/14/2015 | Nowitz, Raoul | 750 - Travel Time | 2.00 |
| | | Attention to meeting with Proskauer Chicago pertaining to discussions on tax and inter-debtor claims. | |
| 1/14/2015 | Nowitz, Raoul | 750 - Travel Time | 2.00 |
| | | Attention to return travel for meeting with Proskauer Chicago pertaining to discussions on tax and inter-debtor claims. | |
| 1/14/2015 | Nowitz, Raoul | 715 - Tax Reviews | 1.00 |
| | | Attention to discussions with Proskauer tax team pertaining to tax strategies and various scenarios. | |
| 1/14/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to review of various inter-debtor claims and validity of same with Proskauer team. | |
| 1/14/2015 | Nowitz, Raoul | 720 - Financing Proposal Review | 1.00 |
| | | Attention to review of make whole claims, and validity of same, with Proskauer team. | |
| 1/14/2015 | Oriti, Joseph | 730 - Project Management and Support | 1.00 |
| | | Attention to SOLIC time. | |
| 1/15/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to review of Intercompany Transfer memos drafted by Proskauer | |
| 1/15/2015 | Casas, Edward | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to transfer memoranda, update re: same. | |
| 1/16/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attended conference call with Evercore and financial advisors regarding status of the sale process. | |
| 1/16/2015 | Luria, Neil | 795 - Fee Applications/Retention | 1.00 |
| | | Attention to reviewing and revising fee application | |
| 1/16/2015 | Luria, Neil | 715 - Tax Reviews | 0.50 |

# Energy Future Holdings Corp – January 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 1/16/2015 | Luria, Neil | Attention to review of tax issues with Proskauer Rose attorneys<br>705 - Plan Development Review | 0.50 |
| 1/16/2015 | Luria, Neil | Teleconference with K&E regarding Plan Process<br>729 - EFH Board Meeting Attendance | 0.50 |
| 1/16/2015 | Nowitz, Raoul | Attended EFH joint board teleconference.<br>729 - EFH Board Meeting Attendance | 1.00 |
| 1/16/2015 | Nowitz, Raoul | Attention to attendance on weekly board call.<br>738 - Intercompany Transfers Review | 0.50 |
| 1/16/2015 | Nowitz, Raoul | Attention to call with J. Matican of Evercore and J. Stuart of A&M pertaining to elements of info requests on inter-debtor claims.<br>718 - Meeting with counsel and with other Constituents | 1.00 |
| 1/16/2015 | Nowitz, Raoul | Attention to call with debtors' advisors, and T-side and E-side advisors pertaining to launch of the E-side sale process, including post call follow-up.<br>705 - Plan Development Review | 1.00 |
| 1/16/2015 | Koutsonicolis, George | Attention to discussions with debtors' advisors pertaining to advancing of POR discussions and framework.<br>720 - Financing Proposal Review | 1.50 |
| 1/16/2015 | Koutsonicolis, George | EFH - review of preliminary ██████████ developed restructuring term sheet and supporting analyses<br>718 - Meeting with counsel and with other Constituents | 0.50 |
| 1/16/2015 | Casas, Edward | EFH - teleconference meeting w/Evercore, SOLIC and Financial Advisors and Legal Counsel of various creditor constituents to discuss sale process status update, ██████ developed restructuring term sheet and general next steps<br>715 - Tax Reviews | 0.50 |
| 1/17/2015 | Nowitz, Raoul | Work group communications regarding tax issues.<br>705 - Plan Development Review | 2.50 |
| 1/18/2015 | Luria, Neil | Attention to review of E-side ██ letter from 1/16/2015 and plan proposal from 1/6/2015 including follow-up.<br>700 - Bidding Procedures Review and Bid | 1.00 |
| 1/18/2015 | Casas, Edward | Attention to review of revised Bid Term Sheet.<br>700 - Bidding Procedures Review and Bid | 1.00 |
| 1/19/2015 | Luria, Neil | Review of revised term sheet; communications re: same.<br>738 - Intercompany Transfers Review | 3.00 |
| 1/19/2015 | Oriti, Joseph | Attention to review of Sidley & Austin Memorandums regarding history of EFH LBO and intercompany transactions and other matters.<br>725 - Dataroom and Diligence Materials | 1.00 |
| 1/19/2015 | Nowitz, Raoul | Attention to data room updates and documents.   Review 12/16/14 transcript filed on 1/13/15.<br>738 - Intercompany Transfers Review | 2.50 |
| 1/19/2015 | Nowitz, Raoul | Attention to review of debtor dataroom materials pertaining to inter-company review/investigation<br>738 - Intercompany Transfers Review | 1.00 |
| 1/19/2015 | Nowitz, Raoul | Attention to attendance on weekly Proskauer inter-company tax call, and required follow-up.<br>738 - Intercompany Transfers Review | 1.00 |
| 1/19/2015 | Nowitz, Raoul | Attention to attendance on weekly Proskauer inter-company financing elements call, and required follow-up.<br>738 - Intercompany Transfers Review | 2.50 |
| | | Review dataroom files pertaining to inter-company activity. | |

# Energy Future Holdings Corp – January 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 1/20/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Teleconference with Proskauer and disinterested directors regarding various update matters. | |
| 1/20/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 1.00 |
| | | Attended teleconference with Proskauer regarding intercompany transfers. | |
| 1/20/2015 | Koutsonicolis, George | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | EFH - teleconference meeting w/Evercore, SOLIC and Financial Advisors and Legal Counsel of various creditor constituents to discuss sale process status update, and general next steps | |
| 1/20/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to call with EFH Disinterested Directors pertaining to latest proposals received, including post call follow-up. | |
| 1/20/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to attendance on weekly Proskauer inter-company call covering cash entries, and required follow-up. | |
| 1/20/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | Attention to semi-weekly E-side sale process update call. | |
| 1/20/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Review dataroom files pertaining to inter-company activity. | |
| 1/21/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 1.50 |
| | | Attention to review of intercompany transaction memorandum prepared by Sidley & Austin. | |
| 1/21/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to reviewing several files posted to the data room, primarily relating to interest calculation and proof of payment | |
| 1/22/2015 | Luria, Neil | 715 - Tax Reviews | 1.00 |
| | | Conference call with Proskauer (J. Allen, J. Marwil, tax lawyers) and R. Nowitz regarding EFH tax related issues. | |
| 1/22/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to attendance on Proskauer tax inter-co update call and follow-up | |
| 1/22/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Review dataroom files pertaining to inter-company activity. | |
| 1/23/2015 | Koutsonicolis, George | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | EFH - teleconference meeting w/Evercore, SOLIC and Financial Advisors and Legal Counsel of various creditor constituents to discuss sale process status update, and general next steps | |
| 1/23/2015 | Koutsonicolis, George | 725 - Dataroom and Diligence Materials | 2.00 |
| | | EFH - review of dataroom materials posted to Proskauer and Intralinks sites | |
| 1/23/2015 | Koutsonicolis, George | 720 - Financing Proposal Review | 2.00 |
| | | EFH - review of illustrative transaction structure proposal and term sheet from ▮▮▮▮▮▮▮ group and ▮▮▮▮ and review of proposed transaction structure from the ▮▮▮▮▮ | |
| 1/23/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attended EFH Board Meeting teleconference. | |
| 1/23/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to weekly board call attendance | |
| 1/23/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to semi-weekly E-side sale update and follow-up. | |
| 1/23/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.50 |

# Energy Future Holdings Corp – January 2015

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| | | Review dataroom files pertaining to inter-company activity. | | |
| 1/23/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 | 1.00 |
| | | Attention to pulling and reviewing various documents from the data room | | |
| 1/24/2015 | Oriti, Joseph | 725 - Dataroom and Diligence Materials | 2.00 | 2.00 |
| | | Attention to IntraLinks dataroom regarding liquidity forecast, professional fee 20mo Scenario, and 25-26mo Scenario. | | |
| 1/26/2015 | Koutsonicolis, George | 725 - Dataroom and Diligence Materials | 1.50 | 1.50 |
| | | EFH - review of due diligence materials posted to Proskauer and Intralinks data sites | | |
| 1/26/2015 | Luria, Neil | 725 - Dataroom and Diligence Materials | 2.00 | 2.00 |
| | | Attention to various intercompany documents provided in K&E dataroom. | | |
| 1/26/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.20 | 4.00 |
| | | Attention to download and review of various files posted to the data room, particularly those relating to inter-company transactions / analysis | | |
| 1/27/2015 | Koutsonicolis, George | 718 - Meeting with counsel and with other Constituents | 0.50 | 0.50 |
| | | EFH - teleconference meeting w/Evercore, SOLIC and Financial Advisors and Legal Counsel of various creditor constituents to discuss sale process status update and general next steps | | |
| 1/27/2015 | Luria, Neil | 715 - Tax Reviews | 1.00 | 1.00 |
| | | Teleconference with Proskauer team regarding tax issues. | | |
| 1/27/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 1.00 | 1.00 |
| | | Attended intercompany transfer call with Proskauer team; Attention to related follow-up. | | |
| 1/27/2015 | Luria, Neil | 705 - Plan Development Review | 0.50 | 0.50 |
| | | Teleconference with Proskauer team regarding outstanding issues related to financial issues and Plan development | | |
| 1/27/2015 | Oriti, Joseph | 725 - Dataroom and Diligence Materials | 2.00 | 2.00 |
| | | Review due diligence material received from M. McKane (Kirkland & Ellis) regarding the Jan. 28 due diligence session. | | |
| 1/27/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 0.50 | 0.50 |
| | | Attended Evercore update call; Attention to related follow-up. | | |
| 1/27/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 | 1.00 |
| | | Attention to weekly inter-company tax call with Proskauer with follow-up. | | |
| 1/27/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 | 1.00 |
| | | Attention to weekly inter-company claims call with Proskauer with follow-up. | | |
| 1/27/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 | 1.00 |
| | | Attention to weekly inter-company finance call with Proskauer with follow-up. | | |
| 1/27/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 0.50 | 0.50 |
| | | Attention to semi-weekly call with Evercore re update on sales process and follow-up. | | |
| 1/27/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 5.00 | 5.00 |
| | | Attention to download and review of various files post to the data room, specifically including those that related to the inter-company review and analysis | | |
| 1/28/2015 | Oriti, Joseph | 718 - Meeting with counsel and with other Constituents | 2.00 | 2.00 |
| | | EFH call regarding due diligence items.   Various participants. | | |

# Energy Future Holdings Corp – January 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 1/28/2015 | Oriti, Joseph | 730 - Project Management and Support | 0.50 |
| | | Status update and debrief of due diligence call with N. Luria (SOLIC) and R. Nowitz (SOLIC). | |
| 1/28/2015 | Oriti, Joseph | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Review due diligence material received from M. McKane (Kirkland & Ellis) regarding the Jan. 28 due diligence session. | |
| 1/28/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.50 |
| | | Attended teleconference with Kirkland & Ellis and conflicts counsel regarding inter-company transactions. | |
| 1/28/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 1.50 |
| | | Discussion with R. Nowitz and J. Marwil regarding variou sissues; Teleconference with Proskauer regarding follow-up from Kirkland intercompany transfers call; ATtention to various other related issues. | |
| 1/28/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to attendance on inter-company call led by K&E and company staff pertaining to inter-company elements, as well as follow-up. | |
| 1/28/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 050 |
| | | Attention to post-call debrief and follow-up. | |
| 1/28/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to call with counsel pertaining to inter-company issues and items for follow-up, including follow-up. | |
| 1/28/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to updating of inter-company data request list, discussions with counsel on same, and further required revisions. | |
| 1/29/2015 | Luria, Neil | 705 - Plan Development Review | 2.50 |
| | | Attention to review of Plan Term Sheet and Board materials provided to disinterested directors; Attention to preparation for Board meeting; Attention to various other matters. | |
| 1/29/2015 | Casas, Edward | 705 - Plan Development Review | 1.50 |
| | | Review of term sheet; board materials; communications N. Luria re: same. | |
| 1/29/2015 | Koutsonicolis, George | 725 - Dataroom and Diligence Materials | 2.50 |
| | | EFH - review and analysis re: dataroom diligence information | |
| 1/29/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to teleconference with EFH Disinterested Directors pertaining to plan process and materials for discussion on the Jan 30, 2015 weekly board call. | |
| 1/30/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 2.50 |
| | | Attended EFH Joint Board Meeting; Attention to review of board materials in advance thereof. | |
| 1/30/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attended Evercore update call. | |
| 1/30/2015 | Koutsonicolis, George | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | EFH - teleconference meeting w/Evercore, SOLIC and Financial Advisors and Legal Counsel of various creditor constituents to discuss sale process status update and general next steps | |
| 1/30/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on weekly Board call. | |
| 1/30/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 0.50 |

# Energy Future Holdings Corp – January 2015

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| | | Attention to attendance on semi-weekly sale update call with Evercore including post call follow-up. | | |
| 1/30/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.50 | 3.50 |
| | | Attention to review of various debtor materials pertaining to shared services, historical allocations of same. | | |
| 1/30/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 | 1.00 |
| | | Attention to review of Huron Consulting Shared Services report as of June 2009, including identifying key issues for discussion with counsel. | | |
| 1/30/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 | 2.00 |
| | | Attention to development of financial analysis of shared services trends and historical allocations. | | |

## Energy Future Holdings Corp – January 2015

| Person | | Hours |
| --- | --- | --- |
| Casas, Edward | Sr. Managing Director | 6.00 |
| Luria, Neil | Sr. Managing Director | 86.00 |
| Brown, Chris | Managing Director | 1.00 |
| Koutsonicolis, George | Managing Director | 30.50 |
| Nowitz, Raoul | Managing Director | 116.0 |
| Oriti, Joseph | Vice President | 35.50 |
| Cumbee, Matthew | Sr. Associate | 51.00 |
| Kraemer, John-Francis | Sr. Associate | 11.00 |
| **Grand Total:** | | **337.00** |

# Energy Future Holdings Corp – February 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 2/2/2015 | Luria, Neil | 705 - Plan Development Review | 2.00 |
| | | Attention to review and analysis of Plan Term Sheet issues. | |
| 2/2/2015 | Koutsonicolis, George | 725 - Dataroom and Diligence Materials | 1.50 |
| | | EFH - review and analysis re: dataroom diligence information | |
| 2/2/2015 | Parker, Hayes | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention: Diligence Research- Researched the board of directors for Oncor (subsidiary of EFH), and put together a report. The report included when they served, the compensation received per year and their other affiliations. | |
| 2/2/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to download and review of documents uploaded to the data room | |
| 2/2/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of inter-co materials ahead of in-person session at K&E. | |
| 2/2/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of materials for upcoming in-person session at K&E | |
| 2/2/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel to New York for inter-company discussions | |
| 2/3/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 3.50 |
| | | Attention to attendance at K&E in debtor and company presentations on inter-company activities and post-call follow-up. | |
| 2/3/2015 | Koutsonicolis, George | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | EFH - teleconference meeting w/ Evercore, SOLIC and Financial Advisors and Legal Counsel of various creditor constituents to discuss sale process status update and general next steps | |
| 2/3/2015 | Koutsonicolis, George | 725 - Dataroom and Diligence Materials | 3.00 |
| | | EFH - review and analysis re: ONCOR LRP, projections, assumptions and drivers and supporting analyses | |
| 2/3/2015 | Parker, Hayes | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention: Diligence Research- Researched the board of directors for Oncor (subsidiary of EFH), and put together a report. The report included when they served, the compensation received per year and their other affiliations. | |
| 2/3/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to download and review of files posted to the data room | |
| 2/3/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of materials for upcoming in-person session at K&E | |
| 2/3/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 7.00 |
| | | Attended meetings at Kirkland & Ellis regarding intercompany issues along with EFH management and counsel and financial advisors to the disinterested directors of EFH, EFIH, and TCEH. | |
| 2/4/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 2.00 |
| | | Attention to meeting with creditor constituent and post-meeting follow-up. | |
| 2/4/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 2.00 |
| | | Attention to meeting with creditor constituent and post-meeting follow-up. | |

Case 14-10979-CSS   Doc 4882-4   Filed 06/25/15   Page 21 of 50

# Energy Future Holdings Corp – February 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|---------:|
| 2/4/2015 | Luria, Neil | 718 - Meeting with counsel and with other | 5.00 |
| | | Preparation for meetings with ████ and ████████; Meeting with ████████ regarding E side restructuring issues; Teleconference with ████████ and representatives of the ████████████; Discussions with Proskauer regarding same | |
| 2/4/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to download and review of files posted to the data room | |
| 2/5/2015 | Luria, Neil | 705 - Plan Development Review | 5.00 |
| | | Discussions with J. Marwil regarding current status of term sheet discussions; Attention to review of Term Sheets; Development of draft term sheet; Teleconference wtih R. Nowitz re same; Attention to various other matters. | |
| 2/5/2015 | Luria, Neil | 705 - Plan Development Review | 4.00 |
| | | Attention to reviewing and revising Plan Term Sheet and economic analysis; Discussion with R. Nowitz re same. | |
| 2/5/2015 | Nowitz, Raoul | 705 - Plan Development Review | 3.00 |
| | | Attention to review of value and waterfall analysis for cash available for distribution under various scenarios | |
| 2/5/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.50 |
| | | Attention to review of claims and claim priority for plan distribution analysis. | |
| 2/5/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.00 |
| | | Attention to review of post-petition interest and make-whole claims assertions for potential levels of exposure. | |
| 2/5/2015 | Nowitz, Raoul | 705 - Plan Development Review | 3.00 |
| | | Attention to draft development of model for plan recovery and waterfall analysis and recovery to various creditor constituents. | |
| 2/5/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to download and review of files posted to the data room | |
| 2/5/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to preparing a summary of the EFH Plan Backstop Proposal | |
| 2/5/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to detailed review of the recovery analysis and related model scenarios | |
| 2/6/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.00 |
| | | Attention to call with counsel, K&E, board members on proposed term sheet and next steps, incl post-call follow-up. | |
| 2/6/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attention to a call with Proskauer to review latest proposals and discuss next steps | |
| 2/6/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | Attention to update discussion with counsel on key matters and post-call follow-up. | |
| 2/6/2015 | Koutsonicolis, George | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | EFH - teleconference meeting w/ Evercore, SOLIC and Financial Advisors and Legal Counsel of various creditor constituents to discuss sale process status update and general next steps | |
| 2/6/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | Attention to update on sale process and post-call follow-up. | |
| 2/6/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 0.50 |

# Energy Future Holdings Corp – February 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 2/6/2015 | Luria, Neil | Attended EFH board call telephonically<br>729 - EFH Board Meeting Attendance | 2.00 |
| 2/6/2015 | Nowitz, Raoul | Attention to preparation for board meeting; Attended board teleconference and attention to related follow-up.<br>729 - EFH Board Meeting Attendance | 2.00 |
| 2/6/2015 | Nowitz, Raoul | Preparation for and attendance on weekly board call. Follow up on same.<br>738 - Intercompany Transfers Review | 2.00 |
| 2/6/2015 | Luria, Neil | Attention to telephonic review of inter-company claim matters with counsel and post-call follow-up.<br>738 - Intercompany Transfers Review | 2.50 |
| 2/9/2015 | Luria, Neil | Conference call with Proskauer team to review intercompany claims<br>705 - Plan Development Review | 4.00 |
| 2/9/2015 | Cumbee, Matthew | Attention to review of draft Plan Term Sheets.<br>725 - Dataroom and Diligence Materials | 2.00 |
| 2/9/2015 | Cumbee, Matthew | Attention to download and review of various files posted to the data room<br>725 - Dataroom and Diligence Materials | 1.50 |
| 2/9/2015 | Nowitz, Raoul | Attention to download and review of new files posted to the data room<br>738 - Intercompany Transfers Review | 3.00 |
| 2/9/2015 | Luria, Neil | Attention to review of dataroom materials and draft work product pertaining to key elements of analysis.<br>738 - Intercompany Transfers Review | 1.50 |
| 2/10/2015 | Koutsonicolis, George | Review of intercompany transfer memorandum provided by Proskauer and providing comments thereon.<br>718 - Meeting with counsel and with other Constituents | 0.50 |
| 2/10/2015 | Koutsonicolis, George | EFH - teleconference meeting w/ Evercore, SOLIC and Financial Advisors and Legal Counsel of various creditor constituents to discuss sale process status update and general next steps<br>718 - Meeting with counsel and with other Constituents | 0.50 |
| 2/10/2015 | Nowitz, Raoul | EFH - teleconference meeting w/ Evercore and SOLIC professionals re: TCEH tax basis step up analysis 718 - Meeting with counsel and with other Constituents | 0.50 |
| 2/10/2015 | Nowitz, Raoul | Debrief with counsel on inter-company call with Disinterested Directors.<br>718 - Meeting with counsel and with other Constituents | 0.50 |
| 2/10/2015 | Nowitz, Raoul | Attention to semi-weekly sale process update call and post call follow-up<br>718 - Meeting with counsel and with other Constituents | 0.50 |
| 2/10/2015 | Nowitz, Raoul | Attention to call with Evercore pertaining to elements of inter-company review and NOLs, with post-call follow-up.<br>718 - Meeting with counsel and with other Constituents | 0.50 |
| 2/10/2015 | Koutsonicolis, George | Attention to call with counsel on various updates on inter-company and sale process, and post-call follow-up.<br>725 - Dataroom and Diligence Materials | 1.00 |
| 2/10/2015 | Nowitz, Raoul | EFH - review and analysis re: ONCOR LRP, projections, assumptions and drivers and supporting analyses<br>730 - Project Management and Support | 0.50 |
| 2/10/2015 | Nowitz, Raoul | Attention to call with Compensation Committee re fee guidelines.<br>738 - Intercompany Transfers Review | 3.00 |

# Energy Future Holdings Corp – February 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of dataroom materials and tax analysis on NOLs and related NOL valuation and step-up implications. | |
| 2/10/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.50 |
| | | Review of Intercompany Transfers; Discussions with Proskauer regarding same; Attention to review of Proskauer memo re Intercompany transfers | |
| 2/10/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 2.00 |
| | | Attention to call with EFH Disinterested Directors on inter-company matters and post-call follow-up. | |
| 2/10/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 1.50 |
| | | Teleconference with EFH disinterested directors and Proskauer; Attention to related follow-up | |
| 2/11/2015 | Luria, Neil | 715 - Tax Reviews | 2.00 |
| | | Attention to various issues regarding NOL analysis; Attention to review of draft presentation materials. | |
| 2/11/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of financial analysis and materials posted in dataroom pertaining step-up value, cost basis and implication on tax liability. | |
| 2/11/2015 | Cumbee, Matthew | 730 - Project Management and Support | 1.00 |
| | | Attention to internal call to discuss next steps and timing | |
| 2/11/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of dataroom materials and tax analysis on NOLs and related NOL valuation and step-up implications in response to client request. | |
| 2/11/2015 | Koutsonicolis, George | 765 - Presentation Development | 1.00 |
| | | EFH - review and revisions to draft presentation to Disinterested Directors of EFH re: NOLs and Tax Step-Up analysis | |
| 2/11/2015 | Parker, Hayes | 765 - Presentation Development | 0.50 |
| | | Attention Presentation: Assisted Raoul in building a presentation. Rebuilt charts for the presentation. | |
| 2/12/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.00 |
| | | Attention to updating of assumptions on make-whole and post-petition interest assumptions and related waterfall recoveries based on creditor feedback. | |
| 2/12/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | Attention to telephonic conference with creditor constituent on sale process, and post call-follow-up | |
| 2/12/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to development of presentation pertaining to implications of basis step up, value and use of NOLs and transfer value on TCEH value at a range of sensitivities. | |
| 2/12/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to updating of waterfall analysis and model based on hypothetical sale values and range of assumptions on inter-company settlement, including assessment of recovery on creditor constituents | |
| 2/12/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 1.00 |
| | | Discussion with ████ regarding EFH intercompany and other related issues. | |
| 2/12/2015 | Koutsonicolis, George | 765 - Presentation Development | 0.50 |

# Energy Future Holdings Corp – February 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | EFH - review and revisions to draft presentation to Disinterested Directors of EFH re: NOLs and Tax Step-Up analysis | |
| 2/12/2015 | Hogan, Paul | 795 - Fee Applications/Retention | 2.50 |
| | | Attention to preparation of initial fee statement. | |
| 2/13/2015 | Koutsonicolis, George | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | EFH - teleconference meeting w/ Evercore, SOLIC and Financial Advisors and Legal Counsel of various creditor constituents to discuss sale process status update and general next steps | |
| 2/13/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to attendance at weekly Board call and call follow-up. | |
| 2/13/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to review of Board meeting materials; attended telephonic EFH joint board meeting; Attention to related follow-up. | |
| 2/13/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.50 |
| | | Attention to development of presentation pertaining to implications of basis step up, value and use of NOLs and transfer value on TCEH value at a range of sensitivities. | |
| 2/13/2015 | Parker, Hayes | 765 - Presentation Development | 1.00 |
| | | Attention Presentation: Assisted Raoul in building a presentation. Rebuilt charts for the presentation. | |
| 2/15/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 0.50 |
| | | Attention to download and review of a new file posted to the data room | |
| 2/15/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to updating of waterfall analysis and model based on hypothetical sale values and range of assumptions on inter-company settlement, including assessment of recovery on creditor constituents | |
| 2/15/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.50 |
| | | Attention to updating of NOL analysis and presentation for latest feedback and revisions. | |
| 2/16/2015 | Luria, Neil | 705 - Plan Development Review | 1.00 |
| | | Review of analysis of ▮▮ and ▮▮ term sheets; Attention to related follow-up. | |
| 2/16/2015 | Luria, Neil | 715 - Tax Reviews | 2.00 |
| | | Attention to review of Net Operating Loss presentation materials prepared in conjunction with Proskauer for EFH disinterested directors. | |
| 2/16/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attention to a call to discuss the NOL and Basis Step-up presentation | |
| 2/16/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of inter-company and related tax matter materials for analysis, discussion and presentation. | |
| 2/16/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of Proskauer presentation pertaining to inter-company issues, findings and implications. | |
| 2/16/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of revisions on presentation on NOLs and basis step-up, updating of presentation and further revisions as required. | |

# Energy Future Holdings Corp – February 2015

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 2/16/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to further updates to financial model pertaining to analysis of impacts of inter-company payments, make wholes and post-petition interest and impact on creditor recoveries. | |
| 2/16/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel to New York City for meeting with sponsors and Debtors on 2/17/15. | |
| 2/17/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | Attention to sale update call with Evercore and post call follow-up. | |
| 2/17/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.50 |
| | | Attention to meeting with sponsors, counsel, Debtors, Debtors counsel and FA pertaining to inter-company issues and plan settlement. | |
| 2/17/2015 | Koutsonicolis, George | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | EFH - teleconference meeting w/ Evercore, SOLIC and Financial Advisors and Legal Counsel of various creditor constituents to discuss sale process status update and general next steps | |
| 2/17/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to download and review of files posted to the data room | |
| 2/17/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of inter-company and related tax matter materials for analysis, discussion and presentation. | |
| 2/17/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to post-meeting discussions with counsel, internal pertaining to next steps and related follow-up. | |
| 2/17/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 0.50 |
| | | Attention to pre-DD meeting discussions with counsel on various elements for client discussion. | |
| 2/17/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Travel back from client meeting at Kirkland & Ellis in New York. | |
| 2/17/2015 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Travel to NYC for meetings with EFH disinterested directors | |
| 2/17/2015 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Travel from NYC to Orlando following disinterested director meetings in NYC. | |
| 2/17/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 5.50 |
| | | Attention to meeting in New York with Disinterested Directors pertaining to review of inter-company issues, next steps. | |
| 2/17/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 6.00 |
| | | Meetings at Kirkland & Ellis' New York office with D. Evans and Proskauer regarding various conflict issues; Meeting with disinterested directors, Proskauer and Sponsors regarding various settlement issues. | |
| 2/18/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of inter-company and related tax matter materials for analysis, discussion and presentation. | |
| 2/18/2015 | Nowitz, Raoul | 795 - Fee Applications/Retention | 2.00 |
| | | Attention to drafting of category descriptions and budget for Fee Committee. | |
| 2/19/2015 | Luria, Neil | 705 - Plan Development Review | 1.00 |
| | | Attention to review of ▮▮▮ first and ▮▮▮ Term Sheets. | |

# Energy Future Holdings Corp – February 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 2/19/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of inter-company and related tax matter materials for analysis, discussion and presentation. | |
| 2/19/2015 | Luria, Neil | 795 - Fee Applications/Retention | 1.00 |
| | | Attention to review of fee committee memorandum and reporting compliance issues; Preparation of February/March Budget. | |
| 2/20/2015 | Koutsonicolis, George | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | EFH - teleconference meeting w/ Evercore, SOLIC and Financial Advisors and Legal Counsel of various creditor constituents to discuss sale process status update and general next steps | |
| 2/20/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | Attention to sale process update call with follow-up. | |
| 2/20/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | Attention to update calls with counsel and required follow-up. | |
| 2/20/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of inter-company and related tax matter materials for analysis, discussion and presentation. | |
| 2/20/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to preparation for Board Meeting; Attended EFH Joint Board of Directors teleconference. | |
| 2/20/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to weekly EFH board call with follow-up. | |
| 2/20/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 4.00 |
| | | Attention to reviewing and updating the waterfall / recovery analysis based on the latest proposals / term sheets | |
| 2/20/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.50 |
| | | Attention to reviewing and updating the waterfall / recovery analysis based on the latest proposals / term sheets | |
| 2/21/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to reviewing and updating the waterfall / recovery analysis based on the latest proposals / term sheets | |
| 2/21/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 1.50 |
| | | Review of sensitivities related to EFH sale and effect of intercompany claims thereon. | |
| 2/21/2015 | Nowitz, Raoul | 765 - Presentation Development | 3.00 |
| | | Attention to development of recovery scenarios and presentation output regarding same. | |
| 2/21/2015 | Luria, Neil | 795 - Fee Applications/Retention | 1.00 |
| | | Attention to review of initial fee statement and providing comments thereon. | |
| 2/22/2015 | Nowitz, Raoul | 765 - Presentation Development | 2.00 |
| | | Attention to development of recovery scenarios and presentation output regarding same. | |
| 2/23/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.50 |
| | | Attention to review of financial model for updating to reflect recovery analysis. | |
| 2/23/2015 | Luria, Neil | 718 - Meeting with counsel and with other Constituents | 2.00 |
| | | Meetings with Proskauer Rose in Chicago, IL regarding recovery analysis and other matters; Attention to related follow-up. | |
| 2/23/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 2.00 |
| | | Attention to meetings with counsel and internal pertaining to recovery analysis review. | |

# Energy Future Holdings Corp – February 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 2/23/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to continued review and edit of the recovery / waterfall analysis | |
| 2/24/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Review of current status of Oncor sale. | |
| 2/24/2015 | Nowitz, Raoul | 705 - Plan Development Review | 3.50 |
| | | Attention to review of latest recovery model, model updating and output distribution pertaining to latest feedback. | |
| 2/24/2015 | Luria, Neil | 715 - Tax Reviews | 1.00 |
| | | Attention to review of NOL anaysis and written materials related thereto. | |
| 2/24/2015 | Luria, Neil | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Teleconference with Kirkland & Ellis and ███ noteholder representatives regarding current status. | |
| 2/24/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with ███, ████████ and K&E pertaining to ███ proposal. | |
| 2/24/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attention to call with Evercore pertaining to recovery model assumptions and post-call model adjustments. | |
| 2/24/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to internal call to review and discuss the latest waterfall / recovery analysis and related sensitivities | |
| 2/24/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to continued update of the recovery / waterfall analysis, including updating various sensitivity schedules | |
| 2/24/2015 | Luria, Neil | 795 - Fee Applications/Retention | 0.50 |
| | | Attention to review of December/January Fee statement. | |
| 2/25/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.00 |
| | | Attention to telephonic attendance to discussions with K&E, Evercore and management pertaining to terms of proposed co-CRO proposed term sheet. | |
| 2/25/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | Attention to conversations with counsel and internal pertaining to inter-company claims. | |
| 2/25/2015 | Luria, Neil | 718 - Meeting with counsel and with other Constituents | 2.00 |
| | | Meetings with counsel in preparation for EFH Board Meetings. | |
| 2/25/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 3.00 |
| | | Attention to cocktail drinks event and dinner with management, other DDAs, and sponsors. | |
| 2/25/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.50 |
| | | Attention to review of materials in support or to rebut proposed terms in co-CRO term sheet. | |
| 2/25/2015 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Travel to Dallas for EFH Board Meeting. | |
| 2/25/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel to Dallas for EFH board meeting. | |
| 2/26/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 6.00 |
| | | Attended EFH board meeting in Dallas. | |
| 2/26/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 5.00 |
| | | Attention to attendance in EFH board meeting, pre-meeting discussions, and post-meeting debrief. | |

# Energy Future Holdings Corp – February 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 2/26/2015 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Travel from Dallas after EFH board meeting | |
| 2/26/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel from Dallas to Atlanta for EFH board meeting. | |
| 2/27/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to development of materials for memo covering status and positions of various inter-company claims in response to placeholder number in co-CRO term sheets. | |
| 2/27/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to call with Disinterested Directors pertaining to update from prior day board meeting. | |
| 2/27/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 2.50 |
| | | Teleconference with D. Evans, B. Williamson and Proskauer; Attention to related follow-up matters. | |
| 2/28/2015 | Koutsonicolis, George | 705 - Plan Development Review | 1.50 |
| | | EFH - review of draft materials prepared by Evercore and presented to Board of Directors | |
| 2/28/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review and revision of draft memo on inter-company claims for submission to Disinterested Directors. | |
| 2/28/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of Intercompany Transfers memo from Proskauer and providing comments thereon. | |

# Energy Future Holdings Corp – February 2015

| Person | | Hours |
|---|---|---|
| Luria, Neil | Sr. Managing Director | 90.50 |
| Koutsonicolis, George | Managing Director | 12.00 |
| Nowitz, Raoul | Managing Director | 140.50 |
| Hogan, Paul | Director | 2.50 |
| Cumbee, Matthew | Sr. Associate | 31.00 |
| Parker, Hayes | Analyst | 6.00 |
| **Grand Total:** | | **282.50** |

# Energy Future Holdings Corp – March 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 3/1/2015 | Luria, Neil | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Conference call with DDAs and Kirkland. | |
| 3/1/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Weekly Disinterested Director Advisors update call. | |
| 3/2/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attention to review of current status of bid process. | |
| 3/2/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of inter-company materials pertaining to inter-company note claims. | |
| 3/2/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of tax step up inter-company claims. | |
| 3/2/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 4.50 |
| | | Attention to continued review and iteration of the recovery / waterfall analysis relating to the latest EFH term sheet | |
| 3/2/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to continued review and iteration of the recovery / waterfall analysis relating to the latest EFH term sheet | |
| 3/2/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Discussion with disinterested directors regarding current status of various matters related to EFH restructuring | |
| 3/2/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to update call with Disinterested Directors. | |
| 3/3/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to review of the bids from ███████████ | |
| 3/3/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Initial review of Bid materials | |
| 3/3/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Attention to review of bid material terms sheets | |
| 3/3/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to review of term sheet sources and uses and economics | |
| 3/3/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to draft of memo on term sheets | |
| 3/3/2015 | Koutsonicolis, George | 705 - Plan Development Review | 3.50 |
| | | EFH - review and financial analysis with regard to Round 1 Bids received from ████████████, The ██████████████, and ████ ██ and communications with SOLIC professionals re: same. | |
| 3/3/2015 | Koutsonicolis, George | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | EFH - teleconference meeting w/Evercore, SOLIC and Financial Advisors and Legal Counsel of various creditor constituents to discuss sale process status update and general next steps | |
| 3/3/2015 | Casas, Jeff | 725 - Dataroom and Diligence Materials | 6.00 |
| | | Attention to the review and summarization of bid proposals | |
| 3/3/2015 | Parker, Hayes | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to: Review and Recalculation of inter-company notes and schedules. | |
| 3/3/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to continued review and iteration of the recovery / waterfall analysis relating to the latest EFH term sheet | |
| 3/4/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 3.00 |

# Energy Future Holdings Corp – March 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of bids and drafting and revising memo to disinterested directors. | |
| 3/4/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to discussion with Evercore on bids and follow-up. | |
| 3/4/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Attention to financial analysis of bids | |
| 3/4/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Attention to further updating of bids memo. | |
| 3/4/2015 | Koutsonicolis, George | 705 - Plan Development Review | 0.50 |
| | | EFH - review and financial analysis with regard to Round 1 Bids received from ███████████████████████████ ████ and communications with SOLIC professionals re: same. | |
| 3/4/2015 | Koutsonicolis, George | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | EFH - teleconference meeting w/Evercore and SOLIC professionals re: Round 1 Bid review update | |
| 3/4/2015 | Casas, Jeff | 725 - Dataroom and Diligence Materials | 5.00 |
| | | Attention to the the review and summarization of bid proposals | |
| 3/4/2015 | Parker, Hayes | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to: Review and Recalculation of inter-company notes and schedules. | |
| 3/4/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel to New York for Proskauer and MTO inter-company discussions. | |
| 3/5/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to review of bid procedures. | |
| 3/5/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to attendance at Evercore call covering initial review and Q&A on bids, with follow-up. | |
| 3/5/2015 | Koutsonicolis, George | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | EFH - teleconference meeting w/Zolfo, Sidley, Greenhill, Proskauer, SOLIC and other professionals re: Zolfo findings re: EFH LBO | |
| 3/5/2015 | Parker, Hayes | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to: Review and Recalculation of inter-company notes and schedules. | |
| 3/5/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 5.00 |
| | | Meetings at Proskauer in New York with Proskauer and Munger Tolles to review intercompany issues. | |
| 3/5/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to attendance at MTO/Proskauer in-person meeting covering asserted inter-company claims. | |
| 3/5/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 0.50 |
| | | Attention to telephonic attendance at Zolfo Cooper meeting pertaining to the Sidley Report. | |
| 3/6/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 1.50 |
| | | Attention to reviewing of bids from ████████████. | |
| 3/6/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attention to Oncor sale process update. | |
| 3/6/2015 | Koutsonicolis, George | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | EFH - teleconference meeting w/Evercore, SOLIC and Financial Advisors and Legal Counsel of various creditor constituents to discuss sale process status update and general next steps | |

Case 14-10979-CSS   Doc 4398-4   Filed 05/05/15   Page 82 of 50

# Energy Future Holdings Corp – March 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 3/6/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to download and review of various files posted to the data room | |
| 3/6/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance at weekly telephonic board meeting. | |
| 3/6/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attended EFH Board Meeting. | |
| 3/6/2015 | Parker, Hayes | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to: Review and Recalculation of inter-company notes and schedules. | |
| | | Attention to: Review and Recalculation of SG&A and P&I notes and schedules. | |
| 3/6/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to review of materials from inter-company discussion with Proskauer. | |
| 3/6/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to a call with Zolfo and Sidley, including related follow-up matters | |
| 3/6/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel from New York to Atlanta | |
| 3/8/2015 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Teleconference with Disinterested Directors Advisors to review current status. | |
| 3/8/2015 | Parker, Hayes | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to: Review and Recalculation of inter-company notes and schedules. | |
| | | Attention to: Review and Recalculation of SG&A and P&I notes and schedules. | |
| 3/9/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to review of Round 1 bids and follow-up. | |
| 3/9/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.00 |
| | | Attention to development/framing of various scenarios developed prior to financial modeling. | |
| 3/9/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.50 |
| | | Attention to discussions on term sheet scenarios and follow-up. | |
| 3/9/2015 | Kraemer, John-Francis | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Provided financial analysis support in reviewing debt borrowings and payments with roll forward balances. | |
| 3/9/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to further review of various inter-company matters. | |
| 3/9/2015 | Parker, Hayes | 738 - Intercompany Transfers Review | 5.50 |
| | | Attention to: Review and Recalculation of inter-company notes and schedules. | |
| | | Attention to: Review and Recalculation of SG&A and P&I notes and schedules. | |
| 3/9/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.00 |
| | | Discussions with counsel regarding intercompany counsel; Discussions with counsel regarding same | |
| 3/9/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.00 |

# Energy Future Holdings Corp – March 2015

| Date | Person | Activity Code | Duration |
|------|--------|--------------|----------|
| | | Attention to an internal call to discuss the latest EFH term sheet and related sensitivities | |
| 3/9/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 4.00 |
| | | Attention to further update of the EFH term sheet model and related sensitivities / scenarios | |
| 3/9/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to further update of the EFH term sheet model and related sensitivities / scenarios | |
| 3/10/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attention to semi weekly Evercore E-side sale process update call. | |
| 3/10/2015 | Koutsonicolis, George | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | EFH - teleconference meeting w/Evercore, SOLIC and Financial Advisors and Legal Counsel of various creditor constituents to discuss sale process status update and general next steps | |
| 3/10/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.50 |
| | | Attention to follow-up discussions with Munger Tolles and Greenhill on inter-company claims and related follow-up. | |
| 3/10/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.50 |
| | | Attention to discussions with counsel on various inter-company claims matters, review and confirmation of analyses, review of Proskauer presentation on inter-co claims for MTO meeting on 3/11/2015. | |
| 3/10/2015 | Parker, Hayes | 738 - Intercompany Transfers Review | 5.00 |
| | | Attention to: Review and Recalculation of inter-company notes and schedules. | |
| | | Attention to: Review and Recalculation of SG&A and P&I notes and schedules. | |
| 3/10/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of Proskauer materials prepared for MTO negotiations in New York. | |
| 3/10/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to a call with MTO to discuss the latest EFH term sheet | |
| 3/10/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to further update of the EFH term sheet model and related sensitivities / scenarios | |
| 3/10/2015 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Travel to NYC for Proskauer and Munger Tolles negotiation over ▇▇▇ issues. | |
| 3/11/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.00 |
| | | Attention to developments of term sheet financial scenarios for discussion with counsel. | |
| 3/11/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.50 |
| | | Attention to revision in term sheets based on feedback received and additional scenarios developed. | |
| 3/11/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 3.00 |
| | | Attention to in-person meeting with Munger Tolles and Greenhill on inter-company claims and related follow-up | |
| 3/11/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |

# Energy Future Holdings Corp – March 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of inter-company claim analyses, discussions and debrief with counsel on same. | |
| 3/11/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.00 |
| | | Preparation for Munger Tolles meeting in NYC regarding intercompany transfers; Attention to related follow-up. | |
| 3/11/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 4.00 |
| | | Attended negotiations with Munger Tolles in NYC; Attention to related follow-up issues. | |
| 3/11/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 4.00 |
| | | Attention to meetings with Munger Tolles and Proskauer regarding ongoing negotiations, also including related follow-up matters | |
| 3/11/2015 | Cumbee, Matthew | 750 - Travel Time | 4.50 |
| | | Attention to travel from Chicago, IL to New York, NY | |
| 3/12/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.50 |
| | | Attention to meeting with Munger Tolles and Greenhill regarding inter-company claims. | |
| 3/12/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attention to discussion with K&E and counsel on coordination and logistics matter. | |
| 3/12/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 3.00 |
| | | Travel to Kirkland & Ellis New York office; Meetings with Proskauer and Munger regarding intercompany transfer reviews and process; Attended conference call with K&E, Munger and proskauer regarding process for resolution of open issues. | |
| 3/12/2015 | Cumbee, Matthew | 750 - Travel Time | 4.50 |
| | | Attention to travel from New York, NY to Chicago, IL | |
| 3/12/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 1.50 |
| | | Conference call with D. Evans, B. Williamson, and Proskauer regarding intercompany negotiations with Munger; Attention to related issues. | |
| 3/12/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to update discussion with Disinterested Directors of EFH pertaining to status of inter-company claim discussions. | |
| 3/13/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attention to attendance on Evercore twice weekly sale process update call. | |
| 3/13/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.50 |
| | | Attention to review of company prepared board materials for confirmation of methodologies used and application of CRO term sheets, and verification against various SOLIC scenarios developed. | |
| 3/13/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.50 |
| | | Attention to revisions to scenarios development as requested by DDS | |
| 3/13/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attended EFH Board Meeting teleconference. | |
| 3/13/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance at EFH weekly board call. | |
| 3/13/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to developing a presentation relating to the latest plan term sheet | |

# Energy Future Holdings Corp – March 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 3/13/2015 | Luria, Neil | 750 - Travel Time | 3.50 |
| | | Travel from NYC to Cleveland after Munger Tolles meetings | |
| 3/13/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 1.50 |
| | | Teleconference with disinterested directors; Attention to related follow-up | |
| 3/13/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to discussion with DDs on update to inter-company claims negotiations, and follow-up. | |
| 3/13/2015 | Nowitz, Raoul | 765 - Presentation Development | 2.00 |
| | | Attention to development of shell presentation for sensitivity analysis. | |
| 3/13/2015 | Luria, Neil | 765 - Presentation Development | 1.00 |
| | | Attention to review of sensitivity presentation; Attention to related follow-up. | |
| 3/14/2015 | Nowitz, Raoul | 705 - Plan Development Review | 3.00 |
| | | Attention to review of scenario output, modifications made, review of analyses and output, and discussions with team members on same. | |
| 3/14/2015 | Cumbee, Matthew | 765 - Presentation Development | 4.00 |
| | | Attention to continued work updating the recovery scenario analyses and related presentation | |
| 3/15/2015 | Luria, Neil | 705 - Plan Development Review | 2.00 |
| | | Attention to reviewing and revising presentation materials related to CRO Term Sheets and senativiity analysis related thereto. | |
| 3/15/2015 | Cumbee, Matthew | 765 - Presentation Development | 2.50 |
| | | Attention to continued work updating the recovery scenario analyses and related presentation | |
| 3/15/2015 | Nowitz, Raoul | 765 - Presentation Development | 3.50 |
| | | Attention to review of scenario output, modifications made, review of analyses and output, development of presentation materials and required revisions, and discussions with team members on same. | |
| 3/16/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.00 |
| | | Attention to call and discussion on term sheet sensitivities. | |
| 3/16/2015 | Luria, Neil | 705 - Plan Development Review | 2.00 |
| | | Attention to review sensitivities related to ████ negotiations; Conference call with Proskauer regarding same | |
| 3/16/2015 | Luria, Neil | 718 - Meeting with counsel and with other Constituents | 2.00 |
| | | Negotiation session with Munger Tolles and Proskauer; Attention to related follow-up issues. | |
| 3/16/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 2.00 |
| | | Attention to call with MTO and Greenhill regarding inter-company matters and related follow-up. | |
| 3/16/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of inter-company claims, due diligence related to same, and updating of analysis | |
| 3/16/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to an internal call to review and discuss the latest recovery / waterfall analysis relating to the treatment of the T-side claim against EFH | |
| 3/16/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |

# Energy Future Holdings Corp – March 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to continued recovery analysis relating to the ███████ proposals regarding ███████ | |
| 3/16/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to call to discuss inter-company matters. | |
| 3/16/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Teleconference with Proskauer and the disinterested directors of EFH. | |
| 3/17/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attended update call with Evercore. | |
| 3/17/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attention to attendance on sale update call with related follow-up. | |
| 3/17/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to download and review of various documents posted to the data room | |
| 3/17/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to call with DDs and related follow-up. | |
| 3/17/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Teleconference with Proskauer and disinterested directors regarding ███████ negotiations and sensitivity analyses. | |
| 3/18/2015 | Luria, Neil | 718 - Meeting with counsel and with other Constituents | 2.00 |
| | | Attended Teleconferences with ███████ and counsel as well as with Legacy Noteholders counsel. | |
| 3/18/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attention to pre-MTO call discussion and related follow-up. | |
| 3/18/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 2.00 |
| | | Attention to call with MTO and Greenhill on inter-co matters and related follow-up. | |
| 3/18/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attention to call with ███████ to discuss plan matters. | |
| 3/18/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attention to discussion with ███████ regarding plan elements. | |
| 3/18/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to download and review of various documents posted to the data room | |
| 3/18/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.00 |
| | | Teleconference with Proskauer in advance of Munger Tolles negotiation; Negotiation session with Munger Tolles; Attention to related follow-up issues. | |
| 3/18/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 6.50 |
| | | Attention to continued recovery analysis relating to the ███████ proposals regarding ███████ | |
| 3/19/2015 | Luria, Neil | 705 - Plan Development Review | 2.00 |
| | | Attention to review of sensitivities related to potential T side settlement | |
| 3/19/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attention to call with EFH Committee regarding plan discussions. | |
| 3/19/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attention to meeting with ███████ regarding plan elements. | |
| 3/19/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.00 |

# Energy Future Holdings Corp – March 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to continued recovery analysis relating to the ▓▓▓▓ proposals regarding ▓▓▓▓▓▓▓▓▓▓▓▓ | |
| 3/20/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.50 |
| | | Attention to call with D. Evans pertaining to plan assumptions and scenarios to be developed, including post call follow-up. | |
| 3/20/2015 | Nowitz, Raoul | 705 - Plan Development Review | 4.00 |
| | | Attention to development and review of various sensitivity scenarios on terms for ▓▓▓▓▓▓▓▓▓▓, including review of excel analysis and presentation. | |
| 3/20/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.50 |
| | | Attention to call with MTO to discuss inter-company matters. | |
| 3/20/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | Attention to call with Evercore re tax basis step up calculations. | |
| 3/20/2015 | Koutsonicolis, George | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | EFH - teleconference meeting w/Evercore, SOLIC and Financial Advisors and Legal Counsel of various creditor constituents to discuss sale process status update and general next steps | |
| 3/20/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 2.00 |
| | | Attention to MTO call attendance re inter-co elements. | |
| 3/20/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 2.50 |
| | | Attended EFH Joint Board teleconference | |
| 3/20/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.50 |
| | | Attention to continued recovery analysis relating to the ▓▓▓▓ regarding ▓▓▓▓▓▓▓ | |
| 3/20/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to continued recovery analysis relating to the ▓▓▓▓ proposals regarding ▓▓▓▓▓▓ | |
| 3/20/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to reviewing revised scenarios; Attended teleconference with disinterested directors. | |
| 3/21/2015 | Nowitz, Raoul | 705 - Plan Development Review | 3.50 |
| | | Attention to development and review of various sensitivity scenarios on terms for ▓▓▓▓▓▓▓▓▓▓, including review of excel analysis and presentation. | |
| 3/21/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.00 |
| | | Attention to update of analysis for delivery of proposal to Greenhill and preparation of presentation on same. | |
| 3/21/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 4.00 |
| | | Attention to continued recovery analysis relating to the ▓▓▓▓ proposals regarding ▓▓▓▓▓▓▓ | |
| 3/21/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.50 |
| | | Attention to attendance on call with EFH DDs to discuss sensitivity scenarios. | |
| 3/21/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 1.50 |
| | | Teleconference with disinterested directors and Proskauer attorneys | |
| 3/21/2015 | Cumbee, Matthew | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to call with Proskauer and Directors to discuss the ▓▓▓▓ proposals regarding ▓▓▓▓▓▓▓ | |
| 3/21/2015 | Luria, Neil | 765 - Presentation Development | 2.50 |
| | | Attention to reviewing and analyzying presentation materials for disinterested directors; Discussion with SOLIC team re same. | |

# Energy Future Holdings Corp – March 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 3/22/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | Weekly DDAs update coordination call. | |
| 3/22/2015 | Luria, Neil | 718 - Meeting with counsel and with other Constituents | 1.50 |
| | | Attention to preparation for Greenhill/MTO meeting; Attended teleconference with Proskauer, MTO, Greenhill and SOLIC; Attention to other related follow-up. | |
| 3/22/2015 | Luria, Neil | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attended teleconference with K&E and other advisors. | |
| 3/22/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to continued iterations of the recovery / waterfall analysis relating to the ongoing negotiations with the T-side | |
| 3/23/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.50 |
| | | Attention to review of ████/EFH legacies recoveries under various prior proposals made. | |
| 3/23/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attention to call with ████ on term sheet status. | |
| 3/23/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attention to call with Greenhill pertaining to reconciliation of waterfall recoveries in light of assumed claims. | |
| 3/23/2015 | Parker, Hayes | 738 - Intercompany Transfers Review | 0.50 |
| | | Attention to: Hard-coding a chart from a picture into excel to be put into a power-point. | |
| 3/23/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to preparations for negotiation sessions in Dallas. | |
| 3/23/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to continued iterations of the recovery / waterfall analysis relating to the ongoing negotiations with the T-side | |
| 3/23/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to continued iterations of the recovery / waterfall analysis relating to the ongoing negotiations with the T-side | |
| 3/23/2015 | Cumbee, Matthew | 750 - Travel Time | 4.50 |
| | | Attention to travel from Chicago, IL to Dallas, TX | |
| 3/23/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel to Dallas to inter-company claims summit for negotiations. | |
| 3/23/2015 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Travel from EWR to Dallas | |
| 3/24/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | Attention to attendance on Evercore sale update call with follow-up. | |
| 3/24/2015 | Koutsonicolis, George | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | EFH - teleconference meeting w/Evercore, SOLIC and Financial Advisors and Legal Counsel of various creditor constituents to discuss sale process status update and general next steps | |
| 3/24/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 10.00 |
| | | Attended intercompany negotiation sessions in Dallas between EFH and TCEH | |
| 3/24/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to redevelopment of financial model for inter-company claim review as directed by counsel. | |
| 3/24/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |

# Energy Future Holdings Corp – March 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to further revisions and scenario analysis pertaining to inter-company claims negotiations. | |
| 3/24/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to various discussions with client pertaining to model/scenario revisions pertaining to inter-company claims negotiations and follow-up on same. | |
| 3/24/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 6.00 |
| | | Attention to continued iterations of the recovery / waterfall analysis relating to the ongoing negotiations with the T-side | |
| 3/24/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to continued iterations of the recovery / waterfall analysis relating to the ongoing negotiations with the T-side | |
| 3/25/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 8.00 |
| | | Attended intercompany negotiation sessions in Dallas between ███████ | |
| 3/25/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to various revisions, updating, and review of model scenarios with team members for negotiations on inter-company claims. | |
| 3/25/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.50 |
| | | Attention to various model revision scenario revisions pertaining to inter-company claim negotiations. | |
| 3/25/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 8.00 |
| | | Attention to continued iterations of the recovery / waterfall analysis relating to the ongoing negotiations with the T-side | |
| 3/25/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.50 |
| | | Attention to continued iterations of the recovery / waterfall analysis relating to the ongoing negotiations with the T-side | |
| 3/25/2015 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Attended intercompany negotiation sessions in Dallas between ███████ | |
| 3/25/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 2.50 |
| | | Attention to attendance in various meetings with DDs pertaining to intercompany claim negotiations. | |
| 3/25/2015 | Hogan, Paul | 795 - Fee Applications/Retention | 2.50 |
| | | Preparation of February 2015 Fee Statement, | |
| 3/26/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.50 |
| | | Attention to review and analysis of ███ proposal with updated claims numbers and related recovery impacts. | |
| 3/26/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 2.00 |
| | | Attention to attendance on EFH weekly Board call. | |
| 3/26/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to further model revisions, review and updating for inter-company claim negotiations. | |
| 3/26/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 4.50 |
| | | Attention to continued iterations of the recovery / waterfall analysis relating to the ongoing negotiations with the T-side | |
| 3/26/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to continued iterations of the recovery / waterfall analysis relating to the ongoing negotiations with the T-side | |
| 3/26/2015 | Cumbee, Matthew | 750 - Travel Time | 4.00 |
| | | Attention to travel from Dallas, TX to Chicago, IL | |

# Energy Future Holdings Corp – March 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|---------:|
| 3/26/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel from Dallas to Atlanta after inter-company claims negotiations. | |
| 3/26/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 2.00 |
| | | Attention to discussions with DDs pertaining to status and next steps on inter-company claims negotiations, with follow-up. | |
| 3/27/2015 | Koutsonicolis, George | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | EFH - teleconference meeting w/Evercore, SOLIC and Financial Advisors and Legal Counsel of various creditor constituents to discuss sale process status update and general next steps | |
| 3/27/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to download and review of various files posted to the data room | |
| 3/27/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attended telephonic board call; Attention to related follow-up. 718 - Meeting with counsel and with other Constituents | |
| 3/29/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | Weekly DDAs update coordination call. | |
| 3/29/2015 | Luria, Neil | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | Attended DDA call. | |
| 3/30/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of intercompany settlement analysis and revisions thereto. | |
| 3/31/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.00 |
| | | Attention to team discussion, update and review of financial model. | |
| 3/31/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attention to attendance on DDAs update call and follow-up. | |
| 3/31/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to Joint Statement and related materials and feedback provided thereto. | |
| 3/31/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to continued work on the recovery / waterfall analysis relating to the T-side negotiations | |

# Energy Future Holdings Corp – March 2015

**Hours**

| | | |
|---|---|---|
| Luria, Neil | Sr. Managing Director | 102.50 |
| Koutsonicolis, George | Managing Director | 9.00 |
| Nowitz, Raoul | Managing Director | 155.50 |
| Hogan, Paul | Director | 2.50 |
| Cumbee, Matthew | Sr. Associate | 109.50 |
| Kraemer, John-Francis | Sr. Associate | 1.00 |
| Casas, Jeff | Analyst | 11.00 |
| Parker, Hayes | Analyst | 21.00 |

**Grand Total:** **412.00**

# Energy Future Holdings Corp – April 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 4/1/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attention to nightly call with conflicts advisors and related follow-up. | |
| 4/1/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to attendance on joint board meeting with required follow-up. | |
| 4/1/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on EFH board meeting | |
| 4/1/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attended EFH Board Meeting | |
| 4/1/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attended EFH Joint Board call | |
| 4/1/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to updating, review of analysis and financial model re waterfalls and recoveries. | |
| 4/1/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to continued work on the waterfall / recovery analysis related to negotiations with the T-side | |
| 4/1/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to continued work on the waterfall / recovery analysis related to negotiations with the T-side | |
| 4/2/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attention to attendance on nightly conflicts counsel call. | |
| 4/2/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.00 |
| | | Review of intercompany claims issues and issues related to EFH Committee requests. | |
| 4/2/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to updating, review of analysis and financial model re waterfalls and recoveries. | |
| 4/2/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 4.00 |
| | | Attention to continued work on the waterfall / recovery analysis related to negotiations with the T-side | |
| 4/2/2015 | Hogan, Paul | 795 - Fee Applications/Retention | 1.00 |
| | | Preparation of April fee statement | |
| 4/3/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on weekly board call. | |
| 4/3/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of latest company waterfall analysis and reconciliation of differences. | |
| 4/3/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to update of recovery analysis based on latest revisions in disputed claims. | |
| 4/3/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to continued work on the waterfall / recovery analysis related to negotiations with the T-side | |
| 4/3/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to download and review of files in posted to data room | |
| 4/3/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to reviewing the latest 10-K's filed for each EFH related entity | |
| 4/5/2015 | Luria, Neil | 718 - Meeting with counsel and with other Constituents | 1.00 |

# Energy Future Holdings Corp – April 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Disinterested Directors Advisors meeting via teleconference. | |
| 4/5/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | Attention to attendance on weekly night conflicts counsel call with K&E. | |
| 4/6/2015 | Nowitz, Raoul | 705 - Plan Development Review | 3.50 |
| | | Attention to review of materials for plan development. | |
| 4/6/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of Intercompany issues in advance of S&C meetings. | |
| 4/6/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of latest inter-company numbers and impacts. | |
| 4/6/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to download and review of files posted to the data room | |
| 4/6/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to reviewing the latest 10-K's filed for each EFH related entity | |
| 4/6/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to continued work on the waterfall / recovery model | |
| 4/7/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.00 |
| | | Attention to review of latest model numbers and impact on plan. | |
| 4/7/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.00 |
| | | Attention to committee position on plan. | |
| 4/7/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of latest dataroom materials. | |
| 4/7/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of matters in advance of S&C meetings re EFH committee issues. | |
| 4/7/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to latest inter-company positions ahead of creditor Committee meetings. | |
| 4/7/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 4.00 |
| | | Attention to continued work on the waterfall / recovery model | |
| 4/7/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to continued work on the waterfall / recovery model | |
| 4/7/2015 | Cumbee, Matthew | 750 - Travel Time | 4.50 |
| | | Attention to travel from Chicago, IL to New York, NY | |
| 4/7/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel to New York for meetings. | |
| 4/8/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.00 |
| | | Attention to discussion with Evercore on sale process and latest status. | |
| 4/8/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 2.50 |
| | | Attention to meeting with S&C, Guggenheim and AlixPartners on claim settlement. | |
| 4/8/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of dataroom materials including REIT implications and analyses. | |
| 4/8/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 5.00 |
| | | Meetings with Proskauer in NYC; Meeting with Proskauer, S&C and Guggenheim re intercompany settlement. | |
| 4/8/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |

# Energy Future Holdings Corp – April 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of inter-company materials and discussion with team thereon. | |
| 4/8/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to discussion and review of materials ahead of CC meeting. | |
| 4/8/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to a call with Evercore to discuss Oncor sale process / timing | |
| 4/8/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to continued work on the waterfall / recovery model | |
| 4/8/2015 | Cumbee, Matthew | 750 - Travel Time | 4.50 |
| | | Attention to travel from New York, NY to Chicago, IL | |
| 4/8/2015 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Travel to New York for meetings with Proskauer, S&C and Guggenheim. | |
| 4/8/2015 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Travel from New York for meetings with Proskauer, S&C and Guggenheim. | |
| 4/9/2015 | Nowitz, Raoul | 705 - Plan Development Review | 3.00 |
| | | Attention to review and analysis of creditor committee correspondence and related plan process. | |
| 4/9/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of additional dataroom materials. | |
| 4/9/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to download and review of files posted to data room | |
| 4/9/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel from NYC to ATL. | |
| 4/10/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to sale update process and next steps. | |
| 4/10/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.50 |
| | | Attention to review of latest plan issues and impact on value/recovery. | |
| 4/10/2015 | Luria, Neil | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Review of various diligence materials. | |
| 4/10/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 2.00 |
| | | Attended EFH Joint Board teleconference. | |
| 4/10/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 2.00 |
| | | Attention to attendance on weekly board call. | |
| 4/10/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.50 |
| | | Attention to review of latest Board Presentation / materials from Evercore, specifically relating to analysis of the Round 2 bids | |
| 4/10/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to download and review of files posted to data room | |
| 4/12/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to review of Oncor bids received from ███████████ | |
| 4/12/2015 | Luria, Neil | 718 - Meeting with counsel and with other Constituents | 1.00 |
| 4/12/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to participation on board call. | |
| 4/12/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |

# Energy Future Holdings Corp – April 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attended EFH Joint Board Meeting teleconference. | |
| 4/13/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attention to DDA update call and follow-up. | |
| 4/13/2015 | Luria, Neil | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Preparation for disinterested director advisor call; Attended disinterested director advisor teleconference | |
| 4/13/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to team updating. | |
| 4/13/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to review of Board materials in advance of Board Meeting; Attended EFH Joint Board Meeting | |
| 4/14/2015 | Koutsonicolis, George | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | EFH - teleconference meeting w/Evercore, SOLIC and Financial Advisors and Legal Counsel of various creditor constituents to discuss sale process status update and general next steps | |
| 4/14/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attended Evercore update call regarding sale process. | |
| 4/14/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to initial review of Round 2 Bids from ▮▮▮▮▮▮ | |
| 4/14/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 4.50 |
| | | Attention to continued review of Round 2 bids from ▮▮▮▮▮ ▮▮▮▮ including creating a summary comparison of the bids and related recovery analyses | |
| 4/14/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to initial review of round 2 bids received. | |
| 4/14/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 4.00 |
| | | Attention to development of bid models. | |
| 4/14/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attention to sale process update call and follow-up. | |
| 4/15/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Attention to review of bids received from ▮▮▮▮▮▮▮▮; Attention to review of bid summaries; Attended conference call with J. Marwil, M. Thomas, R. Nowitz and M. Cumbee regarding bid reviews and other matters. | |
| 4/15/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to call with Proskauer to discuss receipt of Round 2 Bids and update on EFH cash | |
| 4/15/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Attention to continued review of Round 2 Bids, including creating new waterfall analysis to determine recoveries to creditors | |
| 4/15/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to further review of bids and bid model. | |
| 4/15/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.50 |
| | | Attention to review of latest cash projections | |
| 4/15/2015 | Luria, Neil | 795 - Fee Applications/Retention | 0.50 |
| | | Attention to review of invoice materials. | |
| 4/16/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to continued review of Round 2 Bids, including creating new waterfall analysis to determine recoveries to creditors | |
| 4/16/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 2.00 |

# Energy Future Holdings Corp – April 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to call with Evercore to review findings on bids and post-call follow-up. | |
| 4/16/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to call with Evercore | |
| 4/17/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attended Evercore review of bid process call. | |
| 4/17/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to internal call to discuss Round 2 Bids and impact on recoveries in waterfall analysis / model | |
| 4/17/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 4.50 |
| | | Attention to continued work on analysis of Round 2 Bids and their impact on recoveries in the waterfall analysis / model | |
| 4/17/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.00 |
| | | Attention to further review of cash projection and implication on cash at emergence. | |
| 4/17/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 2.00 |
| | | Attention to attendance on EFH board call and post-call follow-up. | |
| 4/17/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attended EFH Board Meeting; Attention to preparation for Board Meeting. | |
| 4/19/2015 | Luria, Neil | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | Attended disinterested director advisor teleconference. | |
| 4/20/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to review of Oncor Bids and review of various issues related thereto. | |
| 4/20/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to review of materials on bids and discussions with team members on same. | |
| 4/20/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 1.50 |
| | | Attention to internal call to further discuss Round 2 Bids, including related follow-up matters | |
| 4/20/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.50 |
| | | Attention to review of latest updates on plan development. | |
| 4/20/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of latest cash projection information and discussions pertaining to same. | |
| 4/20/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.50 |
| | | Attention to review of inter-company materials pertaining o latest comments from various constituents. | |
| 4/20/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 6.50 |
| | | Attention to download and review of various files posted to the data room | |
| 4/20/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to download and review of various files posted to the data room | |
| 4/21/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to attendance on EVR call update re sale process and post-call follow-up. | |
| 4/21/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Attention to review of bid submission materials to assess treatment of specific disputed claims. | |

# Energy Future Holdings Corp – April 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 4/21/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to continued updated of the waterfall / recovery model with respect to receipt of Round 2 bids | |
| 4/21/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.50 |
| | | Attention to review of materials on plan elements arising from potential inquiries from upcoming EFIH UCC FA call. | |
| 4/21/2015 | Luria, Neil | 718 - Meeting with counsel and with other Constituents | 0.50 |
| | | Attended disinterested director advisors call with Kirkland & Ellis. | |
| 4/21/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to pre-call prep for call with EFIH UCC FA. | |
| 4/21/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 1.00 |
| | | Discussion with R. Nowitz in preparation for call with Guggenheim Partners, FA to the E-side committee; Attended call with R. Bojmel, M. Henkin and R. Nowitz regarding intercompany settlement. | |
| 4/21/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of materials ahead of call with EFIH Committee advisors. | |
| 4/21/2015 | Hogan, Paul | 795 - Fee Applications/Retention | 2.00 |
| | | Finalize fee statement review all receipts. | |
| 4/22/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 3.50 |
| | | Attention to further updating and review of modeling of side-by-side comparison of settlement proposal against bids received. | |
| 4/22/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 1.50 |
| | | Attention to continued analysis of Round 2 Bids and related update of the waterfall / recovery model | |
| 4/22/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to call with EFIH UCC FAs regarding elements of settlement. | |
| 4/23/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to further review of side-by-side comparative analysis of bids and required modeling revisions. | |
| 4/23/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 4.50 |
| | | Attention to continued analysis of Round 2 bids and related work on the recovery / waterfall model | |
| 4/23/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to call with Evercore to discuss variances in waterfall / recovery models in relation to latest Round 2 Bids | |
| 4/23/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel from KPS deposition (NYC) to ATL. | |
| 4/24/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to sale process update and follow-up. | |
| 4/24/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to further review and updating of comparative financial analysis. | |
| 4/24/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 4.00 |
| | | Attention to further edit of the recovery / waterfall model, including detailed review and discussion regarding EFH cash balances | |
| 4/24/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.50 |
| | | Attention to further review of cash projection and analysis. | |
| 4/24/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |

# Energy Future Holdings Corp – April 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to further review of element of inter-company analysis pertaining to claim settlement. | |
| 4/27/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to review of ███████████ bids and Kirkland summaries thereof. | |
| 4/27/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.50 |
| | | Attention to preparation of materials for upcoming cash projection call with the co/A&M | |
| 4/27/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of dataroom materials for cash projections and related. | |
| 4/27/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to continued review of inter-company claims elements. | |
| 4/27/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 4.00 |
| | | Attention to review of EFH / EFIH available cash and latest liquidity forecast, including internal discussion and development of follow-up questions | |
| 4/28/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to attendance on sale process update call and post-call needs. | |
| 4/28/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attention to call with Evercore and company management regarding cash and liquidity projection to emergence. | |
| 4/28/2015 | Luria, Neil | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Conference call with Alvarez & Marsal regarding cash flow of EFH; Review of liquidity materials provided by Alvarez & Marsal. | |
| 4/28/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to continued review of inter-company claims elements. | |
| 4/28/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to a call with A&M to review and discuss the latest EFH / EFIH available cash analysis, and related liquidity forecast.   Also includes internal follow-up call to debrief and discuss relative findings | |
| 4/29/2015 | Luria, Neil | 705 - Plan Development Review | 3.00 |
| | | Attention to review of objections filed by various stakeholders to scheduling motion. | |
| 4/29/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| 4/29/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to continued review of inter-company claims elements. | |
| 4/30/2015 | Luria, Neil | 718 - Meeting with counsel and with Constituents | 3.00 |
| | | Meetings with ███████████████████ in New York City to discuss intercompany settlement. | |
| 4/30/2015 | Luria, Neil | 718 - Meeting with counsel and with other Constituents | 1.00 |
| | | Attended disinterested director advisors conference call. | |
| 4/30/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to continued review of inter-company claims elements. | |
| 4/30/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.50 |
| | | Attention to meeting with ███████████████ on inter-company claims review. | |
| 4/30/2015 | Luria, Neil | 750 - Travel Time | 4.50 |
| | | Travel to NYC for meeting with ████████ | |

## Energy Future Holdings Corp – April 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 4/30/2015 | Nowitz, Raoul | 750 - Travel Time | 4.50 |
| | | Attention to travel from New York post ▬▬▬▬ meeting. | |
| 4/30/2015 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Travel from NYC following ▬▬▬▬ meeting. | |
| 4/30/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel to New York for ▬▬▬▬▬▬▬ | |

# Energy Future Holdings Corp – April 2015

| Person | | Hours |
|---|---|---|
| Luria, Neil | Sr. Managing Director | 61.50 |
| Koutsonicolis, George | Managing Director | 0.50 |
| Nowitz, Raoul | Managing Director | 151.00 |
| Hogan, Paul | Director | 3.00 |
| Cumbee, Matthew | Sr. Associate | 87.50 |
| **Grand Total:** | | **303.50** |

# Energy Future Holdings Corp – May 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 5/1/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attention to status update on E-sale process. | |
| 5/1/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 2.00 |
| | | Attention to call with counsel pertaining to TCEH valuation elements and post-call next steps. | |
| 5/1/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of updated valuation materials and discussions on same. | |
| 5/1/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to impact of revised TCEH valuation analyses on value of IC settlement and related. | |
| 5/1/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 1.00 |
| | | Teleconference with Proskauer to review current status of TCEH valuation and other matters. | |
| 5/2/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to review of various bids and plans ahead of bidding deadlines. | |
| 5/3/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to continued review of updated bids / proposals. | |
| 5/3/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Update of the waterfall / recovery analysis re:   EFH / TCEH. | |
| 5/3/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to review of various bids and plans ahead of bidding deadlines. | |
| 5/3/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.00 |
| | | Attention to review of competing plan alternatives to bids and value impacts. | |
| 5/4/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to further review of latest TCEH valuation for implication on IC settlement. | |
| 5/4/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of latest status of key items and analysis. | |
| 5/4/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 1.00 |
| | | Discussion with J. Marwil of Proskauer regarding issues associated with Evercore TCEH valuations and next steps. | |
| 5/4/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to review of board materials. | |
| 5/4/2015 | Hogan, Paul | 795 - Fee Applications/Retention | 1.00 |
| | | Preparation of May Fee Statement. | |
| 5/5/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to continued review of updated bids / proposals, including update of the waterfall / recovery analysis re: EFH / TCEH | |
| 5/5/2015 | Luria, Neil | 718 - Meeting with counsel and with other | 0.50 |
| | | Attended Evercore bi-weekly update call. | |
| 5/5/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of REIT materials posted in the dataroom. | |
| 5/5/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of 10-Q T-side valuation on IC settlement. | |
| 5/6/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to weekly DDAs status update call. | |

# Energy Future Holdings Corp – May 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 5/6/2015 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Attended weekly coordination call with Committees and reviewed various current pleadings. | |
| 5/6/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of the latest EFH board presentation materials | |
| 5/6/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of the latest TCEH valuation materials. | |
| 5/6/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Preparation of assumptions / drivers variance analysis on cash flow. | |
| 5/6/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to valuation impairment analyses. | |
| 5/6/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to revisiting of various elements of IC settlement | |
| 5/7/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Teleconference with Evercore and Proskauer regarding Duff & Phelps valuation issues. | |
| 5/7/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 1.50 |
| | | Attention to review of Fidelity proposal | |
| 5/7/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to development of waterfall on creditor term sheet. | |
| 5/7/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to continued review of updated bids / proposals, including update of the waterfall / recovery analysis re: EFH / TCEH | |
| 5/7/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to attendance on update call with counsel. | |
| 5/7/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to a call with Proskauer to review the latest TCEH valuation and impairment materials | |
| 5/7/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to a call with Proskauer, Kirkland, and Evercore to review the latest TCEH valuation and impairment materials | |
| 5/7/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of the latest TCEH valuation materials. | |
| 5/7/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Further preparation and analysis of assumptions / drivers variance analysis on cash flow. | |
| 5/7/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to valuation impairment analyses. | |
| 5/7/2015 | Nowitz, Raoul | 730 - Project Management and Support | 0.50 |
| | | Attention to internal call on e-discovery requests. | |
| 5/7/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to call with Evercore on latest valuation of D&P and impact on step up values | |
| 5/7/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 1.00 |
| | | Teleconference with Proskauer regarding current status of Evercore valuation and creditor discussions. | |
| 5/7/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to call with EFH DDs. | |
| 5/8/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 0.50 |

# Energy Future Holdings Corp – May 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Teleconference iwth Evercore re sale process. | |
| 5/8/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to further development of waterfall model on creditor proposal. | |
| 5/8/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attention to e-sale process update. | |
| 5/8/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to continued review of updated bids / proposals, including update of the waterfall / recovery analysis re: EFH / TCEH | |
| 5/8/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attended EFH Board Teleconference. | |
| 5/8/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to weekly board call attendance. | |
| 5/8/2015 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to call on EDiscovery and discovery matters. | |
| 5/8/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 0.50 |
| | | Review regarding discovery issues with R. Nowitz, M. Firestien, and J. Roche. | |
| 5/8/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of the creditor proposal and waterfall analysis. | |
| 5/8/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Teleconference with Proskauer and the disinterested directors of EFH. | |
| 5/9/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to continued review of updated bids / proposals. | |
| 5/9/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to review of various bids and plans ahead of bidding deadlines. | |
| 5/9/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Update of the waterfall / recovery analysis re: EFH / TCEH. | |
| 5/10/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Attention to continued review of updated bids / proposals, including update of the waterfall / recovery analysis re: EFH / TCEH | |
| 5/10/2015 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Travel from NYC | |
| 5/10/2015 | Luria, Neil | 750 - Travel Time | 5.00 |
| | | Travel from Miami to NYC for meetings with Proskauer and Disinterested Directors. | |
| 5/11/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Review of creditor Term Sheet. | |
| 5/11/2015 | Nowitz, Raoul | 705 - Plan Development Review | 3.00 |
| | | Attention to review of Evercore valuation materials and Duff and Phelps impairment valuation analysis with comparison of differences. | |
| 5/11/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 2.00 |
| | | Attention to meeting with creditor and PWP on inter-co matters and plan discussion, including post-meeting debrief. | |
| 5/11/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to attendance on weekly DDAs call. | |

# Energy Future Holdings Corp – May 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 5/11/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of materials ahead of creditor meeting prep session call. | |
| 5/11/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to updating the recovery / waterfall analysis for the latest bids received, including internal review and discussion | |
| 5/11/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 2.00 |
| | | Teleconference with Proskauer and the Disinterested Directors; Attention to preparation related thereto and follow-up with Proskauer thereafter. | |
| 5/11/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.50 |
| | | Attention to prep session call with Disinterested Directors ahead of the creditor meeting. | |
| 5/12/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attended E-Sale Process bi-weekly call. | |
| 5/12/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Teleconference with Evercore regarding status of sale process and creditor plan proposals. | |
| 5/12/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to twice weekly E-sale status update call and follow up | |
| 5/12/2015 | Nowitz, Raoul | 730 - Project Management and Support | 1.00 |
| | | Attention to call to discuss eDiscovery and required follow-up. | |
| 5/12/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to e-discovery issues; Conference call with Proskauer re same | |
| 5/13/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to call with Evercore to discuss creditor proposal. | |
| 5/13/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Attention to continued review of updated bids / proposals, including update of the waterfall / recovery analysis re: EFH / TCEH | |
| 5/13/2015 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Discussions with J. Marwil of Proskauer regarding current status of review of creditor Term Sheet and other matters. | |
| 5/13/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of various valuation and recovery materials ahead of creditor meeting. | |
| 5/13/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to a call with Evercore to discuss items relating to the latest Rouns 2 bids received | |
| 5/13/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of latest round 2 bids. | |
| 5/13/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to updating the waterfall / recovery analysis for latest information received regarding round 2 bids. | |
| 5/13/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel to New York for creditor meeting. | |
| 5/14/2015 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Attended Disintered Director Advisor weekly teleconference. | |
| 5/14/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to post creditor meeting debrief and discussion of next steps, incl. follow-up. | |

# Energy Future Holdings Corp – May 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 5/14/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to attendance on weekly DDAs call. | |
| 5/14/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel back from EFH meeting with Fidelity. | |
| 5/14/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 2.00 |
| | | Meeting with Disinterested Directors, creditor and Proskauer in NYC. | |
| 5/14/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 2.00 |
| | | Attention to meeting with Disinterested Directors and creditor on proposal, plan and next steps. | |
| 5/14/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.50 |
| | | Attention to meeting with Disinterested Directors ahead of the creditor meeting. | |
| 5/14/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 2.00 |
| | | Attention to preparation for meeting with Disinterested Directors in NYC. | |
| 5/15/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Attention to review of materials discussed and reviewed in creditor meeting. | |
| 5/15/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to attendance on E-sale update call and post-call follow-up. | |
| 5/15/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to continued review of updated bids / proposals, including update of the waterfall / recovery analysis re: EFH / TCEH | |
| 5/15/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.50 |
| | | Attention to review of creditor information as it relates to impact on waterfall and plan term sheet. | |
| 5/15/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 0.50 |
| | | Teleconference with J. Roche of Proskauer regarding discovery matters. | |
| 5/15/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 0.50 |
| | | Follow up with IT regarding E-discovery matters. | |
| 5/16/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to continued review of updated bids / proposals. | |
| 5/16/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Update of the waterfall / recovery analysis re: EFH / TCEH. | |
| 5/16/2015 | Nowitz, Raoul | 730 - Project Management and Support | 1.50 |
| | | Attention to review of e-Discovery requirements and files. | |
| 5/17/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Attention to continued review of updated bids / proposals, including update of the waterfall / recovery analysis re: EFH / TCEH | |
| 5/17/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to review of various bids and plans ahead of bidding deadlines. | |
| 5/18/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to revisions on transaction related documentation | |
| 5/18/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to review of latest bids, status, review of model, analysis and discussions. | |

# Energy Future Holdings Corp – May 2015

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 5/18/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to continued review of updated bids / proposals, including update of the waterfall / recovery analysis re: EFH / TCEH | |
| 5/18/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.50 |
| | | Attention to discussions with Evercore on latest market value of TCEH debt and implications on valuation. | |
| 5/18/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.50 |
| | | Post call review of valuation findings. | |
| 5/18/2015 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review and finalization of April time and expenses reporting package for the fee examiner. | |
| 5/18/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of latest inter-company positions and input received on same with external and internal discussions as required. | |
| 5/19/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Teleconference with Evercore and SOLIC team to review creditor proposal economics. | |
| 5/19/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attended bi-weekly sales update call with Evercore. | |
| 5/19/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to e-sale update call with Evercore. | |
| 5/19/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attention to continued review of updated bids / proposals. | |
| 5/19/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Internal follow up regarding creditor proposal economics. | |
| 5/19/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Internal post call follow up regarding update call with Evercore. | |
| 5/19/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Update of the waterfall / recovery analysis re:   EFH / TCEH. | |
| 5/19/2015 | Cumbee, Matthew | 720 - Financing Proposal Review | 1.50 |
| | | Attention to preparation and review of materials prior to call with Evercore. | |
| 5/19/2015 | Cumbee, Matthew | 720 - Financing Proposal Review | 1.00 |
| | | Attention to call with Evercore to review the latest TCEH valuation. | |
| 5/19/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of Intralinks dataroom, cash reporting and Oncor REIT financial materials. | |
| 5/19/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to attendance and follow up on weekly board call. | |
| 5/19/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of latest inter-company positions and input received on same with external and internal discussions as required. | |
| 5/20/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to review of latest bids, status, review of model, analysis and discussions. | |
| 5/20/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 |

## Energy Future Holdings Corp – May 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of latest inter-company positions and input received on same with external and internal discussions as required. | |
| 5/20/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | $ 375.00 |
| | | Attention to continued work updating the recovery / waterfall analysis | |
| 5/21/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Review of revised bid documentation. | |
| 5/21/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to review of latest bids and status. | |
| 5/21/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attention to continued review of updated bids / proposals. | |
| 5/21/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Review of model, analysis and discussions. | |
| 5/21/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Update of waterfall / recovery analysis re:   EFH / TCEH. | |
| 5/21/2015 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Attended weekly Disinterested Director Advisor coordination call. | |
| 5/21/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to attendance on weekly DDAs call. | |
| 5/21/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of Intralinks dataroom, cash reporting and Oncor REIT financial materials. | |
| 5/21/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to download and review of files posted to the data room | |
| 5/21/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of the latest Board Materials | |
| 5/21/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of latest inter-company positions and input received on same with external and internal discussions as required. | |
| 5/21/2015 | Hogan, Paul | 795 - Fee Applications/Retention | 2.00 |
| | | Finalize fee statement. | |
| 5/22/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Attention to review of Evercore updates on various bids. | |
| 5/22/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to Evercore e-sale update call. | |
| 5/22/2015 | Luria, Neil | 718 - Meeting with counsel and with other | 0.50 |
| | | Attended bi-weekly sales update call. | |
| 5/22/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attended EFH Joint Board teleconference. | |
| 5/22/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to review of latest inter-company positions and input received on same with external and internal discussions as required. | |
| 5/22/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.50 |
| | | Attention to update and review of the latest waterfall / recovery analysis | |
| 5/22/2015 | Nowitz, Raoul | 795 - Fee Applications/Retention | 1.00 |
| | | Attention to preparation of fee application. | |
| 5/23/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 3.50 |

# Energy Future Holdings Corp – May 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 5/23/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 3.50 |
| | | Attention to continued review of updated bids / proposals. | |
| 5/23/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Update of the waterfall / recovery analysis re: EFH / TCEH. | |
| 5/23/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of various bids and plans ahead of bidding deadlines. | |
| 5/24/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 1.50 |
| | | Attention to review of claims and potential for post-petition claims revisions. | |
| 5/24/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to continued review of updated bids / proposals. | |
| 5/24/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to continued review of updated bids / proposals, including update of the waterfall / recovery analysis re: EFH / TCEH | |
| 5/24/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 1.50 |
| | | Attention to review of various bids and plans ahead of bidding deadlines. | |
| 5/24/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Update of the waterfall / recovery analysis re: EFH / TCEH. | |
| 5/25/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Attention to review of various dataroom uploads. | |
| 5/25/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to weekly sale update call. | |
| 5/25/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of dataroom content. | |
| 5/25/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 0.50 |
| | | Attention to employment matters, REIT elements, financial reporting and cash elements. | |
| 5/25/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 0.50 |
| | | Attention to various elements of inter-company matters. | |
| 5/26/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Follow up regarding settlement. | |
| 5/26/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to bid process update call and follow-up | |
| 5/26/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of dataroom content. | |
| 5/26/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to download and review of files posted to the data room | |
| 5/26/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to employment matters, REIT elements, financial reporting and cash elements. | |
| 5/26/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to various elements of inter-company matters. | |
| 5/27/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Follow-up regarding settlement. | |
| 5/27/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Review of Bids and other matters. | |
| | | Attention to review of round 2 bids - views on strength of the bids, issues, steps to stalking horse selection. | |

## Energy Future Holdings Corp – May 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 5/27/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attention to continued review of updated bids / proposals. | |
| 5/27/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Update of waterfall / recovery analysis re: EFH / TCEH. | |
| 5/27/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of dataroom content. | |
| 5/27/2015 | Koutsonicolis, George | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Review of February 2015 management presentation. | |
| 5/27/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to employment matters, REIT elements, financial reporting and cash elements. | |
| 5/28/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to review of round 2 bids - views on strength of the bids, issues, steps to stalking horse selection. | |
| 5/28/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to download and review of new files posted to the data room | |
| 5/28/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of dataroom content. | |
| 5/28/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to employment matters, REIT elements, financial reporting and cash elements. | |
| 5/28/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.50 |
| | | Attention to various elements of inter-company matters. | |
| 5/28/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.50 |
| | | Attention to follow up regarding settlement. | |
| 5/29/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Review of creditor bids. | |
| 5/29/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to discussion with J. Marwil on bids and review of bids | |
| 5/29/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to stalking horse update call with DDAs. | |
| 5/29/2015 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Attended DDA teleconference. | |
| 5/29/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of dataroom content. | |
| 5/29/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to employment matters, REIT elements, financial reporting and cash elements. | |
| 5/29/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention required follow-up re settlement. | |
| 5/30/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to continued review of updated bids / proposals, including update of the waterfall / recovery analysis re: EFH / TCEH | |
| 5/30/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 3.50 |
| | | Attention to continued review of updated bids / proposals. | |
| 5/30/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 3.00 |
| | | Attention to continuing review of bid elements and agreements relates to same. | |
| 5/30/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |

# Energy Future Holdings Corp – May 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to REIT elements and tax elements. | |
| 5/31/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.00 |
| | | Attention to continued review of updated bids / proposals. | |
| 5/31/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Update on waterfall / recovery analysis re:   EFH / TCEH. | |

# Energy Future Holdings Corp – May 2015

| Person | | Hours |
|--------|--|-------|
| **Person** | | **Hours** |
| Luria, Neil | Senior Managing Director | 46.00 |
| Koutsonicolis, George | Managing Director | 1.50 |
| Nowitz, Raoul | Managing Director | 169.50 |
| Hogan, Paul | Director | 3.00 |
| Cumbee, Matthew | Senior Associate | 95.50 |
| **Grand Total:** | | **315.50** |

## Energy Future Holdings Corp – June 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 6/1/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid Review | 1.00 |
| | | Conference call with Evercore, R. Nowitz and M. Cumbee to review current status of Bids. | |
| 6/1/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid Review | 1.00 |
| | | Attended DDA call to review status of bid process. | |
| 6/1/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid Review | 4.00 |
| | | Attention to review of merger related documentation. | |
| 6/1/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to catch-up call with Evercore. | |
| 6/1/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to standing stalking horse call with DDAs. | |
| 6/1/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to a call with advisors re: general status update on solicitation process | |
| 6/1/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 1.50 |
| | | Attention to continuing review of bids, merger agreements and bid mechanics. | |
| 6/1/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to download and review of files posted to the data room | |
| 6/1/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of latest dataroom uploads and new information loaded. | |
| 6/1/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 1.50 |
| | | Waterfall and recovery and development of analysis on same. | |
| 6/1/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Review of key materials and analyses as pertains to various elements of the case. | |
| 6/2/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Teleconference with Proskauer, Donald Evans and Billie Williamson. | |
| 6/2/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Teleconference with Proskauer in advance of disinterested director call. | |
| 6/2/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 0.50 |
| | | Attention to update call with Proskauer re merger agreement. | |
| 6/2/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to update call with EFH DDs. | |
| 6/2/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to e-sale update call led by Evercore. | |
| 6/2/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 2.00 |
| | | Attention to continuing review of bids, merger agreements and bid mechanics. | |
| 6/2/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of latest dataroom uploads and new information loaded. | |
| 6/2/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to download and review of files posted to the data room | |
| 6/2/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 2.00 |
| | | Recovery analysis and development of analyses on same. | |
| 6/2/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |

# Energy Future Holdings Corp – June 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Review of key materials and analyses as pertains to various elements of the case. | |
| 6/3/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid Review | 1.50 |
| | | Teleconference with DDA's to review status of sale process. | |
| 6/3/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to standard weekly DDA call. | |
| 6/3/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 1.50 |
| | | Attention to continuing review of bids, merger agreements and bid mechanics. | |
| 6/3/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of latest dataroom uploads and new information loaded. | |
| 6/3/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to download and review of files posted to the data room | |
| 6/3/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 1.50 |
| | | Updated waterfall and recovery analysis and development of analyses on bids and merger agreements. | |
| 6/3/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Review of key materials and analyses as it pertains to various elements of the case. | |
| 6/3/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid Review | 1.50 |
| | | SOLIC discussion regarding sale process. | |
| 6/4/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Teleconference with Proskauer, Donald Evans and Billie Williamson | |
| 6/4/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Teleconference with Proskauer in advance of call with disinterested directors. | |
| 6/4/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Teleconference with Kirkland & Ellis and disinterested directors. | |
| 6/4/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with Evercore. | |
| 6/4/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call to discuss updated claims balances. | |
| 6/4/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to call with D. Evans and B. Williamson pertaining to update on various key case matters. | |
| 6/4/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to discussion with counsel ahead of call with EFH DDs | |
| 6/4/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to status update call with various DDAs and post-call follow-up | |
| 6/4/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 2.00 |
| | | Attention to continuing review of bids, merger agreements and bid mechanics. | |
| 6/4/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of latest dataroom uploads and new information loaded. | |
| 6/4/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to a call with Evercore for a status update on solicitation process | |

# Energy Future Holdings Corp – June 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 6/4/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to a call with Evercore to discuss the EFH creditor claims matters | |
| 6/4/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to a call with Proskauer and the Disinterested Directors. | |
| 6/4/2015 | Hogan, Paul | 795 - Fee Applications/Retention | 1.00 |
| | | Prepare June Fee Statement. | |
| 6/4/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 1.50 |
| | | Updated waterfall and recovery analysis and development of analyses on same. | |
| 6/4/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Review of key materials and analyses as pertains to various elements of the case. | |
| 6/4/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.50 |
| | | Attention to preparation for call with Disinterested Directors. | |
| 6/5/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attended EFH Joint Board Meeting | |
| 6/5/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to participation on board call. | |
| 6/5/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 0.50 |
| | | Attention to Evercore update on E-sale process. | |
| 6/5/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with DDAs re stalking horse. | |
| 6/5/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 2.00 |
| | | Attention to continuing review of bids, merger agreements and bid mechanics. | |
| 6/5/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of latest dataroom uploads and new information loaded. | |
| 6/5/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid Review | 3.50 |
| | | Update of the recovery / waterfall analysis to reflect a 3/31/16 exit. | |
| 6/5/2015 | Cumbee, Matthew | 765 - Presentation Development | 3.00 |
| | | Attention to preparation of schedules and slides for an update on the latest bids received. | |
| 6/5/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 2.00 |
| | | Updated waterfall and recovery analysis and development of analyses on same. | |
| 6/5/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Review of key materials and analyses as pertains to various elements of the case. | |
| 6/5/2015 | Cumbee, Matthew | 765 - Presentation Development | 3.00 |
| | | Review Evercore materials and update waterfall / recovery analysis. | |
| 6/6/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 2.00 |
| | | Attention to continuing review of bids, merger agreements and bid mechanics. | |
| 6/6/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 2.00 |
| | | Updated waterfall and recovery analysis and development of analyses on same. | |

# Energy Future Holdings Corp – June 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 6/8/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid Review | 1.00 |
| | | Review of merger agreement markup. | |
| 6/8/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to preparation for DDA call. | |
| 6/8/2015 | Parker, Hayes | 765 - Presentation Development | 2.00 |
| | | Attention to development of analyses used in presentation for EFH. | |
| 6/8/2015 | Cumbee, Matthew | 765 - Presentation Development | 3.50 |
| | | Attention to preparation of schedules and slides for an update on the latest bids received. | |
| 6/8/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to attendance on DDAs call and post call follow-up | |
| 6/8/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of dataroom materials and revisiting of prior dataroom materials for updated information required for analysis and discussion with counsel. | |
| 6/8/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 3.00 |
| | | Attention to review of latest bids and plan proposal, including updating and review of waterfall mechanics. | |
| 6/8/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to revisiting elements of analysis. | |
| 6/8/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid Review | 1.00 |
| | | Attention to draft board materials. | |
| 6/8/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid Review | 1.00 |
| | | Attention to potential stalking horse transaction. | |
| 6/8/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attended DDA call. | |
| 6/8/2015 | Cumbee, Matthew | 765 - Presentation Development | 3.50 |
| | | Attention to review of Evercore materials and update of waterfall / recovery analysis. | |
| 6/9/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid Review | 2.00 |
| | | Review of currents status of bids. | |
| 6/9/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 3.00 |
| | | Attended telephonic EFH Board of Directors meeting | |
| 6/9/2015 | Parker, Hayes | 765 - Presentation Development | 3.00 |
| | | Attention to charts for inclusion in presentation for EFH. | |
| 6/9/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid Review | 3.50 |
| | | Attention to continued update of the waterfall / recovery analysis re: EFH / TCEH. | |
| 6/9/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid Review | 3.50 |
| | | Attention to rolling forward numbers to contemplate a 3/31/16 exit. | |
| 6/9/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 3.00 |
| | | Attention to attendance on Board call. | |
| 6/9/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of dataroom materials and revisiting of prior dataroom materials for updated information required for analysis and discussion with counsel. | |
| 6/9/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 1.50 |
| | | Attention to review of latest bids and plan proposal. | |
| 6/9/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |

# Energy Future Holdings Corp – June 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Update and review waterfall mechanics. | |
| 6/10/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid Review | 1.00 |
| | | Teleconference with Proskauer in advance of disinterested director teleconference. | |
| 6/10/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Teleconference with Disinterested Directors and Proskauer to review current state of play. | |
| 6/10/2015 | Cumbee, Matthew | 765 - Presentation Development | 1.50 |
| | | Attention to preparation of schedules and slides for an update on the latest bids received. | |
| 6/10/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to attendance on EFH DDs. | |
| 6/10/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with counsel on recovery analysis and bids and post-call follow up | |
| 6/10/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of dataroom materials and revisiting of prior dataroom materials for updated information required for analysis and discussion with counsel. | |
| 6/10/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 2.00 |
| | | Attention to review of latest bids and plan proposal. | |
| 6/10/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to revisiting of elements of analysis. | |
| 6/10/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 2.00 |
| | | Update and review waterfall mechanics. | |
| 6/10/2015 | Cumbee, Matthew | 765 - Presentation Development | 2.00 |
| | | Review Evercore materials and update waterfall / recovery analysis. | |
| 6/11/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid Review | 3.00 |
| | | Attention to review of merger documentation. | |
| 6/11/2015 | Cumbee, Matthew | 765 - Presentation Development | 3.00 |
| | | Attention to preparing a presentation re: proposals received to-date and selection of a Stalking Horse. | |
| 6/11/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with counsel. | |
| 6/11/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with DDAs on stalking horse status. | |
| 6/11/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of dataroom materials and revisiting of prior dataroom materials for updated information required for analysis and discussion with counsel. | |
| 6/11/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 1.00 |
| | | Attention to review of latest bids and plan proposal. | |
| 6/11/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 1.00 |
| | | Update and review waterfall mechanics. | |
| 6/11/2015 | Cumbee, Matthew | 765 - Presentation Development | 2.00 |
| | | Necessary updates to waterfall recovery analysis in preparation of presentation regarding proposals and selection of Stalking Horse. | |
| 6/12/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |

# Energy Future Holdings Corp – June 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attended EFH Board Meeting at Proskauer's Chicago Offices with Jeff Marwil. | |
| 6/12/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid Review | 1.00 |
| | | Meeting with Jeff Marwil, Mark Thomas, and Pete Young regarding bid status and other matters. | |
| 6/12/2015 | Cumbee, Matthew | 765 - Presentation Development | 3.00 |
| | | Attention to preparing a presentation re: proposals received to-date and selection of a Stalking Horse | |
| 6/12/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of recent bid materials. | |
| 6/12/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to attendance on weekly board call. | |
| 6/12/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of dataroom materials and revisiting of prior dataroom materials for updated information required for analysis and discussion with counsel. | |
| 6/12/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 2.00 |
| | | Attention to review of latest bids and plan proposal. | |
| 6/12/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to revisiting of elements of analysis. | |
| 6/12/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 2.00 |
| | | Update and review of waterfall mechanics. | |
| 6/15/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attended disinterested director advisor update call. | |
| 6/15/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 0.50 |
| | | Teleconference with Proskauer and the disintered directors of EFH. | |
| 6/15/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to download and review of various files posted to the data room | |
| 6/15/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to updating the waterfall / recovery model for the latest proposals received. | |
| 6/15/2015 | Cumbee, Matthew | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to call with Proskauer and Disinterested Directors re: status update of various proposals received to-date and ongoing negotiations. | |
| 6/15/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attended disinterested director advisor update call. | |
| 6/15/2015 | Nowitz, Raoul | 705 - Plan Development Review | 3.00 |
| | | Attention to review and analysis of latest draft plan bids and recoveries to waterfall analyses. | |
| 6/15/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 3.00 |
| | | Attention to review of latest status of bids per auction process. | |
| 6/15/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 0.50 |
| | | Teleconference with Proskauer and Disinterested Directors of EFH. | |
| 6/15/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to ongoing negotiations. | |
| 6/16/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid Review | 1.00 |
| | | Attention to continued review of updated bids / proposals. | |

# Energy Future Holdings Corp – June 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 6/16/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 2.50 |
| | | Attention to review of Term Sheet. | |
| 6/16/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to E-sale update call. | |
| 6/16/2015 | Nowitz, Raoul | 705 - Plan Development Review | 4.00 |
| | | Attention to review and analysis of latest draft plan bids and recoveries to waterfall analyses. | |
| 6/16/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 2.00 |
| | | Attention to review of latest status of bids per auction process and waterfall recovery analyses. | |
| 6/16/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid Review | 2.50 |
| | | Attention to update of waterfall recovery analysis re: EFH / TCEH. | |
| 6/17/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid Review | 3.50 |
| | | Attention to continued review of updated bids and proposals. | |
| 6/17/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.50 |
| | | Attention to review of materials regarding inter-company claims. | |
| 6/17/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attended EFH Board Meeting. | |
| 6/17/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to attendance on board update call. | |
| 6/17/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with A&M on post-petition inter-debtor liabilities and post-call follow-up. | |
| 6/17/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.00 |
| | | Attention to review and analysis of latest draft plan bids. | |
| 6/17/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 1.00 |
| | | Attention to review of latest status of bids per auction process and waterfall recovery analyses. | |
| 6/17/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of documentation pertaining to inter-company elements. | |
| 6/17/2015 | Koutsonicolis, George | 700 - Bidding Procedures Review and Bid Review | 1.50 |
| | | Review of presentation materials re: bid proposal status update. | |
| 6/17/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.00 |
| | | Attention to recoveries to waterfall analyses. | |
| 6/17/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid Review | 3.50 |
| | | Attention to update of the waterfall / recovery analysis re: EFH / TCEH. | |
| 6/17/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to call with A&M to discuss inter-company claims. | |
| 6/18/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid Review | 3.00 |
| | | Attention to continued update of the waterfall / recovery analysis. | |
| 6/18/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to download and review of various documents posted to the bankruptcy court docket | |
| 6/18/2015 | Luria, Neil | 705 - Plan Development Review | 2.00 |
| | | Review of various plan proposals and documentation. | |
| 6/18/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to update call with various constituents. | |
| 6/18/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.50 |

# Energy Future Holdings Corp – June 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review and analysis of latest draft plan bids and recoveries to waterfall analyses. | |
| 6/18/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 2.00 |
| | | Attention to review of latest status of bids per auction process and waterfall recovery analyses. | |
| 6/18/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of documentation pertaining to inter-company elements. | |
| 6/18/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid Review | 3.00 |
| | | Attention to latest status of bids. | |
| 6/18/2015 | Cumbee, Matthew | 730 - Project Management and Support | 2.00 |
| | | Attention to preparation and review of Interim Fee Application | |
| 6/19/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Teleconference with Proskauer in advance of disinterested director call. | |
| 6/19/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attended EFH Board teleconference. | |
| 6/19/2015 | Luria, Neil | 725 - Dataroom and Diligence Materials | 0.50 |
| | | Teleconference with A&M and SOLIC to review intercompany claims issues. | |
| 6/19/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to discussion with counsel on various bid elements. | |
| 6/19/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to attendance on weekly board call. | |
| 6/19/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 0.50 |
| | | Attention to further discussions with debtor advisors on post-petition inter-co liabilities. | |
| 6/19/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to e-sale update call. | |
| 6/19/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.50 |
| | | Attention to review and analysis of latest draft plan bids. | |
| 6/19/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 1.00 |
| | | Attention to review of latest status of bids per auction process and waterfall recovery analyses. | |
| 6/19/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid Review | 3.50 |
| | | Attention to continued update of the waterfall / recovery analysis | |
| 6/19/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to a call with A&M regarding intercompany claims analysis. | |
| 6/19/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.50 |
| | | Attention to recoveries to waterfall analysis. | |
| 6/19/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with Evercore regarding solicitation status update. | |
| 6/22/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 1.00 |
| | | Attention to review of most recent materials on bids. | |
| 6/22/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.50 |
| | | Attention to review of various elements of latest plan proposals, waterfall impacts and revisions to analyses. | |
| 6/22/2015 | Hogan, Paul | 795 - Fee Applications/Retention | 2.00 |
| | | Finalize June Fee Statement. | |

# Energy Future Holdings Corp – June 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 6/22/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review and update of the waterfall / recovery model | |
| 6/22/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 1.00 |
| | | Attention to review of waterfall economics with revision. | |
| 6/23/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attended EFH Board meeting teleconference. | |
| 6/23/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to e-sale update call. | |
| 6/23/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on board call. | |
| 6/23/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 2.50 |
| | | Attention to review of most recent materials on bids, waterfall economics with revision, and market metrics impacting on same. | |
| 6/23/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.50 |
| | | Attention to review of various elements of latest plan proposals, waterfall impacts, revisions to analyses, and review of documents pertaining to same. | |
| 6/23/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to a call with A&M to discuss various intercompany claims analyses | |
| 6/23/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of most recent bid materials. | |
| 6/23/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.50 |
| | | Attention to waterfall economics with revision and impact on DDA settlement on recoveries. | |
| 6/24/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 0.50 |
| | | Attention to call with debtor advisors on post-petition inter-company balances. | |
| 6/24/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on board call. | |
| 6/24/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 1.00 |
| | | Attention to review of most recent materials on bids. | |
| 6/24/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.50 |
| | | Attention to review of various elements of latest plan proposals. | |
| 6/24/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of latest analyses on inter-company activity. | |
| 6/24/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to a call with A&M to discuss various intercompany claims analyses | |
| 6/24/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of the intercompany analysis provided by A&M to identify various T-side claims against EFH. | |
| 6/24/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on board call. | |
| 6/24/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 1.00 |
| | | Attention to waterfall economics with revision and market metrics impacting same. | |
| 6/24/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.50 |
| | | Attention to waterfall impacts and revisions to analyses. | |
| 6/25/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 1.00 |

# Energy Future Holdings Corp – June 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Teleconference with J. Marwil regarding delaware hearing and next steps for plan confirmation. | |
| 6/25/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 1.00 |
| | | Attention to review of most recent materials on bids. | |
| 6/25/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.00 |
| | | Attention to review of various elements of latest plan proposals. | |
| 6/25/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of latest analyses on inter-company activity. | |
| 6/25/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to a call with A&M to discuss various intercompany claims analyses. | |
| 6/25/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to compiling an analysis on potential merger party transaction items. | |
| 6/25/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Review and edit transactions items. | |
| 6/25/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 1.50 |
| | | Attention to waterfall economics with revision and market metrics impacting same. | |
| 6/25/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.50 |
| | | Attention to waterfall impacts and revisions to analyses. | |
| 6/26/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid | 1.50 |
| | | Attention to review of most recent materials on bids. | |
| 6/26/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.50 |
| | | Attention to review of various elements of latest plan proposals. | |
| 6/26/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of latest analyses on inter-company activity. | |
| 6/26/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 1.50 |
| | | Attention to waterfall economics with revision and market metrics impacting same. | |
| 6/26/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.50 |
| | | Attention to waterfall impacts and revisions to analyses. | |
| 6/29/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to post-petition cash inter-company activity between EFH and other affiliates. | |
| 6/30/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attended Disinterested Director Advisor conference call with K&E and others. | |
| 6/30/2015 | Parker, Hayes | 705 - Plan Development Review | 0.20 |
| | | Participate on conference call with DDAs. | |
| 6/30/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to post-petition cash inter-company activity between EFH and other affiliates. | |
| 6/30/2015 | Nowitz, Raoul | 705 - Plan Development Review | 3.00 |
| | | Review of various plan materials and Evercore analysis. | |
| 6/30/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with DDAs pertaining to review of Evercore sensitivity analyses. | |
| 6/30/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 3.00 |
| | | Attention to a call with the DDA's. | |

Case 14-10979-CSS   Doc 13009-1   Filed 04/30/18   Page 320 of 501

## Energy Future Holdings Corp – June 2015

| Person | | Hours |
|--------|--|-------|
| Luria, Neil | Senior Managing Director | 45.50 |
| Koutsonicolis, George | Managing Director | 1.50 |
| Nowitz, Raoul | Managing Director | 172.00 |
| Hogan, Paul | Director | 3.00 |
| Cumbee, Matthew | Senior Associate | 110.00 |
| Parker, Hayes | Analyst | 5.20 |
| **Grand Total:** | | **337.20** |

## Energy Future Holdings Corp – July 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 7/1/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to a call with A&M to continue discussions re: the intercompany claims analyses provided. | |
| 7/1/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with counsel and other DDAs to discuss E-side equitization plan, with follow-up. | |
| 7/1/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Teleconference with T-side DDAs and Proskauer regarding EFH equitization plan implications. | |
| 7/1/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of various dataroom documents pertaining to plan and inter-company elements. | |
| 7/1/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to intercompany issues; Discussions with A&M re same. | |
| 7/1/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 0.50 |
| | | Attention to call to discuss post-petition inter-company claims. | |
| 7/1/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to continued review and update of the waterfall / recovery model and resolution of inter-company claims. | |
| 7/2/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.50 |
| | | Attention to review of latest plan analyses, documents and development of analyses on same. | |
| 7/2/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.50 |
| | | Attention to a call with K&E and the DDAs, including preparatory and follow-up matters. | |
| 7/2/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.50 |
| | | Attention to DDAs update call. | |
| 7/2/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of emergence cash and inter-company adjustments/transfers in reference to same. | |
| 7/3/2015 | Nowitz, Raoul | 705 - Plan Development Review | 4.00 |
| | | Attention to review of latest plan analyses and documents and development of analyses on same. | |
| 7/3/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Review of dataroom content for materials associated with latest plan analyses. | |
| 7/3/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of emergence cash and inter-company adjustments/transfers in reference to same. | |
| 7/6/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid Review | 3.00 |
| | | Attention to review of Project Ovation revised documents. | |
| 7/6/2015 | Nowitz, Raoul | 700 - Bidding Procedures Review and Bid Review | 3.00 |
| | | Attention to review of latest plan proposals, review of analyses and term sheets, review of analyses through financial models. Discussions with team on same. | |
| 7/6/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel to New York for creditor meetings. | |
| 7/7/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.00 |
| | | Attention to meeting with creditor constituents and post-meeting follow-up. | |

## Energy Future Holdings Corp – July 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 7/7/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of latest plan proposals, review of analyses and term sheets, review of analyses through financial models, with implication of inter-company settlement. Discussions with team on same. | |
| 7/7/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to continued review and update of the waterfall / recovery model based on the latest negotiations / proposals with input on company settlement. | |
| 7/7/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel post creditor meetings. | |
| 7/8/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid | 1.00 |
| | | Conference call with Proskauer to discuss stakeholder negotiations. | |
| 7/8/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 2.00 |
| | | Attention to an internal call to review and discuss the latest EFH cash projections. | |
| 7/8/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to post-meeting follow-up. | |
| 7/8/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of latest plan proposals, review of analyses and term sheets, review of analyses through financial models with implication on inter-company settlement. Discussions with team on same. | |
| 7/8/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.50 |
| | | Conference call with Proskauer regarding Oncor related issues; Attention to review of appropriate documents; Review of other documentation related to same. | |
| 7/8/2015 | Cumbee, Matthew | 750 - Travel Time | 4.50 |
| | | Attention to travel from Chicago, IL to New York, NY for meetings at K&E. | |
| 7/8/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel to New York for creditor, K&E and Evercore meetings. | |
| 7/9/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to DDAs call and post call follow-up. | |
| 7/9/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 2.00 |
| | | Attention to meeting with various creditor groups, counsel and various professionals with post meeting follow-up. | |
| 7/9/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 3.00 |
| | | Attended meetings at K&E's offices in NY with Debtor and DDAs. | |
| 7/9/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of latest plan proposals, review of analyses and term sheets, review of analyses through financial models with implication on inter-company settlement. Discussions with team on same. | |
| 7/9/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 4.50 |
| | | Attention to meetings with DDAs at K&E and update of the recovery / waterfall model to reflect latest proposals with impact on intercompany settlement. | |
| 7/9/2015 | Cumbee, Matthew | 750 - Travel Time | 4.50 |
| | | Attention to travel from Chicago, IL to New York, NY for meetings at K&E. | |
| 7/9/2015 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Travel to NYC for meeting at Kirkland & Ellis with various stakeholders along with Proskauer and other disinterested director advisors. | |

# Energy Future Holdings Corp – July 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 7/9/2015 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Travel from NYC to Cleveland. | |
| 7/9/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel from New York post creditor meetings. | |
| 7/10/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to board meeting attendance and post meeting follow-up. | |
| 7/10/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to board meeting participation. | |
| 7/10/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of latest plan proposals, review of analyses and term sheets, review of analyses through financial models, with implications on inter-company settlement. Discussions with team on same. | |
| 7/10/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 5.50 |
| | | Attention to continued review and update of the Waterfall / Recovery model. | |
| 7/13/2015 | Nowitz, Raoul | 705 - Plan Development Review | 3.00 |
| | | Attention to review of latest plan documents and analyses, including development and review of SOLIC analysis of same. | |
| 7/13/2015 | Luria, Neil | 705 - Plan Development Review | 2.00 |
| | | Attention to review considered term sheet plan; Attention to various other matters. | |
| 7/13/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.50 |
| | | Attention to a call with DDAs for status update, including preparatory and follow-up matters. | |
| 7/13/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attended disinterested director advisor teleconference. | |
| 7/13/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.50 |
| | | Attention to DDAs call and follow-up. | |
| 7/13/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Review of dataroom content for materials associated with the latest plan analyses. | |
| 7/14/2015 | Cumbee, Matthew | 705 - Plan Development Review | 2.50 |
| | | Attention to review and discussion re: EFH liquidity forecast. | |
| 7/14/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to status update call with Proskauer. | |
| 7/14/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.50 |
| | | Attention to status update call with Evercore, including preparatory and follow-up matters. | |
| 7/14/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 2.00 |
| | | Attention to review of latest plan documents and analyses, including development and review of SOLIC analysis of same. | |
| 7/14/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with counsel on plan status and next steps, with follow-up. | |
| 7/14/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to discussions with Evercore and follow-up. | |
| 7/14/2015 | Cumbee, Matthew | 750 - Travel Time | 4.50 |
| | | Travel from Chicago, IL to New York, NY for meetings at K&E. | |
| 7/15/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 3.00 |
| | | Attention to meetings at K&E with DDA's. | |

# Energy Future Holdings Corp – July 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 7/15/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 2.50 |
| | | Attention to meetings at K&E with DDA's. | |
| 7/15/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attended DDA teleconference. | |
| 7/15/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 2.00 |
| | | Attention to meeting with EFH creditor constituents, DDAs and post-meeting follow-up. | |
| 7/15/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 2.00 |
| | | Attention to meeting with T-side creditor advisors and post-meeting follow-up. | |
| 7/15/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to meeting with DDAs and post-meeting follow-up. | |
| 7/15/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 2.50 |
| | | Attention to review of latest plan documents and analyses, including development and review of SOLIC analysis of same. | |
| 7/15/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 5.00 |
| | | Attention to review and analyses of due diligence materials. | |
| 7/15/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review and analysis of due diligence materials. | |
| 7/15/2015 | Cumbee, Matthew | 750 - Travel Time | 4.50 |
| | | Attention to travel from New York, NY to Chicago, IL. | |
| 7/15/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel to New York for meetings at K&E. | |
| 7/15/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Attention to travel from New York for meetings at K&E. | |
| 7/15/2015 | Nowitz, Raoul | 765 - Presentation Development | 2.00 |
| | | Attention to development of draft presentation for counsel. | |
| 7/16/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.70 |
| | | Attention to review of latest plan documents and analyses, including development and review of SOLIC analysis of same. | |
| 7/16/2015 | Cumbee, Matthew | 705 - Plan Development Review | 1.00 |
| | | Attention to internal status update call. | |
| 7/16/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 2.50 |
| | | Attention to post-meeting debrief and follow-up. | |
| 7/16/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review and analysis of due diligence materials. | |
| 7/16/2015 | Nowitz, Raoul | 765 - Presentation Development | 1.50 |
| | | Attention to development of draft presentation for counsel. | |
| 7/17/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.00 |
| | | Attention to review of latest plan documents and analyses, including related development and review of SOLIC analysis. | |
| 7/17/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 2.00 |
| | | Conference call with Proskauer; Attention to follow-up on related matters. | |
| 7/17/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attended DDA teleconference. | |
| 7/17/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 3.00 |
| | | Attention to DDAs call and post-call follow-up. | |
| 7/17/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review and analysis of due diligence materials. | |
| 7/17/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.50 |

# Energy Future Holdings Corp – July 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of materials for continued review and update of the waterfall / recovery model, including development of summary presentation. | |
| 7/17/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attended EFH Joint Board Teleconference. | |
| 7/17/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to weekly board meeting attendance and post-meeting follow-up. | |
| 7/17/2015 | Nowitz, Raoul | 765 - Presentation Development | 2.50 |
| | | Attention to development of draft presentation for counsel. | |
| 7/17/2015 | Cumbee, Matthew | 765 - Presentation Development | 2.50 |
| | | Attention to updating of latest presentation materials. | |
| 7/18/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 3.00 |
| | | Attended DDA teleconferences; Attention to review of associated financial analysis. | |
| 7/18/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to DDAs call on plans status and review of documents. | |
| 7/18/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to DDAs follow-up call on plans status and review of documents. | |
| 7/18/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with Evercore and post-call follow-up with counsel. | |
| 7/19/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid Review | 2.00 |
| | | Attention to reviewing and updating the waterfall analysis based on the latest materials received from Evercore. | |
| 7/19/2015 | Cumbee, Matthew | 700 - Bidding Procedures Review and Bid Review | 3.00 |
| | | Attention to reviewing and updating the waterfall analysis based on the latest materials received from Evercore. | |
| 7/19/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.50 |
| | | Attention to review of Evercore financial analysis and SOLIC analysis of same. | |
| 7/19/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 2.00 |
| | | Attended DDA teleconference re Plan Development; Follow-up with Proskauer. | |
| 7/19/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to DDAs call on plans status and review of documents. | |
| 7/19/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 2.00 |
| | | Attention to further DDAs call on plans status and review of documents. | |
| 7/19/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.50 |
| | | Attention to a call with DDA's to discuss update / latest developments with proposals and negotiations. | |
| 7/19/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to internal call and discussion with Proskauer to prepare for Monday's Board meeting. | |
| 7/19/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Teleconference with Proskauer team regarding current Plan analysis. | |
| 7/20/2015 | Cumbee, Matthew | 705 - Plan Development Review | 2.00 |
| | | Attention to call with DDAs to discuss status update, including preparatory and follow-up matters. | |
| 7/20/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.50 |

## Energy Future Holdings Corp – July 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of plan materials and financial models pertaining to elements of allocated value and related recoveries by constituent. | |
| 7/20/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of analyses and materials in relation to development of recommended views. | |
| 7/20/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to board call participation and post call follow-up. | |
| 7/20/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attended EFH board meeting via teleconference. | |
| 7/20/2015 | Cumbee, Matthew | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to call with DD's to discuss status update, including preparatory and follow-up matters. | |
| 7/20/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Teleconference with Proskauer and disinterested directors. | |
| 7/20/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to call with call follow-up. | |
| 7/21/2015 | Luria, Neil | 705 - Plan Development Review | 2.00 |
| | | Teleconference regarding plan matters with Proskauer. | |
| 7/21/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.00 |
| | | Attention to review of plan materials and financial models pertaining to elements of allocated value and related recoveries by constituent. | |
| 7/21/2015 | Cumbee, Matthew | 705 - Plan Development Review | 2.00 |
| | | Attention to continued review and update of the waterfall / recovery model. | |
| 7/21/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to an internal update call with Proskauer. | |
| 7/21/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to bi-weekly call with creditor advisors, Management and DDAs. | |
| 7/21/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 2.00 |
| | | Attention to update call with counsel including post-call follow-up. | |
| 7/21/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Review of dataroom content for materials associated w/latest plan analyses. | |
| 7/21/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of analyses and materials in relation to development of recommended views. | |
| 7/22/2015 | Nowitz, Raoul | 705 - Plan Development Review | 1.50 |
| | | Attention to review of plan materials and financial models pertaining to elements of allocated value and related recoveries by constituent. | |
| 7/22/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.50 |
| | | Attention to call with E-side DDAs, including preparatory and follow-up matters. | |
| 7/22/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with DDAs, including preparatory and follow-up matters. | |
| 7/22/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.50 |
| | | Attention to call with Proskauer, including preparatory and follow-up matters. | |
| 7/22/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 1.00 |

## Energy Future Holdings Corp – July 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Teleconference with T-side DDAs and preparation for same. | |
| 7/22/2015 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Attended DDA update call. | |
| 7/22/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Teleconference with E-side DDAs regarding EFH/EFIH issues. | |
| 7/22/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 1.50 |
| | | Attended DDA update call. | |
| 7/22/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to call with T-side DDAs for post-call follow-up. | |
| 7/22/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to calls with other DDAs and post-call follow-up. | |
| 7/22/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to various update calls with counsel and post-call follow-up. | |
| 7/22/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of analyses and materials in relation to development of recommended views. | |
| 7/23/2015 | Luria, Neil | 705 - Plan Development Review | 2.00 |
| | | Attention to EFH/EFIH related financial issues; Discussion with R. Nowitz and E-side DDAs; Attention to related follow-up. | |
| 7/23/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.00 |
| | | Attention to review of plan materials and financial models pertaining to elements of allocated value and related recoveries by constituent. | |
| 7/23/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 2.00 |
| | | Attention to calls with our DDAs and post-call follow-up. | |
| 7/23/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of analyses and materials in relation to development of various outcomes. | |
| 7/23/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to board call with post call follow-up. | |
| 7/23/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attended EFH board teleconference. | |
| 7/24/2015 | Luria, Neil | 705 - Plan Development Review | 0.50 |
| | | Conference call with E-side DDAs and R. Nowitz. | |
| 7/24/2015 | Nowitz, Raoul | 705 - Plan Development Review | 3.00 |
| | | Attention to review of plan materials and financial models pertaining to elements of allocated value and related recoveries by constituent. | |
| 7/24/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with E-side advisors, including preparatory and follow-up matters. | |
| 7/24/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with DDAs, including preparatory and follow-up matters. | |
| 7/24/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to call with counsel and post-call follow-up. | |
| 7/24/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.50 |
| | | Attention to call with other DDAs and post-call follow-up. | |
| 7/24/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |

# Energy Future Holdings Corp – July 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to call with other DDAs and post-call follow-up. | |
| 7/24/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Teleconference with T-side DDAs and Proskauer regarding EFIH issues. | |
| 7/24/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attended DDA teleconference. | |
| 7/24/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of analyses and materials in relation to development of recommended views. | |
| 7/24/2015 | Cumbee, Matthew | 765 - Presentation Development | 3.00 |
| | | Attention to continued review and update of the waterfall / recovery model. | |
| 7/24/2015 | Nowitz, Raoul | 765 - Presentation Development | 3.00 |
| | | Attention to review of model output, scenarios, revisions and further model review. | |
| 7/25/2015 | Cumbee, Matthew | 705 - Plan Development Review | 1.50 |
| | | Attention to continued review and update of the waterfall / recovery model. | |
| 7/25/2015 | Cumbee, Matthew | 705 - Plan Development Review | 3.50 |
| | | Attention to continued review and update of the waterfall / recovery model. | |
| 7/25/2015 | Cumbee, Matthew | 705 - Plan Development Review | 1.50 |
| | | Attention to continued review and update of the waterfall / recovery model. | |
| 7/26/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 2.50 |
| | | Attention to continued review and update of the waterfall / recovery model. | |
| 7/26/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 3.00 |
| | | Attention to preparation for DDA negotiation on EFH equity splits. | |
| 7/26/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 3.00 |
| | | Attention to internal call to discuss status update, including preparatory and follow-up matters | |
| 7/27/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 4.50 |
| | | Attention to meetings with DDA's at K&E, including follow-up analysis and discussion. | |
| 7/27/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 4.50 |
| | | Attention to meetings with DDA's at K&E, including follow-up analysis and discussion. | |
| 7/27/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 3.00 |
| | | Attention to meetings and analysis pertaining to E-side stand-alone plan review. | |
| 7/27/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to update call with EFH DDs with related follow-up. | |
| 7/27/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 2.50 |
| | | Attention to meetings with counsel, and DDA financial advisors pertaining to E-side stand-alone equitization plan with related follow-up. | |
| 7/27/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 3.00 |
| | | Meetings at Proskauer's offices in NY in preparation for meetings with T-side and E-side DDAs. | |
| 7/27/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 3.00 |

# Energy Future Holdings Corp – July 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Negotiation session at Kirkland & Ellis with T-side and E-side DDAs. | |
| 7/27/2015 | Cumbee, Matthew | 750 - Travel Time | 4.00 |
| | | Attention to travel from Chicago, IL to New York, NY for DDA meetings at K&E. | |
| 7/27/2015 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Travel to New York for DDA negotiation. | |
| 7/27/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Travel to New York for meetings with various constituents. | |
| 7/28/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 3.50 |
| | | Attention to meetings with DDA's at K&E, including follow-up analysis and discussion. | |
| 7/28/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 4.00 |
| | | Attention to meetings with DDA's at K&E, including follow-up analysis and discussion. | |
| 7/28/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 3.50 |
| | | Attention to meetings with DDA's at K&E, including follow-up analysis and discussion. | |
| 7/28/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 4.00 |
| | | Attention to meetings and analysis pertaining to E-side stand-alone plan negotiation on equity allocations and related review. | |
| 7/28/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 6.00 |
| | | Attention to meetings with counsel, DDAs and other DDA financial advisors pertaining to E-side stand-alone equitization plan with related follow-up. | |
| 7/28/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 11.00 |
| | | Attended DDA teleconference regarding current status of Plan process; Attended negotiation session at Kirkland amongst EFIH/TCEH/EFH disinterested director advisors; Attention to follow-up meetings related thereto. | |
| 7/29/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 4.50 |
| | | Attention to meetings with DDA's at K&E, including follow-up analysis and discussion. | |
| 7/29/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 4.50 |
| | | Attention to meetings and analysis pertaining to E-side stand-alone plan negotiation on equity allocations and related review. | |
| 7/29/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 4.50 |
| | | Attention to meetings with counsel and DDA financial advisors pertaining to E-side stand-alone equitization plan with related follow-up. | |
| 7/29/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 9.00 |
| | | Attended DDA negotiation in Dallas. | |
| 7/29/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 4.50 |
| | | Attention to meetings with DDA's at K&E, including follow-up analysis and discussion. | |
| 7/29/2015 | Cumbee, Matthew | 750 - Travel Time | 4.50 |
| | | Attention to travel from New York, NY to Dallas, TX for continued meetings with DDA's. | |
| 7/29/2015 | Luria, Neil | 750 - Travel Time | 5.00 |
| | | Travel to Dallas for EFH/EFIH meetings and Board Meeting. | |

# Energy Future Holdings Corp – July 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|---------:|
| 7/29/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Travel to Dallas for meetings with various constituents. | |
| 7/30/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 3.50 |
| | | Attention to meetings with DDA's at EFH, including follow-up analysis and discussion. | |
| 7/30/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 3.00 |
| | | Attention to meetings and analysis pertaining to E-side stand-alone plan negotiation on equity allocations and related review. | |
| 7/30/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 2.00 |
| | | Attention to update call with EFH DDs with related follow-up. | |
| 7/30/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 2.00 |
| | | Attention to meetings with counsel and DDA financial advisors pertaining to E-side stand-alone equitization plan with related follow-up. | |
| 7/30/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 12.00 |
| | | Attended DDA negotiation and Board Meetings in Dallas. | |
| 7/30/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 4.00 |
| | | Attention to meetings with DDA's at EFH, including follow-up analysis and discussion. | |
| 7/30/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 4.00 |
| | | Attention to meetings with DDA's at EFH, including follow-up analysis and discussion. | |
| 7/31/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 3.00 |
| | | Attention to meetings and analysis pertaining to E-side stand-alone plan negotiation on equity allocations and related review. | |
| 7/31/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 4.00 |
| | | Attention to meetings with counsel and DDA financial advisors pertaining to E-side stand-alone equitization plan with related follow-up. | |
| 7/31/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 3.00 |
| | | Attention to update call with EFH DDs with related follow-up. | |
| 7/31/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 10.00 |
| | | Attended DDA negotiation in Dallas. | |
| 7/31/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 4.00 |
| | | Attention to meetings with DDA's at EFH, including follow-up analysis and discussion. | |
| 7/31/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 4.00 |
| | | Attention to meetings with DDA's at EFH, including follow-up analysis and discussion. | |
| 7/31/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 3.00 |
| | | Attention to meetings with DDA's at EFH, including follow-up analysis and discussion. | |
| 7/31/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 2.50 |
| | | Attention to meetings with DDA's at EFH, including follow-up analysis and discussion. | |
| 7/31/2015 | Luria, Neil | 750 - Travel Time | 5.00 |
| | | Travel to CLE from DFW. | |
| 7/31/2015 | Nowitz, Raoul | 750 - Travel Time | 3.00 |
| | | Travel from Dallas after board meetings and other meetings. | |
| 7/31/2015 | Cumbee, Matthew | 750 - Travel Time | 4.50 |

# Energy Future Holdings Corp – July 2015

| Date | Person | Activity Code | Duration |
|------|--------|--------------|----------|
| | | Attention to travel from Dallas, TX to Chicago, IL. | |
| 7/31/2015 | Hogan, Paul | 795 - Fee Applications/Retention | 5.00 |
| | | Attention to fee statement and expense review. | |

# Energy Future Holdings Corp – July 2015

| **Person** | | **Hours** |
|---|---|---|
| Luria, Neil | Sr. Managing Director | 114.00 |
| Nowitz, Raoul | Managing Director | 192.70 |
| Hogan, Paul | Director | 5.00 |
| Cumbee, Matthew | Senior Associate | 166.50 |
| | | **478.20** |
| **Grand Total:** | | **478.20** |

# Energy Future Holdings Corp – August 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 8/1/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to review of materials on E-side plan proposal and required follow-up. | |
| 8/1/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to follow-up on elements of review pertaining to E-side plan analyses and proposals. | |
| 8/1/2015 | Nowitz, Raoul | 705 - Plan Development Review | 3.00 |
| | | Attention to review of financial models and model output with team and required follow-up. | |
| 8/1/2015 | Nowitz, Raoul | 705 - Plan Development Review | 3.50 |
| | | Attention to analysis of CVR construct, discussions with Evercore on same, and review of model output. | |
| 8/1/2015 | Cumbee, Matthew | 705 - Plan Development Review | 1.50 |
| | | Attention to continued iteration of the waterfall / recovery model under the E-side proposal | |
| 8/1/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.50 |
| | | Attention to call with DDAs to discuss the latest E-side proposal and related analyses. | |
| 8/1/2015 | Cumbee, Matthew | 705 - Plan Development Review | 4.00 |
| | | Attention to continued iteration of the waterfall / recovery model under the E-side proposal. | |
| 8/1/2015 | Cumbee, Matthew | 705 - Plan Development Review | 2.00 |
| | | Attention to continued iteration of the waterfall / recovery model under the E-side proposal. | |
| 8/1/2015 | Cumbee, Matthew | 705 - Plan Development Review | 4.50 |
| | | Attention to continued iteration of the waterfall / recovery model under the E-side proposal. | |
| 8/2/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Call with counsel to review latest analysis and materials and post-call follow-up. | |
| 8/2/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.50 |
| | | Attention to review of latest scenarios, including required revisions. | |
| 8/2/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 0.50 |
| | | Attention to call with DDAs and post-call follow up. | |
| 8/2/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 0.50 |
| | | Attention to DDA update call and post-call follow-up. | |
| 8/2/2015 | Cumbee, Matthew | 760 - Meetings with Disinterested Directors | 2.00 |
| | | Attention to a call with DD's to review the latest E-side proposal analysis re: equity splits, including preparatory and follow-up matters. | |
| 8/2/2015 | Cumbee, Matthew | 705 - Plan Development Review | 3.00 |
| | | Attention to continued iteration of the waterfall / recovery model under the E-side proposal. | |
| 8/2/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to call with DDAs to discuss the latest E-side proposal and related analysis. | |
| 8/3/2015 | Luria, Neil | 700 - Bidding Procedures Review and Bid Review | 2.00 |
| | | Attention to review of documents related to T side unsecured transaction. | |
| 8/3/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.00 |

# Energy Future Holdings Corp – August 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of latest plan analyses, materials and associated elements pertaining to EFH recoveries. | |
| 8/3/2015 | Cumbee, Matthew | 705 - Plan Development Review | 2.50 |
| | | Attention to review of the latest plan proposals and related analyses. Specifically, relating to EFH recoveries under each. | |
| 8/4/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.50 |
| | | Attention to review of latest plan analyses, materials and associated elements pertaining to EFH recoveries. | |
| 8/4/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of prior inter-company analyses and materials developed. | |
| 8/4/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to review of latest dataroom postings. | |
| 8/4/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to discussions with Evercore on board materials/analyses. | |
| 8/4/2015 | Cumbee, Matthew | 705 - Plan Development Review | 3.00 |
| | | Attention to review of the latest plan proposals and related analyses.   Specifically, relating to EFH recoveries under each. | |
| 8/4/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of the prior inter-company materials and analyses for elements pertaining to current discussions. | |
| 8/4/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to download and review of latest documents posted to the data room. | |
| 8/5/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 2.00 |
| | | Teleconference with DDAs; Teleconferences with SOLIC team and Proskauer. | |
| 8/5/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to update call with DDAs and post-call follow-up. | |
| 8/5/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.00 |
| | | Attention to review of latest plan analyses, materials and associated elements pertaining to EFH recoveries. | |
| 8/5/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of prior inter-company analyses and materials developed in light of current discussions. | |
| 8/5/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of the prior inter-company materials and analyses. | |
| 8/5/2015 | Cumbee, Matthew | 705 - Plan Development Review | 2.00 |
| | | Attention to review of the latest plan proposals and related analyses.   Specifically, relating to EFH recoveries under each. | |
| 8/6/2015 | Luria, Neil | 705 - Plan Development Review | 2.00 |
| | | Review of Plan documents and other settlement related documents. | |
| 8/6/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 2.00 |
| | | Attended DDA calls. | |
| 8/6/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to update call with counsel. | |
| 8/6/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to DDA update call and post-call follow-up. | |
| 8/6/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.50 |

# Energy Future Holdings Corp – August 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of latest plan analyses, materials and associated elements pertaining to EFH recoveries. | |
| 8/6/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of prior inter-company analyses and materials developed. | |
| 8/6/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to review of latest dataroom postings. | |
| 8/6/2015 | Cumbee, Matthew | 705 - Plan Development Review | 1.00 |
| | | Attention to an internal status update call regarding the latest proposals and next steps / timing. | |
| 8/6/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to download and review of the latest files posted to the data room. | |
| 8/7/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attended EFH Board teleconference. | |
| 8/7/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on EFH board call with post-call follow-up. | |
| 8/7/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to update call with counsel on various items pertaining to settlement. | |
| 8/7/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.00 |
| | | Attention to review of latest plan analyses, materials and associated elements pertaining to EFH recoveries. | |
| 8/7/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of prior inter-company analyses and materials developed. | |
| 8/7/2015 | Cumbee, Matthew | 705 - Plan Development Review | 2.50 |
| | | Attention to an internal status update call regarding the latest proposals and next steps / timing. | |
| 8/8/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attended DDA teleconference. | |
| 8/8/2015 | Luria, Neil | 705 - Plan Development Review | 2.00 |
| | | Attention to review of Plan and settlement documents. | |
| 8/9/2015 | Luria, Neil | 705 - Plan Development Review | 2.00 |
| | | Attention to review of Plan and settlement documentation; Teleconference with Proskauer in advance of EFH DD teleconference; Attention to various follow-up issues. | |
| 8/9/2015 | Luria, Neil | 760 - Meetings with Disinterested Directors | 2.00 |
| | | Attended telephonic meeting of disinterested directors. | |
| 8/9/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attended EFH Joint Board teleconference. | |
| 8/9/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to call with Evercore pertaining to board materials/analyses. | |
| 8/9/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to call with counsel ahead of EFH DD call. | |
| 8/9/2015 | Nowitz, Raoul | 705 - Plan Development Review | 2.00 |
| | | Attention to review financial elements of plan materials covered in board materials for voting. | |
| 8/9/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |

# Energy Future Holdings Corp – August 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|---------:|
| | | Attention to attendance on EFH board meeting with post-call follow-up. | |
| 8/9/2015 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 2.00 |
| | | Attention to call with EFH Disinterested Directors with post-call follow-up. | |
| 8/9/2015 | Cumbee, Matthew | 705 - Plan Development Review | 1.00 |
| | | Attention to continued iteration of the waterfall / recovery model under the E-side proposal. | |
| 8/10/2015 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Travel to NYC for creditor advisor meeting. | |
| 8/10/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 1.00 |
| | | Teleconference with Proskauer regarding intercompany issues in advance of meeting with advisors. | |
| 8/10/2015 | Nowitz, Raoul | 705 - Plan Development Review | 3.00 |
| | | Attention to review of latest plan elements for upcoming meeting with other constituents. | |
| 8/10/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of materials pertaining to DDA settlement for upcoming meeting with various constituents. | |
| 8/10/2015 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel to New York for meeting with E-side UCC Financial Advisor. | |
| 8/10/2015 | Cumbee, Matthew | 705 - Plan Development Review | 1.00 |
| | | Attention to an internal status update call regarding the latest proposals and next steps / timing. | |
| 8/10/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of materials pertaining to the DDA settlement in preparation of upcoming meeting with various constituents. | |
| 8/11/2015 | Luria, Neil | 750 - Travel Time | 5.00 |
| | | Travel from NYC following creditor advisor meeting. | |
| 8/11/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 1.50 |
| | | Meeting with creditor advisors regarding the Disinterested Director settlement. | |
| 8/11/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to meeting with E-side creditor advisor on various elements of DDA settlement. | |
| 8/11/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to debrief and review of meeting with counsel and post-debrief follow-up. | |
| 8/11/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of various elements of DDA settlement. | |
| 8/11/2015 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel from New York after meeting with E-side creditor financial advisor. | |
| 8/11/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to download and review of latest files posted to the data room. | |
| 8/11/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of the DDA settlement. | |
| 8/12/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to further review of inter-company transactional activity. | |
| 8/12/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |

# Energy Future Holdings Corp – August 2015

| Date | Person | Activity Code | Duration | Duration |
|------|--------|---------------|----------|----------|
| | | Attention to further review of the latest inter-company transactions and related analyses. | | |
| 8/13/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | | 2.00 |
| | | Attention to further review of inter-company transactional activity. | | |
| 8/13/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | | 1.00 |
| | | Attended DDA teleconference; Attention to related follow-up. | | |
| 8/13/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | | 2.00 |
| | | Attention to further review of the latest inter-company transactions and related analyses. | | |
| 8/14/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | | 3.50 |
| | | Attention to further review of inter-company transactional activity. | | |
| 8/14/2015 | Nowitz, Raoul | 705 - Plan Development Review | | 2.50 |
| | | Attention to review of cash projections, cash adjustments/exclusions, and cash values as part of proposed plan. | | |
| 8/14/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | | 3.50 |
| | | Attention to further review of the latest inter-company transactions and related analyses. | | |
| 8/15/2015 | Cumbee, Matthew | 705 - Plan Development Review | | 3.00 |
| | | Attention to review of the latest cash projections, and related adjustments, as it relates to the proposed plan. | | |
| 8/17/2015 | Nowitz, Raoul | 730 - Project Management and Support | | 3.00 |
| | | Attention to review and download of materials for work product per the updated discovery request for the period 7.23 to 08.10. | | |
| 8/18/2015 | Nowitz, Raoul | 730 - Project Management and Support | | 3.50 |
| | | Attention to review and download of materials for work product per the updated discovery request for the period 7.23 to 08.10. | | |
| 8/19/2015 | Nowitz, Raoul | 705 - Plan Development Review | | 3.00 |
| | | Attention to review of Aug 18 court hearing and work plan impacts. | | |
| 8/19/2015 | Nowitz, Raoul | 730 - Project Management and Support | | 2.00 |
| | | Attention to review of Godfrey Kahn Letter Report. | | |
| 8/19/2015 | Nowitz, Raoul | 730 - Project Management and Support | | 1.50 |
| | | Attention to further follow-up pertaining to Godfrey Kahn Letter Report. | | |
| 8/19/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | | 2.50 |
| | | Attention to follow-up on specific info requests received from counsel and enquiries to A&M regarding same. | | |
| 8/19/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | | 2.00 |
| | | Attention to download and review of the latest files posted to the data room. | | |
| 8/20/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | | 2.00 |
| | | Attention to review of items received, further info requests and submission of same to A&M. | | |
| 8/20/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | | 3.00 |
| | | Attention to further review of various elements of the inter-debtor settlement. | | |
| 8/20/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | | 1.50 |
| | | Attention to review of various elements of dataroom uploads. | | |
| 8/20/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | | 2.00 |
| | | Attention to review of intercompany settlement in light of current discussions. | | |

# Energy Future Holdings Corp – August 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 8/20/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to download and review of the latest files posted to the data room. | |
| 8/20/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review and internal discussion regarding various elements of the DDA settlement. | |
| 8/21/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to download & review of latest files posted to data room. | |
| 8/21/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of various elements of the inter-debtor settlement. | |
| 8/21/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review and internal discussion regarding various elements of the DDA settlement. | |
| 8/24/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of dataroom information as directed by counsel. | |
| 8/24/2015 | Nowitz, Raoul | 765 - Presentation Development | 3.50 |
| | | Attention to development of side-by-side comparative plan analysis. | |
| 8/24/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of certain elements of DDA settlement. | |
| 8/24/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to download & review of latest files posted to data room. | |
| 8/24/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to download and review of latest files posted to the data room. | |
| 8/24/2015 | Cumbee, Matthew | 765 - Presentation Development | 3.50 |
| | | Attention to development and review of a side-by-side comparative analysis of the various plans. | |
| 8/25/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of dataroom information as directed by counsel. | |
| 8/25/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to download & review of latest files posted to data room. | |
| 8/25/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 0.50 |
| | | Attention to download & review of latest files posted to data room. | |
| 8/25/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to download and review of latest files posted to the data room. | |
| 8/25/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review and internal discussion regarding various elements of the DDA settlement. | |
| 8/26/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of elements of DD settlement in light of current discussions. | |
| 8/26/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |

# Energy Future Holdings Corp – August 2015

| Date | Person | Activity Code | Duration | Duration |
|------|--------|---------------|----------|----------|
| | | Attention to download & review of latest files posted to data room. | | |
| 8/27/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | | 1.00 |
| | | Attention to download & review of latest files posted to data room. | | |
| 8/27/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | | 2.50 |
| | | Attention to review of certain elements of DDA settlement. | | |
| 8/28/2015 | Nowitz, Raoul | 705 - Plan Development Review | | 3.00 |
| | | Attention to review of latest materials associated with creditor plan proposals. | | |
| 8/29/2015 | Nowitz, Raoul | 705 - Plan Development Review | | 3.50 |
| | | Attention to review of latest materials associated with creditor plan proposals. | | |
| 8/29/2015 | Cumbee, Matthew | 705 - Plan Development Review | | 4.50 |
| | | Attention to review of the latest creditor plan proposal. | | |
| 8/30/2015 | Nowitz, Raoul | 705 - Plan Development Review | | 2.50 |
| | | Attention to review of latest materials associated with creditor plan proposals. | | |
| 8/30/2015 | Nowitz, Raoul | 705 - Plan Development Review | | 2.00 |
| | | Attention to review of recoveries to various constituents under various plan constructs per latest creditor plan information received. | | |
| 8/30/2015 | Cumbee, Matthew | 705 - Plan Development Review | | 2.50 |
| | | Attention to continued review of creditor proposal term sheet, including creating a comparative analysis relative of proposals. | | |
| 8/30/2015 | Cumbee, Matthew | 705 - Plan Development Review | | 3.50 |
| | | Attention to continued review of creditor proposal term sheet, including creating a comparative analysis relative to proposals. | | |
| 8/31/2015 | Nowitz, Raoul | 705 - Plan Development Review | | 3.00 |
| | | Attention to further review of analysis pertaining to recent creditor proposals. | | |
| 8/31/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | | 1.00 |
| | | Attention to call with Evercore and post call follow-up. | | |
| 8/31/2015 | Nowitz, Raoul | 765 - Presentation Development | | 2.50 |
| | | Attention to review of side-by-side comparative analysis for counsel. | | |
| 8/31/2015 | Cumbee, Matthew | 705 - Plan Development Review | | 0.50 |
| | | Attention to a call with EVR to discuss recent creditor proposal. | | |
| 8/31/2015 | Cumbee, Matthew | 705 - Plan Development Review | | 3.50 |
| | | Attention to continued update of the proposal summary analysis, specifically comparison latest creditor proposal to other proposals. | | |
| 8/31/2015 | Luria, Neil | 705 - Plan Development Review | | 3.00 |
| | | Attention to review of Fidelity proposal and analysis thereof. | | |
| 8/31/2015 | Luria, Neil | 705 - Plan Development Review | | 0.50 |
| | | Teleconference with Evercore and SOLIC to review creditor proposal issues. | | |
| 8/31/2015 | Hogan, Paul | 795 - Fee Applications/Retention | | 3.00 |
| | | Attention to August Fee Statement including expense review. | | |

## Energy Future Holdings Corp – August 2015

| Person | | Hours |
|---|---|---|
| Luria, Neil | Senior Managing Director | 33.00 |
| Nowitz, Raoul | Managing Director | 141.50 |
| Hogan, Paul | Director | 3.00 |
| Cumbee, Matthew | Senior Associate | 97.00 |
| **Grand Total:** | | **274.50** |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 9/1/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to continued update of the proposal summary analysis, specifically comparative analysis of latest proposals. | |
| 9/1/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of creditor proposal and potential economic impact. | |
| 9/2/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to review of most recent company-prepared cash projections with initial comparison against July MOR details. | |
| 9/2/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 0.50 |
| | | Discussion with Proskauer regarding current status. | |
| 9/2/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to download and review of the latest Company cash projections | |
| 9/2/2015 | Hogan, Paul | 795 - Fee Applications/Retention Applications | 2.00 |
| | | Attention to July fee statement. | |
| 9/3/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to review of July MOR balance sheet information with follow-up and related cash elements | |
| 9/3/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of July MOR income statement and expense allocation information with follow-up. | |
| 9/3/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of July MOR professional fee update and follow-up related to allocation of fees. | |
| 9/3/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with A&M to discuss the July MOR including post-call follow-up. | |
| 9/3/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to drafting of correspondence for counsel on review of July 2015 MOR post A&M call | |
| 9/3/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 0.50 |
| | | Teleconference with Alvarez & Marsal and SOLIC team regarding cash flow matters. | |
| 9/3/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to download and review of July MOR and related balance sheet accounts | |
| 9/3/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of the July MOR and related P&L and expense allocations | |
| 9/3/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 2.00 |
| | | Attention to a call with A&M to discuss various items in the July MOR | |
| 9/4/2015 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 2.00 |
| | | Teleconference with Proskauer regarding upcoming depositions; Discussions with Proskauer litigation team regarding same. | |
| 9/4/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to revisit of inter-company claims materials related to DDA settlement. | |
| 9/4/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to continued review of the July MOR with specific consideration for professional fees and allocation of such | |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

Page 1 of 22

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 9/4/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to further review of the intercompany claims materials relating to the DDA settlement | |
| 9/5/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to revisit of inter-company claims materials related to DDA settlement. | |
| 9/5/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to further review of various inter-company claims materials as it relates to the DD settlement | |
| 9/5/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to download and review of various files posted to the data room | |
| 9/6/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to research regarding REIT's and the potential impact on the various plan structures | |
| 9/6/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.50 |
| | | Attention to further review of the DDA settlement materials | |
| 9/7/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of intercompany transfer information. | |
| 9/7/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 0.50 |
| | | Attention to review of various elements of the DDA settlement and related materials. | |
| 9/7/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of cash reports and other dataroom items. | |
| 9/7/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to download and review of cash reports and related files in the data room | |
| 9/8/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of various elements of the DDA settlement and related materials. | |
| 9/8/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to review of cash reports and other dataroom items. | |
| 9/8/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to download and review of cash reports and related files in the data room | |
| 9/8/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to further review of the DDA settlement materials | |
| 9/9/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of various elements of the DDA settlement and related materials. | |
| 9/9/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of cash reports and other dataroom items. | |
| 9/9/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to download and review of cash reports and related files in the data room | |
| 9/9/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.50 |
| | | Attention to further review of the DDA settlement materials | |
| 9/10/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of intercompany transfer review materials. | |
| 9/10/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| | | Attention to review of REIT information from public sources and implications on plan proposals. | |
| 9/10/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of cash management information with follow-up to A&M on latest information requests. | |
| 9/10/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of various inter-company elements as part of DDA settlement. | |
| 9/10/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to preparation of questions from review of cash files in data room for A&M | |
| 9/10/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of materials regarding REITs and the implication of such on various plan proposals | |
| 9/11/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to intercompany transfers and tax related issues. | |
| 9/11/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of various elements of the DDA settlement and related materials. | |
| 9/11/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of cash reports and other dataroom items. | |
| 9/12/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of Keglevic deposition transcript. | |
| 9/12/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 1.50 |
| | | Attention to further review of various elements of the DDA settlement | |
| 9/12/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to download and review of various files posted to the data room | |
| 9/13/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to download and review of various files posted to the data room | |
| 9/14/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of deposition transcripts and related follow-up. | |
| 9/14/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of various deposition transcripts | |
| 9/14/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to download and review of various cash related files posted to the data room | |
| 9/15/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of Keglevic deposition and review of MTO and Proskauer intercompany review analyses. | |
| 9/15/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of deposition transcripts and related follow-up. | |
| 9/15/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to download and review of various cash related files posted to the data room | |
| 9/15/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of the deposition transcripts | |
| 9/16/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 3.00 |
| | | Review of deposition transcriptions and review of DD settlement issues. | |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 9/16/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of deposition transcripts and related follow-up. | |
| 9/16/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.50 |
| | | Attention to review of latest responses from A&M re July MOR's and further analysis. | |
| 9/16/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Review of materials pertaining to cash elements | |
| 9/16/2015 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review of work plan and scope | |
| 9/16/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.50 |
| | | Attention to review of responses from A&M regarding July MOR's and related analyses | |
| 9/16/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to download and review of various cash related files posted to the data room | |
| 9/16/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of the deposition transcripts | |
| 9/17/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of deposition transcripts and related follow-up. | |
| 9/17/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to review of various elements of financial information. | |
| 9/17/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to various elements of DDA settlement agreement. | |
| 9/17/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to download and review of various files posted to the data room re: EFH/EFIH cash and liquidity forecasts | |
| 9/17/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to download and review of various cash related files posted to the data room | |
| 9/17/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of the deposition transcripts | |
| 9/18/2015 | Luria, Neil | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to review of deposition transcripts. | |
| 9/18/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to attendance on weekly board call and post-call follow-up. | |
| 9/18/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to updating of notes from Board call for team members. | |
| 9/18/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of deposition transcripts and related follow-up. | |
| 9/18/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to download and review of various files posted to the data room re: EFH/EFIH cash and liquidity forecasts | |
| 9/18/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to download and review of various cash related files posted to the data room | |
| 9/18/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of the deposition transcripts | |
| 9/19/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to download and review of various cash related files posted to the data room | |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

Page 4 of 22

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 9/19/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to continued review of various cash / liquidity forecast information posted to the data room | |
| 9/20/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of deposition transcripts and other matters related to Plan Support Agreement approval. | |
| 9/20/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to download and review of various files posted in the data room | |
| 9/21/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Review of deposition transcripts and other documentation in connection with preparation related to Disclosure Statement hearing and deposition preparation. | |
| 9/21/2015 | Cumbee, Matthew | 795 - Fee Applications/Retention | 1.00 |
| | | Attention to review of time entries for August fee application | |
| 9/21/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to download and review of various files posted to the data room re: EFH/EFIH cash and liquidity forecasts | |
| 9/21/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of professional fees and run-rate projection. | |
| 9/21/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of latest news pertaining to revisions on disclosure statement revisions | |
| 9/21/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to continued review of various liquidity / cash forecasts in the data room | |
| 9/22/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of previously prepared financial analysis on S&U and allocations of value under current Plan. | |
| 9/22/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to further review of elements of cash balances | |
| 9/22/2015 | Hogan, Paul | 795 - Fee Applications/Retention Applications | 2.00 |
| | | Attention to August fee statement. | |
| 9/23/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Review of Keglevic deposition transcript related to description of DD settlement negotiations; Review of B. Williamson transcript re same. | |
| 9/23/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to download and review of various files posted to the data room re: EFH/EFIH cash and liquidity forecasts | |
| 9/24/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Review of plan issues associated with Make Whole changes to plan and potential transfer of MWs to T side and other issues related to last minute changes to the plan. | |
| 9/24/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of board materials and updates to projections ahead of 9/25 weekly board call. | |
| 9/24/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of latest Board materials | |
| 9/25/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of latest cash balances per updated cash projections with comparison against prior versions and impacts. | |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 9/25/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to further review of elements of Plan in light of recent revisions. | |
| 9/26/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to further review of board materials and related revised projections in light of recent updates. | |
| 9/26/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 4.00 |
| | | Attention to continued review of various cash / liquidity forecast information posted to the data room | |
| 9/27/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of deposition transcript of Donald Evans deposition. | |
| 9/27/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of Hugh Sawyer disclosure statement deposition transcript | |
| 9/27/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to continued review of various cash / liquidity forecast information posted to the data room | |
| 9/28/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to review of D. Evans deposition transcript and follow-up. | |
| 9/28/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Review of Sawyer and Evans deposition transcripts; Discussion with Proskauer re same. | |
| 9/28/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to detailed review of D. Evans deposition transcript | |
| 9/28/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of changes made to the plan relating to reinstatement of EFH debt | |
| 9/28/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to review of the latest cash projections and comparison of same to prior projections | |
| 9/29/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to further review and follow-up on D. Evans deposition transcript. | |
| 9/29/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to review of Hugh Sawyer deposition | |
| 9/29/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.50 |
| | | Attention to review of responses from A&M on July M&R enquiries. | |
| 9/29/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to detailed review of H. Sawyer deposition transcript | |
| 9/29/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to research relating to the reinstated EFH Bonds and the potential impact of such on the proposed plan | |
| 9/29/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to detailed review of D. Evans deposition transcript | |
| 9/29/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of responses from A&M re: the July MOR | |
| 9/30/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Review of filings made with respect to recent disclosure statement changes. | |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 9/30/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of Hugh Sawyer deposition | |
| 9/30/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to further review of items pertaining to A&M responses on July MOR review. | |
| 9/30/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.50 |
| | | Attention to review of correspondence from counsel pertaining to further detail sought on EFH claims and related follow-up. | |
| 9/30/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to further review of entities and activities pertaining to enquiry of balances by counsel. | |
| 9/30/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 4.00 |
| | | Attention to further review of the responses from A&M regarding the July MOR | |
| 9/30/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to detailed review of D. Evans deposition transcript | |
| 9/30/2015 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to further review of intercompany claims, activities, and balances at the request of counsel | |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

Page 7 of 22

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 10/1/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Review of Alvarez & Marsal prepared responses to SOLIC questions regarding cash flow roll-forward and other cash balance related matters. | |
| 10/1/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of materials ahead of Evercore update call. | |
| 10/1/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to download and review of Oncor's August financial and operating presentations, posted to the data room | |
| 10/1/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attentino to download and review of Luminant's August financial and operating presentations, as posted to the data room | |
| 10/1/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of July presentations relating to Oncor's performance, as posted to the data room | |
| 10/2/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Review of Billie Williamson deposition transcript. | |
| 10/2/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with Evercore on latest cash projection and other elements on the case including post-call follow-up. | |
| 10/2/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of updated T-side projections and related analysis. | |
| 10/2/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to continued download and review of latest files posted to the data room, including EFIH monthly budget and DIP budget | |
| 10/2/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to preparation of questions re: the latest EFIH/EFH cash forecast, to be discussed with Evercore | |
| 10/2/2015 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with Evercore to discuss latest cash forecasts and other related questions | |
| 10/4/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of B. Williamson deposition transcript. | |
| 10/5/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to B. Williamson deposition transcript. | |
| 10/5/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review and developments of financial analysis on P, Q and R EFH bonds | |
| 10/5/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to discussion with counsel on elements of plan pertaining to reinstatement considerations. | |
| 10/5/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 4.50 |
| | | Attention to review of B. Williamson deposition transcript and follow-up. | |
| 10/5/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to research relating to claims stemming from EFH notes (P,Q,R) | |
| 10/5/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to development of analysis relating to EFH claims by note (P,Q,R) | |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 10/5/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to updating the analysis relating to EFH claims by note (P,Q,R), showing breakout by pre-petition interest, post-petition interest, and make whole claims | |
| 10/6/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 5.50 |
| | | Attention to review of S. Dore transcript and related follow-up. | |
| 10/6/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to further review of analysis on EFH debt claims and related elements. | |
| 10/6/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 2.50 |
| | | Attention to review of various inter-company claims and development of correspondence with A&M pertaining to same. | |
| 10/6/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to download and review of latest files posted to the data room | |
| 10/6/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to review of responses from A&M regarding the July MOR | |
| 10/7/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to further review of S. Dore deposition transcript and related follow-up. | |
| 10/7/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.50 |
| | | Attention to review of responses received from A&M on questions pertaining to inter-company balances and follow-up on same. | |
| 10/7/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of Stacey Dore deposition | |
| 10/9/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attended EFH board teleconference. | |
| 10/9/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to board meeting attendance and post-meeting follow-up. | |
| 10/9/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of board materials on debt reinstatement and follow-up on same. | |
| 10/9/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of updated board materials on T-side valuation analyses and follow-up on same. | |
| 10/9/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to call with counsel as update on expert witness reports to be forthcoming and follow-up on same. | |
| 10/9/2015 | Cumbee, Matthew | 729 - EFH Board Meeting Attendance | 2.00 |
| | | Attention to Board call, including review of related board materials | |
| 10/12/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Review of S. Dore deposition transcript. | |
| 10/12/2015 | Cumbee, Matthew | 795 - Fee Applications/Retention | 2.00 |
| | | Attention to review of time and narrative entries for latest fee application | |
| 10/13/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to initial review of M. Henkin expert report including opinions and assertions. | |
| 10/13/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of M. Henkin expert report justifications and considered SOLIC work plan in terms of research and review of same. | |
| 10/13/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to initial review of M. Rule expert report with focus on opinions and assertions. | |
| 10/13/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of M. Rule expert report justifications and assessment of work plan requirements and research regarding same. | |
| 10/13/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of E. Mendelsohn expert report with focus on opinions | |
| 10/13/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to comparative review of E. Mendelsohn expert report content and comparison to MTO report from Mar 2015 that addressed same. | |
| 10/14/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to preparation of questions on M. Henkin expert report ahead of discussions with counsel on same. | |
| 10/14/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to development of key questions and comments on M. Rule expert report for upcoming call with counsel. | |
| 10/14/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.50 |
| | | Attention to call with counsel on expert reports and planning for upcoming depositions during the week of 10/19 | |
| 10/14/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Conference call with Proskauer and R. Nowitz regarding upcoming depositions and next steps; Review of deposition schedules and planning. | |
| 10/15/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to travel to Proskauer Los Angles office for discussion with litigation team members pertaining to upcoming expert report depositions | |
| 10/15/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to meeting with Proskauer litigation team member pertaining to upcoming expert report depositions and items pertaining to same. | |
| 10/15/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of opinions provided in the M. Henkin (UCC advisor) expert report and comparison against prior SOLIC analysis | |
| 10/15/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to research of credit profile of companies referenced in Henkin expert report as a comparable credit referenced with an understanding of similarities and differences. | |
| 10/15/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of tax step-up analyses as referenced in the M. Henkin report and comparison against SOLIC materials in reference to assertions made about the tax step up basis of the settlement agreement and merits thereof. | |
| 10/15/2015 | Luria, Neil | 795 - Fee Applications/Retention | 0.50 |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Further review of quarterly fee application and provision of comments thereon. | |
| 10/15/2015 | Luria, Neil | 795 - Fee Applications/Retention Applications | 0.50 |
| | | Attention to review of quarterly fee application and provision of comments thereon. | |
| 10/15/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to research related to Ford Motor Credit Co. Demand Notes, as outlined in the Henkin report | |
| 10/15/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to researching historical credit ratings of Ford Motor Credit Co. for comparison with EFIH / EFH | |
| 10/15/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to researching historical EFIH debt trading prices and developing a trending analysis for comparison with Ford Motor Credit Co. Demand Notes | |
| 10/16/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to initial draft of questions for counsel on upcoming expert report depositions scheduled for the week of 10/19. | |
| 10/16/2015 | Parker, Hayes | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to: EFIH research on outstanding debt and pricing. Pre and post-petition. | |
| 10/16/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to researching historical EFIH debt trading prices and developing a trending analysis for comparison with Ford Motor Credit Co. Demand Notes | |
| 10/16/2015 | Hogan, Paul | 795 - Fee Applications/Retention Applications | 4.00 |
| | | Attention to preparation and review of Second Interim Fee Application. | |
| 10/17/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to researching historical EFIH debt trading prices and developing analysis for comparison with Ford Motor Credit Co. Demand Notes | |
| 10/18/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to continued review of the Henkin Report and development of related questions | |
| 10/19/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to call with Proskauer to discuss items pertaining to upcoming M. Henkin expert report deposition | |
| 10/19/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to update call with Evercore on matters pertaining to upcoming depositions. | |
| 10/19/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to further review and analysis of M. Henkin expert report for upcoming discussion with Proskauer. | |
| 10/19/2015 | Parker, Hayes | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to: EFIH research on outstanding debt and pricing. Pre and post-petition. | |
| 10/19/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to continued review of the Henkin Report and development of related questions | |
| 10/20/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

Page 11 of 22

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of latest excel-version LRP financial model as provided in the dataroom. | |
| 10/20/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to prep for counsel ahead of the M. Rule deposition | |
| 10/20/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to review of D. Ying deposition transcript with required follow-up. | |
| 10/20/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to continued review of the Henkin Report and development of related questions | |
| 10/21/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Review of financial analysis related to trading of PIK Notes and other matters related to deposition of UCC experts. | |
| 10/21/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to further development of questions for counsel ahead of M. Rule deposition. | |
| 10/21/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review and analysis of EFH and affiliated debt trading prices in relation to M. Rule deposition and analysis of trends related thereto. | |
| 10/21/2015 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel back from New York after meeting with counsel on deposition matters | |
| 10/21/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to continued review of the Henkin Report and development of related questions | |
| 10/21/2015 | Hogan, Paul | 795 - Fee Applications/Retention Applications | 3.00 |
| | | Attention to preparation and review of September Fee Statement. | |
| 10/22/2015 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Review of amended Plan and other Plan related documentation. | |
| 10/22/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of further materials in relation to M. Rule deposition as directed by counsel. | |
| 10/22/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to further review of historical capital market information on EFH and affiliated debt as directed by counsel. | |
| 10/22/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to review of materials following M. Henkin deposition on expert report. | |
| 10/22/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of board materials and latest news ahead of upcoming board meeting and related documentation review and analysis regarding same. | |
| 10/22/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 0.50 |
| | | Attention to correspondence with counsel. | |
| 10/23/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 2.00 |
| | | Attention to attendance on weekly board call and post-call follow-up. | |
| 10/23/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attended EFH board teleconference. | |
| 10/23/2015 | Cumbee, Matthew | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to Board call and review of related materials | |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 10/26/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to follow-up on questions and review of materials as requested by counsel. | |
| 10/26/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of D. Ying expert report. | |
| 10/26/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of updated information in dataroom in response to various advisor enquiries. | |
| 10/26/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to download and review of latest files posted to the data room | |
| 10/27/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to review of various elements pertaining to requests directed by counsel and communications with A&M and counsel on same. | |
| 10/27/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of David Herr (Duff & Phelps) expert report and follow-up on same | |
| 10/28/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of J. Stuart (A&M) expert report in liquidation analysis and follow-up on same. | |
| 10/28/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of Todd Filsinger expert report (Filsinger Energy Partners) and follow-up pertaining to same. | |
| 10/29/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to review of A&M liquidation analysis detail from expert report (J. Stuart) with follow-up on same. | |
| 10/30/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attended EFH Board Teleconference | |
| 10/30/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 0.50 |
| | | Attention to attendance on EFH board call. | |
| 10/30/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to review of latest dataroom monthly cash reports with follow-up. | |
| 10/30/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to further review of deposition transcripts on expert reports. | |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 11/2/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Review of current status of Makewhole Litigation and PPI litigation; Review of impact on potential recoveries. | |
| 11/2/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of E. Mendelsohn (Greenhill) expert report. | |
| 11/2/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to follow-up review of D. Ying (Evercore) expert report. | |
| 11/2/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of elements of settlement specifics in light of references in expert depositions. | |
| 11/2/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of D. Ying expert report | |
| 11/2/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of E. Mendelson expert report | |
| 11/3/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to updated reporting financials and review of liquidity including budget vs. actual variance analysis. | |
| 11/3/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to references in expert depositions in relation to inter-company settlement specifics and review of settlement specifics as a result of same. | |
| 11/4/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to review of Confirmation Trial transcript - Day 1 | |
| 11/4/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to follow-up on various financial analysis and dataroom analyses pertaining to Confirmation hearing references. | |
| 11/4/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to review of Confirmation Trial transcript (Day 1) | |
| 11/5/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to further review of Confirmation Trail transcript - day 1 and follow-up. | |
| 11/5/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of diligence materials | |
| 11/5/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of P. Keglevic testimony on day 1 and related follow-up | |
| 11/5/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to review of P. Keglevic testimony re: Day 1 of Confirmation Trial | |
| 11/6/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on weekly committee call. | |
| 11/6/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attended EFH Board Teleconference. | |
| 11/6/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 5.50 |
| | | Attention to review of Confirmation Trial Day 2 Hearing transcript. | |
| 11/6/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to follow-up on various financial analysis and dataroom analyses pertaining to Confirmation hearing references. | |
| 11/6/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 5.00 |
| | | Attention to review of Confirmation Trial Transcript (Day 2) | |
| 11/9/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of confirmation hearing transcripts related to P. Keglevic and others testimony. | |
| 11/9/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 4.50 |
| | | Attention to review of Day 3 Confirmation transcript with follow-up. | |
| 11/9/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Review certain financial elements of REIT spin-off. | |
| 11/9/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of comparable data on demand note feature in the P&I notes as provided in confirmation trial testimony. | |
| 11/9/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to review of prior analysis performed on P&I note calculations against benchmarked credits relative to expert testimony on same. | |
| 11/10/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 5.00 |
| | | Attention to review of Confirmation trial transcript for day 4 (Nov 6th) with required follow-up. | |
| 11/10/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to download and review of September MOR | |
| 11/11/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to pre and post board call communications with team and related follow-up. | |
| 11/11/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to further review of MORs, cash and related. | |
| 11/12/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of board material for 11.12.2015 board call and related follow-up. | |
| 11/12/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to board call and related follow-up. | |
| 11/13/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Review of confirmation hearing transcripts. | |
| 11/13/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to further review of latest MORs, cash, and tracking of cash against forecast. | |
| 11/13/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of valuation elements as compiled by Debtor financial advisors in relation to the most recent board call. | |
| 11/14/2015 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of inter-company elements in light of confirmation trial testimony. | |
| 11/14/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to review of Confirmation Trial Transcript (Day 3) | |
| 11/14/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 4.50 |
| | | Attention to review of Confirmation Trial Transcript (Day 4) | |
| 11/16/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Review of prior expert testimony pertaining to inter-company settlement matters. | |
| 11/17/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Review of Confirmation Hearing transcripts and discussion with Proskauer regarding same. | |
| 11/17/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 5.50 |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of S. Dore court hearing transcript and follow-up as needed. | |
| 11/17/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of certain elements of basis step-up calculations on TCEH | |
| 11/17/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to further review of the September MOR for variances in expected and actual cash balances | |
| 11/18/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Review of confirmation hearing transcripts including testimony of Bill Williamson | |
| 11/18/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of NEE statement filed with the court and review of content and elements. | |
| 11/18/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to continued update of cash variance analysis | |
| 11/19/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of board materials ahead of the 11/20 board call. | |
| 11/19/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to discussion with Proskauer on updates regarding 11/19 court hearing and latest developments around the case, including post-call follow-up. | |
| 11/19/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to review of Board materials related to E committee settlement. | |
| 11/19/2015 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review of draft October invoice and expenses | |
| 11/20/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attended EFH board meeting via teleconference. | |
| 11/20/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Review of confirmation hearing transcripts and proposed E Committee Settlement terms. | |
| 11/20/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on weekly board call | |
| 11/20/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of NEE statement filed with the court and court treatment of same. | |
| 11/21/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of NextEra's statement filed with the court | |
| 11/23/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of latest dataroom posting of EFH and EFIH cash at emergence projection | |
| 11/23/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to comparison of cash emergence to prior analysis of same, variance analysis against prior projections, and communications with counsel on same. | |
| 11/23/2015 | Nowitz, Raoul | 730 - Project Management and Support | 1.00 |
| | | Attention to review of backup materials pertaining o October monthly invoice. | |
| 11/23/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|--------------|----------|
| | | Attention to review of Day 7 transcript of the Confirmation Trial and related follow-up. | |
| 11/23/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of confirmation hearing transcripts and review of current status. | |
| 11/23/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of the latest EFH / EFIH cash at emergence projections | |
| 11/23/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of Confirmation Trial Transcript (Day 7) | |
| 11/24/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Review of Confirmation Hearing transcripts. | |
| 11/24/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to communications pertaining to discussion call on latest emergence cash projection. | |
| 11/24/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of cap table in light of latest information on settlements and claims caps. | |
| 11/24/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to correspondence with counsel and review of feedback from counsel pertaining to latest settlements; review of materials regarding same. | |
| 11/24/2015 | Nowitz, Raoul | 730 - Project Management and Support | 1.00 |
| | | Attention to review and updating of time entry category descriptions pertaining to upcoming invoice | |
| 11/24/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to further follow-up pertaining to Day 7 Confirmation Trial court hearing transcript. | |
| 11/24/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to internal discussion re: EFH / EFIH cash projections | |
| 11/25/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of the latest cap table in light of the latest creditor settlements and claim caps | |
| 11/25/2015 | Hogan, Paul | 795 - Fee Applications/Retention Applications | 2.50 |
| | | Attention to filing and preparation of the tenth monthly fee statement. | |
| 11/30/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of latest case information including announced purchase of plants from NEE. | |
| 11/30/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to download and review of latest files posted to data room | |

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 12/1/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of cash forecast ahead of discussion with EFH management. | |
| 12/1/2015 | Hogan, Paul | 795 - Fee Applications/Retention Applications | 1.50 |
| | | Continued attention to finalizing November fee statement for submission. | |
| 12/2/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of updated debt claims analysis of disputed claims and comments associated with same, with follow-up. | |
| 12/2/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to review of hearing update and status for confirmation trial ruling. | |
| 12/2/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of most recently prepared capitalization table and Sources & Uses for latest disputed claims balances and follow-up regarding same. | |
| 12/2/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to further review of the cash balances in preparation of call with EVR, including review and update of proposed settlement payments | |
| 12/2/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of documents posted to the data room | |
| 12/3/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Team discussion on latest EFIH and EFH liquidity forecast | |
| 12/3/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to continued review of the cash balances in preparation of call with EVR, including review and update of proposed settlement payments | |
| 12/3/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to team discussion on latest EFIH / EFH liquidity forecasts | |
| 12/3/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of documents posted to the data room | |
| 12/4/2015 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on weekly board call. | |
| 12/4/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of materials on judge decision on confirmation approval. | |
| 12/4/2015 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attended EFH board teleconference. | |
| 12/4/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Review of Confirmation Hearing transcript. | |
| 12/4/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to preparation of notes and analysis relating to call with EVR to review specific questions relating to the forecasted cash balances at emergence | |
| 12/4/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to call with EVR to review specific questions relating to the forecasted cash balances at emergence | |
| 12/5/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

Page 18 of 22

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of latest SOLIC analysis draft cover communication, distribution of email to counsel, and follow-up on same. | |
| 12/5/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Review of day 10 confirmation trial testimony. | |
| 12/5/2015 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with M. Carter of EFH and Evercore pertaining to latest cash projection at emergence with post-call follow-up. | |
| 12/5/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to review of draft cash at emergence variance analysis and drafting of comments of required to same. | |
| 12/6/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 4.50 |
| | | Attention to review of cash projection at EFH and EFIH, provide analysis of same, draft communications with counsel providing details on same, review of professional fees projection, respond to follow-up enquiries of counsel. | |
| 12/6/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to review of the Modified 6th Plan of Reorganization | |
| 12/7/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to further review of testimony pertaining to Settlement Agreement. | |
| 12/7/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Review of Sixth Amended Joint Plan of Reorganization of EFH and analysis of financial impact to EFH stakeholders. | |
| 12/8/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to dataroom filings of Oncor October 2015 MPR - EFH View | |
| 12/8/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 0.50 |
| | | Attention to latest EFIH DIP budget variance report. | |
| 12/9/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to review of October EFIH DIP budget and variance analysis, and follow-up with team on same. | |
| 12/9/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to further review of the Modfied 6th Plan of Reorganization and the related Amended Confirmation Order | |
| 12/10/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of transcript from Dec 2 confirmation trial court hearing. | |
| 12/11/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to updated analysis on claims settlement balances, cash balances and S&Us on Plan A. | |
| 12/14/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of transcript of Day 10 of confirmation trial | |
| 12/14/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to review of documents posted to the bankruptcy court docket, includiung Aug-Oct MOR's | |
| 12/15/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of TTI adversary proceedings and follow-up. | |
| 12/15/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review and drafting of MOR questions, discussions with team on same, and review of responses from company staff. | |
| 12/15/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.00 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

Page 19 of 22

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Review of confirmation findings and other bankruptcy filings. | |
| 12/15/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Review of cash roll-forward balances to determine ongoing liquidity and closing date cash balances. | |
| 12/15/2015 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of company/EVR responses to Oct 2015 MOR questions; follow-up on same; comparison to prior months; additional follow-up questions | |
| 12/15/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to development of questions for Evercore from review of MORs | |
| 12/15/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to call with Evercore to discuss updated settled claims amounts, based on latest PPI settlements | |
| 12/15/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 4.00 |
| | | Attention to update of the S&U and cap tables based on latest conversations with Evercore and PPI settlements | |
| 12/16/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of updated claim balances analysis, comparison against prior analyses, discussions with team on same | |
| 12/16/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of latest team-prepared S&U on Plan A, questions put to team, comparison against earlier drafts, analysis of fees and projected cash balances | |
| 12/16/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to review of responses from Evercore relating to the review of the October MOR | |
| 12/16/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to update of the sources & uses table relating to the purchase of Oncor | |
| 12/17/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to continued discussion with Evercore regarding items in the October MOR | |
| 12/17/2015 | Cumbee, Matthew | 795 - Fee Applications/Retention Applications | 1.00 |
| | | Attention to review of November time entries for submission | |
| 12/18/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Review of impact of Texas Transmission litigation on Plan and EFH stakeholder distributions. | |
| 12/18/2015 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to continued follow up and discussion with Evercore regarding certain cash expenses in the October MOR | |
| 12/21/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of latest court ruling on drag-rights of minority investors. | |
| 12/21/2015 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Discussion with J. Marwil regarding current status of case; Review of TTI related issues and status of TX PUC and IRS approvals. | |
| 12/21/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of documents posted to the data room | |
| 12/22/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

Page 20 of 22

# Energy Future Holdings Corp – September thru December 2015

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of documents posted to the data room | |
| 12/23/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of documents posted to the data room | |
| 12/29/2015 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of transcript on judge's ruling on settlement agreement and confirmation, with follow-up on same. | |
| 12/29/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to continued review of new documents posted to the bankruptcy court docket | |
| 12/30/2015 | Luria, Neil | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Review of October Monthly Operating report and potential impact on cash available for EFH. | |
| 12/30/2015 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to development of questions for Evercore relating to the latest liquidity forecast and actual Aug-Oct cash balances | |
| 12/30/2015 | Hogan, Paul | 795 - Fee Applications/Retention Applications | 1.00 |
| | | Attention to preparation and review of November fee statement. | |
| 12/31/2015 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review of November 2015 invoice with January 2016 budget with comments to team. | |

## Energy Future Holdings Corp – September thru December 2015

| | | Hours |
|---|---|---|
| Luria, Neil | Senior Managing Director | 98.50 |
| Nowitz, Raoul | Managing Director | 396.50 |
| Hogan, Paul | Director | 16.00 |
| Cumbee, Matthew | Senior Associate | 275.00 |
| Parker, Hayes | Analyst | 4.00 |
| **Grand Total:** | | **790.00** |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

Page 22 of 22

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 1/1/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to review of REIT and Yieldco industry research. | |
| 1/1/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to industry research with regard to REIT and Yieldco | |
| 1/2/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of certain elements included in the Modified Sixth Amended Chapter 11 Plan | |
| 1/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to comparison of Yieldco industry research to Oncor performance trends | |
| 1/2/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of the Modified Sixth Amended Chapter 11 Plan | |
| 1/3/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of the Modified Sixth Amended Chapter 11 Plan | |
| 1/4/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention on review of latest proforma cash rollforward analysis and related cash tabs as produced by SOLIC. | |
| 1/4/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of Oct 2015 cash numbers and comparison against prior due diligence materials and compilation of questions regarding same. | |
| 1/4/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of public information and news surrounding Congress extension of bonus depreciation for 2015. | |
| 1/4/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of bonus depreciation extension for 2015 impacts on EFH cash, including review of analyses and tax schedules previously provided by debtor's counsel on same | |
| 1/4/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of the MOR and update of the cash variance analyses | |
| 1/4/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to update and review of the latest cash rollforward analysis | |
| 1/5/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to review of public information and news regarding Congress' decision on Bonus Depreciation | |
| 1/6/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to discussions with team members on questions on cash projection for discussion with EVR and post-call review of materials. | |
| 1/6/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of prior company information pertaining to bonus depreciation calculations. | |
| 1/6/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to internal discussions to develop questions on latest cash projections | |
| 1/6/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further review of materials relating to the impact of Bonus Depreciation | |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 1/7/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of board materials for 01/08/2016 board call. | |
| 1/7/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of EFH Board Materials in preparation for Board of Directors Meeting | |
| 1/7/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of Board materials | |
| 1/8/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance at EFH Board Meeting. | |
| 1/8/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on EFH board call. | |
| 1/9/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of the waterfall and related financial analyses regarding the Plan of Reorganization. | |
| 1/11/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of November 2015 MOR, develop questions on same and compare to prior months run-rate. | |
| 1/11/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of updated analysis reflecting comparison of monthly MOR cash balance vs. latest liquidity analysis and edits to draft questions. | |
| 1/11/2016 | Cumbee, Matthew | 730 - Project Management and Support | 2.00 |
| | | Attention to review of December time entries | |
| 1/11/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to development of questions relating to variances in the cash budget and actual results | |
| 1/11/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to download and review of the November MOR | |
| 1/11/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to development of questions for Evercore stemming from the November MOR review | |
| 1/12/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of latest public news from PUC on Plan A support and review of materials regarding the implication of same. | |
| 1/12/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to research and review of materials relating to the PUC decision on Plan A | |
| 1/15/2016 | Nowitz, Raoul | 730 - Project Management and Support | 3.00 |
| | | Attention to review of bankruptcy case docket report, various filings, and statements, and follow up with team on same. | |
| 1/15/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to review of public news on status of case and review of prior developed analyses pertaining to same. | |
| 1/15/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of sources & uses and other financial elements of current Plan A. | |
| 1/15/2016 | Luria, Neil | 705 - Plan Development and Testimony Review | 1.50 |
| | | Attention to review of PUC issues and potential alternative planning in the event that the transaction has not been approved by the Texas PUC or if other issues develop. | |
| 1/15/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 2.00 |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of public articles regarding the case | |
| 1/16/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to review of SOLIC-prepared prior analyses on Plan alternatives. | |
| 1/16/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to review of prior analyses on plan alternatives that included SOLIC analysis | |
| 1/17/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to continued review and refresh of the waterfall and other financial analyses relating to the Plan of Reorganization | |
| 1/18/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of DIP motion and original DIP Credit Agreement in connection with potential extension of DIP through December 2016. | |
| 1/18/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of materials pertaining to EFIH DIP extension and related. | |
| 1/18/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to review of materials with regard to the EFIH DIP extension and implications | |
| 1/19/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of documents related to the DIP extension | |
| 1/20/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of responses from company pertaining to MOR enquiries and follow-up on related information. | |
| 1/20/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of company feedback on elements impacting on cash projection (bonus depreciation), review prior cash projections, and assess impact on cash projected at emergence. | |
| 1/20/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to company feedback and inquiries pertaining to MOR and MOR trends | |
| 1/21/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of EFH Board materials in advance of Board meeting | |
| 1/21/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further review of cash projection analysis, discussions with team on same, drafting of email to counsel pertaining to same. | |
| 1/21/2016 | Hogan, Paul | 795 - Fee Applications/Retention | 2.00 |
| | | Attention to review and filing of December 2015 Fee Statement. | |
| 1/22/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to EFH Board call | |
| 1/22/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to attendance on weekly board call. | |
| 1/22/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of board materials ahead of 1/22 board call and follow-up. | |
| 1/22/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to debrief with team members post board call, review of materials pertaining to same, email correspondence with counsel | |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 1/22/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to review of Board materials | |
| 1/22/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to debrief with team members post board call and review of materials pertaining to the Board meeting | |
| 1/24/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to further review of the waterfall and other related financial analyses relating to the Plan of Reorganization | |
| 1/25/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to review and update of the financial analysis relating to the Oncor Reit Structure | |
| 1/26/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to update call with Evercore including next steps and discussion with team on same. | |
| 1/26/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to analysis pertaining to prior alternative plan scenarios | |
| 1/26/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of articles relating to valuation trends of YieldCo and REIT structures | |
| 1/26/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to update and review of the Oncor C Corp. financial analyses | |
| 1/26/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to update and rollforward of plan alternative analysis based on latest cash and claim balances | |
| 1/26/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to research relating to methodologies for YieldCo and REIT structures | |
| 1/27/2016 | Kennedy, Christopher | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to researching financial performance and related metrics for comparable Yieldco's. | |
| 1/27/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to review of prior SOLIC analysis pertaining to stand-alone plans | |
| 1/27/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of most recent cash projection. | |
| 1/27/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of issues associated with Plan B mechanics. | |
| 1/27/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to continued review and update of the Oncor C Corp. financial analyses | |
| 1/27/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to further update and rollforward of plan alternative analysis based on latest cash and claim balances | |
| 1/28/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with counsel re status and next steps and post-call debrief with team. | |
| 1/28/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of latest filed Oncor MORs in dataroom. | |
| 1/28/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of issues associated with potential Plan B preparations. | |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 1/28/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 2.00 |
| | | Attention to a call with Evercore to discuss updates to the claims balances based on a 6/30 and 9/30 exit | |
| 1/28/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further update of the oncor financial analyses, with consideration for REIT status | |
| 1/28/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to assessment of potential issues in the event of Plan B discussions. | |
| 1/28/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to further update and rollforward of recovery model based on latest claims | |
| 1/29/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to analysis and materials provided by team on financial perspectives and latest claims balances. | |
| 1/29/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further update of the Oncor financial analyses | |
| 1/29/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to review of prior valuation materials as provided in 2015 Board presentations including review of current metrics. | |
| 1/30/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further research relating to valuation trends with Yieldcos | |
| 1/30/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of prior E-side equitization construct | |
| 1/30/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to continued update of the REIT / Yieldco and C-Corp financial analyses regarding Oncor | |
| 1/31/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of various documentation related to TTI/Oncor issues and forthcoming mediation. | |
| 1/31/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of Joint Memorandum of Law in Support of Opposition to TTI motion for determination re final judgment on proceeding | |
| 1/31/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of prior company-prepared professional fees projection and allocations. | |
| 1/31/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to motion for determination with regard to final judgment on proceeding | |
| 2/1/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of latest claims analysis as provided by SOLIC team. | |
| 2/1/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to development of Plan B analyses and next steps. | |
| 2/1/2016 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Attention to travel to New York City for Greenhill and Evercore Meetings. | |
| 2/1/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to download and review of materials in the data room, including latest Oncor projections | |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 2/1/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of materials ahead of meeting with Evercore | |
| 2/2/2016 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel to New York for meeting with Evercore | |
| 2/2/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to latest financial analysis and materials as produced by team ahead of Evercore meeting. | |
| 2/2/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to in-person meeting with Evercore | |
| 2/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of cash projection and impact of bonus depreciation elements. | |
| 2/2/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to preparation for meeting with Evercore regarding Plan B. | |
| 2/2/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to participation in meetings at Evercore with R. Nowitz, M. Cumbee and J. Matican of Evercore. | |
| 2/2/2016 | Cumbee, Matthew | 750 - Travel Time | 4.50 |
| | | Attention to travel from Chicago to New York for meetings with Evercore | |
| 2/2/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to in-person meeting with Evercore | |
| 2/2/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 4.50 |
| | | Attention to updating the waterfall / recovery model based on latest discussions with Evercore | |
| 2/2/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review and update of the latest claims balances | |
| 2/3/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of materials ahead of Greenhill update meeting | |
| 2/3/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to in-person meeting with Greenhill and post-meeting follow-up | |
| 2/3/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of latest 2016 bonus depreciation analysis as provided by Evercore | |
| 2/3/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of latest claims and impact on financial analysis | |
| 2/3/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to preparation for meeting with Greenhill regarding Plan B. | |
| 2/3/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to Meeting with Greenhill regarding Plan B development and planning. | |
| 2/3/2016 | Cumbee, Matthew | 750 - Travel Time | 4.50 |
| | | Attention to return trip from New York to Chicago | |
| 2/3/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to in-person meeting with Greenhill | |
| 2/3/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to call with Evercore to discuss various cash related diligence items | |
| 2/3/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of the latest bonus depreciation analysis | |
| 2/4/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to return travel from New York after Evercore and Greenhill meetings. | |
| 2/4/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to discussions with counsel on plan process and work plan | |
| 2/4/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of Plan B issues. | |
| 2/4/2016 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Attention to travel from NYC | |
| 2/4/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.50 |
| | | Attention to call with counsel pertaining to alternatives assessment including post-call follow-up. | |
| 2/4/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to continued update of the waterfall / recovery model based on ongoing plan discussions | |
| 2/4/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to drafting cash related diligence questions for Evercore | |
| 2/4/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to teleconference Mark Thomas, Pete Young, R. Nowitz and M. Cumbee to review current status and next steps. | |
| 2/5/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 2.50 |
| | | Attention to review of Proskauer-prepared issues list and updating with comments from SOLIC team | |
| 2/5/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to participation in teleconference with Proskauer regarding due diligence issues. | |
| 2/5/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.50 |
| | | Attention to call with counsel pertaining to alternatives assessment including post-call follow-up. | |
| 2/5/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to continued drafting and review of cash diligence questions | |
| 2/5/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to review of draft due diligence issues list. | |
| 2/5/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to review of summer 2015 Plan B negotiation documents and final positions. | |
| 2/6/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to development and review of various versions of due diligence requests including discussions with team on same, and review of related materials in preparation of same. | |
| 2/6/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of company information on projected bonus depreciation impacts in 2016 and preparation of email for counsel pertaining to same. | |
| 2/7/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration | Duration |
|------|--------|---------------|----------|----------|
| | | Attention to review of due diligence list and review of Plan B term sheet and other materials from summer 2015 in preparation for potential Plan B review. | | |
| 2/7/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 2.00 |
| | | Attention to further review and updating of cash due diligence request list and submission to Evercore. | | |
| 2/8/2016 | Luria, Neil | 705 - Plan Development and Testimony | | 1.00 |
| | | Attention to review of Plan B alternatives given capital market issues and other matters impacting current Plan. | | |
| 2/8/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | | 2.00 |
| | | Attention to review of prior SOLIC materials and stand-alone equitization constructs and discussions with team per upcoming DDA meetings | | |
| 2/8/2016 | Luria, Neil | 705 - Plan Development and Testimony | | 2.00 |
| | | Attention to discussion with Proskauer regarding potential meeting at K&E and various other issues. | | |
| 2/9/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | | 1.00 |
| | | Attention to call with counsel pertaining to alternatives assessment including post-call follow-up. | | |
| 2/9/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 2.00 |
| | | Attention to review of due diligence question list ahead of call with counsel and post-call review of items requiring discussion during upcoming call with Greenhill. | | |
| 2/9/2016 | Luria, Neil | 718 - Meeting with counsel and with other | | 1.00 |
| | | Attended teleconference with M. Thomas, P. Young, R. Nowitz and M. Cumbee regarding current status of Plan B reviews. | | |
| 2/9/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | | 1.50 |
| | | Attention to call with counsel pertaining to alternatives assessment including post-call follow-up. | | |
| 2/9/2016 | Luria, Neil | 718 - Meeting with counsel and with other | | 1.00 |
| | | Attention to review of Plan B alternative negotiated resolution from summer of 2015. | | |
| 2/10/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | | 1.00 |
| | | Attention to call with Proskauer, MTO and Greenhill re due diligence on alternative plans. | | |
| 2/10/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 2.50 |
| | | Attention to call with counsel and other DDAS regarding due diligence on alternative plans. | | |
| 2/10/2016 | Luria, Neil | 705 - Plan Development and Testimony | | 1.50 |
| | | Attention to Preparation for and attendance of teleconference regarding Plan B with various DDA'S and creditor constituents. | | |
| 2/10/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | | 1.50 |
| | | Attention to call with select DDA'S to discuss plan updates and next steps | | |
| 2/10/2016 | Cumbee, Matthew | 795 - Fee Applications/Retention | | 1.50 |
| | | Attention to review and edit of the January fee statement and related narrative | | |
| 2/11/2016 | Luria, Neil | 750 - Travel Time | | 4.00 |
| | | Attention to travel to New York City for meeting at K&E regarding Plan B. | | |
| 2/11/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 3.00 |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of prior analysis and materials ahead of 2/12 DDAs meeting with K&E and EVR. | |
| 2/11/2016 | Cumbee, Matthew | 750 - Travel Time | 4.50 |
| | | Attention to travel from Chicago to New York for DDA meetings at K&E | |
| 2/12/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 3.00 |
| | | Attention to participation in Plan B planning meeting at Kirkland & Ellis' offices in New York City along with representatives of each of the disinterested director advisors. | |
| 2/12/2016 | Luria, Neil | 750 - Travel Time | 3.00 |
| | | Attention to travel from New York City | |
| 2/12/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 2.50 |
| | | Attention to call with Evercore, K&E and DDAs to talk Plan B considerations. | |
| 2/12/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to post-call review of Evercore and K&E prepared materials | |
| 2/12/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of latest company cash projection relative to prior materials and key adjustments. | |
| 2/12/2016 | Cumbee, Matthew | 750 - Travel Time | 4.50 |
| | | Attention to return trip from New York to Chicago | |
| 2/12/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 3.00 |
| | | Attention to meetings with various DDA's at K&E to discuss plan updates and next steps | |
| 2/13/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of valuation perspectives relative to waterfall analysis. | |
| 2/15/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to call with team members to discuss meeting from 2/12/16 and related materials including next steps. | |
| 2/15/2016 | Nowitz, Raoul | 795 - Fee Applications/Retention | 1.50 |
| | | Attention to review and updating of 3rd Interim Fee App. | |
| 2/15/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of financial models from Aug 2015 E-side stand-alone equitization backup plan discussions. | |
| 2/15/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of Evercore tax and financial consideration materials. | |
| 2/15/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to follow-up review of tax consideration issues. | |
| 2/15/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to internal call to discuss Plan B materials | |
| 2/15/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to internal call to discuss updates to various financial and cash analyses | |
| 2/16/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of Proskauer issues list for discussion | |
| 2/16/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to additions made to Proskauer issues list with inclusion of SOLIC additional items | |
| 2/16/2016 | Nowitz, Raoul | 795 - Fee Applications/Retention | 1.00 |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review and final comments to 3rd Fee App | |
| 2/16/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with counsel pertaining to Plan B considerations | |
| 2/16/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to revisiting of Evercore materials in terms of claims build-up and TEV breakpoints. | |
| 2/16/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of possible Plan B constructs | |
| 2/16/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to participation in teleconference with Proskauer regarding next steps and planning. | |
| 2/16/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of tax considerations related to Plan B alternatives. | |
| 2/16/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.50 |
| | | Attention to call with counsel to discuss Plan B considerations | |
| 2/16/2016 | Hogan, Paul | 795 - Fee Applications/Retention | 3.00 |
| | | Attention to review and submission of Third Interim Fee Application. | |
| 2/17/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to attendance on teleconference #1 with K&E, EVR, management and advisors of a key constituent group. | |
| 2/17/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 1.50 |
| | | Attention to participation in teleconference with DDAs, K&E and representatives for a key creditor constituent. | |
| 2/17/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to attendance on teleconference #2 with K&E, EVR, management and advisors of a key constituent group. | |
| 2/17/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to participation in PIK teleconference with K&E and DDAs and advisors to a key creditor constituent regarding Plan B. | |
| 2/17/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to participation in teleconference with counsel, select DDA's and creditor constituents | |
| 2/17/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to attendance on teleconference #3 with K&E, EVR, management and advisors of a key creditor constituent group. | |
| 2/17/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of post-meeting correspondence from counsel, communications with counsel pertaining to same, review of post-meeting notes. | |
| 2/17/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of financial analysis including debt pricing. | |
| 2/17/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of drafts of hypothetical debt pricing analyses, discussions with team on same, updating and distribution of draft to counsel. | |
| 2/17/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to initial review of responses from Evercore on cash due diligence requests. | |
| 2/17/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.50 |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to call with DDAs, K&E and advisors to a key creditor constituent. | |
| 2/17/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.50 |
| | | Attention to call with Evercore, K&E, DDAs and advisors to a key creditor constituent regarding Plan B. | |
| 2/17/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.50 |
| | | Attention to a call with Evercore, K&E and DDAs and advisors to a key creditor constituent group. | |
| 2/17/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to researching latest debt trading prices of EFH debt | |
| 2/17/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to continued update of the waterfall / recovery model based on ongoing discussions | |
| 2/18/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to further review and communication with team on the review of debt pricing and resulting observations | |
| 2/18/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of financial analysis prepared by M. Cumbee. | |
| 2/18/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to further update of the waterfall / recovery model | |
| 2/18/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to further review of hypothetical EFH debt trading price perspectives | |
| 2/18/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to download and review of the EFH & EFIH Cash Management Motion | |
| 2/18/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of public comp metrics | |
| 2/18/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of Evercore Financial Considerations materials and attention to Plan B issues. | |
| 2/19/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of cash analysis due diligence ahead of call with Greenhill and MTO | |
| 2/19/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of cash management system and related motions including observations provided to counsel on same | |
| 2/19/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review of cash analysis due diligence ahead of call with select DDA'S | |
| 2/19/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to attendance on call with counsel and other DDA'S | |
| 2/19/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to teleconference with select counsel and DDA'S regarding Plan B issues and review of company provided cash analysis. | |
| 2/19/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to a call with counsel and select DDA'S | |
| 2/19/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to further update of the Oncor financial analyses and model | |
| 2/19/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 2.50 |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to further update of the waterfall / recovery model based on ongoing discussions | |
| 2/20/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of further cash due diligence responses received from Evercore | |
| 2/20/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of draft board materials circulated for 02.25.2016 board meeting | |
| 2/20/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of draft Restructuring Update slides for 02.25.16 to provide comments to team on proposed edits. | |
| 2/20/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of Board Materials circulated in advance of 2/25 board meeting. | |
| 2/20/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of Jan 2016 MOR with distribution of MOR to team | |
| 2/20/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with counsel to discuss comments to latest draft Board presentation and post-call follow-up. | |
| 2/20/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to updating of team on required edits to draft board materials | |
| 2/21/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to further edits to draft board materials for 02.25.15 board meeting, discussions with team on same, submission of email and draft presentation to Proskauer. | |
| 2/21/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of professional and other fees cash projection to emergence, communications with team on same, updating of diligence and question list for Proskauer. | |
| 2/21/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review and provision of comments on draft board of directors presentation materials provided by Evercore/K&E. | |
| 2/21/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of the EFH Professional Fees estimate schedule from data room | |
| 2/22/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of latest draft of 02.25.16 Board materials shared by K&E | |
| 2/22/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to preparation of materials on cash due diligence ahead of call with Proskauer. | |
| 2/22/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with Proskauer to discuss cash due diligence items/responses received from the company | |
| 2/22/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to development of meeting agenda for upcoming discussion with management on EFH cash due diligence | |
| 2/22/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.50 |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of Hunt response to Texas PUC questions with focus on financial elements and updating of counsel on same. | |
| 2/22/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 0.50 |
| | | Attention to drafting of email to Evercore pertaining to agenda for upcoming cash due diligence meeting with management. | |
| 2/22/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of Evercore/K&E Board materials in preparation for call with Proskauer. | |
| 2/22/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review of updated draft Board materials reflecting revisions from counsel to various DDs to provide comments to counsel on same. | |
| 2/22/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with Proskauer to discuss cash due diligence items/responses received from the company | |
| 2/22/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to internal call to review latest Board deck. | |
| 2/22/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of the Board materials | |
| 2/22/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to preparation of materials on cash due diligence ahead of call with Proskauer. | |
| 2/22/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to participation in teleconference with SOLIC and Proskauer teams to review board presentation materials comments. | |
| 2/23/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to discussion with Proskauer on board materials and Plan B issues and considerations. | |
| 2/23/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to telephonic discussion with Evercore on cash due diligence matters. | |
| 2/23/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to communications with team and review of analysis on recovery analysis per draft board materials | |
| 2/23/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 0.50 |
| | | Attention to drafting of email correspondence with Greenhill. | |
| 2/23/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of Board of Director meeting materials in anticipation of upcoming in person board meeting in Dallas. | |
| 2/23/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to telephonic discussion with Evercore on cash due diligence matters. | |
| 2/23/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to call with Evercore to review data presented in the Board materials | |
| 2/23/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to updating the waterfall / recovery model based on discussion about equity splits with Evercore | |
| 2/23/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to download and review of debt related documents posted to the data room | |
| 2/24/2016 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel to Dallas for board meeting and SOLIC meetings with management | |
| 2/24/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of final Restructuring Update materials for board meeting. | |
| 2/24/2016 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Attention to travel to Dallas for Board Meeting. | |
| 2/24/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to further review and correspondence with counsel regarding materials ahead of the 2/26 cash due diligence session | |
| 2/24/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to further review of materials ahead of 2/26 cash due diligence session | |
| 2/24/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of final Restructuring Update materials for board meeting. | |
| 2/24/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to update of the waterfall / recovery model and equity splits based on various breakeven points | |
| 2/25/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 2.00 |
| | | Attention to attendance at in-person board meeting and post-meeting follow-up. | |
| 2/25/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 2.50 |
| | | Attention to meeting and discussions with counsel pertaining to various elements of the case, go forward strategy, next steps. | |
| 2/25/2016 | Nowitz, Raoul | 730 - Project Management and Support | 1.50 |
| | | Attention to discussion with team members on work plan and next steps, and formulation of tasks pertaining to same. | |
| 2/25/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of draft C-corp. financial metrics. | |
| 2/25/2016 | Cumbee, Matthew | 750 - Travel Time | 4.50 |
| | | Attention to travel from Chicago to Dallas for meetings with EFH management | |
| 2/25/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 2.50 |
| | | Attention to meeting and discussions with counsel pertaining to various elements of the case, go forward strategy, next steps. | |
| 2/25/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to research relating to YieldCo valuation and the dividend discount model methodologies | |
| 2/25/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 2.00 |
| | | Attention to board meeting participation and post-meeting follow-up | |
| 2/25/2016 | Luria, Neil | 705 - Plan Development and Testimony | 4.50 |
| | | Attention to follow-up meetings in Dallas with Don Evans and Billie Williamson along with Proskauer. | |
| 2/25/2016 | Luria, Neil | 705 - Plan Development and Testimony | 4.50 |
| | | Attention to participation at EFH Board Meeting in Dallas | |
| 2/26/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 2.50 |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|---------:|
| | | Attention to meetings in Dallas with EFH finance staff and Stacey Dore in order to review EFH liquty and other related issues. | |
| 2/26/2016 | Luria, Neil | 750 - Travel Time | 5.00 |
| | | Attention to travel from Dallas | |
| 2/26/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.50 |
| | | Attention to meeting with S. Dore and company management pertaining to cash due diligenece | |
| 2/26/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to post meeting discussions, review of draft of update email to counsel, review of materials post-meeting. | |
| 2/26/2016 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel from Dallas to Atlanta post due diligence meetings. | |
| 2/26/2016 | Cumbee, Matthew | 750 - Travel Time | 4.50 |
| | | Attention to return trip from Dallas to Chicago | |
| 2/26/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.50 |
| | | Attention to meeting with EFH management pertaining to cash due diligenece | |
| 2/26/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to summarizing meeting notes relating to time with EFH management | |
| 2/28/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 4.50 |
| | | Attention to update of the Oncor C Corp and REIT financial analyses | |
| 2/28/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to continued update of the Oncor C Corp and REIT financial analyses | |
| 2/29/2016 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel to New York re Plan B discussions. | |
| 2/29/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to review of draft C-corp financial analysis, discussions with team on same, including further review and discussion. | |
| 2/29/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to Review of various financial analyses and other matters. | |
| 2/29/2016 | Koutsonicolis, George | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of public comparables covering financial and operating statistics. | |
| 2/29/2016 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Attention to travel to New York City for Evercore meeting to review financial models. | |
| 2/29/2016 | Cumbee, Matthew | 750 - Travel Time | 4.50 |
| | | Attention to travel from Chicago to New York for meetings with Evercore | |
| 2/29/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of public comp metrics for both C Corp and REIT considerations | |
| 2/29/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of the Oncor financial analysis update | |
| 3/1/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.50 |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of latest draft financial analysis and preparation ahead of meeting with Evercore. | |
| 3/1/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 4.00 |
| | | Attention to meeting with Evercore, including debrief with team. | |
| 3/1/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to status update call with Proskauer. | |
| 3/1/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to teleconference with Proskauer to review current status and next steps. | |
| 3/1/2016 | Luria, Neil | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to meeting at Evercore with Jeremy Matican, Evercore energy team, R. Nowitz and M. Cumbee to review Evercore financial models. | |
| 3/1/2016 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Attention to travel from NYC following Evercore meetings. | |
| 3/1/2016 | Koutsonicolis, George | 765 - Presentation Development | 0.50 |
| | | Attention to review of public comparables financial and operating statistics | |
| 3/1/2016 | Koutsonicolis, George | 718 - Meeting with counsel and with other | 2.00 |
| | | Attention to teleconference meeting with SOLIC and Evercore professionals | |
| 3/1/2016 | Cumbee, Matthew | 750 - Travel Time | 4.50 |
| | | Attention to return trip from New York to Chicago | |
| 3/1/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to further update of the Oncor C Corp financial analyses | |
| 3/1/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 4.00 |
| | | Attention to meeting with Evercore | |
| 3/1/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to team discussion on latest draft of financial analysis. | |
| 3/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of SOFAs and Schedules pertaining to value review for recoverable value. | |
| 3/2/2016 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel from New York to Atlanta post meeting with Evercore. | |
| 3/2/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to communications with team on status, next steps, and timing with post-call follow-up. | |
| 3/2/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of financial models and Plan B potential scenarios. | |
| 3/2/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to developing Oncor REIT financial analyses | |
| 3/2/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to continued update of the Oncor C Corp financial analyses | |
| 3/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to development of due diligence list. | |
| 3/3/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to compilation of potential cash adjustments in light of cash due diligence, including review of multiple filings in the dataroom as directed by Evercore. | |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|---------:|
| 3/3/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to web-based attendance at live PUC hearing on Oncor REIT status | |
| 3/3/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with Proskauer on next steps including post-call follow-up | |
| 3/3/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to correspondence with Evercore on various elements of cash due diligence. | |
| 3/3/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to teleconference with Proskauer and SOLIC representatives to review Plan B alternatives, including preparation of questions. | |
| 3/3/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to attendance at PUC hearing with respect to Oncor/Ovation transaction via web interface. | |
| 3/3/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to internal call with counsel to discuss plan next steps and timing | |
| 3/3/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to web-based attendance of PUC hearing on Oncor REIT status | |
| 3/3/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to continued work on the Oncor C Corp financial analyses | |
| 3/4/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to teleconference with various DDA advisors to review next steps with respect to Plan B; Attention to related follow-up matters including discussions with R. Nowitz. | |
| 3/4/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to Review of Memo of Commissioner Ken Anderson related to Application by Oncor for PUC approval and other related matters. | |
| 3/4/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.50 |
| | | Attention to call with team pertaining to co-corp analysis | |
| 3/4/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to call with Proskauer tax relating to bonus depreciation and various other elements. | |
| 3/4/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to call with company, Proskauer tax, K&E and others pertaining to tax elements impacting on cash at emergence. | |
| 3/4/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with Evercore and counsel to discuss plan next steps and timing | |
| 3/4/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to internal call to discuss latest Oncor C Corp analyis | |
| 3/4/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with counsel and other DDA'S regarding plan next steps and timing | |
| 3/4/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to continued update of the Oncor REIT financial analyses | |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 3/5/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to continued update of the Oncor REIT financial analyses | |
| 3/5/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to further update of the waterfall / recovery model based on ongoing discussions | |
| 3/6/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of waterfall financial analysis prepared by team, provide comments and circulation of same to counsel. | |
| 3/6/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of REIT perspectives. | |
| 3/6/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to revisions to various Oncor financial models | |
| 3/7/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to team discussion on valuation matters, as presented by the Company | |
| 3/7/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to update call with Proskauer. | |
| 3/7/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to updating of proforma cash analysis with projected adjustments and share with counsel. | |
| 3/7/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review of latest waterfall analysis with discussions with team on same. | |
| 3/7/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to further update call with counsel ahead of EFH DD call scheduled for 3/8/2016 | |
| 3/7/2016 | Koutsonicolis, George | 765 - Presentation Development | 1.50 |
| | | Attention to review of preliminary hypothetical public REIT financial analyses and teleconference discussions with SOLIC professionals re: same | |
| 3/7/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to teleconference with Proskauer and SOLIC teams to review current status and to prepare for disinterested director teleconference. | |
| 3/7/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of financial modeling prepared by M. Cumbee and review of waterfall analysis to determine potential recovery to EFH unsecureds at various value levels. | |
| 3/7/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to detailed review of the Oncor C Corp and REIT financial metrics | |
| 3/7/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to continued update of the waterfall / recovery model | |
| 3/7/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to further clean-up of the Oncor financial analyses | |
| 3/8/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.50 |
| | | Attention to call with team members ahead of Greenhill call. | |
| 3/8/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to call with Greenhill team on various Plan B elements. | |
| 3/8/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to call with Proskauer on various Plan B due diligence matters. | |
| 3/8/2016 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to call with EFH Corp Disinterested Directors. | |
| 3/8/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to further discussions with Proskauer post DD update call. | |
| 3/8/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to participation in teleconference with Greenhill & Co. to review latest views on case elements. | |
| 3/8/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to teleconference with Proskauer to prepare for disinterested director call. | |
| 3/8/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to participation in teleconference with Donald Evans, Billie Williamson, Proskauer and SOLIC to review current status of Plan A and Plan B. | |
| 3/8/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to internal call to prepare for call with Greenhill | |
| 3/8/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to a call with Greenhill to discuss various Plan B elements | |
| 3/8/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with DDAs to discuss various Plan B elements | |
| 3/8/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to continued update of the Oncor financial analyses | |
| 3/9/2016 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel from ATL to LGA for meetings with DDAs | |
| 3/9/2016 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel from LGA to ATL post meeting with DDAs | |
| 3/9/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 3.00 |
| | | Attention to meeting with DDAs about potential Plan B constructs | |
| 3/9/2016 | Luria, Neil | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to travel to New York City for meetings with DDAs | |
| 3/9/2016 | Luria, Neil | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to DDA meetings at Kirkland & Ellis' office in New York | |
| 3/9/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to further update of the Oncor C Corp financial analyses | |
| 3/9/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to further update of the Oncor REIT financial model | |
| 3/9/2016 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Attention to travel to EWR for meetings at K&E | |
| 3/10/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 2.00 |
| | | Attention to meetings with counsel and other DDA'S in New York City | |
| 3/10/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of various updated c-corp financial metrics from Aug 2015 vs current. | |
| 3/10/2016 | Luria, Neil | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to DDA meetings at Proskauer's offices in New York | |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 3/10/2016 | Luria, Neil | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to travel - from New York City following meetings at Proskauer. | |
| 3/10/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to research relating to and development of historical Oncor variance analysis | |
| 3/10/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to further review of financial models | |
| 3/10/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to further review of liquidation analysis and related assumptions as provided in the Disclosure Statement | |
| 3/10/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to further review of hypothetical REIT financial analysis | |
| 3/10/2016 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Attention to travel to CLE for return flight from meetings at K&E | |
| 3/11/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to further update of the Oncor financial models | |
| 3/11/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to C-corp financial analysis, discussion with team on same, review of analysis | |
| 3/11/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to developing comparative analysis of Oncor financial metrics from August 2015 to March 2016 | |
| 3/11/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of waterfall financial analysis in connection of potential Plan B scenarios. | |
| 3/11/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of various board materials and analyses pertaining to potential Plan B constructs. | |
| 3/14/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to call with team members pertaining to various elements of Plan B | |
| 3/14/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to review of various financials recovery models with discussion of same with team. | |
| 3/14/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to review of prior CVR construct from Aug 2015 with analysis of key drivers | |
| 3/14/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of potential structuring parameters and issues related to Plan A | |
| 3/14/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to research and financial analysis relating to NextEra for potential merger analysis re: Oncor | |
| 3/14/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to continued update of the financial analyses and related metrics | |
| 3/14/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of potential CVRs setup value for Plan B and potential alternative structures. | |
| 3/15/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|--------------|----------|
| | | Attention to review of prior financial analysis with comparison of key metrics to Aug 2015 and trends related to same. | |
| 3/15/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further review of cash due diligence, outstanding items requiring further follow-up by the debtor, key elements for further discussion and analysis with counsel | |
| 3/16/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to attendance on update call with Proskauer. | |
| 3/16/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of prior various financial analyses on tax step-up and impact on potential Plan B. | |
| 3/16/2016 | Luria, Neil | 705 - Plan Development and Testimony | 0.50 |
| | | Attention to conference call with Proskauer regarding current status of review of Plan B. | |
| 3/16/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of Plan B alternatives and potential waterfall calculations. | |
| 3/16/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to internal call to discuss next steps and timing re: plan B analyses | |
| 3/16/2016 | Cumbee, Matthew | 765 - Presentation Development | 4.00 |
| | | Attention to review of trending analysis of pricing metrics | |
| 3/16/2016 | Cumbee, Matthew | 765 - Presentation Development | 3.00 |
| | | Attention to continued review of the trending analysis of pricing metrics | |
| 3/17/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further updating of cash upsides analysis table. | |
| 3/17/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to additional review of professional fees allocations pertaining to Plan fees. | |
| 3/17/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of latest financial analysis pertaining to potential parameters for plan B set up values | |
| 3/17/2016 | Cumbee, Matthew | 765 - Presentation Development | 4.00 |
| | | Attention to review and iteration of the Plan B presentation | |
| 3/17/2016 | Cumbee, Matthew | 765 - Presentation Development | 2.50 |
| | | Attention to update of the waterfall analysis to reflect various potential exit dates | |
| 3/18/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review of waterfall modeling and Plan B structuring issues. | |
| 3/18/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to additional review of presentation update materials | |
| 3/18/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to further review of bonus depreciation recapture implications on value recovery. | |
| 3/18/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to review of draft waterfall recovery analytics and implications on set point establishment. | |
| 3/18/2016 | Nowitz, Raoul | 765 - Presentation Development | 3.50 |
| | | Attention to further review of draft client presentation and consideration of key elements for required inclusion. | |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 3/18/2016 | Cumbee, Matthew | 765 - Presentation Development | 4.00 |
| | | Attention to further work on the Plan B presentation, including updating with new waterfall analysis | |
| 3/19/2016 | Nowitz, Raoul | 730 - Project Management and Support | 1.50 |
| | | Attention to review of case updates and related matters. | |
| 3/19/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of hypothetical key drivers of value impact and related sensitivities. | |
| 3/19/2016 | Nowitz, Raoul | 730 - Project Management and Support | 1.00 |
| | | Attention to review of time, team staffing, and travel run-rate. | |
| 3/21/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to call with team to discuss latest draft presentation materials. | |
| 3/21/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of latest draft presentation ahead of call with team. | |
| 3/21/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of potential Plan B alternative structures and financial waterfall implications | |
| 3/21/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to internal call to discuss updates to plan B analyses | |
| 3/21/2016 | Cumbee, Matthew | 765 - Presentation Development | 2.00 |
| | | Attention to continued work on the Plan B presentation, including updating with new waterfall analysis | |
| 3/21/2016 | Hogan, Paul | 795 - Fee Applications/Retention | 3.00 |
| | | Attention to review and submission of February monthly fee application | |
| 3/22/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of latest PUC filings and correspondence with counsel on same. | |
| 3/22/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of most recent dataroom uploads. | |
| 3/22/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of updated professional fees schedule as uploaded to the dataroom and comparison to prior versions. | |
| 3/22/2016 | Cumbee, Matthew | 795 - Fee Applications/Retention | 1.50 |
| | | Attention to review of time entries for February fee application | |
| 3/22/2016 | Cumbee, Matthew | 765 - Presentation Development | 3.50 |
| | | Attention to internal review and iteration of plan B presentation | |
| 3/23/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of cash due diligence items pertaining to proforma emergence cash | |
| 3/23/2016 | Cumbee, Matthew | 765 - Presentation Development | 4.00 |
| | | Attention to continued development of presentation re: Plan B | |
| 3/23/2016 | Cumbee, Matthew | 795 - Fee Applications/Retention | 1.00 |
| | | Attention to continued review of time and expense entries for the February fee application | |
| 3/23/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to research relating to debt trading prices of EFH / EFIH, and implications on recovery | |
| 3/24/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to further review of comparable companies detailed in Evercore presentation reflecting change in performance. | |
| 3/24/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to update call with Proskauer. | |
| 3/24/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to team update post-call with Proskauer, draft of email thoughts on areas of focus and distribution to team, review of required areas for updating of analysis based on Proskauer thoughts, follow-up on same. | |
| 3/24/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of implications associated with latest PUC rulings. | |
| 3/24/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of Plan B alternatives in light of PUC rulings. | |
| 3/25/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of PUCT findings and order and related information on same. | |
| 3/25/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to review of range of implications of tax allowance sharing on hypothetical views on recovery. | |
| 3/25/2016 | Nowitz, Raoul | 765 - Presentation Development | 2.00 |
| | | Attention to review of elements of presentation requiring updating. | |
| 3/25/2016 | Nowitz, Raoul | 730 - Project Management and Support | 1.00 |
| | | Attention to review of docket report and review of filings. | |
| 3/26/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to further review of financial models and analyses based on current c-corp and REIT market trading levels. | |
| 3/26/2016 | Nowitz, Raoul | 765 - Presentation Development | 0.50 |
| | | Attention to review of feedback from team on projected debt balances pertaining to discussions with EVR. | |
| 3/26/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of email from Proskauer on due diligence matters and next steps, review of elements of same, responses provided to counsel | |
| 3/28/2016 | Nowitz, Raoul | 765 - Presentation Development | 2.50 |
| | | Attention to review of the latest presentation as provided by team. | |
| 3/28/2016 | Nowitz, Raoul | 765 - Presentation Development | 3.00 |
| | | Attention to updating of various analyses and slides in latest draft of SOLIC presentation. | |
| 3/28/2016 | Nowitz, Raoul | 765 - Presentation Development | 1.00 |
| | | Attention to correspondence with team members on latest draft of presentation. | |
| 3/28/2016 | Cumbee, Matthew | 765 - Presentation Development | 4.00 |
| | | Attention to further update of the waterfall analyses based on latest presentation review | |
| 3/28/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to revisiting Settlement discussions and analyses from Aug 2015 pertaining to details associated with treatment of the T-side claim for presentation purposes. | |
| 3/28/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of presentation materials and waterfall calculations for Plan B alternatives. | |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 3/29/2016 | Cumbee, Matthew | 765 - Presentation Development | 4.00 |
| | | Attention to internal review and further iteration of the Plan B presentation and related analyses | |
| 3/29/2016 | Nowitz, Raoul | 765 - Presentation Development | 2.50 |
| | | Attention to team's comments on latest draft presentation, drafting of email response, and additional required follow up on same | |
| 3/29/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of latest market pricing trends. | |
| 3/29/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review of Plan B alternatives and potential recovery scenarios, draft presentation materials and PUC approval matters. | |
| 3/30/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to further review of debt claims as projected based on various assumed exit dates. | |
| 3/30/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of responses from EVR on outstanding due diligence matters, review of latest Due Diligence tracker list, update of list for additional request items, update of files in support of info requests, relay of same to EVR. | |
| 3/30/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further review of specific elements of cash due diligence including and correspondence with counsel on same. | |
| 3/30/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of due diligence issues related to Energy Plaza lease and other potential EFH direct and indirect assets. | |
| 3/31/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further discussions with counsel on various elements of closing cash at emergence and updating analysis on same. | |
| 3/31/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to updating of the cash due diligence tracking list, correspondence with EVR on same, discussions with team on same. | |
| 3/31/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review of diligence responses from Evercore, including specifics of Energy Plaza lease and professional fee allocations. | |
| 3/31/2016 | Nowitz, Raoul | 765 - Presentation Development | 2.50 |
| | | Attention to further review of draft presentation, comments provided to team for required revisions. | |
| 3/31/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review of latest draft waterfall financial analysis and comp company analysis in anticipation of proposal for Plan B. | |
| 4/1/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to participation in teleconference with Proskauer and SOLIC teams to review next steps for Plan B term sheet development. | |
| 4/1/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance at EFH Board Meeting via teleconference. | |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 4/1/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to attendance on call with counsel on status update and next steps | |
| 4/1/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on bi-weekly board call | |
| 4/1/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.50 |
| | | Attention to update call with team on status and next steps. | |
| 4/1/2016 | Nowitz, Raoul | 765 - Presentation Development | 2.50 |
| | | Attention to review of draft presentation and discussions with team on required revisions. | |
| 4/1/2016 | Nowitz, Raoul | 765 - Presentation Development | 3.00 |
| | | Attention to market information pertaining to comparability analysis. | |
| 4/1/2016 | Cumbee, Matthew | 765 - Presentation Development | 4.00 |
| | | Attention to development of a presentation re: Plan B analysis and general sector trends | |
| 4/1/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to internal call to discuss next steps and timing | |
| 4/1/2016 | Cumbee, Matthew | 765 - Presentation Development | 1.50 |
| | | Attention to continued work on the Plan B presentation | |
| 4/1/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to attendance on call with counsel on status update and next steps | |
| 4/3/2016 | Nowitz, Raoul | 765 - Presentation Development | 3.00 |
| | | Attention to review of draft presentation and communications on updates provided to team. | |
| 4/3/2016 | Cumbee, Matthew | 765 - Presentation Development | 1.50 |
| | | Attention to internal review and update of the Plan B presentation | |
| 4/4/2016 | Nowitz, Raoul | 765 - Presentation Development | 2.50 |
| | | Attention to further review of presentation, comments provided to team | |
| 4/4/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of information for additional analysis on Plan B considerations. | |
| 4/4/2016 | Kiessig, Joseph | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to assistance in developing various financial analyses. | |
| 4/4/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to developing a model considering select potential combinations of partners/bidders. | |
| 4/4/2016 | Cumbee, Matthew | 765 - Presentation Development | 4.00 |
| | | Attention to continued review and edit of the Plan B status update presentation | |
| 4/4/2016 | Cumbee, Matthew | 765 - Presentation Development | 2.00 |
| | | Attention to continued review and edit of the Plan B status update presentation | |
| 4/5/2016 | Nowitz, Raoul | 765 - Presentation Development | 1.50 |
| | | Attention to participation on team call to review the presentation. | |
| 4/5/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to call with Proskauer (R. Nowitz only) | |
| 4/5/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to update call with Evercore | |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 4/5/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to correspondence with team on additional analysis required. | |
| 4/5/2016 | Nowitz, Raoul | 765 - Presentation Development | 1.00 |
| | | Attention to further edits to presentation. | |
| 4/5/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to teleconference with R. Nowitz and M. Cumbee to review draft presentation materials for Disinterested Directors. | |
| 4/5/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to reviewing and revising presentation materials for EFH disinterested directors. | |
| 4/5/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to further review and revision to EFH disinterested director presentation materials. | |
| 4/5/2016 | Kiessig, Joseph | 705 - Plan Development and Testimony | 8.00 |
| | | Attention to further assistance in developing various financial analyses. | |
| 4/5/2016 | Cumbee, Matthew | 765 - Presentation Development | 1.50 |
| | | Attention to internal call to review and edit the Plan B presentation | |
| 4/5/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to update call with Evercore | |
| 4/5/2016 | Cumbee, Matthew | 765 - Presentation Development | 3.00 |
| | | Attention to continued review and edit of the Plan B status update deck, including related analyses | |
| 4/5/2016 | Cumbee, Matthew | 765 - Presentation Development | 3.00 |
| | | Attention to continued review and edit of the Plan B status update deck, including related analyses | |
| 4/5/2016 | Nowitz, Raoul | 765 - Presentation Development | 1.00 |
| | | Attention to updating counsel on presentation edits. | |
| 4/6/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to Meeting with counsel and DDA advisors regarding Plan B | |
| 4/6/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to participation on update call with Proskauer tax and restructuring, with post-call follow-up. | |
| 4/6/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of illustrative debt capacity perspectives | |
| 4/6/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to prior work on NOLs and potential value thereof. | |
| 4/6/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to teleconference with Proskauer team to review next steps with respect to Plan B restructuring efforts. | |
| 4/6/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with Greenhill to discuss plan next steps and timing | |
| 4/6/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.50 |
| | | Attention to call with Proskauer to discuss next steps and timing re: plan B | |
| 4/6/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to continued review and edit of the model considering select potential combinations of partners/bidders. | |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 4/6/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to research and analysis relating to credit stats of the Oncor peer group | |
| 4/7/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of EFH and EFIH cash reports and related variance analysis as provided in dataroom, comparison against other information. | |
| 4/7/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to Feb YTD Oncor operating update as provided in the dataroom for purposes of comparison against other information. | |
| 4/7/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 0.50 |
| | | Attention to correspondence with team on initial observations based on latest operating reports | |
| 4/7/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to Review of potential equity splits in a Plan B scenario; Review of comparable companies in connection with illustrative valuation materials prepared by the Company; Attention to review of updated disinterested director presentation materials. | |
| 4/7/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to download and review of EFH and EFIH YTD financial results posted to the data room | |
| 4/8/2016 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to status update discussions with EFH DDs | |
| 4/8/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to post-DD update call with counsel. | |
| 4/8/2016 | Luria, Neil | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attended teleconference with Proskauer, SOLIC and disinterested directors. | |
| 4/8/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attended teleconference with Proskauer and SOLIC teams following disinterested director teleconference. | |
| 4/8/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review of revised disinterested director presentation materials including equity split waterfalls and other Plan B analysis. | |
| 4/8/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to post-DD update call with counsel. | |
| 4/8/2016 | Cumbee, Matthew | 765 - Presentation Development | 4.00 |
| | | Attention to continued development of the plan b status update presentation | |
| 4/11/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to discussions with team on various financial analysis pertaining to Plan B purchase capacity. | |
| 4/11/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to models and financial analysis developed by team pertaining to purchase capacity of Oncor per Plan B | |
| 4/11/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to continued review and edit of the model considering select potential combinations of partners/bidders. | |
| 4/12/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of debt capacity and leverage stats of public utilities. | |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 4/12/2016 | Nowitz, Raoul | 715 - Tax Reviews | 3.50 |
| | | Attention to review of 4/12/2016 tax memo pertaining to T-side and E-side Plan B structure and tax strategy with review of numbers against same. | |
| 4/12/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to Review of Proskauer Tax analysis and tax memos and backup documentation related to same. | |
| 4/12/2016 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Attention to travel to New York for Evercore Meetings. | |
| 4/12/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to continued review and edit of the model considering select potential combinations of partners/bidders. | |
| 4/12/2016 | Cumbee, Matthew | 715 - Tax Reviews | 3.00 |
| | | Attention to review of the tax memo from counsel, relating to step-up in basis analysis | |
| 4/13/2016 | Hagood, Gregory | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to meeting with Evercore to discuss status of current settlement and timeline of expected events | |
| 4/13/2016 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel to meeting with EVR regarding status update and discussion of next steps. | |
| 4/13/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to attendance in meeting with Evercore regarding discussion of status and next steps | |
| 4/13/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further review of tax due diligence information as provided by Proskauer | |
| 4/13/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to meetings at Evercore in New York and follow-up meetings at Proskauer New York office. | |
| 4/13/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to meeting with EVR (telephonic) to discuss Plan B next steps and timing | |
| 4/13/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to continued review and edit of the model considering select potential combinations of partners/bidders. | |
| 4/14/2016 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel back post meeting with EVR regarding status update and discussion of next steps. | |
| 4/14/2016 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Attention to travel from New York following meetings. | |
| 4/14/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attended update call with SOLIC and Proskauer teams. | |
| 4/14/2016 | Nowitz, Raoul | 715 - Tax Reviews | 2.00 |
| | | Attention to review of prior company step up analysis in relation for request from Proskauer for basis step-up/NOL analysis | |
| 4/14/2016 | Nowitz, Raoul | 765 - Presentation Development | 2.00 |
| | | Attention to review of potential additional information/presentation slides for follow-up distribution to DDs | |
| 4/14/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to status update call with counsel | |
| 4/15/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of potential NOL modeling issues. | |
| 4/15/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to further review of diligence materials for build-up of financial elements of REIT tax analysis as directed by Proskauer | |
| 4/15/2016 | Nowitz, Raoul | 715 - Tax Reviews | 2.50 |
| | | Attention to review of methodology for buildup of REIT financial analysis incl. NOL value | |
| 4/15/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of Plan A capital structure/S&U for assessment of new capital need in a potential Plan B | |
| 4/15/2016 | Cumbee, Matthew | 715 - Tax Reviews | 2.00 |
| | | Attention to developing a Tax Model as directed by Proskauer Tax to consider a step up in basis from a potential taxable sale | |
| 4/15/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of Proskauer NOL memorandum and modeling implications thereof. | |
| 4/15/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of waterfall analyses and development of potential strategies. | |
| 4/16/2016 | Nowitz, Raoul | 715 - Tax Reviews | 2.50 |
| | | Attention to methodology and approach for allocation of asset-by-asset step-up value based on spreadsheet details provided. | |
| 4/18/2016 | Nowitz, Raoul | 715 - Tax Reviews | 3.00 |
| | | Attention to further review of tax due diligence schedules provided pertaining to depreciation amortization schedules. | |
| 4/18/2016 | Nowitz, Raoul | 715 - Tax Reviews | 2.50 |
| | | Attention to further review of Proskauer memo on Plan B tax calculations | |
| 4/18/2016 | Nowitz, Raoul | 715 - Tax Reviews | 2.50 |
| | | Attention to review of asset by asset depreciation schedule for basis of allocation of basis adjustment. | |
| 4/18/2016 | Nowitz, Raoul | 715 - Tax Reviews | 1.00 |
| | | Attention to review of equity cost of capital percentages for discounting purposes. | |
| 4/19/2016 | Nowitz, Raoul | 715 - Tax Reviews | 1.50 |
| | | Attention to review of tax financial analysis as prepared by team. | |
| 4/19/2016 | Nowitz, Raoul | 715 - Tax Reviews | 1.00 |
| | | Attention to discussion with team on draft tax financial analysis pertaining to Plan B basis step-up. | |
| 4/19/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to call with Proskauer pertaining to EFIH REIT step up analysis. | |
| 4/19/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to revisiting of elements of projected cash analysis pertaining to upside assumptions. | |
| 4/19/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with Proskauer pertaining to EFIH REIT step up analysis. | |
| 4/19/2016 | Cumbee, Matthew | 715 - Tax Reviews | 4.00 |
| | | Attention to continued review and edit of the Tax Model re: a potential step up in basis | |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 4/20/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of PUC docket item #45188 pertaining to purchaser motion for rehearing based on PUC ruling | |
| 4/20/2016 | Nowitz, Raoul | 715 - Tax Reviews | 1.00 |
| | | Attention to further review of latest revised Plan B model. | |
| 4/20/2016 | Nowitz, Raoul | 715 - Tax Reviews | 0.50 |
| | | Attention to call with team to further walk through latest tax model for Plan B | |
| 4/20/2016 | Luria, Neil | 795 - Fee Applications/Retention | 1.00 |
| | | Attention to review of monthly fee statement materials. | |
| 4/20/2016 | Cumbee, Matthew | 715 - Tax Reviews | 4.00 |
| | | Attention to continued review and edit of the Tax Model re: a potential step up in basis | |
| 4/21/2016 | Nowitz, Raoul | 715 - Tax Reviews | 1.00 |
| | | Attention to attendance on call with Proskauer pertaining to review of financial analysis model on E-side basis step-up including post-call follow-up. | |
| 4/21/2016 | Cumbee, Matthew | 715 - Tax Reviews | 1.00 |
| | | Attention to a call with Proskauer tax group to discuss Tax Model considering a potential step-up in basis from a taxable sale | |
| 4/21/2016 | Cumbee, Matthew | 715 - Tax Reviews | 1.50 |
| | | Attention to continued review and edit of the Tax Model re: a potential step up in basis | |
| 4/21/2016 | Hogan, Paul | 795 - Fee Applications/Retention | 3.00 |
| | | Attention to March Fee statement | |
| 4/22/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of correspondence from other DDA firm, discussion with team on same, and post-call debrief with team. | |
| 4/22/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to revisiting Aug 2015 plan construct and review of various elements of analysis. | |
| 4/22/2016 | Nowitz, Raoul | 715 - Tax Reviews | 3.00 |
| | | Attention to further review of asset-by-asset allocation on basis step-up analysis based on various accounting methodologies. | |
| 4/22/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to Review of current status of settlement discussions including reviewing waterfall calculations in preparation for receipt of potential term sheet and other various financial analysis associated with Plan B discussions. | |
| 4/22/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to review of latest company-prepared cash analysis and variance analysis of same against prior version to understand drivers of change. | |
| 4/22/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with other DDA'S to discuss claims and cash balances | |
| 4/23/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to teleconference with Proskauer (M.Thomas, P. Young) and SOLIC (R. Nowitz, N Luria) to review current status of Plan B Term sheet and to develop approach to negotiations. | |
| 4/23/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to follow-up financial analyses related to Plan B Term Sheet in anticipation of upcoming DD teleconference. | |
| 4/23/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with Proskauer re status update and post-call follow-up. | |
| 4/23/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of most recent waterfall analysis and assessment of impact of breakpoints in light of cash changes and debt balance changes. | |
| 4/23/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to review of team-prepared updated financial analysis in terms of potential Plan B setpoint discussion items as discussed with counsel. | |
| 4/23/2016 | Nowitz, Raoul | 715 - Tax Reviews | 2.50 |
| | | Attention to review of latest updated basis step-up analysis as prepared by team, with review of items of update as requested by counsel. | |
| 4/23/2016 | Nowitz, Raoul | 715 - Tax Reviews | 2.00 |
| | | Attention to review of NOL analysis as prepared by team, assessment of PV benefit of NOL, and comparison to basis step analysis from March 2015. | |
| 4/23/2016 | Cumbee, Matthew | 715 - Tax Reviews | 3.00 |
| | | Attention to update of Tax Model re: step-up in basis of assets from a taxable sale | |
| 4/25/2016 | Nowitz, Raoul | 715 - Tax Reviews | 1.00 |
| | | Attention to call with team to discuss latest draft of E-side basis step-up analysis and post call follow-up. | |
| 4/25/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of Plan B Term Sheet provided by CROs and Kirkland & Ellis. | |
| 4/25/2016 | Cumbee, Matthew | 715 - Tax Reviews | 1.00 |
| | | Attention to internal review of the Tax Model and step-up analysis | |
| 4/25/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to conference call with Proskauer regarding term sheet and next steps. | |
| 4/25/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of financial implications of term sheet. | |
| 4/25/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to preparation for Disinterested Director meeting and accompanying presentation materials. | |
| 4/26/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with Proskauer to discuss presentation requirements and status | |
| 4/26/2016 | Nowitz, Raoul | 765 - Presentation Development | 2.50 |
| | | Attention to updating of presentation based on feedback from counsel, review of same with team, revisions provided to team. | |
| 4/26/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to updating of recovery analysis based on EVR analysis, discussions with team on same, review of new analyses pertaining to same, review of input from counsel on same | |
| 4/26/2016 | Nowitz, Raoul | 765 - Presentation Development | 2.50 |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of subsequent draft of presentation, discussion with team on new elements required in presentation, review of same. | |
| 4/26/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.50 |
| | | Attention to review of Proskauer draft agenda notes for 4/28 call. | |
| 4/26/2016 | Nowitz, Raoul | 765 - Presentation Development | 1.00 |
| | | Attention to email correspondence with counsel on latest version of presentation and required follow-up. | |
| 4/26/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review of Tax memorandums from Proskauer and financial analysis prepared by M. Cumbee and R. Nowitz regarding same. | |
| 4/26/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review of presentation materials for EFH Corp. disinterested directors. | |
| 4/26/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to further update of the waterfall / recovery model | |
| 4/26/2016 | Cumbee, Matthew | 765 - Presentation Development | 2.00 |
| | | Attention to continued review and edit of the Plan B presentation | |
| 4/26/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to continued review and edit of the model considering select potential combinations of partners/bidders. | |
| 4/26/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to teleconferences with R. Nowitz and M. Cumbee re presentation materials for EFH Corp. disinterested directors. | |
| 4/26/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to further review and revisions to presentation materials for EFH Corp. disinterested directors | |
| 4/26/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.50 |
| | | Attention to team discussions related to review of Proskauer draft agenda and proposed revisions. | |
| 4/27/2016 | Nowitz, Raoul | 765 - Presentation Development | 2.50 |
| | | Attention to review of draft presentation, final edits, communications with team on same. | |
| 4/27/2016 | Nowitz, Raoul | 765 - Presentation Development | 3.50 |
| | | Attention to review of latest financial analysis ahead of DD call on 4.28 and discussions with team on same. | |
| 4/27/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review of EFH disinterested director presentation materials, including edit and revisions of same | |
| 4/27/2016 | Luria, Neil | 705 - Plan Development and Testimony | 0.50 |
| | | Attention to teleconference with B. Williamson and R. Nowitz regarding SOLIC presentation materials. | |
| 4/27/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to Teleconferences with M. Thomas regarding process and next steps related to discussions with disinterested directors. | |
| 4/27/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to internal call to review and edit financial analysis relating to utility market trends | |
| 4/27/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 4.00 |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to continued research and analysis re: utility market trends and financial metrics | |
| 4/27/2016 | Cumbee, Matthew | 765 - Presentation Development | 2.50 |
| | | Attention to continued review and edit of the Plan B presentation | |
| 4/28/2016 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to call with Billie Williamson regarding review of financial analysis. | |
| 4/28/2016 | Nowitz, Raoul | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to call with Don Evans and Billie Williamson regarding financial analysis on Plan B alternatives. | |
| 4/28/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to attendance on call with counsel, Evercore, K&E and Co-CROs pertaining to next steps on Plan B | |
| 4/28/2016 | Nowitz, Raoul | 765 - Presentation Development | 3.00 |
| | | Attention to updating of analysis post call with B. Williamson and D. Evans. | |
| 4/28/2016 | Nowitz, Raoul | 765 - Presentation Development | 2.00 |
| | | Attention to review of additional analysis as requested by DDs | |
| 4/28/2016 | Luria, Neil | 705 - Plan Development and Testimony | 0.50 |
| | | Attention to Teleconference with Proskauer and SOLIC prior to B. Williamson conversations, including Review of SOLIC presentation materials in advance of call. | |
| 4/28/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to teleconference with B. Williamson, M. Cumbee, M. Thomas and P. Young regarding SOLIC presentation materials prior to disinterested director meeting. | |
| 4/28/2016 | Luria, Neil | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to participation in disinterested director teleconference with D. Evans, B. Williamson, M. Thomas, P. Young. R. Nowitz. | |
| 4/28/2016 | Cumbee, Matthew | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to a call with DD and EVR to discuss market financial metrics and recent trends | |
| 4/28/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to continued research relating to utility sector market trends and financial metrics | |
| 4/28/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with Greenhill to discuss considerations re: Plan B | |
| 4/28/2016 | Cumbee, Matthew | 765 - Presentation Development | 5.00 |
| | | Attention to developing a presentation re: recent utility market trends and financial metrics | |
| 4/29/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to participation in EFH Board Meeting via teleconference. | |
| 4/29/2016 | Luria, Neil | 760 - Meetings with Disinterested Directors | 1.00 |
| | | Attention to participation in disinterested director teleconference including D. Evans, B. Williamson, M. Thomas, J. Allen, R. Nowitz, and M. Cumbee. | |
| 4/29/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on EFH board call. | |
| 4/29/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to various discussions with counsel post board call | |

# Energy Future Holdings Corp – January through April 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|---------:|
| 4/29/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to various draft materials ahead of board vote. | |
| 4/29/2016 | Nowitz, Raoul | 765 - Presentation Development | 3.50 |
| | | Attention to development and review of analysis as prepared by team with feedback provided on same. | |
| 4/29/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to further review of Plan materials in lights of latest discussions. | |
| 4/29/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of board materials ahead of 04.29 board call. | |
| 4/29/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to research and analysis relating to sector related financial metrics | |
| 4/29/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to research relating to long-term historical utility sector performance | |
| 4/29/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with Proskauer to discuss Plan B next steps and timing | |
| 4/29/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call to discuss Plan B proposal | |
| 4/30/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of Board materials in advance of EFH board meeting. | |
| 4/30/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to attendance on EFH board call | |
| 4/30/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to review of financial elements of latest proposed Plan and related materials. | |
| 4/30/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of draft Board materials for May 3-4 board meetings including analysis of cash projections. | |
| 4/30/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to participation in EFH Board teleconference to approve filing Plan. | |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 5/1/2016 | Luria, Neil | 705 - Plan Development and Testimony | 0.50 |
| | | Attention to review of updated Plan document and other related exhibits. | |
| 5/1/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of valuation metrics. | |
| 5/1/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of various summaries of transaction and review of financial waterfalls. | |
| 5/2/2016 | Luria, Neil | 710 - Bid Review 2016 | 2.50 |
| | | Attention to review of NextEra term sheet and implications with respect to potential net distributable proceeds. | |
| 5/2/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to various discussions with counsel on update matters pertaining to Plan B and alternative proposals. | |
| 5/2/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to review of investment proposals and analysis of same. | |
| 5/2/2016 | Nowitz, Raoul | 765 - Presentation Development | 3.00 |
| | | Attention to review and update of materials for potential discussion with DDs | |
| 5/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of latest cash analysis with analysis of latest deducts in light of Plan discussions. | |
| 5/2/2016 | Nowitz, Raoul | 765 - Presentation Development | 1.00 |
| | | Attention to review of latest edits to presentation analysis. | |
| 5/2/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to various discussions with counsel on update matters pertaining to Plan B and alternative proposals. | |
| 5/2/2016 | Cumbee, Matthew | 765 - Presentation Development | 4.00 |
| | | Attention to continued development of presentation regarding utility sector trends | |
| 5/2/2016 | Cumbee, Matthew | 765 - Presentation Development | 4.00 |
| | | Attention to continued update of select Oncor financial analyses | |
| 5/2/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of the latest cash at emergence analysis | |
| 5/3/2016 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Attention to travel to Dallas for meetings with DDAs. | |
| 5/3/2016 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel to Dallas for DDA meetings and board meeting. | |
| 5/3/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to meeting with DDAs and Co-CROs with post meeting follow-up. | |
| 5/3/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to further review of new proposals received | |
| 5/3/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to various discussions with counsel and other DDAs | |
| 5/3/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to meetings at Energy Plaza in Dallas with Disinterested Director Advisors. | |
| 5/3/2016 | Cumbee, Matthew | 750 - Travel Time | 4.00 |
| | | Attention to travel from Chicago to Dallas for DDA meetings | |
| 5/3/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to various discussions with counsel and other DDAs | |
| 5/3/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to meeting with DDAs and Co-CROs with post meeting follow-up. | |
| 5/3/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of updated cash and claims balances | |
| 5/3/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to further review of cash and claims balances and impact on the waterfall/recovery model | |
| 5/3/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to meeting with DDAs and Co-CROs in Dallas. | |
| 5/4/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to discussions with counsel and other DDAs ahead of board meeting. | |
| 5/4/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.00 |
| | | Attention to further review of new proposals received and discussions with other DDA FAs regarding same. | |
| 5/4/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to attendance at in-person board meeting in Dallas including post board meeting follow-up. | |
| 5/4/2016 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to return travel post in-person board meeting in Dallas. | |
| 5/4/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to participation at EFH Board meeting in Dallas. | |
| 5/4/2016 | Cumbee, Matthew | 750 - Travel Time | 4.00 |
| | | Attention to return trip from Dallas to Chicago | |
| 5/4/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 2.00 |
| | | Attention to discussions with counsel and other DDAs ahead of board meeting. | |
| 5/4/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 2.50 |
| | | Attention to meetings with DDA's regarding Plan and bids. | |
| 5/5/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of Evercore calculations related to NextEra unsolicited offer. | |
| 5/5/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to further review of bids and responses to client enquiries | |
| 5/5/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of board materials post board meeting on operational updates | |
| 5/5/2016 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review of work plan in light of Plan B initiatives and discussions with team on same. | |
| 5/5/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to assessment of bid contingencies and impact on recoverable value. | |
| 5/5/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 2.00 |
| | | Attention to further review of bids and responses to client enquiries | |
| 5/6/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.00 |

**Energy Future Holdings Corp - May through August 2016**

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to comparison of current bids compared to round II bids from summer 2015 | |
| 5/6/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of cash balances and proforma adjustments in the context of projected cash balances at emergence | |
| 5/6/2016 | Luria, Neil | 710 - Bid Review 2016 | 0.50 |
| | | Attention to review of Chapter 11 Plan and potential waterfall implications. | |
| 5/6/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 3.50 |
| | | Attention to developing comparative analysis of current bids with bids received in the last round | |
| 5/6/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of NextEra proposal and waterfall calculations. | |
| 5/6/2016 | Luria, Neil | 710 - Bid Review 2016 | 0.50 |
| | | Attention to review of potential implications of NextEra bid. | |
| 5/9/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to further review of bid information on bids that have been received. | |
| 5/9/2016 | Nowitz, Raoul | 730 - Project Management and Support | 1.00 |
| | | Attention to updating of June 2016 budget and task code descriptions. | |
| 5/9/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of potential valuation issues related to Plan B. | |
| 5/9/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 3.50 |
| | | Attention to further update of the comparative bid analysis | |
| 5/10/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of dataroom postings ahead of Board call. | |
| 5/10/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to review of updated TCEH valuation analysis and select financial valuation analysis and liquidation analyses. | |
| 5/10/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on board call. | |
| 5/10/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of materials post board-call in light of information provided on call. | |
| 5/10/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to a call with Evercore to discuss materials presented in the Board meeting | |
| 5/10/2016 | Cumbee, Matthew | 765 - Presentation Development | 4.00 |
| | | Attention to continued update of various Oncor financial analyses | |
| 5/10/2016 | Cumbee, Matthew | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on EFH Board call | |
| 5/11/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of Evercore valuation analysis from board presentation and related backup. | |
| 5/11/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of revised Evercore TCEH valuation analysis and step-up value implications. | |
| 5/11/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.50 |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|--------------|----------|
| | | Attention to further review of Evercore Oncor valuation analysis including review of WACC and cost of capital build-up and comparison against prior analysis. | |
| 5/11/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to further review of Evercore Oncor comparable company and precedent transaction valuation analysis and comparison to prior analyses. | |
| 5/11/2016 | Cumbee, Matthew | 765 - Presentation Development | 3.50 |
| | | Attention to continued update of various Oncor financial analyses | |
| 5/11/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 3.00 |
| | | Attention to review of Evercore materials relating to potential Oncor valuation ranges | |
| 5/12/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of Q1 2016 EFH and EFIH cash and EBITDA variance analysis. | |
| 5/12/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of Oncor Mar 2016 Operating Report for EFH | |
| 5/12/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 0.50 |
| | | Attention to review of TCEH Q1 DIP report. | |
| 5/12/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 0.50 |
| | | Attention to review of EFIH DIP Budget variance report | |
| 5/12/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to dataroom postings folder 1.1.4.27 Q1 2016 QMM Presentations | |
| 5/12/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of Cumulative NOL analysis as of 12/31/16 as posted in the dataroom | |
| 5/12/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of Evercore valuation materials. | |
| 5/12/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 4.00 |
| | | Attention to continued review of the Evercore materials regarding potential Oncor valuation ranges | |
| 5/12/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of items posted to the dataroom, including the Q1 2016 QMM Presentations | |
| 5/12/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of Q1 2016 EFH and EFIH cash and EBITDA variance analysis. | |
| 5/12/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of Cumulative NOL analysis as of 12/31/16 as posted in the dataroom | |
| 5/12/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of Oncor Mar 2016 Operating Report for EFH | |
| 5/12/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of TCEH Q1 DIP report. | |
| 5/13/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to review of latest EFH financial projections and comparison to prior versions. | |
| 5/13/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of bonus depreciation changes and related impact on financial model and valuation. | |
| 5/13/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of Evercore Oncor valuation summary football field analysis and basis of composition of indicative ranges of valuation. | |
| 5/13/2016 | Nowitz, Raoul | 730 - Project Management and Support | 1.00 |
| | | Attention to review of latest draft invoice and expense prior to submission. | |
| 5/13/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to further review of correspondence from counsel on NOL build-up schedule in dataroom. | |
| 5/13/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to further NOL analysis to understand potential excess NOL availability. | |
| 5/14/2016 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to work plan review and upcoming work streams/team allocation. | |
| 5/15/2016 | Luria, Neil | 750 - Travel Time | 4.00 |
| | | Attention to travel to New York City for Evercore meetings. | |
| 5/16/2016 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel from New York for meeting with Evercore | |
| 5/16/2016 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel to New York for meeting with Evercore | |
| 5/16/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to update in-person meeting with Evercore including review of Evercore valuation. | |
| 5/16/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of materials post discussion with Evercore. | |
| 5/16/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of Evercore materials regarding NEE. | |
| 5/16/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 1.50 |
| | | Attention to participation in meeting at Evercore's offices in NY to review current status of deal. | |
| 5/16/2016 | Cumbee, Matthew | 750 - Travel Time | 4.00 |
| | | Attention to return trip from New York to Chicago | |
| 5/16/2016 | Cumbee, Matthew | 750 - Travel Time | 4.00 |
| | | Attention to travel from Chicago to New York for meetings with Evercore | |
| 5/16/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.50 |
| | | Attention to in-person meeting with Evercore including review of Evercore valuation. | |
| 5/16/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of EFIH DIP Budget variance report | |
| 5/16/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of Evercore valuation materials in advance of Evercore meeting. | |
| 5/17/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to further review and comparison of key financial projections relative to prior version. | |
| 5/17/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further review of Evercore DCF, comparable company and comparable transaction analyses. | |
| 5/17/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review and discussion of financial analysis materials of team in relation to latest Evercore materials provided to Board on 5/10. | |
| 5/17/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of latest Oncor forecast to compare against prior versions and impact on bids | |
| 5/17/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review and discussion of financial analysis materials of team in relation to latest Evercore materials provided to Board on 5/10. | |
| 5/17/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to further review of Evercore valuation analyses and related materials. | |
| 5/18/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 0.50 |
| | | Attention to update discuss with team on status and next steps. | |
| 5/18/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of rate case materials as supplied by team including discussion with EVR on same. | |
| 5/18/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of EFH Liquidation Analysis as provided and presented by A&M on 5/10. | |
| 5/18/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to review of NEE revised bid term sheet dated 5/18/2016 | |
| 5/18/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 3.00 |
| | | Attention to development and review of financial analysis pertaining to revised NEE bid term sheet on 05.18.2016 | |
| 5/18/2016 | Cumbee, Matthew | 765 - Presentation Development | 4.00 |
| | | Attention to research relating to rate case calculations and the related impact on Oncor | |
| 5/18/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 4.00 |
| | | Attention to review of NEE revised bid term sheet | |
| 5/19/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to discussion with counsel on latest NEE proposal | |
| 5/19/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to call with EVR pertaining to latest NEE term sheet | |
| 5/19/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to review of EVR analysis of latest NEE term sheet with comments provided to counsel. | |
| 5/19/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.50 |
| | | Attention to internal discussion and drafting of questions/issues relating to the latest NextEra term sheet. | |
| 5/19/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.00 |
| | | Attention to review of EVR analysis on 2L DIP financing economics, to determine the potential impact on EFH Corp. recoveries. | |
| 5/19/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of Evercore analysis of updated NextEra bid. | |
| 5/19/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to participation in teleconference with SOLIC and Evercore to review NEE bid issues. | |
| 5/19/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |

## Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 5/19/2016 | Cumbee, Matthew | Attention to discussion with counsel on latest NEE proposal<br>710 - Bid Review 2016 | 3.50 |
| 5/19/2016 | Cumbee, Matthew | Attention to development of financial analysis pertaining to revised NEE bid term sheet<br>710 - Bid Review 2016 | 2.50 |
| 5/19/2016 | Luria, Neil | Attention to update of the waterfall/recovery model based on the latest NEE bid<br>710 - Bid Review 2016 | 1.00 |
| 5/20/2016 | Luria, Neil | Attention to review of waterfall implications and comparisons to current plan and last NextEra bid.<br>729 - EFH Board Meeting Attendance | 1.00 |
| 5/20/2016 | Nowitz, Raoul | Attention to attendance on EFH Board Call.<br>729 - EFH Board Meeting Attendance | 1.00 |
| 5/20/2016 | Nowitz, Raoul | Attention to attendance on weekly board call.<br>705 - Plan Development and Testimony | 0.50 |
| 5/20/2016 | Nowitz, Raoul | Attention to call with Proskauer on plan process<br>725 - Dataroom and Diligence Materials | 3.00 |
| 5/20/2016 | Cumbee, Matthew | Attention to review of latest dataroom financial information.<br>729 - EFH Board Meeting Attendance | 1.00 |
| 5/20/2016 | Cumbee, Matthew | Attention to attendance on EFH Board call<br>718 - Meeting with counsel and with other | 1.00 |
| 5/23/2016 | Luria, Neil | Attention to update call with Proskauer regarding plan next steps and timing<br>705 - Plan Development and Testimony | 0.50 |
| 5/23/2016 | Nowitz, Raoul | Attention to review of NextEra analysis information.<br>710 - Bid Review 2016 | 2.50 |
| 5/23/2016 | Nowitz, Raoul | Attention to additional review of claims balances and impact on recoveries.<br>705 - Plan Development and Testimony | 3.00 |
| 5/23/2016 | Nowitz, Raoul | Attention to review of materials pertaining to separate T-side and E-side timelines and implications on process.<br>725 - Dataroom and Diligence Materials | 2.00 |
| 5/23/2016 | Nowitz, Raoul | Attention to internal review and discussion regarding the 0+12 Oncor model with May updates.<br>710 - Bid Review 2016 | 1.00 |
| 5/23/2016 | Cumbee, Matthew | Attention to review of draft comparative analysis on trends in performance of select bidders and discussions with counsel on same.<br>765 - Presentation Development | 4.00 |
| 5/23/2016 | Cumbee, Matthew | Attention to development of analysis and related presentation regarding NextEra's historical financial performance<br>710 - Bid Review 2016 | 1.50 |
| 5/23/2016 | Cumbee, Matthew | Attention to continued update of the analysis of NextEra's potential cost of capital in light of the revised bid received<br>710 - Bid Review 2016 | 2.50 |
| 5/23/2016 | Cumbee, Matthew | Attention to analysis of NextEra's potential cost of capital in light of the revised bid received<br>725 - Dataroom and Diligence Materials | 1.50 |
| 5/23/2016 | Luria, Neil | Attention to review of latest 0+12 model with May updates<br>705 - Plan Development and Testimony | 1.00 |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of potential issues associated with Plan B confirmation. | |
| 5/23/2016 | Luria, Neil | 710 - Bid Review 2016 | 0.50 |
| | | Attention to review of confirmation time and process. | |
| 5/23/2016 | Hogan, Paul | 795 - Fee Applications/Retention | 3.00 |
| | | Attention to preparation of April Fee statement and filing. | |
| 5/24/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 3.50 |
| | | Attention to further review of comparative financial analysis of select prospective bidders, revisions, and discussion with team on same. | |
| 5/24/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.00 |
| | | Attention to correspondence with counsel on observations from draft analysis shared. | |
| 5/24/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of current valuation materials prepared by Evercore. | |
| 5/24/2016 | Cumbee, Matthew | 765 - Presentation Development | 3.50 |
| | | Attention to review and edit of the NextEra financial trend presentation | |
| 5/24/2016 | Cumbee, Matthew | 765 - Presentation Development | 4.00 |
| | | Attention to further review and edit of the NextEra financial trend presentation | |
| 5/24/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of NextEra value at various points in time prepared by M. Cumbee and related follow-up. | |
| 5/25/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of correspondence from outside FAs | |
| 5/25/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further review of financial projections as provided in the dataroom. | |
| 5/25/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to further review of NextEra values in order to properly analyze current NEE bid. | |
| 5/25/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to a call with Perella Weinberg to discuss the latest waterfall assumptions | |
| 5/25/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of financial projections as provided in the dataroom. | |
| 5/25/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of NEE term sheet. | |
| 5/25/2016 | Luria, Neil | 710 - Bid Review 2016 | 0.50 |
| | | Attention to review of current status of NEE bid. | |
| 5/26/2016 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review of latest docket. | |
| 5/26/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 3.00 |
| | | Attention to further review of draft presentation with key observations | |
| 5/26/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to revisiting of various elements of cash review at EFH and projected cash balances with adjustments. | |
| 5/26/2016 | Nowitz, Raoul | 715 - Tax Reviews | 2.50 |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of various elements of prior tax/NOL financial analysis performed | |
| 5/26/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to follow-up on certain SOLIC analysis in light of call with creditor FA | |
| 5/26/2016 | Nowitz, Raoul | 720 - Financing Proposal Review | 2.00 |
| | | Attention to review of prior EVR analysis and NEE proposal for early refi of 2L DIP and economic implications. | |
| 5/26/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of prior analyses and presentation in preparation for call with creditor FA's | |
| 5/27/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to further review of analyses and recovery impacts post discussion with team members | |
| 5/27/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to review of recent dataroom uploads and financial information. | |
| 5/27/2016 | Luria, Neil | 705 - Plan Development and Testimony | 0.50 |
| | | Attention to review of diligence questions provided by creditor advisors. | |
| 5/27/2016 | Luria, Neil | 705 - Plan Development and Testimony | 0.50 |
| | | Attention to review of current status of Plan discussion with Fidelity and other parties. | |
| 5/27/2016 | Luria, Neil | 705 - Plan Development and Testimony | 0.50 |
| | | Attention to review of pending issues with the current NEE bid. | |
| 5/31/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to review of materials in preparation for meeting with creditor counsel and FA. | |
| 5/31/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 3.00 |
| | | Attention to review of cash projections and impact on EFH creditor recoveries. | |
| 5/31/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of current NEE bid. | |
| 5/31/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 3.50 |
| | | Attention to review of materials ahead of meeting with creditor counsel and FA. | |
| 5/31/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of potential strategies to increase NEE bid. | |
| 5/31/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of alternative equitization plans. | |
| 6/1/2016 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel to New York for meeting with select creditor advisors on case status and next steps. | |
| 6/1/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to further review of information ahead of select creditor adviser meeting. | |
| 6/1/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to most recent schedule of professional fees projection and estimated allocations. | |
| 6/1/2016 | Cumbee, Matthew | 750 - Travel Time | 4.00 |
| | | Attention to travel to New York for meetings with select creditor advisers | |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 6/1/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 2.00 |
| | | Attention to review of latest bid related materials ahead of meetings in New York | |
| 6/1/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of latest pro fees projections in light of plan revision | |
| 6/2/2016 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel from New York post meeting with select creditor advisers. | |
| 6/2/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.50 |
| | | Attention to meeting with select creditor advisers and Proskauer pertaining to case status and next steps. | |
| 6/2/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 0.50 |
| | | Attention to debrief with team post meeting with select creditor advisers | |
| 6/2/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to review of materials ahead of select creditor adviser meeting on status and next steps. | |
| 6/2/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.00 |
| | | Attention to preparation for meeting with select creditor advisors. | |
| 6/2/2016 | Luria, Neil | 710 - Bid Review 2016 | 2.00 |
| | | Attention to review of 2L proposed EFH term sheet and Evercore analysis thereof. | |
| 6/2/2016 | Cumbee, Matthew | 750 - Travel Time | 4.00 |
| | | Attention to return trip home from meetings in New York | |
| 6/2/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 2.00 |
| | | Attention to in-person meeting with select creditor advisers to discuss next steps and timing regarding recent bids | |
| 6/2/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to internal meeting with Proskauer to debrief post-meeting with select creditor advisers | |
| 6/2/2016 | Cumbee, Matthew | 765 - Presentation Development | 3.50 |
| | | Attention to development of a draft presentation to EFH DD's regarding NextEra bid and financial trends | |
| 6/2/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.00 |
| | | Attention to teleconference with select creditor advisors and follow-up discussion with Proskauer re same. | |
| 6/3/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 3.00 |
| | | Attention to review of 2L Plan proposal analysis from Evercore | |
| 6/3/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of email update from S. Dore to Board and follow-up. | |
| 6/3/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 0.50 |
| | | Attention to correspondence with counsel on Plan next steps | |
| 6/3/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 4.00 |
| | | Attention to review of latest plan proposals provided by Evercore | |
| 6/3/2016 | Cumbee, Matthew | 765 - Presentation Development | 4.00 |
| | | Attention to continued development of a draft presentation to EFH DD's regarding NextEra bid and financial trends | |
| 6/3/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to review of the latest data room postings, including Oncor financial and operating information | |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 6/4/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of latest files uploaded to the dataroom on Oncor items/financial materials. | |
| 6/4/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 2.00 |
| | | Attention to review of latest plan proposals provided by Evercore | |
| 6/5/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of latest pre-emergence and post-emergence cash projections with comparison against prior versions. | |
| 6/5/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 3.50 |
| | | Attention to review of latest plan proposals provided by Evercore | |
| 6/6/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.00 |
| | | Attention to conference call with M. Thomas, P. Young, R. Nowitz and M. Cumbee and review of related issues. | |
| 6/6/2016 | Luria, Neil | 765 - Presentation Development | 2.00 |
| | | Attention to review of draft presentation to disinterested directors regarding current status of Plan, NextEra proposal and EFH creditor proposals. | |
| 6/6/2016 | Nowitz, Raoul | 765 - Presentation Development | 2.00 |
| | | Attention to review and iteration of draft presentation for EFH DD's. | |
| 6/6/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to discussion with Proskauer on status and next steps, including post-call follow-up. | |
| 6/6/2016 | Nowitz, Raoul | 765 - Presentation Development | 2.50 |
| | | Attention to items for consideration in draft presentation for EFH DDs. | |
| 6/6/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to internal update call with Proskauer | |
| 6/6/2016 | Cumbee, Matthew | 765 - Presentation Development | 4.00 |
| | | Attention to review and discussion of draft presentation to EFH DD's | |
| 6/6/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 3.00 |
| | | Attention to review of latest plan proposals provided by Evercore | |
| 6/6/2016 | Cumbee, Matthew | 765 - Presentation Development | 4.00 |
| | | Attention to update of the cash variance analysis given latest claims updates and cash projections from Evercore | |
| 6/7/2016 | Luria, Neil | 765 - Presentation Development | 0.50 |
| | | Attention to teleconference with R. Nowitz and M. Cumbee regarding disinterested director presentation materials. | |
| 6/7/2016 | Luria, Neil | 710 - Bid Review 2016 | 0.50 |
| | | Attention to review of disinterested director presentation comments from R. Nowitz. | |
| 6/7/2016 | Nowitz, Raoul | 765 - Presentation Development | 1.00 |
| | | Attention to review of final presentation to EFH DDs | |
| 6/7/2016 | Nowitz, Raoul | 765 - Presentation Development | 1.00 |
| | | Attention to discussion with Proskauer on SOLIC comments to draft presentation and follow-up on same. | |
| 6/7/2016 | Nowitz, Raoul | 765 - Presentation Development | 2.50 |
| | | Attention to review and discussion of draft SOLIC slides on market metrics for inclusion in draft presentation for EFH DDs | |
| 6/7/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 3.00 |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review and EFH projected cash balances and related variances analyses. | |
| 6/7/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of tax adjustments in the latest cash projection, including discussion with counsel. | |
| 6/7/2016 | Nowitz, Raoul | 765 - Presentation Development | 2.00 |
| | | Attention to further review of draft presentation to EFH DDs. | |
| 6/7/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of variance analysis on cash forecast with comparison against prior version of projected cash | |
| 6/7/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.50 |
| | | Attention to reviewing NEE bid issues related to merger agreement. | |
| 6/7/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 3.50 |
| | | Attention to review of latest plan proposals provided by Evercore | |
| 6/7/2016 | Cumbee, Matthew | 765 - Presentation Development | 3.50 |
| | | Attention to further refinement of the cash variance analysis given latest claims updates and cash projections from Evercore | |
| 6/7/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 2.00 |
| | | Attention to internal update call with Proskauer | |
| 6/7/2016 | Luria, Neil | 710 - Bid Review 2016 | 0.50 |
| | | Attention to review of NEE comparison slides for inclusion in disinterested director presentation materials. | |
| 6/8/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of EFH diligence materials related to EFH cash in order to determine cash available at NextEra closing. | |
| 6/8/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of rate case drivers for financial modeling. | |
| 6/9/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of latest cash projection at emergence and correspondence with counsel on same. | |
| 6/9/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to analysis of tax deducts from emergence cash, including correspondence with Proskauer Tax on same | |
| 6/9/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of EFH cash trend at various emergence dates and impact of timing on effective cash balances. | |
| 6/9/2016 | Nowitz, Raoul | 730 - Project Management and Support | 1.50 |
| | | Attention to review of various elements of 4th fee app preparation | |
| 6/10/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to EFH Board teleconference. | |
| 6/10/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to teleconference with M. Thomas, P. Young and R. Nowitz regarding NextEra and related issues. | |
| 6/10/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on weekly board call. | |
| 6/10/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to post board call debrief with Proskauer and related follow-up. | |
| 6/10/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of board materials ahead of weekly board call. | |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 6/10/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to post board call follow-up discussions with Proskauer | |
| 6/10/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 3.50 |
| | | Attention to continued review and update of the NEE waterfall / recovery analysis | |
| 6/10/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of Board materials | |
| 6/11/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of various dataroom file uploads. | |
| 6/11/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to revisiting of latest waterfall analysis on NEE transaction and impact on EFH recoveries. | |
| 6/13/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further review of dataroom uploads, including various Oncor files | |
| 6/13/2016 | Cumbee, Matthew | 765 - Presentation Development | 3.00 |
| | | Attention to research of macroeconomic trends as it relates to public utilities and Oncor | |
| 6/14/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of dataroom uploads including revised latest NOL projections. | |
| 6/14/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to further review of revised cash projection and specific elements. | |
| 6/14/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of dataroom materials provided related to roll-forward of EFH cash and other matters impacting waterfall payments from NEE Term Sheet and equitization plans. | |
| 6/14/2016 | Hogan, Paul | 795 - Fee Applications/Retention | 2.00 |
| | | Attention to review of Fourth Interim Fee Application. | |
| 6/14/2016 | Cumbee, Matthew | 765 - Presentation Development | 3.00 |
| | | Attention to continued research and analysis of macroeconomic trends as it relates to public utilities and Oncor | |
| 6/14/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of data room uploads including the latest NOL projections. | |
| 6/14/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of data room uploads including various intercompany claims analyses. | |
| 6/14/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of data room uploads including various intercompany claims analyses. | |
| 6/15/2016 | Nowitz, Raoul | 730 - Project Management and Support | 2.50 |
| | | Attention to drafting and review of key elements of fee app ahead of deadline for submission. | |
| 6/15/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.50 |
| | | Attention to review of current market trends as it relates to Onor. | |
| 6/15/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of latest dataroom uploads including inter-company claims files posted and latest Oncor projection model details. | |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 6/15/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of latest treasury rates in the context of yield movement and impact on utilities. | |
| 6/15/2016 | Luria, Neil | 795 - Fee Applications/Retention | 1.50 |
| | | Attention to internal review and iteration of monthly fee statement, including review of work stream descriptions and time entries. | |
| 6/15/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 0.50 |
| | | Attention to review of recent dataroom additions including Change of Control arrangements for Oncor. | |
| 6/15/2016 | Cumbee, Matthew | 765 - Presentation Development | 1.00 |
| | | Attention to internal discussion regarding public utility sector trends | |
| 6/15/2016 | Cumbee, Matthew | 765 - Presentation Development | 2.50 |
| | | Attention to refinement of macro public utility performance analysis | |
| 6/15/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 0.50 |
| | | Attention to review of cash implications of intercompany allocations. | |
| 6/16/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of several recent dataroom postings pertaining to Oncor | |
| 6/16/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to internal review and discussion of revised claims and cash balances, including charging lien payments, as provided by EVR. | |
| 6/16/2016 | Nowitz, Raoul | 730 - Project Management and Support | 1.00 |
| | | Attention to final review of edits to 4th interim fee app prior to submission. | |
| 6/16/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of EFH updated claims and cash balance information provided by M. Cumbee and review same with R. Nowitz and M. Cumbee. | |
| 6/16/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.00 |
| | | Attention to further review of claims and waterfall balances in light of latest NEE analyses | |
| 6/16/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 3.00 |
| | | Attention to review of implied TEV/waterfall analysis in light of feedback from specific creditor groups | |
| 6/16/2016 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review of latest filings on the docket including information regarding IRS comments on the T-side separation. | |
| 6/16/2016 | Nowitz, Raoul | 720 - Financing Proposal Review | 2.00 |
| | | Attention to review of EVR analysis on EFIH 1L DIP refi and effects on economics and recoveries. | |
| 6/16/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 3.00 |
| | | Attention to review of the latest claims projections from Evercore and development of related variance analysis | |
| 6/16/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 4.00 |
| | | Attention to update of the waterfall / recovery analysis given latest claims adjustments | |
| 6/16/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 4.00 |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to continued update of the waterfall / recovery analysis based on ongoing discussions with creditor groups | |
| 6/17/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of latest dataroom uploads pertaining to Oncor. | |
| 6/17/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to further items on cash analysis pertaining to EFH Corp projected recoveries | |
| 6/17/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of dataroom updates related to cash rollforward and intercompany allocations. | |
| 6/17/2016 | Cumbee, Matthew | 720 - Financing Proposal Review | 4.00 |
| | | Attention to review of the proposal to refinance the EFIH 1L DIP and related impact on the waterfall / recovery analysis | |
| 6/20/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 2.00 |
| | | Attention to further update of the waterfall / recovery model based on ongoing negotiations | |
| 6/20/2016 | Hogan, Paul | 795 - Fee Applications/Retention | 2.50 |
| | | Attention to review of receipts for Fourth Fee application and upload file to Box.com. | |
| 6/20/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of latest EFIH and TCEH DIP reports including variance analysis. | |
| 6/20/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.00 |
| | | Attention to review of latest waterfall analysis by team in reference to guidance from Proskauer to model specific scenarios in light of creditor discussions. | |
| 6/20/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 0.50 |
| | | Attention to communications with team in light of latest waterfall scenarios developed. | |
| 6/20/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to review of further waterfall materials post discussion by team member with a creditor constituent | |
| 6/20/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of alternative term sheet and associated estimated waterfall analysis. | |
| 6/20/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 3.00 |
| | | Attention to continued update of the waterfall / recovery analysis based on ongoing discussions with creditor groups | |
| 6/20/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 1.00 |
| | | Attention to internal discussion regarding updated waterfall / recovery analysis and ongoing creditor discussions | |
| 6/21/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.50 |
| | | Attention to Intralinks posting pertaining to latest claims projection schedule. | |
| 6/21/2016 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.50 |
| | | Attention to review of materials provided by Proskauer on EFH Corporate Services and related, including correspondence with A&M and EVR on same. | |
| 6/21/2016 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 1.00 |
| | | Attention to review of EFH Indenture Trustee notice of subpoena | |
| 6/21/2016 | Luria, Neil | 710 - Bid Review 2016 | 2.00 |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of EFH Corporate Service assets to determine potential value to EFH. | |
| 6/22/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.50 |
| | | Attention to review of EFH Corporate services issues at the request of Proskauer Rose. | |
| 6/22/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.50 |
| | | Attention to review of materials on bid analysis from team and discussions with team on same. | |
| 6/22/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 1.50 |
| | | Attention to further refinement of the waterfall / recovery analysis given continued discussions with creditor groups | |
| 6/23/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.50 |
| | | Attention to further review of EFH Corporate Services issues in connection with review of potential alternative transactions. | |
| 6/23/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of board materials. | |
| 6/23/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.00 |
| | | Attention to review of analysis in light of bid analysis and materials from specific creditor group. | |
| 6/23/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of corporate services items and discussion with EVR ahead of planned discussion with company on 6.28 | |
| 6/24/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of various diligence items | |
| 6/24/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to update call with Proskauer on status and next steps. | |
| 6/24/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.50 |
| | | Attention to review of latest waterfall analytics on various bids. | |
| 6/24/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to review of latest dataroom postings. | |
| 6/24/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to EFH telephonic board meeting. | |
| 6/24/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.00 |
| | | Attention to teleconference with Mark Thomas, Peter Young, Raoul Nowitz and M. Cumbee regarding current status of potential bids and litigation matters. | |
| 6/24/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to internal status update call with Proskauer | |
| 6/24/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 2.00 |
| | | Attention to internal discussion regarding various current bids and the impact on EFH recoveries | |
| 6/25/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of various dataroom postings | |
| 6/25/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of most recent cash analysis with attention to key items and trends in changes. | |
| 6/27/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to further review of materials on projected cash at emergence and asbestos matters including correspondence with EVR on same. | |
| 6/27/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of EFH Corporate Services materials provided by EVR ahead if scheduled 6.28 call on the subject. | |
| 6/27/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of EFH Corporate services asset summary and detailed balance sheet in advance of teleconference with the Debtor to review potential EFH Corporate Services issues. | |
| 6/28/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to teleconference with P. Young. R. Nowitz and M. Cumbee prior to call with Debtor regarding EFH Corporate Services issues. | |
| 6/28/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to teleconference with Proskauer, SOLIC, Evercore and debtor representatives to review EFH Corporate Services balance sheet issues. | |
| 6/28/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to further review of EFH corporate services items pertaining to assets and liabilities and related items. | |
| 6/28/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with company staff on EFH Corporate Services elements | |
| 6/28/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of materials post-call EFH Corporate Services | |
| 6/28/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to further review of EFH Corporate Services balance sheet issues and roll-forward distributable value. | |
| 6/28/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with EFH staff to discuss EFH Corporate Services | |
| 6/29/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of various diligence files. | |
| 6/29/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of most recent professional fee allocation schedule, including communication with EVR. | |
| 6/30/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of latest dataroom uploads. | |
| 6/30/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.00 |
| | | Attention to correspondence with EVR on EFH Corp cost allocations. | |
| 6/30/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of board minutes, tax documents, reinsurance documents and sales tax documents from EFH dataroom. | |
| 6/30/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.00 |
| | | Attention to review of analysis regarding admin fee payments and potential impact on waterfall recoveries. | |
| 7/1/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to various dataroom materials. | |
| 7/1/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further review of professionals fees. | |
| 7/1/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of recent documents posted to the data room | |
| 7/1/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to further review of professional fee allocations including a call with Evercore to discuss the same | |
| 7/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of prior materials on shared services in the context of EFH Corporate Services | |
| 7/2/2016 | Nowitz, Raoul | 730 - Project Management and Support | 1.50 |
| | | Attention to workplan considerations and next steps. | |
| 7/3/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further review of various dataroom files as it relates to EFH Corp. projected cash balances. | |
| 7/3/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of prior materials pertaining to NOL analysis pertaining to quantification as part of DDA discussions. | |
| 7/5/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of latest NOL analysis. | |
| 7/5/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of dataroom materials in connection with roll-forward of EFH effective date cash. | |
| 7/5/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to further review of the latest NOL analysis | |
| 7/6/2016 | Nowitz, Raoul | 730 - Project Management and Support | 1.50 |
| | | Attention to review of drafting of contracts pertaining to professional fees budget as directed by the company. | |
| 7/6/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of NOL and ERISA documentation in dataroom. | |
| 7/6/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of impact on cash roll-forward with regard to NOL and ERISA documentation in dataroom. | |
| 7/7/2016 | Luria, Neil | 730 - Project Management and Support | 1.00 |
| | | Attention to development of professional fee budget through 3/31/2017 at the request of Natasha Hwangpo of Kirkland & Ellis. | |
| 7/7/2016 | Nowitz, Raoul | 730 - Project Management and Support | 2.50 |
| | | Attention to review and updating of current workplan and elements requiring further attention. | |
| 7/7/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further elements pertaining to cash analysis and projected EFH Corp. cash balance. | |
| 7/7/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review pertaining to cash analysis and projected EFH Corporate cash balance. | |
| 7/8/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to discussions with J. Marwil and P. Young of Proskauer regarding review of diligence materials. | |
| 7/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further elements pertaining to cash analysis and projected EFH Corp. cash balance. | |
| 7/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of various materials pertaining to corporate services. | |
| 7/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of various recent dataroom postings. | |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 7/8/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to further review pertaining to cash analysis and projected EFH Corporate cash balance. | |
| 7/8/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to review of various documents and analysis relating to EFH Corporate Service expense allocations | |
| 7/8/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of additional ERISA and NOL information posted to the dataroom. | |
| 7/9/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of market trends including treasury rates in the context of the current marketing process of Oncor. | |
| 7/9/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further review of professional fee allocation implications on EFH Corp recoveries. | |
| 7/9/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to download and review of the latest documents posted to the data room | |
| 7/10/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to further development and review of analysis relating to Oncor market trends | |
| 7/11/2016 | Luria, Neil | 730 - Project Management and Support | 1.00 |
| | | Attention to development of professional fee budget through 3/31/2017 at the request of Natasha Hwangpo of Kirkland & Ellis. | |
| 7/11/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of last provided company cash projection and trends in cash | |
| 7/11/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of materials pertaining to items previously identified as areas for further review for favorable cash impacts. | |
| 7/12/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of materials pertaining to corporate services. | |
| 7/13/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of latest court information on creditor constituent actions regarding mediation and related materials on same. | |
| 7/13/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of litigation documentation in electronic dataroom. | |
| 7/13/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to follow-up post review of court materials pertaining to potential mediation elements. | |
| 7/14/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to update call with Proskauer. | |
| 7/14/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to post Proskauer call follow-up. | |
| 7/14/2016 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of term sheet provided by creditors with impact on inter-company settlement recoveries | |
| 7/14/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to summary financial analysis on extent of recovery based on term sheet provided by creditors. | |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 7/14/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of contingent liabilities related to litigation and retirement liabilities included in recent dataroom submissions. | |
| 7/14/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 3.00 |
| | | Attention to summary financial analysis of recovery based on term sheet provided by creditors. | |
| 7/14/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to update call with Proskauer. | |
| 7/14/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to follow up call with Proskauer. | |
| 7/14/2016 | Cumbee, Matthew | 738 - Intercompany Transfers Review | 3.00 |
| | | Attention to review of term sheet provided by creditors and what impact it may or may not have on inter-company settlement recoveries. | |
| 7/14/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of materials and preparation ahead of call with Proskauer | |
| 7/14/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 2.00 |
| | | Attention to further review and iteration of financial analysis of recovery based on Contrarian/Fidelity term sheet. | |
| 7/15/2016 | Luria, Neil | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of issues associated with potential Berkshire bid for Oncor. | |
| 7/15/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of materials on creditor-led plans. Discussions with counsel on same. | |
| 7/15/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of tax diligence materials related to NOLs. | |
| 7/15/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of EFH Corporate Services related issues at the request of Proskauer. | |
| 7/15/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 1.50 |
| | | Attention to review of materials on creditor-led plans. Discussions with counsel regarding same. | |
| 7/16/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of further diligence materials. | |
| 7/16/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of corporate services elements. | |
| 7/16/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of corporate services and related materials. | |
| 7/17/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to further diligence on tax NOL elements | |
| 7/17/2016 | Nowitz, Raoul | 738 - Intercompany Transfers Review | 2.00 |
| | | Attention to further review of Contrarian term sheet with follow-up on specific elements. | |
| 7/18/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to initial review of Jack Williams Expert Report on EFH Corporate Services | |
| 7/18/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to prior materials provided on EFH Corporate Services assets and liabilities and review of notes according to same. | |

**Energy Future Holdings Corp - May through August 2016**

| Date | Person | Activity Code | Duration |
|------|--------|---------------|---------:|
| 7/18/2016 | Luria, Neil | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to review of EFH Corporate Services issues at the request of Proskauer. | |
| 7/18/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of latest dataroom postings | |
| 7/18/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to further review of J. Williams Corporate Services expert report. | |
| 7/18/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of J. Williams Corporate Services expert report. | |
| 7/18/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of prior materials relating to EFH Corporate Service Asset and Liabilities analysis | |
| 7/18/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of expert report of Jack Williams. | |
| 7/18/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to follow-up from EVR communications on 7/18. | |
| 7/19/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of prior materials and diligence on EFH Properties | |
| 7/20/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of EFH Corporate Services and EFH Properties diligence. | |
| 7/20/2016 | Nowitz, Raoul | 730 - Project Management and Support | 1.00 |
| | | Attention to work plan and status discussions and review. | |
| 7/20/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of latest dataroom postings. | |
| 7/20/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of EFH Corporate Services and EFH Properties diligence. | |
| 7/21/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of Asbestos Committee correspondence from Kirkland & Ellis. | |
| 7/21/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of board materials in advance of 7/22 board meeting. | |
| 7/21/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of EFH Corporate Services and EFH Property issues associated with Energy Plaza. | |
| 7/21/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of materials provided by counsel on EFH Corporate Services and EFH Properties. | |
| 7/21/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of EFH Corporate Services inter-company information shared by Evercore/A&M | |
| 7/21/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to development of EFH Corporate Services analysis and sharing with counsel of same. | |
| 7/21/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.00 |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to development of analysis on EFH Corporate Services and EFH properties based on recent materials provided by counsel | |
| 7/21/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further iteration of analysis on EFH Corporate Services and EFH properties based on recent materials provided by counsel | |
| 7/21/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of EFH cash balances and EFH Corporate Services assets. | |
| 7/21/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 0.50 |
| | | Attention to review of litigation materials and summaries. | |
| 7/21/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 0.50 |
| | | Attention to review of change of control accruals and DD letter agreements. | |
| 7/22/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to EFH telephonic board meeting. | |
| 7/22/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to call with Proskauer on EFH Corporate Services and EFH Properties transfers | |
| 7/22/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of EFH board materials. | |
| 7/22/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to follow-up on various EFH Corp services and EFH Properties issues post call with counsel. | |
| 7/22/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to call with Proskauer on two EFH sectors, EFH Corporate Services and EFH Properties transfers. | |
| 7/22/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of EFH board materials produced by EFH. | |
| 7/22/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to follow-up on various EFH Corporate services and EFH Properties issues after call with counsel. | |
| 7/22/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to further review of Evercore-provided materials and corporate services activities. | |
| 7/22/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to post-Proskauer call debrief of team and related follow-up. | |
| 7/23/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of latest draft 07.28 board materials pertaining to latest actual cash and other variance analysis | |
| 7/23/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of 07.28 board materials focusing on current actual cash and other variance analysis. | |
| 7/23/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of hypothetical outcomes in light of EFH Corporate Services and EFH Properties discussions. | |
| 7/23/2016 | Nowitz, Raoul | 730 - Project Management and Support | 1.50 |
| | | Attention to review of latest budget, comparison to prior budget and related variance analyses. | |
| 7/23/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to communications pertaining to board meeting attendance with team and other DDAs | |
| 7/24/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to continued review of various EFH Corporate Services and EFH Properties analyses | |
| 7/25/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to additional review of elements of EFH Corporate Services and EFH Properties. | |
| 7/25/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of draft board materials. | |
| 7/25/2016 | Cumbee, Matthew | 795 - Fee Applications/Retention | 3.00 |
| | | Attention to preparation and review of June fee statement. | |
| 7/26/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of Corporate Services materials. | |
| 7/26/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of draft board materials. | |
| 7/26/2016 | Luria, Neil | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of draft board materials in advance of board meeting. | |
| 7/26/2016 | Hogan, Paul | 795 - Fee Applications/Retention | 2.00 |
| | | Attention to review and filing of June Fee statement. | |
| 7/27/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 2.00 |
| | | Attention to EFH board meeting via teleconference. | |
| 7/27/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of J. Stuart (A&M) rebuttal report on transfer of EFH Corporate Services and EFH Properties. | |
| 7/27/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of further revised board materials | |
| 7/27/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of J. Stuart (A&M) contradiction report on transfer of EFH Corporate Services and EFH Properties. | |
| 7/27/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of another draft of board materials. | |
| 7/28/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 3.00 |
| | | Attention to EFH Board meeting via telephone. | |
| 7/28/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of latest cash build analysis as provided by the company. | |
| 7/28/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 2.50 |
| | | Attention to attendance on EFH board call. | |
| 7/28/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to comparative review of cash projection at emergence for recent adjustments. | |
| 7/28/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to communication with Evercore on cash projection information | |
| 7/28/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to communication with Evercore on cash projection information. | |
| 7/28/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of current cash build analysis as provided by the company. | |
| 7/28/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to comparative review of cash projection at emergence. | |
| 7/28/2016 | Cumbee, Matthew | 729 - EFH Board Meeting Attendance | 2.50 |
| | | Attention to monthly attendance on EFH board call. | |
| 7/28/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to further review of latest cash build and impact on recoveries. | |
| 7/29/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of CRO correspondence on status and review of latest bid analytics. | |
| 7/29/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on board call. | |
| 7/29/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to review of 8K on NEE transaction and review of analytics on same. | |
| 7/29/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of 8K on NEE transaction and review of analytics regarding same. | |
| 7/29/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of CRO correspondence on status of latest bid analytics. | |
| 7/29/2016 | Cumbee, Matthew | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to monthly attendance on EFH board call. | |
| 7/29/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 1.50 |
| | | Attention to developing analysis of impact on NEE bid on EFH Corporation recovery. | |
| 7/30/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to additional review of NEE transactional elements. | |
| 7/30/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to extra review of NEE transactional elements. | |
| 8/1/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to further review of EVR-prepared bid materials. | |
| 8/1/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of roll-forward cash calculations. | |
| 8/1/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 3.00 |
| | | Attention to review of the latest materials provided by Evercore detailing the updated bid statuses | |
| 8/1/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to NEE related filings and agreements. | |
| 8/1/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of EFH corporate services issues. | |
| 8/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further review of cash projection at emergence with focus on changes by period. | |
| 8/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further diligence pertaining to professional fees allocations amongst various estates and comparison to prior analyses. | |
| 8/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of pre-emergence cash changes at various emergence date and comparison to prior versions. | |
| 8/2/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review of NEE issues and ancillary documents related thereto. | |
| 8/3/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to development of questions and key focus areas ahead of call with EFH FP&A team. | |
| 8/3/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with EVR and EFH finance team (FP&A) on cash at emergence assumptions | |
| 8/3/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of MDC sale timing impacts (part of EFH Corporate Services) and timing of sale | |
| 8/3/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to post-call follow-up (post-call call with company) including correspondence with counsel on key observations and items requiring follow-up. | |
| 8/3/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of NEE related documentation and waterfall impacts. | |
| 8/3/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to call with Evercore and EFH regarding variances in EFH cash at emergence projections | |
| 8/4/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of classifications and allocations on professional fees. | |
| 8/4/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of various analyses relating to AIP at emergence and related corporate transfer impacts. | |
| 8/4/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of various tax elements as deducts from emergence cash, review bonus depreciation impacts of same. | |
| 8/4/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of admin claims and post-petition AP for comparison to settlement of monthly service bill balances | |
| 8/4/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of NEE deal documentation and corporate services treatment. | |
| 8/5/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 3.00 |
| | | Attention to review of elements of NEE bid ahead of call with EVR. | |
| 8/5/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to call with Evercore to discuss NEE deal construct analytics | |
| 8/5/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further review of professional fees allocations at emergence. | |
| 8/5/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to review of various dataroom postings and various other materials. | |
| 8/5/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to a call with Evercore to discuss the latest implications on recovery from the NEE negotiations | |
| 8/6/2016 | Nowitz, Raoul | 730 - Project Management and Support | 3.00 |
| | | Attention to review of workplan to determine next steps and timing. | |
| 8/6/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to review of B. Williamson deposition testimony. | |
| 8/6/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to review of select items from review of B. Williamson deposition. | |
| 8/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further analysis on debtor-allocated Settlement Agreement and POR fees | |
| 8/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of sizing of success and sale fees and basis of allocation | |
| 8/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to further review of AIP schedule including timing | |
| 8/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of trends in key tax deductions at emergence and Company narrative on the same. | |
| 8/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of company-prepared schedule on admin claims | |
| 8/9/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to review of service bill schedule as prepared by the company to assess key trends and track codes. | |
| 8/9/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of SERP materials and assumptions at emergence | |
| 8/9/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of pre-petition trade payable noted in the cash projection | |
| 8/9/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of EFIH allocated professional fees schedule as a basis for comparative analysis | |
| 8/9/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to further review of current NEE transaction and waterfall impact. | |
| 8/10/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.00 |
| | | Attention to review of financial risks on EFH recovery per NEE | |
| 8/10/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 3.00 |
| | | Attention to quantification of EFH recoveries in light of potential recovery risks. | |
| 8/10/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.50 |
| | | Attention to review of impact of extension fee risk sharing under NEE proposal. | |
| 8/10/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of claims FJR vs. contract rate on recoveries. | |
| 8/10/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.00 |
| | | Attention to ticking fee risk sharing. | |
| 8/10/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.00 |

## Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of asbestos deduct under NEE vs. impact of insurance alternative | |
| 8/11/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 3.00 |
| | | Attention to review of proposed allocation of NEE stock vs. cash at EFH vs. EFIH per financial analysis | |
| 8/11/2016 | Nowitz, Raoul | 730 - Project Management and Support | 0.50 |
| | | Attention to further review of work plan. | |
| 8/11/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of prior cash and treasury materials | |
| 8/12/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to internal review and discussion regarding the most recent claims balance schedule post to the data room. | |
| 8/12/2016 | Nowitz, Raoul | 720 - Financing Proposal Review | 1.50 |
| | | Attention review of cash effects of proposed DIP extension in Sept 2016 | |
| 8/12/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 3.00 |
| | | Attention to review of financial metrics pertaining to specific bidder | |
| 8/12/2016 | Cumbee, Matthew | 720 - Financing Proposal Review | 3.50 |
| | | Attention to updating the waterfall and recoveries to reflect the potential DIP refinancing / extension | |
| 8/13/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of latest EFH and EFIH DIP liquidity forecast | |
| 8/13/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of pre-emergence liquidity forecast compared to prior versions. | |
| 8/15/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to review of the EFH indenture trustee and Contrarian Capital's objection to confirmation of the plan | |
| 8/15/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 4.50 |
| | | Attention to review of various materials pertaining to elements in the ancillary agreements as part of the TCEH confirmation hearing. | |
| 8/15/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further review of allocated professional and related plan fees. | |
| 8/15/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 3.00 |
| | | Attention to further review of certain elements of the company prepared waterfall analysis of the NEE transaction. | |
| 8/15/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 4.00 |
| | | Attention to updating the waterfall / recovery analysis based on latest NEE bid update | |
| 8/16/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of materials pertaining to content included in the EFH Indenture Trustee and Contrarian Capital's objection to the plan. | |
| 8/16/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of various data files uploaded to the dataroom | |
| 8/16/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of due diligence responses pertaining to prior company valuation analyses | |
| 8/16/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to dataroom due diligence responses including NOL walkforward analyses | |
| 8/16/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of latest EFH cash related files posted to the data room | |
| 8/17/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of the Reply of the EFH DDs to objections to plan confirmation | |
| 8/17/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to follow-up on items noted in the EFH DD Reply to plan confirmation objections | |
| 8/17/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.50 |
| | | Attention to further review of build-up of implied TEV under the NEE transaction. | |
| 8/17/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 4.00 |
| | | Attention to update of analysis on implied Oncor TEV based on ongoing negotiations with bidders | |
| 8/18/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of materials pertaining to T-side trial and testimony as it relates to EFH Corp. financial impacts | |
| 8/19/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of latest dataroom postings including make-whole claim schedules | |
| 8/19/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to TCEH Confirmation Trail Day 1 testimony of P. Keglevic as it relates to financial impacts of disinterested director matters at EFH Corp. | |
| 8/19/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of David Ying testimony and review of issues related thereto. | |
| 8/19/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review of transcript of bankruptcy court hearings re T side deal. | |
| 8/20/2016 | Luria, Neil | 705 - Plan Development and Testimony | 0.50 |
| | | Attention to review of articles re Hunt Consolidated interest in Oncor. | |
| 8/20/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 0.50 |
| | | Attention to review of S. Dore restructuring update | |
| 8/20/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of Hunt MOU to the PUCT. | |
| 8/20/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of PUCT letter of 08.16.2016 | |
| 8/20/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 5.00 |
| | | Attention to review of K. Moldovan, C. Howard and D. Ying testimony during the TCEH confirmation trial as it relates to EFH Corp. Disinterested Director matters. | |
| 8/20/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of the Hunt MOU and implications regarding Oncor | |
| 8/22/2016 | Luria, Neil | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to review of confirmation hearing transcripts. | |
| 8/22/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.50 |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to internal review and discussion of B. Williamson testimony in the TCEH confirmation trial. | |
| 8/22/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to follow-up pertaining to review of B. Williamson testimony. | |
| 8/22/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to review of J. Williams, S. Dore and J. Stuart demonstratives used in the TCEH Confirmation hearing. | |
| 8/23/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of severance matters as requested by counsel. | |
| 8/23/2016 | Luria, Neil | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to review of confirmation hearing transcripts. | |
| 8/23/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 4.50 |
| | | Attention to review of J. Stuart and S. Dore testimony at the TCEH Confirmation trial. | |
| 8/23/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to follow-up review of items in J. Stuart testimony. | |
| 8/24/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of latest EFH cash forecast as posted to the dataroom. | |
| 8/24/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to comparison of various cash forecast files and review of related notes on variances between updates. | |
| 8/25/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to review of testimony from Jack Williams and High Sawyer as it relates to EFH Corp. Disinterested Director matters in the TCEH Confirmation Trial. | |
| 8/25/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to post-testimony review based on review of J. Williams testimony in the TCEH Confirmation Trial. | |
| 8/25/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of confirmation hearing transcripts. | |
| 8/25/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of latest cash at emergence file uploaded to the dataroom comparison to prior version | |
| 8/25/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to communication with counsel and Evercore pertaining to the latest projected EFH cash emergence projections | |
| 8/26/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to review of current projection on Oncor tax payments to corporate to assess potential impact of bonus depreciation. | |
| 8/26/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of monthly cash projection on professional fees in pre-emergence analysis compared against details in the 26-week cash forecast. | |
| 8/26/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 4.00 |
| | | Attention to review of closing statements transcript in the TCEH confirmation trial as it relates to EFH Corp. Disinterested Director matters. | |
| 8/26/2016 | Luria, Neil | 705 - Plan Development and Testimony | $ 2,887.50 |
| | | Attention to review of confirmation hearing transcripts. | |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 8/26/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of the latest cash at emergence file posted to the data room | |
| 8/26/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of various analyses that impact EFH cash, including professional fee projections and allocations | |
| 8/27/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of latest EFIH cash projections in light of contemplated DIP refinancing. | |
| 8/29/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of details on NEE bid financing raised | |
| 8/29/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of details on objections to NEE termination/break-up fees of $275 mil. | |
| 8/29/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to research and review of the recent objection by Asbestos Claimants to Merger Agreement and Termination fee relating to purchase of Oncor | |
| 8/29/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to research relating to the recent financing from NextEra in support of the purchase of Oncor | |
| 8/29/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to research and review of the recent objection by EFIH Indentured Trustee to Merger Agreement and Termination fee relating to purchase of Oncor | |
| 8/29/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to research and review of the recent objection by Fidelity to Merger Agreement and Termination fee relating to purchase of Oncor | |
| 8/29/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to review of objections filed by each of the EFH Indenture Trustee, Fidelity, and the Asbestos Claimants to the payment of the termination fee to NEE. | |
| 8/29/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.00 |
| | | Attention to review of waterfall impacts by virtue of a termination fee payment to NEE. | |
| 8/30/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.00 |
| | | Attention to review of internal analysis regarding NEE financial / market performance and potential impact on transaction value. | |
| 8/30/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of pleadings associated with NextEra transaction including Fidelity objection to NEE Merger Agreement | |
| 8/30/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of confirmation hearing transcripts and review of cash roll-forward for EFH. | |
| 8/30/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 4.00 |
| | | Attention to updating NEE financial performance trend analysis | |
| 8/30/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to updating the waterfall analysis to account for claims, cash and recoveries based on a 3/31 exit | |
| 8/31/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |

# Energy Future Holdings Corp - May through August 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|---------:|
| | | Attention to additional follow-up with Evercore pertaining to reconciling 8/2016 pre-emergence cash variance and reasons for the variances. | |
| 8/31/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 2.00 |
| | | Attention to review of correspondence with Proskauer on Texas refund tax claim enquiry, follow-up on related due diligence | |
| 8/31/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.50 |
| | | Attention to review of additional materials pertaining to Texas tax claim refunds as part of drafting of response for Proskauer. | |
| 8/31/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of various versions of prior cash emergence analysis for identification of specific refund claim reserves. | |
| 8/31/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of waterfall analysis for updated emergence; additional review of materials on MW and PPI in relation to comments from Proskauer. | |
| 8/31/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of EFH cash roll-forward and closing date cash at the request of Proskauer. | |
| 8/31/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of confirmation hearing transcripts. | |
| 8/31/2016 | Hogan, Paul | 795 - Fee Applications/Retention | 3.00 |
| | | Attention to review and filing of July monthly fee statement. | |
| 8/31/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to developing variance analysis on EFH cash at emergence based on varying projections provided by Evercore | |
| 8/31/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to internal review and reiteration of cash at emergence variance analysis | |
| 8/31/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review of current status of confirmation and next steps to closing T side spin-off and implications to EFH. | |

**1,173.50**

**Energy Future Holdings Corp - May through August 2016**

| Professional | | Hours |
|---|---|---|
| Luria, Neil | Senior Managing Director | 156.00 |
| Nowitz, Raoul | Managing Director | 646.50 |
| Hogan, Paul | Director | 12.50 |
| Cumbee, Matthew | Senior Associate | 358.50 |
| **Grand Total:** | | **1,173.50** |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

# Energy Future Holdings Corp – September 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 9/1/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to call with Proskauer Litigation pertaining to recent E-side discovery requests related to cash impacts | |
| 9/1/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to call with Proskauer bankruptcy and tax teams, as it pertains to the State of Texas tax payment and refund items. | |
| 9/1/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of various items as a follow-up with Proskauer call pertaining to new E-side discovery requests | |
| 9/1/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to correspondence with Evercore pertaining to State of Texas tax payment matters as it relates to projected EFH cash. | |
| 9/1/2016 | Nowitz, Raoul | 730 - Project Management and Support | 3.00 |
| | | Attention to review of various case briefs, motions and objections as it related to EFH Corp cash/recovery impacts | |
| 9/1/2016 | Nowitz, Raoul | 720 - Financing Proposal Review | 1.50 |
| | | Attention to review of draft board materials pertaining to the EFIH 1L DIP extension and waterfall impacts | |
| 9/1/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of updated DIP amendment per the NEE waterfall recovery impacts | |
| 9/1/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review of board materials and current status of T side spin and Oncor confirmation | |
| 9/1/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 2.00 |
| | | Attention to communication with EVR and counsel regarding State of Texas tax payments and impact on cash balances | |
| 9/2/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to and participation in bi-weekly board call. | |
| 9/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of waterfall in light of DIP extension and additional cash, as directed by Proskauer | |
| 9/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of EFIH projected cash balances in light of terms on EFIH DIP amendment terms. | |
| 9/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of prior EVR waterfall analysis and draft waterfall analysis for Proskauer. | |
| 9/2/2016 | Nowitz, Raoul | 730 - Project Management and Support | 1.50 |
| | | Attention to further review of the case docket for relevant filings and impact on EFH Corp. | |
| 9/2/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to call with Proskauer litigation pertaining to EFH Corp. financial elements | |
| 9/2/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to EFH Board teleconference and preparation therefor. | |
| 9/2/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of EFH cash roll-forward and development of updated projections. | |
| 9/2/2016 | Nowitz, Raoul | 715 - Tax Reviews | 1.50 |
| | | Attention to review of presentation materials from Proskauer to EFH Corp. Disinterested Directors on State of Texas tax claims. | |

# Energy Future Holdings Corp – September 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 9/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of NEE stock price and other relevant metrics pertaining to recoverable value | |
| 9/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to review of various data room files including claims and cash projected cash balances and impact on recovery. | |
| 9/2/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to further review of certain professional fee allocations and projections as it relates to value recoveries | |
| 9/2/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to research and review of the recent objection by Asbestos Claimants to Merger Agreement and Termination fee relating to purchase of Oncor; assess impact on cash. | |
| 9/2/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 4.00 |
| | | Attention to review and iteration of updated waterfall / recovery analysis based on information provided in latest Board materials | |
| 9/2/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to reviewing documents in the data room relevant to new E-side discovery requests and its impacts on EFH Corp. cash | |
| 9/3/2016 | Nowitz, Raoul | 715 - Tax Reviews | 0.50 |
| | | Attention to review of email from counsel to EFH Corp Disinterested Directors pertaining to State of Texas tax claims | |
| 9/3/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of latest waterfall / recoveries based on latest DIP extension materials | |
| 9/5/2016 | Nowitz, Raoul | 730 - Project Management and Support | 1.00 |
| | | Attention to internal review and discussion relating to emails (as requested by counsel) related to discovery matters. | |
| 9/5/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 3.50 |
| | | Attention to review of EVR materials forwarded by K&E pertaining to waterfall recoveries under the NEE transaction construct | |
| 9/5/2016 | Luria, Neil | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to review of draft Disclosure Statement for Third Amended Joint Plan of Reorganization, focus on EFH Corp elements | |
| 9/6/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to review of EFH professional fees analysis; assess impact on EFH projected cash at emergence | |
| 9/6/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to further review of make-whole claims balances; impact on surplus recovery of EFH Corp. | |
| 9/6/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to further review of draft Disclosure Statement for Third Amended Joint Plan of Reorganization; impact on EFH Corp. recoveries | |
| 9/6/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 4.00 |
| | | Attention to updating the financial analysis relating to NEE, including trending stock and debt prices, in light of recent market changes | |
| 9/7/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |

# Energy Future Holdings Corp – September 2016

| **Date** | **Person** | **Activity Code** | **Duration** |
|---|---|---|---|
| | | Attention to review of cash projections in EVR analysis provided via K&E pertaining to inclusion in the E-side disclosure statement. | |
| 9/7/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 2.50 |
| | | Attention to internal review and iteration of specific elements of EVR-prepared analysis for inclusion in the E-side Disclosure Statement. | |
| 9/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of certain allocated expenses to EFH Corp. as compared to prior plan allocations | |
| 9/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to further review of ticking fee revisions under NEE bid and impact on recoveries | |
| 9/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of EFH Corp. balances and allocation of recovery between beneficiary and non-beneficiary claimants. | |
| 9/8/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 3.50 |
| | | Attention to further understanding Continuity of Interest allocations under proposed transaction construct and impact on EFH Corp. recoveries. | |
| 9/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of stock price performance trends and impact on recoveries | |
| 9/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 4.50 |
| | | Attention to review of latest amended E-side DS and related filings as it relates to EFH Corp. recoveries | |
| 9/8/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of filed Disclosure Statement, specifically, potential issues associated with NEE purchase of Oncor and T side spin. | |
| 9/8/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to review and discussion relating to the latest amended E-side Disclosure Statement with attention on EFH Corp. impacts. | |
| 9/8/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review and analysis of the NEE ticking fee consideration and impact on waterfall / recoveries | |
| 9/9/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.50 |
| | | Attention to review of materials pertaining to EFIH make-whole dispute by creditors. | |
| 9/9/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of latest EFH/EFIH emergence projection cash forecast. | |
| 9/9/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of EFIH pre-emergence cash schedule as it relates to the impact of a new 1L DIP facility | |
| 9/10/2016 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review and iteration of monthly budget for required submission | |
| 9/10/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of NEE stock performance and related metrics. | |

# Energy Future Holdings Corp – September 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 9/11/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of the latest EFH/EFIH cash at emergence projections and impact on waterfall / recoveries | |
| 9/12/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to review of various cash-related files pertaining to cash projections | |
| 9/12/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to discussions with Proskauer on certain expenses allocated to EFH Corp and impact on recoveries | |
| 9/12/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to correspondence with EVR on specific emergence deductions and related cash impacts | |
| 9/12/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to further review of revised disclosure statement and roll-forward cash balance issues. | |
| 9/12/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of EFH stakeholder recoveries based on current estimates of timing. | |
| 9/13/2016 | Nowitz, Raoul | 730 - Project Management and Support | 3.50 |
| | | Attention to discovery request matters as requested by Proskauer in the context of recoveries to EFH Corp and next steps | |
| 9/13/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of disclosure statement issues and related impacts on recoveries | |
| 9/13/2016 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review of SOLIC time reporting requirements | |
| 9/13/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to analysis stemming from review of various EFH cash balance files posted to the data room | |
| 9/14/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to continued review of disclosure statement issues with related impacts on recoveries | |
| 9/14/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of Make-whole and PPI interest in light of discussions with counsel pertaining to potential settlements. | |
| 9/14/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to review and follow-up relating to K&E omnibus reply to objections dated 09/14 regarding termination fee approval. | |
| 9/14/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 0.50 |
| | | Attention to participation on bi-weekly board call. | |
| 9/15/2016 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review of monthly budget based on team planning | |
| 9/15/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of various docket filings with a focus on impact on EFH Corp. | |
| 9/15/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to further review of variance analysis as prepared by team with associated cash impacts | |
| 9/15/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |

# Energy Future Holdings Corp – September 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to further review of ancillary fees included in EFH professional fees schedule with related impact on EFH Corp. recoveries | |
| 9/15/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to review of break-up fee materials as related to impacts on EFH Corp. recoveries | |
| 9/15/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of break-up fee related matters and impact on recoveries | |
| 9/15/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of latest Board materials provided by EVR with focus on EFH Corp. elements | |
| 9/15/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to reviewing prior analyses regarding MW and PPI and potential impact on recoveries | |
| 9/15/2016 | Cumbee, Matthew | 730 - Project Management and Support | 1.00 |
| | | Attention to developing a required budget requirement for select months. | |
| 9/15/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to research and review of materials relating to the suitability of NEE's proposed break-up fee and potential impact on waterfall / recoveries | |
| 9/15/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of Kirkland & Ellis brief re break-up fee and other matters. | |
| 9/16/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of latest cash projections based on latest updated waterfall | |
| 9/16/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of cash based on questions from Proskauer | |
| 9/16/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of board materials with a focus on EFH Corp. and related impacts | |
| 9/16/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to follow-up based on latest revisions to emergence cash waterfall | |
| 9/16/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to EFH board meeting via teleconference. | |
| 9/16/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of board materials in preparation for board teleconference. | |
| 9/16/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 4.00 |
| | | Attention to review and iteration of latest waterfall / recovery model, updated based on the latest Board materials and ongoing negotiations with bidders | |
| 9/16/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of the K&E briefing on the proposed NextEra break-up fee | |
| 9/16/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to further research relating to break-up fees in recent large scale bankruptcy filings | |
| 9/17/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |

# Energy Future Holdings Corp – September 2016

| Date | Person | Activity Code | Fee |
|------|--------|---------------|-----|
| | | Attention to further review of EFH Corp. projected cash and recovery elements. | |
| 9/18/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 0.50 |
| | | Attention to review of Co-CRO update on NEE proposal developments | |
| 9/18/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.50 |
| | | Attention to review of latest waterfall analysis on NEE bid including internal follow-up | |
| 9/19/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 3.50 |
| | | Attention to further review of latest NEE waterfall analysis, including comparison to prior versions and internal iteration | |
| 9/19/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to discussion with counsel on NEE latest bid and process | |
| 9/19/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of materials and updates post the 09.19.2016 court hearing. | |
| 9/19/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to initial review of chronological bid progression data as discussed with Proskauer. | |
| 9/19/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 4.00 |
| | | Attention to updating the waterfall / recovery model based on latest negotiations with bidders | |
| 9/19/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to internal call with counsel to discuss next steps and timing | |
| 9/19/2016 | Cumbee, Matthew | 710 - Bid Review 2016 | 4.00 |
| | | Attention to development of analysis pertaining to the chronology of bids received and related expected recoveries, to-date | |
| 9/20/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of latest cash details provided by Evercore and related impacts | |
| 9/20/2016 | Cumbee, Matthew | 730 - Project Management and Support | 1.00 |
| | | Attention to review of August time entries for the latest fee statement | |
| 9/22/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of 9/19 hearing transcript related to NEE Merger Agreement/break-up fee issues. | |
| 9/22/2016 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to preparation and review of monthly budget tasks and hours | |
| 9/23/2016 | Nowitz, Raoul | 730 - Project Management and Support | 3.00 |
| | | Attention to review of latest documents filed with the bankruptcy court relating to elements impact on recoveries | |
| 9/26/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 3.00 |
| | | Attention to review of progression of bids and related recoveries to determine increases in stakeholder value | |
| 9/27/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 1.50 |
| | | Attention to review of materials on PUCT meeting feedback and correspondence with counsel on same. | |
| 9/27/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |

# Energy Future Holdings Corp – September 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of latest dataroom cash file postings and communications with counsel on same. | |
| 9/27/2016 | Nowitz, Raoul | 710 - Bid Review 2016 | 0.50 |
| | | Attention to review of EFH/NEE letter to the PUCT/judge pertaining to basis of payment of break-up fees. | |
| 9/27/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 0.50 |
| | | Attention to review of updates on EFIH make-whole hearings; impact on EFH Corp. | |
| 9/28/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to further review of professional fee projections and discussions with counsel on same. | |
| 9/29/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to further review of the latest professional fee allocation file posted to the data room | |
| 9/29/2016 | Nowitz, Raoul | 730 - Project Management and Support | 4.00 |
| | | Attention to various work plan and project management matters | |
| 9/29/2016 | Hogan, Paul | 795 - Fee Applications/Retention | 3.00 |
| | | Attention to review and filing of the August monthly fee statement. | |
| 9/30/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to EFH Board meeting via teleconference. | |
| 9/30/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of board materials pre-board call. | |
| 9/30/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to participation on board call. | |
| 9/30/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of emergence costs analyses and related discussion with Evercore | |
| 9/30/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of the latest make-whole roll-forward analysis posted to the data room in comparison with prior claims analyses | |
| 9/30/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to further review of emergence cash based on correspondence with EVR. | |
| 9/30/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to the review of the latest Board Materials provided by EVR | |
| 9/30/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review and discussion relating to emergence costs and related analyses associated with EFH Corp. recoveries. | |

# Energy Future Holdings Corp – October 2016

| Date | Person | Activity Code | Duration | Duration |
|------|--------|---------------|----------|----------|
| 10/1/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | | 3.00 |
| | | Attention to review of the EFH Master Services Agreement posted to the data room; assess impacts of same. | | |
| 10/3/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 4.00 |
| | | Attention to review of case matters and impact on EFH Corp recovery | | |
| 10/3/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | | 3.00 |
| | | Attention to review of NEE financials and related with a view on any key changes in performance/financial condition | | |
| 10/3/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | | 3.00 |
| | | Attention to further review of updated make whole claims analysis, including review of prior make whole calculations and roll-forwards | | |
| 10/4/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | | 2.50 |
| | | Attention to further review and discussion of latest MW roll-forward calculations and potential impact on waterfall / recoveries | | |
| 10/6/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 3.00 |
| | | Attention to court make-whole matters within the context of impacts on recoveries | | |
| 10/6/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 2.50 |
| | | Attention to review of emergence costs and professional fees pertaining to emergence date recoveries | | |
| 10/7/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | | 2.00 |
| | | Attention to continued tracking of NextEra's recent financial performance as it relates to sustained ability to close the transaction as proposed | | |
| 10/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 2.00 |
| | | Attention to review of case matters and filings | | |
| 10/10/2016 | Luria, Neil | 705 - Plan Development and Testimony | | 3.00 |
| | | Attention to review of Plan and Disclosure Statement to understand flow of funds and E side confirmation process. | | |
| 10/10/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 4.50 |
| | | Attention to review of Aug MOR and follow-up on same. | | |
| 10/11/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 2.00 |
| | | Attention to review of latest filings including the Plan Supplement (Third Amended and Final Plan Supplement as it relates to TCEH and EFH Shared Services) | | |
| 10/12/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 1.50 |
| | | Attention to review of select monthly fee statements pertaining to allocations and impact on recoveries | | |
| 10/14/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 3.00 |
| | | Attention to review of docket and other materials for elements associated with emergence adjustments, EFH Corp. cash projections, and related | | |
| 10/14/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | | 2.00 |
| | | Attention to continued tracking of NextEra's recent financial performance as it relates to sustained ability to close the transaction as proposed | | |
| 10/15/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 1.00 |
| | | Attention to review of de minimum asset sales in the context of value being ascribed to EFH Corp. | | |

# Energy Future Holdings Corp – October 2016

| Date | Person | Activity Code | Duration | Duration |
|------|--------|---------------|----------|----------|
| 10/17/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 3.00 |
| | | Attention to review of cash diligence items including projected emergence adjustments, trends as reviewed in MORs, and estimated cash at emergence | | |
| 10/18/2016 | Cumbee, Matthew | 730 - Project Management and Support | | 2.00 |
| | | Attention to review and edit of the September Fee Statement | | |
| 10/19/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 2.50 |
| | | Attention to review of Aug 2016 MOR with an assessment of run-rate and relative to estimated burn to emergence | | |
| 10/21/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | | 2.00 |
| | | Attention to continued tracking of NextEra's recent financial performance as it relates to sustained ability to close the transaction as proposed | | |
| 10/21/2016 | Hogan, Paul | 795 - Fee Applications/Retention | | 3.00 |
| | | Attention to review and filing of September Fee Statement | | |
| 10/22/2016 | Luria, Neil | 705 - Plan Development and Testimony | | 1.00 |
| | | Attention to review of board materials circulated in advance of 10/25 board teleconference. | | |
| 10/23/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | | 3.00 |
| | | Attention to detailed review of the August MOR and comparison to plan | | |
| 10/23/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | | 2.00 |
| | | Attention to development of questions stemming from the review of the August MOR | | |
| 10/24/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 2.50 |
| | | Attention to review of board materials, focus on elements pertaining to EFH Corp. | | |
| 10/24/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 2.00 |
| | | Attention to further review of MORs with an assessment on cash burn and cash projections | | |
| 10/25/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 3.00 |
| | | Attention to review of latest cash projection to prior version with focus on differences and items requiring follow-up | | |
| 10/25/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | | 1.50 |
| | | Attention to participation on board call. | | |
| 10/25/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 2.00 |
| | | Attention to review of make whole impacts on waterfall recovery based on board discussion | | |
| 10/25/2016 | Luria, Neil | 705 - Plan Development and Testimony | | 3.50 |
| | | Attention to review of Tony Horton and Kris Moldovan deposition transcripts. | | |
| 10/25/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | | 4.00 |
| | | Attention to review of the latest EFH/EFIH liquidity projections to develop a variance analysis and related questions | | |
| 10/25/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | | 1.50 |
| | | Attention to participation in board call. | | |
| 10/26/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 2.00 |
| | | Attention to further review of Aug 2016 MOR including EVR responses. | | |
| 10/26/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 1.00 |
| | | Attention to review of latest emergence cash projection as provided by Evercore. | | |

# Energy Future Holdings Corp – October 2016

| Date | Person | Activity Code | Duration | Duration |
|------|--------|--------------|----------|----------|
| 10/26/2016 | Luria, Neil | 705 - Plan Development and Testimony | | 2.00 |
| | | Attention to review of David Ying, Thomas Vasquez expert reports. | | |
| 10/26/2016 | Luria, Neil | 705 - Plan Development and Testimony | | 2.50 |
| | | Attention to review of John Stuart expert reports and financial analysis thereof. | | |
| 10/27/2016 | Luria, Neil | 705 - Plan Development and Testimony | | 3.00 |
| | | Attention to review of Paul Keglevic deposition transcript, with follow-up on EFH Corp. elements | | |
| 10/27/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | | 3.00 |
| | | Attention to review of D. Ying expert report dated 10/21/16 with required follow-up. | | |
| 10/27/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | | 4.00 |
| | | Attention to further review and iteration of the EFH/EFIH liquidity variance analysis | | |
| 10/28/2016 | Luria, Neil | 705 - Plan Development and Testimony | | 4.00 |
| | | Attention to review of Hickson, Hunter and Wright deposition transcripts. | | |
| 10/28/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | | 2.50 |
| | | Attention to review of A. Horton deposition transcript Oct 18th for financial elements and related follow-up. | | |
| 10/28/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | | 3.00 |
| | | Attention to review of P. Keglevic deposition transcript (Oct 13th) on financial elements with related follow-up. | | |
| 10/28/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | | 2.00 |
| | | Attention to continued tracking of NextEra's recent financial performance as it relates to sustained ability to close the transaction as proposed | | |
| 10/29/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | | 2.00 |
| | | Attention to review of A. Wright deposition transcript dated 10/19/2016 on financial elements with require follow-up | | |
| 10/29/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | | 1.00 |
| | | Attention to review of M. Hunter deposition transcript (held on 10/19/2016) with required follow-up | | |
| 10/29/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 2.00 |
| | | Attention to review of T. Vasquez expert report dated 10/21/2016 on asbestos liability estimation. | | |
| 10/29/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | | 3.00 |
| | | Attention to review of David Ying's expert report regarding plan feasibility (dated 10/21/2016) | | |
| 10/29/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | | 3.00 |
| | | Attention to review and discussion relating to A. Horton's deposition transcript | | |
| 10/29/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | | 2.50 |
| | | Attention to review of T. Vasquez expert report regarding asbestos liability claims | | |
| 10/30/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | | 2.50 |
| | | Attention to review of M. Hickson deposition transcript dated 10/25/2016 for financial elements and related follow-up | | |
| 10/30/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | | 2.50 |
| | | Attention to initial review of J. Stuart (A&M) hypothetical liquidation analysis. | | |

## Energy Future Holdings Corp – October 2016

| Date | Person | Activity Code | Duration | Duration |
|------|--------|---------------|----------|----------|
| 10/30/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 3.50 |
| | | Attention to further follow-up based on review of various deposition transcripts pertaining to EFH Corp. matters | | |
| 10/30/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | | 1.00 |
| | | Attention to review of M. Hickson deposition transcript, including internal discussions on the same | | |
| 10/30/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | | 2.00 |
| | | Attention to review of K. Moldovan deposition transcript, including internal discussion on same | | |
| 10/30/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | | 4.00 |
| | | Attention to review and analysis relating to J. Stuart's liquidation analysis | | |
| 10/31/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | | 1.00 |
| | | Attention to review of K. Moldovan deposition transcript 10/13/2016 on financial elements with follow-up on same. | | |
| 10/31/2016 | Luria, Neil | 705 - Plan Development and Testimony | | 1.50 |
| | | Attention to review of board materials related to TTHC and OMI transaction and implications on EFH recoveries. | | |
| 10/31/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | | 0.50 |
| | | Attention to update discussion with Proskauer on key outstanding elements, case status and next steps | | |
| 10/31/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | | 2.50 |
| | | Attention to post-Proskauer call follow-up/review pertaining to items associated with EFH Corp. cash elements | | |
| 10/31/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | | 2.00 |
| | | Attention to review of materials from Proskauer on the NextEra purchase of the minority interest in Oncor. | | |
| 10/31/2016 | Cumbee, Matthew | 705 - Plan Development and Testimony | | 4.00 |
| | | Attention to review of the latest Board Deck and Resolutions, including materials relating to NextEra's purchase of Oncor minority interest | | |

# Energy Future Holdings Corp – November 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 11/1/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of NEE and Oncor filings details with the PUC | |
| 11/1/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of J. Stuart expert report on E-side Liquidation analysis and other materials ahead of call to review the report. | |
| 11/1/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to review of the David Ying Feasibility report and impact on EFH Corp. | |
| 11/2/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to participation on call with J. Stuart of A&M on E-side Liquidation Analysis and post-call follow-up | |
| 11/2/2016 | Nowitz, Raoul | 730 - Project Management and Support | 1.50 |
| | | Attention to review of docket pertaining to latest filings and motions, review of same. | |
| 11/3/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to detailed review and development of questions relating to the E-side liquidation analysis | |
| 11/3/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of documents filed with the PUC re: NextEra and purchase of Oncor | |
| 11/4/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to review of prior cash analyses and cash projections | |
| 11/4/2016 | Cumbee, Matthew | 730 - Project Management and Support | 1.00 |
| | | Attention to review of time entries for September fee application | |
| 11/4/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of the bankruptcy docket to review any pertinent filings and/or motions | |
| 11/4/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further review and update of the EFH/EFIH cash variance analyses | |
| 11/7/2016 | Luria, Neil | 750 - Travel Time | 3.50 |
| | | Attention to travel to NYC for Evercore meetings. | |
| 11/7/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to correspondence with EVR and team on items associated with EFH Corp diligence items | |
| 11/8/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to meeting at Evercore to discuss current status of EFH cash forecasts and confirmation process. | |
| 11/8/2016 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel to New York for meeting with Evercore. | |
| 11/8/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to participation at meeting with Evercore regarding case update and related. | |
| 11/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to Evercore post-meeting follow-up on various diligence matters pertaining to EFH Corp. recoveries | |
| 11/8/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of news on status of Supreme Court ruling on prior first lien refi | |
| 11/8/2016 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 |

---

# Energy Future Holdings Corp – November 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 11/8/2016 | Cumbee, Matthew | Attention to a call with Evercore to discuss latest plan developments<br>725 - Dataroom and Diligence Materials | 1.50 |
| 11/9/2016 | Luria, Neil | Attention to review of documents relating to the previous ruling by the Supreme Court regarding the refinancing of the first liens<br>705 - Plan Development and Testimony | 3.00 |
| 11/9/2016 | Luria, Neil | Attention to review of D. Ying deposition transcripts.<br>750 - Travel Time | 3.00 |
| 11/9/2016 | Nowitz, Raoul | Attention to travel from NYC after Evercore meeting<br>750 - Travel Time | 4.00 |
| 11/10/2016 | Nowitz, Raoul | Attention to return travel post meeting with Evercore.<br>705 - Plan Development and Testimony | 1.00 |
| 11/11/2016 | Nowitz, Raoul | Attention to review of D. Ying deposition transcript dated 11/8/2016; impact on EFH Corp. elements<br>718 - Meeting with counsel and with other | 0.50 |
| 11/11/2016 | Nowitz, Raoul | Attention to correspondence with Proskauer pertaining to case status, items for review, and elements from Evercore meeting<br>725 - Dataroom and Diligence Materials | 3.50 |
| 11/11/2016 | Cumbee, Matthew | Attention to further review of items as a result of review of deposition testimony pertaining to EFH Corp cash and recoveries<br>725 - Dataroom and Diligence Materials | 2.50 |
| 11/12/2016 | Nowitz, Raoul | Attention to review of the bankruptcy docket to review any pertinent filings and/or motions<br>725 - Dataroom and Diligence Materials | 3.00 |
| 11/15/2016 | Nowitz, Raoul | Attention to further review of materials pertaining to deposition testimony and required follow-up on diligence items<br>725 - Dataroom and Diligence Materials | 2.50 |
| 11/16/2016 | Nowitz, Raoul | Attention to review of trustee's objection to the 4th amended plan, discussion with Proskauer, follow-up on same<br>705 - Plan Development and Testimony | 5.50 |
| 11/16/2016 | Luria, Neil | Attention to review of financial elements of various limited objections to the Plan filed on 11/15<br>705 - Plan Development and Testimony | 2.00 |
| 11/17/2016 | Nowitz, Raoul | Attention to review of deposition transcripts and related review of potential impact of delayed effectiveness on EFH liquidity and cash available for EFH stakeholders.<br>718 - Meeting with counsel and with other | 0.50 |
| 11/17/2016 | Nowitz, Raoul | Attention to discussions with Proskauer on Third Circuit make whole rulings; impact on recoveries<br>725 - Dataroom and Diligence Materials | 3.50 |
| 11/17/2016 | Nowitz, Raoul | Attention to financial analysis and related recovery impacts in light of Third Circuit ruling on make-wholes<br>725 - Dataroom and Diligence Materials | 2.00 |
| 11/17/2016 | Luria, Neil | Attention to review of Third Circuit ruling on make-wholes and related follow-up.<br>705 - Plan Development and Testimony | 3.50 |
| 11/17/2016 | Cumbee, Matthew | Attention to review of Circuit Court opinion related to Make Wholes and analysis of potential implications.<br>725 - Dataroom and Diligence Materials | 2.50 |
| 11/17/2016 | Cumbee, Matthew | Attention to review of documents pertaining to the Third Circuit's decision to overturn the make whole ruling<br>725 - Dataroom and Diligence Materials | 1.50 |

# Energy Future Holdings Corp – November 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to update of analyses as it pertains to the latest make whole ruling and potential impact on EFH recoveries | |
| 11/18/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to participation in EFH Board teleconference. | |
| 11/18/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of board materials | |
| 11/18/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to participation on weekly board call | |
| 11/18/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to further review and analysis pertaining to third-circuit make-whole ruling and other elements with assessment of impact on EFH Corp. | |
| 11/18/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of the bankruptcy docket to review any pertinent filings and/or motions with focus on EFH Corp. elements | |
| 11/18/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to further review and update of analyses as it pertains to the latest make whole ruling and potential impact on EFH recoveries | |
| 11/18/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of the latest board materials | |
| 11/21/2016 | Nowitz, Raoul | 730 - Project Management and Support | 1.00 |
| | | Attention to review of docket and related elements pertaining to latest issues and items impacting recoveries | |
| 11/21/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of run-rate spend on certain expenses with impact on emergence cash | |
| 11/21/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of draft plan documentation and related impact of cash roll forward for EFH and EFIH. | |
| 11/22/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to communication with team pertaining to outstanding items and follow-up | |
| 11/22/2016 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review of items for delivery of required reporting including hours and budgeted areas of focus | |
| 11/22/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to further review of materials as it relates to the various depositions / testimonies filed with the court | |
| 11/22/2016 | Luria, Neil | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to continued review of draft plan documentation and related review of cash roll forward for EFH and EFIH. | |
| 11/23/2016 | Nowitz, Raoul | 730 - Project Management and Support | 1.00 |
| | | Attention to review of additional items and sign-off for delivery to the Fee Committee | |
| 11/23/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to detailed review of legal analysis pertaining to the latest judgement on make whole claims; impact on recoveries | |
| 11/23/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |

# Energy Future Holdings Corp – November 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to further review and update of analyses as it pertains to NextEra's financial wherewithal in light of the recent make whole ruling and potential ask to increase cash consideration | |
| 11/24/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to further review and update of analyses as it relates to NextEra's market performance and financial trends | |
| 11/24/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to update of financial analyses relating to the make whole claims and impact on potential recoveries for EFH creditors | |
| 11/25/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of materials pertaining to opposition to the motion to dismiss the Ch. 11 case of the asbestos debtors | |
| 11/25/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of reply in support of motion to dismiss the asbestos debtors for financial elements within the context of financial impacts | |
| 11/25/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of the bankruptcy docket to review any pertinent filings and/or motions with a focus on items impacting on EFH Corp. recoveries | |
| 11/25/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of materials pertaining to the asbestos debtors and related opposition to the motion to dismiss the Ch. 11 case | |
| 11/28/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to participation on call with Evercore on diligence items and status elements | |
| 11/28/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to various matters on case status post call with Evercore. | |
| 11/28/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to participation on call with Proskauer re updates, status and next steps | |
| 11/28/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to participation on update call with team and post-call follow-up. | |
| 11/28/2016 | Hogan, Paul | 795 - Fee Applications/Retention | 3.00 |
| | | Attention to review and filing of October Fee Statement | |
| 11/28/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to further review of D. Ying's expert testimony as it relates to impact of the latest make whole ruling; impact on recoveries | |
| 11/29/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to discussions with team and related follow-up on various elements on key items including make-wholes, cash diligence, views on recoveries | |
| 11/29/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to additional follow-up on certain required diligence items post discussion with counsel (Proskauer) | |
| 11/29/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.00 |

# Energy Future Holdings Corp – November 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to further review of D. Ying's expert testimony regarding EFIH make whole claims, as well as review and update of internal calculations and models relating to the same | |
| 11/29/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review and financial analysis related to amended plan document. | |
| 11/29/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of proposed CRO Term Sheet and other plan related documents. | |
| 11/30/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of the Sep 2016 MOR, comparison to other info and prior estimates of cash burn, and discussion with team on same | |
| 11/30/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to communications with EVR pertaining to Sep 2016 MOR observations. | |
| 11/30/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of board materials ahead of 11.2016 board call; follow-up on same | |
| 11/30/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of latest Board materials and internal discussion regarding the same | |
| 11/30/2016 | Cumbee, Matthew | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to telephonic attendance on Board Call | |
| 11/30/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of materials on make-whole status post board call; follow-up on same | |
| 11/30/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of board materials and plan documentation in advance of board call. | |
| 11/30/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to participation in EFH Board teleconference. | |
| 11/30/2016 | Luria, Neil | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to review and analysis of Amended Plan and cash forecasts. | |
| 11/30/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to analysis of board materials related to Plan Amendment. | |

# Energy Future Holdings Corp – December 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 12/1/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| 12/1/2016 | Nowitz, Raoul | Attention to participation on status update call with Proskauer<br>725 - Dataroom and Diligence Materials | 3.00 |
| 12/1/2016 | Luria, Neil | Attention to follow-up post call with counsel and pre and post call diligence follow-up pertaining to same<br>705 - Plan Development and Testimony | 1.50 |
| 12/1/2016 | Luria, Neil | Attention to review of amended plan and analysis thereof.<br>705 - Plan Development and Testimony | 1.50 |
| 12/2/2016 | Nowitz, Raoul | Attention to analysis of CRO Term Sheet and potential negotiation strategies.<br>718 - Meeting with counsel and with other | 2.00 |
| 12/5/2016 | Luria, Neil | Attention to correspondence with Proskauer and Evercore on cash variance questions, follow-up on same including items for further follow-up<br>705 - Plan Development and Testimony | 1.50 |
| 12/5/2016 | Luria, Neil | Attention to further review of financial analysis of amended plan.<br>705 - Plan Development and Testimony | 1.00 |
| 12/6/2016 | Nowitz, Raoul | Attention to review of structure of plan and potential conditions to closing.<br>795 - Fee Applications/Retention | 0.50 |
| 12/9/2016 | Luria, Neil | Attendance on call with Proskauer to discuss fee app matters.<br>705 - Plan Development and Testimony | 1.50 |
| 12/9/2016 | Cumbee, Matthew | Attention to review of Restructuring Update materials in advance of the EFH/EFIH board meeting and of financial analysis related to recovery by EFH stakeholders.<br>725 - Dataroom and Diligence Materials | 1.00 |
| 12/9/2016 | Cumbee, Matthew | Attention to review of Board materials in advance of Board call<br>729 - EFH Board Meeting Attendance | 0.50 |
| 12/9/2016 | Nowitz, Raoul | Attention to EFH Board call attendance<br>725 - Dataroom and Diligence Materials | 2.00 |
| 12/9/2016 | Nowitz, Raoul | Attention to review of board materials<br>729 - EFH Board Meeting Attendance | 1.00 |
| 12/10/2016 | Nowitz, Raoul | Attention to participation on bi-weekly board call.<br>705 - Plan Development and Testimony | 1.00 |
| 12/10/2016 | Nowitz, Raoul | Attention to review of post-hearing brief in support of motion to dismiss the Chapter 11 petition of asbestos debtors<br>725 - Dataroom and Diligence Materials | 3.00 |
| 12/10/2016 | Nowitz, Raoul | Attention to review of Oct 2016 MORs and related follow-up<br>725 - Dataroom and Diligence Materials | 2.00 |
| 12/10/2016 | Cumbee, Matthew | Attention to comparison of MOR to other analysis; assessment of cash burn trends to emergence<br>725 - Dataroom and Diligence Materials | 2.50 |
| 12/11/2016 | Cumbee, Matthew | Attention to review of latest MOR for unexpected changes in EFH cash balances; follow up on same<br>725 - Dataroom and Diligence Materials | 2.00 |
| 12/12/2016 | Nowitz, Raoul | Attention to update of cash variance analysis as it relates to actual cash reported on the MOR and projected cash from files posted to data room<br>725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of waterfall analytics based on latest make whole discussions; impacts on recoveries | |

# Energy Future Holdings Corp – December 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 12/13/2016 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review of docket and relevant filings including follow-up and project management matters | |
| 12/14/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to discussions with team on status and next steps; focus on cash projection elements and work plan related thereto | |
| 12/14/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of cash trends based on latest information provided and assessment of range of potential cash recoveries at emergence | |
| 12/15/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of Plan documentation and Board Presentation materials. | |
| 12/16/2016 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to participation in EFH Board Meeting. | |
| 12/16/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of revised cash flow matters in order to understand impact to EFH stakeholders of current proposed Plan. | |
| 12/16/2016 | Cumbee, Matthew | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance to the EFH Board call | |
| 12/16/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of the latest Board materials in-advance of the call, including update of waterfall / recovery analyses based on latest negotiations re: MW claims and settlements | |
| 12/19/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of Debtor's Petition for Rehearing En Banc. | |
| 12/19/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of the Court's opinion with respect to Asbestos parties. | |
| 12/19/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of docket for latest filings; review of select filings and follow-up thereto | |
| 12/20/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to review of Judge Sontchi ruling on Opinion Denying the MTD Asbestos Debtors' Case; discussion with team on same | |
| 12/20/2016 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to discussion with Proskauer on the opinion denying the asbestos claimants' MTD the asbestos debtors' cases | |
| 12/20/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to follow-up on financial elements in the opinion denying the asbestos claimants' MTD the asbestos debtors' cases | |
| 12/20/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review of plan documentation and settlement documentation related to proposal to first and second liens re make wholes. | |
| 12/20/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of economic impact of settlement and cash roll-forward implications. | |
| 12/22/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of EFH cash build as of 12/1/2016 provided by Evercore and analyzing total adjusted EFH cash as of 4/30. | |

# Energy Future Holdings Corp – December 2016

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 12/22/2016 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review of case status, case filings, and go-forward work plan needs | |
| 12/22/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of latest cash at emergence files provided by Evercore and comparison against prior versions | |
| 12/24/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to further update of variances analyses as it relates to the latest cash at emergence projections provided by Evercore | |
| 12/25/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to further update of the waterfall / recovery analysis based on updated assumptions regarding Make whole claim allowances | |
| 12/25/2016 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of the latest professional fees projections as it relates to EFH cash balances and projections at emergence | |
| 12/27/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review of EFIH/PIK proposed term sheet related to make whole escrow settlement and amended plan. | |
| 12/27/2016 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of board materials, revisit prior board materials, discussion with team on same. | |
| 12/27/2016 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to participation on board call with post-call follow-up with team. | |
| 12/27/2016 | Cumbee, Matthew | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on the Board call | |
| 12/27/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to Review of impact of PIK proposal on EFH stakeholder recovery and related matters. | |
| 12/28/2016 | Luria, Neil | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to review of filed plan documentation and review of implications to EFH cash at effectiveness. | |
| 12/29/2016 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of latest case developments and related; follow-up as required | |
| 12/29/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to further review of revised plan document and financial impact thereof. | |
| 12/29/2016 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to reviewing cash roll-forward and analysis of implications of value to EFH stakeholders. | |
| 12/30/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to further review of draft plan and current negotiations with PIK noteholders and first and second lien lenders. | |
| 12/30/2016 | Hogan, Paul | 795 - Fee Applications/Retention | 3.00 |
| | | Attention to review, preparation of November monthly fee statement. | |
| 12/30/2016 | Luria, Neil | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review and comparison of impact of various scenarios on EFH cash position and recovery of EFH stakeholders. | |

# Energy Future Holdings Corp - January 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 1/3/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to correspondence with EVR on information requests outstanding and related follow-up. | |
| 1/3/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to review of EFIH First Lien and Second Lien objections filed on 12/29/16 as it relates to financial impacts and discussion with team on same. | |
| 1/3/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Review of objections from First Lien EFIH holders and Second Lien EFH Holders to proposed Disclosure Statement for the Debtor's Sixth Amended Joint Plan of Reorganization; Review of economics of the PIK proposal as compared to First and Second Lienholder proposals. | |
| 1/3/2017 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 4.50 |
| | | Attention to review of EFIH creditor objections and related updated of financial / waterfall analysis | |
| 1/3/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to update of variance analysis regarding the latest projected cash at emergence and impact on recoveries | |
| 1/4/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to further review of materials pertaining to EFIH 1L and 2L make-whole matters; correspondence with counsel on same | |
| 1/4/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of Seventh Amended Joint Plan of Reorganization and review of implication with respect to EFH Corp. | |
| 1/4/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to comparative review of revisions in EFH Corp. projected pre-emergence cash projections, identification of variances. | |
| 1/4/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to roll-forward of recovery analysis and comparison of outcomes at various exit dates with focus on EFH Corp. | |
| 1/5/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to review of financial elements proposed in the 7th Amended Plan | |
| 1/5/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Further review and analysis of Seventh Amended Joint Plan of Liquidation and associated impact on EFH Corp. | |
| 1/6/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to comparative review of emergence date assumptions/deductions and financial impacts. | |
| 1/6/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to comparative review of professionals' success fee elements in emergence date deductions. | |
| 1/9/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Further review of implications of amended plan on EFH cash upon effectiveness; Review of Disclosure Statement analytics in connection with same; Review of additional due diligence documentation related to same. | |
| 1/10/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.50 |

# Energy Future Holdings Corp - January 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of emergence date cash tax deductions, bonus depreciation impacts, with comparison to prior versions. | |
| 1/11/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to call with Proskauer tax pertaining to tax adjustments on emergence date cash projections. | |
| 1/11/2017 | Nowitz, Raoul | 730 - Project Management and Support | 1.50 |
| | | Attention to review, preparation and finalization of November 2016 time and expense package for delivery. | |
| 1/11/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to preparation and review of content ahead of call with Evercore on data requirements | |
| 1/11/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attendance on call with Evercore on various data and information requirements. | |
| 1/11/2017 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with Evercore to discuss outstanding diligence requests, including related follow up | |
| 1/12/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of materials regarding compilation of diligence questions for company | |
| 1/12/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to drafting of diligence questions pertaining to EFH Corp cash and tax matters | |
| 1/13/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to further discussions with team on diligence matters; updating of diligence list; distribution of same. | |
| 1/13/2017 | Nowitz, Raoul | 730 - Project Management and Support | 1.00 |
| | | Updating of Feb 2016 budget as requested. | |
| 1/13/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Review of information forwarded by team members regarding EFH/EFIH professional fee allocations and information provided by Evercore; Review of files provided by Evercore; Attention to estimating cash available for distribution to EFH stakeholders based on current cash flow forecasts and allocation of professional fees and success fees of Evercore and others. | |
| 1/16/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Review of updated information related to forecasted effective date EFH Corp. cash in order to determine amount available under Amended and Restated Plan for EFH stakeholders. | |
| 1/16/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 0.50 |
| | | Attention to review of letter pertaining to depositions covering EFH Corp. NOLs. | |
| 1/16/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to further review of EFH Corp. cash pertaining to latest estimates of EFH Corp. recoveries and outstanding financial due diligence items.   (*Note: This was originally coded to 760 - Meetings with Disinterested Directors on the monthly fee statement in error) | |
| 1/18/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of November EFH Monthly Operating Report filed with the U.S. Bankruptcy Court to understand current EFH cash burn. | |
| 1/18/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |

# Energy Future Holdings Corp - January 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of APA and other relevant materials pertaining to financial elements of boiler sale to PSCC; communications with Evercore on same. | |
| 1/18/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to development of analysis relating to the ancillary asset sale to PSCC and potential impacts on recoveries | |
| 1/19/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to review of 01.20.2017 board package with required follow-up | |
| 1/19/2017 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to planning including confirmation trial elements for required review and follow-up | |
| 1/19/2017 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 4.50 |
| | | Attention to continued update of analysis relating to NextEra and transaction feasibility given recent market trends | |
| 1/19/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of additional information pertaining to proceeds on boiler sale to PSCC | |
| 1/20/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to discussions with team as post Board meeting follow up | |
| 1/20/2017 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attendance on board meeting | |
| 1/20/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of P. Keglevic deposition transcript from 01/18/2017, with follow-up. | |
| 1/20/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to further review of outstanding diligence items, follow-up with EVR on same. | |
| 1/20/2017 | Cumbee, Matthew | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on EFH Board call | |
| 1/21/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Review of Jan. 20th EFH Board of Directors materials; Review of P. Keglevic deposition transcript. | |
| 1/21/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of latest docket, follow-up on same. | |
| 1/21/2017 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to review of implications of recent utility market trends and potential impact on Oncor purchase price | |
| 1/23/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of David Ying (Evercore) and John Stuart (A&M) expert reports. | |
| 1/23/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to revisiting and review of the 10.21.2016 expert report written by Thomas Vasquez, Ankura Consulting group pertaining to forecasting the E-side asbestos liability. | |
| 1/23/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of outstanding questions for the company, compilation of updated diligence tracker. | |
| 1/24/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to review of update D. Ying expert report dated 01.20.2017 with related follow-up. | |

# Energy Future Holdings Corp - January 2017

| Date | Person | Activity Code | Duration |
|---|---|---|---|
| 1/24/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to discussion with Proskauer on case related matters | |
| 1/24/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to initial review of responses from the company on EFH Corp. cash diligence questions. | |
| 1/25/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 4.00 |
| | | Attention to further review of responses to cash diligence questions, with related follow-up. | |
| 1/25/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attendance on updated diligence call with Evercore. | |
| 1/25/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to review of professional fee allocation analysis and ongoing estimates to determine impact on EFH Corp cash | |
| 1/26/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of A. Horton deposition on 01/20/2017 with focus on financial elements; post-review follow-up. | |
| 1/26/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to review of latest docket for relevant filings | |
| 1/26/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of latest professional fees estimates in light of discussions with EVR and diligence responses | |
| 1/26/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of comparative cash projections based on diligence responses. | |
| 1/26/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Review of latest status of confirmation process; Review of potential PUC issues; Review of docket filings related to confirmation process; Review of expert witness report of David Ying. | |
| 1/27/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to discussions with Proskauer Litigation on specific case matters | |
| 1/27/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to follow-up post discussion with Proskauer. | |
| 1/27/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to review of A. Wright deposition dated 01.26.2017 with post-review follow-up on certain financial matters. | |
| 1/28/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to read of E-side Plan Supplement as filed pertaining to the E-side and financial items related therein; follow-up on same. | |
| 1/29/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to internal status updating on key case matters. | |
| 1/29/2017 | Nowitz, Raoul | 730 - Project Management and Support | 1.50 |
| | | Attention to review and updating of workplan needs | |
| 1/30/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to drafting of initial questions to Proskauer pertaining to EFH Corp items in the latest Plan Supplement filed 01.27.17; follow-up on same. | |
| 1/30/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attendance on call with Proskauer pertaining to Plan Supplement observations based on review. | |
| 1/30/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |

**Energy Future Holdings Corp - January 2017**

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to follow-up and review post call with Proskauer; draft of email to Evercore, review of additional information | |
| 1/30/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 0.50 |
| | | Attention to follow-up call with Evercore pertaining to admin/priority claim items at EFH Corp; post-call follow-up including review of cash emergence schedule | |
| 1/30/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 0.50 |
| | | Attention to review of cash at emergence schedule post discussion with Evercore on same | |
| 1/31/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of build-up of EFH Corp. admin claims and priority claims; further follow-up on same | |
| 1/31/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to further review of company responses to cash related due diligence questions for purpose of drafting follow-up questions for Evercore | |
| 1/31/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to further review of Nov 2016 MOR with compilation and submission of questions. | |
| 1/31/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review and analysis relating to EFH administrative and priority claims and impact on recovery | |

# Energy Future Holdings Corp - February 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 2/1/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to review of J. Stuart Expert Report dated 01.20.2017 pertaining to the EFH Corp. Hypothetical Liquidation Analysis | |
| 2/1/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to development questions ahead of call with A&M on the J. Stuart composed Hypothetical Liquidation Analysis | |
| 2/1/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attendance on call with A&M to discussion the J. Stuart expert report dated 01.20.2017 | |
| 2/1/2017 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to call with A&M to review liquidation analysis | |
| 2/2/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of UST objection to the 7th Amended Plan dated 02.02.17 with follow-up. | |
| 2/2/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to further follow-up on elements of cash projection pertaining to 4/30/17 projected balance including emergence date assumptions. | |
| 2/2/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of UST objection to 7th amended plan; review of other filings associated with seventh amended plan. | |
| 2/3/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of the second amended plan supplement t the 7th Amended Plan filed on 02.02.2017 with related follow-up. | |
| 2/3/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to drafting of questions for Proskauer on financial elements of key plan matters and communication with counsel | |
| 2/3/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of latest objections to the 7th Amended Plan and the 2nd Amended Plan Supplement, as it related to financial matters. | |
| 2/4/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to review of latest filings and objections pertaining to E-side matters and impact on EFH Corp; correspondence with Proskauer on same | |
| 2/7/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of Stipulation and Agreement dated 02.06.2017 and related financial sensitivities as it relates to any potential EFH Corp. Recovery impacts; correspondence with counsel on same | |
| 2/7/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to review of latest outstanding and new financial due diligence items, updating of latest DD tracker, submission to Evercore. | |
| 2/7/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to review of Stipulation & Dismissal related to principal payments and EFIH intercreditor litigation matters and impact on EFH cash. | |
| 2/8/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of court filings related to Amended Plan; Review of impact of amended plan on EFH cash; Review of correspondence from R. Nowitz re same. | |

# Energy Future Holdings Corp - February 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 2/8/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to further review of cash items and diligence of same ahead of the E-side confirmation trial | |
| 2/8/2017 | Nowitz, Raoul | 730 - Project Management and Support | 1.50 |
| | | Attention to work plan matters and areas for continued monitoring | |
| 2/8/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of docket for relevant filings and objections as it relates to EFH Corp. financial elements | |
| 2/8/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to review of liquidity projections and related cash analyses in preparation for E-side plan confirmation trial | |
| 2/9/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of docket for latest materials ahead of E-side confirmation trial | |
| 2/9/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to review of Fidelity motion in support of 6th Amended Plan. | |
| 2/10/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of filings including Fidelity's Statement to the Seventh Amended Plan dated 02.09.2017 | |
| 2/10/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to the review of the EFH Indenture Trustee's response filed on 02.09.2017 to the UST's objection as it relates to professional fee reimbursement, including follow-up. | |
| 2/10/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to the NEE response on 02.10.2017 to the TCEH Unsecured limited objection to the Seventh Amended Plan, with follow-up. | |
| 2/10/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of financial elements of notice of filing of proposed E-side confirmation order; discussion with Proskauer on same. | |
| 2/11/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to review of the Debtors' memorandum of law as it relates to financial elements of the Seventh Amended Plan. | |
| 2/11/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to review of EFH Corp's recent professional fee run-rate. | |
| 2/11/2017 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of NextEra's response to the TCEH Uns objection to the Seventh Amended Plan | |
| 2/11/2017 | Cumbee, Matthew | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to the review of the EFH Indenture Trustee's response to the objection filed as it relates to professional fee reimbursement and review of potential impact on EFH cash | |
| 2/13/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to review of latest objections, stipulations, and related pertaining to the Seventh Amended Plan and the Plan Supplement as it related to financial elements; correspondence with counsel on same. | |
| 2/13/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 0.50 |
| | | Attention to review of First Lien makewhole settlement and implications to EFH cash. | |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

7 of 20

## Energy Future Holdings Corp - February 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 2/14/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of pre-trial materials, filings and motions as it relates to EFH Corp. | |
| 2/14/2017 | Nowitz, Raoul | 730 - Project Management and Support | 1.00 |
| | | Attention to review of December invoice matters. | |
| 2/14/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of latest make-whole litigation status and latest preliminary findings | |
| 2/14/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to review of make whole litigation status and impact on waterfall / recovery analyses | |
| 2/15/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of current status of global makewhole settlement; Review of EFH implications thereof. | |
| 2/15/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to review of latest amended plan supplement as it relates to EFH Corp. cash projection at emergence and correspondence with counsel on same | |
| 2/15/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to updating of due diligence info request list, review of prior items remaining outstanding, submission to Evercore of same | |
| 2/16/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to review of transcripts from E-side confirmation hearing. | |
| 2/16/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of court transcript for 02.13.17 and 02.14.17 E-side confirmation hearing; correspondence with Proskauer on same | |
| 2/16/2017 | Hogan, Paul | 795 - Fee Applications/Retention Applications | 3.00 |
| | | Attention to review and filing of December 2016 Fee Statement. | |
| 2/20/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to correspondence and follow-up with counsel and Evercore pertaining to outstanding financial diligence items. | |
| 2/20/2017 | Nowitz, Raoul | 730 - Project Management and Support | 0.50 |
| | | Attention to discussions with team on work plan and scope to emergence. | |
| 2/20/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to review of and discussion with counsel regarding final version of the 8th Amended Plan, including financial elements in the signed order. | |
| 2/20/2017 | Cumbee, Matthew | 730 - Project Management and Support | 1.00 |
| | | Attention to review of time entries / narratives in preparation for the latest fee application filing | |
| 2/20/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to review of outstanding diligence requests and related follow up | |
| 2/20/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 4.00 |
| | | Attention to review of 8th Amended Plan and update of related anlayses | |
| 2/21/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

8 of 20

# Energy Future Holdings Corp - February 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of court transcript from 02.15.2017 E-side confirmation hearing; follow-up on same and correspondence with counsel. | |
| 2/21/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 4.00 |
| | | Attention to attendance via online access to the part 1 of the PUCT Hearing on The Merits Electric Docket: 46238 pertaining to Oncor on 02.21.2017; with follow-up. | |
| 2/21/2017 | Cumbee, Matthew | 730 - Project Management and Support | 1.50 |
| | | Attention to review of time entries / narratives in preparation for the latest fee application filing | |
| 2/22/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of transcript of E-side confirmation hearing. | |
| 2/22/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to attendance via online access to the part 2 of the PUCT Hearing on The Merits Electric Docket:46238 pertaining to Oncor on 02.22.2017; with follow-up. | |
| 2/23/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to attendance via online access to the part 3 of the PUCT Hearing on The Merits Electric Docket:46238 pertaining to Oncor on 02.23.2017; with follow-up. | |
| 2/23/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to comparison of liquidity projections from Board materials to previous projections provided by the company and development of variance analysis | |
| 2/23/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of the latest Board materials | |
| 2/24/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 0.50 |
| | | Attention to attendance via online access to the part 4 of the PUCT Hearing on The Merits Electric Docket:46238 pertaining to Oncor on 02.24.2017; with follow-up. | |
| 2/24/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of professional fees run-rate and related | |
| 2/25/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 4.00 |
| | | Attention to review and update of analysis regarding utility market valuation trends | |
| 2/27/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of Debtors objection to certain proofs of claim submitted by the IRS dated 02.24.2017; follow-up on same. | |
| 2/27/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of cash projections and latest schedules for comparison against details provided in the Debtors' objections filed 02.24.2017 | |
| 2/27/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to update call with Proskauer pertaining to cash at emergence matters | |
| 2/27/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to review of board materials in advance of board meeting. | |
| 2/28/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of board materials ahead of 02.28.2017 board call | |
| 2/28/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

9 of 20

# Energy Future Holdings Corp - February 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of cash projections/liquidity forecast as included in the 02.28.2017 board materials, including variances analyses related to prior forecasts | |
| 2/28/2017 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on board call. | |
| 2/28/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to attendance on call with Proskauer pertaining to certain items discussed on the board call; follow-up on same. | |
| 2/28/2017 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance of EFH board meeting | |
| 2/28/2017 | Cumbee, Matthew | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on EFH Board call | |
| 2/28/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to internal discussion regarding latest liquidity projections | |
| 2/28/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to discussion with team on liquidation tracking and roll-forward | |
| 2/28/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to review of Board materials ahead of the Board call | |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

10 of 20

## Energy Future Holdings Corp - March 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 3/1/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.50 |
| | | Attention to review of the 02.16.2017 E-side confirmation transcript with focus on financial elements pertaining to EFH Corp. | |
| 3/1/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to ongoing update of utility sector trends and related valuation considerations | |
| 3/2/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of 02.17.2017 E-side Confirmation Hearing transcript; follow-up on same. | |
| 3/2/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to initial review of company and K&E responses to due diligence tracker of outstanding due diligence questions; follow-up on same including professional fees estimates, cash at emergence projections. | |
| 3/2/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to follow up of due diligence tracker for items requiring further follow-up and explanation from the company. | |
| 3/2/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to submission of draft due diligence responses to Proskauer Bankruptcy and Proskauer Tax; correspondence with Proskauer and follow-up on various items per discussion | |
| 3/2/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to various elements pertaining to GDC sale of boiler and related proceeds in the context of EFH Corp. cash at emergence projection; discussion with Proskauer on same. | |
| 3/2/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to further review of professional fee and cash at emergence estimates as follow up to call with K&E | |
| 3/3/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of diligence requests and update of outstanding items pertaining to EFH Corporate cash | |
| 3/4/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of the motion for allowance of administrative professional fees expense claims by select creditors and their advisors, and potential impact on EFH Corp cash projections and at emergence | |
| 3/5/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of the E-side confirmation hearing transcript for potential impact on EFH Corp recoveries | |
| 3/6/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of Motion to Allow Administrative Expenses Claim for select creditors and their advisors in terms of substantial contribution in support of fees; communication with Proskauer on same | |
| 3/6/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to further review of due diligence tracker; discussion with team and Proskauer on same; updating of same. | |
| 3/7/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further required review of outstanding items on due diligence tracker and update for submission to Evercore | |
| 3/7/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

11 of 20

# Energy Future Holdings Corp - March 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to further diligence and review of professional fees projection. | |
| 3/7/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of the latest diligence responses provided by Evercore; with follow-up on same. | |
| 3/8/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to review of management/Evercore responses received on 03.07.2017 to latest outstanding due diligence questions; correspondence with Proskauer on same. | |
| 3/8/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of elements of the wind-down budget and discussion with counsel and Evercore on same | |
| 3/8/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of professional fees for reasonableness of allocations and comparison to prior allocations | |
| 3/8/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to internal correspondence and discussion regarding the cash related diligence responses provided by Evercore | |
| 3/10/2017 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to reviewing, marking up and sharing of latest draft with team of the Sixth Interim SOLIC Fee App | |
| 3/10/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of email response from Proskauer tax pertaining to financial elements of tax claims due diligence outstanding items post Proskauer Tax and K&E Tax discussion | |
| 3/10/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of elements of tax claims based on prior projections | |
| 3/10/2017 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Review of responses from Evercore and K&E on various due diligence issues including tax related matters; review of email correspondence from team members re same; review of Proskauer responses on various tax related diligence issues. | |
| 3/10/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to further review of items noted by Proskauer tax pertaining to cash due diligence items; follow-up on same. | |
| 3/12/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further follow-up on cash due diligence items; correspondence with Proskauer on same | |
| 3/13/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to ongoing review of latest financial due diligence list and update of requests for submission to Evercore | |
| 3/13/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 2.00 |
| | | Attention to final review and required updating of SOLIC's 6th Interim Fee App ahead of submission | |
| 3/13/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of the EFIH revised settlement agreement, filed on 3/10/2017 | |
| 3/14/2017 | Nowitz, Raoul | 730 - Project Management and Support | 1.00 |
| | | Attention to review and editing of April 2017 budget with narratives as required for submission. | |
| 3/14/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

12 of 20

# Energy Future Holdings Corp - March 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of Order Approving Assumption of Oncor Tax Sharing Agreement Prior to Plan Effective Date | |
| 3/14/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of the order approving the assumption of Oncor Tax Sharing Agreement and potential impact on EFH corp cash | |
| 3/15/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of Evercore responses to latest financial due diligence tracker; required follow-up | |
| 3/15/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to review of potential wind-down expenses in light of feedback received on estimates of reserve and related components | |
| 3/16/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of professional fees projections/estimates and related wind-down projections; correspondence with Proskauer on same; updating and distribution of latest due diligence tracker to Evercore | |
| 3/17/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to follow-up associated with Evercore feedback on wind-down reserve due diligence question | |
| 3/17/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of docket pertaining to relevant filings and motions. | |
| 3/20/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of debtor-prepared declaration in support of motion or allowance of EFH Corp. key creditor claim based on substantial contribution; follow-up on same. | |
| 3/20/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to statement of Delaware Trust Company in support of the EFIH settlement; follow-up on same. | |
| 3/21/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of communications and discussion with counsel regarding the asbestos plaintiff appeal | |
| 3/21/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to initial review of 03.20.17 update to cash projection and follow-up on same. | |
| 3/21/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of latest debtor-prepared estimates on creditor professional fees at emergence; review of motions pertaining to same; including follow-up | |
| 3/21/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of the latest updated EFH/EFIH cash projections provided by Evercore | |
| 3/22/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.50 |
| | | Attention to review of EFIH Second Lien Trustees Statement in Support of Motion for Entry of an Order Approving the EFIH Settlement | |
| 3/22/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of latest debtor-side professional fee projection based on 03.20.17 update; follow-up on same. | |
| 3/22/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |

# Energy Future Holdings Corp - March 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to continued review of the professional fees at emergence and related allocations amongst estates, including review of variance analyses comparing prior estimates | |
| 3/22/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of debtor-side professional fee allocation/projections based on the update provided March 20 | |
| 3/23/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of run-rate professional fees relative to projection and wind-down provision; follow-up on same. | |
| 3/23/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of prior due diligence tracker for explanations in the context of revisions to the latest cash projection | |
| 3/23/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of the latest update to the IRS audit settlement payment in the most recent cash projection | |
| 3/23/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to compilation of draft financial due diligence questions based on the 03.20.2017 cash forecast update for review with Proskauer | |
| 3/23/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of certification pertaining to IRS proofs of claims; correspondence with counsel on same | |
| 3/23/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 0.50 |
| | | Attention to further review of the IRS audit settlement payment, including related review of correspondence from Proskauer Tax | |
| 3/23/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to follow-up with Proskauer Tax on same pertaining to an expected call with K&E Tax on this item | |
| 3/24/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further review of the aggregate professional fee estimates and comparison of aggregate provision to prior estimates to assess appropriate cushion requirements | |
| 3/24/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further review of materials, diligence on select items, and updating of financial due diligence questions list for the company. | |
| 3/27/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Additional diligence on professional fees projection in light of latest estimates | |
| 3/27/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of reasonableness of latest wind down reserve; comparison to prior estimates | |
| 3/27/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to further review of select creditor advisors' admin claim estimates | |
| 3/28/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of docket for latest approved orders, EFH Corp. key creditor approved order for admin claim, and other | |
| 3/28/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of latest IRS cash claims against EFH | |
| 3/28/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

14 of 20

# Energy Future Holdings Corp - March 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to further updating of due diligence tracker; distribution to Evercore of same. | |
| 3/28/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of the IRS proof of claims objection and potential impact on EFH/EFIH cash projections | |
| 3/28/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to further review of emergence deductions from latest EFH Corp. pre-emergence cash projection | |
| 3/28/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of order sustaining Debtor's partial objection to IRS proofs of claims and correspondence | |
| 3/29/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to review of Order on the EFIH make-whole settlement | |
| 3/29/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of additional analysis on recoveries and sensitivities with a focus on EFH Corp; follow-up on same. | |
| 3/30/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of information on PUCT ruling pertaining to NEE purchase of Oncor | |
| 3/30/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 |
| | | Attention to correspondence with Proskauer on PUCT ruling; follow-up on same. | |
| 3/31/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attendance on PUCT recorded hearing pertaining to Oncor acquisition dated 03.03.2017 | |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

15 of 20

# Energy Future Holdings Corp - April 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 4/2/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of board materials for 04.03.2017 board call; follow-up on same. | |
| 4/2/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of materials prepared for the EFH Board call | |
| 4/3/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to review of order sustaining objections to improperly asserted claims; follow-up on same. | |
| 4/3/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of Board materials in anticipation of EFH Board Meeting. | |
| 4/3/2017 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to attendance on board call; post call follow-up. | |
| 4/3/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to preliminary review of prior standalone-equitization constructs | |
| 4/3/2017 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attended EFH telephonic teleconference call. | |
| 4/3/2017 | Cumbee, Matthew | 729 - EFH Board Meeting Attendance | 2.00 |
| | | Attention to attendance on EFH Board call | |
| 4/5/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to initial review of responses from management and Evercore received on 04.03.2017 pertaining to latest financial due diligence tracker; follow-up with team on same | |
| 4/6/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of latest docket for relevant filings and motions; follow-up on same | |
| 4/6/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.50 |
| | | Attention to additional review of prior alternative restructuring plans; discussion with team on same; assessment regarding framework for discussion/development. | |
| 4/8/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of commentary on implied value based on trading prices; follow-up on same. | |
| 4/8/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to further review of EVR due diligence cash projection responses; follow-up on same | |
| 4/8/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of EFH recent cash projection and trends (pre- and post-emergence) pertaining to cash projection as part of stand-alone plan considerations. | |
| 4/8/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to correspondence with counsel and follow-up pertaining to elements of stand-alone equitization plan considerations. | |
| 4/9/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of latest docket for filings/motions/fee matters, review and follow-up of same | |
| 4/10/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of latest cash projections in light of potential stand-alone plan considerations. | |
| 4/10/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |

# Energy Future Holdings Corp - April 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of potential alternative restructuring scenarios, correspondence with Proskauer on same; review of materials. | |
| 4/10/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to development of draft questions for EVR on alternative restructuring scenario requirements | |
| 4/11/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 4.00 |
| | | Attention to review of prior SOLIC materials pertaining to alternative restructuring scenarios, including sensitivities and projected recoveries. | |
| 4/11/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to review of market metrics of comparable companies. | |
| 4/11/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of previously prepared E-side stand alone plan materials in preparation of the PUCT adverse ruling | |
| 4/12/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of specific EFH Corp. cash projection and related recoveries as directed by a Proskauer request; including correspondence with Evercore on same. | |
| 4/12/2017 | Nowitz, Raoul | 730 - Project Management and Support | 1.50 |
| | | Attention to discussion with team on work plan requirements, development and updating | |
| 4/12/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to further review of prior materials and analyses pertaining to E-side standalone equitization plan. | |
| 4/12/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to review and preparation of waterfall and cash projection materials in response to a creditor diligence request | |
| 4/13/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of PUC docket # 46238/Order denying PUCT approval of the NEE acquisition of Oncor | |
| 4/14/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of Dec 2016 MOR for comparison against prior MOR's to determine trends in EFH cash | |
| 4/14/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to updating of due diligence tracker for latest questions covering review of Dec 2016 MOR | |
| 4/14/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 0.50 |
| | | Attention to distribution of draft Dec 2016 MOR review questions with counsel; follow-up on same. | |
| 4/14/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to further review of prior developed information pertaining to alternative restructuring scenarios | |
| 4/15/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of select financial metrics of NEE based on PUCT "no vote" on the Oncor transaction | |
| 4/15/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to review of the latest MOR and development of related questions | |
| 4/16/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of materials ahead of the EFH Board call | |
| 4/17/2017 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to attendance on EFH telephonic board meeting. | |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

17 of 20

# Energy Future Holdings Corp - April 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 4/17/2017 | Luria, Neil | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to review of board meeting materials in advance of EFH telephonic board meeting. | |
| 4/17/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of board materials for 04.17.2017 board meeting | |
| 4/17/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to review of various financial analyses included in board materials and internal discussion regarding same | |
| 4/17/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 0.50 |
| | | Attendance on call with working team including discussion on workplan and next steps | |
| 4/17/2017 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attendance on Board call; post-call follow-up. | |
| 4/17/2017 | Cumbee, Matthew | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to attendance on the EFH Board call | |
| 4/17/2017 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to internal discussion as a follow up to matters discussed on the EFH Board call | |
| 4/17/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of claims and cash at emergence schedules and correspondence with Evercore to provide update of the same | |
| 4/18/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to call with Proskauer pertaining to status and next steps in light of PUCT ruling. | |
| 4/18/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 4.00 |
| | | Attention to preparation and team discussions ahead of call with Proskauer | |
| 4/18/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to call with Evercore pertaining to information requests | |
| 4/18/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to preparation of follow-up questions for Evercore in light of receipt of responses received to prior cash related diligence questions | |
| 4/18/2017 | Cumbee, Matthew | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to a call with Evercore to discuss outstanding diligence requests | |
| 4/18/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to research relating to EFH/EFIH debt trading prices and update of related analyses | |
| 4/18/2017 | Hogan, Paul | 795 - Fee Applications/Retention Applications | 3.00 |
| | | Attention to filing and review of the 25th (January 2017) monthly fee application. | |
| 4/19/2017 | Nowitz, Raoul | 730 - Project Management and Support | 0.50 |
| | | Attention to review of memo received from fee examiner pertaining to the Eighth Fee Period (Sixth Interim) | |
| 4/19/2017 | Nowitz, Raoul | 730 - Project Management and Support | 1.50 |
| | | Attention to review of time entries and required updating as requested by the fee examiner. | |
| 4/19/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.50 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

18 of 20

# Energy Future Holdings Corp - April 2017

| Date | Person | Activity Code | Duration |
|------|--------|--------------|----------|
| | | Attention to review of materials pertaining to possible alternative restructuring scenarios and potential impact on creditor recoveries | |
| 4/20/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to further review of materials and discussions with team pertaining to alternative plans | |
| 4/22/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to refreshing various valuation considerations regarding Oncor | |
| 4/24/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to review of docket pertaining to key filings and updates post PUCT no-vote | |
| 4/24/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to review of further key items pertaining to EFH Corp. cash projection and follow-up on same | |
| 4/25/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to initial review of Jan 2017 MOR; follow-up on same | |
| 4/25/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review and reconciliation of actual cash balances to most recent cash projections provided by the company | |
| 4/26/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to updating and review of previously prepared Dec 2016 MOR questions. | |
| 4/26/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to review of Jan 2017 MOR for comparison against prior MOR's to determine trends in EFH cash | |
| 4/26/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.00 |
| | | Attention to review of information pertaining to development of updated due diligence tracker, including compilation of additional follow up financial due diligence questions and submission of draft questions to Proskauer for review. | |
| 4/26/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Discussion with Proskauer regarding current status of restructuring efforts; review of PUC rulings; review of alternative restructuring strategies and structures; review of tax implications thereof; review of value to EFH stakeholders based upon potential outcomes; attention to related restructuring issues. | |
| 4/26/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to review of the January MOR and development of questions relating to EFH cash and variances from projection | |
| 4/27/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to further review, revision and update of questions pertaining to the Dec 2016 and Jan 2017 MORs, including internal review with team on same | |
| 4/27/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to review of recent SG&A trends at EFH. Corp and internal discussion with team on same per MOR review | |
| 4/27/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 1.00 |
| | | Attention to development and review of trending SG&A expenses as it relates to EFH Corp. and variances to cash projections | |
| 4/28/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 2.50 |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

19 of 20

## Energy Future Holdings Corp - April 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of historical analysis of SG&A and interest income line items and comparison of same to the company's latest cash projection | |
| 4/28/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 0.50 |
| | | Attention to discussions with working team on EFH Corp. SG&A trend analysis | |
| 4/28/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 1.50 |
| | | Attention to review of quarterly operating report for the quarter ended December 2016. | |
| 4/28/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Review of restructuring materials and past board presentations in advance of upcoming board education session. | |
| 4/29/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Review of Restructuring Workshop board materials prepared for EFH and EFIH Board meeting to be held on May 1st. | |
| 4/29/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.50 |
| | | Attention to continued update of Oncor financial metrics, considerations and analyses | |
| 4/29/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 4.00 |
| | | Attention to update of waterfall and recovery analyses to anticipate valuation breakpoints as it relates to a potential E-side creditor plan | |
| 4/30/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to review of Restructuring Workshop materials for the May 1, 2017 Director Education Session. | |
| 4/30/2017 | Cumbee, Matthew | 725 - Dataroom and Diligence Materials Review | 2.00 |
| | | Attention to review of materials prepared for the EFH Board workshop meeting | |
| 4/30/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.00 |
| | | Attention to review of termination fee matters in the May 1, 2017 Restructuring Workshop materials | |
| 4/30/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to further review of financial analyses and related creditor recoveries as it relates to potential Conflict Matters | |

SOLIC Capital Advisors, LLC | 1603 Orrington Ave, Suite 1600 | Evanston, Illinois 60201
Phone 847-583-1618 | Fax 847-583-1719

20 of 20

## Energy Future Holdings Corp - May 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 5/1/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to further follow-up on financial analyses included in the Restructuring Workshop materials dated May 1, 2017 | |
| 5/1/2017 | Luria, Neil | 729 - EFH Board Meeting Attendance | 3.00 |
| | | Attention to EFH Board Education Session via teleconference. | |
| 5/1/2017 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 3.00 |
| | | Attention to telephonic attendance on Director Education Session/Restructuring Workshop | |
| 5/1/2017 | Cumbee, Matthew | 729 - EFH Board Meeting Attendance | 3.00 |
| | | Attention to telephonic attendance to the EFH Board workshop meeting | |
| 5/2/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of the Restructuring Workshop materials from May 1st, with attention on cash receipts and other elements; including discussion with Proskauer on same | |
| 5/2/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to further review of materials post Director Workshop | |
| 5/2/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of EFH Corp. professional fees run-rate based on trend analysis produced; discussion with Proskauer and sharing of same. | |
| 5/2/2017 | Luria, Neil | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to follow-up review of various EFH issues arising as a result of lack of PUC approval of NEE transaction and impact of various potential structures or transactions on EFH stakeholders. | |
| 5/3/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to attendance on call with Proskauer regarding case status and next steps | |
| 5/3/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to initial review of Feb 2017 MORs | |
| 5/4/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to further review of backup plan hurdles to equitization plan follow-up on same | |
| 5/4/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review and reconciliation of cash balance in the Restructuring Workshop May 1, 2017 materials; follow-up on same | |
| 5/4/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to comparative review of key EFH Corp. items in the Feb 2017 MOR compared to the Jan 2017 MOR and Dec 2016 MOR; follow-up on same. | |
| 5/5/2017 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to addressing budgeting and invoicing requirements | |
| 5/5/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to further review of various files and cash projections pertaining to EFH Corp. cash | |
| 5/5/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to further revision and updating of due diligence tracker for Evercore, send of cover note and draft to Proskauer for review. | |
| 5/6/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of Evercore-prepared valuation metrics in the board materials of 05.01.2017 | |

## Energy Future Holdings Corp - May 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 5/7/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.50 |
| | | Attention to review of draft PUCT Advocacy Plan deck | |
| 5/8/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of MORs and related cash projections; updating of financial due diligence tracker; sending to Evercore of same | |
| 5/8/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of various court filings associated with the stipulation with Citigroup Financial Products; correspondence with Proskauer on same | |
| 5/9/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to further review of the Citi hedging settlement stipulation including further correspondence with Proskauer on recovery impacts. | |
| 5/9/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to various information on the NEE discussions with the PUCT on 05.08.2017 | |
| 5/9/2017 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review of monthly fee submission report for required hours; review of same | |
| 5/10/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.00 |
| | | Attention to review of board materials for 05.10.2017 board meeting; follow-up on same. | |
| 5/10/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.50 |
| | | Attention to review of PUCT docket 46238 Joint Report and Application of Oncor and NextEra for regulatory approvals | |
| 5/10/2017 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 2.00 |
| | | Attention to attendance on telephonic board call | |
| 5/10/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 |
| | | Attention to attendance on call with Proskauer post board meeting | |
| 5/10/2017 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.50 |
| | | Attention to Attendance on EFH board of director's teleconference. | |
| 5/10/2017 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of due diligence request list items for Evercore related to EFH cash roll-forward; review of issues associated with Elliott PIK positions; review of various other matters associated with PUC ruling impact. | |
| 5/11/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 4.50 |
| | | Attention to further review of March 2017 Finance Operating Report; comparison against prior projections; comparative analysis; development of questions; updating of due diligence tracker; distribution of draft to Proskauer for review | |
| 5/11/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of professional fees projection schedule by firm per the March 2017 Monthly Reporting package and discussion with team on same. | |
| 5/11/2017 | Luria, Neil | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of March 2017 Monthly Operating Report and review of cash roll-forward issues; review of diligence request list items provided to Evercore. | |

## Energy Future Holdings Corp - May 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| 5/12/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of PUC amicus brief filed by EFH and Elliot Management verified complaint. | |
| 5/12/2017 | Luria, Neil | 729 - EFH Board Meeting Attendance | 0.50 |
| | | Attention to Attendance on EFH board teleconference. | |
| 5/12/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of Elliott Associates adversary proceeding; follow-up on same | |
| 5/12/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to review of board materials ahead of 05.12.2017 board call | |
| 5/12/2017 | Nowitz, Raoul | 729 - EFH Board Meeting Attendance | 0.50 |
| | | Attention to attendance on board call | |
| 5/12/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to updating of diligence tracker based on feedback from Proskauer; distribution of same to Evercore. | |
| 5/14/2017 | Luria, Neil | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to review of Amicus Curiae brief of EFH and EFIH in support of a rehearing filed with the Texas Public Utilities Commission. | |
| 5/14/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of the EFH Amicus Curiae brief PUC docket no 46238 | |
| 5/15/2017 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review and editing of June 2017 fee budget and review of the March 2017 fee statement. | |
| 5/15/2017 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 1.00 |
| | | Attention to teleconference with M. Thomas regarding blow-out matters related to Elliott NDA and other matters; Follow-up discussion with R. Nowitz re same. | |
| 5/15/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 3.00 |
| | | Attention to discussions with team and Proskauer on status, next steps, key issues; follow-up on same | |
| 5/16/2017 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 |
| | | Attention to EFH Board call via teleconference. | |
| 5/16/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of latest docket with focus on professional fees filings; follow-up on same. | |
| 5/16/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.50 |
| | | Attention to review of board materials; follow-up with team on same | |
| 5/16/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 1.00 |
| | | Attention to debrief/follow-up post Board call | |
| 5/16/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of professional fees run-rate and follow-up on same. | |
| 5/16/2017 | Luria, Neil | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to discussion with M. Thomas regarding current status of plan process and revisions to SOLIC engagement; Follow-up discussion with R. Nowitz re same. | |
| 5/17/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |

**Energy Future Holdings Corp - May 2017**

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of latest version of financial due diligence tracker; follow-up on same | |
| 5/17/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.00 |
| | | Attention to review of latest docket for relevant filings and related | |
| 5/18/2017 | Luria, Neil | 729 - EFH Board Meeting Attendance | 0.50 |
| | | Attention to attendance on EFH Board Meeting. | |
| 5/18/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony Review & Analysis | 2.50 |
| | | Attention to review of board materials; post- board call further review and discussion of same | |
| 5/18/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other constituents | 0.50 |
| | | Attention to status discussions with Proskauer | |
| 5/18/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of professional fees run-rate per recent discussions with Proskauer; discussions with team on same | |
| 5/18/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.50 |
| | | Attention to review of enterprise value and reorganized capital structure construct outline per board materials | |
| 5/22/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.00 |
| | | Attention to review of materials pertaining to 05.19.2017 court hearing on Elliott complaint | |
| 5/22/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 |
| | | Attention to review of professional fee applications pertaining to EFH Corp.; follow-up on same | |
| 5/22/2017 | Nowitz, Raoul | 711 - Retention Revision Matter | 2.00 |
| | | Attention to areas of potential work plan revisions in light so change of SOLIC fee arrangement; follow-up on same. | |
| 5/22/2017 | Nowitz, Raoul | 711 - Retention Revision Matter | 1.50 |
| | | Attention to review of draft SOLIC Declaration for on-going role; communications with working team and counsel | |
| 5/23/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to review of professional fee spend in light of revision in fee structure | |
| 5/24/2017 | Nowitz, Raoul | 711 - Retention Revision Matter | 3.00 |
| | | Attention to further elements pertaining to SOLIC supplemental declaration | |
| 5/24/2017 | Nowitz, Raoul | 730 - Project Management and Support | 2.00 |
| | | Attention to review and feedback on actual hours pre-submission of time; assessment of prospective workplan matters in light of change to hourly fee | |
| 5/24/2017 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel to New York for meeting with Evercore pertaining to financial elements covering EFH Corp. | |
| 5/25/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of professional hours pertaining run-rate and projection | |
| 5/25/2017 | Nowitz, Raoul | 750 - Travel Time | 4.00 |
| | | Attention to travel from New York post Evercore meeting | |
| 5/25/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 |
| | | Attention to meeting with Evercore, including post-meeting follow-up and debrief. | |
| 5/25/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |

## Energy Future Holdings Corp - May 2017

| Date | Person | Activity Code | Duration |
|------|--------|---------------|----------|
| | | Attention to review of various diligence items post Evercore meeting. | |
| 5/26/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to follow-up on certain cash diligence matters post discussion with Evercore | |
| 5/28/2017 | Nowitz, Raoul | 730 - Project Management and Support | 3.00 |
| | | Attention to review of prior work plan and related required revisions and requested by team | |
| 5/28/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.00 |
| | | Attention to further review of professional fees spend | |
| 5/29/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.00 |
| | | Attention to review of progress of EFH Corp recoveries pertaining to potential conflict matter discussions | |
| 5/29/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 3.50 |
| | | Attention to review of material elements of recoveries under the NEE Plan in favor of EFH Corp. recoveries as it relates to future conflict matters | |
| 5/30/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 4.00 |
| | | Attention to review of most recent received pre-emergence cash projection, deductions ate emergence, impact at different projected emergence, comparison again prior versions | |
| 5/31/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials Review | 3.50 |
| | | Attention to initial review of March 2017 MORs | |

# Energy Future Holdings Corp - June 2016

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| 6/7/2017 | Luria, Neil | 718 - Meeting with counsel and with other | 0.80 | $ 660.00 |
| | | Attention to teleconference with M. Thomas and M. Cumbee regarding analysis related to NEE termination fee allocation; Follow-up call with M. Cumbee re same | | |
| 6/7/2017 | Luria, Neil | 749 - Financial Analysis Related to Potential | 0.40 | $ 330.00 |
| | | Attention to review of initial draft analysis prepared by M. Cumbee based on conversations with M. Thomas at Proskauer Rose. | | |
| 6/7/2017 | Luria, Neil | 749 - Financial Analysis Related to Potential | 0.20 | $ 165.00 |
| | | Attention to discussion with R. Nowitz regarding analysis requested by Proskauer Rose with respect to termination fee allocations. | | |
| 6/7/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 0.70 | $ 486.50 |
| | | Attention to attendance on call with SOLIC team members to debrief on discussions with Proskauer on required termination fee allocation analysis (0.2), insofar as this relates to conflict matters, with required post-call follow-up on same (0.5). | | |
| 6/7/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.70 | $ 1,181.50 |
| | | Attention to review of prior board materials as referenced pertaining to analysis to be included in termination fee allocation analysis, as requested by Proskauer. | | |
| 6/7/2017 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.20 | $ 630.00 |
| | | Attention to call with Proskauer to discuss Plan status updates and related ad hoc financial analyses (0.8), including internal follow-up discussion with SOLIC team (0.4) | | |
| 6/7/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 3.90 | $ 2,047.50 |
| | | Attention to preparation of analysis re: potential allocation of the NEE termination fee between EFH / EFIH estates | | |
| 6/8/2017 | Luria, Neil | 749 - Financial Analysis Related to Potential | 0.90 | $ 742.50 |
| | | Attention to review of termination fee allocation analysis prepared at the request of Proskauer Rose by M. Cumbee. | | |
| 6/8/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 3.80 | $ 2,641.00 |
| | | Attention to review of initial draft of SOLIC termination fee allocation analysis as requested by Proskauer, including details provided on follow-up requirements and edits as sought from team members. | | |
| 6/8/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.80 | $ 1,251.00 |
| | | Attention to additional requested edits to draft termination fee allocation analysis, discussion with team on same, follow-up on recovery analysis elements as sought from Evercore. | | |
| 6/8/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 2.40 | $ 1,260.00 |
| | | Attention to internal review and further update of the NEE termination fee allocation analysis | | |
| 6/8/2017 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 0.40 | $ 210.00 |
| | | Attention to call with Evercore to discuss the latest developments and assumptions re: the Elliott proposal | | |
| 6/8/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 3.30 | $ 1,732.50 |
| | | Attention to continued review and update of the NEE termination fee allocation analysis based on feedback from counsel | | |
| 6/8/2017 | Luria, Neil | 749 - Financial Analysis Related to Potential | 0.40 | $ 330.00 |
| | | Attention to review of past board presentations with respect to total value of previous plans. | | |

**Energy Future Holdings Corp - June 2016**

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| 6/9/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.30 | $ 903.50 |
| | | Attention to further review of the draft termination fee allocation analysis pertaining to confirmation of numbers as shown relative to underlying recovery analyses, further review of sensitivity tables for output and formatting, and elements as presented on same. | | |
| 6/9/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 0.70 | $ 367.50 |
| | | Attention to ongoing communication with counsel, Proskauer, in review of the NEE termination fee allocation analysis | | |
| 6/11/2017 | Luria, Neil | 749 - Financial Analysis Related to Potential | 0.30 | $ 247.50 |
| | | Attention to review of revised termination fee analysis prepared by M. Cumbee at the request of Proskauer Rose. | | |
| 6/11/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 2.30 | $ 1,598.50 |
| | | Attention to review of comments sought by Proskauer pertaining to requested revisions to the termination fee analysis, insofar as it relates to conflict matters, provision of comments to team on same, and required follow-up on same including further review of supporting schedules. | | |
| 6/11/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 2.70 | $ 1,417.50 |
| | | Attention to further internal review and update of the NEE termination fee allocation analysis | | |
| 6/11/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 2.10 | $ 1,102.50 |
| | | Attention to continued update and refinement of the NEE termination fee allocation analysis | | |
| 6/16/2017 | Luria, Neil | 729 - EFH Board Meeting Attendance | 0.60 | $ 495.00 |
| | | Attention to review of board materials distributed in advance of EFH Board meeting; Discussion with R. Nowitz regarding board meeting and status of Elliott proposed transaction and analysis requested by Proskauer. | | |
| 6/16/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.40 | $ 1,668.00 |
| | | Attention to review of 06.16.2017 board materials in the context of EFH potential conflict matters and details included pertaining to treatment of EFH cash. | | |
| 6/16/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.70 | $ 1,181.50 |
| | | Attention to correspondence with team members pertaining to Proskauer needs post board call; review of supplementary information pertaining to same. | | |
| 6/16/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 3.70 | $ 2,571.50 |
| | | Attention to review of key elements associated with Proskauer-directed required financial analysis; further discussion with team on same; review of supporting materials pertaining to required analysis. | | |
| 6/16/2017 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 0.50 | $ 262.50 |
| | | Attention to call with Proskauer to review NEE termination fee and other related analyses that impact EFH cash at emergence | | |
| 6/16/2017 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 0.60 | $ 315.00 |
| | | Attention to call with Evercore to confirm EFH/EFIH cash at emergence assumptions and creditor claim assumptions | | |
| 6/16/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 3.10 | $ 1,627.50 |
| | | Attention to preparation of analysis regarding the distribution of EFH Corp cash to its creditors under various Plan scenarios | | |
| 6/17/2017 | Luria, Neil | 749 - Financial Analysis Related to Potential | 0.30 | $ 247.50 |

# Energy Future Holdings Corp - June 2016

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| | | Review of analysis prepared by M. Cumbee with respect to distribution of EFH cash. | | |
| 6/17/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.50 | $ 1,042.50 |
| | | Attention to review of draft of Proskauer-requested financial analysis and comparative review of various elements of supporting documentation | | |
| 6/17/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 0.70 | $ 367.50 |
| | | Attention to internal call with SOLIC team to discuss Plan updates and next steps / timing | | |
| 6/17/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.10 | $ 764.50 |
| | | Attention to development of list of outstanding elements, relating to ad hoc requests, for further review and discussion with circulation to team | | |
| 6/17/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 0.70 | $ 486.50 |
| | | Attention to discussion with SOLIC team regarding various financial analyses requested by Proskauer, including follow up on same | | |
| 6/18/2017 | Luria, Neil | 749 - Financial Analysis Related to Potential | 0.40 | $ 330.00 |
| | | Attention to discussion with R. Nowitz and M. Cumbee regarding analysis prepared at the request of Proskauer. | | |
| 6/18/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 0.50 | $ 347.50 |
| | | Attention to team call pertaining to Proskauer-requested financial analysis | | |
| 6/18/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.40 | $ 973.00 |
| | | Attention to further review of analysis as requested by Proskauer | | |
| 6/18/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 0.90 | $ 472.50 |
| | | Attention to internal call to discuss latest Plan developments, and likely impact of EFH cash, and next steps | | |
| 6/18/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 1.10 | $ 577.50 |
| | | Attention to internal call with SOLIC team to review the analysis re: distribution of EFH cash to its creditors across various Plan scenarios, including follow up of same | | |
| 6/19/2017 | Cumbee, Matthew | 795 - Fee Applications/Retention | 3.80 | $ 1,995.00 |
| | | Attention to preparation and review of 7th Interim Fee Application | | |
| 6/20/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 2.30 | $ 1,598.50 |
| | | Attention to drafting, editing and updating the latest draft of SOLIC Capital Advisors' Seventh Interim Fee App; including various communications with team. | | |
| 6/21/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.20 | $ 834.00 |
| | | Attention to review of financial elements pertaining to potential termination fee allocation post EFH board call | | |
| 6/26/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.30 | $ 208.50 |
| | | Attention to update call with Proskauer; follow-up on same | | |
| 6/29/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.70 | $ 1,181.50 |
| | | Attention to review of latest April 2017 MOR; reviewed relative to prior MORs; specific questions posted for management's input on same. | | |
| 6/29/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 | $ 1,042.50 |
| | | Attention to review of latest EFH pre-emergence cash projection and emergence date cash projection; comparison against prior versions with identification of key variances; questions posed for management input on same. | | |

## Energy Future Holdings Corp - June 2016

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| 6/30/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.90 | $ 625.50 |
| | | Attention to review of docket for relevant motions, filings, and updates. | | |
| 6/30/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.70 | $ 1,181.50 |
| | | Attention to further review of latest company-prepared cash flow projection, attention on cash balances at various illustrative emergence dates, development of key observations and distribution to Proskauer of same. | | |
| | | | | $ 41,701.50 |

# Energy Future Holdings Corp - July 2017

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| 7/3/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 2.10 | $ 1,459.50 |
| | | Attention to review of latest required SOLIC draft fee app edits | | |
| 7/5/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.40 | $ 973.00 |
| | | Attention to initial review of May 2015 MORs filed on the docket with focus on EFH Corp. | | |
| 7/6/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.80 | $ 1,251.00 |
| | | Attention to review of 07.06.2017 Board materials as it relates to Plan matters insofar as it relates to Conflict Matters pertaining to EFH Corp. | | |
| 7/7/2017 | Hogan, Paul | 795 - Fee Applications/Retention | 3.50 | $ 2,012.50 |
| | | Attention to review and submission of SOLIC's 7th Interim Fee Statement covering the period January through April 2017. | | |
| 7/10/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.70 | $ 486.50 |
| | | Attention to review of the Declaration of David Ying in support of the motion of the EFH/EFIH Debtors for order authorizing entry into the BHE merger agreement and approving the termination fee; including follow-up on same, insofar as it relates to conflict matters. | | |
| 7/10/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.80 | $ 556.00 |
| | | Attention to the declaration of P. Keglevic in support of the motion of the EFH/EFIH debtors for authorizing the entry into the BHE merger agreement and approving the termination fee, including follow-up on same, insofar as it relates to conflict matters. | | |
| 7/10/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.80 | $ 1,946.00 |
| | | Attention to the review of the EFH/EFIH Plan and Disclosure Statement with attention on elements insofar as they relate to elements pertaining to conflicts matters; follow-up on same including communications with team. | | |
| 7/11/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.10 | $ 1,459.50 |
| | | Attention to review of letters and notices filed on the docket (Elliott and K&E) insofar as they relates to Conflicts Matters pertaining to EFH Corp.; follow-up on same. | | |
| 7/11/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 | $ 347.50 |
| | | Attention to attendance on call with Proskauer pertaining to matters associated with recent case developments insofar as they relate to conflicts matters; follow-up on same. | | |
| 7/11/2017 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 0.50 | $ 262.50 |
| | | Attention to call with Proskauer to discuss ongoing case developments and potential conflict matters arising from such | | |
| 7/12/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.80 | $ 1,251.00 |
| | | Attention to required follow-up on matters post call with Proskauer on 07.11.17 insofar as they relate to Conflict Matters; update of team on same | | |
| 7/12/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 0.50 | $ 347.50 |
| | | Attention to review of Proskauer draft slides on elements insofar as they relate to Conflicts Matters as requested by Proskauer, update and distribution of same to Proskauer | | |
| 7/12/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 3.10 | $ 1,627.50 |
| | | Attention to review of materials and confirmation of analyses presented by Proskauer as it relates to conflict matters and EFH cash | | |
| 7/13/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 2.70 | $ 1,876.50 |

## Energy Future Holdings Corp - July 2017

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| | | Attention to review of underlying supporting materials for confirmation of select amounts reflected in Proskauer-requested analysis; follow-up on same. | | |
| 7/13/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.00 | $ 695.00 |
| | | Attention to attendance on call with Proskauer to discuss next steps insofar as they relate to Conflicts Matters | | |
| 7/13/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 0.70 | $ 486.50 |
| | | Attention to preparation ahead of call with Proskauer. | | |
| 7/13/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.90 | $ 1,320.50 |
| | | Attention to further review of historical time-based elements of bid development insofar as it relates to elements associated with Conflicts Matters. | | |
| 7/13/2017 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 1.00 | $ 525.00 |
| | | Attention to internal call with SOLIC team and Proskauer to discuss status update re: plan proposals and next steps | | |
| 7/14/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.80 | $ 1,251.00 |
| | | Attention to follow-up on certain elements pertaining to Proskauer-directed analysis insofar as they relate to Conflicts Matters | | |
| 7/15/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.90 | $ 625.50 |
| | | Attention to review of K&E produced point-counterpoint on Elliott letter to Husnick with focus on elements insofar as they relate to Conflicts Matters. | | |
| 7/16/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 3.60 | $ 2,502.00 |
| | | Attention to further review of elements associated with review of prior board materials, recovery analyses and related for financial analysis as requested by Proskuaer insofar as it related to Conflicts Matters. | | |
| 7/16/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 2.80 | $ 1,946.00 |
| | | Attention to review of latest Proskauer analysis, as requested by Proskauer, with elements identified for revision, confirmation of select numbers, and correspondence with Proskauer on same including suggested edits to Proskauer presentation. | | |
| 7/17/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 2.30 | $ 1,598.50 |
| | | Attention to revisiting of draft materials developed for Proskauer; confirmation of numbers; review of prior board materials as it relates to elements considered within the prepared financial analysis | | |
| 7/18/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.30 | $ 247.50 |
| | | Attention to review of allocation of professional fees analysis requested by Proskauer and prepared by M. Cumbee. | | |
| 7/18/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.00 | $ 695.00 |
| | | Attention to development of professional fees allocation schedule as requested by Proskauer; review of same with team and Proskauer. | | |
| 7/18/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 2.60 | $ 1,807.00 |
| | | Attention to review of prior versions of professional allocations; follow-up on same | | |
| 7/18/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 3.20 | $ 1,680.00 |
| | | Attention to continued iterations of cash related analysis as requested by Proskauer | | |
| 7/19/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 3.50 | $ 1,837.50 |

# Energy Future Holdings Corp - July 2017

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| | | Attention to development and review of requested analysis regarding allocation of EFH Cash amongst its creditors based on various emergence dates | | |
| 7/19/2017 | Luria, Neil | 729 - EFH Board Meeting Attendance | 1.00 | $ 825.00 |
| | | Attention to attendance on EFH/EFIH Board teleconference. | | |
| 7/19/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 2.80 | $ 1,946.00 |
| | | Attention to review of various financial analyses and materials for Proskauer ahead of Proskauer meeting with EFH DDs, communications with Proskauer on same; follow-up on related | | |
| 7/19/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.30 | $ 903.50 |
| | | Attention to review of updated analyses based on edits as directed by Proskauer. | | |
| 7/19/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 1.10 | $ 764.50 |
| | | Attention to review of professional fee analysis in terms of discussion with Proskauer, follow-up on same. | | |
| 7/19/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.80 | $ 556.00 |
| | | Attention to attendance on call with and review of correspondence from Proskauer post counsel's discussion with select DDs of EFH Corp; follow-up on same. | | |
| 7/19/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 3.10 | $ 1,627.50 |
| | | Attention to development of requested analysis showing allocation of professional fees amongst EFH/EFIH estates | | |
| 7/19/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 3.20 | $ 1,680.00 |
| | | Attention to internal review and edit of professional fee analysis between EFH/EFIH estates | | |
| 7/20/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.60 | $ 495.00 |
| | | Attention to review of board materials circulated by Ashley Burton in advance of EFH/EFIH board meeting. | | |
| 7/20/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.90 | $ 742.50 |
| | | Attention to teleconference with M. Thomas, R. Nowitz and M. Cumbee to review issues raised by Fidelity with respect to allocation of Termination Fee related to NEE transaction. | | |
| 7/20/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.30 | $ 247.50 |
| | | Attention to review of Termination Fee analysis prepared by R. Nowitz and M. Cumbee. | | |
| 7/20/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 2.10 | $ 1,459.50 |
| | | Attention to attendance on various calls with Proskauer pertaining to required updated financial analysis, discussions with team on same, related follow-up. | | |
| 7/20/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 3.80 | $ 2,641.00 |
| | | Attention to development and review of financial analysis pertaining to termination fee analytics, discussion with team on same, follow-up and review of prior Board materials pertaining to same. | | |
| 7/20/2017 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 2.10 | $ 1,102.50 |
| | | Attention to calls with Proskauer to review and discuss ad hoc analyses as it relates to conflict matters and EFH cash | | |
| 7/20/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 5.30 | $ 2,782.50 |
| | | Attention to further development and refinement of cash related analyses as it relates to EFH cash and potential conflict matters | | |
| 7/21/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 2.10 | $ 1,459.50 |
| | | Attention to review of initial files provided by Proskauer pertaining to professional fees allocations. | | |

# Energy Future Holdings Corp - July 2017

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| 7/21/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.60 | $ 1,112.00 |
| | | Attention to review of select fee applications as it relates to background for professional fees allocations | | |
| 7/21/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.70 | $ 486.50 |
| | | Attention to attendance on call with Proskauer, and creditor constituent advisors pertaining to termination fee and other elements insofar as they relate to Conflict Matters. | | |
| 7/21/2017 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 0.70 | $ 367.50 |
| | | Attention to attendance on call with Proskauer, and creditor constituent advisors pertaining to termination fee and other elements insofar as they relate to Conflict Matters. | | |
| 7/21/2017 | Cumbee, Matthew | 718 - Meeting with counsel and with other | 0.50 | $ 262.50 |
| | | Attention to call with Proskauer to provide further update on analyses relating to conflict matters and EFH cash | | |
| 7/21/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 1.20 | $ 630.00 |
| | | Attention to review of prior Board materials and bankruptcy docket filings as it relates to development of analyses as it relates to EFH recoveries based on various plan proposals | | |
| 7/21/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 1.10 | $ 577.50 |
| | | Attention to update of analyses showing recoveries to EFH creditors under various plan proposals and at various emergence dates | | |
| 7/23/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 2.80 | $ 1,946.00 |
| | | Attention to review of background materials pertaining to EFH Corp DD requested analysis on comparative recoveries by constituent by estate | | |
| 7/24/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 0.80 | $ 556.00 |
| | | Attention to updates from team pertaining to latest requests from Proskauer; discussion on same. | | |
| 7/24/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 3.70 | $ 2,571.50 |
| | | Attention to further review of background materials pertaining to EFH Corp DD requested analysis on comparative recoveries by constituent by estate, including understanding basis of allocations of value by estate. | | |
| 7/24/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 3.40 | $ 1,785.00 |
| | | Attention to continued update of analyses relating to EFH cash, including termination fee, professional fees, and distribution of recoveries at various emergence dates | | |
| 7/24/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 0.90 | $ 472.50 |
| | | Attention to internal review of ad hoc analyses prepared relating to EFH cash and related potential conflict matters | | |
| 7/25/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.40 | $ 330.00 |
| | | Attention to review of NEE Termination Fee allocation analysis prepared by M. Cumbee; Review of past board presentations with respect to value of merger agreements. | | |
| 7/25/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.30 | $ 247.50 |
| | | Attention to discussions with R. Nowitz re current status of Termination Fee allocations and next steps. | | |
| 7/25/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.70 | $ 1,181.50 |
| | | Attention to review of latest version of various analyses, insofar as they relate to Conflict Matters, as shared with Proskauer on 07.24.2017. | | |
| 7/25/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.40 | $ 973.00 |

# Energy Future Holdings Corp - July 2017

| Date | Person | Activity Code | Duration | Fee |
|------|--------|--------------|----------|-----|
| | | Attention to review of requested edits to analysis as requested by Proskauer after discussions with select EFH Corp. Disinterested Directors; follow-up on same. | | |
| 7/25/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.60 | $ 1,112.00 |
| | | Attention to review of draft summary recovery analysis as requested by EFH Corp. DDs, with edits made, discussions with team, and recommended cover letter. | | |
| 7/25/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.40 | $ 330.00 |
| | | Attention to further review of termination fee allocation analysis requested by Proskauer. | | |
| 7/25/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.80 | $ 1,251.00 |
| | | Attention to further review and confirmation of build-up of select numbers against background materials; update of analysis on same and revisions to formatting. | | |
| 7/25/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 1.40 | $ 735.00 |
| | | Attention to refinement of illustrative EFH cash analyses based on review by Proskauer | | |
| 7/25/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 3.40 | $ 1,785.00 |
| | | Attention to development of comparative analysis showing recoveries to both E-side and T-side creditors based on various plan proposals | | |
| 7/25/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 1.80 | $ 945.00 |
| | | Attention to review of analyses comparing E-side and T-side recoveries at various emergence dates | | |
| 7/25/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 2.70 | $ 1,417.50 |
| | | Attention to update of E-side and T-side recovery analyses based on internal review | | |
| 7/26/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 2.60 | $ 1,807.00 |
| | | Attention to review of May 2017 SOLIC hours, allocations, narratives, and expenses, provide revisions, follow-up on same with team members and SOLIC accounting dept; subsequent sign-off on same. | | |
| 7/27/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.90 | $ 625.50 |
| | | Attention to various communications with the lead bidder on update and status | | |
| 7/28/2017 | Luria, Neil | 729 - EFH Board Meeting Attendance | 0.60 | $ 495.00 |
| | | Attention to attendance on EFH telephonic board call. | | |
| 7/28/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 1.80 | $ 1,251.00 |
| | | Attention to review of select EFH hourly Financial Advisor billers' sample bills for formatting of recent monthly invoices in preparation for the initial hourly bill for SOLIC on an hourly reported basis; discussion with SOLIC accounting on same; follow-up on same | | |
| 7/28/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 0.50 | $ 347.50 |
| | | Attention to drafting of email and correspondence with Proskauer pertaining to formatting or reporting of SOLIC time and invoicing for June 2017 onwards; follow-up on same. | | |
| 7/28/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.50 | $ 347.50 |
| | | Attention to review of board materials post Board meeting pertaining to elements insofar as they relate to conflicts matters. | | |
| 7/31/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.20 | $ 2,224.00 |

# Energy Future Holdings Corp - July 2017

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| | | Attention to review of various briefs, motions, and declarations filed on the docket pertaining to termination fee litigation and related and required review insofar as it relates to Conflicts Matters, including filings from Elliott Associates; distribution to team of same, and follow-up on same. | | |
| | | | | **$ 80,478.00** |

## Energy Future Holdings Corp - August 2017

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| 8/1/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.60 | $ 1,807.00 |
| | | Attention to review of docket #11649 Application of NextEra Energy for Payment of Administrative Claim insofar as it relates to conflicts matters pertaining to termination fee payment; follow-up on same | | |
| 8/2/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 0.70 | $ 486.50 |
| | | Attention to communications with Proskauer and SOLIC Accounting Dept. pertaining to the draft June 2017 invoice details; follow-up on same | | |
| 8/2/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.30 | $ 208.50 |
| | | Attention to review of Docket #11666 Elliott Objection to the Application of NEE for Payment of an Admin Claim as it relates to Conflicts Matter for payment of a termination fee; follow-up on same | | |
| 8/3/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.40 | $ 330.00 |
| | | Review of NextEra application for payment of Termination Fee and Elliott's preliminary objection. | | |
| 8/3/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.80 | $ 1,251.00 |
| | | Attention to review of latest elements filed on docket pertaining to termination fee insofar as it relates to conflicts matters, including review of docket 11649 and docket 11666; communications with team on same. | | |
| 8/4/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.90 | $ 625.50 |
| | | Attention to review of the Debtor's Adversary Complaint (docket #11668) pertaining to the Termination fee, as it relates to Conflicts Matters. | | |
| 8/7/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.60 | $ 1,112.00 |
| | | Attention to review of various filings and objections on the docket pertaining to termination fee litigation insofar as it relates to conflicts matters; follow-up on same. | | |
| 8/8/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 2.60 | $ 1,807.00 |
| | | Attention to review of 07/07/2017 Disclosure Statement and related for specific details on cash balances, as directed by Proskauer, in the context of sharing of information with a specific creditor group; including post-review follow-up | | |
| 8/8/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 3.30 | $ 2,293.50 |
| | | Attention to review of waterfall and recoveries materials in 07.06.2017 Board materials and SOLIC analysis for comparison against recoveries in the 07.07.2017 Disclosure Statement as part of Proskauer-directed request pertaining to details in cash balance provided relative to specific creditor request; comparison and follow-up on same | | |
| 8/8/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 0.40 | $ 278.00 |
| | | Attention to communications with Evercore on cash-related questions in the 07.07.2017 Disclosure Statement as directed by Proskauer | | |
| 8/8/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 0.60 | $ 417.00 |
| | | Attention to review of draft June SOLIC invoice and time entries; correspondence with team on same | | |
| 8/8/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 3.30 | $ 1,732.50 |
| | | Attention to review of the latest Disclosure Statement (filed 7.7.17) to understand plan proposals regarding creditor treatment and ultimate recoveries | | |

# Energy Future Holdings Corp - August 2017

| Date | Person | Activity Code | Duration | Fee |
|------|--------|--------------|----------|-----|
| 8/8/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 3.90 | $ 2,047.50 |
| | | Attention to update of creditor recovery models, based on review of Disclosure Statement, to reflect latest deal terms, including internal review and iteration of same | | |
| 8/9/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 0.50 | $ 347.50 |
| | | Attendance on call with team to review analysis as it relates to Proskauer enquiry on cash balance information reflected on the 07.07.2017 Disclosure Statement | | |
| 8/9/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 0.70 | $ 486.50 |
| | | Attention to drafting of communications to Proskauer pertaining to feedback from Evercore and from diligence performed by SOLIC team pertaining to Proskauer-requested insights to certain cash information in the Disclosure Statement | | |
| 8/9/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.30 | $ 2,293.50 |
| | | Attention to review of the 07.26.2017 court hearing transcript including attention on the review of testimony from R. Wood of Moelis pertaining to various elements insofar as they relate to bid implications and conflict matters | | |
| 8/10/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.90 | $ 625.50 |
| | | Attention to review of UCC Limited Objections and Reservation of Rights on the BHE Termination Fee (Docket # 11699), correspondence with Proskauer, follow-up on same | | |
| 8/10/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.30 | $ 1,598.50 |
| | | Attention to review of Elliott objection to motion to enter in the BHE merger agreement and termination fee (Docket #11700) insofar as this related to conflicts matters; follow-up on same | | |
| 8/11/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.70 | $ 486.50 |
| | | Attendance on calls with Proskauer pertaining to latest status and updates on depositions | | |
| 8/11/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 2.10 | $ 1,459.50 |
| | | Attention to review of prior materials and prepared analyses pertaining to items mentioned in depositions on 08.11.2017 per discussions with Proskauer insofar as they relate to conflicts matters; follow-up on same | | |
| 8/11/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.70 | $ 577.50 |
| | | Review of Board of Directors materials distributed to Board in advance of Board Meeting; Review of impact on EFH cash from various potential strategic alternatives. | | |
| 8/11/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.20 | $ 1,529.00 |
| | | Attention to review of Board materials with focus on conflicts matters and status on key case matters; review and comparison against prior information re cash trends and related | | |
| 8/11/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 1.80 | $ 945.00 |
| | | Attention to review of the latest Board Materials for identification of matters that may impact EFH cash | | |
| 8/16/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 1.70 | $ 1,181.50 |
| | | Attention to development of the September 2017 budget; discussion with team; follow-up on same | | |
| 8/16/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.80 | $ 556.00 |
| | | Attention to review of Elliott letter to EFIH dated 08.16.2017; discussion with team on same | | |
| 8/16/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.90 | $ 742.50 |

# Energy Future Holdings Corp - August 2017

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| | | Attention to initial summary review of deposition transcript of Chuck Cremens, EFIH disinterested director, and David Prager, advisor to the EFIH disinterested director. | | |
| 8/16/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.60 | $ 495.00 |
| | | Review of correspondence from Elliott Management forwarded by Kirkland & Ellis regarding purchase of Fidelity interests and review of impact thereof; Discussions with R. Nowitz re same. | | |
| 8/16/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.40 | $ 330.00 |
| | | Review of Cremens and Prager depositions transcripts related to Elliott issues | | |
| 8/17/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.80 | $ 1,946.00 |
| | | Attention to review of various docket filings and related analyses/filings pertaining to the Elliott Letter issued on 08.16.2017 insofar as it relates to Conflicts Matters for EFH Corp; related discussions with team on same | | |
| 8/17/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.90 | $ 1,320.50 |
| | | Attention to review of docket #11762 BHE joinder in motion for entry into the merger agreement and approving the termination fee as it relates to elements on the termination fee insofar as these are Conflicts Matters; follow-up with team on same | | |
| 8/17/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 0.70 | $ 486.50 |
| | | Attention to required follow-up and editing to the draft SOLIC June 2017 invoice, follow-up with team and SOLIC accounting on same. | | |
| 8/17/2017 | Cumbee, Matthew | 705 - Plan Development and Testimony | 0.60 | $ 315.00 |
| | | Attention to review of Elliot's official objection to the BHE plan and Disclosure Statement | | |
| 8/17/2017 | Cumbee, Matthew | 705 - Plan Development and Testimony | 1.10 | $ 577.50 |
| | | Attention to review of Berkshires Motion regarding the proposed NEE Termination Fee | | |
| 8/18/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.30 | $ 1,598.50 |
| | | Attention to review of the 08.18.2017 board materials with focus on recent developments on elements insofar as they relate to Conflicts matters, including bidder revisions to termination fee terms; review of other materials; follow-up on same. | | |
| 8/18/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.70 | $ 1,876.50 |
| | | Attention to further review of D. Prager deposition dated 8/11/2016 as provided by Proskauer with focus on elements insofar as it relates to Conflicts Matters; including follow-up on same on elements insofar as they relate to potential Conflicts Matters. | | |
| 8/18/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.60 | $ 1,112.00 |
| | | Attention to further review of C. Cremens deposition dated 8/11/2016 as provided by Proskauer with focus on elements insofar as it relates to Conflicts Matters; including follow-up on same. | | |
| 8/18/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 2.50 | $ 1,312.50 |
| | | Attention to review of the latest Board Materials in the context of identifying potential conflict matters, including revised bids, treatment of EFH cash, and related termination fee provisions | | |
| 8/18/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 1.60 | $ 840.00 |

# Energy Future Holdings Corp - August 2017

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| | | Attention to review of the latest waterfall analysis presented by Evercore, including comparison of BHE and Sempra deals, for comparison against internally developed analyses | | |
| 8/19/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.80 | $ 1,946.00 |
| | | Attention to review of J. Rosenbaum (Elliot) deposition dated 8/17/2016 as provided by Proskauer with focus on elements insofar as it relates to Conflicts Matters; including follow-up on same. | | |
| 8/19/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.70 | $ 486.50 |
| | | Attention to review of NEE limited objection to the Disclosure Statement (Docket # 11776) insofar as it relates to Conflicts Matters on termination fee matters | | |
| 8/19/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.90 | $ 625.50 |
| | | Attention to review of Elliott Fund's objection to an entry of an order approving the Disclosure Statement (Docket #11778) insofar as it relates to elements associated with Conflicts Matters. | | |
| 8/20/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.60 | $ 1,112.00 |
| | | Attention to review of 08.20.2017 Board materials as it relates to key elements of Board voting and potential Conflicts Matters; follow-up on same. | | |
| 8/20/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 1.50 | $ 787.50 |
| | | Attention to review of the latest Board Materials | | |
| 8/22/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.40 | $ 330.00 |
| | | Update call with R. Nowitz regarding current status of Sempra transaction and board matters. | | |
| 8/22/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.70 | $ 1,876.50 |
| | | Attention to review of June 2017 MOR; follow-up on same; communications with team pertaining to case updates | | |
| 8/23/2017 | Luria, Neil | 749 - Financial Analysis Related to Potential | 0.70 | $ 577.50 |
| | | Review of EFH MOR and analysis related thereto prepared by R. Nowitz and analyzing impact on cash roll-forward and comparing to previous estimates. | | |
| 8/23/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.70 | $ 1,876.50 |
| | | Attention to further review of June 2017 EFH Corp. MOR, review of prior MORs as it relates to select balances and trends on amounts, drafting of email for distribution to counsel on key observations and follow-up items to be sought via Evercore. | | |
| 8/24/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 0.70 | $ 486.50 |
| | | Attention to communications with Proskauer regarding June 2017 MOR questions sent to management with replies; follow-up on same | | |
| 8/24/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.90 | $ 625.50 |
| | | Attention to review of the amended and superseding motion (Docket #11801) for an order entering into the Sempra termination fee and Plan Support Agreement, with focus on elements insofar as they relate to Conflicts Matters for EFH Corp. | | |
| 8/24/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.80 | $ 2,641.00 |

## Energy Future Holdings Corp - August 2017

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| | | Attention to review of the Disclosure Statement for the First Amendment Joint Plan of Reorganization of EFH Corp and EFIH LLC (docket # 11806) as it relates to various updates and focus on financial elements insofar as they relate to Conflicts Matters; follow-up on same. | | |
| 8/24/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.80 | $ 1,251.00 |
| | | Attention to tabulation of observations and questions, including related drafting of email to Proskauer pertaining to review of the latest Disclosure Statement with attention required on specific elements insofar as they relate to Conflicts Matters | | |
| 8/25/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 1.80 | $ 1,251.00 |
| | | Attention to initial review of July 2017 SOLIC time and expenses entries in preparation of the July 2017 invoice; follow-up with accounting staff on same. | | |
| 8/30/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.50 | $ 347.50 |
| | | Attention to review of the motion to consent to specific Oncor transaction and its impact, if any, on EFH Corp. (Docket #11837) | | |
| 8/30/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.70 | $ 577.50 |
| | | Review of roll-forward of EFH cash forecast and estimated closing date cash balances and accruals of liabilities. | | |
| | | | | $ 56,233.00 |

# Energy Future Holdings Corp - September 2017

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| 9/1/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 0.70 | $ 486.50 |
| | | Attention to review of July invoice matters; follow-up with accounting staff at SOLIC on same | | |
| 9/5/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.80 | $ 1,251.00 |
| | | Attention to review of Declaration of David Ying in support of the amended and superseding motion to enter into the merger agreement and approving the termination fee insofar as it relates to Conflicts Matters, and performance under the PSA (docket #11852) | | |
| 9/5/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.60 | $ 1,807.00 |
| | | Attention to review of details in tables 1-4 in the David Ying Declaration (docket #11852) and review of select specific comparable transaction data points as include therein | | |
| 9/5/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.20 | $ 2,224.00 |
| | | Attention to review of the latest redline Disclosure Statement (Docket #11857) dated 9/5/17 against the prior 8/23/2017 version with a focus on elements insofar as they relates to financial elements of Conflicts Matters; documentation of observed elements to discuss with Proskauer; communications with counsel on same. | | |
| 9/5/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.60 | $ 495.00 |
| | | Review of David Ying Declaration in support for order authorizing entry into the Merger Agreement and the Plan Support Agreement as it impacts on Conflicts Matters. | | |
| 9/6/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.90 | $ 625.50 |
| | | Attention to updating of team on latest developments pertaining to Plan and related hearings post Board meeting on 09.11.2017 pertaining to EFH Corp. potential Conflicts Matters; follow-up on same. | | |
| 9/6/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 1.70 | $ 892.50 |
| | | Attention to update of various waterfall / returns analyses based on the latest proposal from Sempra | | |
| 9/7/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.50 | $ 347.50 |
| | | Attendance on update discussion with N. Patel of Evercore pertaining to termination fee and other elements insofar as they relate to Conflicts Matters | | |
| 9/7/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.10 | $ 764.50 |
| | | Attention to follow-up on items pertaining to elements as discussed with Evercore insofar as they relate to Conflicts Matters as discussed | | |
| 9/8/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.20 | $ 1,529.00 |
| | | Attention to review of the objection of NextEra Energy to the motion to reconsider the approval of the NextEra Energy termination fee (Docket #11876) insofar as it relates to Conflicts Matters; follow-up on same. | | |
| 9/9/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.40 | $ 973.00 |
| | | Attention to review of the Debtors objection to the Elliott Funds motion to reconsider hearing of NextEra Energy termination fee (Docket #11879) insofar as this relates to Conflicts Matters; follow-up on same. | | |
| 9/12/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.80 | $ 556.00 |

# Energy Future Holdings Corp - September 2017

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| | | Attention to review of the final-approved solicitation version of the Disclosure Statement (Docket #11890) with focus on elements associated with EFH Corp. recovery values and items insofar as they relate to Conflicts Matters (Docket #11890); communications with team on same as it relates to items required for updating of Proskauer | | |
| 9/13/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.60 | $ 495.00 |
| | | Review of financial analysis prepared by SOLIC tean related to current expected cash forecasts and plan economics for EFH Corp. | | |
| 9/13/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 1.80 | $ 1,251.00 |
| | | Attention to review of details pertaining to July 2017 invoice; discussion with SOLIC accounting team on same; review of correspondence with Proskauer re June 2017 invoice | | |
| 9/14/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 2.30 | $ 1,598.50 |
| | | Attention to review of draft financial analysis of comparative recoveries inclusive of Sempra Energy Plan metrics for submission to counsel | | |
| 9/14/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.60 | $ 1,112.00 |
| | | Attention to further review of draft recoveries financial analysis based on team feedback. | | |
| 9/14/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 0.50 | $ 347.50 |
| | | Attention to discussion with team members on updated comparative analysis on recoveries to various claimants inclusive of the Sempra Energy metrics | | |
| 9/14/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 0.60 | $ 315.00 |
| | | Attention to internal review of latest waterfall / recovery analyses, updated for the latest terms of Sempra proposal | | |
| 9/15/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.80 | $ 1,251.00 |
| | | Attention to review of Elliott reply (Docket 11905) to the motion to reconsider the Sep 19 order approving the NextEra Energy termination fee   insofar as it relates to Conflicts Matters. | | |
| 9/18/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.60 | $ 495.00 |
| | | Review of Elliott reply supporting motion to reconsider in part the September 16, 2016 order approving the NextEra Energy termination fee. | | |
| 9/20/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.70 | $ 1,181.50 |
| | | Attention to review of materials and emails pertaining to the court's ruling on 09.19.2017 pertaining to the NextEra Energy termination fee; initial review of court transcript pertaining to same. | | |
| 9/20/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 1.10 | $ 764.50 |
| | | Attention to updating of hours and July 2017 monthly narratives as requested by SOL:IC accounting team for review ahead of July invoice submission. | | |
| 9/20/2017 | Luria, Neil | 705 - Plan Development and Testimony | 1.70 | $ 1,402.50 |
| | | Review of transcript of September 20th bankruptcy court hearing regarding NextEra Energy Termination Fee and review of implications with respect to EFH cash and potential inter-company issues. | | |
| 9/21/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.20 | $ 1,529.00 |
| | | Attention to initial review of July 2017 MORs with a focus on EFH Corp; communication with team on same. | | |

**Energy Future Holdings Corp - September 2017**

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| 9/21/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.90 | $ 625.50 |
| | | Attention to review of Board materials provided for the 09.22.2017 board meeting with an emphasis on elements associated with potential Conflicts Matters; communications with team on same. | | |
| 9/22/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.70 | $ 486.50 |
| | | Attention to post-Board meeting follow-up insofar as it relates to Conflicts Matters impacting on EFH Corp. | | |
| 9/23/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.30 | $ 1,598.50 |
| | | Attention to review of the court transcript dated 09.19.2017 pertaining to the Motion of the Debtors for Reconsideration of the NextEra Energy Termination Fee; including follow-up with the working team on same. | | |
| 9/25/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.30 | $ 1,598.50 |
| | | Attention to additional review of latest MORs pertaining to cash trends and run-rate disbursements | | |
| 9/25/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.30 | $ 1,598.50 |
| | | Attention to review of most recent pre-emergence cash trends pertaining to timing of exit relative to case milestones; follow-up on same. | | |
| 9/26/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.60 | $ 1,807.00 |
| | | Attention to review of the court docket, recent filings and motions for case update; follow-up on same with team and counsel. | | |
| | | | | $ 31,408.50 |

## Energy Future Holdings Corp - October 2017

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| 10/3/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 2.30 | $ 1,598.50 |
| | | Attention to initial review of the Professional Fees Escrow Amounts/Projection as requested by the Fee Committee; follow-up with team on same. | | |
| 10/3/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.90 | $ 742.50 |
| | | Review of written opinion regarding Termination Fee and impact of potential conflict issues between EFH/EFIH | | |
| 10/3/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.10 | $ 1,459.50 |
| | | Attention to review of Court Opinion Granting Motion for Reconsideration of the NextEra Energy Termination Fee (Dk 11998); including follow-up on same. | | |
| 10/3/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 0.50 | $ 347.50 |
| | | Attention to review of timing of next cash projection update; communications with Evercore on same; follow-up with team | | |
| 10/5/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.80 | $ 1,946.00 |
| | | Attention to review of materials and communications pertaining to revision of Sempra transaction structure including materials shared with the Board, email status updates of the Sempra transaction, and details provided on the upcoming submission of the Change in Control application to the PUCT; follow-up on same. | | |
| 10/5/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 0.80 | $ 556.00 |
| | | Attention to review of SOLIC Accounting team's compilation of fee projection as requested by the FEE Committee; communications on same including required follow-up questions. | | |
| 10/5/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.40 | $ 1,668.00 |
| | | Attention to review of various materials as preparation for catch-up status meeting with Evercore on 10.6.2017 | | |
| 10/5/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.60 | $ 1,112.00 |
| | | Attention to review of updated summary recovery analysis including latest Sempra deal specifics; follow-up on same | | |
| 10/6/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.90 | $ 625.50 |
| | | Attention to meeting with Evercore as it relates to updates on elements associated with matters insofar as these relate to potential Conflicts Matters; follow-up on same. | | |
| 10/7/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.30 | $ 247.50 |
| | | Review of analysis associated with Bankruptcy Court's opinion to overturn NextEra Energy termination fee and potential implications related thereto. | | |
| 10/8/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.30 | $ 2,293.50 |
| | | Attention to review of board materials with focus on the EFH Corp. vs. Vistra Tax Dispute; with follow-up on same. | | |
| 10/9/2017 | Luria, Neil | 729 - EFH Board Meeting Attendance | 0.40 | $ 330.00 |
| | | Review of board materials in advance of EFH telephonic board meeting. | | |
| 10/9/2017 | Luria, Neil | 729 - EFH Board Meeting Attendance | 0.80 | $ 660.00 |
| | | Attended telephonic board call to discuss potential tax issues related to Vistra and status of Sempra transaction | | |
| 10/10/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.50 | $ 347.50 |
| | | Attention to review of revised EFH board resolutions pertaining to the EFH Corp. and Vistra E&P tax allocations matter; review of board member correspondence pertaining to same; follow-up. | | |

# Energy Future Holdings Corp - October 2017

| Date | Person | Activity Code | Duration | Fee |
|------|--------|--------------|----------|-----|
| 10/11/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 1.30 | $ 903.50 |
| | | Attention to finalization of fees projection for K&E, discussion with SOLIC accounting on same; communications and submission to K&E | | |
| 10/12/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.50 | $ 347.50 |
| | | Attention to review of the PUCT's "Commission Staff Recommendation of Sufficiency of Applications" and related communications on same; assess for potential Conflict Matters. | | |
| 10/12/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 2.30 | $ 1,598.50 |
| | | Attention to further updating of time for submission, discussion with SOLIC team and SOLIC accounting pertaining to same; composing of narrative August category description page draft for distribution. | | |
| 10/12/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.30 | $ 2,293.50 |
| | | Attention to review of the Adversary Complaint of EFH Corp. vs. Vistra Energy Corp (under Seal); follow-up on same | | |
| 10/12/2017 | Luria, Neil | 749 - Financial Analysis Related to Potential | 1.30 | $ 1,072.50 |
| | | Review of Vistra Adversary Complaint and associated analysis | | |
| 10/13/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.10 | $ 1,459.50 |
| | | Attention to review of materials and communications pertaining to Vistra TRO pertaining to the E&P allocation dispute insofar as it relates to Conflicts matters; discussion with team on same. | | |
| 10/14/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.50 | $ 347.50 |
| | | Attention to review of NextEra Energy letter filed pertaining to Proposed Order re Elliott's Motion for Reconsideration (Docket #12049) insofar as it relates to Conflicts Matters | | |
| 10/14/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.70 | $ 1,181.50 |
| | | Attention to review of docket pertaining to recently filed motions, orders, and related | | |
| 10/14/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.50 | $ 347.50 |
| | | Attention to review of letter from K&E pertaining to the Elliott Funds Motion for Reconsideration (Docket 11050) insofar as it relates to Conflicts Matters | | |
| 10/14/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.60 | $ 417.00 |
| | | Attention to review of Ropes & Grey letter pertaining to the opinion granting Elliott a motion for reconsideration (Docket # 12051) | | |
| 10/16/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 1.10 | $ 764.50 |
| | | Attention to updating of materials associated with the November 2017 Fee Budget; discussion with team; follow-up on same. | | |
| 10/18/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 3.50 | $ 2,432.50 |
| | | Attention to initial review of information provided by SOLIC Accounting staff pertaining to preparation and review of the 8th Interim fee Application (May thru Aug 2017); review of related information thereto | | |
| 10/19/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.30 | $ 208.50 |
| | | Attention to review of Order granting the Motion to Reconsider the NextEra Energy Termination Fee (Docket #12075); follow-up on same. | | |
| 10/21/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.20 | $ 1,529.00 |

# Energy Future Holdings Corp - October 2017

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| | | Attention to review of Plan Supplement for the First Amended Plan of Reorganization (Docket #12104) with a focus on elements insofar as it relates to Conflicts Matters; distribution of same to team | | |
| 10/23/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.80 | $ 660.00 |
| | | Review of Plan supplement to understand updated run-off structure and impact on conflict matters. | | |
| 10/23/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 3.70 | $ 2,571.50 |
| | | Attention to further review of time entries and required drafting of descriptions for the 8th Interim Fee App | | |
| 10/24/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.70 | $ 1,876.50 |
| | | Attention to review of August 2017 MORs as it relates to EFH Corp with a focus on cash balances; comparison of certain items relative to trends on prior MORs; comparison of items relative to the most recent cash projection and historicals | | |
| 10/24/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.40 | $ 1,668.00 |
| | | Attention to review of the most recent due diligence tracker of questions; compilation of follow-up questions as it relates to EFH Corp cash; draft of email for Evercore to share with EFH staff; follow-up on same with team | | |
| 10/25/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.50 | $ 412.50 |
| | | Attention to review of board information package in advance of the board meeting scheduled for October 26th regarding E&P and Oncor dividend issues. | | |
| 10/25/2017 | Luria, Neil | 729 - EFH Board Meeting Attendance | 0.60 | $ 495.00 |
| | | Attended EFH board teleconference. | | |
| 10/25/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.20 | $ 1,529.00 |
| | | Attention to review of board materials for 10.25.2017 board meeting; review of updated matters pertaining to EFH Corp. insofar as relates to Conflicts Matters; follow-up with team on same | | |
| 10/30/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.10 | $ 764.50 |
| | | Attention to review of the US Trustee's Limited Objection Response and Reservation of Rights with respect to the POR and the payment of certain EFH Corp. fees (docket #12128) | | |
| 10/30/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.30 | $ 208.50 |
| | | Attention to review of UMB Bank reservation of rights (docket #12145); assess insofar as it relates to Conflicts Matters. | | |
| | | | | $ 39,022.50 |

## Energy Future Holdings Corp - November 2017

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| 11/7/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 2.70 | $ 1,876.50 |
| | | Attention to further review and updating of 8th Interim Fee App details as requested by the SOLIC accounting team; follow-up on same. | | |
| 11/10/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.70 | $ 1,181.50 |
| | | Attention to review of docket including motions, filings, notices. | | |
| 11/13/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.60 | $ 495.00 |
| | | Review of case issues related to conflicts matters and EFH Corp. recoveries. | | |
| 11/15/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.50 | $ 347.50 |
| | | Attention to review and updating of the SOLIC December 2017 budget | | |
| 11/20/2017 | Luria, Neil | 795 - Fee Applications/Retention | 0.40 | $ 330.00 |
| | | Review of Eight Interim Fee Application and providing comments thereon. | | |
| 11/20/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 2.10 | $ 1,459.50 |
| | | Attention to final review and feedback on the 8th Interim Fee App. | | |
| 11/28/2017 | Hogan, Paul | 795 - Fee Applications/Retention | 3.60 | $ 2,070.00 |
| | | Attention to review and filing of SOLIC's 8th Fee Statement covering the months May through August 2017. | | |
| 11/30/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.30 | $ 1,598.50 |
| | | Attention to review of the docket pertaining to relevant filings, motions and updates, including motions as it relates to fees impacting EFH Corp. cash, and status of activities pertaining to the current Plan of Reorganization. | | |
| 11/30/2017 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 2.90 | $ 2,015.50 |
| | | Attention to review of Sep 2017 MOR as filed with focus on EFH Corp cash, email to sent Evercore, update analysis and email sent to Proskauer on key observations; follow-up on same. | | |
| 11/30/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.50 | $ 347.50 |
| | | Attention to review of docket #12262 pertaining to the EFH Indenture Trustee's Motion for an Allowed Admin claim; correspondence with counsel on same; follow-up on same as it relates to EFH Corp. cash. | | |

$ 11,721.50

# Energy Future Holdings Corp - December 2017

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| 12/1/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.30 | $ 903.50 |
| | | Attention to review of board materials for 12.01.2017 board meeting; follow-up on same | | |
| 12/8/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.10 | $ 1,459.50 |
| | | Attention to review of various motions and objections pertaining to the NextEra Energy's motion to stay the reconsideration order pending appeal on the termination fee, including review of docket #12308, 12289, 12288, and 12287. | | |
| 12/11/2017 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.60 | $ 417.00 |
| | | Attention to review of materials pertaining to the order pertaining to NextEra Energy's loss on stay on $275 million break-fee decision; follow-up with team on same. | | |
| 12/11/2017 | Nowitz, Raoul | 795 - Fee Applications/Retention | 0.70 | $ 486.50 |
| | | Attention to review of Jan 2018 budget; completion of update and comparison to prior submissions. | | |
| 12/13/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 2.40 | $ 1,668.00 |
| | | Attention to review of prior recoveries information as directed by Proskauer; follow-up with Evercore on same. | | |
| 12/14/2017 | Nowitz, Raoul | 718 - Meeting with counsel and with other | 0.50 | $ 347.50 |
| | | Attendance on call with Proskauer; follow-up on same. | | |
| 12/14/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 2.40 | $ 1,668.00 |
| | | Attention to review of email from Proskauer related to required recoveries analysis for settlement discussions insofar as they relate to conflicts matters; review of prior cash and recoveries files; follow-up on same. | | |
| 12/14/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 2.30 | $ 1,598.50 |
| | | Attention to further review of EFH Corp. cash files, comparison to prior cash files, development of questions list for EVR, follow-up on same. | | |
| 12/15/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.80 | $ 1,251.00 |
| | | Attendance on call with M. Thomas of Proskauer pertaining to required recoveries analysis; follow-up with team and development of analysis | | |
| 12/16/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 3.30 | $ 2,293.50 |
| | | Attention to development and review of financial as related to updated views on various recoveries as per request of Proskauer; follow-up on same. | | |
| 12/16/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 4.20 | $ 2,205.00 |
| | | Attention to development of ad hoc financial analysis relating to treatment of EFH Corp. cash among EFH creditors, at the request of counsel. | | |
| 12/16/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 2.10 | $ 1,102.50 |
| | | Attention to development of summary presentation related to EFH Corp. cash and creditor analysis prepared at the request of counsel, including internal review and edit of same. | | |
| 12/17/2017 | Luria, Neil | 705 - Plan Development and Testimony | 1.30 | $ 1,072.50 |
| | | Review of draft materials prepared at the request of Proskauer related to net cash available at closing and impact of several variables; Attention to review of further revised materials; Review of Proskauer comments thereon. | | |
| 12/17/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.90 | $ 1,320.50 |

Case 14-10979-CSS  Doc 13094  Filed 04/26/18  Page 496 of 501

## Energy Future Holdings Corp - December 2017

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| | | Attention to additional review of updates to recoveries analysis materials as requested by M. Thomas; follow-up and comparative review to recoveries as noted in the latest Disclosure Statement; follow-up with team. | | |
| 12/17/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 1.20 | $ 630.00 |
| | | Attention to update of SOLIC-prepared EFH Corp. recovery materials after review and input from counsel. | | |
| 12/18/2017 | Luria, Neil | 705 - Plan Development and Testimony | 0.60 | $ 495.00 |
| | | Attention to review of EFH Corp. financial analysis requested by Proskauer. | | |
| 12/18/2017 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.40 | $ 973.00 |
| | | Additional review and follow-up on analyses developed as requested by counsel; communications with team on same. | | |
| 12/19/2017 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 0.50 | $ 262.50 |
| | | Attention to further update of SOLIC-prepared EFH Corp. recovery materials after review and input from counsel. | | |
| | | | | $ 20,154.00[1] |

[1]The total original amount requested was reduced from $20,354.00 (in the Thirty Sixth monthly fee statement – docket # 12833) to $20,154.00 due to a rate change involving Matthew Cumbee.   The rate was adjusted from $550 per hour to $525 per hour, resulting in a $200 difference and adjusted as such on these time records.

# Energy Future Holdings Corp - January 2018

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| 1/2/2018 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 3.70 | $ 2,571.50 |
| | | Attention to review of financial analysis as has been directed by counsel pertaining to elements insofar as they relates to Conflicts Matters; review of prior notes and discussions on same. | | |
| 1/5/2018 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.70 | $ 1,181.50 |
| | | Attention to follow-up review on prior analyses. | | |
| 1/7/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 4.70 | $ 3,266.50 |
| | | Attention to review of various filings and motions as per update on docket including: Reservation of Rights "Final" Reservation of Rights of UMB Bank, N.A. to Confirmation of the First Amended Joint Plan of Reorganization (docket #12393), Response - Statement and Response of the EFH/EFIH Official Committee to Motion to Appoint a Representative of the Majority Creditors to the Fee Committee (docket #12415), Objection (Debtors Objection to Elliotts Motion to Appoint a Representative of the Majority Creditors to the Fee Committee (docket #12416), Reply in Support of Motion to Appoint a Representative of the Majority Creditors to the Fee Committee (#12423), Declaration in Support of Reply in Support of Motion to Appoint Majority Creditors Representative to the Fee Committee (#12424) | | |
| 1/8/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.30 | $ 903.50 |
| | | Attention to review of fee committee communications and status and related as advocated by Elliott | | |
| 1/9/2018 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 3.30 | $ 2,293.50 |
| | | Attention to review of SOLIC updated material, correspondence and team discussions pertaining to updated information required by counsel pertaining to elements insofar as they relates to Conflict Matters. | | |
| 1/9/2018 | Cumbee, Matthew | 749 - Financial Analysis Related to Potential | 1.50 | $ 787.50 |
| | | Attention to update of EFH creditor recovery analyses based on latest cash projections and deal terms | | |
| 1/10/2018 | Nowitz, Raoul | 795 - Fee Applications/Retention | 1.50 | $ 1,042.50 |
| | | Attention to addressing prior hours and required budgeted hours. | | |
| 1/11/2018 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 3.10 | $ 2,154.50 |
| | | Attention to review of cash projection, comparison to prior versions, discussion with counsel on same; identification of items revised. | | |
| 1/12/2018 | Luria, Neil | 795 - Fee Applications/Retention | 0.20 | $ 165.00 |
| | | Reviewing response to fee application committee regarding expected work through confirmation. | | |
| 1/12/2018 | Nowitz, Raoul | 795 - Fee Applications/Retention | 4.10 | $ 2,849.50 |
| | | Attention to drafting of response to Fee Committee request deadline 01.12.2018 in connection with updated work plan, narratives of go-forward work through to Confirmation, and involvement in Confirmation hearings; review and discussion with team and additional updating. | | |
| 1/18/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.80 | $ 1,946.00 |
| | | Attention to review of docket, review of relevant filings, and tracking of certain elements of cash spend. | | |
| 1/25/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.90 | $ 2,710.50 |

## Energy Future Holdings Corp - January 2018

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| | | Attention to review of docket including, but not limited to, notice of confirmation hearing (docket #12512), fee committee appointment and related   (#12506), filing of unsealed objection re asbestos claims to confirmation and the plan (docket #12500), SOLIC Certificate of No Objection (##12488), | | |
| 1/25/2018 | Nowitz, Raoul | 795 - Fee Applications/Retention | 1.80 | $ 1,251.00 |
| | | Attention to preparation of the Oct 2017 fee statement; communications with team on same | | |
| 1/26/2018 | Nowitz, Raoul | 795 - Fee Applications/Retention | 1.90 | $ 1,320.50 |
| | | Attention to requested edits to the Oct 2017 monthly fee statement; discussions with team on same; updates delivered for team and subsequent review. | | |
| 1/29/2018 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.50 | $ 1,042.50 |
| | | Attention to review of Oct 2017 MOR, drafting of review update to counsel; comparison to recent pre-emergence cash projections; follow-up on same. | | |
| 1/29/2018 | Nowitz, Raoul | 725 - Dataroom and Diligence Materials | 1.60 | $ 1,112.00 |
| | | Attention to review of Nov 2017 MOR, drafting of review update to counsel; comparison to recent pre-emergence cash projections; follow-up on same. | | |
| 1/31/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.30 | $ 208.50 |
| | | Review of docket #12547 - review of asbestos-related stipulation and order. | | |
| 1/31/2018 | Nowitz, Raoul | 795 - Fee Applications/Retention | 1.70 | $ 1,181.50 |
| | | Attention to review of Nov 2017 time entries, updating of elements of monthly submission as required by SOLIC accounting, updating of Exhibit B narrative, a reporting of same. | | |
| | | | | **$ 27,988.00** |

# Energy Future Holdings Corp - February 2018

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| 2/2/2018 | Nowitz, Raoul | 795 - Fee Applications/Retention | 0.90 | $ 625.50 |
| | | Attention to updating of fee projection roll forward as requested by the Fee Committee; follow-up on same with team. | | |
| 2/2/2018 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 2.60 | $ 1,807.00 |
| | | Attention to review of Board materials with a focus on items insofar as they relate to Conflict Matters pertaining to EFH; communication with counsel on same; follow-up. | | |
| 2/3/2018 | Luria, Neil | 749 - Financial Analysis Related to Potential | 1.30 | $ 1,072.50 |
| | | Review of Proskauer materials regarding Global Allocation Settlement Proposal outlining potential responses for disinterested directors and analyzing potential responses to EFIH non-refundable proposal. | | |
| 2/3/2018 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 3.70 | $ 2,571.50 |
| | | Attention to review of Proskauer reported materials for EFH Disinterest Directors as it relates to Conflict Matters; follow-up on same. | | |
| 2/4/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.40 | $ 2,363.00 |
| | | Attention to review of Motion for Entry of Order Approving the Settlement between the Debtors, Sempra (docket #12571) including review of cash impacts; follow-up on same. | | |
| 2/5/2018 | Nowitz, Raoul | 795 - Fee Applications/Retention | 2.10 | $ 1,459.50 |
| | | Attention to preparation and review of deliverable to the Fee Committee in the context of unpaid and projected fees through to closing; discussion with team on same; revisions as required. | | |
| 2/5/2018 | Nowitz, Raoul | 749 - Financial Analysis Related to Potential | 1.20 | $ 834.00 |
| | | Attention to further review of materials pertaining to inter-debtor settlement with EFIH as prepared by Proskauer; correspondence with Proskauer on same. | | |
| 2/9/2018 | Nowitz, Raoul | 795 - Fee Applications/Retention | 1.80 | $ 1,251.00 |
| | | Attention to review of 12609 pertaining to upcoming hearings on fees; discussions with team on same; correspondence with Proskauer on same | | |
| 2/12/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.10 | $ 2,154.50 |
| | | Attention to review of latest docket for relevant filings and Conflict Matters materials | | |
| 2/15/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.20 | $ 834.00 |
| | | Attention to review of the order between the Debtors and Sempra on tax settlements (Docket #12631) and related motions | | |
| 2/16/2018 | Nowitz, Raoul | 795 - Fee Applications/Retention | 2.20 | $ 1,529.00 |
| | | Attention to review of query from the Fee Examiner pertaining to the Oct and Nov 2017 SOLIC fee statements; review of issues and review of the subject fee statements; discussions and correspondence with team and Proskauer on same. | | |
| 2/19/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.10 | $ 764.50 |
| | | Attention to court correspondence on status of termination fee and related allocation matters; correspondence with working team | | |
| 2/19/2018 | Nowitz, Raoul | 795 - Fee Applications/Retention | 2.40 | $ 1,668.00 |
| | | Attention to further review and updating of the Dec 2017 monthly fee statement, and the March 2018 fee budget; correspondence with team on same including confirmation of projected amounts. | | |
| 2/20/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.30 | $ 1,598.50 |

# Energy Future Holdings Corp - February 2018

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| | | Attention to review of various dockets pertaining to confirmation insofar as they relate to Conflicts Matters including dockets #12665, #12667, and #12668; related follow-up on same. | | |
| 2/20/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.80 | $ 1,946.00 |
| | | Attention to review of docket #12666 (Memorandum/Brief (Debtors Memorandum of Law in Support of Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp.) with focus on elements insofar as they relate to Conflicts Matters; follow-up on same. | | |
| 2/20/2018 | Luria, Neil | 705 - Plan Development and Testimony | 0.40 | $ 330.00 |
| | | Teleconference with P. Young of Proskauer and R. Nowitz regarding EFH settlement discussions and next steps. | | |
| 2/22/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.00 | $ 695.00 |
| | | Review of Elliott Declaration for Substantial Contribution; follow-up on same. | | |
| 2/23/2018 | Nowitz, Raoul | 795 - Fee Applications/Retention | 2.10 | $ 1,459.50 |
| | | Attention to review, drafting and updating of amended engagement letter based on directive from Proskauer in response to discussions with the Fee Committee; discussions with team on same. | | |
| 2/24/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.80 | $ 1,946.00 |
| | | Attention to review of docket #12674, Debtors Opposition to NextEra's Motion to Preclude the Testimony of Mr. Michael Kramer; # 12676 - Elliott opposition to NextEra Motion to Preclude the Testimony of Mr. Michael Kramer; follow-up on same. | | |
| 2/24/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.60 | $ 1,112.00 |
| | | Attention to review of Docket #12671 - Application of NextEra Energy for Allowance of Payment of Admin claim; review and follow-up on same. | | |
| 2/26/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 0.90 | $ 625.50 |
| | | Attention to review of updates pertaining to confirmation hearing; follow-up on same. | | |
| 2/27/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 4.80 | $ 3,336.00 |
| | | Attention to review of Confirmation Hearing court transcript as provided by K&E with a focus on elements associated with the NEE break-up fee reserve and related items insofar as they relate to Conflicts Matters. | | |
| 2/28/2018 | Nowitz, Raoul | 795 - Fee Applications/Retention | 0.60 | $ 417.00 |
| | | Attention to review of email correspondence from SOLIC accounting pertaining to outstanding invoice matters; draft of email to Proskauer with related correspondence, draft of email to SOLIC accounting team; follow-up on same | | |
| 2/28/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.20 | $ 1,529.00 |
| | | Attention to review of Docket #12766 pertaining to revised EFH cash, settlement terms, and impact on EFH Corp. cash recoveries insofar as this relates to Conflicts Matters; follow-up with team on same and comparison against prior analyses | | |
| | | | | $ 33,928.50 |

## Energy Future Holdings Corp - March 2018

| Date | Person | Activity Code | Duration | Fee |
|------|--------|---------------|----------|-----|
| 3/1/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.60 | $ 1,807.00 |
| | | Attention to review of board materials for 03.02.2018 board meeting with focus on elements insofar as they relate to conflicts matters; follow-up on same regarding related information. | | |
| 3/2/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.80 | $ 1,946.00 |
| | | Attention to further review and required follow-up as it relates to elements addressed on 03.05.2018 board materials | | |
| 3/2/2018 | Nowitz, Raoul | 795 - Fee Applications/Retention | 1.40 | $ 973.00 |
| | | Attention to review of latest correspondence from fee committee; correspondence with fee committee; follow-up on same. | | |
| 3/6/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 3.70 | $ 2,571.50 |
| | | Attention to review of docket for various relevant motions and filings insofar as they relate to conflicts matters with follow-up on same, including motion to withdraw cash projections (docket #12768); revised emergence date cash and allocations of cash with related waterfall analysis (#12769), supplemental affidavit pertaining to asbestos claims (docket #12785); and follow-up on same | | |
| 3/8/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 1.90 | $ 1,320.50 |
| | | Attention to review of PUCT Final Order dated 03.08.2018; follow-up on same. | | |
| 3/8/2018 | Nowitz, Raoul | 795 - Fee Applications/Retention | 0.50 | $ 347.50 |
| | | Attention to follow-up with Godfrey Kahn regarding objections on recent SOLIC fees and Engagement Retention matters; follow-up with team on same. | | |
| 3/9/2018 | Nowitz, Raoul | 705 - Plan Development and Testimony | 2.60 | $ 1,807.00 |
| | | Attention to end of engagement matters and files; related housekeeping matters | | |
| | | | | **$ 10,772.50** |