# Exhibit A

**Professional Fees for the Final Application Period
By Category
April 29, 2014 through March 9, 2018**

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

April 29, 2014 - March 9, 2018

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Barton, Doug | Partner/Principal | $720.00 | 3.7 | $2,664.00 |
| Becker, Darrow | Partner/Principal | $720.00 | 5.0 | $3,600.00 |
| Becker, Paul | Partner/Principal | $720.00 | 2.6 | $1,872.00 |
| Beckey, Pam | Partner/Principal | $720.00 | 1.0 | $720.00 |
| Benesh, Kay | Partner/Principal | $720.00 | 0.3 | $216.00 |
| Blair, Kirk | Partner/Principal | $720.00 | 10.3 | $7,416.00 |
| Bradfield, Derek | Partner/Principal | $720.00 | 52.6 | $37,872.00 |
| Carr, Vickie | Partner/Principal | $720.00 | 80.4 | $57,888.00 |
| Clark, Brian | Partner/Principal | $720.00 | 1.7 | $1,224.00 |
| Coleman, Brandon | Partner/Principal | $720.00 | 1.0 | $720.00 |
| Davine, Christine | Partner/Principal | $720.00 | 12.5 | $9,000.00 |
| Durand, Danny | Partner/Principal | $720.00 | 2.5 | $1,800.00 |
| Fisher, Mark | Partner/Principal | $720.00 | 2.9 | $2,088.00 |
| Forrest, Jonathan | Partner/Principal | $720.00 | 1.4 | $1,008.00 |
| Gibian, Craig | Partner/Principal | $720.00 | 7.5 | $5,400.00 |
| Gullo, Randall | Partner/Principal | $720.00 | 8.7 | $6,264.00 |
| Halfacre, Dean | Partner/Principal | $720.00 | 37.0 | $26,640.00 |
| Hathway, Don | Partner/Principal | $720.00 | 1.0 | $720.00 |
| Hoffman, David | Partner/Principal | $720.00 | 37.0 | $26,640.00 |
| Janiak, Stacy | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 156.4 | $112,608.00 |
| Kulick, Sandie | Partner/Principal | $720.00 | 1.5 | $1,080.00 |
| Kushner, Jonathan | Partner/Principal | $720.00 | 277.4 | $199,728.00 |
| Mehrotra, Raj | Partner/Principal | $720.00 | 2.0 | $1,440.00 |
| Miskinis, Mark | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Mitrovich, Lisa | Partner/Principal | $720.00 | 35.3 | $25,416.00 |
| Morrissey, Michael | Partner/Principal | $720.00 | 2.7 | $1,944.00 |
| Odom, Dan | Partner/Principal | $720.00 | 2.1 | $1,512.00 |
| Parker, Matt | Partner/Principal | $720.00 | 469.4 | $337,968.00 |
| Poindexter, Heath | Partner/Principal | $720.00 | 11.3 | $8,136.00 |
| Porter, Stanley | Partner/Principal | $720.00 | 0.5 | $360.00 |
| Roy, Gavin | Partner/Principal | $720.00 | 4.3 | $3,096.00 |
| Shah, Shahid | Partner/Principal | $720.00 | 1.5 | $1,080.00 |
| Slyh, John | Partner/Principal | $720.00 | 1.1 | $792.00 |
| Smith, Wyn | Partner/Principal | $720.00 | 8.5 | $6,120.00 |
| Stokx, Randy | Partner/Principal | $720.00 | 441.7 | $318,024.00 |
| Talkington, Pete | Partner/Principal | $720.00 | 8.3 | $5,976.00 |
| Teotia, Sagar | Partner/Principal | $720.00 | 8.3 | $5,976.00 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

April 29, 2014 - March 9, 2018

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Continued | | | | |
| Vitola, Paul | Partner/Principal | $720.00 | 1.5 | $1,080.00 |
| Wahrman, Julie | Partner/Principal | $720.00 | 51.9 | $37,368.00 |
| Wegener, Steve | Partner/Principal | $720.00 | 35.2 | $25,344.00 |
| Bihm, Christy | Director | $720.00 | 0.5 | $360.00 |
| Blinder, Michael | Director | $720.00 | 3.2 | $2,304.00 |
| Craig, Valerie | Director | $720.00 | 1.4 | $1,008.00 |
| Favor, Rick | Director | $720.00 | 65.3 | $47,016.00 |
| Hynes, John | Director | $720.00 | 0.6 | $432.00 |
| Penico, Victor | Director | $720.00 | 0.4 | $288.00 |
| Perez Zaldivar, Ignacio | Director | $720.00 | 2.7 | $1,944.00 |
| Potsic, Brian | Director | $720.00 | 1.0 | $720.00 |
| Sasso, Anthony | Director | $720.00 | 16.9 | $12,168.00 |
| Barton, Chris | Managing Director | $720.00 | 1.0 | $720.00 |
| Blinder, Michael | Managing Director | $720.00 | 11.4 | $8,208.00 |
| Craig, Valerie | Managing Director | $720.00 | 21.2 | $15,264.00 |
| Favor, Rick | Managing Director | $720.00 | 67.0 | $48,240.00 |
| Goldberg, Rob | Managing Director | $720.00 | 0.5 | $360.00 |
| Hickl, Jeff | Managing Director | $720.00 | 42.4 | $30,528.00 |
| Hynes, John | Managing Director | $720.00 | 1.2 | $864.00 |
| Perez Zaldivar, Ignacio | Managing Director | $720.00 | 1.2 | $864.00 |
| Sasso, Anthony | Managing Director | $720.00 | 38.8 | $27,936.00 |
| Schneider, Beth | Managing Director | $720.00 | 3.4 | $2,448.00 |
| Alimchandani, Hero | Senior Manager | $620.00 | 35.2 | $21,824.00 |
| Alper, PJ | Senior Manager | $620.00 | 48.5 | $30,070.00 |
| Auyeung, Tungjun | Senior Manager | $620.00 | 157.2 | $97,464.00 |
| Bowers, Rachel | Senior Manager | $620.00 | 28.3 | $17,546.00 |
| Degnan, Jen | Senior Manager | $620.00 | 2.0 | $1,240.00 |
| Freeman, Mike | Senior Manager | $620.00 | 0.8 | $496.00 |
| Furry, Margaret | Senior Manager | $620.00 | 10.6 | $6,572.00 |
| Genovese, Ralph | Senior Manager | $620.00 | 7.7 | $4,774.00 |
| Green, Mike | Senior Manager | $620.00 | 1.5 | $930.00 |
| Hannagan, Peter | Senior Manager | $620.00 | 2.0 | $1,240.00 |
| Handler, Benjamin | Senior Manager | $620.00 | 204.9 | $127,038.00 |
| Hickl, Jeff | Senior Manager | $620.00 | 44.4 | $27,528.00 |
| Horn, Dave | Senior Manager | $620.00 | 15.6 | $9,672.00 |
| Jasion, Shahara | Senior Manager | $620.00 | 1.3 | $806.00 |
| Krozek, Derek | Senior Manager | $620.00 | 0.4 | $248.00 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

April 29, 2014 - March 9, 2018

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Loo, Alice | Senior Manager | $620.00 | 1.0 | $620.00 |
| Parker, Matt | Senior Manager | $620.00 | 153.8 | $95,356.00 |
| Poindexter, Heath | Senior Manager | $620.00 | 4.6 | $2,852.00 |
| Quinn, Ed | Senior Manager | $620.00 | 1.4 | $868.00 |
| Selig, Carolyn | Senior Manager | $620.00 | 0.5 | $310.00 |
| Singh, Amit | Senior Manager | $620.00 | 97.1 | $60,202.00 |
| Stanley, Ben | Senior Manager | $620.00 | 10.0 | $6,200.00 |
| Vodovoz, Inna | Senior Manager | $620.00 | 2.4 | $1,488.00 |
| Wang, Charlie | Senior Manager | $620.00 | 11.9 | $7,378.00 |
| Woolf, Kristy | Senior Manager | $620.00 | 0.8 | $496.00 |
| Coetzee, Rachelle | Manager | $540.00 | 21.7 | $11,718.00 |
| Dolan, Kaycee | Manager | $540.00 | 0.7 | $378.00 |
| Freeman, Mike | Manager | $540.00 | 14.8 | $7,992.00 |
| Fuehrmeyer, Katie | Manager | $540.00 | 0.6 | $324.00 |
| Furry, Margaret | Manager | $540.00 | 121.2 | $65,448.00 |
| Glover, Ryan | Manager | $540.00 | 10.2 | $5,508.00 |
| Heath, John | Manager | $540.00 | 5.5 | $2,970.00 |
| Lang, Mary | Manager | $540.00 | 5.5 | $2,970.00 |
| Morehead, David | Manager | $540.00 | 27.5 | $14,850.00 |
| Murawski, Bryan | Manager | $540.00 | 243.6 | $131,544.00 |
| Nick, Jeffrey | Manager | $540.00 | 7.3 | $3,942.00 |
| Oluoch, Jennipher | Manager | $540.00 | 4.1 | $2,214.00 |
| Overton, Patrick | Manager | $540.00 | 0.5 | $270.00 |
| Semeniuta, Lauren | Manager | $540.00 | 17.6 | $9,504.00 |
| Verma, Maneesh | Manager | $540.00 | 6.0 | $3,240.00 |
| West Glerum, Alexandra | Manager | $540.00 | 24.3 | $13,122.00 |
| Zoltowski, Michelle | Manager | $540.00 | 0.5 | $270.00 |
| Babanova, Maria | Senior Consultant | $425.00 | 54.3 | $23,077.50 |
| Baily, Brianna | Senior Consultant | $425.00 | 28.1 | $11,942.50 |
| Barker, Brittney | Senior Consultant | $425.00 | 3.4 | $1,445.00 |
| Butler, Mike | Senior Consultant | $425.00 | 262.2 | $111,435.00 |
| Casey, Chris | Senior Consultant | $425.00 | 9.9 | $4,207.50 |
| Coetzee, Rachelle | Senior Consultant | $425.00 | 10.4 | $4,420.00 |
| Henry, Diane | Senior Consultant | $425.00 | 40.4 | $17,170.00 |
| Koprivnik, Xander | Senior Consultant | $425.00 | 17.3 | $7,352.50 |
| Miglani, Karan | Senior Consultant | $425.00 | 4.0 | $1,700.00 |
| Morehead, David | Senior Consultant | $425.00 | 10.5 | $4,462.50 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

April 29, 2014 - March 9, 2018

*Bankruptcy Related Research Consultation and Transaction*

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Continued | | | | |
| Murawski, Bryan | Senior Consultant | $425.00 | 61.2 | $26,010.00 |
| Pansari, Anubhav | Senior Consultant | $425.00 | 1.5 | $637.50 |
| Persons, Hillary | Senior Consultant | $425.00 | 0.5 | $212.50 |
| Pothoulakis, Tony | Senior Consultant | $425.00 | 2.0 | $850.00 |
| Richards, Lauren | Senior Consultant | $425.00 | 0.4 | $170.00 |
| Salamon, David | Senior Consultant | $425.00 | 5.8 | $2,465.00 |
| Twigge, Daniel | Senior Consultant | $425.00 | 3.6 | $1,530.00 |
| Yadav, Devavrata | Senior Consultant | $425.00 | 5.0 | $2,125.00 |
| Andersen, Morgan | Consultant | $350.00 | 0.8 | $280.00 |
| Ansari, Kashang | Consultant | $350.00 | 3.0 | $1,050.00 |
| Banga, Anubhav | Consultant | $350.00 | 7.0 | $2,450.00 |
| Benvenuti, Christina | Consultant | $350.00 | 19.8 | $6,930.00 |
| Berchuck, Sarah | Consultant | $350.00 | 4.5 | $1,575.00 |
| Chesser, Taylor | Consultant | $350.00 | 1.0 | $350.00 |
| Dowds, Connor | Consultant | $350.00 | 6.1 | $2,135.00 |
| Elliott, Randall | Consultant | $350.00 | 11.4 | $3,990.00 |
| Grace, Kelsey | Consultant | $350.00 | 1.3 | $455.00 |
| Gupta, Malvi | Consultant | $350.00 | 6.0 | $2,100.00 |
| Hamid, Mahvish | Consultant | $350.00 | 4.9 | $1,715.00 |
| Henry, Diane | Consultant | $350.00 | 0.6 | $210.00 |
| Kidd, Matt | Consultant | $350.00 | 2.9 | $1,015.00 |
| Koprivnik, Xander | Consultant | $350.00 | 4.2 | $1,470.00 |
| Lirely, Loren | Consultant | $350.00 | 9.8 | $3,430.00 |
| Mudgal, Mohit | Consultant | $350.00 | 29.0 | $10,150.00 |
| O'Bar, Brandon | Consultant | $350.00 | 10.0 | $3,500.00 |
| Parajuli, Jyotsaana | Consultant | $350.00 | 74.5 | $26,075.00 |
| Persons, Hillary | Consultant | $350.00 | 1.0 | $350.00 |
| Pothoulakis, Tony | Consultant | $350.00 | 2.8 | $980.00 |
| Sachdeva, Sanidhi | Consultant | $350.00 | 10.5 | $3,675.00 |
| Salamon, David | Consultant | $350.00 | 0.8 | $280.00 |
| Schall, Julia | Consultant | $350.00 | 0.8 | $280.00 |
| Sledge, Bryan | Consultant | $350.00 | 2.5 | $875.00 |
| Swearingen, Martha | Consultant | $350.00 | 9.0 | $3,150.00 |
| Twigge, Daniel | Consultant | $350.00 | 6.3 | $2,205.00 |
| Williams, Darryl | Consultant | $350.00 | 3.0 | $1,050.00 |
| **Professional Subtotal:** | | | **4,180.6** | **$2,593,611.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

April 29, 2014 - March 9, 2018

### Bankruptcy Related Services Regarding Sempra Transaction

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Bradfield, Derek | Partner/Principal | $720.00 | 0.8 | $576.00 |
| Kilkenny, Tom | Partner/Principal | $720.00 | 81.6 | $58,752.00 |
| Parker, Matt | Partner/Principal | $720.00 | 40.4 | $29,088.00 |
| Slyh, John | Partner/Principal | $720.00 | 12.3 | $8,856.00 |
| Caswell, Bill | Managing Director | $720.00 | 2.2 | $1,584.00 |
| Favor, Rick | Managing Director | $720.00 | 3.5 | $2,520.00 |
| Goldberg, Rob | Managing Director | $720.00 | 2.2 | $1,584.00 |
| Hickl, Jeff | Managing Director | $720.00 | 3.2 | $2,304.00 |
| Bowers, Rachel | Senior Manager | $620.00 | 123.3 | $76,446.00 |
| Capocci, Sarah | Senior Manager | $620.00 | 10.2 | $6,324.00 |
| Horn, Dave | Senior Manager | $620.00 | 5.1 | $3,162.00 |
| Babanova, Maria | Manager | $540.00 | 65.9 | $35,586.00 |
| Morehead, David | Manager | $540.00 | 2.3 | $1,242.00 |
| Benvenuti, Christina | Senior Consultant | $425.00 | 126.2 | $53,635.00 |
| Koprivnik, Xander | Senior Consultant | $425.00 | 2.2 | $935.00 |
| Choua, Johnny | Consultant | $350.00 | 21.2 | $7,420.00 |
| Elliott, Randall | Consultant | $350.00 | 15.3 | $5,355.00 |
| Hah, Morgan | Consultant | $350.00 | 2.0 | $700.00 |
| **Professional Subtotal:** | | | **519.9** | **$296,069.00** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

April 29, 2014 - March 9, 2018

## *Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Adams, Keith | Partner/Principal | $365.00 | 5.4 | $1,971.00 |
| Aliff, Greg | Partner/Principal | $365.00 | 42.5 | $15,512.50 |
| Barton, Doug | Partner/Principal | $365.00 | 0.8 | $292.00 |
| Barker, James | Partner/Principal | $365.00 | 8.2 | $2,993.00 |
| Becker, Paul | Partner/Principal | $365.00 | 32.7 | $11,935.50 |
| Benesh, Kay | Partner/Principal | $365.00 | 177.2 | $64,678.00 |
| Blair, Kirk | Partner/Principal | $365.00 | 62.4 | $22,776.00 |
| Brandau, Patrick | Partner/Principal | $365.00 | 14.3 | $5,219.50 |
| Carr, Vickie | Partner/Principal | $365.00 | 614.2 | $224,183.00 |
| Christensen, Wendi | Partner/Principal | $365.00 | 5.0 | $1,825.00 |
| Clark, Brian | Partner/Principal | $365.00 | 1.1 | $401.50 |
| Cotroneo, Nick | Partner/Principal | $365.00 | 8.1 | $2,956.50 |
| Davis, Matt | Partner/Principal | $365.00 | 0.5 | $182.50 |
| DeHaas, Deb | Partner/Principal | $365.00 | 2.0 | $730.00 |
| DenBraber, Marty | Partner/Principal | $365.00 | 24.7 | $9,015.50 |
| Dunn, Phyllis | Partner/Principal | $365.00 | 45.4 | $16,571.00 |
| Durand, Danny | Partner/Principal | $365.00 | 5.1 | $1,861.50 |
| Fisher, Mark | Partner/Principal | $365.00 | 6.2 | $2,263.00 |
| Fogarty, john | Partner/Principal | $365.00 | 2.5 | $912.50 |
| Gullo, Randall | Partner/Principal | $365.00 | 53.4 | $19,491.00 |
| Hathway, Don | Partner/Principal | $365.00 | 0.6 | $219.00 |
| Himmelman, Matthew | Partner/Principal | $365.00 | 0.5 | $182.50 |
| Hoffman, David | Partner/Principal | $365.00 | 31.0 | $11,315.00 |
| Hollister, Karen | Partner/Principal | $365.00 | 25.6 | $9,344.00 |
| Janiak, Stacy | Partner/Principal | $365.00 | 37.6 | $13,724.00 |
| Kilinskis, Bob | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 631.5 | $230,497.50 |
| Kulick, Sandie | Partner/Principal | $365.00 | 21.8 | $7,957.00 |
| Kushner, Jonathan | Partner/Principal | $365.00 | 23.5 | $8,577.50 |
| Lawrence, George | Partner/Principal | $365.00 | 8.5 | $3,102.50 |
| Mano, Patrice | Partner/Principal | $365.00 | 17.0 | $6,205.00 |
| Nanney, Roger | Partner/Principal | $365.00 | 7.5 | $2,737.50 |
| Odom, Dan | Partner/Principal | $365.00 | 3.9 | $1,423.50 |
| Parker, Matt | Partner/Principal | $365.00 | 1,235.8 | $451,067.00 |
| Pavlovsky, Katie | Partner/Principal | $365.00 | 1.9 | $693.50 |
| Poindexter, Heath | Partner/Principal | $365.00 | 269.5 | $98,367.50 |
| Porter, Stanley | Partner/Principal | $365.00 | 5.0 | $1,825.00 |
| Roy, Gavin | Partner/Principal | $365.00 | 7.1 | $2,591.50 |
| Shah, Shahid | Partner/Principal | $365.00 | 1.0 | $365.00 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

April 29, 2014 - March 9, 2018

## Financial Statement Audit and Related Services

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Slyh, John | Partner/Principal | $365.00 | 122.9 | $44,858.50 |
| Smith, Lisa | Partner/Principal | $365.00 | 1.3 | $474.50 |
| Smith, Wyn | Partner/Principal | $365.00 | 3.1 | $1,131.50 |
| Stokes, Sondra | Partner/Principal | $365.00 | 3.2 | $1,168.00 |
| Stokx, Randy | Partner/Principal | $365.00 | 1,892.7 | $690,835.50 |
| Talkington, Pete | Partner/Principal | $365.00 | 4.2 | $1,533.00 |
| Vitola, Paul | Partner/Principal | $365.00 | 3.3 | $1,204.50 |
| Wahrman, Julie | Partner/Principal | $365.00 | 542.6 | $198,049.00 |
| Wegener, Steve | Partner/Principal | $365.00 | 2.2 | $803.00 |
| Wiltsie, Karen | Partner/Principal | $365.00 | 2.3 | $839.50 |
| Winger, Julie | Partner/Principal | $365.00 | 274.2 | $100,083.00 |
| Yankee, Dave | Partner/Principal | $365.00 | 1.0 | $365.00 |
| Bihm, Christy | Director | $365.00 | 0.7 | $255.50 |
| Biltz, Meredith | Director | $365.00 | 6.4 | $2,336.00 |
| Binkley, Jeff | Director | $365.00 | 0.8 | $292.00 |
| Blaufuss, John | Director | $365.00 | 2.8 | $1,022.00 |
| Cohen, Mark | Director | $365.00 | 1.0 | $365.00 |
| Craig, Valerie | Director | $365.00 | 1,913.5 | $698,427.50 |
| Ellsworth, Rick | Director | $365.00 | 2.0 | $730.00 |
| Farmiga, Karen | Director | $365.00 | 0.7 | $255.50 |
| Favor, Rick | Director | $365.00 | 847.5 | $309,337.50 |
| Fernandez, Tom | Director | $365.00 | 0.3 | $109.50 |
| Ginsburg, Andy | Director | $365.00 | 2.5 | $912.50 |
| Goldberg, Rob | Director | $365.00 | 5.0 | $1,825.00 |
| Johnson, Michael | Director | $365.00 | 221.2 | $80,738.00 |
| Johnston, Josh | Director | $365.00 | 13.8 | $5,037.00 |
| Keenan, John | Director | $365.00 | 4.2 | $1,533.00 |
| Khandelwal, Vinyas | Director | $365.00 | 73.6 | $26,864.00 |
| Meads, Ivan | Director | $365.00 | 11.5 | $4,197.50 |
| Miocic, Greg | Director | $365.00 | 1.5 | $547.50 |
| Pleskac, Bryan | Director | $365.00 | 6.0 | $2,190.00 |
| Potsic, Brian | Director | $365.00 | 6.8 | $2,482.00 |
| Ryan, Jim | Director | $365.00 | 64.6 | $23,579.00 |
| Sasso, Anthony | Director | $365.00 | 111.1 | $40,551.50 |
| Smith, Lisa | Director | $365.00 | 1.0 | $365.00 |
| Sullivan, Matt | Director | $365.00 | 1.0 | $365.00 |
| Tamulis, Stefanie | Director | $365.00 | 1.2 | $438.00 |
| Tuite, Patty | Director | $365.00 | 25.3 | $9,234.50 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

April 29, 2014 - March 9, 2018

## *Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Wittenburg, Dave | Director | $365.00 | 60.7 | $22,155.50 |
| Zenk, Joe | Director | $365.00 | 1.4 | $511.00 |
| Ankney, Jonathan | Managing Director | $365.00 | 3.5 | $1,277.50 |
| Blinder, Michael | Managing Director | $365.00 | 0.4 | $146.00 |
| Craig, Valerie | Managing Director | $365.00 | 521.1 | $190,201.50 |
| Ellsworth, Rick | Managing Director | $365.00 | 1.5 | $547.50 |
| Favor, Rick | Managing Director | $365.00 | 86.3 | $31,499.50 |
| Hickl, Jeff | Managing Director | $365.00 | 78.0 | $28,470.00 |
| Johnston, Josh | Managing Director | $365.00 | 2.0 | $730.00 |
| Malone, Kathleen | Managing Director | $365.00 | 0.5 | $182.50 |
| Meads, Ivan | Managing Director | $365.00 | 43.8 | $15,987.00 |
| Sasso, Anthony | Managing Director | $365.00 | 22.5 | $8,212.50 |
| Topp, Robert | Managing Director | $365.00 | 0.5 | $182.50 |
| Alimchandani, Hero | Senior Manager | $290.00 | 0.5 | $145.00 |
| Auyeung, Tungjun | Senior Manager | $290.00 | 57.7 | $16,733.00 |
| Becker, Christina | Senior Manager | $290.00 | 5.9 | $1,711.00 |
| Bhagavatula, Pavan | Senior Manager | $290.00 | 2.7 | $783.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 3,517.2 | $1,019,988.00 |
| Carlson, Mike | Senior Manager | $290.00 | 5.4 | $1,566.00 |
| Capocci, Sarah | Senior Manager | $290.00 | 2.1 | $609.00 |
| Degnan, Jen | Senior Manager | $290.00 | 6.0 | $1,740.00 |
| Donovan, Erin | Senior Manager | $290.00 | 9.1 | $2,639.00 |
| Dunlap, Pam | Senior Manager | $290.00 | 9.7 | $2,813.00 |
| Dwivedi, Rajesh | Senior Manager | $290.00 | 63.0 | $18,270.00 |
| Edwards, Davis | Senior Manager | $290.00 | 0.5 | $145.00 |
| Erwin, Stephanie | Senior Manager | $290.00 | 4.4 | $1,276.00 |
| Fraass, Chuck | Senior Manager | $290.00 | 0.6 | $174.00 |
| Freeman, Mike | Senior Manager | $290.00 | 135.3 | $39,237.00 |
| Furry, Margaret | Senior Manager | $290.00 | 4.0 | $1,160.00 |
| Garner, Kristen | Senior Manager | $290.00 | 10.1 | $2,929.00 |
| Garrison, Amy | Senior Manager | $290.00 | 16.1 | $4,669.00 |
| Genovese, Ralph | Senior Manager | $290.00 | 11.1 | $3,219.00 |
| Goldberg, Sarah | Senior Manager | $290.00 | 7.5 | $2,175.00 |
| Groves, Amy | Senior Manager | $290.00 | 12.6 | $3,654.00 |
| Haber, Jeralyn | Senior Manager | $290.00 | 0.6 | $174.00 |
| Hamilton, Kristi | Senior Manager | $290.00 | 0.4 | $116.00 |
| Handler, Benjamin | Senior Manager | $290.00 | 14.8 | $4,292.00 |
| Hannagan, Peter | Senior Manager | $290.00 | 32.9 | $9,541.00 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

April 29, 2014 - March 9, 2018

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Hickl, Jeff | Senior Manager | $290.00 | 481.1 | $139,519.00 |
| Horn, Dave | Senior Manager | $290.00 | 72.4 | $20,996.00 |
| Ivory, Laura | Senior Manager | $290.00 | 0.5 | $145.00 |
| Jain, Pratibha | Senior Manager | $290.00 | 1.5 | $435.00 |
| Kennedy, Cade | Senior Manager | $290.00 | 0.1 | $29.00 |
| Khandelwal, Vinyas | Senior Manager | $290.00 | 69.1 | $20,039.00 |
| Kurey, Joseph | Senior Manager | $290.00 | 5.5 | $1,595.00 |
| Lin, Martin | Senior Manager | $290.00 | 1.0 | $290.00 |
| Liu, Liping | Senior Manager | $290.00 | 0.4 | $116.00 |
| Loo, Alice | Senior Manager | $290.00 | 5.3 | $1,537.00 |
| Mishkin, Robyn | Senior Manager | $290.00 | 15.1 | $4,379.00 |
| Moyers, Kevin | Senior Manager | $290.00 | 1.0 | $290.00 |
| Offutt, Aaron | Senior Manager | $290.00 | 25.2 | $7,308.00 |
| Parker, Matt | Senior Manager | $290.00 | 2,239.9 | $649,571.00 |
| Parmar, Ashok | Senior Manager | $290.00 | 60.0 | $17,400.00 |
| Poindexter, Heath | Senior Manager | $290.00 | 514.9 | $149,321.00 |
| Quinn, Ed | Senior Manager | $290.00 | 12.5 | $3,625.00 |
| Robinson, Bill | Senior Manager | $290.00 | 0.5 | $145.00 |
| Salazar, Manny | Senior Manager | $290.00 | 10.3 | $2,987.00 |
| Shalley, Susanne | Senior Manager | $290.00 | 43.9 | $12,731.00 |
| Singh, Amit | Senior Manager | $290.00 | 132.3 | $38,367.00 |
| Stafford, Ted | Senior Manager | $290.00 | 1.5 | $435.00 |
| Taylor, Allison | Senior Manager | $290.00 | 1.5 | $435.00 |
| Terrill, Jon | Senior Manager | $290.00 | 1.0 | $290.00 |
| Thomas, Teresa | Senior Manager | $290.00 | 2.5 | $725.00 |
| Unnarkat, Nitin Unnarkat | Senior Manager | $290.00 | 4.0 | $1,160.00 |
| Wang, Charlie | Senior Manager | $290.00 | 72.1 | $20,909.00 |
| Woods, Gretchen | Senior Manager | $290.00 | 1.0 | $290.00 |
| Zuniga, Toni | Senior Manager | $290.00 | 0.8 | $232.00 |
| Ahmed, Ali | Manager | $265.00 | 0.5 | $132.50 |
| Alrich, Tom | Manager | $265.00 | 14.0 | $3,710.00 |
| Alvarado, Jason | Manager | $265.00 | 146.2 | $38,743.00 |
| Auyeung, Tungjun | Manager | $265.00 | 88.0 | $23,320.00 |
| Babanova, Maria | Manager | $265.00 | 32.6 | $8,639.00 |
| Brewster, Andrew | Manager | $265.00 | 2.0 | $530.00 |
| Coetzee, Rachelle | Manager | $265.00 | 147.5 | $39,087.50 |
| Erra, Sirisha | Manager | $265.00 | 3.5 | $927.50 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

April 29, 2014 - March 9, 2018

## *Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Freeman, Mike | Manager | $265.00 | 3,173.4 | $840,951.00 |
| Glover, Ryan | Manager | $265.00 | 655.2 | $173,628.00 |
| Goswami, Chinmay | Manager | $265.00 | 0.7 | $185.50 |
| Gustafson, Daniel | Manager | $265.00 | 8.8 | $2,332.00 |
| Hall, Jeff | Manager | $265.00 | 8.7 | $2,305.50 |
| Harold, Matt | Manager | $265.00 | 12.2 | $3,233.00 |
| Heath, John | Manager | $265.00 | 252.0 | $66,780.00 |
| Hurwitch, Jeremy | Manager | $265.00 | 5.0 | $1,325.00 |
| Janes, Robby | Manager | $265.00 | 22.0 | $5,830.00 |
| Jasion, Shahara | Manager | $265.00 | 6.5 | $1,722.50 |
| Kidd, Erin | Manager | $265.00 | 842.9 | $223,368.50 |
| Kowalk, Bennett | Manager | $265.00 | 698.6 | $185,129.00 |
| Lang, Mary | Manager | $265.00 | 1.5 | $397.50 |
| Leach, Gweneka | Manager | $265.00 | 22.9 | $6,068.50 |
| Lorenz, Mike | Manager | $265.00 | 113.2 | $29,998.00 |
| Masserwick, Jack | Manager | $265.00 | 0.5 | $132.50 |
| Matsunaga, Roy | Manager | $265.00 | 2.2 | $583.00 |
| McCann, Ryan | Manager | $265.00 | 2.0 | $530.00 |
| McCumber, Aryn | Manager | $265.00 | 7.2 | $1,908.00 |
| Morehead, David | Manager | $265.00 | 1,898.4 | $503,076.00 |
| Murawski, Bryan | Manager | $265.00 | 1,628.5 | $431,552.50 |
| Nicholson, Greg | Manager | $265.00 | 1.5 | $397.50 |
| Oluoch, Jennipher | Manager | $265.00 | 21.5 | $5,697.50 |
| Padick, Alison | Manager | $265.00 | 0.5 | $132.50 |
| Patterson, Sara | Manager | $265.00 | 0.5 | $132.50 |
| Paul, Taylor | Manager | $265.00 | 6.4 | $1,696.00 |
| Phadke, Amolika | Manager | $265.00 | 4.0 | $1,060.00 |
| Powell, Clayton | Manager | $265.00 | 117.8 | $31,217.00 |
| Ravindran, Sarradha | Manager | $265.00 | 3.0 | $795.00 |
| Regan, Katie | Manager | $265.00 | 125.5 | $33,257.50 |
| Reid, Alison | Manager | $265.00 | 1.0 | $265.00 |
| Risinger, Colin | Manager | $265.00 | 1.5 | $397.50 |
| Salch, Ryan | Manager | $265.00 | 61.9 | $16,403.50 |
| Schneider, Stephen | Manager | $265.00 | 167.3 | $44,334.50 |
| Semeniuta, Lauren | Manager | $265.00 | 0.4 | $106.00 |
| Stafford, Ted | Manager | $265.00 | 27.7 | $7,340.50 |
| Tangirala, Hershy | Manager | $265.00 | 26.6 | $7,049.00 |
| Tillman, Kyle | Manager | $265.00 | 31.2 | $8,268.00 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

April 29, 2014 - March 9, 2018

## *Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Vadlamudi, Ambrish | Manager | $265.00 | 3.0 | $795.00 |
| Varkey, Jamie | Manager | $265.00 | 50.0 | $13,250.00 |
| Wendel, Ashley | Manager | $265.00 | 76.5 | $20,272.50 |
| Zoltowski, Michelle | Manager | $265.00 | 11.0 | $2,915.00 |
| Anderson, Whit | Senior Consultant | $215.00 | 9.7 | $2,085.50 |
| Andio, Christel | Senior Consultant | $215.00 | 5.0 | $1,075.00 |
| Apolzon, Micah | Senior Consultant | $215.00 | 140.8 | $30,272.00 |
| Athasniya, Aarti | Senior Consultant | $215.00 | 1.7 | $365.50 |
| Babanova, Maria | Senior Consultant | $215.00 | 4,345.5 | $934,282.50 |
| Baily, Brianna | Senior Consultant | $215.00 | 3.0 | $645.00 |
| Barker, Brittney | Senior Consultant | $215.00 | 500.4 | $107,586.00 |
| Baylis, Jessica | Senior Consultant | $215.00 | 111.4 | $23,951.00 |
| Benvenuti, Christina | Senior Consultant | $215.00 | 90.6 | $19,479.00 |
| Billa, Swapna | Senior Consultant | $215.00 | 10.0 | $2,150.00 |
| Blum, Brian | Senior Consultant | $215.00 | 162.0 | $34,830.00 |
| Brigaitis, Stephen | Senior Consultant | $215.00 | 1.5 | $322.50 |
| Brunson, Steve | Senior Consultant | $215.00 | 1,959.0 | $421,185.00 |
| Butler, Mike | Senior Consultant | $215.00 | 3.6 | $774.00 |
| Casey, Chris | Senior Consultant | $215.00 | 1,893.4 | $407,081.00 |
| Chawla, Nisheet | Senior Consultant | $215.00 | 2.9 | $623.50 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 1,647.5 | $354,212.50 |
| Dittman, Pat | Senior Consultant | $215.00 | 3.7 | $795.50 |
| D'souza, Deepika | Senior Consultant | $215.00 | 8.0 | $1,720.00 |
| Evetts, Erin | Senior Consultant | $215.00 | 295.8 | $63,597.00 |
| Foster, Danielle | Senior Consultant | $215.00 | 25.8 | $5,547.00 |
| Fredric, Jose | Senior Consultant | $215.00 | 26.0 | $5,590.00 |
| Godbole, Avinash | Senior Consultant | $215.00 | 2.0 | $430.00 |
| Godbole, Dipti | Senior Consultant | $215.00 | 2.0 | $430.00 |
| Haupt, Elise | Senior Consultant | $215.00 | 0.6 | $129.00 |
| Henry, Diane | Senior Consultant | $215.00 | 1,986.9 | $427,183.50 |
| Jain, Shweta | Senior Consultant | $215.00 | 170.9 | $36,743.50 |
| Johnson, Holly | Senior Consultant | $215.00 | 352.6 | $75,809.00 |
| Juneja, Roma | Senior Consultant | $215.00 | 3.0 | $645.00 |
| Kelly, Cathi | Senior Consultant | $215.00 | 1.8 | $387.00 |
| Koprivnik, Xander | Senior Consultant | $215.00 | 207.5 | $44,612.50 |
| Lackey, Chad | Senior Consultant | $215.00 | 0.3 | $64.50 |
| Malhotra, Shweta | Senior Consultant | $215.00 | 4.0 | $860.00 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

April 29, 2014 - March 9, 2018

*Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Melli, Elana | Senior Consultant | $215.00 | 2.5 | $537.50 |
| Meyers, Chris | Senior Consultant | $215.00 | 0.4 | $86.00 |
| Miceli, Addison | Senior Consultant | $215.00 | 85.5 | $18,382.50 |
| Morehead, David | Senior Consultant | $215.00 | 2,623.5 | $564,052.50 |
| Murawski, Bryan | Senior Consultant | $215.00 | 2,354.9 | $506,303.50 |
| Nayyar, Varun | Senior Consultant | $215.00 | 10.0 | $2,150.00 |
| Novik, Steven | Senior Consultant | $215.00 | 4.0 | $860.00 |
| Nurse, Shannon | Senior Consultant | $215.00 | 6.1 | $1,311.50 |
| Pandey, Akhilesh | Senior Consultant | $215.00 | 13.4 | $2,881.00 |
| Pansari, Anubhav | Senior Consultant | $215.00 | 290.3 | $62,414.50 |
| Persons, Hillary | Senior Consultant | $215.00 | 691.0 | $148,565.00 |
| Platt, Bo | Senior Consultant | $215.00 | 21.4 | $4,601.00 |
| Pothoulakis, Tony | Senior Consultant | $215.00 | 667.0 | $143,405.00 |
| Pritchett, Cody | Senior Consultant | $215.00 | 529.4 | $113,821.00 |
| Reynolds, Matt | Senior Consultant | $215.00 | 343.3 | $73,809.50 |
| Richards, Lauren | Senior Consultant | $215.00 | 326.0 | $70,090.00 |
| Richards, Nick | Senior Consultant | $215.00 | 141.2 | $30,358.00 |
| Roberts, Jimmy | Senior Consultant | $215.00 | 10.5 | $2,257.50 |
| Salamon, David | Senior Consultant | $215.00 | 3.9 | $838.50 |
| Salch, Ryan | Senior Consultant | $215.00 | 20.7 | $4,450.50 |
| Schneider, Stephen | Senior Consultant | $215.00 | 1,244.0 | $267,460.00 |
| Shankar, Lalitha | Senior Consultant | $215.00 | 18.5 | $3,977.50 |
| Sharma, Nikhil | Senior Consultant | $215.00 | 6.5 | $1,397.50 |
| Sims, Zac | Senior Consultant | $215.00 | 66.5 | $14,297.50 |
| Song, Harry | Senior Consultant | $215.00 | 945.1 | $203,196.50 |
| Sparks, Rachael | Senior Consultant | $215.00 | 295.3 | $63,489.50 |
| Sreeram, Sreehari | Senior Consultant | $215.00 | 51.0 | $10,965.00 |
| Sundaran, Suchithra | Senior Consultant | $215.00 | 7.9 | $1,698.50 |
| Tucker, Jason | Senior Consultant | $215.00 | 33.5 | $7,202.50 |
| Twigge, Daniel | Senior Consultant | $215.00 | 1,343.0 | $288,745.00 |
| Vasudeva Rao, | Senior Consultant | $215.00 | 28.0 | $6,020.00 |
| Wendel, Ashley | Senior Consultant | $215.00 | 10.1 | $2,171.50 |
| Yadav, Devavrata | Senior Consultant | $215.00 | 343.1 | $73,766.50 |
| Yadav, Ritu | Senior Consultant | $215.00 | 17.0 | $3,655.00 |
| Yu, David | Senior Consultant | $215.00 | 209.1 | $44,956.50 |
| Zettlemoyer, David | Senior Consultant | $215.00 | 28.8 | $6,192.00 |
| Abbott, Matthew | Consultant | $175.00 | 11.0 | $1,925.00 |
| Agarwal, Raghav | Consultant | $175.00 | 8.0 | $1,400.00 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

April 29, 2014 - March 9, 2018

## *Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Agarwal, Gauree | Consultant | $175.00 | 32.5 | $5,687.50 |
| Aggarwal, Vaibhav | Consultant | $175.00 | 64.3 | $11,252.50 |
| Anant, Nimisha | Consultant | $175.00 | 20.0 | $3,500.00 |
| Andersen, Morgan | Consultant | $175.00 | 330.3 | $57,802.50 |
| Ansari, Kashang | Consultant | $175.00 | 68.7 | $12,022.50 |
| Arora, Jasreen | Consultant | $175.00 | 8.3 | $1,452.50 |
| Arora, Shriya | Consultant | $175.00 | 48.0 | $8,400.00 |
| Astorga Solis, Jessica | Consultant | $175.00 | 70.5 | $12,337.50 |
| Banga, Anubhav | Consultant | $175.00 | 51.5 | $9,012.50 |
| Barrazotto, Chip | Consultant | $175.00 | 1.0 | $175.00 |
| Baylis, Jessica | Consultant | $175.00 | 629.6 | $111,204.00 |
| Baty, Forrest | Consultant | $175.00 | 201.9 | $35,332.50 |
| Benvenuti, Christina | Consultant | $175.00 | 2,137.1 | $375,892.50 |
| Berchuck, Sarah | Consultant | $175.00 | 70.1 | $12,267.50 |
| Bhandari, Shalabh | Consultant | $175.00 | 5.0 | $875.00 |
| Bhandoola, Kriti | Consultant | $175.00 | 1.0 | $175.00 |
| Bhatia, Sarabjit | Consultant | $175.00 | 0.7 | $122.50 |
| Boutwell, Ryan | Consultant | $175.00 | 2.9 | $507.50 |
| Brunson, Steve | Consultant | $175.00 | 1,654.5 | $289,537.50 |
| Casey, Chris | Consultant | $175.00 | 2,555.0 | $447,125.00 |
| Chawla, Samridhi | Consultant | $175.00 | 0.2 | $35.00 |
| Chesser, Taylor | Consultant | $175.00 | 886.4 | $155,120.00 |
| Chetal, Palak | Consultant | $175.00 | 9.0 | $1,575.00 |
| Chiste, Robby | Consultant | $175.00 | 21.6 | $3,780.00 |
| Cho, Sohyun | Consultant | $175.00 | 4.7 | $822.50 |
| Choua, Johnny | Consultant | $175.00 | 126.5 | $22,137.50 |
| Claytor, Kate | Consultant | $175.00 | 85.8 | $15,015.00 |
| Dando, McKenna | Consultant | $175.00 | 6.2 | $1,085.00 |
| Danishmund, | Consultant | $175.00 | 73.1 | $12,792.50 |
| Danwani, Nikita | Consultant | $175.00 | 48.5 | $8,487.50 |
| Deswal, Neha | Consultant | $175.00 | 91.5 | $16,012.50 |
| Dhamaniya, Shashank | Consultant | $175.00 | 18.0 | $3,150.00 |
| Din, Anisa | Consultant | $175.00 | 284.7 | $49,822.50 |
| Dowds, Connor | Consultant | $175.00 | 144.4 | $25,270.00 |
| Elliott, Randall | Consultant | $175.00 | 151.6 | $26,530.00 |
| Evetts, Erin | Consultant | $175.00 | 136.6 | $23,905.00 |
| Falkiewicz, Bradley | Consultant | $175.00 | 36.0 | $6,300.00 |
| Flota, Blake | Consultant | $175.00 | 100.3 | $17,552.50 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

**April 29, 2014 - March 9, 2018**

## *Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Foster, Danielle | Consultant | $175.00 | 5.2 | $910.00 |
| Friedland, Eric | Consultant | $175.00 | 83.3 | $14,577.50 |
| Gaffley, Tim | Consultant | $175.00 | 2.0 | $350.00 |
| Gentile, Lauren | Consultant | $175.00 | 77.7 | $13,597.50 |
| Gerasymova, Kateryna | Consultant | $175.00 | 5.0 | $875.00 |
| Glynn, Greg | Consultant | $175.00 | 80.4 | $14,070.00 |
| Goel, Srishti | Consultant | $175.00 | 4.0 | $700.00 |
| Goetz, Christian | Consultant | $175.00 | 5.6 | $980.00 |
| Grace, Kelsey | Consultant | $175.00 | 231.5 | $40,512.50 |
| Grimm, Madison | Consultant | $175.00 | 43.0 | $7,525.00 |
| Gupta, Anitya | Consultant | $175.00 | 0.5 | $87.50 |
| Gupta, Malvi | Consultant | $175.00 | 9.0 | $1,575.00 |
| Gupta, Srishti | Consultant | $175.00 | 11.5 | $2,012.50 |
| Hah, Morgan | Consultant | $175.00 | 8.6 | $1,505.00 |
| Hamid, Mahvish | Consultant | $175.00 | 4.0 | $700.00 |
| Hasan, Areeba | Consultant | $175.00 | 1.5 | $262.50 |
| Henry, Diane | Consultant | $175.00 | 2,324.6 | $406,805.00 |
| Hill, Tim | Consultant | $175.00 | 37.3 | $6,527.50 |
| Jain, Abhishek | Consultant | $175.00 | 13.0 | $2,275.00 |
| Jain, Devanshi | Consultant | $175.00 | 4.0 | $700.00 |
| Jain, Mahaveer | Consultant | $175.00 | 3.0 | $525.00 |
| Jain, Rachna | Consultant | $175.00 | 27.9 | $4,882.50 |
| Johnson, Dana | Consultant | $175.00 | 0.5 | $87.50 |
| Kasthuri, Mahesh | Consultant | $175.00 | 0.1 | $17.50 |
| Kavanagh, Caroline | Consultant | $175.00 | 85.5 | $14,962.50 |
| Kazmi, Aamna | Consultant | $175.00 | 2.5 | $437.50 |
| Kidd, Matt | Consultant | $175.00 | 85.0 | $14,875.00 |
| Kinchen, Ashley | Consultant | $175.00 | 5.6 | $980.00 |
| Knuf, Anthony | Consultant | $175.00 | 4.3 | $752.50 |
| Koprivnik, Xander | Consultant | $175.00 | 424.5 | $74,287.50 |
| Kumar, Ranveer | Consultant | $175.00 | 2.1 | $367.50 |
| Lanter, Amanda | Consultant | $175.00 | 3.8 | $665.00 |
| Latham, Emma | Consultant | $175.00 | 28.0 | $4,900.00 |
| Lau, Stephanie | Consultant | $175.00 | 396.9 | $69,457.50 |
| Lemoine, Lydia | Consultant | $175.00 | 208.8 | $36,540.00 |
| Li, Zhenyu | Consultant | $175.00 | 67.0 | $11,725.00 |
| Lin, Silver | Consultant | $175.00 | 281.1 | $49,192.50 |
| Lirely, Loren | Consultant | $175.00 | 1,511.3 | $264,477.50 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

April 29, 2014 - March 9, 2018

## *Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Loharuka, Vijeta | Consultant | $175.00 | 5.0 | $875.00 |
| Luthra, Chetali | Consultant | $175.00 | 1.0 | $175.00 |
| Madan, Rohit | Consultant | $175.00 | 23.5 | $4,112.50 |
| Maheshwari, Nishant | Consultant | $175.00 | 29.0 | $5,075.00 |
| Maheshwari, Shyam | Consultant | $175.00 | 17.0 | $2,975.00 |
| Maheshwari, Shyam | Consultant | $175.00 | 11.0 | $1,925.00 |
| Miceli, Addison | Consultant | $175.00 | 37.4 | $6,545.00 |
| Mitchell, Stanley | Consultant | $175.00 | 141.3 | $24,727.50 |
| Mizell, Madison | Consultant | $175.00 | 191.8 | $33,565.00 |
| Modi, Kevin | Consultant | $175.00 | 7.5 | $1,312.50 |
| Mohla, Tanya | Consultant | $175.00 | 2.0 | $350.00 |
| Moscatelli, David | Consultant | $175.00 | 111.4 | $19,495.00 |
| Murarka, Vaishali | Consultant | $175.00 | 0.7 | $122.50 |
| Nasa, Srishti | Consultant | $175.00 | 244.9 | $42,857.50 |
| Naseem, Juhi | Consultant | $175.00 | 12.0 | $2,100.00 |
| Nostro, Matt | Consultant | $175.00 | 2.4 | $420.00 |
| O'Bar, Brandon | Consultant | $175.00 | 506.3 | $88,602.50 |
| Occeus, Jethro | Consultant | $175.00 | 33.3 | $5,827.50 |
| O'Donnell, Chris | Consultant | $175.00 | 497.8 | $87,115.00 |
| Ogden, Aleesha | Consultant | $175.00 | 477.6 | $83,580.00 |
| Oxman, Jeffrey | Consultant | $175.00 | 26.0 | $4,550.00 |
| Padhi, Pavitra | Consultant | $175.00 | 2.0 | $350.00 |
| Panjabi, Amit | Consultant | $175.00 | 6.0 | $1,050.00 |
| Palmer, Evan | Consultant | $175.00 | 41.9 | $7,332.50 |
| Pandya, Ria | Consultant | $175.00 | 5.5 | $962.50 |
| Pansari, Anubhav | Consultant | $175.00 | 626.2 | $109,585.00 |
| Parajuli, Jyotsaana | Consultant | $175.00 | 572.5 | $100,187.50 |
| Parsley, Jon | Consultant | $175.00 | 57.7 | $10,097.50 |
| Pasricha, Harleen | Consultant | $175.00 | 1.5 | $262.50 |
| Patel, Roshni | Consultant | $175.00 | 164.4 | $28,770.00 |
| Persons, Hillary | Consultant | $175.00 | 2,879.1 | $503,842.50 |
| Pittman, Preston | Consultant | $175.00 | 1.8 | $315.00 |
| Platt, Bo | Consultant | $175.00 | 6.5 | $1,137.50 |
| Portocarrero Neyra, | Consultant | $175.00 | 34.3 | $6,002.50 |
| Pothoulakis, Tony | Consultant | $175.00 | 3,097.8 | $542,115.00 |
| Prabhu, Upesh | Consultant | $175.00 | 13.4 | $2,345.00 |
| Prakash, Divya | Consultant | $175.00 | 51.5 | $9,012.50 |
| Rashad P.M., Aatif | Consultant | $175.00 | 4.5 | $787.50 |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

April 29, 2014 - March 9, 2018

## *Financial Statement Audit and Related Services*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Continued | | | | |
| Rashid, Takiyah | Consultant | $175.00 | 29.5 | $5,162.50 |
| Reynolds, Matt | Consultant | $175.00 | 1,030.2 | $180,285.00 |
| Richards, Nick | Consultant | $175.00 | 220.2 | $38,535.00 |
| Rohl, Brian | Consultant | $175.00 | 0.5 | $87.50 |
| Rosales, Josue | Consultant | $175.00 | 47.2 | $8,260.00 |
| Sachdeva, Rahul | Consultant | $175.00 | 12.5 | $2,187.50 |
| Sachdeva, Sanidhi | Consultant | $175.00 | 8.0 | $1,400.00 |
| Saini, Sonali | Consultant | $175.00 | 51.0 | $8,925.00 |
| Salamon, David | Consultant | $175.00 | 31.9 | $5,582.50 |
| Sawyer, Thomas | Consultant | $175.00 | 1.0 | $175.00 |
| Schleinat, Libby | Consultant | $175.00 | 56.1 | $9,817.50 |
| Sciolino, Andrea | Consultant | $175.00 | 1.4 | $245.00 |
| Sharma, Abhishek | Consultant | $175.00 | 10.0 | $1,750.00 |
| Sharma, Anurag | Consultant | $175.00 | 21.5 | $3,762.50 |
| Sledge, Bryan | Consultant | $175.00 | 78.1 | $13,667.50 |
| Sobti, Annie | Consultant | $175.00 | 12.5 | $2,187.50 |
| Stanchi, Paolo | Consultant | $175.00 | 1.5 | $262.50 |
| Stevenson, Chad | Consultant | $175.00 | 139.3 | $24,377.50 |
| Stipe, Henry | Consultant | $175.00 | 39.8 | $6,965.00 |
| Sugerman, Adam | Consultant | $175.00 | 1.7 | $297.50 |
| Sunstrum, Sloane | Consultant | $175.00 | 57.0 | $9,975.00 |
| Swearingen, Martha | Consultant | $175.00 | 61.5 | $10,762.50 |
| Swink, Dan | Consultant | $175.00 | 73.8 | $12,915.00 |
| Taylor, Krysta | Consultant | $175.00 | 5.5 | $962.50 |
| Thomas, Dona | Consultant | $175.00 | 63.5 | $11,112.50 |
| Thompson, Jennifer | Consultant | $175.00 | 4.0 | $700.00 |
| Tipsword, Nathan | Consultant | $175.00 | 4.6 | $805.00 |
| Twigge, Daniel | Consultant | $175.00 | 2,372.7 | $415,222.50 |
| Usiade, Kose | Consultant | $175.00 | 1.0 | $175.00 |
| Vadlamudi, Laxmi | Consultant | $175.00 | 0.5 | $87.50 |
| Vemuri, Pramod | Consultant | $175.00 | 16.5 | $2,887.50 |
| Vij, Aanchal | Consultant | $175.00 | 14.5 | $2,537.50 |
| Ward, Johnson | Consultant | $175.00 | 31.6 | $5,530.00 |
| Werth, Aaron | Consultant | $175.00 | 25.4 | $4,445.00 |
| Williams, Darryl | Consultant | $175.00 | 4.5 | $787.50 |
| Yadav, Devavrata | Consultant | $175.00 | 263.5 | $46,112.50 |
| **Professional Subtotal:** | | | **31,026.1** | **$20,025,155.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

April 29, 2014 - March 9, 2018

## Non-Working Travel

| Professional | Level | Rate | Hours | Fees |
|---|---|---|---|---|
| Blair, Kirk | Partner/Principal | $365.00 | 38.0 | $13,870.00 |
| Bradfield, Derek | Partner/Principal | $365.00 | 2.9 | $1,058.50 |
| Carr, Vickie | Partner/Principal | $365.00 | 11.0 | $4,015.00 |
| Wegener, Steve | Partner/Principal | $365.00 | 6.7 | $2,445.50 |
| Favor, Rick | Director | $365.00 | 116.1 | $42,376.50 |
| Sasso, Anthony | Director | $365.00 | 41.0 | $14,965.00 |
| Favor, Rick | Managing Director | $365.00 | 18.0 | $6,570.00 |
| Hickl, Jeff | Managing Director | $365.00 | 25.0 | $9,125.00 |
| Sasso, Anthony | Managing Director | $365.00 | 38.5 | $14,052.50 |
| Alper, PJ | Senior Manager | $290.00 | 8.0 | $2,320.00 |
| Auyeung, Tungjun | Senior Manager | $290.00 | 55.0 | $15,950.00 |
| Bowers, Rachel | Senior Manager | $290.00 | 8.5 | $2,465.00 |
| Genovese, Ralph | Senior Manager | $290.00 | 10.0 | $2,900.00 |
| Handler, Benjamin | Senior Manager | $290.00 | 6.8 | $1,972.00 |
| Hickl, Jeff | Senior Manager | $290.00 | 137.0 | $39,730.00 |
| Parker, Matt | Senior Manager | $290.00 | 5.5 | $1,595.00 |
| Wang, Charlie | Senior Manager | $290.00 | 18.0 | $5,220.00 |
| Auyeung, Tungjun | Manager | $265.00 | 10.0 | $2,650.00 |
| Freeman, Mike | Manager | $265.00 | 4.0 | $1,060.00 |
| Glover, Ryan | Manager | $265.00 | 3.4 | $901.00 |
| Powell, Clayton | Manager | $265.00 | 27.0 | $7,155.00 |
| Tillman, Kyle | Manager | $265.00 | 0.2 | $53.00 |
| Butler, Mike | Senior Consultant | $215.00 | 7.2 | $1,548.00 |
| Coetzee, Rachelle | Senior Consultant | $215.00 | 0.3 | $64.50 |
| Morehead, David | Senior Consultant | $215.00 | 4.0 | $860.00 |
| Murawski, Bryan | Senior Consultant | $215.00 | 3.9 | $838.50 |
| Benvenuti, Christina | Consultant | $175.00 | 5.0 | $875.00 |
| Brunson, Steve | Consultant | $175.00 | 4.0 | $700.00 |
| Casey, Chris | Consultant | $175.00 | 5.0 | $875.00 |
| Henry, Diane | Consultant | $175.00 | 4.0 | $700.00 |
| Hill, Tim | Consultant | $175.00 | 7.0 | $1,225.00 |
| Kidd, Matt | Consultant | $175.00 | 0.6 | $105.00 |
| Persons, Hillary | Consultant | $175.00 | 4.0 | $700.00 |
| Pothoulakis, Tony | Consultant | $175.00 | 10.2 | $1,785.00 |
| Swink, Dan | Consultant | $175.00 | 6.0 | $1,050.00 |
| Twigge, Daniel | Consultant | $175.00 | 4.0 | $700.00 |
| **Professional Subtotal:** | | | **655.8** | **$204,475.00** |

| Adjustment | |
|---|---|
| Less 50% Non-Working Travel Deduction | ($102,237.50) |
| **Total** | **$102,237.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

April 29, 2014 - March 9, 2018

*Perform Market Research of Public Information in Accordance with Audit Standard No. 12*

| Professional | Level | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Gullo, Randall | Partner/Principal | $365.00 | 0.3 | $109.50 |
| Stokx, Randy | Partner/Principal | $365.00 | 0.9 | $328.50 |
| Murawski, Bryan | Senior Manager | $290.00 | 10.7 | $2,300.50 |
| Parker, Matt | Senior Manager | $290.00 | 2.5 | $725.00 |
| Poindexter, Heath | Senior Manager | $290.00 | 2.6 | $754.00 |
| Freeman, Mike | Manager | $265.00 | 0.5 | $132.50 |
| Oluoch, Jennipher | Manager | $265.00 | 1.8 | $477.00 |
| Casey, Chris | Consultant | $175.00 | 11.5 | $2,012.50 |
| Henry, Diane | Consultant | $175.00 | 2.4 | $420.00 |
| **Professional Subtotal:** | | | **33.2** | **$7,259.50** |

# EFH Corp
# Deloitte & Touche LLP
# Fees Sorted by Category for the Fee Period

April 29, 2014 - March 9, 2018

## *Preparation of Fee Applications*

| Professional | Leve | Rate | Hours | Fees |
|---|---|---:|---:|---:|
| Stokx, Randy | Partner/Principal | $365.00 | 14.1 | $5,146.50 |
| Parker, Matt | Partner/Principal | $365.00 | 13.3 | $4,854.50 |
| Kilkenny, Tom | Partner/Principal | $365.00 | 13.1 | $4,781.50 |
| Craig, Valerie | Director | $365.00 | 2.3 | $839.50 |
| Bowers, Rachel | Senior Manager | $290.00 | 8.2 | $2,378.00 |
| Parker, Matt | Senior Manager | $290.00 | 8.1 | $2,499.00 |
| Murawski, Bryan | Manager | $265.00 | 60.5 | $16,032.50 |
| Freeman, Mike | Manager | $265.00 | 5.5 | $1,457.50 |
| Babanova, Maria | Manager | $265.00 | 23.2 | $6,148.00 |
| Austin, Carisa | Senior Consulultant | $215.00 | 32.5 | $6,987.50 |
| Abrom, Carisa | Senior Consulultant | $215.00 | 8.4 | $1,806.00 |
| Johnson, Holly | Senior Consulultant | $215.00 | 0.6 | $129.00 |
| Murawski, Bryan | Senior Consulultant | $215.00 | 173.6 | $40,974.00 |
| Coetzee, Rachelle | Senior Consulultant | $215.00 | 0.3 | $64.50 |
| Casey, Chris | Senior Consulultant | $215.00 | 3.0 | $645.00 |
| Cooper, Carla | Senior Consulultant | $215.00 | 4.1 | $881.50 |
| Babanova, Maria | Senior Consulultant | $215.00 | 3.1 | $666.50 |
| Richards, Lauren | Senior Consulultant | $215.00 | 1.5 | $322.50 |
| Gutierrez, Dalia | Consultant | $175.00 | 1,744.7 | $305,322.50 |
| Andersen, Morgan | Consultant | $175.00 | 1.5 | $262.50 |
| Casey, Chris | Consultant | $175.00 | 7.6 | $1,330.00 |
| Henry, Diane | Consultant | $175.00 | 0.4 | $70.00 |
| Ogden, Aleesha | Consultant | $175.00 | 1.5 | $262.50 |
| Jones, Donna | Consultant | $175.00 | 113.3 | $19,827.50 |
| Malinak, Kae | Consultant | $175.00 | 28.0 | $4,900.00 |
| Sebelius, Kendra | Consultant | $175.00 | 8.0 | $1,400.00 |
| Reynolds, Matt | Consultant | $175.00 | 2.0 | $350.00 |
| Yadav, Devavrata | Consultant | $175.00 | 1.3 | $227.50 |
| Lirely, Loren | Consultant | $175.00 | 0.6 | $105.00 |
| Dando, McKenna | Consultant | $175.00 | 4.0 | $700.00 |
| **Professional Subtotal:** | | | 2,288.3 | $431,371.00 |