# Exhibit D

**Voluntary Rate Disclosures**

- The blended hourly rate for timekeepers in Greenberg's New York office (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the 12-month period beginning on August 1, 2016 and ending on July 31, 2017 (the "Comparable Period") was, in the aggregate, approximately $593.00 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all Greenberg timekeepers who billed to the Debtors during the Fee Period was approximately $538.22 per hour (the "Debtor Blended Hourly Rate").[3]

- A detailed comparison of these rates is as follows:

| Position at Greenberg | Debtor Blended Hourly Rate for This Fee Application | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Shareholders | $0.00 | $787.00 |
| Associates | $595.00 | $410.00 |
| Counsel | $0.00 | $558.00 |
| Paralegals | $350.00 | $179.00 |
| **Attorneys & Paraprofessionals** | **$538.22** | **$593.00** |

---

[1] It is the nature of Greenberg's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily with Greenberg's Restructuring & Bankruptcy Group. Accordingly, "Non-Bankruptcy Matters" consist of matters for which Greenberg New York office timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by Greenberg domestic timekeepers who work primarily within Greenberg's Restructuring & Bankruptcy Group.

[2] Greenberg calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by Greenberg's New York office timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by Greenberg New York office timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[3] Greenberg calculated the blended hourly rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.