# **Exhibit E**

**Summary of Total Fees Incurred and Hours Expended During the Fee Period**

| Timekeeper/Position | Department | Date/ State of Admission (if applicable) | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed in this Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|
| Ryan A. Wagner, Associate | Bankruptcy | 2012- New York | $35,105.00 | 59.00 | $595.00 | 1 |
| Ishmael Taylor-Kamara, Paralegal | Bankruptcy | n/a | $6,230.00 | 17.80 | $350.00 | 0 |
| **TOTALS FOR ALL TIMEKEEPERS:** | | | **$41,335.00** | **76.80** | | |