**Exhibit F**

**Summary of Fees by Matter for the Fee Period**

| Project Category Description | Hours | Compensation |
|---|---:|---:|
| **Energy Trading (EFH.ET)** | 44.20 | $26,299.00 |
| **Fee/Employment Applications (B.800.813)** | 32.60 | $15,036.00 |
| **TOTAL** | **76.80** | **$41,335.00** |