**<u>Exhibit G</u>**

**Detailed Description of Services Provided**

Description of Professional Services Rendered:


TASK CODE:            ET            ENERGY TRADING


| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 01/08/17 | Ryan Wagner | Begin drafting 9019 motion with respect to resolution of counterparty claims. | 0.70 | 416.50 |
| 01/09/17 | Ryan Wagner | Call counterparty counsel concerning resolution of claims (.1); draft 9019 motion in respect of counterparty claims resolution (.6). | 0.70 | 416.50 |
| 01/10/17 | Ryan Wagner | Review counterparty comments to draft liquidation agreement (.4); confer with I. Catto regarding same (.2). | 0.60 | 357.00 |
| 01/12/17 | Ryan Wagner | Review counterparty comments to draft liquidation agreement (.2); prepare for call with counterparty counsel in connection with same (.3); call with counterparty counsel regarding resolution of open issues and exchange follow up emails (.3); draft 9019 motion resolving counterparty claims (.9). | 1.70 | 1,011.50 |
| 01/13/17 | Ryan Wagner | Negotiations with counterparty counsel concerning resolution claims and open issues (.7); confer with I. Catto in respect of same (.4); revise 9019 motion concerning resolution of counterparty claim (.6). | 1.70 | 1,011.50 |
| 01/17/17 | Ryan Wagner | Confer with I. Catto regarding status and strategy concerning counterparty negotiations. | 0.50 | 297.50 |
| 01/18/17 | Ryan Wagner | Draft 9019 motion in respect of resolution of counterparty claims. | 1.20 | 714.00 |
| 01/19/17 | Ryan Wagner | Draft 9019 motion in respect of resolution of counterparty claims (1.8); confer with I. Catto regarding same (.1); emails with counterparty counsel concerning 9019 (.2); negotiations with counterparty counsel concerning resolution of claims and liquidation agreement language (.4). | 2.50 | 1,487.50 |
| 01/20/17 | Ryan Wagner | Review draft language proposed by counterparty counsel (.6); confer with I. Catto regarding same (.3); emails with counterparty counsel (.2). | 1.10 | 654.50 |
| 01/23/17 | Ryan Wagner | Call with counterparty counsel regarding stipulation language (.3); confer with I. Catto regarding status and strategy (.4); review revised language proposed by counterparty and comment on same (.4). | 1.10 | 654.50 |
| 01/24/17 | Ryan Wagner | Confer with counterparty counsel regarding settlement negotiations (.4); | 0.70 | 416.50 |

Invoice No.:    4410419                                                                              Page  2
Matter No.:    163738.010100

<u>Description of Professional Services Rendered</u>

| | | | | |
|---|---|---|---|---|
| | | confer with I. Catto in respect of same (.3). | | |
| 01/25/17 | Ryan Wagner | Emails with I. Catto and counterparty counsel regarding revisions to liquidation agreement (.2); revise and circulate revised draft liquidation agreement (.4); email K&E concerning agreed upon revisions to counterparty liquidation agreement and issues in respect of same (.3). | 0.90 | 535.50 |
| 01/27/17 | Ryan Wagner | Emails with K&E concerning counterparty liquidation notice and related issues (.4); draft CNO in respect of counterparty liquidation agreement (.5); coordinate filing of same with RLF (.3). | 1.20 | 714.00 |

Total Hours:    14.60

Total Amount:    $ 8,687.00

<u>TIMEKEEPER SUMMARY FOR TASK CODE ET</u>,

ENERGY TRADING

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ryan Wagner | 14.60 | 595.00 | 8,687.00 |
| Totals: | 14.60 | 595.00 | $    8,687.00 |

Invoice No.:     4410419                                                                    Page  3
Matter No.:     163738.010100

<u>Description of Professional Services Rendered</u>

## **<u>TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY</u>**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ryan Wagner | 14.60 | 595.00 | 8,687.00 |
| Totals: | 14.60 | 595.00 | $    8,687.00 |

Invoice No.:      4430593                                                                Page  1
Matter No.:      163738.010100


<u>Description of Professional Services Rendered:</u>


TASK CODE:          ET          ENERGY TRADING


| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|------------|-------------|-------|--------|
| 02/09/17 | Ryan Wagner | Emails with K&E, I. Catto and counterparty counsel concerning resolution of outstanding claims. | 0.50 | 297.50 |
| 02/15/17 | Ryan Wagner | Emails with K&E and I. Catto regarding outstanding issues in respect of counterparty negotiations and finalizing same (.4); revise draft liquidation agreement (.4); email counterparty counsel regarding same (.2). | 1.00 | 595.00 |
| 02/27/17 | Ryan Wagner | Emails with counterparty counsel concerning resolution of liquidation agreement (.4); confer with client regarding same (.3); confer with I. Catto regarding resolution of outstanding liquidation agreements (.5). | 1.20 | 714.00 |
| 02/28/17 | Ryan Wagner | Draft liquidation notice with respect to counterparty liquidation agreement (.8); confer with I. Catto in respect of same (.4); review liquidation procedures motion/order (.6); review confirmed plan (1.1). | 2.90 | 1,725.50 |

Total Hours:      5.60

Total Amount:      $ 3,332.00

<u>TIMEKEEPER SUMMARY FOR TASK CODE ET</u>,

ENERGY TRADING

| <u>Timekeeper Name</u> | <u>Hours Billed</u> | <u>Rate</u> | <u>Total $ Amount</u> |
|------------------|-------------|------|----------------|
| Ryan Wagner | 5.60 | 595.00 | 3,332.00 |
| Totals: | 5.60 | 595.00 | $      3,332.00 |

Invoice No.:     4430593                                                    Page  2
Matter No.:     163738.010100

Description of Professional Services Rendered

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ryan Wagner | 5.60 | 595.00 | 3,332.00 |
| Totals: | 5.60 | 595.00 | $ 3,332.00 |

Invoice No.:      4467356                                                                                          Page  1
Matter No.:      163738.010100


<u>Description of Professional Services Rendered:</u>


TASK CODE:          ET          ENERGY TRADING


| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 03/01/17 | Ryan Wagner | Review and finalize liquidation agreement with counterparty (.8); confer with I. Catto and counterparty counsel regarding same (.4); draft liquidation notice in respect of same (.7); coordinate service of liquidation notice with debtors' claims agent and discussions regarding same (.5). | 2.40 | 1,428.00 |
| 03/02/17 | Ryan Wagner | Emails with EFH concerning draft pleadings (.4); draft declaration in support of motion to approve stipulation with counterparty (1.2); review stipulation and 9019 motion (.8); confer with I. Catto regarding going forward issues (.3). | 2.70 | 1,606.50 |
| 03/03/17 | Ryan Wagner | Revise 9019 motion and proposed order in respect of stipulation resolving counterparty claims (.7); revise declaration in support of 9019 motion (.4); email counterparty counsel concerning draft documents (.2); confer with I. Catto regarding outstanding issues (.3). | 1.60 | 952.00 |
| 03/07/17 | Ryan Wagner | Emails with K&E concerning resolution of outstanding claims and going forward issues. | 0.50 | 297.50 |
| 03/09/17 | Ryan Wagner | Email counterparty counsel concerning resolution of outstanding issues and draft 9019 motion/declaration. | 0.30 | 178.50 |
| 03/20/17 | Ryan Wagner | Emails with counterparty counsel concerning draft 9019 motion and declaration and execution of draft stipulation (.5); emails with K&E concerning liquidation notice issues (.2); emails with Epiq regarding same (.2). | 0.90 | 535.50 |
| 03/21/17 | Ryan Wagner | Emails with Epiq concerning liquidation notice (.3); emails with K&E concerning claims resolution issues (.4). | 0.70 | 416.50 |
| 03/22/17 | Ryan Wagner | Emails with K&E and RLF concerning claims resolution issues. | 0.40 | 238.00 |
| 03/23/17 | Ryan Wagner | Draft CNO in connection with counterparty liquidation notice (.4); coordinate filing of same with J. Madron (RLF) (.2); emails with counterparty counsel in connection with liquidation notice (.3). | 0.90 | 535.50 |
| 03/24/17 | Ryan Wagner | Emails with counterparty counsel regarding resolution of claims, draft 9019 motion, and finalizing stipulation (.5); confer with | 0.80 | 476.00 |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | client in respect of same (.3). | | |
| 03/27/17 | Ryan Wagner | Emails with counterparty counsel concerning resolution of claims and going forward issues. | 0.40 | 238.00 |
| 03/28/17 | Ryan Wagner | Emails with client concerning resolution of counterparty claims and execution of stipulation (.4); emails with counterparty counsel concerning same (.3). | 0.70 | 416.50 |
| 03/29/17 | Ryan Wagner | Calls with counterparty counsel concerning resolution of claims and related issues. | 0.60 | 357.00 |
| 03/30/17 | Ryan Wagner | Address issues in respect of resolution of counterparty claims. | 0.40 | 238.00 |

Total Hours:     13.30

Total Amount:     $ 7,913.50

TIMEKEEPER SUMMARY FOR TASK CODE ET,

ENERGY TRADING

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ryan Wagner | 13.30 | 595.00 | 7,913.50 |
| Totals: | 13.30 | 595.00 | $    7,913.50 |

Invoice No.:      4467356                                          Page  3
Matter No.:      163738.010100

Description of Professional Services Rendered

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ryan Wagner | 13.30 | 595.00 | 7,913.50 |
| Totals: | 13.30 | 595.00 | $    7,913.50 |

Invoice No.:      4485805                                                                                          Page  1
Matter No.:      163738.010100

## Description of Professional Services Rendered:

TASK CODE:        813        FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 04/11/17 | Ryan Wagner | Draft October 2016 – February 2017 monthly fee statements (2.1); call with J. Madron (RLF) concerning case status and fee issues (.3); call with I. Catto concerning fee and going forward issues (.2). | 2.60 | 1,547.00 |
| 04/19/17 | Ishmael Taylor-Kamara | Meeting with R. Wagner regarding preparation of Greenberg Traurig 3rd and 4th interim fee applications. | 0.30 | 105.00 |
| 04/19/17 | Ryan Wagner | Review and revise October – February monthly fee statements (.7); confer with I. Catto regarding same (.1); emails with J. Madron (RLF) concerning filing of same (.3); meet and confer with I. Taylor-Kamara regarding preparation of interim fee applications (.2). | 1.30 | 773.50 |
| 04/20/17 | Ishmael Taylor-Kamara | Review invoices, payment reports and monthly fee applications, and begin preparation of GT 3rd and 4th interim fee applications and summary charts. | 2.80 | 980.00 |
| 04/21/17 | Ishmael Taylor-Kamara | Continue preparation of exhibits to GT 3rd and 4th interim fee applications. | 2.40 | 840.00 |
| 04/25/17 | Ishmael Taylor-Kamara | Continue preparation of GT 3rd and 4th interim fee applications and exhibits thereto. | 1.30 | 455.00 |
| 04/26/17 | Ishmael Taylor-Kamara | Review invoices and payment reports and update GT 3rd and 4th interim fee applications and summary chart. | 2.30 | 805.00 |
| 04/27/17 | Ishmael Taylor-Kamara | Continue preparation of exhibits to GT 3rd and 4th interim fee applications. | 1.10 | 385.00 |
| 04/28/17 | Ishmael Taylor-Kamara | Finalize drafts of GT 32rd and 4th interim fee applications and summary charts and exhibits thereto. | 2.20 | 770.00 |

Total Hours:      16.30

Total Amount:      $ 6,660.50

Invoice No.:     4485805                                                         Page 2
Matter No.:     163738.010100

Description of Professional Services Rendered

TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ryan Wagner | 3.90 | 595.00 | 2,320.50 |
| Ishmael Taylor-Kamara | 12.40 | 350.00 | 4,340.00 |
| Totals: | 16.30 | 408.62 | $    6,660.50 |

Invoice No.:    4485805                                                          Page  3
Matter No.:     163738.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:        ET        ENERGY TRADING

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 04/03/17 | Ryan Wagner | Emails with client concerning resolution of claims. | 0.20 | 119.00 |
| 04/04/17 | Ryan Wagner | Emails with client concerning resolution of claims. | 0.10 | 59.50 |
| 04/05/17 | Ryan Wagner | Emails with counterparty counsel concerning claims resolution issues. | 0.20 | 119.00 |
| 04/12/17 | Ryan Wagner | Emails with client concerning resolution of counterparty claims and finalizing stipulation (.2); revise 9019 motion and declaration and exchange emails with K&E regarding same (.6). | 0.80 | 476.00 |
| 04/17/17 | Ryan Wagner | Review K&E comments to 9019 motion and declaration in connection with resolution of counterparty claims (.3); emails with I. Catto concerning same (.2). | 0.50 | 297.50 |
| 04/18/17 | Ryan Wagner | Confer with I. Catto concerning 9019 motion and declaration in connection with resolution of counterparty claims (.3); emails with K&E regarding same (.1). | 0.40 | 238.00 |
| 04/19/17 | Ryan Wagner | Emails with client concerning resolution of counterparty claims (.2); call with counterparty counsel concerning 9019 motion and declaration and going forward issues (.3); revise 9019 motion and declaration (.7); emails with counterparty counsel and I. Catto concerning same (.2). | 1.40 | 833.00 |
| 04/25/17 | Ryan Wagner | Emails with client concerning resolution of remaining claims. | 0.20 | 119.00 |
| 04/26/17 | Ryan Wagner | Call with client concerning claims resolution issues. | 0.10 | 59.50 |

Total Hours:        3.90

Total Amount:        $ 2,320.50

<u>TIMEKEEPER SUMMARY FOR TASK CODE ET</u>,

ENERGY TRADING

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ryan Wagner | 3.90 | 595.00 | 2,320.50 |
| Totals: | 3.90 | 595.00 | $  2,320.50 |

Invoice No.:     4485805                                                        Page  4
Matter No.:      163738.010100

<u>Description of Professional Services Rendered</u>

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ryan Wagner | 7.80 | 595.00 | 4,641.00 |
| Ishmael Taylor-Kamara | 12.40 | 350.00 | 4,340.00 |
| Totals: | 20.20 | 444.60 | $        8,981.00 |

Invoice No.:      4507047                                                                    Page  1
Matter No.:      163738.010100

## Description of Professional Services Rendered:

TASK CODE:        813        FEE/EMPLOYMENT APPLICATIONS

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 05/15/17 | Ryan Wagner | Review draft CNOs in respect of October – February monthly fee statements and confer with J. Madron regarding same. | 0.40 | 238.00 |
| | | Total Hours: | 0.40 | |
| | | Total Amount: | | $ 238.00 |

TIMEKEEPER SUMMARY FOR TASK CODE 813,

   FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Ryan Wagner | 0.40 | 595.00 | 238.00 |
| Totals: | 0.40 | 595.00 | $    238.00 |

Invoice No.:    4507047                                                                     Page  2
Matter No.:    163738.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:          ET          ENERGY TRADING

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 05/04/17 | Ryan Wagner | Emails with client concerning resolution of counterparty claims (.1); emails with K&E concerning same and going forward issues (.3). | 0.40 | 238.00 |
| 05/08/17 | Ryan Wagner | Emails with I. Catto and K&E regarding 9019 motion and declaration in connection with resolution of counterparty claims. | 0.50 | 297.50 |
| 05/15/17 | Ryan Wagner | Emails with counterparty counsel concerning status of 9019 motion and going forward issues (.2); review docket (.4). | 0.60 | 357.00 |
| 05/24/17 | Ryan Wagner | Emails with J. Madron and K&E team concerning status of 9019 motion and preparation of CNO in connection with same. | 0.30 | 178.50 |
| 05/30/17 | Ryan Wagner | Emails with J. Madron, K&E and counterparty counsel concerning order approving 9019 motion. | 0.30 | 178.50 |
| 05/31/17 | Ryan Wagner | Emails with R. Chaikin (K&E) concerning status of liquidation swap negotiations and going forward issues. | 0.20 | 119.00 |

Total Hours:          2.30

Total Amount:     $ 1,368.50

<u>TIMEKEEPER SUMMARY FOR TASK CODE ET,</u>

ENERGY TRADING

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ryan Wagner | 2.30 | 595.00 | 1,368.50 |
| Totals: | 2.30 | 595.00 | $     1,368.50 |

Invoice No.:    4507047                                                                 Page  3
Matter No.:    163738.010100

Description of Professional Services Rendered

## **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ryan Wagner | 2.70 | 595.00 | 1,606.50 |
| Totals: | 2.70 | 595.00 | $    1,606.50 |

Invoice No.:      4530104                                                                Page  1
Matter No.:      163738.010100


<u>Description of Professional Services Rendered:</u>


TASK CODE:        813          FEE/EMPLOYMENT APPLICATIONS


| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|-----------|-------------|-------|--------|
| 06/08/17 | Ishmael Taylor-Kamara | Incorporate revisions to GT 3rd and 4th interim fee application and summary charts, per R. Wagner. | 1.20 | 420.00 |
| 06/08/17 | Ryan Wagner | Review and comment on draft third and fourth interim fee applications and exhibits thereto (3.0); confer with I. Taylor-Kamara regarding same (.6). | 3.60 | 2,142.00 |
| 06/09/17 | Ishmael Taylor-Kamara | Finalize revisions to GT 3rd and 4th interim fee application and summary charts, per R. Wagner. | 0.60 | 210.00 |
| 06/09/17 | Ryan Wagner | Review and comment on draft third and fourth interim fee applications and exhibits thereto (1.2); confer with I. Taylor-Kamara regarding same (.4). | 1.60 | 952.00 |
| 06/12/17 | Ishmael Taylor-Kamara | Update and revise GT 3rd and 4th interim fee application and summary charts, per R. Wagner comments. | 0.80 | 280.00 |
| 06/13/17 | Ishmael Taylor-Kamara | Revise GT 3rd and 4th interim fee applications and exhibits per R. Wagner comments. | 1.20 | 420.00 |
| 06/13/17 | Ryan Wagner | Review final drafts of third and fourth interim fee applications and circulate same to I. Catto (1.1); confer with I. Catto regarding same (.2). | 1.30 | 773.50 |
| 06/14/17 | Ishmael Taylor-Kamara | Complete final revisions to GT 3rd and 4th interim fee applications and exhibits per R. Wagner comments and  assemble same for filing. | 0.70 | 245.00 |
| 06/14/17 | Ryan Wagner | Review revised, finalized drafts of third and fourth interim fee applications (.7); emails with I. Taylor-Kamara concerning same (.4). | 1.10 | 654.50 |
| 06/15/17 | Ishmael Taylor-Kamara | Update Declaration to GT 3rd and 4th interim fee applications per R. Wagner comments and assemble same for filing. | 0.30 | 105.00 |
| 06/15/17 | Ryan Wagner | Finalize Greenberg Traurig third and fourth interim fee applications (.5); coordinate filing of same with J. Madron (RLF) (.4). | 0.90 | 535.50 |
| 06/21/17 | Ryan Wagner | Review revised supplement to fourth interim fee application (.6); provide comments to and confer with I. Taylor-Kamara regarding same (.3); emails with I. Catto regarding same (.4). | 1.30 | 773.50 |
| 06/22/17 | Ishmael Taylor-Kamara | Revise and finalize exhibits to supplement to 4th interim fee application. | 0.60 | 210.00 |
| 06/22/17 | Ryan Wagner | Review revised supplement to 4th interim | 0.70 | 416.50 |

Invoice No.:     4530104                                                           Page 2
Matter No.:     163738.010100

Description of Professional Services Rendered

fee application (.4); coordinate with J.
Madron (RLF) to file same (.2); confer
with I. Catto regarding same (.1).

| | | |
|---|---|---|
| Total Hours: | 15.90 | |
| Total Amount: | | $ 8,137.50 |

TIMEKEEPER SUMMARY FOR TASK CODE 813,

FEE/EMPLOYMENT APPLICATIONS

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ryan Wagner | 10.50 | 595.00 | 6,247.50 |
| Ishmael Taylor-Kamara | 5.40 | 350.00 | 1,890.00 |
| Totals: | 15.90 | 511.79 | $ 8,137.50 |

Invoice No.:      4530104                                                                    Page  3
Matter No.:      163738.010100

<u>Description of Professional Services Rendered</u>

TASK CODE:          ET          ENERGY TRADING

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|------|------------|-------------|-------|--------|
| 06/01/17 | Ryan Wagner | Follow up emails with R. Chaikin (K&E) concerning status of liquidation swap negotiations and going forward issues. | 0.30 | 178.50 |
| 06/07/17 | Ryan Wagner | Emails and calls with K&E regarding swap agreements and related issues (.6); confer with I. Catto regarding same (.3). | 0.90 | 535.50 |

Total Hours:          1.20

Total Amount:          $ 714.00

<u>TIMEKEEPER SUMMARY FOR TASK CODE ET</u>,

ENERGY TRADING

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|-----------------|--------------|------|----------------|
| Ryan Wagner | 1.20 | 595.00 | 714.00 |
| Totals: | 1.20 | 595.00 | $      714.00 |

Invoice No.:     4530104                                                                    Page  4
Matter No.:     163738.010100

<u>Description of Professional Services Rendered</u>

### **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ryan Wagner | 11.70 | 595.00 | 6,961.50 |
| Ishmael Taylor-Kamara | 5.40 | 350.00 | 1,890.00 |
| Totals: | 17.10 | 517.63  $ | 8,851.50 |

<u>Description of Professional Services Rendered:</u>

TASK CODE:          ET          ENERGY TRADING

| <u>DATE</u> | <u>TIMEKEEPER</u> | <u>DESCRIPTION</u> | <u>HOURS</u> | <u>AMOUNT</u> |
|---|---|---|---|---|
| 07/07/17 | Ryan Wagner | Review and analyze plan in connection with potential BH deal (2.2); confer with I. Catto in respect of same (.4). | 2.60 | 1,547.00 |
| 07/26/17 | Ryan Wagner | Emails with I. Catto regarding counterparty liquidation agreement and review records regarding same. | 0.70 | 416.50 |
| | | Total Hours: | 3.30 | |
| | | Total Amount: | | $ 1,963.50 |

<u>TIMEKEEPER SUMMARY FOR TASK CODE ET</u>,

ENERGY TRADING

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ryan Wagner | 3.30 | 595.00 | 1,963.50 |
| Totals: | 3.30 | 595.00 | $      1,963.50 |

Invoice No.:    4560417                                                                          Page  2
Matter No.:    163738.010100

<u>Description of Professional Services Rendered</u>

### **TIMEKEEPER ACTIVITY GRAND TOTAL SUMMARY**

| Timekeeper Name | Hours Billed | Rate | Total $ Amount |
|---|---|---|---|
| Ryan Wagner | 3.30 | 595.00 | 1,963.50 |
| Totals: | 3.30 | 595.00 | $ 1,963.50 |