## Exhibit A

**Catto Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF ISKENDER H. CATTO IN SUPPORT OF THE FINAL FEE
APPLICATION OF GREENBERG TRAURIG, LLP, AS SPECIAL COUNSEL FOR
CERTAIN ENERGY-RELATED TRANSACTIONAL MATTERS FOR THE DEBTORS
AND DEBTORS IN POSSESSION, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM
NOVEMBER 2, 2015 THROUGH AND INCLUDING JULY 31, 2017**

I, Iskender H. Catto, being duly sworn, state the following under penalty of perjury:

1.     I am a shareholder in the law firm of Greenberg Traurig, LLP ("Greenberg"),[2]
located at 200 Park Avenue, New York, New York 10166. I am a member in good standing of
the Bars of the States of New York and New Jersey and the Bar of Washington, D.C., and I have
been admitted to practice, *pro hac vice*, in the United States Bankruptcy Court for the District of
Delaware in connection with this case.  There are no disciplinary proceedings pending against
me.

2.     I have read the foregoing final fee application of Greenberg, special counsel for
certain energy-related transactional matters, for the Fee Period (the "Fee Application").  To the
best of my knowledge, information and belief, the statements contained in the Fee Application

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the
debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these
chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their
federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on
the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.
[2] Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Fee Application.

are true and correct.  In addition, I believe that the Fee Application complies with Del. Bankr.

L.R. 2016-2.

     3.     In connection therewith, I hereby certify that:

     a)     to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Fee Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

     b)     except to the extent disclosed in the Fee Application, the fees and disbursements sought in the Fee Application are billed at rates customarily employed by Greenberg and generally accepted by Greenberg's clients.  In addition, none of the professionals seeking compensation varied their hourly rate based on the geographic location of the Debtors' case;

     c)     in providing a reimbursable expense, Greenberg does not make a profit on that expense, whether the service is performed by Greenberg in-house or through a third party;

     d)     in accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between Greenberg and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules; and

     e)     all services for which compensation is sought were professional services on behalf of EFH Corp. and the TCEH Debtors and not on behalf of any other person.

Dated: April 23, 2018             Respectfully submitted,

                         */s/ Iskender H. Catto*
                         Iskender H. Catto
                         Shareholder, Greenberg Traurig, LLP