**<u>Exhibit D</u>**

**Summary of Total Fees Incurred and Hours Expended**

| Timekeeper/Position | Department | Date/State of Admission (if applicable) | Fees Billed in this Application | Hours Billed in this Application | Hourly Rate Billed in this Application | Number of Rate Increases Since Case Inception |
|---|---|---|---|---|---|---|
| Gregory Lawrence Shareholder | Litigation | 1991 – Massachusetts 1993 – District of Columbia | $3,885.00 | 3.70 | $1,050.00 | 0 |
| Iskender H. Catto Shareholder | Energy | 2000 – New York | $348,245.00 | 409.70 | $850.00 | 0 |
| Maria DiConza Shareholder | Bankruptcy | 1998 – New York | $2,024.00 | 2.20 | $920.00 | 0 |
| Todd F. Kimbrough Shareholder | Energy | 2005 - Texas | $4,920.00 | 8.20 | $600.00 | 0 |
| Ryan A. Wagner, Associate | Bankruptcy | 2012 - New York | $279,465.50[1] | 469.70 | $580.00 $595.00 | 1 |
| Leo Muchnik Associate | Bankruptcy | 2013 – New York | $3,339.00 | 6.30 | $530.00 | 0 |
| Thomas Lemon Law Clerk | Energy | 2011 – Maryland | $840.00 | 2.10 | $400.00 | 0 |
| Sara Hoffman Associate | Bankruptcy | 2014 – New York | $5,362.50 | 14.30 | $375.00 | 0 |
| Brian Wheaton Associate | Bankruptcy | 2015 – New York | $19,207.50[2] | 47.70 | $375.00 $450.00 | 1 |
| Ishmael Taylor-Kamara Paralegal | Bankruptcy | n/a | $11,060.00 | 31.60 | $350.00 | 0 |
| Elizabeth Thomas Senior Paralegal | Bankruptcy | n/a | $34.00 | .10 | $340.00 | 0 |
| **TOTALS FOR ALL TIMEKEEPERS:** | | | **$678,382.50** | **995.60** | | |

---

[1] .40 hours of work performed by Mr. Wagner was billed at $580.00 per hour.
[2] 30.10 hours of work performed by Mr. Wheaton was billed at $385.00 per hour.