**<u>Exhibit E</u>**

**Summary of Expenses by Category**

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Airfare | United Airlines | | $2,844.74 |
| Lodging | Dallas Marriott City Center / Renaissance Dallas Hotel | | $2,685.55 |
| Car Rental | Budget Rental | | $734.17 |
| Parking | Various | | $682.07 |
| Business Meal | Dallas Marriott City Center Meal / Renaissance Dallas Hotel Meal | | $85.73 |
| Miscellaneous | Shell Gas | | $28.13 |
| **Totals** | | | **$7,060.39** |