**Exhibit F**

**Summary of Fees by Matter for the Final Period**

| Project Category Description | Hours | Compensation |
|---|---:|---:|
| **Energy Trading (EFH.ET)** | 879.60 | $620,632.00 |
| **Fee/Employment Applications (B.800.813/B.800.926)** | 105.10 | $52,438.00 |
| **Court Hearings (B.800.833)** | 1.10 | $654.50 |
| **Utility Matters (B.800.837)** | 9.80 | $4,658.00 |
| **TOTAL** | **995.60** | **$678,382.50** |

| Summary of Fees by Timekeepers by Matter | Timekeeper/Position | Hours | Rate | Total |
|---|---|---|---|---|
| **Energy Trading (EFH.ET)** | | | | |
| | Iskender H. Catto<br>Shareholder | 409.30 | $850.00 | $347,905.00 |
| | Todd F. Kimbrough<br>Shareholder | 8.20 | $600.00 | $4,920.00 |
| | Gregory Lawrence<br>Shareholder | 3.70 | $1,050.00 | $3,885.00 |
| | Leo Muchnik<br>Associate | 3.20 | $530.00 | $1,696.00 |
| | Ryan A. Wagner,<br>Associate | 412.10[1] | $595.00 | $245,193.50 |
| | Brian Wheaton<br>Associate | 41.00[2] | $450.00 | $16,192.50 |
| | Thomas Lemon<br>Law Clerk | 2.10 | $400.00 | $840.00 |
| **Total Energy Trading (EFH.ET)** | | **879.60** | | **$620,632.00** |
| **Fee/Employment Applications (B.800.813/B.800.926)** | | | | |
| | Iskender H. Catto<br>Shareholder | .40 | $850.00 | $340.00 |
| | Maria DiConza<br>Shareholder | 2.20 | $920.00 | $2,024.00 |
| | Sara Hoffman<br>Associate | 14.30 | $375.00 | $5,362.00 |
| | Ryan A. Wagner,<br>Associate | 56.50 | $595.00 | $33,617.50 |
| | Ishmael Taylor-Kamara<br>Paralegal | 31.60 | $350.00 | $11,060.00 |
| | Elizabeth Thomas<br>Senior Paralegal | .10 | $340.00 | $34.00 |
| **Total Fee/Employment Applications (B.800.813/B.800.926)** | | **105.10** | | **$52,437.50** |

---

[1] .40 hours of work performed by Mr. Wagner was billed at $580.00 per hour.
[2] 30.10 hours of work performed by Mr. Wheaton was billed at $385.00 per hour.

| Summary of Fees by Timekeepers by Matter | Timekeeper/Position | Hours | Rate | Total |
|---|---|---|---|---|
| **Court Hearings (B.800.833)** | | | | |
| | Ryan A. Wagner, Associate | 1.10 | $595.00 | $654.50 |
| **Total Court Hearings (B.800.833)** | | **1.10** | | **$654.50** |
| **Utility Matters (B.800.837)** | | | | |
| | Leo Muchnik Associate | 3.10 | $530.00 | $1,643.00 |
| | Brian Wheaton Associate | 6.70 | $450.00 | $3,015.00 |
| **Total Utility Matters (B.800.837)** | | **9.80** | | **$4,658.00** |