# Exhibit H

**Detailed Expense Records**

**Detailed Description of Expenses and Disbursements**

***November 1, 2015 through November 30, 2015***

***AIRFARE***

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | November 11, 2015 | $243.34 | Airfare Coach Houston/Dallas |

**Expense Category Total:**                                 **$243.34**

***LODGING***

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | November 11, 2015 | $240.89 | Dallas Marriott Hotel |
| Iskender H. Catto | November 12, 2015 | $240.89 | Dallas Marriott Hotel |

**Expense Category Total:**                                 **$481.78**

***TRANSPORTATION***

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | November 11- November 13, 2015 | $225.00 | Budget Car Rental (3 days @ $75/day, taxes and fees included) |

**Expense Category Total:**                                 **$225.00**

***PARKING***

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | November 11, 2015 | $9.00 | Stall Parking |
| Iskender H. Catto | November 12, 2015 | $51.96 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | November 13, 2015 | $10.00 | Stall Parking |
| Iskender H. Catto | November 11- November 13, 2015 | $99.00 | Newark Liberty International Airport Parking |

**Expense Category Total:**                                 **$169.96**

***MISCELLANEOUS***

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | November 13, 2015 | $6.02 | Shell Gas |

**Expense Category Total:**                                 **$6.02**

### *December 1, 2015 through December 31, 2015*

### *AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | December 14, 2015 | $1,434.20 | Roundtrip Airfare Coach Newark/Dallas |
| **Expense Category Total:** | | **$1,434.20** | |

### *LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | December 14, 2015 | $321.57 | Dallas Marriott Hotel |
| Iskender H. Catto | December 15, 2015 | $344.63 | Dallas Marriott Hotel |
| **Expense Category Total:** | | **$666.20** | |

### *TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | December 14-December 16, 2015 | $134.17 | Budget Car Rental (2 days @ $67.09/day, taxes and fees included) |
| **Expense Category Total:** | | **$134.17** | |

### *PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | December 14, 2015 | $58.46 | Dallas Marriott Hotel Parking |
| Iskender H. Catto | December 16, 2015 | $9.00 | Stall Parking |
| Iskender H. Catto | December 14-December 16, 2015 | $99.00 | Newark Liberty International Airport Parking |
| **Expense Category Total:** | | **$166.46** | |

### *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | December 16, 2015 | $9.63 | Shell Gas |
| **Expense Category Total:** | | **$9.63** | |

**Detailed Description of Expenses and Disbursements**

***January 1, 2016 through April 30, 2016***

***AIRFARE***

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 11, 2016 | $436.10 | Roundtrip Airfare Coach Newark/Dallas |

**Expense Category Total:**          **$436.10**

***LODGING***

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 18, 2016 | $310.05 | Renaissance Dallas Hotel |
| Iskender H. Catto | April 19, 2016 | $310.05 | Renaissance Dallas Hotel |
| Iskender H. Catto | April 20, 2016 | $310.05 | Renaissance Dallas Hotel |

**Expense Category Total:**          **$930.15**

***TRANSPORTATION***

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 18, 2016 – April 20, 2016 | $225.00 | Budget Car Rental (3 days @ $75.00/day, taxes and fees included) |

**Expense Category Total:**          **$225.00**

***PARKING***

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | April 19, 2016 | $9.00 | Stall Parking |
| Iskender H. Catto | April 20, 2016 | $9.00 | Stall Parking |
| Iskender H. Catto | April 21, 2016 | $58.47 | Renaissance Dallas Hotel Parking |

| Iskender H. Catto | April 22, 2016 | $98.40 | Newark Liberty International Airport Parking |

**Expense Category Total:** **$174.87**

## *BUSINESS MEALS*

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Iskender H. Catto | April 21, 2016 | $46.76 | Renaissance Dallas Hotel Meal |

**Expense Category Total:** **$46.76**

## *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
| --- | --- | --- | --- |
| Iskender H. Catto | April 21, 2016 | $8.14 | Shell Gas |

**Expense Category Total:** **$8.14**

**Detailed Description of Expenses and Disbursements**

*May 1, 2016 through August 31, 2016*

*AIRFARE*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 8, 2016 | $731.10 | Roundtrip Airfare Coach Newark/Dallas |

**Expense Category Total:** <u>**$731.10**</u>

*LODGING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 8, 2016 | $326.19 | Dallas Marriott City Center |
| Iskender H. Catto | June 9, 2016 | $281.23 | Dallas Marriott City Center |

**Expense Category Total:** <u>**$607.42**</u>

*TRANSPORTATION*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 8, 2016 – June 10, 2016 | $150 | Budget Car Rental (2 days @ $75.00/day, taxes and fees included) |

**Expense Category Total:** <u>**$150**</u>

*PARKING*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 8, 2016 – June 10, 2016 | $62.78 | Dallas Marriott City Center Parking |
| Iskender H. Catto | June 10, 2016 | $9.00 | Stall Parking |
| Iskender H. Catto | June 10, 2016 | $99 | Newark Liberty International Airport Parking |

**Expense Category Total:** <u>**$170.78**</u>

### *BUSINESS MEALS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 9, 2016 | $38.97 | Dallas Marriott City Center Meal |

**Expense Category Total:**                    **$38.97**

### *MISCELLANEOUS*

| Professional/Service | Date | Expense | Expense Description |
|---|---|---|---|
| Iskender H. Catto | June 10, 2016 | $4.04 | Shell Gas |

**Expense Category Total:**                    **$4.04**