## EXHIBIT A

**Horan Declaration**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) ) |
| Debtors.[9] | ) (Jointly Administered) ) |

**DECLARATION OF THOMAS M. HORAN IN SUPPORT OF THE FINAL FEE APPLICATION OF SHAW FISHMAN GLANTZ & TOWBIN LLC AS SPECIAL DELAWARE COUNSEL FOR THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD AUGUST 14, 2017 THROUGH MARCH 9, 2018**

1. I am a member in the law firm of Shaw Fishman Glantz & Towbin, LLC, located at 300 Delaware Avenue, Wilmington, Delaware 19801 ("Shaw Fishman"). I am a member in good standing of the Bar of the State of Delaware and I have been admitted to practice in the United States Bankruptcy Court for the District of Delaware. There are no disciplinary proceedings pending against me.

2. I have personally performed many of the legal services rendered by Shaw Fishman as Special Delaware Counsel to the Debtors and am familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Final Fee Application for Shaw Fishman complies with Rule 2016-2.

4. The facts set forth in the foregoing Final Fee Application are true and correct to the best of my knowledge, information and belief.

---

[9] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 23, 2018                              Respectfully submitted,


                                                   */s/ Thomas M. Horan*
                                                   Thomas M. Horan (Del. Bar. No. 4641)