## EXHIBIT C

**Shaw Fishman Engagement Letter**



## SHAW FISHMAN

Shaw Fishman Glantz & Towbin LLC

*Writer:*

Robert M. Fishman
Direct dial: (312) 666-2842
Fax: (312) 980-3888
rfishman@shawfishman.com

August 28, 2017

**ATTORNEY-CLIENT PRIVILEGED**
**PERSONAL & CONFIDENTIAL**

Andrew Wright
Executive Vice President, General Counsel & Corporate Secretary
Energy Future Holdings Corp.
1601 Bryan, Suite 4100
Dallas, Texas 75201

**Re:** *Retention of Shaw Fishman Glantz & Towbin LLC*

Dear Mr. Wright:

On behalf of Shaw Fishman Glantz & Towbin LLC (the "Firm"), I thank you for the opportunity to represent Energy Future Holdings Corp. and its direct and indirect debtor subsidiaries (collectively, the "Client" or "EFH") as Delaware counsel on a matter that the Client's existing retained Delaware counsel, Richards, Layton & Finger, P.A., has an actual conflict (i.e., the current dispute with NextEra Energy, Inc. in EFH's pending Chapter 11 case in the United States Bankruptcy Court for the District of Delaware (the "EFH Chapter 11 Case" and the "Bankruptcy Court," as applicable). The Firm's policy at the outset of an engagement is to outline not only the purpose and boundaries of the relationship but also the foundation on which the Firm will provide and bill for legal services. This letter and the attached Addendum confirms the terms of our engagement and certain additional matters with respect to that engagement.

## BASIC TERMS OF ENGAGAMENT

### Scope of Services and Related Matters

*Scope*

The Firm will represent the Client as Delaware counsel on matters which the Client's existing retained Delaware counsel, Richards, Layton & Finger, P.A., has an actual conflict (i.e. the dispute with NextEra Energy, Inc. in the EFH Chapter 11 Case, and will assist Kirkland & Ellis ("K&E"), the Client's principal counsel, in any all matters relating to the same (the "Matter").

The Client and the Firm both have responsibilities in this engagement. We expect the Client's complete, truthful, and prompt disclosure of all facts and developments pertaining to the Matter. Further, the Client is responsible for abiding by the fee arrangement and for prompt payment of the Firm's invoices following Bankruptcy Court approval with respect to interim fee applications and the filing of certificates of no objections with respect to monthly fee statements (in each case consistent with the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896]

Andrew Wright Letter
August 28, 2017
Page 2

and the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "Fee Committee Order" and "Interim Compensation Order" as applicable). The Client expressly agrees that if any invoice is not timely paid in a manner authorized by the Fee Committee Order and Interim Compensation Order, the Firm has the absolute right to terminate the engagement and immediately withdraw as counsel for the Client in the Matter.

The Firm, on the other hand, will be responsible for the following: representing the Client solely in connection with the Matter, including any court appearances and other activities relating to the Matter. The Client and the Firm may agree to modify the terms of this engagement, based upon circumstances that may arise during the course of the engagement.

The Firm will take direction from the Client or with the Client's consent, K&E, concerning all actions that we deem advisable and will not undertake significant action without first consulting with and receiving authorization from you. Although the Firm will provide the Client with our best professional judgment concerning the outcome, timing, and benefits to be obtained from the results of the Matter, there are inherent uncertainties in the legal process that prevent us from guaranteeing that results will always meet expectations.

### *Identification of Client*

The Firm has been engaged to undertake the representation of the Client, and only the Client, and the scope of our engagement will be limited to the Matter, as outlined herein. Unless specifically agreed to in writing, the Firm has not been retained to represent, and does not have an attorney-client relationship with: (i) any member, officer, director, employee or agent of the Client; (ii) any parent, subsidiary, or other affiliate of the Client; (iii) any partnership of which the Client is a partner (general or limited) or any joint/multiple venture or unincorporated association of which the Client is a member; or (iv) any fund or account managed by the Client. (As a consequence and as provided below, the Firm may, during the representation of the Client, continue or take on representations of other clients which are adverse to any such individuals or entities (the "Client Affiliates")).

### Fees and Billing Matters

#### *Fees*

The Firm's fees for this engagement will be based upon hourly billing rates assigned to the individuals performing the services, which vary depending primarily on seniority. Due consideration will also be given to other factors, including the nature of the services, the results obtained and the extent to which our efforts contributed to those results, the novelty and difficulty of the issues involved, the time constraints imposed upon us and the fees customarily charged for similar services. A list of the Firm's hourly rates for attorneys and paraprofessionals that will be applicable to this Matter is attached. Our rates, which compare favorably with those of other Chicago-area firms with similar experience and expertise, are adjusted periodically (typically around the first of each calendar year) to reflect changes in the Firm's costs and market and other conditions. Should a rate change be implemented at any time during this engagement, we will promptly advise you.

{000 LTR A0481041.DOC 3}

Andrew Wright Letter
August 28, 2017
Page 3

Although I will have overall responsibility for your representation, other attorneys and paralegals at the Firm may work on the Matter. Tom Horan of our Wilmington, Delaware office will the principal Delaware attorney respecting the Matter. He and I will delegate projects related to the engagement to other Firm attorneys and paralegals consistent with the nature of the projects, the experience of the other attorneys or paralegals, and the need to maintain continuity in the engagement. The Firm attempts to use personnel charging the lowest hourly rate, provided that the quality and timing of the work is not compromised.

Travel time (excluding regular commuting) related to the matter will be billed at one-half regular rates except to the extent that a lawyer works on other matters while traveling.

### Non-Professional Charges and Disbursements

In addition to our professionals' fees, our invoice will also include a listing of out-of-pocket expenses directly attributable to the engagement. Such expenses, charged at the Firm's actual cost, would include items such as filing fees, transcript costs, Westlaw and other online research charges, messenger and delivery charges, photocopies, and travel costs. Such expenses will not include reimbursement for office supplies.

Non-professional charges represent charges we assess for non-professional support services where the amounts attributable to each matter cannot be determined directly from invoices. These support services may be rendered by third parties (as in the case of computerized research), in which case our charge is based on an allocation of the actual cost to us in providing the service, or they may be provided directly by the firm (as in the case of document processing), in which case our charge is based upon consideration of our cost as well as the customary charges of alternative providers.

Disbursements, on the other hand, represent dollar-for-dollar reimbursement of amounts paid by the firm to third parties on your behalf, where the specific amounts attributable to each matter can be determined directly from the invoices rendered by such third parties.

Unless special arrangements are made, fees and expenses of others (such as local counsel, experts, investigators, witnesses, consultants and court reporters) and other large disbursements will not be paid by our firm and will be the responsibility of, and billed directly to, the Client. We will not retain additional counsel, experts, investigators, or consultants without the prior written consent of Client.

### Billing Frequency

Our practice is to bill clients monthly on matters of this nature. Experience has shown that billing on this basis keeps clients fully informed of the level of costs they are incurring and rationalizes the entire billing process. We understand that our compensation will be subject to the fee application and allowance process of the Bankruptcy Code, applicable in the EFH Chapter 11 Case, including the Fee Committee Order, the Interim Compensation Order, and the order of the Bankruptcy Court authorizing our retention.

Andrew Wright Letter
August 28, 2017
Page 4

*Terms of Payment*

Subject to allowance by the Bankruptcy Court (including compliance with the Fee Committee Order and the Interim Compensation Order), our bills are payable upon receipt and are expected to be paid within thirty (30) days after the bill date. You may find it convenient to wire transfer your remittances directly to our bank account at:

| Account Name: | Shaw Fishman Glantz & Towbin LLC |
|---|---|
| Account No.: | 1590000382 |
| ABA No.: | 071001737 |
| Bank Address: | MB Financial Bank N.A. 1200 N. Ashland Ave. Chicago, IL 60622 |

If for some reason you do not timely pay our invoices in a manner authorized by the Bankruptcy Court (including compliance with the Fee Committee Order and the Interim Compensation Order), work on the Matter cannot continue and we will be forced to withdraw from representation of the Client in connection with this Matter. In the unfortunate event that we are required to institute collection proceedings for any unpaid invoices, the Client agrees that the Firm will have the right to seek and recover, and Client will pay, all of the Firm's costs and expenses in conjunction therewith, including reasonable attorneys' fees, at trial and through all levels of appellate review. We have found that problems and misunderstandings about billing can be greatly minimized by promptly raising questions or comments about our services and charges.

*Termination*

Either the Client or the Firm may terminate this engagement at any time for any reason by written notice, subject on our part to applicable rules of professional responsibility. Unless previously terminated, this engagement will terminate upon the completion of our assignment. Upon termination of this engagement and unless otherwise specifically agreed in writing, the Firm's representation of the Client will end, and thereafter there will be no ongoing attorney-client relationship between the Firm and the Client or obligations of the Firm to advise you with respect to changes in law or other developments. The Firm will have no obligation to maintain or store the Client's files or related papers, documents, and other tangible things (the "File") following termination of the engagement, except as required by Delaware law. If you do not take possession of the File within thirty (30) days of termination of the engagement, we will have the right but not the obligation to destroy the File in a confidential manner.

*Governing Law*

This Agreement shall be governed by and construed in accordance with the law of the State of Illinois, without regard to conflict of law provisions that might provide for the application of the law of any other jurisdiction. Any disputes regarding this Agreement shall be adjudicated in the Bankruptcy Court.

{000 LTR A0481041.DOC 3}

Andrew Wright Letter
August 28, 2017
Page 5

## ADDITIONAL MATTERS RELATING TO THIS ENGAGEMENT

The commencement of instructions from the Client, or continuation of instructions to us on this Matter The commencement of instructions from the Client, or continuation of instructions to us on this Matter constitutes your full acceptance of the terms set out above and below. With respect to the matters set forth below, we ask that you also confirm your agreement, after obtaining any further information you deem necessary and after such advice from other counsel as the Client deems appropriate by signing and returning to us a copy of this letter. Based on our prior discussions, the Firm understands and assumes that these additional terms govern our engagement, but requests that you confirm your agreement in writing for our files.

### Conflicts, Disclosures and Consents

We are not aware of any other representation by the Firm, which would preclude us from undertaking this engagement or adversely affect our ability to complete it. The Client is not aware of any information to the contrary.

Solely during the term of this engagement, the Firm agrees that it will not accept representation of another client to pursue interests that are directly adverse to those interests of the Client in this Matter, unless and until we make full disclosure to the Client of all the relevant facts and circumstances of our undertaking the two representations, and confirm to you in good faith that we have done so and that each of the following criteria is met: (i) there is no substantial relationship between any matter in which we are representing the Client and the matter for the other client; (ii) any confidential information that we have received from the Client will not be available to the lawyers and other personnel involved in the representation of the other client; (iii) our effective representation of the Client and the discharge of our professional responsibilities to the Client will not be prejudiced by our representation of the other client; and (iv) both clients have consented in writing based on our full disclosure of the relevant facts and circumstances of our undertaking the two representations.

In addition, we may consult at our own expense with lawyers at Shaw Fishman or elsewhere with respect to our own ethical and professional obligations with respect to our representation of you. The Client consents to such consultations, waives any conflict of interest relating thereto, and agrees that such consultations are protected by Shaw Fishman's own attorney-client privilege.

### Use of Information Obtained in Other Representations

It is possible that, in connection with its representations of other clients, the Firm may have obtained or may obtain in the future information with respect to the Client or other matters which the Firm may be prohibited from disclosing to the Client or using in connection with our representation of the Client because of obligations to such client or otherwise. The Client acknowledges and agrees that the Firm is not under an obligation to disclose such information to the Client or to use such information in connection with our representation of the Client and the Client further agrees that it will not assert that the Firm has an actual or potential conflict or has breached any duty or obligation to the Client by virtue of the Firm's possession of such information, our not revealing such information to the Client, and/or our not using such information in connection with our representation of the Client.

{000 LTR A0481041.DOC 3}

Andrew Wright Letter
August 28, 2017
Page 6

**Client Files**

Upon completion or other termination of this engagement and payment of our final bill (unless otherwise required by law), the Client's files with respect to this engagement will be delivered to you at your request. The Client acknowledges and agrees that the Client's files do not include the Firm's accounting records, or other internal Shaw Fishman documents, e-mails or communications or drafts of any documents prepared by us in connection with this engagement. We will retain documents relating to this engagement only so long as we deem appropriate or as required by law and thereafter may dispose of documents or other materials.

**Data Protection**

The Firm will collect, process, store and transfer all personal data disclosed to us by you ("Personal Information") in compliance with relevant data protection laws and regulations for the purposes set out in our Privacy Policy (http://www.shawfishman.com/privacy/). You acknowledge and agree that we may collect, process, store and transfer your personal data within the offices of the Firm and/or to our agent(s) (including any third parties retained by us together with their successors and assigns), including to a jurisdiction outside the European Economic Area, in accordance with relevant data protection laws and regulations and as set out in our Privacy Policy.

**Confidentiality of Materials Submitted to the Firm**

The Firm agrees that all Invoices, and all other materials and information provided to the Firm in connection with the Matter, will be kept confidential and will not be discussed with or disclosed to any third party who is not one of the Client, the Committee or the particular Professional who provided such information or materials, except to the extent necessary to be disclosed in any legal proceeding relating to the fees, or as required by process of law.

\* \* \* \* \*

Please signify your agreement to the arrangement for legal services described in this letter by returning a signed copy of this engagement letter (as an e-mail attachment if convenient) to us as promptly as possible. We appreciate the opportunity to represent you and will endeavor to provide prompt, efficient, and responsive services at all times. If you have any questions, please feel free to call me.

Very truly yours,
Shaw Fishman Glantz & Towbin LLC

Robert M. Fishman

Enclosure

Agreed this ___28th___ of ___Aug___ 2017

Energy Future Holdings

By: _____

Its: _____

{000 LTR A0481041.DOC 3}

| 2017 STANDARD HOURLY RATES | |
|---|---|
| MEMBERS | |
| Robert M. Fishman | $725.00 |
| Steven B. Towbin | $725.00 |
| Ira Bodenstein | $525.00 |
| Robert W. Glantz | $530.00 |
| Brian L. Shaw | $545.00 |
| Peter J. Roberts | $495.00 |
| Thomas M. Horan | $495.00 |
| Jeffrey L. Widman | $480.00 |
| David S. Horwitch | $475.00 |
| Allen J. Guon | $475.00 |
| Terence G. Banich | $475.00 |
| Mark L. Radtke | $475.00 |
| Joseph L. Cohen | $420.00 |
| S. Jarret Raab | $420.00 |
| Gordon E. Gouveia | $435.00 |
| David L. Shaw | $390.00 |
| OF COUNSEL | |
| Richard M. Fogel | $475.00 |
| Jennifer L. Goldstone | $425.00 |
| Johnna M. Darby | $425.00 |
| Genevieve M. Daniels | $395.00 |
| John W. Guzzardo | $395.00 |
| ASSOCIATES | |
| Laura E. Caplin | $365.00 |
| David R. Doyle | $355.00 |
| Jennifer L. Devroye | $350.00 |
| Allison B. Hudson | $325.00 |
| Christina Sanfelippo | $270.00 |
| PARAPROFESSIONALS | |
| Patricia Fredericks | $220.00 |
| Carlene S. Gordon | $220.00 |
| Charmala Donohue | $220.00 |
| Robert R. Damon | $190.00 |
| Olha Rafalovsky | $145.00 |
| Paris Love | $145.00 |
| Bernard Thomas | $145.00 |