# EXHIBIT D

## Summary of Total Fees Incurred and Hours Billed During the Fee Period

| Name of Professional Person | Position | Year Admitted and (State) | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Thomas M. Horan | Member | DE (2005) | Bankruptcy | $495.00 | 50.4 | $24,948.00 |
|  |  |  |  | $510.00 | 4.90 | $2,499.00 |
| Christina M. Sanfelippo | Associate | IL (2015) | Bankruptcy | $270.00 | 8.00 | $2,160.00 |
|  |  |  |  | $290.00 | 5.00 | $1,450.00 |
| Paris Y. Love | Paralegal | N/A | Bankruptcy | $145.00 | 1.00 | $145.00 |
|  |  |  |  | $150.00 | 4.50 | $675.00 |
| TOTAL |  |  |  |  | 73.8 | $31,877.00 |