## EXHIBIT E

### Summary of Actual and Necessary Expenses for the Fee Period

| Expense Description | Amount |
|---|---|
| Messenger | $251.89 |
| Pacer Research | $31.00 |
| **TOTAL** | **$282.89** |