## EXHIBIT F

## Summary of Fees by Task Category

| Description | Total Hours Billed | Total Fees |
|---|---|---|
| Discovery | 3.20 | $1,584.00 |
| Fee Applications/Others | 1.80 | $892.50 |
| Fee Applications/Shaw Fishman | 20.9 | $5,639.00 |
| Fee Committee Matters | 1.40 | $709.50 |
| General Investigation | 10.2 | $5,064.00 |
| Hearings/Agendas | 8.40 | $4,161.00 |
| NEE Adversary Proceedings | 14.3 | $7,080.00 |
| NEE Contested Matters | 7.90 | $3,915.00 |
| Operating Reports | 0.40 | $198.00 |
| Plan of Reorganization | 0.70 | $357.00 |
| Retention Application/Other | 0.10 | $49.50 |
| Retention Application/Shaw Fishman | 4.50 | $2,227.50 |
| **TOTAL** | **73.8** | **$31,877.00** |