**EXHIBIT D**

**Summary of Bielli & Klauder, LLC Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 47.4 | $16,590.00 |
| Cory Stephenson | Associate | 2015 (DE) 2015 (PA) | Bankruptcy | $205.00 | 0.6 | $123.00 |
| Tyler Sacchetta | Law Clerk | N/A | Bankruptcy | $175.00 | 2.6 | $455.00 |
| Alyssa Carrillo | Paralegal | N/A | Bankruptcy | $150.00 | 4.6 | $690.00 |
| **TOTAL** | | | | | **55.2** | **$17,858.00** |