# **Exhibit F**

[Summary, by Project Category, of Fees Budgeted and Fees Incurred During the Fee Period]

**SUMMARY OF LEGAL SERVICES RENDERED**

| Project Category | Hours | | Total Compensation | |
|---|---|---|---|---|
| | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| [ALL] Automatic Stay | 5 | 0 | $1,250.00 | $0.00 |
| [ALL] Case Administration | 30 | 9.4 | $7,500.00 | $2,606.50 |
| [ALL] Cash Management | 0 | 0 | $0.00 | $0.00 |
| [ALL] Claims Administration & Objections | 0 | 0.7 | $0.00 | $245.00 |
| [ALL] Contested Matters & Adv. Proceed. | 5 | 0.1 | $1,250.00 | $35.00 |
| [ALL] Corporate and Securities Issues | 0 | 0 | $0.00 | $0.00 |
| [ALL] Exec. Contracts & Unexpired Leases | 0 | 0 | $0.00 | $0.00 |
| [ALL] Fee/Employment Applications - Retained Professionals | 0 | 0 | $0.00 | $0.00 |
| [ALL] Hearings | 10 | 9.8 | $2,500.00 | $3,370.00 |
| [ALL] Insurance | 0 | 0 | $0.00 | $0.00 |
| [ALL] Non-BK Retention and Fee Applications | 20 | 2.8 | $5,000.00 | $920.00 |
| [ALL] Non-Working Travel | 0 | 0 | $0.00 | $0.00 |
| [ALL] BK Retention and Fee Applications | 20 | 9.1 | $5,000.00 | $2,510.00 |
| [ALL] Official Committee Issues & Meet. | 0 | 0 | $0.00 | $0.00 |
| [ALL] Plan and Disclosure Statements | 20 | 14.0 | $5,000.00 | $4,900.00 |
| [ALL] Private Letter Ruling/IRS Matters | 0 | 0 | $0.00 | $0.00 |
| [ALL] Retiree and Employee Issues/OPEB | 0 | 0 | $0.00 | $0.00 |
| [ALL] Schedules, SoFAs | 0 | 0 | $0.00 | $0.00 |
| [ALL] Tax Issues | 0 | 0 | $0.00 | $0.00 |
| [ALL] Valuation | 0 | 0 | $0.00 | $0.00 |
| [EFH] Contested Matters & Advers. Proc. | 50 | 6.1 | $12,500.00 | $2,091.50 |

| [EFH] EFH Properties | 0 | 0 | $0.00 | $0.00 |
|---|---|---|---|---|
| [EFH] Expenses | 0 | 0 | $0.00 | $0.00 |
| [EFH] Official Committee Issues & Meet. | 0 | 0 | $0.00 | $0.00 |
| TOTAL | 160 | 55.2 | $40,000.00 | $17,858.00 |