## EXHIBIT G

**Schedule of Hours Worked and Aggregate Fees for Each Matter Category**

| Task Code | Total Billed Hours | Total Fees |
|---|---|---|
| **[ALL] BK Retention and Fee Applications** | 9.1 | $2,510.00 |
| **[ALL] Case Administration** | 9.4 | $2,606.50 |
| **[ALL] Claims Administration & Objections** | 0.7 | $245.00 |
| **[ALL] Contested Matters & Adv. Proceed.** | 0.1 | $35.00 |
| **[ALL] Hearings** | 13.0 | $4,550.00 |
| **[ALL] Non-BK Retention and Fee Applications** | 2.8 | $920.00 |
| **[ALL] Plan and Disclosure Statements** | 14.0 | $4,900.00 |
| **[EFH] Contested Matters & Adv. Proceed** | 6.1 | $2,091.50 |
|  | 55.2 | $17,858.00 |