# EXHIBIT H

**Detailed Time Records by Matter Category for Bielli & Klauder, LLC**

| Date | Task | Professional | Duration | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 1/2/2018 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 | Review CNO for Oct fee app and coordinate filing |
| 1/4/2018 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.5 | $350.00 | $175.00 | Begin prep of November fee app and emails/discussions re: same |
| 1/4/2018 | [ALL] BK Retention and Fee Applications | Sacchetta, Tyler | 1.0 | $175.00 | $175.00 | Draft Bk's 26th Fee App |
| 1/5/2018 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.4 | $350.00 | $140.00 | Review BK Nov fee app and coordinate filing and service of same |
| 1/30/2018 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.3 | $350.00 | $105.00 | Begin prep of BK monthly fee app |
| 1/30/2018 | [ALL] BK Retention and Fee Applications | Sacchetta, Tyler | 0.9 | $175.00 | $157.50 | Draft BK 27th Monthly Fee App |
| 1/30/2018 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 | Review first draft of BK Dec monthly fee app |
| 1/31/2018 | [ALL] BK Retention and Fee Applications | Sacchetta, Tyler | 0.2 | $175.00 | $35.00 | Revise BK 27th Fee App |
| 1/31/2018 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 | Coordinate filing and service of BK monthly fee app |
| 1/31/2018 | [ALL] BK Retention and Fee Applications | Sacchetta, Tyler | 0.5 | $175.00 | $87.50 | Finalize BKs 27th Fee App and Coordinate filing |
| 1/31/2018 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 | Review and edit CNO for BK fee app and coordinate filing of same |
| 2/5/2018 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.4 | $350.00 | $140.00 | Review current fee app situation and outstanding fees owed and emails with Kirkland re: same |
| 2/9/2018 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 | Review status of interim fee apps and discuss prep of same with A. Carrillo |
| 2/9/2018 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 | Review fee committee report on interim fee apps |
| 2/11/2018 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 | Review interim fee order and emails with fee committee counsel re: same |
| 2/22/2018 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 | Coordinate prep of CNO for BK monthly fee app |
| 2/22/2018 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.3 | $350.00 | $105.00 | Review current draft of BK interim fee app and discussions re: same |
| 2/23/2018 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 | Review CNO for fee app and coordinate filing |
| 2/23/2018 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.8 | $350.00 | $280.00 | Review and various edits interim fee app and coordinate filing of same |
| 3/1/2018 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.4 | $350.00 | $140.00 | Begin prep of January fee app including review of relevant services rendered |
| 3/2/2018 | [ALL] BK Retention and Fee Applications | Klauder, David | 0.7 | $350.00 | $245.00 | Review and edit BK January fee app and coordinate filing of same |
| 3/2/2018 | [ALL] BK Retention and Fee Applications | Carrillo, Alyssa | 0.7 | $150.00 | $105.00 | Prepare BK's January fee app |
| 3/2/2018 | [ALL] BK Retention and Fee Applications | Carrillo, Alyssa | 0.4 | $150.00 | $60.00 | File BK's January fee app and coordinate service |
| 1/3/2018 | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 | Review fee committee response to motion to appoint representative |
| 1/3/2018 | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 | Various emails with J. Madron re: hearing agenda and docs needed |
| 1/3/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Review E-side committee response to fee committee appointment motion |
| 1/3/2018 | [ALL] Case Administration | Klauder, David | 0.3 | $350.00 | $105.00 | Review Debtor's objection to fee committee appointment motion |
| 1/3/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Emails with J. Madron re: agenda |
| 1/4/2018 | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 | Review draft agenda for 1/8 hearing and emails with J. Madron re: same |
| 1/4/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Review agenda for 1/8 hearing |
| 1/7/2018 | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 | Review Elliott reply re: fee committee appointment motion |
| 1/8/2018 | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 | Coordinate telephonic appearance for M. Thomas at 1/8 hearing |
| 1/11/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Review email from Fee committee re: work plan moving forward |
| 1/11/2018 | [ALL] Case Administration | Klauder, David | 0.4 | $350.00 | $140.00 | Review workstreams and edit staffing plan for next few months in case |
| 1/25/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Review agenda for 1/29 hearing |
| 1/29/2018 | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 | Review COCs and proposed orders re: fee committee issue |
| 1/30/2018 | [ALL] Case Administration | Klauder, David | 0.3 | $350.00 | $105.00 | Review letter from majority creditors re: fee committee dispute |
| 1/30/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Review email from K&E re: potential emergence from bk and fees going forward |
| 1/31/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Review fee committee letter re: dispute |
| 1/31/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Review debtor's letter in response to fee committee dispute |
| 2/1/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Review order re: fee committee |
| 2/1/2018 | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 | Review notice of rescheduled hearing and emails with J. Madron re: same |
| 2/1/2018 | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 | Various emails with Proskauer re: change in hearing date |
| 2/6/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Review letter from investor |
| 2/9/2018 | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 | Discussion with C. Stephenson re: 2/16 hearing and potential matters going forward |
| 2/12/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Emails with M. Firestein re: telephonic appearance at 2/16 hearing |
| 2/12/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Emails with P. Young re: 2/16 hearing |
| 2/14/2018 | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 | Review draft agenda for 2/16 hearing and emails with J. Madron re: same |
| 2/14/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Review agenda for 2/16 hearing |
| 2/14/2018 | [ALL] Case Administration | Klauder, David | 0.2 | $350.00 | $70.00 | Review draft amended agenda and emails with J. madron re: same |

| Date | Category | Timekeeper | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 2/15/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Review email from J. Madron re: pretrial hearing on confirmation |
| 2/16/2018 | [ALL] Case Administration | Carrillo, Alyssa | 1.0 | $150.00 | $150.00 | Prepare BK's 7th Interim Fee App |
| 2/19/2018 | [ALL] Case Administration | Carrillo, Alyssa | 1.0 | $150.00 | $150.00 | Draft 7th Interim Fee App |
| 2/20/2018 | [ALL] Case Administration | Carrillo, Alyssa | 0.2 | $150.00 | $30.00 | Schedule CourtCall Appearance for M. Firestein for the 2/23/18 Hearing |
| 2/20/2018 | [ALL] Case Administration | Carrillo, Alyssa | 0.2 | $150.00 | $30.00 | File Certificate of No Objection to Proskauer Rose' LLPs 37th Monthly Fee Statement |
| 2/20/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Emails with M. Firestein re: 2/23 hearing appearance |
| 2/21/2018 | [ALL] Case Administration | Carrillo, Alyssa | 0.2 | $150.00 | $30.00 | Schedule CourtCall Appearance for DK for 2/23/18 Hearing |
| 2/21/2018 | [ALL] Case Administration | Carrillo, Alyssa | 0.1 | $150.00 | $15.00 | Schedule CourtCall Appearance for M. Firestein for 2/22/18 Hearing |
| 2/21/2018 | [ALL] Case Administration | Carrillo, Alyssa | 0.1 | $150.00 | $15.00 | Schedule CourtCall Appearance for DK for 2/22/18 Hearing |
| 2/21/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Review agenda for 2/23 hearing |
| 2/21/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Review agenda for 2/22 hearing |
| 2/21/2018 | [ALL] Case Administration | Klauder, David | 0.3 | $350.00 | $105.00 | Various emails re: courtcall appearances for upcoming hearings |
| 2/22/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Review agenda for 2/26 hearing |
| 2/22/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Review agenda for 2/26 hearing |
| 2/22/2018 | [ALL] Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Emails with M. Firestein re: appearance at 2/26 confirmation hearing |
| 2/23/2018 | [ALL] Case Administration | Carrillo, Alyssa | 0.1 | $150.00 | $15.00 | File Certificate of No Objection for BK's 27th Monthly Fee Statement |
| 2/23/2018 | [ALL] Case Administration | Carrillo, Alyssa | 0.2 | $150.00 | $30.00 | Draft Monthly Fee Invoice Statement for BK's 27th Monthly Fee Statement |
| 2/23/2018 | [ALL] Case Administration | Carrillo, Alyssa | 0.1 | $150.00 | $15.00 | Schedule CourtCall appearance for M. Firestein for 2/26 Hearing |
| 2/28/2018 | [ALL] Case Administration | Klauder, David | 0.3 | $350.00 | $105.00 | Review notice and cash projections for EFH/EFIH |
| 2/22/2018 | [ALL] Claims Administration & Objections | Klauder, David | 0.3 | $350.00 | $105.00 | Initial review of NextEra motion for admin expense claim |
| 2/26/2018 | [ALL] Claims Administration & Objections | Klauder, David | 0.3 | $350.00 | $105.00 | Review various emails on allocation issues and potential mediation and discuss with M. Thomas |
| 2/26/2018 | [ALL] Claims Administration & Objections | Klauder, David | 0.1 | $350.00 | $35.00 | Follow up call with M. Thomas re: allocation issues |
| 1/17/2018 | [ALL] Contested Matters & Adv. Proceed. | Klauder, David | 0.1 | $350.00 | $35.00 | Review order from 3rd Circuit on NextEra appeal |
| 1/8/2018 | [ALL] Hearings | Klauder, David | 3.2 | $350.00 | $1,120.00 | Attend hearing in BK court |
| 2/22/2018 | [ALL] Hearings | Klauder, David | 0.5 | $350.00 | $175.00 | Telephonically attend hearing in front of BK court |
| 2/23/2018 | [ALL] Hearings | Klauder, David | 0.5 | $350.00 | $175.00 | Attend telephonic hearing in Bk Court |
| 2/26/2018 | [ALL] Hearings | Klauder, David | 0.2 | $350.00 | $70.00 | Review debtor demonstratives for confirmation hearing |
| 2/26/2018 | [ALL] Hearings | Klauder, David | 8.1 | $350.00 | $2,835.00 | Attend confirmation hearing |
| 2/27/2018 | [ALL] Hearings | Klauder, David | 0.5 | $350.00 | $175.00 | Attend hearing in Bk court re: confirmation order |
| 1/16/2018 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 | Review CNO for Proskauer Oct fee app and coordinate filing |
| 1/16/2018 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 | Review CNO for Proskauer Nov fee app and coordinate filing |
| 1/16/2018 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.1 | $350.00 | $35.00 | Review CNO for SOLIC fee app and coordinate filing |
| 1/24/2018 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $350.00 | $105.00 | Review Proskauer monthly fee stmt and coordinate filing and service of same |
| 1/31/2018 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 | Review and respond to email from Proskauer re: SOLIC monthly fee app |
| 1/31/2018 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 | Research whether SOLIC fee app has been filed |
| 1/31/2018 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $350.00 | $105.00 | Review and edit SOLIC monthly fee app and coordinate filing |
| 2/5/2018 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $350.00 | $105.00 | Review SOLIC fee stmt and various emails re: filing and service of same |
| 2/20/2018 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.2 | $350.00 | $70.00 | Review CNO for Proskauer fee app and various emails re: filing of same |
| 2/21/2018 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.3 | $350.00 | $105.00 | Review Proskauer interim fee app and coordinate filing and service of same |
| 3/6/2018 | [ALL] Non-BK Retention and Fee Applications | Klauder, David | 0.4 | $350.00 | $140.00 | Review Proskauer monthly fee app and coordinate filing and service of same |
| 3/6/2018 | [ALL] Non-BK Retention and Fee Applications | Carrillo, Alyssa | 0.3 | $150.00 | $45.00 | File Proskauer's and contact Epiq re service |
| 1/22/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $350.00 | $140.00 | Review asbestos creditors unredacted plan objection |
| 1/24/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 | Review proposed 2nd amended scheduling order for confirmation |
| 1/24/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review proposed notice of confirmation hearing |
| 1/25/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review revised confirmation scheduling order |
| 1/25/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review further revised scheduling order |
| 1/25/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review email with entered plan confirmation scheduling order |
| 1/29/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 | Review debtor and asbestos creditor stipulation on confirmation hearing |
| 2/4/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $350.00 | $105.00 | Review debtors/Sempra settlement agreement motion |
| 2/5/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review order shortening time on settlement motion |
| 2/12/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 | Review various emails from Kirkland re: meet and confer |

| Date | Matter | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 2/13/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review proposed confirmation scheduling order |
| 2/14/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review asbestos objectors final witness list for confirmation |
| 2/14/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review EFH IT final witness list for confirmation |
| 2/14/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review revised confirmation scheduling order |
| 2/15/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $350.00 | $140.00 | Review various witness lists for confirmation hearing |
| 2/15/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review email from K&E re: trial time |
| 2/20/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review email re: Kramer deposition |
| 2/21/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review email re: Kramer deposition |
| 2/22/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $350.00 | $140.00 | Review NextEra motion in limine |
| 2/22/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 | Review NextEra discovery requests |
| 2/22/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $350.00 | $175.00 | Review Elliott objection to motion in limine and objections to discovery requests |
| 2/22/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 | Review debtors opposition to motion in limine |
| 2/22/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $350.00 | $105.00 | Review final exhibit lists for confirmation filed by various parties |
| 2/22/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $350.00 | $105.00 | Review Elliott reply to NextEra plan objection |
| 2/22/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review Sempra statement in support of confirmation |
| 2/22/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $350.00 | $105.00 | Review modified ch 11 plan |
| 2/22/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review order on motion in limine |
| 2/22/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $350.00 | $105.00 | Review Rosenbaum declaration |
| 2/23/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $350.00 | $175.00 | Review confirmation brief |
| 2/23/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 | Review EFH IT declaration |
| 2/23/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review emails re: cancellation of depositions |
| 2/23/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 | Review amended plan supplement |
| 2/23/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 | Review email from Kirkland with PUCT video to be introduced |
| 2/23/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.7 | $350.00 | $245.00 | Review various written direct declarations from debtors |
| 2/24/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $350.00 | $105.00 | Review various emails from M. Thomas re: confirmation hearing issues to be addressed |
| 2/24/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 | Review email from Kirkland with suggested confirmation order language re: NEE reserve |
| 2/25/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 2.0 | $350.00 | $700.00 | Review various emails and prep for confirmation hearing |
| 2/25/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.4 | $350.00 | $140.00 | Review various emails from Kirkland and others re: confirmation order |
| 2/25/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review emails from Kirkland re: meet and confer for confirmation |
| 2/26/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.7 | $350.00 | $245.00 | Compile and review documents in prep for confirmation hearing |
| 2/26/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 | Review amended proposed confirmation order |
| 2/26/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 | Review NextEra redline to proposed confirmation order |
| 2/27/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $350.00 | $105.00 | Review revised confirmation order |
| 2/27/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 | Review further revised confirmation order |
| 2/27/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review email from J. Madron re: hearing on confirmation order |
| 2/27/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review notice of hearing |
| 2/27/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review notice of filing for revised confirmation order |
| 3/6/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review email from Kirkland with confirmation record |
| 3/6/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review status of PUCT proceedings |
| 3/7/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 | Review COC and stip to extend plan deadlines |
| 3/8/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.5 | $350.00 | $175.00 | Review notice and final order entered by PUCT |
| 3/8/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review email from Kirkland with final confirmation record tracker |
| 3/9/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.3 | $350.00 | $105.00 | Review notice and plan supplement |
| 3/9/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.1 | $350.00 | $35.00 | Review notice of appeal |
| 3/9/2018 | [ALL] Plan and Disclosure Statements | Klauder, David | 0.2 | $350.00 | $70.00 | Review notice of effective date |
| 1/5/2018 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.3 | $350.00 | $105.00 | Review email from Elliott's counsel with letter and attachment to Professor Beller re: Vistra tax dispute |
| 1/7/2018 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | $350.00 | $70.00 | Various emails with M. Thomas re: 1/9 hearing and potential issue on Vistra tax dispute |
| 1/8/2018 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | $350.00 | $70.00 | Phone call with M. Thomas re: potential Elliott issues at hearing today |
| 1/8/2018 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 1.0 | $350.00 | $350.00 | Prep for hearing, review various issues related to Vistra adversay |
| 2/7/2018 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | $350.00 | $175.00 | Numerous emails with Proskauer re: dismissal of EFH/Vistra adv proceeding |
| 2/11/2018 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | $350.00 | $70.00 | Emails with M. Thomas re: prep of notice of dismissal |

| Date | Category | Attorney | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|---|
| 2/12/2018 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.9 | $350.00 | $315.00 | Prepare notice of dismissal of adv proceeding and letter to chambers |
| 2/12/2018 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | $350.00 | $70.00 | Emails with Proskauer re: notice of dismissal and letter to chambers |
| 2/12/2018 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | $350.00 | $35.00 | Phone call with M. Thomas re: edits to letter to court on notice of dismissal |
| 2/12/2018 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.3 | $350.00 | $105.00 | Edit letter to court and emails re: same |
| 2/12/2018 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.2 | $350.00 | $70.00 | Coordinate filing of notice and dismissal and delivery of letter to court |
| 2/12/2018 | [EFH] Contested Matters & Advers. Proc. | Stephenson, Cory | 0.3 | $205.00 | $61.50 | Coordinated filing and delivery of Notice of Dismissal and correspondence to Chambers |
| 2/12/2018 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | $350.00 | $175.00 | Coordinate filing of notice and dismissal and delivery of letter to court and various emails re: same |
| 2/12/2018 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.3 | $350.00 | $105.00 | Various emails with J. Madron re: notice of dismissal and 2/16 hearing |
| 2/12/2018 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | $350.00 | $35.00 | Phone call with chambers re: notice of dismissal and 2/16 hearing |
| 2/12/2018 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | $350.00 | $35.00 | Follow up call with chambers re: notice of dismissal and 2/16 hearing |
| 2/12/2018 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.5 | $350.00 | $175.00 | Prepare notice of cancellation of status conference and coordinate filing and service of same |
| 2/12/2018 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | $350.00 | $35.00 | Emails with Proskauer team re: cancelation of status conference |
| 2/13/2018 | [EFH] Contested Matters & Advers. Proc. | Klauder, David | 0.1 | $350.00 | $35.00 | Emails with M. Thomas re: notice of cancellation |
| 1/3/2018 | B110 - Case Administration | Stephenson, Cory | 0.1 | $205.00 | $20.50 | Responded to Madron with requested sealed documents for Chambers |
| 1/8/2018 | B110 - Case Administration | Stephenson, Cory | 0.1 | $205.00 | $20.50 | Reviewed Vistra docket and scheduling Orders; prepared documents for DK |
| 3/1/2018 | B110 - Case Administration | Klauder, David | 0.1 | $350.00 | $35.00 | Review notice of filing of cash projections |
| 1/8/2018 | L140 - Document / File Management | Stephenson, Cory | 0.1 | $205.00 | $20.50 | Prepared requested document relating to Elliot Funds for DK |
| **Total** | | | **55.2** | | **$17,858.00** | |