## **EXHIBIT J**

**Detailed Expenses for Bielli & Klauder, LLC**

| Date | Provider | Expense | Price | Qty | Amount |
|---|---|---|---|---|---|
| 01/09/2018 | Bielli & Klauder, LLC | Photocopies | $0.10 | 4.60 | $4.60 |
| 01/11/2018 | CourtCall | Court Fees | | | $93.00 |
| 01/30/2018 | Bielli & Klauder, LLC | Photocopies | $0.10 | 37 | $3.70 |
| 02/13/2018 | Reliable | Delivery Service | | | $5.65 |
| 02/26/2018 | Bielli & Klauder, LLC | Photocopies | $0.10 | 91 | $9.10 |
| 02/27/2018 | Bielli & Klauder, LLC | Photocopies | $0.10 | 35 | $3.50 |
| 02/27/2018 | CourtCall | Court Fees | | | $30.00 |
| 02/28/2018 | CourtCall | Court Fees | | | $30.00 |
| 03/02/2018 | CourtCall | Court Fees | | | $30.00 |
| **Grand Total** | | | | | **$209.55** |