## EXHIBIT K

**Summary of Bielli & Klauder, LLC Expenses**

| Service Description | Amount |
|---|---|
| Court Fees | $183.00 |
| Other Professionals | $5.65 |
| In-House Reproduction | $20.90 |
| Total | **$209.55** |