# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) **Hearing Date: To Be Determined** |
| | ) **Objection Deadline: May 15, 2018 at 4:00 p.m.** |

## FINAL FEE APPLICATION OF RICHARDS, LAYTON & FINGER, P.A. AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM APRIL 29, 2014 THROUGH MARCH 9, 2018

| | |
|---|---|
| **Name of Applicant** | **Richards, Layton & Finger, P.A.** |
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp, *et al.* Debtors and Debtors in Possession |
| Date of Retention: | Retention Order Entered on October 24, 2014 (Effective as of March 9, 2018) |
| Period for which compensation and reimbursement is sought: | April 29, 2014 through March 9, 2018 |
| Amount of Final Compensation sought as actual, reasonable and necessary: | $7,230,701.50 |
| Amount of Final Expense Reimbursement sought as actual, reasonable, and necessary: | $646,533.83 |
| Bended rate in this application for all attorneys: | $504.77/hour |
| Blended rate in this application for all timekeepers: | $420.74/hour |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

This is a *final* application.

The total time expended for its own fee application preparation for the Final Fee Period (*i.e.*, for the period of April 29, 2014 through and including March 9, 2018) is approximately 691.7 hours and the corresponding compensation requested is approximately $291,100.00.

| PRIOR INTERIM FEE APPLICATIONS & ADJUSTMENTS: | | | | | |
|---|---|---|---|---|---|
| | | Requested | | Approved | |
| Date Filed and D.I. | Interim Fee Period ("IFP") | Fees | Expenses | Fees | Expenses |
| Date Filed: 6/2/15 D.I. 4648 | *First IFP* 4/29/14 to 8/31/14 | $1,118,216.00 | $181,389.32 | $1,092,339.62 | $166,506.74 |
| Date Filed: 10/5/15 D.I. 6331 | *Second IFP* 9/1/14 to 12/31/14 | $810,401.50 | $70,485.32 | $797,728.74 | $64,114.64 |
| Date Filed: 1/5/16 D.I. 7565 | *Third IFP* 1/1/15 to 4/30/15 | $731,039.50 | $40,384.41 | $720,026.55 | $39,174.54 |
| Date Filed: 2/8/16 D.I. 7808 | *Fourth IFP* 5/1/15 to 8/31/15 | $467,550.50 | $29,883.76 | $461,649.92 | $24,066.32 |
| Date Filed: 4/15/16 D.I. 8238 | *Fifth IFP* 9/1/15 to 12/31/15 | $860,280.50 | $89,491.95 | $858,508.42 | $77,642.39 |

| Date Filed / D.I. | IFP / Period | | | | |
|---|---|---|---|---|---|
| Date Filed: 10/14/16<br>D.I. 9822 | *Sixth IFP*<br>1/1/16 to 4/30/16 | $511,596.50 | $31,983.56 | $508,451.75 | $31,693.05 |
| Date Filed: 5/11/17<br>D.I. 11231 | *Seventh IFP*<br>5/1/16 - 8/31/16 | $637,280.50 | $64,669.99 | $634,301.25 | $56,881.97 |
| Date Filed: 11/16/17<br>D.I. 12242 | *Eighth IFP*<br>9/1/16 to 12/31/16 | $541,513.50 | $45,985.23 | $538,477.50 | $40,999.57 |
| Date Filed: 4/12/18<br>D.I. 12942 | *Ninth IFP*<br>1/1/17 - 4/30/17 | $498,560.50 | $39.423.95 | Pending | Pending |
| Date Filed: 4/12/18<br>D.I. 12945 | *Tenth IFP*<br>5/1/17 to 8/31/17 | $529,062.00 | $20,818.85 | Pending | Pending |
| Date Filed: 4/13/18<br>D.I. 12949 | *Eleventh IFP*<br>9/1/17 to 12/31/17 | $279,201.00 | $12,372.48 | Pending | Pending |
| Date Filed: 4/19/18<br>D.I. 12977 | *Twelfth IFP*<br>1/1/18 - 3/9/18 | $245,999.50 | $19,645.01 | Pending | Pending |
| **Total fees and expenses approved by interim orders to date:** | | | | **$5,611,483.75** | **$501,079.22** |

RLF1 19190235v.1

| | |
|---|---|
| Total allowed compensation paid to date: | $6,549,750.67 |
| Total allowed expenses paid to date: | $623,991.22 |
| Number of professionals with time included in this application: | 57 |
| Are any timekeeper's hourly rates higher than those charged and approved upon retention? | Yes[2] |

## FEE COMMITTEE'S REQUESTED ATTACHMENTS TO FINAL FEE APPLICATIONS

| | |
|---|---|
| **List of Professionals** - Del. Bankr. L.R. 2016-2(c)(2) and ¶C.2.k of the U.S. Trustee Guidelines | *See* **Exhibit A** |
| **Compensation by Project Category** - ¶ C.8.a and b of the U.S. Trustee Guidelines | *See* **Exhibit B** |
| **Expense Summary**- Del. Bankr. L.R. 2016-2(c)(ii) and ¶ C.12 of the U.S. Trustee Guidelines | *See* **Exhibit C** |
| **List of Professionals by Matter**- ¶ C.8.c. of the U.S. Trustee Guidelines | *See* **Exhibit D** |
| **Detailed Time Records** – Del. Bankr. L.R. 2016-2(d) and ¶ C.9 of the U.S. Trustee Guidelines | RL&F has previously provided detailed time records attached as Exhibit H to each previously filed interim fee application. In satisfaction of this rule of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), RL&F hereby incorporates by reference all detailed time records previously filed in conjunction with its interim fee applications. *See also* **Exhibit E** |

---

[2] All rate increases were previously disclosed in Exhibit E to each interim fee application previously filed by Richards, Layton & Finger, P.A. ("RL&F") and such disclosures are hereby incorporated herein in full by reference.

| | |
|---|---|
| **Detailed Expense Records –** Local Bankruptcy Rule 2016-2(e)(i) and U.S. Trustee Guidelines ¶ C.9 | RL&F has previously provided detailed expense records attached as Exhibit D to each previously filed monthly fee statement and as Exhibit I to each previously filed interim fee application. In satisfaction of this Local Bankruptcy Rule, RL&F hereby incorporates by reference all detailed expense records and previously filed in conjunction with its previously filed monthly fee statements and interim fee applications. *See also* **Exhibit F** |

RL&F expressly incorporates the narratives of services rendered and expenses incurred contained in each of its previously filed interim fee applications into this final fee application as if set forth herein in full.

WHEREFORE, RL&F respectfully requests that the Court authorize that, for the period April 29, 2014 through and including March 9, 2018, a final allowance be made to RL&F for compensation for necessary professional services rendered in the amount of $7,230,701.50, and for the reimbursement of actual necessary costs and expenses in the amount of $646,533.83, as requested herein.

*[Remainder of page intentionally left blank.]*

Dated: April 23, 2018
      Wilmington, Delaware

/s/ *signature*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
            defranceschi@rlf.com
            madron@rlf.com

*Co-Counsel to the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## VERIFICATION OF JASON M. MADRON

1. I am Counsel in the law firm of Richards, Layton & Finger, P.A., located at 920 North King Street, Wilmington, Delaware 19801 ("RL&F"). I am a member in good standing of the Bar of the State of Delaware, and I have been admitted to practice in the United States Bankruptcy Court for the District of Delaware. There are no disciplinary proceedings pending against me.

2. I have personally performed many of the legal services rendered by RL&F as bankruptcy co-counsel to the Debtors and am familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing final fee application are true and correct to the best of my knowledge, information, and belief.

4. I have reviewed rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the final fee application for RL&F substantially complies with such rule.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 19190235v.1

5. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Jason M. Madron (No. 4431)

2