**EXHIBIT A**

**List of Professionals**

| Attorney/Paraprofessional Name | Position | Department | Date of Admission/Years of Service | Fees Billed in this Application | Hours Billed in this Application | Date of the Rate Adjusted | Amount of the Rate Change | Hourly Rate Billed |
|---|---|---|---|---|---|---|---|---|
| Mark D. Collins | Director | Bankruptcy | 1991 | $93,040.00 | 116.3 | N/A | 0.00 | 800.00 |
| Mark D. Collins | Director | Bankruptcy | 1991 | $1,897.50 | 2.3 | 1/1/2015 | $25.00 | 825.00 |
| Mark D. Collins | Director | Bankruptcy | 1991 | $170.00 | 0.2 | 3/1/2016 | $25.00 | 850.00 |
| Russell C. Silberglied | Director | Bankruptcy | 1996 | $490.00 | 0.7 | N/A | $0.00 | 700.00 |
| Russell C. Silberglied | Director | Bankruptcy | 1996 | $362.50 | 0.5 | 1/1/2015 | $25.00 | 725.00 |
| Russell C. Silberglied | Director | Bankruptcy | 1996 | $75.00 | 0.1 | 3/1/2016 | $25.00 | 750.00 |
| Daniel J. DeFranceschi | Director | Bankruptcy | 1989 | $339,735.00 | 468.6 | N/A | 0.00 | 725.00 |
| Daniel J. DeFranceschi | Director | Bankruptcy | 1989 | $449,700.00 | 599.6 | 1/1/2015 | $25.00 | 750.00 |
| Daniel J. DeFranceschi | Director | Bankruptcy | 1989 | $257,222.50 | 331.9 | 3/1/2016 | $25.00 | 775.00 |
| Daniel J. DeFranceschi | Director | Bankruptcy | 1989 | $163,350.00 | 198.0 | 3/1/2017 | $50.00 | 825.00 |
| Daniel J. DeFranceschi | Director | Bankruptcy | 1989 | $16,975.00 | 19.4 | 3/1/2018 | $50.00 | 875.00 |
| Michael J. Merchant | Director | Bankruptcy | 1999 | $875.00 | 1.4 | N/A | 0.00 | 625.00 |
| Michael J. Merchant | Director | Bankruptcy | 1999 | $455.00 | 0.7 | 1/1/2015 | $25.00 | 650.00 |
| John D. Seraydarian | Director | Bankruptcy | 2003 | $1,957.50 | 2.9 | N/A | $0.00 | 675.00 |
| Paul N. Heath | Director | Bankruptcy | 1998 | $250.00 | 0.4 | N/A | $0.00 | 625.00 |
| Mark A. Kurtz | Director | Bankruptcy | 2005 | $10,440.00 | 17.4 | N/A | $0.00 | 600.00 |
| Mark A. Kurtz | Director | Bankruptcy | 2005 | $7,187.50 | 11.5 | 3/1/2018 | $25.00 | 625.00 |
| Marcos A. Ramos | Director | Bankruptcy | 2003 | $2,296.00 | 4.1 | N/A | $0.00 | 560.00 |
| Marcos A. Ramos | Director | Bankruptcy | 2003 | $3,978.00 | 6.8 | 1/1/2015 | $25.00 | 585.00 |
| Marcos A. Ramos | Director | Bankruptcy | 2003 | $183.00 | 0.3 | 3/1/2016 | $25.00 | 610.00 |
| Stanford L. Stevenson III | Director | Business | 1995 | $115.00 | 0.2 | N/A | 0.00 | 575.00 |
| Stanford L. Stevenson III | Director | Business | 1995 | $297.50 | 0.5 | 3/1/2017 | $20.00 | 595.00 |
| Steven J. Fineman | Director | Bankruptcy | 2001 | $110.00 | 0.2 | N/A | 0.00 | 550.00 |
| Jason M. Madron | Counsel | Bankruptcy | 2003 | $542,381.00 | 1,106.9 | N/A | 0.00 | 490.00 |
| Jason M. Madron | Counsel | Bankruptcy | 2003 | $1,067,692.50 | 2,033.7 | 1/1/2015 | $35.00 | 525.00 |
| Jason M. Madron | Counsel | Bankruptcy | 2003 | $858,110.00 | 1,560.2 | 3/1/2016 | $25.00 | 550.00 |
| Jason M. Madron | Counsel | Bankruptcy | 2003 | $733,930.00 | 1,276.4 | 3/1/2017 | $25.00 | 575.00 |

| Attorney/Paraprofessional Name | Position | Department | Date of Admission/Years of Service | Fees Billed in this Application | Hours Billed in this Application | Date of the Rate Adjusted | Amount of the Rate Change | Hourly Rate Billed |
|---|---|---|---|---|---|---|---|---|
| Jason M. Madron | Counsel | Bankruptcy | 2003 | $91,312.50 | 146.1 | 3/1/2018 | $50.00 | 625.00 |
| L. Katherine Good | Associate | Bankruptcy | 2008 | $1,209.00 | 2.6 | N/A | $0.00 | 465.00 |
| Cory D. Kandestin | Associate | Bankruptcy | 2007 | $41,338.50 | 88.9 | N/A | $0.00 | 465.00 |
| Cory D. Kandestin | Associate | Bankruptcy | 2007 | $107.00 | 0.2 | 3/1/2016 | $70.00 | 535.00 |
| Lee E. Kaufman | Associate | Bankruptcy | 2006 | $46.50 | 0.1 | N/A | $0.00 | 465.00 |
| Christopher M. Samis | Associate | Bankruptcy | 2006 | $1,209.00 | 2.6 | N/A | $0.00 | 465.00 |
| Robert C. Maddox | Associate | Bankruptcy | 2009 | $747.00 | 1.8 | N/A | $0.00 | 415.00 |
| Tyler D. Semmelman | Associate | Bankruptcy | 2009 | $268,588.00 | 647.2 | 1/1/2015 | $0.00 | 415.00 |
| Tyler D. Semmelman | Associate | Bankruptcy | 2009 | $89,235.00 | 198.3 | N/A | $35.00 | 450.00 |
| Zachary I. Shapiro | Associate | Bankruptcy | 2008 | $10,834.50 | 23.3 | N/A | $0.00 | 465.00 |
| Zachary I. Shapiro | Associate | Bankruptcy | 2008 | $5,488.00 | 11.2 | 1/1/2015 | $25.00 | 490.00 |
| Zachary I. Shapiro | Associate | Bankruptcy | 2008 | $3,049.50 | 5.7 | 3/1/2016 | $45.00 | 535.00 |
| Zachary I. Shapiro | Associate | Bankruptcy | 2008 | $1,064.00 | 1.9 | 3/1/2017 | $25.00 | 560.00 |
| Amanda R. Steele | Associate | Bankruptcy | 2010 | $3,276.00 | 8.4 | N/A | 0.00 | 390.00 |
| Amanda R. Steele | Associate | Bankruptcy | 2010 | $297.50 | 0.7 | 1/1/2015 | $35.00 | 425.00 |
| Amanda R. Steele | Associate | Bankruptcy | 2010 | $53.00 | 0.1 | 3/1/2017 | $105.00 | 530.00 |
| William A. Romanowicz | Associate | Bankruptcy | 2012 | $153,340.00 | 451.0 | N/A | 0.00 | 340.00 |
| William A. Romanowicz | Associate | Bankruptcy | 2012 | $7,762.50 | 20.7 | 1/1/2015 | $35.00 | 375.00 |
| Joseph C. Barsalona, II | Associate | Bankruptcy | 2014 | $11,750.00 | 47.0 | N/A | 0.00 | 250.00 |
| Joseph C. Barsalona, II | Associate | Bankruptcy | 2014 | $166,868.00 | 641.8 | 1/1/2015 | $10.00 | 260.00 |
| Joseph C. Barsalona, II | Associate | Bankruptcy | 2014 | $140,040.00 | 389.0 | 3/1/2016 | $100.00 | 360.00 |
| Joseph C. Barsalona, II | Associate | Bankruptcy | 2014 | $62,853.00 | 153.3 | 3/1/2017 | $50.00 | 410.00 |
| Joseph C. Barsalona, II | Associate | Bankruptcy | 2014 | $9,552.00 | 19.9 | 3/1/2018 | $70.00 | 480.00 |
| Shawna C. Bray | Associate | Bankruptcy | 2014 | $108,550.00 | 434.2 | N/A | 0.00 | 250.00 |
| Shawna C. Bray | Associate | Bankruptcy | 2014 | $630.00 | 1.8 | 1/1/2015 | $100.00 | 350.00 |
| Marisa A. Terranova Fissel | Associate | Bankruptcy | 2009 | $33,044.00 | 75.1 | N/A | 0.00 | 440.00 |
| Marisa A. Terranova Fissel | Associate | Bankruptcy | 2009 | $9,450.00 | 21.0 | 1/1/2015 | $10.00 | 450.00 |

2

| Attorney/Paraprofessional Name | Position | Department | Date of Admission/Years of Service | Fees Billed in this Application | Hours Billed in this Application | Date of the Rate Adjusted | Amount of the Rate Change | Hourly Rate Billed |
|---|---|---|---|---|---|---|---|---|
| Marisa A. Terranova Fissel | Associate | Bankruptcy | 2009 | $3,672.00 | 7.2 | 3/1/2016 | $60.00 | 510.00 |
| Jake M. Crosetto | Associate | Business | 2014 | $11,614.50 | 26.70 | N/A | $0.00 | 435.00 |
| Christopher M. De Lillo | Associate | Bankruptcy | 2017 | $7,050.50 | 23.9 | N/A | 0.00 | 295.00 |
| Christopher M. De Lillo | Associate | Bankruptcy | 2017 | $26,656.00 | 83.3 | 3/1/2017 | $25.00 | 320.00 |
| Christopher M. De Lillo | Associate | Bankruptcy | 2017 | $2,425.50 | 6.3 | 3/1/2018 | $65.00 | 385.00 |
| Katherine M. Devanney | Associate | Bankruptcy | 2017 | $9,440.00 | 29.5 | N/A | $0.00 | 320.00 |
| Christopher J. Harrelson | Associate | Bankruptcy | 2017 | $6,592.00 | 20.6 | N/A | $0.00 | 320.00 |
| Megan E. Kenney | Associate | Bankruptcy | 2017 | $4,000.00 | 12.5 | N/A | $0.00 | 320.00 |
| Frank Y. Sun | Associate | Business | 2017 | $1,280.00 | 4.0 | N/A | $0.00 | 320.00 |
| David T. Queroli | Associate | Bankruptcy | 2016 | $2,183.00 | 7.4 | N/A | 0.00 | 295.00 |
| David T. Queroli | Associate | Bankruptcy | 2016 | $6,080.00 | 19.0 | 3/1/2017 | $25.00 | 320.00 |
| David T. Queroli | Associate | Bankruptcy | 2016 | $1,424.50 | 3.7 | 3/1/2018 | $65.00 | 385.00 |
| Brian S. Yu | Associate | Bankruptcy | 2017 | $2,507.50 | 8.5 | N/A | $0.00 | 295.00 |
| Brian S. Yu | Associate | Bankruptcy | 2017 | $352.00 | 1.1 | 3/1/2018 | $25.00 | 320.00 |
| Rachel L. Biblo | Associate | Bankruptcy | 2014 | $1,550.00 | 6.2 | N/A | 0.00 | 250.00 |
| Rachel L. Biblo | Associate | Bankruptcy | 2014 | $3,666.00 | 14.1 | 1/1/2015 | $10.00 | 260.00 |
| Andrew M. Dean | Associate | Bankruptcy | 2015 | $33,826.00 | 130.1 | N/A | 0.00 | 260.00 |
| Andrew M. Dean | Associate | Bankruptcy | 2015 | $30,178.50 | 102.3 | 3/1/2016 | $35.00 | 295.00 |
| Andrew M. Dean | Associate | Bankruptcy | 2015 | $11,781.00 | 30.6 | 3/1/2017 | $90.00 | 385.00 |
| Arun J. Mohan | Associate | Bankruptcy | 2014 | $156.00 | 0.6 | N/A | 0.00 | 260.00 |
| Alexander G. Najemy | Associate | Bankruptcy | 2015 | $1,092.00 | 4.2 | N/A | 0.00 | 260.00 |
| Brendan J. Schlauch | Associate | Bankruptcy | 2015 | $2,470.00 | 9.5 | N/A | 0.00 | 260.00 |
| Jesse Miller | Associate | Bankruptcy | 2015 | $820.00 | 4.1 | N/A | 0.00 | 200.00 |
| Nicholas A. Roberge | Summer Associate | Bankruptcy | N/A | $260.00 | 1.3 | N/A | $0.00 | 200.00 |
| Ann Jerominski | Paralegal | Bankruptcy | 16 | $2,655.00 | 11.8 | N/A | $0.00 | 225.00 |
| Ann Jerominski | Paralegal | Bankruptcy | 16 | $83,989.00 | 357.4 | 5/1/2014 | $10.00 | 235.00 |
| Ann Jerominski | Paralegal | Bankruptcy | 16 | $16,656.00 | 69.4 | 3/1/2016 | $5.00 | 240.00 |

3

| Attorney/Paraprofessional Name | Position | Department | Date of Admission/Years of Service | Fees Billed in this Application | Hours Billed in this Application | Date of the Rate Adjusted | Amount of the Rate Change | Hourly Rate Billed |
|---|---|---|---|---|---|---|---|---|
| Ann Jerominski | Paralegal | Bankruptcy | 16 | $14,350.00 | 57.4 | 3/1/2017 | $10.00 | 250.00 |
| Ann Jerominski | Paralegal | Bankruptcy | 16 | $433.50 | 1.7 | 3/1/2018 | $5.00 | 255.00 |
| Rebecca V. Speaker | Paralegal | Bankruptcy | 15 | $1,440.00 | 6.4 | N/A | $0.00 | 225.00 |
| Rebecca V. Speaker | Paralegal | Bankruptcy | 15 | $46,459.50 | 197.7 | 5/1/2014 | $10.00 | 235.00 |
| Rebecca V. Speaker | Paralegal | Bankruptcy | 15 | $6,576.00 | 27.4 | 3/1/2016 | $5.00 | 240.00 |
| Rebecca V. Speaker | Paralegal | Bankruptcy | 15 | $5,325.00 | 21.3 | 3/1/2017 | $10.00 | 250.00 |
| Barbara J. Witters | Paralegal | Bankruptcy | 16 | $5,962.50 | 26.5 | N/A | $0.00 | 225.00 |
| Barbara J. Witters | Paralegal | Bankruptcy | 16 | $464,031.00 | 1,974.60 | 5/1/2014 | $10.00 | 235.00 |
| Barbara J. Witters | Paralegal | Bankruptcy | 16 | $197,280.00 | 822.0 | 3/1/2016 | $5.00 | 240.00 |
| Barbara J. Witters | Paralegal | Bankruptcy | 16 | $143,825.00 | 575.3 | 3/1/2017 | $10.00 | 250.00 |
| Barbara J. Witters | Paralegal | Bankruptcy | 16 | $23,740.50 | 93.1 | 3/1/2018 | $5.00 | 255.00 |
| Janel R. Gates | Paralegal | Bankruptcy | 8 | $135.00 | 0.6 | N/A | $0.00 | 225.00 |
| Lindsey A. Edinger | Paralegal | Bankruptcy | 2 | $1,147.50 | 5.1 | N/A | $0.00 | 225.00 |
| Lindsey A. Edinger | Paralegal | Bankruptcy | 2 | $45,355.00 | 193.0 | 5/1/2014 | $10.00 | 235.00 |
| Cynthia S. McMenamin | Paralegal | Bankruptcy | 2 | $9,823.00 | 41.8 | N/A | $0.00 | 235.00 |
| Cynthia S. McMenamin | Paralegal | Bankruptcy | 2 | $5,256.00 | 21.9 | 3/1/2016 | $5.00 | 240.00 |
| Cynthia S. McMenamin | Paralegal | Bankruptcy | 2 | $2,425.00 | 9.7 | 3/1/2017 | $10.00 | 250.00 |
| M. Lynzy McGee | Paralegal | Bankruptcy | 1 | $10,272.00 | 42.8 | N/A | $0.00 | 240.00 |
| M. Lynzy McGee | Paralegal | Bankruptcy | 1 | $4,300.00 | 17.2 | 3/1/2017 | $10.00 | 250.00 |
| Christopher J. Ruggiero | Paralegal | Business | 1 | $210.00 | 1.2 | N/A | $0.00 | 175.00 |
| Christopher J. Ruggiero | Paralegal | Business | 1 | $738.00 | 4.1 | 3/1/2018 | $5.00 | 180.00 |
| Caroline E. Dougherty | Paralegal | Bankruptcy | 2 | $9,799.50 | 41.7 | N/A | $0.00 | 235.00 |
| Caroline E. Dougherty | Paralegal | Bankruptcy | 2 | $7,584.00 | 31.6 | 3/1/2016 | $5.00 | 240.00 |
| Caroline E. Dougherty | Paralegal | Bankruptcy | 2 | $500.00 | 2.0 | 3/1/2017 | $10.00 | 250.00 |
| Caroline E. Dougherty | CMA | Bankruptcy | 2 | $16.00 | 0.1 | 7/1/2017 | -$80.00 | 160.00 |
| Lesley Morris | CMA | Bankruptcy | 1 | $787.50 | 6.3 | N/A | $0.00 | 125.00 |
| Lesley Morris | CMA | Bankruptcy | 1 | $91.00 | 0.7 | 3/1/2016 | $5.00 | 130.00 |

4

RLF1 19190235v.1

| Attorney/Paraprofessional Name | Position | Department | Date of Admission/Years of Service | Fees Billed in this Application | Hours Billed in this Application | Date of the Rate Adjusted | Amount of the Rate Change | Hourly Rate Billed |
|---|---|---|---|---|---|---|---|---|
| Tesia S. Smith | CMA | Bankruptcy | 1 | $11,362.00 | 87.4 | N/A | $0.00 | 130.00 |
| Tesia S. Smith | CMA | Bankruptcy | 1 | $16,996.50 | 125.9 | 3/1/2017 | $5.00 | 135.00 |
| Christopher B. Koran | Tech Support | MIS | 2 | $2,457.00 | 12.6 | N/A | $0.00 | 195.00 |
| William S. Stephens | Tech Support | MIS | 15 | $5,089.50 | 26.1 | N/A | $0.00 | 195.00 |
| Mark W. Kozlowski | Tech Support | MIS | 7 | $195.00 | 1.0 | N/A | $0.00 | 195.00 |
| Michael L. Collins | Tech Support | Litigation | 5 | $2,044.50 | 8.7 | N/A | $0.00 | 235.00 |
| Erica M. Nantais | Tech Support | Litigation | 1 | $3,901.00 | 16.6 | N/A | $0.00 | 235.00 |
| Daniel D. White III | Tech Support | Litigation | 11 | $27,025.00 | 115.0 | N/A | $0.00 | 235.00 |
| Daniel D. White III | Tech Support | Litigation | 11 | $43,575.00 | 174.3 | 1/1/2015 | $15.00 | 250.00 |
| Daniel D. White III | Tech Support | Litigation | 11 | $11,449.50 | 44.9 | 3/1/2016 | $5.00 | 255.00 |
| Daniel D. White III | Tech Support | Litigation | 11 | $17,810.00 | 68.5 | 3/1/2017 | $5.00 | 260.00 |
| Daniel D. White III | Tech Support | Litigation | 11 | $687.50 | 2.5 | 3/1/2018 | $15.00 | 275.00 |
| Carlos B. Terreforte | Technical/Trial Support | Litigation | 1 | $8,930.00 | 38.0 | N/A | $0.00 | 235.00 |
| Carlos B. Terreforte | Technical/Trial Support | Litigation | 1 | $5,400.00 | 22.5 | 3/1/2016 | $5.00 | 240.00 |
| Carlos B. Terreforte | Technical/Trial Support | Litigation | 1 | $5,904.50 | 24.1 | 3/1/2017 | $5.00 | 245.00 |
| Carlos B. Terreforte | Technical/Trial Support | Litigation | 1 | $7,410.00 | 28.5 | 3/1/2018 | $15.00 | 260.00 |
| Benjamin J. Cohen | Tech Support | Litigation | 2 | $3,255.00 | 15.5 | N/A | $0.00 | 210.00 |
| Total | | | | $7,230,701.50 | 17,185.7 | | | |

TOTAL FEES    $7,230,701.50

5

RLF1 19190235v.1