# EXHIBIT B

## Compensation by Project Category

| Matter Number | Project Category Description | Total Billed Hours | Total Compensation Billed |
|---|---|---|---|
| 180326A | [ALL] Case Administration | 1,208.0 | $406,309.00 |
| 180326B | [ALL] Creditor Inquiries | 101.3 | $38,689.00 |
| 180326C | [ALL] Meetings | 193.4 | $115,923.50 |
| 180326D | [ALL] Executory Contracts/Unexpired Leases | 160.9 | $58,591.00 |
| 180326E | [ALL] Automatic Stay/Adequate Protection | 18.1 | $8,123.50 |
| 180326F | [ALL] Plan of Reorganization/Disclosure Statement | 897.7 | $398,915.00 |
| 180326G | [ALL] Use, Sale of Assets | 245.6 | $111,246.50 |
| 180326H | [ALL] Cash Collateral/DIP Financing | 15.0 | $5,825.50 |
| 180326I | [ALL] Claims Administration | 801.9 | $316,878.50 |
| 180326J | [ALL] Court Hearings | 3,904.3 | $1,471,404.00 |
| 180326K | [ALL] General Corporate/Real Estate | 26.3 | $12,532.50 |
| 180326L | [ALL] Schedules/SOFA/U.S. Trustee Reports | 270.2 | $106,171.50 |
| 180326M | [ALL] Employee Issues | 205.6 | $84,736.50 |
| 180326N | [ALL] Environmental | 4.4 | $2,060.00 |
| 180326O | [ALL] Tax Issues | 45.1 | $21,017.50 |
| 180326P | [ALL] Litigation/Adversary Proceedings | 579.5 | $245,918.00 |
| 180326Q-1 | [ALL] RLF Retention | 212.6 | $83,937.50 |
| 180326Q-2 | [ALL] Retention of Others | 419.6 | $171,721.50 |
| 180326R-1 | [ALL] RLF Fee Applications | 688.2 | $288,907.50 |
| 180326R-2 | [ALL] Fee Applications of Others | 1,167.8 | $476,260.00 |
| 180326S | [ALL] Vendors/Suppliers | 24.3 | $9,675.50 |
| 180326T | [ALL] Non-Working Travel | 0.0 | $0.00 |
| 180326U | [ALL] Utilities | 7.6 | $3,213.00 |
| 180326V | [ALL] Insurance | 0.0 | $0.00 |
| 180326A | [TCEH] Case Administration | 2.6 | $918.00 |
| 180326B | [TCEH] Creditor Inquiries | 0.9 | $324.00 |
| 180326C | [TCEH] Meetings | 1.7 | $935.00 |
| 180326D | [TCEH] Executory Contracts/Unexpired Leases | 241.7 | $105,203.00 |
| 180326E | [TCEH] Automatic Stay/Adequate Protection | 36.9 | $17,005.50 |
| 180326F | [TCEH] Plan of Reorganization/Disclosure Statement | 229.0 | $98,011.50 |
| 180326G | [TCEH] Use, Sale of Assets | 129.7 | $55,189.50 |
| 180326H | [TCEH] Cash Collateral/DIP Financing | 114.5 | $54,992.00 |
| 180326I | [TCEH] Claims Administration | 115.6 | $52,544.50 |
| 180326J | [TCEH] Court Hearings | 381.0 | $158,185.50 |
| 180326K | [TCEH] General Corporate/Real Estate | 1.5 | $787.00 |
| 180326L | [TCEH] Schedules/SOFA/U.S. Trustee Reports | 0.6 | $330.00 |
| 180326M | [TCEH] Employee Issues | 0.0 | $0.00 |
| 180326N | [TCEH] Environmental | 0.0 | $0.00 |
| 180326O | [TCEH] Tax Issues | 22.9 | $10,728.50 |
| 180326P | [TCEH] Litigation/Adversary Proceedings | 89.2 | $48,497.50 |
| 180326Q-1 | [TCEH] RLF Retention | 0.6 | $315.00 |
| 180326Q-2 | [TCEH] Retention of Others | 24.6 | $11,915.00 |
| 180326R-1 | [TCEH] RLF Fee Applications | 0.8 | $530.00 |
| 180326R-2 | [TCEH] Fee Applications of Others | 9.9 | $4,433.50 |
| 180326S | [TCEH] Vendors/Suppliers | 1.2 | $767.50 |
| 180326T | [TCEH] Non-Working Travel | 0.0 | $0.00 |
| 180326U | [TCEH] Utilities | 0.0 | $0.00 |

| 180326V | [TCEH] Insurance | 0.0 | $0.00 |
|---|---|---|---|
| 180326A | [EFIH] Case Administration | 12.3 | $6,189.50 |
| 180326B | [EFIH] Creditor Inquiries | 1.5 | $860.50 |
| 180326C | [EFIH] Meetings | 1.1 | $549.50 |
| 180326D | [EFIH] Executory Contracts/Unexpired Leases | 0.0 | $0.00 |
| 180326E | [EFIH] Automatic Stay/Adequate Protection | 1.2 | $604.00 |
| 180326F | [EFIH] Plan of Reorganization/Disclosure Statement | 12.0 | $4,593.00 |
| 180326G | [EFIH] Use, Sale of Assets | 95.5 | $45,812.50 |
| 180326H | [EFIH] Cash Collateral/DIP Financing | 227.3 | $101,985.00 |
| 180326I | [EFIH] Claims Administration | 144.8 | $63,607.00 |
| 180326J | [EFIH] Court Hearings | 325.0 | $133,742.50 |
| 180326K | [EFIH] General Corporate/Real Estate | 0.7 | $367.50 |
| 180326L | [EFIH] Schedules/SOFA/U.S. Trustee Reports | 0.1 | $49.00 |
| 180326M | [EFIH] Employee Issues | 0.0 | $0.00 |
| 180326N | [EFIH] Environmental | 0.0 | $0.00 |
| 180326O | [EFIH] Tax Issues | 0.0 | $0.00 |
| 180326P | [EFIH] Litigation/Adversary Proceedings | 811.5 | $393,219.50 |
| 180326Q-1 | [EFIH] RLF Retention | 0.0 | $0.00 |
| 180326Q-2 | [EFIH] Retention of Others | 4.1 | $2,227.00 |
| 180326R-1 | [EFIH] RLF Fee Applications | 0.3 | $247.50 |
| 180326R-2 | [EFIH] Fee Applications of Others | 21.2 | $10,439.50 |
| 180326S | [EFIH] Vendors/Suppliers | 0.0 | $0.00 |
| 180326T | [EFIH] Non-Working Travel | 5.4 | .00 |
| 180326U | [EFIH] Utilities | 0.0 | $0.00 |
| 180326V | [EFIH] Insurance | 0.0 | $0.00 |
| 180326A | [EFH] Case Administration | 2.6 | $1,063.50 |
| 180326B | [EFH] Creditor Inquiries | 2.1 | $1,188.00 |
| 180326C | [EFH] Meetings | 0.8 | $447.50 |
| 180326D | [EFH] Executory Contracts/Unexpired Leases | 8.5 | $4,050.50 |
| 180326E | [EFH] Automatic Stay/Adequate Protection | 0.0 | $0.00 |
| 180326F | [EFH] Plan of Reorganization/Disclosure Statement | 736.0 | $378,803.50 |
| 180326G | [EFH] Use, Sale of Assets | 21.7 | $11,010.00 |
| 180326H | [EFH] Cash Collateral/DIP Financing | 0.0 | $0.00 |
| 180326I | [EFH] Claims Administration | 43.6 | $21,448.00 |
| 180326J | [EFH] Court Hearings | 959.5 | $378,351.50 |
| 180326K | [EFH] General Corporate/Real Estate | 183.4 | $94,202.00 |
| 180326L | [EFH] Schedules/SOFA/U.S. Trustee Reports | 1.2 | $474.00 |
| 180326M | [EFH] Employee Issues | 0.0 | $0.00 |
| 180326N | [EFH] Environmental | 0.0 | $0.00 |
| 180326O | [EFH] Tax Issues | 0.0 | $0.00 |
| 180326P | [EFH] Litigation/Adversary Proceedings | 916.6 | $489,778.50 |
| 180326Q-1 | [EFH] RLF Retention | 0.0 | $0.00 |
| 180326Q-2 | [EFH] Retention of Others | 9.3 | $5,106.50 |
| 180326R-1 | [EFH] RLF Fee Applications | 2.4 | $1,415.00 |
| 180326R-2 | [EFH] Fee Applications of Others | 31.7 | $15,645.50 |
| 180326S | [EFH] Vendors/Suppliers | 0.0 | $0.00 |
| 180326T | [EFH] Non-Working Travel | 0.0 | $0.00 |
| 180326U | [EFH] Utilities | 0.0 | $0.00 |
| 180326V | [EFH] Insurance | 0.0 | $0.00 |
| **Totals** | | **17,185.7** | **$7,230,701.50** |

2

RLF1 19190235v.1