## EXHIBIT C

Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $512.50 |
| Business Meals[1] | $141,912.17 |
| Conference Calling | $18,598.92 |
| Court Reporter Services | $3,064.45 |
| Data Hosting | $534.99 |
| Document Retrieval | $48,798.80 |
| Electronic Legal Research | $28,097.05 |
| Equipment Rental | $6,388.19 |
| Filing Fee/Court Costs | $5,597.50 |
| Long distance Telephone Charges | $7,004.05 |
| Messenger and Delivery Service | $27,248.93 |
| Overtime[2] | $42,251.55 |
| Photocopying/Printing - Outside Vendor | $160,300.16 |
| Photocopying/Printing | $139,303.20 |
| Postage | $844.54 |
| Professional Services | $971.00 |
| Record Retrieval | $8.20 |
| Room Rental | $1,939.80 |
| Office Supplies | $261.36 |
| Travel Expense | $5,165.07 |
| RL&F Service Corp. | $7,687.40 |
| Storage | $44.00 |
| **TOTAL:** | **$646,533.83** |

---

[1] See meal detail attached to previous monthly fee statements.

[2] Represents RL&F's actual out of pocket overtime expense for employees rendering services to the Debtors and their estates who do not otherwise bill at an hourly rate (i.e., the Debtors are not bearing the cost of RL&F's out of pocket overtime expense plus an hourly rate on account of this amount).

## ALL - Expense Summary

| Service Description | Amount |
|---|---:|
| Binding | $403.51 |
| Business Meals | $101,106.81 |
| Conference Calling | $12,853.53 |
| Court Reporter Services | $1,661.22 |
| Data Hosting | $906.62 |
| Document Retrieval | $33,113.34 |
| Electronic Legal Research | $20,978.00 |
| Equipment Rental | $5,271.37 |
| Filing Fees/Court Cost | $4,059.11 |
| Long distance Telephone Charges | $5,102.56 |
| Messenger and Delivery Service | $18,026.11 |
| Overtime | $32,212.92 |
| Photocopying/Printing - Outside Vendor | $122,781.56 |
| Photocopying/Printing | $88,181.98 |
| Postage | $423.72 |
| Room Rental | $1,633.81 |
| Professional Services | $547.72 |
| Stationery Supplies | $211.41 |
| Storage | $85.65 |
| Travel Expense | $2,935.42 |
| Record Retrieval | $7.71 |
| RL&F Service Corp. | $933.83 |
| **Total:** | **$453,437.91** |

## TCEH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $26.18 |
| Business Meals | $5,873.96 |
| Conference Calling | $941.07 |
| Court Reporter Services | $360.50 |
| Data Hosting | $5.25 |
| Document Retrieval | $2,881.70 |
| Electronic Legal Research | $1,620.70 |
| Equipment Rental | -$189.29 |
| Filing Fees/Court Cost | $353.21 |
| Long distance Telephone Charges | $542.29 |
| Messenger and Delivery Service | $1,447.95 |
| Overtime | $1,906.13 |
| Photocopying/Printing - Outside Vendor | $7,686.51 |
| Photocopying/Printing | $7,284.90 |
| Postage | $456.80 |
| Room Rental | $102.84 |
| Professional Services | $12.52 |
| Stationery Supplies | $2.56 |
| Storage | $1.59 |
| Travel Expense | $220.18 |
| Record Retrieval | $0.11 |
| RL&F Service Corp. | $0.00 |
| **Total:** | **$31,537.66** |

RLF1 19190235v.1

## EFIH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $53.34 |
| Business Meals | $13,342.27 |
| Conference Calling | $1,421.19 |
| Court Reporter Services | $411.97 |
| Data Hosting | $42.10 |
| Document Retrieval | $5,202.61 |
| Electronic Legal Research | $2,868.04 |
| Equipment Rental | $904.70 |
| Filing Fees/Court Costs | $436.48 |
| Long distance Telephone Charges | $728.93 |
| Messenger and Delivery Service | $2,613.54 |
| Overtime | $3,925.48 |
| Photocopying/Printing - Outside Vendor | $18,103.71 |
| Photocopying/Printing | $13,333.05 |
| Postage | $108.36 |
| Room Rental | $213.74 |
| Professional Services | $111.41 |
| Stationery Supplies | $20.64 |
| Storage | $3.43 |
| Travel Expense | $428.71 |
| Record Retrieval | $0.36 |
| RL&F Service Corp. | $80.65 |
| **Total:** | **$64,354.71** |

## EFH - Expense Summary

| Service Description | Amount |
|---|---|
| Binding | $29.53 |
| Business Meals | $21,589.16 |
| Conference Calling | $3,383.12 |
| Court Reporter Services | $630.76 |
| Data Hosting | $92.09 |
| Document Retrieval | $7,463.39 |
| Electronic Legal Research | $2,256.87 |
| Equipment Rental | $543.52 |
| Filing Fees/Court Costs | $634.89 |
| Long distance Telephone Charges | $707.23 |
| Messenger and Delivery Service | $5,050.46 |
| Overtime | $4,701.95 |
| Photocopying/Printing - Outside Vendor | $10,314.27 |
| Photocopying/Printing | $27,021.89 |
| Postage | $4,247.05 |
| Room Rental | $4.30 |
| Professional Services | $299.35 |
| Stationery Supplies | $26.74 |
| Storage | $0.00 |
| Travel Expense | $1,534.04 |
| Record Retrieval | $0.02 |
| RL&F Service Corp. | $6,672.92 |
| **Total:** | **$97,203.55** |