## EXHIBIT E

## Detailed Time Records

*(The fee detail was attached as Exhibit H to each previously filed interim fee application, and is expressly incorporated herein in full by reference)*