## EXHIBIT F

## Detailed Expense Records

*(The expense detail was attached as Exhibit D to each previously filed monthly fee statement and as Exhibit I to each previously filed interim fee application, and is expressly incorporated herein in full by reference)*