## **EXHIBIT B**

**Summary of Fees Billed by Subject Matter for the Eleventh Interim Fee Period**

| Activity Description | Sum of Hours | Sum of Amount |
|---|---:|---:|
| 495 Balloting/Solicitation Consultation | 234.30 | $43,453.30 |
| 642 Fee Application Prep and Related Issues | 33.10 | $8,010.20 |
| 700 Non-Working Travel | 7.80 | $1,358.50 |
| 900 Ediscovery Services | 6.70 | $938.00 |
| **Totals** | **281.90** | **$53,760.00** |