**EXHIBIT C**

**Summary of Hours Billed by Epiq Professionals[1] During the Eleventh Interim Fee Period**

| Professional | Position With Applicant | Hourly Billing Rate | Sum of Hours | Sum of Amount |
|---|---|---|---|---|
| Jane Sullivan | EBS Practice Director | 36.00 | $385.00 | $12,743.50 |
| Brian Karpuk | EBS Senior Consultant III | 33.10 | $242.00 | $8,010.20 |
| Stephenie Kjontvedt | EBS Senior Consultant III | 100.10 | $242.00 | $23,982.20 |
| Kevin Streseman | EBS Senior Consultant III | 1.80 | $242.00 | $435.60 |
| Joseph Arena | EBS Senior Consultant I | 4.30 | $176.00 | $756.80 |
| Shivam Patel | EBS Programmer III | 0.10 | $167.00 | 16.70 |
| Brett Irizarry | EDS Project Manager | 0.60 | $140.00 | $84.00 |
| Joshua Monzon | EDS Project Manager | 0.60 | $140.00 | $84.00 |
| Koshin Young | EDS Project Manager | 0.30 | $140.00 | $42.00 |
| Michal Tchorzewski | EDS Project Manager | 5.20 | $140.00 | $728.00 |
| John Chau | EBS Case Manager I | 70.10 | $83.00 | $5,818.30 |
| Forrest Kuffer | EBS Case Manager I | 0.30 | $83.00 | $24.90 |
| Konstantina Haidopoulos | EBS Case Manager I | 0.10 | $83.00 | $8.30 |
| Thomas Vazquez | EBS Admin Support I | 29.30 | $35.00 | $1,025.50 |
| **TOTAL** | | **281.90** | | **$53,760.00** |

---

[1] Note: Epiq Bankruptcy Solutions, LLC personnel are labelled "EBS" and Epiq eDiscovery Solutions personnel are labelled "EDS."