**EXHIBIT D**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
|  | Matter Number: 495<br>Matter Description: Balloting / Solicitation Consulting | | | | | | |
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY RATE | COMPENSATION |
| Stephenie Kjontvedt | 9/1/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | EMAIL TO R.CHAIKIN REGARDING SERVICE TO NOTEHOLDERS IN SOLCITATION MAILING | 0.30 | $242.00 | $72.60 |
| Stephenie Kjontvedt | 9/1/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO CREDITOR INQUIRY (.5); EXCHANGE COMMUNICATIONS WITH EPIQ TEAM MEMBERS REGARDING PREPARATION FOR SOLICITATION MAILING (.9) | 1.40 | $242.00 | $338.80 |
| Joseph Arena | 9/6/2017 | Senior Consultant I | 495 Balloting/ Solicitation Consultation | REVIEW CORRESPONDENCE RELATED TO PREPARATION FOR SOLICITATION SERVICE | 0.50 | $176.00 | $88.00 |
| Stephenie Kjontvedt | 9/6/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH EPIQ TEAM MEMBERS REGARDING RECORD DATE, REPORTING AND PREPARATION FOR SOLICITATION | 1.30 | $242.00 | $314.60 |
| John Chau | 9/7/2017 | Case Manager I | 495 Balloting/ Solicitation Consultation | REVIEW AND COORDINATE DTC SECURITY LISTING REQUEST LETTER | 0.20 | $83.00 | $16.60 |
| Joseph Arena | 9/7/2017 | Senior Consultant I | 495 Balloting/ Solicitation Consultation | REVIEW SOLICITATION SCHEUDULE AND UPDATE INTERNAL NOTIFICATIONS | 0.10 | $176.00 | $17.60 |
| Stephenie Kjontvedt | 9/7/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH EPIQ TEAM MEMBERS REGARDING RECORD DATE INFORMATION FOR CERTAIN SECURITIES | 0.40 | $242.00 | $96.80 |
| Stephenie Kjontvedt | 9/7/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH R.CHAIKIN AND EPIQ TEAM REGARDING SOLICITATION TIMING AND TASKS (.4); REVIEW AND FORMAT PRELIMINARY PLAN CLASS REPORTS, FORWARD SAME TO ALVAREZ FOR REVIEW (1.6) | 2.00 | $242.00 | $484.00 |
| Stephenie Kjontvedt | 9/11/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO REQUEST FOR SOLICITATION VERSIONS OF DISCLOSURE STATEMENT AND PLAN (.1); REVIEW SOLICITATION DOCUMENTS FROM R.CHAIKIN (.8) | 0.90 | $242.00 | $217.80 |
| Thomas Vazquez | 9/11/2017 | Admin. Support I | 495 Balloting/ Solicitation Consultation | REVIEW PUBLIC SECURITIES DATA FOR THE UPCOMING SOLICITATION | 1.20 | $35.00 | $42.00 |
| Stephenie Kjontvedt | 9/12/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW COMMENTS TO PLAN CLASS REPORTS FROM ALVAREZ | 0.70 | $242.00 | $169.40 |
| Thomas Vazquez | 9/12/2017 | Admin. Support I | 495 Balloting/ Solicitation Consultation | REVIEW PUBLIC SECURITIES DATA FOR THE UPCOMING SOLICITATION | 0.80 | $35.00 | $28.00 |
| John Chau | 9/13/2017 | Case Manager I | 495 Balloting/ Solicitation Consultation | REVIEW, VERIFY, AND PREPARE SOLICITATION DOCUMENTS (0.2); PREPARE SOLICITATION MAIL & PRINT GRIDS (0.3); PREPARE SOLICITATION PLAN CLASS ASSIGNMENT BREAKDOWN (0.8) | 1.30 | $83.00 | $107.90 |
| Stephenie Kjontvedt | 9/13/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH EPIQ TEAM REGARDING PUBLICATION OF CONFIRMATION HEARING NOTICE | 0.20 | $242.00 | $48.40 |
| Stephenie Kjontvedt | 9/13/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | PREPARE SOLICITATION PACKAGE MEMO. | 1.60 | $242.00 | $387.20 |

| | | | Matter Number: 495<br>Matter Description: Balloting / Solicitation Consulting | | | |
|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY RATE** | **COMPENSATION** |
| Stephenie Kjontvedt | 9/13/2017 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH EPIQ TEAM MEMBERS REGARDING CLAIMS AND STATUS OF SAME FOR VOTING AND SOLICITATION MAILING | 1.80 | $242.00 | $435.60 |
| Stephenie Kjontvedt | 9/13/2017 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PREPARE LABEL AND DOCUMENTS FOR CD ROM (1.6) AND COORDINATE PRODUCTION OF SAME (.3). | 1.90 | $242.00 | $459.80 |
| Stephenie Kjontvedt | 9/13/2017 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PREPARE DRAFT SOLICITATION MAILING AND PRINT GRIDS | 2.40 | $242.00 | $580.80 |
| John Chau | 9/14/2017 | Case Manager I | 495 Balloting/Solicitation Consultation | REVIEW, VERIFY, AND PREPARE SOLICITATION DOCUMENTS (2.3); MEETING TO DISCUSS PLAN CLASS REPORTS (0.3); REVIEW SOLICITATION PLAN CLASS ASSIGNMENT BREAKDOWN (0.4) | 3.00 | $83.00 | $249.00 |
| Joseph Arena | 9/14/2017 | Senior Consultant I | 495 Balloting/Solicitation Consultation | PARTICIPATE IN INTERNAL CONFERENCE CALL TO DISCUSS VOTE REPORTING PREPARATION (0.5); REVIEW CD DOCUMENTS FOR SOLICITATION SERVICE (0.4) | 0.90 | $176.00 | $158.40 |
| Stephenie Kjontvedt | 9/14/2017 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PREPARE NOTICES FOR PRINT | 0.90 | $242.00 | $217.80 |
| Stephenie Kjontvedt | 9/14/2017 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | UPDATE PRINT AND MAIL GRIDS WITH ESTIMATED COUNTS | 1.30 | $242.00 | $314.60 |
| Stephenie Kjontvedt | 9/14/2017 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW RECORDS AND VERIFY SERVICE NEEDED FOR CERTAIN MAIL GROUPS BASED ON PRIOR SOLICITATIONS | 1.70 | $242.00 | $411.40 |
| Stephenie Kjontvedt | 9/14/2017 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW PLAN CLASS REPORTS (3.0) AND EXCHANGE COMMUNICATIONS WITH DATA SERVICES TEAM REGARDING PREPARATION OF SAME (.8). | 3.80 | $242.00 | $919.60 |
| Thomas Vazquez | 9/14/2017 | Admin. Support I | 495 Balloting/Solicitation Consultation | REVIEW PUBLIC SECURITIES DATA FOR THE UPCOMING SOLICITATION | 0.30 | $35.00 | $10.50 |
| Thomas Vazquez | 9/14/2017 | Admin. Support I | 495 Balloting/Solicitation Consultation | PREPARE FOR UPCOMING SOLICITATION MAILING. | 0.50 | $35.00 | $17.50 |
| John Chau | 9/15/2017 | Case Manager I | 495 Balloting/Solicitation Consultation | REVIEW AND VERIFY SOLICITATION PLAN CLASS REPORTS FOR SERVICE | 2.90 | $83.00 | $240.70 |
| John Chau | 9/15/2017 | Case Manager I | 495 Balloting/Solicitation Consultation | REVIEW AND PREPARE SOLICITATION DOCUMENTS AND PROCEDURES FOR SOLICITATION SERVICES | 3.50 | $83.00 | $290.50 |
| Stephenie Kjontvedt | 9/15/2017 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | PROCESS UPDATES TO SOLICITATION PRINT AND MAIL GRIDS (1.2) AND EXCHANGE COMMUNICATIONS WITH PRODUCTION TEAM REGARDING SAME (.4). | 1.60 | $242.00 | $387.20 |
| Stephenie Kjontvedt | 9/15/2017 | Solicitation Consultant | 495 Balloting/Solicitation Consultation | REVIEW FILES AND CALCULATE ESTIMATED COUNTS FOR PRINTING AND SERVICE OF SOLICITATION DOCUMENTS | 1.70 | $242.00 | $411.40 |

|  | Matter Number: 495<br>Matter Description: Balloting / Solicitation Consulting |

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| Stephenie Kjontvedt | 9/15/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH SOLICITATION TEAM REGARDING FILES, DOCUMENTS AND PREPARATION FOR SOLICITATION MAILING | 2.10 | $242.00 | $508.20 |
| Stephenie Kjontvedt | 9/15/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW FORMATTED BALLOTS AND NOTICE PROOFS | 2.60 | $242.00 | $629.20 |
| Stephenie Kjontvedt | 9/15/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH DATA SERVICES TEAM AND AUDIT TEAM REGARDING CLAIMS, MAILING FILES AND VOTING AMOUNTS | 3.70 | $242.00 | $895.40 |
| Thomas Vazquez | 9/15/2017 | Admin. Support I | 495 Balloting/ Solicitation Consultation | REVIEW PROOFS FOR THE SOLICITATION MAILING | 0.50 | $35.00 | $17.50 |
| Thomas Vazquez | 9/15/2017 | Admin. Support I | 495 Balloting/ Solicitation Consultation | REVIEW PROOFS FOR THE SOLICITATION MAILING | 1.00 | $35.00 | $35.00 |
| Stephenie Kjontvedt | 9/16/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH DATA SERVICES TEAM (1.5) AND RIEVEW UPDATED SOLICITATION REPORTS (.6). | 2.10 | $242.00 | $508.20 |
| Stephenie Kjontvedt | 9/17/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH DATA SERVICES TEAM REGARDING FILES & DATA EXCLUDED FROM THE SOLICITATION MAILING | 1.30 | $242.00 | $314.60 |
| Stephenie Kjontvedt | 9/17/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW AND MODIFY PRELIMINARY MAIL FILES (2.8); EXCHANGE COMMUNICATIONS WITH DATA SERVICES TEAM (1.4) RE SAME. | 4.20 | $242.00 | $1,016.40 |
| John Chau | 9/18/2017 | Case Manager I | 495 Balloting/ Solicitation Consultation | REVIEW AND PREPARE SOLICITATION DOCUMENTS FOR SOLICITATION SERVICES | 0.70 | $83.00 | $58.10 |
| Stephenie Kjontvedt | 9/18/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH THE PRODUCTION TEAM AND THE DATA SERVICES TEAM REGARDING FINAL MAIL FILES (2.2) AND REVIEW SAME FOR APPROVAL (2.0). | 4.20 | $242.00 | $1,016.40 |
| John Chau | 9/19/2017 | Case Manager I | 495 Balloting/ Solicitation Consultation | REVIEW AND VERIFY SOLICITATION PLAN CLASS REPORTS FOR SERVICE | 1.10 | $83.00 | $91.30 |
| John Chau | 9/19/2017 | Case Manager I | 495 Balloting/ Solicitation Consultation | REVIEW AND PREPARE SOLICITATION DOCUMENTS FOR SOLICITATION SERVICES | 1.50 | $83.00 | $124.50 |
| John Chau | 9/19/2017 | Case Manager I | 495 Balloting/ Solicitation Consultation | REVIEW AND VERIFY SOLICITATION PROOFS | 1.70 | $83.00 | $141.10 |
| Stephenie Kjontvedt | 9/19/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | DRAFT FAQS FOR SOLICITATION (1.4);  REVIEW PRINT PROOFS FOR SOLICITATION MAILING (1.6) | 3.00 | $242.00 | $726.00 |
| Thomas Vazquez | 9/19/2017 | Admin. Support I | 495 Balloting/ Solicitation Consultation | REVIEW PUBLIC SECURITIES DATA FOR THE UPCOMING SOLICITATION | 0.50 | $35.00 | $17.50 |

| | | | Matter Number: 495<br>Matter Description: Balloting / Solicitation Consulting | | | | |
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY RATE** | **COMPENSATION** |
| Thomas Vazquez | 9/19/2017 | Admin. Support I | 495 Balloting/ Solicitation Consultation | REVIEW PROOFS FOR THE SOLICITATION MAILING | 1.40 | $35.00 | $49.00 |
| Thomas Vazquez | 9/19/2017 | Admin. Support I | 495 Balloting/ Solicitation Consultation | REVIEW AND APPROVE PROOFS FOR THE SOLICITATION MAILING | 1.50 | $35.00 | $52.50 |
| John Chau | 9/20/2017 | Case Manager I | 495 Balloting/ Solicitation Consultation | REVIEW, PREPARE, AND VERIFY SOLICITATION DOCUMENTS AND PROOFS FOR SOLICITATION SERVICES | 3.80 | $83.00 | $315.40 |
| Stephenie Kjontvedt | 9/20/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW MERGED BALLOT PROOFS FOR APPROVAL (1.1); RESPOND TO R.CHAIKIN INQUIRY ON STATUS OF SOLICITATION MAILING (.1); MONITOR PRINT STATUS FOR COMPLETION OF SOLICITATION MAILING (.6) | 1.80 | $242.00 | $435.60 |
| Thomas Vazquez | 9/20/2017 | Admin. Support I | 495 Balloting/ Solicitation Consultation | REVIEW PROOFS FOR THE SOLICITATION MAILING | 0.10 | $35.00 | $3.50 |
| Thomas Vazquez | 9/20/2017 | Admin. Support I | 495 Balloting/ Solicitation Consultation | REVIEW PROOFS FOR THE SOLICITATION MAILING | 1.10 | $35.00 | $38.50 |
| John Chau | 9/21/2017 | Case Manager I | 495 Balloting/ Solicitation Consultation | REVIEW AND PREPARE SOLICITATION DOCUMENTS FOR SOLICITATION SERVICES | 2.70 | $83.00 | $224.10 |
| Stephenie Kjontvedt | 9/21/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | PREPARE FOR COMPLETION OF SOLICIITATION MAILING (1.5) AND REVIEW OF SOLICITATION PACKAGES, DNO PACKAGES AND NOTICE TO CLASS A3 ATTORNEYS (2.4). | 3.90 | $242.00 | $943.80 |
| John Chau | 9/22/2017 | Case Manager I | 495 Balloting/ Solicitation Consultation | OVERSEE AND FACILITATE SOLICITATION MAILING AT ON-SITE MAIL PRODUCTION LOCATION | 6.50 | $83.00 | $539.50 |
| Stephenie Kjontvedt | 9/22/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW SUPPLEMENTAL MAILING FILE AND SOLICITATION PACKAGES (1.2); RESPOND TO EPIQ TEAM AND R.CHAIKIN REGARDING STATUS OF SOLICITATION MAILING (.2) | 1.40 | $242.00 | $338.80 |
| Stephenie Kjontvedt | 9/22/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW SOLICITATION PACKAGES AND OVERSEE SOLICITATION MAILING | 4.00 | $242.00 | $968.00 |
| Thomas Vazquez | 9/22/2017 | Admin. Support I | 495 Balloting/ Solicitation Consultation | PREPARE (0.2) AND COORDINATE THE SOLICITATION EMAIL SERVICE TO THE 2002 SERVICE LIST (0.1) | 0.30 | $35.00 | $10.50 |
| Thomas Vazquez | 9/22/2017 | Admin. Support I | 495 Balloting/ Solicitation Consultation | REVIEW PROOFS FOR THE SOLICITATION MAILING | 0.30 | $35.00 | $10.50 |
| Thomas Vazquez | 9/22/2017 | Admin. Support I | 495 Balloting/ Solicitation Consultation | PREPARE THE VOTING AND NON-VOTING SOLICITATION EMAIL SERVICE TO THE BROKERS, BANKS, NOMINEES AND AGENTS | 2.00 | $35.00 | $70.00 |
| John Chau | 9/25/2017 | Case Manager I | 495 Balloting/ Solicitation Consultation | REVIEW, VERIFY, AND SETUP SOLICITATION PROCESSING PROCEDURES | 2.00 | $83.00 | $166.00 |

| | | | Matter Number: 495<br>Matter Description: Balloting / Solicitation Consulting | | | |
|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY RATE** | **COMPENSATION** |
| Stephenie Kjontvedt | 9/25/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW EMAILS FOR TO NOMINEES WITH SECURITIES VOTING AND NON-VOTING INFORMATION AND COMMENT ON SAME | 0.40 | $242.00 | $96.80 |
| Stephenie Kjontvedt | 9/25/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW FAQ AND IVR UPDATES FROM R.CHAIKEN AND FORWARD SAME TO CALL CENTER (.4);  RESPOND TO R.CHAIKIN REQUEST FOR SAMPLE VOTING PACKAGE (.2) | 0.60 | $242.00 | $145.20 |
| Stephenie Kjontvedt | 9/25/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | UPDATE AND FINALIZE FAQS AND IVR SCRIPT FOR SOLICITATION. | 2.30 | $242.00 | $556.60 |
| Thomas Vazquez | 9/25/2017 | Admin. Support I | 495 Balloting/ Solicitation Consultation | PREPARE THE MASTER BALLOT MAIL SERVICE TO THE BROKERS, BANKS, NOMINEES AND AGENTS | 1.10 | $35.00 | $38.50 |
| Thomas Vazquez | 9/25/2017 | Admin. Support I | 495 Balloting/ Solicitation Consultation | PREPARE THE VOTING AND NON-VOTING SOLICITATION EMAIL SERVICE TO THE BROKERS, BANKS, NOMINEES AND AGENTS | 2.30 | $35.00 | $80.50 |
| John Chau | 9/26/2017 | Case Manager I | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRIES REGARDING SOLICITATION MATERIALS | 0.80 | $83.00 | $66.40 |
| Konstantina Haidopoulos | 9/26/2017 | Case Manager I | 495 Balloting/ Solicitation Consultation | REVIEW SERVICE OF MASTER BALLOT A-E AND PRE-PAID RETURN ENVELOPE SERVED ON 9/25/17. | 0.10 | $83.00 | $8.30 |
| Stephenie Kjontvedt | 9/26/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH EPIQ TEAM REGARDING SOLICITATION MAILING AND FAQS (.3);   RESPOND TO INQUIRIES ON SOLICITATION (.4) | 0.70 | $242.00 | $169.40 |
| Stephenie Kjontvedt | 9/26/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO CALL CENTER INQUIRIES ON FAQS, MAILING COUNTS AND UPDATED CALL CENTER SCRIPT | 0.50 | $242.00 | $121.00 |
| Thomas Vazquez | 9/26/2017 | Admin. Support I | 495 Balloting/ Solicitation Consultation | PREPARE THE MASTER BALLOT EMAIL SERVICE TO THE BROKERS, BANKS, NOMINEES AND AGENTS. | 0.50 | $35.00 | $17.50 |
| Thomas Vazquez | 9/26/2017 | Admin. Support I | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING THE SOLICITATION MATERIALS | 0.80 | $35.00 | $28.00 |
| Forrest Kuffer | 9/27/2017 | Case Manager I | 495 Balloting/ Solicitation Consultation | DOCUMENT SERVICE OF MASTER BALLOTS TO AFFECTED PARTIES, SERVED ON 9/25/2017 | 0.30 | $83.00 | $24.90 |
| Stephenie Kjontvedt | 9/27/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO R.CHAIKIN REQUEST FOR LIST OF SOLICITATION PACKAGES SENT TO A.WRIGHT (.6);   LISTEN TO UPDATED IVR RECORDINGS FOR APPROVAL (.3) | 0.90 | $242.00 | $217.80 |
| Thomas Vazquez | 9/27/2017 | Admin. Support I | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING THE SOLICITATION MATERIALS | 0.40 | $35.00 | $14.00 |
| John Chau | 9/28/2017 | Case Manager I | 495 Balloting/ Solicitation Consultation | REVIEW AND RECONCILE SERVICE FILES ASSOCIATED TO SOLICITATION MAILING TO CLAIM HOLDERS | 0.20 | $83.00 | $16.60 |

| | | | Matter Number: 495 Matter Description: Balloting / Solicitation Consulting | | | | |
|---|---|---|---|---|---|---|---|
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY RATE | COMPENSATION |
| John Chau | 9/28/2017 | Case Manager I | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRIES REGARDING SOLICITATION DOCUMENTS | 1.00 | $83.00 | $83.00 |
| Stephenie Kjontvedt | 9/29/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW INQUIRY ON RELEASES AND EXCHANGE COMMUNICATIONS WITH R.CHAIKIN AND EPIQ TEAM REGARDING SAME | 0.60 | $242.00 | $145.20 |
| Thomas Vazquez | 9/29/2017 | Admin. Support I | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING THE SOLICITATION MATERIALS | 0.30 | $35.00 | $10.50 |
| John Chau | 10/2/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW AND PREPARE EXHIBITS FOR SOLICITATION AFFIDAVIT OF SERVICE | 0.70 | $83.00 | $58.10 |
| John Chau | 10/2/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRIES REGARDING SOLICITATION MATERIALS | 1.00 | $83.00 | $83.00 |
| Thomas Vazquez | 10/2/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RECONCILE NOMINEE AGENT DATA ASSOCIATED MAILING OF SOLICITATION MATERIALS TO BENEFICIAL HOLDERS | 0.40 | $35.00 | $14.00 |
| John Chau | 10/3/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRIES REGARDING SOLICITATION MATERIALS | 1.90 | $83.00 | $157.70 |
| Stephenie Kjontvedt | 10/3/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO REQUEST FOR BALLOT | 0.20 | $242.00 | $48.40 |
| John Chau | 10/4/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRIES REGARDING SOLICITATION MATERIALS | 0.60 | $83.00 | $49.80 |
| John Chau | 10/5/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW, VERIFY, AND PROCESS SOLICITATION BALLOTS (.5); PREPARE PRELIMINARY VOTING REPORT RESULTS (.2). | 0.70 | $83.00 | $58.10 |
| John Chau | 10/6/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW, VERIFY, AND PROCESS SOLICITATION BALLOTS | 0.40 | $83.00 | $33.20 |
| Jane Sullivan | 10/9/2017 | Practice Director | 495 Balloting/ Solicitation Consultation | CONFER WITH S KJONTVEDT REGARDING AFFIDAVIT OF SERVICE | 0.40 | $385.00 | $154.00 |
| John Chau | 10/9/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRIES REGARDING SOLICITATION MATERIALS (1.2); REVIEW AND PREPARE PRELIMINARY VOTING REPORT RESULTS (0.6) | 1.80 | $83.00 | $149.40 |
| Stephenie Kjontvedt | 10/9/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW AND FORWARD PRELIMINARY TABULATION REPORT TO A.YENAMANDRA (.3); RESPOND TO INQUIRY FROM A.YENAMANDRA ON NUMBER OF HOLDERS IN CLASS A8 (.1) | 0.40 | $242.00 | $96.80 |
| Stephenie Kjontvedt | 10/9/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW EXHIBITS FOR AFFIDAVIT OF SERVICE ON SOLICITATION MAILING (1.8); PREPARE SLIP SHEETS FOR SERVICE LISTS (.6) | 2.40 | $242.00 | $580.80 |

| | | | Matter Number: 495<br>Matter Description: Balloting / Solicitation Consulting | | | |
|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY RATE** | **COMPENSATION** |
| Stephenie Kjontvedt | 10/9/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW AND EDIT AFFIDAVIT OF SERIVCE FOR SOLICITATION MAILING | 3.20 | $242.00 | $774.40 |
| Thomas Vazquez | 10/9/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING THE SOLICITATION MATERIALS | 0.10 | $35.00 | $3.50 |
| Thomas Vazquez | 10/9/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING THE SOLICITATION MATERIALS | 0.20 | $35.00 | $7.00 |
| Thomas Vazquez | 10/9/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | CREATE SOLICITATION VOTING REPORT | 0.30 | $35.00 | $10.50 |
| John Chau | 10/10/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW, VERIFY, AND PROCESS SOLICITATION BALLOTS | 1.30 | $83.00 | $107.90 |
| John Chau | 10/10/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW AND UPDATE SOLICITATION AFFIDAVIT OF SERVICE AND PREPARE EXHIBITS | 1.40 | $83.00 | $116.20 |
| Stephenie Kjontvedt | 10/10/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW AND FINALIZE AFFIDAVIT OF SERVICE FOR SOLICITATION MAILING AND EXHIBITS ON SAME | 3.70 | $242.00 | $895.40 |
| Thomas Vazquez | 10/10/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING THE SOLICITATION MATERIALS | 0.20 | $35.00 | $7.00 |
| John Chau | 10/11/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | PREPARE AND DRAFT SOLICITATION VOTE CERTIFICATION | 1.00 | $83.00 | $83.00 |
| Stephenie Kjontvedt | 10/11/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO VOTING INQUIRIES | 0.40 | $242.00 | $96.80 |
| Thomas Vazquez | 10/11/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RECONCILE NOMINEE AGENT DATA ASSOCIATED MAILING OF SOLICITATION MATERIALS TO BENEFICIAL HOLDERS | 0.30 | $35.00 | $10.50 |
| Thomas Vazquez | 10/11/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING THE SOLICITATION MATERIALS | 0.30 | $35.00 | $10.50 |
| Thomas Vazquez | 10/12/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RECONCILE NOMINEE AGENT DATA ASSOCIATED MAILING OF SOLICITATION MATERIALS TO BENEFICIAL HOLDERS | 0.10 | $35.00 | $3.50 |
| John Chau | 10/13/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRIES REGARDING SOLICITATION MATERIALS | 0.10 | $83.00 | $8.30 |
| Stephenie Kjontvedt | 10/14/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH J.SULLIVAN REGARDING REVISIONS TO AFFIDAVIT OF SERVICE | 0.20 | $242.00 | $48.40 |

| | | | Matter Number: 495 Matter Description: Balloting / Solicitation Consulting | | | | |
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY RATE** | **COMPENSATION** |
| Jane Sullivan | 10/16/2017 | Practice Director | 495 Balloting/ Solicitation Consultation | REVIEW AND COMMENT ON AFFIDAVIT OF SERVICE. | 1.90 | $385.00 | $731.50 |
| John Chau | 10/16/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW, VERIFY, AND PROCESS SOLICITATION BALLOTS. | 0.40 | $83.00 | $33.20 |
| Stephenie Kjontvedt | 10/16/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW AND FORWARD PRELIMINARY VOTING REPORT TO A.YENAMANDRA (.2); RESPOND TO A.YENAMANDRA INQUIRY ON THE NUMBER OF BALLOTS MAILED (.2) | 0.40 | $242.00 | $96.80 |
| Stephenie Kjontvedt | 10/16/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | ASSEMBLE AND REVIEW EXHIBITS FOR AFFIDAVIT OF SERVICE FOR SOLICITATION MAILING, INCLUDING REDACTED AND UNREDACTED VERSIONS. | 1.50 | $242.00 | $363.00 |
| Thomas Vazquez | 10/16/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING THE SOLICITATION MATERIALS | 0.10 | $35.00 | $3.50 |
| John Chau | 10/18/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RECONCILE NOMINEE AGENT FILES ASSOCIATED MAILING OF SOLICITATION AND DISCLOSURE STATEMENT HEARING NOTICE TO BENEFICIAL HOLDERS (0.4); RESEARCH AND RESPOND TO INQUIRIES REGARDING SOLICITATION MATERIALS (0.6) | 1.00 | $83.00 | $83.00 |
| Stephenie Kjontvedt | 10/18/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRY ON VOTING AMOUNT | 0.20 | $242.00 | $48.40 |
| John Chau | 10/19/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRIES REGARDING SOLICITATION MATERIALS | 1.40 | $83.00 | $116.20 |
| John Chau | 10/20/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRIES REGARDING SOLICITATION MATERIALS (0.6); REVIEW AND VERIFY SOLICITATION BALLOTS (0.6) | 1.20 | $83.00 | $99.60 |
| Stephenie Kjontvedt | 10/20/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | MONITOR INCOMING REPORTS FOR BALLOTS. | 0.30 | $242.00 | $72.60 |
| Thomas Vazquez | 10/23/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING THE SOLICITATION MATERIALS | 0.20 | $35.00 | $7.00 |
| John Chau | 10/24/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRIES REGARDING SOLICITATION MATERIALS | 1.10 | $83.00 | $91.30 |
| Stephenie Kjontvedt | 10/24/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | MONITOR STATUS OF INCOMING BALLOTS (.2); PREPARE AND FORWARD REPORT OF UNVOTED CLAIMS A.YENAMANDRA ALONG WITH VOTING UPDATE (.7) | 0.90 | $242.00 | $217.80 |
| Thomas Vazquez | 10/24/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW AND VERIFY MASTER HOLDER BALLOTS | 0.40 | $35.00 | $14.00 |
| Thomas Vazquez | 10/24/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW AND VERIFY OPT-OUT FORMS. | 0.50 | $35.00 | $17.50 |

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY RATE | COMPENSATION |
|---|---|---|---|---|---|---|---|
| | | | **Matter Number: 495** <br> **Matter Description: Balloting / Solicitation Consulting** | | | | |
| John Chau | 10/25/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRIES REGARDING SOLICITATION MATERIALS | 0.60 | $83.00 | $49.80 |
| John Chau | 10/25/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | PREPARE VOTING REPORT RESULTS. | 0.90 | $83.00 | $74.70 |
| Joseph Arena | 10/25/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO BENEFICIAL HOLDER INQUIRIES RELATED TO VOTING | 0.20 | $176.00 | $35.20 |
| Thomas Vazquez | 10/25/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING THE SOLICITATION MATERIALS | 0.10 | $35.00 | $3.50 |
| Thomas Vazquez | 10/25/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING THE SOLICITATION MATERIALS | 0.30 | $35.00 | $10.50 |
| John Chau | 10/26/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW, VERIFY, AND PROCESS SOLICITATION BALLOTS. | 1.00 | $83.00 | $83.00 |
| John Chau | 10/26/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRIES REGARDING SOLICITATION MATERIALS | 1.80 | $83.00 | $149.40 |
| Stephenie Kjontvedt | 10/26/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO CREDITOR INQUIRIES ON VOTING (1.4);  REVIEW AND FORWARD PRELIMINARY TABULATION REPORT TO A.YENAMANDRA (.2) | 1.60 | $242.00 | $387.20 |
| Thomas Vazquez | 10/26/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING THE SOLICITATION MATERIALS | 0.10 | $35.00 | $3.50 |
| Thomas Vazquez | 10/26/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING THE SOLICITATION MATERIALS | 0.30 | $35.00 | $10.50 |
| Thomas Vazquez | 10/26/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | FORWARD ERRONEOUSLY RECEIVED BALLOT TO AGENT | 0.30 | $35.00 | $10.50 |
| Thomas Vazquez | 10/26/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING THE SOLICITATION MATERIALS | 0.90 | $35.00 | $31.50 |
| John Chau | 10/27/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRIES REGARDING SOLICITATION MATERIALS (0.6); REVIEW, VERIFY, AND PROCESS MASTER BALLOTS (1.4); PREPARE  VOTING REPORT RESULTS (2.1) | 4.10 | $83.00 | $340.30 |
| Stephenie Kjontvedt | 10/27/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW PRELIMINARY TABULATION RESULTS AND EXCHANGE COMMUNICATIONS WITH EPIQ TEAM REGARDING SAME (.6); FORWARD PRELIMINARY TABULATION REPORT TO A.YENAMANDRA (.2) | 0.80 | $242.00 | $193.60 |
| Thomas Vazquez | 10/27/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING THE SOLICITATION MATERIALS | 0.10 | $35.00 | $3.50 |

| | | | Matter Number: 495 Matter Description: Balloting / Solicitation Consulting | | | | |
|---|---|---|---|---|---|---|---|
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY RATE | COMPENSATION |
| John Chau | 10/30/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRIES REGARDING SOLICITATION MATERIALS (0.3); RECONCILE NOMINEE AGENT FILES ASSOCIATED MAILING OF DISCLOSURE STATEMENT HEARING NOTICE SERVICE TO BENEFICIAL HOLDERS (0.1); REVIEW, VERIFY, AND PROCESS SOLICITATION BALLOTS (1.5) | 1.90 | $83.00 | $157.70 |
| John Chau | 10/30/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW, VERIFY, AND PROCESS SOLICITATION BALLOTS. | 2.30 | $83.00 | $190.90 |
| Joseph Arena | 10/30/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | CONFER INTERNALLY REGARDING PROCESSING OF VOTE TABULATION (0.8); REVIEW BALLOTS SUBMITTED ON DEADLINE (0.2); MONITOR VOTE TABULATION AND AUDIT (0.5) | 1.50 | $176.00 | $264.00 |
| Stephenie Kjontvedt | 10/30/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW AND FORWARD PRELIMINARY TABULATION REPORT TO A.YENAMANDRA | 0.30 | $242.00 | $72.60 |
| Stephenie Kjontvedt | 10/30/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO CASE CONSULTANT REGARDING CREDITOR INQUIRY (.4); RESPOND TO BALLOTING AND DEADLINE INQUIRIES (1.3); REVIEW AND EDIT DRAFT AFFIDAVIT OF SERVICE (1.2) | 2.90 | $242.00 | $701.80 |
| Thomas Vazquez | 10/30/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING THE SOLICITATION MATERIALS | 0.30 | $35.00 | $10.50 |
| Thomas Vazquez | 10/30/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW CREDITOR BALLOTS | 0.50 | $35.00 | $17.50 |
| Thomas Vazquez | 10/30/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW CREDITOR BALLOTS | 3.00 | $35.00 | $105.00 |
| John Chau | 10/31/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW AND VERIFY SOLICITATION BALLOTS (1.5); REVIEW AND VERIFY SOLICITATION VOTE CERTIFICATION (1.5) | 3.00 | $83.00 | $249.00 |
| Joseph Arena | 10/31/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | ASSIST IN PREPARATION FOR VOTE CERTIFICATION | 0.20 | $176.00 | $35.20 |
| Stephenie Kjontvedt | 10/31/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW FILES RE SERVICE OF NOTICE OF DISCLOSURE STATEMENT | 0.10 | $242.00 | $24.20 |
| Stephenie Kjontvedt | 10/31/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | PREPARE EXHIBIT FORMS FOR VOTING DECLARATION (1.4); FINAL REVIEW OF VOTING DECLARATION (.7) | 2.10 | $242.00 | $508.20 |
| Stephenie Kjontvedt | 10/31/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW TABULATION DATA AND EXHIBITS (.9); REVIEW AUDIT INFORMATION AND PREPARE EXHIBIT OF EXCLUDED BALLOTS (1.3); RESPOND TO A.YENAMENDRA REGARDING TIMING TO FILE VOTING DECLARATION (.1) | 2.30 | $242.00 | $556.60 |
| Thomas Vazquez | 10/31/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW CREDITOR BALLOTS | 0.10 | $35.00 | $3.50 |
| Thomas Vazquez | 10/31/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW AND RECONCILE CREDITOR VOTES | 3.30 | $35.00 | $115.50 |

| | | | Matter Number: 495  Matter Description: Balloting / Solicitation Consulting | | | | |
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY RATE** | **COMPENSATION** |
| Jane Sullivan | 11/1/2017 | Practice Director | 495 Balloting/ Solicitation Consultation | REVIEW AND FINALIZE VOTING DECLARATION | 0.70 | $385.00 | $269.50 |
| Stephenie Kjontvedt | 11/1/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | FINALIZE VOTING DECLARATION AND EXHIBITS. | 1.70 | $242.00 | $411.40 |
| John Chau | 11/10/2017 | Case Manager I | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING CASE STATUS | 0.70 | $83.00 | $58.10 |
| John Chau | 11/13/2017 | Case Manager I | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING CASE STATUS | 0.60 | $83.00 | $49.80 |
| Shivam Patel | 11/16/2017 | Programmer III | 495 Balloting/ Solicitation Consultation | RETURN MAIL PROCESS (BARPD23). | 0.10 | $167.00 | $16.70 |
| Stephenie Kjontvedt | 11/27/2017 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | CASE DOCKET REVIEW | 0.20 | $242.00 | $48.40 |
| John Chau | 1/3/2018 | Case Manager I | 495 Balloting/ Solicitation Consultation | RESPOND TO CREDITOR INQUIRIES. | 0.40 | $83.00 | $33.20 |
| John Chau | 1/10/2018 | Case Manager I | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRY REGARDING PLAN DISTRIBUTION | 0.30 | $83.00 | $24.90 |
| John Chau | 1/23/2018 | Case Manager I | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRY REGARDING PLAN DISTRIBUTION | 0.50 | $83.00 | $41.50 |
| Jane Sullivan | 1/24/2018 | Practice Director | 495 Balloting/ Solicitation Consultation | CONFER WITH MCLAIN THOMPSON REGARDING HEARING SCHEDULE AND AVAILABILITY. | 0.20 | $385.00 | $77.00 |
| Stephenie Kjontvedt | 1/24/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW COMMUNICATIONS AND CASE INFORMATION REGARDING CONFIRMATION HEARING AND SERVICE OF NOTICE | 0.40 | $242.00 | $96.80 |
| Jane Sullivan | 1/25/2018 | Practice Director | 495 Balloting/ Solicitation Consultation | CONFER WITH A YENEMANDRA REGARDING HEARING AND CALL. | 0.20 | $385.00 | $77.00 |
| Stephenie Kjontvedt | 1/25/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | EXCHANGE COMMUNICATIONS WITH EPIQ TEAM REGARDING SERVICE OF THE CONFIRMATION HEARING NOTICE | 0.20 | $242.00 | $48.40 |
| John Chau | 1/26/2018 | Case Manager I | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING CONFIRMATION HEARING NOTICE | 0.30 | $83.00 | $24.90 |
| Kevin Streseman | 1/26/2018 | Senior Consultant III | 495 Balloting/ Solicitation Consultation | PREPARE REPORTING | 1.80 | $242.00 | $435.60 |

| | | Matter Number: 495 Matter Description: Balloting / Solicitation Consulting | | | | | |
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY RATE** | **COMPENSATION** |
| Jane Sullivan | 1/30/2018 | Practice Director | 495 Balloting/ Solicitation Consultation | 10 AM CALL WITH A YENEMANDRA AND ALVAREZ REGARDING PLAN DISTRIBUTIONS (.5); 4:30 CALL WITH A YENEMANDRA AND W WILLIAMS, KIRKLAND, REGARDING ESCROW CUSIP QUESTION (.5) | 1.00 | $385.00 | $385.00 |
| Jane Sullivan | 1/31/2018 | Practice Director | 495 Balloting/ Solicitation Consultation | TELEPHONE CONFERENCE WITH A YENEMANDRA AND W WILLIAMS, KIRKLAND, AND G GALARDI AND OTHERS RELATING TO ESCROW CUSIP QUESTION. | 0.50 | $385.00 | $192.50 |
| John Chau | 2/1/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING DISCLOSURE STATEMENT AND PLAN | 0.30 | $83.00 | $24.90 |
| Stephenie Kjontvedt | 2/1/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | UPDATE EPIQ TEAM ON COMPLETION OF SERVICE FOR NOTICE OF CONFIRMATION HEARING | 0.10 | $242.00 | $24.20 |
| John Chau | 2/2/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING DISCLOSURE STATEMENT AND PLAN | 0.50 | $83.00 | $41.50 |
| John Chau | 2/5/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING DISCLOSURE STATEMENT AND PLAN | 0.30 | $83.00 | $24.90 |
| Jane Sullivan | 2/12/2018 | Practice Director | 495 Balloting/ Solicitation Consultation | CONFER WITH P VENTOR, KIRKLAND, AND INDENTURE TRUSTEE COUNSEL CONTACTS (KRAMER LEVIN, BRYAN CAVE, WILMER HALE, NIXON PEABODY, FOLEY) REGARDING PLANNING FOR CALL TO DISCUSS PLAN DISTRIBUTIONS. | 0.10 | $385.00 | $38.50 |
| Jane Sullivan | 2/14/2018 | Practice Director | 495 Balloting/ Solicitation Consultation | TELEPHONE CONFERENCE WITH P VENTOR, KIRKLAND, AND INDENTURE TRUSTEE COUNSEL CONTACTS (KRAMER LEVIN, BRYAN CAVE, WILMER HALE, NIXON PEABODY, FOLEY) TO DISCUSS PLAN DISTRIBUTIONS AND RELATED FOLLOW UP | 0.50 | $385.00 | $192.50 |
| Jane Sullivan | 2/15/2018 | Practice Director | 495 Balloting/ Solicitation Consultation | REVIEW VOTE CERTIFICATION AND CONFIRMATION HEARING NOTICE. | 0.30 | $385.00 | $115.50 |
| Stephenie Kjontvedt | 2/15/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO J.DY INQUIRY ON CONFIRMATION HEARING | 0.10 | $242.00 | $24.20 |
| Stephenie Kjontvedt | 2/15/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW AND RESPOND TO R.CHAIKIN INQUIRIES ON VOTING DETAIL | 0.40 | $242.00 | $96.80 |
| Jane Sullivan | 2/20/2018 | Practice Director | 495 Balloting/ Solicitation Consultation | CONFER WITH KIRKLAND (A. TERTERYAN) REGARDING CONFIRMATION HEARING. | 0.30 | $385.00 | $115.50 |
| Stephenie Kjontvedt | 2/20/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW DTC DOCUMENTS REGARDING CHARGES FOR EFH PARTICIPANT LISTS | 0.20 | $242.00 | $48.40 |
| Jane Sullivan | 2/23/2018 | Practice Director | 495 Balloting/ Solicitation Consultation | EMAIL EXCHANGE WITH R CHAIKIN REGARDING TELEPHONE CONFERENCE (.1); TELEPHONE CONFERENCE WITH R CHAIKIN REGARDING CANCELLATION OF CERTAIN NOTES HELD BY COMPANY (.2); PREPARATION FOR CONFIRMATION HEARING (.4). | 0.70 | $385.00 | $269.50 |
| Joseph Arena | 2/23/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | ASSIST J SULLIVAN IN PREPARATION FOR CONFIRMATION HEARING ATTENDENCE | 0.10 | $176.00 | $17.60 |

| Matter Number: 495 Matter Description: Balloting / Solicitation Consulting ||||||||
|---|---|---|---|---|---|---|---|
| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY RATE | COMPENSATION |
| Jane Sullivan | 2/26/2018 | Practice Director | 495 Balloting/ Solicitation Consultation | MEET WITH KIRKLAND TEAM AT LOCAL COUNSEL'S OFFICES IN ADVANCE OF HEARING, INCLUDING MCCLAIN THOMPSON, A YENEMANDRA, R CHAIKIN, TO PREPARE FOR HEARING AND DISCUSS CASE STATUS(.9); ATTEND CONFIRMATION HEARING (PARTIAL) (1.8); CONFER WITH R CHAIKIN AFTER HEARING TO DISCUSS DISTRIBUTIONS TO BONDHOLDERS AND CANCELLATION OF CERTAIN COMPANY BOND POSITIONS (.3) | 3.00 | $385.00 | $1,155.00 |
| Jane Sullivan | 2/28/2018 | Practice Director | 495 Balloting/ Solicitation Consultation | PREPARE FOR TELEPHONE CONFERENCE ON THURSDAY WITH R CHAIKIN, KIRKLAND, AND TRUSTEE COUNSEL. | 0.20 | $385.00 | $77.00 |
| Jane Sullivan | 3/1/2018 | Practice Director | 495 Balloting/ Solicitation Consultation | TELEPHONE CONFERENCE WITH R CHAIKIN, KIRKLAND, AND NIXON PEABODY (A DARWIN; E SCHNEIDER) REGARDING DWAC PROCESS FOR COMPANY BONDS (.2); RELATED FOLLOW UP WITH COMPANY REGARDING POSITIONS AND DWAC PROCESS (M CAMPBELL. M CHEN) (.7) | 0.90 | $385.00 | $346.50 |
| Stephenie Kjontvedt | 3/1/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW INVOICES FOR SERVICE OF CONFIRMATION HEARING NOTICE | 0.80 | $242.00 | $193.60 |
| Jane Sullivan | 3/2/2018 | Practice Director | 495 Balloting/ Solicitation Consultation | BEGIN PREPARATION OF DRAFT LETTERS RELATING TO DWAC WITHDRAWALS OF COMPANY POSITIONS (.6); CONFER WITH R CHAIKIN (KIRKLAND) VIA EMAIL REGARDING STATUS (.1) CONFER WITH COMPANY REGARDING POSITIONS (A. WRIGHT AND M. CAMPBELL) (.3) | 1.00 | $385.00 | $385.00 |
| John Chau | 3/2/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW AND PREPARE SECURITIES CHART | 0.30 | $83.00 | $24.90 |
| John Chau | 3/2/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRIES REGARDING DISCLOSURE STATEMENT AND PLAN REQUEST | 0.30 | $83.00 | $24.90 |
| Jane Sullivan | 3/5/2018 | Practice Director | 495 Balloting/ Solicitation Consultation | DRAFT LETTERS FOR REMOVAL FROM DTC (.8); TELEPHONE CONFERENCE M HEBBELN, FOLEY (.2); ATTEND TO ISSUES RELATING TO TIMING AND PROCEDURES AND CONFER WITH S KJONTVEDT REGARDING BOND ISSUANCES AND CLASSES (.3); CONFER WITH COUNSEL TO AST REGARDING OUTSTANDING AMOUNTS AND POSE QUESTION TO COMPANY (.4) | 1.70 | $385.00 | $654.50 |
| Stephenie Kjontvedt | 3/5/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW FILES FOR INDENTURE TRUSTEE CONTACT AT AMSTOCK | 0.10 | $242.00 | $24.20 |
| Jane Sullivan | 3/6/2018 | Practice Director | 495 Balloting/ Solicitation Consultation | EXTENSIVE PREPARATIONS FOR DISTRIBUTION, INCLUDING LETTERS AND COORDINATION WITH MELINDA CAMPBELL RE BNY AMOUNTS (2.4); MEMORANDUM TO K&E (A YENEMANDRA) REGARDING DTC PROCESS (.9); CONFER WITH A WRIGHT REGARDING CERTIFICATE OF ENCUMBENCY NEEDED AND REVIEW FORM WHEN PROVIDED (.7); 3:30 CALL WITH A YENEMANDRA AND W WILLIAMS (KIRKLAND) AND G GALARDI AND RELATED FOLLOW UP (.4); CONFER WITH A YENEMANDRA REGARDING TIMING (.5) | 4.90 | $385.00 | $1,886.50 |
| John Chau | 3/6/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO INQUIRY REGARDING PLAN DISTRIBUTION | 0.60 | $83.00 | $49.80 |

| | | | Matter Number: 495<br>Matter Description: Balloting / Solicitation Consulting | | | | |
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY RATE** | **COMPENSATION** |
| Joseph Arena | 3/6/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRY FROM COUNSEL REGARDING HOLDER COUNTS FOR CERTAIN PUBLIC SECURITIES | 0.10 | $176.00 | $17.60 |
| Joseph Arena | 3/6/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESEARCH AND RESPOND TO REQUEST FROM COUNSEL REGARDING DTC PARTICIPANT COUNT | 0.50 | $176.00 | $88.00 |
| Stephenie Kjontvedt | 3/6/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO INQUIRY ON ONE OF THE BOND TRUSTEES (.1); STRATEGIZE RE: SECOND LIEN NOTES AND DISTRIBUTION (.2) | 0.30 | $242.00 | $72.60 |
| Jane Sullivan | 3/7/2018 | Practice Director | 495 Balloting/ Solicitation Consultation | ATTEND TO REQUEST REGARDING NUMBER OF UNIQUE DTC PARTICIPANTS (.2); 3PM CALL WITH G GALARDI, ROPES, A YENEMANDRA AND W WILLIAMS, KIRKLAND, REGARDING TIMING AND PROCESS (.6); FOLLOW UP WITH BNY REGARDING EFH HOLDERS AND CONFER WITH COMPANY AND COUNSEL REGARDING SAME (.8); EXTENSIVE COORDINATION WITH KIRKLAND (A YENEMANDRA), COMPUTERSHARE AND ITS COUNSEL, AND DTC REGARDING ANTICIPATED EFFECTIVE DATE AND RELATED PREPARATIONS (2.0); CONFER WITH A YENEMANDRA REGARDING NUMBERS AND PLAN PARTICIPANTS (.3) | 3.90 | $385.00 | $1,501.50 |
| John Chau | 3/7/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | REVIEW SECURITIES HOLDER LISTING | 0.50 | $83.00 | $41.50 |
| Stephenie Kjontvedt | 3/7/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | UPDATE CALL LOG (.1); RESPOND TO LENDER INQUIRIES ON FCC FORM MAILING (.1); EXCHANGE COMMUNICATIONS WITH JPMORGAN REGARDING LENDER REQUESTS FOR BALLOTS (.2) | 0.40 | $242.00 | $96.80 |
| Stephenie Kjontvedt | 3/7/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO A.YENAMANDRA ON NUMBER OF HOLDERS IN CERTAIN PLAN CLASSES | 0.40 | $242.00 | $96.80 |
| Stephenie Kjontvedt | 3/7/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | RESPOND TO LENDER INQUIRIES ON BALLOT REQUESTS AND FILING CLAIMS (.7); EMAIL TO COUNSEL REGARDING GENERAL UNSECURED CREDITORS AND PROPOSED SERVICE (.5) | 1.20 | $242.00 | $290.40 |
| Stephenie Kjontvedt | 3/7/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | ATTEND TO BOND DISTRIBUTION ISSUES. | 1.50 | $242.00 | $363.00 |
| Jane Sullivan | 3/8/2018 | Practice Director | 495 Balloting/ Solicitation Consultation | REVIEW TRUST AGREEMENT AND PROVIDE COMMENTS (.4 ); EXTENSIVE CONSULTATION WITH DTC PROCESSOR (C VARGHESE), COMPUTERSHARE (M SMITH); COUNSEL TO COMPUTERSHARE (S WICKOUSKI, BRYAN CAVE; J SHARRETT, KRAMER LEVIN) REGARDING PAYMENT, TIMING, RATES, AND ALL OTHER ASPECTS OF DISTRIBUTION - INCLUDING DTC'S REQUIRED TIMING NOT TO RECEIVE PAYMENT OF CASH UNTIL MONDAY (2.3); WORK WITH COMPANY TO FINALIZE LETTERS FOR DWAC (.5) REVIEW OF PRELIMINARY NOTICE (TIGHT TIMEFRAME) AND COMENTS TO S WICKOUSKI, BRYAN CAVE (.2); COMPANY DWAC LETTERS FINALIZED AND SENT TO BNY AND AST FOR REVIEW AND ACTION (.4); EVENING REVIEW OF COMPUTERSHARE NOTICE AND RE-CALCULATION OF ALL RATES PER 1,000 OF PRINCIPAL AMOUNT AND COMMENTS ON SAME TO COMPUTERSHARE (1.3) | 5.10 | $385.00 | $1,963.50 |

| | | | Matter Number: 495 Matter Description: Balloting / Solicitation Consulting | | | | |
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY RATE** | **COMPENSATION** |
| Jane Sullivan | 3/9/2018 | Practice Director | 495 Balloting/ Solicitation Consultation | EXTENSIVE FOLLOW UP WITH DTC AND COMPUTERSHARE REGARDING PAYMENT TIMING, INCLUDING CALLS WITH C VARGHESE AND W SIMUNEK (J1.3); CONFER WITH S WICKOUSKI, BRYAN CAVE, AND A YENEMANDRA (.9); FOLLOW UP REGARDING DWAC (.5): | 2.70 | $385.00 | $1,039.50 |
| Joseph Arena | 3/9/2018 | Solicitation Consultant | 495 Balloting/ Solicitation Consultation | CONFER INTERNALLY REGARDING PREPARATION FOR MAILING OF NOTICE OF EFFECTIVE DATE | 0.20 | $176.00 | $35.20 |
| **TOTAL** | | | | | **234.30** | | **$43,453.30** |

| | | | Matter Number: 642 Matter Description: Fee Application Prep | | | | |
|---|---|---|---|---|---|---|---|
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY RATE** | **COMPENSATION** |
| Brian Karpuk | 9/1/2017 | Senior Consultant III | 642 Fee Application Prep | PREPARE CONO FOR 33RD EPIQ FEE STATEMENT. | 0.80 | $242.00 | $193.60 |
| Brian Karpuk | 9/1/2017 | Senior Consultant III | 642 Fee Application Prep | PREPARE CONO FOR 34TH EPIQ FEE STATEMENT. | 1.00 | $242.00 | $242.00 |
| Brian Karpuk | 9/5/2017 | Senior Consultant III | 642 Fee Application Prep | REVIEW AND REVISE CONO FOR 34TH MONTHLY FEE STATEMENT. | 0.70 | $242.00 | $169.40 |
| Brian Karpuk | 9/5/2017 | Senior Consultant III | 642 Fee Application Prep | REVIEW AND REVISE CONO FOR 33RD MONTHLY FEE STATEMENT. | 0.80 | $242.00 | $193.60 |
| Brian Karpuk | 9/22/2017 | Senior Consultant III | 642 Fee Application Prep | PREPARE 35TH MONTHLY FEE STATEMENT. | 3.30 | $242.00 | $798.60 |
| Brian Karpuk | 9/26/2017 | Senior Consultant III | 642 Fee Application Prep | PREPARE APRIL 2017 FEE STATEMENT. | 1.50 | $242.00 | $363.00 |
| Brian Karpuk | 9/26/2017 | Senior Consultant III | 642 Fee Application Prep | PREPARE MARCH 2017 FEE STATEMENT. | 3.30 | $242.00 | $798.60 |
| Brian Karpuk | 9/28/2017 | Senior Consultant III | 642 Fee Application Prep | PREPARE NINTH INTERIM FEE APPLICATION. | 2.70 | $242.00 | $653.40 |
| Brian Karpuk | 9/29/2017 | Senior Consultant III | 642 Fee Application Prep | PREPARE 40TH MONTHLY FEE STATEMENT. | 1.00 | $242.00 | $242.00 |
| Brian Karpuk | 9/29/2017 | Senior Consultant III | 642 Fee Application Prep | REVISE NINTH INTERIM FEE APPLICATION. | 1.20 | $242.00 | $290.40 |
| Brian Karpuk | 9/29/2017 | Senior Consultant III | 642 Fee Application Prep | PREPARE 38TH INTERIM FEE APPLICATION. | 2.10 | $242.00 | $508.20 |
| Brian Karpuk | 9/29/2017 | Senior Consultant III | 642 Fee Application Prep | PREPARE 37TH INTERIM FEE APPLICATION. | 2.40 | $242.00 | $580.80 |
| Brian Karpuk | 9/29/2017 | Senior Consultant III | 642 Fee Application Prep | PREPARE 39TH INTERIM FEE APPLICATION. | 2.40 | $242.00 | $580.80 |
| Brian Karpuk | 10/2/2017 | Senior Consultant III | 642 Fee Application Prep and Related Iss | PREPARE TENTH INTERIM FEE APPLICATION. | 1.70 | $242.00 | $411.40 |
| Brian Karpuk | 11/20/2017 | Senior Consultant III | 642 Fee Application Prep | PREPARE DRAFT OF 42ND FEE STATEMENT. | 2.60 | $242.00 | $629.20 |
| Brian Karpuk | 11/20/2017 | Senior Consultant III | 642 Fee Application Prep | PREPARE DRAFT OF 41ST MONTHLY FEE STATEMENT. | 3.60 | $242.00 | $871.20 |
| Brian Karpuk | 1/31/2018 | Senior Consultant III | 642 Fee Application Prep | FINALIZE FORTY FIRST MONTHLY FEE STATEMENT | 0.80 | $242.00 | $193.60 |
| Brian Karpuk | 1/31/2018 | Senior Consultant III | 642 Fee Application Prep | FINALIZE TENTH INTERIM APPLICATION FOR FILING. | 1.20 | $242.00 | $290.40 |
| **TOTAL** | | | | | **33.10** | | **$8,010.20** |

| Matter Number: 700 |
| --- |

| NAME | DATE | POSITION | MATTER DESCRIPTION | DETAIL | HOURS BILLED | HOURLY RATE | COMPENSATION |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Stephenie Kjontvedt | 9/22/2017 | Solicitation Consultant | 700 Travel Time | TRAVEL TO PRODUCTION FACILITY TO OVERSEE SOLICITATION MAILING (1.0); RETURN (1.0). | 2.00 | $141.00 | $242.00 |
| Jane Sullivan | 2/25/2018 | Practice Director | 700 Non-Working Travel Time | TRAVEL TO WILMINGTON TO ATTEND CONFIRMATION HEARING ON 2/26. | 3.30 | $192.50 | $635.25 |
| Jane Sullivan | 2/26/2018 | Practice Director | 700 Non-Working Travel Time | TRAVEL FROM WILMINGTON TO NEW YORK CITY. | 2.50 | $192.50 | $481.25 |
| **TOTAL** | | | | | 7.80 | | $1,358.50 |

Matter Description: Non-Working Travel

| | | | Matter Number: 900 | | | | |
|---|---|---|---|---|---|---|---|
| | | | Matter Description: E-discovery | | | | |
| **NAME** | **DATE** | **POSITION** | **MATTER DESCRIPTION** | **DETAIL** | **HOURS BILLED** | **HOURLY RATE** | **COMPENSATION** |
| Michal Tchorzewski | 10/4/2017 | EDS - Project Manager | 900 E-discovery | Prepare a loaded volume report for client | 0.40 | $140.00 | $56.00 |
| Brett Irizarry | 10/23/2017 | EDS - Project Manager | 900 E-discovery | Coordinate 3rd party loading of data. | 0.60 | $140.00 | $84.00 |
| Koshin Young | 10/23/2017 | EDS - Project Manager | 900 E-discovery | Tracked data load. | 0.30 | $140.00 | $42.00 |
| Michal Tchorzewski | 10/24/2017 | EDS - Project Manager | 900 E-discovery | Coordinate loading of EFH135 production; | 1.90 | $140.00 | $266.00 |
| Michal Tchorzewski | 11/2/2017 | EDS - Project Manager | 900 E-discovery | Receive and track EFH136 and EFH137 volumes. | 1.10 | $140.00 | $154.00 |
| Joshua Monzon | 11/2/2017 | EDS - Project Manager | 900 E-discovery | Downloaded and created asset PHF17306183315 | 0.20 | $140.00 | $28.00 |
| Michal Tchorzewski | 11/3/2017 | EDS - Project Manager | 900 E-discovery | Coordinate loading of EFH136 and EFH137 volumes. | 1.80 | $140.00 | $252.00 |
| Joshua Monzon | 11/3/2017 | EDS - Project Manager | 900 E-discovery | Prepare encrypted FTP. | 0.20 | $140.00 | $28.00 |
| Joshua Monzon | 11/3/2017 | EDS - Project Manager | 900 E-discovery | Copy data to Client FTP. | 0.20 | $140.00 | $28.00 |
| **TOTAL** | | | | | **6.70** | | **$938.00** |