# EXHIBIT E

**Summary of Actual and Necessary Expenses for the Eleventh Interim Fee Period**

| Expense Category | Amount |
|---|---:|
| HST142 – Load Files-Native, Scanned & Third Party | $49.70 |
| HST626 – Relativity License Fee | $19,740.00 |
| HST756 - Billable storage fee (GB) for the eDiscovery Relativity repository | $269,618.57 |
| PRO128 – Client Media Storage | $100.00 |
| Taxes | $19,488.69 |
| **TOTAL** | **$308,996.96** |