# EXHIBIT F

## Detailed Description of Expenses and Disbursements

| Month | Expense Category | Quantity | Unit Cost | Amount |
|---|---|---|---|---|
| 9/30/2017 | HST626 - User Fees Relativity | 47.00 EA | $70.00 | $3,290.00 |
| 9/30/2017 | HST756 - Document Review Hosting-Relativity | 3465.77 GB | $13.00 | $45,055.01 |
| 9/30/2017 | PRO128 - Client Media Storage | 2.00 EA | $10.00 | $20.00 |
| 9/30/2017 | Taxes | | | $3,245.07 |
| 10/31/2017 | HST - 3rd Party Data Loading | 1.40 GB | $35.00 | $49.00 |
| 10/31/2017 | HST626 - User Fees Relativity | 47.00 EA | $70.00 | $3,290.00 |
| 10/31/2017 | HST756 - Document Review Hosting-Relativity | 3453.70 GB | $13.00 | $44,898.10 |
| 10/31/2017 | PRO128 - Client Media Storage | 2.00 EA | $10.00 | $20.00 |
| 10/31/2017 | Taxes | | | $3,267.51 |
| 11/30/2017 | HST - 3rd Party Data Loading | 0.02 GB | $35.00 | $0.70 |
| 11/30/2017 | HST626 - User Fees Relativity | 47.00 EA | $70.00 | $3,290.00 |
| 11/30/2017 | HST756 - Document Review Hosting-Relativity | 3454.55 GB | $13.00 | $44,909.15 |
| 11/30/2017 | Taxes | | | $3,267.84 |
| 12/31/2017 | HST626 - User Fees Relativity | 47.00 EA | $70.00 | $3,290.00 |
| 12/31/2017 | HST756 - Document Review Hosting-Relativity | 3455.29 GB | $13.00 | $44,918.77 |
| 12/31/2017 | PRO128 - Client Media Storage | 2.00 EA | $10.00 | $20.00 |
| 12/31/2017 | Taxes | | | $3,236.09 |
| 1/31/2018 | HST626 - User Fees Relativity | 47.00 EA | $70.00 | $3,290.00 |
| 1/31/2018 | HST756 - Document Review Hosting-Relativity | 3455.29 GB | $13.00 | $44,918.77 |
| 1/31/2018 | PRO128 - Client Media Storage | 2.00 EA | $10.00 | $20.00 |
| 1/31/2018 | Taxes | | | $3,236.09 |
| 2/28/2018 | HST626 - User Fees Relativity | 47.00 EA | $70.00 | $3,290.00 |
| 2/28/2018 | HST756 - Document Review Hosting-Relativity | 3455.29 GB | $13.00 | $44,918.77 |
| 2/28/2018 | PRO128 - Client Media Storage | 2.00 EA | $10.00 | $20.00 |
| 2/28/2018 | Taxes | | | $3,236.09 |
| **TOTAL** | | | | **$308,996.96** |