IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Objection Deadline: May 14, 2018 at 4:00 p.m. EDT** |
| | ) **Hearing Date: To be determined** |

# FINAL FEE APPLICATION OF BIELLI & KLAUDER, LLC, CO-COUNSEL FOR DEBTOR AND DEBTOR IN POSSESSION ENERGY FUTURE HOLDINGS CORP., FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM OCTOBER 1, 2015 THROUGH AND INCLUDING MARCH 9, 2018

In accordance with the Local Bankruptcy Rules for the District of Delaware (the "Local Bankruptcy Rules"), Bielli & Klauder, LLC ("BK"), co-counsel for the debtor and debtor in possession Energy Future Holdings Corp. ("EFH Corp."), submits this summary (this "Summary") of fees and expenses sought as actual, reasonable, and necessary in the Final fee application to which this Summary is attached (the "Fee Application")[2] for the period from October 1, 2015 through March 9, 2018 (the "Fee Period").[3]

BK submits the Fee Application as a final fee application in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "Interim Compensation Order") and the *Stipulation and Order Appointment a Fee Committee* [D.I. 1896] (the "Fee Committee Order").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined in this Summary shall have the meanings ascribed to such terms in the Fee Application.

[3] Includes compensation for services performed after the effective date related to the preparation of fee applications and miscellaneous plan consummation-related matters, estimated at $3,500.00

*General Information*

| | |
|---|---|
| Name of Applicant: | Bielli & Klauder, LLC |
| Authorized to Provided Services to: | Energy Future Holdings Corp., Debtor and Debtor in Possession |
| Date of Retention: | October 1, 2015 |
| Period for Which Compensation and Reimbursement is Sought in the Fee Application: | October 1, 2015 through March 9, 2018[4] |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $257,887.50 |
| Blended rate in this application for all attorneys: | $334.50 |
| Blended rate in this application for all timekeepers: | $291.80 |

This is a **final** application.

The total time expended for fee application preparation for the Interim Fee Period is approximately 15 hours and the corresponding compensation requested is approximately $3,500.00

Prior Interim Fee Application & Adjustments:

| Date [Docket No.] | Interim Fee Period | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 2/15/16 [D.I. 7847] | First IFP 10/1/15 – 12/31/15 | $60,379.00 | $355.50 | $60,379.00 | $355.00 |
| 6/15/16 [D.I. 8719] | Second IFP 1/1/16 – 4/30/16 | $10,934.00 | $30.60 | $10,934.00 | $30.60 |
| 10/17/16 [D.I. 9829] | Third IFP 5/01/16 – 8/30/16 | $38,965.00 | $74.20 | $38,965.00 | $74.20 |
| 2/15/17 [D.I. 10832] | Fourth IFP 9/1/16 – 12/31/16 | $32,390.00 | $89.70 | $32,390.00 | $89.70 |

---

[4] Includes compensation for services performed after the effective date related to the preparation of fee applications and miscellaneous plan consummation-related matters, estimated at $3,500.00

| | | | | | |
|---|---|---|---|---|---|
| 6/15/17 [D.I. 11353] | Fifth IFP 1/1/17 – 4/30/17 | $28,979.00 | $84.10 | $29,979.00 | $84.10 |
| 10/18/17 [D.I. 12082] | Sixth IFP 5/1/17 – 8/31/17 | $30,178.00 | $115.25 | $30.178.00 | $115.25 |
| 2/23/18 [D.I. 12720] | Seventh IFP 9/1/17 – 12-31-17 | $34,704.50 | $1,083.70 | Pending | Pending |
| 4/23/18 [D.I. 13105] | Eighth IFP 1/1/18 – 3/9/18 | $21,567.55 | $209.55 | Pending | Pending |

Total fees and expenses approved by interim orders to date: $202,364.80

Total Allowed Compensation Paid to Date:		$201,615.45

Total Allowed Expenses Paid to Date:		$749.35

Number of Professionals with time included in this application: 7

Are any timekeeper's hourly rates higher than those charged and approved upon retention? No.


				**BIELLI & KLAUDER, LLC**

Date:  April 24, 2018		*/s/ David M. Klauder*
				David M. Klauder (No. 5769)
				Cory P. Stephenson (No. 6097)
				1204 N. King Street
				Wilmington, DE  19801
				Phone: (302) 803-4600
				Fax: (302) 397-2557
				dklauder@bk-legal.com
				cstephenson@bk-legal.com

				*Co-Counsel to the Debtor*
				*Energy Future Holdings Corp.*