**EXHIBIT C**

**Summary of Bielli & Klauder, LLC Blended Hourly Rates**
**(Customary and Comparable Compensation Disclosures)**

| Timekeeper Category | Blended Hourly Rate | |
|---|---|---|
| | Worked and Billed in 2015 - 2017 | Worked and Billed in 2018 |
| Partners | $350.00 | $350.00 |
| Associates | $205.00 | $205.00 |
| Associates | $102.50 | |
| Law Clerk | $175.00 | $175.00 |
| Legal Assistants/Paralegals | $150.00 | $150.00 |
| Legal Assistants/Paralegals | $125.00 | |
| Total | **$295.87** | **$323.51** |

Case Name: Energy Future Holdings Corp.

Case Number: 14-10979 (CSS)

Applicant's Name: Bielli & Klauder, LLC

Date of Application: April 24, 2018

Interim or Final: Interim