## **EXHIBIT D**

## **Summary of Bielli & Klauder, LLC Hours Worked and Fees Incurred**

| Name of Professional | Title | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| David Klauder | Partner | 2012 (DE) 2008 (PA) 1999 (VA) | Bankruptcy | $350.00 | 603.3 | $211,155.00 |
| Thomas Bielli | Partner | 2006 (PA) | Bankruptcy | $350.00 | 8.3 | $2,905.00 |
| Nella Bloom | Of Counsel | 2010 (PA) | Bankruptcy | $325.00 | 7.4 | $2,405.00 |
| Cory Stephenson | Associate | 2015 (DE) 2015 (PA) | Bankruptcy | $205.00 | 69.7 | $14,288.50 |
| Cory Stephenson | Associate | 2015 (DE) 2015 (PA) | Bankruptcy | $102.50 | 1.6 | $164.00 |
| Tyler Sacchetta | Law Clerk | N/A | Bankruptcy | $175.00 | 8.6 | $1,505.00 |
| Amy Huber | Paralegal | N/A | Bankruptcy | $125.00 | 155.2 | $19,400.00 |
| Alyssa Carrillo | Paralegal | N/A | Bankruptcy | $150.00 | 17.1 | $2,565.00 |
| **TOTAL** | | | | | **871.7** | **$254,387.50** |