# EXHIBIT E

### Schedule of Hours Worked and Aggregate Fees for Each Matter Category

| Task Code | Total Billed Hours | Total Fees |
|---|---|---|
| [ALL] BK Retention and Fee Applications | 159.7 | $33,519.00 |
| [ALL] Case Administration | 80.2 | $21,286.50 |
| [ALL] Claims Administration & Objections | 38.8 | $10,696.50 |
| [ALL] Contested Matters & Adv. Proceed. | 32.3 | $310,427.00 |
| [ALL] Hearings | 209.3 | $69,835.50 |
| [ALL] Non-BK Retention and Fee Applications | 85.6 | $20,004.00 |
| [ALL] Non Working Travel | 9.2 | $164.00 |
| [ALL] Plan and Disclosure Statements | 195.4 | $66,865.50 |
| [ALL] Tax Issues | .4 | $140.00 |
| [EFH] Contested Matters & Adv. Proceed | 67.5 | $21,544.50 |
|  | 871.7 | $254,387.50 |