## **EXHIBIT F**

**Detailed Expenses for Bielli & Klauder, LLC**