| Date | Provider | Expense | Price | Qty | Amount |
|---|---|---|---|---|---|
| 10/12/2015 | PACER | Filing/Court Fees | 0.1 | 113 | $11.30 |
| 10/4/2015 | PACER | Filing/Court Fees | 0.1 | 1 | $0.10 |
| 10/15/2015 | PACER | Filing/Court Fees | 0.1 | 392 | $39.20 |
| 10/16/2015 | PACER | Filing/Court Fees | 0.1 | 30 | $3.00 |
| 10/16/2015 | PACER | Filing/Court Fees | 0.1 | 5 | $0.50 |
| 10/22/2015 | PACER | Filing/Court Fees | 0.1 | 17 | $1.70 |
| 10/26/2015 | PACER | Filing/Court Fees | 0.1 | 4 | $0.40 |
| 10/28/2015 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 12 | $1.20 |
| 10/29/2015 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 145 | $14.50 |
| 10/30/2015 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 191 | $19.10 |
| 10/30/2015 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 41 | $4.10 |
| 11/2/2015 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 663 | $66.30 |
| 11-03-2015 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 142 | $14.20 |
| 11-04-2015 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 143 | $14.30 |
| 11-04-2015 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 129 | $12.90 |
| 11-11-2015 | Reliable | Outside Reproduction | 123 | 1 | $123.00 |
| 11-11-2015 | PACER | Filing/Court Fees | 0 | 0 | $3.00 |
| 11-20-2015 | PACER | Filing/Court Fees | 0 | 0 | $2.00 |
| 11-30-2015 | PACER | Filing/Court Fees | 0 | 0 | $3.00 |
| 12-01-2015 | PACER | Filing/Court Fees | 0.1 | 30 | $3.00 |
| 12-01-2015 | PACER | Filing/Court Fees | 0.1 | 40 | $4.00 |
| 12-02-2015 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 45 | $4.50 |
| 12-08-2015 | PACER | Filing/Court Fees | 0.1 | 11 | $1.10 |
| 12-16-2015 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 29 | $2.90 |
| 12-17-2015 | PACER | Filing/Court Fees | 0.1 | 12 | $1.20 |
| 12-18-2015 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 50 | $5.00 |
| 4/6/2016 | PACER | Filing/Court Fees | 0.1 | 1 | $0.10 |
| 4/15/2016 | PACER | Filing/Court Fees | 0.1 | 30 | $3.00 |
| 4/19/2016 | PACER | Filing/Court Fees | 0.1 | 3 | $0.30 |
| 4/27/2016 | PACER | Filing/Court Fees | 0.1 | 22 | $2.20 |
| 3/9/2016 | PACER | Filing/Court Fees | 0.1 | 59 | $5.90 |
| 3/17/2016 | PACER | Filing/Court Fees | 0.1 | 21 | $2.10 |
| 3/21/2016 | PACER | Filing/Court Fees | 0.1 | 20 | $2.00 |
| 3/23/2016 | PACER | Filing/Court Fees | 0.1 | 17 | $1.70 |
| 2/16/2016 | PACER | Filing/Court Fees | 0.1 | 83 | $8.30 |
| 2/17/2016 | PACER | Filing/Court Fees | 0.1 | 29 | $2.90 |
| 2/17/2016 | PACER | Filing/Court Fees | 0.1 | 21 | $2.10 |
| 05-04-2016 | PACER | Filing/Court Fees | 0.1 | 17 | $1.70 |
| 05-10-2016 | CourtCall | Conference Call | 0 | | $30.00 |
| 05-11-2016 | PACER | Filing/Court Fees | 0.1 | 30 | $3.00 |
| 05-26-2016 | PACER | Filing/Court Fees | 0.1 | 30 | $3.00 |
| 06-16-2016 | PACER | Filing/Court Fees | 0.1 | 94 | $9.40 |
| 06-20-2016 | PACER | Filing/Court Fees | 0.1 | 30 | $3.00 |
| 06-27-2016 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 22 | $2.20 |

| Date | Vendor | Description | Rate | Qty | Amount |
|---|---|---|---|---|---|
| 06-27-2016 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 1 | $0.10 |
| 06-30-2016 | PACER | Filing/Court Fees | 0.1 | 7 | $0.70 |
| 07-20-2016 | PACER | Filing/Court Fees | 0.1 | 27 | $2.70 |
| 07-21-2016 | PACER | Filing/Court Fees | 0.1 | 3 | $0.30 |
| 07-28-2016 | PACER | Filing/Court Fees | 0.1 | 23 | $2.30 |
| 08-15-2016 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 10 | $1.00 |
| 08-17-2016 | PACER | Filing/Court Fees | 0.1 | 38 | $3.80 |
| 08-22-2016 |  | Parking | 0 |  | $11.00 |
| 09-19-2016 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 50 | $5.00 |
| 09-22-2016 | PACER | Filing/Court Fees | 0.1 | 30 | $3.00 |
| 09-25-2016 | PACER | Filing/Court Fees | 0.1 | 182 | $18.20 |
| 09-26-2016 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 35 | $3.50 |
| 10-21-2016 | PACER | Filing/Court Fees | 0.1 | 34 | $3.40 |
| 10-26-2016 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 45 | $4.50 |
| 10-26-2016 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 20 | $2.00 |
| 11-18-2016 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 30 | $3.00 |
| 11-21-2016 | PACER | Filing/Court Fees | 0.1 | 28 | $2.80 |
| 11-30-2016 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 95 | $9.50 |
| 12-05-2016 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 60 | $6.00 |
| 12-15-2016 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 28 | $2.80 |
| 12-16-2016 | PACER | Filing/Court Fees | 0.1 | 205 | $20.50 |
| 12-29-2016 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 55 | $5.50 |
| 1/3/2017 | PACER | Filing/Court Fees | 0.1 | 4 | $0.40 |
| 1/4/2017 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 49 | $4.90 |
| 1/16/2017 | CourtCall | Conference Calling | $- |  | $30.00 |
| 1/18/2017 | PACER | Filing/Court Fees | 0.1 | 27 | $2.70 |
| 1/23/2017 | PACER | Filing/Court Fees | 0.1 | 30 | $3.00 |
| 1/26/2017 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 60 | $6.00 |
| 2/14/2017 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 22 | $2.20 |
| 2/14/2017 | PACER | Filing/Court Fees | 0.1 | 40 | $4.00 |
| 2/14/2017 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 150 | $15.00 |
| 2/15/2017 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 45 | $4.50 |
| 3/13/2017 | PACER | Filing/Court Fees | 0.1 | 2 | $0.20 |
| 3/28/2017 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 50 | $5.00 |
| 4/17/2017 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 35 | $3.50 |
| 4/26/2017 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 27 | $2.70 |
| 5/12/2017 | PACER | Filing/Court Fees | 0.1 | 2 | $0.20 |
| 5/12/2017 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 45 | $4.50 |
| 6/26/2017 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 45 | $4.50 |
| 7/25/2017 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 52 | $5.20 |
| 7/28/2017 | CourtCall | Conference Call | 30 | 1 | $30.00 |
| 8/10/2017 | CourtCall | Conference Call | 30 | 1 | $30.00 |
| 8/11/2017 | Reliable | Other Professionals | 6.85 | 1 | $6.85 |
| 8/11/2017 | PACER | Online Research | 4 | 1 | $4.00 |
| 8/11/2017 | CourtCall | Conference Call | 30 | 1 | $30.00 |

| Date | Vendor | Description | Rate | Qty | Amount |
|---|---|---|---|---|---|
| 9/18/2017 | PACER | Online Research | 1.8 | 1 | $1.80 |
| 10/10/2017 | Initiate Vistra Case | Court Fees | 350 | 1 | $350.00 |
| 10/10/2017 | PACER | Online Research | 19.3 | 1 | $19.30 |
| 10/12/2017 | Reliable | Other Professionals | 362.65 | 1 | $362.65 |
| 10/12/2017 | Bielli & Klauder, LLC | In-House Reproduction | 0.1 | 1568 | $156.80 |
| 10/13/2017 | Bielli & Klauder, LLC | Printing | 0.1 | 168 | $16.80 |
| 10/13/2017 | Other - Meals | Meals | 30 | 1 | $30.00 |
| 10/13/2017 | Bielli & Klauder, LLC | Photocopies | 0.1 | 140 | $14.00 |
| 10/17/2017 | CourtCall | Conference Call | 30 | 1 | $30.00 |
| 10/24/2017 | PACER | Online Research | 2.3 | 1 | $2.30 |
| 10/26/2017 | Veritext | Other Professionals | 70.8 | 1 | $70.80 |
| 11/6/2017 | Reliable | Other Professionals | 6.5 | 1 | $10.55 |
| 11/6/2017 | Bielli & Klauder, LLC | Photocopies | 0.1 | 65 | $6.50 |
| 12/1/2017 | Reliable | Other Professionals | 6.25 | 1 | $6.25 |
| 12/1/2017 | Reliable | Other Professionals | 5.95 | 1 | $5.95 |
| 1/9/2018 | Bielli & Klauder, LLC | Photocopies | 0.1 | 4.6 | $4.60 |
| 1/11/2018 | CourtCall | Court Fees |  |  | $93.00 |
| 1/30/2018 | Bielli & Klauder, LLC | Photocopies | 0.1 | 37 | $3.70 |
| 2/13/2018 | Reliable | Delivery Service |  |  | $5.65 |
| 2/26/2018 | Bielli & Klauder, LLC | Photocopies | 0.1 | 91 | $9.10 |
| 2/27/2018 | Bielli & Klauder, LLC | Photocopies | 0.1 | 35 | $3.50 |
| 2/27/2018 | CourtCall | Court Fees |  |  | $30.00 |
| 2/28/2018 | CourtCall | Court Fees |  |  | $30.00 |
| 3/2/2018 | CourtCall | Court Fees |  |  | $30.00 |
|  |  |  |  |  |  |
| **Total** |  |  |  |  | **$2,042.60** |