## Exhibit F

### Summary, by Expense Type, of Actual and Necessary Expenses Incurred During the Fee Period

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Third Party Telephone Charges | | | 130,587.79 |
| Standard Copies or Prints | | | 180,899.40 |
| Binding | | | 434.70 |
| Color Copies or Prints | | | 210,069.00 |
| Large Format Copy/Print | | | 40.00 |
| Scanned Images | | | 17.90 |
| CD-ROM Duplicates/Master | | | 21.00 |
| Production Blowbacks | | | 71,225.70 |
| Closing/Mini Books | | | 1,776.00 |
| Flash Drives | | | 20.00 |
| Postage | | | 386.26 |
| Overnight Delivery | | | 23,834.76 |
| Overnight Delivery - Refund | | | (467.79) |
| Outside Messenger Services | | | 14,467.35 |
| Local Transportation | | | 31,908.88 |
| Travel Expense | | | 1,082,530.55 |
| Airfare | | | 1,089,107.01 |
| Transportation to/from airport | | | 233,473.53 |
| Travel Meals | | | 76,115.77 |
| Car Rental | | | 1,400.33 |
| Other Travel Expenses | | | 23,519.81 |
| Court Reporter Fee/Deposition | | | 288,300.54 |
| Filing Fees | | | 930.10 |
| Appearance Fees | | | 100.00 |
| Patent & Trademark Office Filing Fees | | | 440.00 |
| Other Court Costs and Fees | | | 49,648.31 |
| Professional Fees | | | 287,179.19 |
| Trial Exhibits | | | 82,182.55 |
| Trial Office Expenses | | | 230.60 |
| Other Trial Expenses | | | 691.13 |
| Legal Files Storage/Retrieval | | | 90.00 |
| Outside Computer Services | | | 12,632.36 |
| Outside Paralegal Assistance | | | 5,846,506.27 |
| Outside Video Services | | | 4,494.50 |
| Outside Printing Services | | | 153,394.96 |
| Outside Copy/Binding Services | | | 220,020.52 |
| Working Meals/K&E Only | | | 1,555.65 |
| Working Meals/K&E and Others | | | 1,679.31 |
| Catering Expenses | | | 219,819.40 |
| Outside Retrieval Service | | | 260,138.83 |
| Inter-Library Loan | | | 75.00 |

---

[1] Kirkland may use one or more service providers. The service providers identified herein are the primary service providers for the categories described.

RLF1 19191694v.1

| Expense | Vendor (if any)[1] | Unit Cost (if applicable) | Amount |
|---|---|---|---:|
| Computer Database Research | | | 265,822.16 |
| Westlaw Research | | | 202,580.02 |
| LexisNexis Research | | | 14,920.26 |
| Overtime Transportation | | | 70,539.11 |
| Overtime Meals - Non-Attorney | | | 4,096.40 |
| Overtime Meals - Attorney | | | 50,603.02 |
| Rental Expenses | | | 106,959.10 |
| Leased Equipment | | | 35,122.45 |
| Electronic Data Storage | | | 2,246.58 |
| Miscellaneous Office Expenses | | | 481.00 |
| Cash Credits | | | (56,069.51) |
| **Total** | | | **$11,298,777.76** |