## Exhibit G

**Summary, by Matter Category, of Actual
Fees and Expenses Incurred During the Fee Period**

## Summary, by Matter Category, of Actual
## Fees and Expenses Incurred During the Fee Period[1]

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed | Expenses | Total |
|---|---|---|---|---|---|
| 0002 | Chapter 11 Bankruptcy Filing | 1,193.30 | 744,671.00 | 0.00 | 744,671.00 |
| 0003 | [ALL] Automatic Stay | 353.30 | 207,439.50 | 0.00 | 207,439.50 |
| 0004 | [ALL] Bond Issues | 23.60 | 13,978.00 | 0.00 | 13,978.00 |
| 0005 | [ALL] Business Operations | 118.60 | 96,651.00 | 0.00 | 96,651.00 |
| 0006 | [ALL E-SIDE] Case Administration | 2,357.50 | 1,202,442.50 | 0.00 | 1,202,442.50 |
| 0007 | [ALL] Cash Management | 185.80 | 103,513.50 | 0.00 | 103,513.50 |
| 0008 | [ALL E-SIDE] Claims Admin. & Objections | 5,965.40 | 3,921,181.50 | 0.00 | 3,921,181.50 |
| 0009 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 70,008.40 | 44,988,798.00 | 0.00 | 44,988,798.00 |
| 0010 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 15,994.60 | 13,801,113.00 | 0.00 | 13,801,113.00 |
| 0011 | [ALL E-SIDE] Exec. Cont. & Unexp. Leases | 1,085.10 | 659,404.50 | 0.00 | 659,404.50 |
| 0012 | [ALL E-SIDE] Hearings | 4,380.80 | 3,372,002.00 | 0.00 | 3,372,002.00 |
| 0013 | [ALL E-SIDE] Insurance | 65.20 | 32,744.50 | 0.00 | 32,744.50 |
| 0014 | [ALL E-SIDE] K&E Retention & Fee Apps | 10,610.40 | 5,643,674.50 | 0.00 | 5,643,674.50 |
| 0015 | [ALL] Mediation | 2.60 | 1,634.00 | 0.00 | 1,634.00 |
| 0016 | [ALL] Non-Debtor Affiliates | 94.00 | 49,236.50 | 0.00 | 49,236.50 |
| 0017 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 2,255.70 | 1,408,943.00 | 0.00 | 1,408,943.00 |
| 0018 | [ALL E-SIDE] Non-Working Travel | 3,261.20 | 2,809,010.00 | 0.00 | 2,809,010.00 |
| 0019 | [ALL] Official Committee Issues & Meet. | 288.50 | 221,436.00 | 0.00 | 221,436.00 |
| 0021 | [ALL E-SIDE] Plan & Disclos. Statements | 40,084.80 | 35,235,188.50 | 0.00 | 35,235,188.50 |
| 0022 | [ALL] Private Letter Ruling/IRS Matters | 216.20 | 251,119.50 | 0.00 | 251,119.50 |
| 0023 | [ALL E-SIDE] Regulatory Issues | 156.40 | 102,766.50 | 0.00 | 102,766.50 |
| 0024 | [ALL] Rest. Support Agrmt./Global Settle | 1,467.60 | 1,014,782.00 | 0.00 | 1,014,782.00 |
| 0025 | [ALL] Retention of Professionals | 0.80 | 740.00 | 0.00 | 740.00 |
| 0026 | [ALL E-SIDE] Retiree & Empl. Issues/OPEB | 6,356.70 | 4,883,829.50 | 0.00 | 4,883,829.50 |
| 0027 | [ALL] Schedules, SoFAs | 338.10 | 224,870.50 | 0.00 | 224,870.50 |
| 0028 | [ALL] Shared Services | 13.60 | 8,745.50 | 0.00 | 8,173.00 |
| 0029 | [ALL E-SIDE] Tax Issues | 12,202.20 | 12,657,117.50 | 0.00 | 12,657,117.50 |
| 0030 | [ALL] U.S. Trustee Issues | 79.30 | 58,653.50 | 0.00 | 58,653.50 |
| 0032 | [ALL] Valuation | 4,523.90 | 2,721,956.00 | 0.00 | 2,721,956.00 |

---

[1] Because the summary reflected herein reflects what Kirkland timekeepers billed, it does not include any voluntary reductions Kirkland negotiated with the Fee Committee in connection with the Interim Fee Applications.

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed | Expenses | Total |
|---|---|---:|---:|---:|---:|
| 0033 | [ALL] Vendor and Other Creditor Issues | 449.90 | 139,107.00 | 0.00 | 139,107.00 |
| 0034 | [TCEH] Asset Dispositions and Purchases | 927.00 | 624,505.50 | 0.00 | 624,505.50 |
| 0035 | [TCEH] Automatic Stay | 392.70 | 235,791.50 | 0.00 | 235,791.50 |
| 0036 | [TCEH] Bond Issues | 55.50 | 31,175.50 | 0.00 | 31,175.50 |
| 0037 | [TCEH] Business Operations | 427.60 | 260,489.50 | 0.00 | 260,489.50 |
| 0038 | [TCEH] Cash Collateral and DIP Financing | 1,127.10 | 853,966.50 | 0.00 | 853,966.50 |
| 0039 | [TCEH] Claims Administration & Objection | 2,006.50 | 1,249,086.50 | 0.00 | 1,249,086.50 |
| 0040 | [TCEH] Contested Matters & Advers. Proc. | 10,060.70 | 7,200,039.50 | 0.00 | 7,200,039.50 |
| 0041 | [TCEH] Corp. Governance and Sec. Issues | 23.10 | 21,909.00 | 0.00 | 21,909.00 |
| 0042 | [TCEH] Environmental Issues | 541.00 | 468,939.50 | 0.00 | 468,939.50 |
| 0043 | [TCEH] Hearings | 773.40 | 512,664.50 | 0.00 | 512,664.50 |
| 0046 | [TCEH] Non-Debtor Affiliates | 232.40 | 133,021.50 | 0.00 | 133,021.50 |
| 0047 | [TCEH] Non-K&E Retention & Fee Apps | 30.80 | 21,667.00 | 0.00 | 21,667.00 |
| 0048 | [TCEH] Non-Working Travel | 222.10 | 183,619.50 | 0.00 | 183,619.50 |
| 0049 | [TCEH] Official Committee Issues & Meet. | 59.80 | 49,798.00 | 0.00 | 49,798.00 |
| 0051 | [TCEH] Plan/Disclosure Statements | 1,145.20 | 1,016,978.50 | 0.00 | 1,016,978.50 |
| 0052 | [TCEH] Private Letter Ruling/IRS Issues | 9.50 | 6,037.00 | 0.00 | 6,037.00 |
| 0054 | [TCEH] Retiree and Employee Issues/OPEB | 34.10 | 23,615.50 | 0.00 | 23,615.50 |
| 0057 | [TCEH] Trading and Hedging Contracts | 328.70 | 216,171.50 | 0.00 | 216,171.50 |
| 0058 | [TCEH] Transition Services | 10.50 | 6,984.00 | 0.00 | 6,984.00 |
| 0059 | [TCEH] U.S. Trustee Issues | 4.80 | 3,856.50 | 0.00 | 3,856.50 |
| 0060 | [TCEH] Utilities | 8.80 | 3,875.00 | 0.00 | 3,875.00 |
| 0062 | [TCEH] Vendor and Other Creditor Issues | 1,122.00 | 681,768.00 | 0.00 | 681,768.00 |
| 0065 | [EFIH] Bond Issues | 16.30 | 14,727.00 | 0.00 | 14,727.00 |
| 0066 | [EFIH] Cash Collat./DIP Finan./Makewhole | 5,244.30 | 4,531,286.00 | 0.00 | 4,531,286.00 |
| 0067 | [EFIH] Claims Administration & Objection | 28.40 | 29,139.00 | 0.00 | 29,139.00 |
| 0068 | [EFIH] Contested Matters & Advers. Pro. | 12,269.00 | 9,297,535.00 | 0.00 | 9,297,535.00 |
| 0069 | [EFIH] Corp. Governance and Sec. Issues | 57.60 | 47,030.00 | 0.00 | 47,030.00 |
| 0070 | [EFIH] Hearings | 281.30 | 212,567.50 | 0.00 | 212,567.50 |
| 0072 | [EFIH] Non-K&E Retention & Fee Applicat. | 12.10 | 8,087.00 | 0.00 | 8,087.00 |
| 0073 | [EFIH] Non-Working Travel | 206.10 | 172,250.00 | 0.00 | 172,250.00 |
| 0074 | [EFIH] Official Committee Issues & Meet. | 14.40 | 10,673.00 | 0.00 | 10,673.00 |
| 0075 | [EFIH] Oncor | 1.10 | 1,009.50 | 0.00 | 1,009.50 |
| 0076 | [EFIH] Plan / Disclosure Statement | 4,439.10 | 4,080,886.50 | 0.00 | 4,080,886.50 |
| 0077 | [EFIH] Private Letter Ruling/IRS Issues | 3.10 | 3,653.50 | 0.00 | 3,653.50 |

| Matter Number | Project Category Description | Hours Billed | Total Compensation Billed | Expenses | Total |
|---|---|---|---|---|---|
| 0078 | [EFIH] Rest. Support Agrmt./Global Sett. | 82.30 | 45,943.50 | 0.00 | 45,943.50 |
| 0082 | [EFH] Asset Dispositions and Purchases | 102.50 | 69,725.00 | 0.00 | 69,725.00 |
| 0085 | [EFH] Claims Administration & Objections | 47.80 | 23,146.00 | 0.00 | 23,146.00 |
| 0086 | [EFH] Contested Matters & Advers. Proc. | 148.60 | 119,083.00 | 0.00 | 119,083.00 |
| 0087 | [EFH] Corp. Governance and Sec. Issues | 21.10 | 22,192.00 | 0.00 | 22,192.00 |
| 0089 | [EFH] EFH Properties | 767.70 | 507,516.00 | 0.00 | 507,516.00 |
| 0090 | [EFH] Hearings | 7.00 | 8,020.00 | 0.00 | 8,020.00 |
| 0092 | [EFH] Non-Core Subs/Discontinued Op. | 2.00 | 1,822.00 | 0.00 | 1,822.00 |
| 0093 | [EFH] Non-Debtor Affiliates | 1.40 | 1,022.00 | 0.00 | 1,022.00 |
| 0094 | [EFH] Non-K&E Retention & Fee Apps | 8.50 | 5,991.50 | 0.00 | 5,991.50 |
| 0095 | [EFH] Non-Working Travel | 8.30 | 7,787.50 | 0.00 | 7,787.50 |
| 0096 | [EFH] Official Committee Issues & Meet. | 176.30 | 118,117.00 | 0.00 | 118,117.00 |
| 0097 | [EFH] Oncor | 0.90 | 823.50 | 0.00 | 823.50 |
| 0101 | [EFH] Retiree and Employee Issues/OPEB | 40.30 | 34,649.50 | 0.00 | 34,649.50 |
| 0106 | [ALL] Venue | 526.10 | 369,123.00 | 0.00 | 369,123.00 |
| 0107 | [ALL] Invoice Review | 274.00 | 139,628.00 | 0.00 | 139,628.00 |
| 0108 | [TCEH] Exec. Contracts & Unexpired Lease | 4,301.60 | 2,758,208.00 | 0.00 | 2,758,208.00 |
| 0109 | [ALL E-SIDE] Expenses | 0.00 | 0.00 | 11,094,875.52 | 11,094,875.52 |
| 0110 | [TCEH] Expenses | 0.00 | 0.00 | 60,459.32 | 60,459.32 |
| 0111 | [EFIH] Expenses | 0.00 | 0.00 | 110,269.28 | 110,269.28 |
| 0112 | [EFH] Expenses | 0.00 | 0.00 | 33,173.64 | 33,173.64 |
| 0113 | [ALL] Enforcement of TTI Rights | 2,642.60 | 1,789,567.00 | 0.00 | 1,789,567.00 |
| 0114 | [ALL] Drag Along Rights | 31.60 | 30,545.50 | 0.00 | 30,545.50 |
| 0115 | [TCEH] Exit Financing | 3,924.40 | 3,543,064.00 | 0.00 | 3,543,064.00 |
| 0124 | [ALL E-SIDE] Tax Calculations | 3.60 | 3,744.00 | 0.00 | 3,744.00 |
| **Totals** | | **239,368.20** | **$178,391,270.52** | **$11,298,777.76** | **$189,690,048.26** |