# Exhibit H

## Budget and Staffing Plan[1]

---

[1] This Exhibit H presents all project category descriptions for which the Debtors executed a budget and staffing plan during the Fee Period. In lieu of providing budget and staffing figures for the entire Fee Period with this Exhibit H, the Debtors hereby incorporate by reference the budget and staffing plans previously filed as exhibits to the Interim Fee Applications.

RLF1 19191694v.1

## Budget and Staffing Plan for the Fee Period

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| Applicable to All Debtors | | | |
| 3 | [ALL] Automatic Stay | 630 - 870 | $378,000 - $484,000 |
| 5 | [ALL] Business Operations | 119 - 165 | $89,000 - $108,000 |
| 6 | [ALL] Case Administration | 2,965 - 3,395 | $1,790,000 - $2,095,000 |
| 7 | [ALL] Cash Management | 235 - 450 | $143,000 - $227,000 |
| 8 | [ALL] Claims Administration and Objections | 7,004 - 7,875 | $4,857,000 - $5,445,000 |
| 9 | [ALL] Contested Matters and Adversary Proceedings | 76,691 - 86,510 | $49,430,000 - $55,085,000 |
| 10 | [ALL] Corporate Governance and Securities Issues | 15,778 - 17,685 | $13,365,000 - $14,960,000 |
| 11 | [ALL] Exec. Contracts & Unexpired Leases | 1,071 - 1,345 | $753,000 - $999,000 |
| 12 | [ALL] Hearings | 1,445 - 2,740 | $1,962,500 - $2,276,000 |
| 13 | [ALL E-SIDE] Insurance | 119 - 170 | $71,000 -$89,000 |
| 14 | [ALL] Kirkland Retention and Fee Applications | 7,559 - 8,510 | $4,262,000 - 4,842,000 |
| 16 | [ALL] Non-Debtor Affiliates | 63 - 115 | $48,000 - $6,000 |
| 17 | [ALL] Non-Kirkland Retentions and Fee Applications | 2,174 - 2,550 | $1,442,000 - $1,750,000 |
| 18 | [ALL] Non-Working Travel | 4,220 - 4,735 | $3,469,000 - $3,949,000 |
| 19 | [ALL] Official Committee Issues and Meetings | 963 - 1,225 | $766,000 - $979,000 |
| 20 | [ALL] Oncor | 76 - 130 | $50,000 - $72,000 |
| 21 | [ALL] Plan and Disclosure Statement | 72,036 - 80,995 | $64,885,000 - $72,440,000 |
| 23 | [ALL E-SIDE] Regulatory Issues | 2,049 - 2,405 | $1,995,000 - $2,249,000 |
| 26 | [ALL] Retiree and Employee Issues/OPEB | 5,480 - 6,145 | $3,800,000 - $4,540,000 |
| 27 | [ALL] Schedules, SoFAs | 184 - 245 | $145,000 - $167,000 |
| 28 | [ALL] Shared Services | 45 - 70 | $35,000 - $48,000 |
| 29 | [ALL] Tax Issues | 1,4002 - 15,800 | $15,055,000 - $16,782,000 |
| 30 | [ALL] U.S. Trustee Issues | 266 - 465 | $166,000 - $315,000 |
| 32 | [ALL] Valuation | 3,853 - 4,265 | $2,625,000.00 - $2,914,000 |
| 33 | [ALL] Vendor and Other Creditor Issues | 104 - 160 | $77,000.00 - $99,000 |
| 34 | [TCEH] Asset Disposition | 438 - 610 | $296,000.00 - $403,000 |
| 35 | [TCEH] Automatic Stay | 150 - 205 | $106,000.00 - $133,000 |
| 36 | [TCEH] Bond Issues | 48 - 75 | $31,000.00 - $39,000 |
| 37 | [TCEH] Business Operations | 700 - 875 | $491,500.00 - $611,000 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 329 - 465 | $302,000.00 - $408,000 |
| 39 | [TCEH] Claims Administration and Objections | 2,534 - 2,840 | $1,623,000.00 - $1,823,000 |
| 40 | [TCEH] Contested Matters and Adversary Proceedings | 7,577 - 8,475 | $5,414,000.00 - $6,076,000 |
| 41 | [TCEH] Corporate Governance and Securities Law Issues | 292 - 430 | $214,000.00 - $278,000 |
| 42 | [TCEH] Environmental Issues | 246 - 370 | $202,000.00 - $285,000 |

| Matter Number | Project Category Description | Hours Budgeted | Total Compensation Budgeted |
|---|---|---|---|
| 46 | [TCEH] Non-Debtor Affiliates | 377 - 510 | $232,000.00 - $297,000 |
| 47 | [TCEH] Non-K&E Retention & Fee Apps | 130 - 175 | $78,000.00 - $100,000 |
| 48 | [TCEH] Non-Working Travel | 196 - 350 | $145,000.00 - $207,000 |
| 49 | [TCEH] Official Committee Issues and Meetings | 306 - 435 | $175,000.00 - $241,000 |
| 51 | [TCEH] Plan/Disclosure Statement | 720 - 840 | $707,000.00 - $844,000 |
| 56 | [TCEH] Shared Services | 33 - 55 | $20,000.00 - $26,000 |
| 57 | [TCEH] Trading and Hedging Contracts | 603 - 740 | $414,000.00 - $531,000 |
| 59 | [TCEH] U.S. Trustee Issues | 20 - 35 | $12,000.00 - $15,000 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 1,592 - 1,790 | $1,010,000.00 - $1,186,000 |
| 63 | [EFIH] Asset Dispositions and Purchases | 49 - 65 | $50,000.00 - $57,000 |
| 66 | [EFIH] Cash Collateral/DIP Financing/Make-whole Issues | 2,602 - 3,075 | $2,808,000.00 - $3,183,000 |
| 67 | [EFIH] Claims Administration & Objection | 495 - 600 | $650,000.00 - $790,000 |
| 68 | [EFIH] Contested Matters and Adversary Proceedings | 15,195 - 17,180 | $12,400,000.00 - $13,925,000 |
| 69 | [EFIH] Corp. Governance and Sec. Issues | 181 - 225 | $175,000.00 - $208,000 |
| 70 | [EFIH] Hearings | 2,635 - 3,050 | $1,860,000.00 - $2,260,000 |
| 72 | [EFIH] Non-K&E Retention & Fee Applicat. | 130 - 180 | $86,000.00 - $120,000 |
| 73 | [EFIH] Non-Working Travel | 408 - 610 | $360,000.00 - $533,000 |
| 74 | [EFIH] Official Committee Issues and Meetings | 220 - 335 | $98,000.00 - $153,000 |
| 75 | [EFIH] Oncor | 4 - 15 | $6,000.00 - $8,5000 |
| 76 | [EFIH] Plan / Disclosure Statement | 756 - 1,070 | $631,000.00 - $689,000 |
| 78 | [EFIH] Rest. Support Agrmt./Global Sett. | 120 - 135 | $100,000.00 - $120,000 |
| 82 | [EFH] Asset Dispositions and Purchases | 876 - 990 | $875,000.00 - $978,000 |
| 85 | [EFH] Claims Administration & Objections | 44 - 50 | $35,000.00 - $39,000 |
| 86 | [EFH] Contested Matters & Advers. Proc. | 339 - 390 | $385,000.00 - $485,000 |
| 87 | [EFH] Corporate Governance and Securities Law Issues | 441 - 640 | $347,000.00 - $522,000 |
| 89 | [EFH] EFH Properties | 1,803 - 2,340 | $1,199,000.00 - $1,394,000 |
| 92 | [EFH] Non-Core Subsidiaries / Discontinued Operations | 465 - 665 | $327,000.00 - $408,000 |
| 94 | [EFH] Non-K&E Retention & Fee Apps | 125 - 170 | $84,000.00 - $106,000 |
| 95 | [EFH] Non-Working Travel | 59 - 85 | $60,000.00 - $74,000 |
| 96 | [EFH] Official Committee Issues and Meetings | 250 - 380 | $109,000.00 - $158,000 |
| 101 | [EFH] Retiree and Employee Issues/OPEB | 107 - 380 | $120,000.00 - $135,000 |
| 108 | [TCEH] Exec. Contracts & Unexpired Leases | 6,166 - 6,925 | $3,800,000.00 - $4,283,000 |
| 113 | [ALL] Enforcement of TTI Rights | 340 - 460 | $350,000.00 - $475,000 |
| 114 | [ALL] Drag Along Rights | 360 - 480 | $290,000.00 - $465,000 |
| 115 | [TCEH] Exit Financing | 350 - 460 | $340,000.00 - $485,000 |
| **Total** | | 270,942 - 308,990 | $210,676,000 - $238,536,500 |

**Staffing Plan**: Kirkland hereby incorporates the staffing plans filed in conjunction with each of the Interim Fee Applications.