# Exhibit I

**Summary, by Matter Category, of Fees
Budgeted and Fees Incurred During the Fee Period**

## Summary of Legal Services Rendered

| Matter Number | Project Category Description | Hours Budgeted | Hours Billed | Total Compensation Budgeted | Total Compensation Billed |
|---|---|---|---|---|---|
| 2 | Chapter 11 Bankruptcy Filing | 0 | 1,193.30 | 0 | 744,671.00 |
| 3 | [ALL] Automatic Stay | 630 - 870 | 353.30 | $378,000 - $484,000 | 207,439.50 |
| 4 | [ALL] Bond Issues | 0 | 23.60 | 0 | 13,978.00 |
| 5 | [ALL] Business Operations | 119 - 165 | 118.60 | $89,000 - $108,000 | 96,651.00 |
| 6 | [ALL E-SIDE] Case Administration | 2,965 - 3,395 | 2,357.50 | $1,790,000 - $2,095,000 | 1,202,442.50 |
| 7 | [ALL] Cash Management | 235 - 450 | 185.80 | $143,000 - $227,000 | 103,513.50 |
| 8 | [ALL E-SIDE] Claims Admin. & Objections | 7,004 - 7,875 | 5,965.40 | $4,857,000 - $5,445,000 | 3,921,181.50 |
| 9 | [ALL E-SIDE] Contest Matter & Adv. Proc. | 76,691 - 86,510 | 70,008.40 | $49,430,000 - $55,085,000 | 44,988,798.00 |
| 10 | [ALL E-SIDE] Corp. Gov. & Sec. Issues | 15,778 - 17,685 | 15,994.60 | $13,365,000 - $14,960,000 | 13,801,113.00 |
| 11 | [ALL E-SIDE] Exec. Cont. & Unexp. Leases | 1,071 - 1,345 | 1,085.10 | $753,000 - $999,000 | 659,404.50 |
| 12 | [ALL E-SIDE] Hearings | 1,445 - 2,740 | 4,380.80 | $1,962,500 - $2,276,000 | 3,372,002.00 |
| 13 | [ALL E-SIDE] Insurance | 119 - 170 | 65.20 | $71,000 - $89,000 | 32,744.50 |
| 14 | [ALL E-SIDE] K&E Retention & Fee Apps | 7,559 - 8,510 | 10,610.40 | $4,262,000 - 4,842,000 | 5,643,674.50 |
| 15 | [ALL] Mediation | 0 | 2.60 | 0 | 1,634.00 |
| 16 | [ALL] Non-Debtor Affiliates | 63 - 115 | 94.00 | $48,000 - $6,000 | 49,236.50 |
| 17 | [ALL E-SIDE] Non-K&E Ret. & Fee Apps | 2,174 - 2,550 | 2,255.70 | $1,442,000 - $1,750,000 | 1,408,943.00 |
| 18 | [ALL E-SIDE] Non-Working Travel | 4,220 - 4,735 | 3,261.20 | $3,469,000 - $3,949,000 | 2,809,010.00 |
| 19 | [ALL] Official Committee Issues & Meet. | 963 - 1,225 | 288.50 | $766,000 - $979,000 | 221,436.00 |
| 20 | [ALL] Oncor | 76 - 130 | 0 | $50,000 - $72,000 | 0 |
| 21 | [ALL E-SIDE] Plan & Disclos. Statements | 72,036 - 80,995 | 40,084.80 | $64,885,000 - $72,440,000 | 35,235,188.50 |
| 22 | [ALL] Private Letter Ruling/IRS Matters | 0 | 216.20 | 0 | 251,119.50 |
| 23 | [ALL E-SIDE] Regulatory Issues | 2,049 - 2,405 | 156.40 | $1,995,000 - $2,249,000 | 102,766.50 |
| 24 | [ALL] Rest. Support Agrmt./Global Settle | 0 | 1,467.60 | 0 | 1,014,782.00 |

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 25 | [ALL] Retention of Professionals | 0 | 0.80 | 0 | 740.00 |
| 26 | [ALL E-SIDE] Retiree & Empl. Issues/OPEB | 5,480 - 6,145 | 6,356.70 | $3,800,000 - $4,540,000 | 4,883,829.50 |
| 27 | [ALL] Schedules, SoFAs | 184 - 245 | 338.10 | $145,000 - $167,000 | 224,870.50 |
| 28 | [ALL] Shared Services | 45 - 70 | 13.60 | $35,000 - $48,000 | 8,745.00 |
| 29 | [ALL E-SIDE] Tax Issues | 1,4002 - 15,800 | 12,202.20 | $15,055,000 - $16,782,000 | 12,657,117.50 |
| 30 | [ALL] U.S. Trustee Issues | 266 - 465 | 79.30 | $166,000 - $315,000 | 58,653.50 |
| 31 | [ALL] Utilities | 0 | 0 | 0 | 0 |
| 32 | [ALL] Valuation | 3,853 - 4,265 | 4,523.90 | $2,625,000.00 - $2,914,000 | 2,721,956.00 |
| 33 | [ALL] Vendor and Other Creditor Issues | 104 - 160 | 449.90 | $77,000.00 - $99,000 | 139,107.00 |
| 34 | [TCEH] Asset Dispositions and Purchases | 438 - 610 | 927.00 | $296,000.00 - $403,000 | 624,505.50 |
| 35 | [TCEH] Automatic Stay | 150 - 205 | 392.70 | $106,000.00 - $133,000 | 235,791.50 |
| 36 | [TCEH] Bond Issues | 48 - 75 | 55.50 | $31,000.00 - $39,000 | 31,175.50 |
| 37 | [TCEH] Business Operations | 700 - 875 | 427.60 | $491,500.00 - $611,000 | 260,489.50 |
| 38 | [TCEH] Cash Collateral and DIP Financing | 329 - 465 | 1,127.10 | $302,000.00 - $408,000 | 853,966.50 |
| 39 | [TCEH] Claims Administration & Objection | 2,534 - 2,840 | 2,006.50 | $1,623,000.00 - $1,823,000 | 1,249,086.50 |
| 40 | [TCEH] Contested Matters & Advers. Proc. | 7,577 - 8,475 | 10,060.70 | $5,414,000.00 - $6,076,000 | 7,200,039.50 |
| 41 | [TCEH] Corp. Governance and Sec. Issues | 292 - 430 | 23.10 | $214,000.00 - $278,000 | 21,909.00 |
| 42 | [TCEH] Environmental Issues | 246 - 370 | 541.00 | $202,000.00 - $285,000 | 468,939.50 |
| 43 | [TCEH] Hearings | 0 | 773.40 | 0 | 512,664.50 |
| 44 | [TCEH] Insurance | 0 | 0 | 0 | 0 |
| 45 | [TCEH] Letter of Credit Issues | 0 | 0 | 0 | 0 |
| 46 | [TCEH] Non-Debtor Affiliates | 377 - 510 | 232.40 | $232,000.00 - $297,000 | 133,021.50 |
| 47 | [TCEH] Non-K&E Retention & Fee Apps | 130 - 175 | 30.80 | $78,000.00 - $100,000 | 21,667.00 |
| 48 | [TCEH] Non-Working Travel | 196 - 350 | 222.10 | $145,000.00 - $207,000 | 183,619.50 |

7

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 49 | [TCEH] Official Committee Issues & Meet. | 306 - 435 | 59.80 | $175,000.00 - $241,000 | 49,798.00 |
| 50 | [TCEH] Oncor | 0 | 0 | 0 | 0 |
| 51 | [TCEH] Plan/Disclosure Statements | 720 - 840 | 1,145.20 | $707,000.00 - $844,000 | 1,016,978.50 |
| 52 | [TCEH] Private Letter Ruling/IRS Issues | 0 | 9.50 | 0 | 6,037.00 |
| 53 | [TCEH] Rest. Support Agrmt./Global Sett. | 0 | 0 | 0 | 0 |
| 54 | [TCEH] Retiree and Employee Issues/OPEB | 0 | 34.10 | 0 | 23,615.50 |
| 55 | [TCEH] Schedules, SoFAs | 0 | 0 | 0 | 0 |
| 56 | [TCEH] Shared Services | 33 - 55 | 0 | $20,000.00 - $26,000 | 0 |
| 57 | [TCEH] Trading and Hedging Contracts | 603 - 740 | 328.70 | $414,000.00 - $531,000 | 216,171.50 |
| 58 | [TCEH] Transition Services | 0 | 10.50 | 0 | 6,984.00 |
| 59 | [TCEH] U.S. Trustee Issues | 20 - 35 | 4.80 | $12,000.00 - $15,000 | 3,856.50 |
| 60 | [TCEH] Utilities | 0 | 8.80 | 0 | 3,875.00 |
| 61 | [TCEH] Valuation | 0 | 0 | 0 | 0 |
| 62 | [TCEH] Vendor and Other Creditor Issues | 1,592 - 1,790 | 1,122.00 | $1,010,000.00 - $1,186,000 | 681,768.00 |

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | Budgeted | Billed | Budgeted | Billed |
| 63 | [EFIH] Asset Dispositions and Purchases | 49 - 65 | 0 | $50,000.00 - $57,000 | 0 |
| 64 | [EFIH] Automatic Stay | 0 | 0 | 0 | 0 |
| 65 | [EFIH] Bond Issues | 0 | 16.30 | 0 | 14,727.00 |
| 66 | [EFIH] Cash Collat./DIP Finan./Makewhole | 2,602 - 3,075 | 5,244.30 | $2,808,000.00 - $3,183,000 | 4,531,286.00 |
| 67 | [EFIH] Claims Administration & Objection | 495 - 600 | 28.40 | $650,000.00 - $790,000 | 29,139.00 |
| 68 | [EFIH] Contested Matters & Advers. Pro. | 15,195 - 17,180 | 12,269.00 | $12,400,000.00 - $13,925,000 | 9,297,535.00 |
| 69 | [EFIH] Corp. Governance and Sec. Issues | 181 - 225 | 57.60 | $175,000.00 - $208,000 | 47,030.00 |
| 70 | [EFIH] Hearings | 2,635 - 3,050 | 281.30 | $1,860,000.00 - $2,260,000 | 212,567.50 |
| 71 | [EFIH] Insurance | 0 | 0 | 0 | 0 |
| 72 | [EFIH] Non-K&E Retention & Fee Applicat. | 130 - 180 | 12.10 | $86,000.00 - $120,000 | 8,087.00 |
| 73 | [EFIH] Non-Working Travel | 408 - 610 | 206.10 | $360,000.00 - $533,000 | 172,250.00 |
| 74 | [EFIH] Official Committee Issues & Meet. | 220 - 335 | 14.40 | $98,000.00 - $153,000 | 10,673.00 |
| 75 | [EFIH] Oncor | 4 - 15 | 1.10 | $6,000.00 - $8,5000 | 1,009.50 |
| 76 | [EFIH] Plan / Disclosure Statement | 756 - 1,070 | 4,439.10 | $631,000.00 - $689,000 | 4,080,886.50 |
| 77 | [EFIH] Private Letter Ruling/IRS Issues | 0 | 3.10 | 0 | 3,653.50 |
| 78 | [EFIH] Rest. Support Agrmt./Global Sett. | 120 - 135 | 82.30 | $100,000.00 - $120,000 | 45,943.50 |
| 79 | [EFIH] Schedules, SoFAs | 0 | 0 | 0 | 0 |
| 80 | [EFIH] Shared Services | 0 | 0 | 0 | 0 |
| 81 | [EFIH] Valuation | 0 | 0 | 0 | 0 |
| 82 | [EFH] Asset Dispositions and Purchases | 876 - 990 | 102.50 | $875,000.00 - $978,000 | 69,725.00 |
| 83 | [EFH] Automatic Stay | 0 | 0 | 0 | 0 |
| 84 | [EFH] Bond Issues | 0 | 0 | 0 | 0 |
| 85 | [EFH] Claims Administration & Objections | 44 - 50 | 47.80 | $35,000.00 - $39,000 | 23,146.00 |
| 86 | [EFH] Contested Matters & Advers. Proc. | 339 - 390 | 148.60 | $385,000.00 - $485,000 | 119,083.00 |
| 87 | [EFH] Corp. Governance and Sec. Issues | 441 - 640 | 21.10 | $347,000.00 - $522,000 | 22,192.00 |

8

| Matter Number | Project Category Description | Hours | | Total Compensation | |
|---|---|---|---|---|---|
| | | **Budgeted** | **Billed** | **Budgeted** | **Billed** |
| 88 | [EFH] EFH Corporate Services | 0 | 0 | 0 | 0 |
| 89 | [EFH] EFH Properties | 1,803 - 2,340 | 767.70 | $1,199,000.00 - $1,394,000 | 507,516.00 |
| 90 | [EFH] Hearings | 0 | 7.00 | 0 | 8,020.00 |
| 91 | [EFH] Insurance | 0 | 0 | 0 | 0 |
| 92 | [EFH] Non-Core Subs/Discontinued Op. | 465 - 665 | 2.00 | $327,000.00 - $408,000 | 1,822.00 |
| 93 | [EFH] Non-Debtor Affiliates | 0 | 1.40 | 0 | 1,022.00 |
| 94 | [EFH] Non-K&E Retention & Fee Apps | 125 - 170 | 8.50 | $84,000.00 - $106,000 | 5,991.50 |
| 95 | [EFH] Non-Working Travel | 59 - 85 | 8.30 | $60,000.00 - $74,000 | 7,787.50 |
| 96 | [EFH] Official Committee Issues & Meet. | 250 - 380 | 176.30 | $109,000.00 - $158,000 | 118,117.00 |
| 97 | [EFH] Oncor | 0 | 0.90 | 0 | 823.50 |
| 98 | [EFH] Plan/Disclosure Statement | 0 | 0 | 0 | 0 |
| 99 | [EFH] Private Letter Ruling/IRS Issues | 0 | 0 | 0 | 0 |
| 100 | [EFH] Rest. Support Agrmt./Global Sett. | 0 | 0 | 0 | 0 |
| 101 | [EFH] Retiree and Employee Issues/OPEB | 107 - 380 | 40.30 | $120,000.00 - $135,000 | 34,649.50 |
| 102 | [EFH] Schedules, SoFAs | 0 | 0 | 0 | 0 |
| 104 | [EFH] Valuation | 0 | 0 | 0 | 0 |
| 105 | [EFH] Vendor and Other Creditor Issues | 0 | 0 | 0 | 0 |
| 106 | [ALL] Venue | 0 | 526.10 | 0 | 369,123.00 |
| 107 | [ALL] Invoice Review | 0 | 274.00 | 0 | 139,628.00 |
| 108 | [TCEH] Exec. Contracts & Unexpired Lease | 6,166 - 6,925 | 4,301.60 | $3,800,000.00 - $4,283,000 | 2,758,208.00 |
| 113 | [ALL] Enforcement of TTI Rights | 340 - 460 | 2,642.60 | $350,000.00 - $475,000 | 1,789,567.00 |
| 114 | [ALL] Drag Along Rights | 360 - 480 | 31.60 | $290,000.00 - $465,000 | 30,545.50 |
| 115 | [TCEH] Exit Financing | 350 - 460 | 3,924.40 | $340,000.00 - $485,000 | 3,543,064.00 |
| 124 | [ALL E-SIDE] Tax Calculations | 0 | 3.60 | 0 | 3,744.00 |
| **Total** | | **270,942 - 308,990** | **239,368.20** | **$210,676,000 - $238,536,500** | **$189,685,690.87** |

9