**<u>Exhibit K</u>**

**Detailed Description of Expenses Incurred and
Not Previously Subject to Request for Reimbursement**

# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY  10022

FEIN 36-1326630

April 23, 2018

Energy Future Competitive Holdings Co.
Texas Competitive Electric Holdings Co.
1601 Bryan Street
Dallas, TX  75201

Attention:  Stephanie Zapata Moore

**Invoice Number:  5348322**
**Client Matter: 14356-109**

**In the matter of    [ALL E-SIDE] Expenses**

| | |
|---|---|
| For legal services rendered through March 31, 2018<br>(see attached Description of Legal Services for detail) | $ .00 |
| For expenses incurred through March 31, 2018<br>(see attached Description of Expenses for detail) | $ 4,357.39 |
| Total legal services rendered and expenses incurred | $ 4,357.39 |

Beijing   Boston   Chicago   Hong Kong   Houston   London   Los Angeles   Munich   Palo Alto   San Francisco   Shanghai   Washington, D.C.

Legal Services for the Period Ending March 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

| Description | Amount |
|---|---:|
| Third Party Telephone Charges | 31.39 |
| Travel Expense | 1,158.77 |
| Airfare | 2,626.11 |
| Travel Meals | 212.20 |
| Other Travel Expenses | 192.00 |
| Rental Expenses | 136.92 |
| TOTAL EXPENSES | $ 4,357.39 |

Legal Services for the Period Ending March 31, 2018
Energy Future Competitive Holdings Co.
     109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Third Party Telephone Charges

| Date | Description | Amount |
|------|-------------|-------:|
| 2/14/18 | Mark McKane, Internet, () Hearing | 7.99 |
| 2/14/18 | Mark McKane, Internet, () Hearing | 20.99 |
| 2/28/18 | E-WEST UNIFIED COMMUNICATIONS SERVICES INC - FILE 51089 (TP), Teleconference, Conference calls | 2.41 |
| | **Total:** | **31.39** |

Legal Services for the Period Ending March 31, 2018
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Expense

| Date | Description | Amount |
|------|-------------|--------|
| 2/15/18 | Mark McKane, Lodging, Chicago 02/14/2018 to 02/14/2018, () Hearing | 304.07 |
| 2/27/18 | Mark McKane, Lodging, Deleware 02/24/2018 to 02/27/2018, EFH Hearing | 854.70 |
| | **Total:** | **1,158.77** |

Legal Services for the Period Ending March 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

**Airfare**

| Date | Description | Amount |
|---|---|---|
| 1/25/18 | Mark McKane, Airfare, Philadelphia, PA 02/25/2018 to 02/27/2018, EFH Hearing | 1,819.77 |
| 1/25/18 | Mark McKane, Agency Fee, EFH Hearing | 21.00 |
| 2/06/18 | Mark McKane, Airfare, Philadelphia 02/14/2018 to 02/14/2018, () Hearing | 659.45 |
| 2/12/18 | Mark McKane, Airfare, San Francisco 02/12/2018 to 02/15/2018, () Hearing | 125.89 |
| | **Total:** | **2,626.11** |

Legal Services for the Period Ending March 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Travel Meals

| Date | Description | Amount |
|---|---|---|
| 2/14/18 | Mark McKane, Travel Meals, () Chicago Hearing | 40.00 |
| 2/24/18 | Mark McKane, Travel Meals, Delaware EFH Hearing | 40.00 |
| 2/27/18 | Mark McKane, Travel Meals, Delaware EFH Hearing Anna Terteryan, Justin Sowa, Patrick Venter, Jonathan Ganter, Aparna Yenamandra | 132.20 |
| | **Total:** | **212.20** |

Legal Services for the Period Ending March 31, 2018
Energy Future Competitive Holdings Co.
    109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Other Travel Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 2/15/18 | Mark McKane, Parking, San Francisco International Airport () EFH Hearing | 48.00 |
| 2/27/18 | Mark McKane, Parking, San Francisco EFH Hearing | 144.00 |
| | **Total:** | **192.00** |

Legal Services for the Period Ending March 31, 2018
Energy Future Competitive Holdings Co.
109 - [ALL E-SIDE] Expenses

## Description of Expenses

### Rental Expenses

| Date | Description | Amount |
|------|-------------|--------|
| 2/28/18 | E-AQUIPT INC - PO BOX 37849 (TP), Rental Expenses RENTAL EXPENSES | 136.92 |
| | **Total:** | **136.92** |

| | | |
|------|-------------|--------|
| | **TOTAL EXPENSES** | **4,357.39** |

8