# EXHIBIT C

**Engagement Letters**
**For the Fee Period of March 2015 – September 2016 (TCEH)**



Andrew Kever
Direct: (512) 615-1201
akever@enochkever.com

March 6, 2015

Stacey H. Doré
Energy Future Holdings
1601 Bryan St., 41st Floor
Dallas, Texas 75201

    Re:    Engagement of ENOCH KEVER PLLC ("Firm") by Energy Future Holdings ("You" or "you" or "Company")

Dear Stacey:

    Thank you for extending the Firm's engagement to represent Energy Future Holdings and its related wholesale and retail electricity sales and power generation companies held by Texas Competitive Electric Holdings Company LLC. This specifically includes Luminant Generation, Luminant Energy, Luminant ET, (together "Luminant"), TXU Energy and 4Change Energy (collectively "the Companies").

    This will be the sixth consecutive year in which the lawyers in this firm have provided regulatory representation and counsel to some or all of the Companies on the basis of an annual fixed fee. We believe the willingness of both the Firm and the Companies to be open to annually reviewing the reasonableness of the fee and making adjustments as appropriate has resulted in a fair and value based engagement for the Companies. We appreciate the opportunity to continue to help you represent your clients.

    This year the fixed fee agreement will again include matters within the jurisdiction of the Public Utility Commission of Texas ("PUCT"), compliance with laws and regulations enforced by the PUCT, the Federal Energy Regulatory Commission ("FERC"), NERC, TRE and ERCOT. In addition, the engagement for EFH Corp. includes regulatory issues that may arise in connection with the restructuring and reorganization pending before the bankruptcy court in the District of Delaware. As part of this representation, we understand that you will expect us to monitor potentially significant industry and legal developments, particularly in Texas, and to advise you and the Companies on possible implications for the Companies. As a matter of Firm policy, the Firm is required to provide you with this Engagement Letter in order to set out the specific terms applicable to the representation.

    Specifically, the following terms and provisions apply to this engagement:

    The Firm will provide this representation for calendar year 2015 for the fixed fee an initial annual base fee of $1,950,000.00. This fee will be payable in equal monthly installments of $162,000.00 for

ENOCH KEVER PLLC    600 Congress Avenue, Suite 2800    p 512.615.1200    enochkever.com
Austin, Texas 78701    f 512.615.1198

EXHIBIT C
Page 2 of 14

Stacey Doré
March 6, 2015
Page 2

January 2015 through December 2015. We understand the fee will be initially allocated between companies as follows:

--Luminant-- $1,200,000.00 paid in equal monthly installments of $100,000.00;
--TXU Energy--$125,000.00 paid in equal monthly installments of $10,416.67;
--4 Change Energy--$ 25,000.00 paid in equal monthly installments of $2,083.33;
--EFH Corp--$600,000.00 in equal monthly installments of $50,000.00.

The Firm will track the time-based fees incurred in connection with this agreement and will report those hours to you as you request.

In addition to the fee described above, you will also be responsible for the Firm's regular charges and expenses incurred in connection with this engagement, if consistent with the March 1, 2009 Outside Legal Counsel Policy of Energy Future Holdings Corp., Luminant, and TXU Energy (the "EFH Outside Counsel Policy").

Unless agreed otherwise with you, the Firm will provide you an invoice for services, expenses, and charges in the format requested by you on or as soon as possible following the first day of each calendar month for services rendered in the previous month until such time as this engagement is completed. The Firm's invoices will include expenses or charges previously incurred. Payment of the amount reflected on each invoice is due upon receipt of invoice.

The scope of this engagement is limited to the matters described above and is in addition to other matters as to which the Firm has been engaged or may be engaged in the future. The Firm would be pleased to discuss additional undertakings with you.

This engagement shall be governed by the EFH Outside Counsel Policy, and in case of any conflict between this letter and the EFH Outside Counsel Policy, the EFH Outside Counsel Policy shall control unless otherwise specifically agreed to in writing by you and the Firm.

Again, thank you for allowing the Firm to be of service to you in connection with this engagement. If the provisions of this Engagement Letter meet with your approval, please so indicate by signing and returning the original of this letter to me. Please maintain a counterpart of this Engagement Letter for your files.

Very truly yours,

By: _____
Andrew Kever

EXHIBIT C
Page 3 of 14

Stacey Doré
March 6, 2015
Page 3

AGREED TO AND ACCEPTED
THIS 11th DAY OF MARCH, 2015:

**ENERGY FUTURE HOLDINGS**

By: _____
Stacey H. Doré

AK/aa

EXHIBIT C
Page 4 of 14



Andrew Kever
Direct: (512) 615-1201
akever@enochkever.com

March 6, 2015

John O'Brien
Energy Future Holdings
1601 Bryan St., 41st Floor
Dallas, Texas 75201

Re: Engagement of ENOCH KEVER PLLC ("Firm") by Energy Future Holdings ("You" or "you" or "Company")

Dear John:

Thank you for extending the Firm's engagement to represent Energy Future Holdings with matters that arise in connection with the 84th Session of the Texas Legislature. This representation includes review and analysis of issues under review or potentially under review by the Legislature, review and analysis of draft legislation and amendments, drafting of possible legislative language and explanations of legislative proposals. As a matter of Firm policy, the Firm is required to provide you with this Engagement Letter in order to set out the specific terms applicable to the representation.

Specifically, the following terms and provisions apply to this engagement:

In exchange for the Firm's services, you agree to pay for our services, expenses, and charges incurred on your behalf, and to pay the Firm's invoices for those services, expenses and charges on receipt as further described in this and the following paragraphs. All legal fees will be charged on an hourly basis. We anticipate that the work will be primarily performed by me and Bill Moore. Our hourly rates are $575 and $500 respectively. The hourly rates of other attorneys who may assist us with this matter range from $235.00 to $665.00. This agreement is retroactively effective as of October 1, 2014.

In addition to the fee described above, you will be responsible for the Firm's regular charges and expenses incurred in connection with this engagement, if consistent with the March 1, 2009 Outside Legal Counsel Policy of Energy Future Holdings Corp., Luminant, and TXU Energy (the "EFH Outside Counsel Policy").

Unless agreed otherwise with you, the Firm will provide you an invoice for services, expenses, and charges in the format requested by you on or as soon as possible following the first day of each calendar month until such time as this engagement is completed. The Firm's invoices will include expenses or charges previously incurred and the fee for services to be provided in the next month. Payment of the amount reflected on each invoice is due upon receipt of invoice.

John O'Brien
March 6, 2015
Page 2

    The scope of this engagement is limited to the matters described above and is in addition to other matters as to which the Firm has been engaged or may be engaged in the future. The Firm would be pleased to discuss additional undertakings with you.

    This engagement shall be governed by the EFH Outside Counsel Policy, and in case of any conflict between this letter and the EFH Outside Counsel Policy, the EFH Outside Counsel Policy shall control unless otherwise specifically agreed to in writing by you and the Firm.

    Again, thank you for allowing the Firm to be of service to you in connection with this engagement. If the provisions of this Engagement Letter meet with your approval, please so indicate by signing and returning the original of this letter to me. Please maintain a counterpart of this Engagement Letter for your files.

Very truly yours,

By: _____
Andrew Kever

AGREED TO AND ACCEPTED
THIS _____ DAY OF March, 2015:

**ENERGY FUTURE HOLDINGS**

By: _____
John O'Brien

AK/aa

EXHIBIT C
Page 6 of 14



Andrew Kever<br>
Direct: (512) 615-1201<br>
akever@enochkever.com

February 3, 2014

Stacey H. Doré
Energy Future Holdings
1601 Bryan St., 41st Floor
Dallas, Texas 75201

Re: Engagement of ENOCH KEVER PLLC ("Firm") by Luminant Energy Company LLC, Luminant Generation Company LLC ("You" or "you" or "Companies")

Dear Stacey:

Thank you for extending the Firm's engagement to represent Luminant Energy Company LLC, Luminant Generation Company LLC, and their related wholesale and retail electricity sales and power generation companies held by Texas Competitive Electric Holdings Company LLC before the Public Utility Commission of Texas ("PUCT"). The firm is very pleased to continue this representation, which shall include all legal services required to fully represent those companies in assigned regulatory matters that may arise or be ongoing in 2014, including routine contested cases, rulemakings, advocacy, and compliance counseling related to matters jurisdictional to the PUC. In addition, we will also include within the scope of the fixed fee ongoing representation, including routine compliance matters, before ERCOT, the Texas Reliability Entity, NERC and FERC. The firm is again prepared to include representation before the Railroad Commission of Texas and advice related to matters involving potential action of the Texas Legislature within the scope of the fee. As a matter of Firm policy, the Firm is required to provide you with this Engagement Letter in order to set out the specific terms applicable to the representation.

Specifically, the following terms and provisions apply to this engagement:

Except as described below, the Firm will provide this representation for calendar year 2014 for an annual base fee of $1,200,000.00. This fee will be payable in equal monthly installments of $100,000.00 for January 2014 through December 2014.

When the Firm believes a contested case has become or will become a major contested case which may not reasonably be compensated by this fixed fee Agreement, the Firm will notify you. You and the Firm agree to discuss the matter in good faith and to mutually agree whether the matter will be considered a major contested case for the purpose of this engagement. If an agreement is reached that the matter is appropriate for additional compensation, you agree to compensate the Firm for that representation on a mutually agreed basis either separately or by adjusting the base fee under this Agreement.

ENOCH KEVER PLLC    600 Congress Avenue, Suite 2800    P: 512.615.1200    enochkever.com<br>
Austin, Texas 78701    F: 512.615.1198

EXHIBIT C<br>Page 7 of 14

Stacey Doré
February 3, 2014
Page Two

You and the Firm have agreed that matters relating to restructuring of the Companies' finances will be covered by a separate agreement.

In addition to the fee described above, you will be responsible for the Firm's regular charges and expenses incurred in connection with this engagement, if consistent with the March 1, 2009 Outside Legal Counsel Policy of Energy Future Holdings Corp., Luminant, and TXU Energy (the "EFH Outside Counsel Policy").

Unless agreed otherwise with you, the Firm will provide you an invoice for services, expenses, and charges in the format requested by you on or as soon as possible following the first day of each calendar month until such time as this engagement is completed. The Firm's invoices will include expenses or charges previously incurred and the fee for services to be provided in the next month. Payment of the amount reflected on each invoice is due upon receipt of invoice.

The scope of this engagement is limited to the matters described above and is in addition to other matters as to which the Firm has been engaged or may be engaged in the future. The Firm would be pleased to discuss additional undertakings with you.

This engagement shall be governed by the EFH Outside Counsel Policy, and in case of any conflict between this letter and the EFH Outside Counsel Policy, the EFH Outside Counsel Policy shall control unless otherwise specifically agreed to in writing by you and the Firm.

Again, thank you for allowing the Firm to be of service to you in connection with this engagement. If the provisions of this Engagement Letter meet with your approval, please so indicate by signing and returning the original of this letter to me. Please maintain a counterpart of this Engagement Letter for your files.

Very truly yours,

By: _____
Andrew Kever

AGREED TO AND ACCEPTED
THIS 11th DAY OF February, 2014:

**LUMINANT ENERGY COMPANY, LLC**
**LUMINANT GENERATION COMPANY, LLC**

By: _____
Stacey H. Doré

AK/aa

EXHIBIT C
Page 8 of 14



Andrew Kever<br>
Direct: (512) 615-1201<br>
akever@enochkever.com

February 3, 2014

Stacey H. Doré
Energy Future Holdings
1601 Bryan St., 41st Floor
Dallas, Texas 75201

Re: Engagement of ENOCH KEVER PLLC ("Firm") by 4 Change Energy Company ("You" or "you" or "Companies")

Dear Cecily: [handwritten: Stacey (SHD)]

Thank you for extending the Firm's engagement to represent 4 Change Energy Company held by Texas Competitive Electric Holdings Company LLC, in connection with matters before the Public Utility Commission of Texas ("PUCT"). The firm is very pleased to continue this representation, which shall include all legal services required to fully represent those companies in assigned regulatory matters that may arise or be ongoing in 2014, including contested cases, rulemakings, advocacy, and compliance counseling related to matters jurisdictional to the PUC. As a matter of Firm policy, the Firm is required to provide you with this Engagement Letter in order to set out the specific terms applicable to the representation.

Specifically, the following terms and provisions apply to this engagement:

Except as described below, the Firm will provide this representation for calendar year 2014 for an annual base fee of $25,000.00. This fee will be payable in equal monthly installments of $2,083.33 for January 2014 through December 2014.

Both you and the Firm acknowledge that the base fee is not intended to include compensation of the Firm for representation in major contested case proceedings before the PUCT or the State Office of Administrative Hearings. When the Firm believes a contested case has become or will become a major contested case, the Firm will notify you. You and the Firm agree to discuss the matter in good faith and to mutually agree whether the matter will be considered a major contested case for the purpose of this engagement. If an agreement is reached that the matter is a major contested case proceeding, you agree to compensate the Firm separately for that representation on the basis of the Firm's standard hourly fees less a 10% discount, or, at your option, at a blended rate to be agreed upon at the time by you and the Firm.

You and the Firm have agreed that all matters relating to restructuring of the Companies' finances will be covered by a separate agreement.

ENOCH KEVER PLLC | 600 Congress Avenue, Suite 2800, Austin, Texas 78701 | P 512.615.1200  F 512.615.1198 | enochkever.com

EXHIBIT C
Page 9 of 14

Stacey H. Doré
February 3, 2014
Page Two

In addition to the fee described above, you will be responsible for the Firm's regular charges and expenses incurred in connection with this engagement, if consistent with the March 1, 2009 Outside Legal Counsel Policy of Energy Future Holdings Corp., Luminant, and TXU Energy (the "EFH Outside Counsel Policy").

Unless agreed otherwise with you, the Firm will provide you an invoice for services, expenses, and charges in the format requested by you on or as soon as possible following the end of each calendar month until such time as this engagement is completed. The Firm's invoices will include expenses or charges previously incurred and the fee for services to be provided in the next month. Payment of the amount reflected on each invoice is due upon receipt of invoice.

The scope of this engagement is limited to the matters described above and is in addition to other matters as to which the Firm has been engaged or may be engaged in the future. The Firm would be pleased to discuss additional undertakings with you.

This engagement shall be governed by the EFH Outside Counsel Policy, and in case of any conflict between this letter and the EFH Outside Counsel Policy, the EFH Outside Counsel Policy shall control unless otherwise specifically agreed to in writing by you and the Firm.

Again, thank you for allowing the Firm to be of service to you in connection with this engagement. If the provisions of this Engagement Letter meet with your approval, please so indicate by signing and returning the original of this letter to me. Please maintain a counterpart of this Engagement Letter for your files.

Very truly yours,

By: _____
Andrew Kever

AGREED TO AND ACCEPTED
THIS 11th DAY OF February, 2014:

**4 CHANGE ENERGY COMPANY**

By: _____

Stacey H. Doré

AK/aa

EXHIBIT C
Page 10 of 14



Andrew Kever<br>
Direct: (512) 615-1201<br>
akever@enochkever.com

February 3, 2014

Stacey H. Doré
Energy Future Holdings
1601 Bryan St., 41st Floor
Dallas, Texas 75201

Re: Engagement of ENOCH KEVER PLLC ("Firm") by Energy Future Holdings ("You" or "you" or "Company")

Dear Stacey:

Thank you for extending the Firm's engagement to represent Energy Future Holdings and its related wholesale and retail electricity sales and power generation companies held by Texas Competitive Electric Holdings Company LLC in connection with regulatory issues that may arise in connection with a restructuring of the Company's finances. This representation includes all matters before the Public Utility Commission of Texas ("PUCT"). In addition, we will also include within the scope of this representation, at your election, other agencies such as the Railroad Commission of Texas. As a matter of Firm policy, the Firm is required to provide you with this Engagement Letter in order to set out the specific terms applicable to the representation.

Specifically, the following terms and provisions apply to this engagement:

Except as described below, the Firm will provide this representation for calendar year 2014 for an initial annual base fee of $600,000.00. This fee will be payable in equal monthly installments of $50,000.00 for January 2014 through December 2014.

You and the Firm acknowledge that the representation in matters related to financial restructuring could require the commitment of resources of the Firm which are not contemplated by the amount of this fixed fee agreement. The Firm will track the time-based fees incurred in connection with this agreement and will report to you on a quarterly basis or as you request. You and the Firm agree to discuss in good faith adjusting the amount of the fixed fee as appropriate to achieve a fair result for the Companies and the Firm.

In addition to the fee described above, you will be responsible for the Firm's regular charges and expenses incurred in connection with this engagement, if consistent with the March 1, 2009 Outside Legal Counsel Policy of Energy Future Holdings Corp., Luminant, and TXU Energy (the "EFH Outside Counsel Policy").

---

ENOCH KEVER PLLC | 600 Congress Avenue, Suite 2800, Austin, Texas 78701 | p: 512.615.1200  f: 512.615.1198 | enochkever.com

EXHIBIT C
Page 11 of 14

Stacey H. Doré
February 3, 2014
Page Two

Unless agreed otherwise with you, the Firm will provide you an invoice for services, expenses, and charges in the format requested by you on or as soon as possible following the first day of each calendar month until such time as this engagement is completed. The Firm's invoices will include expenses or charges previously incurred and the fee for services to be provided in the next month. Payment of the amount reflected on each invoice is due upon receipt of invoice.

The scope of this engagement is limited to the matters described above and is in addition to other matters as to which the Firm has been engaged or may be engaged in the future. The Firm would be pleased to discuss additional undertakings with you.

This engagement shall be governed by the EFH Outside Counsel Policy, and in case of any conflict between this letter and the EFH Outside Counsel Policy, the EFH Outside Counsel Policy shall control unless otherwise specifically agreed to in writing by you and the Firm.

Again, thank you for allowing the Firm to be of service to you in connection with this engagement. If the provisions of this Engagement Letter meet with your approval, please so indicate by signing and returning the original of this letter to me. Please maintain a counterpart of this Engagement Letter for your files.

Very truly yours,

By: _____
Andrew Kever

AGREED TO AND ACCEPTED
THIS ___ DAY OF February, 2014:

**ENERGY FUTURE HOLDINGS**

By: _____
Stacey H. Doré

AK/aa

EXHIBIT C
Page 12 of 14



Andrew Kever
Direct: (512) 615-1201
akever@enochkever.com

January 15, 2014

Cecily S. Gooch
TXU Energy Retail Company LLC
6555 Sierra Dr., 3rd Floor
Irving, TX 75039

> Re: Engagement of ENOCH KEVER PLLC ("Firm") by TXU Energy Retail Company LLC ("You" or "you" or "Companies")

Dear Cecily:

Thank you for extending the Firm's engagement to represent TXU Energy Retail Company LLC, held by Texas Competitive Electric Holdings Company LLC ("Companies"), in connection with matters before the Public Utility Commission of Texas ("PUCT"). The firm is very pleased to continue this representation, which shall include all legal services required to fully represent those companies in assigned regulatory matters that may arise or be ongoing in 2014, including contested cases, rulemakings, advocacy, and compliance counseling related to matters jurisdictional to the PUC. As a matter of Firm policy, the Firm is required to provide you with this Engagement Letter in order to set out the specific terms applicable to the representation.

Specifically, the following terms and provisions apply to this engagement:

Except as described below, the Firm will provide this representation for calendar year 2014 for an annual base fee of $125,000.00. This fee will be payable in equal monthly installments of $10,416.67 for January 2014 through December 2014.

Both you and the Firm acknowledge that the base fee is not intended to include compensation of the Firm for representation in major contested case proceedings before the PUCT or the State Office of Administrative Hearings. When the Firm believes a contested case has become or will become a major contested case, the Firm will notify you. You and the Firm agree to discuss the matter in good faith and to mutually agree whether the matter will be considered a major contested case for the purpose of this engagement. If an agreement is reached that the matter is a major contested case proceeding, you agree to compensate the Firm separately for that representation on the basis of the Firm's standard hourly fees less a 10% discount, or, at your option, at a blended rate to be agreed upon at the time by you and the Firm.

You and the Firm have agreed that all matters relating to restructuring of the Companies' finances will be covered by a separate agreement.

---

ENOCH KEVER PLLC | 600 Congress Avenue, Suite 2800 Austin, Texas 78701 | P 512.615.1200 F 512.615.1198 | enochkever.com

EXHIBIT C
Page 13 of 14

Cecily Gooch
January 15, 2014
Page Two

In addition to the fee described above, you will be responsible for the Firm's regular charges and expenses incurred in connection with this engagement, if consistent with the March 1, 2009 Outside Legal Counsel Policy of Energy Future Holdings Corp., Luminant, and TXU Energy (the "EFH Outside Counsel Policy").

Unless agreed otherwise with you, the Firm will provide you an invoice for services, expenses, and charges in the format requested by you on or as soon as possible following the end of each calendar month until such time as this engagement is completed. The Firm's invoices will include expenses or charges previously incurred and the fee for services to be provided in the next month. Payment of the amount reflected on each invoice is due upon receipt of invoice.

The scope of this engagement is limited to the matters described above and is in addition to other matters as to which the Firm has been engaged or may be engaged in the future. The Firm would be pleased to discuss additional undertakings with you.

This engagement shall be governed by the EFH Outside Counsel Policy, and in case of any conflict between this letter and the EFH Outside Counsel Policy, the EFH Outside Counsel Policy shall control unless otherwise specifically agreed to in writing by you and the Firm.

Again, thank you for allowing the Firm to be of service to you in connection with this engagement. If the provisions of this Engagement Letter meet with your approval, please so indicate by signing and returning the original of this letter to me. Please maintain a counterpart of this Engagement Letter for your files.

Very truly yours,

By: _____
Andrew Kever

AGREED TO AND ACCEPTED
THIS 15th DAY OF January, 2014:

**TXU ENERGY RETAIL COMPANY, LLC**

By: _____
Cecily S. Gooch

EXHIBIT C
Page 14 of 14