# EXHIBIT E

**Summary of Total Fees Incurred and Hours Billed
For the Fee Period March 2015 – September 2016 (TCEH)**

# EXHIBIT E
## Summary of Total Fees Incurred and Hours Billed During the Fee Period of March 2015 - September 2016 (TCEH)

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Fees Billed In this Application at Final Application Billing Rate |
|---|---|---|---|---|---|---|---|---|
| Johnson, Rodman C. | Member | Environmental | 1992 | $87,191.79 | 187.40 | 0 | $465.27 | $87,191.79 |
| Kever, Andrew | Member | Regulatory | 1975 | $180,643.85 | 345.90 | 0 | $522.24 | $180,643.85 |
| Kimbrough, Mandy J. | Member | Regulatory | 2005 | $465,798.02 | 1,509.40 | 0 | $308.60 | $465,798.02 |
| Lorber, Melissa A. | Member | Appellate/Litigation | 2001 | $18,378.21 | 49.00 | 0 | $375.07 | $18,378.21 |
| Moore, William A. | Member | Regulatory | 1995 | $312,697.74 | 693.30 | 0 | $451.03 | $312,697.74 |
| Rasmussen, Kirk D. | Member | Regulatory | 1999 | $384,518.02 | 899.90 | 0 | $427.29 | $384,518.02 |
| Vay, John J. | Member | Regulatory | 1984 | $76,955.83 | 165.40 | 0 | $465.27 | $76,955.83 |
| Zausmer, Gary E. | Member | Litigation | 1979 | $138,446.62 | 265.10 | 0 | $522.24 | $138,446.62 |
| Adams, Elizabeth L. | Associate | Regulatory | 2015 | $63,547.48 | 267.70 | 0 | $237.38 | $63,547.48 |
| Hanlon, Michelle V. | Associate | Regulatory | 2012 | $92,978.24 | 435.20 | 0 | $213.64 | $92,978.24 |
| Horton, Shana L. | Associate | Environmental | 2003 | $50,106.84 | 175.90 | 0 | $284.86 | $50,106.84 |
| Jolly, Emily R. | Associate | Regulatory | 2007 | $286,330.64 | 1,022.20 | 0 | $280.11 | $286,330.64 |
| Kinzer, Lisa D. | Associate | Appellate/Litigation | 2013 | $51,049.25 | 215.05 | 0 | $237.38 | $51,049.25 |
| Nuttall, Brett A. | Associate | Regulatory | 2015 | $68,750.92 | 321.80 | 0 | $213.64 | $68,750.92 |
| O'Brien, Shelby L. | Associate | Appellate/Litigation | 2002 | $18,639.33 | 60.40 | 0 | $308.60 | $18,639.33 |

**Exhibit E**
**Summary of Total Fees Incurred and Hours Billed During the Fee Period of March 2015 - September 2016 (TCEH)**

| Paraprofessional Name | Position | Department | Number of Years in that Position | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Fees Billed In this Application at Final Application Billing Rate |
|---|---|---|---|---|---|---|---|---|
| Abernathy, Aundrea | Legal Assistant | Regulatory | 2 | $1,345.96 | 18.90 | 0 | $71.21 | $1,345.96 |
| Felle, Amanda | Legal Assistant | Appellate/Litigation | 1 | $759.63 | 16.00 | 0 | $47.48 | $759.63 |
| House, Toni | Legal Assistant | Regulatory | 7 | $1,267.63 | 17.80 | 0 | $71.22 | $1,267.63 |
| Lindsey, Laci | Paralegal | Appellate/Litigation | 2 | $3,545.08 | 39.30 | 0 | $90.21 | $3,545.08 |
| McCool, Cyd | Legal Assistant | Appellate/Litigation | 7 | $327.59 | 4.60 | 0 | $71.22 | $327.59 |
| Needles, Lynn | Legal Assistant | Regulatory | 2 | $3,774.39 | 53.00 | 0 | $71.21 | $3,774.39 |
| Spellman, Lou Ann | Legal Assistant | Appellate/Litigation | 1 | $142.42 | 2.00 | 0 | $71.21 | $142.42 |
| | | | | | | | | |
| | | | | | **6,765.25** | | | **2,307,195.48** |