# EXHIBIT F

**Summary of Actual and Necessary Expenses
For the Fee Period March 2015 – September 2016 (TCEH)**

# EXHIBIT F

## Summary of Actual and Necessary Expenses
## During the Fee Period March 2015 – September 2016 (TCEH)

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Airfare | Southwest Airlines; American Airlines | $7,286.54 |
| Standard Copies | In-House; TCEQ; Rainmaker; Albany County Clerk | $6,205.68 |
| Delivery/Messenger Service | FedEx; Corporate Couriers; Pro Courier | $3,651.70 |
| Filing Fees | Travis County District Clerk; Texas Public Utility Commission; Texas Commission on Environmental Quality | $228.25 |
| Fuel | Various | $74.03 |
| Hotel | Various hotels in Dallas and Forney | $5,898.17 |
| Travel Meals | Various | $282.26 |
| Parking | ABIA Airport Parking; Standard Parking | $532.87 |
| Postage | In-House | $154.56 |
| Rental Car | Silvercar, EAN Holdings, LLC | $426.17 |
| Taxi | Star Cab DFW; Yellow Cab DFW; Ambassador Cab; West End Cab DFW; Square Cab DFW; Uber | $517.89 |
| Tolls | Various | $13.12 |
| Court Reporter | Kennedy Reporting Service; Continental Court Reporters | $5,699.39 |
| Professional Services | Charles S. Griffey | $44,935.37 |
| Electronic Research | Pacer; Westlaw | $74.24 |
| Hearing Trial Exhibits | Miller Blueprint | $47.09 |
| Mileage | Various | $1,109.38 |
| | **Totals** | **$77,136.71** |