# EXHIBIT G

**Summary of Fees and Expenses by Matter**
**For the Fee Period March 2015 – September 2016 (TCEH)**

**Summary, by Matter Category, of Hours, Fees and Expenses
Incurred During the Fee Period March 2015 – September 2016 (TCEH)**

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested | Expenses | Total |
|---|---|---|---|---|---|
| **11001** | **Luminant** | **5,727.85** | **$2,057,195.50** | **$72,831.48** | **$2,130,026.98** |
| 5 | CREZ Related Matters | 1.30 | | | |
| 16 | General Representation | 1,004.20 | | $3,142.29 | |
| 22 | FERC | 3.40 | | | |
| 26 | Luminant ET Services | 10.70 | | $114.53 | |
| 27 | Rulemaking: General | 347.70 | | $821.29 | |
| 28 | Investigations: General | 90.20 | | $8.00 | |
| 41 | Laws & Regulations: Quarterly | 574.35 | | $58.89 | |
| 46 | NERC Compliance | 11.10 | | | |
| 47 | Appeal of PRR830 | 1.50 | | | |
| 49 | Nuclear Decommissioning Fund | 149.60 | | $625.72 | |
| 50 | Luminant's Annual Compliance | 60.60 | | $1,380.07 | |
| 56 | ERCOT-General | 2.40 | | | |
| 57 | Open Records Issues | 79.70 | | $820.12 | |
| 59 | Resource Adequacy | 60.90 | | $40.48 | |
| 71 | NextEra Decision | | | $4.19 | |
| 72 | General Environment | 62.50 | | $931.00 | |
| 76 | PUC Tracking | 14.20 | | | |
| 78 | NRG/Calphine Appeal | 19.20 | | $112.00 | |
| 79 | PREZ Issues | 51.10 | | $28.00 | |
| 80 | HIP CCNS | 688.80 | | $53,317.84 | |
| 81 | PUC Dkt 44672/Oncor | 4.70 | | $12.56 | |
| 82 | Project Longhorn | 438.10 | | $455.18 | |
| 83 | Bluebonnet-Three Oaks | 433.20 | | $1,040.43 | |
| 84 | Garland Project | 394.70 | | $2,771.34 | |
| 85 | City of Forney Annexation | 642.00 | | $1,782.66 | |
| 86 | PUC RFI – CT Ramp Rate 2016 | 106.10 | | $2,830.10 | |
| 87 | Water Rights | 40.90 | | $261.45 | |
| 88 | Luminant CT EOC Investigation | 397.30 | | $802.62 | |
| 89 | 2016 RRS NOV | 37.40 | | $1,470.72 | |

**Summary, by Matter Category, of Hours, Fees and Expenses
Incurred During the Fee Period March 2015 – September 2016 (TCEH)**

| | | | | | |
|---|---|---|---|---|---|
| **11002** | **TXU** | **980.30** | **$210,416.71** | **$3,893.84** | **$214,310.55** |
| 4 | General Transactional/Reg. | 79.70 | | $1,312.03 | |
| 63 | Product Development Counseling | 20.70 | | | |
| 64 | General Enforcement Risk | 6.60 | | $62.00 | |
| 65 | Operations Counseling | 194.10 | | $224.20 | |
| 66 | Legal Counseling Implementation | 4.20 | | | |
| 67 | Open Records Issues | 51.90 | | $32.97 | |
| 68 | Ambit Complaint | 59.20 | | | |
| 69 | Compliance Review | 289.30 | | $2,219.09 | |
| 70 | PHP 1295 Working Group | 35.20 | | | |
| 71 | Multi-State Review | 146.70 | | $43.55 | |
| 72 | Appearance in PUC Proceedings | 40.50 | | | |
| 73 | AP Gas & Electric Complaint | 52.20 | | | |
| | | | | | |
| **12050** | **4Change** | **57.10** | **$ 39,583.27** | **$ 411.39** | **$ 39,994.66** |
| | | | | | |
| **Totals:** | | **6,765.25** | **$ 2,307,195.48** | **$ 77,136.71** | **$2,384,332.19** |