# EXHIBIT I

**Detailed Description of Expenses and Disbursements
For the Period March 2015 – September 2016 (TCEH)**

**EXHIBIT I**

**Detailed Description of Expenses and Disbursements**
**Incurred During the Fee Period March 2015 - September 2016 (TCEH)**

## AIRFARE

| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 3467 | 11001 16 | 3/3/2015 | Rasmussen, Kirk | Airfare | 468.2 | 1 | $468.20 | Airfare to Dallas for meetings on 2/17/15 |
| 3467 | 11001 16 | 3/10/2015 | Rasmussen, Kirk | Airfare | 412.2 | 1 | $412.20 | Airfare to Dallas to attend meeting on 3/10/15 |
| 3558 | 11001 16 | 4/21/2015 | Rasmussen, Kirk | Airfare | 235.5 | 1 | $235.00 | Airfare to Dallas for meetings on 4/1/15 (Original amount of $470.00 was split between Luminant & another client) |
| 3558 | 11001 50 | 4/14/2015 | Jolly, Emily | Airfare | 442 | 1 | $442.00 | Airfare to Dallas to attend meeting on 4/15/15 |
| 3558 | 11001 50 | 4/21/2015 | Rasmussen, Kirk | Airfare | 414 | 1 | $414.00 | Airfare to Dallas to attend meeting on 4/15/15 |
| 3662 | 11002 69 | 4/30/2015 | Kimbrough, Mandy Hanlon, Michelle | Airfare | 530.61 | 2 | $1,061.21 | Airfare to Dallas to attend compliance review meeting on 5/6/15 (*Includes $37.98 trip insurance - no receipt available*) |
| 3626 | 11001 16 | 5/21/2015 | Rasmussen, Kirk | Airfare | 394 | 1 | $394.00 | Airfare to Dallas for meeting on 5/5/15 |
| 3626 | 11001 16 | 5/21/2015 | Rasmussen, Kirk | Airfare | 394 | 1 | $394.00 | Airfare to Dallas for meeting on 5/12/15 |
| 3662 | 11002 69 | 5/26/2015 | Kimbrough, Mandy Hanlon, Michelle | Airfare | 371.6 371.61 | 1 1 | $743.21 | Airfare to Dallas to attend meeting on 5/26/15 (*Includes $37.98 trip insurance - no receipt available*) |
| 3956 | 11001 80 | 7/1/2015 | Jolly, Emily | Airfare | 428.2 | 1 | $428.20 | Airfare to Dallas for client meeting on 7/1/15 (*Includes $18.20 trip insurance - no receipt available*) |

| 3956 | 11001 80 | 7/20/2015 | Rasmussen, Kirk | Airfare | 410 | 1 | $410.00 | Airfare to Dallas for client meeting on 7/1/15 |
|---|---|---|---|---|---|---|---|---|
| 3956 | 11001 72 | 7/31/2015 | Vay, John | Airfare | 428.2 | 1 | $428.20 | Airfare to Dallas to attend meeting with client to discuss memorandum concerning Dallas water rights and non-residential, real property lease agreement rejection. |
| 3956 | 11001 72 | 7/31/2015 | Kever, Andy | Airfare | 428.2 | 1 | $428.20 | Airfare to Dallas for client meeting on 7/31/15 |
| | | | | | | | | |
| 4139 | 11001 50 | 10/28/2015 | Rasmussen,   Kirk | Airfare | 393.96 | 1 | $393.96 | Reimbursement for travel expenses to Dallas to attend annual compliance training on 10/28/15 |
| | | | | | | | | |
| 4224 | 11002 65 | 11/19/2015 | Kimbrough, Mandy | Airfare | 224.2 | 1 | $224.20 | Reimbursement for airfare to Dallas to attend client meeting on 11/19/15 |
| | | | | | | | | |
| 4396 | 11001 83 | 1/5/2016 | Rasmussen, Kirk | Airfare | 409.96 | 1 | $409.96 | Reimbursement for airfare for client meeting in Dallas on 1/5/16 |
| | | | | | | | | |
| | | | | | | **TOTAL AIRFARE EXPENSE:** | **$7,286.54** | |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I

Page 3 of 279

## COPY EXPENSE

| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 3467 | 11001 16 | 3/31/2015 | Various | Copies | 0.13 | 18 | $2.34 | Copies for the month of March 2015 |
| 3467 | 11001 59 | 3/31/2015 | Various | Copies | 0.13 | 96 | $12.48 | Copies for the month of March 2015 |
| 3468 | 11002 4 | 3/31/2015 | Various | Copies | 0.13 | 225 | $29.25 | Copies for the month of March 2015 |
| | | | | | | | | |
| 3558 | 11001 16 | 4/30/2015 | Various | Copies | 0.13 | 26 | $3.38 | Copies for the month of April 2015 |
| 3559 | 11002 4 | 4/30/2015 | Various | Copies | 0.13 | 9 | $1.17 | Copies for the month of April 2015 |
| | | | | | | | | |
| 3626 | 11001 16 | 5/31/2015 | Various | Copies | 0.13 | 273 | $35.49 | Copies for the month of May 2015 |
| 3626 | 11001 67 | 5/31/2015 | Various | Copies | 0.13 | 181 | $23.53 | Copies for the month of May 2015 |
| 3662 | 11002 4 | 5/31/2015 | Various | Copies | 0.13 | 230 | $29.90 | Copies for the month of May 2015 |
| | | | | | | | | |
| 3695 | 11001 16 | 6/30/2015 | Various | Copies | 0.13 | 889 | $115.57 | Copies for the month of June 2015 |
| 3695 | 11001 49 | 6/30/2015 | Various | Copies | 0.13 | 3,420 | $444.60 | Copies for the month of June 2015 |
| 3690 | 11002 4 | 6/30/2015 | Various | Copies | 0.13 | 104 | $13.52 | Copies for the month of June 2015 |
| | | | | | | | | |
| 3956 | 11001 16 | 7/31/2015 | Various | Copies | 0.13 | 138 | $17.94 | Copies for the month of July 2015 |
| 3956 | 11001 27 | 7/31/2015 | Various | Copies | 0.13 | 252 | $32.76 | Copies for the month of July 2015 |
| 3956 | 11001 49 | 7/31/2015 | Various | Copies | 0.13 | 24 | $3.12 | Copies for the month of July 2015 |
| 3956 | 11001 80 | 7/31/2015 | Various | Copies | 0.13 | 8,033 | $1,044.29 | Copies for the month of July 2015 |
| 3955 | 11002 4 | 7/31/2015 | Various | Copies | 0.13 | 336 | $43.68 | Copies for the month of July 2015 |
| | | | | | | | | |
| 3940 | 11001 16 | 8/30/2015 | Various | Copies | 0.13 | 152 | $19.76 | Copies for the month of August 2015 |
| 3940 | 11001 26 | 8/30/2015 | Various | Copies | 0.13 | 24 | $3.12 | Copies for the month of August 2015 |
| 3940 | 11001 80 | 8/31/2015 | Various | Copies | 0.13 | 11,214 | $1,457.82 | Copies for the month of August 2015 |
| 3940 | 11001 80 | 8/31/2015 | Various | Copies | 0.13 | 63 | $8.19 | Copies for the month of August 2015 |
| 3936 | 11002 4 | 8/31/2015 | Various | Copies | 0.13 | 41 | $5.33 | Copies for the month of August 2015 |
| 3984 | 11002 4 | 8/31/2015 | Various | Copies | 0.13 | 584 | $75.92 | Copies for the month of August 2015 |
| | | | | | | | | |
| | | | | | | | | |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 4 of 279

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4030 | 11001 16 | 9/30/2015 | Various | Copies | 0.13 | 49 | $6.37 | Copies for the month of September 2015 |
| 4030 | 11001 80 | 9/30/2015 | Various | Copies | 0.13 | 1,079 | $140.27 | Copies for the month of September 2015 |
| | | | | | | | | |
| 4100 | 11002 04 | 10/31/2015 | Various | Copies | 0.13 | 133 | $17.29 | Copies for the month of October 2015 |
| | | | | | | | | |
| 4318 | 11001 41 | 12/31/2015 | Various | Copies | 0.13 | 195 | $25.35 | Copies for the month of December 2015 |
| 4318 | 11001 82 | 12/31/2015 | Various | Copies | 0.13 | 53 | $6.89 | Copies for the month of December 2015 |
| | | | | | | | | |
| 4396 | 11001 16 | 1/31/2016 | Various | Copies | 0.13 | 102 | $13.26 | Copies for the month of January 2016 |
| 4396 | 11001 26 | 1/31/2016 | Various | Copies | 0.13 | 9 | $1.17 | Copies for the month of January 2016 |
| 4396 | 11001 27 | 1/31/2016 | Various | Copies | 0.13 | 891 | $115.83 | Copies for the month of January 2016 |
| 4396 | 11001 41 | 1/31/2016 | Various | Copies | 0.13 | 258 | $33.54 | Copies for the month of January 2016 |
| 4396 | 11001 80 | 1/31/2016 | Various | Copies | 0.13 | 1195 | $155.35 | Copies for the month of January 2016 |
| 4396 | 11001 82 | 1/31/2016 | Various | Copies | 0.13 | 742 | $96.46 | Copies for the month of January 2016 |
| 4403 | 11002 4 | 1/31/2016 | Various | Copies | 0.13 | 150 | $19.50 | Copies for the month of January 2016 |
| 4402 | 12050 2 | 1/31/2016 | Various | Copies | 0.13 | 8 | $1.04 | Copies for the month of January 2016 |
| | | | | | | | | |
| 4450 | 11001 16 | 2/29/2016 | Various | Copies | 0.13 | 114 | $14.82 | Copies for the month of February 2016 |
| 4450 | 11001 26 | 2/29/2016 | Various | Copies | 0.13 | 30 | $3.90 | Copies for the month of February 2016 |
| 4450 | 11001 82 | 2/29/2016 | Various | Copies | 0.13 | 117 | $15.21 | Copies for the month of February 2016 |
| 4448 | 11002 4 | 2/29/2016 | Various | Copies | 0.13 | 36 | $4.68 | Copies for the month of February 2016 |
| 4449 | 12050 2 | 2/29/2016 | Various | Copies | 0.13 | 63 | $8.19 | Copies for the month of February 2016 |
| | | | | | | | | |
| 4578 | 11001 27 | 3/31/2016 | Various | Copies | 0.13 | 281 | $36.53 | Copies for the month of March 2016 |
| 4578 | 11001 84 | 3/31/2016 | Various | Copies | 0.13 | 1398 | $181.74 | Copies for the month of March 2016 |
| 4577 | 11002 4 | 3/31/2016 | Various | Copies | 0.13 | 17 | $2.21 | Copies for the month of March 2016 |
| 4575 | 12050 2 | 3/31/2016 | Various | Copies | 0.13 | 4 | $0.52 | Copies for the month of March 2016 |
| | | | | | | | | |
| 4945 | 11001 27 | 4/30/2016 | Various | Copies | 0.13 | 143 | $18.59 | Copies for the month of April 2016 |
| 4945 | 11001 82 | 4/30/2016 | Various | Copies | 0.13 | 453 | $58.89 | Copies for the month of April 2016 |
| 4945 | 11001 83 | 4/30/2016 | Various | Copies | 0.13 | 125 | $16.38 | Copies for the month of April 2016 |
| 4945 | 11001 84 | 4/30/2016 | Various | Copies | 0.13 | 1222 | $158.86 | Copies for the month of April 2016 |
| 4844 | 11002 4 | 4/30/2016 | Various | Copies | 0.13 | 558 | $72.54 | Copies for the month of April 2016 |
| | | | | | | | | |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 5 of 279

| | | | | | | | | |
|---|---|---|---|---|---|---|---:|---|
| 4839 | 11001 26 | 5/31/2016 | Various | Copies | 0.13 | 33 | $4.29 | Copies for the month of May 2016 |
| 4839 | 11001 27 | 5/31/2016 | Various | Copies | 0.13 | 13 | $1.69 | Copies for the month of May 2016 |
| 4839 | 11001 49 | 5/31/2016 | Various | Copies | 0.13 | 24 | $3.12 | Copies for the month of May 2016 |
| 4839 | 11001 83 | 4/30/2016 | Various | Copies | 0.13 | 104 | $13.52 | Copies for the month of May 2016 |
| 4839 | 11001 84 | 5/31/2016 | Various | Copies | 0.13 | 2525 | $328.25 | Copies for the month of May 2016 |
| 4838 | 11002 4 | 5/31/2016 | Various | Copies | 0.13 | 258 | $33.54 | Copies for the month of May 2016 |
| 4836 | 12050 2 | 5/31/2016 | Various | Copies | 0.13 | 36 | $4.68 | Copies for the month of May 2016 |
| | | | | | | | | |
| 4931 | 11001 57 | 6/17/2016 | Johnson, Rod | Copies | 103.6 | 1 | $103.60 | Tx Commission on Environmental Equality copies of documents (736 pages @ $.10/page) plus staff time for PIR No. 27734 |
| 4931 | 11001 57 | 6/20/2016 | Johnson, Rod | Copies | 491.8 | 1 | $491.80 | Rainmaker Document Technologies – copies of documents, bates-labelling and 3 CDs. (Invoice #37630) |
| 4931 | 11001 57 | 6/30/2016 | Various | Copies | 0.13 | 736 | $95.68 | Copies for the month of June 2016 |
| 4931 | 11001 83 | 6/30/2016 | Various | Copies | 0.13 | 441 | $57.33 | Copies for the month of June 2016 |
| 4931 | 11001 84 | 6/30/2016 | Various | Copies | 0.13 | 442 | $57.46 | Copies for the month of June 2016 |
| 4932 | 11002 71 | 6/30/2016 | Kimbrough, Mandy | Copies | 43.55 | 1 | $43.55 | Copies of court documents from Albany County Clerk |
| | | | | | | | | |
| 5226 | 11001 26 | 8/31/2016 | Various | Copies | 0.13 | 48 | $6.24 | Copies for the month of August 2016 |
| 5226 | 11001 27 | 8/31/2016 | Various | Copies | 0.13 | 234 | $30.42 | Copies for the month of August 2016 |
| 5226 | 11001 83 | 8/31/2016 | Various | Copies | 0.13 | 54 | $7.02 | Copies for the month of August 2016 |
| 5226 | 11001 84 | 8/31/2016 | Various | Copies | 0.13 | 548 | $71.24 | Copies for the month of August 2016 |
| 5111 | 11001 87 | 8/31/2016 | Various | Copies | 0.13 | 182 | $23.66 | Copies for the month of August 2016 |
| 5119 | 11002 4 | 8/31/2016 | Various | Copies | 0.13 | 890 | $115.70 | Copies for the month of August 2016 |
| 5118 | 12050 2 | 8/31/2016 | Various | Copies | 0.13 | 459 | $59.67 | Copies for the month of August 2016 |
| | | | | | | | | |
| 5252 | 11001 83 | 9/30/2016 | Various | Copies | 0.13 | 36 | $4.68 | Copies for the month of September 2016 |
| | | | | | | | | |
| | | | | | **TOTAL COPY EXPENSE:** | | **$6,205.68** | |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 6 of 279

## DELIVERY/MESSENGER SERVICE

| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 3467 | 11001 16 | 3/25/2015 | Rasmussen, Kirk | Delivery/ Messenger Service | 14 | 1 | $14.00 | Pick up documents from EFH and deliver to Enoch Kever (Corporate Couriers; Invoice #36601) |
| 3467 | 11001 16 | 3/30/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 7 | 1 | $7.00 | Hand delivery of Project 37276 filings to the PUC and return file-stamped copies (Original amount of $28.00 was split three ways on 11001.16, 11001.26 & 12050.2) (Corporate Couriers; Invoice #36601) |
| 3467 | 11001 26 | 3/30/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 7 | 1 | $7.00 | Hand delivery of Project 37276 filings to the PUC and return file-stamped copies (Original amount of $28.00 was split three ways on 11001.16, 11001.26 & 12050.2) (Corporate Couriers; Invoice #36601) |
| 3467 | 11001 59 | 3/27/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand delivery Comments to the PUC and return file-stamped copies (Corporate Couriers; Invoice #36601) |
| 3468 | 11002 4 | 3/4/2015 | Abernathy, Aundrea | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand delivery filing to the PUC and return file-stamped copies (Corporate Couriers; Invoice #36398) |
| 3468 | 11002 4 | 3/12/2015 | Abernathy, Aundrea | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand delivery filing to the PUC and return file-stamped copies (Corporate Couriers; Invoice #36398) |
| 3465 | 12050 2 | 3/10/2015 | Abernathy, Aundrea | Delivery/ Messenger Service | 14 | 1 | $14.00 | Hand deliver filing to the PUC (Corporate Couriers; Invoice #36398) |
| 3465 | 12050 2 | 3/30/2015 | Abernathy, Aundrea | Delivery/ Messenger Service | 7 | 1 | $7.00 | Hand delivery of Project 37276 filings to the PUC and return file-stamped copies (Original amount of $28.00 was split three ways on 11001.16, 11001.26 & 12050.2)(Corporate Couriers; Invoice 36601) |

| 3558 | 11001 79 | 4/15/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand deliver documents regarding 42631 comments to PUC and return file-stamped copies (Corporate Couriers; Invoice #36791) |
|------|----------|-----------|------------------|-----------------------------|-----|-----|--------|--------|
| 3559 | 11002 4 | 4/24/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand deliver documents to PUC for filing and return of file-stamped copies (Corporate Couriers; Invoice #36976) |
| 3559 | 11002 4 | 4/27/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 33.3 | 1 | $33.30 | Hand deliver documents to PUC for filing and return of file-stamped copies (Corporate Couriers; Invoice #36976) *Incorrectly billed $33.30 - correct amount should be $29.96)* [1] |
| 3626 | 11001 16 | 5/7/2015 | Rasmussen, Kirk | Delivery/  Messenger Service | 10 | 1 | $10.00 | Hand delivery to EFH (Corporate Couriers; Invoice #37167) |
| 3622 | 11002 4 | 5/6/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 14 | 0.5 | $7.00 | Hand deliver Responses to RFIs to PUC for filing (Original amount of $14.00 was split two ways on 11002.4 & 12050.2) (Corporate Couriers; Invoice #37167) |
| 3622 | 11002 4 | 5/6/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 54.53 | 0.5 | $27.26 | FedEx overnight delivery to John Munn at TXU Energy (Original amount of $54.53 was split two ways on 11002.4 & 12050.2) |
| 3623 | 12050 2 | 5/6/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 14 | 0.5 | $7.00 | Hand deliver Responses to RFIs to PUC for filing (Original amount of $14.00 was split two ways on 11002.4 & 12050.2) (Corporate Couriers; Invoice #37167) |
| 3623 | 12050 2 | 5/6/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 27.25 | 1 | $27.25 | FedEx overnight delivery to John Munn at TXU Energy (Original amount of $54.53 was split two ways on 11002.4 & 12050.2) |
| 3626 | 11001 49 | 5/13/2015 | Rasmussen, Kirk | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand deliver Annual Report to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #37167) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 3626 | 11001 16 | 5/15/2015 | Rasmussen, Kirk | Delivery/ Messenger Service | 9.33 | 1 | $9.33 | Hand deliver documents to PUC for filing and return of file-stamped copies (Original amount of $28.00 was split three ways on 11001.16, 11002.4, &12050.2)(Corporate Couriers; Invoice #37167) |
| 3662 | 11002 4 | 5/15/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 9.33 | 1 | $9.33 | Hand deliver filing to PUC and return file-stamped copy (Original amount of $28.00 was split three ways on 11001.16, 11002.4, & 12050.2) (Corporate Couriers; Invoice #37167) |
| 3623 | 12050 2 | 5/15/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 9.34 | 1 | $9.34 | Hand deliver filing to PUC and return file-stamped copy (Original amount of $28.00 was split three ways on 11001.16, 11002.4, & 12050.2) (Corporate Couriers; Invoice #37167) |
| 3623 | 12050 2 | 5/20/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 15.26 | 1 | $15.26 | Hand deliver Letter of Credit Amendment to PUC for filing and return file-stamped copies (Corporate Couriers; Invoice #37352) |
| 3662 | 11002 4 | 5/26/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand deliver Statement of Position to the PUC for filing and return file-stamped copy (Corporate Couriers; Invoice #37352) |
| 3626 | 11001 80 | 5/27/2015 | Jolly, Emily | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand deliver Motion to Intervene to PUC for filing and return file-stamped copies (Corporate Couriers; Invoice #37352) |
| 3690 | 11002 4 | 6/4/2015 | Abernathy, Aundrea | Delivery/ Messenger Service | 30.8 | 1 | $30.80 | Hand deliver Position Statement to the PUC to file original and copies and return stamped copies (Corporate Couriers; Invoice #37555) |
| 3690 | 11002 4 | 6/11/2015 | Abernathy, Aundrea | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand deliver Motion to Intervene (Dkt. 44785) to the PUC to file original and copies and return file-stamped copies (Corporate Couriers; Invoice #37555) |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 9 of 279

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 3695 | 11001 49 | 6/16/2015 | Rasmussen, Kirk | Delivery/ Messenger Service | 28 | 1 | | $28.00 | Hand deliver Luminant's Annual Report on Nuclear Decommissioning Funds to the PUC and return file stamped copies (Corporate Couriers; Invoice #37757) |
| 3695 | 11001 80 | 6/29/2015 | Jolly, Emily | Delivery/ Messenger Service | 28 | 1 | | $28.00 | Hand deliver Protective Order Certifications to the PUC and return of file-stamped copies (Corporate Couriers; Invoice #37757) |
| 3695 | 11001 16 | 6/29/2015 | Abernathy, Aundrea | Delivery/  Messenger Service | 28 | 1 | | $28.00 | Hand deliver Registration Form for Power Generation Companies and Self Generators to the PUC and return of file-stamped copies (Corporate Couriers; Invoice #37757) |
| 3690 | 11002 4 | 6/29/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 28 | 1 | | $28.00 | Hand deliver Motion to Intervene (Dkt 44771) to the PUC to file original and copies and return file-stamped copies (Corporate Couriers; Invoice #37757) |
| 3695 | 11001 80 | 6/30/2015 | Jolly, Emily | Delivery/ Messenger Service | 28 | 1 | | $28.00 | Hand deliver Protective Order Certifications to the PUC and return of file-stamped copies (Corporate Couriers; Invoice #37757) |
| 3695 | 11001 80 | 6/30/2015 | Jolly, Emily | Delivery/ Messenger Service | 28 | 1 | | $28.00 | Second hand delivery of Protective Order Certifications to the PUC and return of file-stamped copies (Corporate Couriers; Invoice #37757) |
| | | | | | | | | |
| 3956 | 11001 49 | 7/17/2015 | Abernathy, Aundrea | Delivery/ Messenger Service | 31.08 | 1 | | $31.08 | Hand deliver Affidavit (Dkt. 44845) to the PUC and return of file-stamped copies (Corporate Couriers; Invoice #38145) |
| 3956 | 11001 16 | 7/20/2015 | Kimbrough, Mandy | Delivery/  Messenger Service | 28 | 1 | | $28.00 | Hand deliver Amendment form to voluntarily relinquish PCG Registration for Valley NG Power Company LLC (Dkt. 44902)to the PUC and return of file-stamped copies on 7/14/15 (Corporate Couriers; Invoice #37948) |

| 3956 | 11001 16 | 7/20/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand deliver Affidavit (Dkt. 44727) to the PUC and return of file-stamped copies on 7/1/15 (Corporate Couriers; Invoice #37948) |
| 3956 | 11001 16 | 7/20/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand deliver Request to Withdraw PCG Registration for Valley NG Power Company LLC (Dkt. 44902) to the PUC and return of file-stamped copies on 7/2/15 (Corporate Couriers; Invoice #37948) |
| 3956 | 11001 27 | 7/20/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand deliver Comments (Dkt. 44650) to the PUC and return of file-stamped copies on 7/6/15 (Corporate Couriers; Invoice #37948) |
| 3955 | 11002 4 | 7/20/2015 | Abernathy, Aundrea | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand deliver Motions and Comments to the PUC and return file-stamped copies on 7/1/15 (Corporate Couriers; Invoice #37948) |
| 3956 | 11001 80 | 7/22/2015 | Jolly, Emily | Delivery/ Messenger Service | 14 | 1 | $14.00 | Hand deliver supplemental filing to the PUC (Corporate Couriers; Invoice #38145) |
| 3956 | 11001 80 | 7/22/2015 | Jolly, Emily | Delivery/ Messenger Service | 31.08 | 1 | $31.08 | Hand deliver copies of Griffey direct testimony, exhibits, and workpapers; return of file-stamped copies (Corporate Couriers; Invoice #38145) |
| 3956 | 11001 80 | 7/22/2015 | Jolly, Emily | Delivery/ Messenger Service | 52.08 | 1 | $52.08 | Hand deliver copies of Griffey direct testimony, exhibits, and workpapers; return of file-stamped copies (Corporate Couriers; Invoice #38145) |
| 3956 | 11001 80 | 7/24/2015 | Jolly, Emily | Delivery/ Messenger Service | 10 | 1 | $10.00 | Pick up package from Husch Blackwell and deliver to Enoch Kever (Corporate Couriers; Invoice #38145) |
| 3955 | 11002 4 | 7/28/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand deliver Motion to Intervene to the PUC and return file-stamped copies (Corporate Couriers; Invoice #38145) |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I

Page 11 of 279

| 3956 | 11001 80 | 7/29/2015 | Jolly, Emily | Delivery/ Messenger Service | 28 | 2 | $56.00 | Hand deliver protective certifications to the PUC and return file-stamped copies (Corporate Couriers; Invoice #38145) |
| 3955 | 11002 4 | 7/30/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand deliver Motion to Intervene and comments to the PUC and return file-stamped copies on 7/21/16 (Pro Couriers; Invoice #40315) |
| 3940 | 11001 80 | 8/6/2015 | Jolly, Emily | Delivery/Messenger Service | 21.81 | 1 | $21.81 | FedEx delivery of flash drive to Rob Lane at Luminant on 8/6/15 |
| 3940 | 11001 80 | 8/14/2015 | Jolly, Emily | Delivery/Messenger Service | 33.3 | 1 | $33.30 | Hand deliver documents to the PUC for Dkts. 44547 and 44649 and return file-stamped copies on 8/5/15 (Pro Courier; Invoice #40355) |
| 3940 | 11001 80 | 8/14/2015 | Rasmussen, Kirk | Delivery/Messenger Service | 36.96 | 1 | $36.96 | Hand deliver documents to the PUC for Dkts. 44547 and 44649 and return file-stamped copies on 8/4/15 (Pro Courier; Invoice #40355) |
| 3940 | 11001 16 | 8/20/2015 | House, Toni | Delivery/ Messenger Service | 14.26 | 1 | $14.26 | Hand deliver confidential envelope (Dkt. 44357) to the PUC on 8/11/15 (Pro Courier; Invoice #40384) |
| 3940 | 11001 80 | 8/20/2015 | Jolly, Emily | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand deliver documents to the PUC for Dkts. 44547 and 44649 and return file-stamped copies on 8/10/15 (Pro Courier; Invoice #40384) |
| 3936 | 11002 4 | 8/20/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 28.53 | 1 | $28.53 | Hand delivery filing to the PUC in Dkt. 43614 and return file-stamped copies on 8/13/15 (Pro Courier; Invoice #40384) |
| 3940 | 11001 26 | 8/27/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 28.53 | 0.5 | $14.27 | Hand deliver confidential envelope (Dkt. 36141) to the PUC and return of file-stamped copies on 8/14/15 (Original amount of $28.53 was split two ways on 11001.26 & 12050.2) (Pro Courier; Invoice #40384) |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I

Page 12 of 279

| 3940 | 11001 80 | 8/28/2015 | Jolly, Emily | Delivery/ Messenger Service | 28.53 | 1 | $28.53 | Hand deliver filing to the PUC and return file-stamped copies on 8/25/15 (Pro Courier; Invoice #40424) |
| 3940 | 11001 80 | 8/28/2015 | Jolly, Emily | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand deliver filing to the PUC and return file-stamped copies on 8/24/15 (Pro Courier; Invoice #40424) |
| 3940 | 11001 80 | 8/31/2015 | Jolly, Emily | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand deliver documents to the PUC for Dkts. 44547 and 44649 and return file-stamped copies on 8/19/15 |
| 3936 | 11002 4 | 8/31/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 14.26 | 1 | $14.26 | Hand delivery filing to the PUC in Dkt. 37919 and return file-stamped copies on 8/18/15 (Pro Courier; Invoice #40403) |
| 3936 | 11002 4 | 8/31/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 33.3 | 1 | $33.30 | Hand delivery filing to the PUC in Dkt. 44955 and return file-stamped copies on 8/20/15 (Pro Courier; Invoice #40403) |
| 3984 | 12050 2 | 8/31/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 28.53 | 0.5 | $14.26 | Hand delivery filing to the PUC in Dkt. 36141 and return file-stamped copies on 8/14/15 (Original amount of $28.53 was split two ways on 11001.26 & 12050.2)(Pro Courier; Invoice #40384) |
| 3984 | 12050 2 | 8/31/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 18.48 | 1 | $18.48 | Hand delivery confidential envelopes to the PUC and return file-stamped copies on 8/10/15 (Pro Courier; Invoice #40384) |
| 3984 | 12050 2 | 8/31/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 14.26 | 1 | $14.26 | Hand delivery confidential envelopes to the PUC and return file-stamped copies on 8/12/15 (Pro Courier; Invoice #40384) |
| 4030 | 11001 16 | 9/16/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand deliver filing to the PUC on 9/8/15and return file-stamped copy (Pro Courier; Invoice #40465) |
| 4030 | 11001 49 | 9/16/2015 | Rasmussen, Kirk | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand deliver filing to the PUC on 9/8/15 for Dkt. 44845; return file-stamped copy (Pro Courier; Invoice #40465) |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 4030 | 10001 80 | 9/16/2015 | Jolly, Emily | Delivery/ Messenger Service | 14 | 1 | $14.00 | Hand deliver filing on 9/14/15 of check for Enoch Kever's portion to Thompson Knight for transcripts (Corporate Couriers; Invoice #38752) |
| 4030 | 10001 80 | 9/23/2015 | Jolly, Emily | Delivery/ Messenger Service | 36.96 | 0.5 | $18.48 | Hand deliver filing to the PUC on 9/23/15 for Dkt. 44547 and Dkt. 44649 and return file-stamped copy (Original amount of $36.96 was split two ways with Luminant and another client.)(Pro Courier; Invoice #40511) |
| 4030 | 10001 80 | 9/23/2015 | Jolly, Emily | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand deliver filing to the PUC on 9/16/15 for Dkt. 44547 and Dkt. 44649 and return file-stamped copy (Pro Courier; Invoice #40485) |
| 4031 | 11002 04 | 9/22/2015 | McCool, Cyd | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand deliver filing to the PUC on 9/22/15 for Dkt. 44620 and return file-stamped copy (Pro Courier; Invoice #40511) |
| 4139 | 11001 16 | 10/2/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 16.65 | 1 | $16.65 | Hand deliver filing to the PUC on 10/15/15 for Dkt. 37919 (Pro Courier Invoice #40587) |
| 4100 | 11002 4 | 10/2/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand delivery of filing to the PUC in Dkt. 44518 and return of file-stamped copy (Pro Courier Invoice #40539) |
| 4100 | 11002 04 | 10/26/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand deliver filing to the PUC in Dkt. 45078 and return file-stamped copy (Pro Courier Invoice #40645) |
| 4001 | 12050 2 | 10/30/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 14.26 | 1 | $14.26 | Hand deliver confidential filings to the PUC on 10/26/15 for Dkt. 37919 (Pro Courier Invoice #40645) |
| 4225 | 11001 26 | 11/13/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 33.3 | 0.5 | $16.15 | Hand deliver filing to the PUC on 11/13/15 for Dkt. 36141 (Pro Courier Invoice #40685) (Original amount of $33.30 was split two ways on 11001.26 & 11002.4) |

EXHIBIT I
Page 14 of 279

DETAILED DESCRIPTION OF EXPENSES

| 4225 | 11001 27 | 11/6/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand deliver filing to the PUC on 11/6/15 for Dkt. 45124 and return file-stamped copy (Pro Courier Invoice #40666) |
| 4225 | 11001 27 | 11/30/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 20 | 1 | $20.00 | Hand deliver filing to the PUC on 11/19/15 in Dkt. 45124 and return file-stamped copy (Corporate Couriers Invoice #39748) |
| 4225 | 11001 80 | 11/20/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 36.96 | 1 | $36.96 | Hand deliver filing to the PUC on 11/18/15 in Dkts. 44547 and 44649 and return file-stamped copies (Pro Courier Invoice #40705) |
| 4224 | 11002 4 | 11/13/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 33.3 | 0.5 | $16.15 | Hand deliver filing to the PUC on 11/13/15 in Dkt. 36141 and return file-stamped copy Original amount of $33.30 was split two ways on 11001.26 & 11002.4) (Pro Courier Invoice #40685) |
| 4224 | 11002 4 | 11/24/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 16 | 1 | $16.00 | Hand deliver filing to the PUC on 11/24/15 in Project 43994 and return file-stamped copy (Corporate Couriers Invoice #39748) |
| 4141 | 12050 02 | 11/20/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 28.53 | 1 | $28.53 | Hand deliver filing to the PUC on 11/16/15 in Dkt. 36141 and return file-stamped copy (Pro Couriers Invoice #40705) |
| 4318 | 11001 16 | 12/15/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 16 | 1 | $16.00 | Hand deliver EOP Compliance Review filing to the PUC on 12/1/15 and return file-stamped copy (Corporate Courier Invoice #39939) |
| 4318 | 11001 82 | 12/15/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 24 | 1 | $24.00 | Hand deliver PURA 39.158 application filing to the PUC on 12/10/15 and return file-stamped copy (Corporate Courier Invoice #39939) |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 15 of 279

| 4308 | 11002 4 | 12/31/2015 | Kimbrough, Mandy | Delivery/ Messenger Service | 16 | 1 | $16.00 | Hand deliver POLR EFLs filing to the PUC on 12/21/15 and return file-stamped copy (Corporate Courier Invoice #40137) |
|------|---------|------------|------------------|-----------------------------|-----|---|--------|-----|
| 4578 | 11001 16 | 2/29/2016 | Jolly, Emily | Delivery/ Messenger Service | 18 | 1 | $18.00 | Hand-deliver PGC Generating Capacity Report in Project 45124 to PUC for filing and return of file-stamped copy on 2/29/16 (Corporate Couriers; Invoice #40940) |
| 4578 | 11001 26 | 2/12/2016 | Jolly, Emily | Delivery/ Messenger Service | 8 | 1 | $8.00 | Pick up documents from EFH and deliver to Enoch Kever on 2/12/16 (Corporate Couriers; Invoice #40735) |
| 4578 | 11001 26 | 2/12/2016 | Jolly, Emily | Delivery/ Messenger Service | 5 | 1 | $5.00 | Hand-deliver 2015 Fourth Quarter Report to PUC for filing and return of file-stamped copy on 2/12/16 (Corporate Couriers; Invoice #40735) |
| 4578 | 11001 27 | 3/11/2016 | Jolly, Emily | Delivery/ Messenger Service | 24 | 1 | $24.00 | Hand-deliver filing to PUC and return file-stamped copy on 3/11/16 (Corporate Couriers; Invoice #41149) |
| 4578 | 11001 27 | 3/28/2016 | Jolly, Emily | Delivery/ Messenger Service | 24 | 1 | $24.00 | Hand-deliver Comments in Project 45124 to PUC for filing and return of file-stamped copy on 3/28/16 (Corporate Couriers; Invoice #41374) |
| 4578 | 11001 82 | 2/22/2016 | Moore, Bill | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand-deliver Joint Proposed Order in Dkt 45429 to PUC for filing and return of file-stamped copy on 2/22/16 (Corporate Couriers; Invoice #40940) |
| 4578 | 11001 82 | 2/23/2016 | Moore, Bill | Delivery/ Messenger Service | 16 | 1 | $16.00 | Hand-deliver letter to the ALJs in Dkt 45429 to PUC for filing and return of file-stamped copy on 2/23/16 (Corporate Couriers; Invoice #40940) |
| 4578 | 11001 84 | 3/10/2016 | Jolly, Emily | Delivery/ Messenger Service | 16 | 1 | $16.00 | Hand-deliver Motion to Intervene in Dkt 45624 to PUC for filing and return of file-stamped copy on 3/10/16 (Corporate Couriers; Invoice #41149) |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I

| 4578 | 11001 84 | 3/28/2016 | Jolly, Emily | Delivery/ Messenger Service | 18 | 1 | $18.00 | Hand-deliver Protective Order Certifications in Dkt 45624 to PUC for filing and return of file-stamped copy on 3/24/16 (Corporate Couriers; Invoice #41374) |
| 4577 | 11002 4 | 2/12/2016 | Jolly, Emily | Delivery/ Messenger Service | 20 | 1 | $20.00 | Hand-deliver 2015 Fourth Quarter Report to PUC for filing and return of file-stamped copy on 2/12/16 (Corporate Couriers; Invoice #40735) |
| 4577 | 11002 4 | 3/1/2016 | Jolly, Emily | Delivery/ Messenger Service | 20 | 1 | $20.00 | Hand-deliver 2015 REP Annual Report to PUC for filing and return of file-stamped copy on 3/1/16 (Corporate Couriers; Invoice #41149) |
| 4577 | 11002 4 | 3/9/2016 | Jolly, Emily | Delivery/ Messenger Service | 16 | 1 | $16.00 | Hand-deliver POLR EFL in Project 42201 to PUC for filing and return of file-stamped copy on 3/9/16 (Corporate Couriers; Invoice #41149) |
| 4575 | 12050 2 | 2/12/2016 | Jolly, Emily | Delivery/ Messenger Service | 5 | 1 | $5.00 | Hand-deliver 2015 Fourth Quarter Report to PUC for filing and return of file-stamped copy on 2/12/16 (Corporate Couriers; Invoice #40735) |
| 4575 | 12050 2 | 3/2/2016 | Jolly, Emily | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand-deliver 2015 REP Annual Report to PUC for filing and return of file-stamped copy on 3/2/16 (Corporate Couriers; Invoice #41149) |
| 4575 | 12050 2 | 3/10/2016 | Jolly, Emily | Delivery/ Messenger Service | 8 | 1 | $8.00 | Hand-deliver Amended Letter of Credit to PUC for filing and return of file-stamped copy on 3/10/16 (Corporate Couriers; Invoice #41149) |
| 4945 | 11001 27 | 4/11/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 20 | 1 | $20.00 | Hand-deliver Comments in Project 45124 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41584) |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 17 of 279

| 4945 | 11001 82 | 4/5/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand-deliver La Frontera PGC Application to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41584) |
|------|----------|----------|------------------|-----------------------------|----|-----|--------|--------------------------------|
| 4945 | 11001 82 | 4/15/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 24 | 0.5 | $12.00 | Hand-deliver 9 PUC registration and relinquishment documents to PUC for filing and return of file-stamped copy (Original amount of $24.00 was split two ways with Luminant and another client)(Corporate Couriers; Invoice #41584) |
| 4945 | 11001 82 | 4/26/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand-deliver 3 letters of Request for Corrected Notice of Approval of Amendment to PUC for filing and return file-stamped copies (Corporate Couriers; Invoice #41784) |
| 4945 | 11001 82 | 4/27/2016 | Johnson, Rod | Delivery/ Messenger Service | 39.92 | 1 | $39.92 | Hand-deliver filing to Railroad Commission for filing and return of file-stamped copy (Pro Courier Invoice #41162) |
| 4945 | 11001 83 | 4/18/2016 | Rasmussen, Kirk | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand-deliver Request for Declaratory Order in Dkt 45868  to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41784) |
| 4945 | 11001 84 | 4/1/2016 | Jolly, Emily | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand-deliver Protective Order Certificates in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41584) |
| 4945 | 11001 84 | 4/11/2016 | Jolly, Emily | Delivery/ Messenger Service | 24 | 1 | $24.00 | Hand-deliver Protective Order Certificates in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41584) |
| 4945 | 11001 84 | 4/12/2016 | Jolly, Emily | Delivery/ Messenger Service | 20 | 1 | $20.00 | Hand-deliver Protective Order Certificates in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41584) |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I

Page 18 of 279

| 4945 | 11001 84 | 4/12/2016 | Jolly, Emily | Delivery/ Messenger Service | 24 | 1 | $24.00 | Hand-deliver 1st RFIs to SCT in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41584) |
| 4945 | 11001 84 | 4/14/2016 | Jolly, Emily | Delivery/ Messenger Service | 20 | 1 | $20.00 | Hand-deliver 2nd RFIs to SCT in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41584) |
| 4945 | 11001 84 | 4/15/2016 | Jolly, Emily | Delivery/ Messenger Service | 16 | 1 | $16.00 | Hand-deliver Protective Order Certificates in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41584) |
| 4945 | 11001 84 | 4/26/2016 | Jolly, Emily | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand-deliver Protective Order Certificate in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41784) |
| 4945 | 11001 84 | 4/27/2016 | Jolly, Emily | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand-deliver S. Siddiqi & A. Frazier direct testimony in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41784) |
| 4844 | 11002 4 | 4/18/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand-deliver 3 Motions to Intervene in Dkts 45747, 45787, and 45788 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41784) |
| 4844 | 11002 4 | 4/22/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand-deliver TXU Comments in Project 45625 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41784) |
| 4844 | 11002 4 | 4/25/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 20.8 | 1 | $20.80 | Hand-deliver Comments in Project 45730 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41784) |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 19 of 279

| 4839 | 11001 16 | 5/31/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 20 | 1 | $20.00 | Hand-deliver Emergency Operations to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42195) |
| 4839 | 11001 26 | 5/16/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 20 | 0.5 | $10.00 | Hand-deliver Q1 2016 Performance Report in Project 36141 to PUC for filing and return of file-stamped copy (Original amount of $20.00 was split two ways on 11001.26 & 12050.1)(Corporate Couriers; Invoice #42195) |
| 4839 | 11001 28 | 5/16/2016 | Moore, Bill | Delivery/ Messenger Service | 8 | 1 | $8.00 | Pick up thumb drive from EFH and deliver to B. Moore (Corporate Couriers; Invoice #42195) |
| 4839 | 11001 49 | 5/16/2016 | Rasmussen, Kirk | Delivery/ Messenger Service | 5.33 | 1 | $5.33 | Hand-deliver 2015 Annual Report in Project 34277 to PUC for filing and return of file-stamped copy (Original amount of $16.00 was split three ways on 11001.49, 11001.83 & 1102.4) (Corporate Couriers; Invoice #42195) |
| 4839 | 11001 82 | 5/9/2016 | Johnson, Rod | Delivery/ Messenger Service | 55.81 | 1 | $55.81 | Hand-deliver filing to the Railroad Commission of Texas and return of file-stamped copy (Pro Courier Service; Invoice #41199) |
| 4839 | 11001 83 | 5/16/2016 | Rasmussen, Kirk | Delivery/ Messenger Service | 5.34 | 1 | $5.34 | Hand-deliver Response to Staff's 1st RFIs in Dkt 45868  to PUC for filing and return of file-stamped copy Original amount of $16.00 was split three ways on 11001.49, 11001.83 & 1102.4) (Corporate Couriers; Invoice #42195) |
| 4839 | 11001 84 | 5/17/2016 | Jolly, Emily | Delivery/ Messenger Service | 16 | 1 | $16.00 | Hand-deliver Luminant RFIs to ERCOT in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42195) |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I

Page 20 of 279

| 4839 | 11001 84 | 5/24/2016 | Jolly, Emily | Delivery/ Messenger Service | 35 | 1 | $35.00 | Hand-deliver A. Frazier testimony in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42195) |
|---|---|---|---|---|---|---|---|---|
| 4839 | 11001 84 | 5/27/2016 | Jolly, Emily | Delivery/ Messenger Service | 20 | 1 | $20.00 | Pick up confidential documents from Thompson & Knight and deliver to Enoch Kever (Corporate Couriers; Invoice #42195) |
| 4839 | 11001 84 | 5/27/2016 | Jolly, Emily | Delivery/ Messenger Service | 14.7 | 1 | $14.70 | Pick up exhibit from Miller Imaging and deliver to Enoch Kever (Corporate Couriers; Invoice #42195) |
| 4838 | 11002 4 | 5/4/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 16 | 1 | $16.00 | Hand-deliver Notices of Representation in Dkts 45787, and 45788 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41977) |
| 4838 | 11002 4 | 5/16/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 5.33 | 1 | $5.33 | Hand-deliver Q1 2016 Reports to PUC for filing and return of file-stamped copy Original amount of $16.00 was split three ways on 11001.49, 11001.83 & 1102.4) (Corporate Couriers; Invoice #42195) |
| 4838 | 11002 4 | 5/16/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 24 | 1 | $24.00 | Hand-deliver Motion to Intervene in Dkt 45414 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42195) |
| 4838 | 11002 4 | 5/18/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 16 | 1 | $16.00 | Hand-deliver List of Issues in Dkt 45414 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42195) |
| 4838 | 11002 4 | 5/23/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 8 | 1 | $8.00 | Hand-deliver confidential documents in C. Dorriety complaint to PUC for filing (Corporate Couriers; Invoice #42195) |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 21 of 279

| 4836 | 12050 2 | 5/16/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 20 | 0.5 | $10.00 | Hand-deliver Q1 2016 Reports to PUC for filing and return of file-stamped copy (Original amount of $20.00 was split two ways on 11001.26 & 12050.1) (Corporate Couriers; Invoice #42195) |
| 4931 | 11001 16 | 6/1/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 20 | 1 | $20.00 | Hand-deliver letter and correction to Emergency Operations to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42382) |
| 4931 | 11001 57 | 6/17/2016 | Johnson, Rod | Delivery/ Messenger Service | 65.09 | 1 | $65.09 | Hand-deliver check to TCEQ to obtain documents and return to Enoch Kever (Pro Courier; Invoice #41290) |
| 4931 | 11001 57 | 6/28/2016 | Johnson, Rod | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand-delivery to the AG's Office and return to Enoch Kever (Corporate Couriers; Invoice #42583) |
| 4931 | 11001 82 | 6/27/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 18 | 1 | $18.00 | Hand-deliver P-50 filing to the Railroad Commission and return of file-stamped copy. (Corporate Couriers; Invoice #42583) |
| 4931 | 11001 83 | 6/8/2016 | Rasmussen, Kirk | Delivery/ Messenger Service | 20 | 1 | $20.00 | Hand-deliver Amended Request for Declaratory Order in Dkt 45868 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42382) |
| 4931 | 11001 83 | 6/15/2016 | Rasmussen, Kirk | Delivery/ Messenger Service | 20 | 1 | $20.00 | Hand-deliver Motion to Dismiss in Dkt 45992 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42382) |
| 4931 | 11001 84 | 6/6/2016 | Jolly, Emily | Delivery/ Messenger Service | 21 | 1 | $21.00 | Hand-deliver original exhibits in Dkt 45624 to Kennedy Reporting (Corporate Couriers; Invoice #42382) |
| 4931 | 11001 84 | 6/10/2016 | Jolly, Emily | Delivery/ Messenger Service | 29.4 | 1 | $29.40 | Hand-deliver Initial Brief in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42382) |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 22 of 279

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4931 | 11001 84 | 6/17/2016 | Jolly, Emily | Delivery/ Messenger Service | 20 | 1 | $20.00 | Hand-deliver Reply Brief in Dkt 45624 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42583) |
| 5056 | 11001 27 | 7/5/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 28 | 0.5 | $14.00 | Hand-deliver POLR Eligibility Form in Project 45540 to PUC for filing and return of file-stamped copy (Original amount of $28.00 was split two ways with Luminant and another client) (Corporate Couriers; Invoice #42778) |
| 5056 | 11001 27 | 7/15/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand-deliver Comments in Project 45927 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42778) |
| 5056 | 11001 83 | 7/12/2016 | Rasmussen, Kirk | Delivery/ Messenger Service | 20 | 1 | $20.00 | Hand-deliver letter to the ALJs in Dkt 45866 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42778) |
| 5056 | 11001 83 | 7/21/2016 | Rasmussen, Kirk | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand-deliver Responses to Staff Second RFIs to PUC in Dkt 45868 for filing and return of file-stamped copy (Corporate Couriers; Invoice #43001) |
| 5055 | 11002 4 | 7/1/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 20 | 0.5 | $10.00 | Hand-deliver POLR Eligibility Form to PUC for filing and return of file-stamped copy (Original amount of $20 was split two ways with Luminant and another client) (Corporate Couriers; Invoice #42778) |
| 5055 | 11002 4 | 7/22/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand-deliver Comments in Project 45625 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43001) |
| 5055 | 11002 4 | 7/22/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 24 | 1 | $24.00 | Hand-deliver Response to Complaint in Project 46173 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43001) |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 23 of 279

| 5055 | 11002 4 | 7/25/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 10 | 1 | $10.00 | Hand-deliver confidential attachment to complaint response to PUC mailroom (Corporate Couriers; Invoice #43001) |
| 5031 | 12050 2 | 7/8/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 10 | 1 | $10.00 | Hand-deliver POLR Eligibility Form in Project 45540 to PUC for filing. (Corporate Couriers; Invoice #42778) |
| 5226 | 11001 26 | 8/11/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 10 | 1 | $10.00 | Pick up documents for filing from EFH office (Corporate Couriers; Invoice #43178) |
| 5226 | 11001 26 | 8/12/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 9.34 | 1 | $9.34 | Hand-deliver Q2 2016 Report in Project 36141 to PUC for filing and return of file-stamped copy (Original amount of $28.00 was split three ways with 11001.26, 11002.4 and another client) (Corporate Couriers; Invoice #43178) |
| 5226 | 11001 57 | 8/19/2016 | Johnson, Rod | Delivery/ Messenger Service | 23.5 | 1 | $23.50 | Pick up from TCEQ and deliver to R. Johnson (Pro Courier; Invoice #14170) |
| 5226 | 11001 83 | 8/3/2016 | Rasmussen, Kirk | Delivery/ Messenger Service | 20 | 1 | $20.00 | Hand-deliver Joint Motion for Extension in Dkt 45992 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43178) |
| 5226 | 11001 84 | 8/4/2016 | Jolly, Emily | Delivery/ Messenger Service | 20 | 0.5 | $10.00 | Hand-deliver Exceptions to PFD in Dkt 45624 to PUC for filing and return of file-stamped copy (Original amount of $20.00 was split two ways with Luminant and another client)(Corporate Couriers; Invoice #43178) |
| 5226 | 11001 84 | 8/9/2016 | Jolly, Emily | Delivery/ Messenger Service | 28 | 0.5 | $14.00 | Hand-deliver Response to Exceptions to PFD in Dkt 45624 to PUC for filing and return of file-stamped copy (Original amount of $28.00 was split two ways with Luminant and another client) (Corporate Couriers; Invoice #43178) |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I

Page 24 of 279

| 5226 | 11001 84 | 8/22/2016 | Jolly, Emily | Delivery/ Messenger Service | 22 | 0.5 | $11.00 | Hand-deliver Supplemental Brief in Dkt 45624 to PUC for filing and return of file-stamped copy (Original amount of $22.00 was split two ways with Luminant and another client)(Corporate Couriers; Invoice #43388) |
| 5226 | 11001 88 | 8/4/2016 | Moore, Bill | Delivery/ Messenger Service | 63.69 | 1 | $63.69 | FedEx overnight delivery to Nathan Pollak *(No receipt available)* |
| 5119 | 11002 4 | 8/2/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 20 | 1 | $20.00 | Hand-deliver Reply Comments in Pjt 45625 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43178) |
| 5119 | 11002 4 | 8/12/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 9.33 | 1 | $9.33 | Hand-deliver Q2 2016 Report in Pjt 36141 to PUC for filing and return of file-stamped copy(Original amount of $28.00 was split three ways with11001.26, 11002.4 and another client) (Corporate Couriers; Invoice #43178) |
| 5119 | 11002 4 | 8/19/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 10 | 1 | $10.00 | Hand-deliver confidential Response to Complaint (Jeff Phillips) to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43388) |
| 5119 | 11002 67 | 8/17/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand-deliver PIA response and documents to AG and return of file-stamped copy (Corporate Couriers; Invoice #43388) |
| 5118 | 12050 2 | 8/15/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand-deliver 2016 Semi-Annual Report in Pjt 45571 and Q2 2016 Report in Pjt 36141 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43178) |

| 5252 | 11001 26 | 9/28/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 32.1 | 0.5 | $16.05 | Hand-deliver Termination of TCEH Guarantee in Pjt 36775 to PUC for filing and return of file-stamped copy (Original amount of $32.10 was split two ways with Luminant and another client) (Corporate Couriers; Invoice #43796) |
| 5252 | 11001 83 | 9/1/2016 | Rasmussen, Kirk | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand-deliver Joint Motion to Extend Time in Dkt 45922 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43580) |
| 5252 | 11001 83 | 9/23/2016 | Rasmussen, Kirk | Delivery/ Messenger Service | 28 | 1 | $28.00 | Hand-deliver Joint Motion to Extend Time in Dkt 45922 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43796) |
| 5287 | 11002 4 | 9/1/2016 | Kimbrough, Mandy | Delivery/ Messenger Service | 16 | 1 | $16.00 | Hand-deliver POLR EFL Update in Pjt 42201 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #43580) |
| | | | | | | | | |
| | | | | **TOTAL DELIVERY/MESSENGER SERVICE:** | | | **$3,651.70** | |

## FILING FEE

| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 3626 | 11001 78 | 5/18/2015 | Jolly, Emily | Filing Fee | 112 | 1 | $112.00 | Filing fee for Plea in Intervention of Luminant Generation Company LLC and Luminant Energy Company LLC *(Incorrectly billed $112.00 - correct amount should be $66.88)* [2] |
| 4224 | 11002 4 | 11/24/2015 | Kimbrough, Mandy | Filing Fee | 15 | 1 | $15.00 | PUC ADAD Permit Registration Renewal (Project #43994) |
| 5111 | 11001 87 | 8/3/2016 | Horton, Shana | Filing Fee | 101.25 | 1 | $101.25 | Filing fee for TCEQ Amended App. COA. |
| | | | | **TOTAL FILING FEE EXPENSE:** | | | **$228.25** | |

## FUEL

| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 3467 | 11001 16 | 3/19/2015 | Rasmussen, Kirk | Fuel | 40.93 | 1 | $40.93 | Fuel for rental car while in Dallas to attend meeting on 3/17/15 |
| 3558 | 11001 16 | 4/21/2015 | Rasmussen, Kirk | Fuel | 8.97 | 0.5 | $4.48 | Fuel for rental car used while in attendance at meeting in Dallas on 4/1/15  (Original amount of $8.97 was split between Luminant & another client) |
| 4927 | 11001 87 | 6/8/2016 | Horton, Shana | Fuel | 28.62 | 1 | $28.62 | Reimbursement to S. Horton for gas to travel to Dallas to attend client meeting on 6/7/16 |
| | | | | **TOTAL FUEL EXPENSE:** | | | **$74.03** | |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 27 of 279

| | HOTEL | | | | | | |
|---|---|---|---|---|---|---|---|
| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
| 3690 | 11002 69 | 6/2/2015 | Hanlon, Michelle | Hotel | 205.51 | 1 | $205.51 | Hotel in Dallas to attend compliance review meeting on 6/2/15 |
| 4839 | 11001 88 | 5/22/2016 | Moore, Bill | Hotel | 371.25 | 1 | $371.25 | Reimbursement to B. Moore for hotel stay in Dallas on 5/12/16 to attend CT Investigative meetings/interview with S. Siegel. |
| 4952 | 11001 85 | 6/10/2016 | Zausmer, Gary | Hotel | 743.22 | 1 | $743.22 | Reimbursement to G. Zausmer for hotel rooms for J. Vay & G. Zausmer while attending City Council meeting in Forney on 6/9-10/16 (*Incorrectly billed $743.22 - correct amount should be $639.62* [3]*; charge of $27.06 included in Parking; charge of $52.30 included in Meals*) |
| 4931 | 11001 86 | 6/11/2016 | Moore, Bill | Hotel | 367.68 | 2 | $735.36 | Reimbursement to B. Moore for hotel stay in Dallas to attend client meetings on 5/22–24/16 (*Incorrectly billed to 11001.89; should be 11001.86*) |
| 4931 | 11001 89 | 6/30/2016 | Moore, Bill | Hotel | 735.36 | 1 | $735.36 | Reimbursement to B. Moore for hotel stay in Dallas to attend client meetings on 6/9–11/16. |
| 5056 | 11001 86 | 7/30/2016 | Moore, Bill | Hotel | 591.88 | 1 | $591.88 | Reimbursement to B. Moore for hotel stay in Dallas from 7/24-7/26/2016 for relativity training and meeting with S. Siegel and S. Moore. |
| 5056 | 11001 89 | 7/10/2016 | Moore, Bill | Hotel | 735.36 | 1 | $735.36 | Reimbursement to B. Moore for hotel stay in Dallas from 6/28-30/2016 for meeting with client. |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 28 of 279

| 5226 | 11001 88 | 8/12/2016 | Moore, Bill | Hotel | 367.68 | 1 | $367.68 | Reimbursement to B. Moore for hotel stay in Dallas on 8/11/16 for meeting with S. Siegel, et al. |
|------|----------|-----------|-------------|-------|--------|---|---------|---|
| | | | | | | | | |
| 5252 | 11001 86 | 9/6-8/16 | Moore, Bill | Hotel | 808.33 | 1 | $808.33 | Reimbursement to B. Moore for hotel stay in Dallas on 9/6-8/16 for meeting with S. Siegel, et al. re: RFI responses and document review. *(Charge of $30.31 is included in Parking itemization)* . |
| 5252 | 11001 86 | 9/12-14/16 | Moore, Bill | Hotel | 604.22 | 1 | $604.22 | Reimbursement to B. Moore for hotel stay in Dallas on 9/12-14/16 for meeting with S. Siegel, et al. re: RFI responses |
| | | | | | | | | |
| | | | | | | **TOTAL HOTEL EXPENSE:** | **$5,898.17** | |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 29 of 279

| MEALS | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
| 3662 | 11002 69 | 4/30/2015 | Kimbrough, Mandy<br>Hanlon, Michelle | Meals | 7.79<br>24.68 | 1<br>1 | $32.47 | Meals in Dallas while attending compliance review meeting on 5/6/15 |
| 3690 | 11002 69 | 6/2/2015 | Kimbrough, Mandy | Meals | 6.34 | 1 | $6.34 | Meals in Dallas while attending compliance review meeting on 6/2/15 |
| 3690 | 11002 69 | 6/2/2015 | Hanlon, Michelle | Meals | 6.5 | 1 | $6.50 | Meals in Dallas while attending compliance review meeting on 6/2/15 |
| 4931 | 11001 84 | 6/1/2016 | Nuttall, Brett | Meals | 6 | 1 | $6.00 | Reimbursement to B. Nuttall for meals during hearing on the merits on 6/1/16 |
| 4931 | 11001 84 | 6/15/2016 | Jolly, Emily | Meals | 163.64 | 1 | $163.64 | Reimbursement to E. Jolly for post-hearing dinner on 6/1/16 |
| 4952 | 11001 85 | 6/10/2016 | Zausmer, Gary | Meals | 52.3 | 1 | $52.30 | Reimbursement to G. Zausmer for travel meals while attending City Council meeting in Forney on 6/9-10/16 |
| 4952 | 11001 85 | 6/10/2016 | Vay, John J. | Meals | 15.01 | 1 | $15.01 | Reimbursement to J. Vay for business lunch in Dallas re: Forney annexation on 6/9/16. |
| | | | | | | **TOTAL MEALS EXPENSE:** | $282.26 | |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I<br>Page 30 of 279

## PARKING

| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 3467 | 11001 16 | 3/3/2015 | Rasmussen, Kirk | Parking | 23 | 1 | $23.00 | Parking while in attendance at meeting on 2/17/15 |
| 3467 | 11001 16 | 3/10/2015 | Rasmussen, Kirk | Parking | 7 | 1 | $7.00 | Parking while in attendance at meeting on 3/10/15 |
| 3467 | 11001 16 | 3/19/2015 | Rasmussen, Kirk | Parking | 12 | 1 | $12.00 | Parking while in attendance at meeting on 3/17/15 |
| 3358 | 11001 16 | 4/21/2015 | Rasmussen, Kirk | Parking | 8 | 0.5 | $4.00 | Parking incurred while in attendance at Technical Conference at PUCT on 3/31/15 (Original amount of $8.00 was split between Luminant & another client) |
| 3558 | 11001 16 | 4/21/2015 | Rasmussen, Kirk | Parking | 23 | 0.5 | $11.50 | Parking while in Dallas for meeting on 4/1/15 (Original amount of $23.00 was split between Luminant & another client) |
| 3558 | 11001 50 | 4/21/2015 | Rasmussen, Kirk | Parking | 7 | 1 | $7.00 | Parking while in Dallas to attend meeting on 4/15/15 |
| 3662 | 11002 69 | 4/30/2015 | Kimbrough, Mandy Hanlon, Michelle | Parking | 46 | 1 | $46.00 | Parking in Dallas while attending compliance review meeting on 5/6/15 |
| 3626 | 11001 16 | 5/21/2015 | Rasmussen, Kirk | Parking | 19 | 1 | $19.00 | Parking while in Dallas ($12) and airport ($7) for meeting on 5/5/15 |
| 3626 | 11001 16 | 5/21/2015 | Rasmussen, Kirk | Parking | 7 | 1 | $7.00 | Parking while in Dallas for meeting on 5/12/15 |
| 3690 | 11002 69 | 6/2/2015 | Kimbrough, Mandy | Parking | 46 | 1 | $46.00 | Airport parking while in attendance at compliance review meetings in Dallas on 6/2/15 |
| 3956 | 11001 80 | 7/1/2015 | Jolly, Emily | Parking | 23 | 1 | $23.00 | Parking while in Dallas for meeting with client on 7/1/15. |

| 3956 | 11001 80 | 7/20/2015 | Rasmussen, Kirk | Parking | 70 | 1 | $70.00 | Parking at airport ($46) and while in Dallas ($24) for meeting with client on 7/1/15. |
| 3956 | 11001 72 | 7/31/2015 | Vay, John | Parking | 23 | 1 | $23.00 | Parking while in Dallas for meeting with client on 7/1/15. |
| 3940 | 11001 80 | 8/31/2015 | Jolly, Emily | Parking | 8 | 1 | $8.00 | Parking while in Dallas for Luminant meeting on 8/26/15 |
| 4139 | 11001 50 | 10/28/2015 | Rasmussen, Kirk | Parking | 23 | 1 | $23.00 | Reimbursement for airport parking expenses for compliance training in Dallas on 10/28/15 |
| 4318 | 11001 80 | 12/23/2015 | Jolly, Emily | Parking | 8 | 1 | $8.00 | Reimbursement for parking to attend PUC Open meeting on 12/17/15 |
| 4396 | 11001 83 | 1/5/2016 | Rasmussen, Kirk | Parking | 23 | 1 | $23.00 | Reimbursement for airport parking expenses for client meeting in Dallas on 1/5/16 |
| 4838 | 11002 4 | 5/24/2016 | Nuttall, Brett | Parking | 8 | 1 | $8.00 | Reimbursement to B. Nuttall for parking at settlement conference on 5/24/16. |
| 4931 | 11001 83 | 6/27/2016 | Rasmussen, Kirk | Parking | 15 | 1 | $15.00 | Reimbursement to K. Rasmussen for parking on 4/6/16 to attend client meeting in Dallas |
| 4931 | 11001 84 | 6/1/2016 | Nuttall, Brett | Parking | 15 | 2 | $30.00 | Reimbursement to B. Nuttall for parking at hearing on the merits on 6/1/16 |
| 4952 | 11001 85 | 6/10/2016 | Zausmer, Gary | Parking | 27.06 | 1 | $27.06 | Reimbursement to G. Zausmer for parking expense while attending City Council meeting in Forney on 6/9-6/10/16 |
| 4927 | 11001 87 | 6/8/2016 | Horton, Shana | Parking | 24 | 1 | $24.00 | Reimbursement to S. Horton for parking in Dallas to attend client meeting on 6/7/16 |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 32 of 279

| 5252 | 11001 84 | 9/2/2016 | Jolly, Emily | Parking | 8 | 1 | $8.00 | Reimbursement for parking at PUC Open Meeting on 8/18/16 |
|---|---|---|---|---|---|---|---|---|
| 5252 | 11001 86 | 9/6-8/16 | Moore, Bill | Parking | 30.31 | 1 | $30.31 | Reimbursement to B. Moore for parking in Dallas on 9/6-8/16 for meeting with S. Siegel, et al. re: RFI responses and document review |
| 5252 | 11001 86 | 9/12-14/16 | Moore, Bill | Parking | 15 | 2 | $30.00 | Reimbursement to B. Moore for parking in Dallas on 9/12-14/16 for meeting with S. Siegel, et al. re: RFI responses and document review |
| | | | | | | | | |
| | | | | | | **TOTAL PARKING EXPENSE:** | **$532.87** | |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I

Page 33 of 279

## POSTAGE

| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 3559 | 11002 4 | 4/30/2015 | Various | Postage | 9.8 | 1 | $9.80 | Postage for the month of April 2015 |
| 3626 | 11001 16 | 5/31/2015 | Various | Postage | 21.12 | 1 | $21.12 | Postage for the month of May 2015 |
| 3626 | 11001 67 | 5/31/2015 | Various | Postage | 15.84 | 1 | $15.84 | Postage for the month of May 2015 |
| 3662 | 11002 4 | 5/31/2015 | Various | Postage | 7.25 | 1 | $7.25 | Postage for the month of May 2015 |
| 3695 | 11001 49 | 6/30/2015 | Various | Postage | 5.65 | 1 | $5.65 | Postage for the month of June 2015 |
| 3690 | 11002 4 | 6/30/2015 | Various | Postage | 1.47 | 1 | $1.47 | Postage for the month of June 2015 |
| 3956 | 11001 49 | 7/31/2015 | Various | Postage | 0.49 | 1 | $0.49 | Postage for the month of July 2015 |
| 3956 | 11001 80 | 7/31/2015 | Various | Postage | 8.87 | 1 | $8.87 | Postage for the month of July 2015 |
| 3955 | 11002 4 | 7/31/2015 | Various | Postage | 3.43 | 1 | $3.43 | Postage for the month of July 2015 |
| 3940 | 11001 81 | 8/31/2015 | Various | Postage | 4.37 | 1 | $4.37 | Postage for the month of August 2015 |
| 3936 | 11002 4 | 8/31/2015 | Various | Postage | 0.49 | 1 | $0.49 | Postage for the month of August 2015 |
| 4318 | 11001 82 | 12/31/2015 | Various | Postage | 1.96 | 1 | $1.96 | Postage for the month of December 2015 |
| 4578 | 11001 84 | 3/31/2016 | Various | Postage | 4.9 | 1 | $4.90 | Postage for the month of March 2016 |
| 4945 | 11001 83 | 4/30/2016 | Various | Postage | 0.93 | 1 | $0.93 | Postage for the months of April 2016 |
| 4945 | 11001 84 | 4/30/2016 | Various | Postage | 26.46 | 1 | $26.46 | Postage for the months of April 2016 |
| 4839 | 11001 84 | 5/31/2016 | Various | Postage | 2.34 | 1 | $2.34 | Postage for the months of May 2016 |
| 4838 | 11002 4 | 5/31/2016 | Various | Postage | 6.58 | 1 | $6.58 | Postage for the month of May 2016 |
| 4931 | 11001 57 | 6/30/2016 | Various | Postage | 12.45 | 1 | $12.45 | Postage for the month of June 2016 |
| 4931 | 11001 83 | 6/30/2016 | Various | Postage | 1.35 | 1 | $1.35 | Postage for the month of June 2016 |

EXHIBIT I
Page 34 of 279

| 4931 | 11001 84 | 6/30/2016 | Various | Postage | 2.3 | 1 | | $2.30 | Postage for the month of June 2016 |
|------|----------|-----------|---------|---------|-----|---|--|-------|-----------------------------------|
| | | | | | | | | | |
| 5226 | 11001 71 | 8/31/2016 | Various | Postage | 4.19 | 1 | | $4.19 | Postage for the month of July 2016 |
| 5226 | 11001 83 | 8/31/2016 | Various | Postage | 0.94 | 1 | | $0.94 | Postage for the month of August 2016 |
| 5226 | 11001 84 | 8/31/2016 | Various | Postage | 2.28 | 1 | | $2.28 | Postage for the month of August 2016 |
| 5119 | 11002 4 | 8/31/2016 | Various | Postage | 0.47 | 1 | | $0.47 | Postage for the month of August 2016 |
| 5119 | 11002 67 | 8/31/2016 | Various | Postage | 4.97 | 1 | | $4.97 | Postage for the month of August 2016 |
| 5118 | 12050 2 | 8/31/2016 | Various | Postage | 2.73 | 1 | | $2.73 | Postage for the month of August 2016 |
| | | | | | | | | | |
| 5252 | 11001 83 | 9/30/2016 | Various | Postage | 0.93 | 1 | | $0.93 | Postage for the month of September 2016 |
| | | | | | | | | | |
| | | | | **TOTAL POSTAGE EXPENSE:** | | | **$154.56** | | |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I

Page 35 of 279

| RENTAL CAR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
| 3467 | 11001 16 | 3/19/2015 | Rasmussen, Kirk | Rental Car | 112.97 | 1 | 112.97 | Rental car while in Dallas to attend meeting on 3/17/15 |
| 3558 | 11001 16 | 4/21/2015 | Rasmussen, Kirk | Rental Car | 58.47 | 0.5 | $29.24 | Rental car while in attendance at meeting in Dallas on 4/1/15  (Original amount of $58.47 was split between Luminant & another client) |
| 3626 | 11001 16 | 5/21/2015 | Rasmussen, Kirk | Rental Car | 85.4 | 1 | $85.40 | Rental car to attend meeting on 5/5/15 |
| 3956 | 11001  80 | 7/20/2015 | Rasmussen, Kirk | Rental Car | 114.64 | 1 | $114.64 | Rental car while in attendance at meeting in Dallas on 7/1/15 |
| 4927 | 11001 87 | 6/8/2016 | Horton, Shana | Rental Car | 83.92 | 1 | $83.92 | Reimbursement to S. Horton for rental car to travel to Dallas to attend client meeting on 6/7/16 |
| | | | | | | | | |
| | | | | | TOTAL RENTAL CAR EXPENSE: | | $426.17 | |

## TAXI

| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 3467 | 11001 16 | 3/3/2015 | Rasmussen, Kirk | Taxi | 25 | 2 | $50.00 | Taxi in Dallas to attend meeting on 2/17/15 |
| 3467 | 11001 16 | 3/10/2015 | Rasmussen, Kirk | Taxi | 25 | 1 | $25.00 | Taxi in Dallas to attend meeting on 3/10/15 |
| 3558 | 11001 50 | 4/21/2015 | Rasmussen, Kirk | Taxi | 25 | 2 | $50.00 | Taxi while in Dallas to attend meeting on 4/15/15 |
| 3662 | 11002 69 | 4/30/2015 | Kimbrough, Mandy Hanlon, Michelle | Taxi | 31 | 1 | $31.00 | Taxi in Dallas to attend compliance review meeting on 5/6/15 |
| 3626 | 11001 16 | 5/21/2015 | Rasmussen, Kirk | Taxi | 25 | 2 | $50.00 | Taxi for meeting on 5/12/15 |
| 3690 | 11002 69 | 6/2/2015 | Hanlon, Michelle | Taxi | 40.85 | 1 | $40.85 | Taxi in Dallas to attend compliance review meeting on 6/2/15 |
| 3956 | 11001 80 | 7/1/2015 | Jolly, Emily | Taxi | 53.5 | 1 | $53.50 | Taxi ($23.50) and Uber ($30) in Dallas for meeting with client on 7/1/15. |
| 3956 | 11001 72 | 7/31/2015 | Vay, John | Taxi | 51.6 | 1 | $51.60 | Taxis (27.60 and $24.00) in Dallas for meeting with client on 7/1/15. |
| 4030 | 10001 80 | 9/21/2015 | Adams, Elizabeth | Taxi | 4.75 | 1 | $4.75 | Reimbursement for travel for HIP contested case hearing on 9/2/15 with KDR and ERJ |
| 4030 | 10001 80 | 9/21/2015 | Adams, Elizabeth | Taxi | 5.15 | 1 | $5.15 | Reimbursement for travel for HIP contested case hearing on 9/2/15 with KDR and ERJ |
| 4139 | 11001 50 | 10/28/2015 | Rasmussen,   Kirk | Taxi | 25 | 2 | $50.00 | Reimbursement for travel expenses to Dallas to attend annual compliance training on 10/28/15 |
| 4396 | 11001 83 | 1/5/2016 | Rasmussen,   Kirk | Taxi | 25 | 2 | $50.00 | Reimbursement for taxi for client meeting in Dallas on 1/5/16 |

| 4945 | 11001 82 | 4/29/2016 | Johnson, Rod | Taxi | 26.04 | 1 | $26.04 | Reimbursement for Uber trips to and from Railroad Commission on 4/22/16 ($5.54 & $9.80) and 4/26/16 ($5.35 & $5.35) re: RRC filings. |
| | | | | | | | | |
| 4931 | 11001 86 | 6/11/2016 | Moore, Bill | Taxi | 10 | 3 | $30.00 | Reimbursement to B. Moore for taxi in Dallas on 6/9– 11/16 for client meetings |
| | | | | | | | | |
| | | | | | **TOTAL TAXI EXPENSE:** | | $517.89 | |

## TOLLS

| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 3467 | 11001 16 | 3/19/2015 | Rasmussen, Kirk | Tolls | 13.12 | 1 | $13.12 | Tolls for trip to Dallas for meeting on 3/17/15 |
| | | | | | | | | |
| | | | | | **TOTAL TOLLS EXPENSE:** | | $13.12 | |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 38 of 279

## COURT REPORTER

| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 4030 | 10001 80 | 9/14/2015 | Jolly, Emily | Court Reporter | 391.65 | 0.5 | $195.83 | Thompson & Knight LLP; Invoice #16134; Reimbursement for half of cost of deposition transcript of John R. Kellum |
| 4030 | 10001 80 | 9/14/2015 | Jolly, Emily | Court Reporter | 319.25 | 0.5 | $159.63 | Thompson & Knight LLP; Invoice #116187; Reimbursement for half of cost of deposition transcript of Wayne Kemper |
| 4030 | 10001 80 | 9/14/2015 | Jolly, Emily | Court Reporter | 282.95 | 0.5 | $141.48 | Thompson & Knight LLP; Invoice #116196; Reimbursement for half of cost of deposition transcript of Lawrence Willick |
| 4030 | 10001 80 | 9/14/2015 | Jolly, Emily | Court Reporter | 777.6 | 0.5 | $388.80 | Thompson & Knight LLP; Invoice #116128; Reimbursement for half of cost of deposition transcript of Dr. Mandhir S. Sahni |
| 4030 | 10001 80 | 9/14/2015 | Jolly, Emily | Court Reporter | 289.85 | 0.5 | $144.93 | Thompson & Knight LLP; Invoice #116209; Reimbursement for half of cost of deposition transcript of Robert Lanza |
| 4030 | 10001 80 | 9/14/2015 | Jolly, Emily | Court Reporter | 418.35 | 0.5 | $209.18 | Thompson & Knight LLP; Invoice #116204; Reimbursement for half of cost of deposition transcript of Maria Scheller |
| 4030 | 10001 80 | 9/14/2015 | Jolly, Emily | Court Reporter | 1239.7 | 0.5 | $619.85 | Thompson & Knight LLP; Invoice #116079; Reimbursement for half of cost of deposition transcript of Jeffrey Billo |
| 4030 | 10001 80 | 9/14/2015 | Jolly, Emily | Court Reporter | 606.05 | 0.5 | $303.03 | Thompson & Knight LLP; Invoice #116047; Reimbursement for half of cost of deposition transcript of Warren Lasher |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 39 of 279

| 4030 | 10001 80 | 9/14/2015 | Jolly, Emily | Court Reporter | 762.98 | 0.5 | $381.49 | Thompson & Knight LLP; Invoice #152060; Reimbursement for half of cost of deposition transcript of Collin Cain |
| 4030 | 10001 80 | 9/14/2015 | Jolly, Emily | Court Reporter | 1028.84 | 0.5 | $514.42 | Thompson & Knight LLP; Invoice #152068; Reimbursement for half of cost of deposition transcript of Martin L. Baughman |
| 4030 | 10001 80 | 9/14/2015 | Jolly, Emily | Court Reporter | 1558.12 | 0.5 | $779.06 | Thompson & Knight LLP; Invoice #152060; Reimbursement for half of cost of deposition transcript of Songhoon "Spencer" Young |
| 4225 | 11001 16 | 11/30/2015 | Kimbrough, Mandy | Court Reporter | 200 | 1 | $200.00 | Transcript from PUC Open Meeting on 10/8/15 |
| 4225 | 11001 27 | 11/6/2015 | Kimbrough, Mandy | Court Reporter | 390.51 | 1 | $390.51 | Transcript from PUC Open Meeting/Workshop on ERCOT Planning & System Costs on 10/30/15 |
| 4943 | 11001 85 | 5/22/2016 | Zausmer, Gary | Court Reporter/ Hearing Transcripts | 3.5 | 1 | $3.50 | DVD of Texas House of Representatives Floor Debate of SB 89 heard on 5/25/99  re: Forney annexation. *(No receipt available)* |
| 4931 | 11001 84 | 6/7/2016 | Rasmussen, Kirk | Court Reporter | 245.46 | 1 | $245.46 | Transcript from PUC hearing on the merits in Dkt 45624, Vol. 1 (Kennedy Reporting) |
| 4931 | 11001 84 | 6/7/2016 | Rasmussen, Kirk | Court Reporter | 956.1 | 1 | $956.10 | Transcript from PUC hearing on the merits in Dkt 45624, Vol. 2 (Kennedy Reporting) |
| 4931 | 11001 84 | 6/7/2016 | Rasmussen, Kirk | Court Reporter | 66.12 | 1 | $66.12 | Transcript from PUC hearing on the merits in Dkt 45624, Vol. 3 (Kennedy Reporting) |

**TOTAL COURT REPORTER EXPENSE: $5,699.39**

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 40 of 279

## PROFESSIONAL SERVICES

| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 4318 | 11001 80 | 12/16/2015 | Kever, Andy | Professional Services | 89870.74 | 0.5 | $44,935.37 | Enoch Kever's portion of professional services by Charles Griffy in May through September 2015. |
| | | | | | | | | |
| | | | | **TOTAL PROFESSIONAL SERVICES EXPENSE:** | | | $44,935.37 | |

## ELECTRONIC RESEARCH

| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 4942 | 11001 85 | 4/27/2016 | Kinzer, Lisa | Electronic Research | 3 | 1 | $3.00 | Pacer-Obtain Order on Application for Preliminary Injunction from Dallas Dist. Court case. |
| 4942 | 11001 85 | 4/30/2016 | Kinzer, Lisa | Electronic Research | 5.5 | 1 | $5.50 | Pacer electronic research for April 2016. |
| 4952 | 11001 85 | 6/30/2016 | Kinzer, Lisa | Electronic Research | 10.59 | 1 | $10.59 | Westlaw electronic research for June 2016 |
| 5056 | 11001 83 | 7/1/2016 | Rasmussen, Kirk | Electronic Research | 29.95 | 1 | $29.95 | Copy of Law Review article from HeinOnline on 7/1/16. |
| 5240 | 11001 85 | 8/22/2016 | Zausmer, Gary | Electronic Research | 25 | 1 | $25.00 | Reimbursement for e-subscription to Forney Messenger. *(No receipt available)* |
| 5252 | 11001 83 | 9/30/2016 | Rasmussen, Kirk | Electronic Research | 0.2 | 1 | $0.20 | Documents from PACER |
| | | | | | | | | |
| | | | | **TOTAL ELECTRONIC RESEARCH EXPENSE:** | | | $74.24 | |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 41 of 279

## HEARING/TRIAL EXHIBITS

| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 4839 | 11001 84 | 5/27/2016 | Jolly, Emily | Hearing/ Trial Exhibits | 47.09 | 1 | $47.09 | Preparation of presentation board for hearing exhibit (Miller Imaging; Invoice #902235) |
| | | | | | | | | |
| | | | | **TOTAL HEARING/TRIAL EXHIBITS EXPENSE:** | | | $47.09 | |

## MILEAGE

| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 4931 | 11001 83 | 6/27/2016 | Rasmussen, Kirk | Mileage | 211.90 | 1 | $211.90 | Reimbursement to K. Rasmussen for mileage expense (392.4 miles) on 4/6/16 to travel to Dallas for client meeting |
| 4952 | 11001 85 | 6/10/2016 | Zausmer, Gary | Mileage | 225.72 | 1 | $225.72 | Reimbursement to G. Zausmer for mileage expense (418 miles) for travel to Forney to attend City Council meeting on 6/9-10/16 |
| | | | | | | | | |
| 5240 | 11001 85 | 6/21/2016 | Zausmer, Gary | Mileage | 220.86 | 1 | $220.86 | Reimbursement for mileage (409 miles) for meeting in Forney on 6/21/16 |
| | | | | | | | | |
| 5240 | 11001 85 | 8/4/2016 | Zausmer, Gary | Mileage | 220.86 | 1 | $220.86 | Reimbursement for mileage (409 miles) for meeting in Forney on 8/4/16 |
| 5240 | 11001 85 | 8/31/2016 | Zausmer, Gary | Mileage | 230.04 | 1 | $230.04 | Reimbursement for mileage (426 miles) to Sunnyvale & Forney on 9/6/16 |
| | | | | | | | | |
| | | | | **TOTAL MILEAGE EXPENSE:** | | | $1,109.38 | |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 42 of 279

| SUMMARY OF EXPENSES | |
|---|---|
| TOTAL AIRFARE EXPENSE: | $7,286.54 |
| TOTAL COPY EXPENSE: | $6,205.68 |
| TOTAL DELIVERY/MESSENGER SERVICE: | $3,651.70 |
| TOTAL FILING FEE EXPENSE: | $228.25 |
| TOTAL FUEL EXPENSE: | $74.03 |
| TOTAL HOTEL EXPENSE: | $5,898.17 |
| TOTAL MEALS EXPENSE: | $282.26 |
| TOTAL PARKING EXPENSE: | $532.87 |
| TOTAL POSTAGE EXPENSE: | $154.56 |
| TOTAL RENTAL CAR EXPENSE: | $426.17 |
| TOTAL TAXI EXPENSE: | $517.89 |
| TOTAL TOLLS EXPENSE: | $13.12 |
| TOTAL COURT REPORTER EXPENSE: | $5,699.39 |
| TOTAL PROFESSIONAL SERVICES: | $44,935.37 |
| TOTAL ELECTRONIC RESEARCH: | $74.24 |
| TOTAL HEARING/TRIAL EXHIBITS: | $47.09 |
| TOTAL MILEAGE EXPENSE: | $1,109.38 |

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 43 of 279

|  |  |
|---|---|
| **TOTAL EXPENSES** | **$77,136.71** |

[1]  Incorrectly billed $33.30 - correct amount $29.96; EK will credit EFH $ 3.34;

[2]  Incorrectly billed $112.00 - correct amount $66.88; EK will credit EFH $ 45.12;

[3]  Incorrectly billed $743.22 - correct amount $639.62; EK will credit EFH $103.60

**TOTAL CREDIT OWED = $ 152.06**

DETAILED DESCRIPTION OF EXPENSES

EXHIBIT I
Page 44 of 279

# AIRFARE

## Aundrea Abernathy

| | |
|---|---|
| **From:** | Kirk Rasmussen |
| **Sent:** | Tuesday, February 24, 2015 10:06 AM |
| **To:** | Aundrea Abernathy |
| **Subject:** | FW: Flight reservation (8YII8J) | 17FEB15 | AUS-DAL | Rasmussen/Kirk |

Luminant - 16

Kirk

**From:** Southwest Airlines [mailto:SouthwestAirlines@luv.southwest.com]
**Sent:** Monday, February 16, 2015 11:39 AM
**To:** Kirk Rasmussen
**Subject:** Flight reservation (8YII8J) | 17FEB15 | AUS-DAL | Rasmussen/Kirk

You're all set for your trip!

## Southwest

My Account | View My Itinerary Online

Check In Online    Check Flight Status    Change Flight    Special Offers    Hotel Offers    Car Offers

## Ready for takeoff!

 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!



EARN UP TO 2,400 RAPID REWARDS® POINTS & SAVE ON EVERY RENTAL. BOOK NOW — Alamo

**AIR Itinerary**

**AIR Confirmation:** 8YII8J

Confirmation Date: 02/16/2015

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| RASMUSSEN/KIRK1 | | 5262483518708 | Feb 16, 2016 | 4912 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Feb 17 | 1017 | Depart **AUSTIN, TX** (AUS) on Southwest Airlines at **06:40 AM** <br> Arrive in **DALLAS (LOVE FIELD), TX** (DAL) at **07:40 AM** <br> Travel Time 1 hrs 0 mins <br> Business Select |



**NEED A HOTEL?**

Best Rate Guarantee

Flexibility to Pay Later

Earn up to 750 Rapid Rewards Points

Book a Hotel

AIRFARE

EXHIBIT I
Page 46 of 279

Charge
Payment Amount: $468.20

September 11th
Security Fee                    $ 11.20

**Total Air Cost**              $468.20

---



## Flight Status Alerts

Stay on your way with flight departure or arrival status via text message or e-mail.

Subscribe Now ⊷

## Fly Southwest To International Destinations

You can now book travel from select cities to Mexico & The Caribbean at southwest.com.

Learn More ⊷

### Useful Tools

Check In Online

Early Bird Check-In

View/Share Itinerary

Change Air Reservation

Cancel Air Reservation

Check Flight Status

Flight Status Notification

Book a Car

Book a Hotel

### Know Before You Go

In the Airport

Baggage Policies

Suggested Airport Arrival Times

Security Procedures

Customers of Size

In the Air

Purchasing and Refunds

### Special Travel Needs

Traveling with Children

Traveling with Pets

Unaccompanied Minors

Baby on Board

Customers with Disabilities

## Legal Policies & Helpful Information

Privacy Policy

Notice of Incorporated Terms

Customer Service Commitment

FAQs

Contact Us

Book Air | Book Hotel | Book Car | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us, Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.

[2] Security Fee is the government-imposed September 11th Security Fee.

See Southwest Airlines Co. Notice of Incorporation
See Southwest Airlines Limit of Liability

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2015 Southwest Airlines Co. All Rights Reserved.

AIRFARE

**Kirk Rasmussen**

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Monday, March 09, 2015 11:07 AM |
| **To:** | Kirk Rasmussen |
| **Subject:** | Flight reservation (8JRGHR) | 10MAR15 | AUS-DAL | Rasmussen/Kirk |

You're all set for your trip!

**Southwest**

My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!



Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!


EARN UP TO 2,400 RAPID REWARDS POINTS & SAVE ON EVERY RENTAL. BOOK NOW. Alamo

### ✈ AIR Itinerary

**AIR Confirmation:**
**8JRGHR**

Confirmation Date:
03/9/2015

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| RASMUSSEN/KIRK | | 5262490146363 | Mar 8, 2016 | 3572 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Mar 10 | 833 | Depart **AUSTIN, TX** (AUS) on Southwest Airlines at **09:45 AM** <br> Arrive in **DALLAS (LOVE FIELD), TX** (DAL) at **10:45 AM** <br> Travel Time 1 hrs 0 mins <br> Anytime |
| Tue Mar 10 | 257 | Depart **DALLAS (LOVE FIELD), TX** (DAL) on Southwest Airlines at **5:45 PM** <br> Arrive in **AUSTIN, TX** (AUS) at **6:40 PM** <br> Travel Time 0 hrs 55 mins <br> Anytime |


**NEED A HOTEL?**
Best Rate Guarantee
Flexibility to Pay Later
Earn up to 750 Rapid Rewards Points
Book a Hotel


**NEED A CAR?**
Guaranteed Low Rates
14 Car Companies
Earn Rapid Rewards Points
Book a Car


**CLICK 'N SAVE**
Join over 17 million email subscribers saving big on travel each week.
Sign Up

### What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.
- WiFi, TV, and related services and amenities may vary and are subject to change based on assigned aircraft. Learn

AIRFARE

EXHIBIT I
Page 48 of 279

more.

**Remember to be in the gate area on time and ready to board:**

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.

- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost:** 412.20

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262490146363: NONTRANSFERABLE. Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

AUS WN DAL178.60YL WN AUS178.60YL 357.20 END ZPAUSDAL XFAUS4.5DAL4.5 AY11.20$AUS5.60 DAL5.60

 Learn About Our Boarding Process ◢     Get EarlyBird Check-In® Details ◢

## Cost and Payment Summary

▣ AIR - 8JRGHR

| | | |
|---|---|---|
| Base Fare | $357.20 | **Payment Information** |
| Excise Taxes | $ 26.80 | Payment Type: ▮▮▮ |
| Segment Fee | $ 8.00 | |
| Passenger Facility Charge | $ 9.00 | Date: Mar 9, 2015 |
| September 11th Security Fee | $ 11.20 | Payment Amount: $412.20 |
| **Total Air Cost** | **$412.20** | |

## Kirk Rasmussen

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Monday, March 30, 2015 10:50 AM |
| **To:** | Kirk Rasmussen |
| **Subject:** | Flight reservation (8MRKIN) \| 01APR15 \| AUS-DAL \| Rasmussen/Kirk |

*Total charge $470 was split with Luminant and another client. $235 each* (handwritten)

You're all set for your trip!

**Southwest'**

My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!



Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Save up to 30%**

Plus earn up to 2,400 Rapid Rewards® points.

Let's go!

*Budget*

**NEED A HOTEL?**
Best Rate Guarantee
Flexibility to Pay Later
Earn up to 750 Rapid Rewards Points
Book a Hotel

**NEED A CAR?**
Guaranteed Low Rates
14 Car Companies
Earn Rapid Rewards Points
Book a Car

**CLICK 'N SAVE®**
Join over 17 million email subscribers saving big on travel each week.
Sign Up





**✈ AIR Itinerary**

## AIR Confirmation: 8MRKIN

Confirmation Date: 03/30/2015

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| RASMUSSEN/KIRK | | 5262496047015 | Mar 29, 2016 | 4932 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Wed Apr 1 | 1017 | Depart **AUSTIN, TX** (AUS) on Southwest Airlines at **07:00 AM**<br>Arrive in **DALLAS (LOVE FIELD), TX** (DAL) at **08:00 AM**<br>Travel Time 1 hrs 0 mins<br>Business Select |
| Wed Apr 1 | 332 | Depart **DALLAS (LOVE FIELD), TX** (DAL) on Southwest Airlines at **4:30 PM**<br>Arrive in **AUSTIN, TX** (AUS) at **5:25 PM**<br>Travel Time 0 hrs 55 mins<br>Business Select |

## What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.
- WiFi, TV, and related services and amenities may vary and

AIRFARE

EXHIBIT I
Page 50 of 279

are subject to change based on assigned aircraft. Learn more.



**Remember to be in the gate area on time and ready to board:**

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.

- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost:** 470.00

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262496047015: NONTRANSFERABLE. Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

AUS WN DAL205.49KZBP WN AUS205.49KZBP 410.98
END ZPAUSDAL XFAUS4.5DAL4.5 AY11.20$AUS5.60
DAL5.60

 Learn About Our
Boarding Process

 Get EarlyBird
Check-In® Details

## Cost and Payment Summary

☑ AIR - 8MRKIN

| | | |
|---|---|---|
| Base Fare | $410.98 | **Payment Information** |
| Excise Taxes | $ 30.82 | Payment Type: |
| Segment Fee | $ 8.00 | |
| Passenger Facility Charge | $ 9.00 | Date: Mar 30, 2015 |
| | | Payment Amount: $470.00 |
| September 11th Security Fee | $ 11.20 | |
| **Total Air Cost** | **$470.00** | |

EXHIBIT I
Page 51 of 279

# Southwest✈

FLIGHT | HOTEL | CAR    SPECIAL OFFERS    RAPID REWARDS®    🔍

## Southwest✈
# Thank you for your purchase!

Austin, TX - AUS to Dallas (Love Field), TX - DAL

### Air
Confirmation #8L4JU2

**Austin, TX - AUS to Dallas (Love Field), TX - DAL**
Wednesday, April 15, 2015

**Air Total: $442.00**

**Amount Paid**
**$442.00**

**Trip Total**
**$442.00**

---

**APR 15**
**WED** | **04/15/15 - Dallas**

### AIR
**Austin, TX - AUS to Dallas (Love Field), TX - DAL**
04/15/2015

**Confirmation #**
**8L4JU2**

**Adult Passenger(s)**              **Rapid Rewards #**
EMILY JOLLY

Subscribe to Flight Status Messaging

| | | | | |
|---|---|---|---|---|
| **DEPART APR 15 WED** | 11:30 AM | Depart **Austin, TX (AUS)** on Southwest Airlines | Flight #1017 Southwest✈ | **Wednesday, April 15, 2015** |
| | 12:25 PM | Arrive in **Dallas (Love Field), TX (DAL)** | | Travel Time 0 h 55 m (Nonstop) Business Select |
| **RETURN APR 15 WED** | 08:35 PM | Depart **Dallas (Love Field), TX (DAL)** on Southwest Airlines | Flight #391 Southwest✈ | **Wednesday, April 15, 2015** |
| | 09:25 PM | Arrive in **Austin, TX (AUS)** | | Travel Time 0 h 50 m (Nonstop) Anytime |

**What you need to know to travel:**

**Check-in**: Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied booking compensation.

**No Show Policy**: If you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to scheduled departure of the flight. For tickets purchased on or after May 10, 2013 and travel beginning September 13, 2013, Customers who fail to cancel reservations for a AIRFARE Wanna Get Away or DING! fare segment at least ten (10) minutes prior to travel and who do not board the

**EXHIBIT I**
**Page 52 of 279**

# Kirk Rasmussen

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Tuesday, April 14, 2015 9:10 PM |
| **To:** | KIRK.RASMUSSEN@GMAIL.COM |
| **Subject:** | Flight reservation (8HCQOU) | 15APR15 | AUS-DAL | Rasmussen/Kirk |

You're all set for your trip!

My Account | View My Itinerary Online

 Southwest

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!

 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 04/15/15 - Dallas


Save up to 35%
plus earn up to 2,400 Rapid Rewards® points.
BOOK NOW ▶
AVIS

### ✈ AIR Itinerary

**AIR Confirmation:** 8HCQOU

Confirmation Date: 04/14/2015

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| RASMUSSEN/KIRK | | 5262100365175 | Apr 13, 2016 | 3588 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Wed Apr 15 | 184 | Depart **AUSTIN, TX** (AUS) on Southwest Airlines at **09:30 AM** Arrive in **DALLAS (LOVE FIELD), TX** (DAL) at **10:25 AM** Travel Time 0 hrs 55 mins Anytime |
| Wed Apr 15 | 4191 | Depart **DALLAS (LOVE FIELD), TX** (DAL) on Southwest Airlines at **6:05 PM** Arrive in **AUSTIN, TX** (AUS) at **6:55 PM** Travel Time 0 hrs 50 mins Anytime |


**NEED A HOTEL?**
Best Rate Guarantee
Flexibility to Pay Later
Earn up to 750 Rapid Rewards Points
Book a Hotel


**NEED A CAR?**
Guaranteed Low Rates
14 Car Companies
Earn Rapid Rewards Points
Book a Car


**CLICK 'N SAVE**
Join over 17 million email subscribers saving big on travel each week.
Sign Up

## What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.

AIRFARE

i

EXHIBIT I
Page 53 of 279

ENROLL NOW! IT'S FREE!
Southwest's
Rapid Rewards

- WiFi, TV, and related services and amenities may vary and are subject to change based on assigned aircraft. Learn more.

**Remember to be in the gate area on time and ready to board:**

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost:** 414.00

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

AUS WN DAL179.44YL WN AUS179.44YL 358.88 END
ZPAUSDAL XFAUS4.5DAL4.5 AY11.20$AUS5.60 DAL5.60

 Learn About Our Boarding Process ◢  Get EarlyBird Check-In® Details ◢

## Cost and Payment Summary

☑ AIR - 8HCQOU

| | | |
|---|---|---|
| Base Fare | $358.88 | **Payment Information** |
| Excise Taxes | $ 26.92 | Payment Type: ▇ |
| Segment Fee | $ 8.00 | |
| Passenger Facility Charge | $ 9.00 | Date: Apr 14, 2015 |
| | | Payment Amount: $414.00 |
| September 11th Security Fee | $ 11.20 | |
| **Total Air Cost** | $414.00 | |

Record Locator **ZVERGT**  

# Itinerary

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---------|----------|-----------|----------|-----------|
| American | 1015 | AUSTIN <mark>WED 06MAY</mark> 6:49 AM | DALLAS FT WORTH 7:54 AM | V |
| <mark>Amanda Kimbrough</mark> | Seat 11A | Economy | | |
| <mark>Michelle Hanlon</mark> | Seat 11B | Economy | | |
| American | 1563 | DALLAS FT WORTH THU 07MAY 5:40 PM | AUSTIN 6:40 PM | M |
| Amanda Kimbrough | Seat 10E | Economy | | |
| Michelle Hanlon | Seat 10F | Economy | | |

# Receipt

| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket Total |
|-----------|----------|----------|-------------------------------|--------------|
| Amanda Kimbrough | 0012302086522 | 404.65 | 58.55 | 463.20 |
| Michelle Hanlon | 0012302086523 | 404.65 | 58.55 | 463.20 |
| ████████████████ | | | | **$ 926.40** |

Baggage Information

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE -AUSDFW-No free checked bags/ American Airlines BAG ALLOWANCE -DFWAUS-No free checked bags/ American Airlines 1STCHECKED BAG FEE-AUSDFW-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-DFWAUS-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-AUSDFW-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-DFWAUS-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

NOTICE OF INCORPORATED TERMS OF CONTRACT

AIRFARE

EXHIBIT I
Page 55 of 279

 Record Locator **ZVERGT** 

# Receipt

| Passenger | Document # | Description | Amount | Tax | Total |
|-----------|-----------|-------------|--------|-----|-------|
| Amanda Kimbrough | 0010612297694 | MAIN CABIN EXTRA/AUS-DFW | 18.69 USD | 1.40 | 20.09 USD |
| Amanda Kimbrough | 0010612297694 | MAIN CABIN EXTRA/DFW-AUS | 25.97 USD | 1.95 | 27.92 USD |
| Michelle Hanlon | 0010612297695 | MAIN CABIN EXTRA/AUS-DFW | 19.44 USD | 1.46 | 20.90 USD |
| Michelle Hanlon | 0010612297695 | MAIN CABIN EXTRA/DFW-AUS | 25.97 USD | 1.95 | 27.92 USD |
| ▉▉▉▉▉▉▉▉▉▉▉▉▉ | | | | | **$ 96.83** |

*Trip Insurance   37.98*

*Total $1061.21*



Conditions of Carriage          Special Assistance          Flight Check-in          Flight Status Notification

NRID: I66621558176090685I409

## Kirk Rasmussen

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Sunday, May 03, 2015 8:55 PM |
| **To:** | KIRK.RASMUSSEN@GMAIL.COM |
| **Subject:** | Flight reservation (8JINZY) | 05MAY15 | AUS-DAL | Rasmussen/Kirk |

You're all set for your trip!

**Southwest** <span style="float:right">My Account | View My Itinerary Online</span>

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!



Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 05/05/15 - Dallas

 **AIR Itinerary**

**AIR Confirmation:**
**8JINZY**

Confirmation Date:
05/3/2015

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| RASMUSSEN/KIRK ███ | | 5262105406547 | May 2, 2016 | 3,758 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue May 5 | 4517 | Depart **AUSTIN, TX** (AUS) on Southwest Airlines at **07:20 AM** <br> Arrive in **DALLAS (LOVE FIELD), TX** (DAL) at **08:25 AM** <br> Travel Time 1 hrs 5 mins <br> Business Select |
| Tue May 5 | 391 | Depart **DALLAS (LOVE FIELD), TX** (DAL) on Southwest Airlines at **8:35 PM** <br> Arrive in **AUSTIN, TX** (AUS) at **9:25 PM** <br> Travel Time 0 hrs 50 mins <br> Anytime |

## What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.


EARN UP TO **2,400** RAPID REWARDS® POINTS & SAVE ON EVERY RENTAL
BOOK NOW
Alamo


**NEED A HOTEL?**
Best Rate Guarantee
Flexibility to Pay Later
Earn up to 750 Rapid Rewards Points
Book a Hotel


**NEED A CAR?**
Guaranteed Low Rates
14 Car Companies
Earn Rapid Rewards Points
Book a Car


**CLICK 'N SAVE**
Join over 17 million email subscribers saving big on travel each week.
Sign Up

AIRFARE

EXHIBIT I
Page 57 of 279

- WiFi, TV, and related services and amenities may vary and are subject to change based on assigned aircraft. Learn more.

**Remember to be in the gate area on time and ready to board:**

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost:** 394.00

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262105406547: NONTRANSFERABLE. Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

AUS WN DAL177.58KZBP WN AUS162.70YL 340.28 END ZPAUSDAL XFAUS4.5DAL4.5 AY11.20$AUS5.60 DAL5.60

 Learn About Our Boarding Process   Get EarlyBird Check-In® Details

## Cost and Payment Summary

☑ AIR - 8JINZY

| | | | |
|---|---|---|---|
| Base Fare | $340.28 | **Payment Information** | |
| Excise Taxes | $ 25.52 | Payment Type: ▉▉▉ | |
| Segment Fee | $ 8.00 | | |
| Passenger Facility Charge | $ 9.00 | Date: May 3, 2015 | |
| September 11th Security Fee | $ 11.20 | Payment Amount: $394.00 | |
| **Total Air Cost** | **$394.00** | | |



## Kirk Rasmussen

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Monday, May 11, 2015 1:12 PM |
| **To:** | Kirk Rasmussen |
| **Subject:** | Flight reservation (86HQ6Q) | 12MAY15 | AUS-DAL | Rasmussen/Kirk David |

You're all set for your trip!

 My Account | View My Itinerary Online

**Southwest**

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |

## Ready for takeoff!

 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

### ✈ AIR Itinerary

## AIR Confirmation:
## 86HQ6Q

Confirmation Date:
05/11/2015

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| RASMUSSEN/KIRK DAVID | | 5262107523740 | May 10, 2016 | 3758 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue May 12 | 4517 | Depart **AUSTIN, TX** (AUS) on Southwest Airlines at **07:20 AM**<br>Arrive in **DALLAS (LOVE FIELD), TX** (DAL) at **08:25 AM**<br>Travel Time 1 hrs 5 mins<br>Business Select |
| Tue May 12 | 4191 | Depart **DALLAS (LOVE FIELD), TX** (DAL) on Southwest Airlines at **6:05 PM**<br>Arrive in **AUSTIN, TX** (AUS) at **6:55 PM**<br>Travel Time 0 hrs 50 mins<br>Anytime |

#### What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.
- WiFi, TV, and related services and amenities may vary and


Save up to 35% plus earn up to 2,400 Rapid Rewards® points.
BOOK NOW ▸ **AVIS**


**NEED A HOTEL?**
Best Rate Guarantee
Flexibility to Pay Later
Earn up to 750 Rapid Rewards Points
Book a Hotel


**NEED A CAR?**
Guaranteed Low Rates
14 Car Companies
Earn Rapid Rewards Points
Book a Car


**CLICK 'N SAVE**
Join over 17 million email subscribers saving big on travel each week.
Sign Up

AIRFARE

**EXHIBIT I**
Page 59 of 279

are subject to change based on assigned aircraft. Learn more.

**Remember to be in the gate area on time and ready to board:**

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.

- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost:** 394.00

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262107523740: NONTRANSFERABLE. Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

AUS WN DAL177.58KZBP WN AUS162.70YL 340.28 END ZPAUSDAL XFAUS4.5DAL4.5 AY11.20$AUS5.60 DAL5.60

 Learn About Our Boarding Process ⚐    Get EarlyBird Check-In® Details ⚐

## Cost and Payment Summary

☑ AIR - 86HQ6Q

| | | Payment Information |
|---|---|---|
| Base Fare | $340.28 | Payment Type: ▇▇▇▇ |
| Excise Taxes | $ 25.52 | |
| Segment Fee | $ 8.00 | |
| Passenger Facility Charge | $ 9.00 | Date: May 11, 2015 |
| | | Payment Amount: $394.00 |
| September 11th Security Fee | $ 11.20 | |
| Total Air Cost | $394.00 | |

5/12/2015
Airline Reservation Confirmation | Finish | American Airlines | AA.com



Home   Login        English      Search aa.com

 **American Airlines**        Plan Travel        Travel Information        AAdvantage

Thank you for making your reservation on AA.com!

**Are you ready to earn miles on this flight?**
AAdvantage members use their miles for flights, hotels, cars and more.

**JOIN NOW**

Thank you. Your email has been sent.

Note: This is not your receipt. You will be receiving your itinerary confirmation along with your receipt soon. You may print your itinerary & receipt directly from aa.com once the status is updated from "Ticket Pending" to "Ticketed".

## Austin to Dallas/ Fort Worth
2 Adults
**Tuesday May 26, 2015 – Wednesday May 27, 2015**

Your Trip Price:

**$705.23 USD**

| AA Record Locator | Reservation Name |
|---|---|
| **ARNEPP** | **AUS/DFW** |
| Your record locator is your reservation confirmation number and will be needed to retrieve or reference your reservation | Status: **Ticket Pending** on May 12, 2015 |

| Flight | Depart | Arrive |
|---|---|---|
| **American Airlines** 1490 | Austin (AUS) May 26, 2015 08:11 AM | Dallas/ Fort Worth (DFW) May 26, 2015 09:20 AM |
| **American Airlines** 383 | Dallas/ Fort Worth (DFW) May 27, 2015 04:45 PM | Austin (AUS) May 27, 2015 05:45 PM |

### Fare Amount

**Adult**
2 × $256.74 USD          **$513.48 USD**

**Trip Options**

Main Cabin Extra          $96.83 USD

### Taxes & Carrier-Imposed Fees

Taxes          $94.92 USD

Carrier-Imposed Fees          $0.00 USD

Flight Subtotal

**$705.23 USD**

## Baggage Information

Baggage Charges (per person)                              Other Baggage and Optional Charges

| Carry-On Baggage | | Cost (USD) | Size* | Additional Info |
|---|---|---|---|---|
| **American Airlines** Domestic | 1st Carry-On | No Charge | 36 din / 91 dcm | Includes: purse, briefcase, laptop bag or similar item that must fit under the seat in front of you. |
| | 2nd Carry-On | No Charge | 45 din / 114 dcm | Maximum dimensions not to exceed: 22" long x 14" wide x 9" tall (56 x 35 x 23 cm) |

| Checked Baggage | | Cost (USD) | Size* | Weight |
|---|---|---|---|---|
| **American Airlines** | 1st Bag | $25 | 62 din / 158 dcm | Under 50 lbs/ 23 kgs |
| | 2nd Bag | $35 | 62 din / 158 dcm | Under 50 lbs/ 23 kgs |

AIRFARE

https://www.aa.com/reservation/editCreditCardSubmit.do?selectedTab=tabs-credit

EXHIBIT I
Page 61 of 279

1/3

## Amanda Felle

| | |
|---|---|
| **From:** | Aundrea Abernathy |
| **Sent:** | Tuesday, July 14, 2015 1:54 PM |
| **To:** | Amanda Felle |
| **Subject:** | FW: Flight reservation (HHII86) | 01JUL15 | AUS-DAL | Jolly/Emily |

We actually ended up changing her return flight & it was a cheaper fare. That receipt/email will follow this one.

**From:** Southwest Airlines [mailto:SouthwestAirlines@luv.southwest.com]
**Sent:** Monday, June 29, 2015 11:43 AM
**To:** Aundrea Abernathy
**Subject:** Flight reservation (HHII86) | 01JUL15 | AUS-DAL | Jolly/Emily

You're all set for your trip!



# Southwest♥

My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!



Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 07/01/15 - Dallas

### ✈ AIR Itinerary

## AIR Confirmation: HHII86

Confirmation Date: 06/29/2015



| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| JOLLY/EMILY | ▬▬▬ | 5262121898438 | Jun 28, 2016 | 4262 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.



| Date | Flight | Departure/Arrival |
|---|---|---|
| Wed Jul 1 | 1017 | Depart **AUSTIN, TX** (AUS) on Southwest Airlines at **06:30 AM**<br>Arrive in **DALLAS (LOVE FIELD), TX** (DAL) at **07:30 AM**<br>Travel Time 1 hrs 0 mins<br>Business Select |
| Wed Jul 1 | 1522 | Depart **DALLAS (LOVE FIELD), TX** (DAL) on Southwest Airlines at **2:10 PM**<br>Arrive in **AUSTIN, TX** (AUS) at **3:00 PM**<br>Travel Time 0 hrs 50 mins |

AIRFARE

EXHIBIT I
Page 62 of 279

Business Select

**What you need to know to travel:**

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.
- WiFi, TV, and related services and amenities may vary and are subject to change based on assigned aircraft. Learn more.

**Remember to be in the gate area on time and ready to board:**

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.



**NEED A CAR?**

Guaranteed Low Rates

14 Car Companies

Earn Rapid Rewards Points

Book a Car



**CLICK 'N SAVE**

Join over 17 million email subscribers saving big on travel each week.

Sign Up

**ENROLL NOW. IT'S FREE!**

**Southwest** Rapid Rewards

Air Cost: 410.00

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262121898438: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

AUS WN DAL177.58KZBP WN AUS177.58KZBP 355.16 END ZPAUSDAL XFAUS4.5DAL4.5 AY11.20$AUS5.60 DAL5.60

 Learn About Our Boarding Process ⬎

 Get EarlyBird Check-In® Details ⬎

## Cost and Payment Summary

🔲 AIR - HHII86

| | | | |
|---|---|---|---|
| Base Fare | $ 355.16 | **Payment Information** | |
| Excise Taxes | $ 26.64 | Payment Type: ▮▮▮▮ | |
| Segment Fee | $ 8.00 | | |
| Passenger Facility Charge | $ 9.00 | Date: Jun 29, 2015 | |
| September 11th Security Fee | $ 11.20 | Payment Amount: $410.00 | |
| Total Air Cost | $ 410.00 | | |

*Trip Insurance  18.20*

*AIRFARE Total  $428.20*

EXHIBIT I
Page 63 of 279

## Kirk Rasmussen

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Monday, June 29, 2015 8:03 AM |
| **To:** | KIRK.RASMUSSEN@GMAIL.COM |
| **Subject:** | Flight reservation (HSCWB4) | 30JUN15 | AUS-DAL | Rasmussen/Kirk |

You're all set for your trip!

**Southwest**

My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!

 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

### Upcoming Trip: 06/30/15 - Dallas

✈ **AIR Itinerary**

**AIR Confirmation: HSCWB4**

Confirmation Date: 06/29/2015

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| RASMUSSEN/KIRK | | 5262121839476 | Jun 28, 2016 | 4262 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Jun 30 | 285 | Depart **AUSTIN, TX** (AUS) on Southwest Airlines at **09:25 AM**<br>Arrive in **DALLAS (LOVE FIELD), TX** (DAL) at **10:20 AM**<br>Travel Time 0 hrs 55 mins<br>Business Select |
| Wed Jul 1 | 1522 | Depart **DALLAS (LOVE FIELD), TX** (DAL) on Southwest Airlines at **2:10 PM**<br>Arrive in **AUSTIN, TX** (AUS) at **3:00 PM**<br>Travel Time 0 hrs 50 mins<br>Business Select |

### What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.



Save up to 35% plus earn up to 2,400 Rapid Rewards® points.

BOOK NOW ▶    AVIS



**NEED A HOTEL?**
Best Rate Guarantee
Flexibility to Pay Later
Earn up to 750 Rapid Rewards Points
Book a Hotel



**NEED A CAR?**
Guaranteed Low Rates
14 Car Companies
Earn Rapid Rewards Points
Book a Car



**CLICK 'N SAVE**
Join over 17 million email subscribers saving big on travel each week.
Sign Up

AIRFARE

1

EXHIBIT I
Page 64 of 279

- WiFi, TV, and related services and amenities may vary and are subject to change based on assigned aircraft. Learn more.

**Remember to be in the gate area on time and ready to board:**

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost:** 410.00

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262121839476: NONTRANSFERABLE. Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

AUS WN DAL177.58KZBP WN AUS177.58KZBP 355.16 END ZPAUSDAL XFAUS4.5DAL4.5 AY11.20$AUS5.60 DAL5.60

 Learn About Our Boarding Process ▪  Get EarlyBird Check-In® Details ▪

## Cost and Payment Summary

☑ AIR - HSCWB4

| | | |
|---|---|---|
| Base Fare | $355.16 | **Payment Information** |
| Excise Taxes | $ 26.64 | Payment Type: ▮ |
| Segment Fee | $ 8.00 | |
| Passenger Facility Charge | $ 9.00 | Date: Jun 29, 2015 |
| | | Payment Amount: $410.00 |
| September 11th Security Fee | $ 11.20 | |
| **Total Air Cost** | **$410.00** | |

2

EXHIBIT I
Page 65 of 279



Español

FLIGHT | HOTEL | CAR    SPECIAL OFFERS    RAPID REWARDS®

## Southwest ❤

## Thank you for your purchase!

Austin, TX - AUS to Dallas (Love Field), TX - DAL

New Purchases in Trip

| Air |
|---|
| Confirmation #HFKR7I |
| Austin, TX - AUS to Dallas (Love Field), TX - DAL<br>Friday, July 31, 2015 |
| Air Total: $428.20 |

*Luminant - Env.*
*# 11001,72*

Amount Paid
$428.20

Trip Total
$428.20

**JUL 31**
**FRI**   07/31/15 Luminant Mtg (Dallas)

### New purchases added to your trip.

AIR

Austin, TX - AUS to Dallas (Love Field), TX - DAL
07/31/2015

Confirmation #
**HFKR7I**

**Adult Passenger(s)**
JOHN VAY

Rapid Rewards #

Subscribe to Flight Status Messaging

| DEPART<br>JUL 31<br>FRI | 10:30 AM | Depart Austin, TX (AUS) on Southwest Airlines | Flight<br>#857 Southwest❤ | Friday, July 31, 2015 |
| | 11:25 AM | Arrive in Dallas (Love Field), TX (DAL) | | Travel Time 0 h 55 m<br>(Nonstop)<br>Business Select |
| RETURN<br>JUL 31<br>FRI | 06:30 PM | Depart Dallas (Love Field), TX (DAL) on Southwest Airlines | Flight<br>#1495 Southwest❤ | Friday, July 31, 2015 |
| | 07:25 PM | Arrive in Austin, TX (AUS) | | Travel Time 0 h 55 m<br>(Nonstop)<br>Business Select |

**What you need to know to travel:**

Check-in: Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied booking compensation.

No Show Policy: If you are not planning to travel on any portion of this itinerary, please cancel your reservation at least 10 minutes prior to scheduled departure of the flight. For tickets purchased on or after May 10, 2013 and travel beginning September 13, 2013, Customers who fail to cancel reservations for a Wanna Get Away or DING! fare segment at least ten (10) minutes prior to travel and who do not board the flight will be considered a no

AIRFARE

EXHIBIT I
Page 66 of 279

Case 14-10979-CSS   Doc 13020-10   Filed 04/23/18   Page 67 of 279

show, and all remaining, unused funds on this reservation will be forfeited, including Business Select and Anytime funds.

PRICE: ADULT

| Trip | Routing | Fare Type \| View Fare Rules | Fare Details | | Quantity | Total |
|------|---------|------------------------------|--------------|---|----------|-------|
| Depart | AUS-DAL | **Business Select**<br>Superior Benefits | • Priority Boarding<br>• Maximum Rapid Rewards®<br>  Points<br>• Fully Refundable | • Fly By® Security Lane<br>• Free Same-Day<br>  Changes<br>• Premium Drink | 1 | $214.10 |
| Return | DAL-AUS | **Business Select**<br>Superior Benefits | • Priority Boarding<br>• Maximum Rapid Rewards®<br>  Points<br>• Fully Refundable | • Fly By® Security Lane<br>• Free Same-Day<br>  Changes<br>• Premium Drink | 1 | $214.10 |

Subtotal **$428.20**
Fare Breakdown

Carry-on Items: 1 bag + 1 small personal item are free, see full details.
Checked Items: First and second bags are free, size and weight limits apply.

Bag Charge $0.00

Air Total:
**$428.20**

Gov't taxes & fees now included

| Purchaser Name | Andrew Kever | Billing Address | 600 Congress Ave., Ste. 2800<br>Austin, TX US 78701 |
|----------------|--------------|-----------------|--------------------------------------------------------|

| Form of Payment | Amount Applied |
|-----------------|----------------|
| American Express - XXXXXXXXXXX-1000 | **$428.20** |

Amount Paid
**$428.20**

Trip Total
**$428.20**

© 2015 Southwest Airlines Co. All Rights Reserved. Use of the Southwest websites and our Company Information constitutes acceptance of our Terms and Conditions. Privacy Policy

AIRFARE

EXHIBIT I
Page 67 of 279

https://www.southwest.com/reservations/confirm-reservations.html?disc=pdc%3A717EF1...   7/21/2015

# Southwest

My Account | View My Itinerary Online

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!

 Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 07/30/15 - Dallas



Save up to 35% plus earn up to 2,400 Rapid Rewards® points.

BOOK NOW ▶    AVIS

### ✈ AIR Itinerary

## AIR Confirmation: H49HZ3

Confirmation Date: 07/10/2015

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| KEVER/JUSTIN AN DREW | ▮▮▮▮ | 5262125166286 | Jul 9, 2016 | 4466 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Thu Jul 30 | 857 | Depart **AUSTIN, TX** (AUS) on Southwest Airlines at **10:30 AM** Arrive in **DALLAS (LOVE FIELD), TX** (DAL) at **11:25 AM** Travel Time 0 hrs 55 mins Business Select |
| Fri Jul 31 | 829 | Depart **DALLAS (LOVE FIELD), TX** (DAL) on Southwest Airlines at **3:45 PM** Arrive in **AUSTIN, TX** (AUS) at **4:35 PM** Travel Time 0 hrs 50 mins Business Select |

**NEED A HOTEL?**

Best Rate Guarantee

Flexibility to Pay Later

Earn up to
**750 Rapid Rewards Points**

Book a Hotel

**NEED A CAR?**

Guaranteed Low Rates

14 Car Companies

Earn Rapid Rewards Points

Book a Car

**CLICK 'N SAVE**

Join over 17 million email subscribers saving big on travel each week.



Sign Up

## What you need to know to travel:

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.
- WiFi, TV, and related services and amenities may vary and are subject to change based on assigned aircraft. Learn more.

## Remember to be in the gate area on time and ready to board:

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be

AIRFARE

forfeited.



Air Cost: 428.20

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262125166286: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

AUS WN DAL186.05KLNEV WN AUS186.05KLNEV 372.10 END ZPAUSDAL
XFAUS4.5DAL4.5 AY11.20$AUS5.60 DAL5.60

 Learn About Our
Boarding Process

 Get EarlyBird
Check-In® Details

## Cost and Payment Summary

AIR - H49HZ3

| | | Payment Information |
|---|---|---|
| Base Fare | $ 372.10 | |
| Excise Taxes | $ 27.90 | Payment Type: ▮▮▮▮ |
| Segment Fee | $ 8.00 | |
| Passenger Facility Charge | $ 9.00 | Date: Jul 10, 2015 |
| September 11th Security Fee | $ 11.20 | Payment Amount: $428.20 |
| **Total Air Cost** | $ 428.20 | |

 Flight Status Alerts

Stay on your way with flight departure or arrival status via text message or e-mail.

Subscribe Now

Fly Southwest To
International Destinations

You can now book travel from select cities to Mexico & The Caribbean at southwest.com.

Learn More

AIRFARE

EXHIBIT I
Page 69 of 279

# Kirk Rasmussen

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Tuesday, October 27, 2015 10:42 AM |
| **To:** | KIRK.RASMUSSEN@GMAIL.COM |
| **Subject:** | Flight reservation (HMQL29) | 28OCT15 | AUS-DAL | Rasmussen/Kirk |

*KDR
1/001.50
Luminant
Annual
Compliance*

Thanks for choosing Southwest® for your trip.

⬇ **Log in** | **View my itinerary**

**Southwest**

| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers |
|---|---|---|---|---|---|

## Ready for takeoff!

Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 10/28/15 - Dallas

Save up to 30%
Plus earn up to 2,400 Rapid Rewards® points.
[Let's go!]
Budget

✈ **Air itinerary**

## AIR Confirmation: HMQL29

Confirmation Date: 10/27/2015

🏨 Add a hotel
✓ Earn Rapid Rewards® points
✓ Best rate guarantee
✓ Free cancellation
[Book a hotel ›]

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| RASMUSSEN/KIRK | | 5262154567361 | Oct 26, 2016 | 3758 |

🚗 Add a rental car
✓ Earn Rapid Rewards® points
✓ Guaranteed low rates
✓ Free cancellation
[Book a car ›]

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Early Bird | Departure/Arrival |
|---|---|---|---|
| Wed Oct 28 | 371 | | Depart **AUSTIN, TX** (AUS) on Southwest Airlines at 07:00 AM<br>Arrive in **DALLAS (LOVE FIELD), TX** (DAL) at 07:55 AM<br>Travel Time 0 hrs 55 mins<br>Anytime |

**Travel more for less.**
Exclusive deals for your favorite destinations.
[Book a car ›]
[Sign up and save ›]

| Date | Flight | Business Select | Departure/Arrival |
|---|---|---|---|
| Wed Oct 28 | 2948 | ✓ | Depart **DALLAS (LOVE FIELD), TX** (DAL) on Southwest Airlines at 7:40 PM<br>Arrive in **AUSTIN, TX** (AUS) at 8:30 PM<br>Travel Time 0 hrs 50 mins<br>Business Select |

**Southwest**
Rapid Rewards
✓ Unlimited reward seats
✓ No blackout dates
✓ Redeem for international flights and more
[Enroll now ›]

AIRFARE

1

EXHIBIT I
Page 70 of 279

**Bags fly free®:** First and second checked bags. Weight and size limits apply. One small bag and one personal item are permitted as carryon items, free of charge.

**30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

**10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

**If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost: 393.96**

Fare Rule(s): 5262154567361:
NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

AUS WN DAL162.68YL WN AUS177.56KZBP
340.24 END ZPAUSDAL XFAUS4.5DAL4.5
AY11.20$AUS5.60 DAL5.60

 Learn about our boarding process.

Learn about inflight WiFi & entertainment.

## Cost and Payment Summary

✈ AIR - HMQL29

| | | Payment Information |
|---|---|---|
| Base Fare | $340.24 | |
| Excise Taxes | $ 25.52 | Payment Type: ▮▮▮ |
| Segment Fee | $ 8.00 | |
| Passenger Facility Charge | $ 9.00 | Date: Oct 27, 2015 |
| September 11th Security Fee | $ 11.20 | Payment Amount: $393.96 |
| **Total Air Cost** | **$393.96** | |

AIRFARE

EXHIBIT I
Page 71 of 279



MJK
11002.65
TXU-Client
     Meeting

| Record Locator | **TDTNBK** |
|---|---|

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American | 1595 | AUSTIN THU 19NOV 7:05 AM | DALLAS FT WORTH 8:13 AM | Q |
| Amanda Kimbrough | Seat 12B | Economy | | |
| American | 1221 | DALLAS FT WORTH THU 19NOV 5:00 PM | AUSTIN 6:04 PM | S |
| Amanda Kimbrough | Seat 14B | Economy | | |

| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket Total |
|---|---|---|---|---|
| Amanda Kimbrough | 0012315008219 | 182.33 | 41.87 | 224.20 |
| Amanda Kimbrough - Additional Fare Collection 192.00 | | | | |

| Additional Services | Date | Currency | Amount |
|---|---|---|---|
| Ticket Change | 16 NOV 15 | USD | 200.00 |
| Exchange, ▮▮▮▮▮▮▮▮ | | | |

Additional Services are subject to credit card approval at time of ticketing. Additional Services may appear on multiple accompanied documents as a matter of reference.

Baggage Information

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE -AUSDFW-No free checked bags/ American Airlines BAG ALLOWANCE -DFWAUS-No free checked bags/ American Airlines 1STCHECKED BAG FEE-AUSDFW-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-DFWAUS-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-AUSDFW-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-DFWAUS-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

**AIRFARE**

**EXHIBIT I**
Page 72 of 279

DKR
Luminant - Bluebonnet - Three Oaks Mine Dispute
1/100 1.83

**Kirk Rasmussen**

| | |
|---|---|
| **From:** | Southwest Airlines <SouthwestAirlines@luv.southwest.com> |
| **Sent:** | Monday, January 04, 2016 12:43 PM |
| **To:** | Kirk Rasmussen |
| **Subject:** | Flight reservation (RQ9KTC) \| 05JAN16 \| AUS-DAL \| Rasmussen/Kirk David |

Thanks for choosing Southwest® for your trip.

Log in | View my itinerary

Southwest

Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers

## Ready for takeoff!

Thanks for choosing Southwest® for your trip. You'll find everything you need to know about your reservation below. Happy travels!

**Air itinerary**

**AIR Confirmation: RQ9KTC**

Confirmation Date: 01/4/2016

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| RASMUSSEN/KIRK DAVID | [redacted] | 5262170418499 | Jan 3, 2017 | 4262 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Business Select | Departure/Arrival |
|---|---|---|---|
| Tue Jan 5 | 873 | ✓ | Depart **AUSTIN, TX** (AUS) on Southwest Airlines at **11:35 AM** Arrive in **DALLAS (LOVE FIELD), TX** (DAL) at **12:30 PM** Travel Time 0 hrs 55 mins Business Select |

| Date | Flight | Business Select | Departure/Arrival |
|---|---|---|---|
| Tue Jan 5 | 730 | ✓ | Depart **DALLAS (LOVE FIELD), TX** (DAL) on Southwest Airlines at **8:00 PM** Arrive in **AUSTIN, TX** (AUS) at **8:55 PM** Travel Time 0 hrs 55 mins Business Select |

**Add a hotel**
✓ Earn Rapid Rewards® points
✓ Best rate guarantee
✓ Free cancellation
Book a hotel >

**Add a rental car**
✓ Earn Rapid Rewards® points
✓ Guaranteed low rates
✓ Free cancellation
Book a car >

**Travel more for less.**
Exclusive deals for your favorite destinations.
Sign up and save >

Southwest Rapid Rewards®
✓ Unlimited reward seats
✓ No blackout dates
✓ Redeem for International flights and more
Enroll now >

**Bags fly free®:** First and second checked bags. Weight and size limits apply. One small

bag and one personal item are permitted as <u>carryon</u> items, free of charge.

🕐 **30 minutes before departure:** We encourage you to arrive in the gate area no later than 30 minutes prior to your flight's scheduled departure as we may begin boarding as early as 30 minutes before your flight.

🕐 **10 minutes before departure:** You must obtain your boarding pass(es) and be in the gate area for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.

ℹ️ **If you do not plan to travel on your flight:** In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost:** 409.96

Fare Rule(s): 5262170418499:
NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

AUS WN DAL177.56KZBP WN AUS177.56KZBP
355.12 END ZPAUSDAL XFAUS4.5DAL4.5
AY11.20$AUS5.60 DAL5.60

 Learn about our boarding process↴

 Learn about inflight WiFi & entertainment↴

## Cost and Payment Summary

✈ AIR - RQ9KTC

| | | |
|---|---|---|
| Base Fare | $355.12 | **Payment Information** |
| Excise Taxes | $ 26.64 | Payment Type: ▆▆▆▆ |
| Segment Fee | $  8.00 | |
| Passenger Facility Charge | $  9.00 | Date: Jan 4, 2016 |
| | | Payment Amount: $409.96 |
| September 11th Security Fee | $ 11.20 | |
| **Total Air Cost** | **$409.96** | |

AIRFARE

EXHIBIT I
Page 74 of 279

# COPIES

# ENOCH KEVER COPIES
## March 2015 - September 2016

| DATE | CLIENT / MATTER | COPIES | MONTHLY TOTAL |
|------|-----------------|--------|---------------|
| March 2015 | 11001 16 | 18 | |
| | 11001 59 | 96 | |
| | 11002 4 | 225 | **339** |
| April 2015 | 11001 16 | 26 | |
| | 11002 4 | 9 | **35** |
| May 2015 | 11001 16 | 273 | |
| | 11001 67 | 181 | |
| | 11002 4 | 230 | **684** |
| June 2015 | 11001 16 | 889 | |
| | 11001 49 | 3,420 | |
| | 11002 4 | 104 | **4,413** |
| July 2015 | 11001 16 | 138 | |
| | 11001 27 | 252 | |
| | 11001 49 | 24 | |
| | 11001 80 | 8,033 | |
| | 11002 4 | 336 | **8,783** |
| August 2015 | 11001 16 | 152 | |
| | 11001 26 | 24 | |
| | 11001 80 | 11,214 | |
| | 11001 80 | 63 | |
| | 11002 4 | 41 | |
| | 11002 4 | 584 | **12,078** |
| September 2015 | 11001 16 | 49 | |
| | 11001 80 | 1,079 | **1,128** |
| October 2015 | 11002 04 | 133 | **133** |
| November 2015 | 11001 41 | 195 | |
| | 11001 82 | 53 | **248** |
| **TOTAL 2015** | | | **27,841** |

COPIES

EXHIBIT I
Page 76 of 279

**ENOCH KEVER COPIES**

**March 2015 - September 2016**

| DATE | CLIENT / MATTER | COPIES | TOTAL |
|------|-----------------|--------|-------|
| January 2016 | 11001 16 | 102 | |
| | 11001 26 | 9 | |
| | 11001 27 | 891 | |
| | 11001 41 | 258 | |
| | 11001 80 | 1195 | |
| | 11001 82 | 742 | |
| | 11002 4 | 150 | |
| | 12050 2 | 8 | **3,355** |
| February 2016 | 11001 16 | 114 | |
| | 11001 26 | 30 | |
| | 11001 82 | 117 | |
| | 11002 4 | 36 | |
| | 12050 2 | 63 | **360** |
| March 2016 | 11001 27 | 281 | |
| | 11001 84 | 1398 | |
| | 11002 4 | 17 | |
| | 12050 2 | 4 | **1,700** |
| April 2016 | 11001 27 | 143 | |
| | 11001 82 | 453 | |
| | 11001 83 | 125 | |
| | 11001 84 | 1222 | |
| | 11002 4 | 558 | **2,501** |
| May 2016 | 11001 26 | 33 | |
| | 11001 27 | 13 | |
| | 11001 49 | 24 | |
| | 11001 83 | 104 | |
| | 11001 84 | 2525 | |
| | 11002 4 | 258 | |
| | 12050 2 | 36 | **2,993** |
| June 2016 | 11001 57 | 736 | |
| | 11001 83 | 441 | |
| | 11001 84 | 442 | **1,619** |

COPIES

EXHIBIT I
Page 77 of 279

## ENOCH KEVER COPIES
## March 2015 - September 2016

| August 2016 | 11001 | 26 | 48 | |
| | 11001 | 27 | 234 | |
| | 11001 | 83 | 54 | |
| | 11001 | 84 | 548 | |
| | 11001 | 87 | 182 | |
| | 11002 | 4 | 890 | |
| | 12050 | 2 | 459 | **2,415** |
| September 2016 | 11001 | 83 | 36 | **36** |
| **TOTAL 2016** | | | | **14,979** |
| **TOTAL ALL COPIES** | | | | **42,820** |

EXHIBIT I
Page 78 of 279



EXHIBIT I

Page 79 of 279



| | |
|---|---|
| **PLEASE PAY FROM THIS INVOICE** | **Invoice** |

**PLEASE PAY FROM THIS INVOICE**
Remit Payment to:
**301 Congress Avenue**
**Suite 250**
**Austin, Texas  78701**

| Date | Invoice # |
|---|---|
| 6/20/2016 | 37630 |

**Bill To**

Enoch Kever
Attn:  Accounts Payable
600 Congress Avenue
Suite 2800
Austin, TX  78701

**Ship To**

Enoch Kever
600 Congress Avenue
Suite 2800
Austin, TX  78701

| Ordered By | Reference Number | Terms | Rep | Project Number | Delivery Date |
|---|---|---|---|---|---|
| Toni House | 11001.57 | Due on receipt | AG | 06160196 | 6/20/2016 |

| Description of Services Provided | Qty | Rate | Amount |
|---|---|---|---|
| 4-Heavy Handling Scanning - Scan per clip section | 655 | 0.175 | 114.63T |
| Oversize Black and White Scanning - 11 x 17s | 81 | 0.35 | 28.35T |
| E-Label - LUM 0001 - LUM 0736 | 736 | 0.04 | 29.44T |
| Indexing - Naming the PDFs by the beginning bates number | 13 | 1.00 | 13.00T |
| Load File Creation - Create and export out PDFs | 1 | 25.00 | 25.00T |
| CD | 3 | 10.00 | 30.00T |
| Digital Black and White Prints - 2 sets, clipped per the originals | 1,310 | 0.12 | 157.20T |
| Oversize 11x17 | 162 | 0.35 | 56.70T |

| | |
|---|---|
| **Subtotal** | $454.32 |
| **Sales Tax (8.25%)** | $37.48 |
| **Total** | $491.80 |

Customer Signature

**Thank you for choosing**
**Rainmaker Document Technologies!!**

| Phone Number | Fax Number | Federal Tax ID Number |
|---|---|---|
| 512.472.9911 | 512.472.6161 | 43-2033387 |

| | |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $491.80 |

COPIES

EXHIBIT I
Page 80 of 279

**ENOCH KEVER PLLC**
**OPERATING ACCOUNT**
600 CONGRESS STE 2800,
AUSTIN, TX 78701

2553

30-9/1140
58

CHECK AMBR

DATE 7/7/2016

PAY
TO THE
ORDER OF  Albany County Clerk                              $ 43 55/100

forty three and 55/100                                    DOLLARS

Frost
www.frostbank.com

FOR Copios

⑈002553⑈

TXU -71

EXHIBIT I
Page 81 of 279

# DELIVERY/

# MESSENGER SERVICE

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758

| Invoice No. | Customer No. |
|---|---|
| 36601 | 544 |
| Invc Date | Total Due |
| 3/31/15 | 138.42 |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|
| | | 544 | 36601 | 3/31/15 | 138.42 | 1 | | |
| Date | Ordr No. | Svc | Service Detail | | | | Charges | Total |
| 3/25/15 | 554729 | EBK | ENERGY FUTURE HOLDINGS<br>1005 CONGRESS AVENUE<br>AUSTIN          TX 78701<br>Caller: AUNDREA ABERNATH Time: 09:56<br>Signed: K ENOCH | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN          TX 78701<br>Wght:     1 Lbs | | Base    :    14.00 | | 14.00 |
| | | | Total   Charges  for Ref. - 11001.16:          14.00 | | | | | |

## PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 83 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758

| Invoice No. | Customer No. |
|---|---|
| 36601 | 544 |
| Invc Date | Total Due |
| 3/31/15 | 138.42 |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 544 | 36601 | 3/31/15 | 138.42 | 2 | | | |
| Date | Ordr No. | Svc | | | Service Detail | | | | Charges | Total |
| 3/30/15 | 555815 | EBK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN        TX 78701 Caller: AUNDREA ABERNATH Time: 14:36 Signed: ENOCH | | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN        TX 78701 Wght:      1 Lbs | | Base      : Return    : | 14.00 14.00 | 28.00 |
| | | | Total  Charges  for Ref. -  LUM/TXU/4CH/LUMETSVCS:        28.00 | | | | | | | |
| | | | | | | | | Total | 138.42 |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 84 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758

| Invoice No. | Customer No. |
|---|---|
| 36601 | 544 |
| Invc Date | Total Due |
| 3/31/15 | 138.42 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| 3/27/15 | 555372 | EBK | ENOCH KEVER | PUBLIC UTILITY COMMISSION OF TEXAS | Base | : | 14.00 | |
| | | EBK | 600 CONGRESS AVENUE | 1701 N. CONGRESS AVE. | Return | : | 14.00 | 28.00 |
| | | | AUSTIN        TX 78701 | AUSTIN        TX 78701 | | | | |
| | | | Caller: AUNDREA ABERNATH Time: 13:54 | Wght:    1 Lbs | | | | |
| | | | Signed: WELCH | | | | | |

Total   Charges for Ref. - 11001.59 COMMENTS:    28.00

PUBLIC UTILITY COMMISSION OF TEXAS  Base   :   14.00

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 85 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758

| Invoice No. | Customer No. |
|---|---|
| 36398 | 544 |
| Invc Date | Total Due |
| 3/13/15 | 164.52 |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|
| 544 | 36398 | 3/13/15 | 164.52 | 1 | | |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 3/12/15 | 552142 | EBK EBK | ENOCH KEVER                     PUBLIC UTILITY COMMISSION OF TEXAS   Base  : | 14.00 | | |
| | | | 600 CONGRESS AVENUE             1701 N. CONGRESS AVE.               Return : | 14.00 | | 28.00 |
| | | | AUSTIN        TX 78701          AUSTIN          TX 78701 | | | |
| | | | Caller: AUNDREA ABERNATH Time: 15:25  Wght:    1 Lbs | | | |
| | | | Signed: ENOCH | | | |
| | | | Total  Charges for Ref. - 11002.4 LSP EFL:    28.00 | | | |
| 3/04/15 | 550345 | EBK EBK | ENOCH KEVER                     PUBLIC UTILITY COMMISSION OF TEXAS   Base  : | 14.00 | | |
| | | | 600 CONGRESS AVENUE             1701 N. CONGRESS AVE.               Return : | 14.00 | | 28.00 |
| | | | AUSTIN        TX 78701          AUSTIN          TX 78701 | | | |
| | | | Caller: AUNDREA ABERNATH Time: 15:35  Wght:    1 Lbs | | | |
| | | | Signed: K ENOCH | | | |
| | | | Total  Charges for Ref. - 11002.4/12050.2:    28.00 | | | |
| 3/10/15 | 551505 | EBK | ENOCH KEVER                     PUBLIC UTILITY COMMISSION OF TEXAS   Base  : | 14.00 | | 14.00 |
| | | | 600 CONGRESS AVENUE             1701 N. CONGRESS AVE. | | | |
| | | | AUSTIN        TX 78701          AUSTIN          TX 78701 | | | |
| | | | Caller: AUNDREA ABERNATH Time: 13:53  Wght:    1 Lbs | | | |
| | | | Signed: LISA C | | | |
| | | | Total  Charges for Ref. - 12050.1 LOC AMEND:    14.00 | | | |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 86 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX  78758
41998

| Invoice No. | Customer No. |
|---|---|
| 36791 | 544 |
| Invc Date | Total Due |
| 4/15/15 | 76.00 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 544 | 36791 | 4/15/15 | 76.00 | 1 | | |
| Date | Ordr No. | Svc | | | Service Detail | | | Charges | Total |
| 1/15/15 | 559481 | EBK EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN      TX 78701<br>Caller: AUNDREA ABERNATH Time: 10:21<br>Signed: K WELCH | | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN        TX 78701<br>Wght:     1 Lbs<br>        Comment: WK | Base    :   14.00<br>Return  :   14.00 | | | 28.00 |
| | | | Total   Charges  for Ref. - 11001.79 42631 COMMENTS:     28.00 | | | | | | |
| | | | | | | | | Total | 76.00 |

# INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 87 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758

| Invoice No. | Customer No. |
|---|---|
| 36976 | 544 |
| Invc Date | Total Due |
| 4/30/15 | 162.66 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|---|---|
| | | | 544 | 36976 | 4/30/15 | 162.66 | 1 | |

| Date | Ordr No. | Svc | Service Detail | | | Charges | | Total |
|---|---|---|---|---|---|---|---|---|
| 1/24/15 | 561623 | EBK<br>EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN      TX 78701<br>Caller: AUNDREA ABERNATH Time: 13:30<br>Signed: K WELCH | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN      TX 78701<br>Wght:    1 Lbs | Base    :<br>Return   : | 14.00<br>14.00 | | 28.00 |
| | | | Total   Charges for Ref. - 11002.4 J.S. TESTIMONY:      28.00 | | | | | |
| 1/27/15 | 562042 | EXP<br>EXP | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN      TX 78701<br>Caller: AUNDREA ABERNATH Time: 12:45<br>Signed: ENOCH | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN      TX 78701<br>Wght:    1 Lbs | Base    :<br>Return   :<br>Fuel Srchg: | 14.00<br>14.00<br>1.96 | | 29.96 |
| | | | Total   Charges for Ref. - 11002.4 MTN2INT 44620:      29.96 | | | | | |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 88 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758

| Invoice No. | Customer No. |
|---|---|
| 37167 | 544 |
| Invc Date | Total Due |
| 5/15/15 | 137.26 |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA, M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|
| | 544 | 37167 | 5/15/15 | 137.26 | 1 | | |
| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
| 5/07/15 | 564351 | 1BK | ENERGY FUTURE HOLDINGS    ENOCH KEVER                         Base    :    10.00 | | | | 10.00 |
| | | | 1005 CONGRESS AVENUE       600 CONGRESS AVENUE | | | | |
| | | | AUSTIN        TX 78701      AUSTIN         TX 78701 | | | | |
| | | | Caller: AUNDREA ABERNATH Time: 09:48  Wght:    1 Lbs | | | | |
| | | | Signed: ABERNATHY | | | | |
| | | | Total  Charges for Ref. - 11001.16:    10.00 | | | | |
| 5/13/15 | 565650 | EBK | ENOCH KEVER                PUBLIC UTILITY COMMISSION OF TEXAS  Base    :    14.00 | | | | 28.00 |
| | | EBK | 600 CONGRESS AVENUE        1701 N. CONGRESS AVE.            Return  :    14.00 | | | | |
| | | | AUSTIN        TX 78701      AUSTIN         TX 78701 | | | | |
| | | | Caller: AUNDREA ABERNATH Time: 10:51  Wght:    1 Lbs | | | | |
| | | | Signed: R WELCH | | | | |
| | | | Total  Charges for Ref. - 11001.49 ANN REPORT:    28.00    *Annual Report* | | | | |
| 5/06/15 | 564179 | EBK | ENOCH KEVER                PUBLIC UTILITY COMMISSION OF TEXAS  Base    :    14.00 | | | | 14.00 |
| | | | 600 CONGRESS AVENUE        1701 N. CONGRESS AVE. | | | | |
| | | | AUSTIN        TX 78701      AUSTIN         TX 78701 | | | | |
| | | | Caller: AUNDREA ABERNATH Time: 15:31  Wght:    1 Lbs | | | | |
| | | | Signed: LISA CLARK | | | | |
| | | | *Split*   Total  Charges for Ref. - 11002.4 / 12050.1 RFIS:    14.00    *Responses to RFI's* | | | | |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 89 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX  78758

| Invoice No. | Customer No. |
|---|---|
| 37352 | 544 |
| Invc Date | Total Due |
| 5/31/15 | 105.80 |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX  78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 544 | 37352 | 5/31/15 | 105.80 | 1 | | |
| Date | Ordr No. | Svc | Service Detail | | | | | Charges | Total |
| 5/27/15 | 568761 | EBK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN        TX 78701 Caller: AUNDREA ABERNATH Time: 10:21 Signed: KATHRYN W | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN        TX 78701 Wght:      1 Lbs | | | Base      : Return    : | 14.00 14.00 | 28.00 |
| | | | Total  Charges for Ref. - 11001.16/11001.67 M2INT:      28.00 | | | | | | |
| 5/26/15 | 568539 | EBK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN        TX 78701 Caller: AUNDREA ABERNATH Time: 13:59 Signed: AUNDREA A | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN        TX 78701 Wght:      1 Lbs | | | Base      : Return    : | 14.00 14.00 | 28.00 |
| | | | Total  Charges for Ref. - 11002.4 44620 STATEPOS.:      28.00 | | | | | | |
| 5/20/15 | 567389 | EXP | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN        TX 78701 Caller: AUNDREA ABERNATH Time: 12:54 Signed: NAOMI H | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN        TX 78701 Wght:      1 Lbs | | | Base      : Fuel Srchg: | 14.00 1.26 | 15.26 |
| | | | Total  Charges for Ref. - 12050.2 LTRCREDAMEND:      15.26 | | | | | | |

## INVOICE PAYMENT DUE UPON RECEIPT

My Profile | Support | Locations | English | Search

FedEx Ship Track Manage Learn FedEx Office ®

FedEx Billing Online

View Cart 0.00 Printer-friendly Logout ? Help

Account Summary | Search/Download | My Options | Message Center

## Tracking ID Details

Back

### Tracking ID Summary

Help Hide

**Billing Information**

| | |
|---|---|
| Tracking ID no. | < Prev 773543555262 Next > |
| Invoice no. | 4-934-11058 |
| Account no. | 2833-7767-9 |
| Bill date | 05/06/2015 |
| Total Billed | $54.53 |
| **Tracking ID Balance due** | **$0.00** |
| Status | Paid CC |

View Invoice History
View signature proof of delivery

**Messages**

Distance Based Pricing, Zone 3
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

### Transaction Details

Help Hide

**Sender Information**

Enoch Kever
Enoch Kever PLLC
600 Congress Ave., 28th Floor
AUSTIN TX 78701
US

**Recipient Information**

John Munn
TXU Energy
6555 Sierra Drive
IRVING TX 75039
US

**Shipment Details**

| | |
|---|---|
| Ship date | 05/06/2015 |
| Payment type | Shipper |
| Service type | FedEx First Overnight |
| Zone | 03 |
| Package type | FedEx Envelope |
| Weight | 0.00 lbs |
| Pieces | 1 |
| Meter No. | 102595045 |
| Declared value | $0.00 |

**Charges**

| | |
|---|---|
| Transportation Charge | 53.20 |
| Fuel Surcharge | 1.33 |
| Weekday Delivery | 0.00 |
| **Total charges** | **$54.53** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | 11002.4/12050.2 |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 05/07/2015 07:42 |
| Service area code | A1 |
| Signed by | R.FLOWERS |

View signature proof of delivery

Notify user | Dispute

Back

EXHIBIT I

DELIVERY/MESSENGER SERVICE



# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX  78758

| Invoice No. | Customer No. |
|---|---|
| 37167 | 544 |
| Invc Date | Total Due |
| 5/15/15 | 137.26 |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|
| | 544 | 37167 | 5/15/15 | 137.26 | 2 | | |
| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
| 5/15/15 | 566297 | EBK EBK | ENOCH KEVER                    PUBLIC UTILITY COMMISSION OF TEXAS   Base  :   14.00<br>600 CONGRESS AVENUE            1701 N. CONGRESS AVE.                Return :   14.00<br>AUSTIN       TX 78701          AUSTIN         TX 78701<br>Caller: AUNDREA ABERNATH Time: 12:58  Wght:    1 Lbs<br>Signed: R WELCH | | | | 28.00 |
| | | | Total  Charges for Ref.  - LUM/TXU/4CH-Q1REPORT:      28.00<br>                                     M000-15 | | | | |
| | | | | | | Total | 137.26 |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758
41998

| Invoice No. | Customer No. |
|---|---|
| 37555 | 544 |
| Invc Date | Total Due |
| 6/15/15 | 104.80 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|
| | 544 | 37555 | 6/15/15 | 104.80 | 1 | |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 6/11/15 | 572302 | EBK EBK | ENOCH KEVER          PUBLIC UTILITY COMMISSION OF TEXAS | Base : 14.00 Return : 14.00 | | | 28.00 |
| | | | 600 CONGRESS AVENUE     1701 N. CONGRESS AVE. | | | | |
| | | | AUSTIN      TX 78701   AUSTIN      TX 78701 | | | | |
| | | | Caller: AUNDREA ABERNATH Time: 13:25 Wght:   1 Lbs | | | | |
| | | | Signed: K WELCH | | | | |
| | | | Total  Charges for Ref. - 11002.4 44785 MTN2INTER:   28.00 | | | | |
| 6/04/15 | 570787 | EXP EXP | ENOCH KEVER          PUBLIC UTILITY COMMISSION OF TEXAS | Base : 14.00 Return : 14.00 Fuel Srchg: 2.80 | | | 30.80 |
| | | | 600 CONGRESS AVENUE     1701 N. CONGRESS AVE. | | | | |
| | | | AUSTIN      TX 78701   AUSTIN      TX 78701 | | | | |
| | | | Caller: AUNDREA ABERNATH Time: 13:03 Wght:   1 Lbs | | | | |
| | | | Signed: WELCH | | | | |
| | | | Total  Charges for Ref. - 11002.4 POS STATEMENT:   30.80 | | | | |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 93 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758

| Invoice No. | Customer No. |
|---|---|
| 37757 | 544 |
| Invc Date | Total Due |
| 6/30/15 | 224.00 |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 544 | 37757 | 6/30/15 | 224.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | | | | Charges | Total |
|---|---|---|---|---|---|---|---|---|
| 6/29/15 | 576055 | EBK EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN          TX 78701<br>Caller: AUNDREA ABERNATH Time: 12:56 Wght:     1 Lbs<br>Signed: AUNDREA | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN          TX 78701 | Base    :<br>Return  : | | 14.00<br>14.00 | 28.00 |
| | | | Total  Charges for Ref. – 11001.16 REGFORM 25.109:     28.00 | | | | | |
| 6/16/15 | 573303 | EBK EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN          TX 78701<br>Caller: AUNDREA ABERNATH Time: 14:44 Wght:     8 Lbs<br>Signed: WELCH | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN          TX 78701 | Base    :<br>Return  : | | 14.00<br>14.00 | 28.00 |
| | | | Total  Charges for Ref. – 11001.49 NUCDECOMMREP:     28.00 | | | | | |
| 6/29/15 | 576065 | EBK EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN          TX 78701<br>Caller: AUNDREA ABERNATH Time: 13:28 Wght:     1 Lbs<br>Signed: AUNDREA | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN          TX 78701 | Base    :<br>Return  : | | 14.00<br>14.00 | 28.00 |
| 6/30/15 | 576424 | EBK EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN          TX 78701<br>Caller: AUNDREA ABERNATH Time: 15:45 Wght:     1 Lbs<br>Signed: K WELCH | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN          TX 78701 | Base    :<br>Return  : | | 14.00<br>14.00 | 28.00 |
| | | | Total  Charges for Ref. – 11001.80 PROTORDCERTS:     56.00 | | | | | |
| 6/30/15 | 576289 | EBK EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN          TX 78701<br>Caller: AUNDREA ABERNATH Time: 10:11 Wght:     1 Lbs<br>Signed: K WELCH | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN          TX 78701 | Base    :<br>Return  : | | 14.00<br>14.00 | 28.00 |
| | | | Total  Charges for Ref. – 11001.80 PROTORDERCERT:     28.00 | | | | | |
| 6/29/15 | 576054 | EBK EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN          TX 78701<br>Caller: AUNDREA ABERNATH Time: 12:55 Wght:     1 Lbs<br>Signed: AUNDREA | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN          TX 78701 | Base    :<br>Return  : | | 14.00<br>14.00 | 28.00 |
| | | | Total  Charges for Ref. – 11002.4 MTN2INTER 44771:     28.00 | | | | | |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 94 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758

| Invoice No. | Customer No. |
|---|---|
| 37948 | 544 |
| Inv Date | Total Due |
| 7/15/15 | 247.54 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|
| | 544 | 37948 | 7/15/15 | 247.54 | 1 | | |
| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |

| Date | Ordr No. | Svc | Service Detail | | | | Charges | Total |
|---|---|---|---|---|---|---|---|---|
| 7/14/15 | 579501 | EBK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN TX 78701 Caller: AUNDREA ABERNATH Time: 15:43 Signed: K WELCH | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN TX 78701 Wght: 1 Lbs | Base Return | : : | 14.00 14.00 | 28.00 |
| | | | **Total Charges** for Ref. – 11001.16 44902 AMENFORM: 28.00 ✓ | | | | | |
| 7/01/15 | 576745 | EBK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN TX 78701 Caller: AUNDREA ABERNATH Time: 13:13 Signed: AUNDREA | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN TX 78701 Wght: 1 Lbs | Base Return | : : | 14.00 14.00 | 28.00 |
| | | | **Total Charges** for Ref. – 11001.16 AFFIDAVIT44727: 28.00 ✓ | | | | | |
| 7/02/15 | 577114 | EBK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN TX 78701 Caller: AUNDREA ABERNATH Time: 14:32 Signed: K WELCH | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN TX 78701 Wght: 1 Lbs | Base Return | : : | 14.00 14.00 | 28.00 |
| | | | **Total Charges** for Ref. – 11001.16 REQ2WDRAWREG: 28.00 ✓ | | | | | |
| 7/06/15 | 577563 | EBK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN TX 78701 Caller: AUNDREA ABERNATH Time: 12:08 Signed: K WELCH | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN TX 78701 Wght: 1 Lbs | Base Return | : : | 14.00 14.00 | 28.00 |
| | | | **Total Charges** for Ref. – 11001.27 COMMENTS 44650: 28.00 ✓ | | | | | |
| 7/01/15 | 576746 | EBK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN TX 78701 Caller: AUNDREA ABERNATH Time: 13:13 Signed: AUNDREA | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN TX 78701 Wght: 1 Lbs | Base Return | : : | 14.00 14.00 | 28.00 |
| | | | **Total Charges** for Ref. – 11002.4 MTNS/CMT'S (3): 28.00 ✓ | | | | | |

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 95 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758

| Invoice No. | Customer No. |
|---|---|
| 38145 | 544 |
| Invc Date | Total Due |
| 7/31/15 | 359.36 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|
| | 544 | 38145 | 7/31/15 | 359.36 | 1 | |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 7/17/15 | 580327 | EXP EXP | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN        TX 78701 Caller: AUNDREA ABERNATH Time: 12:58 Signed: K ENOCH | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN        TX 78701 Wght:    1 Lbs | Base      : Return     : Fuel Srchg: | 14.00 14.00 3.08 | 31.08 |
| | | | **Total   Charges** for Ref. – 11001.49 44845AFFIDAVIT:      31.08 ✓ | | | | |
| 7/22/15 | 581377 | EXP EXP | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN        TX 78701 Caller: AUNDREA ABERNATH Time: 14:29 Signed: K ENOCH | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN        TX 78701 Wght:    1 Lbs     45 | Base      : Return     : Wait Time  : Fuel Srchg: | 14.00 14.00 21.00 3.08 | 52.08 |
| 7/24/15 | 581800 | 1BK | HUSCH BLACKWELL 111 CONGRESS AVENUE AUSTIN        TX 78701 Caller: AUNDREA ABERNATH Time: 09:24 Signed: AMANDA F | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN        TX 78701 Wght:    1 Lbs | Base      : | 10.00 | 10.00 |
| | | | **Total   Charges** for Ref. – 11001.80:      62.08 ✓ | | | | |
| 7/29/15 | 582817 | EBK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN        TX 78701 Caller: AUNDREA ABERNATH Time: 09:44 Signed: K WELCH | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN        TX 78701 Wght:    1 Lbs | Base      : Return     : | 14.00 14.00 | 28.00 |
| 7/29/15 | 582843 | EBK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN        TX 78701 Caller: AUNDREA ABERNATH Time: 10:36 Signed: K WELCH | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN        TX 78701 Wght:    1 Lbs | Base      : Return     : | 14.00 14.00 | 28.00 |
| | | | **Total   Charges** for Ref. – 11001.80 PROTORDCERTS:      56.00 ✓ | | | | |
| 7/22/15 | 581382 | EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN        TX 78701 Caller: AUNDREA ABERNATH Time: 14:44 Signed: LISA CLARK | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN        TX 78701 Wght:    1 Lbs | Base      : | 14.00 | 14.00 |
| | | | **Total   Charges** for Ref. – 11001.80 SUPPL.FILING:      14.00 ✓ | | | | |
| 7/22/15 | 581373 | EXP EXP | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN        TX 78701 Caller: AUNDREA ABERNATH Time: 14:24 Signed: K ENOCH | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN        TX 78701 Wght:    6 Lbs | Base      : Return     : Fuel Srchg: | 14.00 14.00 3.08 | 31.08 |
| | | | **Total   Charges** for Ref. – 11001.80 TEST./WKPAPERS:      31.08 ✓ | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 96 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. P
AUSTIN, TX  78758

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| Invoice No. | Customer No. |
|---|---|
| 38145 | 544 |
| Invc Date | Total Due |
| 7/31/15 | 359.36 |
| | |
| | |

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 544 | 38145 | 7/31/15 | 359.36 | 2 |

| Date | Ordr No. | Svc | Service Detail | | | | Charges | Total |
|---|---|---|---|---|---|---|---|---|
| 7/28/15 | 582540 | EBK EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN        TX 78701<br>Caller: AUNDREA ABERNATH Time: 11:56<br>Signed: WELCH | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE,<br>AUSTIN        TX 78701<br>Wght:      1 Lbs | | Base    :<br>Return  : | 14.00<br>14.00 | 28.00 |
| | | | **Total**  **Charges** for Ref. - 11002.4 TXSU MTN2INTERV: | 28.00 ✓ | | | | |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 97 of 279

**Pro Courier Service**
**5308  Fort Mason Dr.**
**Austin, TX**
**78745**
**512-443-6886**

| | |
|---|---|
| Invoice Number: | **40315** |
| Account Code: | 1949-PRO |
| Invoice Date: | 7/26/15 |

**Invoice Submitted To:**
ENOCH KEVER PLLC
Attn: Accounts Payable
600 CONGRESS, Unit 2800
AUSTIN, TX
78701

PAYABLE UPON RECEIPT

---

**Invoice Summary**

| Total Shipments: | 1 |
|---|---|
| Base Charges: | $36.96 |
| Order Discounts: | $0.00 |
| Net Charges: | $36.96 |

**Comments:**

**Total Due:**          **$36.96    USD**

---

**Invoice Details**

| Order No: 102256 | Ship Date: 07/21/2015 | Department: | Reference: #11002.4 |
|---|---|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Service: | ASAP ROUNDTRIP | From: | To: | Base: | $33.30 |
| Pcs: | 1 | ENOCH KEVER PLLC | Public Utility Commission - Central Records | Pcs: | $0.00 |
| Wt: | 0.00 Lbs | 600 CONGRESS 2800 | 1701 N. Congress Ave. 8-100 | Wt: | $0.00 |
| Delivered: | Jul 21 2015  2:58PM | Austin TX | Austin TX | | $0.00 |
| POD: | Katherine Enoch | | | | |
| BOL #: | | Caller:   TONI HOUSE | | Total: | $36.96 |

Other:     Fuel = $3.66.

Total Due:          $36.96   USD

---



Shipment Receipt

## Address Information

**Ship to:**
Rob Lane
Luminant
1601 Bryan Street

**Ship from:**
Enoch Kever
Enoch Kever PLLC
600 Congress Ave., 28th
Floor

DALLAS, TX
75201
US
(214) 812-4600

Austin, TX
78701
US
5126151210

## Shipment Information:

Tracking no.: 774229533527
Ship date: 08/06/2015
Estimated shipping charges: 21.81

## Package Information

Pricing option: FedEx Standard Rate
Service type: Priority Overnight
Package type: FedEx Envelope
Number of packages: 1
Total weight: 1  LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

## Billing Information:

Bill transportation to: Enoch Kever-679
Your reference: Luminant - Flash Drive   — 1001-20
P.O. no.:
Invoice no.:
Department no.:

**Thank you for shipping online with FedEx ShipManager at fedex.com.**

### Please Note

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss. Maximum for items of extraordinary value is $1000, e.g., jewelry, precious metals, negotiable instruments and other items listed in our Service Guide. Written claims must be filed within strict time limits; Consult the applicable FedEx Service Guide for details.
The estimated shipping charge may be different than the actual charges for your shipment. Differences may occur based on actual weight, dimensions, and other factors. Consult the applicable FedEx Service Guide or the FedEx Rate Sheets for details on how shipping charges are calculated.

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 99 of 279

**Pro Courier Service**
5308  Fort Mason Dr.
**Austin, TX**
78745
**512-443-6886**

| | |
|---|---|
| Invoice Number: | **40355** |
| Account Code: | 1949-PRO |
| Invoice Date: | 8/7/15 |

**Invoice Submitted To:**
ENOCH KEVER PLLC
Attn: Accounts Payable
600 CONGRESS, Unit 2800
AUSTIN, TX
78701

PAYABLE UPON RECEIPT

**Invoice Summary**

| | | |
|---|---|---|
| Total Shipments: | 7 | |
| Base Charges: | $218.10 | |
| Order Discounts: | $0.00 | |
| Net  Charges: | $218.10 | |

Comments:

**Total Due:**     $218.10    USD

---

**Order No: 102400**

| | |
|---|---|
| Service: | ASAP ROUNDTRIP |
| Pcs: | 2 |
| Wt: | 0.00 Lbs |
| Delivered: | Aug  4 2015  2:59PM |
| POD: | Katherine Enoch |
| BOL #: | |

Other:    Fuel = $3.66,

**Ship Date: 08/04/2015**

From:
ENOCH KEVER PLLC
600 CONGRESS 2800
Austin TX

Caller:   TONI HOUSE

Department:

To:
Public Utility Commission - Central Records
1701 N. Congress Ave. 8-100
Austin TX

Reference: 11001.80

| | |
|---|---|
| Base: | $33.30 |
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |
| Total: | $36.96 |

**Order No: 102410**

| | |
|---|---|
| Service: | 1 HOUR ROUNDTRIP(app |
| Pcs: | 2 |
| Wt: | 0.00 Lbs |
| Delivered: | Aug  5 2015 11:49AM |
| POD: | Amanda Fella |
| BOL #: | |

Other:    Fuel = $3.30,

**Ship Date: 08/05/2015**

From:
ENOCH KEVER PLLC
600 CONGRESS 2800
Austin TX

Caller:   TONI HOUSE

Department:

To:
Public Utility Commission - Central Records
1701 N. Congress Ave. 8-100
Austin TX

Reference: #11001.80

| | |
|---|---|
| Base: | $30.00 |
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |
| Total: | $33.30 |

DELIVERY/MESSENGER SERVICE

EXHIBIT I

**Pro Courier Service**
**5308  Fort Mason Dr.**
**Austin, TX**
**78745**
**512-443-6886**

| | |
|---|---|
| Invoice Number: | **40384** |
| Account Code: | 1949-PRO |
| Invoice Date: | 8/14/15 |

Invoice Submitted To:
ENOCH KEVER PLLC
Attn: Accounts Payable
600 CONGRESS, Unit 2800
AUSTIN, TX
78701

PAYABLE UPON RECEIPT

**Invoice Summary**

| | |
|---|---|
| Total Shipments: | 8 |
| Base Charges: | $211.28 |
| Order Discounts: | $0.00 |
| Net  Charges: | $211.28 |

**Comments:**

**Total Due:**      **$211.28   USD**

**Invoice Details**

| Order No: 102480 | | Ship Date: 08/10/2015 | | Department: | | Reference: #11001.80 | |
|---|---|---|---|---|---|---|---|
| Service: | ASAP ROUNDTRIP | From: | | To: | | Base: | $33.30 |
| Pcs: | 2 | ENOCH KEVER PLLC | | Public Utility Commission - Central Records | | Pcs: | $0.00 |
| Wt: | 0.00 Lbs | 600 CONGRESS 2800 | | 1701 N. Congress Ave. 8-100 | | Wt: | $0.00 |
| Delivered: | Aug 10 2015  3:01PM | Austin TX | | Austin TX | | | $0.00 |
| POD: | Katherine Enoch | | | | | | |
| BOL #: | | Caller:   TONI HOUSE | | | | Total: | $36.96 |
| Other: | Fuel = $3.66. | | | | | | |

| Order No: 102488 | | Ship Date: 08/10/2015 | | Department: | | Reference: #12050.1 | |
|---|---|---|---|---|---|---|---|
| Service: | ASAP | From: | | To: | | Base: | $16.65 |
| Pcs: | 2 | ENOCH KEVER PLLC | | Public Utility Commission - MAIL ROOM | | Pcs: | $0.00 |
| Wt: | 4.00 Lbs | 600 CONGRESS 2800 | | 1701 N. Congress Ave. 8-100 | | Wt: | $0.00 |
| Delivered: | Aug 10 2015  3:46PM | Austin TX | | Austin TX | | | $0.00 |
| POD: | Kelly Kirkland | | | | | | |
| BOL #: | | Caller:   TONI HOUSE | | | | Total: | $18.48 |
| Other: | Fuel = $1.83. | | | | | | |

| Order No: 102507 | | Ship Date: 08/11/2015 | | Department: | | Reference: 11001.16 | |
|---|---|---|---|---|---|---|---|
| Service: | 2 Hour(approximate) | From: | | To: | | Base: | $12.85 |
| Pcs: | 1 | ENOCH KEVER PLLC | | Public Utility Commission - Central Records | | Pcs: | $0.00 |
| Wt: | 0.00 Lbs | 600 CONGRESS 2800 | | 1701 N. Congress Ave. 8-100 | | Wt: | $0.00 |
| Delivered: | Aug 11 2015  1:49PM | Austin TX | | Austin TX | | | $0.00 |
| POD: | Kelly Kirkland | | | | | | |
| BOL #: | | Caller:   TONI HOUSE | | | | Total: | $14.26 |
| Other: | Fuel = $1.41. | | | | | | |

**Total Due:**      **$211.28   USD**

Invoice #:   40384        ENOCH KEVER PLLC
DELIVERY/MESSENGER SERVICE

Thank You

**Order No: 102524**

| | | | | | Reference: #12050.1 | |
|---|---|---|---|---|---|---|
| Service: | 2 Hour(approximate) | From: | | To: | Base: | $12.85 |
| Pcs: | 1 | ENOCH KEVER PLLC | | Public Utility Commission – Central Records | Pcs: | $0.00 |
| Wt: | 0.00 Lbs | 600 CONGRESS 2800 | | 1701 N. Congress Ave. 8-100 | Wt: | $0.00 |
| Delivered: | Aug 12 2015  2:25PM | Austin TX | | Austin TX | | $0.00 |
| POD: | Clark | | | | | |
| BOL #: | | Caller:  TONI HOUSE | | | | |
| | | | | | Total: | $14.26 |

Other:  Fuel = $1.41.

**Order No: 102545**　　　　　　　　　　Ship Date: 08/13/2015　　　　　Department:　　　　　　　　　Reference: #11002.04

| Service: | 2 HOUR ROUNDTRIP(app | From: | | To: | Base: | $25.70 |
|---|---|---|---|---|---|---|
| Pcs: | 1 | ENOCH KEVER PLLC | | Public Utility Commission – Central Records | Pcs: | $0.00 |
| Wt: | 0.00 Lbs | 600 CONGRESS 2800 | | 1701 N. Congress Ave. 8-100 | Wt: | $0.00 |
| Delivered: | Aug 13 2015 11:25AM | Austin TX | | Austin TX | | $0.00 |
| POD: | Katherine Enoch | | | | | |
| BOL #: | | Caller:  TONI HOUSE | | | | |
| | | | | | Total: | $28.53 |

Other:  Fuel = $2.83.

**Order No: 102556**　　　　　　　　　　Ship Date: 09/14/2015　　　　　Department:　　　　　　　　　Reference: #11001.26/#12050.2

| Service: | 2 HOUR ROUNDTRIP(app | From: | | To: | Base: | $25.70 |
|---|---|---|---|---|---|---|
| Pcs: | 2 | ENOCH KEVER PLLC | | Public Utility Commission – Central Records | Pcs: | $0.00 |
| Wt: | 0.00 Lbs | 600 CONGRESS 2800 | | 1701 N. Congress Ave. 8-100 | Wt: | $0.00 |
| Delivered: | Aug 14 2015 10:14AM | Austin TX | | Austin TX | | $0.00 |
| POD: | House | | | | | |
| BOL #: | | Caller:  TONI HOUSE | | | | |
| | | | | | Total: | $28.53 |

Other:  Fuel = $2.83.

| | Total Due: | $211.28  USD |
|---|---|---|

| Invoice #:  40384 | ENOCH KEVER PLLC | Thank You | EXHIBIT Page 2 of 2 |
|---|---|---|---|
| | DELIVERY/MESSENGER SERVICE | | Page 102 of 279 |

**Pro Courier Service**
5308  Fort Mason Dr.
**Austin, TX**
**78745**
**512-443-6886**

| | |
|---|---|
| Invoice Number: | **40403** |
| Account Code: | 1949-PRO |
| Invoice Date: | 8/21/15 |

**Invoice Submitted To:**
ENOCH KEVER PLLC
Attn: Accounts Payable
600 CONGRESS, Unit 2800
AUSTIN, TX
78701

PAYABLE UPON RECEIPT

---

**Invoice Summary**

| | | |
|---|---|---|
| Total Shipments: | 6 | |
| Base Charges: | $173.26 | |
| Order Discounts: | $0.00 | |
| Net Charges: | $173.26 | |

**Comments:**

---

**Total Due:**    $173.26   USD

---

**Order No: 102606**

Service:    2 Hour(approximate)
Pcs:    1
Wt:    0.00 Lbs
Delivered:    Aug 18 2015 12:20PM
POD:    Lisa Clark
**BOL #:**

Other:    Fuel = $1.41,

Ship Date: 08/18/2015

From:
ENOCH KEVER PLLC
600 CONGRESS 2800
Austin TX

Caller:   TONI HOUSE

Department:

To:
Public Utility Commission - Central Records
1701 N. Congress Ave. 8-100
Austin TX

Reference: #11002.4

| | |
|---|---|
| Base: | $12.85 |
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |
| Total: | $14.26 |

---

**Order No: 102634**

Service:    ASAP ROUNDTRIP
Pcs:    2
Wt:    0.00 Lbs
Delivered:    Aug 19 2015  2:33PM
POD:    House
**BOL #:**

Other:    Fuel = $3.66,

Ship Date: 08/19/2015

From:
ENOCH KEVER PLLC
600 CONGRESS 2800
Austin TX

Caller:   TONI HOUSE

Department:

To:
Public Utility Commission - Central Records
1701 N. Congress Ave. 8-100
Austin TX.

Reference: #11001.80

| | |
|---|---|
| Base: | $33.30 |
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |
| Total: | $36.96 |

---

**Order No: 102654**

Service:    1 HOUR ROUNDTRIP(app
Pcs:    1
Wt:    0.00 Lbs
Delivered:    Aug 20 2015  3:33PM
POD:    House
**BOL #:**

Other:    Fuel = $3.30,

Ship Date: 08/20/2015

From:
ENOCH KEVER PLLC
600 CONGRESS 2800
Austin TX

Caller:   TONI HOUSE

Department:

To:
Public Utility Commission - Central Records
1701 N. Congress Ave. 8-100
Austin TX

Reference: 11002.4

| | |
|---|---|
| Base: | $30.00 |
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |
| Total: | $33.30 |

---

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 103 of 279

**Pro Courier Service**
5308  Fort Mason Dr.
**Austin, TX**
**78745**
**512-443-6886**

| | | |
|---|---|---|
| Invoice Number: | **40424** | |
| Account Code: | 1949-PRO | |
| Invoice Date: | 8/28/15 | |

Invoice Submitted To:
ENOCH KEVER PLLC
Attn: Accounts Payable
600 CONGRESS, Unit 2800
AUSTIN, TX
78701

PAYABLE UPON RECEIPT

### Invoice Summary

Comments:

| | |
|---|---|
| Total Shipments: | 2 |
| Base Charges: | $65.49 |
| Order Discounts: | $0.00 |
| Net Charges: | $65.49 |

**Total Due:** **$65.49** **USD**

### Invoice Details

**Order No: 102692**    **Ship Date: 08/24/2015**    Department:    Reference: #11001.7

| Service: | ASAP ROUNDTRIP |
|---|---|
| Pcs: | 1 |
| Wt: | 0.00 Lbs |
| Delivered: | Aug 24 2015  3:35PM |
| POD: | Katherine Enoch |
| BOL #: | |

From:
ENOCH KEVER PLLC
600 CONGRESS 2800
Austin TX

Caller:   TONI HOUSE

To:
Public Utility Commission - Central Records
1701 N. Congress Ave. 8-100
Austin TX

| Base: | $33.30 |
|---|---|
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |
| Total: | $36.96 |

Other:     Fuel = $3.66,

**Order No: 102710**    **Ship Date: 08/25/2015**    Department:    Reference: #11001.80

| Service: | 2 HOUR ROUNDTRIP(app |
|---|---|
| Pcs: | 2 |
| Wt: | 0.00 Lbs |
| Delivered: | Aug 25 2015 12:34PM |
| POD: | Katherine Enoch |
| BOL #: | |

From:
ENOCH KEVER PLLC
600 CONGRESS 2800
Austin TX

Caller:   TONI HOUSE

To:
Public Utility Commission - Central Records
1701 N. Congress Ave. 8-100
Austin TX

| Base: | $25.70 |
|---|---|
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |
| Total: | $28.53 |

Other:     Fuel = $2.83,

**Total Due:**         **$65.49  USD**

Invoice #:  40424      ENOCH KEVER PLLC          Thank You          EXHIBIT Page 1 of 1
DELIVERY/MESSENGER SERVICE                                          Page 104 of 279

**Pro Courier Service**
5308  Fort Mason Dr.
Austin, TX
78745
512-443-6886

Invoice Number: 40465
Account Code: 1949-PRO
Invoice Date: 9/11/15

Invoice Submitted To:
ENOCH KEVER PLLC
Attn: Accounts Payable
600 CONGRESS, Unit 2800
AUSTIN, TX
78701

PAYABLE UPON RECEIPT

## Invoice Summary

| | | Comments: |
|---|---|---|
| Total Shipments: | 6 | |
| Base Charges: | $211.00 | |
| Order Discounts: | $0.00 | |
| Net  Charges: | $211.00 | |

**Total Due:**    $211.00    USD

## Invoice Details

**Order No: 102869**

| | | Ship Date: 09/08/2015 | | Department: | | Reference: 11001.49 | |
|---|---|---|---|---|---|---|---|
| Service: | ASAP ROUNDTRIP | From: | | To: | | Base: | $33.30 |
| Pcs: | 1 | ENOCH KEVER PLLC | | Public Utility Commission - Central Records | | Pcs: | $0.00 |
| Wt: | 0.00 Lbs | 600 CONGRESS 2800 | | 1701 N. Congress Ave. 8-100 | | Wt: | $0.00 |
| Delivered: | Sep. 8 2015 10:49AM | Austin TX | | Austin TX | | | $0.00 |
| POD: | House | | | | | | |
| BOL #: | | Caller: TONI HOUSE | | | | | |

Other:    Fuel = $3.66,

Total:    $36.96

**Order No: 102887**

| | | Ship Date: 09/08/2015 | | Department: | | Reference: 11001.16 | |
|---|---|---|---|---|---|---|---|
| Service: | ASAP ROUNDTRIP | From: | | To: | | Base: | $33.30 |
| Pcs: | 1 | ENOCH KEVER PLLC | | Public Utility Commission - Central Records | | Pcs: | $0.00 |
| Wt: | 0.00 Lbs | 600 CONGRESS 2800 | | 1701 N. Congress Ave. 8-100 | | Wt: | $0.00 |
| Delivered: | Sep 8 2015 4:58PM | Austin TX | | Austin TX | | | $0.00 |
| POD: | Kathleen Enoch | | | | | | |
| BOL #: | | Caller: TONI HOUSE | | | | | |

Other:    Fuel = $3.66,

Total:    $36.96

Total Due:    $211.00  USD

Invoice #: 40465        ENOCH KEVER PLLC

DELIVERY/MESSENGER SERVICE

Thank You

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX  78758
41998

| Invoice No. | Customer No. |
|---|---|
| 38752 | 544 |
| Invc Date | Total Due |
| 9/15/15 | 24.00 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 544 | 38752 | 9/15/15 | 24.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/14/15 | 593164 | EBK | ENOCH KEVER          THOMPSON & KNIGHT                Base  : | | 14.00 | 14.00 |
| | | | 600 CONGRESS AVENUE  98 SAN JACINTO BLVD | | | |
| | | | AUSTIN      TX 78701  AUSTIN       TX 78701 | | | |
| | | | Caller: AMANDA FELLE     Time: 14:41     Wght:   1 Lbs | | | |
| | | | Signed: KELSOE | | | |
| | | | **Total  Charges** for Ref. – 11001-80 CK4TRANSCRIPT:     14.00 | | | |

# INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 106 of 279

Pro Courier Service
5308 Fort Mason Dr.
Austin, TX
78745
512-443-6886

Invoice Number:        40485
Account Code:       1949-PRO
Invoice Date:         9/18/15

**Invoice Submitted To:**
ENOCH KEVER PLLC
Attn: Accounts Payable
600 CONGRESS, Unit 2800
AUSTIN, TX
78701

PAYABLE UPON RECEIPT

**Invoice Summary**

| | |
|---|---|
| Total Shipments: | 3 |
| Base Charges: | $110.88 |
| Order Discounts: | $0.00 |
| Net Charges: | $110.88 |

Comments:

**Total Due:**      $110.88   USD

**Invoice Details**

Order No: 102981

| | |
|---|---|
| Service: | ASAP ROUNDTRIP |
| Pcs: | 2 |
| Wt: | 0.00 Lbs |
| Delivered: | Sep 16 2015  2:41PM |
| POD: | Katherine Enoch |
| BOL #: | |

Other:    Fuel = $3.66,

Ship Date: 09/16/2015

From:
ENOCH KEVER PLLC
600 CONGRESS 2800
Austin TX

Caller:  TONI HOUSE

Department:

To:
Public Utility Commission - Central Records
1701 N. Congress Ave. 8-100
Austin TX

Reference: 11001.80

| | |
|---|---|
| Base: | $33.30 |
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |
| Total: | $36.96 |

Total Due:      $110.88   USD

Invoice #: 40485        ENOCH KEVER PLLC
DELIVERY/MESSENGER SERVICE

Thank You

EXHIBIT 1 of 1
Page 107 of 279

Pro Courier Service
5308  Fort Mason Dr.
Austin, TX
78745
512-443-6886

Account Code: 1949-PRO
Invoice Date: 9/26/15
40511

I**nvoice Submitted To:**
ENOCH KEVER PLLC
Attn: Accounts Payable
600 CONGRESS, Unit 2800
AUSTIN, TX
78701

PAYABLE UPON RECEIPT

**Invoice Summary**

| | |
|---|---|
| Total Shipments: | 2 |
| Base Charges: | $73.92 |
| Order Discounts: | $0.00 |
| Net Charges: | $73.92 |

Comments:

**Total Due:**    $73.92    **USD**

**Invoice Details**

**Order No: 103056**

| | | | | |
|---|---|---|---|---|
| Service: | ASAP ROUNDTRIP | | | |
| Pcs: | 1 | | | |
| Wt: | 2.00 Lbs | | | |
| Delivered: | Sep 22 2015  4:43PM | | | |
| POD: | McCool | | | |
| BOL #: | | | | |

Ship Date: 09/22/2015

From:
ENOCH KEVER PLLC
600 CONGRESS 2800
Austin TX

Caller:  Cyd McCool

Department:

To:
PUC - Central Records Filing Clerk
1701 N. Congress Ave. 8-100
Austin TX

Reference: TXU

| | |
|---|---|
| Base: | $33.30 |
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |
| Total: | $36.96 |

Other:    Fuel = $3.66,

**Order No: 103073**

| | |
|---|---|
| Service: | ASAP ROUNDTRIP |
| Pcs: | 3 |
| Wt: | 0.00 Lbs |
| Delivered: | Sep 23 2015  3:05PM |
| POD: | Katherine Enoch |
| BOL #: | |

Ship Date: 09/23/2015

From:
ENOCH KEVER PLLC
600 CONGRESS 2800
Austin TX

Caller:  Cyd McCool

Department:

To:
Public Utility Commission - Central Records
1701 N. Congress Ave. 8-100
Austin TX

Reference: split (see below)

| | |
|---|---|
| Base: | $33.30 |
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |
| Total: | $36.96 |

Other:    Fuel = $3.66,

*[handwritten notes:]*
Portrl to Jaie
CCA        6000
TXU  11003.4  36.26
Sandbruck  11042.3  18.48
Luminant  11001.80  18.48

**Total Due:**    $73.92   USD

**Pro Courier Service**
5308  Fort Mason Dr.
**Austin, TX**
**78745**
**512-443-6886**

Invoice Number:        **40587**
Account Code:        1949-PRO
Invoice Date:        10/16/15

**Invoice Submitted To:**
ENOCH KEVER PLLC
Attn: Accounts Payable
600 CONGRESS, Unit 2800
AUSTIN, TX
78701

PAYABLE UPON RECEIPT

**Invoice Summary**

| | | Comments: |
|---|---|---|
| Total Shipments: | 2 | |
| Base Charges: | $49.95 | |
| Order Discounts: | $0.00 | |
| Net Charges: | $49.95 | |

**Total Due:**        **$49.95**    **USD**

**Invoice Details**

Order No: 103332

| | |
|---|---|
| Service: | 1 Hour(approximate) |
| Pcs: | 1 |
| Wt: | 0.00 Lbs |
| Delivered: | Oct 15 2015  2:38PM |
| POD: | Clark |
| BOL #: | |
| Other: | Fuel = $1.65, |

**Ship Date: 10/15/2015**

From:
ENOCH KEVER PLLC
600 CONGRESS 2800
Austin TX

Caller: TONI HOUSE

Department:

To:
Public Utility Commission - Central Records
1701 N. Congress Ave. 8-100
Austin TX

Reference: 11001.16

| | |
|---|---|
| Base: | $15.00 |
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |
| | |
| Total: | $16.65 |

Total Due:        $49.95   USD

Invoice #: 40587        ENOCH KEVER PLLC
DELIVERY/MESSENGER SERVICE

Thank You

EXHIBIT 1 of 1
Page 109 of 279

**Pro Courier Service**
5308 Fort Mason Dr.
Austin, TX
78745
512-443-6886

Invoice Number: **40539**
Account Code: 1949-PRO
Invoice Date: 10/2/15

Invoice Submitted To:
ENOCH KEVER PLLC
Attn: Accounts Payable
600 CONGRESS, Unit 2800
AUSTIN, TX
78701

PAYABLE UPON RECEIPT

## Invoice Summary

| | | Comments: |
|---|---|---|
| Total Shipments: | 1 | |
| Base Charges: | $36.96 | |
| Order Discounts: | $0.00 | |
| Net Charges: | $36.96 | |

**Total Due:** **$36.96** **USD**

## Invoice Details

**Order No: 103188**   **Ship Date: 10/02/2015**   Department:   Reference: #11002.4

| | | From: | To: | | |
|---|---|---|---|---|---|
| Service: | ASAP ROUNDTRIP | ENOCH KEVER PLLC | Public Utility Commission - Central Records | Base: | $33.30 |
| Pcs: | 1 | 600 CONGRESS 2800 | 1701 N. Congress Ave. 8-100 | Pcs: | $0.00 |
| Wt: | 0.00 Lbs | Austin TX | Austin TX | Wt: | $0.00 |
| Delivered: | Oct 2 2015 4:06PM | | | | $0.00 |
| POD: | Katherine Enoch | | | | |
| BOL #: | | Caller: TONI HOUSE | | Total: | $36.96 |

Other:   Fuel = $3.66.

**Total Due:**   **$36.96  USD**

**Pro Courier Service**
5308 Fort Mason Dr.
**Austin, TX**
**78745**
**512-443-6886**

Account Code: 1949-PRO
Invoice Date: 10/30/15
40645

**Invoice Submitted To:**
ENOCH KEVER PLLC
Attn: Accounts Payable
600 CONGRESS, Unit 2800
AUSTIN, TX
78701

PAYABLE UPON RECEIPT

**Invoice Summary**

| | |
|---|---|
| Total Shipments: | 3 |
| Base Charges: | $88.18 |
| Order Discounts: | $0.00 |
| Net Charges: | $88.18 |

Comments:

**Total Due:** $88.18 USD

**Invoice Details**

---

**Order No: 103450**

| | |
|---|---|
| Service: | ASAP ROUNDTRIP |
| Pcs: | 1 |
| Wt: | 0.00 Lbs |
| Delivered: | Oct 26 2015 3:43PM |
| POD: | House |
| BOL #: | |

Other: Fuel = $3.66,

**Ship Date: 10/26/2015**

From:
ENOCH KEVER PLLC
600 CONGRESS 2800
Austin TX

Caller: TONI HOUSE

Department:

To:
Public Utility Commission - Central Records
1701 N. Congress Ave. 8-100
Austin TX

Reference. #11002.4

| | |
|---|---|
| Base: | $33.30 |
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |
| Total: | $36.96 |

**Order No: 103506**

| | |
|---|---|
| Service: | 2 Hour(approximate) |
| Pcs: | 2 |
| Wt: | 0.00 Lbs |
| Delivered: | Oct 30 2015 1:13PM |
| POD: | Lisa Clark |
| BOL #: | |

Other: Fuel = $1.41,

**Ship Date: 10/30/2015**

From:
ENOCH KEVER PLLC
600 CONGRESS 2800
Austin TX

Caller: TONI HOUSE

Department:

To:
Public Utility Commission - Central Records
1701 N. Congress Ave. 8-100
Austin TX

Reference. #12050.2

| | |
|---|---|
| Base: | $12.85 |
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |
| Total: | $14.26 |

**Total Due:** $88.18 USD

**Invoice #: 40645**   ENOCH KEVER PLLC
DELIVERY/MESSENGER SERVICE

Thank You

EXHIBIT P Page 1 of 1
Page 111 of 279

**Pro Courier Service**
**5308  Fort Mason Dr.**
**Austin, TX**
**78745**
**512-443-6886**

Invoice Number:         40685
Account Code:          1949-PRO
Invoice Date:            11/13/15

**Invoice Submitted To:**
ENOCH KEVER PLLC
Attn: Accounts Payable
600 CONGRESS, Unit 2800
AUSTIN, TX
78701

PAYABLE UPON RECEIPT

---

**Invoice Summary**

| | | |
|---|---|---|
| Total Shipments: | 3 | |
| Base Charges: | $134.97 | |
| Order Discounts: | $0.00 | |
| Net Charges: | $134.97 | |

Comments:

---

**Total Due:**      **$134.97**    **USD**

---

**Invoice Details**
Order No: 103670

---

**Order No: 103670**

| | |
|---|---|
| Service: | 1 HOUR ROUNDTRIP(app |
| Pcs: | 2 |
| Wt: | 0.00 Lbs |
| Delivered: | Nov 13 2015  3:30PM |
| POD: | Needles |
| BOL #: | |

Other:    Fuel = $3.30,

**Ship Date: 11/13/2015**

From:
ENOCH KEVER PLLC
600 CONGRESS 2800
Austin TX

Caller: Lynn Needles

Department:

To:
Public Utility Commission - Central Records
1701 N. Congress Ave. 8-100
Austin TX

Reference: 11001.26 & 11002.4

| | |
|---|---|
| Base: | $30.00 |
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |

Total:      $33.30

Split

---

**Total Due:**        **$134.97   USD**

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX  78758
41998

| Invoice No. | Customer No. |
|---|---|
| 39748 | 544 |
| Invc Date | Total Due |
| 11/30/15 | 63.20 |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|---|
| | | 544 | 39748 | 11/30/15 | 63.20 | 1 | |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 11/19/15 | 607680 | 1BK 1BK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN          TX 78701 Caller: LYNN NEEDLES     Time: 13:43 Signed: L NEEDLES | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN          TX 78701 Wght:     1 Lbs | Base      : Return    : | 10.00 10.00 | 20.00 |
| | | | Total  Charges for Ref. - 11001-27: | | 20.00 | | |
| 11/24/15 | 608612 | 2BK 2BK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN          TX 78701 Caller: LYNN NEEDLES     Time: 11:22 Signed: WELCH | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN          TX 78701 Wght:     1 Lbs | Base      : Return    : | 8.00 8.00 | 16.00 |
| | | | Total  Charges for Ref. - 11002.4: | | 16.00 | | |

# INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I

**Pro Courier Service**
5308 Fort Mason Dr.
**Austin, TX**
**78745**
**512-443-6886**

Invoice Number: **40705**
Account Code: 1949-PRO
Invoice Date: 11/20/15

**Invoice Submitted To:**
ENOCH KEVER PLLC
Attn: Accounts Payable
600 CONGRESS, Unit 2800
AUSTIN, TX
78701

PAYABLE UPON RECEIPT

**Invoice Summary**

| | | Comments: |
|---|---|---|
| Total Shipments: | 3 | |
| Base Charges: | $82.14 | |
| Order Discounts: | $0.00 | |
| Net Charges: | $82.14 | |

**Total Due:**    $82.14    **USD**

**Invoice Details**

**Order No: 103684**    **Ship Date: 11/16/2015**    Department:    Reference: 12050.1

| | | | | | |
|---|---|---|---|---|---|
| Service: | 2 HOUR ROUNDTRIP(app | From: | To: | Base: | $25.70 |
| Pcs: | 1 | ENOCH KEVER PLLC | Public Utility Commission - Central Records | Pcs: | $0.00 |
| Wt: | 0.00 Lbs | 600 CONGRESS 2800 | 1701 N. Congress Ave. 8-100 | Wt: | $0.00 |
| Delivered: | Nov 16 2015 2:10PM | Austin TX | Austin TX | | $0.00 |
| POD: | Needles | | | | |
| BOL #: | | Caller: Lynn Needles | | Total: | $28.53 |

Other:    Fuel = $2.83,

**Order No: 103736**    **Ship Date: 11/18/2015**    Department:    Reference: 11001.80

| | | | | | |
|---|---|---|---|---|---|
| Service: | ASAP ROUNDTRIP | From: | To: | Base: | $33.30 |
| Pcs: | 2 | ENOCH KEVER PLLC | Public Utility Commission - Central Records | Pcs: | $0.00 |
| Wt: | 0.00 Lbs | 600 CONGRESS 2800 | 1701 N. Congress Ave. 8-100 | Wt: | $0.00 |
| Delivered: | Nov 18 2015 2:48PM | Austin TX | Austin TX | | $0.00 |
| POD: | Cyd McCool | | | | |
| BOL #: | | Caller: Lynn Needles | | Total: | $36.96 |

Other:    Fuel = $3.66,

**Total Due:**    $82.14    **USD**

**Invoice #: 40705**    **ENOCH KEVER PLLC**    Thank You    EXHIBIT Page 1 of 1
DELIVERY/MESSENGER SERVICE

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758
41998

| Invoice No. | Customer No. |
|---|---|
| 39939 | 544 |
| Invc Date | Total Due |
| 12/15/15 | 90.00 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 544 | 39939 | 12/15/15 | 90.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 1/01/15 | 609661 | 2BK 2BK | ENOCH KEVER                    PUBLIC UTILITY COMMISSION OF TEXAS   Base  :   8.00<br>600 CONGRESS AVENUE            1701 N. CONGRESS AVE.              Return :   8.00<br>AUSTIN        TX 78701          AUSTIN          TX 78701<br>Caller: LYNN NEEDLES   Time: 10:47  Wght:   1 Lbs<br>Signed: WELCH | | | 16.00 |
| | | | Total  Charges for Ref. - 11001-16: | 16.00 | | |
| 1/10/15 | 611795 | 1BK EBK | ENOCH KEVER                    PUBLIC UTILITY COMMISSION OF TEXAS   Base  :  10.00<br>600 CONGRESS AVENUE            1701 N. CONGRESS AVE.              Return :  14.00<br>AUSTIN        TX 78701          AUSTIN          TX 78701<br>Caller: LYNN NEEDLES   Time: 15:35  Wght:   1 Lbs<br>Signed: WELCH | | | 24.00 |
| | | | Total  Charges for Ref. - 11001-82: | 24.00 | | |

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 115 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758
41998

| Invoice No. | Customer No. |
|---|---|
| 40137 | 544 |
| Invc Date | Total Due |
| 12/31/15 | 161.60 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 544 | 40137 | 12/31/15 | 161.60 | 1 |

| Date | Ordr No. | Svc | Service Detail | | | | Charges | Total |
|---|---|---|---|---|---|---|---|---|
| 1/21/15 | 613816 | 2BK | ENOCH KEVER | PUBLIC UTILITY COMMISSION OF TEXAS | Base | : | 8.00 | |
| | | 2BK | 600 CONGRESS AVENUE | 1701 N. CONGRESS AVE. | Return | : | 8.00 | 16.00 |
| | | | AUSTIN        TX 78701 | AUSTIN        TX 78701 | | | | |
| | | | Caller: LYNN NEEDLES    Time: 12:13 | Wght:    1 Lbs | | | | |
| | | | Signed: K ENOCH | | | | | |

Total   Charges  for Ref. - 11002.4:     16.00

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX  78758
41998

| Invoice No. | Customer No. |
|---|---|
| 40735 | 544 |
| **Invc Date** | **Total Due** |
| 2/15/16 | 253.44 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 544 | 40735 | 2/15/16 | 253.44 | 1 | | | |
| **Date** | **Ordr No.** | **Svc** | | **Service Detail** | | | | | **Charges** | **Total** |
| 2/12/16 | 623802 | 2BK | ENERGY FUTURE HOLDINGS<br>1005 CONGRESS AVENUE<br>AUSTIN          TX 78701<br>Caller: LYNN NEEDLES     Time: 14:08 | | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN       TX 78701<br>Wght:     1 Lbs<br>Signed: C MCCOOL | | Base     : | 8.00 | 8.00 |
| 2/12/16 | 623812 | 1BK<br>1BK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN          TX 78701<br>Caller: LYNN NEEDLES     Time: 14:28 | | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN       TX 78701<br>Wght:     1 Lbs<br>Comment: DL | | Add'l Chgs: | 5.00 | 5.00 |
| | | | **Total  Charges** for Ref. - 11001.26: | | 13.00 | | | | |
| 2/12/16 | 623815 | 1HR<br>1HR | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN          TX 78701<br>Caller: LYNN NEEDLES     Time: 14:30 | | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN       TX 78701<br>Wght:     1 Lbs<br>Comment: DL | | Base     :<br>Return   : | 10.00<br>10.00 | 20.00 |
| | | | **Total  Charges** for Ref. - 11002.4: | | 20.00 | | | | |
| 2/12/16 | 623808 | 1BK<br>2HR | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN          TX 78701<br>Caller: LYNN NEEDLES     Time: 14:26 | | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN       TX 78701<br>Wght:     1 Lbs<br>Comment: DL | | Add'l Chgs: | 5.00 | 5.00 |
| | | | **Total  Charges** for Ref. - 12050.1: | | 5.00 | | | | |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX  78758
41998

| Invoice No. | Customer No. |
|---|---|
| 40940 | 544 |
| **Invc Date** | **Total Due** |
| 2/29/16 | 115.50 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 544 | 40940 | 2/29/16 | 115.50 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 2/29/16 | 626950 | 2BK 1BK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN        TX 78701 Caller: LYNN NEEDLES     Time: 12:35 Signed: RUTH D | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN        TX 78701 Wght:    1 Lbs | Base    :    8.00 Return   :   10.00 | 18.00 |
| | | | Total  Charges for Ref. – 11001.16:       18.00 | | | |
| 2/22/16 | 625581 | EBK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN        TX 78701 Caller: LYNN NEEDLES     Time: 15:59 Signed: RUTH D | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN        TX 78701 Wght:    1 Lbs | Base    :   14.00 Return   :   14.00 | 28.00 |
| 2/23/16 | 625743 | 2BK 2BK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN        TX 78701 Caller: LYNN NEEDLES     Time: 10:30 Signed: NAN | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN        TX 78701 Wght:    1 Lbs | Base    :    8.00 Return   :    8.00 | 16.00 |
| | | | Total  Charges for Ref. – 11001.82:       44.00 | | | |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758
41998

| Invoice No. | Customer No. |
|---|---|
| 41149 | 544 |
| **Invc Date** | **Total Due** |
| 3/15/16 | 686.15 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 544 | 41149 | 3/15/16 | 686.15 | 1 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 3/11/16 | 629638 | 1BK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN          TX 78701 Caller: CYD MCCOOL     Time: 13:41   Wght:    1 Lbs Signed: T ENOCH | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN          TX 78701 | Base        : Return     : | 10.00 14.00 | 24.00 |
| | | | Total  Charges for Ref. - #11001.27:    24.00 | | | | |
| 3/11/16 | 629544 | 2BK 2BK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN          TX 78701 Caller: CYD MCCOOL     Time: 09:52   Wght:    1 Lbs Signed: FRONT DESK | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN          TX 78701 | Base        : Return     : | 8.00 8.00 | 16.00 |
| | | | Total  Charges for Ref. - 11001.84:    16.00 | | | | |
| 3/01/16 | 627258 | 1BK 1BK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN          TX 78701 Caller: LYNN NEEDLES    Time: 12:50   Wght:    1 Lbs Signed: CYD | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN          TX 78701 | Base        : Return     : | 10.00 10.00 | 20.00 |
| 3/09/16 | 629007 | 2BK 2BK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN          TX 78701 Caller: LYNN NEEDLES    Time: 12:51   Wght:    1 Lbs Signed: C MCCOOL        Comment: DL | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN          TX 78701 | Base        : Return     : | 8.00 8.00 | 16.00 |
| | | | Total  Charges for Ref. - 11002.4:    36.00 | | | | |
| 3/02/16 | 627633 | EBK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN          TX 78701 Caller: LYNN NEEDLES    Time: 16:20   Wght:    1 Lbs Signed: RUTH | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN          TX 78701 | Base        : Return     : | 14.00 14.00 | 28.00 |
| 3/10/16 | 629354 | 2BK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN          TX 78701 Caller: LYNN NEEDLES    Time: 14:51   Wght:    1 Lbs Signed: L CLARK | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN          TX 78701 | Base        : | 8.00 | 8.00 |
| | | | Total  Charges for Ref. - 12050.1:    36.00 | | | | |
| | | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 119 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX  78758
41998

| Invoice No. | Customer No. |
|---|---|
| 41374 | 544 |
| **Invc Date** | **Total Due** |
| 3/31/16 | 225.15 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 544 | 41374 | 3/31/16 | 225.15 | 1 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 1/28/16 | 633006 | EBK 1BK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN        TX 78701<br>Caller: LYNN NEEDLES    Time: 14:04 | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN        TX 78701<br>Wght:    1 Lbs | Base    :<br>Return   : | 14.00<br>10.00 | 24.00 |
| | | | Signed: RUTH | | | | |
| | | | **Total   Charges** for Ref. - 11001.27: | | 24.00 | | |
| 1/24/16 | 632404 | 1BK 2BK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN        TX 78701<br>Caller: LYNN NEEDLES    Time: 13:12 | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN        TX 78701<br>Wght:    1 Lbs | Base    :<br>Return   : | 10.00<br>8.00 | 18.00 |
| | | | Signed: ARCHON | | | | |
| | | | **Total   Charges** for Ref. - 11001.84: | | 18.00 | | |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX  78758
41998

| Invoice No. | Customer No. |
|---|---|
| 41584 | 544 |
| Invc Date | Total Due |
| 4/15/16 | 365.04 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 544 | 41584 | 4/15/16 | 365.04 | 1 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 1/11/16 | 636137 | 1BK<br>1BK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN       TX 78701<br>Caller: LYNN NEEDLES    Time: 13:44  Wght:    1 Lbs<br>Signed: R DEARMAN | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN          TX 78701 | Base    :<br>Return  : | 10.00<br>10.00 | 20.00 |
| | | | Total   Charges for Ref. - 11001.27:      20.00 | | | | |
| 1/05/16 | 634937 | EBK<br>EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN       TX 78701<br>Caller: LYNN NEEDLES    Time: 16:18  Wght:    1 Lbs<br>Signed: W ARCHON | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN          TX 78701 | Base    :<br>Return  : | 14.00<br>14.00 | 28.00 |
| | | | Total   Charges for Ref. - 11001.82:      28.00 | | | | |
| 1/15/16 | 637350 | 1BK<br>EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN       TX 78701<br>Caller: LYNN NEEDLES    Time: 15:14  Wght:    1 Lbs<br>Signed: NEEDLES | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN          TX 78701 | Base    :<br>Return  : | 10.00<br>14.00 | 24.00 |
| | | | Total   Charges for Ref. - 11001.82 & 14047.3:      24.00 | | | | |
| 1/01/16 | 634192 | EBK<br>EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN       TX 78701<br>Caller: LYNN NEEDLES    Time: 13:59  Wght:    1 Lbs<br>Signed: NEEDLES | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN          TX 78701 | Base    :<br>Return  : | 14.00<br>14.00 | 28.00 |
| 1/11/16 | 636163 | 1BK<br>EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN       TX 78701<br>Caller: LYNN NEEDLES    Time: 14:57  Wght:    1 Lbs<br>Signed: R DEARMAN | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN          TX 78701 | Base    :<br>Return  : | 10.00<br>14.00 | 24.00 |
| 1/12/16 | 636345 | 1BK<br>1BK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN       TX 78701<br>Caller: LYNN NEEDLES    Time: 10:05  Wght:    1 Lbs<br>Signed: CYD M | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN          TX 78701 | Base    :<br>Return  : | 10.00<br>10.00 | 20.00 |

Continued

# INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758
41998

| Invoice No. | Customer No. |
|---|---|
| 41584 | 544 |
| **Invc Date** | **Total Due** |
| 4/15/16 | 365.04 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|
| | 544 | 41584 | 4/15/16 | 365.04 | 2 | |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 4/12/16 | 636451 | EBK 1BK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN        TX 78701<br>Caller: LYNN NEEDLES    Time: 14:58 | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN        TX 78701<br>Wght:    1 Lbs | Base    :    14.00<br>Return   :    10.00 | 24.00 |
| | | | Signed: C MCCOOL | | | |
| 4/14/16 | 637000 | 1BK 1BK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN        TX 78701<br>Caller: LYNN NEEDLES    Time: 13:14 | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN        TX 78701<br>Wght:    1 Lbs | Base    :    10.00<br>Return   :    10.00 | 20.00 |
| | | | Signed: ARCHON | | | |
| 4/15/16 | 637225 | 2BK 2BK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN        TX 78701<br>Caller: LYNN NEEDLES    Time: 10:25 | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN        TX 78701<br>Wght:    1 Lbs | Base    :    8.00<br>Return   :    8.00 | 16.00 |
| | | | Signed: ARCHON | | | |

Total   Charges  for Ref. – 11001.84:    132.00

| | Total | 365.04 |
|---|---|---|

# INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 122 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX  78758
41998

| Invoice No. | Customer No. |
|---|---|
| 41784 | 544 |
| Invc Date | Total Due |
| 4/30/16 | 255.20 |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 544 | 41784 | 4/30/16 | 255.20 | 1 | | |
| Date | Ordr No. | Svc | Service Detail | | | | | Charges | Total |
| 4/26/16 | 639629 | EBK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN      TX 78701 Caller: LYNN NEEDLES    Time: 16:35 Signed: L NEEDLES | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN       TX 78701 Wght:    1 Lbs | | Base   : Return : | | 14.00 14.00 | 28.00 |
| | | | Total  Charges for Ref. - 11001.82: | 28.00 | | | | | |
| 4/18/16 | 637738 | EBK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN      TX 78701 Caller: LYNN NEEDLES    Time: 16:11 Signed: RUTH @4:40 4/18 | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN       TX 78701 Wght:    1 Lbs | | Base   : Return : | | 14.00 14.00 | 28.00 |
| | | | Total  Charges for Ref. - 11001.83: | 28.00 | | | | | |
| 4/26/16 | 639557 | EBK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN      TX 78701 Caller: LYNN NEEDLES    Time: 15:54 Signed: L NEEDLES | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN       TX 78701 Wght:    1 Lbs | | Base   : Return : | | 14.00 14.00 | 28.00 |
| 4/27/16 | 639816 | EBK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN      TX 78701 Caller: LYNN NEEDLES    Time: 14:36 Signed: L NEEDLES | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN       TX 78701 Wght:    1 Lbs | | Base   : Return : | | 14.00 14.00 | 28.00 |
| | | | Total  Charges for Ref. - 11001.84: | 56.00 | | | | | |
| 4/18/16 | 637709 | EBK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN      TX 78701 Caller: LYNN NEEDLES    Time: 14:41 Signed: NEEDLES | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN       TX 78701 Wght:    1 Lbs | | Base   : Return : | | 14.00 14.00 | 28.00 |
| 4/22/16 | 638799 | EBK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN      TX 78701 Caller: LYNN NEEDLES    Time: 14:20 Signed: RUTH D | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN       TX 78701 Wght:    1 Lbs | | Base   : Return : | | 14.00 14.00 | 28.00 |
| 4/25/16 | 639189 | 1HR 1HR | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN      TX 78701 Caller: LYNN NEEDLES    Time: 13:56 Signed: RUTH D | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN       TX 78701 Wght:    1 Lbs | | Base    : Return  : Fuel Srchg: | | 10.00 10.00 .80 | 20.80 |
| | | | Total  Charges for Ref. - 11002.4: | 76.80 | | | | | |

## INVOICE PAYMENT DUE UPON RECEIPT

EXHIBIT I

DELIVERY/MESSENGER SERVICE

**Pro Courier Service**
**5308  Fort Mason Dr.**
**Austin, TX**
**78745**
**512-443-6886**

| | |
|---|---|
| Invoice Number: | **41162** |
| Account Code: | 1949-PRO |
| Invoice Date: | 4/29/16 |

**Invoice Submitted To:**
ENOCH KEVER PLLC
Attn: Accounts Payable
600 CONGRESS, Unit 2800
AUSTIN, TX
78701

PAYABLE UPON RECEIPT

**Invoice Summary**

| | |
|---|---|
| Total Shipments: | 2 |
| Base Charges: | $75.88 |
| Order Discounts: | $0.00 |
| Net Charges: | $75.88 |

**Comments:**

**Total Due:**   **$75.88**   **USD**

**Invoice Details**

Order No: 105271    Ship Date: 04/27/2016    Department:    Reference: 11001.82

| | | | |
|---|---|---|---|
| Service: | ASAP ROUNDTRIP | From: | To: |
| Pcs: | 1 | ENOCH KEVER PLLC | Railroad Commission of Texas - Central Records |
| Wt: | 0.00 Lbs | 600 CONGRESS 2800 | 1701 N. Congress, Ave. 10th Fl., Rm. 150 |
| Delivered: | Apr 27 2016 2:35PM | Austin TX | Austin TX |
| POD: | House | | |
| BOL #: | | Caller: TONI HOUSE | |

| | |
|---|---|
| Base: | $35.96 |
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |
| Total: | $39.92 |

Other:    Fuel = $3.96.

**Total Due:**    **$75.88   USD**

Invoice #:  41162     ENOCH KEVER PLLC              Thank You

DELIVERY/MESSENGER SERVICE

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758
41998

| Invoice No. | Customer No. |
|---|---|
| 42195 | 544 |
| Invc Date | Total Due |
| 5/31/16 | 225.70 |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 544 | 42195 | 5/31/16 | 225.70 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 5/16/16 | 643683 | 2BK | ENERGY FUTURE HOLDINGS 1005 CONGRESS AVENUE AUSTIN  TX 78701 Caller: LYNN NEEDLES   Time: 11:52  Wght:   1 Lbs Signed: RUTH D | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN  TX 78701 | Base  :   8.00 | 8.00 |
| | | | **Total  Charges** for Ref. - 11001.28 | 8.00 | | |
| 5/31/16 | 646987 | 1BK 1BK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN  TX 78701 Caller: CYD MCCOOL   Time: 13:41  Wght:   1 Lbs Signed: WELCH | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN  TX 78701 | Base  :  10.00 Return  :  10.00 | 20.00 |
| | | | **Total  Charges** for Ref. - 11001-16  (#37276): | 20.00 | | |
| 5/16/16 | 643767 | 1BK 1BK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN  TX 78701 Caller: LYNN NEEDLES   Time: 14:56  Wght:   1 Lbs Signed: RUTH | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN  TX 78701 | Base  :  10.00 Return  :  10.00 | 20.00 |
| | | | **Total  Charges** for Ref. - 11001.26 & 12050.1: | 20.00 | | |
| 5/16/16 | 643714 | 2BK 2BK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN  TX 78701 Caller: LYNN NEEDLES   Time: 12:55  Wght:   1 Lbs Signed: NEEDLES | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN  TX 78701 | Base  :   8.00 Return  :   8.00 | 16.00 |
| | | | **Total  Charges** for Ref. - 11001.49 & 83; 11002.4: | 16.00 | | |
| 5/17/16 | 644047 | 2BK 2BK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN  TX 78701 Caller: LYNN NEEDLES   Time: 12:34  Wght:   1 Lbs Signed: NEEDLES | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN  TX 78701 | Base  :   8.00 Return  :   8.00 | 16.00 |
| 5/24/16 | 645593 | EBK EBK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN  TX 78701 Caller: LYNN NEEDLES   Time: 14:27  Wght:   1 Lbs    18 Signed: DEERMAN | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN  TX 78701 | Base  :  14.00 Return  :  14.00 Wait Time :   7.00 | 35.00 |
| 5/27/16 | 646325 | 1BK | THOMPSON & KNIGHT 98 SAN JACINTO BLVD AUSTIN  TX 78701 Caller: LYNN NEEDLES   Time: 09:23  Wght:   1 Lbs Signed: RUTH | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN  TX 78701 | Base  :  10.00 ADDITIONAL:  10.00 | 20.00 |
| | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 125 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758
41998

| Invoice No. | Customer No. |
|---|---|
| 42195 | 544 |
| **Invc Date** | **Total Due** |
| 5/31/16 | 225.70 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|
| | 544 | 42195 | 5/31/16 | 225.70 | 2 | | |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 5/27/16 | 646564 | EXP | MILLER IMAGING & DIGITAL SOLUTIONS  ENOCH KEVER<br>1000 E 7TH STREET                       600 CONGRESS AVENUE<br>AUSTIN          TX 78702        AUSTIN          TX 78701<br>Caller: LYNN NEEDLES    Time: 15:45    Wght:    1 Lbs<br>Signed: RUTH DEARMAN | Base      :    14.00<br>Fuel Srchg:      .70 | | | 14.70 |
| | | | **Total  Charges** for Ref. - 11001.84:    85.70 | | | | |
| 5/23/16 | 645284 | 2BK | ENOCH KEVER                          PUBLIC UTILITY COMMISSION OF TEXAS<br>600 CONGRESS AVENUE                  1701 N. CONGRESS AVE.<br>AUSTIN          TX 78701        AUSTIN          TX 78701<br>Caller: LYNN NEEDLES    Time: 13:44    Wght:    1 Lbs<br>Signed: FERRIS | Base      :     8.00 | | | 8.00 |
| | | | **Total  Charges** for Ref. - 11002.4:    8.00 | | | | |
| 5/16/16 | 643785 | 1BK<br>EBK | ENOCH KEVER                          PUBLIC UTILITY COMMISSION OF TEXAS<br>600 CONGRESS AVENUE                  1701 N. CONGRESS AVE.<br>AUSTIN          TX 78701        AUSTIN          TX 78701<br>Caller: LYNN NEEDLES    Time: 15:32    Wght:    1 Lbs<br>Signed: NEEDLES | Base      :    10.00<br>Return    :    14.00 | | | 24.00 |
| 5/18/16 | 644296 | 2BK<br>2BK | ENOCH KEVER                          PUBLIC UTILITY COMMISSION OF TEXAS<br>600 CONGRESS AVENUE                  1701 N. CONGRESS AVE.<br>AUSTIN          TX 78701        AUSTIN          TX 78701<br>Caller: LYNN NEEDLES    Time: 12:12    Wght:    1 Lbs<br>Signed: RUTH | Base      :     8.00<br>Return    :     8.00 | | | 16.00 |
| | | | **Total  Charges** for Ref. - 11002.5:    40.00 | | | | |

## INVOICE PAYMENT DUE UPON RECEIPT

**Pro Courier Service**
**5308  Fort Mason Dr.**
**Austin, TX**
**78745**
**512-443-6886**

| | |
|---|---|
| Invoice Number: | **41199** |
| Account Code: | 1949-PRO |
| Invoice Date: | 5/13/16 |

**Invoice Submitted To:**
ENOCH KEVER PLLC
Attn: Accounts Payable
600 CONGRESS, Unit 2800
AUSTIN, TX
78701

PAYABLE UPON RECEIPT

**Invoice Summary**

| | |
|---|---|
| Total Shipments: | 2 |
| Base Charges: | $71.22 |
| Order Discounts: | $0.00 |
| Net  Charges: | $71.22 |

**Comments:**

**Total Due:**      **$71.22**    **USD**

**Invoice Details**

| Order No: 105392 | Ship Date: 05/09/2016 | Department: | Reference: #11001.82 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Service: | 2 HOUR ROUNDTRIP(app | From: | To: |
| Pcs: | 1 | ENOCH KEVER PLLC | Railroad Commission of Texas - Central Records |
| Wt: | 0.00 Lbs | 600 CONGRESS 2800 | 1701 N. Congress, Ave. 10th Fl., Rm. 150 |
| Delivered: | May 9 2016 1:45PM | Austin TX | Austin TX |
| POD: | House | | |
| BOL #: | | Caller:  TONI HOUSE | |

| | | |
|---|---|---|
| Base: | $27.76 |
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |

| | |
|---|---|
| Total: | $55.81 |

Other:      Waited for 20mins = $15.00, Fuel = $3.05,  Extra Stops = $10.00

Total Due:                    $71.22  USD

Invoice #:  41199        ENOCH KEVER PLLC                          Thank You
DELIVERY/MESSENGER SERVICE

EXHIBIT 4  Page 1 of 1
Page 127 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758
41998

| Invoice No. | Customer No. |
|---|---|
| 41977 | 544 |
| Invc Date | Total Due |
| 5/15/16 | 188.90 |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 544 | 41977 | 5/15/16 | 188.90 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 5/04/16 | 641245 | 2BK 2BK | ENOCH KEVER                    PUBLIC UTILITY COMMISSION OF TEXAS | Base  : | 8.00 | |
| | | | 600 CONGRESS AVENUE           1701 N. CONGRESS AVE. | Return : | 8.00 | 16.00 |
| | | | AUSTIN      TX 78701          AUSTIN      TX 78701 | | | |
| | | | Caller: LYNN NEEDLES    Time: 11:21  Wght:   1 Lbs | | | |
| | | | Signed: DEARMAN | | | |

Total  **Charges** for Ref. - 11002.4:        16.00

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 128 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX  78758
41998

| Invoice No. | Customer No. |
|---|---|
| 42382 | 544 |
| Invc Date | Total Due |
| 6/15/16 | 192.45 |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 544 | 42382 | 6/15/16 | 192.45 | 1 | | | |
| **Date** | **Ordr No.** | **Svc** | | Service Detail | | | | | **Charges** | **Total** |
| 6/01/16 | 647345 | 1BK 1BK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN        TX 78701 Caller: CYD MCCOOL    Time: 14:55 Signed: WELCH | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN          TX 78701 Wght:     1 Lbs | | Base    : Return  : | | 10.00 10.00 | 20.00 |
| | | | Total   Charges for Ref. - 11001.16 (DKT 37276): | | 20.00 | | | | |
| 6/08/16 | 648830 | 1BK 1BK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN        TX 78701 Caller: LYNN NEEDLES    Time: 13:59 Signed: DEERMAN | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN          TX 78701 Wght:     1 Lbs | | Base    : Return  : | | 10.00 10.00 | 20.00 |
| 6/15/16 | 650340 | 1BK 1BK | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN        TX 78701 Caller: LYNN NEEDLES    Time: 13:48 Signed: RUTH | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN          TX 78701 Wght:     1 Lbs | | Base    : Return  : | | 10.00 10.00 | 20.00 |
| | | | Total   Charges for Ref. - 11001.83: | | 40.00 | | | | |
| 6/06/16 | 648188 | 4HR | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN        TX 78701 Caller: LYNN NEEDLES    Time: 10:34 Signed: AMY BURT | KENNEDY REPORTING SERVICE 555 ROUND ROCK WEST DRIVE ROUND ROCK        TX 78681 Wght:     1 Lbs | | Base    : Fuel Srchg: | | 20.00 1.00 | 21.00 |
| 6/10/16 | 649364 | EXP EXP | ENOCH KEVER 600 CONGRESS AVENUE AUSTIN        TX 78701 Caller: LYNN NEEDLES    Time: 14:17 Signed: DEERMAN | PUBLIC UTILITY COMMISSION OF TEXAS 1701 N. CONGRESS AVE. AUSTIN          TX 78701 Wght:     1 Lbs | | Base    : Return  : Fuel Srchg: | | 14.00 14.00 1.40 | 29.40 |
| | | | Total   Charges for Ref. - 11001.84: | | 50.40 | | | | |
| | | | | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I

**Pro Courier Service**
**5308  Fort Mason Dr.**
**Austin, TX**
**78745**
**512-443-6886**

Invoice Number: **41290**
Account Code: 1949-PRO
Invoice Date: 6/18/16

Invoice Submitted To:
ENOCH KEVER PLLC
Attn: Accounts Payable
600 CONGRESS, Unit 2800
AUSTIN, TX
78701

PAYABLE UPON RECEIPT

**Invoice Summary**

| | |
|---|---|
| Total Shipments: | 4 |
| Base Charges: | $180.89 |
| Order Discounts: | $0.00 |
| Net Charges: | $180.89 |

Comments:

**Total Due:**     **$180.89    USD**

**Invoice Details**

**Order No: 105856**          **Ship Date: 06/17/2016**          **Department:**          Reference: #11001.57

| | | | | |
|---|---|---|---|---|
| Service: | ASAP ROUNDTRIP | From: | To: | |
| Pcs: | 1 | ENOCH KEVER PLLC | Texas Commission on Environmental | |
| Wt: | 2.00 Lbs | 600 CONGRESS 2800 | Quality-Legal Services | |
| Delivered: | Jun 17 2016 11:58AM | Austin TX | 12100 Park 35 Circle, Bldg. A 3rd Fl. | |
| POD: | House | | Austin TX | |
| BOL #: | | Caller:   TONI HOUSE | | |

| | |
|---|---|
| Base: | $58.64 |
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |
| Total: | $65.09 |

Other:     Fuel = $6.45,

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758
41998

| Invoice No. | Customer No. |
|---|---|
| 42583 | 544 |
| **Invc Date** | **Total Due** |
| 6/30/16 | 242.00 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | |
|---|---|---|---|---|---|---|
| | 544 | 42583 | 6/30/16 | 242.00 | 1 | |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| /27/16 | 652805 | 2BK 1BK | ENOCH KEVER                      RAILROAD COMMISSION OF TEXAS<br>600 CONGRESS AVENUE             1701 N. CONGRESS AVENUE<br>AUSTIN        TX 78701          AUSTIN        TX 78701<br>Caller: LYNN NEEDLES    Time: 13:08   Wght:    1 Lbs<br>Signed: DEAMAN | Base  :    8.00<br>Return :   10.00 | 18.00 |
| | | | Total  Charges for Ref. - 11001.16:   18.00 | | | |
| /28/16 | 653163 | EBK EBK | ENOCH KEVER                      ATTORNEY GENERAL<br>600 CONGRESS AVE                 209 WEST 14TH ST<br>AUSTIN        TX 78701          AUSTIN        TX 78701<br>Caller: TONIE    Time: 16:05    Wght:    1 Lbs<br>Signed: B. NUTTALL | Base  :   14.00<br>Return :   14.00 | 28.00 |
| | | | Total  Charges for Ref. - 11001.57:   28.00 | | | |
| /17/16 | 650888 | 1BK 1BK | ENOCH KEVER                      PUBLIC UTILITY COMMISSION OF TEXAS<br>600 CONGRESS AVENUE             1701 N. CONGRESS AVE.<br>AUSTIN        TX 78701          AUSTIN        TX 78701<br>Caller: LYNN NEEDLES    Time: 13:51   Wght:    1 Lbs<br>Signed: RUTH | Base  :   10.00<br>Return :   10.00 | 20.00 |
| | | | Total  Charges for Ref. - 11001.84:   20.00 | | | |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 131 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758
41998

| Invoice No. | Customer No. |
|---|---|
| 42778 | 544 |
| Invc Date | Total Due |
| 7/15/16 | 219.87 |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 544 | 42778 | 7/15/16 | 219.87 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 7/15/16 | 656690 | EBK EBK | ENOCH KEVER          PUBLIC UTILITY COMMISSION OF TEXAS  Base : 600 CONGRESS AVENUE   1701 N. CONGRESS AVE.           Return : AUSTIN        TX 78701   AUSTIN        TX 78701 Caller: LYNN NEEDLES    Time: 13:55   Wght:    1 Lbs Signed: R. DEARMAN | | 14.00 14.00 | 28.00 |
| | | | **Total  Charges** for Ref. - 11001.27: | 28.00 | | |
| 7/12/16 | 655872 | 1BK 1BK | ENOCH KEVER          PUBLIC UTILITY COMMISSION OF TEXAS  Base : 600 CONGRESS AVENUE   1701 N. CONGRESS AVE.           Return : AUSTIN        TX 78701   AUSTIN        TX 78701 Caller: LYNN NEEDLES    Time: 11:23   Wght:    1 Lbs Signed: RUTH | | 10.00 10.00 | 20.00 |
| | | | **Total  Charges** for Ref. - 11001.83: | 20.00 | | |
| 7/08/16 | 655286 | 1BK | ENOCH KEVER          PUBLIC UTILITY COMMISSION OF TEXAS  Base : 600 CONGRESS AVENUE   1701 N. CONGRESS AVE. AUSTIN        TX 78701   AUSTIN        TX 78701 Caller: LYNN NEEDLES    Time: 14:48   Wght:    1 Lbs Signed: KELLY | | 10.00 | 10.00 |
| | | | **Total  Charges** for Ref. - 12050.1: | 10.00 | | |
| 7/05/16 | 654479 | EBK EBK | ENOCH KEVER          PUBLIC UTILITY COMMISSION OF TEXAS  Base : 600 CONGRESS AVENUE   1701 N. CONGRESS AVE.           Return : AUSTIN        TX 78701   AUSTIN        TX 78701 Caller: LYNN NEEDLES    Time: 14:58   Wght:    1 Lbs Signed: WELCH | | 14.00 14.00 | 28.00 |
| | | | **Total  Charges** for Ref. - 14047.3 & 11001.27: | 28.00 | | |
| 7/01/16 | 653964 | 1BK 1BK | ENOCH KEVER          PUBLIC UTILITY COMMISSION OF TEXAS  Base : 600 CONGRESS AVENUE   1701 N. CONGRESS AVE.           Return : AUSTIN        TX 78701   AUSTIN        TX 78701 Caller: LYNN NEEDLES    Time: 11:11   Wght:    1 Lbs Signed: K. ENOCH | | 10.00 10.00 | 20.00 |
| | | | **Total  Charges** for Ref. - 14047.3 & 11002.4: | 20.00 | | |
| | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX  78758
41998

| Invoice No. | Customer No. |
|---|---|
| 43001 | 544 |
| **Invc Date** | **Total Due** |
| 7/31/16 | 166.00 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|
| | 544 | 43001 | 7/31/16 | 166.00 | 1 | | |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 7/21/16 | 657826 | EBK<br>EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN          TX 78701<br>Caller: LYNN NEEDLES      Time: 13:57<br>Signed: K. ENOCH | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN          TX 78701<br>Wght:     1 Lbs | Base    :<br>Return   : | 14.00<br>14.00 | 28.00 |
| | | | **Total  Charges** for Ref. – 11001.03:      28.00 | | | | |
| 7/22/16 | 658105 | EBK<br>EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN          TX 78701<br>Caller: LYNN NEEDLES      Time: 14:47<br>Signed: R.BECKMAN | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN          TX 78701<br>Wght:     1 Lbs | Base    :<br>Return   : | 14.00<br>14.00 | 28.00 |
| 7/22/16 | 658123 | 1BK<br>EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN          TX 78701<br>Caller: LYNN NEEDLES      Time: 15:44<br>Signed: R. DEARMAN | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN          TX 78701<br>Wght:     1 Lbs | Base    :<br>Return   : | 10.00<br>14.00 | 24.00 |
| 7/25/16 | 658435 | 1BK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN          TX 78701<br>Caller: LYNN NEEDLES      Time: 13:48<br>Signed: LISA CLARK | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN          TX 78701<br>Wght:     i Lbs | Base    : | 10.00 | 10.00 |
| | | | **Total  Charges** for Ref. – 11002.4:      62.00 | | | | |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 133 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758
41998

| Invoice No. | Customer No. |
|---|---|
| 43178 | 544 |
| Invc Date | Total Due |
| 8/15/16 | 174.00 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 544 | 43178 | 8/15/16 | 174.00 | 1 | | |
| Date | Ordr No. | Svc | | | Service Detail | | | Charges | Total |
| 8/11/16 | 662352 | 1BK | ENERGY FUTURE HOLDINGS<br>1005 CONGRESS AVENUE<br>AUSTIN        TX 78701<br>Caller: LYNN NEEDLES    Time: 15:21<br>Signed: RUTH | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN        TX 78701<br>Wght:      1 Lbs | | Base    : | 10.00 | 10.00 |
| | | | Total  Charges for Ref. - 11001.26: | 10.00 | | | | |
| 8/12/16 | 662622 | EBK<br>EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN        TX 78701<br>Caller: LYNN NEEDLES    Time: 14:05 | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN        TX 78701<br>Wght:      1 Lbs | Base    :<br>Return   : | 14.00<br>14.00 | 28.00 |
| | | | Total  Charges for Ref. - 11001.26;14047.4;110024: | 28.00 | | | | |
| 8/03/16 | 660525 | 1BK<br>1BK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN        TX 78701<br>Caller: LYNN NEEDLES    Time: 12:50<br>Signed: WELCH | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN        TX 78701<br>Wght:      1 Lbs | Base    :<br>Return   : | 10.00<br>10.00 | 20.00 |
| | | | Total  Charges for Ref. - 11001.83: | 20.00 | | | | |
| 8/09/16 | 661756 | EBK<br>EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN        TX 78701<br>Caller: LYNN NEEDLES    Time: 14:19<br>Signed: R. DEAMAN | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN        TX 78701<br>Wght:      1 Lbs | Base    :<br>Return   : | 14.00<br>14.00 | 28.00 |
| | | | Total  Charges for Ref. - 11001.84 & 14047.3: | 28.00 | | | | |
| 8/02/16 | 660266 | 1BK<br>1BK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN        TX 78701<br>Caller: LYNN NEEDLES    Time: 13:55<br>Signed: K. ENOCH | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN        TX 78701<br>Wght:      1 Lbs | Base    :<br>Return   : | 10.00<br>10.00 | 20.00 |
| | | | Total  Charges for Ref. - 11002.4: | 20.00 | | | | |
| 8/15/16 | 663063 | EBK<br>EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN        TX 78701<br>Caller: LYNN NEEDLES    Time: 15:37<br>Signed: NEEDLES | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN        TX 78701<br>Wght:      1 Lbs | Base    :<br>Return   : | 14.00<br>14.00 | 28.00 |
| | | | Total  Charges for Ref. - 12050.2: | 28.00 | | | | |
| | | | | | | | | Continued |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 134 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX  78758
41998

| Invoice No. | Customer No. |
|---|---|
| 43178 | 544 |
| **Invc Date** | **Total Due** |
| 8/15/16 | 174.00 |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|
| | 544 | 43178 | 8/15/16 | 174.00 | 2 | | |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 8/04/16 | 660787 | 1BK 1BK | ENOCH KEVER                          PUBLIC UTILITY COMMISSION OF TEXAS   Base   : 600 CONGRESS AVENUE                 1701 N. CONGRESS AVE.               Return : AUSTIN        TX 78701            AUSTIN        TX 78701 Caller: LYNN NEEDLES     Time: 13:12  Wght:    1 Lbs Signed: R. DEARMAN | | | 10.00 10.00 | 20.00 |
| | | | Total  Charges for Ref. - 14047.3 & 11001.84:    20.00 | | | | |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 135 of 279

**Pro Courier Service**
5308  Fort Mason Dr.
Austin, TX
78745
512-443-6886

| | |
|---|---|
| Invoice Number: | **41470** |
| Account Code: | 1949-PRO |
| Invoice Date: | 8/19/16 |

**Invoice Submitted To:**
ENOCH KEVER PLLC
Attn: Accounts Payable
600 CONGRESS, Unit 2800
AUSTIN, TX
78701

PAYABLE UPON RECEIPT

---

### Invoice Summary

| | | Comments: |
|---|---|---|
| Total Shipments: | 5 | |
| Base Charges: | $195.93 | |
| Order Discounts: | $0.00 | |
| Net  Charges: | $195.93 | |

**Total Due:**      **$195.93**    USD

---

### Invoice Details

**Order No: 106554**

| | |
|---|---|
| Service: | 2 Hour(approximate) |
| Pcs: | 1 |
| Wt: | 2.00 Lbs |
| Delivered: | Aug 19 2016 10:01AM |
| POD: | House |
| BOL #: | |

Other:     Fuel = $2.33.

**Ship Date: 08/19/2016**

From:
Texas Commission on Environmental
Quality-Legal Services
12100 Park 35 Circle, Bldg. A 3rd Fl.
Austin TX

Caller:   TONI HOUSE

**Department:**

To:
ENOCH KEVER PLLC
600 CONGRESS 2800
Austin TX

Reference: #11001.57

| | |
|---|---|
| Base: | $21.17 |
| Pcs: | $0.00 |
| Wt: | $0.00 |
| | $0.00 |
| Total: | $23.50 |

---

Invoice #:  41470      ENOCH KEVER PLLC

Thank You

EXHIBIT I
Page 136 of 279

DELIVERY/MESSENGER SERVICE

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX  78758
41998

| Invoice No. | Customer No. |
|---|---|
| 43388 | 544 |
| **Invc Date** | **Total Due** |
| 8/31/16 | 93.91 |
| | |
| | |
| | |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | 544 | 43388 | 8/31/16 | 93.91 | 1 | | |

| Date | Ordr No. | Svc | Service Detail | | | | | Charges | Total |
|---|---|---|---|---|---|---|---|---|---|
| 1/22/16 | 664518 | EBK 2BK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN         TX 78701<br>Caller: LYNN NEEDLES   Time: 14:17<br>Signed: RUTH | | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN         TX 78701<br>Wght:    1 Lbs | Base<br>Return | :<br>: | 14.00<br>8.00 | 22.00 |
| | | | Total  Charges for Ref. - 11001.84 & 14047.4: | | 22.00 | | | | |
| 1/19/16 | 664093 | 1BK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN         TX 78701<br>Caller: LYNN NEEDLES   Time: 13:14<br>Signed: L. CLARK | | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN         TX 78701<br>Wght:    1 Lbs | Base | : | 10.00 | 10.00 |
| | | | Total  Charges for Ref. - 11002.4: | | 10.00 | | | | |
| 1/17/16 | 663617 | EBK EBK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN         TX 78701<br>Caller: LYNN NEEDLES   Time: 15:59<br>Signed: RUTH D | | ATTORNEY GENERAL<br>209 W. 14TH STREET<br>AUSTIN         TX 78701<br>Wght:    1 Lbs | Base<br>Return | :<br>: | 14.00<br>14.00 | 28.00 |
| | | | Total  Charges for Ref. - 11002.67: | | 28.00 | | | | |
| | | | | | | | | Total | 93.91 |

# INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I
Page 137 of 279

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX  78758
41998

| Invoice No. | Customer No. |
|---|---|
| 43580 | 544 |
| **Invc Date** | **Total Due** |
| 9/15/16 | 258.69 |
| | |
| | |

ENOCH KEVER
5918 W Courtyard Drive
Ste 500
AUSTIN, TX 78730

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|
| | 544 | 43580 | 9/15/16 | 258.69 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/01/16 | 666878 | EBK EBK | ENOCH KEVER                  PUBLIC UTILITY COMMISSION OF TEXAS   Base : 600 CONGRESS AVENUE      1701 N. CONGRESS AVE.              Return : AUSTIN          TX 78701   AUSTIN          TX 78701 Caller: LYNN NEEDLES    Time: 14:17  Wght:    1 Lbs Signed: L. NEEDLES | | 14.00 14.00 | 28.00 |
| | | | Total  Charges for Ref. - 11001.83: | 28.00 | | |
| 9/01/16 | 666747 | 2BK 2BK | ENOCH KEVER                  PUBLIC UTILITY COMMISSION OF TEXAS   Base : 600 CONGRESS AVENUE      1701 N. CONGRESS AVE.              Return : AUSTIN          TX 78701   AUSTIN          TX 78701 Caller: LYNN NEEDLES    Time: 10:16  Wght:    1 Lbs Signed: NEEDLES | | 8.00 8.00 | 16.00 |
| | | | Total Charges for Ref. - 11002.4: | 16.00 | | |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758
41998

| Invoice No. | Customer No. |
|---|---|
| 43796 | 544 |
| **Invc Date** | **Total Due** |
| 9/30/16 | 511.34 |
| | |
| | |
| | |

ENOCH KEVER
5918 W Courtyard Drive
Ste 500
AUSTIN, TX 78730

NOW ACCEPTING VISA,M/C &
AMEX FOR INVOICE PAYMENT
PLEASE CALL 512.479.4007
TO GET SETUP.

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 544 | 43796 | 9/30/16 | 511.34 | 2 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| 9/28/16 | 672674 | 1HR 1HR | ENOCH KEVER  PUBLIC UTILITY COMMISSION OF TEXAS  5918 W COURTYARD DRIVE  1701 N. CONGRESS AVE.  AUSTIN  TX 78730  AUSTIN  TX 78701  Caller: LYNN NEEDLES  Time: 14:35  Wght:  1 Lbs  Signed: K ENOCH | | Base  :  15.00  Return  :  15.00  Fuel Srchg:  2.10 | 32.10 |
| | | | Total  Charges for Ref. - 11000.50:  32.10 | | | |
| 9/23/16 | 671582 | EBK EBK | ENOCH KEVER  PUBLIC UTILITY COMMISSION OF TEXAS  600 CONGRESS  1701 N. CONGRESS AVE.  AUSTIN  TX 78701  AUSTIN  TX 78701  Caller: LYNN NEEDLES  Time: 08:42  Wght:  1 Lbs  Signed: NEEDLES | | Base  :  14.00  Return  :  14.00 | 28.00 |
| | | | Total  Charges for Ref. - 11001.83:  28.00 | | | |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICE

EXHIBIT I

# FILING FEE

Print this page

# Case # D-1-GN-15-000815

## Case Information

| | |
|---|---|
| Location | Travis County - District Clerk |
| Date Filed | 05/18/2015 01:27:51 PM |
| Case Number | D-1-GN-15-000815 |
| Case Description | |
| Assigned to Judge | |
| Attorney | Kirk Rasmussen |
| Firm Name | Enoch Kever PLLC |
| Filed By | Aundrea Abernathy |
| Filer Type | Not Applicable |

**Fees**

| | |
|---|---|
| Convenience Fee | $1.88 |
| Total Court Case Fees | $0.00 |
| Total Court Party Fees | $0.00 |
| Total Court Filing Fees | $65.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $66.88 |

**Payment**

| | |
|---|---|
| Account Name | EK |
| Transaction Amount | $66.88 |
| Transaction Response | Approved |
| Transaction ID | 8779399 |
| Order # | 005320344-0 |

---

## Counter Claim/Cross Action/Interpleader/Intervention/Third Party

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Counter Claim/Cross Action/Interpleader/Intervention/Third Party |
| Filing Description | Plea in Intervention of Luminant Generation Company LLC and Luminant Energy Company LLC |
| Reference Number | 11001.78 |
| Comments | |

FILING FEE

EXHIBIT I
Page 141 of 279

Attached for filing is the Plea in Intervention of Luminant Generation Company LLC and Luminant Energy Company LLC. Please contact Aundrea Abernathy @ (512) 615-1229 if there are any problems with the filing.

| | |
|---|---|
| Courtesy Copies | ejolly@enochkever.com |
| Status | Accepted |
| Accepted Date | 05/19/2015 05:28:48 PM |
| Accept Comments | 004030694 |
| **Fees** | |
| Court Fee | $65.00 |
| Service Fee | $0.00 |
| **Documents** | |
| *Lead Document* | LUMINANT ENERGY - Plea in Intervention - NRG-Calpine DC Appeal - 5.18.2015.pdf    [Original] [Transmitted] |

### eService Details

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| Georgia N. Crump gcrump@lglawfirm.com | Lloyd Gosselink Rochelle & Townsend | EServe | Sent | Yes | 05/18/2015 01:31:10 PM |
| R Lambeth Townsend ltownsend@lglawfirm.com | Lloyd Gosselink Rochelle & Townsend PC | EServe | Sent | Yes | 05/18/2015 02:36:04 PM |
| Melissa A Long mlong@lglawfirm.com | Lloyd Gosselink Rochelle & Townsend PC | EServe | Sent | Yes | 05/18/2015 01:31:30 PM |
| Chad V Seely chad.seely@ercot.com | ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC (ERCOT) | EServe | Sent | Yes | 05/18/2015 01:47:24 PM |
| Nathan Bigbee nathan.bigbee@ercot.com | ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC (ERCOT) | EServe | Sent | Yes | Not Opened |
| Mitzie Mann mitzie.winn@ercot.com | ELECTRIC RELIABILITY | EServe | Sent | Yes | |

FILING FEE

EXHIBIT I
Page 142 of 279



**Gary Spicer**
Manager, Water & Waste Compliance
Environmental Services
gary.spicer@luminant.com

**Luminant**
1601 Bryan Street
Dallas, TX 75201

T 214.875.8299
F 214.875.8699

August 3, 2016

Via HAND-DELIVERY to:

Ms. Lori Hamilton (MC 160)
Texas Commission on Environmental Quality
12100 Park 35 Circle
Building F, Room 3101
Austin, Texas 78711-3087

Re: Application to Amend Certificate of Adjudication No. 12-4345
Pursuant to Water Code §§ 11.122
Applicant Luminant Generation Company LLC

Dear Lori:

Enclosed with this letter are one (1) original and six (6) copies of an application to amend
Certificate of Adjudication No. 12-4345 filed on behalf of Luminant Generation Company LLC
("Luminant"). Also enclosed is a check for application fees in the amount of $101.25.

Please contact me at 214-875-8299 if you have any questions, or require additional information.
If I am not available, you may also contact Shana L. Horton, with Enoch Kever, who prepared
this application for Luminant. We look forward to working with you and your staff in
processing this application.

Sincerely,

Gary L. Spicer

Enclosures
Cc: Shana L. Horton, Enoch Kever PLLC

FILING FEE

EXHIBIT I
Page 143 of 279

ENOCH KEVER PLLC
**OPERATING ACCOUNT**
600 CONGRESS STE 2800,
AUSTIN, TX 78701

2567

30-9/1140
58

DATE 8/3/2016

PAY
TO THE
ORDER OF  TCEQ

$ 101 25/100

One hundred one and 25/100 ———————— DOLLARS

Frost
www.frostbank.com

FOR Amd App CDA 12-4345

Andr Kerr

⑅00 2567⑅

FILING FEE

EXHIBIT I
Page 144 of 279

# FUEL

*K. Rasmussen*

*11001.16*

*Split with*
*Luminant and*
*another client*
*$4.48/each*

```
SIN 0020564b

04/01/15    12:03:19

Invoice#    4657283
Auth#        150223

Pump#:  8
   3.323G @ $ 2.699/G
3 SU/Self   $  8.97

Total          $   8.97

Learn how to
EARN REWARDS
with a Chevron
or Texaco
Credit Card
See application
for details

Dsl fuel contain up
5% Biodiesel State
```

STANDARD PARKING
SPURGEON HARRIS
1600 PATTERSON STREET

PHONE:

PRN

TERM ID:SPRK98

VISA

CUSTOMER COPY

Circle K #2704675
2453 E State Hwy 71
Austin TX 78617
(512)386-7846

SHELL
2453 BASTROP HWY
DEL VALLE    TX  78
Merch #: 57545447005
Appr: 193923
Invoice #: 753871
PUMP# 04 CREDIT
UNL-PREM @ $2.759/G
VOLUME     14.835 GAL

GAS TOTAL      $40.9!

TOTAL          $40.9

RASMUSSEN/KIRK D

Thru 12/31/15, swi
your Fuel Rewards
card & save at le
$0.03/gal..
For more details
visit
fuelrewards.com/
ipt.
Terms & Conditic
apply.

03/17/2015 18:32:14

  $0.89 POLAR POP
ANY SIZE. EVERYDAY

FUEL

S. Horton
11001.87

```
        WELCOME TO
       TEXAS MARKET
      720 LAMAR PLACE
    AUSTIN, TX  78752
       512-451-1179

  VeriFone Gold Disk
         FL

DATE 06/08/16  02:51
TRAN# 9010351
PUMP# 01
SERVICE LEVEL: SELF
PRODUCT: UNLD1
GALLONS:       13.767
PRICE/G:    $   2.079
FUEL SALE   $  28.62
    CREDIT    $28.62


Auth #: 09134D
Resp Code: 0
Stan: 0501845805
Invoice #: 177832
SITE ID: VP481408090
01


     THANK YOU
  HAVE A NICE DAY
```

FUEL

EXHIBIT I
Page 148 of 279

# HOTEL

EXHIBIT I
Page 149 of 279

HOTEL



HYATT house Dallas/Las Colinas
5901 N MacArthur Boulevard
Irving, TX 75039
Phone: 972-831-0909
Fax: 972-506-0011
lascolinas.house.hyatt.com

## INFORMATION INVOICE

| | | | |
|---|---|---|---|
| Payee | Michelle Hanlon | Room No. | 0037 |
| | 600 Congress Ave | Arrival | 06-02-15 |
| | Ste 2800 | Departure | 06-03-15 |
| | Austin TX 787013044 | Page No. | 1 of 1 |
| | United States | | |
| Confirmation No. | 6343173401 | Folio Window | 1 |
| Group Name | | Folio No. | 13051 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 06-02-15 | - H Bar Dinner Food | Room# 0037 : CHECK# 0944298 | 10.01 | |
| 06-02-15 | Guest Room | | 170.00 | |
| 06-02-15 | State Tax | | 10.20 | |
| 06-02-15 | City Tax | | 15.30 | |
| 06-03-15 | ▮▮▮▮▮ Pay | ▮▮▮▮▮▮▮▮ | | 205.51 |

| | | | |
|---|---|---|---|
| | **Total** | 205.51 | 205.51 |
| **Balance** | | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

Thank you for choosing HYATT house Dallas/Las Colinas. Our goal is to provide every
guest with an exceptional stay and we are interested in any comments regarding your
visit.

### Hyatt Gold Passport Summary

Membership: ▮▮▮▮▮
Bonus Codes:
Qualifying Nights: 1
Eligible Spend: 179.25
Redemption Eligible: 10.01

Summary Invoice, please see front desk
for eligibility details.

Please remit payment to:
HYATT house Dallas/Las Colinas
5901 N MacArthur Boulevard
Irving, TX 75039

# THE Fairmont
## DALLAS

1717 NORTH AKARD STREET
DALLAS, TX 75201
T 214 720 2020 F 214 720 5269

| Room | : | 0735 |
| Folio # | : | |
| Cashier # | : | 2844 |
| Page # | : | 1 of 1 |

*1001.86*
*CT investigation*
*Meeting /interviews*
*w/ S. Siegel*

**Mr William Moore**
2500 Keating Lane
Austin TX
78703 United States

| Arrival | : | 05-12-16 |
| Departure | : | 05-13-16 |

| Date | Description | Additional Information | Charges | Credits |
|------|-------------|------------------------|---------|---------|
| 05-12-16 | Internet - In Room | Room# 0735 : 2 | 15.10 | |
| 05-12-16 | Room Charge | | 309.00 | |
| 05-12-16 | Tourism PID Reimbursement Fee 2% | | 6.18 | |
| 05-12-16 | City Tax (7%) | | 22.06 | |
| 05-12-16 | State Tax (6%) | | 18.91 | |
| 05-13-16 | ▓▓▓▓▓▓▓ | | | 371.25 |

| | Total | 371.25 | 371.25 |
| | Balance Due | **0.00** | |

Thank you for choosing Fairmont Hotels & Resorts. To provide feedback about your stay please contact the General Manager, at Dan.McGowan@Fairmont.com. We also invite you to share memories of your experience on our community forum - visit www.everyonesanoriginal.com.

Guest signature **X**
For information or reservations, visit us at
**www.fairmont.com** or call Fairmont Hotels & Resorts from:
United States or Canada   1 800 441 1414

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company, travel agent or association fails to pay for the full amount of the charges. Overdue balance subject to a surcharge at the rate of 1.5% per month. (19.56% per annum). All accounts deemed delinquent may be subject to legal fees and all other costs associated with the bill.  Account is payable on presentation or departure.

**Thank you for choosing to stay with Fairmont Hotels & Resorts**

HOTEL

EXHIBIT I
Page 151 of 279

**Gary Zausmer**

| | |
|---|---|
| **From:** | reservations@hotelsone.com |
| **Sent:** | Thursday, June 09, 2016 10:23 AM |
| **To:** | Gary Zausmer |
| **Subject:** | Your Reservation Has Been Confirmed – Itinerary Number 267916156 |
| **Attachments:** | ATT00002.css |



# Your reservation is confirmed and your card has been char

The booking you recently made on the HotelsOne.com website is confirmed. Your reservation details a

| | |
|---|---|
| **Customer name:** | Gary Zausmer |
| **Customer email:** | gzausmer@enochkever.com |
| **Itinerary Number:** | 267916156 |

Please refer to your itinerary number if you contact customer service for any reason.

 View or cancel your reservation online

## Hotel



### Le Méridien Dallas, The Stoneleigh

 312 reviews

| | |
|---|---|
| **Address:** | 2927 Maple Ave, Dallas, TX, US |
| **Phone:** | |
| **Fax:** | 1-214-871-9379 |
| **Check-in:** | Jun 9, 2016 3:00 PM |
| **Check-out:** | Jun 10, 2016 12:00 PM |
| **Number of nights:** | 1 |
| **Number of guests:** | Adults: 2 |

EXHIBIT I
Page 152 of 279

**Property Details**

Fitness Center · Pets Allowed · Business Center · Parking · Restaurant On-site · Accessible bathroom · Roll-in shower · In-Room a

**Additional Amenities:**

24-hour business center · 24-hour fitness facilities · 24-hour front desk · ATM/banking · Accessible bathroom · Bar/Lounge · Breakfast a space size (feet) - 6,000 · Conference space size (meters) - 557 · Dry cleaning/laundry service · Elevator/lift · Express check-out · Free ' available · Luggage storage · Meeting rooms · Multilingual staff · Number of floors - 11 · Number of meeting rooms - 6 · Outdoor seaso at front desk · Smoke-free property · Total number of rooms - 170 · Tours/ticket assistance · Valet parking (surcharge) · Wedding servic

## Room Details

| # | Room Type | Reserved for | Status | Confirmation number | Refundable? |
|---|-----------|--------------|--------|---------------------|-------------|
| 1 | Executive Room, 1 King Bed | Gary Zausmer, Adult | Confirmed | 130240414056 | No |
| 2 | Executive Room, 1 King Bed | Gary Zausmer, Adult: 1   J. Vay | Confirmed | 130240414056-1 | No |

*Please note: Preferences and special requests cannot be guaranteed. Special requests are subject to av

Charges

### Cost per night and per room in USD$ ( Excluding tax recovery charges and service fees )

| Dates | Room 1 | Room 2 | Total per night |
|-------|--------|--------|-----------------|
| 6/9/2016 | $253.00 | $253.00 | $506.00 |
| Total Per room | $253.00 | $253.00 | $506.00 |

### Other Charges, fees and savings in USD$

| Item | Cost |
|------|------|
| Tax Recovery Charges and Service Fees | $103.60 |

### Total cost for entire stay in USD$ ( Including tax recovery charges and service fees )

| Payment status | Total cost of stay |
|----------------|--------------------|
| Paid | $609.60 |

### Payment information

We have charged your credit card for the full payment of this reservation.

HOTEL                                    2

EXHIBIT I
Page 153 of 279

Le Meridien Dallas The Stoneleigh
2927 Maple Avenue
Dallas, TX 75201
United States
Tel: 214-871-7111 Fax: 214-871-1145

Gary Zausmer
Expedia
7605 STONEYWOOD DR
AUSTIN, TX 78731-1440
United States

| | | |
|---|---|---|
| Page Number | 1 | |
| Guest Number | 202569 | G. Zausmer |
| Folio ID | A | |
| Arrive Date | 09-JUN-16 | 17:15 |
| Depart Date : | 10-JUN-16 | 08:41 |
| No. Of Guest : | 1 | |
| Room Number : | 812 | |
| Club Account : | | |

Tax Invoice

Le Meridien Dallas T  10-JUN-16  08:41  ALISGIL

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 09-JUN-16 | RT812 | Destination Fee | 13.95 | |
| 09-JUN-16 | RT812 | State Tax | 0.80 | |
| 09-JUN-16 | RT812 | Occupancy Tourism Tax | 0.26 | |
| 09-JUN-16 | RT812 | Valet Parking Charge | 27.06 | |
| 10-JUN-16 | 32454 | Graze Restaurant | 52.30 | |
| 10-JUN-16 | AX | | | -94.37 |

*(handwritten: $15.01; 27.06 - Listed in Parking; 52.30 - Listed in Meals)*

Approve EMV Receipt for AX - 6007: Signature Captured
TC:25AF1020C934BF8F  TVR:0000008000  AID:A000000025010801
Application Label:

| | Charges | Credits |
|---|---|---|
| ** Total | 94.37 | -94.37 |
| *** Balance | 0.00 | |

Continued on the next page

HOTEL

EXHIBIT I
Page 154 of 279

Le Meridien Dallas The Stoneleigh
2927 Maple Avenue
Dallas, TX 75201
United States
Tel: 214-871-7111 Fax: 214-871-1145

Gary Zausmer
Expedia
333 108th Ave Ne
Bellevue, WA 98004
United States

**LE MERIDIEN**

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 202570    J. Vay |
| Folio ID | : | A |
| Arrive Date | : | 09-JUN-16    21:29 |
| Depart Date | : | 10-JUN-16    08:40 |
| No. Of Guest | : | 1 |
| Room Number | : | 914 |
| Club Account | : | |

Copy

Le Meridien Dallas T 10-JUN-16 08:41 ALISGIL

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 09-JUN-16 | RT914 | Destination Fee | 13.95 | |
| 09-JUN-16 | RT914 | State Tax | 0.80 | |
| 09-JUN-16 | RT914 | Occupancy Tourism Tax | 0.26 | |
| 10-JUN-16 | AX | | | -15.01 |

Approve EMV Receipt for AX - 5003: Signature Captured
TC:253C94D225CE70B6  TVR:0000008000  AID:A000000025010801
Application Label:

| | Charges | Credits |
|---|---|---|
| ** Total | 15.01 | -15.01 |
| *** Balance | 0.00 | |

Continued on the next page

HOTEL

EXHIBIT I
Page 155 of 279



# THE RITZ-CARLTON

DALLAS

*meetings of data review — San Siegel Stephanie Moore, et al.*

Mr. William Moore
2500 Keating Lane
Austin, TX 78703
United States

| | |
|---|---|
| Room Number: | 724 |
| Arrival Date: | 05/22/16 |
| Departure Date: | 05/23/16 |
| CRS Number: | 92709954 |
| Rewards No: | |
| Page No: | 1 of 1 |

## INFORMATION INVOICE

Folio No:

05/23/16

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05/22/16 | Package Charge | 319.00 | |
| 05/22/16 | S Occupancy Tax | 42.30 | |
| 05/22/16 | Tourism PID Fee | 6.38 | |
| 05/22/16 | | | 367.68 |
| | **Total** | 367.68 | 367.68 |
| | **Balance** | 0.00 | |

Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.*

*$735.36*



# THE RITZ-CARLTON

DALLAS

*(handwritten: Meetings of data review — Sam Siegel, Stephanie Moore, Dan Kelly, et al.)*

Mr. William Moore
2500 Keating Lane
Austin, TX 78703
United States

| | |
|---|---|
| Room Number: | 724 |
| Arrival Date: | 05/23/16 |
| Departure Date: | 05/24/16 |
| CRS Number: | 92713725 |
| Rewards No: | ▮▮▮▮▮ |
| Page No: | 1 of 1 |

**INFORMATION INVOICE**

Folio No:

05/24/16

| Date | Description | Charges | Credits |
|---|---|---|---|
| 05/23/16 | Package Charge | 319.00 | |
| 05/23/16 | S Occupancy Tax | 42.30 | |
| 05/23/16 | Tourism PID Fee | 6.38 | |
| 05/23/16 | ▮▮▮▮▮ | | 367.68 |
| | **Total** | **367.68** | **367.68** |
| | **Balance** | **0.00** | |

Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.*

*1001.86*

*Overnight stays*
*for meetings with*
*Sam Siegel Rick*
*Terill Shannon*
*Caraway et al.*



## THE RITZ-CARLTON

DALLAS

Mr. William Moore
2500 Keating Lane
Austin, TX 78703
United States

Room Number:     738
Arrival Date:      06/09/16
Departure Date:  06/11/16
CRS Number:      94611370
Rewards No:
Page No:           1 of 1

**INFORMATION INVOICE**

Folio No:

06/11/16

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 06/09/16 | Package Charge | 319.00 | |
| 06/09/16 | S Occupancy Tax | 42.30 | |
| 06/09/16 | Tourism PID Fee | 6.38 | |
| 06/10/16 | Room Charge | 319.00 | |
| 06/10/16 | S Occupancy Tax | 19.52 | |
| 06/10/16 | L Occupancy Tax | 22.78 | |
| 06/10/16 | Tourism PID Fee | 6.38 | |
| 06/10/16 | ▓▓▓▓▓ | | 735.36 |
| | **Total** | 735.36 | 735.36 |
| | **Balance** | 0.00 | |

Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account
Statement or your online Statement for updated activity.*

HOTEL

EXHIBIT I
Page 158 of 279

2121 MCKINNEY AVENUE, DALLAS, TEXAS 75201



# THE RITZ-CARLTON

DALLAS

*Stay to allow
attendance @
Relativity traning
and meetgs
w/S. Siegel & ...*

Mr. William Moore
2500 Keating Lane
Austin, TX 78703
United States

| | |
|---|---|
| Room Number: | 336 |
| Arrival Date: | 07/24/16 |
| Departure Date: | 07/26/16 |
| CRS Number: | 84772321 |
| Rewards No: | ███████ |
| Page No: | 1 of 1 |

**INVOICE**

Folio No: 299877

07/26/16

| Date | Description | Charges | Credits |
|------|-------------|---------|---------|
| 07/24/16 | Valet Parking | 32.00 | |
| 07/24/16 | Room Charge | 229.00 | |
| 07/24/16 | S Occupancy Tax | 14.01 | |
| 07/24/16 | L Occupancy Tax | 16.35 | |
| 07/24/16 | Tourism PID Fee | 4.58 | |
| 07/25/16 | Valet Parking | 32.00 | |
| 07/25/16 | Room Charge | 229.00 | |
| 07/25/16 | S Occupancy Tax | 14.01 | |
| 07/25/16 | L Occupancy Tax | 16.35 | |
| 07/25/16 | Tourism PID Fee | 4.58 | |
| 07/26/16 | ███████ | | 591.88 |
| | **Total** | **591.88** | **591.88** |
| | **Balance** | **0.00** | |

Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account
Statement or your online Statement for updated activity.*



*Luminant RRS NOV '89*

# THE RITZ·CARLTON

DALLAS

Mr. William  Moore
2500 Keating Lane
Austin, TX 78703
United States

| | |
|---|---|
| Room Number: | 742 |
| Arrival Date: | 06/28/16 |
| Departure Date: | 06/30/16 |
| CRS Number: | 84078499 |
| Rewards No: | |
| Page No: | 1 of 1 |

## INFORMATION INVOICE

Folio No:

06/30/16

| Date | Description | Charges | Credits |
|---|---|---|---|
| 06/28/16 | Package Charge | 319.00 | |
| 06/28/16 | S Occupancy Tax | 42.30 | |
| 06/28/16 | Tourism PID Fee | 6.38 | |
| 06/29/16 | Room Charge | 319.00 | |
| 06/29/16 | S Occupancy Tax | 19.52 | |
| 06/29/16 | L Occupancy Tax | 22.78 | |
| 06/29/16 | Tourism PID Fee | 6.38 | |
| | **Total** | 735.36 | 0.00 |
| | **Balance** | 735.36 | |

Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account
Statement or your online Statement for updated activity.*

HOTEL

2121 MCKINNEY AVENUE, DALLAS, TEXAS  75201
tel. (214) 922-0200 fax (214) 922-4707  www.ritzcarlton.com

**EXHIBIT I**

*1001.00*

*all-day meetings*
*w/s. Secret'al*
*in Dallas*



# THE RITZ-CARLTON

DALLAS

Mr. William  Moore
2500 Keating Lane
Austin, TX 78703
United States

| | |
|---|---|
| Room Number: | 715 |
| Arrival Date: | 08/11/16 |
| Departure Date: | 08/12/16 |
| CRS Number: | 93769995 |
| Rewards No: | |
| Page No: | 1 of 1 |

**INVOICE**
Folio No: 301680

08/12/16

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08/11/16 | Package Charge | 319.00 | |
| 08/11/16 | S Occupancy Tax | 42.30 | |
| 08/11/16 | Tourism PID Fee | 6.38 | |
| 08/12/16 | | | 367.68 |
| | Total | 367.68 | 367.68 |
| | Balance | 0.00 | |

Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account
Statement or your online Statement for updated activity.*

2121 MCKINNEY AVENUE DALLAS TEXAS 75201



HOTEL *Crescent Court*

DALLAS

## Guest Account Invoice

**Mr. William Moore**
**2500 Keating Lane**
**Austin TX 78703**
**US**

Account #
Authorized by:
Billing Instructions:    IPO

| | |
|---|---|
| **Room No:** | 246 |
| **Folio No:** | 367002 |
| **Arrival:** | 09/06/16 |
| **Departure:** | 09/08/16 |
| **Room Type:** | CDN |
| **Page No:** | 1 of 1 |
| **Confirm:** | 7581870 |
| **Invoice No** | |
| **Cashier:** | 122 |

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 09/06/16 | 71001 Parking | | 28.00 | |
| 09/06/16 | 10080 State Sales Tax | | 2.31 | |
| 09/06/16 | 10000 Room Revenue | | 337.50 | |
| 09/06/16 | 10082 City Occupancy Tax | | 24.10 | |
| 09/06/16 | 10083 State Occupancy Tax | | 20.66 | |
| 09/06/16 | 10086 Tourism PID Reimb Fee | | 6.75 | |
| 09/07/16 | 71001 Parking | | 28.00 | |
| 09/07/16 | 10080 State Sales Tax | | 2.31 | |
| 09/07/16 | 10000 Room Revenue | | 337.50 | |
| 09/07/16 | 10082 City Occupancy Tax | | 24.10 | |
| 09/07/16 | 10083 State Occupancy Tax | | 20.66 | |
| 09/07/16 | 10086 Tourism PID Reimb Fee | | 6.75 | |
| 09/08/16 | 90502 ██████ | ████████ | | 838.64 |

| | | | |
|---|---|---|---|
| **Total** | | 838.64 | 838.64 |
| **Balance** | | 0.00 USD | |

Signature: _____

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges.

*Overnight stays for mtgs w/ Stacy Dore, S Siegel, S Moore, et al re*
*RFI Responses and to accomplish document review.   11001.86*

**WARWICK**
MELROSE DALLAS

Mr. William Moore
2500 Keating Lane
Austin TX 78703
United States

**INVOICE**

Booking No.
Group Code
Company Name

| | |
|---|---|
| Room No. | 813 |
| Arrival | 09/12/16 |
| Departure | 09/14/16 |
| Page No. | 1 of 1 |
| Folio No. | 290964 |
| Conf. No. | 3268964 |
| Cashier No. | 113 |
| | 102028162 |
| | **09/14/16** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 09/12/16 | Parking - Overnight<br>163 | 29.23 | |
| 09/12/16 | Room Charge-T<br>[NA Room] | 217.00 | |
| 09/12/16 | City Occupancy Tax 7%<br>[Add: 7%Prices.(B)] | 15.19 | |
| 09/12/16 | State Room Tax 6%<br>[Add: 6%Prices.(B)] | 13.02 | |
| 09/12/16 | TPID Fee-Tourism PID Reimbursement<br>[Add: 2%Prices.(B)] | 4.34 | |
| 09/12/16 | TPID Fee<br>[Add: 7%.(S3)] | 0.30 | |
| 09/13/16 | Parking - Overnight<br>163 | 29.23 | |
| 09/13/16 | Room Charge-T<br>[NA Room] | 257.00 | |
| 09/13/16 | City Occupancy Tax 7%<br>[Add: 7%Prices.(B)] | 17.99 | |
| 09/13/16 | State Room Tax 6%<br>[Add: 6%Prices.(B)] | 15.42 | |
| 09/13/16 | TPID Fee-Tourism PID Reimbursement<br>[Add: 2%Prices.(B)] | 5.14 | |
| 09/13/16 | TPID Fee<br>[Add: 7%.(S3)] | 0.36 | |
| 09/14/16 | ███████████ | | 604.22 |

| | Total | 604.22 | 604.22 |
|---|---|---|---|
| | **Balance** | | **0.00** |

**WARWICK**
HOTELS AND RESORTS

HOTEL    3015 Oak Lawn Avenue Dallas, Texas 75219  Tel: (214) 521-5151  Fax: (214) 521-2470  Reservation Toll Free: (800) 5███████
www.warwickhotels.com

EXHIBIT I

# MEALS

M. Kimbrough
M. Hanlon
1/002.69

```
            Austin Java- Gate 15
        DNC Travel Hospitality Services
    Austin-Bergstrom International Airport


Tbl:0                        Ref:190593
                             Chk:190596
Emechain                    5/6/2015 5:51 am
-------------------------------------------
    Water Icelandic 1L            4.99
    Coffee 16                     2.59
-------------------------------------------
        SubTotal                  7.58
        State Tax                 0.21
-------------------------------------------
            Total                 7.79

                                  7.79
-------------------------------------------
    Amount Paid                   7.79
```

*M. Kimbrough*
*M. Hanlon*

**\*\* TGI FRIDAY'S #0804 \*\***
DFW AIRPORT

28 DELIA

------------------------------------
Tbl 48/1      Chk 1398      Gst 2
          May06'15 08:06AM
------------------------------------

1 SODA PEP                    3.10 MH
1 EGGS WMEATCH SCRMBL         8.00
  BRKFSTBACON WHEAT
1 WATER                       0.00
1 EGGS WMEATCH SCRMBL         8.00
  SAUSAGE WHEAT

Food                         19.10
Sales/MB Tax                  1.58
08:30AM Amt. Due             20.68

     For your convenience we are
      providing the following
      gratuity calculations:

          15% is $2.87
          18% is $3.44
          20% is $3.82

QUESTIONS OR COMMENTS?
PLEASE CONTACT US AT
WWW.TGIFRIDAYS.COM OR
1-800-FRIDAYS

**\*\* TGI FRIDAY'S #0804 \*\***
DFW AIRPORT
Date:        May06'15 08:32AM
Card Type:
Acct #:
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   EIE010993735421
Auth Code:   00621R
Check:       1398
Table:       48/1
Server:      28 DELIA

Subtotal:            20.68

TIP              $___4.00

TOTAL            $ 24.68

------------------------------------
                                   S

**\*\* GUEST COPY \*\***

STRIPES CODE

\* O M C 1 2 U 5 6 0 0 1 H 2 \*

Didn't get stripes credit on
this visit? Just download the
Friday's mobile app and scan or
enter stripes code.

Not a member? Join via
our mobile app or
www.givememorestripes.com

MEALS

EXHIBIT I
Page 166 of 279

11002.69
M. Kimbrough

Mangia
DNC Travel Hospitality Services
Austin-Berstrom International
Airport

Sale                          Terminal:1

Auth:191044
Tbl:0            Ref: 162419
Date:6/2/2015    Time:7:12 am
Invoice:692744   Name:Sarah
       Approved - Thank You

       Amount: $6.34

Cardholder agrees to pay issuer
 such total in accordance with
    issuer's agreement with
         cardholder.


CUSTOMER COPY

MEALS

EXHIBIT I
Page 167 of 279



Lunch - TXU
$6.69

11002.69

M. Hanlon



BREAK TIME NEWSTAND
600 CONGRESS AV
AUSTIN, TX 78701
06/01/2016                10:48:30
MID: 000000003340240    TID: 05042385

CREDIT CARD

CARD #
INVOICE                      0007
SEQ #:                       0007
Batch #:                   000727
Approval Code:             09498D
Entry Method:              Swiped
Mode:                      Online

SALE AMOUNT               $6.00

CUSTOMER COPY

Brett Nuttall
11001.84
Luminant. Garland

Water — Witnesses
Hearing on the Merits

MEALS

EXHIBIT I
Page 169 of 279

11001.84

*Emily Jolly*

Stephen F's
Intercontinental Austin
701 Congress Ave.
Austin, TX 78701
512 457-8800
JUN 1'16 6:49 PM

Check:      11615
Server:     99881013 Brandy L
Card Type:  ███████
Acct Num:   ███████
Auth Code:  08008C
Customer:   EMILY JOLLY

Amount:        $133.64
Balance:        $0.00

Tip:    30. 00

Total:  163.64

_____
        Signature

I Agree to pay above total
amount according to card holder
           agreement

Vicki
Amanda          Post-hearing
Kirk            Lum 84
Brett

MEALS

EXHIBIT I
Page 170 of 279

*1001.85*
*G. Zausmer*

Le Meridien Dallas The Stoneleigh
2927 Maple Avenue
Dallas, TX 75201
United States
Tel: 214-871-7111 Fax: 214-871-1145

**Le MERIDIEN**

Gary Zausmer
Expedia
7605 STONEYWOOD DR
AUSTIN, TX 78731-1440
United States

| | | |
|---|---|---|
| Page Number | 1 | |
| Guest Number | 202569 | |
| Folio ID | A | |
| Arrive Date | 09-JUN-16 | 17:15 |
| Depart Date : | 10-JUN-16 | 08:41 |
| No. Of Guest : | 1 | |
| Room Number : | 812 | |
| Club Account : | ▮▮▮▮▮ | |

Tax Invoice

Le Meridien Dallas T 10-JUN-16  08:41  ALISGIL

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 09-JUN-16 | RT812 | Destination Fee | 13.95 | |
| 09-JUN-16 | RT812 | State Tax | 0.80 | |
| 09-JUN-16 | RT812 | Occupancy Tourism Tax | 0.26 | |
| 09-JUN-16 | RT812 | Valet Parking Charge | 27.06 | |
| 10-JUN-16 | 32454 | Graze Restaurant | 52.30 | |
| 10-JUN-16 | AX | | | -94.37 |

Approve EMV Receipt for ▮▮▮▮ Signature Captured
TC:25AF1020C934BF8F  TVR:0000008000  AID:A000000025010801
Application Label:▮▮▮▮▮▮▮

| | | | |
|---|---|---|---|
| ** Total | | 94.37 | -94.37 |
| *** Balance | | 0.00 | |

Continued on the next page

MEALS

EXHIBIT I
Page 171 of 279

LUMINANT
FORNEY #85

J. Vay

**Le Meridien Dallas The Stoneleigh**
2927 Maple Avenue
Dallas, TX 75201
United States
Tel: 214-871-7111 Fax: 214-871-1145

Gary Zausmer
Expedia
333 108th Ave Ne
Bellevue, WA 98004
United States

| | | |
|---|---|---|
| Page Number | : | 1 |
| Guest Number | : | 202570 |
| Folio ID | : | A |
| Arrive Date | : | 09-JUN-16    21:29 |
| Depart Date | : | 10-JUN-16    08:40 |
| No. Of Guest | : | 1 |
| Room Number | : | 914 |
| Club Account | : | |

Information Invoice

Le Meridien Dallas T  10-JUN-16  08:40  ALISGIL

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 09-JUN-16 | RT914 | Destination Fee | 13.95 | |
| 09-JUN-16 | RT914 | State Tax | 0.80 | |
| 09-JUN-16 | RT914 | Occupancy Tourism Tax | 0.26 | |

Approve EMV Receipt for          Signature Captured
TC:253C94D225CF70B6   TVR:0000008000  AID:A000000025010801
Application Label:

| | | |
|---|---|---|
| ** Total | 15.01 | 0.00 |
| *** Balance | 15.01 | |

As a Starwood Preferred Guest, you could have earned 0 Starpoints for this visit. Please provide your member number or enroll today.

Tell us about your stay. www.lemeridien.com/reviews

Continued on the next page

MEALS

EXHIBIT I
Page 172 of 279

# PARKING

K. Rasmussen
11001.16

Austin Bergstrom
International Airport
Parking

| | |
|---|---|
| Fee Computer Number: | 33 |
| Cashier: | SIMPSON ID #159 |
| Transaction Number: | 29196 |
| Entered: | 02/17/2015 05:55 |
| Exited: | 02/17/2015 19:02 |
| #1703/ | Dispenser #2 |
| | Lot 26 |
| Area: | Area 3 |
| Rate: | Short Term |
| Parking Fee: | $ 23.00 |
| Total Fee: | $ 23.00 |
| | $ 23.00 |
| Credit Card Number: | |
| Total Paid: | $ 23.00 |

Thank you for Parking
At ABIA

EXHIBIT I
Page 174 of 279

K. Rasmussen
11001.14



*K. Rasmussen*
*11001.16*
*3-7-2015*



$12.00

Circle K #2704675
2453 E State Hwy 71
Austin TX 78617
(512)386-7846

SHELL
2453 BASTROP HWY
DEL VALLE      TX   78
Merch #: 57545447005
Appr: 193923
Invoice #: 753871
PUMP# 04 CREDIT
UNL-PREM  @ $2.759/G
VOLUME    14.835 GAL


GAS TOTAL      $40.9:

TOTAL          $40.9


RASMUSSEN/KIRK D

Thru 12/31/15, swi
your Fuel Rewards
card & save at le
$0.03/gal..
For more details
visit
fuelrewards.com/
ipt.
Terms & Conditio
apply.

03/17/2015 18:32:14

 $0.89 POLAR POP
ANY SIZE. EVERYDAY

PARKING

K. Rasmussen
11001.16
split cost with
Luminant and
another client
$11.50 each

**AUSTIN-BERGSTROM
INTERNATIONAL AIRPORT PARKING**

CITY OF AUSTIN

844857

0131 04/01 05:59 04/01 13:54 $23.00 2254

Split

PARKING

3

EXHIBIT I
Page 177 of 279

K. Rasmussen
11081.50



Bo
Bo

Lo
Pr
N
In
Boo
Offe
This i
attem
Pleas

¹ All i
comp
² Sec

See
See

Sou
P.O
Dall

Cor

Cop

**Austin Bergstrom International Airport Parking**

| | |
|---|---|
| Fee Computer Number: | 42 |
| Cashier: | Keddedy Id #128 |
| Transaction Number: | 71736 |
| Entered: | 04/15/2015 08:30 |
| Exited: | 04/15/2015 17:52 |
| Ticket #61699 | Dispenser #21 |
| Lot: | Lot 26 |
| Area: | Area 2 |
| Rate: | Long Term |
| Parking Fee: | $ 7.00 |
| Total Fee: | $ 7.00 |
| █████ A | $ 7.00 |
| Credit Card Number: █████ | |
| Total Paid: | $ 7.00 |

Thank You for Parking
At ABIA

PARKING

EXHIBIT I
Page 178 of 279

M. Kimbrough
M. Hanlon

11002.69

**Austin Bergstrom International Airport Parking**

| | |
|---|---|
| Fee Computer Number: | 31 |
| Cashier: | Woodworth Id #164 |
| Transaction Number: | 61932 |
| Entered: | 05/06/2015 05:33 |
| Exited: | 05/07/2015 18:48 |
| Ticket #14262 | Dispenser #4 |
| Lot: | Lot 26 |
| Area: | Area 3 |
| Rate: | Short Term |
| Parking Fee: | $ 46.00 |
| Total Fee: | $ 46.00 |
| | $ 46.00 |
| | A |
| Credit Card Number: | |
| Total Paid: | $ 46.00 |

Thank You for Parking
At ABIA

PARKING

EXHIBIT I
Page 179 of 279

K. Rasmussen

11001.16





PARKING

EXHIBIT I
Page 180 of 279

K. Rasmussen
11001.16

Austin Bergstrom
International Airport
Parking

Fee Computer Number:                              42
Cashier:                          SIMPSON Id #159
Transaction Number:                           86916
Entered:                      05/12/2015 06:27
Exited:                       05/12/2015 19:22
Ticket #772                       Dispenser #23
Lot:                                      Lot 26
                                          Area 2
Rate                                   Long Term
Parking Fee:                           $ 7.00
Total Fee:                             $ 7.00
                                 A
Credit Card Number:
Total Paid:                            $ 7.00

                    Thank You for Parking
                          At ABIA

PARKING

EXHIBIT I
Page 181 of 279

M. Kimbrough

11002.69

Austin Bergstrom
International Airport
Parking

```
Fee Computer Number:                        3
Cashier:                      TROILLO Id #14
Transaction Number:                      7178
Entered:              06/02/2015 06:4
Exited:               06/03/2015 17:5
Ticket #35986              Dispenser #
Lot:                             Lot 2(
Area:                            Area 3
Rate:                        Short Term
Parking Fee:                    $ 46.00
Total Fee:                      $ 46.00
                      A         $ 46.00
Credit Card Number:
Total Paid:                     $ 46.00
        Thank You for Parking
              At ABIA
```



E. Jolly
11001.80

**Austin Bergstrom**
**International Airport**
Parking

| | |
|---|---|
| Fee Computer Number: | 34 |
| Cashier: | Training Id #123 |
| Transaction Number: | 6613 |
| Entered: | 07/01/2015 05:25 |
| Exited: | 07/01/2015 17:20 |
| Ticket #31530 | Dispenser #3 |
| Lot: | Lot 26 |
| Area: | Area 3 |
| Rate: | Short Term |
| Parking Fee: | $ 23.00 |
| Total Fee: | $ 23.00 |
| | $ 23.00 |
| Credit Card Number: | |
| Total Paid: | $ 23.00 |

Thank You for Parking
At ABIA

Emily Jolly
Lum 80



STANDARD PARKING
SPURGEON HARRIS
1606 PATTERSON STREET
DALLAS,TEXAS 75201
PHONE:214-954-3303

COMP ID:SPRK          TERM ID:SPRK987362

CARD TYPE:
TRAN TYPE: S.
ACCOUNT #:

TOT                        $   12.00

APPROVAL           5      STAN

---

STANDARD PARKING
SPURGEON HARRIS
1606 PATTERSON STREET
DALLAS,TEXAS 75201
PHONE:214-954-3303

COMP ID:SPRK          TERM ID:SPRK987362

CARD TYPE:
TRAN TYPE: SALE
ACCOUNT #:

TOTAL AMOUNT               $   12.00

APPROVAL CODE:    101237      STAN: 067402

CUSTOMER COPY

K. Rasmussen
11001.80

---

Austin Bergstrom
International Airport
Parking

Fee Computer Number:                    34
Cashier:              Training Id #123
Transaction Number:                   6569
Entered:           06/30/2015 07:32
Exited:            07/01/2015 15:34
Ticket #58797              D   ser #4
Lot:                        Lot 26
Area:                      Area 3
Rate:                  Short Term
Parking Fee:            $ 46.00
Total Fee:             $ 45.00
                    A      $ 46.00
Credit Card Number:
Total Paid:                 $ 46.00

Thank You for Parking
At ABIA

Transaction Details Prepared for
**John J Vay**
Account Number

*LUMINANT TRAVEL*
*7/31/15*
*J. VAY    11001.72*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|

JUL 31 2015    **ABM PARKING-AU**STIN AAUSTIN TX                $23.00

Doing business as:

**AUSTIN BERGSTRON INT AIRPORT**

2901 EMPLOYEE AVE

# 200

AUSTIN

TX

78719-2319

UNITED STATES

Additional Information: 5125303300

Reference: 320152130758849825

Category: Transportation – Parking Charges

**Transaction Details**

| Description | Price |
|-------------|-------|
| PARKING FEES | $23.00 |

PARKING

EXHIBIT I
Page 185 of 279

E. Jolly
11001.80



SPURGEON HARRIS
1606 PATTERSON STREET
DALLAS, TEXAS 75201
PHONE:214-954 3303

COMP ID:SPRK          TERM ID:SPRK907362

CARD TYPE:
TRAN TYPE: SALE
ACCOUNT #:

TOTAL AMOUNT              $    8.00

APPROVAL CODE:   00382C    STAN: 069044

CUSTOMER COPY

Emily Jolly
Luminant - 80

*KD Rasmussen*
*11001.50*
*Luminant .50*

Austin Bergstrom
International Airport
Parking

| | |
|---|---|
| Fee Computer Number: | 32 |
| Cashier: | Keddedy Id #128 |
| Transaction Number: | 127386 |
| Entered: | 10/28/2015 06:16 |
| Exited: | 10/28/2015 17:16 |
| Ticket #41380 | Dispenser #3 |
| Lot: | Lot 26 |
| Area: | Area 3 |
| Rate: | Short Term |
| Parking Fee: | $ 23.00 |
| Total Fee: | $ 23.00 |
| ▮▮▮▮▮ A | $ 23.00 |
| Credit Card Number: | ▮▮▮▮▮ |
| Total Paid: | $ 23.00 |

Thank You for Parking
At ABIA

PARKING

EXHIBIT I
Page 187 of 279

E. Jolly
11001.80

Clock
State
Museum

ber :

Bag 1 ID #598

29

12/17/2015 08:17

12/17/2015 08:19

Area 1

$8.00

$8.00

Thank you for
Visiting the Museum.
Have a nice day

PARKING

EXHIBIT I
Page 188 of 279

K D Rasmussen
LUMINANT —
BLUEBONNET
THREE OAKS
MINE
DISPUTE

1- 5- 2016

11001.83

Austin Bergstrom
International Airport
Parking

| | |
|---|---|
| Fee Computer Number: | 34 |
| Cashier: | Training Id #123 |
| Transaction Number: | 73271 |
| Entered: | 01/05/2016 08:27 |
| Exited: | 01/05/2016 19:42 |
| Ticket #18144 | Dispenser #4 |
| Lot: | Lot 26 |
| Area: | Area 3 |
| Rate: | Short Term |
| Parking Fee: | $ 23.00 |
| Total Fee: | $ 23.00 |
| ▮▮▮▮▮  A | $ 23.00 |
| Credit Card Number: | ▮▮▮▮▮ |
| Total Paid: | $ 23.00 |

Thank You for Parking
At ABIA

PARKING

EXHIBIT I
Page 189 of 279

B. Nuttall

11002.4

BAN 11002.4
Settlement Conf

The Bob Bullock
Texas State
History Museum

Fee Computer Number:                    1
Cashier:                    ROSA ID #896
Transaction Number:                   148
Entered:              05/24/2016  12:46
Exited:               05/24/2016  12:48
Rate:                             Area 1
**Total Fee:**                      $8.00
Cash:                               $8.00

Thank you for
Visiting the Museum.
Have a nice day

PARKING

EXHIBIT I
Page 190 of 279

K. Rasmussen
1100% . 83



PARKING

EXHIBIT I
Page 191 of 279

*Hearing on the Merits*

*11001. 84*
*Luminant - Garland*

## Receipt

| | |
|---|---|
| P/S #03 | A Payment No.00000001 |
| T/D #02 | Ticket No.005045 |
| Entry Time | 06/01/2016 (Wed)  8:22 |
| Exit Time | 06/01/2016 (Wed) 10:33 |
| Parking Time | 2:11 |
| Parking Fee | Rate A  $15.00 |

| | |
|---|---|
| Slip # | 00543 |
| Auth Code | 000005532D |
| Credit Card Amount | $15.00 |
| Cash Amount | $0.00 |
| Total | $15.00 |

400 West 15th Street Garage
Thank You for Your Visit
Please Come Again !

## Receipt

| | |
|---|---|
| P/S #03 | A Payment No.00000104 |
| T/D #02 | Ticket No.005060 |
| Entry Time | 06/01/2016 (Wed) 10:54 |
| Exit Time | 06/01/2016 (Wed) 17:07 |
| Parking Time | 6:13 |
| Parking Fee | Rate A  $15.00 |

| | |
|---|---|
| Slip # | 00597 |
| Auth Code | 000003624D |
| Credit Card Amount | $15.00 |
| Cash Amount | $0.00 |
| Total | $15.00 |

400 West 15th Street Garage
Thank You for Your Visit
Please Come Again !

PARKING

EXHIBIT I
Page 192 of 279

*G. Zausmer*
*11001.85*

Le Meridien Dallas The Stoneleigh
2927 Maple Avenue
Dallas, TX 75201
United States
Tel: 214-871-7111 Fax: 214-871-1145

**Gary Zausmer**
Expedia
7605 STONEYWOOD DR
AUSTIN, TX 78731-1440
United States

| | | |
|---|---|---|
| Page Number | 1 | |
| Guest Number | 202569 | |
| Folio ID | A | |
| Arrive Date | 09-JUN-16 | 17:15 |
| Depart Date | 10-JUN-16 | 08:41 |
| No. Of Guest | 1 | |
| Room Number | 812 | |
| Club Account | | |

Tax Invoice

Le Meridien Dallas T 10-JUN-16 08:41 ALISGIL

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 09-JUN-16 | RT812 | Destination Fee | 13.95 | |
| 09-JUN-16 | RT812 | State Tax | 0.80 | |
| 09-JUN-16 | RT812 | Occupancy Tourism Tax | 0.26 | |
| 09-JUN-16 | RT812 | Valet Parking Charge | 27.06 | |
| 10-JUN-16 | 32454 | Graze Restaurant | 52.30 | |
| 10-JUN-16 | AX | | | -94.37 |

Approve EMV [redacted] Signature Captured
TC:25AF1020C934BF8F  TVR:0000008000  AID:A000000025010801
Application Label: [redacted]

| | | |
|---|---|---|
| ** Total | 94.37 | -94.37 |
| *** Balance | 0.00 | |

Continued on the next page

PARKING

EXHIBIT I
Page 193 of 279

S. Horton
11001.87

WELCOME TO
ONE DALLAS CENTER

PLEASE KEEP THIS TICKET
WITH YOU
LOBBY ACCESS CODE 00350
Entered/Arrivee:
2016/06/07 11:48

Ticket/Billet#:80802587
Dur/Duree:6:10:16
Paid On/Paye Le:
2016/06/07 17:59

Paid/Paye:$      24.00
Original Fee:$      24.00
GST:$      0.00
PST:$      0.00

Change:$      0.00
VISA
SC:$      0.00

Merchant ID:
████████████

Seq  119116
Purchase 16/06/07 17:59:06
Auth 00228D
APPROVED /

PARKING

EXHIBIT I
Page 194 of 279

E. Jolly
11001.84

Emily — Luminant 84
Jolly                11001.84

The Bob Bullock
Texas State
History Museum

Fee Computer Number:                        1
Cashier:                         Bag 1 ID #596
Transaction Number:                        63
Entered:             08/18/2016  08:03
Exited:              08/18/2016  08:05
Rate:                             Area 1
Total Fee:                         $8.00
ish:                               $8.00

Thank you for
Visiting the Museum.

PARKING

EXHIBIT I
Page 195 of 279

HOTEL *Crescent Court*

DALLAS

*B. Moore*
*11001.86*

# Guest Account Invoice

**Mr. William Moore**
2500 Keating Lane
Austin TX 78703
US

*11001.86*

| | |
|---|---|
| Room No: | 246 |
| Folio No: | 367002 |
| Arrival: | 09/06/16 |
| Departure: | 09/08/16 |
| Room Type: | CDN |
| Page No: | 1 of 1 |
| Confirm: | 7581870 |
| Invoice No | |
| Cashier: | 122 |

Account #
Authorized by:
Billing Instructions:     IPO

| Date | Description | Reference | Charges | Credits |
|---|---|---|---|---|
| 09/06/16 | 71001 Parking | | 28.00 | |
| 09/06/16 | 10080 State Sales Tax | | 2.31 | |
| 09/06/16 | 10000 Room Revenue | | 337.50 | |
| 09/06/16 | 10082 City Occupancy Tax | | 24.10 | |
| 09/06/16 | 10083 State Occupancy Tax | | 20.66 | |
| 09/06/16 | 10086 Tourism PID Reimb Fee | | 6.75 | |
| 09/07/16 | 71001 Parking | | 28.00 | |
| 09/07/16 | 10080 State Sales Tax | | 2.31 | |
| 09/07/16 | 10000 Room Revenue | | 337.50 | |
| 09/07/16 | 10082 City Occupancy Tax | | 24.10 | |
| 09/07/16 | 10083 State Occupancy Tax | | 20.66 | |
| 09/07/16 | 10086 Tourism PID Reimb Fee | | 6.75 | |
| 09/08/16 | 90502 ▇▇▇ | ▇▇▇▇▇▇ | | 838.64 |

| | | |
|---|---|---|
| **Total** | 838.64 | 838.64 |
| **Balance** | 0.00 USD | |

Signature: _____

I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company or association fails to pay for any or the full amount of these charges.

*Overnight stays for mtgs w/ Stacy Dore', S Siegel, S Moore, et al re RFI Responses and to accomplish document review.   11001.86*

PARKING

EXHIBIT I
Page 196 of 279

400 Crescent Court, Dallas TX 75201 Telephone 214.871.3200 Facsimile 214.871.3272
www.hotelcrescentcourt.com

B. Moore
11001.86

Parking for
all day meetings
etc @ EFH
offce    11001.86

PLATINUM PARKING
ROSS AVENUE GARAGE
720 N ERVAY
DALLAS TX 75201
214-954-3303

Rcpt# 9623
09/13/16 18:21   L# 1 A# 9   Txn# 83653
09/13/16 08:41 In   09/13/16 18:21 Out
Tkt# 010904
CASH PAID        $ 15.00-
THANK YOU
COME AGAIN

Parking for all-
day
meetings
etc @ EFH offce

PLATINUM PARKING
ROSS AVENUE GARAGE
720 N ERVAY
DALLAS TX 75201
214-954-3303

Rcpt# 9532
09/14/16 17:29   L# 1 A# 2   Txn# 83776
09/14/16 09:06 In   09/14/16 17:29 Out
Tkt# 010998
CASH PAID        $ 15.00-
THANK YOU
COME AGAIN

11001.86

**PARKING**

EXHIBIT I
Page 197 of 279

# POSTAGE

POSTAGE

EXHIBIT I
Page 198 of 279

# ENOCH KEVER PLLC
## Postage Log - 2015

| Date | Addressed To: | Attorney | Client/Matter No. | Cost |
|------|--------------|----------|-------------------|------|
| 4/24/15 | J Schatz Direct Testimony | ARA | 11002.4 | $9.80 (7 envelopes) |
| | | | | |
| 5/26/15 | James Guy | MJK | 11002.4 | $0.48 |
| 5/26/15 | Joseph Younger | MJK | 11002.4 | $0.48 |
| 5/26/15 | Jason Haas | MJK | 11002.4 | $0.48 |
| 5/26/15 | Laurie Barker | MJK | 11002.4 | $0.48 |
| 6/4/15 (Billed w/May) | 44572 Service List | MK | 11002.4 | $5.33 (11 x 0.485) |
| 5/27/15 | 44547 Service List | KDR | 11001.16 | $21.12 (44 x 0.48) |
| 5/27/15 | 44649 Service List | KDR | 11001.67 | $15.84 (33 x 0.48) |
| | | | | |
| 6/11/15 | Sutherland Asbill Brennan (Dkt. 44785) | MJK | 11002.4 | $0.49 |
| 6/29/15 | 44771 Service List | MJK | 11002.4 | $.49 x 2 = .98 |
| 6/16/15 | Texas Office of Public Utility Counsel | | 11001.49 | $5.65 |
| | | | | |
| 7/1/15 | 44785 Service List | MJK | 11002.4 | $.49 x 3 = $1.47 |
| 7/1/15 | 44786 Service list | MJK | 11002.4 | $.49 x 2 = $0.98 |
| 7/1/15 | 44782 Service list | MJK | 11002.4 | $.49 x 2 = $0.98 |
| 7/17/15 | TX Office of Public Utility Counsel | KDR | 11001.49 44845 Affidavit | $0.49 |
| 7/22/15 | Barbara McCutcheon | KDR/ERJ | 11001.80 Dkt #'s 44547 & 44649 Direct Testimony | $1.64 & $5.32 = $6.96 |
| 7/29/15 | Barbara McCutcheon | KDR/ERJ | 11001.80 Dkt #'s 44547 & 44649 Luminant's Protective Order Certifications | $0.49 |
| 7/30/15 | John R. Strawn M.D. | ERJ | 11001.80 Dkt #'s 44547/44649 Exhibit 1 to Direct Test. of C. Griffey | $1.42 |
| | | | | |
| 8/20/15 | Warren Wardrup (Tx. Solar Util.) | MJK | 11002.4 (Dkt# 44955 service) | $0.49 |
| 8/24/15 | Postage (service copies) | KDR | 11001.81 (Dkt. #44672) | $4.37 |
| | | | | |
| 12/10/15 | Cindy Tindell | MJK | 11001.82 | $.98 |
| 12/10/15 | Mitchell Ross | MJK | 11001.82 | $.98 |
| | | | | |
| | | | **TOTAL 2015** | **$80.74** |

POSTAGE

EXHIBIT I
Page 199 of 279

# ENOCH KEVER PLLC
## Postage Log - 2016

| Date | Addressed To: | Attorney | Client/Matter No. | Cost |
|---|---|---|---|---|
| | | | | |
| 3/11/16 | Postage | ERJ | 11001.84 (service) | $1.47 |
| 3/24/16 | Postage | KDR | 11001.84 (service) | $3.43 |
| | | | | |
| 4/1/16 | Postage | KDR | 11001.84 (service) | $26.46 |
| 4/18/16 | Postage | KDR | 11001.83 | $0.93 |
| | | | | |
| 5/17/16 | Postage | ERJ | 11001.84 | $0.93 |
| 5/24/16 | Postage | KDR | 11001.84 | $1.41 |
| 5/18/16 | Postage | MJK | 11002.4 | $6.58 |
| | | | | |
| 6/15/16 | Postage | KDR | 11001.83 | $1.35 |
| 6/10/16 | Postage | ERJ | 11001.84 | $1.36 |
| 6/17/16 | Postage | ERJ | 11001.84 | $0.94 |
| 6/28/16 | Postage | RCJ | 11001.57 | $12.45 |
| | | | | |
| 7/8/16 (Billed with August) | Postage | MjK | 11001.71 | $4.19 |
| 8/3/16 | Postage | KDR | 11001.83 | $0.47 |
| 8/3/16 | Postage | KDR | 11001.83 | $0.47 |
| 8/4/16 | Postage | KDR | 11001.84 | $0.93 |
| 8/9/16 | Postage | ERJ | 11001.84 | $1.35 |
| 7/22/16 (Billed with August) | Postage | MJK | 11002.4 | $0.47 |
| 8/12/16 | Postage | MJK | 11002.67 | $0.47 |
| 8/17/16 | Postage | MJK | 11002.67 | $4.50 |
| 8/15/16 | Postage | MJK | 12050.2 | $2.73 |
| | | | | |
| 9/23/16 | Postage | KDR | 11001.83 | $0.93 |
| | | | | |
| | | | TOTAL 2016 | 73.82 |
| | | | | |
| | | | | |
| | | | TOTAL POSTAGE | $154.56 |

# RENTAL CAR

## Aundrea Abernathy

| | |
|---|---|
| **From:** | Kirk Rasmussen |
| **Sent:** | Thursday, March 19, 2015 10:04 AM |
| **To:** | Aundrea Abernathy |
| **Subject:** | FW: Your Silvercar Receipt |

*K. Rasmussen*

*11001.16*

Kirk

**From:** support@silvercar.com [mailto:support@silvercar.com]
**Sent:** Tuesday, March 17, 2015 6:37 PM
**To:** Kirk Rasmussen
**Subject:** Your Silvercar Receipt



## SILVERCAR

### Your Silvercar Receipt

March 17, 2015
**Rental Total: $112.97**

**SILVERCAR RECEIPT**
Thank you for choosing Silvercar!

Billed To:
**Kirk D Rasmussen** Member #6FEB7C3

**MAKE ANOTHER**
**RESERVATION**

| | | |
|---|---|---|
| Confirmation # | F9C3FF2D0C | |
| Pickup | Mar 17, 2015 6:04 AM at AUS | |
| Drop-Off | Mar 17, 2015 6:37 PM at AUS | |

Rental

**1 Day**
$89.00 per day

$89.00

**Subtotal**

**$89.00**

Insurance and Waivers

**Personal**

$0.00

Fees and Concessions

EXHIBIT I
Page 202 of 279

| | |
|---|---|
| Vehicle License Recovery | $1.50 |
| Concessions | $7.74 |
| 8.70% | |

Taxes

| | |
|---|---|
| State Tax | $9.82 |
| Austin Events Venue Tax | $4.91 |
| **Total** | **$112.97** |

Payments

| | |
|---|---|
| Mar 17, 2015 6:04 AM CDT | $112.97 |

**Balance** **$0.00**

*A quick note about toll fees*

*Silvercar never charges you for toll transponder fees, just the toll(s) you incur. If you drove through any tolls during your rental, we'll send you an updated email receipt within four days. Your credit card will also show an additional toll charge from Silvercar.*

Thanks again for choosing Silvercar.

Your Silvercar has been returned and will be waiting for you when you return for your next trip. We hope you enjoyed your car rental experience. We like to think that we're on to something... so if you like us, please pass it on. And, more importantly, please remember to come back.
(Important side note: if you synced your phone with your Silvercar, we have already removed your data from the car. So please don't worry - as always, we've got your back.)

If you have any questions or feedback, we're here and ready to listen. Email us at support@silvercar.com or call us at 1-855-359-2227.
We don't like saying "goodbye" so we'll just say, "see you next time."

Until next time,
Silvercar

| Follow Silvercar | Company | Apps |
|---|---|---|
| Facebook | About Us | iPhone |
| Twitter | Press | Android |
| LinkedIn | Careers | |
| Instagram | | |

*K. Rasmussen*

*11001.16*

**Kirk Rasmussen**

| | |
|---|---|
| **From:** | support@silvercar.com on behalf of Silvercar <support@silvercar.com> |
| **Sent:** | Wednesday, April 01, 2015 12:14 PM |
| **To:** | Kirk Rasmussen |
| **Subject:** | Your Silvercar Receipt |

*Split with Luminant and another client $29.24 each*



## Your Silvercar Receipt

April 1, 2015
**Rental Total: $58.47**

**SILVERCAR RECEIPT**
Thank you for choosing Silvercar!

Billed To:
**Kirk D Rasmussen** Member #6FEB7C3

**MAKE ANOTHER RESERVATION**

Confirmation #  BCCE9DE312
Pickup          Apr 1, 2015 8:19 AM at DAL
Drop-Off        Apr 1, 2015 12:13 PM at DAL

Rental

**1 Day**
$59.00 per day                                        $59.00

Discount

Enoch Kever Corporate Rate                           $8.85

**Subtotal**                                         **$50.15**

Insurance and Waivers

Personal                                             $0.00

Fees and Concessions

Vehicle License Recovery Fee                         $1.50

Transportation Fee                                   $1.50

RENTAL CAR

Taxes

State Tax                                                    $5.32

**Total**                                                   **$58.47**

Payments

Apr 1, 2015 8:19 AM CDT                    *split*          $58.47

█████████

**Balance**                                                 **$0.00**

*A quick note about toll fees*
*Silvercar never charges you for toll transponder fees, just the toll(s) you incur. If you drove through*
*any tolls during your rental, we'll send you an updated email receipt within four days. Your credit*
*card will also show an additional toll charge from Silvercar.*

Thanks again for choosing Silvercar.

Your Silvercar has been returned and will be waiting for you when you return for your next trip. We
hope you enjoyed your car rental experience. We like to think that we're on to something... so if you
like us, please pass it on. And, more importantly, please remember to come back.
(Important side note: if you synced your phone with your Silvercar, we have already removed your
data from the car. So please don't worry - as always, we've got your back.)

If you have any questions or feedback, we're here and ready to listen. Email us at
support@silvercar.com or call us at 1-855-359-2227.
We don't like saying "goodbye" so we'll just say, "see you next time."

Until next time,
Silvercar

| Follow Silvercar | Company | Apps |
|---|---|---|
| Facebook | About Us | iPhone |
| Twitter | Press | Android |
| LinkedIn | Careers | |
| Instagram | | |

This email was sent by Silvercar
712 CONGRESS AVE STE 201
AUSTIN, TX 78701-3291

© 2015 Silvercar. All rights Reserved

*K. Rasmussen*
*11081.16*

**Kirk Rasmussen**

**From:** support@silvercar.com on behalf of Silvercar <support@silvercar.com>
**Sent:** Saturday, May 09, 2015 3:46 PM
**To:** Kirk Rasmussen
**Subject:** Your Updated Silvercar Receipt



## Your Updated Silvercar Receipt

May 9, 2015
### Rental Total: $85.40

**SILVERCAR RECEIPT**
Thank you for choosing Silvercar!

Billed To:

**Kirk D Rasmussen** Member #6FEB7C3

▬▬▬▬▬▬▬

📅 MAKE ANOTHER
RESERVATION

Here is your updated receipt, including toll charges. Your credit card has been charged the additional amount shown. Please contact us at support@silvercar.com with any questions.

Confirmation # 194B939AA6

Pickup        May 5, 2015 8:23 AM at DAL

Drop-Off     May 5, 2015 4:51 PM at DAL

Rental

### 1 Day
$69.00 per day                                                          $69.00

Discount

### Enoch Kever Corporate Rate                             $10.35

### **Subtotal**                                                          **$58.65**

Fuel

### 2.4 Gallons
$2.59 per gallon                                                        $6.22

| | |
|---|---|
| Fuel Service Charge | $5.00 |
| Insurance and Waivers | |
| Personal | $0.00 |
| Fees and Concessions | |
| Vehicle License Recovery Fee | $1.50 |
| Transportation Fee | $1.50 |
| Taxes | |
| State Tax | $6.67 |
| Discount | $0.00 |
| Tolls | |
| May 5, 2015 8:58 AM CDT Frankford Main Lane Gantry (MLP8) | $1.12 |
| May 5, 2015 9:05 AM CDT Parker Main Lane Gantry (MLP3) | $0.90 |
| May 5, 2015 10:49 AM CDT Parker Main Lane Gantry (MLP3) | $0.90 |
| May 5, 2015 10:53 AM CDT Trinity Mills Main Lane Gantry (MLP2) | $1.01 |
| May 5, 2015 11:03 AM CDT Wycliff Main Lane Gantry (MLP1) | $1.40 |
| Taxes | |
| State Tax | $0.53 |
| **Total** | **$85.40** |
| Payments | |
| May 5, 2015 8:23 AM CDT | $79.54 |
| May 9, 2015 3:45 PM CDT | $5.86 |

*11001.80*

**Kirk Rasmussen**

| | |
|---|---|
| **From:** | support@silvercar.com on behalf of Silvercar <support@silvercar.com> |
| **Sent:** | Wednesday, July 01, 2015 1:10 PM |
| **To:** | Kirk Rasmussen |
| **Subject:** | Your Silvercar Receipt |



# SILVERCAR

## Your Silvercar Receipt

July 1, 2015
### Rental Total: $114.64

**SILVERCAR RECEIPT**
Thank you for choosing Silvercar!

Billed To:
**Kirk D Rasmussen** Member #6FEB7C3

▓▓▓▓▓▓▓▓▓▓

**MAKE ANOTHER RESERVATION**

Confirmation #   561F09F20E

Pickup          Jun 30, 2015 10:45 AM at DAL

Drop-Off       Jul 1, 2015 1:09 PM at DAL

Rental

| | |
|---|---|
| **1 Day** $69.00 per day | $69.00 |
| **1/2 Day** $34.50 | $34.50 |
| Discount | |
| Enoch Kever Corporate Rate | $15.53 |
| **Subtotal** | **$87.97** |
| Fuel | |
| **2.4 Gallons** $3.09 per gallon | $7.42 |

RENTAL CAR

1

EXHIBIT I
Page 208 of 279

| Fuel Service Charge | $5.00 |
|---|---|

Insurance and Waivers

| Personal | $0.00 |
|---|---|

Fees and Concessions

| Vehicle License Recovery Fee | $3.00 |
|---|---|

| Transportation Fee | $1.50 |
|---|---|

Taxes

| State Tax | $9.75 |
|---|---|

**Total** **$114.64**

Payments

| Jun 30, 2015 10:45 AM CDT | $114.64 |
|---|---|

**Balance** **$0.00**

*A quick note about toll fees*

*Silvercar never charges you for toll transponder fees, just the toll(s) you incur. If you drove through any tolls during your rental, we'll send you an updated email receipt within four days. Your credit card will also show an additional toll charge from Silvercar.*

Thanks again for choosing Silvercar.

Your Silvercar has been returned and will be waiting for you when you return for your next trip. We hope you enjoyed your car rental experience. We like to think that we're on to something... so if you like us, please pass it on. And, more importantly, please remember to come back.

(Important side note: if you synced your phone with your Silvercar, we have already removed your data from the car. So please don't worry - as always, we've got your back.)

If you have any questions or feedback, we're here and ready to listen. Email us at support@silvercar.com or call us at 1-855-359-2227.

We don't like saying "goodbye" so we'll just say, "see you next time."

Until next time,
Silvercar

| Follow Silvercar | Company | Apps |
|---|---|---|
| Facebook | About Us | iPhone |
| Twitter | Press | Android |

*S. Horton*
*11001.87*

**EAN HOLDINGS, LLC, 6817 N LAMAR, AUSTIN, TX 787523505 (512) 453-4402**

**RENTAL AGREEMENT   REF#**
929305                4N93ZJ

**RENTER**
HORTON, SHANA

**DATE & TIME OUT**
06/07/2016  08:19 AM
**DATE & TIME IN**
06/08/2016  08:26 AM

**BILLING CYCLE**
24-HOUR

**VEH #1 2016 NISN ALTI 24DS**
VIN# 1N4AL3AP4GN324841
LIC# GWV6140
MILES DRIVEN 290

**SUMMARY OF CHARGES**

| Charge Description | Date | Quantity | Per | Rate | Total |
|---|---|---|---|---|---|
| TIME & DISTANCE | 06/07 - 06/08 | 1 | DAY | $70.98 | $70.98 |
| REFUELING CHARGE | 06/07 - 06/08 | | | | $0.00 |
| | | | Subtotal: | | $70.98 |
| **Taxes & Surcharges** | | | | | |
| CITY OF AUSTIN TAX | 06/07 - 06/08 | | | 5% | $3.65 |
| TX MOTOR VEHICLE RENTAL TAX | 06/07 - 06/08 | | | 10% | $7.30 |
| VLF REC | 06/07 - 06/08 | 1 | DAY | $1.99 | $1.99 |
| | | | Total Charges: | | $83.92 |

**Total Amount Due**                                                   **$0.00**

**PAYMENT INFORMATION**
**AMOUNT PAID      TYPE**           **CREDIT CARD NUMBER**
$83.92            Visa

*S. Horton*
*11001.87*

EXHIBIT I
Page 210 of 279

http://ecars1.corp.erac.com/rental/closeTicketPrint.jsp?doNotPrintRatesIndicator=false        6/8/2016

# TAXI

K. Rasmussen
11001.16

**STAR ☆ CAB**
email: starcabtx@yahoo.com
2714 Fielder Court  •  Dallas, TX 75235
**214-252-0055 • 214-370-3520** • Fax 214-821-7889
24 Hour Dispatch Service • We accept credit cards and time calls

Date___2/17_____ Time_____
Fare___$75_____ Extra_____
Driver_____
Cab Number___EP → AIRPORT_____

*We appreciate your business!*

**STAR ☆ CAB**
email: starcabtx@yahoo.com
2714 Fielder Court  •  Dallas, TX 75235
**214-252-0055 • 214-370-3520** • Fax 214-821-7889
24 Hour Dispatch Service • We accept credit cards and time calls

Date___2/17_____ Time_____
Fare___$75_____ Extra_____
Driver_____
Cab Number___AIRPORT → EP_____

*We appreciate your business!*

TAXI

EXHIBIT I
Page 212 of 279

K. Rasmussen
11001.16

**YELLOW CAB**
*Dallas / Fort Worth*

Amount/Cuenta: 25.00   Date/Fecha: 3/10

Trip From/Viaje de: LOVE FIELD

To/Desfinacion: ENERGY PLAZA

Driver/Taxista: _____

ID#: _____   Taxi #: _____

TAXI

2

EXHIBIT I
Page 213 of 279

K. Rasmussen
11001.50

## YELLOW CAB
### Dallas / Fort Worth

Amount/Cuenta: $25        Date/Fecha: 4/15/15

Trip From/Viaje de: LOVE

To/Desfinacion: EP

Driver/Taxista: _____

ID#: _____        Taxi #: _____

Thanks For
Your Patronage

## AMBASSADOR CAB
### (214) 905-1111

Cab # _____        Date 4/15/15

Fare $ 25

Driver ENERGY PLAZA → LOVE

TAXI

EXHIBIT I
Page 214 of 279



M. Kimbrough
M. Hanlon
11002.49

K. Rasmussen
11001.16

**AMBASSADOR CAB**
Thanks For Your Patronage
(214) 905-111[

Cab # _____ Date **5/12** _____
Fare $ **25**
Driver LOVE FIELD — ENERGY PLAZA

**STAR CAB**
email: starcabtx@yahoo.com
2714 Fielder Court  •  Dallas, TX 75235
214-252-0055 • 214-370-3520 • Fax 214-821-7889
24 Hour Dispatch Service • We accept credit cards and time calls

Date **5/12** _____ Time _____
Fare **$25** _____ Extra _____
Driver _____
Cab Number ENERGY PLAZA — LOVE FIELD

*We appreciate your business!*

TAXI



TAXI

EXHIBIT I
Page 217 of 279



E. Jolly
11001.80

Emily
Lum 80

C4/16

EMILY R JOLLY

WEST END CAB CO

DALLAS
1426907119      TX

Emily
Lum 80

DATE 08/01/15    SERVER/CASHIER

AUTHORIZATION NO.   REFERENCE NO.

5867536

| QTY. | DESCRIPTION | AMOUNT | |
|------|-------------|--------|---|
|      |             | 23.50  |   |
| SALES SLIP | TAX | | |
|      | TIP | MATH | |
|      | MISC | | |
|      | TOTAL | 23.50 | |

PURCHASER SIGN HERE
X
Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the Issuer.

CUSTOMER COPY

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

TAXI

EXHIBIT I
Page 218 of 279

*Cab receipt – trip to Luminant (matter 80)*
*7/1*

**Emily Jolly**

| | |
|---|---|
| **From:** | Habte Mussie via Square <receipts@messaging.squareup.com> |
| **Sent:** | Wednesday, July 01, 2015 1:56 PM |
| **To:** | Emily Jolly |
| **Subject:** | Receipt from Habte Mussie |

*E. Jolly*
*11001.80*

Reply to this email to leave feedback for Habte Mussie



### Habte Mussie

How was your experience?

$$30.00

| | |
|---|---|
| Custom Amount | $25.00 |
| Subtotal | $25.00 |
| Tip | $5.00 |
| Total | $30.00 |

7/1/2015, 11:55 AM
#xBqq

TAXI

© 2015 Square, Inc. All rights reserved.
1455 Market Street, Suite 600, San Francisco, CA 94103

1

EXHIBIT I



Transaction Details Prepared for
**John J Vay**
Account Number

*J. Vay*
*11001.72*
*7-1-15*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| JUL 31 2015 | TESHE Dallas TX | $27.60 |

Doing business as:

**SQUARE**

STE 600

1455 MARKET ST

SAN FRANCISCO

CA

94103

UNITED STATES

Additional Information: squareup.com/receipts
Reference: 320152120741739332
Category: Other - Miscellaneous

*Cab fare*
*from Rosefield*
*to Luminant*

TAXI

EXHIBIT I
Page 220 of 279



Transaction Details Prepared for
**John J Vay**
Account Number

*J. Vay*
*11001.72*
*7-1-15*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| AUG3 2015 | *STAR CAB* | $24.00 |

Doing business as:

**STAR CAB**

2714 FIELDER CT

DALLAS

TX

75235-5627

UNITED STATES

Category: Transportation - Taxis & Coach

*Cab fare -
from Reminant
to Love Field*

TAXI

EXHIBIT I
Page 221 of 279

*2 receipts / = $9.90*
*both sides*


by Google

Elizabeth Adams <elizabeth.l.adams@gmail.com>

## Your Wednesday afternoon trip with Uber
2 messages

*E. Adams*
*11001, 80*

Uber Receipts <receipts.austin@uber.com>
To:

Wed, Sep 2, 2015 at 12:12 PM

U B E R

*Lum/travel:*
*HIP contested*
*care hearing*

SEPTEMBER 2, 2015

## $4.75

Thanks for choosing Uber, Elizabeth

*Elizabeth, Kirk,*
*and Emily*

FARE BREAKDOWN

| | |
|---|---|
| Base Fare | 1.00 |
| Distance | 1.49 |
| Time | 1.16 |
| **Subtotal** | **$3.65** |
| Safe Rides Fee (?) | **1.00** |
| Austin Accessibility Fee (?) | **0.10** |

Map data ©2015 Google

CHARGED

**$4.75**

⊙ 12:05pm
1552-1598 Guadalupe Street, Austin, TX

⊙ 12:12pm
98 San Jacinto Boulevard, Austin, TX

| CAR | MILES | TRIP TIME |
|---|---|---|
| uberX | 1.35 | 00:06:28 |

You rode with HAROLD

RATE YOUR DRIVER

TAXI

EXHIBIT I
Page 222 of 279



## Uber Support

Contact us with questions about your trip.
Leave something behind? Track it down.



Give $20, Get $20

Share code: 11934

*E. Adams*
*11081.80*

**Uber Receipts** <receipts.austin@uber.com>
To: elizabeth⬛⬛⬛⬛⬛⬛⬛m

Wed, Sep 2, 2015 at 12:56 PM

# U B E R



SEPTEMBER 2, 2015

# $5.15

Thanks for choosing Uber, Elizabeth



Map data ©2015 Google

⊙  **12:47pm**
   98 San Jacinto Boulevard, Austin, TX

⊙  **12:56pm**
   300 West 15th Street, Austin, TX

| CAR | MILES | TRIP TIME |
|-----|-------|-----------|
| uberX | 1.36 | 00:08:40 |

FARE BREAKDOWN

| | |
|---|---|
| Base Fare | 1.00 |
| Distance | 1.49 |
| Time | 1.56 |
| **Subtotal** | **$4.05** |
| Safe Rides Fee (?) | **1.00** |
| Austin Accessibility Fee (?) | **0.10** |

CHARGED

⬛⬛⬛⬛⬛    **$5.15**



You rode with Alford

RATE YOUR DRIVER

TAXI

EXHIBIT I
Page 223 of 279

K. Rasmussen
11001.50

KDR
11001.50
Luminant.50
    10-28-15

---

**YELLOW CAB DFW**
(214)426-6262 or (817)426-6262
(See reverse side of receipt for instructions
how to download our mobile app)

Amount/Cuenta: $75    Date/Fecha: 10/28/15
Trip From/Viaje de: LONE
To/Destinacion: ENERGY PLAZA
Driver/Taxista: _____
ID#: _____ Taxi #: _____

---

**YELLOW CAB DFW**
(214)426-6262 or (817)426-6262
(See reverse side of receipt for instructions
how to download our mobile app)

Amount/Cuenta: $75    Date/Fecha: 10/28/15
Trip From/Viaje de: ENERGY PLAZA
To/Destinacion: LONE FIELD
Driver/Taxista: _____
ID#: _____ Taxi #: _____

---

TAXI

EXHIBIT I
Page 224 of 279

K.D. Rasmussen

LUMINANT —

BLUEBONNET

THREE OAKS

MINE

DISPUTE

1-5-2014

11001.83

---

**YELLOW CAB DFW**
(214)426-6262 or (817)426-6262
(See reverse side of receipt for instructions
how to download our mobile app)

Amount/Cuenta: $25    Date/Fecha: 1/5/16

Trip From/Viaje de: LOVE FIELD

To/Destinacion: ENERY PLAZA

Driver/Taxista: _____

ID#: _____  Taxi #: _____

---

**STAR ☆ CAB**
email: starcabtx@yahoo.com
www.starcabcompany.com
13151 Emily Road • Suite 140 • Dallas, TX 75240
214-252-0055 • 214-370-3520 • Fax 214-821-7889
24 Hour Dispatch Service • We accept credit cards and time calls

Date 1/5/16    Time _____

Fare $25    Extra _____  Total _____

Driver _____

Cab Number _____
*We appreciate your business!*

---

TAXI

EXHIBIT I
Page 225 of 279

**Toni House**

| | |
|---|---|
| **From:** | Yahoo <​⬛⬛⬛⬛⬛​> |
| **Sent:** | Sunday, April 24, 2016 12:42 PM |
| **To:** | Rod Johnson |
| **Subject:** | Fwd: Your Friday morning trip with Uber |

*R. Johnson*
*11001. 82*
*4-22-16*

*11001. 82*

Sent from my iPhone

Begin forwarded message:

**From:** Uber Receipts <noreply@uber.com>
**Date: April 22, 2016 at** 10:09:59 AM CDT
**To:** ⬛⬛⬛⬛⬛
**Subject: Your Friday morning trip with Uber**



APRIL 22, 2016

## $5.54

Vote FOR Prop 1 on May 7th
Pol. Ad. Authorized by Ridesharing Works for Austin


**10:04am**
600 Congress Ave, Austin, TX

10:09am
1700-1798 Congress Ave, Austin, TX

| CAR | MILES | TRIP TIME |
|---|---|---|
| uberPOOL | 1.10 | 00:05:13 |

FARE BREAKDOWN

| | |
|---|---|
| Trip fare | 5.54 |
| **Subtotal** | **$5.54** |
| CHARGED | **$5.54** |

You saved $0.62 by riding uberPOOL

share your savings

TAXI

1

**EXHIBIT I**
Page 226 of 279

**Toni House**

| | |
|---|---|
| **From:** | Yahoo ████████████ |
| **Sent:** | Sunday, April 24, 2016 12:43 PM |
| **To:** | Rod Johnson |
| **Subject:** | Fwd: Your Friday morning trip with Uber |

*R. Johnson*
*11001.82*
*4-22-16*

*11001. 82*

Sent from my iPhone

Begin forwarded message:

**From:** Uber Receipts <noreply@uber.com>
**Date:** April 22, 2016 at 12:05:50 PM CDT
**To:** ████████@█████om
**Subject: Your Friday morning trip with Uber**



APRIL 22, 2016

**$9.80** ⬚

Vote FOR Prop 1 on May 7th
Pol. Ad. Authorized by Ridesharing Works for Austi


**11:58am**
1701 Congress Ave, Austin, TX

**12:05pm**
161-199 W 7th St, Austin, TX

| CAR | MILES | TRIP TIME |
|---|---|---|
| uberX | 1.10 | 00:06:54 |

FARE BREAKDOWN

| | |
|---|---|
| Base Fare | 1.00 |
| Distance | 1.10 |
| Time | 0.83 |
| $5.30 Minimum | 1.07 |
| **Normal Fare** | **$4.00** |
| Surge x2.1 | 4.40 |

TAXI

## Toni House

**From:** Rod Johnson <​███████████​>
**Sent:** Wednesday, April 27, 2016 6:49 PM
**To:** Rod Johnson
**Subject:** Fw: Your Tuesday afternoon trip with Uber

*11001.82*

----- Forwarded Message -----
**From:** Uber Receipts <noreply@uber.com>
**To:** ███████
**Sent:** Tuesday, April 26, 2016 4:37 PM
**Subject:** Your Tuesday afternoon trip with Uber



APRIL 26, 2016

**$5.35**

Vote FOR Prop 1 on May 7th!
Pol. Ad. Authorized by Ridesharing Works for Austin.

FARE BREAKDOWN

| | |
|---|---:|
| Base Fare | 1.00 |
| Distance | 1.04 |
| Time | 0.71 |
| $5.30 Minimum | 1.25 |
| **Subtotal** | **$4.00** |
| Booking Fee (?) | **1.30** |
| City of Austin 1% TNC Fee (?) | **0.05** |

04:30pm
114-126 W 7th St, Austin, TX

04:36pm
1701 Congress Ave. Austin. TX

| CAR | MILES | TRIP TIME |
|---|---|---|
| uberX | 1.04 | 00:05:53 |

TAXI

EXHIBIT I

## Toni House

| | |
|---|---|
| **From:** | Rod Johnson < ███████████████ > |
| **Sent:** | Wednesday, April 27, 2016 6:49 PM |
| **To:** | Rod Johnson |
| **Subject:** | Fw: Your Tuesday evening trip with Uber |

*1100.82*

----- Forwarded Message -----
**From:** Uber Receipts <noreply@uber.com>
**To:** ███████████
**Sent:** Tuesday, April 26, 2016 5:13 PM
**Subject:** Your Tuesday evening trip with Uber

APRIL 26, 2016



## $5.35

Vote FOR Prop 1 on May 7th!
Pol. Ad. Authorized by Ridesharing Works for Austin.

**FARE BREAKDOWN**

| | |
|---|---:|
| Base Fare | 1.00 |
| Distance | 1.28 |
| Time | 1.05 |
| $5.30 Minimum | 0.67 |
| **Subtotal** | **$4.00** |
| Booking Fee (?) | 1.30 |
| City of Austin 1% TNC Fee (?) | 0.05 |

**05:04pm**
1701 Congress Ave, Austin, TX

05:12pm
612 Congress Ave, Austin, TX

| CAR | MILES | TRIP TIME |
|---|---|---|
| uberX | 1.28 | 00:08:43 |

TAXI

1

EXHIBIT I
Page 229 of 279

B. Moore
11001.86

**STAR ☆ CAB** *1001.86*

email: starcabtx@yahoo.com

2714 Fielder Court  •  Dallas, TX 75235

**214-252-0055 • 214-370-3520** • Fax 214-821-7889

24 Hour Dispatch Service • We accept credit cards and time calls

Date _____ Time _____ 10⁰⁰

Fare _____ Extra _____ 10⁰⁰

Driver _____ $10⁰⁰

Cab Number_____

*We appreciate your business!*

TAXI

EXHIBIT I

Page 230 of 279

# TOLLS

*K. Rasmussen*

*11001.16*

## Tolls

| | |
|---|---|
| Mar 17, 2015 6:14 AM CDT Decker Creek Plaza L11 | $1.75 |
| Mar 17, 2015 6:22 AM CDT Cameron Plaza L12 | $1.75 |
| Mar 17, 2015 6:31 AM CDT Mustang Creek Plaza L10 | $1.75 |
| Mar 17, 2015 6:07 PM CDT Mustang Creek Plaza L07 | $1.75 |
| Mar 17, 2015 6:16 PM CDT Cameron Plaza L08 | $1.75 |
| Mar 17, 2015 6:24 PM CDT Decker Creek Plaza L06 | $1.75 |

### Fees and Concessions

| | |
|---|---|
| Concessions 8.70% | $0.91 |

### Taxes

| | |
|---|---|
| State Tax | $1.14 |
| Austin Events Venue Tax | $0.57 |

*$13.12*

# COURT REPORTER/ TRANSCRIPTS

# INVOICE

## KENNEDY
### Reporting Service
#### Invoiced by CRC National

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116134 | 9/2/2015 | 106229 |

| Job Date | Case No. | |
|---|---|---|
| 8/26/2015 | 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, 44547, 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, 44649 | |

| Case Name | | |
|---|---|---|
| Application of CenterPoint And CTT to Amend CCN | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

Katie Coleman
Thompson & Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin, TX 78701

COPY OF:

John R. Kellum                                                                                   391.65

TOTAL DUE >>>                    $391.65
AFTER 10/2/2015 PAY              $438.65

Invoice prepared for:
KENNEDY REPORTING SERVICE

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

1/2 - $195.83

Tax ID: 76-0537648                                         Phone: 512-469-6100    Fax:512-469-6180

*Please detach bottom portion and return with payment.*

Katie Coleman
Thompson & Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin, TX 78701

| | | |
|---|---|---|
| Invoice No. | : | 116134 |
| Invoice Date | : | 9/2/2015 |
| **Total Due** | : | **$391.65** |
| AFTER 10/2/2015 PAY | | $438.65 |

Remit To:  **Court Reporters Clearinghouse, Inc.**
**1225 North Loop West, Suite 327**
**Houston, TX 77008**

| | | |
|---|---|---|
| Job No. | : | 106229 |
| BU ID | : | KENNEDY |
| Case No. | : | 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, 44547, 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, 44649 |
| Case Name | : | Application of CenterPoint And CTT to Amend CCN |

EXHIBIT I
Page 234 of 279

COURT REPORTER/TRANSCRIPTS

# INVOICE



## KENNEDY
Reporting Service

Invoiced by CRC National

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116187 | 9/2/2015 | 106231 |
| **Job Date** | **Case No.** | |
| 8/27/2015 | 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, 44547, 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, 44649 | |
| **Case Name** | | |
| Application of CenterPoint And CTT to Amend CCN | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Katie Coleman
Thompson & Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin, TX 78701

COPY OF:

Wayne Kemper                                                                                    319.25

                                                            TOTAL DUE >>>                    **$319.25**
                                                            AFTER 10/2/2015  PAY              $357.56

Invoice prepared for:
KENNEDY REPORTING SERVICE

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

1/2 - $159.03

**Tax ID:** 76-0537648                                                       Phone: 512-469-6100    Fax:512-469-6180

*Please detach bottom portion and return with payment.*

Katie Coleman
Thompson & Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin, TX 78701

| | | |
|---|---|---|
| Invoice No. | : | 116187 |
| Invoice Date | : | 9/2/2015 |
| **Total Due** | : | **$319.25** |
| AFTER 10/2/2015 PAY | | $357.56 |

Remit To:   **Court Reporters Clearinghouse, Inc.**
            **1225 North Loop West, Suite 327**
            **Houston, TX 77008**

| | | |
|---|---|---|
| Job No. | : | 106231 |
| BU ID | : | KENNEDY |
| Case No. | : | 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, 44547, 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, 44649 |
| Case Name | : | Application of CenterPoint And CTT to Amend CCN |

COURT REPORTER/TRANSCRIPTS

EXHIBIT I
Page 235 of 279

# INVOICE



**Invoiced by CRC National**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116196 | 9/2/2015 | 106230 |
| **Job Date** | **Case No.** | |
| 8/27/2015 | 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, 44547, 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, 44649 | |
| | **Case Name** | |
| | Application of CenterPoint And CTT to Amend CCN | |
| | **Payment Terms** | |
| Due upon receipt | | |

Katie Coleman
Thompson & Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin, TX 78701

COPY OF:

Lawrence Willick

282.95

TOTAL DUE >>>          $282.95
AFTER 10/2/2015 PAY          $316.90

Invoice prepared for:
KENNEDY REPORTING SERVICE

Payment is NOT contingent upon client reimbursement.

½ - $141.48

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648

Phone: 512-469-6100    Fax:512-469-6180

*Please detach bottom portion and return with payment.*

Katie Coleman
Thompson & Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin, TX 78701

| Invoice No. | : | 116196 |
|---|---|---|
| Invoice Date | : | 9/2/2015 |
| **Total Due** | : | **$282.95** |
| AFTER 10/2/2015 PAY | | $316.90 |

Remit To:   **Court Reporters Clearinghouse, Inc.**
**1225 North Loop West, Suite 327**
**Houston, TX 77008**

| Job No. | : | 106230 |
|---|---|---|
| BU ID | : | KENNEDY |
| Case No. | : | 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, 44547, 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, 44649 |
| Case Name | : | Application of CenterPoint And CTT to Amend CCN |

# INVOICE



## KENNEDY
### Reporting Service
#### Invoiced by CRC National

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116128 | 9/2/2015 | 106228 |
| **Job Date** | **Case No.** | |
| 8/26/2015 | 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, 44547, 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, 44649 | |
| **Case Name** | | |
| Application of CenterPoint And CTT to Amend CCN | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Katie Coleman
Thompson & Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin, TX 78701

COPY OF:

    Dr. Mandhir S. Sahni                                                              777.60

                                                    TOTAL DUE >>>              $777.60
                                                    AFTER 10/2/2015  PAY        $870.91

Invoice prepared for:
KENNEDY REPORTING SERVICE

Payment is NOT contingent upon client reimbursement.                    1/2 - $388.80

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648                                    Phone: 512-469-6100    Fax:512-469-6180

*Please detach bottom portion and return with payment.*

Katie Coleman
Thompson & Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin, TX 78701

| | | |
|---|---|---|
| Invoice No. | : | 116128 |
| Invoice Date | : | 9/2/2015 |
| **Total Due** | : | **$777.60** |
| AFTER 10/2/2015 PAY | | $870.91 |

Remit To:    **Court Reporters Clearinghouse, Inc.**
             **1225 North Loop West, Suite 327**
             **Houston, TX 77008**

| | | |
|---|---|---|
| Job No. | : | 106228 |
| BU ID | : | KENNEDY |
| Case No. | : | 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, 44547, 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, 44649 |
| Case Name | : | Application of CenterPoint And CTT to Amend CCN |

COURT REPORTER/TRANSCRIPTS

EXHIBIT I
Page 237 of 279

# INVOICE



**Invoiced by CRC National**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116209 | 9/2/2015 | 106234 |
| **Job Date** | | **Case No.** |
| 8/28/2015 | 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, 44547, 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, 44649 | |
| **Case Name** | | |
| Application of CenterPoint And CTT to Amend CCN | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Michael McMillin
Thompson & Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin, TX 78701

COPY OF:

Robert Lanza

289.85

TOTAL DUE >>>  **$289.85**
AFTER 10/2/2015 PAY  $324.63

Invoice prepared for:
KENNEDY REPORTING SERVICE

Payment is NOT contingent upon client reimbursement.

1/2 - $144.93

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

Tax ID: 76-0537648

Phone: 512-469-6100   Fax:512-469-6180

*Please detach bottom portion and return with payment.*

Michael McMillin
Thompson & Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin, TX 78701

| | | |
|---|---|---|
| Invoice No. | : | 116209 |
| Invoice Date | : | 9/2/2015 |
| **Total Due** | : | **$289.85** |
| AFTER 10/2/2015 PAY $324.63 | | |

| | | |
|---|---|---|
| Remit To: | **Court Reporters Clearinghouse, Inc.** | |
| | **1225 North Loop West, Suite 327** | |
| | **Houston, TX 77008** | |

| | | |
|---|---|---|
| Job No. | : | 106234 |
| BU ID | : | KENNEDY |
| Case No. | : | 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, 44547, 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, 44649 |
| Case Name | : | Application of CenterPoint And CTT to Amend CCN |

COURT REPORTER/TRANSCRIPTS

EXHIBIT I
Page 238 of 279

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116204 | 9/2/2015 | 106232 |

| Job Date | Case No. | |
|---|---|---|
| 8/28/2015 | 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, 44547, 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, 44649 | |

| Case Name | | |
|---|---|---|
| Application of CenterPoint And CTT to Amend CCN | | |

| Payment Terms | | |
|---|---|---|
| Due upon receipt | | |

## KENNEDY
Reporting Service
Invoiced by CRC National

Michael McMillin
Thompson & Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin, TX  78701

COPY OF:

Maria Scheller

418.35

TOTAL DUE >>>         $418.35

AFTER 10/2/2015 PAY         $468.55

Invoice prepared for:
KENNEDY REPORTING SERVICE

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

1/2 - $209.18

Tax ID: 76-0537648

Phone: 512-469-6100    Fax:512-469-6180

*Please detach bottom portion and return with payment.*

Michael McMillin
Thompson & Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin, TX  78701

| Invoice No. | : | 116204 |
|---|---|---|
| Invoice Date | : | 9/2/2015 |
| **Total Due** | : | **$418.35** |
| AFTER 10/2/2015 PAY | | $468.55 |

Remit To:    **Court Reporters Clearinghouse, Inc.**
**1225 North Loop West, Suite 327**
**Houston, TX  77008**

| Job No. | : | 106232 |
|---|---|---|
| BU ID | : | KENNEDY |
| Case No. | : | 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, 44547, 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, 44649 |
| Case Name | : | Application of CenterPoint And CTT to Amend CCN |

COURT REPORTER/TRANSCRIPTS

EXHIBIT I
Page 239 of 279

# INVOICE



**Invoiced by CRC National**

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116079 | 8/28/2015 | 106164 |
| **Job Date** | **Case No.** | |
| 8/25/2015 | 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, 44547, 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, 44649 | |
| **Case Name** | | |
| Application of CenterPoint And CTT to Amend CCN | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Katie Coleman
Thompson & Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin, TX  78701

COPY OF:

Jeffrey Billo        1,239.70

         TOTAL DUE >>>     **$1,239.70**
         AFTER 9/27/2015 PAY     $1,388.46

Invoice prepared for:
KENNEDY REPORTING SERVICE

Payment is NOT contingent upon client reimbursement.

1/2 - $619.85

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID: 76-0537648**          Phone: 512-469-6100    Fax:512-469-6180

*Please detach bottom portion and return with payment.*

Katie Coleman
Thompson & Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin, TX  78701

| | | |
|---|---|---|
| Invoice No. | : | 116079 |
| Invoice Date | : | 8/28/2015 |
| **Total Due** | : | **$1,239.70** |
| AFTER 9/27/2015 PAY | | $1,388.46 |

Remit To:    **Court Reporters Clearinghouse, Inc.**
         **1225 North Loop West, Suite 327**
         **Houston, TX  77008**

| | | |
|---|---|---|
| Job No. | : | 106164 |
| BU ID | : | KENNEDY |
| Case No. | : | 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, 44547, 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, 44649 |
| Case Name | : | Application of CenterPoint And CTT to Amend CCN |

COURT REPORTER/TRANSCRIPTS

EXHIBIT I
Page 240 of 279

# INVOICE



Invoiced by CRC National

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 116047 | 8/28/2015 | 106191 |
| **Job Date** | | **Case No.** |
| 8/24/2015 | 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, 44547, 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, 44649 | |
| **Case Name** | | |
| Application of CenterPoint And CTT to Amend CCN | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Katie Coleman
Thompson & Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin, TX 78701

COPY OF:

Warren Lasher                                                                      606.05

TOTAL DUE >>>                    **$606.05**
AFTER 9/27/2015 PAY              $678.78

Invoice prepared for:
KENNEDY REPORTING SERVICE

Payment is NOT contingent upon client reimbursement.

1/2 - $303.03

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

**Tax ID:** 76-0537648                                    Phone: 512-469-6100   Fax:512-469-6180

*Please detach bottom portion and return with payment.*

Katie Coleman
Thompson & Knight LLP
98 San Jacinto Blvd., Ste. 1900
Austin, TX 78701

| | | |
|---|---|---|
| Invoice No. | : | 116047 |
| Invoice Date | : | 8/28/2015 |
| **Total Due** | : | **$606.05** |
| AFTER 9/27/2015 PAY | | $678.78 |

Remit To:   **Court Reporters Clearinghouse, Inc.**
            **1225 North Loop West, Suite 327**
            **Houston, TX 77008**

| | | |
|---|---|---|
| Job No. | : | 106191 |
| BU ID | : | KENNEDY |
| Case No. | : | 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, 44547, 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, 44649 |
| Case Name | : | Application of CenterPoint And CTT to Amend CCN |

COURT REPORTER/TRANSCRIPTS

EXHIBIT I
Page 241 of 279

# INVOICE

CONTINENTAL COURT REPORTERS, INC.
980 Lavaca Plaza
504 Lavaca Street
Austin TX 78701-2856
Phone:512-479-7771  Fax:512-472-1992

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152060 | 8/19/2015 | 69379 |
| Job Date | Case No. | |
| 8/10/2015 | 44547;44649 | |
| Case Name | | |
| Application of CenterPoint Energy Houston Electric, LLC | | |
| Payment Terms | | |
| Due upon receipt | | |

Katie Coleman
Thompson & Knight, LLP
98 San Jacinto Blvd., Suite 1900
Austin TX 78701

ONE CERTIFIED COPY OF THE DEPOSITION OF:

Collin Cain

762.98

TOTAL DUE >>>    $762.98
AFTER 9/18/2015 PAY    $824.02

*** Includes 3-Day Expedited Delivery of the Final Transcript & Exhibits ***

************** T H A N K   Y O U ! ***************
*********** www.TexasDepos.com **************

1/2 - $381.49

Tax ID: 76-0326397

Phone: 512-469-6126   Fax:

*Please detach bottom portion and return with payment.*

Katie Coleman
Thompson & Knight, LLP
98 San Jacinto Blvd., Suite 1900
Austin TX 78701

Job No.     : 69379        BU ID      : 04-
Case No.    : 44547;44649
Case Name   : Application of CenterPoint Energy Houston
              Electric, LLC
Invoice No. : 152060        Invoice Date  : 8/19/2015
Total Due   : $762.98
AFTER 9/18/2015 PAY $824.02

## PAYMENT WITH CREDIT CARD          AMEX    VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:    CONTINENTAL COURT REPORTERS, INC.
             P.O. BOX 1145
             HOUSTON TX 77251-1145

COURT REPORTER/TRANSCRIPTS

EXHIBIT I
Page 242 of 279

# INVOICE

CONTINENTAL COURT REPORTERS, INC.
980 Lavaca Plaza
504 Lavaca Street
Austin TX 78701-2856
Phone:512-479-7771  Fax:512-472-1992

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152068 | 8/19/2015 | 69383 |

| Job Date | Case No. |
|---|---|
| 8/11/2015 | 44547;44649 |

| Case Name |
|---|
| Application of CenterPoint Energy Houston Electric, LLC |

Katie Coleman
Thompson & Knight, LLP
98 San Jacinto Blvd., Suite 1900
Austin TX 78701

| Payment Terms |
|---|
| Due upon receipt |

ONE CERTIFIED COPY OF THE DEPOSITION OF:

Martin L. Baughman

|  | 1,028.84 |
|---|---|
| TOTAL DUE >>> | $1,028.84 |
| AFTER 9/18/2015 PAY | $1,111.15 |

*** Includes 2-Day Expedited Delivery of the Final Transcript,
Numerous Pages of Testimony & Exhibits ***

½ - $514.42

*************** T H A N K   Y O U ! ***************
************* www.TexasDepos.com *************

Tax ID: 76-0326397

Phone: 512-469-6126   Fax:

*Please detach bottom portion and return with payment.*

Katie Coleman
Thompson & Knight, LLP
98 San Jacinto Blvd., Suite 1900
Austin TX 78701

| | | | |
|---|---|---|---|
| Job No. | : 69383 | BU ID | : 04- |
| Case No. | : 44547;44649 | | |
| Case Name | : Application of CenterPoint Energy Houston Electric, LLC | | |
| Invoice No. | : 152068 | Invoice Date | : 8/19/2015 |
| **Total Due** | : **$1,028.84** | | |

AFTER 9/18/2015 PAY $1,111.15

**PAYMENT WITH CREDIT CARD**      AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                          Phone #:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To:    **CONTINENTAL COURT REPORTERS, INC.**
P.O. BOX 1145
HOUSTON TX 77251-1145

COURT REPORTER/TRANSCRIPTS

EXHIBIT I
Page 243 of 279

# INVOICE

CONTINENTAL COURT REPORTERS, INC.
980 Lavaca Plaza
504 Lavaca Street
Austin TX 78701-2856
Phone:512-479-7771  Fax:512-472-1992

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 152077 | 8/19/2015 | 69384 |

| Job Date | Case No. |
|---|---|
| 8/12/2015 | 44547;44649 |

| Case Name |
|---|
| Application of CenterPoint Energy Houston Electric, LLC |

| Payment Terms |
|---|
| Due upon receipt |

Katie Coleman
Thompson & Knight, LLP
98 San Jacinto Blvd., Suite 1900
Austin TX 78701

ONE CERTIFIED COPY OF THE DEPOSITION OF:

Songhoon "Spencer" Yang

    1,558.12

TOTAL DUE  >>>    **$1,558.12**

AFTER 9/18/2015 PAY    $1,682.77

\*\*\* Includes 2-Day Expedited Delivery of the Final Transcript,
Numerous Pages of Testimony & Exhibits \*\*\*

1/2 — $779.06

\*\*\*\*\*\*\*\*\*\*\*\*\*  T H A N K  Y O U !  \*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*  www.TexasDepos.com  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Tax ID: 76-0326397

Phone: 512-469-6126  Fax:

*Please detach bottom portion and return with payment.*

Katie Coleman
Thompson & Knight, LLP
98 San Jacinto Blvd., Suite 1900
Austin TX 78701

Job No.    : 69384       BU ID    : 04-

Case No.    : 44547;44649

Case Name    : Application of CenterPoint Energy Houston
           Electric, LLC

Invoice No.    : 152077       Invoice Date    : 8/19/2015

**Total Due**    : **$1,558.12**
AFTER 9/18/2015 PAY  $1,682.77

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To:   **CONTINENTAL COURT REPORTERS, INC.**
          **P.O. BOX 1145**
          **HOUSTON TX 77251-1145**

COURT REPORTER/TRANSCRIPTS

**EXHIBIT I**
Page 244 of 279

# INVOICE

**KENNEDY**
Reporting Service
Invoiced by CRC National

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117224 | 10/16/2015 | 106022 |
| **Job Date** | **Case No.** | |
| 10/8/2015 | | |

**Case Name**

PUC Commission Open Meeting

**Payment Terms**

Due upon receipt

Andrew Kever
Enoch Kever, PLLC
600 Congress Avenue, Suite 2800
Austin, TX 78701

| | |
|---|---|
| PUC Commission Open Meeting/Agenda 12 | 200.00 |

**TOTAL DUE >>>**          **$200.00**
AFTER 11/15/2015 PAY          $230.00

Invoice prepared for:
KENNEDY REPORTING SERVICE

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 30.00 |
| (=) New Balance: | $230.00 |

*Friendly Reminder*
*Thanks!*

Posted to Juris
6000 CCA

11001.℡ 16   mJK

**Tax ID:** 76-0537648

Phone: 512-615-1229   Fax: 512-615-1198

*Please detach bottom portion and return with payment.*

Andrew Kever
Enoch Kever, PLLC
600 Congress Avenue, Suite 2800
Austin, TX 78701

| | | |
|---|---|---|
| Invoice No. | : | 117224 |
| Invoice Date | : | 10/16/2015 |
| **Total Due** | **:** | **$ 230.00** |

Remit To: **Court Reporters Clearinghouse, Inc.**
**1225 North Loop West, Suite 327**
**Houston, TX 77008**

| | | |
|---|---|---|
| Job No. | : | 106022 |
| BU ID | : | KENNEDY |
| Case No. | : | |
| Case Name | : | PUC Commission Open Meeting |

COURT REPORTER/TRANSCRIPTS

EXHIBIT I
Page 245 of 279

# INVOICE

## KENNEDY
Invoiced by CRC National

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 117910 | 11/6/2015 | 97619 |
| **Job Date** | **Case No.** | |
| 10/30/2014 | PUC PROJECT 42647 | |
| **Case Name** | | |
| ERCOT Planning and System Costs Associated with Renewable Resources | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Lynn Needles
Enoch Kever, PLLC
600 Congress Avenue, Suite 2800
Austin, TX 78701

COPY OF:

    PUC Commission Open Meeting/Workshop

390.51

**TOTAL DUE  >>>**    **$390.51**

AFTER 12/6/2015  PAY    $449.09

Invoice prepared for:
KENNEDY REPORTING SERVICE

Payment is NOT contingent upon client reimbursement.

Please visit our website at www.crcnational.com/payment for fast, safe and secure online invoice payment.
Even if you don't have a PayPal account - just click on "Don't have a PayPal account."

Luminant  1100l-27, per Mandy

**Tax ID:** 76-0537648

Phone: 512-615-1229   Fax:512-615-1198

*Please detach bottom portion and return with payment.*

Lynn Needles
Enoch Kever, PLLC
600 Congress Avenue, Suite 2800
Austin, TX 78701

| | | |
|---|---|---|
| Invoice No. | : | 117910 |
| Invoice Date | : | 11/6/2015 |
| **Total Due** | : | **$390.51** |
| AFTER 12/6/2015  PAY | | $449.09 |

Remit To:  **Court Reporters Clearinghouse, Inc.**
           **1225 North Loop West, Suite 327**
           **Houston, TX  77008**

COURT REPORTER/TRANSCRIPTS

| | | |
|---|---|---|
| Job No. | : | 97619 |
| BU ID | : | KENNEDY |
| Case No. | : | PUC PROJECT 42647 |
| Case Name | : | ERCOT Planning and System Costs Associated with Renewable Resources |

EXHIBIT I
Page 246 of 279


**KENNEDY**
**REPORTING SERVICE**
A record of excellence

# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 6/7/2016 | 1606013 |

BILL TO

Enoch Kever, PLLC
Andrew Kever
600 Congress Ave., Suite 2800
Austin, TX 78701

Remit to:

Kennedy Reporting Service, Inc.

555 Round Rock West Drive
Building E, Suite 202
Round Rock, TX 78681

| JOB NUMBER | SERVICE ORDERED BY | DOCKET NUMBER | CASE NAME |
|------------|--------------------|--------------| -----------|
| 16147-1 | Toni House | 45624 | City of Garland CCN |

| DATE TAKEN | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------------|-------------|----------|------|--------|
| | Public Utility Commission of Texas | | | |
| | Hearing on the Merits, Volume I | | | |
| 5/31/2016 | One Copy - Expedited Two-Day Delivery | 57 | 3.78 | 215.46 |
| | Administrative Fee | 1 | 30.00 | 30.00 |
| | Tax ID # 74-1837735 | | | |
| TERMS: | Due on receipt | **Total** | | $245.46 |

Direct all inquiries to:
Amy Burt
512-474-2233
order@kennedyreporting.com

THANK YOU FOR YOUR BUSINESS!



# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 6/7/2016 | 1606015 |

BILL TO

Enoch Kever, PLLC
Andrew Kever
600 Congress Ave., Suite 2800
Austin, TX 78701

Remit to:

Kennedy Reporting Service, Inc.

555 Round Rock West Drive
Building E, Suite 202
Round Rock, TX 78681

| JOB NUMBER | SERVICE ORDERED BY | DOCKET NUMBER | CASE NAME |
|------------|--------------------|--------------|-----------|
| 16147-2 | Toni House | 45624 | City of Garland CCN |

| DATE TAKEN | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------------|-------------|----------|------|--------|
| 6/1/2016 | Public Utility Commission of Texas<br><br>Hearing on the Merits, Volume 2<br><br>One Copy - Expedited Two-Day Delivery<br>Administrative Fee<br><br>Tax ID # 74-1837735 | 245<br>1 | 3.78<br>30.00 | 926.10<br>30.00 |

| TERMS: | Due on receipt | **Total** | | $956.10 |

Direct all inquiries to:
Amy Burt
512-474-2233
order@kennedyreporting.com

THANK YOU FOR YOUR BUSINESS!

EXHIBIT I
Page 248 of 279
COURT REPORTER/TRANSCRIPTS



# Invoice

| DATE | INVOICE NO. |
|------|-------------|
| 6/13/2016 | 1606033 |

**BILL TO**

Enoch Kever, PLLC
Andrew Kever
600 Congress Ave., Suite 2800
Austin, TX 78701

Remit to:

**Kennedy Reporting Service, Inc.**

555 Round Rock West Drive
Building E, Suite 202
Round Rock, TX 78681

| JOB NUMBER | SERVICE ORDERED BY | DOCKET NUMBER | CASE NAME |
|------------|--------------------|--------------| ----------|
| 16147-3 | Toni House | 45624 | App of City of Garland - CCN |

| DATE TAKEN | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|------------|-------------|----------|------|--------|
| | Public Utility Commission of Texas | | | |
| | Hearing on the Merits, Volume 3 | | | |
| 6/3/2016 | One Copy - Intermediate | 14 | 2.58 | 36.12 |
| | Administrative Fee | 1 | 30.00 | 30.00 |
| | Tax ID # 74-1837735 | | | |
| TERMS: | Due on receipt | **Total** | | $66.12 |

Direct all inquiries to:
Amy Burt
512-474-2233
order@kennedyreporting.com

THANK YOU FOR YOUR BUSINESS!

# PROFESSIONAL SERVICES

**From:** Lusk, Deyla [mailto:Deyla.Lusk@tklaw.com]
**Sent:** Wednesday, December 16, 2015 11:20 AM
**To:** Emily Jolly
**Cc:** Cyd McCool; Coleman, Katie
**Subject:** D. 44547/44649 - Griffey HIP Invoices to be billed to Luminant at 50%

Good morning ladies,

It's been brought to my attention that we have not yet submitted an invoice to Enoch Kever for their portion of Charles Griffey's services in the D. 44547/44649 HIP matter.

Attached are the following Griffey invoices:

| | |
|---|---|
| May | 3,610.00 |
| June | 6,365.00 |
| July | 37,998.67 |
| August | 26,220.00 |
| September | 15,677.07 |
| **Total** | **89,870.74** |

| | |
|---|---|
| Total due from TIEC (50%) | 44,935.37 |
| **Total due from Luminant/Enoch Kever (50%)** | **44,935.37** |

Please let me know if you can submit payment from this email, or if I should request an invoice to be issued to Enoch Kever.

I apologize for any inconvenience.

**Deyla O. Lusk | Thompson & Knight LLP**
98 San Jacinto Boulevard, Suite 1900, Austin, Texas 78701
512.469.6179 (direct)|512.482.5024 (fax)|deyla.lusk@tklaw.com



This message may be confidential and attorney-client privileged. If received in error, please do not read. Instead, reply to me that you have received it in error and delete the message.

**CHARLES S. GRIFFEY**
**INVOICE FOR CONSULTING SERVICES**
**DOCKET 44547 HIP CCN**
**May 2015**

| Date | Hours | Description |
|------|-------|-------------|
| 22-May | 0.25 | email w Coleman re schedule |
| 26-May | 0.25 | email w coleman re schedule |
| 27-May | 2.5 | Review Billo testimony |
| 28-May | 4 | Review testimony of CNP |
| 29-May | 2.5 | Complete review of CNP filing |

| | |
|---|---|
| Total Hours | 9.50 |
| X Rate per hour | $380.00 |

| | |
|---|---|
| Invoiced amount for labor | $ 3,610.00 |
| Approved Travel (next page for detail) | $    0.00 |

**Total Invoiced Amount for May 2015 Services**          **$ 3,610.00**

**Total Invoiced Amount**          **$3,610.00**

PROFESSIONAL SERVICES

EXHIBIT I
Page 252 of 279

**CHARLES S. GRIFFEY**
**INVOICE FOR CONSULTING SERVICES**
**DOCKET 44547 HIP CCN**
**June 2015**

| Date | Hours | Description |
|------|-------|-------------|
| 2-Jun | 0.25 | email, call w coleman re schedule |
| 3-Jun | 2.75 | review responses to Calpines 1 and Calpine 2, Katy |
| 6-Jun | 2 | analyze various load forecasts |
| 9-Jun | 0.25 | Call w TK re case |
| 10-Jun | 1.5 | Begin study of HSPM |
| 16-Jun | 5.5 | review rfis and ercot 90/10 forecast, Reassessment |
| 17-Jun | 1.5 | call w TK, filings, load forecast review |
| 18-Jun | 1.5 | call w ercot re 90/10 LF, analyze LF |
| 22-Jun | 0.25 | Call w TK re open records request |
| 24-Jun | 0.25 | Call w TK re open records request |
| 26-Jun | 1 | Review RFI responses |

| | |
|---|---|
| Total Hours | 16.75 |
| X Rate per hour | $380.00 |

| | |
|---|---|
| Invoiced amount for labor | $ 6,365.00 |
| Approved Travel (next page for detail) | $    0.00 |

**Total Invoiced Amount for June 2015 Services**                          **$ 6,365.00**

**CHARLES S. GRIFFEY**
**INVOICE FOR CONSULTING SERVICES**
**DOCKET 44547 HIP CCN**
**July 2015**

| Date | Hours | Description |
|------|-------|-------------|

| Date | Hours | Description |
|------|-------|-------------|
| 6-Jul | 0.75 | Call w ERCOT re 90% load forecast |
| 8-Jul | 1.5 | review HSPM attachments on cnp load forecasr and HIP re-assessment |
| 9-Jul | 1.25 | call w ercot re ercot 90/10 by weather zone, call w TK re rfis and CNP load f... |
| 10-Jul | 2.25 | Call w TK re direct testimony & Luminant, work on testimony |
| 12-Jul | 4.5 | work on testimony |
| 13-Jul | 1 | call w coleman, upload file |
| 14-Jul | 1.25 | investigate CNP weather adjustment, work on file upload |
| 15-Jul | 0.75 | cnp weather adjustment, call w TK |
| 16-Jul | 0.25 | email w TK re schedule |
| 17-Jul | 1.25 | Call w Luminant & TK re direct testimony, work on direct testimony |
| 18-Jul | 1.5 | Work on direct testimony |
| 19-Jul | 2.25 | Work on direct testimony |
| 20-Jul | 2 | Luminant comments, work on direct testimony |
| 21-Jul | 1 | calls w EK, review Luminant comments |
| 22-Jul | 6.75 | finish direct, begin review of intervenor testimony |
| 23-Jul | 5.5 | calls/emails w TK, work on RFIs, review testimony, rfi responses |
| 24-Jul | 4 | review of nrg calpine testimony |
| 25-Jul | 8.5 | work on cross rebuttal, review nrg/capline investor presentations |
| 26-Jul | 8 | testimony |
| 27-Jul | 11 | testimony, meet w TK & EK |
| 28-Jul | 7.25 | work on testimony |
| 29-Jul | 9.5 | work on testimony, rfis, draft out |
| 30-Jul | 4.25 | work on rfis, talk to EK, TK |
| 31-Jul | 10.75 | Work on rfis, TCEQ Nox matters, calls w TK and Luminant on same, work on |

| | |
|---|---|
| Total Hours | 97.00 |
| X Rate per hour | $380.00 |
| Invoiced amount for labor | $ 36,860.00 |
| Approved Travel (next page for detail) | $ 1,138.67 |
| **Total Invoiced Amount for July 2015 Services** | **$37,998.67** |

PROFESSIONAL SERVICES

EXHIBIT I
Page 254 of 279

## APPROVED TRAVEL

Overnight stay in Austin to work on testimony on 7/23 at Enoch Kever Offices

| | |
|---|---|
| Airfare | $243 |
| Hotel | $241.35 |
| Cabs | $30 |
| Meals | $20 |

Trip to Austin on 7/27 to discuss case with Thompson % Knight and Enoch Kever

| | |
|---|---|
| Airfare | $506 |
| Parking | $19 |
| Cabs | $60 |
| Meals | $19.32 |
| | |
| Total | $1,138.67 |

**CHARLES S. GRIFFEY**
**INVOICE FOR CONSULTING SERVICES**
**DOCKET 44547 HIP CCN**
**August 2015**

| Date | Hours | Description |
|---|---|---|
| 2-Aug | 0.5 | Communication with EK and TK re testimony draft status |
| 7-Aug | 6.5 | work on testimony, review filings |
| 8-Aug | 5.5 | work on testimony, review filings |
| 9-Aug | 5 | work on testimony, review filings |
| 10-Aug | 2.5 | work on testimony, review filings |
| 11-Aug | 2 | work on testimony, review filings |
| 12-Aug | 2.5 | work on testimony, review filings |
| 13-Aug | 2 | work on testimony, review filings |
| 14-Aug | 2.75 | work on testimony, review filings |
| 15-Aug | 2.5 | Work on figures for testimony, new TCEQ material |
| 16-Aug | 3.5 | texts w TK, edits to testimony, yang depo |
| 17-Aug | 12.5 | finish near final final draft, calls w TK and EK, work on exhibits |
| 18-Aug | 3.75 | Final edits, calls w TK, affidavit, review ercot testimony |
| 20-Aug | 0.5 | review filings |
| 21-Aug | 2.5 | Review CNP and CTT testimony |
| 24-Aug | 1.5 | Review rfis, supplement rfis |
| 25-Aug | 1.5 | Review Lasher depo, call with TK |
| 26-Aug | 3 | Review Billo depo, reply to motion to strike |
| 27-Aug | 3 | Sahni & Kellum depos and Staff position statement, emails w TK & EK re motion to strike |
| 28-Aug | 0.25 | emails w TK re panels |
| 29-Aug | 2.5 | Review Kemper, willick, ICF depos |
| 30-Aug | 0.5 | emails w TK re prep |
| 31-Aug | 2.25 | Review filings, NRG exhibits, motion to strike |

Total Hours                                                    69.00
X Rate per hour                                              $380.00

Invoiced amount for labor                          $ 26,220.00

Approved Travel (next page for detail)          $

**Total Invoiced Amount for August 2015 Services**          **$26,220.00**

**CHARLES S. GRIFFEY**
**INVOICE FOR CONSULTING SERVICES**
**DOCKET 44547 HIP CCN**
**September 2015**

| Date | Hours | Description |
|------|-------|-------------|
| 1-Sep | 6.5 | travel to asutin and witness prep |
| 2-Sep | 10.5 | attend hearing |
| 3-Sep | 10 | attend hearing and return |
| 8-Sep | 2 | review transcripts |
| 14-Sep | 1.75 | emails w TK re brief, edit brief |
| 15-Sep | 1.5 | review briefs |
| 19-Sep | 0.5 | emails w TK re brief |
| 21-Sep | 1.5 | review TIEC reply brief |
| 22-Sep | 1.5 | emails/call w tk, review 2nd draft of reply brief |
| 24-Sep | 2 | Review eply briefs |

Total Hours                                          37.75
X Rate per hour                                    $380.00

Invoiced amount for labor                     **$ 14,345.00**

Approved Travel (next page for detail)     **$  1,332.07**

**Total Invoiced Amount for September 2015 Services**              **$15,677.07**

## APPROVED TRAVEL

| | | |
|---|---:|---:|
| cabs | 60 | |
| hotel | 537.85 | |
| meals | 170.22 | |
| parking | 78 | |
| miles to hobby | | 44 |
| airfare | 486 | |

# ELECTRONIC RESEARCH



# PACER
**PUBLIC ACCESS TO COURT ELECTRONIC RECORDS**

UNITED STATES COURTS

BILLING HISTORY

[ Close ]

Summary Details Transaction Report by Date
All
from 04/01/2016 to 04/30/2016

Thu May 19 15:34:02 CDT 2016
ek1009

[ Back ]    [ New Search ]

| Billing Transactions | | | | | | |
|---|---|---|---|---|---|---|
| Login | Court | Date | Client Code | Pages | Audio | Cost |
| 04/27/2016 | | | | | | |
| 3785971 | TXNDC | 04/27/2016 | KINZER | 55 | *11001 85⁰* | $5.50 |

ELECTRONIC RESEARCH

EXHIBIT I
Page 260 of 279

Westlaw                                        Jun-16

| Usage Type Desc | Client | User Name | Day | Total Charge |
|---|---|---|---|---|
| Totals for Day | GOVERNMENTAL IMMUNITY | KINZER,LISA | 06/08/2016 | 3.21 |
| Totals for Day | GOVERNMENTAL IMMUNITY | KINZER,LISA | 06/09/2016 | 1.46 |
| Totals for Day | GOVERNMENTAL IMMUNITY | KINZER,LISA | 06/24/2016 | 5.92 |
| Totals for User | GOVERNMENTAL IMMUNITY | KINZER,LISA | | 10.59 |
| Totals for Client | GOVERNMENTAL IMMUNITY | | | 10.59 |

ELECTRONIC RESEARCH

EXHIBIT I
Page 261 of 279

## Cyd McCool

| | |
|---|---|
| **From:** | Laci Lofton |
| **Sent:** | Thursday, June 16, 2016 5:16 PM |
| **To:** | Cyd McCool |
| **Subject:** | FW: Your receipt for payment to HeinOnline (A Product of William S. Hein & Co., Inc.) |

I used the ▮▮▮▮▮▮ to pay for that Law Review Article Kirk and Andy wanted. Here is the receipt.

**From:** PayPal [mailto:service@paypal.com]
**Sent:** Thursday, June 16, 2016 5:01 PM
**To:** Laci Lofton
**Subject:** Your receipt for payment to HeinOnline (A Product of William S. Hein & Co., Inc.)



## You paid $29.95 USD to HeinOnline (A Product of William S. Hein & Co., Inc.)



Thanks for using PayPal, Laci Lofton

Create a PayPal account in just a few seconds so every checkout is a snap!

**Activate PayPal Now**

Payment details

For your purchase on June 16, 2016

ELECTRONIC RESEARCH

1

EXHIBIT I
Page 262 of 279

## Details

Law Journal Library                                           $29.95 USD

|                        | Subtotal |         | $29.95 USD  |
|                        | Total    |         | $29.95 USD  |

Paid with                    ████████████████████

The transaction will appear on your statement as PayPal * PAYPAL *HEINONLINE

Laci Lofton

## PayPal: easy to get, easy to use

PayPal isn't just a convenient way to shop online. It's also an easy way to send money to anyone, across town or around the world.

**Activate PayPal Now**

## Receipt number

0545-5242-9756-6466

Save this receipt in case you need to contact HeinOnline (A Product of William S. Hein & Co., Inc.) or PayPal customer service.

Invoice ID: 47,481-0-40,747
**Merchant details**
HeinOnline (A Product of William S. Hein & Co., Inc.)
techsupport@wshein.com
800-277-6995





## BILLING HISTORY

Close

**Detailed Transaction Report by Date**
**All**
**from 09/14/2016 to 09/14/2016**

Thu Oct 05 15:11:35 CDT 2017
ek1009

Back    New Search

| | | | | Billing Transactions | | | |
|---|---|---|---|---|---|---|---|
| Date | Time | Pages | Court | Client Code | Description | Search | Cost |
| 09/14/2016 | | | | | | | |
| 09/14/2016 | 10:48:34 | 1 | 1DCCA | LUMINANT | CASE SELECTION TABLE | CASE: 14-1244 | $0.10 |
| 09/14/2016 | 10:48:40 | 1 | 1DCCA | LUMINANT | CASE SUMMARY | 14-1244 | $0.10 |
| Subtotal: | | 34 | pages | | $3.40 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $3.40 | | |
| Grand Total: | | 34 | pages | | $3.40 | | |
| | | 0 | audio files ($2.40 ea) | | $0.00 | | |
| | | | | | $3.40 | | |

Back    New Search

ELECTRONIC RESEARCH

EXHIBIT I
Page 264 of 279
10/5/2017, 3:11 PM

1 of 2

# HEARING/TRIAL EXHIBITS



**MILLER IMAGING & DIGITAL SOLUTIONS**
P.O. Box 81771
Austin, TX 78708-1771
P: 512.478.8793 F: 512.834.9165
acctg@MillerIDS.com

MILLER
imaging & digital solutions

| | | INVOICE |
|---|---|---|
| Page | 1 | INVOICE |
| Invoice Number | 902235 | |
| Invoice Date | 5/27/2016 | 4:07:47PM |
| Purchase Order | ENOCH KEVER | |
| Project | | |
| Account # | 0000000501 | |
| Exempt/Resale # | | |

**DOWNTOWN**
1000 E 7th Street
Austin, TX 78702
512.478.8793

**NORTH**
10713 Metric Blvd.
Austin, TX 78758
512.837.8888

Bill To: ENOCH KEVER
600 CONGRESS AVE
SUITE 2800
AUSTIN, TX 78701

Ship To:

HOLD FOR PICKUP

Ordered by:    LYNN NEEDLES
Phone:    512 615 1229
Email:    LNEEDLES@ENOCHKEVER.COM

# INVOICE

| Selling Store: | 000001 | Shipping Store: | 000001 | Internal Order # 0000245223 |
|---|---|---|---|---|
| Sales Rep: 5CF | | Add'l Info: | | Terms: Cash |

| Num Orig | Num Sets | Qty/ Prints | Item Code | Size | Description | UOM | Sq Feet Total | Price | Amount |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | PRESECO | 24x 36 | Presentation Board: Economy | SQFT | 6 | 7.2500 | 43.50 |
| | | | | | -Print: Bond Paper (24lb) | | | | |
| | | | | | -Mount: 3/16" White Foam | | | | |
| | | | | | -Lamination: none | | | | |
| | | | | | -Recommend for indoor use | | | | |

Payment:    Credit Card ▉▉▉▉▉▉    47.09

| Received by: _____ | Please print name: _____ |
|---|---|
| (Please sign) | |

| Sub-Total | Sales Tax | Deposit Rec'd | Balance Due |
|---|---|---|---|
| 43.50 | 3.59 | 47.09 | 0.00 |

EXHIBIT I

# MILEAGE

*(handwritten annotations)*
PERSONAL VEHICLE MILES
Luminant 83
mapquest 11001.83
K. Rasmussen
392 miles round trip
4-6-16
$211.90

**YOUR TRIP TO:**

1601 Bryan St, Dallas, TX 75201-3430  ×2

**3 HR 13 MIN | 196.2 MI** 🚗

Trip time based on traffic conditions as of 4:21 PM on May 2, 2016. Current Traffic: Light

**1.** Start out going **north** on Congress Ave toward W 7th St.
Then 0.05 miles — 0:05 total-mile

**2.** Take the 1st **right** onto E 7th St.
If you reach W 8th St you've gone a little too far.
Then 0.54 miles — 0:59 total-mile

**3.** Turn **left** onto N Interstate 35.
If you reach Brushy St you've gone a little too far.
Then 0.14 miles — 0.73-total-mile

**4.** Merge onto I-35 N via the ramp on the **left**.
Then 136.24 miles — 136.97 total-mile

**5.** Take I-35E N toward **Dallas**.
Then 56.53 miles — 193.50 total-mile

**6.** Take the exit on the **left**.
Then 0.02 miles — 193.52 total-mile

**7.** Merge onto I-35E N/US-77 N.
Then 1.17 miles — 194.69 total-mile

**8.** Take EXIT 429A toward **I-45/US-75/Houston/McKinney**.
Then 0.29 miles — 194.98 total-mile

**9.** Merge onto Woodall Rodgers Fwy N.
Then 0.20 miles — 195.18 total-mile

**10.** Take the exit toward **Field St/Griffin St**.
Then 0.01 miles — 195.19 total-mile

**11.** Keep **straight** to take the ramp toward **Field St/Griffin St**.
Then 0.05 miles — 195.24 total-mile

**12.** Keep **straight** to take the ramp toward **Field St**.
Then 0.17 miles — 195.44 total-mile

MILEAGE

## YOUR TRIP TO:

Forney

**3 HR 13 MIN | 211 MI** 🚗

Est. fuel cost: $14.80

mapquest

*(handwritten)* G. Lausmer
$225.72
11001.85
418  ~~392.4~~ miles round trip
6/9-10/16

1. Start out going **north** on W Courtyard Dr toward Shepherd Mountain Cv.

   Then 0.20 miles — 0.20 total miles

2. Take the 2nd **right**.
   Just past Shepherd Mountain Cv.

   If you reach Long Ct you've gone about 0.2 miles too far.

   Then 0.19 miles — 0.40 total miles

3. Turn **right**.

   Then 0.02 miles — 0.42 total miles

4. Take the 1st **right**.

   Then 0.05 miles — 0.47 total miles

5. Turn **right** onto Shepherd Mountain Cv.

   Then 0.15 miles — 0.62 total miles

6. Turn **left** onto W Courtyard Dr.

   Then 0.43 miles — 1.05 total miles

7. Turn **left** onto N Capital of Texas Hwy/TX-360.
   N Capital of Texas Hwy is 0.1 miles past Bridge Point Pkwy.

   If you are on Courtyard Dr and reach Wolf Ct you've gone a little too far.

   Then 5.01 miles — 6.06 total miles

8. Turn **left** onto N Mo Pac Expy.

   Then 0.07 miles — 6.13 total miles

9. Merge onto TX-1 Loop N/Mopac Expy N (Portions toll).

   Then 6.59 miles — 12.72 total miles

10. Merge onto TX-45 E toward **I-35 N** (Portions toll).

    Then 1.28 miles — 14.00 total miles

11. Take the **I-35 N** exit toward **Waco**.

    Then 1.31 miles — 15.31 total miles

MILEAGE

EXHIBIT I
Page 269 of 279

1 of 3

10/5/2017, 3:43 PM

**12.** Merge onto I-35 N.

Then 92.84 miles — 108.16 total miles

**13.** Go **straight**.

Then 9.09 miles — 117.25 total miles

**14.** Stay **straight** to go onto I-35 N/US-77 N. Continue to follow I-35 N.

Then 18.00 miles — 135.24 total miles

**15.** Take I-35E N toward **Dallas**.

Then 47.21 miles — 182.45 total miles

**16.** Merge onto I-20 E/LBJ Fwy E via EXIT 418B toward **Shreveport**.

Then 12.41 miles — 194.87 total miles

**17.** Merge onto I-635 N/LBJ Fwy N via EXIT 480 toward **Mesquite/Garland**.

Then 6.74 miles — 201.60 total miles

**18.** Merge onto US-80 E via EXIT 6B toward **Terrell**.

Then 8.90 miles — 210.50 total miles

**19.** Take the **FM-688** exit toward **Broad Street**.

Then 0.07 miles — 210.57 total miles

**20.** Turn **slight left** onto W US Highway 80/FM-688. Continue to follow FM-688.

Then 0.86 miles — 211.43 total miles

**21.** Take the 3rd **right** onto Pinson Rd.
*Pinson Rd is 0.2 miles past Crestview Dr.*

*If you reach S McGraw Ave you've gone a little too far.*

Then 0.00 miles — 211.43 total miles

**22.** Forney, TX, 334 PINSON RD is on the **left**.
*If you reach W Pacific St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.

MILEAGE

EXHIBIT I
Page 270 of 279

**Gary Zausmer**

*G. Zausmer*
*$220.86*
*409 mileage*
*11001.85*
*6-20-16*

| | |
|---|---|
| **From:** | Nan Griffes |
| **Sent:** | Monday, June 20, 2016 12:35 PM |
| **To:** | Gary Zausmer |
| **Subject:** | Best Western-Christopher Suites FW: Hotwire travel confirmation - Jun 21 - (Itin# 16424666955) |

**Importance:**    High

Gary, here is your confirmation and information regarding your hotel in Forney.

**From:** Hotwire.com [mailto:noreply@Hotwire.com]
**Sent:** Monday, June 20, 2016 12:33 PM
**To:** Nan Griffes
**Subject:** Hotwire travel confirmation - Jun 21 - (Itin#16424666955)

# hotwire

## Thank you for booking with Hotwire!
All of your trip information is in your online itinerary :

Go To My Itinerary

## Best Western Plus Christopher Inn & Suites (6/21/2016-6/22/2016)

Jun 21, 2016 - Jun 22, 2016   |   Itinerary # 16424666955

**Best Western Plus Christopher Inn & Suites**
Jun 21, 2016 - Jun 22, 2016 , 1 room| 1 night

BOOKED

Your reservation is booked. No need to call us to reconfirm this reservation.



View hotel details
752 Pinson Road, Forney, TX, 75126-9628 United States of America

Tel: 1 (972) 552-1412, Fax: 1 (972) 552-3626

### Price Summary

| Total | $124.29 |
|---|---|
| Collected by Hotwire | |

| | |
|---|---|
| **Room Price** | **$124.29** |
| 1 night | $109.99 |
| Taxes & Fees | $14.30 |

MILEAGE

EXHIBIT I
Page 271 of 279

Case 14-10979-CSS   Doc 13020-10   Filed 04/23/18   Page 272 of 279

## YOUR TRIP TO:



Forney

### 3 HR 13 MIN | 211 MI 🚗

**Est. fuel cost: $14.80**

1. Start out going **north** on W Courtyard Dr toward Shepherd Mountain Cv.

   Then 0.20 miles       0.20 total miles

2. Take the 2nd **right**.
   *Just past Shepherd Mountain Cv.*

   If you reach Long Ct you've gone about 0.2 miles too far.

   Then 0.19 miles       0.40 total miles

3. Turn **right**.

   Then 0.02 miles       0.42 total miles

4. Take the 1st **right**.

   Then 0.05 miles       0.47 total miles

5. Turn **right** onto Shepherd Mountain Cv.

   Then 0.15 miles       0.62 total miles

6. Turn **left** onto W Courtyard Dr.

   Then 0.43 miles       1.05 total miles

7. Turn **left** onto N Capital of Texas Hwy/TX-360.
   *N Capital of Texas Hwy is 0.1 miles past Bridge Point Pkwy.*

   If you are on Courtyard Dr and reach Wolf Ct you've gone a little too far.

   Then 5.01 miles       6.06 total miles

8. Turn **left** onto N Mo Pac Expy.

   Then 0.07 miles       6.13 total miles

9. Merge onto TX-1 Loop N/Mopac Expy N (Portions toll).

   Then 6.59 miles       12.72 total miles

10. Merge onto TX-45 E toward **I-35 N** (Portions toll).

    Then 1.28 miles       14.00 total miles

11. Take the **I-35 N** exit toward **Waco**.

    Then 1.31 miles       15.31 total miles

MILEAGE

EXHIBIT I
Page 272 of 279

1 of 3

10/5/2017, 3:43 PM

8/4

Reee

Travel –
charge

409 miles

Luminant/Forney

G. Lausmer
409 Miles
Round trip

$220.86

11001.85
8-4-16

```
Ticket #37270  08/04/2016  13:43
Reg: 1 Store: 1000 Clerk: 201

**********************************
*      Crumbzz Tasting Pavilion     *
*   212 South Bois D' Arc Street     *
*        Forney, TX   75126          *
*          214-541-9665              *
**********************************

Qty  Description              Price
==================================
1.00 Iced English Breakfast Tea  3.00
1.00 Tuna Sandwich               7.50
1.00 Omelet SUB Fruit            8.50
==================================

             Sub Total:   19.00
                   Tax:    1.57
                 Total:   20.57
   Credit Card Tendered:  20.57
   Card Number: .... ... ...▮

     Tip Amount: ____ 5.00

     TOTAL SALE: ____ 25.57

              BIZ DEV =>
   Thank You!  Luminant
   Kelli Rod, John
              Vay & Cruz
```



==YOUR TRIP TO:==

==Forney==

**3 HR 13 MIN** | ==211 MI== 🚗

**Est. fuel cost: $14.80**



**1.** Start out going **north** on W Courtyard Dr toward Shepherd Mountain Cv.

Then 0.20 miles                                              0.20 total miles

**2.** Take the 2nd **right**.
*Just past Shepherd Mountain Cv.*

*If you reach Long Ct you've gone about 0.2 miles too far.*

Then 0.19 miles                                              0.40 total miles

**3.** Turn **right**.
Then 0.02 miles                                              0.42 total miles

**4.** Take the 1st **right**.
Then 0.05 miles                                              0.47 total miles

**5.** Turn **right** onto Shepherd Mountain Cv.
Then 0.15 miles                                              0.62 total miles

**6.** Turn **left** onto W Courtyard Dr.
Then 0.43 miles                                              1.05 total miles

**7.** Turn **left** onto N Capital of Texas Hwy/TX-360.
*N Capital of Texas Hwy is 0.1 miles past Bridge Point Pkwy.*

*If you are on Courtyard Dr and reach Wolf Ct you've gone a little too far.*

Then 5.01 miles                                              6.06 total miles

**8.** Turn **left** onto N Mo Pac Expy.
Then 0.07 miles                                              6.13 total miles

**9.** Merge onto TX-1 Loop N/Mopac Expy N (Portions toll).
Then 6.59 miles                                              12.72 total miles

**10.** Merge onto TX-45 E toward **I-35 N** (Portions toll).
Then 1.28 miles                                              14.00 total miles

**11.** Take the **I-35 N** exit toward **Waco**.
Then 1.31 miles                                              15.31 total miles

MILEAGE

EXHIBIT I
Page 274 of 279

Case 14-10979-CSS    Doc 13020-10    Filed 04/23/18    Page 275 of 279

**12.** Merge onto I-35 N.

Then 92.84 miles ........................................................ 108.16 total miles

**13.** Go **straight**.

Then 9.09 miles ........................................................ 117.25 total miles

**14.** Stay **straight** to go onto I-35 N/US-77 N. Continue to follow I-35 N.

Then 18.00 miles ....................................................... 135.24 total miles

**15.** Take I-35E N toward **Dallas**.

Then 47.21 miles ....................................................... 182.45 total miles

**16.** Merge onto I-20 E/LBJ Fwy E via EXIT 418B toward **Shreveport**.

Then 12.41 miles ....................................................... 194.87 total miles

**17.** Merge onto I-635 N/LBJ Fwy N via EXIT 480 toward **Mesquite/Garland**.

Then 6.74 miles ........................................................ 201.60 total miles

**18.** Merge onto US-80 E via EXIT 6B toward **Terrell**.

Then 8.90 miles ........................................................ 210.50 total miles

**19.** Take the **FM-688** exit toward **Broad Street**.

Then 0.07 miles ........................................................ 210.57 total miles

**20.** Turn **slight left** onto W US Highway 80/FM-688. Continue to follow FM-688.

Then 0.86 miles ........................................................ 211.43 total miles

**21.** Take the 3rd **right** onto Pinson Rd.
*Pinson Rd is 0.2 miles past Crestview Dr.*

*If you reach S McGraw Ave you've gone a little too far.*

Then 0.00 miles ........................................................ 211.43 total miles

**22.** Forney, TX, 334 PINSON RD is on the **left**.
*If you reach W Pacific St you've gone a little too far.*

Use of directions and maps is subject to our Terms of Use. We don't guarantee accuracy, route conditions or usability. You assume all risk of use.

MILEAGE

EXHIBIT I
Page 275 of 279

2 of 3

10/5/2017, 3:43 PM

*Zausmer*

*$ 230.04    426 miles*
*Round trip*

## Nan Griffes

*11001.85*
*9-6-16*

| | |
|---|---|
| **From:** | Gary Zausmer |
| **Sent:** | Wednesday, September 07, 2016 8:37 AM |
| **To:** | Nan Griffes |
| **Subject:** | Mileage Reimbursement |

Please charge client 426 miles - 9/6 travel to Sunnyvale and Forney

Sent from my iPhone

*BUS. DEV - Lam/FORNEY*    *S. MOORE*

```
              Mama's Daughters Diner
                  111 E. Main St.
                 Forney, TX 75126

  Server: Cody              C0/06/16 6:18 PM
  Check #193                         Table 20

  Credit Card                           Swiped


  Authorization                        Approved
  Approval Code                          544412
  Check ID                    3017004000038034
  Payment ID                          sHzaQheAs

        Amount:                         $13.62

        + Tip:                           4.00

        = Total:                        17.62

  X
                 GARY E ZAUSMER


                 Customer Copy
```

EXHIBIT I

**YOUR TRIP TO:**

Forney

3 HR 21 MIN | 215 MI 🚗

Est. fuel cost: $15.10

*G. Zausmer*
*9-6-16*

mapquest

*Mileage to*
*Sunnyvale & Forney*
*426 miles roundtrip*
*11001.85*

(A) 5918 W Courtyard Dr, Austin, TX 78730-5012

🔵 **1.** Start out going **north** on W Courtyard Dr toward Shepherd Mountain Cv.

Then 0.20 miles — 0.20 total miles

↱ **2.** Take the 2nd **right**.
*Just past Shepherd Mountain Cv.*

*If you reach Long Ct you've gone about 0.2 miles too far.*

Then 0.19 miles — 0.40 total miles

↱ **3.** Turn **right**.

Then 0.02 miles — 0.42 total miles

↱ **4.** Take the 1st **right**.

Then 0.05 miles — 0.47 total miles

↱ **5.** Turn **right** onto Shepherd Mountain Cv.

Then 0.15 miles — 0.62 total miles

↰ **6.** Turn **left** onto W Courtyard Dr.

Then 0.43 miles — 1.05 total miles

↰ **7.** Turn **left** onto N Capital of Texas Hwy/TX-360.
*N Capital of Texas Hwy is 0.1 miles past Bridge Point Pkwy.*

*If you are on Courtyard Dr and reach Wolf Ct you've gone a little too far.*

Then 5.01 miles — 6.06 total miles

↰ **8.** Turn **left** onto N Mo Pac Expy.

Then 0.07 miles — 6.13 total miles

⇈ **9.** Merge onto TX-1 Loop N/Mopac Expy N (Portions toll).

Then 6.59 miles — 12.72 total miles

⇈ **10.** Merge onto TX-45 E toward **I-35 N** (Portions toll).

Then 1.28 miles — 14.00 total miles

MILEAGE

EXHIBIT I
Page 277 of 279

**11.** Take the **I-35 N** exit toward **Waco**.

Then 1.31 miles

15.31 total miles

**12.** Merge onto I-35 N.

Then 92.84 miles

108.16 total miles

**13.** Go **straight**.

Then 9.09 miles

117.25 total miles

**14.** Stay **straight** to go onto I-35 N/US-77 N. Continue to follow I-35 N.

Then 18.00 miles

135.24 total miles

**15.** Take I-35E N toward **Dallas**.

Then 47.21 miles

182.45 total miles

**16.** Merge onto I-20 E/LBJ Fwy E via EXIT 418B toward **Shreveport**.

Then 12.41 miles

194.87 total miles

**17.** Merge onto I-635 N/LBJ Fwy N via EXIT 480 toward **Mesquite/Garland**.

Then 7.49 miles

202.36 total miles

**18.** Take EXIT 7 toward **Town East Blvd**.

Then 0.38 miles

202.74 total miles

**19.** Merge onto Lyndon B Johnson Fwy.

Then 0.30 miles

203.04 total miles

**20.** Turn **right** onto N Town East Blvd.
*If you reach I-635 N you've gone about 0.2 miles too far.*

Then 1.49 miles

204.53 total miles

**21.** Turn **right** onto Glen Wick Dr.
*Glen Wick Dr is 0.2 miles past Via del Norte.*

*If you reach Redwolf Dr you've gone about 0.2 miles too far.*

Then 0.04 miles

204.57 total miles

**22.** Turn **right** onto Chatham St.

Then 0.00 miles

204.57 total miles

**23.** 401 CHATHAM ST is on the **right**.
*If you are on Willowcreek Dr and reach Windridge Dr you've gone about 0.3 miles too far.*

Ⓑ Sunnyvale, TX

This leg of your trip is:
**3 hours 3 minutes · 204.57 miles**

MILEAGE

EXHIBIT I
Page 278 of 279

Start of next leg of route

**24.** Start out going **east** on Chatham St toward Glen Wick Dr.

Then 0.00 miles                                         204.57 total miles

**25.** Take the 1st **left** onto Glen Wick Dr.
*If you reach Melshire St you've gone about 0.1 miles too far.*

Then 0.04 miles                                         204.61 total miles

**26.** Take the 1st **right** onto N Town East Blvd.
*If you are on O Hare Dr and reach Green Canyon Dr you've gone about 0.1 miles too far.*

Then 0.38 miles                                         204.99 total miles

**27.** Turn **right** onto N Belt Line Rd.
*N Belt Line Rd is just past Sugarberry Dr.*

*If you are on Town East Blvd and reach Tower Pl you've gone about 0.2 miles too far.*

Then 1.65 miles                                         206.64 total miles

**28.** Turn **left** onto US Highway 80 E.
*If you reach Range Dr you've gone about 0.1 miles too far.*

Then 0.27 miles                                         206.91 total miles

**29.** Merge onto US-80 E via the ramp on the **left**.

Then 6.76 miles                                         213.68 total miles

**30.** Take the **FM-688** exit toward **Broad Street**.

Then 0.07 miles                                         213.75 total miles

**31.** Turn **slight left** onto W US Highway 80/FM-688. Continue to follow FM-688.

Then 0.86 miles                                         214.61 total miles

**32.** Take the 3rd **right** onto Pinson Rd.
*Pinson Rd is 0.2 miles past Crestview Dr.*

*If you reach S McGraw Ave you've gone a little too far.*

Then 0.00 miles                                         214.61 total miles

**33.** Forney, TX, 334 PINSON RD is on the **left**.
*If you reach W Pacific St you've gone a little too far.*

**Forney, TX**

This leg of your trip is:
**12 minutes · 10.04 miles**

MILEAGE

EXHIBIT I
Page 279 of 279