# EXHIBIT J

**List of Professionals by Matter
For the Fee Period March 2015 – September 2016 (TCEH)**

Luminant Energy, Debtor
Client No. 11001
List of Professionals by Matter

| Professional | Title |
|---|---|

**Matter: 00001 - Luminant Flat Fee Agreement**

| Kever, Andrew | Member |
|---|---|

**Matter: 00005 - CREZ Related Matters**

| Kever, Andrew | Member |
|---|---|
| Kimbrough, Mandy J. | Associate |

**Matter: 00016 - General Representation**

| Johnson, Rod | Member |
|---|---|
| Kever, Andrew | Member |
| Lorber, Melissa A. | Member |
| Moore, Bill A. | Member |
| Rasmussen, Kirk D. | Member |
| Vay, John J | Member |
| Adams, Elizabeth L. | Associate |
| Hanlon, Michelle V | Associate |
| Horton, Shana L. | Associate |
| Jolly, Emily R | Associate |
| Kimbrough, Mandy J. | Associate |
| Kinzer, Lisa D. | Associate |
| Nuttall, Brett A. | Associate |
| Lindsey, Laci | Paralegal |
| Abernathy, Aundrea R. | Legal Assistant |
| Needles, Lynn | Legal Assistant |
| Spellmann, Lou Ann | Legal Assistant |

**Matter: 00020 - Texas Regional Entity**

| Kever, Andrew | Member |
|---|---|

**Matter: 00022 - FERC**

| Kever, Andrew | Member |
|---|---|
| Kimbrough, Mandy J. | Member |
| Jolly, Emily R | Associate |
| Rasmussen, Kirk D. | Member |

**Matter: 00026 - Luminant ET Services**

| Kever, Andrew | Member |
|---|---|
| Kimbrough, Mandy J. | Member |
| Jolly, Emily R | Associate |
| Abernathy, Aundrea R. | Legal Assistant |
| Needles, Lynn | Legal Assistant |

Luminant Energy, Debtor
Client No. 11001
List of Professionals by Matter

**Matter: 00027 - Rulemaking: General**

| Name | Title |
|---|---|
| Horton, Shana L. | Associate |
| Jolly, Emily R | Associate |
| Nuttall, Brett A. | Associate |
| Abernathy, Aundrea R. | Legal Assistant |
| Needles, Lynn | Legal Assistant |
| Kever, Andrew | Member |
| Kimbrough, Mandy J. | Member |
| Rasmussen, Kirk D. | Member |
| Vay, John J | Member |

**Matter: 00028 - Investigations: General**

| Name | Title |
|---|---|
| Kever, Andrew | Member |
| Kimbrough, Mandy J. | Member |
| Moore, Bill A. | Member |
| Rasmussen, Kirk D. | Member |
| Jolly, Emily R | Associate |
| Nuttall, Brett A. | Associate |

**Matter: 00034 - Rusk County Complaint**

| Name | Title |
|---|---|
| Kever, Andrew | Member |

**Matter: 00041 - Laws & Regulations: Quarterly**

| Name | Title |
|---|---|
| Johnson, Rod | Member |
| Kever, Andrew | Member |
| Kimbrough, Mandy J. | Member |
| Moore, Bill A. | Member |
| Rasmussen, Kirk D. | Member |
| Adams, Elizabeth L. | Associate |
| Hanlon, Michelle V | Associate |
| Horton, Shana L. | Associate |
| Jolly, Emily R | Associate |
| Kinzer, Lisa D. | Associate |
| Nuttall, Brett A. | Associate |

**Matter: 00045 - Winter Outage Investigation**

| Name | Title |
|---|---|
| Kever, Andrew | Member |

**Matter: 00046 - NERC Compliance**

| Name | Title |
|---|---|
| Kever, Andrew | Member |
| Jolly, Emily R | Associate |

Luminant Energy, Debtor
Client No. 11001
List of Professionals by Matter

Matter: 00047 - Appeal of PRR830

| | |
|---|---|
| Kever, Andrew | Member |
| Rasmussen, Kirk D. | Member |

Matter: 00049 - Nuclear Decommissioning Fund

| | |
|---|---|
| Kever, Andrew | Member |
| Kimbrough, Mandy J. | Member |
| Moore, Bill A. | Member |
| Rasmussen, Kirk D. | Member |
| Adams, Elizabeth L. | Associate |
| Jolly, Emily R | Associate |
| Nuttall, Brett A. | Associate |
| Abernathy, Aundrea R. | Legal Assistant |
| Needles, Lynn | Legal Assistant |

Matter: 00050 - Luminant's Annual Compliance

| | |
|---|---|
| Kever, Andrew | Member |
| Kimbrough, Mandy J. | Member |
| Rasmussen, Kirk D. | Member |
| Jolly, Emily R | Associate |
| Kinzer, Lisa D. | Associate |
| Needles, Lynn | Legal Assistant |

Matter: 00056 - ERCOT-General

| | |
|---|---|
| Kever, Andrew | Member |
| Kimbrough, Mandy J. | Member |
| Jolly, Emily R | Associate |

Matter: 00057 - Open Records Issues

| | |
|---|---|
| Johnson, Rod | Member |
| Kever, Andrew | Member |
| Kimbrough, Mandy J. | Member |
| Lorber, Melissa A. | Member |
| Moore, Bill A. | Member |
| Vay, John J | Member |
| Fuller, Jessica | Associate |
| Lindsey, Laci | Paralegal |

Matter: 00059 - Resource Adequacy

| | |
|---|---|
| Kever, Andrew | Member |
| Kimbrough, Mandy J. | Member |
| Abernathy, Aundrea R. | Legal Assistant |

Matter: 00060 - Big Brown Outage Dispute

| | |
|---|---|
| Kever, Andrew | Member |

Luminant Energy, Debtor
Client No. 11001
List of Professionals by Matter

Matter: 00063 - Severe Weather Investigation
    Kever, Andrew    Member

Matter: 00064 - Oak Grove Capacitor Bank Outage
    Kever, Andrew    Member

Matter: 00067 - Morgan Creek CT's NOV
    Kever, Andrew    Member

Matter: 00068 - New Generation Unit Consideration
    Kever, Andrew    Member

Matter: 00069 - Comanche Peak Nuclear Power Plant
    Kever, Andrew    Member

Matter: 00070 - Railroad Commission Issues
    Kever, Andrew    Member

Matter: 00071 - NextEra Decision Making Author
    Kever, Andrew    Member

Matter: 00072 - General Environmental
    Johnson, Rod    Member
    Kever, Andrew    Member
    Moore, Bill A.    Member
    O'Brien, Shelby    Member
    Vay, John J    Member

Matter: 00073 - Sierra Club v. Big Brown
    Kever, Andrew    Member

Matter: 00075 - Rulemaking: Cease & Desist
    Kever, Andrew    Member

Matter: 00076 - PUC Tracking
    Horton, Shana L.    Associate

Luminant Energy, Debtor
Client No. 11001
List of Professionals by Matter

Matter:  00078 - NRG/Calpine Appeal

| | |
|---|---|
| Rasmussen, Kirk D. | Member |
| Hanlon, Michelle V | Associate |
| Jolly, Emily R | Associate |
| Abernathy, Aundrea R. | Legal Assistant |

Matter:  00079 - PREZ Issues

| | |
|---|---|
| Kever, Andrew | Member |
| Kimbrough, Mandy J. | Member |

Matter:  00080 - HIP CCNs

| | |
|---|---|
| Kever, Andrew | Member |
| Kimbrough, Mandy J. | Member |
| Rasmussen, Kirk D. | Member |
| Adams, Elizabeth L. | Associate |
| Hanlon, Michelle V | Associate |
| Jolly, Emily R | Associate |
| Abernathy, Aundrea R. | Legal Assistant |
| Felle, Amanda | Legal Assistant |
| House, Toni | Legal Assistant |
| McCool, Cyd C | Legal Assistant |
| Needles, Lynn | Legal Assistant |
| Spellmann, Lou Ann | Legal Assistant |

Matter:  00081 - Oncor CCN Amendment (#44672)

| | |
|---|---|
| Kever, Andrew | Member |
| Rasmussen, Kirk D. | Member |
| Adams, Elizabeth L. | Associate |
| Jolly, Emily R | Associate |

Matter:  00082 - Project Longhorn

| | |
|---|---|
| Johnson, Rod | Member |
| Kever, Andrew | Member |
| Kimbrough, Mandy J. | Member |
| Moore, Bill A. | Member |
| Rasmussen, Kirk D. | Member |
| Vay, John J | Member |
| Jolly, Emily R | Associate |
| Nuttall, Brett A. | Associate |
| Spellmann, Lou Ann | Paralegal |
| McCool, Cyd C | Legal Assistant |
| Needles, Lynn | Legal Assistant |

Luminant Energy, Debtor
Client No. 11001
List of Professionals by Matter

Matter: 00083 - Bluebonnet - Three Oaks

| | |
|---|---|
| Kever, Andrew | Member |
| Moore, Bill A. | Member |
| Rasmussen, Kirk D. | Member |
| Vay, John J | Member |
| Jolly, Emily R | Associate |
| Nuttall, Brett A. | Associate |
| Lindsey, Laci | Paralegal |
| Needles, Lynn | Legal Assistant |

Matter: 00084 - Garland Project

| | |
|---|---|
| Kever, Andrew | Member |
| Kimbrough, Mandy J. | Member |
| Moore, Bill A. | Member |
| Rasmussen, Kirk D. | Member |
| Horton, Shana L. | Associate |
| Jolly, Emily R | Associate |
| Nuttall, Brett A. | Associate |
| Needles, Lynn | Legal Assistant |

Matter: 00085 - City of Forney Annexation

| | |
|---|---|
| Kever, Andrew | Member |
| Kimbrough, Mandy J. | Member |
| Lorber, Melissa A. | Member |
| Moore, Bill A. | Member |
| O'Brien, Shelby | Member |
| Vay, John J | Member |
| Zausmer, Gary E. | Member |
| Horton, Shana L. | Associate |
| Kinzer, Lisa D. | Associate |
| Lindsey, Laci | Paralegal |

Matter: 00086 - PUC RFI re: CT Ramp Rate 2016

| | |
|---|---|
| Kever, Andrew | Member |
| Moore, Bill A. | Member |

Matter: 00087 - Water Rights

| | |
|---|---|
| Kever, Andrew | Member |
| Vay, John J | Member |
| Horton, Shana L. | Associate |

Luminant Energy, Debtor
Client No. 11001
List of Professionals by Matter

Matter: 00088 - Luminant CT EOC Investigation

| | |
|---|---|
| Kimbrough, Mandy J. | Member |
| Moore, Bill A. | Member |
| Rasmussen, Kirk D. | Member |
| Jolly, Emily R | Associate |
| Kinzer, Lisa D. | Associate |
| Nuttall, Brett A. | Associate |
| Lindsey, Laci | Paralegal |

Matter: 00089 - 2016 RRS NOV

| | |
|---|---|
| Kever, Andrew | Member |
| Kimbrough, Mandy J. | Member |
| Moore, Bill A. | Member |

TXU ENERGY, Debtor
Client No. 11002
List of Professionals by Matter

| | Professional | Title |
|---|---|---|
| Matter: | 00004 - General Transactional/Regulatory | |
| | Kever, Andrew | Member |
| | Kimbrough, Mandy J. | Member |
| | Lorber, Melissa A. | Member |
| | Moore, Bill A. | Member |
| | Vay, John J. | Member |
| | Adams, Elizabeth L. | Associate |
| | Hanlon, Elizabeth L. | Associate |
| | Horton, Shana L. | Associate |
| | Jolly, Emily R. | Associate |
| | Kinzer, Lisa D. | Associate |
| | Nuttall, Brett A. | Associate |
| | Abernathy, Aundrea | Legal Assistant |
| | McCool, Cyd C. | Legal Assistant |
| | Needles, Lynn | Legal Assistant |
| Matter: | 00063 - Product Development Counseling | |
| | Kever, Andrew | Member |
| | Horton, Shana L. | Associate |
| | Jolly, Emily R. | Associate |
| Matter: | 00064 - General Enforcement Risk | |
| | Kever, Andrew | Member |
| | Kimbrough, Mandy J. | Member |
| | Needles, Lynn | Legal Assistant |
| Matter: | 00065 - Operations Counseling | |
| | Kever, Andrew | Member |
| | Kimbrough, Mandy J. | Member |
| | Moore, Bill A. | Member |
| | Adams, Elizabeth | Associate |
| | O'Brien, Shelby | Associate |
| Matter: | 00066 - Legislative Counseling Implementation | |
| | Kever, Andrew | Member |
| | Kimbrough, Mandy J. | Member |

TXU ENERGY, Debtor
Client No. 11002
List of Professionals by Matter

| Matter: | 00067 - Open Records Issues | |
|---|---|---|
| | Johnson, Rod | Member |
| | Kever, Andrew | Member |
| | Kimbrough, Mandy J. | Member |
| | Horton, Shana L. | Associate |
| | Jolly, Emily R. | Associate |
| | Kinzer, Lisa D. | Associate |
| | Needles, Lynn | Legal Assistant` |

| Matter: | 00068 - Ambit Complaint | |
|---|---|---|
| | Kever, Andrew | Member |
| | Kimbrough, Mandy J. | Member |
| | Moore, Bill A. | Member |
| | Adams, Elizabeth | Associate |
| | Hanlon, Michelle V. | Associate |

| Matter: | 00069 - Compliance Review | |
|---|---|---|
| | Kever, Andrew | Member |
| | Kimbrough, Mandy J. | Member |
| | Hanlon, Elizabeth L. | Associate |
| | Horton, Shana L. | Associate |

| Matter: | 00070 - HB 1295 Working Group | |
|---|---|---|
| | Kever, Andrew | Member |
| | Horton, Shana L. | Associate |
| | Jolly, Emily R. | Associate |

| Matter: | 00071 - Multi State Review | |
|---|---|---|
| | Kever, Andrew | Member |
| | Kimbrough, Mandy J. | Member |
| | Moore, Bill A. | Member |
| | Lindsey, Laci | Paralegal |

| Matter: | 00072 - Appearance in PUC Proceedings | |
|---|---|---|
| | Kimbrough, Mandy J. | Member |
| | Nuttall, Brett A. | Associate |

| Matter: | 00073 - AP Gas & Electric Complaint | |
|---|---|---|
| | Kever, Andrew | Member |
| | Kimbrough, Mandy J. | Member |
| | Vay, John J. | Member |
| | Jolly, Emily R. | Associate |
| | Kinzer, Lisa D. | Associate |
| | Nuttall, Brett A. | Associate |

4Change Energy, Debtor
Client No. 12050
List of Professionals by Matter

| | Professional | Title |
|---|---|---|
| Matter: | 00001 - General Regulatory | |
| | Kever, Andrew | Partner |
| Matter: | 00002 - Flat Fee | |
| | Kever, Andrew | Partner |
| | Kimbrough, Mandy J. | Partner |
| | Adams, Elizabeth L. | Associate |
| | Horton, Shana L. | Associate |
| | Jolly, Emily R | Associate |
| | Lindsey, Laci | Paralegal |
| | Abernathy, Aundrea R. | Legal Assistant |
| | Needles, Lynn | Legal Assistant |