# EXHIBIT A

**Kever Declaration**
**For the Fee Period March 2015 – September 2016 (EFH/EFIH)**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,1 | ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DECLARATION OF ANDREW KEVER IN SUPPORT OF THE FIRST INTERIM FEE APPLICATION OF ENOCH KEVER, SPECIAL COUNSEL TO THE DEBTORS AND DEBTORS-IN-POSSESSION (EFH/EFIH) FOR THE PERIOD FROM MARCH 1, 2015 THROUGH AND INCLUDING SEPTEMBER 30, 2016**

I, Andrew Kever, being duly sworn, state the following under penalty of perjury:

1. I am a managing member in the law firm of ENOCH KEVER PLLC ("Enoch Kever"), located 5918 W. Courtyard Dr., Suite 500, Austin, Texas 78730. "Enoch Kever").[1] I am the lead attorney from Enoch Kever working on the various matters as authorized by the Retention Order. I am a member in good standing of the Bar of the State of Texas. There are no disciplinary proceedings pending against me.

2. I have personally performed many of the legal services rendered by Enoch Kever as special counsel to the Debtors for certain environmental-related matters and am familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. I have read the foregoing Final Fee Application of Enoch Kever, special counsel for the Debtors, for the Fee Period (the "Fee Application"). To the best of my knowledge, information and belief, the statements contained in the Fee Application are true and correct. In

---

[1] Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Fee Application.

addition, I believe that the Fee Application complies with Local Bankruptcy Rule 2016-2 of the United States Bankruptcy Court for the District of Delaware.

In connection therewith, I hereby certify that:

a) to the best of my knowledge, information, and belief, formed after reasonable inquiry, the fees and disbursements sought in the Fee Application are permissible under the relevant rules, court orders, and Bankruptcy Code provisions, except as specifically set forth herein;

b) except to the extent disclosed in the Fee Application, the fees and disbursements sought in the Fee Application are billed at rates customarily employed by Enoch Kever and generally accepted by Enoch Kever's clients. In addition, none of the professionals seeking compensation varied their hourly rate based on the geographic location of the Debtors' case;

c) as discussed in the Fee Application, the fees sought are consistent with the fixed fee agreement with the Debtors;

d) Enoch Kever is seeking no compensation with respect to (i) the reviewing or revising time records and preparing, reviewing, and revising invoices;[2] and (ii) the reviewing time records to redact privileged or confidential information;

e) in providing a reimbursable expense, Enoch Kever does not make a profit on that expense, whether the service is performed by Enoch Kever in-house or through a third party;

f) in accordance with Rule 2016(a) of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. § 504, no agreement or understanding exists between Enoch Kever and any other person for the sharing of compensation to be received in connection with the above cases except as authorized pursuant to the Bankruptcy Code, Bankruptcy Rules, and Local Bankruptcy Rules; and

g) All services for which compensation is sought were professional services on behalf of the Debtors and not on behalf of any other person.

---

[2] This is limited to work involved in preparing and editing billing records that would not be compensable outside of bankruptcy and does not include reasonable fees for preparing a fee application.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  April 23, 2018                                         Respectfully submitted,

                                                               */s/ Andrew Kever*
                                                               Andrew Kever
                                                               as Managing Member of ENOCH KEVER PLLC