# EXHIBIT D

**Voluntary Rate Disclosures**
**For the Fee Period March 2015 – September 2016 (EFH/EFIH)**

# EXHIBIT D

## Voluntary Rate Disclosures for the Fee Period
## March 2015 – September 2016 (EFH/EFIH)

- The blended hourly rate for all Enoch Kever timekeepers (including both professionals and paraprofessionals) who billed to non-bankruptcy matters (collectively, the "Non-Bankruptcy Matters")[1] during the period beginning on March 1, 2015 and ending on September 31, 2016 (the "Comparable Period") was, in the aggregate, approximately $388.26 per hour (the "Non-Bankruptcy Blended Hourly Rate").[2]

- The blended hourly rate for all Enoch Kever timekeepers (including both professionals and paraprofessionals) who billed to the Debtors during the Fee Period was approximately $388.45 per hour (the "Debtor Blended Hourly Rate").[3]

- A detailed comparison of these rates is as follows:

| Position at ENOCH KEVER | Debtor Blended Hourly Rate for This Fee Application | Non-Bankruptcy Blended Hourly Rate |
|---|---|---|
| Members | $498.51 | $499.00 |
| Associates | $243.31 | $300.00 |
| Paralegal | $95.00 | $182.50 |
| Legal Assistants | $75.00 | $90.00 |
| Attorneys & Paraprofessionals | $388.45 | $388.26 |

---

[1] It is the nature of Enoch Kever's practice that certain non-bankruptcy engagements require the advice and counsel of professionals and paraprofessionals who work primarily within Enoch Kever's Restructuring Group. Accordingly, "Non-Bankruptcy Matters" consist of matters for which Enoch Kever domestic timekeepers represented a client in a matter other than an in-court bankruptcy proceeding. Moreover, the Non-Bankruptcy Matters include time billed by Enoch Kever domestic timekeepers who work primarily within Enoch Kever's Restructuring Group.

[2] Enoch Kever calculated the blended rate for Non-Bankruptcy Matters by dividing the *total dollar amount* billed by Enoch Kever domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period by the *total number of hours* billed by Enoch Kever domestic timekeepers to the Non-Bankruptcy Matters during the Comparable Period.

[3] Enoch Kever calculated the blended rate for timekeepers who billed to the Debtors by dividing the *total dollar amount billed* by such timekeepers during the Fee Period by the *total number of hours billed* by such timekeepers during the Fee Period.