# EXHIBIT E

**Summary of Total Fees Incurred and Hours Billed**
**For the Fee Period March 2015 – September 2016 (EFH/EFIH)**

**EXHIBIT E**
**Summary of Total Fees Incurred and Hours Billed During the Fee Period of March 2015 - September 2016 (EFH/EFIH)**

| Attorney Name | Position | Department | Date of Admission | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Fees Billed In this Application at Final Application Billing Rate |
|---|---|---|---|---|---|---|---|---|
| Johnson, Rodman C. | Member | Environmental | 1992 | $9,928.76 | 23.00 | 0 | $431.69 | $9,928.76 |
| Kever, Andrew | Member | Regulatory | 1975 | $637,709.50 | 1,316.10 | 0 | $484.54 | $637,709.50 |
| Kimbrough, Mandy J. | Member | Regulatory | 2005 | $65,281.41 | 228.00 | 0 | $286.32 | $65,281.41 |
| Moore, William A. | Member | Regulatory | 1995 | $371,099.70 | 886.80 | 0 | $418.47 | $371,099.70 |
| Rasmussen, Kirk D. | Member | Regulatory | 1999 | $56,533.17 | 142.60 | 0 | $396.45 | $56,533.17 |
| Vay, John J. | Member | Regulatory | 1984 | $18,648.81 | 43.20 | 0 | $431.69 | $18,648.81 |
| Zausmer, Gary E. | Member | Litigation | 1979 | $1,259.83 | 2.60 | 0 | $484.55 | $1,259.83 |
| Adams, Elizabeth L. | Associate | Regulatory | 2015 | $35,415.83 | 160.80 | 0 | $220.25 | $35,415.83 |
| Hanlon, Michelle V. | Associate | Regulatory | 2012 | $40,100.49 | 202.30 | 0 | $198.22 | $40,100.49 |
| Horton, Shana L. | Associate | Environmental | 2003 | $4,308.04 | 16.30 | 0 | $264.30 | $4,308.04 |
| Jolly, Emily R. | Associate | Regulatory | 2007 | $16,659.09 | 64.10 | 0 | $259.89 | $16,659.09 |
| Kinzer, Lisa D. | Associate | Appellate/Litigation | 2013 | $2,642.97 | 12.00 | 0 | $220.25 | $2,642.97 |
| Nuttall, Brett A. | Associate | Regulatory | 2015 | $18,295.97 | 92.30 | 0 | $198.22 | $18,295.97 |

**EXHIBIT E**
**Summary of Total Fees Incurred and Hours Billed During the Fee Period of March 2015 - September 2016 (EFH/EFIH)**

| Paraprofessional Name | Position | Department | Number of Years in that Position | Fees Billed In this Application | Hours Billed In this Application | Number of Rate Increases | Hourly Rate Billed In this Application | Fees Billed In this Application at Final Application Billing Rate |
|---|---|---|---|---|---|---|---|---|
| Abernathy, Aundrea | Legal Assistant | Regulatory | 2 | $4,142.86 | 62.70 | 0 | $66.07 | $4,142.86 |
| Lindsey, Laci | Paralegal | Appellate/Litigation | 2 | $376.62 | 4.50 | 0 | $83.69 | $376.62 |
| McCool, Cyd | Legal Assistant | Appellate/Litigation | 7 | $1,817.04 | 27.50 | 0 | $66.07 | $1,817.04 |
| Needles, Lynn | Legal Assistant | Regulatory | 2 | $1,420.60 | 21.50 | 0 | $66.07 | $1,420.60 |
| Spellman, Lou Ann | Legal Assistant | Appellate/Litigation | 1 | $264.31 | 4.00 | 0 | $66.08 | $264.31 |
| | | | | | | | | |
| | | | | | 3,310.30 | | | 1,285,905.00 |