# EXHIBIT F

**Summary of Actual and Necessary Expenses
For the Fee Period March 2015 – September 2016 (EFH/EFIH)**

# EXHIBIT F

## Summary of Actual and Necessary Expenses Incurred During the Fee Period March 2015 – September 2016 (EFH/EFIH)

| Expense | Vendor (if any) | Amount |
|---|---|---|
| Airfare | Southwest Airlines | $1,147.19 |
| Standard Copies ($.13/page) | In-House | $2,062.06 |
| Court Reporter | Kennedy Reporting Service | $2,786.93 |
| Delivery/Messenger Service | FedEx; Corporate Couriers | $251.87 |
| Electronic Research | Pacer | $7.40 |
| Hotel | Fairmont; Ritz-Carlton | $1,169.48 |
| Parking | ABIA Airport Parking | $69.00 |
| Postage | In-House | $56.41 |
| Taxi | Various cab services in Dallas | $145.00 |
| | **Totals** | **$7,695.34** |