# EXHIBIT G

**Summary of Fees and Expenses by Matter**
**For the Fee Period March 2015 – September 2016 (EFH/EFIH)**

# EXHIBIT G

## Summary, by Matter Category, of Hours, Fees and Expenses
## Incurred During the Fee Period March 2015 – September 2016 (EFH/EFIH)

| Matter Number | Matter Description | Total Hours Billed | Total Fees Requested | Expenses | Total |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
| **11000** | **EFH** | **2,675.6** | **$1,025,000.00** | **$7,673.85** | **1,032,673.85** |
| 50 | EFH Restructuring | 2534 |  | $7,673.85 |  |
| 50.1 | EFH Restructuring – Case Administration | 5.9 |  |  |  |
| 50.2 | EFH Restructuring – Budgeting | 2.3 |  |  |  |
| 50.3 | EFH Restructuring – Fee Application | 95.7 |  |  |  |
| 56 | Project Titan | 37.7 |  |  |  |
|  |  |  |  |  |  |
| 51 | EFH – 2015 Legislative Session | **634.7** | **$260,905.00** | **$21.49** | **$260,926.49** |
|  |  |  |  |  |  |
| **Totals:** |  | 3310.3 | $1,285,905.00 | $ 7,695.34 | $1,293,600.34 |