# EXHIBIT I

## Detailed Description of Expenses and Disbursements
## For the Period March 2015 – September 2016 (EFH/EFIH)

# EXHIBIT I

## Detailed Description of EFH/EFIH Expenses and Disbursements During the Fee Period of March 2015 - September 2016

| AIRFARE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # Of Units | Total | Expense Description |
| 3649 | 11000 50 | 5/12/2015 | Kever, Andy | Airfare | 428.99 | 1 | $428.99 | Airfare to Dallas to attend EFH team meeting on 5/18/2015 ***(Includes $18.99 trip insurance - no receipt available)*** |
| | | | | | | | | |
| 3985 | 11000 50 | 8/31/2015 | Rasmussen, Kirk | Airfare | 340.20 | 1 | $340.20 | Reimbursement tor travel expenses while in Dallas for EFH meeting on 8/18/15 |
| | | | | | | | | |
| 4033 | 11000 50 | 9/24/2015 | Moore, Bill | Airfare | 378 | 1 | $378.00 | Reimbursement tor travel expenses to Dallas for testimony review and meeting with Hunts and Oncor on 9/24/15 |
| | | | | | | | | |
| **TOTAL AIRFARE EXPENSE:** | | | | | | | **$1,147.19** | |

| COPY EXPENSE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
| 3654 | 11000 50 | 6/30/2015 | Various | Copies | 0.13 | 1,215 | $157.95 | Copies for the month of June 2015 |
| | | | | | | | | |
| 4319 | 11000 50 | 12/31/2015 | Various | Copies | 0.13 | 3,129 | $406.77 | Copies for the month of December 2015 |
| | | | | | | | | |
| 4400 | 11000 50 | 1/31/2016 | Various | Copies | 0.13 | 7433 | $966.29 | Copies for the month of January 2016 |
| | | | | | | | | |
| 4451 | 11000 50 | 2/29/2016 | Various | Copies | 0.13 | 250 | $32.50 | Copies for the month of February 2016 |
| | | | | | | | | |
| 4574 | 11000 50 | 3/31/2016 | Various | Copies | 0.13 | 2054 | $267.02 | Copies for the month of March 2016 |
| | | | | | | | | |
| 4946 | 11000 50 | 4/30/2016 | Various | Copies | 0.13 | 322 | $41.86 | Copies for the month of April 2016 |
| | | | | | | | | |
| 4837 | 11000 50 | 5/31/2016 | Various | Copies | 0.13 | 62 | $8.06 | Copies for the month of May 2016 |
| | | | | | | | | |
| 4967 | 11000 50 | 6/30/2016 | Various | Copies | 0.13 | 1037 | $134.81 | Copies for the month of June 2016 |
| | | | | | | | | |
| 5218 | 11000 50 | 8/31/2016 | Various | Copies | 0.13 | 360 | $46.80 | Copies for the month of August 2016 |
| | | | | | | | | |
| | | | | | | **TOTAL COPY EXPENSE:** | **$2,062.06** | |

| **COURT REPORTER** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
| 4124 | 11000 50 | 10/1/2015 | Moore, Bill | Court Reporter | 338.4 | 1 | $338.40 | Transcript from PUC Open Meeting on 9/24/15 (Kennedy Reporting) |
| | | | | | | | | |
| 4956 | 11000 50 | 4/8/2016 | Kever, Andy | Court Reporter | 948.06 | 1 | $948.06 | Transcript PUC Open Meeting for Dkt 45188 on 3/3/16 (Kennedy Reporting; Invoice #1603004) |
| 4946 | 11000 50 | 4/8/2016 | Kever, Andy | Court Reporter | 787.56 | 1 | $787.56 | Transcript of PUC Open Meeting Item #2 for Dkt 45188 on 3/21/16 (Kennedy Reporting; Invoice #1603050) |
| 4946 | 11000 50 | 4/8/2016 | Kever, Andy | Court Reporter | 605.04 | 1 | $605.04 | Transcript of PUC Open Meeting Item #34 for Dkt 45188 on 3/24/16 (Kennedy Reporting; Invoice #1603056) |
| | | | | | | | | |
| 5232 | 11000 50 | 9/25/2016 | Kever, Andy | Court Reporter | 107.87 | 1 | $107.87 | Transcript of PUC Open Meeting Item #29 for Dkt 42750 on 9/22/16 (Kennedy Reporting; Invoice #1609041) |
| | | | | | | | | |
| **TOTAL COURT REPORTER EXPENSE:** | | | | | | | **$2,786.93** | |

| **DELIVERY/MESSENGER SERVICE** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
| 3464 | 11000 50 | 3/10/2015 | Kever, Andrew | Delivery/ Messenger Service | 21.49 | 1 | $21.49 | FedEx – Delivery to Stacey Dore |
| 3463 | 11000 51 | 3/10/2015 | Kever, Andrew | Delivery/ Messenger Service | 21.49 | 1 | $21.49 | FedEx – Delivery to John O'Brien |
| | | | | | | | | |
| 4451 | 11000 50 | 2/24/2016 | Kever, Andy | Delivery/Messenger Service | 25.57 | 1 | $25.57 | FedEx overnight delivery of audit letter ***(No receipt available)*** |
| | | | | | | | | |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 4574 | 11000 50 | 3/22/2016 | Rasmussen, Kirk | Delivery/Messenger Service | 16 | 1 | $16.00 | Hand-deliver application for transfer of Nuclear Decommissioning Trust in Dkt 45753 to PUC for filing and return of file-stamped copy (Corporate Courier; Invoice #41374) |
| | | | | | | | | |
| 4946 | 11000 50 | 4/11/2016 | Rasmussen, Kirk | Delivery/Messenger Service | 45.12 | 1 | $45.12 | FedEx overnight delivery of notice of trust transfer application in Dkt 45753 to REP in Brownwood, Tx. ***(No receipt available)*** |
| 4946 | 11000 50 | 4/12/2016 | Rasmussen, Kirk | Delivery/Messenger Service | 50.15 | 1 | $50.15 | FedEx overnight delivery of notice of trust transfer application in Dkt 45753 to REP in Ft. Lauderdale, Fl. ***(No receipt available)*** |
| 4946 | 11000 50 | 4/13/2016 | Rasmussen, Kirk | Delivery/Messenger Service | 20 | 1 | $20.00 | Hand-deliver Proof of Notice in Dkt 45753 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #41584) |
| | | | | | | | | |
| 4967 | 11000 50 | 6/24/2016 | Rasmussen, Kirk | Delivery/Messenger Service | 16 | 1 | $16.00 | Hand-deliver Joint Request to Amend Proposed Order in Dkt 45753 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42583) |
| 4967 | 11000 50 | 6/24/2016 | Rasmussen, Kirk | Delivery/Messenger Service | 20 | 1 | $20.00 | Hand-deliver letter to ALJ re: issuing a proposed order in Dkt 45753 to PUC for filing and return of file-stamped copy (Corporate Couriers; Invoice #42583) |
| | | | | | | | | |
| 5232 | 11000 50 | 9/28/2016 | Kimbrough, Mandy | Delivery/Messenger Service | 32.1 | 0.5 | $16.05 | Hand-deliver Comanche Peak Power Co. letter and application to register PGC to PUC for filing and return of file-stamped copy (Original amount of $32.10 was split two ways with another client) (Corporate Couriers; Invoice #43796) |
| | | | | | | | | |
| | | | | | | **TOTAL DELIVERY/MESSENGER SERVICE:** | **$251.87** | |

## ELECTRONIC RESEARCH

| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 4319 | 11000 50 | 12/23/2015 | Moore, Bill | Electronic Research | 7.40 | 1 | $7.40 | Copies of bankruptcy documents from Pacer. ***(No receipt available)*** |
| | | | | | | | | |
| **TOTAL ELECTRONIC RESEARCH EXPENSE:** | | | | | | | **$7.40** | |

## HOTEL

| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
|---|---|---|---|---|---|---|---|---|
| 4033 | 11000 50 | 9/14/2015 | Moore, Bill | Hotel | 290.94 | 1 | $290.94 | Reimbursement for hotel expense while in Dallas for testimony meeting with Hunts and Oncor on 9/3-4/15 |
| 4033 | 11000 50 | 9/25/2015 | Moore, Bill | Hotel | 878.54 | 1 | $878.54 | Reimbursement for hotel expense while in Dallas for testimony review and meeting with Oncor, Hunts, and EFH on 9/9-11/15 |
| | | | | | | | | |
| **TOTAL HOTEL EXPENSE:** | | | | | | | **$1,169.48** | |

| PARKING | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
| 3985 | 11000 50 | 8/20/2015 | Moore, Bill | Parking | 23 | 1 | $23.00 | Reimbursement tor travel expenses while in Dallas for a Luminant meeting on 8/18/15 |
| 3985 | 11000 50 | 8/31/2015 | Rasmussen, Kirk | Parking | 23 | 1 | $23.00 | Reimbursement tor travel expenses while in Dallas for EFH meeting on 8/18/15 |
| | | | | | | | | |
| 4033 | 11000 50 | 9/24/2015 | Moore, Bill | Parking | 23 | 1 | $23.00 | Reimbursement tor travel expenses to Dallas for testimony review and meeting with Hunts and Oncor on 9/24/15 |
| | | | | | | | | |
| | | | | | | **TOTAL PARKING EXPENSE:** | **$69.00** | |

| POSTAGE | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
| 4946 | 11000 50 | 4/30/2016 | Various | Postage | 52.43 | 1 | $52.43 | Postage for the month of April 2016 |
| | | | | | | | | |
| 4967 | 11000 50 | 6/30/2016 | Various | Postage | 3.98 | 1 | $3.98 | Postage for the month of June 2016 |
| | | | | | | | | |
| | | | | | | **TOTAL POSTAGE EXPENSE:** | **$56.41** | |

| **TAXI** | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Invoice Number | Client / Matter | Date | Timekeeper Who Incurred Expense | Expense Category | Unit Cost | # of Units | Total | Expense Description |
| 3985 | 11000<br>50 | 8/20/2015 | Moore, Bill | Taxi | 70.00<br>75.00 | 1<br>1 | $145.00 | Reimbursement tor travel expenses while in Dallas for a Luminant meeting on 8/18/15 |
| | | | | | | | | |
| | | | | | | **TOTAL TAXI EXPENSE:** | **$145.00** | |

| **SUMMARY OF EXPENSES** | |
|---|---|
| **TOTAL AIRFARE EXPENSE:** | **$1,147.19** |
| **TOTAL COPY EXPENSE:** | **$2,062.06** |
| **TOTAL COURT REPORTER EXPENSE:** | **$2,786.93** |
| **TOTAL DELIVERY/MESSENGER SERVICE:** | **$251.87** |
| **TOTAL ELECTRONIC RESEARCH** | **$7.40** |
| **TOTAL HOTEL EXPENSE:** | **$1,169.48** |
| **TOTAL PARKING EXPENSE:** | **$69.00** |
| **TOTAL POSTAGE EXPENSE:** | **$56.41** |
| **TOTAL TAXI EXPENSE:** | **$145.00** |
| **TOTAL EXPENSES** | **$7,695.34** |

# AIRFARE



ENOCH KEVER PLLC
ANDREW KEVER
Closing Date 06/08/15

Account Ending [redacted]

◆ - denotes Pay Over Time activity

| | | Foreign Spend | Amount |
|---|---|---|---|
| 05/12/15 | SW AIR DALLAS TX<br>SOUTHWEST AIRLINES (MASTE<br>From: AUSTIN ROBERT MUEL<br>To: DALLAS/FORT WORTH; AUSTIN ROBERT MUEL; N/A; N/A<br>Carrier: WN; WN; YY; YY<br>Class: K; K; 00; 00<br>Ticket Number: 5262107776937<br>Date of Departure: 05/18<br>Passenger Name: KEVER/JUSTIN ANDREW<br>Document Type: PASSENGER TICKET<br>OPEN EXTENDED PAYMENT OPTION | | $410.00 ◆ |

002940 4/9

AIRFARE



Record Locator **KSJLDI**

## Itinerary

| Carrier | Flight # | Departing | Arriving | Fare Code |
|---|---|---|---|---|
| American | 1595 | AUSTIN<br>TUE 18AUG<br>7:00 AM | DALLAS FT WORTH<br>8:10 AM | L |
| Kirk Rasmussen | Seat 28F | Economy | FF#: 2J2F842 | |
| American | 1221 | DALLAS FT WORTH<br>TUE 18AUG<br>4:59 PM | AUSTIN<br>6:00 PM | G |
| Kirk Rasmussen | Seat 16F | Economy | FF#: 2J2F842 | |

## Receipt

| Passenger | Ticket # | Fare-USD | Taxes and Carrier-Imposed Fees | Ticket Total |
|---|---|---|---|---|
| Kirk Rasmussen | 0012308506580 | 290.24 | 49.96 | 340.20 |
| Visa XXXXXXXXXXXX0385 | | | | **$ 340.20** |

Baggage Information

Baggage charges for your itinerary will be governed by American Airlines BAG ALLOWANCE -AUSDFW-No free checked bags/ American Airlines BAG ALLOWANCE -DFWAUS-No free checked bags/ American Airlines 1STCHECKED BAG FEE-AUSDFW-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 1STCHECKED BAG FEE-DFWAUS-USD25.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-AUSDFW-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM 2NDCHECKED BAG FEE-DFWAUS-USD35.00/ American Airlines /UP TO 50 LB/23 KG AND UP TO 62 LINEAR IN/158 LINEAR CM ADDITIONAL ALLOWANCES AND/OR DISCOUNTS MAY APPLY

You have purchased a NON-REFUNDABLE fare. The itinerary must be canceled before the ticketed departure time of the first unused coupon or the ticket has no value. If the fare allows changes, a fee may be assessed for changes and restrictions may apply.

Electronic Cigarettes Lithium Batteries Explosives Aerosol Flammables Oxidizers Toxins Radioactive Corrosives

Some everyday products, like e-cigarettes and aerosol spray starch, can be dangerous when transported on the aircraft in carry-on and/or checked baggage. Changes in temperature or pressure can cause some items to leak, generate toxic fumes or start a fire. Carriage of prohibited items may result in fines or in certain cases imprisonment. Please ensure there are no forbidden hazardous materials in your baggage like:

Some Lithium batteries (e.g. spares in checked baggage, batteries over a certain size), Explosives / Fireworks, Strike anywhere matches/ Lighter fluid, Compressed gases / Aerosols Oxygen bottles/ Liquid oxygen, Flammable liquids, Pesticides/ Poison, Corrosive material.

There are special exceptions for small quantities (up to 70 ounces total) of medicinal and toilet articles carried in your luggage, spare lithium batteries for most consumer electronic devices in carry-on baggage, and certain smoking materials carried on your person.

Certain items are required to be carried with you onboard the aircraft. For example, spare lithium batteries for portable electronic devices, cigarette lighters and e-cigarettes must be removed from checked or gate-checked baggage and carried onboard the aircraft. However, e-cigarettes may not be used on-board the aircraft.

Traveling with medical oxygen, liquid oxygen, mobility aids and other assistive devices may require airline pre-approval or be restricted from carriage entirely.

1,000.50
Travel to Dallas for testimony review meeting w/ Oncor & Hunts

**Bill Moore**

---

**From:** Southwest Airlines <SouthwestAirlines@luv.southwest.com>
**Sent:** Friday, September 18, 2015 2:54 PM
**To:** Bill Moore
**Subject:** Flight reservation (HCBVO7) | 24SEP15 | AUS-DAL | Moore/William

You're all set for your trip!

**Southwest**

My Account | View My Itinerary Online

Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Offers | Car Offers

## Ready for takeoff!

Thanks for choosing Southwest® for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**Upcoming Trip:** 09/24/15 - Dallas

**AIR Itinerary**

### AIR Confirmation: HCBVO7

Confirmation Date: 09/18/2015

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| MOORE/WILLIAM | 32739486 | 5262144241125 | Sep 17, 2016 | 3254 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

| Date | Flight | Departure/Arrival |
|---|---|---|
| Thu Sep 24 | 371 | Depart **AUSTIN, TX** (AUS) on Southwest Airlines at **07:00 AM**<br>Arrive in **DALLAS (LOVE FIELD), TX** (DAL) at **07:55 AM**<br>Travel Time 0 hrs 55 mins<br>Anytime |
| Thu Sep 24 | 1672 | Depart **DALLAS (LOVE FIELD), TX** (DAL) on Southwest Airlines at **4:15 PM**<br>Arrive in **AUSTIN, TX** (AUS) at **5:05 PM**<br>Travel Time 0 hrs 50 mins<br>Anytime |

**What you need to know to travel:**

- Don't forget to check in for your flight(s) 24 hours before your trip on southwest.com or your mobile device. This will secure your boarding position on your flights.
- Southwest Airlines does not have assigned seats, so you can choose your seat when you board the plane. You will be assigned a boarding position based on your checkin time. The earlier you check in, within 24 hours of your flight, the earlier you get to board.
- WiFi, TV, and related services and amenities may vary and are subject to change based on

assigned aircraft. Learn more.

**Remember to be in the gate area on time and ready to board:**

- 30 minutes prior to scheduled departure time: We may begin boarding as early as 30 minutes prior to your flight's scheduled departure time. We encourage all passengers to plan to arrive in the gate area no later than this time.
- 10 minutes prior to scheduled departure time: All passengers must obtain their boarding passes and be in the gate area available for boarding at least 10 minutes prior to your flight's scheduled departure time. If not, Southwest may cancel your reserved space and you will not be eligible for denied boarding compensation.
- If you do not plan to travel on your flight: In accordance with Southwest's No Show Policy, you must notify Southwest at least 10 minutes prior to your flight's scheduled departure if you do not plan to travel on the flight. If not, Southwest will cancel your reservation and all funds will be forfeited.

**Air Cost:** 378.00

Carryon Items: 1 Bag + small personal item are free. See full details. Checked Items: First and second bags fly free. Weight and size limits apply.

Fare Rule(s): 5262144241125: NONTRANSFERABLE.
Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

AUS WN DAL162.70YL WN AUS162.70YL 325.40 END ZPAUSDAL XFAUS4.5DAL4.5 AY11.20$AUS5.60 DAL5.60

Learn About Our Boarding Process

Get EarlyBird Check-In® Details

## Cost and Payment Summary

AIR - HCBVO7

| | | |
|---|---|---|
| Base Fare | $ 325.40 | **Payment Information** |
| Excise Taxes | $ 24.40 | Payment Type: Amer Express |
| Segment Fee | $ 8.00 | XXXXXXXXXXX1001 |
| Passenger Facility Charge | $ 9.00 | Date: Sep 18, 2015 |
| September 11th Security Fee | $ 11.20 | Payment Amount: $378.00 |
| **Total Air Cost** | **$ 378.00** | |

Stay on your way with flight departure or arrival status via text message or e-mail.

Subscribe Now

**Fly Southwest To International Destinations**

You can now book travel from select cities to Mexico & The Caribbean at southwest.com.

Learn More

# COPIES

# ENOCH KEVER COPIES - EFH/EFIH
## March 2015 - September 2016

| DATE | CLIENT / MATTER | COPIES | MONTHLY TOTAL |
|---|---|---|---|
| June 2015 | 11001 50 | 1215 | |
| December 2015 | 11001 50 | 3129 | |
| **TOTAL 2015** | | | **4,344** |

| DATE | CLIENT / MATTER | COPIES | TOTAL |
|---|---|---|---|
| January 2016 | 11001 50 | 7433 | |
| February 2016 | 11001 50 | 250 | |
| March 2016 | 11001 50 | 2054 | |
| April 2016 | 11001 50 | 322 | |
| May 2016 | 11001 50 | 62 | |
| June 2016 | 11001 50 | 1037 | |
| August 2016 | 11001 50 | 360 | |
| **TOTAL 2016** | | | **11,518** |

| **TOTAL ALL COPIES** | **15,862** |
|---|---|

# COURT REPORTER

You sent a payment of $338.40 USD to Court Reporters Clearinghouse, Inc..

Sep 30, 2015 13:06:45 PDT
Receipt No:1765-9755-3509-9671

Hello Andrew Kever,

This charge will appear on your credit card statement as payment to PAYPAL *COURTREPORT.

**Merchant information:**
Court Reporters Clearinghouse, Inc.
accounting@crcnational.com
7136262629

**Instructions to merchant:**
None provided

**Shipping information**
Andrew Kever
600 Congress Ave
Ste 2800
Austin, TX 78701
United States

**Shipping method**
Not specified

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Invoice | $338.40 USD | 1 | $338.40 USD |
| | | **Total:** | $338.40 USD |

**Receipt No: 1765-9755-3509-9671**
Please keep this receipt number for future reference. You'll need it if you contact customer service at Court Reporters Clearinghouse, Inc. or PayPal.

**Use PayPal next time!**
It looks as if you already have a PayPal account.

When you shop online, it's faster and easier to check out with PayPal. Your financial information is securely stored and never shared with merchants when you pay.

Help Security Center

For assistance with matters regarding your PayPal account not identified above, please contact us toll free at 1-888-221-1161.

Please don't reply to this email. It'll just confuse the computer that sent it and you won't get a response.

Copyright © 2015 PayPal, Inc. All rights reserved. PayPal is located at 2211 N. First St., San Jose, CA 95131.

PayPal Email ID PP1469 - c3bc420eedfad

# KENNEDY

REPORTING SERVICE

A record of excellence

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 3/11/2016 | 1603004 |

PAID 03/11/2016

BILL TO

Enoch Kever, PLLC
Andrew Kever
600 Congress Ave., Suite 2800
Austin, TX 78701

Remit to:

Kennedy Reporting Service, Inc.
555 Round Rock West Drive
Building E, Suite 202
Round Rock, TX 78681

| JOB NUMBER | SERVICE ORDERED BY | DOCKET NUMBER | CASE NAME |
|---|---|---|---|
| 16061 | Cyd McCool | 45188 | Open Meeting |

11000.50

| DATE TAKEN | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| | Public Utility Commission of Texas | | | |
| | Open Meeting, Docket 45188 | | | |
| 3/3/2016 | Original & One Copy - Daily - Prorated | 143 | 6.42 | 918.06 |
| | Administrative Fee | 1 | 30.00 | 30.00 |
| | Tax ID # 74-1837735 | | | |
| TERMS: | Due on receipt | Total | | $948.06 |

Direct all inquiries to:
Amy Burt
512-474-2233
order@kennedyreporting.com

THANK YOU FOR YOUR BUSINESS!

KENNEDY
REPORTING SERVICE
A record of excellence

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 3/28/2016 | 1603050 |

PAID 03/28/2016

BILL TO

Enoch Kever, PLLC
Andrew Kever
600 Congress Ave., Suite 2800
Austin, TX 78701

Remit to:

Kennedy Reporting Service, Inc.
555 Round Rock West Drive
Building E, Suite 202
Round Rock, TX 78681

| JOB NUMBER | SERVICE ORDERED BY | DOCKET NUMBER | CASE NAME |
|---|---|---|---|
| 16075 | Cyd McCool | 45188 | Open Meeting |

11000.50

| DATE TAKEN | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| | Public Utility Commission of Texas | | | |
| | Item #2, D-45188 | | | |
| 3/21/2016 | Original & One Copy - Daily - Prorated | 118 | 6.42 | 757.56 |
| | Administrative Fee | 1 | 30.00 | 30.00 |
| | Tax ID # 74-1837735 | | | |
| TERMS: | Due on receipt | Total | | $787.56 |

Direct all inquiries to:
Amy Burt
512-474-2233
order@kennedyreporting.com

THANK YOU FOR YOUR BUSINESS!

COURT REPORTER

KENNEDY
REPORTING SERVICE
A record of excellence

# Invoice

| DATE | INVOICE NO. |
|---|---|
| 3/28/2016 | 1603056 |

PAID 03/28/2016

BILL TO

Enoch Kever, PLLC
Andrew Kever
600 Congress Ave., Suite 2800
Austin, TX 78701

Remit to:

Kennedy Reporting Service, Inc.
555 Round Rock West Drive
Building E, Suite 202
Round Rock, TX 78681

| JOB NUMBER | SERVICE ORDERED BY | DOCKET NUMBER | CASE NAME |
|---|---|---|---|
| 16083 | Cyd McCool | 45188 | Open Meeting |

11000.50

| DATE TAKEN | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| | Public Utility Commission of Texas | | | |
| | Open Meeting, Item #34, D-45188 | | | |
| 3/24/2016 | Original & One Copy - Daily - Prorated | 96 | 5.99 | 575.04 |
| | Administrative Fee | 1 | 30.00 | 30.00 |
| | Tax ID # 74-1837735 | | | |
| TERMS: | Due on receipt | Total | | $605.04 |

Direct all inquiries to:
Amy Burt
512-474-2233
order@kennedyreporting.com

THANK YOU FOR YOUR BUSINESS!



# Invoice

| DATE | INVOICE NO. |
|---|---|
| 9/25/2016 | 1609041 |

BILL TO

Enoch Kever, PLLC
Andrew Kever
600 Congress Ave., Suite 2800
Austin, TX 78701

Remit to:

Kennedy Reporting Service, Inc.
555 Round Rock West Drive
Building E, Suite 202
Round Rock, TX 78681

| JOB NUMBER | SERVICE ORDERED BY | DOCKET NUMBER | CASE NAME |
|---|---|---|---|
| 16214 | Lynn Needles | P-42750 | Open Meeting Discussion |

| DATE TAKEN | DESCRIPTION | QUANTITY | RATE | AMOUNT |
|---|---|---|---|---|
| | Public Utility Commission of Texas | | | |
| | Item #29, P-42750 | | | |
| 9/22/2016 | Original & One Copy - Daily - Prorated | 13 | 5.99 | 77.87 |
| | Administrative Fee | 1 | 30.00 | 30.00 |
| | Tax ID # 74-1837735 | | | |
| TERMS: | Due on receipt | Total | | $107.87 |

Direct all inquiries to:
Amy Burt
512-474-2233
order@kennedyreporting.com

THANK YOU FOR YOUR BUSINESS!

# DELIVERY/
# MESSENGER SERVICE

FedEx Billing Online

## Tracking ID Details

Back

### Tracking ID Summary

Help Hide

**Billing Information**

| | |
|---|---|
| Tracking ID no. | < Prev 773093455672 Next > |
| Invoice no. | 4-878-62989 |
| Account no. | 2833-7767-9 |
| Bill date | 03/10/2015 |
| Total Billed | $21.49 |
| **Tracking ID Balance due** | **$0.00** |
| Status | Paid CC |

View Invoice History
View signature proof of delivery

**Messages**

Weather delay - Thunderstorm.
Distance Based Pricing, Zone 3
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

### Transaction Details

Help Hide

**Sender Information**

Enoch Kever
Enoch Kever PLLC
600 Congress Ave., 28th Floor
AUSTIN TX 78701
US

**Recipient Information**

Stacey H. Dor
Energy Future Holdings
1601 Bryan St., 41st Floor
DALLAS TX 75201
US

**Shipment Details**

| | |
|---|---|
| Ship date | 03/10/2015 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 03 |
| Package type | FedEx Envelope |
| Weight | 0.00 lbs |
| Pieces | 1 |
| Meter No. | 102595045 |
| Declared value | $0.00 |

**Charges**

| | |
|---|---|
| Transportation Charge | 25.20 |
| Fuel Surcharge | 0.32 |
| Weekday Delivery | 0.00 |
| Automation Bonus Discount | -4.03 |
| **Total charges** | **$21.49** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 03/11/2015 11:02 |
| Service area code | A1 |
| Signed by | B.GOOGH |

View signature proof of delivery

Back

FedEx Billing Online

## Tracking ID Details

Back

### Tracking ID Summary

Help Hide

**Billing Information**

| | |
|---|---|
| Tracking ID no. | ≤ Prev 773093546751 Next ≥ |
| Invoice no. | 4-878-62989 |
| Account no. | 2833-7767-9 |
| Bill date | 03/10/2015 |
| Total Billed | $21.49 |
| **Tracking ID Balance due** | **$0.00** |
| Status | Paid CC |

View Invoice History
View signature proof of delivery

**Messages**

Weather delay - Thunderstorm.
Distance Based Pricing, Zone 3
Fuel Surcharge - FedEx has applied a fuel surcharg Read More..

### Transaction Details

Help Hide

**Sender Information**

Enoch Kever
Enoch Kever PLLC
600 Congress Ave., 28th Floor
AUSTIN TX 78701
US

**Recipient Information**

John O'Brien
Energy Future Holdings
Energy Plaza
DALLAS TX 75201
US

11000-51

**Shipment Details**

| | |
|---|---|
| Ship date | 03/10/2015 |
| Payment type | Shipper |
| Service type | FedEx Priority Overnight |
| Zone | 03 |
| Package type | FedEx Envelope |
| Weight | 0.00 lbs |
| Pieces | 1 |
| Meter No. | 102595045 |
| Declared value | $0.00 |

**Charges**

| | |
|---|---|
| Transportation Charge | 25.20 |
| Fuel Surcharge | 0.32 |
| Weekday Delivery | 0.00 |
| Automation Bonus Discount | -4.03 |
| **Total charges** | **$21.49** |

**Original Reference**

| | |
|---|---|
| Customer reference no. | NO REFERENCE INFORMATION |
| Department no. | |
| Reference #2 | |
| Reference #3 | |

**Proof of Delivery**

| | |
|---|---|
| Delivery date | 03/11/2015 11:02 |
| Service area code | A1 |
| Signed by | B.GOOGH |

View signature proof of delivery

Back

DELIVERY/MESSENGER SERVICES

EXHIBIT I
Page 24 of 39

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758
41998

| Invoice No. | Customer No. |
|---|---|
| 41374 | 544 |
| Invc Date | Total Due |
| 3/31/16 | 225.15 |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C & AMEX FOR INVOICE PAYMENT PLEASE CALL 512.479.4007 TO GET SETUP.

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 544 | 41374 | 3/31/16 | 225.15 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 3/22/16 | 631818 | 2BK<br>2BK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN TX 78701<br>Caller: LYNN NEEDLES Time: 12:36<br>Signed: W ARCHER<br><br>PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN TX 78701<br>Wght: 1 Lbs | Base : 8.00<br>Return : 8.00 | 16.00 |
| | | | **Total Charges** for Ref. - 11000.50: 16.00 | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

DELIVERY/MESSENGER SERVICES

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758
41998

| Invoice No. | Customer No. |
|---|---|
| 41584 | 544 |
| **Invc Date** | **Total Due** |
| 4/15/16 | 365.04 |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C & AMEX FOR INVOICE PAYMENT PLEASE CALL 512.479.4007 TO GET SETUP.

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 544 | 41584 | 4/15/16 | 365.04 | 1 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 4/13/16 | 636629 | 1BK<br>1BK | ENOCH KEVER, 600 CONGRESS AVENUE, AUSTIN TX 78701 → PUBLIC UTILITY COMMISSION OF TEXAS, 1701 N. CONGRESS AVE., AUSTIN TX 78701<br>Caller: LYNN NEEDLES Time: 10:31 Wght: 1 Lbs<br>Signed: RUTH | Base : 10.00<br>Return : 10.00 | 20.00 |
| | | | **Total Charges** for Ref. - 11000.50: 20.00 | | |

## INVOICE PAYMENT DUE UPON RECEIPT

DELIVERY/MESSENGER SERVICES

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758
41998

| Invoice No. | Customer No. |
|---|---|
| 42583 | 544 |
| **Invc Date** | **Total Due** |
| 6/30/16 | 242.00 |

ENOCH KEVER
600 CONGRESS AVENUE
SUITE 2800
AUSTIN, TX 78701

NOW ACCEPTING VISA,M/C & AMEX FOR INVOICE PAYMENT PLEASE CALL 512.479.4007 TO GET SETUP.

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 544 | 42583 | 6/30/16 | 242.00 | 1 |

| Date | Ordr No. | Svc | Service Detail | | Charges | Total |
|---|---|---|---|---|---|---|
| ;/24/16 | 652406 | 2BK<br>2BK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN TX 78701<br>Caller: LYNN NEEDLES Time: 12:17<br>Signed: RUTH D | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN TX 78701<br>Wght: 1 Lbs | Base : 8.00<br>Return : 8.00 | 16.00 |
| ;/24/16 | 652448 | 1BK<br>1BK | ENOCH KEVER<br>600 CONGRESS AVENUE<br>AUSTIN TX 78701<br>Caller: LYNN NEEDLES Time: 14:47<br>Signed: RUTH | PUBLIC UTILITY COMMISSION OF TEXAS<br>1701 N. CONGRESS AVE.<br>AUSTIN TX 78701<br>Wght: 1 Lbs | Base : 10.00<br>Return : 10.00 | 20.00 |

**Total Charges** for Ref. - 11000.50: 36.00

**INVOICE PAYMENT DUE UPON RECEIPT**

DELIVERY/MESSENGER SERVICES

# INVOICE

CORPORATE COURIERS
2335 KRAMER LANE, STE. F
AUSTIN, TX 78758
41998

| Invoice No. | Customer No. |
|---|---|
| 43796 | 544 |
| **Invc Date** | **Total Due** |
| 9/30/16 | 511.34 |

ENOCH KEVER
5918 W Courtyard Drive
Ste 500
AUSTIN, TX 78730

NOW ACCEPTING VISA, M/C & AMEX FOR INVOICE PAYMENT PLEASE CALL 512.479.4007 TO GET SETUP.

| Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|
| 544 | 43796 | 9/30/16 | 511.34 | 2 |

| Date | Ordr No. | Svc | Service Detail | Charges | Total |
|---|---|---|---|---|---|
| 9/28/16 | 672674 | 1HR 1HR | ENOCH KEVER, 5918 W COURTYARD DRIVE, AUSTIN TX 78730 → PUBLIC UTILITY COMMISSION OF TEXAS, 1701 N. CONGRESS AVE., AUSTIN TX 78701<br>Caller: LYNN NEEDLES Time: 14:35 Wght: 1 Lbs<br>Signed: K ENOCH | Base : 15.00<br>Return : 15.00<br>Fuel Srchg: 2.10 | 32.10 |
| | | | **Total Charges** for Ref. - 11000.50: 32.10 | | |

**INVOICE PAYMENT DUE UPON RECEIPT**

DELIVERY/MESSENGER SERVICES

# HOTEL

11000

For testimony review meeting w/Hunts & Oncor

THE RITZ-CARLTON®
DALLAS

Mr. William Moore
2500 Keating Lane
Austin, TX 78703
United States

| | |
|---|---|
| Room Number: | 332 |
| Arrival Date: | 09/03/15 |
| Departure Date: | 09/04/15 |
| CRS Number: | 80455470 |
| Rewards No: | XXXXX3328 |
| Page No: | 1 of 1 |

**INVOICE**

Folio No: 265941

09/04/15

| Date | Description | Charges | Credits |
|---|---|---|---|
| ~~09/03/15~~ | ~~In Room Dining~~ | ~~52.33~~ | |
| 09/03/15 | Valet Parking | 27.00 | |
| 09/03/15 | Room Charge | 229.00 | |
| 09/03/15 | S Occupancy Tax | 14.01 | |
| 09/03/15 | L Occupancy Tax | 16.35 | |
| 09/03/15 | Tourism PID Fee | 4.58 | |
| 09/04/15 | Mastercard | | 343.27 |
| | XXXXXXXXXXXX5860 XX/XX | | |
| | **Total** | **343.27** | **343.27** |
| | **Balance** | **0.00** | |

290.34

Your Rewards points/miles earned on your eligible earnings will be credited to your account. Check your Rewards Account Statement or your online Statement for updated activity.*

HOTEL

EXHIBIT I

2121 MCKINNEY AVENUE DALLAS TEXAS 75201

THE Fairmont DALLAS

1717 NORTH AKARD STREET
DALLAS, TX 75201
T 214 720 2020 F 214 720 5269

| | | |
|---|---|---|
| Room | : | 1835 |
| Folio # | : | |
| Cashier # | : | 570 |
| Page # | : | 1 of 2 |

11000.50
Trip to Dallas for testimony review & meeting with Oncor, Hunton, & EFH

Mr William Moore
2500 Keating Lane
Austin TX 78703
United States

| | | |
|---|---|---|
| Arrival | : | 09-09-15 |
| Departure | : | 09-11-15 |

| Date | Description | Additional Information | Charges | Credits |
|---|---|---|---|---|
| 09-09-15 | In Room Dining | Line# 1835 : CHECK# 2888 | 36.46 | |
| ~~09-09-15~~ | ~~Fairmont Gold~~ | ~~Line# 1835 : CHECK# 6561~~ | ~~10.83~~ | |
| 09-09-15 | Parking | Line# 1835 : 515362 *515362* | 28.00 | |
| 09-09-15 | Parking - Sales Tax | | 2.31 | |
| 09-09-15 | Room Charge | | 339.00 | |
| 09-09-15 | Tourism PID Reimbursement Fee 2% | | 6.78 | |
| 09-09-15 | City Tax (7%) | | 24.20 | |
| 09-09-15 | State Tax (6%) | | 20.75 | |
| ~~09-10-15~~ | ~~Fairmont Gold~~ | ~~Line# 1835 : CHECK# 6570~~ | ~~21.65~~ | |
| 09-10-15 | Parking | Line# 1835 : 515362 *515362* | 28.00 | |
| 09-10-15 | Parking - Sales Tax | | 2.31 | |
| 09-10-15 | Room Charge | | 339.00 | |
| 09-10-15 | Tourism PID Reimbursement Fee 2% | | 6.78 | |
| 09-10-15 | City Tax (7%) | | 24.20 | |
| 09-10-15 | State Tax (6%) | | 20.75 | |
| 09-11-15 | Mastercard | | | ~~911.02~~ |
| | | **Total** | ~~**911.02**~~ | ~~**911.02**~~ |
| | | **Balance Due** | **0.00** | |

878.54

Guest signature X
For information or reservations, visit us at **www.fairmont.com** or call Fairmont Hotels & Resorts from:
United States or Canada 1 800 441 1414

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company, travel agent or association fails to pay for the full amount of the charges. Overdue balance subject to a surcharge at the rate of 1.5% per month. (19.56% per annum). All accounts deemed delinquent may be subject to legal fees and all other costs associated with the bill. Account is payable on presentation or departure.

HOTEL

**Thank you for choosing to stay with Fairmont Hotels & Resorts**

# PARKING

B. Moore

11000.50

B. Moore

Parking for trip to

EFH/Headquarters

8/18

Austin Bergstrom
International Airport
Parking

... Computer Number:
Cashier: Tabora Id
...action Number:
...ed 08/18/2015 ...
... 08/18/2015 ...
... Dispense...
L...
A...
:
: Short
Parking Fee: $ 23.00
Total Fee: $ 23.00
... $
Total Paid: $ 23.00
...nge Due $

Thank You for Parking
At ABIA

K. Rasmussen
11000.50

...rs requiring these items should contact the airline operator for information on use of such devices.

...ectronic tickets are NOT TRANSFERABLE. Tickets with nonrestrictive fares are valid for one year from original date of issue. If you have questions regarding our refund policy, please visit www.aa.com/refunds.

To change your reservation, please call 1-800-433-7300 and refer to your record locator.

Check-in times will vary by departure location. In order to determine the time you need to check-in at the airport, please visit www.aa.com/airportexpectations.

Air transportation on American Airlines and the American Eagle carriers® is subject to American's conditions of carriage..

NOTICE OF INCORPORATED TERMS OF CONTRACT

Air Transportation, whether it is domestic or international (including domestic portions of international journeys), is subject to the individual terms of the transporting air carriers, which are herein incorporated by reference and made part of the contract of carriage. Other carriers on which you may be ticketed may have different conditions of carriage. International air transportation, including the carrier's liability, may also be governed by applicable tariffs on file with the U.S. and other governments and by the Warsaw Convention, as amended, or by the Montreal Convention. Incorporated terms may include, but are not restricted to: 1. Rules and limits on liability for personal injury or death, 2. Rules and limits on liability for baggage, including fragile or perishable goods, and availability of excess valuation charges, 3. Claim restrictions, including time periods in which passengers must file a claim or bring an action against the air carrier, 4. Rights on the air carrier to change terms of the contract, 5. Rules on reconfirmation of reservations, check-in times and refusal to carry, 6. Rights of the air carrier and limits on liability for delay or failure to perform service, including schedule changes, substitution of alternate air carriers or aircraft and rerouting.

You can obtain additional information on items 1 through 6 above at any U.S. location where the transporting air carrier's tickets are sold. You have the right to inspect the full text of each transporting air carrier's terms at its airport and city ticket offices. You also have the right, upon request, to receive (free of charge) the full text of the applicable terms incorporated by reference from each of the transporting air carriers. Information on ordering the full text of each air carrier's terms is available at any U.S. location where the air carrier's tickets are sold or you can click on the Conditions of Carriage button below.

If you have a customer service issue

NOTICE: This email and any informa... ...f the intended recipient(s). This message contains confidential and proprietary informati... ...nay not be read, searched, distributed or otherwise used by anyone other than the intend... ...d, distribute, or take action in reliance upon this message. If you suspect you have r... ...lete this message and its attachments from your computer.

K. Rasmussen

Austin Bergstrom
International Airport
Parking

| | |
|---|---|
| Fee Computer Number: | 34 |
| Cashier: | Training Id #123 |
| Transaction Number: | 18138 |
| Entered: | 08/18/2015 05:56 |
| Exited: | 08/18/2015 17:06 |
| Ticket #25493 | Dispenser #4 |
| Lot: | Lot 26 |
| Area: | Area 3 |
| Rate: | Short Term |
| Parking Fee: | $ 23.00 |
| Total Fee: | $ 23.00 |
| Visa A | $ 23.00 |
| Credit Card Number: | ************0385 |
| Total Paid: | $ 23.00 |

Thank You for Parking
At ABIA

Conditions of Carriage

...t Status Notification

...5244191711471311300

PARKING

B. Moore
11000.50

B. Moore
11000.50
Travel to Dallas
for testimony review

Austin Bergstrom
International Airport
Parking

meeting w/Oncor of Hunts

| | |
|---|---|
| Fee Computer Number: | 32 |
| Cashier: | Training Id #123 |
| Transaction Number: | 110818 |
| Entered: | 09/24/2015 05:52 |
| Exited: | 09/24/2015 16:33 |
| Ticket #11534 | Dispenser #3 |
| Lot: | Lot 26 |
| Area: | Area 3 |
| Rate: | Short Term |
| Parking Fee: | $ 23.00 |
| Total Fee: | $ 23.00 |
| Cash: | $ 100.00 |
| Total Paid: | $ 100.00 |
| Change Due | $ 77.00 |

Thank You for Parking
At ABIA

PARKING

# POSTAGE

**ENOCH KEVER PLLC**

**Postage Log – EFH/EFIH 2016**

| Date | Addressed To: | Attorney | Client/Matter No. | Cost |
|---|---|---|---|---|
| | | | | |
| 4/7/16 | Postage | KDR | 11001.50 | $52.43 |
| | | | | |
| 6/24/16 | Postage | KDR | 11000.50 | $3.98 |
| | | | | |

# TAXI

TAXI

EXHIBIT I
Page 38 of 39

B. Moore

11000.50

# TRANSPORTATION SERVICE

## TRIP RECEIPT

Passenger Name (Ms./Mr./Mrs.) WAM & KDR

Date 8/18/15 Pick-up Time ________ Drop off Time ________

From EFH To DFW

No of Guests ______. Method of Payment – Cash /Credit Card

Fare $ 70.00

Tip $ ________

Total $ ________

VISA MasterCard DISCOVER

Date: 8/18/15

Name: WAM & KDR

Amt. Rec'd: DFW to EFH

Cash: 75.00 CC: ________

Driver: ________ Unit #: ________

*"We Appreciate Your Business"*

TAXI