# EXHIBIT J

**List of Professionals by Matter
For the Fee Period March 2015 – September 2016 (EFH/EFIH)**

Energy Future Holdings, Debtor
Client No. 11000
List of Professionals by Matter

| Professional | Title |
|---|---|
| **Matter: 00050 - Restructuring** | |
| Johnson, Rod | Member |
| Kever, Andrew | Member |
| Kimbrough, Mandy J. | Member |
| Moore, Bill A. | Member |
| Rasmussen, Kirk D. | Member |
| Vay, John J | Member |
| Zausmer, Gary E. | Member |
| Adams, Elizabeth L. | Associate |
| Hanlon, Michelle V | Associate |
| Horton, Shana L. | Associate |
| Jolly, Emily R | Associate |
| Kinzer, Lisa D. | Associate |
| Nuttall, Brett A. | Associate |
| Lindsey, Laci | Paralegal |
| Abernathy, Aundrea R. | Legal Assistant |
| McCool, Cyd C | Legal Assistant |
| Needles, Lynn | Legal Assistant |
| Spellmann, Lou Ann | Legal Assistant |
| **Matter: 00051 - EFH - 2015 Legislative Session** | |
| Johnson, Rod | Member |
| Kever, Andrew | Member |
| Moore, Bill A. | Member |
| Rasmussen, Kirk D. | Member |
| Vay, John J | Member |
| Moore, Bill A. | Member |
| Hanlon, Michelle V | Associate |
| Jolly, Emily R | Associate |