## Exhibit E

## Summary of Total Fees Incurred and Hours Billed During the Final Interim Period
### (May 2016 – March 9, 2018)

| Attorney Name | Position | Department | Date of Admission | Total Fees Billed | Total Hours Billed | Number of Rate Increases |
|---|---|---|---|---|---|---|
| Liggins, Demetra | Partner | Bankruptcy and Restructuring | TX: 2000<br>NY: 2008 | $17722.00 | 28.0 | 2 |
| McNulty, Mary | Partner | Tax | TX: 1989 | $31,194.00 | 38.4 | 2 |
| James, Megan | Associate | Tax | TX: 2014 | $12,705.00 | 33.0 | 2 |
| Meyercord, Leonora | Associate | Tax | TX: 2010 | $7,604.00 | 14.6 | 2 |
| Nylin, Meghan | Associate | Trial | TX: 2009 | $4,576.00 | 8.8 | 1 |
| Yin, Paul | Associate | Tax | TX: 2013 | $7,623.00 | 19.8 | 1 |
| **Totals** | | | | **$81,424.00** | **142.6** | |

| Paraprofessional Name | Position | Department | Total Fees Billed | Total Hours Billed | Number of Rate Increases |
|---|---|---|---|---|---|
| Savage, Shannon | Paralegal | Bankruptcy and Restructuring | $35,705.50 | 122.4 | n/a |
| Nashira Parker | Paralegal | Bankruptcy and Restructuring | $2,646.00 | 12.6 | 2 |
| **Totals** | | | **$38,351.50** | **135.0** | |

**SEVENTH AND FINAL FEE APPLICATION OF THOMPSON & KNIGHT LLP**
**EXHIBIT E: FEE SUMMARY**

RLF1 19194473v.1