**Exhibit F**
**Summary of Actual and Necessary Expenses for the**
**Final Interim Period**

| Expense | Vendor (if any) | Amount |
|---|---|---:|
| Electronic Research | PACER | $10.20 |
| | Total: | $10.20 |

**SEVENTH AND FINAL FEE APPLICATION OF THOMPSON & KNIGHT LLP**
**EXHIBIT F: EXPENSE SUMMARY**

RLF1 19194473v.1