## Exhibit G
## Summary of Fees by Matter Category
## During Final Interim Fee Period

| Matter Summary | | | | | | |
|---|---|---|---|---|---|---|
| Matter No. | Project Category Description | Hours | | Total Compensation | | Expenses | Total |
| | | Budget | Billed | Budget | Billed | | |
| 21 | 2003-2006 Tax Years | 17.0 | 8.8 | $13.770.00 | $7,367.30 | $0.00 | $7,367.30 |
| 26 | Document Retention | 25.0 | 8.8 | $13,000.00 | $4,576.00 | $0.00 | $4,576.00 |
| 27 | Debt Restructuring Advice | 366.0 | 268.8 | $191,180.00 | $115,199.50 | $10.20 | $115,209.70 |
| | Totals | 408.0 | 286.4 | $204,193.77 | $127,142.80 | $10.20 | $127,153.00 |

| Task Summary | | | |
|---|---|---|---|
| Task Code | Project Category Description | Hours | Total Fees |
| B160 | Fee/Employment Applications | 64.5 | $21,558.00 |
| B161 | Budget/Staffing Plan | 16.5 | $7,977.00 |
| B162 | Fee Applications | 90.4 | $33,609.00 |
| B170 | Fee Objection Discussion And Litigation | .9 | $472.50 |
| B210 | Business Operations | 8.8 | $4,576.00 |
| B240 | Tax Issues | 105.3 | $58,950.30 |
| Totals | | 286.4 | $127,142.80 |

**SEVENTH AND FINAL FEE APPLICATION OF THOMPSON & KNIGHT LLP**
**EXHIBIT G: SUMMARY OF FEES**

RLF1 19194473v.1