# Exhibit H

**Detailed Invoices**
**May 1, 2016 through October 31, 2016**

# Thompson & Knight LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
July 28, 2016
Invoice 42013673

## INVOICE SUMMARY

For Services Rendered Through June 30, 2016

Our Matter #   508551.000021
                2003-2006 Tax Years

| | |
|---|---|
| Fees for Professional Services ......................................................................................................$ | 2,106.00 |
| Net Current Billing For This Invoice ...........................................................................................$ | 2,106.00 |

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
July 28, 2016
Invoice 42013673

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 05/17/2016 | McNulty, M | Emails with M. Todd, IRS Appeals Officer, regarding status of bankruptcy case | .30 | 810.00 | $243.00 | B240 | |
| 05/19/2016 | McNulty, M | Emails with M. Todd, IRS Appeals Officer, regarding status of bankruptcy case | .20 | 810.00 | $162.00 | B240 | |
| 05/20/2016 | McNulty, M | Call with M. Horn regarding status of IRS audits, prompt determination request for 2015, and pre-filing agreement request for 2016; review updated Rev. Proc. on pre-filing agreement process and transmit to M. Horn | 1.10 | 810.00 | $891.00 | B240 | |
| 06/09/2016 | McNulty, M | Emails with M. Todd, IRS Appeals Officer, regarding Form 872-T, Termination of Statute of Limitations for Assessments, and status of bankruptcy case (0.40); review case updates (0.20) | .60 | 810.00 | $486.00 | B240 | |
| 06/17/2016 | McNulty, M | Emails with M. Todd, IRS Appeals officer, regarding status of bankruptcy case and private letter ruling request | .40 | 810.00 | $324.00 | B240 | |

Fees for Professional Services ....................................................................................................$       2,106.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Mary McNulty | Partner | 2.60 | $ | 810.00 | $ | 2,106.00 |
| Total | | 2.60 | | | $ | 2,106.00 |

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MONTERREY | MEXICO CITY | PARIS

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 3
July 28, 2016
Invoice 42013673

# REMITTANCE COPY

For Services Rendered Through June 30, 2016

Our Matter #    508551.000021
2003-2006 Tax Years

Fees for Professional Services ...............................................................................$         2,106.00
Net Current Billing For This Invoice ......................................................................$         2,106.00

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | SWBKUS44 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MONTERREY | MEXICO CITY | PARIS

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
September 13, 2016
Invoice 42017395

# INVOICE SUMMARY

For Services Rendered Through August 31, 2016

Our Matter #   508551.000021
2003-2006 Tax Years

| | |
|---|---|
| Fees for Professional Services ...................................................................................................$ | 486.00 |
| Net Current Billing For This Invoice ...........................................................................................$ | 486.00 |

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
September 13, 2016
Invoice 42017395

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 08/08/2016 | McNulty, M | Analyze timing to request Form 872-T, termination of indefinite statute expiration | .40 | 810.00 | $324.00 | B240 | |
| 08/12/2016 | McNulty, M | Emails with M. Horn regarding 872-T, termination of indefinite extension agreement, and amended proofs of claim in light of upcoming confirmation hearing | .20 | 810.00 | $162.00 | B240 | |

Fees for Professional Services ........................................................................................$          486.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|--|---------|--|--------|
| Mary McNulty | Partner | .60 | $ | 810.00 | $ | 486.00 |
| Total | | .60 | | | $ | 486.00 |

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MONTERREY | MEXICO CITY |PARIS

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 3
September 13, 2016
Invoice 42017395

# REMITTANCE COPY

For Services Rendered Through August 31, 2016

Our Matter #    508551.000021
                2003-2006 Tax Years

Fees for Professional Services ................................................................................$        486.00
Net Current Billing For This Invoice ......................................................................$        486.00

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | SWBKUS44 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MONTERREY | MEXICO CITY |PARIS

# Thompson & Knight LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
November 8, 2016
Invoice 42022334

## INVOICE SUMMARY

For Services Rendered Through September 30, 2016

Our Matter #    508551.000021
                2003-2006 Tax Years

Fees for Professional Services ........................................................................................................$         81.00
Net Current Billing For This Invoice ...........................................................................................$         81.00

## THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
November 8, 2016
Invoice 42022334

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 09/13/2016 | McNulty, M | Respond to question from M. Todd, IRS Appeals Officer, regarding settlement with Texas Comptrollers | .10 | 810.00 | $81.00 | B240 | |

Fees for Professional Services ........................................................................................................$         81.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Mary McNulty | Partner | .10 | $ | 810.00 | $ | 81.00 |
| Total | | .10 | | | $ | 81.00 |

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 3
November 8, 2016
Invoice 42022334

# REMITTANCE COPY

For Services Rendered Through September 30, 2016

Our Matter #    508551.000021
2003-2006 Tax Years

Fees for Professional Services ...................................................................................$        81.00
Net Current Billing For This Invoice .........................................................................$        81.00

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | ZB, N.A. dba Amegy Bank |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | ZFNBUS55 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MEXICO CITY | MONTERREY | PARIS

# Thompson & Knight LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
December 20, 2016
Invoice 42026090

## INVOICE SUMMARY

For Services Rendered Through November 30, 2016

Our Matter #   508551.000021
                2003-2006 Tax Years

| | | |
|---|---|---|
| Fees for Professional Services ......................................................................................................$ | | 729.00 |
| Net Current Billing For This Invoice ...........................................................................................$ | | 729.00 |

## Thompson & Knight LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
December 20, 2016
Invoice 42026090

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 11/16/2016 | McNulty, M | Emails with M. Todd regarding status and termination of indefinite statute extension | .50 | 810.00 | $405.00 | B240 | |
| 11/30/2016 | McNulty, M | Review emails regarding Form 872-T; emails with M. Todd regarding status | .40 | 810.00 | $324.00 | B240 | |

Fees for Professional Services ............................................................................................$      729.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Mary McNulty | Partner | .90 | $ | 810.00 | $ | 729.00 |
| Total | | .90 | | | $ | 729.00 |

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 3
December 20, 2016
Invoice 42026090

# REMITTANCE COPY

For Services Rendered Through November 30, 2016

Our Matter #    508551.000021
2003-2006 Tax Years

| | | |
|---|---|---|
| Fees for Professional Services ................................................................................................$ | | 729.00 |
| Net Current Billing For This Invoice ............................................................................................$ | | 729.00 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | ZB, N.A. dba Amegy Bank |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | ZFNBUS55 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MEXICO CITY | MONTERREY | PARIS

## THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
March 14, 2017
Invoice 42032290

# INVOICE SUMMARY

For Services Rendered Through February 28, 2017

Our Matter #    508551.000021
2003-2006 Tax Years

| | |
|---|---|
| Fees for Professional Services ................................................................................................$ | 1,230.00 |
| Net Current Billing For This Invoice ............................................................................................$ | 1,230.00 |

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
March 14, 2017
Invoice 42032290

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 02/20/2017 | McNulty, M | Review confirmation order and article about same and April emergence (0.4); email M. Horn regarding next steps to close out 2003-2006 (0.30); draft email to M. Todd regarding same (0.20) | .90 | 820.00 | $738.00 | B240 | |
| 02/28/2017 | McNulty, M | Review and comment on article in TaxLaw 360 regarding objection filed to IRS proofs of claim (.40); emails with M. Todd and M. Horn regarding same (.10); conference with E. Parker regarding same (.10) | .60 | 820.00 | $492.00 | B240 | |

Fees for Professional Services ......................................................................................................$       1,230.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Mary McNulty | Partner | 1.50 | $ | 820.00 | $ | 1,230.00 |
| Total | | 1.50 | | | $ | 1,230.00 |

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 3
March 14, 2017
Invoice 42032290

# REMITTANCE COPY

For Services Rendered Through February 28, 2017

Our Matter #    508551.000021
2003-2006 Tax Years

| | |
|---|---|
| Fees for Professional Services ...............................................................................................$ | 1,230.00 |
| Net Current Billing For This Invoice ...........................................................................................$ | 1,230.00 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | ZB, N.A. dba Amegy Bank<br>4400 Post Oak Parkway<br>Houston, TX 77027 |
| Beneficiary Account Name:<br>Beneficiary Address: | Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh St Ste 1500<br>Dallas, Texas 75201 |
| ABA Routing No.<br>Account No.:<br>SWIFT: | 113011258<br>3324389<br>ZFNBUS55 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

# Thompson & Knight LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
April 7, 2017
Invoice 42034114

## INVOICE SUMMARY

For Services Rendered Through March 31, 2017

Our Matter #    508551.000021
                2003-2006 Tax Years

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 410.00 |
| Reimbursable Costs | $ | 4.80 |
| Net Current Billing For This Invoice | $ | 414.80 |

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp                                                     Page 2
Attn: Carla Howard                                                        April 7, 2017
Energy Plaza                                                        Invoice 42034114
1601 Bryan St 9-070
Dallas, TX 75201

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 03/02/2017 | McNulty, M | Review and comment on article in TaxLaw 360 regarding IRS withdrawing proofs of claim (.20); emails with M. Todd and M. Horn regarding same (.20) | .40 | 820.00 | $328.00 | B240 | |
| 03/16/2017 | McNulty, M | Respond to emails from M. Todd regarding Form 872-T | .10 | 820.00 | $82.00 | B240 | |

Fees for Professional Services ........................................................................$     410.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Mary McNulty | Partner | .50 | $ | 820.00 | $ | 410.00 |
| Total | | .50 | | | $ | 410.00 |

### Reimbursable Costs

| Date | Description | Amount |
|------|-------------|--------|
| | Electronic Research | $4.80 |

Total Reimbursable Costs ........................................................................$     4.80

Total Current Fees and Costs for this Invoice...............................................$     414.80

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 3
April 7, 2017
Invoice 42034114

# REMITTANCE COPY

For Services Rendered Through March 31, 2017

Our Matter #    508551.000021
2003-2006 Tax Years

| | |
|---|---|
| Fees for Professional Services .......................................................................................$ | 410.00 |
| Reimbursable Costs.......................................................................................................$ | 4.80 |
| Net Current Billing For This Invoice ............................................................................$ | 414.80 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | ZB, N.A. dba Amegy Bank |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | ZFNBUS55 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
May 25, 2017
Invoice 42037991

# INVOICE SUMMARY

For Services Rendered Through April 30, 2017

Our Matter #    508551.000021
2003-2006 Tax Years

Fees for Professional Services .......................................................................................$          328.00
Net Current Billing For This Invoice ...........................................................................$          328.00

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
May 25, 2017
Invoice 42037991

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 04/05/2017 | McNulty, M | Call with E. O'Brien regarding next steps following PUC's rejection of NextEra bid (.20); emails with M. Todd, IRS Appeals officer, regarding same and 872-T, termination of indefinite statute extension (.20) | .40 | 820.00 | $328.00 | B240 | |

Fees for Professional Services .......................................................................................................$          328.00

## Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Mary McNulty | Partner | .40 | $ | 820.00 | $ | 328.00 |
| Total | | .40 | | | $ | 328.00 |

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 3
May 25, 2017
Invoice 42037991

# REMITTANCE COPY

For Services Rendered Through April 30, 2017

Our Matter #    508551.000021
2003-2006 Tax Years

Fees for Professional Services ................................................................$          328.00
Net Current Billing For This Invoice ......................................................$          328.00

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | ZB, N.A. dba Amegy Bank |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | ZFNBUS55 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MEXICO CITY | MONTERREY | PARIS

# Thompson & Knight LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
August 10, 2017
Invoice 42044234

## INVOICE SUMMARY

For Services Rendered Through July 31, 2017

Our Matter #    508551.000021
                2003-2006 Tax Years

| | |
|---|---|
| Fees for Professional Services ............................................................................................................$ | 246.00 |
| Net Current Billing For This Invoice ...........................................................................................$ | 246.00 |

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
August 10, 2017
Invoice 42044234

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 07/21/2017 | McNulty, M | Emails with M. Todd regarding status and Form 872-T | .30 | 820.00 | $246.00 | B240 | |

Fees for Professional Services ........................................................................................................$      246.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Mary McNulty | Partner | .30 | $ | 820.00 | $ | 246.00 |
| Total | | .30 | | | $ | 246.00 |

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 3
August 10, 2017
Invoice 42044234

# REMITTANCE COPY

For Services Rendered Through July 31, 2017

Our Matter #    508551.000021
2003-2006 Tax Years

| | |
|---|---|
| Fees for Professional Services ...................................................................................$ | 246.00 |
| Net Current Billing For This Invoice .............................................................................$ | 246.00 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | ZB, N.A. dba Amegy Bank
4400 Post Oak Parkway
Houston, TX 77027 |
| Beneficiary Account Name:
Beneficiary Address: | Thompson & Knight LLP
One Arts Plaza
1722 Routh St Ste 1500
Dallas, Texas 75201 |
| ABA Routing No.
Account No.:
SWIFT: | 113011258
3324389
ZFNBUS55 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

# Thompson & Knight LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
December 14, 2017
Invoice 42054595

# INVOICE SUMMARY

For Services Rendered Through November 30, 2017

Our Matter #   508551.000021
                2003-2006 Tax Years

| | |
|---|---:|
| Fees for Professional Services ...........................................................................................$ | 410.00 |
| Unallocated funds applied............................................................................................$ | (246.00) |
| Net Current Billing For This Invoice ............................................................................$ | 164.00 |

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
December 14, 2017
Invoice 42054595

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 08/23/2017 | McNulty, M | Emails with M. Todd, IRS Appeals, regarding case developments | .30 | 820.00 | $246.00 | B240 | |
| 09/08/2017 | McNulty, M | Review article regarding bankruptcy court approval of Sempra acquiring Oncor from EFH; emails with M. Todd, IRS Appeals, regarding same | .20 | 820.00 | $164.00 | B240 | |

Fees for Professional Services ........................................................................................$        410.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Mary McNulty | Partner | .50 | $ | 820.00 | $ | 410.00 |
| Total | | .50 | | | $ | 410.00 |

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 3
December 14, 2017
Invoice 42054595

# REMITTANCE COPY

For Services Rendered Through November 30, 2017

Our Matter #    508551.000021
2003-2006 Tax Years

| | | |
|---|---|---:|
| Fees for Professional Services ........................................................................................ $ | | 410.00 |
| Unallocated funds applied ............................................................................................... $ | | (246.00) |
| Net Current Billing For This Invoice ............................................................................. $ | | 164.00 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | ZB, N.A. dba Amegy Bank |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | ZFNBUS55 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MEXICO CITY | MONTERREY | PARIS

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
February 23, 2018
Invoice 42059312

# INVOICE SUMMARY

For Services Rendered Through January 31, 2018

Our Matter #   508551.000021
2003-2006 Tax Years

| | | |
|---|---|---|
| Fees for Professional Services ....................................................................................................$ | | 1,336.50 |
| Net Current Billing For This Invoice ..........................................................................................$ | | 1,336.50 |

# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
February 23, 2018
Invoice 42059312

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 12/06/2017 | McNulty, M | Review and comment on email regarding Luminant proof of claim | .30 | 820.00 | $246.00 | B240 | |
| 12/12/2017 | McNulty, M | Prepare response to Luminant Holdings proof of claim | .60 | 820.00 | $492.00 | B240 | |
| 01/04/2018 | McNulty, M | Update M. Todd, IRS Appeals officer, on status of bankruptcy and emails regarding termination of indefinite statute extension | .70 | 855.00 | $598.50 | B240 | |

Fees for Professional Services ........................................................................................$           1,336.50

## Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Mary McNulty | Partner | 1.60 | $ | 835.31 | $ | 1,336.50 |
| Total | | 1.60 | | | $ | 1,336.50 |

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 3
February 23, 2018
Invoice 42059312

# REMITTANCE COPY

For Services Rendered Through January 31, 2018

Our Matter #    508551.000021
2003-2006 Tax Years

| | |
|---|---|
| Fees for Professional Services ...........................................................................................$ | 1,336.50 |
| Net Current Billing For This Invoice .............................................................................$ | 1,336.50 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | ZB, N.A. dba Amegy Bank<br>4400 Post Oak Parkway<br>Houston, TX 77027 |
| Beneficiary Account Name:<br>Beneficiary Address: | Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh St Ste 1500<br>Dallas, Texas 75201 |
| ABA Routing No.<br>Account No.:<br>SWIFT: | 113011258<br>3324389<br>ZFNBUS55 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MEXICO CITY | MONTERREY

# Thompson & Knight LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
June 21, 2016
Invoice 42010620

# INVOICE SUMMARY

For Services Rendered Through May 31, 2016

Our Matter #   508551.000026
              Document Retention

| | |
|---|---|
| Fees for Professional Services .......................................................................................$ | 4,368.00 |
| Net Current Billing For This Invoice ...........................................................................$ | 4,368.00 |

# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp                                          Page 2
Attn: Carla Howard                                             June 21, 2016
Energy Plaza                                              Invoice 42010620
1601 Bryan St 9-070
Dallas, TX 75201

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 05/02/2016 | Nylin, M | Research regarding record retention requirements for nuclear records related to TCEQ licensing requirements (3.3) | 3.30 | 520.00 | $1,716.00 | B210 | |
| 05/09/2016 | Nylin, M | Research additional record retention requirements for temperature logs, welding logs, and other equipment-related record retention requirements for nuclear records (2.4) | 2.40 | 520.00 | $1,248.00 | B210 | |
| 05/18/2016 | Nylin, M | Complete record retention spreadsheet regarding nuclear documents; prepare correspondence to C. Ivins regarding same (2.7) | 2.70 | 520.00 | $1,404.00 | B210 | |

Fees for Professional Services ......................................................................................$          4,368.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Meghan Nylin | Associate | 8.40 | $ | 520.00 | $ | 4,368.00 |
| Total | | 8.40 | | | $ | 4,368.00 |

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 3
June 21, 2016
Invoice 42010620

# REMITTANCE COPY

For Services Rendered Through May 31, 2016

Our Matter #    508551.000026
                 Document Retention

| | | |
|---|---|---|
| Fees for Professional Services ............................................................................$ | | 4,368.00 |
| Net Current Billing For This Invoice ...................................................................$ | | 4,368.00 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas
4400 Post Oak Parkway
Houston, TX 77027 |
| Beneficiary Account Name:
Beneficiary Address: | Thompson & Knight LLP
One Arts Plaza
1722 Routh St Ste 1500
Dallas, Texas 75201 |
| ABA Routing No.
Account No.:
SWIFT: | 113011258
3324389
SWBKUS44 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
September 13, 2016
Invoice 42017397

# INVOICE SUMMARY

For Services Rendered Through August 31, 2016

Our Matter #    508551.000026
            Document Retention

| | | |
|---|---|---|
| Fees for Professional Services | $ | 208.00 |
| Net Current Billing For This Invoice | $ | 208.00 |

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
September 13, 2016
Invoice 42017397

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 08/05/2016 | Nylin, M | Research record retention requirement for union grievances; prepare correspondence to C. Ivins regarding same | .40 | 520.00 | $208.00 | B210 | |

Fees for Professional Services ........................................................................................................$            208.00

## Summary of Fees

| Name | Title | Hours | Rate/Hr | | Amount |
|------|-------|-------|---------|---|--------|
| Meghan Nylin | Associate | .40 | $ 520.00 | $ | 208.00 |
| Total | | .40 | | $ | 208.00 |

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp                                              Page 3
Attn: Carla Howard                                            September 13, 2016
Energy Plaza                                                   Invoice 42017397
1601 Bryan St 9-070
Dallas, TX 75201

# REMITTANCE COPY

For Services Rendered Through August 31, 2016

Our Matter #    508551.000026
                Document Retention

Fees for Professional Services .........................................................................................$        208.00
Net Current Billing For This Invoice ...............................................................................$        208.00

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | SWBKUS44 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

# Thompson & Knight LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
June 21, 2016
Invoice 42010621

## INVOICE SUMMARY

For Services Rendered Through May 31, 2016

Our Matter #   508551.000027
            Debt Restructuring

| | |
|---|---|
| Fees for Professional Services ...........................................................................................$ | 12,587.00 |
| Net Current Billing For This Invoice .............................................................................$ | 12,587.00 |

# Thompson & Knight LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
June 21, 2016
Invoice 42010621

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 04/20/2016 | Liggins, D | Prepare response to U.S. Trustee's comments to the Fifth Interim Fee Application (.60) | .60 | 630.00 | $378.00 | B170 | |
| 04/27/2016 | Liggins, D | Finalize supplement to McNulty declaration supporting TK Employment Application (1.1) | 1.10 | 630.00 | $693.00 | B160 | |
| 04/28/2016 | Liggins, D | Various emails and telephone calls regarding conflict disclosures in connection with supplements to McNulty declaration (1.2) | 1.20 | 630.00 | $756.00 | B160 | |
| 05/02/2016 | Liggins, D | Finalize review of March pro formas (.50) | .50 | 630.00 | $315.00 | B160 | |
| 05/02/2016 | Savage, S | Research conflicts database to determine necessity of additional disclosure (.30) | .30 | 290.00 | $87.00 | B160 | |
| 05/02/2016 | McNulty, M | Review recent developments in bankruptcy case and discuss with L. Meyercord and B. Bloom (.90) | .90 | 810.00 | $729.00 | B240 | |
| 05/02/2016 | Savage, S | Prepare March monthly fee statement (1.2) | 1.20 | 290.00 | $348.00 | B160 | |
| 05/02/2016 | Meyercord, L | Conference with D. Wheat regarding ruling request update (0.20); email correspondence regarding previously filed Forms 8821 and 108 analysis (0.30) | .50 | 520.00 | $260.00 | B240 | |
| 05/03/2016 | Meyercord, L | Email correspondence with D. Wheat regarding 108 analysis (0.20) | .20 | 520.00 | $104.00 | B240 | |
| 05/03/2016 | McNulty, M | Review and comment on March fee application (.10) | .10 | 810.00 | $81.00 | B162 | |
| 05/05/2016 | Liggins, D | Finalize March fee statement (.30) and send to company for review (.20) | .50 | 630.00 | $315.00 | B160 | |

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MONTERREY | PARIS | MEXICO CITY

**THOMPSON & KNIGHT LLP**

Page 3
June 21, 2016
Invoice 42010621

Our Matter #    508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 05/08/2016 | Meyercord, L | E-mail correspondence with D. Wheat regarding 108 v. 1001 issue (2.2) | 2.20 | 520.00 | $1,144.00 | B240 | |
| 05/09/2016 | Meyercord, L | E-mail correspondence with D. Wheat regarding prior analysis of significant modification issue (0.80) | .80 | 520.00 | $416.00 | B240 | |
| 05/10/2016 | Liggins, D | Review and analysis Fee Committee's letter regarding January and February fee statements (.40); Determine objection deadline (.20) | .60 | 630.00 | $378.00 | B160 | |
| 05/10/2016 | Savage, S | Research and analysis of conflicts database to determine necessity of additional disclosure (.50) | .50 | 290.00 | $145.00 | B160 | |
| 05/11/2016 | Meyercord, L | Conference with D. Wheat regarding 5% shareholder issue (0.20); e-mail correspondence regarding same (0.10) | .30 | 520.00 | $156.00 | B240 | |
| 05/11/2016 | Savage, S | Research and analysis of conflicts database to determine necessity of additional disclosure (.30) | .30 | 290.00 | $87.00 | B160 | |
| 05/11/2016 | Savage, S | Prepare MFIS and CNO for January and February fee statements (1.6) | 1.60 | 290.00 | $464.00 | B162 | |
| 05/12/2016 | Liggins, D | Review and edit April pro formas (.90) | .90 | 630.00 | $567.00 | B160 | |
| 05/16/2016 | Liggins, D | Emails with M. Horn approving March fee statement (.20) | .20 | 630.00 | $126.00 | B160 | |
| 05/16/2016 | McNulty, M | Prepare June budget and staffing plan (.20) | .20 | 810.00 | $162.00 | B161 | |
| 05/18/2016 | Liggins, D | Emails with J. Madron regarding the Certificate of No Objection for the January and February monthly fee statements (.40) | .40 | 630.00 | $252.00 | B160 | |
| 05/18/2016 | Liggins, D | Emails with J. Madron instructing filing of Certificate of No Objection for January and February fee statements (.20) | .20 | 630.00 | $126.00 | B160 | |
| 05/20/2016 | Savage, S | Revise MFIS for January and February fee statements (.50) | .50 | 290.00 | $145.00 | B160 | |
| 05/23/2016 | McNulty, M | Review and comment on April fee statement (.10) | .10 | 810.00 | $81.00 | B162 | |
| 05/23/2016 | Savage, S | Revise April fee statement (.30) | .30 | 290.00 | $87.00 | B162 | |

**THOMPSON & KNIGHT LLP**

Page 4
June 21, 2016
Invoice 42010621

Our Matter #     508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 05/25/2016 | Meyercord, L | E-mail correspondence with D. Wheat regarding take-back debt (0.60); revise legal entity simplification slides (1.2) | 1.80 | 520.00 | $936.00 | B240 | |
| 05/25/2016 | Liggins, D | Review and revise June time estimates (.60) | .60 | 630.00 | $378.00 | B161 | |
| 05/26/2016 | McNulty, M | Review and comment on June budget and staffing plan (0.50); review withdrawal of IRS proofs of claim on withholding taxes (0.20) | .70 | 810.00 | $567.00 | B161 | |
| 05/26/2016 | James, M | Review LESS Slides to incorporate changes (2.2) | 2.20 | 385.00 | $847.00 | B240 | |
| 05/26/2016 | Savage, S | Prepare June budget and staffing plan (.90) | .90 | 290.00 | $261.00 | B161 | |
| 05/26/2016 | Meyercord, L | Revise legal entity simplification steps slides (2.3) | 2.30 | 520.00 | $1,196.00 | B240 | |

Fees for Professional Services .........................................................................................$            12,587.00

Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Mary McNulty | Partner | 2.00 | $ | 810.00 | $ | 1,620.00 |
| Demetra Liggins | Partner | 6.80 | $ | 630.00 | $ | 4,284.00 |
| Leonora Meyercord | Associate | 8.10 | $ | 520.00 | $ | 4,212.00 |
| Megan James | Associate | 2.20 | $ | 385.00 | $ | 847.00 |
| Shannon Savage | Paralegal | 5.60 | $ | 290.00 | $ | 1,624.00 |
| Total | | 24.70 | | | $ | 12,587.00 |

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 5
June 21, 2016
Invoice 42010621

# REMITTANCE COPY

For Services Rendered Through May 31, 2016

Our Matter #     508551.000027
                 Debt Restructuring

Fees for Professional Services ...........................................................................................$         12,587.00
Net Current Billing For This Invoice ..............................................................................$         12,587.00

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | SWBKUS44 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MONTERREY | PARIS | MEXICO CITY

# Thompson & Knight LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
July 28, 2016
Invoice 42013674

## INVOICE SUMMARY

For Services Rendered Through June 30, 2016

Our Matter #   508551.000027
                Debt Restructuring

| | | |
|---|---|---|
| Fees for Professional Services | $ | 17,435.50 |
| Reimbursable Costs | $ | 3.00 |
| Net Current Billing For This Invoice | $ | 17,438.50 |

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
July 28, 2016
Invoice 42013674

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 06/04/2016 | Meyercord, L | E-mail correspondence with D. Wheat regarding Texas Margins Tax structuring issue (0.40) | .40 | 520.00 | $208.00 | B240 | |
| 06/06/2016 | Savage, S | Determine additional disclosures needed for McNulty declaration (.30) | .30 | 290.00 | $87.00 | B160 | |
| 06/08/2016 | Liggins, D | Begin reviewing documents for next fee application (.60) | .60 | 630.00 | $378.00 | B160 | |
| 06/08/2016 | Meyercord, L | E-mail correspondence with D. Wheat regarding legal entity simplification steps (.40) | .40 | 520.00 | $208.00 | B240 | |
| 06/09/2016 | Liggins, D | Follow-up with company on the March and April Fee Statements (.70); Emails with J. Madron with respect to filing the same (.20) | .90 | 630.00 | $567.00 | B162 | |
| 06/09/2016 | Meyercord, L | Email correspondence with A. Sexton regarding 2013 PLR (.20) | .20 | 520.00 | $104.00 | B240 | |
| 06/10/2016 | Savage, S | Analyze neew parties for disclosure of representation (.30) | .30 | 290.00 | $87.00 | B160 | |
| 06/13/2016 | Savage, S | Prepare sixth interim fee application (2.3) and exhibits (2.5) | 4.80 | 290.00 | $1,392.00 | B162 | |
| 06/13/2016 | Meyercord, L | E-mail correspondence with M. McNulty and E. Parker regarding status of restructuring (.40); conference with D. Wheat regarding ruling request and legal entity simplification steps (.30); review LESS slides and e-mail correspondence with B. Bloom regarding same (.70) | 1.40 | 520.00 | $728.00 | B240 | |

**THOMPSON & KNIGHT LLP**

Our Matter #    508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 06/14/2016 | Meyercord, L | E-mail correspondence with B. Bloom regarding LESS (.50); conference with B. Bloom regarding same 0.20) | .70 | 520.00 | $364.00 | B240 | |
| 06/14/2016 | Liggins, D | Review fee statement documents (.80) | .80 | 630.00 | $504.00 | B162 | |
| 06/14/2016 | Savage, S | Continune preapring sixth interim fee application (1.8) | 1.80 | 290.00 | $522.00 | B160 | |
| 06/15/2016 | McNulty, M | Prepare July budget and staffing plan (.30) | .30 | 810.00 | $243.00 | B161 | |
| 06/15/2016 | Meyercord, L | Email correspondence with D. Wheat regarding prior correspondence with the IRS and net value regulations (.60) | .60 | 520.00 | $312.00 | B240 | |
| 06/15/2016 | Savage, S | Analyze conflicts to determine additional disclosures (.20) | .20 | 290.00 | $58.00 | B160 | |
| 06/15/2016 | Liggins, D | Various emails and telephone calls regarding conflicts (.70) | .70 | 630.00 | $441.00 | B160 | |
| 06/17/2016 | Savage, S | Work on sixth interim fee application exhibits (2.5) | 2.50 | 290.00 | $725.00 | B162 | |
| 06/17/2016 | McNulty, M | Emails with M. Horn regarding status of 2010-2013 audit (.10) | .10 | 810.00 | $81.00 | B240 | |
| 06/17/2016 | Savage, S | Determine additional disclosures for employment declaration | .20 | 290.00 | $58.00 | B160 | |
| 06/17/2016 | McNulty, M | Prepare July budget and staffing plan (.10) | .10 | 810.00 | $81.00 | B161 | |
| 06/17/2016 | Liggins, D | Review July fee estimates for budget and staffing plan (.30) | .30 | 630.00 | $189.00 | B161 | |
| 06/21/2016 | McNulty, M | Review and comment on July Budget and Staffing Plan (.20) | .20 | 810.00 | $162.00 | B161 | |
| 06/21/2016 | McNulty, M | Respond to question regarding basis in UK entities (.40) | .40 | 810.00 | $324.00 | B240 | |
| 06/21/2016 | Liggins, D | Review and analysis July budget and staffing plan (.40) | .40 | 630.00 | $252.00 | B161 | |
| 06/21/2016 | Savage, S | Prepare July budget and staffing plan (.90) | .90 | 290.00 | $261.00 | B161 | |
| 06/21/2016 | James, M | Update LESS Slides to incorporate changes to steps (2.4) | 2.40 | 385.00 | $924.00 | B240 | |

**THOMPSON & KNIGHT LLP**

Page 4
July 28, 2016
Invoice 42013674

Our Matter #    508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 06/22/2016 | Meyercord, L | Review revised legal entity simplification steps slides and email correspondence with J. Johnson regarding same (1.10) | 1.10 | 520.00 | $572.00 | B240 | |
| 06/22/2016 | Savage, S | Prepare May monthly fee statement (1.3) | 1.30 | 290.00 | $377.00 | B162 | |
| 06/22/2016 | James, M | Update LESS slides to incorporate changes to steps (1.8) | 1.80 | 385.00 | $693.00 | B240 | |
| 06/23/2016 | McNulty, M | Emails regarding question from M. Horn on statute of limitations for refund claims for Texas margin tax purposes (.20) | .20 | 810.00 | $162.00 | B240 | |
| 06/27/2016 | Savage, S | Continue to prepare sixth interim fee application exhibits (2.3) | 2.30 | 290.00 | $667.00 | B162 | |
| 06/27/2016 | Liggins, D | Prepare for (.40) and telephonically attend hearing on Interim Fee Application (.80) | 1.00 | 630.00 | $630.00 | B162 | |
| 06/29/2016 | Yin, P | Analyze the Texas Tax Code, Regulations and case law regarding the statute of limitations for refund claims, and scope of the extension of the SOL when deficiency or jeopardy determinations are made (4.2) | 4.20 | 385.00 | $1,617.00 | B240 | |
| 06/30/2016 | James, M | Review and update the analysis and memorandum regarding the Texas Franchise Tax rules for the computation of total revenue for disregarded LLCs (1.3); update memorandum to include General Information Letter received from the Tax Policy Division of the Texas Comptroller (1.5) | 2.80 | 385.00 | $1,078.00 | B240 | |
| 06/30/2016 | Meyercord, L | E-mail correspondence with D. Wheat regarding LESS tax memo (0.4); conference with D. Wheat, B. Bloom and A. Wigmore regarding same (0.4) | .80 | 520.00 | $416.00 | B240 | |

**THOMPSON & KNIGHT LLP**

Page 5
July 28, 2016
Invoice 42013674

Our Matter #    508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 06/30/2016 | Yin, P | Prepare analysis regarding the statute of limitations for refund claims, scope of the extension of the SOL when deficiency or jeopardy determinations are made (3.5); evaluate whether EFH should be granted an extension to the SOL and circumstances or facts that are necessary to show same (1.6) | 5.10 | 385.00 | $1,963.50 | B240 | |

Fees for Professional Services ..................................................................................................$        17,435.50

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Mary McNulty | Partner | 1.30 | $ | 810.00 | $ | 1,053.00 |
| Demetra Liggins | Partner | 4.70 | $ | 630.00 | $ | 2,961.00 |
| Leonora Meyercord | Associate | 5.60 | $ | 520.00 | $ | 2,912.00 |
| Paul Yin | Associate | 9.30 | $ | 385.00 | $ | 3,580.50 |
| Megan James | Associate | 7.00 | $ | 385.00 | $ | 2,695.00 |
| Shannon Savage | Paralegal | 14.60 | $ | 290.00 | $ | 4,234.00 |
| Total | | 42.50 | | | $ | 17,435.50 |

### Reimbursable Costs

| Date | Description | Amount |
|------|-------------|--------|
| | Electronic Research | $3.00 |

Total Reimbursable Costs ..................................................................................................$        3.00

Total Current Fees and Costs for this Invoice..............................................................................$        17,438.50

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 6
July 28, 2016
Invoice 42013674

# REMITTANCE COPY

For Services Rendered Through June 30, 2016

Our Matter #    508551.000027
                Debt Restructuring

| | | |
|---|---|---|
| Fees for Professional Services .................................................................................................$ | 17,435.50 |
| Reimbursable Costs.................................................................................................................$ | 3.00 |
| Net Current Billing For This Invoice .........................................................................................$ | 17,438.50 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | SWBKUS44 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

# Thompson & Knight LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
August 31, 2016
Invoice 42016470

## INVOICE SUMMARY

For Services Rendered Through July 31, 2016

Our Matter #    508551.000027
                Debt Restructuring

| | | |
|---|---|---|
| Fees for Professional Services | $ | 27,391.50 |
| Net Current Billing For This Invoice | $ | 27,391.50 |

# Thompson & Knight LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
August 31, 2016
Invoice 42016470

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 07/01/2016 | Savage, S | Research conflicts database to determine additional disclosure for supplement to McNulty Declaration (.50) | .50 | 290.00 | $145.00 | B160 | |
| 07/01/2016 | Savage, S | Work on sixth interim fee application (1.8) | 1.80 | 290.00 | $522.00 | B162 | |
| 07/05/2016 | McNulty, M | Review articles regarding status of bankruptcy case (0.20); Analyze question from M. Horn regarding statute of limitations for TD refunds (4.40) | 4.60 | 810.00 | $3,726.00 | B240 | |
| 07/05/2016 | Liggins, D | Determine whether objections were filed to the March April 2016 Fee Statements (.40) | .40 | 630.00 | $252.00 | B162 | |
| 07/06/2016 | Savage, S | Research docket regarding entry of order on fifth interim fee applications (.20) | .20 | 290.00 | $58.00 | B160 | |
| 07/06/2016 | Liggins, D | Review and analysis of order approving interim fee application (.20) | .20 | 630.00 | $126.00 | B162 | |
| 07/07/2016 | Savage, S | Prepare CNOs for March and April Fee statements (.80); prepare MFIS regarding same (.50) | 1.30 | 290.00 | $377.00 | B162 | |
| 07/08/2016 | Yin, P | Evaluate Texas Tax Code, Regulations and Comptroller guidance regarding treatment of extension agreements, changes in the Comptroller position regarding tolling of the limitations period for bankruptcies, and treatment of refund claims regarding different transactions in the same tax year (6.3) | 6.30 | 385.00 | $2,425.50 | B240 | |

**THOMPSON & KNIGHT LLP**

Page 3
August 31, 2016
Invoice 42016470

Our Matter #     508551.000027
                 Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 07/08/2016 | Meyercord, L | E-mail correspondence with D. Wheat regarding accrued interest issue (0.20); review prior research regarding same (0.40) | .60 | 520.00 | $312.00 | B240 | |
| 07/10/2016 | Yin, P | Analyze reatment of extension agreements within the context of bankruptcies, changes in the Comptroller position regarding tolling of the limitations period for bankruptcies, and treatment of refund claims regarding different transactions in the same tax year (3.0) | 3.00 | 385.00 | $1,155.00 | B240 | |
| 07/11/2016 | Savage, S | Work on fee application (2.5) and supporting exhibits (3.0); analysis of orders on interim fee orders vs. outstanding fees (1.1) | 6.60 | 290.00 | $1,914.00 | B160 | |
| 07/11/2016 | McNulty, M | Review articles regarding status of bankruptcy case (0.10); analyze question from M. Horn regarding statute of limitations for TD refunds (0.10) | .20 | 810.00 | $162.00 | B240 | |
| 07/12/2016 | McNulty, M | Respond to request from B. Bloom for past state tax analysis of busted 351 | .40 | 810.00 | $324.00 | B240 | |
| 07/15/2016 | McNulty, M | Analyze question from M. Horn regarding statute of limitations for TD refunds and draft and respond to email from M. Horn regarding same (3.8) | 3.80 | 810.00 | $3,078.00 | B240 | |
| 07/15/2016 | Savage, S | Fee analysis (.9); revise sixth interim fee application exhibits (1.2) | 2.10 | 290.00 | $609.00 | B160 | |
| 07/18/2016 | McNulty, M | Respond to request from lead bankruptcy counsel to prepare fee estimates for August-December 2016 and January - March 2017 (.70) | .70 | 810.00 | $567.00 | B161 | |
| 07/18/2016 | McNulty, M | Prepare August budget (.70). | .70 | 810.00 | $567.00 | B161 | |
| 07/18/2016 | Savage, S | Prepare August budget and staffing plan (.60) | .60 | 290.00 | $174.00 | B161 | |
| 07/19/2016 | McNulty, M | Emails with M. Horn regarding statute of limitations for TD refunds (.20) | .20 | 810.00 | $162.00 | B240 | |

**THOMPSON & KNIGHT LLP**

Page 4
August 31, 2016
Invoice 42016470

Our Matter #    508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 07/19/2016 | Liggins, D | Review and revise interim fee application (.70) | .70 | 630.00 | $441.00 | B162 | |
| 07/20/2016 | McNulty, M | Emails with M. Horn regarding statute of limitations for TD refunds (.20) | .20 | 810.00 | $162.00 | B240 | |
| 07/20/2016 | Liggins, D | Emails with local counsel regarding the Certificates of No Objection for the March and April Fee Statements (.30); Emails with Company about same and Monthly Fee Invoice Statement for each statement (.20) | .50 | 630.00 | $315.00 | B162 | |
| 07/20/2016 | Savage, S | Revise CNO for March and April fee statements (.40); revise MFIS for March and April (.30); correspond regarding fee statements and fee application (.30) | 1.00 | 290.00 | $290.00 | B162 | |
| 07/20/2016 | Liggins, D | Emails to the company regarding the August budget (.20) | .20 | 630.00 | $126.00 | B161 | |
| 07/21/2016 | Savage, S | Review docket to determine whether a response to the May fee statement was filed (.20); prepare CNO regarding May fee statement (.50) | .70 | 290.00 | $203.00 | B160 | |
| 07/21/2016 | Liggins, D | Review May Certificate of No Objection (.20); emails with J. Madron about same (.20); Review June fee statement documents (.80) | 1.20 | 630.00 | $756.00 | B162 | |
| 07/21/2016 | McNulty, M | Emails with M. Horn regarding statute of limitations for TD refunds (.20) | .20 | 810.00 | $162.00 | B240 | |
| 07/22/2016 | McNulty, M | Call with M. Horn and E. O'Brien regarding status of IRS audits and settlements and package settlement with State Comptroller's; follow up on MTM turn gain franchise tax issue (.50) | .50 | 810.00 | $405.00 | B240 | |
| 07/25/2016 | McNulty, M | Respond to question from M. Horn on MTM turn gain franchise tax issue (1.4) | 1.40 | 810.00 | $1,134.00 | B240 | |
| 07/25/2016 | James, M | Update LESS Slides to incorporate additional changes and comments (2.1) | 2.10 | 385.00 | $808.50 | B240 | |

**THOMPSON & KNIGHT LLP**

Page 5
August 31, 2016
Invoice 42016470

Our Matter #    508551.000027
              Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 07/26/2016 | Savage, S | Revise sixth interim fee application (1.1) | 1.10 | 290.00 | $319.00 | B162 | |
| 07/26/2016 | McNulty, M | Prepare Sixth Interim Fee Application (1.9) | 1.90 | 810.00 | $1,539.00 | B162 | |
| 07/26/2016 | Liggins, D | Email with G. Moor regarding Certificate of No Objection and Monthly Fee Invoice Statement for May Fee Statement (.20) | .20 | 630.00 | $126.00 | B162 | |
| 07/26/2016 | James, M | Update LESS Slides to incorporate additional changes and comments (3.9) | 3.90 | 385.00 | $1,501.50 | B240 | |
| 07/27/2016 | Savage, S | Revise sixth interim fee application (1.3) | 1.30 | 290.00 | $377.00 | B160 | |
| 07/28/2016 | McNulty, M | Respond to question from M. Horn regarding statute of limitations for assessments for Oncor 2010 and 2011 (.40) | .40 | 810.00 | $324.00 | B240 | |
| 07/28/2016 | Savage, S | Revise sixth interim fee application (.80) | .80 | 290.00 | $232.00 | B160 | |
| 07/29/2016 | McNulty, M | Review and comment on draft email to Texas Attorney General regarding statute of limitations for filing refund claim on TD costs (0.40); emails regarding issuance of private letter ruling, NextEra bid for Oncor, and emergence from bankruptcy (0.60); review and comment on Texas franchise tax claim for TD costs (0.30) | 1.30 | 810.00 | $1,053.00 | B240 | |
| 07/29/2016 | Yin, P | Review and comment on T&D refund claim (1.2) | 1.20 | 385.00 | $462.00 | B240 | |

Fees for Professional Services ......................................................................................................$         27,391.50

**THOMPSON & KNIGHT LLP**

Page 6
August 31, 2016
Invoice 42016470

Our Matter #     508551.000027
                 Debt Restructuring

Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Mary McNulty | Partner | 16.50 | $ | 810.00 | $ | 13,365.00 |
| Demetra Liggins | Partner | 3.40 | $ | 630.00 | $ | 2,142.00 |
| Leonora Meyercord | Associate | .60 | $ | 520.00 | $ | 312.00 |
| Paul Yin | Associate | 10.50 | $ | 385.00 | $ | 4,042.50 |
| Megan James | Associate | 6.00 | $ | 385.00 | $ | 2,310.00 |
| Shannon Savage | Paralegal | 18.00 | $ | 290.00 | $ | 5,220.00 |
| Total | | 55.00 | | | $ | 27,391.50 |

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 7
August 31, 2016
Invoice 42016470

# REMITTANCE COPY

For Services Rendered Through July 31, 2016

Our Matter #   508551.000027
                Debt Restructuring

Fees for Professional Services ....................................................................................$         27,391.50
Net Current Billing For This Invoice ............................................................................$         27,391.50

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas<br>4400 Post Oak Parkway<br>Houston, TX 77027 |
| Beneficiary Account Name:<br>Beneficiary Address: | Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh St Ste 1500<br>Dallas, Texas 75201 |
| ABA Routing No.<br>Account No.:<br>SWIFT: | 113011258<br>3324389<br>SWBKUS44 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MONTERREY | MEXICO CITY |PARIS

# Thompson & Knight LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
September 15, 2016
Invoice 42017534

## INVOICE SUMMARY

For Services Rendered Through August 31, 2016

Our Matter #   508551.000027
             Debt Restructuring

| | | |
|---|---|---|
| Fees for Professional Services | $ | 6,951.00 |
| Net Current Billing For This Invoice | $ | 6,951.00 |

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
September 15, 2016
Invoice 42017534

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 08/01/2016 | Savage, S | Research database regarding additional disclosure (.5); prepare seventh supplemental disclosure (1.2) | 1.70 | 290.00 | $493.00 | B160 | |
| 08/01/2016 | Savage, S | Prepare June fee statement (.90) | .90 | 290.00 | $261.00 | B162 | |
| 08/02/2016 | Savage, S | Revise seventh supplemental disclosure (.40) | .40 | 290.00 | $116.00 | B160 | |
| 08/02/2016 | Savage, S | Revise sixth interim fee application (.90) | .90 | 290.00 | $261.00 | B162 | |
| 08/02/2016 | Savage, S | Revise June fee statement (.50) | .50 | 290.00 | $145.00 | B162 | |
| 08/08/2016 | McNulty, M | Review case updates and filings (1.90) | 1.90 | 810.00 | $1,539.00 | B240 | |
| 08/08/2016 | McNulty, M | Review and comment on supplemental disclosure to retention application (.40) | .40 | 810.00 | $324.00 | B160 | |
| 08/08/2016 | McNulty, M | Review and comment on revised draft of Sixth Interim Fee Application (0.60); review and comment on June fee app (0.2) | .80 | 810.00 | $648.00 | B162 | |
| 08/10/2016 | Savage, S | Revise fee application (.3);compile exhibits (.5); research conflicts database for determination of additional disclosure to McNulty declaration (.8) | 1.60 | 290.00 | $464.00 | B160 | |
| 08/11/2016 | McNulty, M | Prepare September budget estimates (.20) | .20 | 810.00 | $162.00 | B161 | |
| 08/11/2016 | Savage, S | Prepare September budget and staffing plan (.60) | .60 | 290.00 | $174.00 | B161 | |
| 08/12/2016 | Savage, S | Finalize budget and staffing plan for September (.10) | .10 | 290.00 | $29.00 | B161 | |

**THOMPSON & KNIGHT LLP**

Page 3
September 15, 2016
Invoice 42017534

Our Matter #    508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 08/12/2016 | Savage, S | Prepare fee application and exhibits (.20) | .20 | 290.00 | $58.00 | B162 | |
| 08/15/2016 | McNulty, M | Emails with A. Sexton, C. Howard, M. Horn, and E. O'Brien regarding amended proofs of claim and review agreed upon tax and interest numbers for 2004, 2006, and 2009 (.90) | .90 | 810.00 | $729.00 | B240 | |
| 08/16/2016 | Liggins, D | Finalize September budget (.30); Emails with company about same (.20) | .50 | 630.00 | $315.00 | B161 | |
| 08/16/2016 | Liggins, D | Finalize sixth interim fee application (.50); emails with company about same (.30) | .80 | 630.00 | $504.00 | B160 | |
| 08/24/2016 | McNulty, M | Review and comment on interest netting request for 2010-2014 (.90) | .90 | 810.00 | $729.00 | B240 | |

Fees for Professional Services ...........................................................................................................$            6,951.00

Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Mary McNulty | Partner | 5.10 | $ | 810.00 | $ | 4,131.00 |
| Demetra Liggins | Partner | 1.30 | $ | 630.00 | $ | 819.00 |
| Shannon Savage | Paralegal | 6.90 | $ | 290.00 | $ | 2,001.00 |
| Total | | 13.30 | | | $ | 6,951.00 |

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 4
September 15, 2016
Invoice 42017534

# REMITTANCE COPY

For Services Rendered Through August 31, 2016

Our Matter #    508551.000027
                Debt Restructuring

Fees for Professional Services ...................................................................................$        6,951.00
Net Current Billing For This Invoice ...........................................................................$        6,951.00

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | Amegy Bank of Texas<br>4400 Post Oak Parkway<br>Houston, TX 77027 |
| Beneficiary Account Name:<br>Beneficiary Address: | Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh St Ste 1500<br>Dallas, Texas 75201 |
| ABA Routing No.<br>Account No.:<br>SWIFT: | 113011258<br>3324389<br>SWBKUS44 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MONTERREY | MEXICO CITY |PARIS

# Thompson & Knight LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
November 8, 2016
Invoice 42022335

## INVOICE SUMMARY

For Services Rendered Through October 3, 2016

Our Matter #   508551.000027
               Debt Restructuring

| | | |
|---|---|---|
| Fees for Professional Services ...................................................................................................$ | | 145.00 |
| Net Current Billing For This Invoice ...........................................................................................$ | | 145.00 |

# Thompson & Knight LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
November 8, 2016
Invoice 42022335

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 10/03/2016 | Savage, S | Research conflicts database regarding necessity of additional disclosure | .50 | 290.00 | $145.00 | B160 | |

Fees for Professional Services ........................................................................................$ 145.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Shannon Savage | Paralegal | .50 | $ | 290.00 | $ | 145.00 |
| Total | | .50 | | | $ | 145.00 |

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 3
November 8, 2016
Invoice 42022335

# REMITTANCE COPY

For Services Rendered Through October 3, 2016

Our Matter #    508551.000027
                Debt Restructuring

| | | |
|---|---|---|
| Fees for Professional Services ............................................................................................$ | 145.00 |
| Net Current Billing For This Invoice .................................................................................$ | 145.00 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | ZB, N.A. dba Amegy Bank |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | ZFNBUS55 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MEXICO CITY | MONTERREY | PARIS

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
November 10, 2016
Invoice 42022547

# INVOICE SUMMARY

For Services Rendered Through October 31, 2016

Our Matter #    508551.000027
　　　　　　　Debt Restructuring

| | | |
|---|---|---:|
| Fees for Professional Services | $ | 13,691.00 |
| Reimbursable Costs | $ | 7.20 |
| Net Current Billing For This Invoice | $ | 13,698.20 |

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
November 10, 2016
Invoice 42022547

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 09/01/2016 | Savage, S | Prepare July fee statement (.90) | .90 | 290.00 | $261.00 | B162 | |
| 09/07/2016 | Savage, S | Research conflict database regarding necessity of additional disclosure (.60) | .60 | 290.00 | $174.00 | B160 | |
| 09/08/2016 | James, M | Update LESS slides to incorporate additional changes and clarify E-Side Emergence (1.4) | 1.40 | 385.00 | $539.00 | B240 | |
| 09/09/2016 | McNulty, M | Status update call with M. Horn and E. O'Brien regarding settlement with Texas Comptroller, netting request for 2010-2014, and termination of indefinite statute extension for 2003-2006 (0.30); analyze available balances for netting (0.10); review settlement with Texas Comptroller (0.20); prepare October budget and staffing plan (0.20) | .80 | 810.00 | $648.00 | B240 | |
| 09/09/2016 | James, M | Update LESS slides to incorporate additional changes and clarify E-Side Emergence (4.1) | 4.10 | 385.00 | $1,578.50 | B240 | |
| 09/12/2016 | McNulty, M | Prepare October budget and staffing plan (0.20) | .20 | 810.00 | $162.00 | B161 | |
| 09/12/2016 | James, M | Update LESS Slides to incorporate changes and comments (6.5) | 6.50 | 385.00 | $2,502.50 | B240 | |
| 09/12/2016 | Savage, S | Prepare Certificate of No Objection and Monthly Fee Invoice Statement for June fee statement (.80) | .80 | 290.00 | $232.00 | B162 | |
| 09/14/2016 | James, M | Update LESS slides to incorporate additional changes (2.8) | 2.80 | 385.00 | $1,078.00 | B240 | |
| 09/15/2016 | Liggins, D | Call about TCEH Professional Fee Escrow Account (.50) | .50 | 630.00 | $315.00 | B160 | |

**THOMPSON & KNIGHT LLP**

Page 3
November 10, 2016
Invoice 42022547

Our Matter #    508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 09/15/2016 | McNulty, M | Review and comment on October Budget Staffing Plan (.20) | .20 | 810.00 | $162.00 | B240 | |
| 09/15/2016 | James, M | Update LESS slides to incorporate additional changes (1.6) | 1.60 | 385.00 | $616.00 | B240 | |
| 09/16/2016 | McNulty, M | Emails regarding Sixth Interim Fee Statement and June Fee Statement; respond to request for TCEH fees through October 1 (.30) | .30 | 810.00 | $243.00 | B240 | |
| 09/16/2016 | Savage, S | Prepare October budget and staffing plan (1.3); analysis of outstanding fees as to TCEH (.60) | 1.90 | 290.00 | $551.00 | B161 | |
| 09/20/2016 | Savage, S | Research conflict database for determination of additional disclosure (.60) | .60 | 290.00 | $174.00 | B160 | |
| 09/21/2016 | McNulty, M | Review and comment on August fee application; follow up on July fee application (.30) | .30 | 810.00 | $243.00 | B162 | |
| 09/21/2016 | Savage, S | Prepare August fee statement (.90) | .90 | 290.00 | $261.00 | B162 | |
| 09/21/2016 | James, M | Update LESS slides to incorporate changes (.70) | .70 | 385.00 | $269.50 | B240 | |
| 09/23/2016 | James, M | Update LESS Slides to incorporate additional changes (.70) | .70 | 385.00 | $269.50 | B240 | |
| 09/23/2016 | Savage, S | Revise monthy fee invoice statement for June fee statement (.30) | .30 | 290.00 | $87.00 | B162 | |
| 09/29/2016 | Savage, S | Research regarding additional disclosure regarding TK employment (.80) | .80 | 290.00 | $232.00 | B160 | |
| 09/30/2016 | Savage, S | Analysis of fees received and applied (1.6); analysis of conflict database regarding additional disclosure (.30) | 1.90 | 290.00 | $551.00 | B162 | |
| 10/06/2016 | Savage, S | Read memorandum regarding post-effective date fees (.10); docket same (.20) | .30 | 290.00 | $87.00 | B162 | |
| 10/06/2016 | McNulty, M | Review emails regarding fee process for accrued amounts as of date of emergence and final fee application (.20) | .20 | 810.00 | $162.00 | B240 | |
| 10/10/2016 | Savage, S | Prepare final fee application (4.3) | 4.30 | 290.00 | $1,247.00 | B162 | |

**THOMPSON & KNIGHT LLP**

Page 4
November 10, 2016
Invoice 42022547

Our Matter #    508551.000027
                Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 10/13/2016 | Liggins, D | E-mail with J. Madron regarding filing of July and August fee statements (.20) | .20 | 630.00 | $126.00 | B162 | |
| 10/14/2016 | Liggins, D | E-mail with J. Madron confirming filing of July and August fee statements (.20) | .20 | 630.00 | $126.00 | B162 | |
| 10/26/2016 | Savage, S | Prepare November budget and staffing plan (.70) | .70 | 290.00 | $203.00 | B161 | |
| 10/28/2016 | Savage, S | Read order regarding fee applications (.10); prepare summary of fees and expenses due from Debtor (.30); analysis of outstanding fees and expenses for payment before y/e 2016 (.80) | 1.20 | 290.00 | $348.00 | B162 | |
| 10/28/2016 | McNulty, M | Follow up on sixth interim fee application and documents requested following court approval (.20) | .20 | 810.00 | $162.00 | B162 | |
| 10/28/2016 | McNulty, M | Review and comment on December budget staffing plan | .10 | 810.00 | $81.00 | B161 | |

Fees for Professional Services ....................................................................................$    13,691.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Mary McNulty | Partner | 2.30 | $ | 810.00 | $ | 1,863.00 |
| Demetra Liggins | Partner | .90 | $ | 630.00 | $ | 567.00 |
| Megan James | Associate | 17.80 | $ | 385.00 | $ | 6,853.00 |
| Shannon Savage | Paralegal | 15.20 | $ | 290.00 | $ | 4,408.00 |
| Total | | 36.20 | | | $ | 13,691.00 |

### Reimbursable Costs

| Date | Description | Amount |
|------|-------------|--------|
| | Electronic Research | $7.20 |

Total Reimbursable Costs ............................................................................................$    7.20

Total Current Fees and Costs for this Invoice.............................................................$    13,698.20

## THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 5
November 10, 2016
Invoice 42022547

# REMITTANCE COPY

For Services Rendered Through October 31, 2016

Our Matter #    508551.000027
            Debt Restructuring

| | |
|---|---:|
| Fees for Professional Services ...............................................................................................$ | 13,691.00 |
| Reimbursable Costs..............................................................................................................$ | 7.20 |
| Net Current Billing For This Invoice .........................................................................................$ | 13,698.20 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | ZB, N.A. dba Amegy Bank |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | ZFNBUS55 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

**<u>Exhibit H-1</u>**

**Detailed Invoices**
**November 1, 2016 – March 9, 2018**

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
December 20, 2016
Invoice 42026091

# INVOICE SUMMARY

For Services Rendered Through November 30, 2016

Our Matter #   508551.000027
             Debt Restructuring

| | | |
|---|---|---|
| Fees for Professional Services | $ | 15,085.00 |
| Net Current Billing For This Invoice | $ | 15,085.00 |

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
December 20, 2016
Invoice 42026091

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 10/27/2016 | Liggins, D | Review and analyze the Fee Invoice Statement and other related documents in connection with the 6th Interim Fee Application (.60) | .60 | 630.00 | $378.00 | B162 | |
| 11/02/2016 | Liggins, D | Follow-up with the company about the Fee Invoice Statement for the fee application (.30) | .30 | 630.00 | $189.00 | B162 | |
| 11/04/2016 | Liggins, D | Finalize November budget (.40); Emails with clients about same (.20) | .70 | 630.00 | $441.00 | B161 | |
| 11/04/2016 | Savage, S | Prepare certificates of no objection for July and August fee statements (.5); work on final fee application fee summary (1.2) | 1.70 | 290.00 | $493.00 | B162 | |
| 11/07/2016 | Liggins, D | Emails with clients regarding outstanding fees (.30); | .30 | 630.00 | $189.00 | B162 | |
| 11/07/2016 | Liggins, D | Review changes to the November budget (.40) | .40 | 630.00 | $252.00 | B161 | |
| 11/07/2016 | McNulty, M | Emails with M. Horn regarding November budget staffing plan (.30) | .30 | 810.00 | $243.00 | B161 | |
| 11/08/2016 | Savage, S | Prepare final fee calculation for final fee application (1.2) | 1.20 | 290.00 | $348.00 | B160 | |
| 11/09/2016 | Liggins, D | Finalize Certificate of No Objection for July and August fee statements (.40); Follow-up with local counsel about same (.20) | .60 | 630.00 | $378.00 | B162 | |
| 11/09/2016 | McNulty, M | Review and comment on revised draft of November Budget Staffing plan (.10) | .10 | 810.00 | $81.00 | B161 | |
| 11/09/2016 | Savage, S | Revise final fee application (2.5) | 2.50 | 290.00 | $725.00 | B160 | |
| 11/10/2016 | Savage, S | Continue to draft final fee application (3.4) | 3.40 | 290.00 | $986.00 | B162 | |

**THOMPSON & KNIGHT LLP**

Page 3
December 20, 2016
Invoice 42026091

Our Matter #    508551.000027
                Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 11/10/2016 | Liggins, D | Review docket to confirm filing of July and August fee statements (.20) | .20 | 630.00 | $126.00 | B162 | |
| 11/11/2016 | Savage, S | Work on final fee application (4.5) | 4.50 | 290.00 | $1,305.00 | B162 | |
| 11/15/2016 | Savage, S | Prepare report regarding outstanding fees and expenses (.6); Revise final fee application (2.5) | 3.10 | 290.00 | $899.00 | B162 | |
| 11/15/2016 | Liggins, D | Determine status of September fee statement (.20) and Monthly Fee Invoice Statement for July and August (.20) | .40 | 630.00 | $252.00 | B162 | |
| 11/16/2016 | Savage, S | Continue to draft and revise final fee application (5.0) | 5.00 | 290.00 | $1,450.00 | B160 | |
| 11/17/2016 | Savage, S | Prepare exhibits to fee application (1.3) | 1.30 | 290.00 | $377.00 | B162 | |
| 11/17/2016 | McNulty, M | Review and comment on September and October combined fee statement (.20) | .20 | 810.00 | $162.00 | B162 | |
| 11/18/2016 | McNulty, M | Emails regarding final fee app | .10 | 810.00 | $81.00 | B162 | |
| 11/18/2016 | Savage, S | Revise final fee application and exhibits (4.8) | 4.80 | 290.00 | $1,392.00 | B162 | |
| 11/18/2016 | Savage, S | Prepare December budget and staffing plan (.70) | .70 | 290.00 | $203.00 | B161 | |
| 11/21/2016 | Savage, S | Prepare eighth supplemental declaration to support TK employment application (1.7) | 1.70 | 290.00 | $493.00 | B160 | |
| 11/22/2016 | Savage, S | Work on exhibits to final fee application (2.5) | 2.50 | 290.00 | $725.00 | B162 | |
| 11/28/2016 | McNulty, M | Review and comment on Eighth Supplemental Declaration (.20) | .20 | 810.00 | $162.00 | B160 | |
| 11/28/2016 | McNulty, M | Respond to request from B. Bloom for lignite depletion protests and materials from IRS Appeals' proceedings (.30) | .30 | 810.00 | $243.00 | B240 | |
| 11/28/2016 | Liggins, D | Determine changes and updates to Supplement to McNulty Declaration to TK Employment Application (.70) | .70 | 630.00 | $441.00 | B160 | |
| 11/29/2016 | Savage, S | Revise final fee application and exhibits (2.3) | 2.30 | 290.00 | $667.00 | B162 | |

**THOMPSON & KNIGHT LLP**

Page 4
December 20, 2016
Invoice 42026091

Our Matter #    508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 11/30/2016 | McNulty, M | Respond to email from M. Horn regarding interest computations (0.40); review status of post-2006 tax years and outstanding issues (0.40) | .80 | 810.00 | $648.00 | B240 | |
| 11/30/2016 | Liggins, D | Analyze outstanding fees (1.2) | 1.20 | 630.00 | $756.00 | B162 | |

Fees for Professional Services ...................................................................................................$      15,085.00

Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Mary McNulty | Partner | 2.00 | $ | 810.00 | $ | 1,620.00 |
| Demetra Liggins | Partner | 5.40 | $ | 630.00 | $ | 3,402.00 |
| Shannon Savage | Paralegal | 34.70 | $ | 290.00 | $ | 10,063.00 |
| Total | | 42.10 | | | $ | 15,085.00 |

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 5
December 20, 2016
Invoice 42026091

# REMITTANCE COPY

For Services Rendered Through November 30, 2016

Our Matter #    508551.000027
                Debt Restructuring

Fees for Professional Services ...................................................................................$      15,085.00
Net Current Billing For This Invoice ...........................................................................$      15,085.00

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | ZB, N.A. dba Amegy Bank<br>4400 Post Oak Parkway<br>Houston, TX 77027 |
| Beneficiary Account Name:<br>Beneficiary Address: | Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh St Ste 1500<br>Dallas, Texas 75201 |
| ABA Routing No.<br>Account No.:<br>SWIFT: | 113011258<br>3324389<br>ZFNBUS55 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MEXICO CITY | MONTERREY | PARIS

## THOMPSON & KNIGHT LLP
ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
January 30, 2017
Invoice 42028788

# INVOICE SUMMARY

For Services Rendered Through December 31, 2016

Our Matter #    508551.000027
                Debt Restructuring

| | |
|---|---|
| Fees for Professional Services .........................................................................................$ | 4,988.00 |
| Net Current Billing For This Invoice ...........................................................................$ | 4,988.00 |

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp                                          Page 2
Attn: Carla Howard                                         January 30, 2017
Energy Plaza                                               Invoice 42028788
1601 Bryan St 9-070
Dallas, TX 75201

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 12/02/2016 | Savage, S | Confer with D. Liggins regarding fee application orders and payment in connection with same (.30) | .30 | 290.00 | $87.00 | B162 | |
| 12/05/2016 | Savage, S | Summarize outstanding fee statements for the request for payment (2.6) | 2.60 | 290.00 | $754.00 | B160 | |
| 12/06/2016 | Savage, S | Summarize outstanding fee statements for the request for payment (.60) | .60 | 290.00 | $174.00 | B162 | |
| 12/12/2016 | Savage, S | Correspond with G. Moor regarding payment of outstanding fees (.20) | .20 | 290.00 | $58.00 | B162 | |
| 12/13/2016 | Savage, S | Revise fee application and exhibits (2.4) | 2.40 | 290.00 | $696.00 | B162 | |
| 12/14/2016 | Savage, S | Revise final fee application (3.8) | 3.80 | 290.00 | $1,102.00 | B162 | |
| 12/14/2016 | Liggins, D | Determine status of the 7th Interim Fee Application (.30); Follow-up regarding the payment of holdback fees (.40) | .70 | 630.00 | $441.00 | B162 | |
| 12/15/2016 | Liggins, D | Determine outstanding items for 7th Interim Fee App (.20) | .20 | 630.00 | $126.00 | B162 | |
| 12/15/2016 | Savage, S | Work on fee application calculations for project category time (2.1) | 2.10 | 290.00 | $609.00 | B162 | |
| 12/16/2016 | Savage, S | Prepare December budget and staffing plan (.70) | .70 | 290.00 | $203.00 | B161 | |
| 12/16/2016 | Savage, S | Research conflict database to determine whether additional disclosure is necessary to the McNulty declaration (.50) | .50 | 290.00 | $145.00 | B160 | |
| 12/20/2016 | McNulty, M | Prepare January budget and staffing plan estimates (.20) | .20 | 810.00 | $162.00 | B161 | |

**THOMPSON & KNIGHT LLP**

Page 3
January 30, 2017
Invoice 42028788

Our Matter #    508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 12/20/2016 | Savage, S | Begin preparing January budget and staffing plan (.10) | .10 | 290.00 | $29.00 | B161 | |
| 12/21/2016 | Savage, S | Revise January budget and staffing plan (.30) | .30 | 290.00 | $87.00 | B161 | |
| 12/21/2016 | Liggins, D | Review and analysis of January budget and staffing plan (.30); Email with Company regarding the same (.20); Follow-up about the December budget and staffing plan (.20) | .50 | 630.00 | $315.00 | B161 | |

Fees for Professional Services ....................................................................................$        4,988.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Mary McNulty | Partner | .20 | $ | 810.00 | $ | 162.00 |
| Demetra Liggins | Partner | 1.40 | $ | 630.00 | $ | 882.00 |
| Shannon Savage | Paralegal | 13.60 | $ | 290.00 | $ | 3,944.00 |
| Total | | 15.20 | | | $ | 4,988.00 |

# Thompson & Knight LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 4
January 30, 2017
Invoice 42028788

## REMITTANCE COPY

For Services Rendered Through December 31, 2016

Our Matter #    508551.000027
              Debt Restructuring

| | |
|---|---|
| Fees for Professional Services ....................................................................................$ | 4,988.00 |
| Net Current Billing For This Invoice .............................................................................$ | 4,988.00 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | ZB, N.A. dba Amegy Bank |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | ZFNBUS55 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
February 21, 2017
Invoice 42030764

## INVOICE SUMMARY

For Services Rendered Through January 31, 2017

Our Matter #   508551.000027
               Debt Restructuring

| | |
|---|---:|
| Fees for Professional Services .......................................................................................$ | 2,197.00 |
| Net Current Billing For This Invoice ...........................................................................$ | 2,197.00 |

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
February 21, 2017
Invoice 42030764

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 01/09/2017 | Savage, S | Research conflicts database to determine necessity of additional disclosures in connection with McNulty Declaration | .60 | 305.00 | $183.00 | B160 | |
| 01/11/2017 | Savage, S | Revise final fee application | 1.40 | 305.00 | $427.00 | B162 | |
| 01/11/2017 | Savage, S | Research database to determine necessity of additional disclosures for McNulty Declaration | .60 | 305.00 | $183.00 | B160 | |
| 01/20/2017 | Savage, S | Revise fee application | 1.30 | 305.00 | $396.50 | B162 | |
| 01/23/2017 | Savage, S | Research conflicts database regarding additional disclosure in McNulty Declaration | .20 | 305.00 | $61.00 | B160 | |
| 01/24/2017 | Meyercord, L | Email correspondence with A. Sexton regarding appendix to original ruling request (0.3) | .30 | 560.00 | $168.00 | B240 | |
| 01/26/2017 | Savage, S | Revise final fee application (1.4); read and analzyae docket regarding order regarding final fee applications (.3) | 1.70 | 305.00 | $518.50 | B162 | |
| 01/31/2017 | Liggins, D | Inter-office conference with M. McNulty regarding case status and final fee application (.20); Assess whether any other parties have filed final applications (.20) | .40 | 650.00 | $260.00 | B162 | |

Fees for Professional Services ...................................................................................$    2,197.00

**THOMPSON & KNIGHT LLP**

Page 3
February 21, 2017
Invoice 42030764

Our Matter #    508551.000027
Debt Restructuring

Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Demetra Liggins | Partner | .40 | $ | 650.00 | $ | 260.00 |
| Leonora Meyercord | Associate | .30 | $ | 560.00 | $ | 168.00 |
| Shannon Savage | Paralegal | 5.80 | $ | 305.00 | $ | 1,769.00 |
| Total | | 6.50 | | | $ | 2,197.00 |

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 4
February 21, 2017
Invoice 42030764

# REMITTANCE COPY

For Services Rendered Through January 31, 2017

Our Matter #    508551.000027
                Debt Restructuring

Fees for Professional Services ...................................................................................$        2,197.00
Net Current Billing For This Invoice ..........................................................................$        2,197.00

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | ZB, N.A. dba Amegy Bank<br>4400 Post Oak Parkway<br>Houston, TX 77027 |
| Beneficiary Account Name:<br>Beneficiary Address: | Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh St Ste 1500<br>Dallas, Texas 75201 |
| ABA Routing No.<br>Account No.:<br>SWIFT: | 113011258<br>3324389<br>ZFNBUS55 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MEXICO CITY | MONTERREY | PARIS

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
March 14, 2017
Invoice 42032289

# INVOICE SUMMARY

For Services Rendered Through February 28, 2017

Our Matter #   508551.000027
                      Debt Restructuring

| | |
|---|---|
| Fees for Professional Services ...............................................................................................$ | 5,291.00 |
| Net Current Billing For This Invoice ...........................................................................................$ | 5,291.00 |

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp                                             Page 2
Attn: Carla Howard                                              March 14, 2017
Energy Plaza                                                Invoice 42032289
1601 Bryan St 9-070
Dallas, TX 75201

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 02/02/2017 | Savage, S | Work on final fee application and summary regarding budget to actual summary (2.1) | 2.10 | 305.00 | $640.50 | B162 | |
| 02/17/2017 | Liggins, D | Review documents in connection with fee statements (.60) | .60 | 650.00 | $390.00 | B162 | |
| 02/17/2017 | Savage, S | Research in conflicts database for determination of additional disclosure in McNulty Declaration (.30) | .30 | 305.00 | $91.50 | B160 | |
| 02/21/2017 | Liggins, D | Determine status of confirmation hearings and final fee app deadlines (.20) | .20 | 650.00 | $130.00 | B162 | |
| 02/22/2017 | McNulty, M | Respond to email from M. Horn regarding potential for filing objection to claim for 2010-2014 due to delay in interest computations and advising M. Todd, IRS Appeals Officer (0.30); respond to questions about netting pre and post petition periods (0.30); advise regarding 2014 interest estimate (0.30); advise regarding overpayment interest on 2014 and 2015 refunds (0.20) | 1.10 | 820.00 | $902.00 | B240 | |
| 02/23/2017 | McNulty, M | Emails with M. Horn and conference with E. Parker regarding potential for filing objection to claim for 2010-2014 due to delay in interest computations and advising M. Todd, IRS Appeals Officer (1.30); review and comment on draft objection (0.60) | 1.90 | 820.00 | $1,558.00 | B240 | |

**THOMPSON & KNIGHT LLP**

Page 3
March 14, 2017
Invoice 42032289

Our Matter #    508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 02/24/2017 | McNulty, M | Review and comment on draft objection (1.3); emails with M. Horn regarding interest computation (0.20) | 1.50 | 820.00 | $1,230.00 | B240 | |
| 02/27/2017 | McNulty, M | Emails with M. Horn regarding objection as filed (0.10); review same (.30) | .40 | 820.00 | $328.00 | B240 | |
| 02/28/2017 | Parker, N | Determine if additionals disclsoures were needed for McNulty Declaration (.10) | .10 | 210.00 | $21.00 | B160 | |

Fees for Professional Services ............................................................................$          5,291.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Demetra Liggins | Partner | .80 | $ | 650.00 | $ | 520.00 |
| Mary McNulty | Partner | 4.90 | $ | 820.00 | $ | 4,018.00 |
| Nashira Parker | Paralegal | .10 | $ | 210.00 | $ | 21.00 |
| Shannon Savage | Paralegal | 2.40 | $ | 305.00 | $ | 732.00 |
| Total | | 8.20 | | | $ | 5,291.00 |

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 4
March 14, 2017
Invoice 42032289

# REMITTANCE COPY

For Services Rendered Through February 28, 2017

Our Matter #    508551.000027
                Debt Restructuring

| | | |
|---|---|---|
| Fees for Professional Services .................................................................................................$ | 5,291.00 |
| Net Current Billing For This Invoice ........................................................................................$ | 5,291.00 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | ZB, N.A. dba Amegy Bank<br>4400 Post Oak Parkway<br>Houston, TX 77027 |
| Beneficiary Account Name:<br>Beneficiary Address: | Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh St Ste 1500<br>Dallas, Texas 75201 |
| ABA Routing No.<br>Account No.:<br>SWIFT: | 113011258<br>3324389<br>ZFNBUS55 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MEXICO CITY | MONTERREY | PARIS

# Thompson & Knight LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
April 7, 2017
Invoice 42034113

## INVOICE SUMMARY

For Services Rendered Through March 31, 2017

Our Matter #    508551.000027
Debt Restructuring

| | |
|---|---|
| Fees for Professional Services .......................................................................................$ | 4,473.00 |
| Net Current Billing For This Invoice ..........................................................................$ | 4,473.00 |

# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
April 7, 2017
Invoice 42034113

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 03/06/2017 | Parker, N | Review outstanding invoices and corresponding orders entered on TK fee applications to determine estimated reserve (1.2) | 1.20 | 210.00 | $252.00 | B160 | |
| 03/06/2017 | McNulty, M | Prepare estimate for final fee app (.30) | .30 | 820.00 | $246.00 | B240 | |
| 03/07/2017 | Parker, N | Continued review of a/r and prior court orders to determine budget allocation for TK final fees (1.4) | 1.40 | 210.00 | $294.00 | B161 | |
| 03/08/2017 | McNulty, M | Respond to questions from M. Horn regarding post-petition interest on 2011 tax deficiency resulting from AMT (1.1) | 1.10 | 820.00 | $902.00 | B240 | |
| 03/09/2017 | McNulty, M | Respond to question from M. Horn regarding hot interest for 2011 deficiency (.30) | .30 | 820.00 | $246.00 | B240 | |
| 03/10/2017 | McNulty, M | Respond to questions from M. Horn and A. Sexton regarding IRS interest computations in draft revised proof of claim and variance from number in Objection (1.4) | 1.40 | 820.00 | $1,148.00 | B240 | |
| 03/13/2017 | Parker, N | Review docket for professional fee bar date (.20) | .30 | 210.00 | $63.00 | B110 | |
| 03/14/2017 | Parker, N | Continued reconciliation of payments due under compensation orders to determine allocation of funds (2.3) | 2.30 | 210.00 | $483.00 | B160 | |
| 03/23/2017 | Parker, N | Continued work on reconciliation of payments and allocations (.80) | .80 | 210.00 | $168.00 | B160 | |
| 03/24/2017 | Parker, N | Review omnibus order to verify no changes by Thompson Knight LLP | .10 | 210.00 | $21.00 | B160 | |

**THOMPSON & KNIGHT LLP**

Page 3
April 7, 2017
Invoice 42034113

Our Matter #    508551.000027
Debt Restructuring

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 03/28/2017 | Liggins, D | Determine final fee deadlines and outstanding amounts (1.0) | 1.00 | 650.00 | $650.00 | B162 | |

Fees for Professional Services ......................................................................................................$    4,473.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Demetra Liggins | Partner | 1.00 | $ | 650.00 | $ | 650.00 |
| Mary McNulty | Partner | 3.10 | $ | 820.00 | $ | 2,542.00 |
| Nashira Parker | Paralegal | 6.10 | $ | 210.00 | $ | 1,281.00 |
| Total | | 10.20 | | | $ | 4,473.00 |

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 4
April 7, 2017
Invoice 42034113

# REMITTANCE COPY

For Services Rendered Through March 31, 2017

Our Matter #    508551.000027
                Debt Restructuring

| | |
|---|---|
| Fees for Professional Services .................................................................................................$ | 4,473.00 |
| Net Current Billing For This Invoice .........................................................................................$ | 4,473.00 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | ZB, N.A. dba Amegy Bank<br>4400 Post Oak Parkway<br>Houston, TX 77027 |
| Beneficiary Account Name:<br>Beneficiary Address: | Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh St Ste 1500<br>Dallas, Texas 75201 |
| ABA Routing No.<br>Account No.:<br>SWIFT: | 113011258<br>3324389<br>ZFNBUS55 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX 75266-0684
To ensure proper credit please return this copy with your remittance.

# Thompson & Knight LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp                                                 Page 1
Attn: Carla Howard                                                    May 25, 2017
Energy Plaza                                                    Invoice 42037988
1601 Bryan St 9-070
Dallas, TX 75201

# INVOICE SUMMARY

For Services Rendered Through April 30, 2017

Our Matter #   508551.000027
               Debt Restructuring

Fees for Professional Services .........................................................................................$        2,702.00
Net Current Billing For This Invoice ............................................................................$        2,702.00

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp                                            Page 2
Attn: Carla Howard                                               May 25, 2017
Energy Plaza                                                 Invoice 42037988
1601 Bryan St 9-070
Dallas, TX 75201

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 04/03/2017 | McNulty, M | Emails regarding final fee estimate for T-side (.30) | .30 | 820.00 | $246.00 | B162 | |
| 04/03/2017 | Liggins, D | Various emails and communications regarding outstanding amounts (1.3) | 1.30 | 650.00 | $845.00 | B162 | |
| 04/03/2017 | Parker, N | Review docket to determine relevant fee application dates (.30); continued work on payment reconciliation and fee application (2.1); revise budget/escrow figures (1.8) | 4.20 | 210.00 | $882.00 | B160 | |
| 04/06/2017 | Parker, N | Determine status of potential client related to bankruptcy case for McNulty disclosure (.20) | .20 | 210.00 | $42.00 | B160 | |
| 04/11/2017 | Parker, N | Analyze supporting documents related to final fee application (.60) | .60 | 210.00 | $126.00 | B160 | |
| 04/11/2017 | Savage, S | Research outstanding amounts due (.60) | .60 | 305.00 | $183.00 | B160 | |
| 04/18/2017 | Savage, S | Research regarding necessity to amend McNulty declaration as to TK employment (.30) | .30 | 305.00 | $91.50 | B160 | |
| 04/19/2017 | Savage, S | Analysis of conflict database to determine if additional disclosure is necessary (.10) | .10 | 305.00 | $30.50 | B160 | |
| 04/20/2017 | Savage, S | Research regarding whether additional disclosure is necessary (.20) | .20 | 305.00 | $61.00 | B160 | |
| 04/21/2017 | Liggins, D | Determine outstanding amounts due (.30) | .30 | 650.00 | $195.00 | B110 | |

Fees for Professional Services ........................................................................................$            2,702.00

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MEXICO CITY | MONTERREY | PARIS

**THOMPSON & KNIGHT LLP**

Page 3
May 25, 2017
Invoice 42037988

Our Matter #     508551.000027
                 Debt Restructuring

Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Demetra Liggins | Partner | 1.60 | $ | 650.00 | $ | 1,040.00 |
| Mary McNulty | Partner | .30 | $ | 820.00 | $ | 246.00 |
| Nashira Parker | Paralegal | 5.00 | $ | 210.00 | $ | 1,050.00 |
| Shannon Savage | Paralegal | 1.20 | $ | 305.00 | $ | 366.00 |
| Total | | 8.10 | | | $ | 2,702.00 |

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 4
May 25, 2017
Invoice 42037988

# REMITTANCE COPY

For Services Rendered Through April 30, 2017

Our Matter #    508551.000027
                Debt Restructuring

Fees for Professional Services ...........................................................................$        2,702.00
Net Current Billing For This Invoice ...............................................................$        2,702.00

Please remit payment within fifteen (15) days to

### Wiring Instructions for Thompson & Knight LLP

| | |
|---|---|
| Receiving Bank: | ZB, N.A. dba Amegy Bank |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | ZFNBUS55 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

### Mailing Instructions for Thompson & Knight LLP

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
June 6, 2017
Invoice 42038555

# INVOICE SUMMARY

For Services Rendered Through May 31, 2017

Our Matter #   508551.000027
                      Debt Restructuring

| | |
|---|---|
| Fees for Professional Services .....................................................................................$ | 711.50 |
| Net Current Billing For This Invoice ...........................................................................$ | 711.50 |

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
June 6, 2017
Invoice 42038555

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 05/02/2017 | Parker, N | Review final fee application | .60 | 210.00 | $126.00 | B160 | |
| 05/15/2017 | Savage, S | Research conflict database and analyze whether additional disclosure to employment application is necessary | .20 | 305.00 | $61.00 | B160 | |
| 05/19/2017 | Parker, N | Continued work on fee allocation in support of final fee application (.80) | .80 | 210.00 | $168.00 | B160 | |
| 05/23/2017 | Savage, S | Prepare final fee application | .60 | 305.00 | $183.00 | B162 | |
| 05/24/2017 | Savage, S | Research regarding necessity to made additional disclosure (.30) | .30 | 305.00 | $91.50 | B162 | |
| 05/30/2017 | McNulty, M | Emails with E. O'Brien, EFH Tax Counsel, D. Liggins, and S. Savage regarding due date of final fee app | .10 | 820.00 | $82.00 | B162 | |

Fees for Professional Services ...................................................................................$      711.50

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Mary McNulty | Partner | .10 | $ | 820.00 | $ | 82.00 |
| Nashira Parker | Paralegal | 1.40 | $ | 210.00 | $ | 294.00 |
| Shannon Savage | Paralegal | 1.10 | $ | 305.00 | $ | 335.50 |
| Total | | 2.60 | | | $ | 711.50 |

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MEXICO CITY | MONTERREY | PARIS

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 3
June 6, 2017
Invoice 42038555

## REMITTANCE COPY

For Services Rendered Through May 31, 2017

Our Matter #    508551.000027
                Debt Restructuring

Fees for Professional Services ...................................................................................$    711.50
Net Current Billing For This Invoice ..........................................................................$    711.50

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | ZB, N.A. dba Amegy Bank |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | ZFNBUS55 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MEXICO CITY | MONTERREY | PARIS

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
August 22, 2017
Invoice 42044877

# INVOICE SUMMARY

For Services Rendered Through July 31, 2017

Our Matter #   508551.000027
                       Debt Restructuring

| | |
|---|---|
| Fees for Professional Services .................................................................................$ | 1,175.00 |
| Net Current Billing For This Invoice ........................................................................$ | 1,175.00 |

# THOMPSON & KNIGHT LLP

ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp                                                    Page 2
Attn: Carla Howard                                                   August 22, 2017
Energy Plaza                                                       Invoice 42044877
1601 Bryan St 9-070
Dallas, TX 75201

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 06/05/2017 | Liggins, D | Review and revise documents in connection with the May invoices | .30 | 650.00 | $195.00 | B162 | |
| 06/26/2017 | Savage, S | Research conflicts database (.2); exchange emails with M. McNulty and D. Liggins regarding additional disclosure (.1); prepare 8th supplement to McNulty declaration (.8) | 1.10 | 305.00 | $335.50 | B160 | |
| 06/28/2017 | McNulty, M | Review and comment on Ninth Supplemental Declaration disclosing Potential Parties-in-Interest | .40 | 820.00 | $328.00 | B160 | |
| 07/05/2017 | Savage, S | Research database to determine whether additional conflicts disclosures are necessary | .20 | 305.00 | $61.00 | B160 | |
| 07/06/2017 | Savage, S | Correspond with D. Liggins regarding Ninth Supplemental Declaration | .30 | 305.00 | $91.50 | B160 | |
| 07/07/2017 | McNulty, M | Review articles regarding Oncor sale to Berkshire Hathaway; prepare final fee app | .20 | 820.00 | $164.00 | B162 | |

Fees for Professional Services ....................................................................................$        1,175.00

### Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|---|---------|---|--------|
| Demetra Liggins | Partner | .30 | $ | 650.00 | $ | 195.00 |
| Mary McNulty | Partner | .60 | $ | 820.00 | $ | 492.00 |
| Shannon Savage | Paralegal | 1.60 | $ | 305.00 | $ | 488.00 |
| Total | | 2.50 | | | $ | 1,175.00 |

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MEXICO CITY | MONTERREY | PARIS

# THOMPSON & KNIGHT LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 3
August 22, 2017
Invoice 42044877

# REMITTANCE COPY

For Services Rendered Through July 31, 2017

Our Matter # 508551.000027
Debt Restructuring

| | |
|---|---|
| Fees for Professional Services ..............................................................................$ | 1,175.00 |
| Net Current Billing For This Invoice ........................................................................$ | 1,175.00 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | ZB, N.A. dba Amegy Bank<br>4400 Post Oak Parkway<br>Houston, TX 77027 |
| Beneficiary Account Name:<br>Beneficiary Address: | Thompson & Knight LLP<br>One Arts Plaza<br>1722 Routh St Ste 1500<br>Dallas, Texas 75201 |
| ABA Routing No.<br>Account No.:<br>SWIFT: | 113011258<br>3324389<br>ZFNBUS55 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX 75266-0684
To ensure proper credit please return this copy with your remittance.

# Thompson & Knight LLP

### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 1
February 23, 2018
Invoice 42059313

# INVOICE SUMMARY

For Services Rendered Through January 31, 2018

Our Matter #   508551.000027
               Debt Restructuring

| | | |
|---|---|---|
| Fees for Professional Services | $ | 376.00 |
| Net Current Billing For This Invoice | $ | 376.00 |

# THOMPSON & KNIGHT LLP
### ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 2
February 23, 2018
Invoice 42059313

| Date | Name | Narrative | Hours | Rate | Amount | Task | Act |
|------|------|-----------|-------|------|--------|------|-----|
| 12/05/2017 | Savage, S | Research database regarding additional disclosure | .20 | 305.00 | $61.00 | B160 | |
| 01/08/2018 | Savage, S | Research conflict database regarding necessity of additional disclosure; correspond with D. Liggins regarding same | .20 | 315.00 | $63.00 | B160 | |
| 01/11/2018 | Savage, S | Research conflicts database regarding additional disclosure; correspond with D. Liggins regarding same | .30 | 315.00 | $94.50 | B160 | |
| 01/22/2018 | Savage, S | Research conflict database to determine if additional disclosure is necessary; correspond with M. McNulty regarding same | .20 | 315.00 | $63.00 | B160 | |
| 01/29/2018 | Savage, S | Research conflict database regarding necessity of additional disclosure; correspond with D. Liggins regarding same | .30 | 315.00 | $94.50 | B170 | |

Fees for Professional Services ....................................................................................................$        376.00

## Summary of Fees

| Name | Title | Hours | | Rate/Hr | | Amount |
|------|-------|-------|--|---------|--|--------|
| Shannon Savage | Paralegal | 1.20 | $ | 313.33 | $ | 376.00 |
| Total | | 1.20 | | | $ | 376.00 |

# THOMPSON & KNIGHT LLP
## ATTORNEYS AND COUNSELORS

ONE ARTS PLAZA
1722 ROUTH STREET SUITE 1500
DALLAS, TEXAS 75201-2533
(214) 969-1700
FAX (214) 969-1751
tklaw.com

TAX ID No. 75-2813604

Energy Future Holdings Corp
Attn: Carla Howard
Energy Plaza
1601 Bryan St 9-070
Dallas, TX 75201

Page 3
February 23, 2018
Invoice 42059313

# REMITTANCE COPY

For Services Rendered Through January 31, 2018

Our Matter #    508551.000027
                Debt Restructuring

| | |
|---|---|
| Fees for Professional Services ................................................................................$ | 376.00 |
| Net Current Billing For This Invoice ..........................................................................$ | 376.00 |

Please remit payment within fifteen (15) days to

**Wiring Instructions for Thompson & Knight LLP**

| | |
|---|---|
| Receiving Bank: | ZB, N.A. dba Amegy Bank |
| | 4400 Post Oak Parkway |
| | Houston, TX 77027 |
| Beneficiary Account Name: | Thompson & Knight LLP |
| Beneficiary Address: | One Arts Plaza |
| | 1722 Routh St Ste 1500 |
| | Dallas, Texas 75201 |
| ABA Routing No. | 113011258 |
| Account No.: | 3324389 |
| SWIFT: | ZFNBUS55 |

*Please reference client/matter name and number, attorney name, invoice number, etc.*
*Thank you for informing us of the date of transaction by fax/e-mail*

**Mailing Instructions for Thompson & Knight LLP**

P.O. Box 660684, Dallas, TX  75266-0684
To ensure proper credit please return this copy with your remittance.

AUSTIN | DALLAS | FORT WORTH | HOUSTON | LOS ANGELES | NEW YORK | ALGIERS | LONDON | MEXICO CITY | MONTERREY