IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS | ) | Case No. 14-10979 (CSS) |
| CORP., *et al.*, | ) |  |
| Debtors.[1] | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | Objections Due: April 10, 2018 at 4:00 p.m. ET |
|  | ) |  |
|  | ) | Re: D.I. 12837 |

### AFFIDAVIT OF PARIS LOVE, LEGAL SECRETARY

STATE OF ILLINOIS      :
                       :  SS:
COOK COUNTY            :

I, Paris Love, certify that on April 24, 2018, I caused a true and correct copy of the following document to be served via U.S. First Class Mail on the parties on the attached service list, and by CM/ECF on all parties registered to receive notices in this case:

- **Certificate Of No Objection Regarding Sixth Monthly Fee Statement Of Shaw Fishman Glantz & Towbin LLC For Allowance of An Administrative Claim For Compensation and Reimbursement of Expenses Incurred From January 1, 2018 Through February 28, 2018**

Service was completed upon the parties on the attached list as indicated thereon.

Dated: April 24, 2018

Paris Love

SWORN AND SUBSCRIBED
before me this April 24, 2018.

Official Seal
Olha Rafalovsky
Notary Public State of Illinois
My Commission Expires 10/22/2018

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{12270-001 AFF A0505168.DOCX}

# Mailing Information for Case 14-10979-CSS

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Mark Charles 2009npfdEllenberg   mark.ellenberg@cwt.com, michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com
- Derek C. Abbott   dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
- Jacob A. Adlerstein   jadlerstein@paulweiss.com
- David G. Aelvoet   davida@publicans.com
- Omar J. Alaniz   omar.alaniz@bakerbotts.com
- William Mark Alleman   WAlleman@beneschlaw.com, lmolinaro@beneschlaw.com;docket@beneschlaw.com
- Elihu Ezekiel Allinson, III   ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
- Ashley Robert Altschuler   ashley.altschuler@dlapiper.com, ashley-altschuler-8647@ecf.pacerpro.com
- Arlene Rene Alves   alves@sewkis.com
- Desiree M. Amador   amador.desiree@pbgc.gov, efile@pbgc.gov
- Carla O. Andres   candres@gklaw.com, kboucher@gklaw.com;pbrellenthin@gklaw.com
- David B. Anthony   danthony@bergerharris.com
- Brian L. Arban   barban@hillerarban.com
- Bradley R. Aronstam   baronstam@ramllp.com, hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.com;5031916420@filings.docketbird.com
- John R. Ashmead   ashmead@sewkis.com
- Alison R. Ashmore   aashmore@dykema.com
- Daniel K. Astin   dastin@ciardilaw.com, jmcmahon@ciardilaw.com
- Michael L. Atchley   matchley@popehardwicke.com
- Danielle M. Audette   , jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
- Danielle Marie Audette   daudette@whitecase.com, jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
- Allison R Axenrod   allison@claimsrecoveryllc.com, allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
- Aaron C Baker   acb@pgslaw.com

- Elizabeth Banda Calvo    rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
- Richard A. Barkasy    rbarkasy@schnader.com
- Joseph Charles Barsalona II    barsalona@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Ryan M. Bartley    bankfilings@ycst.com
- Ashley F. Bartram    ashley.bartram@oag.texas.gov
- Amy Baudler    amy@purduelaw.com, kim@purduelaw.com
- Christopher R. Belmonte    cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
- Ward W. Benson    ward.w.benson@usdoj.gov, Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
- Camille C. Bent    CCB@stevenslee.com
- Karen C. Bifferato    kbifferato@connollygallagher.com
- L. John Bird    jbird@foxrothschild.com
- Monica S. Blacker    mblacker@jw.com, tsalter@jw.com;ldooley@jw.com
- Corby Davin Boldissar    dboldissar@lockelord.com
- G. Alexander Bongartz    alexbongartz@paulhastings.com
- Maria A. Bove    mbove@pszjlaw.com
- William Pierce Bowden    wbowden@ashby-geddes.com
- Nicholas J. Brannick    nbrannick@coleschotz.com, bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
- Sean M. Brennecke    sbrennecke@klehr.com, state@klehr.com
- Kay Diebel Brock    bkecf@co.travis.tx.us
- Joshua K. Brody    jbrody@kramerlevin.com, adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com
- Amy Brown    brown@braunhagey.com, levine@braunhagey.com
- Charles J. Brown    cbrown@gsbblaw.com, dabernathy@archerlaw.com
- Matthew C. Brown    mbrown@whitecase.com
- Stuart M. Brown    stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
- Michael G. Busenkell    mbusenkell@gsbblaw.com
- Edwin Kevin Camson    camson@drumcapital.com
- Kevin M. Capuzzi    kcapuzzi@beneschlaw.com, docket@beneschlaw.com;lmolinaro@beneschlaw.com
- David W. Carickhoff    dcarickhoff@archerlaw.com, de20@ecfcbis.com
- James S. Carr    KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
- Christopher L. Carter    christopher.carter@morganlewis.com

- Marc Stephen Casarino    casarinom@whiteandwilliams.com, debankruptcy@whiteandwilliams.com
- Jon M. Chatalian    chatalian.jon@pbgc.gov, efile@pbgc.gov
- Mark S. Chehi    mchehi@skadden.com, debank@skadden.com
- Ana Chilingarishvili    ana.chilingarishvili@maslon.com
- William E. Chipman    chipman@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
- Shawn M. Christianson    schristianson@buchalter.com, cmcintire@buchalter.com
- Eboney Cobb    ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
- Howard A. Cohen    hcohen@gibbonslaw.com
- Kevin G. Collins    kevin.collins@btlaw.com, pgroff@btlaw.com;Kathy.lytle@btlaw.com
- Mark D. Collins    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Bernard George Conaway    bgc@conaway-legal.com
- Traci L. Cotton    tcotton@utsystem.edu
- Scott D. Cousins    scousins@bayardlaw.com, lmorton@bayardlaw.com;tstoner@bayardlaw.com
- Jason D. Curry    jason.curry@quarles.com, sybil.aytch@quarles.com;amelia.valenzuela@quarles.com
- Tobey M. Daluz    daluzt@ballardspahr.com, chiggesd@ballardspahr.com
- Johnna Darby    jdarby@shawfishman.com
- Eric Christopher Daucher    eric.daucher@nortonrosefulbright.com, howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonrosefulbright.com
- George Davis    gdavis@omm.com
- Christopher Michael De Lillo    delillo@rlf.com, rbgroup@rlf.com
- Michael D. DeBaecke    debaecke@blankrome.com
- Daniel J. DeFranceschi    RBGroup@rlf.com
- Daniel J. DeFranceschi    RBGroup@rlf.com
- Daniel J. DeFranceschi    rbgroup@rlf.com
- Daniel J. DeFranceschi    defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- David N. Deaconson    deaconson@pakislaw.com
- Andrew Dean    rbgroup@rlf.com, ann-jerominski-2390@ecf.pacerpro.com
- Michael David Debaecke    debaecke@blankrome.com
- John D. Demmy    john.demmy@saul.com, robyn.warren@saul.com
- Daniel B. Denny    ddenny@gibsondunn.com
- Mark L. Desgrosseilliers    mark.desgrosseilliers@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
- Andrew Glenn Devore    andrew.devore@ropesgray.com
- Andrew Dietderich    dietdericha@sullcrom.com

{12270-001 AFF A0505168.DOCX}

- John P. Dillman    houston_bankruptcy@publicans.com
- Gregory T. Donilon    gdonilon@pwujlaw.com
- Jennifer V. Doran    jdoran@hinckleyallen.com, calirm@haslaw.com
- Amish R. Doshi    amish@doshilegal.com
- Kevin C. Driscoll    Kevin.Driscoll@btlaw.com, donna.dotts@btlaw.com
- Thomas F. Driscoll    tdriscoll@tbf.legal, mdunwody@tbf.legal
- Dennis Dunne, Esq.    ddunne@millbank.com
- Justin K. Edelson    jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Jamie Lynne Edmonson    jledmonson@venable.com
- Andrew J. Ehrlich    aehrlich@paulweiss.com, mao_fednational@paulweiss.com
- Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
- Michael P. Esser    michael.esser@kirkland.com
- Justin Cory Falgowski    jfalgowski@burr.com
- Brian E Farnan    bfarnan@farnanlaw.com, tfarnan@farnanlaw.com
- David Daniel Farrell    dfarrell@thompsoncoburn.com
- Erin R Fay    efay@bayardlaw.com, lmorton@bayardlaw.com
- Robert J. Feinstein    rfeinstein@pszjlaw.com
- Barry G. Felder    bgfelder@foley.com
- Mark E. Felger    mfelger@cozen.com, MBrickley@cozen.com;mmillis@cozen.com
- Travis J. Ferguson    ferguson@lrclaw.com, dellose@lrclaw.com;raucci@lrclaw.com
- Angela Ferrante    Pacerteam@choosegcg.com
- Jeffrey R. Fine    jfine@dykema.com, jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
- Benjamin Finestone    benjaminfinestone@quinnemanuel.com
- GianClaudio Finizio    gfinizio@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com
- Mark Andrew Fink    mfink@mmwr.com, ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
- Gregory Joseph Flasser    gflasser@bayardlaw.com, smacon@bayardlaw.com
- Evan R. Fleck    EFleck@milbank.com, jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;bzucco@milbank.com;mprice@milbank.com;aleblanc@milbank.com;nalmeida@milbank.com;jesseyoder@milbank.com;krookard@milbank.com;mprice@milbank.com;KRoo
- Daniel A. Fliman    dfliman@kasowitz.com, Courtnotices@kasowitz.com
- Christopher Fong    cfong@nixonpeabody.com
- Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
- Simon E. Fraser    sfraser@cozen.com

- Gregg M. Galardi    gregg.galardi@ropesgray.com, William.McGee@ropesgray.com
- Garden City Group, LLC    PACERTeam@gardencitygroup.com
- Victoria D. Garry    vgarry@ag.state.oh.us
- Frances Gecker    fgecker@fgllp.com, csmith@fgllp.com
- Jason A. Gibson    gibson@teamrosner.com
- Peter M. Gilhuly    peter.gilhuly@lw.com, adam.malatesta@lw.com
- Steven A. Ginther    deecf@dor.mo.gov
- Neil B. Glassman    bankserve@bayardfirm.com, nglassman@bayardfirm.com
- Neil B. Glassman    bankserve@bayardfirm.com, nglassman@bayardfirm.com
- Neil B. Glassman    bankserve@bayardlaw.com, nglassman@bayardlaw.com;smacon@bayardlaw.com;jalberto@bayardlaw.com;bankserve@bayardlaw.com
- Andrew K Glenn    aglenn@kasowitz.com
- Alessandra Glorioso    glorioso.alessandra@dorsey.com
- Bonnie R. Golub    bgolub@weirpartners.com
- L. Katherine Good    kgood@wtplaw.com, clano@wtplaw.com
- Lee B. Gordon    cary.cain@mvbalaw.com, bankruptcy@mvbalaw.com
- Jeffrey M Gorris    jspeakman@friedlandergorris.com, jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
- Anna Grace    Anna.E.Grace@usdoj.gov
- Joseph Grey    jgrey@crosslaw.com, smacdonald@crosslaw.com
- Kurt F. Gwynne    kgwynne@reedsmith.com, llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
- J. Noah Hagey    hagey@braunhagey.com, tong@braunhagey.com;capehart@braunhagey.com;berger@braunhagey.com;yuan@braunhagey.com
- Kerry L. Haliburton    raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
- Ellen M. Halstead    ellen.halstead@cwt.com, joshua.arnold@cwt.com;nyecfnotice@cwt.com
- Lee Harrington    lharrington@nixonpeabody.com
- John G. Harris    jharris@bergerharris.com, mnicholls@bergerharris.com
- Andrea Stone Hartley    andrea.hartley@akerman.com
- Howard R. Hawkins, Jr.    howard.hawkins@cwt.com, nyecfnotice@cwt.com
- Christopher M Hayes    Christopher.hayes@kirkland.com
- Rebecca A. Hayes    rhayes@foley.com
- William A. Hazeltine    Bankruptcy001@sha-llc.com
- Mark F. Hebbeln    mhebbeln@foley.com, jsorrels@foley.com,opetukhova@foley.com
- Curtis A Hehn    curtishehn@comcast.net
- Reed A. Heiligman    rheiligman@fgllp.com, ccarpenter@fgllp.com

- Brian S. Hermann   jadlerstein@paulweiss.com;bhermann@paulweiss.com;mtattnall@paulweiss.com;abernstein@paulweiss.com;aehrlich@paulweiss.com;mturkel@paulweiss.com;kcairns@paulweiss.com;mcolarossi@paulweiss.com;gkroup@paulweiss.com
- R. Karl Hill   khill@svglaw.com, spappa@svglaw.com
- Adam Hiller   ahiller@hillerarban.com
- Brian W. Hockett   bhockett@thompsoncoburn.com
- Daniel K. Hogan   dkhogan@dkhogan.com, gdurstein@dkhogan.com,lparalegal@dkhogan.com
- Thomas Ross Hooper   hooper@sewkis.com
- Jennifer R. Hoover   jhoover@beneschlaw.com, docket@beneschlaw.com;lmolinaro@beneschlaw.com
- Thomas M. Horan   thoran@shawfishman.com
- Jonathan L. Howell   jhowell@gpm-law.com
- James E. Huggett   jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com
- Patrick L. Hughes   patrick.hughes@haynesboone.com
- Chad J. Husnick   chusnick@kirkland.com
- Joseph H. Huston   jhh@stevenslee.com
- Kizzy Lyn Jarashow   kjarashow@goodwinprocter.com
- Dennis L. Jenkins   dennis.jenkins@wilmerhale.com
- Bernard Grover Johnson   bjohnson@fisherboyd.com
- Laura Davis Jones   ljones@pszjlaw.com, efile1@pszjlaw.com
- Laura Davis Jones   ljones@pszjlaw.com
- Laura Davis Jones   ljones@pszjlaw.com
- Laura Davis Jones   ljones@pszjlaw.com, efile@pszyj.com
- Michael Joseph Joyce   mjoyce@oelegal.com
- Nick S. Kaluk   nskaluk@debevoise.com
- Stephen Karotkin   stephen.karotkin@weil.com, frank.grese@weil.com
- Ann M Kashishian   akashishian@gelaw.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
- Brian Lucian Kasprzak   bkasprzak@moodklaw.com, mike@lscd.com
- Albert Kass   ECFpleadings@kccllc.com, ecfpleadings@kccllc.com
- Shanti M. Katona   skatona@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Susan E. Kaufman   skaufman@skaufmanlaw.com
- Peter J. Keane   pkeane@pszjlaw.com
- William E Kelleher   wkelleher@cohenlaw.com, mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
- Humayun Khalid   hkhalid@cgsh.com, maofiling@cgsh.com
- David M. Klauder   dklauder@bk-legal.com
- Barry M. Klayman   bklayman@cozen.com

- Julia B. Klein    klein@teamrosner.com
- Julia Bettina Klein    klein@kleinllc.com
- Barry Kleiner    dkleiner@kkwc.com
- Mark D. Kotwick    kotwick@sewkis.com
- Mark D. Kotwick    KOTWICK@SEWKIS.COM
- Alexa Kranzley    kranzleya@sullcrom.com
- Stacey Kremling    stacey@womaclaw.com
- Ari David Kunofsky    ari.d.kunofsky@usdoj.gov, eastern.taxcivil@usdoj.gov
- Kurtzman Carson Consultants LLC    info@kccllc.com
- Meredith A. Lahaie    mlahaie@akingump.com
- Adam G. Landis    landis@lrclaw.com, panchak@lrclaw.com;brown@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
- Kimberly Ellen Connolly Lawson    klawson@reedsmith.com, bankruptcy-2628@ecf.pacerpro.com
- Vincent E. Lazar    vlazar@jenner.com
- Raymond H. Lemisch    rlemisch@klehr.com
- Stephen D Lerner    stephen.lerner@squirepb.com, sarah.conley@squirepb.com
- David Edward Leta    dleta@swlaw.com, wkalawaia@swlaw.com
- Jason M. Liberi    jason.liberi@skadden.com, christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
- Kevin M Lippman    klippman@munsch.com, lpannier@munsch.com
- Donald K. Ludman    dludman@brownconnery.com
- Jason M. Madron    madron@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Jason M. Madron    madron@rlf.com, rbgroup@rlf.com
- Jason M. Madron    madron@rlf.com, rbgroup@rlf.com
- Jason M. Madron    madron@rlf.com, rbgroup@rlf.com
- Andrew L Magaziner    bankfilings@ycst.com
- Robert K. Malone    robert.malone@dbr.com, andrew.groesch@dbr.com
- Kevin J. Mangan    kevin.mangan@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
- Jennifer Marines    JMarines@mofo.com
- Lorenzo Marinuzzi    LMarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com
- D. Ross Martin    rmartin@ropesgray.com
- Katharine L. Mayer    kmayer@mccarter.com
- Chantelle D'nae McClamb    mcclambc@ballardspahr.com
- Garvan F. McDaniel    gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;lparalegal@dkhogan.com

- Matthew B. McGuire   ,
  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
- Matthew B. McGuire   mcguire@lrclaw.com,
  raucci@lrclaw.com;rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
- Lisa Cresci McLaughlin   mmo@pgmhlaw.com
- Joseph J. McMahon   jmcmahon@ciardilaw.com, mflores@ciardilaw.com
- Michelle McMahon   mmcmahon@cullenanddykman.com
- R. Stephen McNeill   bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
- John P. Melko   jmelko@gardere.com, mriordan@gardere.com;ggattis@gardere.com;rdiep@gardere.com
- Lino Mendiola   linomendiola@andrewskurth.com
- Rachel B. Mersky   rmersky@monlaw.com
- Nicole D. Mignone   nicole.mignone@texasattorneygeneral.gove
- James Halstead Millar   james.millar@dbr.com, Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
- Brett H. Miller   BMiller@mofo.com, brett-miller-1388@ecf.pacerpro.com
- Evan T. Miller   emiller@bayardlaw.com, lmorton@bayardlaw.com
- Kathleen M. Miller   kmiller@skjlaw.com, llb@skjlaw.com
- Stephen M. Miller   smiller@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
- Mark Minuti   mark.minuti@saul.com, robyn.warren@saul.com;ecf-9d8e07160ff2@ecf.pacerpro.com
- Thomas J. Moloney   tmoloney@cgsh.com
- Francis A. Monaco   fmonaco@gsbblaw.com, frankmonacojr@gmail.com
- Pauline K. Morgan   bankfilings@ycst.com
- Hal F. Morris   hal.morris@oag.texas.gov
- John A. Morris   jmorris@pszjlaw.com
- Adam Scott Moskowitz   asmcapital@aol.com
- Christopher B. Mosley   Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov
- Tina Niehold Moss   tmoss@perkinscoie.com, nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
- Samuel Lee Moultrie   smoultrie@wlblaw.com
- Nicholas D. Mozal   nmozal@ramllp.com
- Lucian Borders Murley   luke.murley@saul.com, robyn.warren@saul.com
- Kathleen A. Murphy   kathleen.murphy@bipc.com, annette.dye@bipc.com
- David Neier   dneier@winston.com, dcunsolo@winston.com
- Joanna Flynn Newdeck   jnewdeck@akingump.com, ddunn@akingump.com
- Stacy L. Newman   snewman@ashby-geddes.com
- Daniel A. O'Brien   daobrien@venable.com

{12270-001 AFF A0505168.DOCX}

- Sean A. O'Neal    soneal@cgsh.com, maofiling@cgsh.com;afee@cgsh.com
- Rachel Obaldo    bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
- Mark D. Olivere    olivere@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
- Michael A. Paskin    mpaskin@cravath.com
- James Michael Peck    jpeck@mofo.com
- Norman L. Pernick    npernick@coleschotz.com, pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
- Lars A. Peterson    lapeterson@foley.com
- Marc J. Phillips    mphillips@mgmlaw.com
- Patricia Williams Prewitt    pwp@pattiprewittlaw.com
- David P. Primack    dprimack@mdmc-law.com, sshidner@mdmc-law.com;smullen@mdmc-law.com
- Gerrit M. Pronske    gpronske@pgkpc.com
- Natalie D. Ramsey    nramsey@mmwr.com, ECFdocuments@pacerpro.com
- Evan Rassman    evan.rassman@kutakrock.com
- Wendy B. Reilly    wbreilly@debevoise.com, mao-bk-ecf@debevoise.com
- Andrew R. Remming    aremming@mnat.com, rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
- Erica J. Richards    erichards@mofo.com, erica-richards-1053@ecf.pacerpro.com
- Rachel Ringer    rringer@kramerlevin.com, AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;GFrenzel@kramerlevin.com;dbraun@kramerlevin.com;corporate-reorg-1449@ecf.pacerpro.com
- Colin R. Robinson    crobinson@pszjlaw.com, efile1@pszjlaw.com
- William A. Romanowicz    rbgroup@rlf.com
- Todd Jeffrey Rosen    todd.rosen@mto.com
- Mark F. Rosenberg    rosenbergm@sullcrom.com
- David S. Rosner    drosner@kasowitz.com, courtnotices@kasowitz.com
- Frederick B. Rosner    rosner@teamrosner.com
- Bruce J. Ruzinsky    bruzinsky@jw.com, mcavenaugh@jw.com
- Jeremy William Ryan    jryan@potteranderson.com, bankruptcy@potteranderson.com
- Jeffrey S. Sabin    JSSabin@Venable.com
- Chester B. Salomon    csalomon@beckerglynn.com, mghose@beckerglynn.com;hhill@beckerglynn.com
- Diane W. Sanders    austin.bankruptcy@publicans.com
- Edward O. Sassower    steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patrick.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
- Maria Aprile Sawczuk    marias@restructuringshop.com, marias@ecf.courtdrive.com

{12270-001 AFF A0505168.DOCX}

- Gilbert R. Saydah    gsaydah@kelleydrye.com
- Brian Schartz    bschartz@kirkland.com, george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com
- Richard L. Schepacarter    richard.schepacarter@usdoj.gov
- Todd Charles Schiltz    todd.schiltz@dbr.com, cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
- Benjamin J. Schladweiler    bschladweiler@ramllp.com, jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.com;8289576420@filings.docketbird.com
- Jeffrey M. Schlerf    jschlerf@foxrothschild.com
- Jeffrey M. Schlerf    jschlerf@foxrothschild.com
- Jeffrey M. Schlerf    jschlerf@foxrothschild.com, idensmore@foxrothschild.com
- Erik Schneider    eschneider@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
- Andrea Beth Schwartz    andrea.b.schwartz@usdoj.gov
- John M. Seaman    seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com
- Joshua Powers Searcy    joshsearcy@jrsearcylaw.com
- Gary F. Seitz    gseitz@gsbblaw.com
- Tyler D. Semmelman    semmelman@rlf.com, rbgroup@rlf.com
- Tyler D. Semmelman    semmelman@rlf.com, rbgroup@rlf.com
- Tyler D. Semmelman    semmelman@rlf.com, rbgroup@rlf.com
- Tyler D. Semmelman    semmelman@rlf.com, rbgroup@rlf.com
- Tyler D. Semmelman    semmelman@rlf.com, rbgroup@rlf.com
- Steven N. Serajeddini    steven.serajeddini@kirkland.com
- Karen Beth Shaer    PACERTeam@gardencitygroup.com
- Daniel S. Shamah    dshamah@omm.com
- Zachary I Shapiro    shapiro@rlf.com, rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
- Jennifer R Sharret    jsharret@kramerlevin.com, corporate-reorg-1449@ecf.pacerpro.com;MWasson@kramerlevin.com
- Lara E. Shipkovitz    lshipkovitz@tuckerlaw.com
- J Jackson Shrum    jshrum@austriashrum.com
- Laurie Selber Silverstein    bankruptcy@potteranderson.com
- Christopher Page Simon    csimon@crosslaw.com, smacdonald@crosslaw.com
- Ellen Slights    usade.ecfbankruptcy@usdoj.gov
- Daniel Stephen Smith    dan.smith2@usdoj.gov, efile_ees.enrd@usdoj.gov
- Owen M. Sonik    osonik@pbfcm.com, tpope@pbfcm.com;osonik@ecf.inforuptcy.com
- Katherine Stadler    kstadler@gklaw.com, kboucher@gklaw.com;pbrellenthin@gklaw.com
- Stephen C. Stapleton    sstapleton@cowlesthompson.com

- Jason A. Starks    bk-jstarks@oag.texas.gov, sherri.simpson@oag.texas.gov
- Gregory M. Starner    ,
  jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;msheph erd@whitecase.com;jason.bartlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.com
- Gregory Michael Starner    gstarner@whitecase.com,
  jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;msheph erd@whitecase.com;jason.bartlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.com
- Cory P. Stephenson    cstephenson@bk-legal.com
- John Mark Stern    john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov
- Benjamin Stewart    bstewart@baileybrauer.com, eharper@baileybrauer.com
- J. Kate Stickles    kstickles@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com
- J. Kate Stickles    kstickles@coleschotz.com,
  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@coleschotz.com
- Sabrina L. Streusand    streusand@slollp.com, prentice@slollp.com
- John H. Strock    jstrock@foxrothschild.com, dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
- Aaron H. Stulman    astulman@wtplaw.com, clano@wtplaw.com
- Joshua Y. Sturm    joshua.strum@ropesgray.com
- William D. Sullivan    wdsecfnotices@sha-llc.com
- Matthew G. Summers    summersm@ballardspahr.com, chiggesd@ballardspahr.com
- Theodore J. Tacconelli    ttacconelli@ferryjoseph.com
- Stanley B. Tarr    tarr@blankrome.com, moody@ecf.inforuptcy.com
- Gregory A. Taylor    gtaylor@ashby-geddes.com
- William F. Taylor    bankruptcydel@mccarter.com, bankruptcydel@mccarter.com
- Brian Tong    brian.tong@srz.com
- Matthew J. Troy    matthew.troy@usdoj.gov
- U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
- U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
- Warren A. Usatine    wusatine@coleschotz.com, kkarstetter@coleschotz.com
- Jarrett Vine    jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Christopher A. Ward    cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
- Gregory M. Weinstein    gweinstein@weinrad.com, wphillips@weinrad.com;jwitte@weinrad.com;landerson@weinrad.com

{12270-001 AFF A0505168.DOCX}

- William P. Weintraub    wweintraub@goodwinproctor.com, zhassoun@fklaw.com
- Helen Elizabeth Weller    dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
- Duane David Werb    maustria@werbsullivan.com;riorii@werbsullivan.com
- Erin A. West    ewest@gklaw.com, kboucher@gklaw.com;mfuller@gklaw.com;pbrellenthin@gklaw.com
- Clark T. Whitmore    clark.whitmore@maslon.com
- Stephanie Wickouski    stephanie.wickouski@bclplaw.com, dortiz@bclplaw.com
- Jeffrey C. Wisler    jwisler@connollygallagher.com
- Keith Howard Wofford    keith.wofford@ropesgray.com, keith.wofford@ropesgray.com
- Davis Lee Wright    dwright@mmwr.com, keith-mangan-mmwr-1628@ecf.pacerpro.com
- Joseph D. Wright    wright@lrclaw.com, dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
- James S. Yoder    yoderj@whiteandwilliams.com
- Peter Jonathon Young    pyoung@proskauer.com
- Lindsay Zahradka    lzahradka@akingump.com

**Manual Notice List**

The following is the list of **parties** who are **not** on the list to receive email notice/service for this case (who therefore require manual noticing/service).

Andrew M. Wright and Cecily Gooch
1601 Bryan Street, 43rd Floor
Dallas, TX, 75201

Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Attn: Brian E. Schartz

Attn: Chad Husnick
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Attn: Daniel DeFranceschi and Jason Madron
Richards, Layton & Finger, P.A.
920 North King Street

Wilmington, DE 19801

Richard L. Schepacarter
Roberta A. DeAngelis
The United States Trustee for Region 3
J. Caleb Boggs Federal Building
844 King Street, Room 2207
Wilmington, DE 19801

Attn: Andrea B. Schwartz
U.S. Department of Justice
Office of the U.S. Trustee
U.S. Federal Building
201 Varick Street, Room 1006
New York, NY 10014

Attn: Ned Schodek and Fredric Sosnick
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Attn: Evan Fleck and Matthew Brod
Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005

Attn: Lorenzo Marinuzzi and Jennifer Marines
Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019

Attn: Katherine Stadler
Godfrey & Kahn, S.C.
One East Main Street
Madison, WI 53703

{12270-001 AFF A0505168.DOCX}