UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>    *Debtors.* | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) |

### NOTICE OF (I) COMPLETION OF BRIEFING AND (II) STATEMENTS REGARDING ORAL ARGUMENT

PLEASE TAKE NOTICE that pursuant to this Court's instructions at a teleconference held on March 28, 2018 and Rule 7007–4 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Elliott Associates, L.P., Elliott International L.P., The Liverpool Limited Partnership and UMB Bank, N.A., as Indenture Trustee, through their undersigned counsel, hereby provides notice of completion of briefing regarding the *Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense* [D.I. 12844].

PLEASE TAKE FURTHER NOTICE that the following constitutes the views of the parties to this matter regarding oral argument:

(a) Elliott Associates, L.P., Elliott International L.P., The Liverpool Limited Partnership, and UMB Bank, N.A., as Indenture Trustee believe that the matter should not be held in abeyance and that oral argument is not necessary.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{BAY:03266948v2}

(b) NextEra believes that the Court's consideration of this matter should be held in abeyance pending a ruling by the Third Circuit, which heard argument on April 19, 2018. In the event that the Court moves forward with consideration of the motion to dismiss and for summary judgment, NextEra requests oral argument.

(c) The EFH Plan Administrator Board does not believe that oral argument is necessary.

PLEASE TAKE FURTHER NOTICE that copies of the following related pleadings and documents were delivered to Chambers on the date hereof:

| Tab No. | Pleadings and Documents |
|---|---|
| 1 | Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Claim [D.I. 12671; Filed 2/20/18] |
| 2 | Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense [D.I. 12844; Filed 3/23/18] |
| 3 | Objection of NextEra Energy, Inc. to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense [D.I. 12935; Filed 4/11/18] |
| 4 | Declaration of Howard Seife Pursuant to Fed. R. Bank P. 7056(d) and Fed. R. Civ. P. 56(d) in Support of Objection of NextEra Energy, Inc. to Joint Motion of UMB Bank, N.A., and Elliott Funds to (I) Dismiss Application of NextEra for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing such Administrative Expense [D.I. 12936; Filed 4/11/18] |
| 5 | Declaration of Mark Hickson in Support of Objection of NextEra Energy, Inc. to Joint Motion of UMB Bank, N.A., and Elliott Funds to (I) Dismiss Application of NextEra for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing such Administrative Expense [D.I. 12937; Filed 4/11/18] |

| Tab No. | Pleadings and Documents |
|---|---|
| 6 | EFH Plan Administrator Board's Reply in Support of the Motion to (I) Dismiss Application of NextEra Energy, Inc., for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense [D.I. 12969; Filed 4/18/18] |
| 7 | Reply of UMB Bank, N.A., as Indenture Trustee, and Elliott in Support of Their Joint Motion to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense [D.I. 12970; Filed 4/18/18] |

Dated: April 24, 2018
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
600 N. King, Suite 400
Wilmington, Delaware  19801
Phone: (302) 655-5000
Email: scousins@bayardlaw.com
       efay@bayardlaw.com


-and-

ROPES & GRAY LLP
Keith H. Wofford, Esquire (admitted *pro hac vice*)
Gregg M. Galardi, Esquire
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: Keith.Wofford@ropesgray.com
       Gregg.Galardi@ropesgray.com

*Counsel to Elliott Associates, L.P.,
Elliott International, L.P., The Liverpool Limited
Partnership and UMB Bank, N.A., as Indenture
Trustee*

{BAY:03266948v2}