**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

```
-----------------------------------------------------------------x
                                               :
In re                                          :      Chapter 11
                                               :
ENERGY FUTURE HOLDINGS CORP., ET AL.,          :      Case No. 14-10979 (CSS)
                                               :
                        Debtors.               :      (Jointly Administered)
-----------------------------------------------------------------x
```

**AFFIDAVIT OF SERVICE**

I, Stanley Martinez, being duly sworn according to law, depose and say that I am employed by Kurtzman Carson Consultants LLC, the communications agent for the Official Committee of Unsecured Creditors, in the above-captioned cases.

On April 18, 2018, at my direction and under my supervision, employees of KCC caused the following document to be served via First Class Mail on the service list attached hereto as **Exhibit A**, and via Electronic Mail on the service list attached hereto as **Exhibit B**:

- **Notice and Summary of 11th Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the period January 1, 2018 to March 9, 2018**

*This Space Intentionally Left Blank*

Furthermore, on April 18, 2018, at my direction and under my supervision, employees of KCC caused the following documents to be served via First Class Mail on the service list attached hereto as **Exhibit C**:

- **Interim Application for Compensation 11th Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the period January 1, 2018 to March 9, 2018** [Docket No. 12968]

Furthermore, on April 18, 2018, at my direction and under my supervision, employees of KCC caused the following documents to be served via First Class Mail on the service list attached hereto as **Exhibit D**:

- **Certificate of No Objection - No Order Required Regarding the Twenty-Ninth Monthly Fee Application of AlixPartners, LLP as Restructuring Advisor to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period From January 1, 2018 Through February 28, 2018** [Docket No. 12966]

Dated: April 24, 2018

Stanley Martinez
Kurtzman Carson Consultants LLC
2335 Alaska Avenue
El Segundo, CA 90245

| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 24th day of April, 2018, by Stanley Martinez, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

WITNESS my hand and official seal.

Signature: _____



TRAVIS R. BUCKINGHAM
Notary Public – California
Los Angeles County
Commission # 2202283
My Comm. Expires Jun 23, 2021

# EXHIBIT A

**Exhibit A**
Core/2002 Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| ABRAMS & BAYLISS LLP | KEVIN G. ABRAMS & JOHN M. SEAMAN | 20 MONTCHANIN ROAD, SUITE 200 | | | WILMINGTON | DE | 19807 | |
| ADA CARBON SOLUTIONS | (RED RIVER ENVIRONMENTAL PRODUCTS) | ATTN: PETER O. HANSEN | 1460 W. CANAL COURT, SUITE 100 | | LITTLETON | CO | 80120 | |
| AKERMAN LLP | Andrea S. Hartley, Esq. | 98 Southeast Seventh Street | Suite 1100 | Three Brickell City Centre | Miami | FL | 33131 | |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN COURTENEY F HARRIS | 1410 ALDINE WESTFIELD RD | | | HOUSTON | TX | 77032 | |
| ALSTON & BIRD LLP | SAGE M. SIGLER, ESQ. | ONE ATLANTIC CENTER | 1201 WEST PEACHTREE STREET | SUITE 4900 | ATLANTA | GA | 30309-3424 | |
| ALVAREZ & MARSAL | ATTN: JODI EHRENHOFER | 540 West Madison Street, 18th Floor | | | CHICAGO | IL | 60661 | |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM | 6201 15TH AVENUE | | | BROOKLYN | NY | 11219 | |
| AMERICAN STOCK TRANSFER & TRUST CO, LLC | GENERAL COUNSEL | 6201 15TH AVENUE | | | BROOKLYN | NY | 11219 | |
| ASHBY & GEDDES, P.A. | ATTN: WILLIAM BOWDEN ESQ & GREGORY TAYLOR ESQ | PO BOX 1150 | | | WILMINGTON | DE | 19899 | |
| BAKER BOTTS LLP | ATTN: JAMES PRINCE; OMAR J. ALANIZ | 2001 ROSS AVE. | | | DALLAS | TX | 75201-2980 | |
| BALLARD SPAHR LLP | ATTN MATTHEW G SUMMERS | 919 NORTH MARKET ST 11TH FL | | | WILMINGTON | DE | 19801 | |
| BARNES & THORNBURG LLP | KEVIN G COLLINS | 1000 N WEST ST STE 1500 | | | WILMINGTON | DE | 19801 | |
| BARNES & THORNBURG LLP | DAVID M POWLEN | 1000 N WEST ST STE 1500 | | | WILMINGTON | DE | 19801 | |
| BARNES & THORNBURG LLP | KEVIN C DRISCOLL JR ESQ | ONE NORTH WACKER DR STE 4400 | | | CHICAGO | IL | 60606-2833 | |
| BARNES & THORNBURG LLP | KEVIN C. DRISCOLL, JR. ESQ. | ONE NORTH WACKER DR | SUITE 4400 | | CHICAGO | IL | 60606-2833 | |
| BAYARD PA | ATTN NEIL B GLASSMAN | 222 DELAWARE AVE SUITE 900 | | | WILMINGTON | DE | 19801 | |
| BAYARD PA | ATTN: SCOTT D COUSINS, ERIN R FAY, EVAN T MILLER | 600 N. KING STREET, 4TH FLOOR | | | WILMINGTON | DE | 19801 | |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | KEVIN M. CAPUZZI | 222 DELAWARE AVENUE, SUITE 801 | | | WILMINGTON | DE | 19801 | |
| BIELLI & KLAUDER, LLC | DAVID M. KLAUDER, ESQ. CORY P. STEPHENSON, ESQ. | 1204 N. KING STREET | | | WILMINGTON | DE | 19801 | |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECKE; STANLEY TARR | 1201 MARKET STREET, SUITE 800 | | | WILMINGTON | DE | 19801 | |
| BLANK ROME LLP | ATTN: MICHAEL B. SCHAEDLE | ONE LOGAN SQUARE | 130 NORTH 18TH STREET | | PHILADELPHIA | PA | 19103 | |
| BLUME FAULKNER SKEEN & NORTHAM PLLC | ATTN: BRETTON C. GERARD | 111 W. SPRING VALLEY ROAD, SUITE 250 | | | RICHARDSON | TX | 75081 | |
| BRAUNHAGEY & BORDEN LLP | J NOAH HAGEY, KIM BERGER | 220 SANSOME ST 2ND FLOOR | | | SAN FRANCISCO | CA | 94104 | |
| BRAUNHAGEY & BORDEN LLP | AMY BROWN | 7 TIMES SQUARE 27TH FLOOR | | | NEW YORK | NY | 10036-6524 | |
| BROWN & CONNERY, LLP | ATTN: DONALD K. LUDMAN | 6 NORTH BROAD STREET, SUITE 100 | | | WOODBURY | NJ | 08096 | |
| BROWN RUDNICK LLP | ATTN: EDWARD WEISFELNER ESQ | SEVEN TIMES SQUARE | | | NEW YORK | NY | 10036 | |
| BROWN RUDNICK LLP | ATTN: JEFFREY JONAS ESQ, ANDREW STREHLE ESQ | JEREMY B COFFEY ESQ | ONE FINANCIAL CENTER | | BOSTON | MA | 02111 | |
| BROWN RUDNICK LLP | ATTN: HOWARD SIEGEL ESQ | 185 ASYLUM STREET | | | HARTFORD | CT | 06103 | |
| BROWN RUDNICK LLP | ATTN: JEREMY B. COFFEY | SEVEN TIMES SQUARE | | | NEW YORK | NY | 10036 | |
| BRYAN CAVE LLP | ATTN: STEPHANIE WICKOUSKI; LAITH J HAMDAN | 1290 6TH AVE #33 | | | NEW YORK | NY | 10104-3300 | |
| BRYAN CAVE LLP | ATTN: ROBERT E. PEDERSEN | 1290 6TH AVE #33 | | | NEW YORK | NY | 10104-3300 | |
| BUCHALTER NEMER, A PROFESSIONAL CORPORATION | ATTN: SHAWN M. CHRISTIANSON | 55 SECOND STREET, 17TH FLOOR | | | SAN FRANCISCO | CA | 94105-3493 | |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: KATHLEEN A. MURPHY | 919 NORTH MARKET STREET, SUITE 1500 | | | WILMINGTON | DE | 19801 | |
| CARROLLTON FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT | ATTN: ROBERT E LUNA ESQ | LAW OFFICES OF ROBERT E LUNA PC | 4411 N CENTRAL EXPRESSWAY | PMB 271 | DALLAS | TX | 75205 | |
| CHADBOURNE & PARKE LLP | ATTN: HOWARD SEIFE, DAVID M. LEMAY AND | CHRISTY RIVERA | 1301 AVENUE OF AMERICAS | | NEW YORK | NY | 10019-6022 | |
| CIARDI CIARDI & ASTIN | ATTN: DANIEL ASTIN; JOHN MCLAUGHLIN, JR.; | JOSEPH J. MCMAHON JR | 1204 N. KING STREET | | WILMINGTON | DE | 19801 | |
| CITIBANK, N.A. | ATTN: OWEN COYLE | 1615 BRETT ROAD, OPS III | | | NEW CASTLE | DE | 19720 | |
| CITIBANK, N.A. | ZORI MIGLIORINI | 388 GREENWICH ST, 21ST FL | | | NEW YORK | NY | 10013 | |
| CITIBANK, N.A. | ATTN: ERIC O. LIGAN, VICE PRESIDENT | 388 GREENWICH ST 32ND FL | | | NEW YORK | NY | 10013 | |
| CITIBANK, N.A. | BANK LOAN SYNDICATIONS DEPARTMENT | 1615 BRETT ROAD, BUILDING III | | | NEW CASTLE | DE | 19720 | |

**Exhibit A**
Core/2002 Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| CITIBANK, N.A. | ATTN: ANNEMARIE E. PAVCO | SECURITIES PROCESSING SENIOR ANALYST | GLOBAL LOANS, 1615 BRETT RD., OPS III | | NEW CASTLE | DE | 19720 | |
| CITIBANK, N.A. | ATTN: RYAN FALCONER | 388 GREENWICH STREET | | | NEW YORK | NY | 10013 | |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B. MOSLEY | 1000 THROCKMORTON STREET | | | FORT WORTH | TX | 76102 | |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID | ONE LIBERTY PLAZA | | | NEW YORK | NY | 10006 | |
| COHEN & GRIGSBY, P.C. | ATTN: THOMAS D. MAXSON | 625 LIBERTY AVENUE | | | PITTSBURGH | PA | 15222-3152 | |
| COHEN & GRIGSBY, P.C. | ATTN: WILLIAM E. KELLEHER, JR. | 625 LIBERTY AVENUE | | | PITTSBURGH | PA | 15222-3152 | |
| COLE SCHOTZ PC | NORMAN L PERNICK J. KATE STICKLES | 500 DELAWARE AVENUE STE 1410 | | | WILMINGTON | DE | 19801 | |
| COLE SCHOTZ PC | WARREN A USATINE | 25 MAIN ST | PO BOX 800 | | HACKENSACK | NJ | 07602 | |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL | BANKRUPTCY & COLLECTIONS DIVISION | ATTN: RACHEL OBALDO & JOHN MARK STERN | PO BOX 12548 | AUSTIN | TX | 78711-2548 | |
| COMPUTERSHARE TRUST COMPANY NA | ATTN: MICHAEL A SMITH VP | 2950 EXPRESS DRIVE S STE 210 | | | ISLANDIA | NY | 11749 | |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA | 1500, ROBERT-BOURASSA BLVD., 7TH FLOOR | | | MONTREAL | QC | H3A 3S8 | CANADA |
| COWLES & THOMPSON | ATTN: STEPHEN C. STAPLETON | BANK OF AMERICA PLAZA | 901 MAIN STREET, SUITE 3900 | | DALLAS | TX | 75202 | |
| COZEN O'CONNOR | ATTN: MARK E. FELGER | 1201 NORTH MARKET STREET, SUITE 1001 | | | WILMINGTON | DE | 19801 | |
| CSC TRUST COMPANY OF DELAWARE | ATTN: SANDRA E. HORWITZ | MANAGING DIRECTOR | 2711 CENTERVILLE RD STE 400 | | WILMINGTON | DE | 19808 | |
| DAVIS POLK & WARDWELL LLP | ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; | ELLIOT MOSKOWITZ; DAMON MEYER | 450 LEXINGTON AVENUE | | NEW YORK | NY | 10017 | |
| DECHERT LLP | MICHAEL J. SAGE & ANDREW C. HARMEYER | 1095 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036-6797 | |
| DECHERT LLP | G. ERIC BRUNSTAD, JR. | 90 STATE HOUSE SQUARE | | | HARTFORD | CT | 06103-3702 | |
| DEUTSCHE BANK | ATTN: MARCUS M. TARKINGTON | 60 WALL STREET (NYCC60-0266) | | | NEW YORK | NY | 10005-2836 | |
| DLA PIPER LLP | ASHLEY R ALTSCHULER R CRAIG MARTIN | 1201 NORTH MARKET ST STE 2100 | | | WILMINGTON | DE | 19801 | |
| DORSEY & WHITNEY DELAWARE LLP | ATTN ERIC LOPEZ SCHNABEL; ROBERT W MALLARD; ALESSANDRA GLORIOSO | 300 DELAWARE AVENUE, SUITE 1010 | | | WILMINGTON | DE | 19801 | |
| DRINKER BIDDLE & REATH LLP | ATTN: ROBERT K. MALONE | 222 DELAWARE AVE., STE. 1410 | | | WILMINGTON | DE | 19801-1621 | |
| DYKEMA GOSSETT PLLC | ATTN: JEFFREY R. FINE | 1717 MAIN STREET, SUITE 4200 | | | DALLAS | TX | 75201 | |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) | ATTN: RONALD L ROWLAND, AGENT | 305 FELLOWSHIP RD STE 100 | | MOUNT LAUREL | NJ | 08054-1232 | |
| ENERGY FUTURE HOLDINGS CORP ET AL | ATTN: ANDREW M WRIGHT | 1601 BRYAN ST 43RD FL | | | DALLAS | TX | 75201 | |
| EVERSHEDS SUTHERLAND (US) LLP | ATTN: LINO MENDIOLA III | ONE AMERICAN CENTER | 600 CONGRESS AVE STE 2000 | | AUSTIN | TX | 78701 | |
| FISHER BOYD JOHNSON & HUGUENARD LLP | BERNARD G JOHNSON III & WAYNE FISHER | 2777 ALLEN PARKWAY 14TH FLOOR | | | HOUSTON | TX | 77019 | |
| FOLEY & LARDNER LLP | ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ | LARS PETERSON ESQ | 321 N CLARK ST STE 2800 | | CHICAGO | IL | 60654-5313 | |
| FOX ROTHSCHILD LLP | ATTN: JEFFREY SCHLERF; JOHN STROCK; L. JOHN BIRD | 919 NORTH MARKET STREET, SUITE 300 | | | WILMINGTON | DE | 19801 | |
| FOX ROTHSCHILD LLP | JEFFREY SCHLERF; CARL NEFF | 919 NORTH MARKET ST STE 300 | | | WILMINGTON | DE | 19801 | |
| FRANKGECKER LLP | JOSEPH D FRANK REED HEILIGMAN | 325 N LASALLE ST STE 625 | | | CHICAGO | IL | 60654 | |
| FRANKGECKER LLP | Joseph D Frank Frances Gecker Reed Heiligman | 325 North LaSalle Street Suite 625 | | | CHICAGO | IL | 60654 | |
| FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP | ATTN: BRAD E. SCHELER, GARY L. KAPLAN & | MATTHEW M. ROOSE | ONE NEW YORK PLAZA | | NEW YORK | NY | 10004 | |
| FRIEDLANDER & GORRIS PA | JEFFREY M GORRIS, CHRISTOPHER P QUINN | 1201 N MARKET ST SUITE 2200 | | | WILMINGTON | DE | 19801 | |
| GARDERE WYNNE SEWELL LLP | ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN | 1000 LOUISIANA, STE. 3400 | | | HOUSTON | TX | 77002 | |
| GAY, MCCALL, ISAACKS, GORDON & ROBERTS, P.C. | ATTN: DUSTIN L. BANKS | 1919 S. SHILOH ROAD, SUITE 310 LB 40 | | | GARLAND | TX | 75042 | |
| GAY, MCCALL, ISAACKS, GORDON & ROBERTS, P.C. | ATTN: DAVID MCCALL | 777 E. 15TH ST. | | | PLANO | TX | 75074 | |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN: MICHAEL G. BUSENKELL | 1201 N ORANGE ST STE 300 | | | WILMINGTON | DE | 19801 | |
| GILLESPIE SANFORD LLP | ATTN: HAL K GILLESPIE | 4925 GREENVILLE AVE, SUITE 200 | | | DALLAS | TX | 75206 | |
| GLAST, PHILLIPS & MURRAY, P.C. | ATTN: JONATHAN L. HOWELL, PLLC | 14801 QUORUM DRIVE, STE. 500 | | | DALLAS | TX | 75254 | |
| GOODWIN PROCTER LLP | ATTN: WILLIAM P. WEINTRAUB | THE NEW YORK TIMES BUILDING | 620 EIGHTH AVENUE | | NEW YORK | NY | 10018 | |

**Exhibit A**
Core/2002 Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| GREER HERZ & ADAMS LLP | ANDREW J MYTELKA ESQ & MICHAEL ADAMS ESQ & J SCOTT ANDREWS ESQ & JAMES M ROQUEMORE ESQ | ONE MOODY PLAZA 18TH FLOOR | | | GALVESTON | TX | 77550 | |
| HAYNES AND BOONE LLP | ATTN: TREVOR HOFFMANN ESQ | 30 ROCKEFELLER CENTER, 26TH FLOOR | | | NEW YORK | NY | 10112 | |
| HAYNES AND BOONE LLP | ATTN: PATRICK L. HUGHES | 1221 MCKINNEY STREET, SUITE 1200 | | | HOUSTON | TX | 77010 | |
| HAYNES AND BOONE, LLP | ATTN: IAN T. PECK | 2323 VICTORY AVE STE 700 | | | DALLAS | TX | 75219 | |
| HCL AMERICA INC | ATTN: RAGHU RAMAN LAKSHMANAN | 330 POTRERO AVENUE | | | SUNNYVALE | CA | 94085 | |
| HINCKLEY ALLEN | ATTN: JENNIFER V. DORAN | 28 STATE STREET | | | BOSTON | MA | 02109 | |
| HOGAN MCDANIEL | ATTN: GARVAN F MCDANIEL ESQ | 1311 DELAWARE AVE | | | WILMINGTON | DE | 19806 | |
| HOLLAND & KNIGHT LLP | ATTN: PHILIP EVANS ESQ | 800 17TH ST NW STE 1100 | | | WASHINGTON | DC | 20006 | |
| HOLT TEXAS LTD, D/B/A HOLT CAT | ATTN: MICHAEL PURYEAR, ESQ., GENERAL COUNSEL | 3302 SOUTH W.W. WHITE RD | | | SAN ANTONIO | TX | 78222 | |
| INTERNAL REVENUE SERVICE | | PO BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | |
| INTERNAL REVENUE SERVICE | | DEPARTMENT OF THE TREASURY | | | OGDEN | UT | 84201 | |
| JACKSON WALKER, LLP | ATTN: MONICA S. BLACKER | 2323 Ross Ave STE 600 | | | DALLAS | TX | 75201-2725 | |
| JACKSON WALKER, LLP | ATTN: J. SCOTT ROSE | WESTON CENTRE | 112 E. PECAN STREET, SUITE 2400 | | SAN ANTONIO | TX | 78205 | |
| JACKSON WALKER, LLP | BRUCE J RUZINSKY & MATTHEW D CAVENAUGH | 1401 MCKINNEY ST STE 1900 | | | HOUSTON | TX | 77010 | |
| JONES DAY | ATTN: PATRICIA VILLAREAL | 2727 NORTH HARWOOD STREET | | | DALLAS | TX | 75201 | |
| JONES DAY | ATTN: MICHAEL L. DAVITT | 2727 NORTH HARWOOD STREET | | | DALLAS | TX | 75201 | |
| KASOWITZ BENSON TORRES LLP | ATTN: DAVID ROSNER ESQ, ANDREW GLENN ESQ & | DANIEL FLIMAN ESQ | 1633 BROADWAY | | NEW YORK | NY | 10019 | |
| KELLEY DRYE & WARREN LLP | ATTN: JAMES S. CARR, BENJAMINN D. FEDER & | GILBERT R. SAYDAH | 101 PARK AVENUE | | NEW YORK | NY | 10178 | |
| KELLY HART & HALLMAN LLP | ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ | KATHERINE THOMAS ESQ | 201 MAIN ST STE 2500 | | FORT WORTH | TX | 76102 | |
| KIRKLAND & ELLIS LLP | ATTN: EDWARD SASSOWER PC | STEPHEN HESSLER ESQ & BRIAN E SCHARTZ ESQ & APARNA YENAMANDRA | 601 LEXINGTON AVE | | NEW YORK | NY | 10022 | |
| KIRKLAND & ELLIS LLP | ATTN: JAMES H.M. SPRAYREGEN, P.C. | MARC KIESELSTEIN ESQ, CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ | 300 N LASALLE | | CHICAGO | IL | 60654 | |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: RAYMOND H. LEMISCH | 919 MARKET STREET, SUITE 1000 | | | WILMINGTON | DE | 19801 | |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; | JOSHUA K BRODY; PHILIP BENTLEY | 1177 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10036 | |
| LACKEY HERSHMAN, LLP | ATTN: JAMIE R WELTON ESQ | 3102 OAK LAWN AVE STE 777 | | | DALLAS | TX | 75219 | |
| LANDIS RATH & COBB LLP | ATTN: ADAM G. LANDIS & MATTHEW B. MCGUIRE | 919 MARKET ST STE 1800 | | | WILMINGTON | DE | 19801 | |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO VICE PRESIDENT | 801 2ND AVE RM 403 | | | NEW YORK | NY | 10017-8664 | |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN: PATRICIA WILLIAMS PREWITT | 10953 VISTA LAKE COURT | | | NAVASOTA | TX | 77868 | |
| LAW OFFICES OF CURTIS A HEHN | CURTIS A HEHN ESQ | 1000 N WEST STREET SUITE 1200 | | | WILMINGTON | DE | 19801 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER ESQ | 2777 N STEMMONS FREEWAY, SUITE 1000 | | | DALLAS | TX | 75207 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: JOHN P DILLMAN ESQ | 4828 LOOP CENTRAL DR STE 600 | | | HOUSTON | TX | 77081 | |
| LINEBARGER GOGGAN BLAIR & SAMPSON, LLP | ATTN: DIANE WADE SANDERS | P.O. BOX 17428 | | | AUSTIN | TX | 78760 | |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | ATTN: GEOFFREY GAY ESQ | 816 CONGRESS AVE STE 1900 | | | AUSTIN | TX | 78701 | |
| LOCKE LORD LLP | ATTN: C. DAVIN BOLDISSAR ESQ | 601 POYDRAS ST STE 2660 | | | NEW ORLEANS | LA | 70130-6036 | |
| LOCKE LORD LLP | ATTN PHILIP EISENBERG | 2800 JPMORGAN CHASE TOWER | 600 TRAVIS | | HOUSTON | TX | 77002 | |
| LOWER COLORADO RIVER AUTHORITY | LOWER CO RIVER AUTHORITY TRANSMISSION (LCRA TSC) | LEGAL SERVICES | ATTN: WILLIAM T. MEDAILLE | PO BOX 220 | AUSTIN | TX | 78767 | |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 3 of 6

**Exhibit A**
Core/2002 Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| MANION GAYNOR & MANNING LLP | ATTN: MARC PHILLIPS ESQ | THE NEMOURS BUILDING | 1007 N ORANGE ST 10TH FL | | WILMINGTON | DE | 19801 | |
| MARGOLIS EDELSTEIN | ATTN: JAMES E. HUGGETT & AMY D. BROWN | 300 DELAWARE AVENUE, SUITE 800 | | | WILMINGTON | DE | 19801 | |
| MASLON EDELMAN BORMAN & BRAND LLP | ATTN CLARK T WHITMORE; ANA CHILINGARISHVILI | 90 SOUTH 7TH ST SUITE 3300 | | | MINNEAPOLIS | MN | 55402 | |
| MCCREARY, VESELKA, BRAGG & ALLEN, PC | ATTN: LEE GORDON | 700 JEFFREY WAY STE 100 | | | ROUND ROCK | TX | 78665 | |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | DAVID P PRIMACK | 300 DELAWARE AVE STE 770 | | | WILMINGTON | DE | 19801 | |
| MCKOOL SMITH | ATTN: PAUL D. MOAK, ESQ. | 600 TRAVIS STREET, SUITE 7000 | | | HOUSTON | TX | 77002 | |
| MICHAEL G. SMITH | | 9857 N 2210 RD | | | ARAPAHO | OK | 73620-2123 | |
| MILBANK, TWEED, HADLEY & MCCLOY LLP | ATTN: DENNIS F. DUNNE, EVAN R. FLECK & | KAREN GARTENBERG | 28 LIBERTY STREET | | NEW YORK | NY | 10005-1413 | |
| MISSOURI DEPARTMENT OF REVENUE | BANKRUPTCY UNIT | ATTN: STEVEN A. GINTHER | PO BOX 475 | | JEFFERSON CITY | MO | 65105-0475 | |
| MORGAN LEWIS & BOCKIUS | ATTN: JULIA FROST-DAVIES | CHRISTOPHER L. CARTER ESQ | ONE FEDERAL STREET | | BOSTON | MA | 02110-1726 | |
| MORRIS JAMES LLP | ATTN: STEPHEN M. MILLER | PO BOX 2306 | | | WILMINGTON | DE | 19899-2306 | |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: ANDREW REMMING | 1201 NORTH MARKET STREET, SUITE 1600 | | | WILMINGTON | DE | 19801 | |
| MORRISON & FOERSTER LLP | ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ | LORENZO MARINUZZI ESQ THOMAS A HUMPHREYS | 250 W 55TH ST | | NEW YORK | NY | 10019 | |
| MUNGER TOLLES & OLSON LLP | THOMAS B WALPER TODD J ROSEN | SETH GOLDMAN JOHN W SPIEGEL | 355 S GRAND AVE 35TH FL | | LOS ANGELES | CA | 90071 | |
| MUNSCH HARDT KOPF & HARR PC | ATTN: RUSSELL L MUNSCH ESQ | 303 COLORADO ST STE 2600 | | | AUSTIN | TX | 78701-3924 | |
| MUNSCH HARDT KOPF & HARR PC | ATTN: KEVIN M LIPPMAN ESQ | 500 N AKARD ST STE 3800 | | | DALLAS | TX | 75201-6659 | |
| NAMAN HOWELL SMITH & LEE PLLC | ATTN KERRY L HALIBURTON | PO BOX 1470 | | | WACO | TX | 76703-1470 | |
| NIXON PEABODY | ATTN: RICHARD C. PEDONE; AMANDA D. DARWIN | 100 SUMMER STREET | | | BOSTON | MA | 02110 | |
| NIXON PEABODY | ATTN CHRISTOPHER FONG ESQ | 437 MADISON AVENUE | | | NEW YORK | NY | 10022 | |
| O'MELVENY &MYERS LLP | PETER FRIEDMAN, ESQUIRE | 1625 EYE STREET, NW | | | Washington | DC | 20006 | |
| O'MELVENY &MYERS LLP | ANDREW SORKIN, ESQUIRE | 1625 EYE STREET, NW | | | Washington | DC | 20006 | |
| O'MELVENY &MYERS LLP | DANIEL S. SHAMAH, ESQUIRE | TIMES SQUARE TOWER | 7 TIMES SQUARE | | New York | NY | 10036 | |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | ATTN: HAL MORRIS & ASHLEY BARTRAM | BANKRUPTCY REGULATORY SECTION | BANKRUPTCY & COLLECTIONS DIVISION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ | BANKRUPTCY REGULATORY SECTION | BANKRUPTCY & COLLECTIONS DIVISION | PO BOX 12548 | AUSTIN | TX | 78711-2548 | |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: DAVID C WEISS | PO BOX 2046 | | | WILMINGTON | DE | 19899-2046 | |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L. SCHEPACARTER | J. CALEB BOGGS FEDERAL BUILDING | 844 KING STREET, SUITE 2207 - LOCKBOX #35 | | WILMINGTON | DE | 19801 | |
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: ANDREA SCHWARTZ | U.S. FEDERAL OFFICE BUILDING | 201 VARICK STREET, SUITE 1006 | | NEW YORK | NY | 10014 | |
| O'KELLY & ERNST LLC | ATTN: MICHAEL J JOYCE ESQ | 901 N MARKET ST 10TH FL | | | WILMINGTON | DE | 19801 | |
| O'MELVENY & MYERS LLP | ATTN: GEORGE A. DAVIS | 7 TIMES SQUARE | | | NEW YORK | NY | 10036 | |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN | 919 N MARK ST 17TH FL | PO BOX 8705 | | WILMINGTON | DE | 19801 | |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A. LOWENTHAL; CRAIG W. DENT B GUINEY | 1133 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036-6710 | |
| PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP | ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN | JACOB ADLERSTEIN | 1285 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10019 | |
| PENSION BENEFIT GUARANTY CORPORATION | OFFICE OF THE CHIEF COUNSEL | ATTN: DESIREE M. AMADOR, ATTY | 1200 K STREET, N.W. | | WASHINGTON | DC | 20005-4026 | |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: JON CHATALIAN | OFFICE OF THE CHIEF COUNSEL | 1200 K STREET, NW | | WASHINGTON | DC | 20005-4026 | |
| PENSION BENEFIT GUARANTY CORPORATION | ATTN: CRAIG YAMAOKA, SENIOR FINANCIAL ANALYST | 1200 K STREET, NW | | | WASHINGTON | DC | 20005 | |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA CALVO ESQ | 500 E Border St Ste 640 | | | ARLINGTON | TX | 76010-7457 | |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: OWEN M SONIK ESQ | 1235 N LOOP WEST STE 600 | | | HOUSTON | TX | 77008 | |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: JOHN T BANKS ESQ | 3301 NORTHLAND DR STE 505 | | | AUSTIN | TX | 78731 | |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 4 of 6

**Exhibit A**
Core/2002 Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| PERDUE BRANDON FIELDER COLLINS & MOTT LP | ATTN: JEANMARIE BAER | PO BOX 8188 | | | WICHITA FALLS | TX | 76307 | |
| POLSINELLI PC | ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ SHANTI KATONA ESQ | 222 DELAWARE AVE STE 1101 | | | WILMINGTON | DE | 19801 | |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY, LLP | ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT | 500 WEST 7TH STREET, SUITE 600 | | | FORT WORTH | TX | 76102 | |
| PROSKAUER ROSE LLP | JEFF J. MARWIL MARK K. THOMAS PETER J. YOUNG | 70 W. MADISON STREET, SUITE 3800 | | | CHICAGO | IL | 60602 | |
| PURDUE AWSUMB & BAUDLER PA | C/O AMY R BAUDLER | 4300 MARKETPOINTE DRIVE | SUITE 240 | | MINNEAPOLIS | MN | 55435 | |
| QUARLES & BRADY LLP | ATTN: JOHN A HARRIS | RENAISSANCE ONE | TWO NORTH CENTRAL AVENUE | | PHOENIX | AZ | 85004-2391 | |
| REED SMITH LLP | ATTN: KURT F. GWYNE; KIMBERLY E.C. LAWSON | 1201 MARKET STREET, SUITE 1500 | | | WILMINGTON | DE | 19801 | |
| REED SMITH LLP | ATTN: ROBERT P SIMONS ESQ. | REED SMITH CENTRE | 225 FIFTH AVENUE, SUITE 1200 | | PITTSBURGH | PA | 15222 | |
| REED SMITH LLP | ATTN: RICHARD A. ROBINSON | 1201 MARKET STREET, SUITE 1500 | | | WILMINGTON | DE | 19801 | |
| REED SMITH LLP | | 1201 MARKET STREET, SUITE 1500 | | | WILMINGTON | DE | 19801 | |
| REED SMITH LLP | SARAH K. KAM, ESQUIRE | 599 LEXINGTON AVENUE, 22ND FLOOR | | | NEW YORK | NY | 10022 | |
| RICHARDS LAYTON & FINGER | ATTN: MARK D COLLINS ESQ | DANIEL J DEFRANCESCHI ESQ JASON M MADRON ESQ | 920 N KING ST | | WILMINGTON | DE | 19801 | |
| RIDDELL WILLIAMS PS | ATTN JOSEPH E SHICKICH; HILARY B MOHR | 1001 4TH AVENUE STE 4500 | | | SEATTLE | WA | 98154 | |
| ROPES & GRAY LLP | MARK R. SOMERSTEIN | 1211 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036-8704 | |
| ROPES & GRAY LLP | ATTN: KEITH H WOFFORD, GREGG M GALARDI | 1211 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036-8704 | |
| ROSS ARONSTAM &MORITZ LLP | BRADLEY R. ARONSTAM, ESQUIRE | 100 S. WEST STREET, SUITE 400 | | | Wilmington | DE | 19801 | |
| ROSS ARONSTAM &MORITZ LLP | BENJAMIN J. SCHLADWEILER, ESQUIRE | 100 S. WEST STREET, SUITE 400 | | | Wilmington | DE | 19801 | |
| SATTERLEE STEPHENS BURKE & BURKE LLP | CHRISTOPHER R BELMONTE PAMELA A BOSSWICK | 230 PARK AVENUE | | | NEW YORK | NY | 10169 | |
| SAUL EWING LLP | ATTN: MARK MINUTI ESQ | 1201 N MARKET ST 23RD FL | | | WILMINGTON | DE | 19801 | |
| SAUL EWING LLP | LUCIAN B MURLEY | 1201 N MARKET ST 23RD FL | | | WILMINGTON | DE | 19801 | |
| SCHNADER HARRISON SEGAL & LEWIS LLP | RICHARD A BARKASY | 824 NORTH MARKET ST STE 800 | | | WILMINGTON | DE | 19801 | |
| SECURITIES AND EXCHANGE COMMISSION | | 100 F STREET, NE | | | WASHINGTON | DC | 20549 | |
| SEWARD & KISSEL LLP | ATTN: JOHN ASHMEAD; KALYAN DAS; ARLENE ALVES | ONE BATTERY PARK PLAZA | | | NEW YORK | NY | 10014 | |
| SHEEHY, LOVELACE & MAYFIELD, PC | ATTN: STEVEN M. BURTON | 510 N. VALLEY MILLS DR., SUITE 500 | | | WACO | TX | 76710 | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: MARK S. CHEHI; KRISTHY M. PEGUERO | PO BOX 636 | | | WILMINGTON | DE | 19899-0636 | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: JAY M. GOFFMAN | FOUR TIMES SQUARE | | | NEW YORK | NY | 10036-6522 | |
| SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP | ATTN: GEORGE N. PANAGAKIS; CARL T. TULLSON | 155 NORTH WACKER DRIVE, SUITE 2700 | | | CHICAGO | IL | 60606-1720 | |
| SMITH, KATZENSTEIN & JENKINS LLP | ATTN: KATHLEEN M. MILLER | PO BOX 410 | | | WILMINGTON | DE | 19899 | |
| SNELL & WILMER LLP | ATTN: DAVID E. LETA | 15 WEST SOUTH TEMPLE, SUITE 1200 | | | SALT LAKE CITY | UT | 84101 | |
| SQUIRE SANDERS (US) LLP | ATTN: STEPHEN D. LERNER & ANDREW M. SIMON | 221 E. FOURTH ST., SUITE 2900 | | | CINCINNATI | OH | 45202 | |
| STEFFES VINGIELLO & MCKENZIE LLC | ATTN NOEL STEFFES MELANCON | 13702 COURSEY BLVD BLDG 3 | | | BATON ROUGE | LA | 70817 | |
| STEPHEN SAKONCHICK II PC | | 6502 CANON WREN DR | | | AUSTIN | TX | 78746 | |
| STREUSAND, LANDON & OZBURN, LLP | ATTN: SABRINA L. STREUSAND | 811 BARTON SPRINGS RD, STE. 811 | | | AUSTIN | TX | 78704 | |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: ELIHU E. ALLINSON, III | 901 N. MARKET STREET, SUITE 1300 | | | WILMINGTON | DE | 19801 | |
| SUTHERLAND, ASBILL & BRENNAN LLP | ATTN: LINO MENDIOLA | 111 CONGRESS AVENUE SUITE 1700 | | | AUSTIN | TX | 78701 | |
| TAYLOR ENGLISH DUMA LLP | ATTN: STEPHEN C. GREENBERG | 1600 PARKWOOD CIRCLE, SUITE 400 | | | ATLANTA | GA | 30339 | |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION | ATTN: JASON A STARKS, ASST ATTORNEY GENERAL | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | ATTN: RAFAEL MARTINEZ,VP - CSM | 601 TRAVIS STREET, 16TH FL | | HOUSTON | TX | 77002 | |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | ATTN: THOMAS VLAHAKIS,VP | 385 RIFLE CAMP RD, 3RD FL | | WOODLAND PARK | NJ | 07424 | |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 5 of 6

**Exhibit A**
Core/2002 Service List
Served via First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|---|
| THE BANK OF NEW YORK MELLON | TRUST COMPANY | ATTN: DENNIS ROEMLEIN | 601 TRAVIS ST, 16TH FLOOR | | HOUSTON | TX | 77002 | |
| THE ROSNER LAW GROUP LLC | FREDERICK B. ROSNER, ESQ. | 824 MARKET STREET, SUITE 810 | | | WILMINGTON | DE | 19801 | |
| THE UNIVERSITY OF TEXAS SYSTEM | TRACI L COTTON OFFICE OF GENERAL COUNSEL | 201 WEST SEVENTH ST | | | AUSTIN | TX | 78701 | |
| THOMPSON COBURN LLP | ATTN: DAVID D. FARRELL | ONE US BANK PLAZA, SUITE 3200 | | | SAINT LOUIS | MO | 63101 | |
| TRAVIS COUNTY | ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY | PO BOX 1748 | | | AUSTIN | TX | 78767 | |
| TROUTMAN SANDERS LLP | ATTN: HUGH MCDONALD ESQ, LOUIS CURCIO ESQ & BRETT GOODMAN ESQ | 875 Third Avenue | | | NEW YORK | NY | 10022 | |
| TUCKER ARENSBERG, P.C. | ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ | 1500 ONE PPG PLACE | | | PITTSBURGH | PA | 15222 | |
| TW TELECOM INC (LEVEL 3 COMMUNICATIONS) | ATTN: LEGAL BANKRUPTCY | 1025 ELDORADO BLVD | | | BROOMFIELD | CO | 80021 | |
| UMB BANK, N.A. | ATTN: LAURA ROBERSON VICE PRESIDENT | 2 SOUTH BROADWAY STE 600 | | | ST. LOUIS | MO | 63102 | |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON | 1400 DOUGLAS STREET, STOP 1580 | | | OMAHA | NE | 68179 | |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: MATTHEW J. TROY | CIVIL DIVISION | 950 PENNSYLVANIA AVE NW | | WASHINGTON | DC | 20530-0001 | |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: MATTHEW J TROY ESQ CIVIL DIVISION | PO BOX 875 | BEN FRANKLIN STATION | | WASHINGTON | DC | 20044-0875 | |
| UNITED STATES DEPARTMENT OF JUSTICE | ANNA GRACE ENVIRON ENF SEC | PO BOX 7611 | | | WASHINGTON | DC | 20044-7611 | |
| UNITED STATES DEPT OF JUSTICE FCC | ATTN MATTHEW J TROY CIVIL DIVISION | PO BOX 875 | BEN FRANKLIN STATION | | WASHINGTON | DC | 20044-0875 | |
| US DEPARTMENT OF JUSTICE | ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ | PO BOX 227 | BEN FRANKLIN STATION | | WASHINGTON | DC | 20044 | |
| VEDDER PRICE PC | ATTN: MICHAEL L. SCHEIN, ESQ. | 1633 BROADWAY 31ST FL | | | NEW YORK | NY | 10019 | |
| VENABLE LLP | ATTN: JEFFREY S. SABIN ESQ | 1270 AVENUE OF THE AMERICAS 24TH FL | | | NEW YORK | NY | 10020 | |
| VENABLE LLP | ATTN: JAMIE L. EDMONSON | 1201 NORTH MARKET STREET | | | WILMINGTON | DE | 19801 | |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: RICHARD MASON; EMIL KLEINHAUS | 51 WEST 52ND STREET | | | NEW YORK | NY | 10019 | |
| WEINSTEIN RADCLIFF LLP | ATTN: GREGORY M. WEINSTEIN | 8350 N CENTRAL EXPY STE 1550 | | | DALLAS | TX | 75206 | |
| WERB & SULLIVAN | DUANE D WERB | 300 DELAWARE AVE STE 1300 | | | WILMINGTON | DE | 19801 | |
| WEYERHAEUSER CO. | ATTN: ALEXIS MCDONALD | PO BOX 9777 | | | FEDERAL WAY | WA | 98063 | |
| WHITE & CASE LLP | ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER | 1155 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10036 | |
| WHITE & CASE LLP | ATTN: THOMAS LAURIA; MATTHEW BROWN | 200 SOUTH BISCAYNE BOULEVARD, SUITE 4900 | | | MIAMI | FL | 33131 | |
| WHITE & CASE LLP | J CHRISTOPHER SHORE | 1221 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10020 | |
| WHITE & CASE LLP | THOMAS E LAURIA, MATTHEW C BROWN | 200 SOUTH BISCAYNE BOULEVARD, SUITE 4900 | | | MIAMI | FL | 33131 | |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: P. ANKER, C. PLATT & G. SHUSTER | 250 GREENWICH ST 45TH FL | | | NEW YORK | NY | 10007 | |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: BENJAMIN LOVELAND ESQ | 60 STATE ST | | | BOSTON | MA | 02109 | |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN P ANKER, C PLATT, D JENKINS, G SHUSTER | 7 WORLD TRADE CENTER | 250 GREENWICH ST | | NEW YORK | NY | 10007 | |
| WILMINGTON SVGS FUND SOCIETY | ATTN: PATRICK J. HEALY | 500 DELAWARE AVENUE | | | WILMINGTON | DE | 19801 | |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T. ROSE | 50 SOUTH SIXTH STREET, SUITE 1290 | | | MINNEAPOLIS | MN | 55402 | |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER, ESQ. | 200 PARK AVENUE | | | NEW YORK | NY | 10166 | |
| WOMAC LAW | ATTN BRIAN D WOMAC, STACEY L. KREMLING | 8301 KATY FWY | | | HOUSTON | TX | 77024 | |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | MARK L. DESGROSSEILLIERS | 222 DELAWARE AVENUE, SUITE 1501 | | | WILMINGTON | DE | 19801 | |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | ATTN: MARK L. DESGROSSEILLIERS ESQ | 222 DELAWARE AVE STE 1501 | | | WILMINGTON | DE | 19801 | |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | ATTN FRANCIS A MONACO JR KEVIN J MANGAN | 222 DELAWARE AVENUE SUITE 1501 | | | WILMINGTON | DE | 19801 | |
| WOMBLE CARLYLE SANDRIDGE & RICE, LLP | ATTN KEVIN J MANGAN | 222 DELAWARE AVENUE SUITE 1501 | | | WILMINGTON | DE | 19801 | |
| YOUNG CONAWAY STARGATT & TAYLOR, LLP | ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER | RODNEY SQUARE | 1000 NORTH KING STREET | | WILMINGTON | DE | 19801 | |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

Page 6 of 6

# EXHIBIT B

**Exhibit B**
Core 2002 Service List
Served via Electronic Mail

| Creditor Name | Creditor Notice Name | E-Mail |
|---|---|---|
| Bayard P.A. | Scott D Cousins, Erin R. Fay, Evan T. Miller | scousins@bayardlaw.com; efay@bayardlaw.com; emiller@bayardlaw.com |
| BRYAN CAVE LLP | STEPHANIE WICKHOUSKI, LAITH HAMDAN | stephanie.wickouski@bryancave.com; laith.hamdan@bryancave.com |
| CADWALADER, WICKERSHAM & TAFT LLP | MARK C ELLENBERG | mark.ellenberg@cwt.com |
| CADWALADER, WICKERSHAM & TAFT LLP | HOWARD R HAWKINS JR; ELLEN M HALSTEAD; MICHELE MAMAN; THOMAS J CURTIN | howard.hawkins@cwt.com; ellen.halstead@cwt.com; michele.maman@cwt.com; thomas.curtin@cwt.com |
| CAPLIN & DRYSDALE, CHARTERED | ATTN: LESLIE M KELLEHER ESQ & JEANNA KOSKI ESQ | lkelleher@capdale.com; jkoski@capdale.com |
| Chipman Brown Cicero & Cole, LLP | ATTN William E. Chipman, Jr. | chipman@chipmanbrown.com |
| Chipman Brown Cicero & Cole, LLP | William E. Chipman, Jr., Mark D. Olivere | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| COMPUTERSHARE TRUST COMPANY NA | MICHAEL A SMITH VP | MICHAEL.SMITH2@COMPUTERSHARE.COM |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ALESSANDRA PANSERA | ALESSANDRA.PANERSA@COMPUTERSHARE.COM |
| CRAVATH, SWAINE & MOORE LLP | MICHAEL A PASKIN ESQ | mpaskin@cravath.com; tbroad@cravath.com |
| Freshfields Bruckhhaus Deringer US LLP | Scott D. Talmadge, Abbey Walsh, Steven Fruchter | scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; steven.fruchter@freshfields.com |
| Gellert Scali Busenkell & Brown LLC | Michael Busenkell, Evan W. Rassman | mbusenkell@gsbblaw.com; erassman@gsbblaw.com |
| Gibson Dunn & Crutcher LLP | Jeffrey C. Krause, Michael S. Neumeister, Daniel B. Denny | jkrause@gibsondunn.com; Mneumeister@gibsondunn.com; ddenny@gibsondunn.com |
| Gillespie Sanford LLP | Hal K Gillespie | hkg@gillespiesanford.com |
| GORI JULIAN & ASSOCIATES, P.C. | BARRY JULIAN ESQ BETH A GORI ESQ | barry@gorijulianlaw.com; beth@gorijulian.com |
| GREGORY D. WILLARD, ESQ. | | gregoryd.willard@gmail.com |
| HOGAN MCDANIEL | ATTN: DANIEL K HOGAN ESQ AND GARVIN F MCDANIEL ESQ | dkhogan@dkhogan.com; gfmcdaniel@dkhogan.com |
| HOGAN MCDANIEL | ATTN: DANIEL K HOGAN ESQ | dkhogan@dkhogan.com |
| JENNER & BLOCK | RICHARD LEVIN ESQ | rlevin@jenner.com |
| JENNER & BLOCK | VINCENT E LAZAR ESQ | vlazar@jenner.com |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | THOMAS MAYER, GREGORY HOROWITZ, JOSHUA BRODY, PHILIP BENTLEY | TMAYER@KRAMERLEVIN.COM; GHOROWITZ@KRAMERLEVIN.COM; JBRODY@KRAMERLEVIN.COM; PBENTLEY@KRAMERLEVIN.COM |
| ONCOR | C/O PAT VILLAREAL LAW | Pat@PatVillarealLaw.com |
| PACHULSKI STANG ZIEHL & JONES LLP | LAURA DAVIS JONES, ROBERT J FEINSTEIN | LJONES@PSZJLAW.COM; RFEINSTEIN@PSZJLAW.COM |
| PERKINS COIE LLP | TINA N MOSS | TMoss@perkinscoie.com |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | ATTN: GREGORY T. DONILON, ESQ. | gdonilon@pwujlaw.com |
| POTTER ANDERSON & CORROON LLP | ATTN: JEREMY RYAN, R STEPHEN MCNEILL | jryan@potteranderson.com; rmcneill@potteranderson.com |
| Ropes & Gray LLP | K Wofford G Galardi | keith.wofford@ropesgray.com; gregg.galardi@ropesgray.com |
| SEARCY & SEARCY, P.C. | CALLAN CLARK SEARCY | jsearcy@jrsearcylaw.com; joshsearcy@jrsearcylaw.com |
| SHEARMAN & STERLING LLP | ATTN: FREDRIC SOSNICK ESQ & NED SCHODEK ESQ | fsosnick@shearman.com; ned.schodek@shearman.com |
| STEVENS & LEE PC | JOSEPH H HUSTON JR | jhh@stevenslee.com |
| THE RUCKDESCHEL LAW FIRM LLC | ATTN: JONATHAN RUCKDESCHEL ESQ | rucklawfirm@rucklawfirm.com |
| U.S. DEPARTMENT OF JUSTICE | ENVIRONMENTAL ENFORCEMENT SECTION, ENRD | BRANDON.ROBERS@USDOJ.GOV; dan.smith@usdoj.com |
| U.S. DEPARTMENT OF JUSTICE | ENVIRONMENTAL ENFORCEMENT SECTION, ENRD | DAN.SMITH2@USDOJ.GOV |
| VARNUM LLP | ATTN MARY KAY SHAVER | mkshaver@varnumlaw.com |
| VARNUM LLP | ATTN MARY KAY SHAVER | mkshaver@varnumlaw.com |
| WHITEFORD, TAYLOR & PRESTON LLC | L. KATHERINE GOOD, ESQ. | kgood@wtplaw.com |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)                                    Page 1 of 1

# EXHIBIT C

**Exhibit C**
Fee Application Service List
Served via First Class Mail

| Creditor Name | Creditor Notice Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp et al | Andrew W Wright and Cecily Gooch | 1601 Bryan St 43rd Fl | | Dallas | TX | 75201 |
| Kirkland & Ellis LLP | Brian E Schartz | 601 Lexington Ave | | New York | NY | 10022 |
| Kirkland & Ellis LLP | Chad Husnick | 300 N LaSalle St | | Chicago | IL | 60654 |
| Milbank Tweed Haldey & McCloy LLP | Evan Fleck Matthew Brod | 1 Chase Manhattan Plaza | | New York | NY | 10005 |
| MORRISON & FOERSTER LLP | BRETT H MILLER AND LORENZO MARINUZZI | 250 W 55TH ST | | NEW YORK | NY | 10019 |
| POLSINELLI PC | CHRISTOPHER WARD JUSTIN EDELSON | 222 DELAWARE AVE STE 1101 | | WILMINGTON | DE | 19801 |
| Richards Layton & Finger PA | Daniel DeFranceschi Jason Madron | 920 N King St | | Wilmington | DE | 19801 |
| Sherman & Sterling LLP | Ned Schodek Fredric Sosnick | 599 Lexington Ave | | New York | NY | 10022 |
| US Department of Justice | Andrea B Schwartz Office of US Trustee | 201 Varick St Rm 1006 | US Federal Building | New York | NY | 10014 |
| US Trustee Region 3 Roberta A DeAngelis | Richard L Schepacarter | 844 King St Rm 2207 | J Caleb Boggs Federal Bldg | Wilmington | DE | 19801 |

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979 (CSS)

# EXHIBIT D

Exhibit D

Fee Application Service List - First Class Mail

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp et al | Andrew W Wright and Cecily Gooch | 1601 Bryan St 43rd Fl | | Dallas | TX | 75201 |
| Godfrey & Kahn SC | Katherine Stadler | One East Main St | | Madison | WI | 53703 |
| Kirkland & Ellis LLP | Brian E Schartz | 601 Lexington Ave | | New York | NY | 10022 |
| Kirkland & Ellis LLP | Chad Husnick | 300 N LaSalle St | | Chicago | IL | 60654 |
| Milbank Tweed Haldey & McCloy LLP | Evan Fleck Matthew Brod | 1 Chase Manhattan Plaza | | New York | NY | 10005 |
| MORRISON & FOERSTER LLP | BRETT H MILLER AND LORENZO MARINUZZI | 250 W 55TH ST | | NEW YORK | NY | 10019 |
| POLSINELLI PC | CHRISTOPHER WARD JUSTIN EDELSON | 222 DELAWARE AVE STE 1101 | | WILMINGTON | DE | 19801 |
| Richards Layton & Finger PA | Daniel DeFranceschi Jason Madron | 920 N King St | | Wilmington | DE | 19801 |
| Sherman & Sterling LLP | Ned Schodek Fredric Sosnick | 599 Lexington Ave | | New York | NY | 10022 |
| US Department of Justice | Andrea B Schwartz Office of US Trustee | 201 Varick St Rm 1006 | US Federal Building | New York | NY | 10014 |
| US Trustee Region 3 Roberta A DeAngelis | Richard L Schepacarter | 844 King St Rm 2207 | J Caleb Boggs Federal Bldg | Wilmington | DE | 19801 |

In re: Energy Future Holdings Corp., et al.

Case No. 14-10979 (CSS)