## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

**Debtor's Name:** Energy Future Holdings Corp.          **Bank:** Citibank, N.A.

**Bankruptcy Number:** 14-10979          **Account Number:** xxxx2464-xxxxxxxx0768

**Date of Confirmation:** 2/27/18          **Account Type:** Escrow - Checking

**Reporting Period (month/year):** Q1 2018 – 3/9/2018-3/31/18

| | |
|---|---:|
| Beginning Cash Balance[1] | $301,202,239.75 |
| All receipts received by the debtor: | |
| Cash Sales: | $0.00 |
| Collection of Accounts Receivable: | $4,343,354.50 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $4,343,354.50 |
| Total of cash available: | $305,545,594.25 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $25,373,525.38 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0.00 |
| All other disbursements made in the ordinary course: | $0.00 |
| Total Disbursements | $25,373,525.38 |
| Ending Cash Balance | $280,172,068.87 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/30/2018          Anthony R. Horton – Plan Administrator Board
Date                    Name/Title

Debtor: Energy Future Holdings Corp.
Case Number: 14-10979

---

[1] Beginning cash represents amounts transferred from Debtor accounts closed at emergence (March 9, 2018).

RLF1 3255743v.1

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Energy Future Intermediate Holding Company LLC    Bank: Citibank, N.A.

Bankruptcy Number: 14-11008    Account Number: xxxx2464-xxxxxxxx9768

Date of Confirmation: 2/27/18    Account Type: Escrow - Checking

Reporting Period (month/year): Q1 2018 – 3/9/2018-3/31/18

| | |
|---|---:|
| Beginning Cash Balance[1] | $238,884,595.02 |
| All receipts received by the debtor: | |
| Cash Sales: | $0.00 |
| Collection of Accounts Receivable: | $27,250,000.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets[2]: | $9,450,000,000.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $9,477,250,000.00 |
| Total of cash available: | $9,716,134,595.02 |
| Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor: | |
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals[3]: | $9,353,388,056.51 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $0.00 |
| All other disbursements made in the ordinary course: | $1,620,000.00 |
| Total Disbursements | $9,355,008,056.51 |
| Ending Cash Balance | $361,126,538.51 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/30/2018    /s/ A. Horton    Anthony R. Horton – Plan Administrator Board
Date                          Name/Title

Debtor: Energy Future Intermediate Holding Company LLC
Case Number: 14-11008

---

[1] Beginning cash represents amounts transferred from Debtor accounts closed at emergence (March 9, 2018).
[2] Represents acquisition price from Sempra Energy for Energy Future Holdings Corp. common stock.
[3] Includes repayment of Debtor in Possession credit facility and first and second lien notes as well as related trustee and professional fees.

RLF1 3255743v.1

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Energy Future Holdings Corp.          Bank: Citibank, N.A.

Bankruptcy Number: 14-10979          Account Number: xxxx2464-xxxxxxxx5768

Date of Confirmation: 2/27/18          Account Type: Professional Fees Escrow - Checking

Reporting Period (month/year): Q1 2018 – 3/9/2018-3/31/18

| | |
|---|---:|
| Beginning Cash Balance[1] | $22,000,000.00 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales: | $0.00 |
| Collection of Accounts Receivable: | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $0.00 |
| Total of cash available: | $22,000,000.00 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $1,493,878.32 |
| All other disbursements made in the ordinary course: | $0.00 |
| Total Disbursements | $1,493,878.32 |
| Ending Cash Balance | $20,506,121.68 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/30/2018          _Anthony R. Horton – Plan Administrator Board_
Date                     Name/Title

Debtor: Energy Future Holdings Corp.
Case Number: 14-10979

[1] Beginning cash represents amounts transferred from Debtor accounts closed at emergence (March 9, 2018).

RLF1 3255743v.1

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Energy Future Intermediate Holding Company LLC    Bank: Citibank, N.A.

Bankruptcy Number: 14-11008    Account Number: xxxx2464-xxxxxxxx4768

Date of Confirmation: 2/27/18    Account Type: Professional Fees Escrow - Checking

Reporting Period (month/year): Q1 2018 – 3/9/2018-3/31/18

| | |
|---|---:|
| Beginning Cash Balance[1] | $45,000,000.00 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales: | $0.00 |
| Collection of Accounts Receivable: | $0.00 |
| Proceeds from Litigation (settlement or otherwise): | $0.00 |
| Sale of Debtor's Assets: | $0.00 |
| Capital Infusion pursuant to the Plan: | $0.00 |
| Total of cash received: | $0.00 |
| Total of cash available: | $45,000,000.00 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $211,037.70 |
| All other disbursements made in the ordinary course: | $0.00 |
| Total Disbursements | $211,037.70 |
| Ending Cash Balance | $44,788,962.30 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

4/30/2018    _[signature]_    Anthony R. Horton – Plan Administrator Board
Date                            Name/Title

Debtor: Energy Future Intermediate Holding Company LLC
Case Number: 14-11008

---

[1] Beginning cash represents amounts transferred from Debtor accounts closed at emergence (March 9, 2018).

RLF1 3255743v.1

| ASSETS | Month |
|---|---|
| Cash (Unrestricted) | 706,593,691.36 |
| Cash (Restricted) | |
| Accounts Receivable (Net) | |
| Inventory | |
| Notes Receivable | |
| Prepaid Expenses | |
| Other (Attach List) – Investments in nonqualified benefit plan trusts | 28,882,197.57 |
| Total Current Assets | 735,475,888.93 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | |
| Machinery & Equipment | |
| Furniture, fixtures & Office Equipment | |
| Vehicles | |
| Leasehold Improvements | |
| Less: Accumulated Depreciation/Depletion | |
| Total Property, Plant & Equipment | |
| Due from Affiliates & Insiders | |
| Other (Attach List) | |
| Total Assets | 735,475,888.93 |
| **Liabilities Not Subject to Compromise (Post-petition Liabilities)** | |
| Accounts Payable | 43,819,409.38 |
| Taxes Payable | |
| Notes Payable | |
| Professional Fees | 65,295,083.98 |
| Secured Debt | |
| Due to Affiliates & Insiders | |
| Other (Attach List) – current employee benefit liabilities | 1,490,071.21 |
| Total Post-petition Liabilities | 110,604,564.57 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | |
| Priority Debt - Per Plan | |
| Unsecured Debt - Per Plan (includes $99,388,458.52 interest) | 1,909,804,165.91 |
| Other (Attach List) - Per Plan[1] | 726,164,821.91 |
| Total Pre-petition Liabilities | 2,635,968,987.82 |
| Total Liabilities | 2,746,573,552.39 |
| **Equity** | |
| Common Stock | |
| Retained Earnings (Deficit) | |
| Total Equity (Deficit) | |
| Total Liabilities & Owners' Equity | |

[1] Includes $700,000,000 settlement with prior affiliate, $26,028,463.84 nonqualified benefit plan liabilities and $136,358.07 prepetition miscellaneous accounts payable.

RLF1 3255743v.1