# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 13025** |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

KONSTANTINA HAIDOPOULOS, being duly sworn, deposes and says:

1. I am employed as a Senior Noticing Coordinator by Epiq Bankruptcy Solutions, LLC, located at 777 Third Avenue, New York, NY 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On April 24, 2018, I caused to be served the "Notice of Amended Agenda of Matters Scheduled for Hearing on April 25, 2018 Starting at 10:00 A.M. (EST)," [*Cancelled*], dated April 24, 2018 [Docket No. 13025], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

   b. delivered via facsimile to those parties listed on the annexed Exhibit B, and

   c. delivered via electronic mail to those parties listed on the annexed Exhibit C.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

Sworn to before me this
26th day of April, 2018

_____
Notary Public

Konstantina Haidopoulos

FORREST KUFFER
Notary Public, State of New York
No. 01KU6369117
Qualified in Kings County
Commission Expires December 26, 2021

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| ABRAMS & BAYLISS LLP | (COUNSEL TO GOLDMAN SACHS) KEVIN G ABRAMS & JOHN M SEAMAN 20 MONTCHANIN RD STE 200 WILMINGTON DE 19807 |
| ALDINE INDEPENDENT SCHOOL DISTRICT | ATTN: COURTENEY F HARRIS ESQ 14910 ALDINE WESTFIELD RD HOUSTON TX 77032 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: HOWARD SIEGEL ESQ 185 ASYLUM ST HARTFORD CT 06103 |
| BROWN RUDNICK LLP | (COUNSEL TO WILMINGTON SAVINGS/WSFS) ATTN: JEFFREY JONAS, ANDREW STREHLE ONE FINANCIAL CENTER BOSTON MA 02111 |
| CIARDI CIARDI & ASTIN | (COUNSEL TO TXU 2007-1 RAILCAR, RED BALL) ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR 1204 N KING STREET WILMINGTON DE 19801 |
| CITIBANK N.A. | ATTN: RYAN FALCONER 388 GREENWICH STREET NEW YORK NY 10013 |
| CITIBANK N.A. | ATTN: OWEN COYLE 1615 BRETT ROAD, OPS III NEW CASTLE DE 19720 |
| CITIBANK N.A. | BANK LOAN SYNDICATIONS DEPARTMENT 1615 BRETT ROAD, BUILDING III NEW CASTLE DE 19720 |
| COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX | OFFICE OF THE TEXAS ATTORNEY GENERAL BANKRUPTCY & COLLECTIONS DIVISION ATTN: RACHEL OBALDO & JOHN MARK STERN PO BOX 12548 AUSTIN TX 78711-2548 |
| COMPUTERSHARE TRUST COMPANY NA | ATTN: MICHAEL A SMITH VP 2950 EXPRESS DRIVE S STE 210 ISLANDIA NY 11749 |
| DORSEY & WHITNEY DELAWARE LLP | (COUNSEL TO U.S. BANK NATIONAL ASSOCIATION) ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD & ALESSANDRA GLORIOSO 300 DELAWARE AVE STE 1010 WILMINGTON DE 19801 |
| EMC CORPORATION | C/O RECEIVABLE MANAGEMENT SERVICES (RMS) ATTN: RONALD L ROWLAND ESQ, AGENT 305 FELLOWSHIP RD STE 100 MOUNT LAUREL NJ 08054-1232 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | (COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT & CITY OF GARLAND) ATTN: DUSTIN L BANKS ESQ 1919 S SHILOH RD STE 310 LB 40 GARLAND TX 75042 |
| GOODWIN PROCTER LLP | (COUNSEL TO AURELIUS CAPITAL) ATTN: WILLIAM WEINTRAUB THE NEW YORK TIMES BUILDING 620 EIGHTH AVENUE NEW YORK NY 10018 |
| INTERNAL REVENUE SERVICE | DEPARTMENT OF THE TREASURY 324 25TH ST OGDEN UT 84401 |
| JACKSON WALKER LLP | (COUNSEL TO MILAM APPRAISAL DISTRICT) ATTN: BRUCE J RUZINSKY ESQ & MATTHEW D CAVENAUGH ESQ 1401 MCKINNEY ST STE 1900 HOUSTON TX 77010 |
| LAW DEBENTURE TRUST COMPANY OF NEW YORK | ATTN: FRANK GODINO, VP 801 2ND AVE RM 403 NEW YORK NY 10017-8664 |
| LAW OFFICES OF ROBERT E LUNA PC | (COUNSEL TO CARROLLTON-FARMERS BRANCH ISD) ATTN: ROBERT E LUNA ESQ 4411 N CENTRAL EXPY PMB 271 DALLAS TX 75205-3017 |
| LOCKE LORD LLP | (COUNSEL TO BP AMERICA PRODUCTION CO) ATTN: C. DAVIN BOLDISSAR ESQ 601 POYDRAS ST STE 2660 NEW ORLEANS LA 70130 |
| MASLON EDELMAN BORMAN & BRAND LLP | ATTN: CLARK WHITMORE, ANA CHILINGARISHVILI 90 S 7TH ST STE 3300 MINNEAPOLIS MN 55402-4140 |
| MICHAEL G. SMITH | (COUNSEL TO VALERO TEXAS POWER MARKETING INC) 9857 N 2210 RD ARAPAHO OK 73620-2123 |
| NELSON MULLINS RILEY & SCARBOROUGH LLP | (COUNSEL TO MICHELIN NORTH AMERICA INC) ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN 1320 MAIN ST 17TH FL PO BOX 11070 (29211) COLUMBIA SC 29201 |
| O'MELVENY & MYERS LLP | (COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC) ATTN: GEORGE A. DAVIS 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: DANIEL S SHAMAH ESQ 7 TIMES SQUARE NEW YORK NY 10036 |
| O'MELVENY & MYERS LLP | (COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD) ATTN: PETER FRIEDMAN ESQ AND ANDREW SORKIN ESQ 1625 EYE ST, NW WASHINGTON DC 20006 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS) ATTN: HAL MORRIS, ASHLEY BARTRAM, NICOLE MIGNONE 300 WEST 15TH ST AUSTIN TX 78701 |
| OFFICE OF THE TEXAS ATTORNEY GENERAL | (COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY) ATTN: HAL F MORRIS ESQ & ASHLEY BARTRAM ESQ 300 WEST 15TH ST AUSTIN TX 78711-2548 |
| OFFICE OF THE UNITED STATES ATTORNEY | ATTN: DAVID C WEISS 1007 ORANGE ST STE 700 WILMINGTON DE 19899-2046 |
| OFFICE OF THE UNITED STATES TRUSTEE | U.S. FEDERAL OFFICE BUILDING ATTN: ANDREA SCHWARTZ 201 VARICK ST STE 1006 NEW YORK NY 10014 |
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | OFFICE OF THE CHIEF COUNSEL ATTN: DESIREE M AMADOR, ATTY 1200 K STREET, NW WASHINGTON DC 20005-4026 |

| Claim Name | Address Information |
|---|---|
| PENSION BENEFIT GUARANTY CORPORATION (PBGC) | ATTN: JON CHATALIAN OFFICE OF THE CHIEF COUNSEL 1200 K STREET, NW WASHINGTON DC 20005-4026 |
| PURDUE AWSUMB & BAUDLER PA | (COUNSEL TO BARR ENGINEERING CO) ATTN: AMY R BAUDLER 4300 MARKETPOINTE DRIVE, STE 240 MINNEAPOLIS MN 55435 |
| QUARLES & BRADY LLP | (COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC) ATTN: JOHN A HARRIS RENAISSANCE ONE TWO N CENTRAL AVE PHOENIX AZ 85004-2391 |
| REED SMITH LLP | ATTN: KURT F GWYNNE, KIMBERLY EC LAWSON 1201 MARKET ST STE 1500 WILMINGTON DE 19801 |
| SCHNADER HARRISON SEGAL & LEWIS LLP | (COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE) ATTN: RICHARD A BARKASY ESQ 824 N MARKET ST STE 800 WILMINGTON DE 19801 |
| SECURITIES AND EXCHANGE COMMISSION | 100 F STREET, NE WASHINGTON DC 20549 |
| STEFFES VINGIELLO & MCKENZIE LLC | (COUNSEL TO SETPOINT INTEGRATED SOLUTIONS) ATTN: NOEL STEFFES MELANCON ESQ 13702 COURSEY BLVD BLDG 3 BATON ROUGE LA 70817 |
| TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC) | BANKRUPTCY & COLLECTIONS DIVISION ATTN: JASON A STARKS, ASST ATTORNEY GENERAL PO BOX 12548 AUSTIN TX 78711-2548 |
| THE BANK OF NEW YORK MELLON | TRUST COMPANY ATTN: RAFAEL MARTINEZ,VP - CSM 601 TRAVIS ST 16TH FL HOUSTON TX 77002 |
| THE ROSNER LAW GROUP LLC | (COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP) ATTN: FEDERICK B ROSNER ESQ 824 MARKET ST STE 810 WILMINGTON DE 19801 |
| TW TELECOM INC (LEVEL 3 COMMUNICATIONS) | ATTN: LEGAL BANKRUPTCY 1025 ELDORADO BLVD BROOMFIELD CO 80021 |
| UNION PACIFIC RAILROAD COMPANY | ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON 1400 DOUGLAS ST STOP 1580 OMAHA NE 68179 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ PO BOX 227 BEN FRANKLIN STATION WASHINGTON DC 20044 |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE UNITED STATES OF AMERICA) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: BRANDON ROBERS, TRIAL ATTYS P.O. BOX 7611 WASHINGTON DC 20044-7611 |
| WERB & SULLIVAN | (COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY) ATTN: DUANE D WERB ESQ 300 DELAWARE AVE STE 1300 WILMINGTON DE 19899 |
| WILMINGTON SAVINGS FUND SOCIETY | ATTN: PATRICK J HEALY 500 DELAWARE AVENUE WILMINGTON DE 19801 |
| WOMAC LAW | ATTN: BRIAN D WOMAC 8301 KATY FWY HOUSTON TX 77024 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO CENTERPOINT) ATTN: MARK L DESGROSSEILLIERS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT) ATTN: MARK L DESGROSSEILLIERS ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT) ATTN: KEVIN J MANGAN ESQS 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |
| WOMBLE CARLYLE SANDRIDGE & RICE LLP | (COUNSEL TO ALLTITE) ATTN: KEVIN J MANGAN ESQ 222 DELAWARE AVE STE 1501 WILMINGTON DE 19801 |

**Total Creditor count  51**

**EFH AMD 4/25HRG NTC 4-24-2018**

COZEN O'CONNOR
(COUNSEL TO J ARON & COMPANY)
ATTN: MARK E. FELGER
1201 N. MARKET STREET, SUITE 1001
WILMINGTON, DE 19801

**EFH AMD 4/25HRG NTC 4-24-2018**

GREER HERZ & ADAMS LLP
(COUNSEL TO SOMERVELL CAD)
ATTN: ANDREW J. MYTELKA ESQ., MICHAEL ADAMS, ESQ.
J SCOTT ANDREWS, ESQ., JAMES M. ROQUEMORE, ESQ.
1 MOODY PLAZA, 18TH FLOOR
GALVESTON, TX 77550

**EFH AMD 4/25HRG NTC 4-24-2018**

BAYARD PA
(COUNSEL TO CSC TRUST CO OF DELAWARE, SCC TTEE
UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE)
ATTN: NEIL GLASSMAN, ESQ.
600 N. KING STREET, 4TH FLOOR
WILMINGTON, DE 19801

**EFH AMD 4/25HRG NTC 4-24-2018**

PROSKAUER ROSE LLP
(COUNSEL TO ENERGY FUTURE HOLDINGS CORP.)
ATTN: JEFF J. MARWIL, MARK K. THOMAS, PETER J. YOUNG)
70 W. MADISON STREET, #3800
CHICAGO, IL 60602

**EFH AMD 4/25HRG NTC 4-24-2018**

MARGOLIS EDELSTEIN
(COUNSEL TO URS ENERGY & CONSTRUCTION INC.)
ATTN: JAMES E. HUGGETT , AMY D. BROWN
300 DELAWARE AVENUE, SUITE 800
WILMINGTON, DE 19801

**EXHIBIT B**

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
**U.S. TRUSTEE**
**FAX SERVICE LIST**

| Name | Attention | Fax Number |
|---|---|---|
| OFFICE OF THE UNITED STATES TRUSTEE | ATTN: RICHARD L SCHEPACARTER | 302-573-6497 |

Total Fax Count    1

ENERGY FUTURE HOLDINGS CORP., ET AL.
CORE PARTIES & RULE 2002 LIST
FAX SERVICE LIST

| Name | Attention | Fax Number |
|---|---|---|
| AKERMAN LLP | ATTN: ANDREA S HARTLEY | 305-374-5095 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: GENERAL COUNSEL | 718-331-1852 |
| AMERICAN STOCK TRANSFER & TRUST CO LLC | ATTN: PAUL KIM | 718-331-1852 |
| ASHBY & GEDDES PA | ATTN: WILLIAM BOWDEN & GREGORY TAYLOR | 302-654-2067 |
| BAKER BOTTS LLP | ATTN: JAMES PRINCE; OMAR J ALANIZ | 214-953-6503 |
| BALLARD SPAHR LLP | ATTN: MATTHEW G SUMMERS | 302-252-4466 |
| BARNES & THORNBURG LLP | ATTN: DAVID M POWLEN, KEVIN G COLLINS | 302-300-3456 |
| BARNES & THORNBURG LLP | ATTN: KEVIN C DRISCOLL JR | 312-759-5646 |
| BAYARD PA | ATTN: NEIL GLASSMAN | 302-658-6395 |
| BAYARD PA | ATTN: SCOTT COUSINS, ERIN FAY, EVAN MILLER | 302-658-6395 |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | ATTN: KEVIN M CAPUZZI | 302-442-7012 |
| BIELLI & KLAUDER LLC | ATTN: DAVID M KLAUDER & CORY P STEPHENSON | 302-397-2557 |
| BLANK ROME LLP | ATTN: MICHAEL B SCHAEDLE | 215-569-5555 |
| BLANK ROME LLP | ATTN: MICHAEL DEBAECHE; STANLEY TARR | 302-425-6464 |
| BRAUNHAGEY & BORDEN LLP | ATTN: J. NOAH HAGEY, KIM BERGER, AMY BROWN | 415-599-0210 |
| BROWN & CONNERY LLP | ATTN: DONALD K LUDMAN | 856-853-9933 |
| BROWN RUDNICK LLP | ATTN: EDWARD WEISFELNER, JEREMY B COFFEY | 212-209-4801 |
| BRYAN CAVE LLP | ATTN: STEPHANIE WICKOUSKI; LAITH HAMDAN | 212-541-1439 |
| BRYAN CAVE LLP | ATTN: ROBERT E PEDERSEN | 212-904-0500 |
| BUCHALTER NEMER, A PROFESSIONAL LAW CORP | ATTN: SHAWN M CHRISTIANSON | 415-227-0770 |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN: KATHLEEN A MURPHY | 302-552-4295 |
| CADWALADER WICKERSHAM & TAFT LLP | ATTN: HOWARD R HAWKINS JR; ELLEN M HALSTEAD; MICHELE MAMAN & THOMAS J CURTIN | 212-504-6666 |
| CHADBOURNE & PARKE LLP | ATTN: HOWARD SEIFE, DAVID M LEMAY AND CHRISTY RIVERA | 212-541-5369 |
| CHIPMAN BROWN CICERO & COLE LLP | ATTN: WILLIAM CHIPMAN, MARK OLIVERE | 302-295-0199 |
| CITIBANK N.A. | ATTN: ERIC O LIGAN, VICE PRESIDENT | 646-495-9259 |
| CITIBANK N.A. | ATTN: ZORI MIGLIORINI | 646-291-3258 |
| CITY OF FORT WORTH | ATTN: CHRISTOPHER B MOSLEY | 817-392-8359 |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP | ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID | 212-225-3999 |
| COHEN & GRIGSBY, PC | ATTN: THOMAS D MAXSON | 412-209-1837 |
| COMPUTERSHARE TRUST COMPANY OF CANADA | ATTN: ALESSANDRA PANSERA | 514-982-7635 |
| COWLES & THOMPSON | ATTN: STEPHEN C STAPLETON | 214-672-2309 |
| COZEN O'CONNOR | ATTN: MARK E FELGER | 302-295-2013 |
| DAVIS POLK & WARDWELL LLP | ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY; ELLIOT MOSKOWITZ; DAMON MEYER | 212-701-5800 |
| DECHERT LLP | ATTN: G ERIC BRUNSTAD, JR | 860-524-3930 |
| DECHERT LLP | ATTN: MICHAEL J SAGE & ANDREW C HARMEYER) | 212-698-3599 |
| DEUTSCHE BANK | ATTN: MARCUS M TARKINGTON | 212-553-3080 |
| DLA PIPER LLP (US) | ATTN: ASHLEY R ALTSCHULER; RCRAIG MARTIN | 302-394-2341 |
| DRINKER BIDDLE & REATH LLP | ATTN: HOWARD A COHEN & ROBERT K MALONE | 302-467-4201 |
| DYKEMA GOSSETT PLLC | ATTN: JEFFREY R FINE | 855-230-2518 |
| FOLEY & LARDNER LLP | ATTN: HAROLD KAPLAN, MARK HEBBELN LARS PETERSON | 312-832-4700 |
| FOX ROTHSCHILD LLP | ATTN: JEFFREY SCHLERF; L JOHN BIRD; CARL NEFF | 302-656-8920 |
| FRANKGECKER LLP | ATTN: JOSEPH D FRANK, REED HEILIGMAN, FRANCES GECKER | 312-276-0035 |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | ATTN: SCOTT TALMADGE, ABBEY WALSH | 212-277-4001 |
| FRIED FRANK HARRIS SHRIVER & JACOBSON LLP | ATTN: BRAD E SCHELER, GARY L KAPLAN, MATTHEW M ROOSE | 212-859-4000 |
| FRIEDLANDER & GORRIS P.A. | ATTN: JEFFREY GORRIS, CHRISTOPHER QUINN | 302-573-3501 |
| GARDERE WYNNE SEWELL LLP | ATTN: JOHN P MELKO & MICHAEL K RIORDAN | 713-276-6727 |
| GAY MCCALL ISAACKS GORDON & ROBERTS PC | ATTN: DAVID MCCALL | 972-424-5619 |
| GELLERT SCALI BUSENKELL & BROWN LLC | ATTN: MICHAEL G BUSENKELL, EVAN BUSENKELL | 302-425-5814 |
| GIBSON, DUNN & CRUTCHER LLP | ATTN: JEFFREY KRAUSE, MICHAEL NEUMEISTER, DANIEL DENNY | 213-229-6995 |
| GLAST PHILLIPS & MURRAY PC | ATTN: JONATHAN L HOWELL PLLC | 972-419-8329 |
| GREER HERZ & ADAMS LLP | ATTN: ANDREW J MYTELKA, MICHAEL ADAMS J SCOTT ANDREWS, JAMES M ROQUEMORE | 409-766-6424 |
| HAYNES AND BOONE LLP | ATTN: PATRICK L HUGHES | 713-236-5401 |
| HAYNES AND BOONE LLP | ATTN: TREVOR HOFFMANN | 212-918-9558 |
| HAYNES AND BOONE LLP | ATTN: IAN T PECK | 817-348-2350 |
| HINCKLEY ALLEN | ATTN: JENNIFER V DORAN | 617-345-9020 |
| HOGAN MCDANIEL | ATTN: GARVAN F MCDANIEL | 302-656-7599 |
| HOLLAND & KNIGHT LLP | ATTN: CHRISTINE C RYAN | 202-955-5564 |
| INTERNAL REVENUE SERVICE | | 855-235-6787 |
| JACKSON WALKER LLP | ATTN: J SCOTT ROSE | 210-978-7790 |
| KASOWITZ BENSON TORRES LLP | ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN | 212-506-1800 |
| KELLEY DRYE & WARREN LLP | ATTN: JAMES CARR, BENJAMIN FEDER, GILBERT SAYDAH | 212-808-7897 |
| KELLY HART & HALLMAN LLP | ATTN: MICHAEL MCCONNELL & CLAY TAYLOR, KATHERINE THOMAS | 817-878-9280 |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN: RAYMOND H LEMISCH | 215-568-6603 |
| KRAMER LEVIN NAFTALIS & FRANKEL LLP | ATTN: THOMAS MOERS MAYER; GREGORY HOROWITZ; JOSHUA BRODY; PHILIP BENTLEY | 212-715-8000 |
| LACKEY HERSHMAN LLP | ATTN: JAMIE R WELTON | 214-560-2203 |
| LANDIS RATH & COBB LLP | ATTN: ADAM G LANDIS, MATTHEW B MCGUIRE | 302-467-4450 |
| LAW OFFICE OF PATRICIA WILLIAMS PREWITT | ATTN: PATRICIA WILLIAMS PREWITT | 713-583-2833 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: JOHN P DILLMAN | 713-844-3503 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN: ELIZABETH WELLER | 469-221-5003 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | 512-443-5114 |
| LLOYD GOSSELINK ROCHELLE & TOWNSEND PC | ATTN: GEOFFREY GAY | 512-472-0532 |
| LOCKE LORD LLP | ATTN: PHILIP EISENBERG | 713-223-3717 |

**ENERGY FUTURE HOLDINGS CORP., ET AL.**
**CORE PARTIES & RULE 2002 LIST**
**FAX SERVICE LIST**

| Name | Attention | Fax Number |
|---|---|---|
| MANION GAYNOR & MANNING LLP | ATTN: MARC PHILLIPS | 302-657-2104 |
| MARGOLIS EDELSTEIN | ATTN: JAMES E HUGGETT & AMY D BROWN | 302-888-1119 |
| MCCREARY VESELKA BRAGG & ALLEN PC | ATTN: LEE GORDON | 512-323-3205 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN: DAVID P PRIMACK | 302-654-4031 |
| MCKOOL SMITH | ATTN: PAUL D MOAK | 713-485-7344 |
| MILBANK TWEED HADLEY & MCCLOY LLP | ATTN: DENNIS F DUNNE, EVAN R FLECK | 212-530-5219 |
| MISSOURI DEPARTMENT OF REVENUE | ATTN: STEVEN A GINTHER, BANKRUPTCY UNIT | 573-751-7232 |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | ATTN: NATALIE RAMSEY, DAVIS LEE WRIGHT, MARK FINK, SIDNEY LIEBESMAN | 302-504-7820 |
| MORGAN LEWIS & BOCKIUS LLP | ATTN: JULIA FROST-DAVIES, C CARTER | 617-951-8736 |
| MORRIS JAMES LLP | ATTN: STEPHEN M MILLER | 302-571-1750 |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: ANDREW REMMING | 302-658-3989 |
| MORRISON & FOERSTER LLP | ATTN: JAMES PECK, BRETT H MILLER, LORENZO MARINUZZI | 212-468-7900 |
| MUNGER TOLLES & OLSON LLP | ATTN: THOMAS B WALPER, TODD J ROSEN; SETH GOLDMAN; JOHN W SPIEGEL | 213-683-4022 |
| MUNSCH HARDT KOPF & HARR PC | ATTN: KEVIN M LIPPMAN | 214-978-4335 |
| NAMAN HOWELL SMITH & LEE PLLC | ATTN: KERRY L HALIBURTON | 254-754-6331 |
| NIXON PEABODY | ATTN: RICHARD C PEDONE; AMANDA D DARWIN | 617-345-1300 |
| O'KELLY & ERNST LLC | ATTN: MICHAEL J JOYCE | 302-295-2873 |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN | 302-652-4400 |
| PATTERSON BELKNAP WEBB & TYLER LLP | ATTN: DANIEL A LOWENTHAL; CRAIG W DENT, BRIAN P GUINEY | 212-336-2222 |
| PAUL WEISS RIFKIND WHARTON & GARRISON LLP | ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN, JACOB ADLERSTEIN | 212-757-3990 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: OWEN M SONIK | 713-862-1429 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: JOHN T BANKS | 512-302-1802 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: ELIZABETH BANDA CALVO | 817-860-6509 |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN: JEANMARIE BAER | 940-723-8553 |
| POLSINELLI PC | ATTN: CHRISTOPHER WARD, JUSTIN EDELSON, SHANTI KATONA | 302-252-0921 |
| POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY | ATTN: MICHAEL L ATCHLEY; MATTHEW T TAPLETT | 817-877-4781 |
| POTTER ANDERSON & CORROON LLP | ATTN: JEREMY RYAN, R. STEPHEN MCNEILL | 302-658-1192 |
| PROSKAUER ROSE LLP | ATTN: JEFF J MARWIL, MARK K THOMAS PETER J YOUNG | 312-962-3551 |
| REED SMITH LLP | ATTN: ROBERT P SIMONS | 412-288-3063 |
| RIDDELL WILLIAMS P.S. | ATTN: JOSEPH E SHICKICH JR | 206-389-1708 |
| ROPES & GRAY LLP | ATTN: MARK R SOMERSTEIN | 646-728-1663 |
| ROPES & GRAY LLP | ATTN: KEITH WOFFORD, GREGG GALARDI, D. ROSS MARTIN | 212-596-9090 |
| ROSS ARONSTAM & MORITZ LLP | ATTN: BRADLEY ARONSTAM, BENJAMIN SCHLADWEILER | 302-576-1100 |
| SATTERLEE STEPHENS BURKE & BURKE LLP | ATTN: CHRISTOPHER R BELMONTE AND PAMELA A BOSSWICK | 212-818-9606 |
| SAUL EWING LLP | ATTN: MARK MINUTI | 302-421-5873 |
| SAUL EWING LLP | ATTN: LUCIAN B MURLEY | 302-421-5864 |
| SEWARD & KISSEL LLP | ATTN: JOHN ASHMEAD, KALYAN DAS, ARLENE ALVES | 212-480-8421 |
| SHEARMAN & STERLING LLP | ATTN: FREDRICK SOSNICK, NED SCHODEK | 646-848-8571 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: GEORGE N PANAGAKIS; CARL T TULLSON | 312-407-0411 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: MARK S CHEHI | 302-651-3001 |
| SKADDEN ARPS SLATE MEAGHER & FLOM LLP | ATTN: JAY M GOFFMAN | 212-735-2000 |
| SMITH KATZENSTEIN & JENKINS LLP | ATTN: KATHLEEN M MILLER | 302-652-8405 |
| SNELL & WILMER LLP | ATTN: DAVID E LETA | 801-257-1800 |
| SQUIRE SANDERS (US) LLP | ATTN: STEPHEN D LERNER & ANDREW M SIMON | 513-361-1201 |
| SULLIVAN & CROMWELL LLP | ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN, MICHAEL H TORKIN | 212-558-3588 |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN: ELIHU E ALLINSON, III | 302-428-8195 |
| SUTHERLAND ASBILL & BRENNAN LLP | ATTN: LINO MENDIOLA, III, | 512-721-2656 |
| TAYLOR ENGLISH DUMA LLP | ATTN: STEPHEN C GREENBERG | 770-434-7376 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY | ATTN: DENNIS ROEMLEIN | 713-483-6979 |
| THE BANK OF NEW YORK MELLON TRUST COMPANY | ATTN: THOMAS VLAHAKIS, VP | 973-357-7840 |
| THE UNIVERSITY OF TEXAS SYSTEM | ATTN: TRACI L COTTON | 512-499-4519 |
| THOMPSON COBURN LLP | ATTN: DAVID D FARRELL | 314-552-7000 |
| TRAVIS COUNTY | ATTN: KAY D BROCK, ASSISTANT COUNTY ATTORNEY | 512-854-4808 |
| TROUTMAN SANDERS LLP | ATTN: HUGH MCDONALD, LOUIS CURCIO, BRETT GOODMAN | 212-704-6288 |
| TUCKER ARENSBERG, PC | ATTN: JORDAN S BLASK, LARA E SHIPKOVITZ | 412-594-5619 |
| UMB BANK N.A. | ATTN: LAURA ROBERSON, VP | 314-612-8499 |
| UNITED STATES DEPARTMENT OF JUSTICE | ATTN: MATTHEW J TROY, CIVIL DIVISION | 202-307-0494 |
| VEDDER PRICE PC | ATTN: MICHAEL L SCHEIN | 212-407-7799 |
| VENABLE LLP | ATTN: JAMIE L EDMONSON | 302-298-3550 |
| VENABLE LLP | ATTN: JEFFREY S SABIN | 212-307-5598 |
| WACHTELL LIPTON ROSEN & KATZ | ATTN: RICHARD MASON; EMIL KLEINHAUS | 212-530-5219 |
| WEINSTEIN RADCLIFF LLP | ATTN: GREGORY M WEINSTEIN | 214-865-6140 |
| WHITE & CASE LLP | ATTN: J CHRISTOPHER SHORE; GREGORY STARNER | 212-354-8113 |
| WHITE & CASE LLP | ATTN: THOMAS LAURIA; MATTHEW BROWN | 305-358-5744 |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: P ANKER, C PLATT, D JENKINS & G SHUSTER | 212-230-8888 |
| WILMER CUTLER PICKERING HALE & DORR LLP | ATTN: BENJAMIN LOVELAND | 617-526-5000 |
| WILMINGTON TRUST FSB | ATTN: JEFFREY T ROSE | 612-217-5651 |
| WINSTON & STRAWN LLP | ATTN: DAVID NEIER, | 212-294-4700 |
| YOUNG CONAWAY STARGATT & TAYLOR LLP | ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY; ANDREW MAGAZINER | 302-571-1253 |

**Total Fax Count  141**

# EXHIBIT C

ENERGY FUTURE HOLDINGS CORP., ET AL.
CONSENTED TO EMAIL FED. R. BANKR. P. RULE 2002 LIST PARTIES
EMAIL SERVICE LIST

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| BARNES & THORNBURG LLP | (COUNSEL TO COVERDYN & GATX CORPORATION) ATTN: KEVIN G COLLINS ESQ | Kevin.Collins@btlaw.com |
| BAYARD PA | (COUNSEL TO ELLIOTT) ATTN: SCOTT D COUNSINS ESQ, ERIN R FAY ESQ, EVAN T MILLER ESQ | scousins@bayardlaw.com; efay@bayardlaw.com; emiller@bayardlaw.com |
| CADWALADER WICKERSHAM & TAFT LLP | (COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP, INC.) ATTN: HOWARD R. HAWKINS, JR.; ELLEN M. HALSTEAD; MICHELE MAMAN & THOMAS J. CURTIN, | howard.hawkins@cwt.com; ellen.halstead@cwt.com; michele.maman@cwt.com; thomas.curtin@cwt.com |
| CADWALADER, WICKERSHAM & TAFT LLP | (COUNSEL TO MORGAN STANLEY CAPITAL GROUP INC, AND FPL ENERGY PECOS WIND I LLC, FPL ENERGY PECOS WIND II LLC AND INDIAN MESA WIND FARM LLC) ATTN: MARK C ELLENBERG | mark.ellenberg@cwt.com |
| CAPLIN & DRYSDALE, CHARTERED | (COUNSEL TO FENICLE, FAHY, AND JONES; HEINZMANN) ATTN: LESLIE M KELLEHER ESQ & JEANNA KOSKI ESQ | lkelleher@capdale.com; jkoski@capdale.com |
| CHIPMAN BROWN CICERO & COLE LLP | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE) ATTN: WILLIAM E CHIPMAN JR, MARK D OLIVERE | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| CRAVATH SWAINE & MOORE LLP | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: MICHAEL A PASKIN ESQ | mpaskin@cravath.com; tbroad@cravath.com |
| FRESHFIELDS BRUCKHAUS DERINGER US LLP | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) ATTN: SCOTT TALMADGE, ABBEY WALSH | scott.talmadge@freshfields.com; abbey.walsh@freshfields.com; |
| GELLERT SCALI BUSENKELL & BROWN, LLC | (COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP) ATTN: MICHAEL BUSENKELL & EVAN RASSMAN | mbusenkell@gsbblaw.com; erassman@gsbblaw.com |
| GIBSON, DUNN & CRUTCHER LLP | (COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE) ATTN: JEFFREY KRAUSE, MICHAEL NEUMEISTER DANIEL DENNY | jkrause@gibsondunn.com; MNeumeister@gibsondunn.com; ddenny@gibsondunn.com |
| GILLESPIE SANFORD LLP | (COUNSEL TO IBEW LOCAL 2337 - MEMBER CHRIS MORRIS) ATTN: HAL K. GILLESPIE | hkg@gillespiesanford.com |
| GORI JULIAN & ASSOCIATES PC | (COUNSEL TO JOHN H JONES) ATTN: BARRY JULIAN ESQ AND BETH GORI ESQ | barry@gorijulianlaw.com beth@gorijulianlaw.com |
| GREGORY D. WILLARD, ESQ. | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) | gregoryd.willard@gmail.com |
| HOGAN MCDANIEL | (COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/ ASBESTOS CLAIMANTS AND JOHN H JONES) ATTN: DANIEL K HOGAN ESQ AND GARVIN F MCDANIEL ESQ | dkhogan@dkhogan.com; gfmcdaniel@dkhogan.com |
| HOGAN MCDANIEL | (COUNSEL TO DAVID HEINZMANN) ATTN: DANIEL K HOGAN ESQ | dkhogan@dkhogan.com |
| JENNER & BLOCK | (COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC/EFIH) ATTN: RICHARD LEVIN ESQ AND VINCENT E LAZAR ESQ | rlevin@jenner.com; vlazar@jenner.com |
| ONCOR | (COUNSEL TO ONCOR) ATTN: PATRICIA VILLAREAL | Pat@PatVillarealLaw.com |
| PERKINS COIE LLP | (COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE) ATTN: TINA N MOSS ESQ | tmoss@perkinscoie.com |
| PINCKNEY, WEIDINGER, URBAN & JOYCE LLC | (COUNSEL TO AUTOMATIC SYSTEMS, INC.) ATTN: GREGORY T DONILON ESQ | gdonilon@pwujlaw.com |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO CITIBANK) ATTN: JEREMY W RYAN, R. STEPHEN MCNEILL | jryan@potteranderson.com; rmcneill@potteranderson.com |
| ROPES & GRAY LLP | (COUNSEL TO ELLIOTT) ATTN: KEITH H WOFFORD ESQ, GREGG M GALARDI, ESQ, D. ROSS MARTIN ESQ | keith.wofford@ropesgray.com; gregg.galardi@ropesgray.com; ross.martin@ropesgray.com; |
| SEARCY & SEARCY PC | (COUNSEL TO D.COURTNEY CONSTRUCTION INC) ATTN: JASON R SEARCY ESQ AND JOSHUA P SEARCY ESQ | jsearcy@jrsearcylaw.com; joshsearcy@jrsearcylaw.com |

# ENERGY FUTURE HOLDINGS CORP., ET AL.
## Consented to Email Fed. R. Bankr. P. Rule 2002 List Parties
### Email Service List

| Name | Counsel To / Attention | Email Address |
|---|---|---|
| SHEARMAN & STERLING LLP | (COUNSEL TO CITIBANK) ATTN: FREDERIC SOSNICK ESQ, NED S SCHODEK ESQ | fsosnick@shearman.com; ned.schodek@shearman.com |
| THE RUCKDESCHEL LAW FIRM LLC | (COUNSEL TO DAVID HEINZMANN) ATTN: JONATHAN RUCKDESCHEL ESQ | rucklawfirm@rucklawfirm.com |
| UNITED STATES DEPARTMENT OF JUSTICE | (COUNSEL TO THE U.S. ON BEHALF OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY) ENVIRONMENTAL ENFORCEMENT SECTION, ENRD ATTN: DANIEL S. SMITH, SR COUNSEL | dan.smith2@usdoj.gov |
| VARNUM LLP | (COUNSEL TO APPLABS) ATTN: MARY KAY SHAVER ESQ | mkshaver@varnumlaw.com |
| WHITEFORD TAYLOR & PRESTON LLC | (COUNSEL TO SIMEIO AND BORAL) ATTN: L KATHERINE GOOD ESQ | kgood@wtplaw.com |

| | |
|---|---|
| Total Creditor Count | 27 |
| Total Email Count | 47 |