**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 13081** |

**DECLARATION OF ASHLEY BURTON IN
SUPPORT OF THE REORGANIZED EFH SHARED SERVICES
DEBTORS' FIFTIETH OMNIBUS (SUBSTANTIVE) OBJECTION TO NO
LIABILITY AND SUBSTANTIVE DUPLICATE CLAIMS PURSUANT
TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Pursuant to 28 U.S.C. § 1746, I, Ashley Burton, declare as follows:

1. I am Counsel and Assistant Secretary of Vistra Energy Corp. ("Vistra"). I am over the age of 18 and duly authorized to execute this declaration (the "Declaration") in support of the *Reorganized EFH Shared Services Debtors' Fiftieth Omnibus (Substantive) Objection to No Liability and Substantive Duplicate Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 13081] (the "Objection"),[1] filed contemporaneously herewith.[2] If called to testify, I would testify to the facts set forth herein.

---

[1] Capitalized terms used, but not otherwise defined, herein shall have the same meanings set forth in the Objection.

[2] This Declaration is filed in support of the relief requested in the Objection related to the disallowance of the No Liability Claims appended to the Objection as **Exhibit 1** to **Exhibit A**. The *Declaration of Jodi Ehrenhofer, Senior Director at Alvarez & Marsal, in Support of the Reorganized EFH Shared Services Debtors' Fiftieth Omnibus (Substantive) Objection to No Liability and Substantive Duplicate Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1*, filed contemporaneously herewith, is filed in support of the relief requested in the Objection related to the disallowance of the Substantive Duplicative Claims appended to the Objection as **Exhibit 2** to **Exhibit A**.

RLF1 19283123v.1

**I.      Introduction**

2. I hold a law degree from the Southern Methodist University Dedman School of Law and an undergraduate degree from the University of Texas at Austin.

3. Prior to joining the entities that became the debtors and debtors-in-possession (the "Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), I practiced corporate law for five years at Bell Nunnally & Martin LLP in Dallas, Texas.

4. In 2013, I began working for EFH Corporate Services Company as a manager in the corporate governance group. From April 2015 to October 2016, I served as the Assistant Secretary of Energy Future Holdings Corp.

5. On October 3, 2016 (the "TCEH Effective Date"), subsidiaries of Texas Competitive Electric Holdings Company LLC—plus fifteen subsidiaries of Energy Future Holdings Corp. (as those fifteen subsidiaries existed before the TCEH Effective Date, the "EFH Shared Services Debtors")—emerged from chapter 11 as subsidiaries of Vistra.[3] From the TCEH Effective Date to present, I have served as Counsel and Assistant Secretary to Vistra.

6. In preparing this Declaration, I reviewed and relied on documents concerning the entities described below and documents on which I typically rely in performing my responsibilities as a corporate counsel and corporate secretary. I am generally familiar with the corporate history of the EFH Shared Services Debtors and the other entities described below. In the ordinary course of business, I maintain records regarding those entities.

---

[3]   The EFH Shared Services Debtors are EFH Corporate Services Company; Dallas Power & Light Company, Inc.; EFH CG Holdings Company LP; EFH CG Management Company LLC; Lone Star Energy Company, Inc.; Lone Star Pipeline Company, Inc.; Southwestern Electric Service Company, Inc.; Texas Electric Service Company, Inc.; Texas Energy Industries Company, Inc.; Texas Power & Light Company, Inc.; Texas Utilities Company, Inc.; Texas Utilities Electric Company, Inc.; TXU Electric Company, Inc.; Brighten Energy LLC; and Brighten Holdings LLC.

**II.     The EFH Shared Services Debtors**

7. I understand that claimants asserted asbestos-related proofs of claim against each of the EFH Shared Services Debtors. As described in detail below, based on my review of relevant information—and my general understanding of, and familiarity with, the EFH Shared Services Debtors—the EFH Shared Services Debtors could not have valid asbestos liabilities because they never engaged in operations that could give rise to asbestos-related liabilities.

8. The EFH Shared Services Debtor entities fall into three categories. First, three of the fifteen EFH Shared Services Debtors performed only corporate and shared-services functions (*e.g.*, accounting, human resources, and information technology services) and therefore, never had operations that could give rise to asbestos-related liabilities (collectively, the "Corporate Services Entities"). Second, two of the fifteen entities were formed to acquire a retail electrical provider license but are not and never have been operating companies (the "Brighten Entities"). Third, the remaining ten entities were formed to hold entity names at the Texas Secretary of State for former operating companies (collectively, the "Name-Holding Entities"). To the extent any of the former operating companies had valid asbestos-related liabilities, those entities (a) were sold to Atmos Energy Corporation, (b) were converted into an entity that was a former Debtor other than one of the EFH Shared Services Debtors, and/or (c) those entities' liabilities, if any, reside at a former Debtor that was not among the EFH Shared Services Debtors.

**A.     The Corporate Services Entities**

9. Three of the EFH Shared Services Debtors—EFH CG Holdings Company LP, EFH CG Management Company LLC, and EFH Corporate Services Company—provided corporate services functions, including treasury, accounting, human resources, media relations, and media relations functions. I am not personally aware that any of the Corporate Services

3

Entities mined asbestos, constructed buildings containing asbestos, manufactured consumer products containing asbestos, or otherwise had liabilities related to employees and contractors who may have been exposed to asbestos at facilities that the Debtors and/or their predecessors owned, operated, or constructed.

10. On or about the TCEH Effective Date, EFH CG Holdings Company LP and EFH CG Management Company LLC both merged into EFH Corporate Services Company. EFH Corporate Services Company then changed its name to Vistra Corporate Services Company, which presently exists as a subsidiary of Vistra.

### B. The Brighten Entities

11. Brighten Energy LLC and Brighten Holdings LLC were formed in 2010 to acquire a retail electric provider license in Pennsylvania. They do not and have never had operations; they do not and have never had assets or employees.[4] I am not personally aware that either of the Brighten Entities mined asbestos, constructed buildings containing asbestos, manufactured consumer products containing asbestos, or otherwise had liabilities related to employees and contractors who may have been exposed to asbestos at facilities that the Debtors and/or their predecessors owned, operated, or constructed.

### C. The Name-Holding Entities

12. The remainder of the EFH Shared Services Debtors were formed to hold entity names at the Texas Secretary of State for former operating companies.

13. I am not personally aware that any of the Name-Holding Entities mined asbestos, constructed buildings containing asbestos, manufactured consumer products containing asbestos, or otherwise had liabilities related to employees and contractors who may have been exposed to

---

[4] In 2016, Brighten Holdings LLC merged into Brighten Energy LLC.

4

RLF1 19283123v.1

asbestos at facilities that the Debtors and/or their predecessors owned, operated, or constructed. To the extent any of the former operating entities had valid asbestos-related liabilities, those entities (a) were sold to Atmos Energy Corporation, (b) were converted into an entity that was a former Debtor other than one of the EFH Shared Services Debtors, and/or (c) those entities' liabilities, if any, reside at a former Debtor that was not among the EFH Shared Services Debtors.

Dallas Power & Light Company, Inc.

14. Incorporated as a new shell company in 1984, Dallas Power & Light Company, Inc. is a name-holding entity for Dallas Power & Light Company. Dallas Power & Light Company, Inc. presently exists as a subsidiary of Vistra, holds no assets, and has no liabilities on its books and records.

15. Dallas Power & Light Company does not presently exist. In 1984, Dallas Power & Light Company merged into Texas Utilities Electric Company. Liabilities associated with the former operations of Dallas Power & Light Company, if any, were assumed by Texas Utilities Electric Company in the merger.

16. In 1999, Texas Utilities Electric Company changed its name to TXU Electric Company, then to TXU US Holdings Company in 2001, and then to Energy Future Competitive Holdings Company in 2007. In 2013, Energy Future Competitive Holdings Company was converted into Energy Future Competitive Holdings Company LLC, a former Debtor in the Chapter 11 Cases that was not among the EFH Shared Services Debtors.

Lone Star Energy Company, Inc.

17. Incorporated as a new shell company in 1999, Lone Star Energy Company, Inc. is a name-holding entity for Lone Star Energy Company. Lone Star Energy Company, Inc.

presently exists as a subsidiary of Vistra, holds no assets, and has no liabilities on its books and records.

18. Lone Star Energy Company does not presently exist. In 1997, it merged into Enserch Corporation. In 1999, Enserch Corporation changed its name to TXU Gas Company, which was sold to Atmos Energy Corporation in 2004.

19. As described in paragraphs 5-10 of the November 28, 2016 *Declaration of Michael Hunter in Support of the Opposition of Energy Future Holdings Corp., et al. to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings Inc., LSGT Sacroc, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b)*, any asbestos-related liabilities associated with Enserch Corporation reside at EECI, Inc., a former Debtor in the Chapter 11 Cases that was not among the EFH Shared Services Debtors. Accordingly, asbestos-related liabilities associated with the former operations of Lone Star Energy Company, if any, reside at EECI, Inc., a former Debtor in the Chapter 11 Cases that was not among the EFH Shared Services Debtors.

<u>Lone Star Pipeline Company, Inc.</u>

20. Incorporated as a new shell company in 1999, Lone Star Pipeline Company, Inc. is a name-holding entity for Lone Star Pipeline Company. Lone Star Pipeline Company, Inc. presently exists as a subsidiary of Vistra, holds no assets, and has no liabilities on its books and records.

21. Lone Star Pipeline Company was never a separate entity; it was a division of TXU Gas Company, which was sold to Atmos Energy Corporation in 2004.

Southwestern Electric Service Company, Inc.

22. Incorporated as a new shell company in 1999, Southwestern Electric Service Company, Inc. is a name-holding entity for Southwestern Electric Service Company. Southwestern Electric Service Company, Inc. presently exists as a subsidiary of Vistra, holds no assets, and has no liabilities on its books and records.

23. Southwestern Electric Service Company does not presently exist. In 1999, it changed its name to TXU SESCO Company, which converted to TXU SESCO Company LLC in 2001. In 2012, TXU SESCO Company LLC changed its name to 4Change Energy Holdings LLC, a former Debtor in the Chapter 11 Cases that was not among the EFH Shared Services Debtors. On the TCEH Effective Date, 4Change Energy Holdings LLC merged into 4Change Energy Company LLC, which changed its name in 2017 to Value Based Brands LLC and presently exists as a subsidiary of Vistra.

Texas Electric Service Company, Inc.

24. Incorporated as a new shell company in 1984, Texas Electric Service Company, Inc. is a name-holding entity for Texas Electric Service Company. Texas Electric Service Company, Inc. presently exists as a subsidiary of Vistra, holds no assets, and has no liabilities on its books and records.

25. Texas Electric Service Company does not presently exist. In 1984, it merged into Texas Utilities Electric Company. As described above, Texas Utilities Electric Company changed its name to TXU Electric Company, which changed its name to TXU US Holdings Company, which changed its name to Energy Future Competitive Holdings Company. That entity was converted into Energy Future Competitive Holdings Company LLC, a former Debtor in the Chapter 11 Cases that was not among the EFH Shared Services Debtors.

Texas Energy Industries Company, Inc.

26. Incorporated as a new shell company in 1999, Texas Energy Industries Company, Inc. is a name-holding entity for Texas Energy Industries, Inc. Texas Energy Industries Company, Inc. presently exists as a subsidiary of Vistra, holds no assets, and has no liabilities on its books and records.

27. Texas Energy Industries, Inc. does not presently exist. In 1999, it changed its name to TXU Energy Industries Company. In 2003, TXU Energy Industries Company merged into TXU Corp., which changed its name in 2007 to Energy Future Holdings Corp., a former Debtor in the Chapter 11 Cases that was not among the EFH Shared Services Debtors.

Texas Power & Light Company, Inc.

28. Incorporated as a new shell company in 1984, Texas Power & Light Company, Inc. is a name-holding entity for Texas Power & Light Company. Texas Power & Light Company, Inc. presently exists as a subsidiary of Vistra, holds no assets, and has no liabilities on its books and records.

29. Texas Power & Light Company does not presently exist. In 1984, Texas Power & Light Company merged into Texas Utilities Electric Company. As described above, Texas Utilities Electric Company changed its name to TXU Electric Company, which changed its name to TXU US Holdings Company, which changed its name to Energy Future Competitive Holdings Company. That entity was converted into Energy Future Competitive Holdings Company LLC, a former Debtor in the Chapter 11 Cases that was not among the EFH Shared Services Debtors.

Texas Utilities Company, Inc.

30. Incorporated as a new shell company in 2000, Texas Utilities Company, Inc. is a name-holding entity for Texas Utilities Company. Texas Utilities Company, Inc. presently exists

8

as a subsidiary of Vistra, holds no assets, and has no liabilities on its books and records.

31. Texas Utilities Company does not presently exist. Texas Utilities Company changed its name to Texas Energy Industries, Inc. in 1997, which changed its name to TXU Energy Industries Company in 1999. As described above, TXU Energy Industries Company merged into TXU Corp., which changed its name to Energy Future Holdings Corp., a former Debtor in the Chapter 11 Cases that was not among the EFH Shared Services Debtors.

Texas Utilities Electric Company, Inc.

32. Incorporated as a new shell company in 1999, Texas Utilities Electric Company, Inc. is a name-holding entity for Texas Utilities Electric Company. Texas Utilities Electric Company, Inc. presently exists as a subsidiary of Vistra, holds no assets, and has no liabilities on its books and records.

33. As described above, Texas Utilities Electric Company changed its name to TXU Electric Company, which changed its name to TXU US Holdings Company, which changed its name to Energy Future Competitive Holdings Company. That entity was converted into Energy Future Competitive Holdings Company LLC, a former Debtor in the Chapter 11 Cases that was not among the EFH Shared Services Debtors.

TXU Electric Company, Inc.

34. Incorporated as a new shell company in 2011, Texas Electric Company, Inc. is a name-holding entity for TXU Electric Company. Texas Electric Company, Inc. presently exists as a subsidiary of Vistra, holds no assets, and has no liabilities on its books and records.

35. As described above, TXU Electric Company was formerly known as Texas Utilities Electric Company. TXU Electric Company changed its name to TXU US Holdings Company and then to Energy Future Competitive Holdings Company. That entity was converted

into Energy Future Competitive Holdings Company LLC, a former Debtor in the Chapter 11 Cases that was not among the EFH Shared Services Debtors.

### III.     Conclusion

36.     Based on my review of relevant information—and my general understanding of, and familiarity with, the EFH Shared Services Debtors—the EFH Shared Services Debtors could not have valid asbestos liabilities for the reasons set forth above.  Accordingly, the No Liability Claims reflected on Exhibit 1 to Exhibit A to the Objection are not properly asserted pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, Local Bankruptcy Rule 3007-1, and applicable orders of the Court.

[*Remainder of page intentionally left blank.*]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Irving, Texas
Dated: May 4, 2018

/s/ Ashley Burton
Ashley Burton
Counsel and Assistant Secretary
Vistra Energy Corp.