**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) ) | Case No. 14-10979 (CSS) |
| Debtors. | ) ) ) ) | (Jointly Administered)  **Re: D.I. 13081** |

**DECLARATION OF JODI EHRENHOFER, SENIOR
DIRECTOR AT ALVAREZ & MARSAL, IN SUPPORT OF THE
REORGANIZED EFH SHARED SERVICES DEBTORS' FIFTIETH
OMNIBUS (SUBSTANTIVE) OBJECTION TO NO LIABILITY AND
SUBSTANTIVE DUPLICATE CLAIMS PURSUANT TO SECTION
502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY RULES
3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1**

Pursuant to 28 U.S.C. § 1746, I, Jodi Ehrenhofer, declare as follows:

1. I am a Senior Director in the Case Management Services division at Alvarez & Marsal North America, LLC ("A&M"). A&M serves as an advisor to the above-captioned debtors (collectively, the "Debtors") in preparation for and during these chapter 11 cases by assisting the Debtors with financial analyses, claims management, and various notice requirements. In preparing this declaration (the "Declaration"), I generally relied on court pleadings and other compilations on which I typically rely in performing my job, and which are generally relied on by the public or persons in my occupation. I am over the age of 18 and duly authorized to execute this declaration on behalf of the Reorganized EFH Shared Services Debtors in support of the *Reorganized EFH Shared Services Debtors' Fiftieth Omnibus*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*(Substantive) Objection to No Liability and Substantive Duplicate Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 13081] (the "<u>Objection</u>"),[2] filed contemporaneously herewith.[3]

2.  The facts in this Declaration are based on my personal knowledge and review of information and my experience with the Reorganized EFH Shared Services Debtors' operations and these chapter 11 cases. If called to testify, I would testify to the facts set forth herein.

3.  To date, over 40,000 Proofs of Claim have been filed in these chapter 11 cases. Considerable time and resources have been expended to review and reconcile the Proofs of Claim filed against the Debtors in these chapter 11 cases. Upon review of the Proofs of Claim filed in these chapter 11 cases and supporting documentation attached thereto, the Debtors have determined that the Disputed Claims listed on **Exhibit 2** to **Exhibit A** to the Objection are not properly asserted pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1, and applicable orders of the Bankruptcy Court.

4.  Specifically, upon review of the Proofs of Claim filed against the Debtors in these chapter 11 cases, the Reorganized EFH Shared Services Debtors have identified 708 Substantive Duplicate Claims listed on **Exhibit 2** to **Exhibit A** of the Objection, in the aggregate claimed amount of $154,249,539.00. To the best of my knowledge, information, and belief, and insofar as I have been able to ascertain after reasonable inquiry—including the Reorganized EFH Shared

---

[2]  Capitalized terms used, but not otherwise defined, herein shall have the same meanings set forth in the Objection.

[3]  This Declaration is filed in support of the relief requested in the Objection related to the disallowance of the Substantive Duplicate Claims appended to the Objection as **Exhibit 2** to **Exhibit A**. The *Declaration of Ashley Burton in Support of the Reorganized EFH Shared Services Debtors' Fiftieth Omnibus (Substantive) Objection to No Liability and Substantive Duplicate Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1*, filed contemporaneously herewith, is filed in support of the relief requested in the Objection related to the disallowance of the No Liability Claims appended to the Objection as **Exhibit 1** to **Exhibit A**.

Services Debtors', and A&M's (a) review of the Substantive Duplicate Claims and all supporting information and documentation provided therewith and (b) reasonable efforts to research the same on the Reorganized EFH Shared Services Debtors' books and records and Schedules—the Substantive Duplicate Claims are each duplicative of another Proof of Claim filed in respect of the same liabilities.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: May 4, 2018
       Chicago, Illinois

                                      */s/ Jodi Ehrenhofer*
                                      Jodi Ehrenhofer
                                      Senior Director
                                      Alvarez & Marsal