## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 13084** |

### DECLARATION OF ASHLEY BURTON IN
### SUPPORT OF THE REORGANIZED EFH SHARED SERVICES
### DEBTORS' FIFTY-FIRST OMNIBUS (NON-SUBSTANTIVE)
### OBJECTION TO CERTAIN IMPROPERLY ASSERTED CLAIMS
### PURSUANT TO SECTION 502(b) OF THE BANKRUPTCY CODE, BANKRUPTCY
### RULES 3001, 3003, AND 3007, AND LOCAL BANKRUPTCY RULE 3007-1

Pursuant to 28 U.S.C. § 1746, I, Ashley Burton, declare as follows:

1.     I am Counsel and Assistant Secretary of Vistra Energy Corp. ("Vistra").  I am over the age of 18 and duly authorized to execute this declaration (the "Declaration") in support of the *Reorganized EFH Shared Services Debtors' Fifty-First Omnibus (Non-Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1* [D.I. 13084] (the "Objection"),[1] filed contemporaneously herewith.  If called to testify, I would testify to the facts set forth herein.

## I.     Introduction

2.     I hold a law degree from the Southern Methodist University Dedman School of Law and an undergraduate degree from the University of Texas at Austin.

3.     Prior to joining the entities that became the debtors and debtors-in-possession (the

---

[1]     Capitalized terms used, but not otherwise defined, herein shall have the same meanings set forth in the Objection.

"Debtors") in the above-captioned chapter 11 cases (the "Chapter 11 Cases"), I practiced corporate law for five years at Bell Nunnally & Martin LLP in Dallas, Texas.

4.      In 2013, I began working for EFH Corporate Services Company as a manager in the corporate governance group.  From April 2015 to October 2016, I served as the Assistant Secretary of Energy Future Holdings Corp.

5.      On October 3, 2016 (the "TCEH Effective Date"), subsidiaries of Texas Competitive Electric Holdings Company LLC—plus fifteen subsidiaries of Energy Future Holdings Corp. (as those fifteen subsidiaries existed before the TCEH Effective Date, the "EFH Shared Services Debtors")—emerged from chapter 11 as subsidiaries of Vistra.[2]  From the TCEH Effective Date to present, I have served as Counsel and Assistant Secretary to Vistra.

6.      In preparing this Declaration, I reviewed and relied on documents concerning the entities described below and documents on which I typically rely in performing my responsibilities as a corporate counsel and corporate secretary.  I am generally familiar with the corporate history of the EFH Shared Services Debtors and the other entities described below.  In the ordinary course of business, I maintain records regarding those entities.

## II.     The EFH Shared Services Debtors

7.      I understand that six claimants asserted asbestos-related proofs of claim against certain of the EFH Shared Services Debtors only.  Specifically, I understand that the six claimants asserted asbestos-related proofs of claim against Dallas Power & Light Company, Inc.; Texas Utilities Electric Company, Inc.; Texas Electric Service Company, Inc.; TXU Electric

---

[2]    The EFH Shared Services Debtors are EFH Corporate Services Company; Dallas Power & Light Company, Inc.; EFH CG Holdings Company LP; EFH CG Management Company LLC; Lone Star Energy Company, Inc.; Lone Star Pipeline Company, Inc.; Southwestern Electric Service Company, Inc.; Texas Electric Service Company, Inc.; Texas Energy Industries Company, Inc.; Texas Power & Light Company, Inc.; Texas Utilities Company, Inc.; Texas Utilities Electric Company, Inc.; TXU Electric Company, Inc.; Brighten Energy LLC; and Brighten Holdings LLC.

RLF1 19283313v.1

Company, Inc.; and Texas Power & Light Company, Inc.  As described in detail below, based on my review of relevant information—and my general understanding of, and familiarity with, the EFH Shared Services Debtors—these EFH Shared Services Debtors could not have valid asbestos liabilities because they never engaged in operations that could give rise to asbestos-related liabilities.  Specifically, the five entities at issue were formed to hold entity names at the Texas Secretary of State for former operating companies.  I am not personally aware that any of these five entities mined asbestos, constructed buildings containing asbestos, manufactured consumer products containing asbestos, or otherwise had liabilities related to employees and contractors who may have been exposed to asbestos at facilities that the Debtors and/or their predecessors owned, operated, or constructed.   To the extent any of the former operating companies had valid asbestos-related liabilities, those entities were converted into an entity that was a former Debtor other than one of the EFH Shared Services Debtors.

Dallas Power & Light Company, Inc.

8.    Incorporated as a new shell company in 1984, Dallas Power & Light Company, Inc. is a name-holding entity for Dallas Power & Light Company.  Dallas Power & Light Company, Inc. presently exists as a subsidiary of Vistra, holds no assets, and has no liabilities on its books and records.

9.    Dallas Power & Light Company does not presently exist.  In 1984, Dallas Power & Light Company merged into Texas Utilities Electric Company.  Liabilities associated with the former operations of Dallas Power & Light Company, if any, were assumed by Texas Utilities Electric Company in the merger.

10.    In 1999, Texas Utilities Electric Company changed its name to TXU Electric Company, then to TXU US Holdings Company in 2001, and then to Energy Future Competitive

3

Holdings Company in 2007.   In 2013, Energy Future Competitive Holdings Company was converted into Energy Future Competitive Holdings Company LLC, a former Debtor in the Chapter 11 Cases that was not among the EFH Shared Services Debtors.

### Texas Electric Service Company, Inc.

11.      Incorporated as a new shell company in 1984, Texas Electric Service Company, Inc. is a name-holding entity for Texas Electric Service Company.   Texas Electric Service Company, Inc. presently exists as a subsidiary of Vistra, holds no assets, and has no liabilities on its books and records.

12.      Texas Electric Service Company does not presently exist.  In 1984, it merged into Texas Utilities Electric Company.   As described above, Texas Utilities Electric Company changed its name to TXU Electric Company, which changed its name to TXU US Holdings Company, which changed its name to Energy Future Competitive Holdings Company.   That entity was converted into Energy Future Competitive Holdings Company LLC, a former Debtor in the Chapter 11 Cases that was not among the EFH Shared Services Debtors.

### Texas Power & Light Company, Inc.

13.      Incorporated as a new shell company in 1984, Texas Power & Light Company, Inc. is a name-holding entity for Texas Power & Light Company.   Texas Power & Light Company, Inc. presently exists as a subsidiary of Vistra, holds no assets, and has no liabilities on its books and records.

14.      Texas Power & Light Company does not presently exist.  In 1984, Texas Power & Light Company merged into Texas Utilities Electric Company.   As described above, Texas Utilities Electric Company changed its name to TXU Electric Company, which changed its name to TXU US Holdings Company, which changed its name to Energy Future Competitive Holdings

RLF1 19283313v.1

Company.  That entity was converted into Energy Future Competitive Holdings Company LLC, a former Debtor in the Chapter 11 Cases that was not among the EFH Shared Services Debtors.

### Texas Utilities Electric Company, Inc.

15.    Incorporated as a new shell company in 1999, Texas Utilities Electric Company, Inc. is a name-holding entity for Texas Utilities Electric Company.  Texas Utilities Electric Company, Inc. presently exists as a subsidiary of Vistra, holds no assets, and has no liabilities on its books and records.

16.    As described above, Texas Utilities Electric Company changed its name to TXU Electric Company, which changed its name to TXU US Holdings Company, which changed its name to Energy Future Competitive Holdings Company.  That entity was converted into Energy Future Competitive Holdings Company LLC, a former Debtor in the Chapter 11 Cases that was not among the EFH Shared Services Debtors.

### TXU Electric Company, Inc.

17.    Incorporated as a new shell company in 2011, Texas Electric Company, Inc. is a name-holding entity for TXU Electric Company.  Texas Electric Company, Inc. presently exists as a subsidiary of Vistra, holds no assets, and has no liabilities on its books and records.

18.    As described above, TXU Electric Company was formerly known as Texas Utilities Electric Company.  TXU Electric Company changed its name to TXU US Holdings Company and then to Energy Future Competitive Holdings Company.  That entity was converted into Energy Future Competitive Holdings Company LLC, a former Debtor in the Chapter 11 Cases that was not among the EFH Shared Services Debtors.

**III.    Conclusion**

19.    Based on my review of relevant information—and my general understanding of,

and familiarity with, the EFH Shared Services Debtors—the EFH Shared Services Debtors at issue in the Objection could not have valid asbestos liabilities for the reasons set forth above. Accordingly, the Wrong Debtor Claims reflected on **Exhibit 1** to **Exhibit A** to the Objection are not properly asserted pursuant to section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, Local Bankruptcy Rule 3007-1, and applicable orders of the Court.

*[Remainder of page intentionally left blank.]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Irving, Texas
Dated: May 4, 2018

Ashley Burton
Counsel and Assistant Secretary
Vistra Energy Corp.