## Exhibit A

## Proposed Final Decree

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| EFH CORPORATE SERVICES COMPANY | ) | Case No. 14-10996 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| DALLAS POWER AND LIGHT COMPANY, INC. | ) | Case No. 14-11000 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| EFH CG HOLDINGS COMPANY LP | ) | Case No. 14-11047 (CSS) |
| Debtor. | ) | (Jointly Administered) |
| In re: | ) | Chapter 11 |
| EFH CG MANAGEMENT COMPANY LLC | ) | Case No. 14-11048 (CSS) |
| Debtor. | ) | (Jointly Administered) |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| In re:<br><br>LONE STAR PIPELINE COMPANY, INC.<br><br>    Debtor. | Chapter 11<br><br>Case No. 14-11036 (CSS)<br><br>(Jointly Administered) |
| In re:<br><br>SOUTHWESTERN ELECTRIC SERVICE COMPANY, INC.<br><br>    Debtor. | Chapter 11<br><br>Case No. 14-11035 (CSS)<br><br>(Jointly Administered) |
| In re:<br><br>TEXAS ELECTRIC SERVICE COMPANY, INC.<br><br>    Debtor. | Chapter 11<br><br>Case No. 14-11034 (CSS)<br><br>(Jointly Administered) |
| In re:<br><br>LONE STAR ENERGY COMPANY, INC.<br><br>    Debtor. | Chapter 11<br><br>Case No. 14-11031 (CSS)<br><br>(Jointly Administered) |
| In re:<br><br>TEXAS ENERGY INDUSTRIES COMPANY, INC.<br><br>    Debtor. | Chapter 11<br><br>Case No. 14-11038 (CSS)<br><br>(Jointly Administered) |
| In re:<br><br>TEXAS POWER AND LIGHT COMPANY, INC.<br><br>    Debtor. | Chapter 11<br><br>Case No. 14-11041 (CSS)<br><br>(Jointly Administered) |

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| TEXAS UTILITIES COMPANY, INC. | ) | Case No. 14-11043 (CSS) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TEXAS UTILITIES ELECTRIC COMPANY, INC. | ) | Case No. 14-11045 (CSS) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| TXU ELECTRIC COMPANY, INC. | ) | Case No. 14-10989 (CSS) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BRIGHTEN ENERGY LLC | ) | Case No. 14-10991 (CSS) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| BRIGHTEN HOLDINGS LLC | ) | Case No. 14-10995 (CSS) |
| | ) | |
| Debtor. | ) | (Jointly Administered) |
| | ) | |

**FINAL DECREE (A) CLOSING THE EFH SHARED SERVICES DEBTORS' CHAPTER 11 CASES, AND (B) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the Reorganized EFH Shared Services Debtors for

---

[2] Capitalized terms used, but not otherwise defined, herein have the same meanings ascribed to them in the Motion.

3

the entry of a final decree (this "Final Decree") closing the Closing Cases and granting related relief, all as more fully set forth in the Motion; and this Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the estates, their creditors, and other parties in interest; and this Court having found that the Reorganized EFH Shared Services Debtors provided appropriate notice of the Motion and the opportunity for a hearing on the Motion (the "Hearing") under the circumstances; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at the Hearing, if any; and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing (if one was held) establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and the Court having entered the Omnibus Orders (a) sustaining the Omnibus Objections, (b) disallowing the Subject Claims, and (c) reassigning the Wrong Debtor Claims; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted in its entirety.

2. The following chapter 11 cases are hereby closed; *provided* that this Court shall retain jurisdiction as provided in Article XI of the TCEH Plan:

| Debtor | Case No. |
|---|---|
| EFH CORPORATE SERVICES COMPANY | 14-10996 |
| DALLAS POWER AND LIGHT COMPANY, INC. | 14-11000 |
| EFH CG HOLDINGS COMPANY LP | 14-11047 |
| EFH CG MANAGEMENT COMPANY LLC | 14-11048 |
| LONE STAR PIPELINE COMPANY, INC. | 14-11036 |
| SOUTHWESTERN ELECTRIC SERVICE COMPANY, INC. | 14-11035 |

4

| TEXAS ELECTRIC SERVICE COMPANY, INC. | 14-11034 |
| --- | --- |
| LONE STAR ENERGY COMPANY, INC. | 14-11031 |
| TEXAS ENERGY INDUSTRIES COMPANY, INC. | 14-11038 |
| TEXAS POWER AND LIGHT COMPANY, INC. | 14-11041 |
| TEXAS UTILITIES COMPANY, INC. | 14-11043 |
| TEXAS UTILITIES ELECTRIC COMPANY, INC. | 14-11045 |
| TXU ELECTRIC COMPANY, INC. | 14-10989 |
| BRIGHTEN ENERGY LLC | 14-10991 |
| BRIGHTEN HOLDINGS LLC | 14-10995 |

3.  Entry of this Final Decree is without prejudice to (a) the rights of the Reorganized EFH Shared Services Debtors or any party in interest to seek to reopen any of these chapter 11 cases for cause pursuant to section 350(b) of the Bankruptcy Code, and (b) the rights of the Reorganized EFH Shared Services Debtors to dispute, in an appropriate non-bankruptcy forum, all claims that were filed against them in these chapter 11 cases, as contemplated by the TCEH Plan and the Confirmation Order.

4.  Nothing in this Order shall prejudice, impair, or otherwise modify the allowance and distribution provisions set forth in the TCEH Plan and TCEH Confirmation Order.

5.  To the extent not already paid, the fees required to be paid to the U.S. Trustee by the Reorganized Debtors on account of the Closing Cases pursuant to 28 U.S.C. § 1930(a)(6) or otherwise shall be paid within thirty (30) days following the entry of this Final Decree.

6.  The Reorganized Debtors and their agents are authorized to take all actions necessary to effectuate the relief granted pursuant to this Final Decree in accordance with the Motion.

7.  Notice of the Motion is hereby deemed good and sufficient notice of such motion and the requirements of Fed. R. Bankr. P. 6004(a) and the Local Bankruptcy Rules are satisfied by such Notice.

8. The Clerk of the Court shall enter this Final Decree individually on the docket of each of the Closing Cases and thereafter such dockets shall be marked as "Closed."

9. The Reorganized EFH Shared Services Debtors and Epiq Bankruptcy Solutions LLC, as notice and claims agent, are authorized to take all actions that may be necessary to undertake the relief granted in this Final Decree.

10. Notwithstanding anything to the contrary, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

11. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Final Decree.

12. Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, or 9014 or otherwise, the terms and conditions of this Final Decree shall be immediately effective and enforceable upon its entry.

Dated: _____, 2018
       Wilmington, Delaware

                                                                          _____
                                                                          THE HONORABLE CHRISTOPHER S. SONTCHI
                                                                          UNITED STATES BANKRUPTCY JUDGE