# United States Bankruptcy Court
## District of Delaware
824 N. Market Street
Wilmington, DE 19801

Chambers of Christopher S. Sontchi
(302) 252-2888

May 8, 2018

Mr. Richard Gitlin
Chairman
Gitlin & Company LLC
7895 Talavera Place
Delray Beach, FL 33446

    Re:    Energy Future Holdings
            Case No.: 14-10979

Dear Mr. Gitlin,

    Again, I am writing to request you take on an additional task. As discussed in my last letter, in addition to the Fee Committee's ordinary course review of the fees of Elliott Funds and the EFH Indenture Trustee sought as administrative expenses under section 503(b)(3)(D) of the Bankruptcy Code, I requested that the Fee Committee also review the time entries of the professionals to determine whether each task provided a "substantial contribution" to the Debtors' estate as interpreted by the Third Circuit in *Lebron v. Mechem Financial Inc.*, 27 F. 3d 937 (3d Cir. 1994). *See also In re Tropicana Entertainment LLC*, 448 Fed. Appx. 150 (3d Cir. 2012).

    After further reflection, I request that the Fee Committee perform this enhanced review, for *all* applications seeking fees under section 503(b)(3)(D) of the Bankruptcy Code.

    If you have any questions, please feel free to contact Chambers.

Very truly yours,

Christopher S. Sontchi

CSS/rlw