**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) | **Re: D.I. 12951** |

**CERTIFICATE OF NO OBJECTION REGARDING THE THIRTY-NINTH MONTHLY
FEE STATEMENT OF CRAVATH, SWAINE & MOORE LLP FOR ALLOWANCE OF
AN ADMINISTRATIVE CLAIM FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES INCURRED FROM MARCH 1, 2018 THROUGH MARCH 28, 2018 (NO
ORDER REQUIRED)**

On April 16, 2018, the *Thirty-Ninth Monthly Fee Statement of Cravath, Swaine & Moore
LLP for Allowance of an Administrative Claim for Compensation and Reimbursement of
Expenses Incurred From March 1, 2018 Through March 28, 2018* ("Cravath") [D.I. 12951; the
"Monthly Fee Statement"] was filed with this Court  and served upon the Notice Parties as
required by the *Stipulation and Order Appointing a Fee Committee*, dated August 21, 2014 [D.I.
1896] and the *Order Establishing Procedures for Interim Compensation and Reimbursement of
Expenses for Professionals*, dated September 16, 2014 [D.I. 2066]. Under the *Notice of Fee
Statement* filed and served with the Monthly Fee Statement, objections to the Monthly Fee
Statement were to be filed and served in accordance with the foregoing Orders no later than **May
7, 2018 at 4:00 p.m.** Eastern Time.

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the
debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these
chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of
their federal tax identification numbers is not provided herein. A complete list of such information may be
obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

On April 20, 2018, the Fee Committee advised Cravath that, despite the Fee Committee's reservation of rights to object to the interim expense reimbursement request, the Fee Committee does not object to the payment of 80% of the fees and 100% of the expenses requested in the Monthly Fee Statement.  Aside from the foregoing,  the undersigned certifies that no answer, objection or other response to the Monthly Fee Statement was filed or  served as required, and that as of May 8, 2018, none appeared on the Court's docket in this case.

Consequently, Energy Future Intermediate Holding Company LLC, debtor and debtor in possession in the above-captioned case, is authorized to pay Cravath 80% of the fees and 100% of the expenses requested in the Monthly Fee Statement upon the filing of this Certificate without the need for a further Court order. A summary of the fees and expenses that Cravath seeks is attached as **Exhibit A**.

Respectfully submitted,

Dated: May 8, 2018

**STEVENS & LEE, P.C.**

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
919 North Market Street, Suite 1300
Wilmington, DE  19801
Tel:     (302) 425-3310
Fax:     (610) 371-7972
Email: jhh@stevenslee.com

-and-

Richard Levin
**JENNER & BLOCK**
919 Third Avenue
New York, NY 10022-3908
Tel:     (212) 891-1601
Fax:     (212) 891-1699
Email: rlevin@jenner.com

2

*-and-*

Michael A. Paskin
Trevor M. Broad
**CRAVATH, SWAINE & MOORE LLP**
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Tel:    (212) 474-1760
Fax:    (212) 474-3700
Email: mpaskin@cravath.com
         tbroad@cravath.com

*Independent Counsel for Energy Future*
*Intermediate Holding Company LLC*

SL1 1521982v1 109285.00005

## <u>EXHIBIT A</u>

**Professional Fees and Expenses**
**Monthly Fee Statement**

| Applicant | Fee Statement Period, Filing Date, & Docket No. | Total Fees Requested | Total Expenses Requested | Objection Deadline | Amount of Fees Authorized to be Paid at 80% | Amount of Expenses Authorized to be Paid at 100% | Amount of Requested Fees Held Back |
|---|---|---|---|---|---|---|---|
| Cravath, Swaine & Moore LLP Worldwide Plaza 825 Eighth Avenue New York, NY 10024 | Thirty- Ninth Monthly Fee Statement<br><br>03/01/2018 through 03/28/2018<br><br>D.I. 12951 | $3,500.00 | $0 | 05/07/2018 | $2,800.00 | $0 | $700.00 |