IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, in connection with the *Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Claim For Reimbursement Of Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases* [D.I. 12926], on May 11, 2018, counsel to the Certain Asbestos Creditors caused a copy of each of the following documents to be served on the below-listed parties in the manner so indicated:

• CAPLIN & DRYSDALE'S RESPONSES AND OBJECTIONS TO THE EFH PLAN ADMINISTRATOR BOARD'S REQUESTS FOR PRODUCTION;

• HOGAN♦McDANIEL'S RESPONSES AND OBJECTIONS TO THE EFH PLAN ADMINISTRATOR BOARD'S REQUESTS FOR PRODUCTION.

**VIA HAND DELIVERY**

Jason M. Madron
RICHARDS, LAYTON & FINGER, P.A.
920 NORTH KING STREET
WILMINGTON, DE 19801

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Dated: May 11, 2018
      Wilmington, Delaware

By: /s/ *Daniel K. Hogan*
Daniel K. Hogan (DE Bar # 2814)
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, Individually and as successor-in-interest to the Estate of Gino Albini, and Denis Bergschneider*