# **<u>EXHIBIT A</u>**



**EFIH PIK Prices at Key Events in the Chapter 11 Cases**

Green = above par
Red = below par