# **<u>EXHIBIT C</u>**

| The E-Side Committee's Professionals' Fees & Proposed Allocation | | | |
|---|---|---|---|
| Professional | Unallocated | | Total |
| | Fees | Expenses | |
| AlixPartners LLP | $ 3,155,346.65 | $ 388,448.66 | $ 3,543,795.31 |
| Guggenheim Securities LLC | $ 13,740,456.99 | $ 412,390.46 | $ 14,152,847.45 |
| Montgomery, McCracken, Walker & Rhoads LLP | $ 5,612,419.49 | $ 227,384.01 | $ 5,839,803.50 |
| Sullivan & Cromwell LLP | $ 23,663,509.29 | $ 805,851.62 | $ 24,469,360.91 |
| **TOTAL** | **$ 46,171,732.42** | **$ 1,834,074.75** | **$ 48,005,807.17** |

| Proposed Allocation | Percent | Dollar Amount |
|---|---|---|
| EFH | 70% | $ 33,604,065.02 |
| EFIH | 30% | $ 14,401,742.15 |
| **Total** | **100%** | **$ 48,005,807.17** |