# **<u>EXHIBIT D</u>**

## The Debtors' Professionals' Fees & Proposed Allocation

| Professional | Unallocated | | | Allocated to EFH by Professional | | | Allocated to EFIH by Professional | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| | Fees | Expenses | Total | Fees | Expenses | Total | Fees | Expenses | Total | |
| Alvarez & Marsal | $ 29,108,072.37 | $ 1,183,348.76 | $ 30,291,421.13 | | | | | | | $ 30,291,421.13 |
| Deloitte & Touche LLP | $ 23,269,745.50 | | $ 23,269,745.50 | | | | | | | $ 23,269,745.50 |
| Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions | $ 1,262,596.00 | $ 2,308,718.29 | $ 3,571,314.29 | | | | | | | $ 3,571,314.29 |
| Evercore Group L.L.C.* | $ 10,086,313.14 | $ 631,314.27 | $ 10,717,627.41 | | | | | | | $ 10,717,627.41 |
| Filsinger Energy Partners | $ 28,112,537.75 | $ 1,237,717.42 | $ 29,350,255.17 | | | | | | | $ 29,350,255.17 |
| Kirkland & Ellis LLP (E-Side "Direct Benefit") ‡ | | | | $ 1,888,926.94 | | $ 1,888,926.94 | $ 16,964,236.72 | | $ 16,964,236.72 | $ 18,853,163.66 |
| Kirkland & Ellis LLP (E-Side "Collective Benefit") | | | | $ 10,727,308.61 | | $ 10,727,308.61 | $ 70,649,557.60 | | $ 70,649,557.60 | $ 81,376,866.21 |
| Kirkland & Ellis LLP E-Side TOTAL | | | | $ 12,616,235.54 | | $ 12,616,235.54 | $ 87,613,794.32 | | $ 87,613,794.32 | $ 100,230,029.87 |
| KPMG LLP | $ 578,243.70 | $ 7,972.44 | $ 586,216.14 | | | | | | | $ 586,216.14 |
| Richards, Layton & Finger, P.A.º | $ 4,438,056.50 | | $ 4,438,056.50 | $ 1,402,984.00 | | $ 1,402,984.00 | $ 764,493.50 | | $ 764,493.50 | $ 6,605,534.00 |
| Shaw Fishman Glantz & Towbin LLC | | | | $ 15,938.50 | $ 141.45 | $ 16,079.95 | $ 15,938.50 | $ 141.44 | $ 16,079.94 | $ 32,159.89 |
| Thompson & Knight LLP | $ 3,304,225.75 | $ 22,221.49 | $ 3,326,447.24 | | | | | | | $ 3,326,447.24 |
| **TOTAL** | $ 100,159,790.71 | $ 5,391,292.67 | $ 105,551,083.38 | $ 14,035,158.04 | $ 141.45 | $ 14,035,299.49 | $ 88,394,226.32 | $ 141.44 | $ 88,394,367.76 | $ 207,980,750.64 |
| Current Percentage of Total Fees and Expenses | | | 51% | | | 7% | | | 43% | 100% |

| Proposed Allocation of Unallocated Fees & Expenses∞ | Percentage | Dollar Amount |
|---|---|---|
| EFH | 50% | $ 52,775,541.69 |
| EFIH | 50% | $ 52,775,541.69 |
| Total | 100% | $ 105,551,083.38 |

| Proposed Allocation of Kirkland E-Side Direct Benefit Fees & Expenses | Percentage | Dollar Amount |
|---|---|---|
| EFH | 50% | $ 9,426,581.83 |
| EFIH | 50% | $ 9,426,581.83 |
| Total | 100% | $ 18,853,163.66 |

| Proposed Allocation of Kirkland E-Side Collective Benefit Fees & Expenses | Percentage | Dollar Amount |
|---|---|---|
| EFH | 50% | $ 40,688,433.10 |
| EFIH | 50% | $ 40,688,433.10 |
| Total | 100% | $ 81,376,866.21 |

\* These amounts represent what Evercore has proposed to allocate to both EFH and EFIH in its interim fee applications; this chart otherwise assumes Evercore fees and expenses have not been allocated between the two entities. Evercore has not yet submitted a final fee application.

‡ In this chart, the dollar amounts of Direct Benefit and Collective Benefit fees and expenses Kirkland & Ellis has proposed to allocate is slightly less (by about 3%) than the allocation proposal Kirkland & Ellis has provided in its final fee application. The amounts were proportionally decreased to make the total amount consistent with the final total amount Kirkland & Ellis has requested in its final application after agreeing to voluntarily write down certain fees and expenses.

º Each category of RLF fees and expenses is based on the total amount in RLF fee applications multiplied by the following ratio: the total amount RLF has requested in its final fee application less any amounts allocated to TCEH, over the total amount RLF has requested in its final fee application.

∞ The Movants do not contest RLF or Shaw's fees allocated to EFH or EFIH, respectively. Therefore, the sum of the Proposed Allocation of Unallocated, Proposed Allocation of Kirkland E-Side Direct Benefit, and Proposed Allocation of Kirkland E-Side Collective Benefit is slightly lower (by ~$2 million) than the total Debtors' professional fees listed on this chart.