# <u>EXHIBIT E</u>

| Professional | Fees and Expenses Prior to TCEH Settlement (Nov. 25, 2015) and Hunt Plan Confirmation (Dec. 7, 2015)§ | As a Percentage of Total Amount Requested in Final Fee Application | Fees and Expenses Prior to Makewhole Argument (Nov. 17, 2016)* | As a Percentage of Total Amount Requested in Final Fee Application | Fees and Expenses Prior to NextEra Confirmation Order (Feb. 17, 2017)‡ | As a Percentage of Total Amount Requested in Final Fee Application | Fees and Expenses Prior to First PUCT Denial of NextEra Transaction (Apr. 13, 2017)∞ | As a Percentage of Total Amount Requested in Final Fee Application | Total Amount Requested in Final Fee Application |
|---|---|---|---|---|---|---|---|---|---|
| **Debtor Professionals** | | | | | | | | | |
| Alvarez & Marsal | 22,663,540.62 | 75% | 29,247,179.96 | 97% | 29,677,177.86 | 98% | 29,806,391.13 | 98% | 30,291,421.13 |
| Deloitte & Touche LLP | 11,113,662.00 | 48% | 21,225,463.25 | 91% | 22,437,619.50 | 96% | 22,808,132.50 | 98% | 23,269,745.50 |
| Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions | 907,165.03 | 25% | 2,051,172.03 | 57% | 2,623,330.77 | 73% | 2,884,581.59 | 81% | 3,571,314.29 |
| Evercore Group L.L.C. (through 8/31/2015, 8/31/2016, 8/31/2016, and 8/31/2016)• | 7,201,532.44 | 67% | 10,717,627.41 | 100% | 10,717,627.41 | 100% | 10,717,627.41 | 100% | 10,717,627.41 |
| Filsinger Energy Partners (through 8/31/2015, 8/31/2016, 12/31/2016, and 12/31/2016, respectively) | 18,293,129.88 | 62% | 28,929,292.08 | 99% | 29,306,279.67 | 100% | 29,306,279.67 | 100% | 29,350,255.17 |
| Kirkland & Ellis LLP (E-Side Direct Benefit)† **[Allocation Mot. IV.B]** | 12,125,310.62 | 64% | 16,668,140.42 | 88% | 18,540,245.82 | 98% | 18,595,624.12 | 99% | 18,853,163.66 |
| Kirkland & Ellis LLP (E-Side Collective Benefit)† **[Allocation Mot. IV.C]** | 48,287,916.10 | 59% | 52,696,756.40 | 65% | 58,087,948.50 | 71% | 63,572,008.83 | 78% | 81,376,866.21 |
| Kirkland & Ellis LLP E-Side TOTAL | 60,413,226.72 | 60% | 69,364,896.82 | 69% | 76,628,194.32 | 76% | 82,167,632.95 | 82% | 100,230,029.87 |
| KPMG LLP | - | 0% | - | 0% | - | 0% | - | 0% | 586,216.14 |
| Richards, Layton & Finger, P.A. (E-Side allocated)* | 1,108,810.84 | 51% | 1,642,379.60 | 76% | 1,815,611.62 | 84% | 1,957,392.25 | 90% | 2,167,477.50 |
| Richards, Layton & Finger, P.A. (E- Side unallocated)* | 2,217,621.69 | 50% | 3,334,528.29 | 75% | 3,686,241.77 | 83% | 3,974,099.42 | 90% | 4,438,056.50 |
| Richards, Layton & Finger, P.A. E- Side TOTAL | 3,326,432.53 | 50% | 4,976,907.89 | 75% | 5,501,853.39 | 83% | 5,931,491.67 | 90% | 6,605,534.00 |
| Shaw Fishman Glantz & Towbin LLC (through 12/7/2015, 10/31/2016, 1/31/2017, and 3/31/2017, respectively) | - | 0% | 23,183.36 | 72% | 31,353.89 | 97% | 31,353.89 | 97% | 32,159.89 |
| Thompson & Knight LLP (through 5/1/2016) | 2,436,938.92 | 73% | 3,199,284.04 | 96% | 3,199,284.04 | 96% | 3,199,284.04 | 96% | 3,326,447.24 |
| **Total Debtor Professional Fees & Expenses** | 126,355,628.14 | 61% | 169,735,006.84 | 82% | 180,122,720.85 | 87% | 186,852,774.85 | 90% | 207,980,750.64 |
| **Total Debtor Professional Fees & Expenses Less Allocated Fees & Expenses^ [Allocation Mot. IV.A]** | 64,833,590.58 | 61% | 98,704,547.06 | 94% | 101,647,561.02 | 96% | 102,696,395.76 | 97% | 105,551,083.38 |
| *E-Side Committee Professionals* | | | | | | | | | |
| AlixPartners LLP | 2,255,725.35 | 64% | 3,505,317.81 | 99% | 3,513,491.81 | 99% | 3,525,445.31 | 99% | 3,543,795.31 |
| Guggenheim Securities LLC (through 8/31/2016, 12/31/2016, and 12/31/2017, respectively) | 2,558,953.27 | 18% | 5,599,978.11 | 40% | 6,599,978.11 | 47% | 6,599,978.11 | 47% | 14,152,847.45 |
| Montgomery, McCracken, Walker & Rhoads LLP | 1,773,663.11 | 30% | 5,193,550.19 | 89% | 5,328,248.98 | 91% | 5,440,633.68 | 93% | 5,839,803.50 |
| Sullivan & Cromwell LLP | 12,115,088.84 | 50% | 22,642,907.99 | 93% | 23,048,711.25 | 94% | 23,222,406.71 | 95% | 24,469,360.91 |
| **Total E-Side Committee Professional Fees & Expenses [Allocation Mot. III.A]** | 18,703,430.57 | 39% | 36,941,754.10 | 77% | 38,490,430.15 | 80% | 38,788,463.81 | 81% | 48,005,807.17 |
| **GRAND TOTAL** | 145,059,058.71 | 57% | 206,676,760.94 | 81% | 218,613,150.99 | 85% | 225,641,238.65 | 88% | 255,986,557.83 |

**Notes**

§Unless otherwise indicated this column reflects all amounts approved through and including the interim fee application for the period ending August 31, 2015.

*Unless otherwise indicated this column reflects all amounts approved through and including the interim fee application for the period ending August 31, 2016.

‡Unless otherwise indicated this column reflects all amounts approved through and including the interim fee application for the period ending December 31, 2016.

∞ Unless otherwise indicated this column reflects all amounts approved through and including the interim fee application for the period ending December 31, 2016, plus amounts requested in the January, February, and March 2017 monthly fee applications.

• These amounts represent what Evercore has proposed to allocate to both EFH and EFIH in its interim fee applications; this chart otherwise assumes Evercore fees and expenses have not been allocated between the two entities. Evercore has not yet submitted a final fee application. The total amounts are current as of Evercore's last monthly fee application on November 29, 2017, which is for servcies through August 31, 2016.

† These amounts are amounts Kirkland & Ellis proposed to allocate to EFH and EFIH (as applicable) in its interim fee applications.

* The allocated and unallocated RLF fees and expenses are based on the total amount in RLF fee applications multiplied by the following ratio: the total amount RLF has requested in its final fee application less any amounts allocated to TCEH, over the total amount RLF has requested in its final fee application.

^ These figures reflect the Debtors' professional fees and expenses less (i) Kirkland & Ellis's E-Side Direct Benefit fees; (ii) Kirkland & Ellis's E-Side Collective Benefit fees; (iii) RLF's fees allocated to either EFH or EFIH, respectively; and (iv) Shaw's fees allocated to either EFH or EFIH, respectively.