# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>    *Debtors.* | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>) |

## ORDER GRANTING JOINT MOTION OF
## UMB BANK, N.A., AS INDENTURE TRUSTEE, AND
## ELLIOTT TO FIX APPROPRIATE ALLOCATION OF CERTAIN
## RESERVES AND EXPENSES AS BETWEEN THE EFH AND EFIH DEBTORS

Upon consideration of the Allocation Motion[2] of the Movants for entry of an order fixing an appropriate allocation of certain reserves and administrative expenses incurred in these chapter 11 cases as between the estate of EFH and the estate of EFIH; and the Court having jurisdiction to consider the Allocation Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Allocation Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and due and proper notice of the Allocation Motion having been provided to the necessary parties; and it appearing that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Allocation Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore; and all objections or responses to the Allocation Motion having been overruled,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Allocation Motion.

**IT IS HEREBY ORDERED THAT**:

1. The Allocation Motion is GRANTED as set forth herein.

2. The Material Administrative Expense Claims shall be allocated as follows: (i) NextEra Termination Fee Claims: 50% EFH and 50% EFIH; (ii) E-Side Committee Professional Fee Claims: 70% EFH and 30% EFIH; (iii) the Debtors' Professional Fee Claims: 50% EFH and 50% EFIH; and (iv) Elliott Substantial Contribution Claim: 30% EFH and 70% EFIH.

3. Notwithstanding any Bankruptcy Rule to the contrary, this Order shall be immediately effective and enforceable upon its entry.

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

Dated: _____, 2018
         Wilmington, Delaware

_____
HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE