## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) ) | Case No. 14-10979 (CSS) |
| *Debtors.* | ) ) ) ) | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

| STATE OF DELAWARE | § | |
| | § | SS: |
| NEW CASTLE COUNTY | § | |

Larry Morton, being duly sworn according to law, deposes and says that he is employed by Bayard, P.A., co-counsel for Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and UMB Bank, N.A., as successor Indenture Trustee in the above-captioned cases and that on the 14th day of May, 2018, he caused copies of the following pleading to be served upon the parties listed on Exhibit A via first class mail:

- **Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliot to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13102]**

_____
Larry Morton

*SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: May 14, 2018

_____
Notary Public

{BAY:03281466v1}

# <u>Exhibit A</u>

{BAY:03281466v1}

Master Service List (as of 04/04/2018 06:00:30)

ABRAMS & BAYLISS LLP
(COUNSEL TO GOLDMAN SACHS)
KEVIN G ABRAMS & JOHN M SEAMAN
20 MONTCHANIN RD STE 200
WILMINGTON, DE 19807

AKERMAN LLP
(COUNSEL TO SIEMENS)
ATTN: ANDREA S HARTLEY ESQ
98 SE 7TH ST STE 1100
MIAMI, FL 33131

ALDINE INDEPENDENT SCHOOL DISTRICT
ATTN: COURTENEY F HARRIS ESQ
14910 ALDINE WESTFIELD RD
HOUSTON, TX 77032

AMERICAN STOCK TRANSFER & TRUST CO LLC
ATTN: GENERAL COUNSEL
6201 15TH AVE
BROOKLYN, NY 11219

AMERICAN STOCK TRANSFER & TRUST CO LLC
ATTN: PAUL KIM
6201 15TH AVE
BROOKLYN, NY 11219

ASHBY & GEDDES PA
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
AD HOC COMMITTEE OF TCEH SECOND LIEN NOTEHOLDERS
ATTN: WILLIAM BOWDEN & GREGORY TAYLOR ESQ
PO BOX 1150
WILMINGTON, DE 19899

BAKER BOTTS LLP
(COUNSEL TO CENTERPOINT)
ATTN: JAMES PRINCE; OMAR J ALANIZ
2001 ROSS AVE
DALLAS, TX 75201-2980

BALLARD SPAHR LLP
(COUNSEL TO LOUISIANA ENERGY & URENCO)
ATTN: MATTHEW G SUMMERS ESQ
919 N MARKET ST 11TH FL
WILMINGTON, DE 19801

BARNES & THORNBURG LLP
(COUNSEL TO GATX CORPORATION)
ATTN: KEVIN G COLLINS ESQ
1000 N WEST ST STE 1500
WILMINGTON, DE 19801

BARNES & THORNBURG LLP
(COUNSEL TO GATX CORPORATION)
ATTN: DAVID M POWLEN ESQ
1000 N WEST ST STE 1500
WILMINGTON, DE 19801

BARNES & THORNBURG LLP
(COUNSEL TO GATX)
ATTN: KEVIN C DRISCOLL JR ESQ
1 N WACKER DR STE 4400
CHICAGO, IL 60606-2833

BAYARD PA
(COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE
UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE)
ATTN: NEIL GLASSMAN ESQ
600 N. KING ST., 4TH FLOOR
WILMINGTON, DE 19801

BAYARD PA
(COUNSEL TO ELLIOTT)
ATTN: SCOTT D COUSINS, ERIN R FAY, EVAN T MILLER
600 N. KING STREET, 4TH FLOOR
WILMINGTON, DE 19801

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
(COUNSEL TO THERMO FISHER)
ATTN: KEVIN M. CAPUZZI
222 DELAWARE AVE STE 801
WILMINGTON, DE 19801-1611

BIELLI & KLAUDER LLC
(COUNSEL TO ENERGY FUTURE HOLDINGS CORP)
ATTN: DAVID M KLAUDER ESQ &
CORY P STEPHENSON ESQ
1204 N KING STREET
WILMINGTON, DE 19801

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT)
ATTN: MICHAEL DEBAECKE; STANLEY TARR
1201 MARKET ST STE 800
WILMINGTON, DE 19801

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT)
ATTN: MICHAEL B SCHAEDLE ESQ
130 N 18TH ST (ONE LOGAN SQUARE)
PHILADELPHIA, PA 19103-6998

BRAUNHAGEY & BORDEN LLP
(COUNSEL TO ELLIOTT, LIVERPOOL & PALOMA PARTNERS)
ATTN: J. NOAH HAGEY & KIM BERGER
220 SANSOME STREET, 2ND FLOOR
SAN FRANCISCO, CA 94014

BRAUNHAGEY & BORDEN LLP
(COUNSEL TO ELLIOTT, LIVERPOOL & PALOMA PARTNERS)
ATTN: AMY BROWN
7 TIMES SQUARE, 27TH FLOOR
NEW YORK, NY 10036-6524

BROWN & CONNERY LLP
(COUNSEL TO SAP INDUSTRIES INC)
ATTN: DONALD K LUDMAN
6 NORTH BROAD ST STE 100
WOODBURY, NJ 08096

Master Service List (as of 04/04/2018 06:00:30)

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: EDWARD WEISFELNER ESQ
7 TIMES SQUARE
NEW YORK, NY 10036

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: JEFFREY JONAS, ANDREW STREHLE
ONE FINANCIAL CENTER
BOSTON, MA 02111

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: HOWARD SIEGEL ESQ
185 ASYLUM ST
HARTFORD, CT 06103

BROWN RUDNICK LLP
ATTN: JEREMY B. COFFEY
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BRYAN CAVE LLP
(COUNSEL TO EFIH SECOND LIEN TRUSTEE)
ATTN: STEPHANIE WICKOUSKI; LAITH J HAMDAN
1290 6TH AVE #33
NEW YORK, NY 10104-3300

BRYAN CAVE LLP
ATTN: ROBERT E PEDERSEN ESQ
1290 6TH AVE #33
NEW YORK, NY 10104-3300

BUCHALTER NEMER, A PROFESSIONAL LAW CORP
(COUNSEL TO ORACLE)
ATTN: SHAWN M CHRISTIANSON ESQ
55 SECOND ST STE 1700
SAN FRANCISCO, CA 94105-3493

BUCHANAN INGERSOLL & ROONEY PC
(COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP)
ATTN: KATHLEEN A. MURPHY
919 N MARKET ST STE 1500
WILMINGTON, DE 19801

CADWALADER WICKERSHAM & TAFT LLP
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC)
ATTN: HOWARD HAWKINS JR; ELLEN M HALSTEAD
MICHELE MAMAN & THOMAS J CURTIN ESQS.
200 LIBERTY
NEW YORK, NY 10281

CADWALADER WICKERSHAM & TAFT LLP
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO DEF. MORGAN STANLEY, FPL, INDIAN MESA)
ATTN: MARK C ELLENBERG ESQ
700 6TH STREET, N.W.
WASHINGTON, DC 20001

CAPLIN & DRYSDALE, CHARTERED
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO FENICLE, FAHY, AND JONES; HEINZMANN)
ATTN: LESLIE M KELLEHER ESQ & JEANNA KOSKI ESQ
ONE THOMAS CIRCLE, NW, STE 1100
WASHINGTON, DC 20005-5802

CHADBOURNE & PARKE LLP
(COUNSEL TO NEXTERA ENERGY RESOURCES LLC)
ATTN: HOWARD SEIFE, DAVID M LEMAY AND
CHRISTY RIVERA ESQS
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6022

CHIPMAN BROWN CICERO & COLE LLP
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE)
ATTN: WILLIAM E CHIPMAN JR, MARK D OLIVERE
HERCULES PLAZA
1313 N MARKET ST STE 5400
WILMINGTON, DE 19801

CIARDI CIARDI & ASTIN
(COUNSEL TO TXU 2007-1 RAILCAR, RED BALL)
ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR
1204 N KING STREET
WILMINGTON, DE 19801

CITIBANK N.A.
ATTN: OWEN COYLE
1615 BRETT ROAD, OPS III
NEW CASTLE, DE 19720

CITIBANK N.A.
ATTN: ZORI MIGLIORINI
388 GREENWICH ST 21ST FL
NEW YORK, NY 10013

CITIBANK N.A.
ATTN: ERIC O LIGAN, VICE PRESIDENT
388 GREENWICH ST 32ND FL
NEW YORK, NY 10013

CITIBANK N.A.
BANK LOAN SYNDICATIONS DEPARTMENT
1615 BRETT ROAD, BUILDING III
NEW CASTLE, DE 19720

CITIBANK N.A.
ATTN: RYAN FALCONER
388 GREENWICH STREET
NEW YORK, NY 10013

CITY OF FORT WORTH
ATTN: CHRISTOPHER B. MOSLEY
1000 THROCKMORTON ST
FORT WORTH, TX 76102

CLEARY GOTTLIEB STEEN & HAMILTON LLP
(COUNSEL TO J ARON & COMPANY)
ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID
ONE LIBERTY PLAZA
NEW YORK, NY 10006

COHEN & GRIGSBY, PC
(COUNSEL TO NOVA CHEMICALS INC)
ATTN: THOMAS D. MAXSON
625 LIBERTY AVE
PITTSBURGH, PA 15222-3152

COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX
OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: RACHEL OBALDO & JOHN MARK STERN
PO BOX 12548
AUSTIN, TX 78711-2548

COMPUTERSHARE TRUST COMPANY NA
ATTN: MICHAEL A SMITH VP
2950 EXPRESS DRIVE S STE 210
ISLANDIA, NY 11749

COMPUTERSHARE TRUST COMPANY OF CANADA
ATTN: ALESSANDRA PANSERA
1500, ROBERT-BOURASSA BLVD., 7TH FLOOR
MONTREAL, QC H3A 3S8
CANADA

COWLES & THOMPSON
(COUNSEL TO ATMOS ENERGY CORPORATION)
ATTN: STEPHEN C STAPLETON
BANK OF AMERICA PLAZA
901 MAIN ST STE 3900
DALLAS, TX 75202

COZEN O'CONNOR
(COUNSEL TO J ARON & COMPANY)
ATTN: MARK E. FELGER
1201 N MARKET ST STE 1001
WILMINGTON, DE 19801

CRAVATH SWAINE & MOORE LLP
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING
COMPANY LLC/EFIH)
ATTN: MICHAEL A PASKIN ESQ
WORLDWIDE PLAZA
825 EIGHTH AVE
NEW YORK, NY 10019-7475

DAVIS POLK & WARDWELL LLP
(COUNSEL TO GOLDMAN SACHS ET AL)
ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY;
ELLIOT MOSKOWITZ; DAMON MEYER
450 LEXINGTON AVE
NEW YORK, NY 10017

DECHERT LLP
(COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP)
ATTN: MICHAEL J SAGE & ANDREW C HARMEYER
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6797

DECHERT LLP
(COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP)
ATTN: G. ERIC BRUNSTAD JR
90 STATE HOUSE SQUARE
HARTFORD, CT 06103-3702

DEUTSCHE BANK
ATTN: MARCUS M TARKINGTON
60 WALL STREET (NYCC60-0266)
NEW YORK, NY 10005-2836

DLA PIPER LLP (US)
(COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC)
ATTN: ASHLEY R. ALTSCHULER; R.CRAIG MARTIN
1201 N MARKET ST STE 2100
WILMINGTON, DE 19801

DORSEY & WHITNEY DELAWARE LLP
(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)
ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD &
ALESSANDRA GLORIOSO
300 DELAWARE AVE STE 1010
WILMINGTON, DE 19801

DRINKER BIDDLE & REATH LLP
(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)
ATTN: ROBERT K. MALONE
222 DELAWARE AVE STE 1410
WILMINGTON, DE 19801-1621

DYKEMA GOSSETT PLLC
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE)
ATTN: JEFFREY R FINE ESQ
1717 MAIN ST STE 4200
DALLAS, TX 75201

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
ATTN: RONALD L ROWLAND ESQ, AGENT
305 FELLOWSHIP RD STE 100
MOUNT LAUREL, NJ 08054-1232

ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: ANDREW M WRIGHT
1601 BRYAN ST 43RD FL
DALLAS, TX 75201

EVERSHEDS SUTHERLAND (US) LLP
(COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY NO 1)
ATTN: LINO MENDIOLA III
ONE AMERICAN CENTER
600 CONGRESS AVE STE 2000
AUSTIN, TX 78701

FOLEY & LARDNER LLP
(COUNSEL TO UMB BANK, INDENTURE TRUSTEE)
ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ
LARS PETERSON ESQ
321 N CLARK ST STE 2800
CHICAGO, IL 60654-5313

FOX ROTHSCHILD LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS)
ATTN: JEFFREY SCHLERF; L. JOHN BIRD
919 N MARKET ST STE 300
WILMINGTON, DE 19801

FOX ROTHSCHILD LLP
(COUNSEL TO SEMPRA)
ATTN: JEFFREY M SCHLERF & CARL NEFF
919 N MARKET ST STE 300
WILMINGTON, DE 19801

FRANKGECKER LLP
(COUNSEL TO EXPERIAN; THE PI LAW FIRMS/ASBESTOS)
ATTN: JOSEPH D FRANK ESQ AND REED HEILIGMAN ESQ
325 N LASALLE ST STE 625
CHICAGO, IL 60654

FRANKGECKER LLP
(COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS)
ATTN: FRANCES GECKER ESQ
325 N LASALLE ST STE 625
CHICAGO, IL 60654

FRESHFIELDS BRUCKHAUS DERINGER US LLP
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP)
ATTN: SCOTT TALMADGE, ABBEY WALSH
601 LEXINGTON AVE 31ST FL
NEW YORK, NY 10022

FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
(COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO)
ATTN: BRAD E SCHELER ESQ, GARY L KAPLAN ESQ
MATTHEW M ROOSE ESQ
1 NEW YORK PLAZA
1 FDR DRIVE
NEW YORK, NY 10004

FRIEDLANDER & GORRIS P.A.
(COUNSEL TO ELLIOT, LIVERPOOL & PALOMA PARTNERS)
ATTN: JEFFREY GORRIS & CHRISTOPHER QUINN
1201 N. MARKET ST., SUITE 2200
WILMINGTON, DE 19801

GARDERE WYNNE SEWELL LLP
(COUNSEL TO ROMCO EQUIPMENT CO)
ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN
1000 LOUISIANA, STE 3400
HOUSTON, TX 77002

GAY MCCALL ISAACKS GORDON & ROBERTS PC
(COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT &
CITY OF GARLAND)
ATTN: DUSTIN L BANKS ESQ
1919 S SHILOH RD STE 310 LB 40
GARLAND, TX 75042

GAY MCCALL ISAACKS GORDON & ROBERTS PC
(COUNSEL TO COLLIN COUNTY)
ATTN: DAVID MCCALL ESQ
777 E 15TH ST
PLANO, TX 75074

GELLERT SCALI BUSENKELL & BROWN LLC
(COUNSEL TO AURELIUS & SUNRISE PARTNERS LTD PART.)
ATTN: MICHAEL G. BUSENKELL
1201 N ORANGE ST STE 300
WILMINGTON, DE 19801

GELLERT SCALI BUSENKELL & BROWN, LLC
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP)
ATTN: EVAN W RASSMAN
1201 N ORANGE ST STE 300
WILMINGTON, DE 19801

GIBSON DUNN & CRUTCHER LLP
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE)
ATTN: JEFFREY KRAUSE, MICHAEL NEUMEISTER
DANIEL DENNY
333 S GRAND AVE
LOS ANGELES, CA 90071-3197

GILLESPIE SANFORD LLP
*** CONSENTED TO ELECTRONIC SERVICE ***
ATTN: HAL K GILLESPIE
(COUNSEL TO IBEW LOCAL 2337 - MEMBER CHRIS MORRIS)
4925 GREENVILLE AVE, SUITE 200
DALLAS, TX 75206

GLAST PHILLIPS & MURRAY PC
(COUNSEL TO RED BALL OXYGEN COMPANY)
ATTN: JONATHAN L HOWELL PLLC
14801 QUORUM DR STE 500
DALLAS, TX 75254

GOODWIN PROCTER LLP
(COUNSEL TO AURELIUS CAPITAL)
ATTN: WILLIAM WEINTRAUB
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018

GORI JULIAN & ASSOCIATES PC
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO JOHN H JONES)
ATTN: BARRY JULIAN ESQ AND BETH GORI ESQ
156 N MAIN ST
EDWARDSVILLE, IL 62025

GREER HERZ & ADAMS LLP
(COUNSEL TO SOMERVELL CAD)
ATTN: ANDREW J MYTELKA ESQ, MICHAEL ADAMS ESQ
J SCOTT ANDREWS ESQ, JAMES M ROQUEMORE ESQ
1 MOODY PLAZA 18TH FL
GALVESTON, TX 77550

GREGORY D WILLARD ESQ
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO AUTOMATIC SYSTEMS INC)
7339 WESTMORELAND DRIVE
SAINT LOUIS, MO 63130-4241

HAYNES AND BOONE LLP
(COUNSEL TO AIRGAS USA LLC)
ATTN: TREVOR HOFFMANN ESQ
30 ROCKEFELLER CTR 26TH FL
NEW YORK, NY 10112

HAYNES AND BOONE LLP
(COUNSEL TO AIRGAS USA LLC)
ATTN: PATRICK L HUGHES
1221 MCKINNEY ST STE 2100
HOUSTON, TX 77010

HAYNES AND BOONE LLP
(COUNSEL TO BNSF RAILWAY COMPANY)
ATTN: IAN T PECK ESQ
2323 VICTORY AVE STE 700
DALLAS, TX 75219

HINCKLEY ALLEN
(COUNSEL TO INVENSYS SYSTEMS INC)
ATTN: JENNIFER V. DORAN
28 STATE ST
BOSTON, MA 02109

HOGAN MCDANIEL
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO THE RICHARDS GROUP; PI LAW FIRMS/
ASBESTOS CLAIMANTS; JOHN H JONES)
ATTN: DANIEL K HOGAN ESQ AND GARVIN F MCDANIEL ESQ
1311 DELAWARE AVE
WILMINGTON, DE 19806

HOGAN MCDANIEL
(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)
ATTN: GARVAN F MCDANIEL ESQ
1311 DELAWARE AVE
WILMINGTON, DE 19806

HOGAN MCDANIEL
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO DAVID HEINZMANN)
ATTN: DANIEL K HOGAN ESQ
1311 DELAWARE AVE
WILMINGTON, DE 19806

HOLLAND & KNIGHT LLP
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS)
ATTN: PHILIP EVANS ESQ
800 17TH ST NW STE 1100
WASHINGTON, DC 20006

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
OGDEN, UT 84201

JACKSON WALKER LLP
(COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT)
ATTN: J. SCOTT ROSE
WESTON CENTRE
112 E PECAN ST STE 2400
SAN ANTONIO, TX 78205

JACKSON WALKER LLP
(COUNSEL TO MILAM APPRAISAL DISTRICT)
ATTN: BRUCE J RUZINSKY ESQ &
MATTHEW D CAVENAUGH ESQ
1401 MCKINNEY ST STE 1900
HOUSTON, TX 77010

JENNER & BLOCK
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING CO/
EFIH)
ATTN: RICHARD LEVIN, ESQ.
919 THIRD AVENUE
NEW YORK, NY 10022-3908

JENNER & BLOCK
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING CO/
EFIH)
ATTN: VINCENT E LAZAR ESQ
353 N CLARK ST
CHICAGO, IL 60654

KASOWITZ BENSON TORRES LLP
(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)
ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN
1633 BROADWAY
NEW YORK, NY 10019

KELLEY DRYE & WARREN LLP
(COUNSEL TO CSC TRUST OF DE)
ATTN: JAMES CARR, BENJAMINN FEDER & BERT SAYDAH
101 PARK AVENUE
NEW YORK, NY 10178

KELLY HART & HALLMAN LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ
KATHERINE THOMAS ESQ
201 MAIN ST STE 2500
FORT WORTH, TX 76102

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: EDWARD SASSOWER PC, STEPHEN HESSLER ESQ
BRIAN E SCHARTZ ESQ
601 LEXINGTON AVE
NEW YORK, NY 10022

KIRKLAND & ELLIS LLP
(COUNSEL TO EFHC DEBTORS)
ATTN: JAMES H.M. SPRAYREGEN PC
CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ
300 N LASALLE
CHICAGO, IL 60654

KLEHR HARRISON HARVEY BRANZBURG LLP
(COUNSEL TO UMB BANK N.A. INDENTURE TRUSTEE)
ATTN: RAYMOND H LEMISCH ESQ
919 MARKET ST STE 1000
WILMINGTON, DE 19801

KRAMER LEVIN NAFTALIS & FRANKEL LLP
(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)
ATTN: THOMAS MOERS MAYER, GREGORY A HOROWITZ
JOSHUA K BRODY; PHILIP BENTLEY
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

LACKEY HERSHMAN LLP
(COUNSEL TO THE RICHARDS GROUP INC)
ATTN: JAMIE R WELTON ESQ
3102 OAK LAWN AVE STE 777
DALLAS, TX 75219

LANDIS RATH & COBB LLP
(COUNSEL TO MARATHON MGMT, ALCOA AND
NEXTERA ENERGY RESOURCES)
ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ
919 MARKET ST STE 1800
WILMINGTON, DE 19801

LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: FRANK GODINO, VP
801 2ND AVE RM 403
NEW YORK, NY 10017-8664

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
(COUNSEL TO TARGA GAS; KINDER MORGAN; NAT GAS
PIPELINE OF AMERICA; EL PASO NAT GAS)
ATTN: PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE CT
NAVASOTA, TX 77868

LAW OFFICES OF ROBERT E LUNA PC
(COUNSEL TO CARROLLTON-FARMERS BRANCH ISD)
ATTN: ROBERT E LUNA ESQ
4411 N CENTRAL EXPY
PMB 271
DALLAS, TX 75205-3017

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO TARRANT & DALLAS COUNTY)
ATTN: ELIZABETH WELLER ESQ
2777 N STEMMONS FWY STE 1000
DALLAS, TX 75207

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES)
ATTN: JOHN P DILLMAN ESQ
4828 LOOP CENTRAL DR, STE 600
HOUSTON, TX 77081

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD,
ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY,
ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY)
ATTN: DIANE WADE SANDERS
2700 VIA FORTUNA DR STE 500
AUSTIN, TX 78746

LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: GEOFFREY GAY ESQ
816 CONGRESS AVE STE 1900
AUSTIN, TX 78701

LOCKE LORD LLP
(COUNSEL TO BP AMERICA PRODUCTION CO)
ATTN: C. DAVIN BOLDISSAR ESQ
601 POYDRAS ST STE 2660
NEW ORLEANS, LA 70130

LOCKE LORD LLP
(COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT)
ATTN: PHILIP EISENBERG ESQ
2800 JPMORGAN CHASE TOWER
600 TRAVIS
HOUSTON, TX 77002

MANION GAYNOR & MANNING LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: MARC PHILLIPS ESQ
THE NEMOURS BUILDING
1007 N ORANGE ST 10TH FL
WILMINGTON, DE 19801

MARGOLIS EDELSTEIN
(COUNSEL TO URS ENERGY & CONSTRUCTION INC)
ATTN: JAMES E HUGGETT & AMY D BROWN
300 DELAWARE AVE STE 800
WILMINGTON, DE 19801

MASLON EDELMAN BORMAN & BRAND LLP
(COUNSEL TO US BANK NATIONAL ASSOCIATION)
ATTN: CLARK T WHITMORE, ANA CHILINGARISHVILI
90 S 7TH ST STE 3300
MINNEAPOLIS, MN 55402-4140

MCCREARY VESELKA BRAGG & ALLEN PC
(COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS)
ATTN: LEE GORDON
700 JEFFREY WAY STE 100
ROUND ROCK, TX 78665

MCELROY DEUTSCH MULVANEY & CARPENTER LLP
(COUNSEL TO TCEH DEBTORS)
ATTN: DAVID P PRIMACK ESQ
300 DELAWARE AVE STE 770
WILMINGTON, DE 19801

MCKOOL SMITH
(COUNSEL TO ALCOA)
ATTN: PAUL D MOAK ESQ
600 TRAVIS ST STE 7000
HOUSTON, TX 77002

MICHAEL G. SMITH
(COUNSEL TO VALERO TEXAS POWER MARKETING INC)
9857 N 2210 RD
ARAPAHO, OK 73620-2123

MILBANK TWEED HADLEY & MCCLOY LLP
(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)
ATTN: DENNIS F DUNNE ESQ, EVAN R FLECK ESQ
28 LIBERTY ST
NEW YORK, NY 10005-1413

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY, MO 65105-0475

MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
(COUNSEL TO EFH CREDITORS COMMITTEE)
ATTN: NATALIE RAMSEY, DAVIS LEE WRIGHT, MARK FINK
SIDNEY LIEBESMAN
1105 N MARKET ST 15TH FL
WILMINGTON, DE 19801

MORGAN LEWIS & BOCKIUS LLP
(COUNSEL TO PIMCO)
ATTN: JULIA FROST-DAVIES ESQ, C. CARTER ESQ
ONE FEDERAL ST
BOSTON, MA 02110-1726

MORRIS JAMES LLP
(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)
ATTN: STEPHEN M MILLER ESQ
PO BOX 2306
WILMINGTON, DE 19899-2306

MORRIS NICHOLS ARSHT & TUNNELL LLP
(COUNSEL TO THE 'EFH EQUITY INTEREST HOLDERS')
ATTN: ANDREW REMMING
1201 N MARKET ST STE 1600
WILMINGTON, DE 19801

MORRISON & FOERSTER LLP
(COUNSEL TO TCEH CREDITORS COMMITTEE)
ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ
LORENZO MARINUZZI ESQ
250 W 55TH ST
NEW YORK, NY 10019

MUNGER TOLLES & OLSON LLP
(COUNSEL TO TCEH DEBTORS)
ATTN: THOMAS B WALPER ESQ, TODD J ROSEN ESQ;
SETH GOLDMAN ESQ; JOHN W SPIEGEL ESQ
350 S GRAND AVE 50TH FL
LOS ANGELES, CA 90071

MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/
ERCOT)
ATTN: KEVIN M LIPPMAN ESQ
500 N AKARD ST STE 3800
DALLAS, TX 75201-6659

NAMAN HOWELL SMITH & LEE PLLC
(COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC)
ATTN: KERRY L HALIBURTON ESQ
PO BOX 1470
WACO, TX 76703-1470

NELSON MULLINS RILEY & SCARBOROUGH LLP
(COUNSEL TO MICHELIN NORTH AMERICA INC)
ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN
1320 MAIN ST 17TH FL
PO BOX 11070 (29211)
COLUMBIA, SC 29201

NIXON PEABODY
(COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO)
ATTN: RICHARD C PEDONE ESQ; AMANDA D DARWIN ESQ
100 SUMMER ST
BOSTON, MA 02110

O'KELLY & ERNST LLC
(COUNSEL TO FIDELITY)
ATTN: MICHAEL J JOYCE ESQ
901 N MARKET ST 10TH FL
WILMINGTON, DE 19801

O'MELVENY & MYERS LLP
(COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC)
ATTN: GEORGE A. DAVIS
7 TIMES SQUARE
NEW YORK, NY 10036

O'MELVENY & MYERS LLP
(COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD)
ATTN: PETER FRIEDMAN ESQ AND ANDREW SORKIN ESQ
1625 EYE ST, NW
WASHINGTON, DC 20006

O'MELVENY & MYERS LLP
(COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD)
ATTN: DANIEL S SHAMAH ESQ
7 TIMES SQUARE
NEW YORK, NY 10036

OFFICE OF THE TEXAS ATTORNEY GENERAL
(COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS)
ATTN: HAL MORRIS & ASHLEY BARTRAM, BANKRUPTCY
PO BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE TEXAS ATTORNEY GENERAL
(COUNSEL TO TEXAS COMMISSION ON
ENVIRONMENTAL QUALITY & RAILROAD COMMISSION)
ATTN: HAL F MORRIS & ASHLEY BARTRAM, BANKRUPTCY
PO BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DAVID C WEISS
PO BOX 2046
WILMINGTON, DE 19899-2046

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L. SCHEPACARTER
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207 - LOCKBOX #35
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: ANDREA SCHWARTZ
201 VARICK ST STE 1006
NEW YORK, NY 10014

ONCOR
*** CONSENTED TO ELECTRONIC SERVICE ***
C/O PAT VILLAREAL LAW
ATTN: PATRICIA VILLAREAL

PACHULSKI STANG ZIEHL & JONES LLP
(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR
COMPUTERSHARE TRUST CO)
ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN
PO BOX 8705
WILMINGTON, DE 19899

PATTERSON BELKNAP WEBB & TYLER LLP
(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)
ATTN: DANIEL A LOWENTHAL ESQ; CRAIG W DENT ESQ
BRIAN P GUINEY ESQ
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6710

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)
ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN
JACOB ADLERSTEIN
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PENSION BENEFIT GUARANTY CORPORATION (PBGC)
OFFICE OF THE CHIEF COUNSEL
ATTN: DESIREE M AMADOR, ATTY
1200 K STREET, NW
WASHINGTON, DC 20005-4026

PENSION BENEFIT GUARANTY CORPORATION (PBGC)
ATTN: JON CHATALIAN
OFFICE OF THE CHIEF COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO SOMERVELL COUNTY ET AL)
ATTN: ELIZABETH BANDA CALVO ESQ
500 E BORDER ST STE 640
ARLINGTON, TX 76010

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO GALENA PARK ISD)
ATTN: OWEN M SONIK ESQ
1235 N LOOP WEST STE 600
HOUSTON, TX 77008

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM
HOSPITAL DISTRICT & NORTH CENTRAL TEXAS
COLLEGE DISTRICT)
ATTN: JEANMARIE BAER
PO BOX 8188
WICHITA FALLS, TX 76307

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO ISD: CAMERON, THORNDALE, BUCKHOLTS,
COPPERAS COVE, MCALLEN; HIDALGO COUNTY ET AL)
ATTN: JOHN T BANKS ESQ
3301 NORTHLAND DR STE 505
AUSTIN, TX 78731

PERKINS COIE LLP
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE
UNDER TCEH 11.5% SENIOR SECURED NOTES INDENTURE)
ATTN: TINA N MOSS ESQ
30 ROCKEFELLER PLAZA 22ND FL
NEW YORK, NY 10112-0015

PINCKNEY WEIDINGER URBAN & JOYCE LLC
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO AUTOMATIC SYSTEMS INC)
ATTN: GREGORY T. DONILON, ESQ.
3711 KENNETT PIKE, SUITE 210
GREENVILLE, DE 19807

POLSINELLI PC
(COUNSEL TO TCEH CREDITORS COMMITTEE)
ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ
SHANTI KATONA ESQ
222 DELAWARE AVE STE 1101
WILMINGTON, DE 19801

POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY LLP
(COUNSEL TO TARRANT REGIONAL WATER DISTRICT &
NORTH TEXAS MUNICIPAL WATER DISTRICT)
ATTN: MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT
500 W 7TH ST STE 600
FORT WORTH, TX 76102

POTTER ANDERSON & CORROON LLP
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO CITIBANK)
ATTN: JEREMY W RYAN, R. STEPHEN MCNEILL
1313 N MARKET ST 6TH FL
PO BOX 951
WILMINGTON, DE 19801

PROSKAUER ROSE LLP
(OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP)
ATTN: JEFF J MARWIL, MARK K THOMAS, PETER J YOUNG
70 W MADISON ST #3800
CHICAGO, IL 60602

PURDUE AWSUMB & BAUDLER PA
(COUNSEL TO BARR ENGINEERING CO)
ATTN: AMY R BAUDLER
4300 MARKETPOINTE DRIVE, STE 240
MINNEAPOLIS, MN 55435

QUARLES & BRADY LLP
(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)
ATTN: JOHN A HARRIS
RENAISSANCE ONE
TWO N CENTRAL AVE
PHOENIX, AZ 85004-2391

REED SMITH LLP
(COUNSEL TO THE BANK OF NEW YORK MELLON AND THE
BANK OF NEW YORK MELLON TRUST COMPANY NA AS
INDENTURE TRUSTEES)
ATTN: KURT F GWYNNE ESQ
1201 MARKET ST STE 1500
WILMINGTON, DE 19801

REED SMITH LLP
(COUNSEL TO THE BONY MELLON SOLELY IN ITS CAPACITY
AS TTEE UNDER ENUMERATED TRUST INDENTURE TRUSTEES)
ATTN: ROBERT P SIMONS ESQ
REED SMITH CENTRE
225 5TH AVE
PITTSBURGH, PA 15222

RICHARDS LAYTON & FINGER
(CO-COUNSEL TO EFHC DEBTORS)
ATTN: MARK D COLLINS ESQ
DANIEL J DEFRANCESCHI ESQ
JASON M MADRON ESQ
920 N KING ST
WILMINGTON, DE 19801

RIDDELL WILLIAMS P.S.
(COUNSEL TO MICROSOFT)
ATTN: JOSEPH E SHICKICH JR
1001 - 4TH AVE STE 4500
SEATTLE, WA 98154

ROPES & GRAY LLP
ATTN: MARK R SOMERSTEIN
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

ROPES & GRAY LLP
(COUNSEL TO ELLIOTT)
ATTN: KEITH WOFFORD, GREGG GALARDI, D ROSS MARTIN
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

ROSS ARONSTAM & MORITZ LLP
(COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD)
ATTN: BRADLEY ARONSTAM, BENJAMIN SCHLADWEILER ESQS
100 S WEST ST STE 400
WILMINGTON, DE 19801

SATTERLEE STEPHENS BURKE & BURKE LLP
(COUNSEL TO MOODY'S ANALYTICS)
ATTN: CHRISTOPHER R BELMONTE ESQ AND
PAMELA A BOSSWICK ESQ
230 PARK AVE
NEW YORK, NY 10169

SAUL EWING LLP
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/
ERCOT)
ATTN: MARK MINUTI ESQ
1201 N MARKET ST 23RD FL
WILMINGTON, DE 19801

SAUL EWING LLP
(COUNSEL TO JOHNSON MATTHEY)
ATTN: LUCIAN B MURLEY ESQ
1201 N MARKET ST 23RD FL
WILMINGTON, DE 19801

SCHNADER HARRISON SEGAL & LEWIS LLP
(COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE)
ATTN: RICHARD A BARKASY ESQ
824 N MARKET ST STE 800
WILMINGTON, DE 19801

SEARCY & SEARCY PC
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO D COURTNEY CONSTRUCTION INC)
ATTN: JASON R SEARCY ESQ AND JOSHUA P SEARCY ESQ
PO BOX 3929
LONGVIEW, TX 75606

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

SEWARD & KISSEL LLP
(COUNSEL TO WILMINGTON TRUST NA, FIRST LIEN AGENT)
ATTN: JOHN ASHMEAD, KALYAN DAS, ARLENE ALVES
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SHEARMAN & STERLING LLP
(COUNSEL TO CITIBANK)
ATTN: FREDERIC SOSNICK ESQ, NED S SCHODEK ESQ
599 LEXINGTON AVE
NEW YORK, NY 10022

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC)
ATTN: MARK S CHEHI ESQ
PO BOX 636
WILMINGTON, DE 19899-0636

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE)
ATTN: JAY M GOFFMAN ESQ
4 TIMES SQUARE
NEW YORK, NY 10036

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC)
ATTN: GEORGE N PANAGAKIS ESQ; CARL T TULLSON ESQ
155 N WACKER DR STE 2700
CHICAGO, IL 60606-1720

SMITH KATZENSTEIN & JENKINS LLP
(COUNSEL TO AIRGAS USA LLC & VALERO TEXAS POWER)
ATTN: KATHLEEN M MILLER ESQ
PO BOX 410
WILMINGTON, DE 19899

SNELL & WILMER LLP
(COUNSEL TO HEADWATERS RESOURCES INC)
ATTN: DAVID E LETA ESQ
15 W SOUTH TEMPLE, STE 1200
SALT LAKE CITY, UT 84101-1547

SQUIRE SANDERS (US) LLP
(COUNSEL TO ARCELORMITTLA USA LLC)
ATTN: STEPHEN D. LERNER & ANDREW M. SIMON
221 E FOURTH ST STE 2900
CINCINNATI, OH 45202

STEFFES VINGIELLO & MCKENZIE LLC
(COUNSEL TO SETPOINT INTEGRATED SOLUTIONS)
ATTN: NOEL STEFFES MELANCON ESQ
13702 COURSEY BLVD BLDG 3
BATON ROUGE, LA 70817

STEVENS & LEE PC
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING
COMPANY LLC/EFIH)
ATTN: JOSEPH H HUSTON JR ESQ
1105 N MARKET ST STE 700
WILMINGTON, DE 19801

SULLIVAN & CROMWELL LLP
(COUNSEL TO EFH CREDITORS COMMITTEE)
ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN
125 BROAD ST
NEW YORK, NY 10004

SULLIVAN HAZELTINE ALLINSON LLC
(COUNSEL TO HENRY PRATT COMPANY LLC)
ATTN: ELIHU E. ALLINSON, III
901 N MARKET ST STE 1300
WILMINGTON, DE 19801

TAYLOR ENGLISH DUMA LLP
(COUNSEL TO HENRY PRATT COMPANY LLC)
ATTN: STEPHEN C GREENBERG ESQ
1600 PARKWOOD CIR STE 400
ATLANTA, GA 30339

TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC)
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: JASON A STARKS, ASST ATTORNEY GENERAL
PO BOX 12548
AUSTIN, TX 78711-2548

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: RAFAEL MARTINEZ,VP - CSM
601 TRAVIS ST 16TH FL
HOUSTON, TX 77002

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: THOMAS VLAHAKIS,VP
385 RIFLE CAMP RD 3RD FL
WOODLAND PARK, NJ 07424

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: DENNIS ROEMLEIN
601 TRAVIS ST, 16TH FL
HOUSTON, TX 77002

THE ROSNER LAW GROUP LLC
(COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP)
ATTN: FEDERICK B ROSNER ESQ
824 MARKET ST STE 810
WILMINGTON, DE 19801

THE RUCKDESCHEL LAW FIRM LLC
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO DAVID HEINZMANN)
ATTN: JONATHAN RUCKDESCHEL ESQ
8357 MAIN ST
ELLICOTT CITY, MD 21043

THE UNIVERSITY OF TEXAS SYSTEM
ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON
OFFICE OF GENERAL COUNSEL
ATTN: TRACI L COTTON ESQ
201 W SEVENTH ST
AUSTIN, TX 78701

THOMPSON COBURN LLP
(COUNSEL TO MARTIN ENGINEERING COMPANY)
ATTN: DAVID D. FARRELL
ONE US BANK PLAZA, STE 3200
SAINT LOUIS, MO 63101

TRAVIS COUNTY
ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY
PO BOX 1748
AUSTIN, TX 78767

TROUTMAN SANDERS LLP
(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG,
IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE/WSFS
ATTN: HUGH MCDONALD, LOUIS CURCIO, BRETT GOODMAN
875 THIRD AVE
NEW YORK, NY 10022

TUCKER ARENSBERG, PC
(COUNSEL TO THERMO FISHER)
ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

TW TELECOM INC (LEVEL 3 COMMUNICATIONS)
ATTN: LEGAL BANKRUPTCY
1025 ELDORADO BLVD
BROOMFIELD, CO 80021

UMB BANK N.A.
ATTN: LAURA ROBERSON, VP
2 S BROADWAY STE 600
ST. LOUIS, MO 63102

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON
1400 DOUGLAS ST STOP 1580
OMAHA, NE 68179

UNITED STATES DEPARTMENT OF JUSTICE
(ON BEHALF OF UNITED STATES OF AMERICA, DEPT OF
AGRICULTURE, RURAL UTILITIES SERVICE)
ATTN: MATTHEW J TROY CIVIL DIVISION
950 PENNSYLVANIA AVE NW
WASHINGTON, DC 20530-0001

UNITED STATES DEPARTMENT OF JUSTICE
(COUNSEL TO THE UNITED STATES OF AMERICA)
ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ
PO BOX 227
BEN FRANKLIN STATION
WASHINGTON, DC 20044

UNITED STATES DEPARTMENT OF JUSTICE
(COUNSEL TO THE UNITED STATES OF AMERICA)
FEDERAL COMMUNICATIONS COMMISSION
ATTN: MATTHEW J TROY, CIVIL DIVISION
PO BOX 875
BEN FRANKLIN STATION
WASHINGTON, DC 20044-0875

Master Service List (as of 04/04/2018 06:00:30)

UNITED STATES DEPARTMENT OF JUSTICE
(COUNSEL TO THE UNITED STATES OF AMERICA)
ENVIRONMENTAL ENFORCEMENT SECTION, ENRD
ATTN: BRANDON ROBERS, TRIAL ATTYS
P.O. BOX 7611
WASHINGTON, DC 20044-7611

UNITED STATES DEPARTMENT OF JUSTICE
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO THE U.S. ON BEHALF OF THE
UNITED STATES ENVIRONMENTAL PROTECTION AGENCY)
ENVIRONMENTAL ENFORCEMENT SECTION, ENRD
ATTN: DANIEL S. SMITH, SR COUNSEL
PO BOX 7611, BEN FRANKLIN STATION
WASHINGTON, DC 20044-7611

VARNUM LLP
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO APPLABS)
ATTN: MARY KAY SHAVER ESQ
BRIDGEWATER PLACE
PO BOX 352
GRAND RAPIDS, MI 49501-0352

VENABLE LLP
(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC)
ATTN: JEFFREY S. SABIN ESQ
1270 AVENUE OF THE AMERICAS 24TH FL
NEW YORK, NY 10020

VENABLE LLP
(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC)
ATTN: JAMIE L. EDMONSON
1201 NORTH MARKET STREET
WILMINGTON, DE 19801

WACHTELL LIPTON ROSEN & KATZ
(COUNSEL TO THE 'EFH EQUITY INTEREST HOLDERS')
ATTN: RICHARD MASON; EMIL KLEINHAUS
51 W 52ND ST
NEW YORK, NY 10019

WEINSTEIN RADCLIFF LLP
(COUNSEL TO MARIO SINACOLA & SONS EXCAVATING INC)
ATTN: GREGORY M WEINSTEIN ESQ
8350 N CENTRAL EXPY STE 1500
DALLAS, TX 75206

WERB & SULLIVAN
(COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY)
ATTN: DUANE D WERB ESQ
PO BOX 25046
WILMINGTON, DE 19899

WHITE & CASE LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS; AND LAW DEBENTURE)
ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS; AND LAW DEBENTURE)
ATTN: THOMAS LAURIA & MATTHEW BROWN ESQ
200 S BISCAYNE BLVD STE 4900
MIAMI, FL 33131

WHITE & CASE LLP
(COUNSEL TO SEMPRA)
ATTN: J CHRISTOPHER SHORE
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

WHITEFORD TAYLOR & PRESTON LLC
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO SIMEIO AND BORAL)
ATTN: L KATHERINE GOOD ESQ
THE RENAISSANCE CENTRE
405 N KING ST STE 500
WILMINGTON, DE 19801

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO MARATHON ASSET MGMT)
ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ
7 WORLD TRADE CENTER, 205 GREENWICH ST
NEW YORK, NY 10007

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO MARATHON ASSET MGMT)
ATTN: BENJAMIN LOVELAND ESQ
60 STATE ST
BOSTON, MA 02109

WILMER CUTLER PICKERING HALE & DORR LLP
(COUNSEL TO CSC TRUST COMPANY OF DELAWARE)
ATTN: P. ANKER, C. PLATT & G. SHUSTER
250 GREENWICH ST 45TH FL
NEW YORK, NY 10007

WILMINGTON SAVINGS FUND SOCIETY
ATTN: PATRICK J HEALY
500 DELAWARE AVENUE
WILMINGTON, DE 19801

WILMINGTON TRUST FSB
ATTN: JEFFREY T. ROSE
50 S SIXTH ST STE 1290
MINNEAPOLIS, MN 55402

WINSTON & STRAWN LLP
(COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.)
ATTN: DAVID NEIER, ESQ.
200 PARK AVE
NEW YORK, NY 10166

WOMAC LAW
(COUNSEL TO 2603 AUGUST INVESTORS LP)
ATTN: BRIAN D WOMAC ESQ
8301 KATY FWY
HOUSTON, TX 77024

WOMBLE CARLYLE SANDRIDGE & RICE LLP
(COUNSEL TO CENTERPOINT)
ATTN: MARK L DESGROSSEILLIERS
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE LLP
(COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT)
ATTN: MARK L DESGROSSEILLIERS ESQ
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE LLP
(COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT)
ATTN: KEVIN J MANGAN ESQS
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE LLP
(COUNSEL TO ALLTITE)
ATTN: KEVIN J MANGAN ESQ
222 DELAWARE AVE STE 1501
WILMINGTON, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR LLP
(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)
ATTN: PAULINE MORGAN; JOEL WAITE; RYAN BARTLEY;
ANDREW MAGAZINER
1000 N KING ST
WILMINGTON, DE 19801