## <u>CERTIFICATE OF SERVICE</u>

I, Erin R. Fay, hereby certify that on this 14th day of May, 2018, I caused copies of **Limited Objection of UMB Bank, N.A., as Indenture Trustee, and Elliott to Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Claim for Reimbursement of Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases** to be served on the parties listed below in the manner listed thereon:

### <u>Via Hand Delivery:</u>

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, P.A.
920 North King Street
Wilmington, DE 19801

Richard L. Schepacarter, Esq.
Office of the U.S. Trustee for the
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801

Justin K. Edelson, Esq.
Polsinelli PC
222 Delaware Avenue
Suite 1101
Wilmington, DE 19801

Natalie D. Ramsey, Esq.
David Lee Wright, Esq.
Mark A. Fink, Esq.
Montgomery McCracken Walker
& Rhoads, LLP
1105 North Market Street, 15th Floor
Wilmington, DE 19801

Jeffrey M. Schlerf, Esq.
Fox Rothschild LLP
919 North Market St., Suite 300
Wilmington, DE 19801

**<u>Via First Class Mail:</u>**

Edward O. Sassower, P.C.
Stephen E. Hessler, Esq.
Brian E. Schartz, Esq.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
601 Lexington Avenue
New York, NY 10022-4611

James H.M. Sprayregen, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini, Esq.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
300 North LaSalle
Chicago, IL 60654

Jeff J. Marwil, Esq.
Mark K. Thomas, Esq.
Peter J. Young, Esq.
Proskauer Rose LLP
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602

Andrew G. Dietderich, Esq.
Steven L. Holley, Esq.
Robert J. Giuffra, Jr., Esq.
Brian D. Glueckstein, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004

Elizabeth Blakely, Esq.
Polsinelli PC
900 Third Avenue
21st Floor
New York, NY 10022

Daniel K. Hogan, Esq.
Hogan McDaniel
1311 Delaware Avenue
Wilmington, DE 19806

Steven Kazan, Esq.
Kazan Mcclain Satterley &
Greenwood
265 Church Street, 11th Floor
New Haven, CT 06508

Jonathan Ruckdeschel, Esq.
The Ruckdeschel Law Firm LLC
8357 Main Street
Ellicott City, MD 21043

Beth Gori, Esq.
Gori Julian & Associates, P.C.
156 North Main Street
Edwardsville, IL 62025

Thomas E Lauria, Esq.
Matthew C. Brown, Esq.
White & Case LLP
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131

J. Christopher Shore, Esq.
White & Case LLP
1155 Avenue of the Americas
New York, NY 10036

*/s/    Erin R. Fay*
　　　Erin R. Fay (No. 5268)