IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

## MAJORITY CREDITORS' OMNIBUS PRELIMINARY OBJECTION REGARDING FINAL FEE APPLCATIONS

Majority Creditors Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and Gatwick Securities LLC (collectively "Elliott") and Paloma Partners Management Company and Sunrise Partners Limited Partnership (collectively "Paloma") (and with Elliott, collectively "the Majority Creditors"), by their undersigned counsel, hereby file this omnibus preliminary objection (the "Omnibus Preliminary Objection") to the Final Fee Applications of the following advisors:  (1) Cravath, Swaine & Moore LLP, Independent Counsel for Energy Future Intermediate Holding Company LLC ("EFIH") (D.I. 12983); (2) Jenner & Block, LLP, Independent Counsel for EFIH (D.I. 12985); (3) Goldin Associates, LLC, Special Financial Advisor to EFIH (D.I. 12996); (4) Alvarez & Marsal North America, LLC, Restructuring Advisors for the Debtors and Debtors in Possession (D.I. 13004); (5) Filsinger Energy Partners, Energy Consultants to the Debtors and Debtors in Possession (D.I. 13005); (6) Stevens & Lee, P.C., Special Counsel for EFIH (D.I. 13007); (7) KPMG LLP, Bankruptcy Accounting and Tax Advisors to the Debtors and Debtors in Possession (D.I. 13008);  (8) SOLIC Capital Advisors, Restructuring Advisor for the Disinterested Directors of Energy Future Holdings Corp. ("EFH") (D.I. 13009);  (9) Deloitte & Touche LLP, Independent Auditor to the

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein.

Debtors and Debtors in Possession (D.I. 13010); (10) AlixPartners, LLP, Restructuring Advisor for The Official Committee of Unsecured Creditors of EFH, EFIH, EFIH Finance, Inc., and EECI, Inc. (D.I. 13012); (11) Greenberg Traurig, LLP, Special Counsel for Certain Energy-Related Transactional Matters for the Debtors and Debtors in Possession (D.I. 13013); (12) Shaw Fishman Glantz & Towbin LLC, Special Delaware Counsel for the Debtors and Debtors in Possession (D.I. 13014); (13) Richards, Layton & Finger, P.A., Counsel for the Debtors and Debtors in Possession for Services (D.I. 13016); (14) Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions, Notice and Claims Agent for Debtors and Debtors in Possession (D.I. 13017); (15) Bielli & Klauder, LLC, Conflicts Counsel for EFH's Disinterested Directors (D.I. 13018); (16) Enoch Kever PLLC (TCEH), Special Counsel for Debtors and Debtors in Possession (D.I. 13020); (17) Proskauer Rose LLP, Primary Counsel for the Disinterested Directors of EFH (D.I. 13021); (18) Enoch Kever PLLC (EFH/EFIH), Special Counsel for the Debtors and Debtors in Possession (D.I. 13023); and (19) Thompson & Knight LLP, Special Tax Counsel for the Debtors and Debtors in Possession (D.I. 13024) (collectively, the "Advisor Applicants").

       The Majority Creditors intend to supplement this Omnibus Preliminary Objection upon further discovery and disclosure from the Advisor Applicants, and expressly reserve all rights, claims and objections regarding the scope, quality, necessity and reasonableness of fees and expenses sought in connection with the Advisor Applicants' Final Applications and any related Interim Fee Award in the above-captioned Chapter 11 cases.

| | |
|---|---|
| Wilmington, Delaware<br>Date: May 14, 2018 | FRIEDLANDER & GORRIS, P.A.<br><br> /s/ Jeffrey M. Gorris<br>Jeffrey M. Gorris<br>1201 N. Market St., Suite 2200<br>Wilmington, Delaware 19801<br>Tel: (302) 573-3500<br>Fax: (302) 573-3501<br>Email: jgorris@friedlandergorris.com<br><br>- and -<br><br>BRAUNHAGEY & BORDEN LLP<br>J. Noah Hagey (*pro hac vice*)<br>7 Times Square, 27th Floor<br>New York, NY 10036-6524<br>Tel. & Fax: (646) 829-9403<br>Email: hagey@braunhagey.com<br><br>*Counsel to the Majority Creditors Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership* and *Paloma Partners Management Company and Sunrise Partners Limited Partnership* |