IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP. *et al.*, | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors-in-Possession. | : | (Jointly Administered) |
| | : | |
| | : | Hearing Date: June 5, 2018 at 11:00 a.m. |
| | : | (Eastern Standard Time) |
| | : | Re:  D.I. 12926 |

---

**FEE COMMITTEE'S LIMITED OBJECTION TO THE APPLICATION OF CERTAIN ASBESTOS CREDITORS PURSUANT TO 11 U.S.C. § 503(b) FOR ALLOWANCE OF ADMINISTRATIVE CLAIM FOR REIMBURSEMENT OF EXPENSES INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION IN THESE CHAPTER 11 CASES**

The Fee Committee appointed in the above-captioned chapter 11 cases (the "**Fee Committee**") respectfully submits this statement (the "**Limited Objection**") on the *Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Claim for Reimbursement of Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases* [D.I. 12926] (the "**Application**"), filed on April 9, 2018.

1. The Fee Committee will play a significant role with respect to section 503(b) fee requests.

2. The asbestos creditors have not obtained the requisite order from this Court establishing that they made a substantial contribution to support allowance of any administrative claim.  That matter is scheduled for hearing on June 5, 2018.

3. In the event that this Court makes a section 503(b) substantial contribution finding and requests that the Fee Committee conduct further review or analysis of the Application, the

11205604

Fee Committee will act according to the Court's instructions. Until such time, the Fee Committee will refrain from conducting any analysis of the Application.

Dated: May 14, 2018

                **BENESCH, FRIEDLANDER,**
                  **COPLAN & ARONOFF LLP**

         */s/ William M. Alleman, Jr.*
Jennifer R. Hoover, Esquire (5111)
William M. Alleman, Jr., Esquire (5449)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: 302-442-7010
Facsimile: 302-442-7012
E-mail: jhoover@beneschlaw.com
       walleman@beneschlaw.com

- and -

GODFREY & KAHN, S.C.

         */s/ Katherine Stadler*
Katherine Stadler, *Admitted Pro Hac Vice*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
Telephone: 608-257-3911
Facsimile: 608-257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

18906477.2