**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I.  660, 1733, 2005, 2949, 3041, 4963,** |
| | ) **7418, 8734, 9216, 10280, 10408,** |
| | ) **11124, 11363, 11849, 12054, 12352** |
| | ) |
| | ) |

**SIXTEENTH SUPPLEMENTAL**
**DECLARATION OF CHAD J. HUSNICK**
**IN SUPPORT OF THE DEBTORS' APPLICATION FOR**
**ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND**
**EMPLOYMENT OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS**
**INTERNATIONAL LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS**
**IN POSSESSION EFFECTIVE *NUNC PRO TUNC* TO THE PETITION DATE**

I, Chad J. Husnick, being duly sworn, state the following under penalty of perjury:

1.       I am the president of Chad J. Husnick, P.C., a partner of the law firm of Kirkland

& Ellis LLP, located at 300 North LaSalle Dr., Chicago, Illinois 60654, and a partner of Kirkland

& Ellis International LLP (together with Kirkland & Ellis LLP, "Kirkland").   I am one of the

lead attorneys from Kirkland working on the above-captioned chapter 11 cases.[2]  I am a member

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Texas Competitive Electric Holdings Company LLC ("TCEH" and, together with its direct parent company, Energy Future Competitive Holdings Company LLC ("EFCH") and certain of TCEH's direct and indirect subsidiaries, the "TCEH Debtors") and certain EFH Debtors (defined in the Plan as the EFH Shared Services Debtors) emerged from bankruptcy on October 3, 2016 (the "TCEH Effective Date"), and are no longer debtors in possession.

in good standing of the Bar of the States of New York and Illinois, and I have been admitted to practice in the United States Bankruptcy Court for the Northern District of Illinois and the United States Bankruptcy Court for the Southern District of New York. There are no disciplinary proceedings pending against me.

2.     I submit this sixteenth supplemental declaration on behalf of Kirkland (this "Sixteenth Supplemental Declaration") in further support of the *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 660] (the "Application")[3] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for an order pursuant to sections 327(a) and 330 of title 11 of the United States Code (the "Bankruptcy Code"), rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware.

3.     Except as otherwise noted, I have personal knowledge of the matters set forth herein.

## **Background**

4.     On May 29, 2014, the Debtors filed the Application. In support of the Application, the Debtors filed the *Declaration of Edward O. Sassower, P.C. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date*, which was filed as **Exhibit B** to the Application.

---

[3] Capitalized terms used, but not otherwise defined, herein shall have the same meanings set forth in the Application.

5.      On July 31, 2014, the Debtors filed the *Amended Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 1733].

6.      On September 12, 2014, the Debtors filed the *First Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 2005].

7.      On September 16, 2014, the Bankruptcy Court for the District of Delaware entered the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 2052] (the "Retention Order").

8.      On December 4, 2014, the Debtors filed the *Second Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 2949].

9.      On December 16, 2014, the Debtors filed the *Third Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 3041].

3

10.     On July 9, 2015, the Debtors filed the *Fourth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 4963].

11.     On September 30, 2015, the Debtors filed the *Fifth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 6240].

12.     On December 18, 2015, the Debtors filed the *Sixth Supplemental Declaration of James H.M. Sprayregen in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis LLP International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 7418].

13.     On June 15, 2016, the Debtors filed the *Seventh Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 8734].

14.     On August 8, 2016, the Debtors filed the *Eighth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP*

4

*as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 9216].

15.     On November 29, 2016, the Debtors filed the *Ninth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 10280].

16.     On December 16, 2016, the Debtors filed the *Tenth Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 10408].

17.     On April 6, 2017, the Debtors filed the *Eleventh Supplemental Declaration of Edward O. Sassower in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 11124].

18.     On July 21, 2017, the Debtors filed the *Twelfth Supplemental Declaration of Chad J. Husnick in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 11571].

19.    On September 1, 2017, the Debtors filed the *Thirteenth Supplemental Declaration of Chad J. Husnick in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 11849].

20.    On October 16, 2017, the Debtors filed the *Fourteenth Supplemental Declaration of Chad J. Husnick in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 12054].

21.    On December 14, 2017, the Debtors filed the *Fifteenth Supplemental Declaration of Chad J. Husnick in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective Nunc Pro Tunc to the Petition Date* [D.I. 12352].

22.    In connection with the Application and Retention Order, I submit this Sixteenth Supplemental Declaration to provide additional disclosures in accordance with rules 2014(a) and 2016(b) of the Bankruptcy Rules and as required under the Retention Order.

23.    It was stated in the previously filed declarations described above (collectively, the "Previous Declarations") that Kirkland would continue searching its electronic database during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  Consistent with this statement, Kirkland has continued to obtain

6

information regarding all entities disclosed in the Previous Declarations, as well as for any

connections to any additional entities not disclosed in the Previous Declarations.

24.      This Sixteenth Supplemental Declaration makes certain additional disclosures.

Based on the conflicts searches conducted to date and described herein, to the best of my

knowledge, neither I, Kirkland, nor any partner, of counsel, or associate thereof, insofar as I have

been able to ascertain, has any connections with the Debtors, their creditors, or any other parties

that may be parties in interest, their respective attorneys or accountants, the Office of the United

States Trustee for the District of Delaware (the "U.S. Trustee"), any person employed by the

U.S. Trustee, or any person employed by the Bankruptcy Court for the District of Delaware, the

United States District Court for the District of Delaware, or the United States Court of Appeals

for the Third Circuit, except as disclosed or otherwise described herein and in the Previous

Declarations.

## Additional Disclosures

25.      Attached hereto as **Schedule 1** to this Sixteenth Supplemental Declaration are

new connections for entities identified in the Previous Declarations.

26.      Except as specifically discussed herein, the connections identified in this

Sixteenth Supplemental Declaration and the attached schedules are not related to the Debtors or

these chapter 11 cases.  The connections identified in this Sixteenth Supplemental Declaration

and the attached schedules are not materially adverse to the interests of the Debtors' estates.

Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from

acting as the Debtors' counsel merely because it represents or represented the Debtors' creditors,

equity security holders, or other parties that may be parties in interest in matters unrelated to

these chapter 11 cases.

27.    Of the entities listed on **Schedule 1**, only two represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on April 30, 2018 that have not been previously disclosed as representing more than one percent of Kirkland's fee receipts in the Previous Declarations.  Starwood Capital and Sycamore Partners both represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on February 28, 2018. Except as disclosed herein and the Previous Declarations, all prior and current Kirkland representations of Starwood Capital, Sycamore Partners, and their affiliates and/or subsidiaries have been in matters unrelated to the Debtors and these chapter 11 cases.  I do not believe these representations preclude Kirkland from being disinterested under the Bankruptcy Code.

28.    Paul Keglevic, the Chief Executive Officer of Debtor Energy Future Holdings Corp., also currently serves or has served as a director of certain other current Kirkland clients.  I do not believe these connections preclude Kirkland from being disinterested under the Bankruptcy Code.

29.    Anthony Horton, the Executive Vice President and Chief Financial Officer of Debtor Energy Future Holdings Corp., also serves or has served as a director of certain other current Kirkland clients.  I do not believe these connections preclude Kirkland from being disinterested under the Bankruptcy Code.

**Continued Vigilance and Affirmative Statement of Disinterestedness**

30.    Based on the conflicts searches conducted to date and described in the Previous Declarations and herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates, and (b) Kirkland has no connection to the

Debtors, their creditors, or other parties in interest, except as may be disclosed in the Previous

Declarations and herein.

31.      Kirkland will continue to review its files periodically during the pendency of

these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or

arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use its

reasonable efforts to identify any such further developments and will file a supplemental

declaration as required by Bankruptcy Rule 2014(a) and as stated in the Previous Declarations

and herein.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true

and correct to the best of my knowledge and belief.

Dated: May 15, 2018                                Respectfully submitted,

*/s/ Chad J. Husnick*

Chad J. Husnick, as President of Chad J. Husnick
P.C., as Partner of Kirkland & Ellis LLP, and as
Partner of Kirkland & Ellis International LLP

9

# SCHEDULE 1

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Bank One Purchasing Card | Andrew Moroz | Current |
| Bank One Travel Card | Highbridge Capital Management, LLC | Current |
| Chase Bank USA NA | HPS Investment Partners (UK) LLP | Current |
| Chase Investments | J.P. Morgan Securities (Far East) Limited | Current |
| Chase Lincoln First Commercial Corp. | JPMorgan Asset Management - Global Real Assets | Current |
| Chase Paymentech LLC | JPMorgan Asset Management - Global Special Situations | Current |
| Highbridge | One Equity Partners | Current |
| Highbridge Capital | | |
| J.P. Morgan Securities LLC | | |
| JP Morgan | | |
| JP Morgan Chase & Co. | | |
| JP Morgan Chase Bank | | |
| JP Morgan Chase Bank NA | | |
| JP Morgan Chase Co. | | |
| JP Morgan Chase NA | | |
| JP Morgan Investment Management | | |
| JP Morgan Securities Inc. | | |
| JP Morgan Securities LLC | | |
| JP Morgan Whitefriars Inc. | | |
| JPM Chase | | |
| JPM Pacholder | | |
| JPM Whitefriars Inc. | | |
| JPMorgan Asset Management | | |
| JPMorgan Asset Management - US | | |
| JPMorgan Asset Management-Cincinnati | | |
| JPMorgan Chase | | |
| JPMorgan Chase Bank NA | | |
| JPMorgan Chase Bank NA (IL) | | |
| JPMorgan Chase Bank NA (NY) | | |
| JPMorgan Chase Bank NA (OH) | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| JPMorgan Chase Bank NA (TX)<br>JPMorgan Chase Retirement Plan, The<br>JPMorgan Chase through Met Life<br>JPMorgan Core Plus Bond Fund<br>JPMorgan High Yield Fund<br>JPMorgan Income Builder Fund<br>JPMorgan Strategic Income Opportunities Fund<br>Jpmorgan Ventures Energy Corp.<br>NCO Financial Systems Inc.<br>Pacholder High Yield Fund<br>Paymentech LP | | |
| Confidential Search | Confidential Client | Current |
| Abbott Laboratories<br>Advanced Neuromodulation Systems Inc.<br>Alere Toxicology Services Inc.<br>Alere Wellbeing Inc.<br>Kroll Laboratory Specialists<br><br>Ross Laboratories | Alere Home Monitoring Inc.<br>Alere Inc.<br><br>Alere San Diego Inc.<br>St. Jude Medical S.C., Inc.<br>St. Jude Medical, Cardiology Division Inc.<br>St. Jude Medical, LLC | Current<br>Current<br>Current<br>Current<br>Current<br>Current |
| Abry Capital<br>Abry Partners<br>Abry Partners LLC<br>Grande Communications Networks LLC<br>Language Line Services<br>York Risk Services Group Inc. | ABRY Senior Equity Fund | Current |

2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| ACDELCO, a Brand of GM Service and Parts Operations, A Division of General Motors | General Motors of Canada Limited | Current |
| General Motors Corp. | GM Financial/AmeriCredit | Current |
| General Motors Fleet & Commercial | | |
| General Motors LLC | | |
| AlixPartners | CVC Credit Partners Investment Management Limited | Current |
| Apidos Capital | | |
| Apidos Capital Management LLC | | |
| Chempoint | | |
| CVC Capital Partners Ltd. | | |
| CVC Credit Partners | | |
| Evonik Energy Services LLC | | |
| ista North America Inc. | | |
| Univar | | |
| Univar USA Inc. | | |
| Allianz Global Investors | LVS 1 LLC | Current |
| Caywood-Scholl Capital Management | PIMCO Dynamic Income Fund | Current |
| Nicholas Applegate | | |
| Pacific Investment Management | | |
| Pacific Investment Management - PIMCO | | |
| Pacific Investment Management Co. LLC | | |
| PIMCO | | |
| Pimco High Income Fund | | |
| Allstate | Allstate Insurance Holdings LLC | Current |
| Allstate Insurance | | |
| Allstate Life Insurance Co. | | |
| AlpInvest Partners Co-Investments 2007 CV | Carlyle Global Credit Investment Management LLC | Current |
| Carlyle | The Carlyle Group Europe - CEP IV Advisor S.a r.l. | Closed |
| Carlyle Azure CLO Ltd. | | |
| Carlyle Bristol CLO Ltd. | | |

3

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Carlyle Daytona CLO Ltd. | | |
| Carlyle High Yield Partners IX Ltd. | | |
| Carlyle High Yield Partners VII Ltd. | | |
| Carlyle High Yield Partners VIII Ltd. | | |
| Carlyle High Yield Partners X Ltd. | | |
| Carlyle Investment Management LLC | | |
| Carlyle McLaren CLO Ltd. | | |
| Carlyle Partners | | |
| Carlyle Veyron CLO Ltd. | | |
| CELF Advisors LLP | | |
| Chromalloy Gas Turbine Corp. | | |
| Claren Road | | |
| Coalfire Systems Inc. | | |
| Cogentrix Energy Power Management LLC | | |
| CommScope Holding Co. Inc. | | |
| Duff & Phelps LLC | | |
| Extreme Reach, Inc. | | |
| Highlander Euro CDO BV | | |
| Highlander Euro CDO II BV | | |
| Hudson Products Corp. | | |
| IHS Cera Inc. | | |
| IHS Global Inc. | | |
| IHS Inc. | | |
| Metropolitan West Asset Management | | |
| Ortho Diagnostics Inc. | | |
| Stanfield Azure CLO Ltd. | | |
| Stanfield Bristol CLO Ltd. | | |
| Stanfield Carrera CLO Ltd. | | |
| Stanfield Daytona CLO Ltd. | | |
| Stanfield McLaren CLO Ltd. | | |
| Stanfield Veyron CLO Ltd. | | |
| Sullair Corp. | | |
| TCW Asset Management | | |
| Trust Company of the West | | |
| Vantage Energy LLC | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Ameren Energy Generating Co. | ENGIE North America Inc. | Current |
| American Stock Transfer & Trust Co.<br>Apollo / Stone Tower<br>Apollo Capital<br>Apollo Capital Management<br>Apollo Global Management LLC<br>Apollo Investment Corp.<br>Apollo Management Holdings LP<br>Borden Chemical Inc.<br>Borden Inc.<br>CH2M Hill Inc.<br>Eastman Chemical Co.<br>Erie City Iron Works<br>Gulf Stream - Sextant CLO 2006-I Ltd.<br>Gulf Stream Compass CLO 2005-II Ltd.<br>Gulf Stream Sextant CLO 2007 1 Ltd.<br>Gulf Stream-Compass CLO 2007 Ltd.<br>Gulf Stream-Rashinban CLO 2006-1 Lt<br>Hexion Specialty Chemicals<br>Intercall Inc.<br>Neptune Finance CCS Ltd.<br>Pro Vigil Inc.<br>Stone Tower Capital<br>Tibco Software Inc.<br>TricorBraun<br>Zurn Industries Inc. | West Corporation | Current |
| Aquilex Hydrochem Inc.<br>Centerbridge<br>Centerbridge Credit Advisors LLC<br>Centerbridge Credit Partners LP<br>Centerbridge Credit Partners Master LP<br>Centerbridge Group | Reddy Ice Holdings, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Centerbridge Partners<br>Centerbridge Partners LP<br>Centerbridge Special Credit Partners II LP<br>Centerbridge Special Credit Partners LP<br>Greatwide Dallas Mavis LLC<br>IPC Systems Inc.<br>Reddy Ice<br>Reddy Ice Corp.<br>Santander Consumer USA Inc. | | |
| Avepoint Inc.<br><br>Goldman Sachs<br>Goldman Sachs & Co.<br>Goldman Sachs Credit<br>Goldman Sachs Financial Square Government Fund<br>Goldman Sachs Fund Group<br>Goldman Sachs Lending Partners LLC<br>GS Capital Partners<br>J Aron Co.<br>J. Aron & Co.<br>J.Aron/Goldman Sachs | Goldman Sachs Asset Management International | Current |
| Avepoint Inc.<br>Salient Partners LP | Mark A. deLaar | Current |
| Bartlett Nuclear Inc.<br>Noble Americas Gas & Power Corp. | AE Industrial Partners, LLC<br>BHI Investments, LLC<br>Kirk Konert<br>Michael Greene<br>Noble Americas Gas & Power Corp. | Current<br>Current<br>Current<br>Current<br>Current |
| BGF Global High Yield Bond Fund<br>BGF Global Multi-Asset Income Fund<br>BGF US Dollar High Yield Bond Fund<br>Blackrock<br>BlackRock Advisors LLC | Mark B. Florian | Current |

6

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| BlackRock Core Bond Trust | | |
| BlackRock Corporate High Yield Fund Inc. | | |
| BlackRock Credit Allocation Income Trust IV | | |
| BlackRock Credit Alpha Master Fund LP | | |
| BlackRock Diversified Distribution Fund | | |
| BlackRock Dynamic High Income Portfolio of BlackRock Funds II | | |
| Blackrock Financial Management | | |
| BlackRock Financial Management Inc. | | |
| BlackRock Funds II BlackRock High Yield Bond Portfolio | | |
| BlackRock Funds II BlackRock Strategic Income Opportunities Portfolio | | |
| BlackRock Global Investment Series Income Strategies Portfolio | | |
| BlackRock Global Long/Short Credit Fund of BlackRock Funds | | |
| BlackRock High Yield Portfolio | | |
| BlackRock High Yield Portfolio of the BlackRock Series Fund Inc. | | |
| BlackRock High Yield VI Fund of BlackRock Variable Series Funds Inc. | | |
| BlackRock Limited Duration Income Trust | | |
| BlackRock Multi-Asset Income Portfolio of BlackRock Funds II | | |
| BlackRock Multi-Sector Income Trust | | |
| BlackRock Multi-Strategy Master Fund Ltd. | | |
| CA 534 Offshore Fund Ltd. | | |

7

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| JNL/BlackRock Global Long Short Credit Fund | | |
| MET Investors Series Trust | | |
| MET Investors Series Trust BlackRock High Yield Portfolio | | |
| Obsidian Master Fund, The | | |
| Steamboat Credit Opportunities Master Fund LP | | |
| Strategic Income Opportunities Bond Fund | | |
| Blackstone / GSO | Blackstone Asia | Current |
| Blackstone Advisory Partners LP | Blackstone Management Partners LLC | Current |
| Blackstone Debt Advisors | Blackstone Real Estate Partners Limited | Current |
| Blackstone Special Funding (Ireland) | Blackstone Singapore Pte Ltd. | Current |
| Comstock Oil & Gas LP | Blackstone Strategic Capital Holdings | Current |
| GSO | | |
| GSO Aiguille des Grands Montets Fund I LP | | |
| GSO Aiguille des Grands Montets Fund II LP | | |
| GSO Aiguille des Grands Montets Fund III LP | | |
| GSO Cactus Credit Opportunities Fund LP | | |
| GSO Capital Partners LP | | |
| GSO Churchill Partners LP | | |
| GSO Coastline Credit Partners LP | | |
| GSO Credit Alpha Fund LP | | |
| GSO Credit-A Partners LP | | |
| GSO Palmetto Opportunistic Investment Partners LP | | |
| GSO Special Situations Master Fund LP | | |
| GSO/Blackstone Debt Funds Management LLC | | |

8

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Harbourmaster Capital<br>La Quinta Inn #0505<br>La Quinta Inn #0558<br>La Quinta Inn #0960<br>LQ Management LLC<br>Mustang Ridge Apartments LP | | |
| Bluewater Thermal Services<br>Southwest Heat Treat Services LLC<br>SWHT LLC | NeoGraf Solutions Holdings, LLC<br>NeoGraf Solutions LLC | Current<br>Current |
| Box Inc.<br>Copano Energy Services<br><br>Encana Oil & Gas USA<br><br>McAfee Inc.<br><br>Papa Johns International Inc.<br>Papa Johns USA Inc.<br>Sungard Consulting Services Inc.<br>Sungard Consulting Services LLC<br>Sungard Energy Systems<br>Survey Monkey Inc.<br>Taco Bueno Restaurants LP<br>TPG<br>TPG Capital LP<br>TPG Capital Management LP<br>TPG FOF V-A LP<br>TPG FOF V-B LP<br>TPG Global LLC<br>TPG Inc.<br>TPG Management LP<br>TPG Partners IV LP<br>TPG Partners V LP<br>XOJet Inc.<br>Xojet On | TPG China Limited<br>TPG RE II Arlington SPV I, Limited Partnership (PEI)<br><br>TPG RE II Arlington SPV II, Limited Partnership (PEI)<br><br>TPG RE II Arlington SPV III, Limited Partnership (PEI) (2)<br><br>TPG Star VPSI, L.P. | Closed<br>Current<br><br><br>Current<br><br><br>Current<br><br>Current |
| Carl Marks Management<br>Carl Marks Strategic Investments LP | Joel Jacks | Closed |

9

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| CBRE Investors AAF Strategic Partners US Value 5 | CBRE Global Investors, Inc. | Current |
| CBREI ITF Calstrs-Dallas Tower | UST-CB Partners, L.P. | Current |
| Charming Charlie Inc. | Charming Charlie Canada LLC | Current |
| | Charming Charlie Holdings Inc. | Current |
| | Charming Charlie International LLC | Current |
| | Charming Charlie LLC | Current |
| | Charming Charlie Manhattan LLC | Current |
| | Charming Charlie USA, Inc. | Current |
| | Charming Charlie | Current |
| | Poseidon Partners CMS, Inc. | Current |
| Chesapeake Energy Corp.<br><br>Chesapeake Energy Marketing Inc.<br>Chesapeake Exploration Co.<br>Chesapeake Exploration LLC<br>Chesapeake Exploration LP<br>Chesapeake Operating Inc. | Chesapeake Energy Marketing, LLC | Current |
| Clear Lake Regional Medical Center | Florence TopCo Limited | Current |
| Dolgencorp of Texas Inc. | KKR Credit Advisors (Ireland) | Current |
| Gardner Denver Machinery Inc. | | |
| Gardner Denver Nash | | |
| Gardner Denver Nash LLC | | |
| Gardner Iron & Metal Co. Inc. | | |
| I-Deal LLC | | |
| Itochu Corp. | | |
| Jostens Inc. | | |
| KKR | | |
| KKR & Co. LP | | |
| KKR 2006 Fund LP | | |
| KKR Asset Management LLC | | |
| KKR Associates Reserve LLC | | |
| KKR Capital Markets | | |
| KKR Debt Investors II (2006) (Ireland) LP | | |
| KKR Financial CLO 2005 2 Ltd. | | |
| KKR Financial CLO 2005-1 Ltd. | | |
| KKR Financial CLO 2006-1 Ltd. | | |

10

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| KKR Financial CLO 2007-1 Ltd.<br>KKR Financial CLO 2007-A Ltd.<br>KKR Financial Holdings LLC<br>KKR PEI Investments LP<br>Kohlberg Kravis Roberts & Co.<br>Kohlberg Kravis Roberts & Co. LP<br>Legend Natural Gas IV LP<br>Master-Halco Inc.<br>Samson Lone Star LP<br>Samson Resources Co.<br>Santander Consumer USA Inc.<br>Toys R Us-Delaware Inc. | | |
| Cohen & Grigsby PC | Cohen & Grigsby, P.C. | Current |
| Co-Investment Partners (NY) LP (Lexington Partners)<br><br>Co-Investment Partners 2005 LP (Lexington Partners) | Lexington Partners L.P. | Current |
| Compliance & Ethics Learning Solutions | Peter Granat | Current |
| Comverge Inc.<br>HIG Whitehorse<br>Metco Environmental<br>TestAmerica Air Emission Corp.<br>Whitehorse Capital<br>WhiteHorse Capital Partners<br>Whitehorse Capital Partners LP | Cloud Intermediate Holdings, LLC<br>Cloud Merger Sub, Inc. | Current<br>Current |
| Cosa Xentaur Corp. | COSA Xentaur Corporation, Inc.<br>Hygrocontrol COSAXentaur GmbH<br>Process Insights Holdings, LLC<br>Process Insights, Inc. | Current<br>Current<br>Current<br>Current |
| Cross Match Technologies Inc.<br>Dell Software Inc.<br>GXS<br>Intecom<br>Office Tiger LLC<br>Quest Software<br>Webtrends Inc. | Quest Software | Current |
| Dal-Tile Corp. | Flooring Industries Limited, SARL | Current |

RLF1 19335828v.1

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| DB Energy Trading<br>DB Energy Trading LLC<br>DB Portfolio<br>Deutsche Asset Management<br>Deutsche Asset Management (DeAM)<br>Deutsche Asset Management Syndicate<br>Deutsche Bank<br>Deutsche Bank - FM<br>Deutsche Bank AG<br>Deutsche Bank AG, Cayman Islands Branch<br>Deutsche Bank AG, London Branch<br>Deutsche Bank AG, New York Branch<br>Deutsche Bank Securities Inc.<br>Deutsche Bank Trust Co. Americas<br>Deutsche Bank Trust Co. Americas, Admin<br>Deutsche Investment Management Americas Inc. | RREEF Management Company | Current |
| Delaware Investments<br><br>Macquarie Bank Ltd.<br>Macquarie Bank Ltd.-Sydney Head Office<br>Macquarie Energy LLC<br>Macquarie Futures<br>Macquarie Futures USA Inc.<br>Macquarie Futures USA LLC<br>Macquarie Investment Management | Macquarie Group Investments (UK) No. 2 Limited<br>Macquarie Holdings (U.S.A.) Inc. | Current<br><br>Current |
| Dell Software Inc.<br>Elliott Associates LP<br>Elliott International Capital Advisors Inc.<br>Elliott International LP<br>Quest Software | Quest Software | Current |

12

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Delta Air Lines Inc.<br>Delta Airlines | Aero Assurance Ltd. | Current |
| | DAL Europe C.V. | Current |
| | DAL Foreign Holdings C.V. | Current |
| | DAL Global Services, LLC | Current |
| | DAL Leasing Limited | Current |
| | Delta Air Lines Dublin Limited | Current |
| | Delta Air Lines Private Limited | Current |
| | Delta Flight Products, LLC | Current |
| | Delta Gift Cards, Inc. | Current |
| | Delta Material Services, LLC | Current |
| | Delta Private Jets, Inc. | Current |
| | Delta Receivables, LLC | Current |
| | Delta Sky Club, Inc. | Current |
| | Delta TATL UK Limited | Current |
| | DL International Enterprises, LLC | Current |
| | DL Investment Partners, LP | Current |
| | Endeavor Air, Inc. | Current |
| | MIPC, LLC | Current |
| | MLT Vacations, LLC | Current |
| | Monroe Energy, LLC | Current |
| | New Sky, Ltd. | Current |
| | Pan American World Airways - Unterstutzungskasse GmbH | Current |
| | TATL Services B.V. | Current |
| Docusign Inc.<br>Foster & Kleiser<br>HD Supply Construction Supply Ltd.<br>HD Supply Utilities Ltd.<br>Sankaty<br>Sankaty Advisors LLC<br>Securitas Security Services USA Inc.<br>SimplexGrinnell<br>SimplexGrinnell LP<br>Skillsoft Corp.<br>Sungard Consulting Services Inc.<br>Sungard Consulting Services LLC<br>Sungard Energy Systems | Bain Capital Credit, Ltd. | Current |
| | Bain Capital Investors, LLC | Current |
| | BC Investments X Limited | Current |
| | BCPE Seminole Holdings, LP | Current |
| | iHeartMedia, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Survey Monkey Inc.<br>Tealium Inc.<br>Toys R Us-Delaware Inc.<br>Tyco Fire Products<br>VXI Global Solutions Inc.<br>Westfire Inc.<br>Yarway Corp. | | |
| Dow Chemical Co.<br>Dow Hydrocarbons & Resources Inc.<br>DuPont Capital Management Corp.<br>DuPont Powder Coatings<br>E.I. Du Pont de Nemours & Co.<br>Linde Division Union Carbide<br>Rohm & Haas Co.<br>Southwest Specialty Chemicals Inc.<br>Union Carbide Chemicals & Plastic Co.<br>Union Carbide Corp. | E.I. Dupont Chemical Corporation | Current |
| Drawbridge Special Opportunities Fund LP | MicroFinancial Incorporated | Current |
| Drawbridge Special Opportunities Fund Ltd. | SB Investment Advisers (UK) Limited | Current |
| Fortress | SB Investment Advisers (US) Inc. | Current |
| Fortress Credit Opportunities Advisers LLC<br>Fortress Investment Group LLC<br>Logan Circle<br>Logan Circle Partners LP<br>Sprint | | |
| Energy Transfer Fuel LP | North Yard Financing, LLC | Current |
| EnerVest Operating LLC | Belden & Blake, LLC<br>CGAS Properties, L.P.<br>EnerVest Monroe Gathering, Ltd.<br>EnerVest Monroe Marketing, Ltd.<br>EnerVest Production Partners, Ltd.<br>EV Energy GP, L.P.<br>EV Energy Partners, L.P. | Current<br>Current<br>Current<br>Current<br>Current<br>Current<br>Current |

14

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | EV Management, LLC | Current |
| | EV Midstream, L.P. | Current |
| | EV Midstream, LLC | Current |
| | EV Properties GP, LLC | Current |
| | EV Properties, L.P. | Current |
| | EVCG GP, LLC | Current |
| | EVPP GP, LLC | Current |
| Engine Systems Inc. | Kirby Corporation | Current |
| Ernst & Young LLP Five Point Partners LLC | Ernst & Young U.S. LLP | Current |
| Ethicon Inc., a Johnson & Johnson Co. | Depuy Orthopaedics, Inc | Current |
| | DePuy Synthes, Inc. | Current |
| | Johnson & Johnson Services, Inc. | Current |
| Farmstead Capital Management Farmstead Capital Management LLC | Farmstead Capital Management, LLC | Current |
| FSP Westchase LLC | Miller Global Properties, LLC | Current |
| FTI Consulting | Dennis Carlton | Current |
| Future Directions Credit Opportunities Fund | AMP Advisory & Management Partners AG | Current |
| Genesys Genesys Telecommunications Laboratories Inc. | Permira Credit Solutions III G.P. Limited | Current |
| Glendon Capital Management LP | Glendon Capital Management L.P. | Current |
| Google Inc. | Sidewalk Labs Employees, L.L.C. | Current |
| | Waymo LLC | Current |
| GXS | 3094494 Nova Scotia Company (Canada) | Current |
| Remington Arms | 3258402 Nova Scotia Company | Current |
| Safeway Inc. | 3285091 Nova Scotia Company (Canada) | Current |
| Safeway Stores Inc. | B2 Express Comercio, Servicos e Representacoes Ltda. (Brazil) | Current |
| Staples Technology Solutions | Beijing Staples Commerce & Trade Co. Ltd. (China) | Current |

15

RLF1 19335828v.1

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Capital Office Products of Volusia County Inc. | Current |
| | Corporate Express Canada, Inc. | Current |
| | CSO HG (Cayman) Intermediate Limited (Cayman) | Current |
| | CSO HG (Cayman) Limited (Cayman) | Current |
| | Happy Studio, Inc. | Current |
| | Hong Kong Staples Brands Ltd. | Current |
| | In Designs Global, Inc. | Current |
| | Jiangsu Staples Office Products Co. Ltd. (China) | Current |
| | Lebanon Mill, L.P. | Current |
| | Marke Creative Merchandise Ltd. | Current |
| | OA365 International Company Ltd. (Cayman) | Current |
| | Office Superstore East LLC (DE) | Current |
| | Office Superstore West LLC (MA) | Current |
| | Oranda AG | Current |
| | Peter T. Morrow | Current |
| | PNI Digital Media Europe Ltd. (UK) | Current |
| | PNI Digital Media Ltd. (UK) | Current |
| | PNI Digital Media ULC (Canada) | Current |
| | QS Quarterhouse Software, Inc. (TX) | Current |
| | Quill Corporation | Current |
| | Quill Lincolnshire, Inc. | Current |
| | SBIN B.V. | Current |
| | SchoolKidz.com, LLC | Current |
| | Shenzhen Staples Commerce & Trade Co. Ltd. (China) | Current |
| | SOM Hagerstown LLC (DE) | Current |
| | Staples (China) Investment Co. Ltd (Shanghai) | Current |
| | Staples (Shanghai) Company Limited (China) | Current |
| | Staples Argentina SA (Argentina) | Current |

16

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Staples Asia Investments Ltd. (Cayman) | Current |
| | Staples Brands Consulting (Shenzhen) Co. Ltd. | Current |
| | Staples Brands Inc. | Current |
| | Staples Brands International Ltd. | Current |
| | Staples Brands Sales, LLC | Current |
| | Staples Brasil Comercio de Materials para Escritorio Ltda. (Brazil) | Current |
| | Staples Canada Holdings III, Inc. | Current |
| | Staples Canada Holdings, LLC | Current |
| | Staples Canada ULC | Current |
| | Staples Connecticut LLC (DE) | Current |
| | Staples Contract & Commercial, Inc. | Current |
| | Staples Cyprus Holdings L.P. | Current |
| | Staples Cyprus Holdings, Ltd. | Current |
| | Staples Dutch Management BV | Current |
| | Staples E-Commerce (Shanghai) Co. Limited (China) | Current |
| | Staples E-Commerce (Tianjin) Co., Ltd. (China) | Current |
| | Staples Europe B.V. | Current |
| | Staples Europe Holdings GP | Current |
| | Staples Global Holdings, Ltd. | Current |
| | Staples Global Markets, Inc. | Current |
| | Staples GP, LLC | Current |
| | Staples Hong Kong Investments Limited (Hong Kong) | Current |
| | Staples of Maryland LLC (DE) | Current |
| | Staples Procurement & Management Services PLC | Current |
| | Staples Project 2017, LLC | Current |
| | Staples Promotional Products Canada Ltd. | Current |
| | Staples Shared Service Center (Europe) II BVBA | Current |
| | Staples Shared Service Center, LLC | Current |

17

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Staples Solutions B.V. | Current |
| | Staples Taiwan Branch | Current |
| | Staples Taiwan Corporation Limited (Cayman) | Current |
| | Staples the Office Superstore, LLC (DE) | Current |
| | Staples Value, LLC (VA) | Current |
| | Staples Ventures, LLC | Current |
| | Staples, Inc. | Current |
| | Stefan Kaluzny | Current |
| | STIC Corp. | Current |
| | Sycamore Partners (Co-Invest) LLC | Current |
| | Sycamore Partners Associates Co-Invest, Inc. | Current |
| | Sycamore Partners Associates Investments, LP | Current |
| | Sycamore Partners Associates, LP | Current |
| | Sycamore Partners Associates-C, LP | Current |
| | Sycamore Partners Management, L.P. | Current |
| | Sycamore Partners Torrid, LLC | Current |
| | Sycamore Partners, LP | Current |
| | The Staples Group, Inc. | Current |
| | USR Parent Inc. (DE) | Current |
| | USR Real Estate Holdings LLC (DE) | Current |
| | WorksMedia Ltd. (UK) | Current |
| HBOS PLC Lloyds Banking Group PLC Scottish Widows Investment Partnership Ltd. | Lloyds Bank plc | Current |
| Hunt Consolidated Inc. | Hunt Consolidated Energy Inc. | Current |
| | Hunt Consolidated, Inc. | Current |
| | Hunt Equities Inc. | Current |
| | Hunt Private Equity Group Inc. | Current |
| | Hunt Realty Investments Inc. | Current |
| Jefferies Capital Jefferies LLC | Jefferies Finance LLC | Current |

18

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Johann Haltermann Ltd. | Calumet Specialty Products Partners, L.P. | Current |
| Monument Chemicals Inc. Royal Purple LLC | Heritage Research Group | Current |
| Lance Inc. Oaktree Capital Management LP Oaktree FF Investment Fund LP Oaktree High Yield Fund II LP Oaktree High Yield Fund LP Oaktree High Yield Plus Fund LP Oaktree Huntington Investment Fund LP Oaktree Loan Fund 2X (Cayman) LP Oaktree Opportunities Fund VIII (Parallel 2) LP Oaktree Opportunities Fund VIII Delaware LP Oaktree Opportunities Fund VIIIB Delaware LP Oaktree Opps IX Holdco Ltd. Oaktree Opps IX Parallel 2 Holdco Ltd. Oaktree Senior Loan Fund LP Oaktree Value Opportunities Fund Holdings LP OCM High Yield Trust OCM Opportunities Fund VII Delaware LP OCM Opportunities Fund VIIB Delaware LP Ritz Carlton, The Shermco Industrial Services Shermco Industries Solomon Corp. | Oaktree Special Situations Group | Current |
| Luminator Holding LP Revenew International LLC | Luminator Technology Group | Current |
| McAfee Inc. | Brian Krzanich | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| McKinsey & Co. Inc. United States | McKinsey & Company, Inc. | Current |
| | McKinsey & Company, Inc. United States | Current |
| | McKinsey GmbH & Co. KG | Current |
| | McKinsey Recovery & Transformation Services Australia Co. | Current |
| | McKinsey Recovery & Transformation Services Canada Co. | Current |
| | McKinsey Recovery & Transformation Services France Co. | Current |
| | McKinsey Recovery & Transformation Services U.S., LLC | Current |
| | McKinsey Recovery & Transformation Services UK Limited | Current |
| Mobile Mini I Inc.<br><br>Ozburn-Hessey Logistics LLC<br><br>Simeio Solutions Inc. | Welsh, Carson, Anderson & Stowe XII (Cayman), L.P. | Current |
| | Welsh, Carson, Anderson & Stowe XII (Delaware II), L.P. | Current |
| | Welsh, Carson, Anderson & Stowe XII (Delaware), L.P. | Current |
| Moelis & Co.<br>Moelis & Co. LLC | Moelis & Company UK LLP | Current |
| Morrison Supply Co.<br>Smith Hanley Associates LLC<br>TLO<br>Trans Union Corp.<br>Trans Union LLC<br>TransUnion LLC | Kevin Feinblum | Current |
| Motorola Semiconductor Products | Motorola (China) Investment Ltd. | Current |
| | Motorola Solutions (China) Co., Ltd. | Current |
| | Motorola Solutions (China) Co., Ltd. Beijing Branch | Current |
| Mountain View Funding CLO 2006-1<br>MSD Capital LP | MSD Partners, L.P. | Current |

20

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | | |
| Nationwide Insurance<br>Nationwide Insurance Co. | Veterinary Pet Insurance Company | Current |
| Noble Energy Inc. | Noble Energy, Inc. | Current |
| Nomura | David Findlay | Current |
| Nomura Corporate Reaserch & Asset Management Inc. | Nomura Asset Acceptance Corporation | Current |
| Nomura Corporate Research | Nomura Credit & Capital, Inc. | Current |
| Nomura Corporate Research & Asset Management Inc. (US) | Nomura Holding America, Inc. | Current |
| Nomura Global Financial Products Inc. | Nomura Home Equity Loan, Inc. | Current |
| Nomura International PLC<br><br>Nomura Securities International Inc. | Nomura Securities International, Inc. | Current |
| Nova Chemicals Inc. | Compañía Española de Petróleos, S.A.U. | Current |
| | Procific | Current |
| Ozarka Drinking Water<br>Ozarka Drinking Water - Nestle Waters | Nestlé S.A. | Current |
| Pennsylvania Department of Revenue | Office of the General Counsel of Pennsylvania | Current |
| | Office of the Governor of Pennsylvania | Current |
| | Office of the Secretary of State of Pennsylvania | Current |
| | Pennsylvania Higher Education Assistance Agency | Current |
| Phoenix Investment Partners<br><br>Phoenix Life Insurance Co. | Nassau Reinsurance Group Holdings, L.P. | Current |
| PricewaterhouseCoopers LLP | PricewaterhouseCoopers Hong Kong Limited | Current |
| | PricewaterhouseCoopers Limited | Current |
| Prudential Insurance<br><br>Target Asset Allocation Funds | Prudential Insurance Company of America | Current |

21

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Target Conservative Allocation Fund<br>Target Moderate Allocation Fund | | |
| Purex Industries - Turco Products Division | Henkel of America, Inc. | Current |
| Railroad Commissioners of Texas | Greg Abbott, as Governor of Texas | Current |
| Texas Department of Transportation, State of | Joe Straus, as Speaker of the Texas House of Representatives | Current |
| Texas Department of Transportation, State of (Paris District) | Rolando Pablos, as Secretary of State of Texas | Current |
| Texas Department of Transportation, State of (Tyler District) | State of Texas | Current |
| Texas State Highway & Public Transportation Commission<br>Texas Transportation Commission<br>Texas, State of | | |
| Railworks Track Systems<br>Railworks Track Systems Inc.<br>Railworks Track Systems Texas | Alex E. Washington | Current |
| Starr<br>Starr Aviation<br>Starr Cos.<br>Starr Indemnity & Liability Co.<br>Starr Surplus Lines Insurance Co. | Starr International Company, Inc. | Current |
| Starwood<br>Starwood Energy | Starwood Property Trust | Current |
| Sterling Bay Inc. | Sterling Bay Capital Advisers, LLC | Current |
| Tenneco Chemical Co.<br>Tenneco Oil Co.<br>Tenneco Polymers Inc. | Tenneco Canada Inc. | Current |
| Total Gas & Power North America Inc.<br>Total Petrochemicals USA Inc.<br>Total Petroleum | Total Specialties USA Inc. | Current |
| Valspar Corp., The | The Sherwin-Williams Company | Current |
| Vector Capital | Web.com Group, Inc. | Current |

22

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Veolia ES Industrial Services | Transdev North America, Inc.<br>Veolia Environnement | Closed<br>Current |
| 3i Debt Management<br>3i Debt Management Investments Ltd.<br>3i Debt Management US LLC | 3i Corporation | Current |
| Abbott Laboratories<br>Advanced Neuromodulation Systems Inc.<br>Alere Toxicology Services Inc.<br>Alere Wellbeing Inc.<br>Kroll Laboratory Specialists<br>Ross Laboratories | St. Jude Medical Italia SpA | Current |
| Abilene Regional Landfill<br>Allied Waste<br>Allied Waste Industries<br>Allied Waste Services #058<br>Allied Waste Services #069<br>Allied Waste Services #794<br>Allied Waste/Republic Services<br>BFI Inc.<br>BFI Industries Inc.<br>BFI Waste Services of Texas LP<br>BFI Waste Systems of North America LLA<br>BFI Waste Systems of North America LLC<br>Browning-Ferris Industries Chemical Services Inc.<br>Browning-Ferris Industries Inc.<br>CSC Landfill<br>Duncan Disposal<br>Duncan Disposal #688<br>Itasca Landfill<br>Mexia Landfill<br>Pinehill Landfill<br>Pleasant Oaks Landfill TX LP<br>Republic Services | Consolidated Disposal Service, LLC | Current |

23

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Republic Services #688<br>Republic Services National<br>Republic Services National Accounts<br>Republic Services of Austin<br>Republic Services Procurement Inc., a division of Republic Services Inc.<br>Trinity Waste Services | | |
| Eagle-Picher Industries Inc. | Barry R. Dunn | Current |
| | Benjamin J. Daverman | Former |
| | Brian C. Gornick | Current |
| | Christian B. McGrath | Former |
| | Constantine S. Mihas | Current |
| | EPV Buyer, Inc. | Current |
| | EPV Holdco, LLC | Current |
| | EPV Intermediate, LLC | Current |
| | Golder, Thoma, Cressey, Rauner, Inc. | Closed |
| | GTCR Fund IX/A, L.P. | Current |
| | GTCR Fund VI, L.P. | Current |
| | GTCR Partners VI, L.P. | Current |
| | GTCR, LLC | Current |
| | Josh M. Earl | Current |
| | Lawrence C. Fey, IV | Current |
| | Mark M. Anderson | Current |
| | Michael S. Hollander | Former |
| | Sean L. Cunningham | Current |
| | various principals of GTCR | Current |
| | Vectra Co. | Current |
| Advent Capital Management | Advent Capital Management, LLC | Current |
| Aecom Technical Services Inc.<br><br>Morrison Knudsen Corp.<br>URS Corp. | AECOM-Canyon Real Estate Fund Advisors LLC | Current |
| Alside Ennis Extruded Products Co.<br>Associated Materials Inc.<br>Genesys<br>Openlink Financial LLC | P. Hunter Philbrick | Current |

24

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Alvarez & Marsal | A&M Capital Advisors Europe, LLP | Current |
| | A&M Capital Advisors GP, LLC | Current |
| | A&M Capital Advisors, LLC | Current |
| | A&M Capital Advisors, LP | Current |
| | A&M Capital Europe-GP Associates, LP | Current |
| | A&M Capital Opportunities-GP Associates, LP | Current |
| | A&M Capital-GP Associates, LP | Current |
| | A&M Capital-GP Holdings, LP | Current |
| | Alvarez & Marsal AMCO Partners Fund, LP | Current |
| | Alvarez & Marsal Capital LLC | Current |
| | Alvarez & Marsal Capital, LP | Current |
| | Alvarez & Marsal Partners Buyout Fund, LP | Current |
| | Alvarez & Marsal Partners Europe Buyout Fund, LP | Current |
| | Alvarez & Marsal Partners Europe Fund, LP | Current |
| | Alvarez & Marsal Partners Fund, LP | Current |
| | Alvarez & Marsal Partners Opportunities Fund, LP | Current |
| Antero Resources I LP Enduring Resources LLC Indigo Minerals LLC | Indigo Natural Resources LLC | Current |
| Ascend Performance Materials Texas American Petrochemicals Inc. TPC Holdings Inc. | SK Inv Spain Sociedad Limitada | Current |
| | SK Invictus DE GmbH | Current |
| | SK Invictus Group SARL | Current |
| | SK Invictus Holdings SARL | Current |
| | SK Invictus Holdings, L.P. | Current |
| | SK Invictus Intermediate II SARL | Current |
| | SK Invictus Intermediate SARL | Current |
| Avepoint Inc. Goldman Sachs Goldman Sachs & Co. Goldman Sachs Credit | Goldman Sachs MB Services Limited | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Goldman Sachs Financial Square Government Fund<br><br>Goldman Sachs Fund Group<br>Goldman Sachs Lending Partners LLC<br>GS Capital Partners<br>J Aron Co.<br>J. Aron & Co.<br>J.Aron/Goldman Sachs | | |
| Babson Capital<br>Babson Capital Europe<br>Babson Capital Management<br>Massachusetts Mutual Life Insurance Co.<br><br>Oppenheimer<br>Oppenheimer Funds | Barings Global Advisers Limited | Current |
| Bank of Tokyo-Mitsubishi UFJ<br><br>Bank of Tokyo-Mitsubishi UFJ Ltd., The<br><br>Mitsubishi UFJ Financial Group Inc.<br>Union Bank NA | Mitsubishi UFJ Financial Group, Inc.<br>MUFG Union Bank, N.A. | Current<br><br>Current |
| GIC (Government Investment Corporation of Singapore)<br><br>GIC Private Ltd.<br>Government of Singapore Investment Corp. Pte Ltd. | GIC Pte Ltd. | Current |
| Blackstone / GSO<br>Blackstone Advisory Partners LP<br>Blackstone Debt Advisors<br>Blackstone Special Funding (Ireland)<br>Comstock Oil & Gas LP<br>GSO<br>GSO Aiguille des Grands Montets Fund I LP<br><br>GSO Aiguille des Grands Montets Fund II LP | Blackstone Real Estate | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| GSO Aiguille des Grands Montets Fund III LP | | |
| GSO Cactus Credit Opportunities Fund LP | | |
| GSO Capital Partners LP | | |
| GSO Churchill Partners LP | | |
| GSO Coastline Credit Partners LP | | |
| GSO Credit Alpha Fund LP | | |
| GSO Credit-A Partners LP | | |
| GSO Palmetto Opportunistic Investment Partners LP | | |
| GSO Special Situations Master Fund LP | | |
| GSO/Blackstone Debt Funds Management LLC | | |
| Harbourmaster Capital | | |
| La Quinta Inn #0505 | | |
| La Quinta Inn #0558 | | |
| La Quinta Inn #0960 | | |
| LQ Management LLC | | |
| Mustang Ridge Apartments LP | | |
| BLT 24 LLC | Credit Suisse International | Current |
| BLT 27 LLC | | |
| BLT 33 LLC | | |
| BLT 36 LLC | | |
| BLT 42 LLC | | |
| BLT 8 LLC | | |
| BLT I LLC | | |
| Credit Suisse | | |
| Credit Suisse Alternative Capital Inc. | | |
| Credit Suisse Alternative Investments | | |
| Credit Suisse Asset Management LLC (CSAM) | | |
| Credit Suisse Asset Management LLC (US) | | |
| Credit Suisse Asset Manager | | |
| Credit Suisse Capital LLC | | |

27

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Credit Suisse Energy LLC<br>Credit Suisse Group AG<br>Credit Suisse International<br>Credit Suisse Loan Funding LLC<br>Credit Suisse Securities USA LLC<br>Credit Suisse, Cayman Islands Branch | | |
| Wheelabrator Chicago Inc. | KPS Capital Partners, LP<br>Winoa S.A. | Current<br>Current |
| Canyon Capital Advisors<br><br>Canyon Partners<br>ICE Canyon / Canyon Partners<br>ICE Canyon LLC | AECOM-Canyon Real Estate Fund Advisors LLC | Current |
| Capital One | Murray Abrams | Current |
| Carnation Co.<br>Carnation Co. (Can Division)<br>Carnation Co. Inc.<br>Nestle USA Inc.<br>Ozarka<br>Ozarka Drinking Water<br>Ozarka Drinking Water - Nestle Waters | Blue Bottle Coffee, Inc. | Current |
| Caspian Capital LP<br>Caspian Capital Management<br>Loomis Sayles<br>Loomis Sayles & Co. LP<br>Loomis Sayles Bond Fund | David Corleto | Current |
| Competitrack Incorporated<br>National Technical Systems | National Quality Assurance Limited<br>National Technical Systems, Inc.<br>NQA Certification Limited | Current<br>Current<br>Current |
| Morgan Stanley<br>Morgan Stanley & Co. Inc.<br>Morgan Stanley & Co. LLC<br>Morgan Stanley Capital Group Inc.<br>Morgan Stanley Capital Services<br>Morgan Stanley Capital Services LLC | Morgan Stanley Infrastructure Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Morgan Stanley Government Portfolio<br>Morgan Stanley Institutional Liquidity Funds<br>Morgan Stanley Senior Funding Inc.<br>Morgan Stanley Smith Barney LLC<br>Morgan Stanley Treasury Portfolio Funds | | |
| CTI Foods Holding Co. LLC<br>ESI Acquisition Incorporated<br>Foster & Kleiser<br>Genesys Conferencing NA<br>HighTower Advisors LLC<br>Intercall Inc.<br>Smith Hanley Associates LLC<br>THL Credit Partners<br>THL Credit Senior Loan<br>Thomas H. Lee Partners | Federal Street Acquisition Corp.<br>HighTower Holding, LLC<br>HT Holding, LLC | Current<br>Current<br>Current |
| Docusign Inc.<br>Foster & Kleiser<br>HD Supply Construction Supply Ltd.<br>HD Supply Utilities Ltd.<br>Sankaty<br>Sankaty Advisors LLC<br>Securitas Security Services USA Inc.<br>SimplexGrinnell<br>SimplexGrinnell LP<br>Skillsoft Corp.<br>Sungard Consulting Services Inc.<br>Sungard Consulting Services LLC<br>Sungard Energy Systems<br>Survey Monkey Inc.<br>Tealium Inc.<br>Toys R Us-Delaware Inc.<br>Tyco Fire Products<br>VXI Global Solutions Inc.<br>Westfire Inc. | Bain Capital Public Equities | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Yarway Corp. | | |
| Dow Chemical Co.<br>Dow Hydrocarbons & Resources Inc.<br>DuPont Capital Management Corp.<br>DuPont Powder Coatings<br>E.I. Du Pont de Nemours & Co.<br>Linde Division Union Carbide now owned by K+S AG<br>Rohm & Haas Co.<br>Southwest Specialty Chemicals Inc.<br>Union Carbide Chemicals & Plastic Co.<br>Union Carbide Corp. | Dow Hydrocarbons & Resources | Current |
| Duff & Phelps LLC | Duff & Phelps Corp.<br>Permira Credit Solutions III G.P. Limited<br>Permira IV Managers Limited | Current<br>Current<br><br>Closed |
| Enduring Resources LLC<br>VWR International LLC | Avista Capital Europe LLP | Current |
| Enduro Composites Inc. | David Habiger | Current |
| EnerVest Operating LLC | EnerVest Holding XIII, LLC<br>EnerVest Holding, L.P.<br>EnerVest Investment Services, LLC<br>EnerVest Operating, LLC<br>EnerVest Preferred Holdings XIII, L.P.<br>EVFC GP XIII, LLC<br>EVPH XIII, LLC | Current<br>Current<br>Current<br>Current<br>Current<br><br>Current<br>Current |
| Environmental Resource Associates<br>TA Instruments Waters LLC | Waters Corp. | Current |
| Equaterra Inc.<br>KPMG<br>KPMG LLP | KPMG Auditores, S.L. | Current |
| FedEx Techconnect Inc. | FedEx Trade Networks, Inc. | Closed |
| Holcim (Texas) LP<br>Holcim (US) Inc. | LafargeHolcim | Current |

30

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Jeld-Wen Windows & Doors | JELD-WEN, Inc. | Current |
| La Frontera Generation LLC<br>La Frontera Holdings LLC | Vistra Energy Corp. | Current |
| Lazard<br>Lazard Freres & Co. LLC | Lazard Group LLC<br>Lazard Ltd. | Current<br>Current |
| Moelis & Co.<br>Moelis & Co. LLC | Moelis Australia | Current |
| Navistar Inc. | Navistar, Inc. | Current |
| Nordco Rail Services & Inspection Technologies LLC<br>Ryan Herco Products Corp. | Greenbriar Equity | Current |
| Oak Hill<br>Oak Hill Advisors LP | Oak Hill Advisors | Current |
| Pinebridge<br>Pinebridge Investments LLC | FWD Group Management Holdings Limited | Current |
| PPL Energy Plus LLC | Kentucky Utilities Co.<br>LG&E and KU Energy LLC | Current<br>Current |
| Pullman Inc.<br>Resco Holdings Inc.<br>Waste Management<br>Waste Management - RMC<br>Waste Management Lewisville Hauling<br>Waste Management National Services Inc.<br>Waste Management of Fort Worth<br>Waste Management of Texas Inc.<br>WM Renewable Energy | USA Waste of California, Inc. | Current |
| Redwood Capital<br>Redwood Capital Management LLC | Redwood Capital Management, LLC | Current |
| Rice University | William Marsh Rice University | Current |
| Sitecore USA Inc. | EQT Credit | Current |
| Specialty Retailers Inc. | Specialty Retailers, Inc.<br>Stage Stores, Inc. | Current<br>Current |
| Starwood | SCG K Fund A, SCSp | Current |

31

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Starwood Energy | Starwood Capital Group, LLC | Current |
| | Starwood Retail | Current |
| | Starwood Retail Partners, LLC | Current |
| Time Warner Cable | Charter Communications, Inc. | Current |
| Time Warner Cable Business Class | Spectrum Management Holding Company, LLC | Current |
| Toshiba International Corp.<br><br>Westinghouse Electric Co.<br>Westinghouse Electric Co. - NS Field Services<br>Westinghouse Electric Co. LLC<br>Westinghouse Electric Corp. Environmental Affairs<br>Westinghouse-Nuclear | Independent Directors of Toshiba Nuclear Energy Holdings (UK) Limited | Current |
| Toys R Us-Delaware Inc. | Toys "R" Us Property Company 1, LLC | Current |
| | Toys "R" Us, Inc. | Current |
| Vanguard<br><br>Vanguard Group Inc., The | Vanguard Asset Management, Limited | Current |
| Vanguard Permian LLC | Vanguard Natural Resources, LLC | Current |
| Wellpoint Inc. | Highland Investor Holdings, LLC | Current |
| Wren House Infrastructure Management Ltd. | Wren House Infrastructure Management Limited | Current |