# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 13107** |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE       )
                        ) ss.:
COUNTY OF NEW CASTLE    )

Brittany Hambleton, being duly sworn, deposes and says:

1. I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. (Production Center), located at 230 N. Market Street, Wilmington, DE 19801. I am an authorized representative of Parcels, Inc.

2. On May 14, 2018, I caused to be served the Majority Creditors' Omnibus Objection Regarding Final Fee Applications (D.I. 13107), dated May 14, 2018, by causing true and correct copies to be enclosed in postage pre-paid envelopes and delivered by first class mail, unless otherwise indicated, to the parties on the service list attached hereto as Exhibit A.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryant Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax Identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

                                                             */s/ Brittany Hambleton*
                                                              Brittany Hambleton

SWORN TO AND SUBSCRIBED before me this 15 day of May, 2018.

_____
Notary Public

*[Notary Seal: SPENCER ALLAN ANSPACH, NOTARY PUBLIC, STATE OF DELAWARE, MY COMMISSION EXPIRES ON 07-07-2019]*