# EXHIBIT

# A

## VIA FIRST CLASS MAIL

ABRAMS & BAYLISS LLP
KEVIN G ABRAMS, ESQUIRE
JOHN M SEAMAN, ESQUIRE
20 MONTCHANIN RD STE 200
WILMINGTON, DE 19807

AKERMAN LLP
ATTN: ANDREA S HARTLEY, ESQUIRE
98 SE 7TH ST STE 1100
MIAMI, FL 33131

ALDINE INDEPENDENT SCHOOL DISTRICT
ATTN: COURTENEY F HARRIS ESQUIRE
14910 ALDINE WESTFIELD RD
HOUSTON, TX 77032

AMERICAN STOCK TRANSFER
& TRUST CO LLC
ATTN: PAUL KIM, ESQUIRE
6201 15TH AVE
BROOKLYN, NY 11219

AMERIC AMERICAN STOCK TRANSFER
& TRUST CO LLC
ATTN: GENERAL COUNSEL
6201 15TH AVE
BROOKLYN, NY 11219

BARNES & THORNBURG LLP
ATTN: DAVID M POWLEN ESQUIRE
1000 N WEST ST STE 1500
WILMINGTON, DE 19801

BAKER BOTTS LLP
ATTN: JAMES PRINCE, ESQUIRE
OMAR J ALANIZ, ESQUIRE
2001 ROSS AVE
DALLAS, TX 75201-2980

BALLARD SPAHR LLP
ATTN: MATTHEW G SUMMERS ESQUIRE
919 N MARKET ST 11TH FL
WILMINGTON, DE 19801

BARNES & THORNBURG LLP
ATTN: KEVIN G COLLINS ESQUIRE
1000 N WEST ST STE 1500
WILMINGTON, DE 19801

BARNES & THORNBURG LLP
ATTN: KEVIN C DRISCOLL JR ESQUIRE
1 N WACKER DR STE 4400
CHICAGO, IL 60606-2833

BAYARD PA
ATTN: NEIL GLASSMAN ESQUIRE
222 DELAWARE AVE STE 900
WILMINGTON, DE 19801

BAYARD PA
ATTN: SCOTT D COUSINS, ESQUIRE
ERIN R FAY, ESQUIRE
EVAN T MILLER, ESQUIRE
222 DELAWARE AVE STE 900
WILMINGTON, DE 19801

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
ATTN: KEVIN M. CAPUZZI, ESQUIRE
222 DELAWARE AVE STE 801
WILMINGTON, DE 19801-1611

BLANK ROME LLP
ATTN: MICHAEL B SCHAEDLE ESQUIRE
130 N 18TH ST (ONE LOGAN SQUARE)
PHILADELPHIA, PA 19103-6998

BLANK ROME LLP
ATTN: MICHAEL DEBAECKE, ESQUIRE
STANLEY TARR, ESQUIRE
1201 MARKET ST STE 800
WILMINGTON, DE 19801

BROWN RUDNICK LLP
ATTN: EDWARD WEISFELNER ESQUIRE
7 TIMES SQUARE
NEW YORK, NY 10036

BROWN & CONNERY LLP
ATTN: DONALD K LUDMAN, ESQUIRE
6 NORTH BROAD ST STE 100
WOODBURY, NJ 08096

BROWN RUDNICK LLP
ATTN: HOWARD SIEGEL, ESQUIRE
185 ASLYUM STREET
HARTFORD, CT 06103

BROWN RUDNICK LLP
ATTN: JEFFREY JONAS, ESQURE
ANDREW STREHLE, ESQUIRE
ONE FINANCIAL CENTER
BOSTON, MA 02111

BROWN RUDNICK LLP
ATTN: JEREMY B. COFFEY, ESQUIRE
SEVEN TIMES SQUARE
NEW YORK, NY 10036

BRYAN CAVE LLP
ATTN: STEPHANIE WICKOUSKI, ESQUIRE
LAITH J. HAMDAN, ESQUIRE
1290 6TH AVENUE, #33
NEW YORK, NY 10104-3300

BRYAN CAVE LLP
ATTN: ROBERT E. PEDERSEN, ESQUIRE
1290 6TH AVENUE, #33
NEW YORK, NY 10104-3300

BUCHANAN INGERSOLL & ROONEY PC
ATTN: KATHLEEN A. MURPHY, ESQUIRE
919 N. MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

CHADBOURNE & PARKE LLP
ATTN: HOWARD DEIFE, ESQUIRE
DAVID M. LEMAY, ESQUIRE
CHRISTY RIVERIA, ESQUIRE
1301 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6002

CIARDI CIARDI & ASTIN
ATTN: D. ASTIN, ESQUIRE
J. MCLAUGHLIN, JR., ESQUIRE
J. MCMAHON, JR., ESQUIRE
1204 N. KING STREET
WILMINGTON, DE 19801

CITIBANK N.A.
ATTN: ZORI MIGLIORINI, ESQUIRE
388 GREENWICH STREET, 21ST FLOOR
NEW YORK, NY 10013

CITIBANK N.A.
BANK LOAN SYNDICATIONS DEPARTMENT
1615 BRETT ROAD, BUILDING III
NEW CASTLE, DE 19720
CITIBANK N.A.
ATTN: RYAN FALCONER
388 GREENWICH STREET
NEW YORK, NY 10013

CLEARLY GOTTLIEB STEIN & HAMILTON LLP
ATTN: THOMAS MOLONEY, ESQUIRE
SEAN O'NEAL, ESQUIRE
HUMAYUN KHALID, ESQUIRE
ONE LIBERTY PLAZA
NEW YORK, NY 10006

COMPTROLLER OF PUBLIC ACCOUNTS OF
THE STATE OF TEXAS
OFFICE OF THE TEXAS ATTORNEY GENERAL
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: RACHEL OBALDO, ESQUIRE
JOHN MARK STERN, ESQUIRE
P.O. BOX 12548
AUSTIN, TX 78711-2548

COMPUTERSHARE TRUST OF CANADA
ATTN: ALESSANDRA PANSERA, ESQUIRE
1500 ROBERT-BOURASSA BLVD, 7TH FLOOR
MONTREAL, QC H3A 3S8
CANADA

CADWALADER WICKERSHAM & TAFT LLP
ATTN: HOWARD HAWKINS, JR., ESQUIRE
ELLEN M. HALSTEAD, ESQUIRE
MICHELE MAMAN, ESQUIRE
THOMAS J. CURTIN, ESQUIRE
200 LIBERTY STREET
NEW YORK, NY 10281

BUCHALTER NEMER, PLC
ATTN: SHAWN M. CHRISTIANSON, ESQUIRE
55 SECOND STREET, SUITE 1700
SAN FRANCISCO, CA 94105-3493

CITIBANK N.A.
ATTN: OWEN COYLE, ESQUIRE
1615 BRETT ROAD, OPS III
NEW CASTLE, DE 19720

CITIBANK N.A.
ATTN: ERIC O' LIGAN, VICE PRESIDENT
388 GREENWICH STREET, 32ND FLOOR
NEW YORK, NY 10013

COZEN O'CONNOR
ATTN: MARK E. FELGER, ESQUIRE
1201 NORTH MARKET STREET, SUITE 1001
WILMINGTON, DE 19801
CITY OF FORTH WORTH
ATTN: CHRISTOPHER B. MOSLEY, ESQUIRE
1000 THROCKMORTON STREET
FORT WORTH, TX 76102

COHEN & GRIGSBY, PC
ATTN: THOMAS D. MAXSON, ESQUIRE
625 LIBERTY AVENUE
PITTSBURGH, PA 15222-3152

COMPUTERSHARE TRUST COMPANY NA
ATTN: MICHAEL A. SMITH, VP
2950 EXPRESS DRIVE S, SUITE 210
ISLANDIA, NY 11749

COWELS & THOMPSON
ATT: STEPHEN C. STAPLETON, ESQUIRE
BANK OF AMERICA PLAZA
901 MAIN STREET, SUITE 3900
DALLAS, TX 75202

CSC TRUST COMPANY OF DELAWARE
ATTN: SANDRA E. HORWITZ, MANAGING DIRECTOR
251 LITTLE FALLS DRIVE
WILMINGTON, DE 19808

DAVIS POLK & WARDWELL LLP
ATTN: MARSHALL HUEBNER, ESQUIRE
BENJAMIN KAMINETZKY, ESQUIRE
ELLIOTT MOSKOWITZ, ESQUIRE
DAMON MEYER, ESQUIRE
450 LEXINGTON AVENUE
NEW YORK, NY 10017

DECHERT LLP
ATTN: MICHAEL J. SAGE, ESQUIRE
ANDREW C. HARMEYER, ESQUIRE
1095 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6797

DECHERT LLP
ATTN: G. ERIC BRUNSTAD, JR., ESQUIRE
90 STATE HOUSE SQUARE
HARTFORD, CT 06103-3702

DEUTSCH BANK
ATTN: MARCUS M. TARKINGTON, ESQUIRE
60 WALL STREET (NYCC60-0266)
NEW YORK, NY 10005-2836

DLA PIPER LLP (US)
ATTN: ASHLEY R. ALTSCHULER, ESQUIRE
R. CRAIG MARTIN, ESQUIRE
1201 N. MARKET STREET, SUITE 2100
WILMINGTON, DE 19801

DORSEY & WHITNEY LLP
ATTN: ERIC LOPEZ SCHNABEL, ESQUIRE
ROBERT W. MALLARD, ESQUIRE
ALESSANDRA GLORIOSO, ESQUIRE
300 DELAWARE AVENUE, SUITE 1010
WILMINGTON, DE 19801

DRINKER BIDDLE & REATH LLP
ATTN: ROBERT K. MALONE, ESQUIRE
222 DELAWARE AVENUE, SUITE 1410
WILMINGTON, DE 19801-1621

DYKEMA GOSSETT PLLC
ATTN: JEFFREY R. FINE, ESQUIRE
1717 MAIN STREET, SUITE 4200
DALLAS, TX 75201

EMC CORPORATION
ATTN: RONALD L. ROWLAND, ESQUIRE, AGENT
305 FELLOWSHIP ROAD, SUITE 100
MOUNT LAUREL, NJ 08054-1232

ENERGY FUTURE HOLDINGS CORP.
ATTN: ANDREW M. WRIGHT, ESQUIRE
1601 BRYAN STREET, 43RD FLOOR
DALLAS, TX 75201

EVERSHEDS SUTHERLAND (US) LLP
ATTN: LINO MENDILA III, ESQUIRE
ONE AMERICAN CENTER
600 CONGRESS AVENUE, SUITE 2000
AUSTIN, TX 78701

FOLEY & LARDNER LLP
ATTN: HAROLD KAPLAN, ESQUIRE
MARK HEBBELN, ESQUIRE
LARS PETERSON, ESQUIRE
321 N. CLARK STREET, SUITE 2800
CHICAGO, IL 60654-5313

FOX ROTHSCHILD LLP
ATTN: JEFFREY SCHLERF, ESQUIRE
L. JOHN BIRD, ESQUIRE
919 N. MARKET STREET, SUITE 300
WILMINGTON, DE 19801

FOX ROTHSCHILD LLP
ATTN: JEFFREY M. SCHLERF, ESQUIRE
CARL NEFF, ESQUIRE
919 N. MARKET STREET, SUITE 300
WILMINGTON, DE 19801

FRANKGECKER LLP
ATTN: JOSEPH D. FRANK, ESQUIRE
REED HEILIGMAN, ESQUIRE
325 N. LASALLE STREET, SUITE 625
CHICAGO, IL 60654

FRANKGECKER LLP
ATTN: FRANCES GECKER, ESQUIRE
325 N. LASALLE STREET, SUITE 625
CHICAGO, IL 60654

GELLERT SCALI BUSENKELL & BROWN LLC
ATTN: MICHAEL G. BUSENKELL, ESQUIRE
1201 N. ORANGE STREET, SUITE 300
WILMINGTON, DE 19801

FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
ATTN: BRAD E. SCHELER, ESQUIRE
GARY L. KAPLAN, ESQUIRE
MATTHEW M. ROOSE, ESQUIRE
1 NEW YORK PLAZA
1 FDR DRIVE
NEW YORK, NY 10004

GARDERE WYNNE SEWELL LLP
ATTN: JOHN P. MELKO, ESQUIRE
MICHAEL K. RIORDAN, ESQUIRE
1000 LOUISIANA, SUITE 3400
HOUSTON, TX 77002

GAY MCCALL ISAACKS GORDON & ROBERTS PC
ATTN: DUSTIN L. BANKS, ESQUIRE
1919 S SHILO ROAD, SUITE 310 LB 40
GARLAND, TX 75042

GLAST PHILLIPS & MURRAY PC
ATTN: JONATHAN L. HOWELL, PLLC
14801 QUORUM DRIVE, SUITE 500
DALLAS, TX 75254

HAYNES & BOONE LLP
ATTN: PATRICK L. HUGES, ESQUIRE
1221 MCKINNEY STREET, SUITE 2100
HOUSTON, TX 77010

HINCKLEY ALLEN
ATTN: JENNIFER V. DORAN, ESQUIRE
28 STATE STREET
BOSTON, MA 02109

HOGAN MCDANIEL
ATTN: GARVIN F. MCDANIEL, ESQUIRE
1311 DELAWARE AVENUE
WILMINGTON, DE 19806

HOLLAND & KNIGHT LLP
ATTN: PHILIP EVANS, ESQUIRE
800 17TH STREET NW, SUITE 1100
WASHINGTON, DC 20006

INTERNAL REVENUE SERVICE
DEPARTMENT OF THE TREASURY
OGDEN, UT 84201

JACKSON WALKER LLP
ATTN: BRUCE J. RUZINSKY, ESQUIRE
MATTHEW D. CAVENAUGH, ESQUIRE
1401 MCKINNEY STREET, SUITE 1900
HOUSTON, TX 77010

KELLEY DRYE & WARREN LLP
ATTN: JAMES CARR, ESQUIRE
BENJAMIN FEDER, ESQUIRE
BERT SAYDAH, ESQUIRE
101 PARK AVENUE
NEW YORK, NY 10178

KIRKLAND & ELLIS LLP
ATTN: EDWARD SASSOWER, PC
STEPHEN HESSLER, ESQUIRE
BRIAN E. SCHWARTZ, ESQUIRE
601 LEXINGTON AVENUE
NEW YORK, NY 10022

KLEHR HARRISON HARVEY BRANZBURG LLP
ATTN: RAYMON H. LEMISCH, ESQUIRE
919 MARKET STREET, SUITE 1000
WILMINGTON, DE 19801

GAY MCCALL ISAACKS GORDON & ROBERTS PC
ATTN: DAVID MCCALL, ESQUIRE
777 E. 15TH STREET
PLANO, TX 75074

GOODWIN PROCTOR LLP
ATTN: WILLIAM WEINTRAUB, ESQUIRE
THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE
NEW YORK, NY 10018

GREER HERZ & ADAMS LLP
ATTN: ANDREW J. MYTELKA, ESQUIRE
MICHAEL ADAMS, ESQUIRE
J. SCOTT ANDREWS, ESQUIRE
JAMES M. ROQUEMORE, ESQUIRE
1 MOODY PLAZA, 18TH FLOOR
GALVESTON, TX 77550

HAYNES AND BOONE LLP
ATTN: TREVOR HOFFMAN, ESQUIRE
30 ROCKERFELLER CENTER, 26TH FLOOR
NEW YORK, NY 10112

HAYNES & BOONE LLP
ATTN: IAN T. PECK, ESQUIRE
2323 VICTORY AVENUE, SUITE 700
DALLAS, TX 75219

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

JACKSON WALKER LLP
ATTN: J. SCOTT ROSE, ESQUIRE
WESTON CENTRE
112 E. PECAN STREET, SUITE 2400
SAN ANTONIO, TX 78205

KASOWITZ BENSON TORRES LLP
ATTN: DAVID ROSNER, ESQUIRE
ANDREW GLENN, ESQUIRE
DANIEL FILMAN, ESQUIRE
1633 BROADWAY
NEW YORK, NY 10019

KELLY HART & HALLMAN LLP
ATTN: MICHAEL MCCONNELL, ESQUIRE
CLAY TAYLOR, ESQUIRE
KATHERINE THOMAS, ESQUIRE
201 MAIN STREET, SUITE 2500
FORTH WORTH, TX 76102

KIRKLAND & ELLIS LLP
ATTN: JAMES H.M. SPRAYREGEN PC
CHAD HUSNICK, ESQUIRE
STEVEN SERAJEDDINI, ESQUIRE
300 N. LASALLE
CHICAGO, IL 60654

KRAMER LEVIN NAFTALIS & FRANKEL LLP
ATTN: THOMAS MOERS MAYER, ESQUIRE
GREGORY A. HOROWITZ, ESQUIRE
JOSHUA K. BRODY, ESQUIRE
PHILIP BENTLEY, ESQUIRE
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

LACKEY HERSHMAN LLP
ATTN: JAMIE R. WELTON, ESQUIRE
3102 OAK LAWN AVENUE, SUITE 777
DALLAS, TX 75219

LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: FRANK GODINO, VP
801 2ND AVENUE, ROOM 403
NEW YORK, NY 100017-8664

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
ATTN: PATRICIA WILLIAMS PREWITT, ESQUIRE
10953 VISTA LAKE CT
NAVASOTA, TX 77868

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: ELIZABETH WELLER, ESQUIRE
2777 N. STEMMONS FWY, SUITE 1000
DALLAS, TX 75207

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: DIANE WADE SANDERS, ESQUIRE
2700 VIA FORTUNA DRIVE, SUITE 400
AUSTIN, TX 78746

LOCKE LORD LLP
ATTN: C. DAVIN BOLDISSAR, ESQUIRE
601 POYDRAS STREET, SUITE 2660
NEW ORLEANS, LA 70130

MANION GAYNOR & MANNING LLP
ATTN: MARC PHILLIPS, ESQUIRE
THE NEMOURS BUILDING
1007 N. ORANGE STREET, 10TH FLOOR
WILMINGTON, DE 19801
MASLON EDELMAN BORMAN & BRAND LLP
ATTN: CLARK T. WHITMORE, ESQUIRE
ANA CHILINGARISHVLI, ESQUIRE
90 S. 7TH STREET, SUITE 3300
MINNEAPOLIS, MN 55402-4140

MCELROY DEUTSCH MULVANEY & CARPENTERS LLP
ATTN: DAVID P. PRIMACK, ESQUIRE
300 DELAWARE AVENUE, SUITE 770
WILMINGTON, DE 19801

MICHAEL G. SMITH, ESQUIRE
9857 N 2210 ROAD
ARAPAHO, OK 73620-2123

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER, ESQUIRE
P.O. BOX 475
JEFFERSON CITY, MO 65105-0475

MORGAN LEWIS & BOCKIUS LLP
ATTN: JULIA FROST-DAVIES, ESQUIRE
C. CARTER, ESQUIRE
ONE FEDERAL STREET
BOSTON, MA 02110-1726

LANDIS RATH & COBB LLP
ATTN: ADAM G. LANDIS, ESQUIRE
MATTHEW B. MCGUIRE, ESQUIRE
919 MARKET STREET, SUITE 1800
WILMINGTON, DE 19801

LAW OFFICE OF CURTIS A. HEHN
ATTN: CURTIS A. HEHN, ESQUIRE
1000 N. WEST STREET, SUITE 1200
WILMINGTON, DE 19801

LAW OFFICES OF ROBERT E. LUNA PC
ATTN: DANIEL K. BEARDEN, ESQUIRE
4447 N. CENTRAL EXPY, PMB 271
DALLAS, TX 75205-3017

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
ATTN: JOHN P. DILLMAN, ESQUIRE
4828 LOOP CENTRAL DRIVE, SUITE 600
HOUSTON, TX 77002

LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
ATTN: GEOFFREY GAY, ESQUIRE
816 CONGRESS AVENUE, SUITE 1900
AUSTIN, TX 78701

LOCKE LORD LLP
ATTN: PHILIP EISENBERG, ESQUIRE
2800 JPMORGAN CHASE TOWER
600 TRAVIS
HOUSTON, TX 77002

MARGOLIS EDELSTEIN
ATTN: JAMES E.HUGGETT, ESQUIRE
AMY D. BROWN, ESQUIRE
300 DELAWARE AVENUE, SUITE 800
WILMINGTON, DE 19801
MCCREARY VESELKA BRAGG & ALLEN PC
ATTN: LEE GORDON, ESQUIRE
700  JEFFREY WAY, SUITE 100
ROUND ROCK, TX 78665

MCKOOL SMITH
ATTN: PAUL D. MOAK, ESQUIRE
600 TRAVIS STREET, SUITE 7000
HOUSTON, TX 77002

MILBANK TWEED HADLEY & MCCLOY LLP
ATTN: DENNIS F. DUNNE, ESQUIRE
EVAN R. FLECK, ESQUIRE
28 LIBERTY STREET
NEW YORK, NY 10005-1413

MORRIS JAMES LLP
ATTN: STEPHEN MILLER, ESQUIRE
P.O. BOX 2306
WILM INGTON, DE 19899-2306

MORRIS NICHOLS ARSHT & TUNNELL LLP
ATTN: ANDREW REMMING, ESQUIRE
1201 N. MARKET STREET, SUITE 1600
WILMINGTON, DE 19801

MUNGERS TOLLES & OLSON LLP
ATTN: THOMAS B. WALPER, ESQUIRE
TODD J. ROSEN, EDQUIRE
SETH GOLDMAN, ESQUIRE
JOHN W. SPIEGEL, ESQUIRE
350 S. GRAND AVENUE 50TH FLOOR
LOS ANGELES, CA 90071

MUNSCH HARDT KOPF & HARR PC
ATTN: KEVIN M. LIPPMAN, ESQUIRE
500 N. AKARD STREET, SUITE 3800
DALLAS, TX 75201-6659

NIXON PEABODY
ATTN: RICHARD C. PEDONE, ESQUIRE
AMANDA D. DARWIN, ESQUIRE
100 SUMMER STRETT
BOSTON, MA 02110

O'KELLY & ERNST LLC
ATTN: MICHAEL J. JOYCE, ESQUIRE
901 N. MARKET STREET, 10TH STREET
WILMINGTON, DE 19801

O'MELVENY & MYERS LLP
ATTN: PETER FRIEDMAN, ESQUIRE
ANDREW SORKIN, ESQUIRE
1625 EYE STREET NW
WASHINGTON, DC 2006

OFFICE OF THE TEXAS ATTORNEY GENERAL
ATTN: HAL F. MORRIS, ESQUIRE
ASHLEY BARTRAM, ESQUIRE
BANKRUPTCY
P.O. BOX 12548
AUSTIN, TX 78711-2548
OFFICE OF THE UNITED STATES TRUSTEE
U.S. FEDERAL OFFICE BUILDING
ATTN: ANDREA SCHWARTZ, ESQUIRE
201 VARICK STREET, SUITE 1006
NEW YORK, NY 10014

PACHULSKI STANG ZIEHL & JONES LLP
ATTN: LAURA DAVIS JONES, ESQUIRE
ROBERT FEINSTEIN, ESQUIRE
P.O. BOX 8705
WILMINGTON, DE 19899

PATTERSON BELKNAP WEBB & TYLER LLP
ATTN: DANIEL A. LOWENTHAL, ESQUIRE
CRAIG W. DENT, ESQUIRE
BRIAN P. GUINEY, ESQUIRE
1133 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-6170

PENSION BENEFIT GUARANTY CORPORATION
ATTN: DESIREE M. AMADOR, ESQUIRE
1200 K STREET, NW
WASHINGTON, DC 20005-4026

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: ELIZABETH BANDA CALVO, ESQUIRE
500 E. BORDER STREET, SUITE 640
ARLINGTON, TX 76010

MORRISON & FOERSTER LLP
ATTN: JAMES PECK, ESQUIRE
BRETT H. MILLER, ESQUIRE
LORENZO MARINUZZI, ESQUIRE
250 W. 55TH STREET
NEW YORK, NY 10019

NAMAN HOWELL SMITH & LEE PLLC
ATTN: KERRY L. HALIBURTON, ESQUIRE
P.O. BOX 1470
WACO, TX 76703-1470

NELSON MULLINS RIELY & SCARBOROUGH LLP
ATTN: JODY A. BEDENBAUGH, ESQUIRE
GEORGE B. CAUTHEN, ESQUIRE
1320 MAIN STREET, 17TH FLOOR
P.O. BOX 11070 (29211)
COLUMBIA, SC 29201

O'MELVENY & MYERS LLP
ATTN: GEORGE A. DAVIS, ESQUIRE
7 TIMES SQUARE
NEW YORK, NY 10036

O'MELVENY & MYERS LLP
ATTN: DANIEL S. SHAMAH, ESQUIRE
7 TIMES SQUARE
NEW YORK, NY 10036

OFFICE OF THE TEXAS ATTORNEY GENERAL
ATTN: HAL MORRIS, ESQUIRE
ASHLEY BARTRAM, ESQUIRE
BANKRUPTCY
P.O. BOX 12548
AUSTIN, TX 78711-2548
OFFICE OF THE UNITED STATES ATTORNEY
ATTN: DAVID C. WEISS, ESQUIRE
P.O. BOX 2046
WILMINGTON, DE 19801

POPE HARDWICKE CHRISTIE SCHELL KELLY
 & RAY LLP
ATTN: MICHAEL L. ATCHLEY, ESQUIRE
MATTHEW T. TAPLETT, ESQUIRE
500 W. 7TH STREET, SUITE 600
FORTH WORTH, TX 76102

PAUL WEISS RIFKIND WHARTON & GARRISON LLP
ATTN: ALAN KORNBERG, ESQUIRE
KELLEY CORNISH, ESQUIRE
BRIAN HERMANN, ESQUIRE
JACOB ALDERSTEIN, ESQUIRE
1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019

PENSION BENEFIT GUARANTY CORPORATION
ATTN: JON CHATALAN, ESQUIRE
OFFICE OF THE GENERAL COUNSEL
1200 K STREET, NW
WASHINGTON, DC 20005-4026

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: OWEN M. SONIK, ESQUIRE
1235 N. LOOP WEST, SUITE 600
HOUSTON, TX 77008

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: JEANMARIE BAER
P.O. 8188
WICHITA FALLS, TX 76307

PURDUE AWSUMB & BAUDLER PA
ATTN: AMY R. BAUDLER, ESQUIRE
4300 MARKETPOINTE DRIVE, SUITE 240
MINNEAPOLIS, MN 55435

REED SMITH LLP
ATTN: ROBERT P. SIMONS, ESQUIRE
REED SMITH CENTRE
225 5TH AVENUE, SUITE 1200
PITTSBURGH, PA 15222

REED SMITH LLP
ATTN: SARAH K. KAM, ESQUIRE
599 LEXINGTON AVENUE, 22ND FLOOR
NEW YORK, NY 10022

ROPES & GRAY LLP
ATTN: KEITH WOFFORD, ESQUIRE
GREGG GALARDI, ESQUIRE
D. ROSS MARTIN, ESQUIRE
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

ROSS ARONSTAM & MORITZ LLP
ATTN: BRADLEY ARONSTAM, ESQUIRE
BENJAMIN SCHLADWEILER, ESQUIRE
100 S. WEST STREET, SUITE 400
WILMINGTON, DE 19801

SATTERLEE STEPHENS BURKE & BURKE LLP
ATTN: CHRISTOPHER R. BELMONT, ESQUIRE
PAMELA A. BOSSWICK, ESQUIRE
230 PARK AVENUE
NEW YORK, NY 10169

SAUL EWING LLP
ATTN: LUCIAN B. MURLEY, ESQUIRE
1201 N. MARKET STREET, 23RD FLOOR
WILMINGTON, DE 19801

SEWARD & KISSELL LLP
ATTN: JOHN ASHMEAD, ESQUIRE
KALYAN DAS, ESQUIRE
ARLENE ALVES, ESQUIRE
ONE BATTERY PARK PLAZA
NEW YORK, NY 10004

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATTN: MARK S. CHEHI, ESQUIRE
P.O. BOX 636
WILMINGTON, DE 19899-0636

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATTN: GEORGE N. PANAGAKIS, ESQUIRE
CARL T. TULLSON, ESQUIRE
155 N. WACKER DRIVE, SUITE 2700
CHICAGO, IL 60606-1720

SNELL & WILMER LLP
ATTN: DAVID E. LETA, ESQUIRE
15 W. SOUTH TEMPLE STREET, SUITE 1200
SALT LAKE CITY, UT 84101-1547

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
ATTN: JOHN T. BANKS, ESQUIRE
3301 NORTHLAND DRIVE, SUITE 505
AUSTIN, TX 78731

PROSKAUER ROSE LLP
ATTN: JEFF J. MARWIL, ESQUIRE
MARK K. THOMAS, ESQUIRE
PETER J. YOUNG, ESQUIRE
70 W. MADISON STREET, #3800
CHICAGO, IL 60602

QUARLES & BRADY LLP
ATTN: JOHN A. HARRIS, ESQUIRE
RENAISSANCE ONE
TWO N. CENTRAL AVENUE
PHOENIX, AZ 85004-2391

RIDDELL WILLIAMS P.S.
ATTN: JOSEPH E. SHICKICH, JR., ESQUIRE
1001 4TH AVENUE, SUITE 4500
SEATTLE, WA 98154

ROPES & GRAY LLP
ATTN: MARK R. SOMERSTEIN, ESQUIRE
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704

SECURITIES & EXCHANGE COMMISSION
100 F STREET NE
WASHINGTON, DC 20549

SAUL EWING LLP
ATTN: MARK MINUTI ESQUIRE
1201 N. MARKET STREET, 23RD FLOOR
WILMINGTON, DE 19801

SCHNADER HARRISON SEGAL & LEWIS LLP
ATTN: RICHARD A. BARKASY, ESQUIRE
824 N. MARKET STREET, SUITE 800
WILMINGTON, DE 19801

SHEARMAN & STERLING LLP
ATTN: FREDERIC SOSNICK, ESQUIRE
NED S. SCHODEK, ESQUIRE
599 LEXINGTON AVENUE
NEW YORK, NY 10022

SKADDEN ARPS SLATE MEAGHER & FLOM LLP
ATTN: JAY M. GOFFMAN, ESQUIRE
4 TIMES SQUARE
NEW YORK, NY 10036

SMITH KATZENSTIEN & JENKINS LLP
ATTN: KATHLEEN M. MILLER, ESQUIRE
P.O. BOX 410
WILMINGTON, DE 19899

SQUIRE SANDERS (US) LLP
ATTN: STEPEHN D. LERNER, ESQUIRE
ANDREW M. SIMON, ESQUIRE
221 E. FOURTH STREET, SUITE 2900
CINCINNATI, OH 45202

STEFFES VINGIELLO & MCKENZIE LLC
ATTN: NOEL STEFFES MELANCON, ESQUIRE
13702 COURSEY BLVD, BUILDING 3
BATON ROUGE, LA 70817

SULLIVAN & CROMWELL LLP
ATTN: ANDREW G. DIETDERICH, ESQUIRE
BRIAN D. GLUECKSTEIN, ESQUIRE
MICHAEL H. TORKIN, ESQUIRE
125 BROAD STREET
NEW YORK, NY 10004

SULLIVAN HAZELTINE ALLINSON LLC
ATTN: ELIHU E. ALLINSON, III, ESQUIRE
901 N. MARKET STREET, SUITE 1300
WILMINGTON, DE 19801

TAYLOR ENGLISH DUMA LLP
ATTN: STEPHEN C. GREENBERG, ESQUIRE
1600 PARKWOOD CIRCLE, SUITE 400
ATLANTA, GA 30339

TEXAS OFFICE OF PUBLIC UTILITY COUNSEL
BANKRUPTCY & COLLECTIONS DIVISION
ATTN: JASON A. STARK, ASST. ATTORNEY GENERAL
P.O. BOX 12548
AUSTIN, TX 78711-2548

THE UNIVERSITY OF TEXAS SYSTEM
OFFICE OF THE GENERAL COUNSEL
ATTN: TRACI L. COTTON, ESQUIRE
201 W SEVENTH STREET
AUSTIN, TX 78701

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: RAFAEL MARTINEZ, VP-CSM
601 TRAVIS STREET, 16TH FLOOR
HOUSTON, TX 77002

THE BANK OF NEW YORK MELON
TRUST COMPANY
ATTN: THOMAS VLAHAKIS, VP
385 RIFLE CAMP ROAD, 3RD FLOOR
WOODLAND PARK, NJ 07424

THE BANK OF NEW YORK MELLON
TRUST COMPANY
ATTN: DENNIS ROEMLEIN, ESQUIRE
601 TRAVIS STREET,
HOUSTON, TX 77702

THE ROSNER LAW GROUP LLC
ATTN: FREDERICK B. ROSNER, ESQUIRE
824 N. MARKET STREET, SUITE 810
WILMINGTON, DE 19801

UNITED STATES DEPARTMENT OF JUSTICE
ATTN: BRANDON ROBERS, TRIAL ATTYS
P.O. BOX 7611
WASHINGTON, DC 20044-7611

VENABLE LLP
ATTN: JAMIE L. EDMONSON, ESQUIRE
1201 NORTH MARKET STREET
WILMINGTON, DE 19801

VENABLE LLP
ATTN: JEFFREY S. SABIN, ESQUIRE
1270 AVENUE OF THE AMERICAS
NEW YORK, NY 10022

WACHTELL LIPTON ROSEN & KATZ
ATTN: RICHARD MASON, ESQUIRE
EMIL KLEINHAUS, ESQUIRE
51 W 52ND STREET
NEW YORK, NY 10019

WEINSTEIN RADCLIFF LLP
ATTN: GREGORY M. WEINSTEIN, ESQUIRE
8350 N. CENTRAL EXPY, SUITE 1500
DALLAS, TX 75206

WERB & SULLIVAN
ATTN: DUANE D. WERB, ESQUIRE
P.O. BOX 25046
WILMINGTON, DE 198099

WHITE & CASE LLP
ATTN: J. CHRISTOPHER SHORE, ESQUIRE
GREGORY STARNER, ESQUIRE
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

WHITE & CASE LLP
ATTN: THOMAS LAURIA, ESQUIRE
MATTHEW BROWN, ESQUIRE
200 S. BISCAYNE BLVD, SUITE 4900
MIAMI, FL 33131

WHITE & CASE LLP
ATTN: J. CHRISTOPHER SHORE, ESQUIRE
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: PHILIP ANKER, ESQUIRE
GEORGE SHUSTER, ESQUIRE
7 WORLD TRADE CENTER
205 GREENWICH STREET
NEW YORK, NY 10007

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: BENJAMIN LOVELAND, ESQUIRE
60 STATE STREET
BOSTON, MA 02109

WILMER CUTLER PICKERING HALE & DORR LLP
ATTN: P. ANKER, ESQUIRE
C. PLATT, ESQUIRE
G. SHUSTER, ESQUIRE
250 GREENWICH STREET, 45TH FLOOR
NEW YORK, NY 10007

WILMINGTON TRUST FSB
ATTN: JEFFREY T. ROSE, ESQUIRE
50 S. SIXTH STREET, SUITE 1290
MINNEAPOLIS, MN 55402

WOMAC LAW
ATTN: BRIAN D. WOMAC, ESQUIRE
8301 KATY FWY
HOUSTON, TX 77024

WOMBLE CARLYLE SANDRIDGE & RICE LLP
ATTN: MARK DEGROSSEILLERS, ESQUIRE
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE LLP
ATTN: KEVIN J. MANGAN, ESQUIRE
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

COZEN O'CONNOR
ATTN: MARK E. FELGER, ESQUIRE
1201 N. MARKET STREET, SUITE 1001
WILMINGTON, DE 19801

MORRISON & FOERSTER LLP
ATTN: JAMES PECK, ESQUIRE
BRETT H. MILLER, ESQUIRE
LORENZO MARINUZZI, ESQUIRE
250 W 55TH STREET
NEW YORK, NY 10019

TRAVIS COUNTY
ATTN: KAY D. BROCK, ASST. COUNTY ATTORNEY
P.O. BOX 1748
AUSTIN, TX 78767

TUCKER ARENSBERG, PC
ATTN: JORDAN S. BLACK, ESQUIRE
LARA E. SHIPKOVITZ, ESQUIRE
1500 ONE PPG PLACE
PITTSBURGH, PA 15222

UM BANK NA
ATTN: LAURA ROBERSON, VP
2 S. BROADWAY, SUITE 600
ST. LOUIS, MO 63102

UNITED STATES DEPARTMENT OF JUSTICE
ATTN: MATTHEW J. TROY, CIVIL DIVISION
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

WILMINGTON SAVINGS FUND SOCIETY
ATTN: PATRICK J. HEALY, ESQUIRE
500 DELAWARE AVENUE
WILMINGTON, DE 19801

WINSTON & STRAWN LLP
ATTN: DAVID NEIER, ESQUIRE
200 PARK AVENUE
NEW YORK, NY 10166

WOMBLE CARLYLE SANDRIDGE & RICE LLP
ATTN: MARK L. DEGROSSEILLERS, ESQUIRE
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE LLP
ATTN: KEVIN J. MANGAN, ESQUIRE
222 DELAWARE AVENUE, SUITE 1501
WILMINGTON, DE 19801

YOUNG CONAWAY STARGATT & TAYLOR LLP
ATTN: PAULINE MORGAN, ESQUIRE
JOEL WAITE, ESQUIRE
RYAN BARTLEY, ESQUIRE
ANDREW MAGAZINER, ESQUIRE
1000 KING STREET
WILMINGTON, DE 19801

LANDIS RATH & COBB LLP
ATTN: ADAM G. LANDIS, ESQUIRE
MATTHEW B. MCGUIRE, ESQUIRE
919 MARKET STREET, SUITE 1800
WILMINGTON, DE 19801

THOMPSON COBURN LLP
ATTN: DAVID D. FARRELL, ESQUIRE
ONE US BANK PLAZA, SUITE 3200
SAINT LOUIS, MO 63101

TROUTMAN SANDERS LLP
ATTN: HUGH MCDONALD, ESQUIRE
LOUIS CURCIO, ESQUIRE
BRETT GOODMAN, ESQUIRE
875 THIRD AVENUE
NEW YORK, NY 10022

TW TELECOM INC
ATTN: LEGAL BANKRUPTCY
1025 ELDORADO BLVD
BROOMFIELD, CO 80021

UNION PACIFIC RAILROAD COMPANY
ATTN: MARY ANN KILGORE, ESQUIRE
JENNIE L. ANDERSON, ESQUIRE
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179

UNITED STATES DEPARTMENT OF JUSTICE
ATTN: ARI D. KUNOFSKY, ESQUIRE
WARD W. BENSON, ESQUIRE
P.O. BOX 227
BEN FRANKLIN STATION
WASHINGTON, DC 20044

HOGAN MCDANIEL
ATTN: GARVAN F. MCDANIEL, ESQUIRE
1311 DELAWARE AVENUE
WILMINGTON, DE 19806


**CONSENTED TO ELECTRONIC SERVICE**
CADWALADER WICKERSHAM & TAFT LLP
ATTN: MARK C. ELLENBERG, ESQUIRE
700 6TH STREET, N.W.
WASHINGTON, DC 20001


**CONSENTED TO ELECTRONIC SERVICE**
CHIPMAN BROWN CICERO & COLE LLP
ATTN: WILLIAM CHIPMAN, J R., ESQUIRE
MARK D. OLIVERE, ESQUIRE
HERCULES PLAZA
919 N. MARKET STREET, SUITE 5400
WILMINGTON, DE 19801


**CONSENTED TO ELECTRONIC SERVICE**
FRESHFIELDS BRUCKHAUS DERINGER US LLP
ATTN: SCOTT TALMADGE, ESQUIRE
ABBY WALSH, ESQUIRE
STEVEN FRUCHTER, ESQUIRE
601 LEXINGTON AVENUE, 31ST FLOOR
NEW YORK, NY 10022


**CONSENTED TO ELECTRONIC SERVICE**
GIBSON DUNN & CRUTCHER LLP
ATTN: JEFFREY KRAUSE, ESQUIRE
MICHAEL NEUMEISTER, ESQUIRE
DANIEL DENNY, ESQUIRE
333 S. GRAND AVENUE
LOS ANGELES, CA 9007-3197


**CONSENTED TO ELECTRONIC SERVICE**
GORI JULIAN & ASSOCIATES PC
ATTN: BARRY JULIAN, ESQUIRE
BETH GORI, ESQUIRE
156 N. MAIN STREET
EDWARDSVILLE, IL 62025


**CONSENTED TO ELECTRONIC SERVICE**
ATTN: DANIEL K. HOGAN, ESQUIRE
1311 DELAWARE AVENUE
WILMINGTON, DE 19806


**CONSENTED TO ELECTRONIC SERVICE**
JENNER & BLOCK
ATTN: RICHARD LEVIN, ESQUIRE
919 THRID AVENUE
NEW YORK, NY 10022-3908


**CONSENTED TO ELECTRONIC SERVICE**
ONCOR
C/O PAT VILLAREAL LAW
ATTN: PATRICIA VILLAREAL, ESQUIRE


**CONSENTED TO ELECTRONIC SERVICE**
PERKINS COIE LLP
ATTN: TINA N. MOSS, ESQUIRE
30 ROCKERFELLER PLAZA, 22ND FLOOR
NEW YORK, NY 10112-0015


NIXON PEABODY
ATTN: RICHARD C. PEDONE, ESQUIRE
AMANDA D. DARWIN, ESQUIRE
100 SUMMER STREET
BOSTON, MA 02110


**CONSENTED TO ELECTRONIC SERVICE**
CAPLIN & DRYSDALE, CHARTERED
ATTN: LESLIE M. KELLEHER, ESQUIRE
JENNA KOSKI, ESQUIRE
ONE THOMAS CIRCLE, NW, SUITE 1100
WASHINGTON, DC 20005-5802


**CONSENTED TO ELECTRONIC SERVICE**
CRAVATH SWAIN & MOORE LLP
ATTN: MICHAEL A. PASKIN, ESQUIRE
WORLDWIDE PLAZA
825 EIGHTH AVENUE
NEW YORK, NY 10019-7475


**CONSENTED TO ELECTRONIC SERVICE**
GELLERT SCALI BUSENKELL & BROWN LLC
ATTN: EVAN W. RASSMAN, ESQUIRE
1201 N. ORANGE STREET, SUITE 300
WILMINGTON, DE 19801


**CONSENTED TO ELECTRONIC SERVICE**
GILLESPIE SANFORD LLP
ATTN: HAL K. GILLESPIE, ESQUIRE
4925 GREENVILLE AVENUE, SUITE 200
DALLAS, TX 75206


**CONSENTED TO ELECTRONIC SERVICE**
GREGORY D. WILLARD, ESQUIRE
7339 WESTMORELAND DRIVE
ST. LOUIS, MO 63130-4241


**CONSENTED TO ELECTRONIC SERVICE**
HOGAN MCDANIEL
ATTN: DANIEL K. HOGAN, ESQUIRE
GARVIN F. MCDANIEL, ESQUIRE
1311 DELAWARE AVENUE
WILMINGTON, DE 19806


**CONSENTED TO ELECTRONIC SERVICE**
JENNER & BLOCK
ATTN: VINCENT E. LAZAR, ESQUIRE
919 THRID AVENUE
NEW YORK, NY 10022-3908


**CONSENTED TO ELECTRONIC SERVICE**
POTTER ANDERSON & CORROON LLP
ATTN: JEREMY W. RYAN, ESQUIRE
R. STEPHEN MCNEILL, ESQUIRE
1313 N. MARKET STREET, 6TH FLOOR
P.O. BOX 951
WILMINGTON, DE 19801
**CONSENTED TO ELECTRONIC SERVICE**
PINCKNEY WEIDINGER URBAN & JOYCE LLC
ATTN: GREGORY T. DONILON, ESQUIRE
3711 KENNETT PIKE, SUITE 210
GREENVILLE, DE 19807

**\*\* CONSENTED TO ELECTRONIC SERVICE\*\***
SEARCY & SEARCY PC
ATTN: JASON R. SEARCY, ESQUIRE
JOSHUA P. SEARCY, ESQUIRE
P.O. BOX 3929
LONGVIEW, TX 75606

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
THE RUCKDESCHEL LAW FIRM LLC
ATTN: JONATHAN RUCKDESCHEL, ESQUIRE
8357 MAIN STREET
ELLICOTT CITY, MD 21043

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
VARNUM LLP
ATTN: MARY KAY SHAVER, ESQUIRE
BRIDGEWATER PLACE
P.O. BOX 352
GRAND RAPIDS, MI 49501-0352

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
STEVENS & LEE PC
ATTN: JOSEPH H. HUTSON, JR., ESQUIRE
1105 N. MARKET STREET, SUITE 700
WILMINGTON, DE 19801

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
UNITED STATES DEPARTMENT OF JUSTICE
ATTN: DANIEL S. SMITH, SR COUNSEL
P.O. BOX 7611, BEN FRANKLIN STATION
WASHINGTON, DC 20044-7611

**\*\*CONSENTED TO ELECTRONIC SERVICE\*\***
WHITEFORD TAYLOR & PRESTON LLC
ATTN: L. KATHERINE GOOD, ESQUIRE
THE RENAISSANCE CENTRE
405 N. KING STREET, SUITE 500
WILMINGTON, DE 19801