# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that Stephen C. Greenberg of the firm of Taylor English Duma LLP hereby withdraws his appearance for Henry Pratt Company, LLC in the above-referenced matter.

PLEASE TAKE FURTHER NOTICE that undersigned local counsel remains counsel of record to Henry Pratt Company, LLC.

Date: May 18, 2018
Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ E.E. Allinson III*
Elihu E. Allinson (No. 3476)
901 North Market Street, Suite 1300
Wilmington, DE  19801
Tel:  302-428-8191
Fax:  302-428-8195
Email:  zallinson@sha-llc.com

*Attorneys for Henry Pratt Company, LLC*