**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| *In re:* | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re: D.I. 12926** |

**AMENDED DECLARATION OF JOSEPH D. FRANK IN SUPPORT OF THE APPLICATION OF CERTAIN ASBESTOS CREDITORS PURSUANT TO 11 U.S.C. § 503(B) FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES INCURRED IN MAKING A SUBSTANTIAL CONTRIBUTION IN THESE CHAPTER 11 CASES**

Pursuant to 28 U.S.C. § 1746, I, Joseph D. Frank, hereby declare under penalty of perjury that the following information is true and correct to the best of my knowledge, information and belief:

1.      I am a partner at the law firm FrankGecker, LLP (FrankGecker), and am duly authorized to make this Declaration on its behalf.  I make this Declaration in support of the Application of Shirley Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, Denis Bergschneider, and Charlotte and Curtis Liberda (collectively, "**Certain Asbestos Creditors**") Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases.

---

[1]      The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

2.      Counsel for some of the Certain Asbestos Creditors retained FrankGecker in or about the month of December 2014 in connection with the Debtors' bankruptcy cases.

3.      FrankGecker was charged with representing certain of the Certain Asbestos Creditors in connection with their efforts to protect the interests and rights of absent asbestos victims who, as of the bar date for asbestos claims in these cases (the "**Asbestos Bar Date**"),[2] had not yet suffered cognizable injuries caused by pre-petition exposure to the Debtors' asbestos, and who did not file timely proofs of claim, but who have since suffered injuries or will suffer such injuries in the future ("**Unmanifested Asbestos Claimants**").  No separate legal representative was appointed in these bankruptcy cases to represent the Unmanifested Asbestos Claimants.

4.      From December 2014 through October 2015, FrankGecker represented certain of the Certain Asbestos Creditors in their efforts to protect the interests and rights of Unmanifested Asbestos Claimants in these cases.  The actions taken by the Certain Asbestos Creditors during that period were actions that ordinarily would have been expected of estate-compensated representatives, including (a) seeking appointment of a separate legal representative to represent the interests of Unmanifested Asbestos Claimants; (b) providing counsel on notice issues; (c) providing counsel on disclosure statement issues; and (d) providing counsel on appeal issues.

5.      Kazan McClain Satterley & Greenwood, Early Lucarelli Sweeney & Meisenkothen, and Gori Julian & Associates, P.C., who are counsel for certain of the Certain Asbestos Claimants, have caused to be paid to FrankGecker a total of (i) $54,042.50 for compensation for professional services and (ii) $1,416.24 for reimbursement for actual, necessary expenses incurred by FrankGecker, totaling $55,458.74.

---

[2]      *See* Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form of and Manner for Filing Asbestos Proofs of Claim and (C) Approving Notice Thereof, July 30, 2015, D.I. 5171 (the "**Bar Date Order**").

6.     Attached hereto are the following exhibits:

- Exhibit A is a schedule setting forth the number of hours expended and fees incurred by each of the partners, associates, and paraprofessionals of FrankGecker in connection with the fees and expenses for which Certain Asbestos Creditors assert an administrative expense claim, and their hourly rates.

- Exhibit B is a schedule providing certain information regarding the attorneys and paraprofessionals of FrankGecker in connection with the fees and expenses for which Certain Asbestos Creditors assert an administrative expense claim, including firm biographies for the attorneys.

- Exhibit C is a schedule setting forth the total amount of expenses incurred by FrankGecker with respect to each category of expenses for which Certain Asbestos Creditors assert an administrative expense claim.

- Exhibit D contains an itemized list of expenses incurred by FrankGecker for which Certain Asbestos Creditors assert an administrative expense claim.

- Exhibit E consists of detailed time records maintained by FrankGecker in connection with the fees and expenses for which Certain Asbestos Creditors assert an administrative expense claim, including hourly rates.

The foregoing is true and correct to the best of my knowledge and belief.

EXECUTED on May 17, 2018 in Chicago, Illinois.

/s/     *Joseph D. Frank*
Joseph D. Frank