# **EXHIBIT B**

The FrankGecker LLP attorneys and paralegals that rendered professional services in these cases during the Fee Period are:

| Name of Professional | Position of the Applicant and Yrs of Experience | Hourly Rate | Total Hours Billed | Amount |
|---|---|---|---|---|
| **MEMBERS/OF COUNSEL/ASSOCIATES** | | | | |
| Joseph D. Frank (JDF) | Partner–22 yrs; Admitted in 1993 | 2015: $695 | 56.60 | $39,337.00 |
| Frances Gecker (FG) | Partner–27 yrs; Admitted in 1988 | 2014: $695; 2015: $695 | 14.00 | $9,730.00 |
| Micah Krohn (MRK) | Senior Counsel–22 yrs; Admitted in 1993 | 2015: $430 | 5.70 | $2,451.00 |
| Jeremy C. Kleinman (JCK) | Associate- 16 yrs; Admitted in 1999 | 2015: $410 | 3.60 | $1,476.00 |
| Reed Heiligman (RH) | Associate-8 yrs:; Admitted in 2007 | 2015: $310 | 2.40 | $744.00 |
| | **TOTAL MEMBERS/OF COUNSEL/ASSOCIATES** | | **82.30** | **$53,738.00** |
| **PARALEGALS** | | | | |
| Christina Carpenter | Paralegal -12 yrs | 2015: $145 | 2.10 | $304.50 |
| | **TOTAL PARALEGALS** | | **2.10** | **$304.50** |
| | **TOTAL ALL PROFESSIONALS** | | **84.40** | **$54,042.50** |

{ENERGYFU/001/00053585.DOCX/}





# Joseph D. Frank

**Partner**

312.276.1402

312.276.0035

jfrank@fgllp.com

Joe Frank is bankruptcy counsel to some of the largest public and private corporations in the United States. He provides daily counsel to these companies on both routine and complex bankruptcy matters and has appeared on behalf of his clients in bankruptcy courts throughout the country. He also represents creditors' committees and asbestos claimants' committees and has confirmed Chapter 11 plans on behalf of committees in bankruptcy courts in Delaware, Illinois, Missouri, Wisconsin and New York. As a member of the Trial Bar for the Seventh Circuit Court of Appeals, Joe often represents bankruptcy trustees and creditors in bankruptcy court litigation, and he has filed Chapter 11 bankruptcy cases and handled workouts for mid-sized corporate debtors, including many real estate developers. He does not represent banks, and dedicates much of his practice to helping debtors and unsecured creditors get their fair share in bankruptcy.

Joe began his career at Jenner & Block and then was a partner at Freeborn & Peters and Neal, Gerber & Eisenberg, before starting FrankGecker in 2005. Joe speaks frequently to a wide range of professional groups. He has made many presentations at conferences concerning asbestos-related bankruptcy, and has spoken on multiple occasions before the International Council of Shopping Centers, the Illinois CPA Society and the Advertising Media Credit Executives Association. He has written many articles, including a series on assumption and rejection of leases in bankruptcy for the *Retail Law Strategist.* He contributes a chapter annually on avoidance actions in bankruptcy for the bankruptcy treatise published by Illinois Institute of Continuing Legal Education, and he has contributed chapters in the past to the annual *Bankruptcy Update* published by Aspen Law & Business. Joe previously served on the Consulting Services Executive Committee of the Illinois CPA Society.

**Admission**
*Illinois*
U.S. District Court for the Northern District of Illinois
Federal Trial Bar
U.S. Court of Appeals for the Third, Seventh and Ninth Circuits
U.S. Supreme Court

**Education**
University of Chicago Law School, J.D. *with honors*
Carleton College, B.A. *magna cum laude*

Copyright 2017 FrankGecker, LLP





# Frances Gecker

**Partner**

312.276.1401

312.276.0035

fgecker@fgllp.com

Frances Gecker is one of the founding partners of FrankGecker. Prior to founding FrankGecker, she was a partner at Jenner & Block and co-managing partner of the insolvency practice at Freeborn & Peters and Neil, Gerber & Eisenberg. She represents and counsels financial institutions, trusts, corporations, creditors' committees and investors in commercial law, restructuring and insolvency issues.

Frances also has extensive experience serving as a liquidating trustee and representing liquidating trusts. Ten years ago, Frances was first appointed by the United States Trustee to serve as a trustee in the Northern District of Illinois. She is currently the Chapter 11 trustee of an $80 million auto warranty company that served 500,000 consumers and automotive dealers across the country, and the Chapter 7 trustee of Emerald Casino, where she is pursuing a $500 million lawsuit against former officers and directors. Frances serves as general counsel to numerous asbestos personal injury settlement trusts with managed assets ranging from $100 million to over $1 billion.

She has written numerous articles on bankruptcy issues, including the seminal article, "The Doctrine of Necessity and Its Parameters," which has been widely cited by courts throughout the country.

**Admissions**
*Illinois*
U.S. District Court for the Northern District of Illinois
Federal Trial Bar
U.S. Court of Appeals for the Third, Fifth, Seventh and Ninth Circuits

**Education**
Northwestern University School of Law, J.D. *with highest honors*

- Editorial Board, *Northwestern Law Review*
- Order of the Coif

University of Wisconsin, B.A. *with honors*

Copyright 2017 FrankGecker, LLP





# Micah Krohn

312.276.1404

312.276.0035

mkrohn@fgllp.com

Micah has handled debtor-creditor matters both in and out of bankruptcy for nearly 20 years. While Micah's practice currently focuses on representing trustees and creditors, he spent the first several years of his practice counseling debtors and debtors-in-possession under Chapter 7 and Chapter 11 of the Bankruptcy Code.

From 1992 to 1994, Micah served as law clerk to the Honorable Erwin I. Katz, Bankruptcy Judge, Northern District of Illinois. Before joining FrankGecker, Micah worked at Wildman Harrold in Chicago. Prior to practicing law, Micah served as a Lieutenant in the United States Navy.

**Admissions**
*Illinois*
*New York*
U.S. District Court for the Northern District of Illinois

**Education**
Benjamin N. Cardozo School of Law, J.D.
Brandeis University, B.A., English and Classics

Copyright 2017 FrankGecker, LLP



# Reed Heiligman

**Associate**

rheiligman@fgllp.com
(T) 312.276.1411
(F) 312.276.0035

Reed regularly represents secured and unsecured creditors, creditors' committees, and bankruptcy trustees, with a focus on creditors' rights and bankruptcy-related litigation. To that end, Reed prosecutes claims on behalf of, and defends claims against, committees, trustees and debtors, including the investigation and prosecution and/or defense of actions involving director and officer liability, fraud and impermissible transfers of assets.

**Admissions**
*Illinois*
United States District Court for the Northern District of Illinois
**Education**
The John Marshall Law School, J.D.

- Managing Editor, *The John Marshall Law Review*
- Semi-finalist, Conrad B. Duberstein Bankruptcy Moot Court Competition

University of Oregon, B.A., Political Science, Minor in Business Administration

**Community**
Member, Board of Directors, Hugh H. Housen Memorial Foundation, a 501(c)(3) corporation that raises funds for cancer research
Commissioner, City of Evanston Housing Commission.
**Affiliations**

- American Bankruptcy Institute
- Native Hawaiian Bar Association