IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 14-10979 (CSS) <br><br> (Jointly Administered) <br><br> Ref. Docket No. 13107 |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE        )
                                              ) ss.:
COUNTY OF NEW CASTLE  )

Ebon Flagg, being duly sworn, deposes and says:

1. I am over the age of eighteen (18), and not a party to this action. I am employed by Parcels, Inc. (Production Center), located at 230 N. Market Street, Wilmington, DE 19801. I am an authorized representative of Parcels, Inc.

2. On May 14, 2018, I caused to be served the Majority Creditors' Omnibus Objection Regarding Final Fee Applications (D.I. 13107), dated May 14, 2018, by causing true and correct copies to be hand delivered to the parties on the service list attached hereto as Exhibit A.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryant Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax Identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

_____

SWORN TO AND SUBSCRIBED before me
this 17 day of May, 2018.

_____
Notary Public

SPENCER ALLAN ANSPACH
MY COMMISSION EXPIRES ON
07-07-2019
NOTARY PUBLIC
STATE OF DELAWARE