# EXHIBIT A

## VIA HAND DELIVERY

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
JENNIFER HOOVER, ESQUIRE
WILLIAM M. ALLENMAN, JR., ESQUIRE
222 DELAWARE AVENUE, SUITE 801
WILMINGTON, DE 19801

BIELLI & KLAUDER LLC
ATTN: DAVID M KLAUDER ESQUIRE
CORY P STEPHENSON ESQUIRE
1204 N KING STREET
WILMINGTON, DE 19801

OFFICE OF THE UNITED STATES TRUSTEE
ATTN: RICHARD L.SCHEPACARTER, ESQUIRE
J. CALEB BOGGS FEDERAL BUILDING
844 KING STREET, SUITE 2207
LOCKBOX #35
WILMINGTON, DE 19801

REED SMITH LLP
ATTN: KURT F. GWYNNE, ESQUIRE
KIMBERLY ELLEN CONNOLLY LAWSON, ESQUIRE
1201 MARKET STREET, SUITE 1500
WILMINGTON, DE 19801

THOMAS F. DRISCOLL, III, ESQUIRE
THE BIFFERATO FIRM, PA
1007 N. ORANGE STREET, 4TH FLOOR
WILMINGTON, DE 19801

ASHBY & GEDDES PA
ATTN: WILLIAM BOWDEN, ESQUIRE
GREGORY TAYLOR ESQUIRE
PO BOX 1150
WILMINGTON, DE 19899

MONTGOMERY MCCRACKEN RHOADES
& WALKER LLP
ATTN: NATALIE RAMSAY, ESQUIRE
DAVIS LEE WRIGHT, ESQUIRE
MARK FINK, ESQUIRE
SIDNEY S. LIEBESMAN, ESQUIRE
1105 N. MARKET STREET, 15TH FLOOR
WILMINGTON, DE 19801

POLSINELLI PC
ATTN: CHRISTOPHER WARD, ESQUIRE
JUSTIN EDELSON, ESQUIRE
SHANTI KATONA, ESQUIRE
222 DELAWARE AVENUE, SUITE 1101
WILMINGTON, DE 19801

RICHARDS LAYTON & FINGER, PA
ATTN: MARK D. COLLINS, ESQUIRE
DANIEL DEFRANCESCHI, ESQUIRE
JASON M. MADRON, ESQUIRE
920 N. KING STREET
WILMINGTON, DE 19801

THOMAS M. HORAN, ESQUIRE
SHAW FISHMAN GLANTZ & TOWBIN LLC
300 DELAWARE AVENUE, SUITE 1370
WILMINGTON, DE 19801