# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket No. 13118** |

## NOTICE OF WITHDRAWAL OF DOCUMENT

PLEASE TAKE NOTICE that Docket No. 13118, the *Notice of Withdrawal of Counsel* (the "Notice") is hereby withdrawn. A corrected version of the Notice appears at Docket No. 13124.

Date: May 21, 2018
Wilmington, DE

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ E.E. Allinson III*
Elihu E. Allinson III (No. 6476)
901 North Market Street, Suite 1300
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: zallinson@sha-llc.com

*Attorneys for Henry Pratt Company, LLC*