**EXHIBIT 1** to **EXHIBIT A**

**Wrong Debtor Claims**

RLF1 19375595v.1

ENERGY FUTURE HOLDINGS CORP., et al.

FIFTY-FIRST OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | CLASS | CLAIM AMOUNT | MODIFIED DEBTORS | CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 1 | BRADLEY, GERALD C/O THE SVAMBERA LAW FIRM, PLLC 8441 GULF FREEWAY, SUITE 330 HOUSTON, TX 77017 | 15499 | Dallas Power & Light Company, Inc. | Unsecured | $12,000.00 | EECI, Inc. Texas Competitive Electric Holdings Company LLC | Unsecured Unsecured | $12,000.00 $12,000.00 |

REASON FOR MODIFICATION: To the extent the Debtors have valid asbestos liabilities, the modified Debtor reflects the Debtor against which the claim should most likely be asserted based on the Asbestos Bar Date Order, the Debtors' experience with pre-petition asbestos litigation, and the relief granted in the Final Decree (A) Closing Certain of the Chapter 11 Cases, (B) Transferring Claims Against and Interests Asserted in the TCEH Debtors to the Lead Case, and (C) Granting Related Relief [D.I. 12172].

| | NAME | CLAIM # | ASSERTED DEBTOR | CLASS | CLAIM AMOUNT | MODIFIED DEBTORS | CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 2 | ESTATE OF WENDELL R. JACKSON C/O HEARD ROBINS CLOUD LLP 2000 WEST LOOP, 22ND FLOOR HOUSTON, TX 77027 | 32343 | Texas Power & Light Company, Inc. | Unsecured | $50,000.00 | EECI, Inc. Texas Competitive Electric Holdings Company LLC | Unsecured Unsecured | $50,000.00 $50,000.00 |

REASON FOR MODIFICATION: To the extent the Debtors have valid asbestos liabilities, the modified Debtor reflects the Debtor against which the claim should most likely be asserted based on the Asbestos Bar Date Order, the Debtors' experience with pre-petition asbestos litigation, and the relief granted in the Final Decree (A) Closing Certain of the Chapter 11 Cases, (B) Transferring Claims Against and Interests Asserted in the TCEH Debtors to the Lead Case, and (C) Granting Related Relief [D.I. 12172].

| | NAME | CLAIM # | ASSERTED DEBTOR | CLASS | CLAIM AMOUNT | MODIFIED DEBTORS | CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 3 | HAYNES, ROOSEVELT C/O SVAMBERA LAW FIRM, PLLC 8441 GULF FREEWAY, SUITE 330 HOUSTON, TX 77017 | 31788 | Dallas Power & Light Company, Inc. | Unsecured | $3,420.00 | EECI, Inc. Texas Competitive Electric Holdings Company LLC | Unsecured Unsecured | $3,420.00 $3,420.00 |

REASON FOR MODIFICATION: To the extent the Debtors have valid asbestos liabilities, the modified Debtor reflects the Debtor against which the claim should most likely be asserted based on the Asbestos Bar Date Order, the Debtors' experience with pre-petition asbestos litigation, and the relief granted in the Final Decree (A) Closing Certain of the Chapter 11 Cases, (B) Transferring Claims Against and Interests Asserted in the TCEH Debtors to the Lead Case, and (C) Granting Related Relief [D.I. 12172].

ENERGY FUTURE HOLDINGS CORP., et al.

FIFTY-FIRST OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims

|   | NAME | CLAIM # | ASSERTED DEBTOR | CLASS | CLAIM AMOUNT | MODIFIED DEBTORS | CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 4 | PRIDDY, CRESTON<br>C/O THE LANIER LAW FIRM, BANKRUPTCY DEPT<br>ATTN: CHRISTOPHER PHIPPS<br>6810 FM 1960 WEST<br>HOUSTON, TX 77069 | 15485 | TXU Electric Company, Inc. | Unsecured | $500,000.00 | EECI, Inc.<br>Texas Competitive Electric Holdings Company LLC | Unsecured<br>Unsecured | $500,000.00<br>$500,000.00 |
|   | REASON FOR MODIFICATION: To the extent the Debtors have valid asbestos liabilities, the modified Debtor reflects the Debtor against which the claim should most likely be asserted based on the Asbestos Bar Date Order, the Debtors' experience with pre-petition asbestos litigation, and the relief granted in the Final Decree (A) Closing Certain of the Chapter 11 Cases, (B) Transferring Claims Against and Interests Asserted in the TCEH Debtors to the Lead Case, and (C) Granting Related Relief [D.I. 12172]. | | | | | | | |
| 5 | SORRENTINO, ANNA<br>C/O THE LANIER LAW FIRM, BANKRUPTCY DEPT<br>ATTN: CHRISTOPHER PHIPPS<br>6810 FM, 1960 WEST<br>HOUSTON, TX 77069 | 7620 | TXU Electric Company, Inc. | Unsecured | $100,000.00 | EECI, Inc.<br>Texas Competitive Electric Holdings Company LLC | Unsecured<br>Unsecured | $100,000.00<br>$100,000.00 |
|   | REASON FOR MODIFICATION: To the extent the Debtors have valid asbestos liabilities, the modified Debtor reflects the Debtor against which the claim should most likely be asserted based on the Asbestos Bar Date Order, the Debtors' experience with pre-petition asbestos litigation, and the relief granted in the Final Decree (A) Closing Certain of the Chapter 11 Cases, (B) Transferring Claims Against and Interests Asserted in the TCEH Debtors to the Lead Case, and (C) Granting Related Relief [D.I. 12172]. | | | | | | | |

ENERGY FUTURE HOLDINGS CORP., et al.

FIFTY-FIRST OMNIBUS (NON-SUBSTANTIVE): EXHIBIT 1 TO EXHIBIT A – Wrong Debtor Claims

| | NAME | CLAIM # | ASSERTED DEBTOR | CLASS | CLAIM AMOUNT | MODIFIED DEBTORS | CLASS | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 6 | STALIK, EDWARD C/O THE LANIER LAW FIRM, BANKRUPTCY DEPT ATTN: CHRISTOPHER PHIPPS 6810 FM 1960 WEST HOUSTON, TX 77069 | 15486 | Texas Power & Light Company, Inc. | Unsecured | $750,000.00 | EECI, Inc. Texas Competitive Electric Holdings Company LLC | Unsecured Unsecured | $750,000.00 $750,000.00 |

REASON FOR MODIFICATION: To the extent the Debtors have valid asbestos liabilities, the modified Debtor reflects the Debtor against which the claim should most likely be asserted based on the Asbestos Bar Date Order, the Debtors' experience with pre-petition asbestos litigation, and the relief granted in the Final Decree (A) Closing Certain of the Chapter 11 Cases, (B) Transferring Claims Against and Interests Asserted in the TCEH Debtors to the Lead Case, and (C) Granting Related Relief [D.I. 12172].

| | | | | TOTAL | $1,415,420.00 | | TOTAL | $2,830,840.00 |