# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al.,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON MAY 29, 2018 STARTING AT 1:00 P.M. (EDT)[2]

*AS NO MATTERS ARE SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

### I. CONTINUED MATTERS:

1. Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of an Administrative Claim for Reimbursement of Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases [D.I. 12926; filed April 9, 2018]

    Response/Objection Deadline:     May 14, 2018 at 4:00 p.m. (EDT)

    Responses/Objections Received:

    A. United States Trustee's Objection to the Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Claim for Reimbursement of Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases (D.I. 12964) [D.I. 13104; filed May 14, 2018]

    B. EFH Plan Administrator Board's Objection to Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The May 29, 2018 hearing was scheduled to be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 1:00 p.m. (EDT).

RLF1 19387299v.1

       Administrative Claim for Reimbursement of Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases [D.I. 13105; filed May 14, 2018]

   C.   Limited Objection of UMB Bank, N.A., as Indenture Trustee, and Elliott to Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Claim for Reimbursement of Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases [D.I. 13106; filed May 14, 2018]

   D.   Fee Committee's Limited Objection to the Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Claim for Reimbursement of Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases [D.I. 13108; filed May 14, 2018]

Related Documents:

   i.   Motion of Certain Asbestos Creditors for Order Requiring Reserve for Administrative Expenses Claim [D.I. 12927; filed April 9, 2018]

   ii.   Notice Regarding Rescheduled Hearing Date Related to the Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of an Administrative Claim for [sic] Ompensation for Fees for Services Rendered and Reimbursement of Expenses Incurred in Making a Substantial Contribution [D.I. 12938; filed April 12, 2018]

   iii.   Notice of Service [D.I. 13065; filed April 30, 2018]

   iv.   Amended Declaration of Joseph D. Frank in Support of the Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases [D.I. 13122; filed May 21, 2018]

   Status: The hearing on this matter is continued to the hearing scheduled to take place on June 5, 2018 starting at 11:00 a.m. (EDT).

2.   Motion of Certain Asbestos Creditors for Order Requiring Reserve for Administrative Expenses Claim [D.I. 12927; filed April 9, 2018]

   Response/Objection Deadline:   May 14, 2018 at 4:00 p.m. (EDT)

   Responses/Objections Received:

   A.   EFH Plan Administrator Board's Objection to Motion of Certain Asbestos Creditors for Order Requiring Reserve for Administrative Expenses Claim [D.I. 13110; filed May 14, 2018]

2

<u>Related Documents</u>:

i. Notice Regarding Rescheduled Hearing Related to the Motion of Certain Asbestos Creditors for Order Requiring Reserve for Administrative Expenses Claim [D.I. 12939; filed April 12, 2018]

<u>Status</u>: The hearing on this matter is continued to the hearing scheduled to take place on June 5, 2018 starting at 11:00 a.m. (EDT).

*[Remainder of page intentionally left blank.]*

Dated: May 24, 2018
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
       defranceschi@rlf.com
       madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
       stephen.hessler@kirkland.com
       brian.schartz@kirkland.com
       aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
       marc.kieselstein@kirkland.com
       chad.husnick@kirkland.com
       steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*