**<u>Exhibit B</u>**

**Time Records**

**Energy Future Holdings**
Time Detail
Evercore Group L.L.C.
David Ying - Senior Managing Director

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---:|---:|---|
| 9/4/17 | Prep for Hearing | 1.0 | 11 | All |
| 9/5/17 | Call with Company re recent M&A discussions and alternatives | 0.5 | 1 | All |
| 9/5/17 | Call with K&E re alternative transactions | 0.5 | 11 | All |
| 9/5/17 | Joint Meeting of the Boards of EFH, EFIH, EFIH Finance | 0.5 | 9 | All |
| 9/6/17 | Travel NYC to Delaware | 2.5 | 12 | All |
| 9/6/17 | Meeting with Company & K&E re alternative transactions | 2.0 | 7 | All |
| 9/6/17 | Court Hearing | 1.0 | 11 | All |
| 9/6/17 | Travel Delaware - NYC | 2.5 | 12 | All |
| 9/11/17 | Internal discussion re Elliott 2nd Lien DIP proposal | 0.5 | 3 | EFIH |
| 9/11/17 | Call with Company re Sempra progress | 0.5 | 5 | All |
| 9/12/17 | Internal discussion re Elliott 2nd Lien DIP proposal | 0.5 | 3 | EFIH |
| 9/13/17 | Call with Company re 2nd Lien proposal | 0.5 | 3 | EFIH |
| 9/15/17 | Review filings re NextEra breakup fee | 1.0 | 7 | All |
| 9/19/17 | Review Latest Ruling re NextEra breakup fee | 0.5 | 7 | All |
| 9/20/17 | Call with K&E re NextEra breakup fee decision | 0.5 | 11 | All |
| 9/20/17 | Internal discussion re earnings and profits allocations | 0.5 | 7 | All |
| 9/22/17 | Joint Meeting of the Boards of EFH, EFIH, EFIH Finance | 1.0 | 9 | All |
| 10/3/17 | Reviewed Sontchi opinion re reconsideration ruling | 0.5 | 7 | All |
| 10/4/17 | Reviewed revised SRE transaction structure | 0.5 | 7 | All |
| 11/21/17 | Catch-Up with Company re PUCT process | 1.0 | 1 | All |
| 12/13/17 | Review and discuss revised EFH cash | 2.0 | 7 | All |
| | | **20.0** | | |

**Energy Future Holdings**
Time Detail
Evercore Group L.L.C.
Jeremy Matican - Managing Director

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 9/5/17 | Call with Company / K&E | 1.5 | 11 | All |
| 10/3/17 | Listen in to hearing | 2.0 | 11 | All |
| 10/3/17 | Review reconsideration opinion and discuss | 3.0 | 11 | All |
| 11/21/17 | Catch-up call with Company | 1.0 | 7 | All |
| 12/12/17 | Internal catch-up re: PUCT process | 1.5 | 1 | All |
| 12/13/17 | Review Solic analysis | 1.5 | 7 | All |
| | | **10.5** | | |

**Energy Future Holdings**
Time Detail
Evercore Group L.L.C.
Neal Patel - Vice President

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 9/1/17 | Review SRE merger supporting documentation | 4.5 | 11 | All |
| 9/1/17 | Research precedent mergers under PUCT | 5.0 | 7 | All |
| 9/5/17 | K&E call | 1.5 | 11 | All |
| 9/5/17 | Preparation for M&A declaration | 2.5 | 11 | All |
| 9/5/17 | Tax Catch-Up with K&E | 2.5 | 7 | All |
| 9/5/17 | Review Ying supporting document | 3.5 | 11 | All |
| 9/7/17 | Bid analyses for Kirkland | 4.0 | 11 | All |
| 9/8/17 | Bid analyses for Kirkland | 4.0 | 11 | All |
| 9/8/17 | Analysis of trading history & hedge position of major creditor | 4.5 | 7 | EFIH |
| 9/11/17 | Bid analyses for Kirkland | 3.0 | 11 | All |
| 9/12/17 | EFIH 2L DIP discussion with Elliott | 2.5 | 4 | EFIH |
| 9/12/17 | Review EFIH 2L DIP Analysis | 6.5 | 4 | EFIH |
| 9/14/17 | Review EFIH 2L DIP Analysis | 4.5 | 4 | EFIH |
| 9/18/17 | Guggenheim add-up call | 1.0 | 7 | EFH |
| 9/19/17 | Review Creditor IRR Analyses | 2.5 | 7 | EFIH |
| 9/19/17 | Review of Break-Up Fee Opinion and Discuss | 2.0 | 1 | All |
| 9/28/17 | Review of PUCT meeting agenda & notes | 1.5 | 1 | All |
| 10/1/17 | Review EFIH-related analyses | 1.5 | 3 | EFIH |
| 10/2/17 | Speak with EFH creditor | 1.5 | 10 | EFH |
| 10/3/17 | Audit hearing | 2.5 | 11 | All |
| 10/3/17 | Speak with GLG | 1.5 | 1 | All |
| 10/4/17 | Discuss cash projection | 1.5 | 7 | All |
| 10/4/17 | Review revised transaction structure | 2.0 | 7 | All |
| 10/5/17 | Review Rating Agency Research | 1.5 | 7 | EFIH |
| 10/11/17 | Review cash projection | 2.0 | 7 | All |
| 10/16/17 | Discuss cash projection | 1.5 | 7 | All |
| 10/19/17 | Review cash projection analysis | 3.5 | 7 | All |
| 10/20/17 | EFIH 2L Make-Whole Settlement Discussion | 1.5 | 7 | EFIH |
| 10/21/17 | Review revised waterfall | 2.5 | 7 | EFIH |
| 10/23/17 | Review plan supplement & discuss | 4.0 | 1 | All |
| 10/23/17 | Discussion with Guggenheim | 2.0 | 7 | All |
| 10/23/17 | MOR Review | 1.0 | 7 | All |
| 10/24/17 | Speak with EFH creditor | 1.5 | 10 | EFH |
| 10/27/17 | K&E tax analysis | 3.0 | 7 | All |
| 10/30/17 | Review SRE earnings documents | 3.0 | 7 | All |
| 11/1/17 | Review Debt trading analysis for Kirkland | 1.5 | 11 | EFIH |
| 11/6/17 | Review CODI analyses for Kirkland | 4.0 | 7 | EFIH |
| 11/7/17 | Review CODI analyses for Kirkland | 3.0 | 7 | EFIH |
| 11/8/17 | Review CODI analyses for Kirkland | 2.0 | 7 | EFIH |
| 11/20/17 | Discuss cash projection | 2.0 | 7 | EFIH |
| 11/22/17 | Review TTI litigation documentation | 2.5 | 1 | All |
| 11/30/17 | Review MOR | 1.5 | 1 | All |
| 12/13/17 | Review MOR | 1.0 | 1 | All |
| 12/13/17 | Review Solic Analyses | 1.0 | 1 | All |
| 12/13/17 | Discuss cash projection | 2.0 | 1 | All |
| 12/18/17 | Review Proskauer Document | 1.5 | 7 | All |
| 12/20/17 | Review NEE objection and discuss with K&E | 2.0 | 11 | All |
| 12/20/17 | Discussion with EFH creditor | 2.0 | 10 | EFH |
| | | **119.0** | | |

**Energy Future Holdings**
Time Detail
Evercore Group L.L.C.
Andrew Kilbourne - Analyst

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 9/1/17 | Review Ying Declaration | 4.0 | 11 | All |
| 9/1/17 | Review PUCT Approval Process & Research Precedents | 4.5 | 7 | All |
| 9/5/17 | Catch-Up Call with Kirkland | 1.0 | 11 | All |
| 9/5/17 | M&A Declaration Preparation | 2.0 | 11 | All |
| 9/5/17 | M&A Proposal Discussion with K&E Tax | 2.0 | 7 | All |
| 9/5/17 | Review Alt. Ying Declaration | 3.0 | 11 | All |
| 9/7/17 | Bid Over Time Analysis for K&E | 3.5 | 11 | EFIH |
| 9/8/17 | Bid Over Time Analysis for K&E | 3.5 | 11 | EFIH |
| 9/8/17 | Analysis of Creditor Trading History & K&E Discussion | 4.0 | 7 | EFIH |
| 9/11/17 | Bid Over Time Discussion with K&E & Related Analysis | 2.5 | 11 | All |
| 9/12/17 | EFIH 2L DIP Catch-Up Call with Elliott | 2.0 | 4 | EFIH |
| 9/12/17 | EFIH 2L DIP Analysis | 6.0 | 4 | EFIH |
| 9/14/17 | EFIH 2L DIP Analysis | 4.0 | 4 | EFIH |
| 9/18/17 | Catch-Up with Guggenheim | 1.0 | 7 | EFH |
| 9/19/17 | Creditor IRR Analyses | 1.5 | 7 | All |
| 9/19/17 | Review of Sontchi Break-Up Fee Decision & Internal Catch-Up | 1.5 | 1 | All |
| 9/28/17 | Review of PUCT meeting agenda & notes | 1.0 | 1 | All |
| 10/1/17 | Capital Structure Analysis | 2.0 | 3 | All |
| 10/2/17 | Catch-Up with EFH Creditor | 1.0 | 10 | EFH |
| 10/3/17 | Listen to Hearing | 2.0 | 11 | All |
| 10/3/17 | Catch-Up with GLG | 0.5 | 1 | All |
| 10/4/17 | EFH / EFIH Cash Roll Catch-Up | 1.5 | 7 | All |
| 10/4/17 | Analyses of Revised Transaction Structure | 1.5 | 7 | All |
| 10/5/17 | Rating Agency Research | 5.0 | 7 | EFIH |
| 10/11/17 | Cash Forecast Analysis w/ Revised Dividend Structure | 2.0 | 7 | All |
| 10/16/17 | EFH / EFIH Cash Roll Catch-Up | 1.0 | 7 | All |
| 10/19/17 | Cash Forecast Analyses | 3.0 | 7 | EFIH |
| 10/20/17 | EFIH 2L Make-Whole Settlement Discussion | 1.0 | 7 | EFIH |
| 10/21/17 | Revised Waterfall Analyses | 2.0 | 6 | All |
| 10/23/17 | Review Plan Supplement | 3.5 | 8 | All |
| 10/23/17 | Liquidation Analysis Question from Guggenheim | 1.5 | 7 | All |
| 10/23/17 | MOR Review | 0.5 | 7 | All |
| 10/24/17 | Catch-Up with EFH Creditor | 1.0 | 10 | EFH |
| 10/27/17 | Tax Analysis for K&E | 6.0 | 7 | All |
| 10/28/17 | Tax Analysis for K&E | 4.0 | 7 | All |
| 10/30/17 | Review Sempra Earnings Release & 10-Q | 2.5 | 2 | All |
| 11/1/17 | Debt Pricing Analysis for K&E | 3.0 | 11 | EFIH |
| 11/6/17 | CODI Analysis for K&E | 5.0 | 7 | EFIH |
| 11/7/17 | CODI Analysis for K&E | 3.0 | 7 | EFIH |
| 11/8/17 | CODI Analysis for K&E | 3.0 | 7 | EFIH |
| 11/20/17 | Cash Roll Analysis | 2.5 | 7 | All |
| 11/22/17 | TTI Complaint Review | 2.0 | 1 | All |
| 11/30/17 | MOR Review | 1.0 | 1 | All |
| 11/30/17 | Review Objections to NEE Motion to Stay Reconsideration Order | 2.0 | 1 | All |
| 12/13/17 | MOR Review | 1.0 | 1 | All |
| 12/13/17 | Waterfall Analyses for Solic | 3.0 | 6 | EFH |
| 12/13/17 | Review Revised Cash Projections; discuss with advisors & company | 5.0 | 7 | All |
| 12/18/17 | Review Proskauer Document | 2.0 | 7 | All |
| 12/20/17 | Review NEE Confirmation Objection & Discuss Internally | 3.0 | 11 | All |
| 12/20/17 | Catch-Up with EFH Creditor | 1.5 | 10 | EFH |
| | | **125.5** | | |