**<u>Exhibit B</u>**

**Time Records**

**Energy Future Holdings**
Time Detail
Evercore Group L.L.C.
David Ying - Senior Managing Director

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 1/5/18 | Joint Meeting of the Boards of EFH, EFIH, EFIH Finance | 2.0 | 9 | All |
| 1/15/18 | Review SRE earnings release | 1.0 | 7 | All |
| 2/2/18 | Discuss written direct internally | 1.0 | 11 | All |
| 2/5/18 | Joint Meeting of the Boards of EFH, EFIH, EFIH Finance | 2.5 | 9 | All |
| 2/15/18 | Discuss written direct internally and review | 2.0 | 11 | All |
| 2/18/18 | Discuss written direct internally and review | 2.0 | 11 | All |
| 2/20/18 | Review Kramer declaration | 1.5 | 11 | All |
| 2/21/18 | Review updated waterfall | 2.0 | 7 | All |
| 2/21/18 | Review feasibility declaration | 2.0 | 11 | All |
| 2/22/18 | Review feasibility declaration | 2.0 | 11 | All |
| 2/26/18 | Travel to hearing | 4.0 | 12 | All |
| 2/26/18 | Confirmation hearing | 6.0 | 11 | All |
| | | **28.0** | | |

**Energy Future Holdings**
Time Detail
Evercore Group L.L.C.
Jeremy Matican - Managing Director

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 1/5/18 | Board meeting | 2.0 | 9 | All |
| 1/9/18 | EFH creditor catch-up | 0.5 | 10 | EFH |
| 1/15/18 | Review SRE earnings release | 2.0 | 7 | All |
| 2/12/18 | Discuss and review confirmation-related analysis | 3.0 | 11 | EFIH |
| 2/16/18 | Discuss and review confirmation-related analysis | 2.0 | 11 | EFIH |
| 2/18/18 | Discuss and review confirmation-related analysis | 4.0 | 11 | EFIH |
| 2/19/18 | Discuss and review confirmation-related analysis | 4.0 | 11 | EFIH |
| 2/26/18 | Listen to confirmation | 6.0 | 11 | All |
| | | **23.5** | | |

**Energy Future Holdings**
Time Detail
Evercore Group L.L.C.
Neal Patel - Vice President

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 1/2/18 | Waterfall analyses | 7.0 | 7 | All |
| 1/5/18 | EFH / EFIH Board Meeting | 3.5 | 9 | All |
| 1/5/18 | Internal discussion | 2.0 | 1 | All |
| 1/8/18 | Review MOR | 2.5 | 1 | All |
| 1/9/18 | Internal discussion | 2.5 | 1 | All |
| 1/9/18 | Discussion with EFH creditor | 1.5 | 10 | EFH |
| 1/9/18 | Discussion with EFH creditor | 1.5 | 10 | EFH |
| 1/11/18 | Review prospectus | 3.0 | 1 | All |
| 1/16/18 | Discussion with EFH creditor | 1.0 | 10 | EFH |
| 1/18/18 | Claims calculations | 6.0 | 7 | EFIH |
| 1/24/18 | K&E discussion | 3.0 | 11 | All |
| 1/29/18 | Rothschild discussion | 1.5 | 7 | EFIH |
| 1/30/18 | Asbestos discussion with A&M | 6.0 | 7 | All |
| 1/31/18 | Cash projection analyses | 6.0 | 7 | All |
| 1/31/18 | Internal discussion | 2.5 | 1 | All |
| 2/1/18 | Waterfall for K&E | 2.0 | 7 | EFIH |
| 2/1/18 | Review feasibility workstream | 2.0 | 11 | All |
| 2/1/18 | Escrow analyses & discussion | 3.0 | 7 | All |
| 2/3/18 | Review feasibility workstream | 2.5 | 11 | All |
| 2/3/18 | Discussion with EFH creditor | 1.0 | 10 | EFH |
| 2/4/18 | Review feasibility workstream | 3.0 | 11 | All |
| 2/4/18 | Escrow analyses & discussion | 3.0 | 7 | All |
| 2/5/18 | Guggenheim discussion | 0.5 | 1 | EFH |
| 2/5/18 | Discussion with EFH creditor | 0.5 | 10 | EFH |
| 2/5/18 | Escrow analyses & discussion | 5.0 | 7 | All |
| 2/5/18 | Review PUCT decision | 2.5 | 1 | All |
| 2/6/18 | Review feasibility workstream | 2.0 | 11 | All |
| 2/6/18 | K&E claims analyses | 1.5 | 11 | EFIH |
| 2/7/18 | Review feasibility workstream | 3.0 | 11 | All |
| 2/7/18 | Discussion with EFH creditor | 1.5 | 10 | EFH |
| 2/9/18 | Review funds flow | 4.5 | 7 | All |
| 2/9/18 | Discussion with EFH creditor | 0.5 | 7 | EFH |
| 2/12/18 | Internal discussion re: waterfall | 4.0 | 7 | All |
| 2/13/18 | K&E discussion | 1.5 | 11 | EFIH |
| 2/14/18 | A&M discussion | 1.5 | 1 | EFIH |
| 2/15/18 | Escrow analysis | 2.0 | 7 | All |
| 2/15/18 | Escrow comparables analysis | 4.0 | 7 | All |
| 2/16/18 | Omnibus Hearing | 2.5 | 1 | All |
| 2/16/18 | Amended Plan review and discussion | 2.0 | 1 | All |
| 2/17/18 | Review written direct | 2.5 | 11 | All |
| 2/18/18 | Review written direct | 2.5 | 11 | All |
| 2/19/18 | Review written direct | 2.5 | 11 | All |
| 2/20/18 | Kramer Declaration review and circle-up | 3.0 | 1 | All |
| 2/20/18 | NEE motion discussion | 1.5 | 1 | All |
| 2/20/18 | Review waterfall | 1.5 | 7 | EFIH |
| 2/21/18 | K&E discussion | 1.5 | 11 | All |
| 2/21/18 | Review funds flow | 1.5 | 1 | All |
| 2/22/18 | Review written direct | 1.5 | 1 | All |
| 2/26/18 | Travel to hearing | 4.5 | 12 | All |
| 2/26/18 | Confirmation Hearing in Delaware | 6.5 | 1 | All |
| 2/27/18 | Review funds flow | 3.0 | 1 | EFIH |
| 3/1/18 | Review funds flow | 4.5 | 1 | EFIH |
| 3/2/18 | Review funds flow | 4.0 | 1 | EFIH |
| 3/6/18 | Review DIP repayment analysis | 2.0 | 4 | EFIH |
| 3/6/18 | Tim Hogan discussion | 1.5 | 7 | EFIH |
|  |  | **149.0** |  |  |

**Energy Future Holdings**
Time Detail
Evercore Group L.L.C.
Andrew Kilbourne - Analyst

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 1/2/18 | Creditor Recovery Analysis | 7.5 | 7 | EFIH |
| 1/5/18 | EFH / EFIH Board Meeting | 3.0 | 9 | All |
| 1/5/18 | Internal Meeting | 2.0 | 1 | All |
| 1/8/18 | MOR Review | 2.0 | 1 | All |
| 1/9/18 | Internal Catch-Up & Related Analyses | 5.0 | 1 | All |
| 1/9/18 | Catch-Up with EFH Creditor | 0.5 | 10 | EFH |
| 1/9/18 | Catch-Up with EFH Creditor | 0.5 | 10 | EFH |
| 1/11/18 | Review Sempra Prospectus & Discuss | 4.0 | 3 | All |
| 1/16/18 | Catch-Up with EFH Creditor | 1.0 | 10 | EFH |
| 1/18/18 | Claims Analyses | 4.0 | 7 | EFIH |
| 1/24/18 | Catch-Up Call with Kirkland & Follow-Up Analyses | 2.5 | 11 | EFIH |
| 1/29/18 | Catch-Up with Rothschild | 1.5 | 7 | EFIH |
| 1/30/18 | Asbestos Catch-Up & Related Analyses | 6.0 | 2 | All |
| 1/31/18 | Cash Projection & Recovery Analyses | 6.0 | 7 | EFIH |
| 1/31/18 | Internal Catch-Up | 2.5 | 1 | EFIH |
| 2/1/18 | Waterfall for Kirkland | 2.0 | 6 | EFIH |
| 2/1/18 | Feasibility Analysis | 2.5 | 5 | All |
| 2/1/18 | Distribution Reserve Analyses | 1.5 | 7 | All |
| 2/3/18 | Feasibility Analysis | 1.5 | 5 | All |
| 2/3/18 | Catch-Up with EFH Creditor | 0.5 | 10 | EFH |
| 2/4/18 | Feasibility Analysis | 3.5 | 5 | All |
| 2/4/18 | Distribution Reserve Analyses | 2.0 | 7 | All |
| 2/5/18 | Catch-Up with Guggenheim | 0.5 | 1 | EFH |
| 2/5/18 | Catch-Up with EFH Creditor | 0.5 | 10 | EFH |
| 2/5/18 | Distribution Reserve Analyses | 5.5 | 7 | All |
| 2/5/18 | Review PUCT Recommendation | 2.0 | 1 | All |
| 2/6/18 | Feasibility Analysis | 1.5 | 5 | All |
| 2/6/18 | Claims Analysis for K&E | 1.0 | 11 | EFIH |
| 2/7/18 | Feasibility Analysis | 3.0 | 5 | All |
| 2/7/18 | Catch-Up with EFH Creditor | 0.5 | 10 | EFH |
| 2/9/18 | Funds Flow Review | 4.0 | 7 | EFIH |
| 2/9/18 | Catch-Up with EFH Creditor | 1.0 | 7 | EFH |
| 2/12/18 | Waterfall Analyses and Catch-Up | 2.5 | 6 | EFIH |
| 2/13/18 | Catch-Up Call with Kirkland | 1.0 | 11 | EFIH |
| 2/14/18 | Catch-Up with A&M | 1.0 | 1 | EFIH |
| 2/15/18 | Escrow Analysis | 1.5 | 7 | All |
| 2/15/18 | Precedent Analysis on BUF Reserve | 3.5 | 7 | All |
| 2/16/18 | Listen to Omnibus Hearing | 2.0 | 1 | All |
| 2/16/18 | Review Amended Plan | 1.5 | 8 | All |
| 2/17/18 | Written Direct Construction | 2.0 | 11 | All |
| 2/18/18 | Written Direct Construction | 2.0 | 11 | All |
| 2/19/18 | Written Direct Construction | 2.0 | 11 | All |
| 2/20/18 | Review Kramer Declaration | 2.5 | 1 | All |
| 2/20/18 | Review NEE Administrative Expense Motion | 1.0 | 1 | All |
| 2/20/18 | Waterfall Update | 1.0 | 6 | All |
| 2/21/18 | Catch-Up Call with Kirkland | 1.0 | 11 | All |
| 2/21/18 | Funds Flow Discussion | 1.0 | 1 | All |
| 2/22/18 | Written Direct Review | 1.0 | 1 | All |
| 2/26/18 | Travel to Confirmation | 4.0 | 12 | All |
| 2/26/18 | Confirmation Hearing in Delaware | 6.0 | 1 | All |
| 2/27/18 | Funds Flow Work streams | 2.0 | 1 | EFIH |
| 3/1/18 | Funds Flow Work streams | 3.0 | 1 | EFIH |

**Energy Future Holdings**
Time Detail
Evercore Group L.L.C.
Andrew Kilbourne - Analyst

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 3/2/18 | Funds Flow Work streams | 3.0 | 1 | EFIH |
| 3/6/18 | DIP Repayment Analysis | 1.5 | 4 | EFIH |
| 3/6/18 | Catch-Up with Tim Hogan | 0.5 | 7 | EFIH |
| | | **127.5** | | |

**Energy Future Holdings**
Time Detail
Evercore Group L.L.C.
Rene Negron - Analyst

| Date | Description of Work | Hours | Code | Debtors |
|---|---|---|---|---|
| 2/1/18 | David Ying Written Direct | 4.0 | 11 | All |
| 2/2/18 | David Ying Written Direct | 2.0 | 11 | All |
| 2/5/18 | David Ying Written Direct | 2.0 | 11 | All |
| 2/6/18 | David Ying Written Direct | 2.0 | 11 | All |
| 2/7/18 | David Ying Written Direct | 2.0 | 11 | All |
| 2/13/18 | Oncor Cost of Equity Calculations | 5.0 | 11 | All |
| 2/14/18 | Oncor Cost of Equity Calculations | 3.0 | 11 | All |
| 2/15/18 | David Ying Written Direct | 3.0 | 11 | All |
| 2/20/18 | David Ying Written Direct | 4.0 | 11 | All |
| | | **27.0** | | |