**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | x | |
| **In re** | : | **Chapter 11** |
| | : | |
| ENERGY FUTURE HOLDINGS CORP. *et al.*, | : | **Case No. 14-10979 (CSS)** |
| | : | |
| Debtors-in-Possession. | : | **(Jointly Administered)** |
| | : | |
| | x | **Hearing Date:  June 5, 2018 at 11:00 a.m. E.T.** |

**FEE COMMITTEE'S SUMMARY REPORT CONCERNING
UNCONTESTED FEE APPLICATIONS FOR
<ins>HEARING ON JUNE 5, 2018 AT 11:00 A.M. E.T.</ins>**

TO:     THE HONORABLE CHRISTOPHER S. SONTCHI,
        UNITED STATES BANKRUPTCY JUDGE:

The Fee Committee appointed in the above-captioned chapter 11 cases (the "**Fee
Committee**") respectfully submits this summary report (the "**Report**") concerning ten interim
fee applications (each an "**Application**" and, collectively, the "**Applications**") and requests that
the Applications be approved on an uncontested basis at or before the omnibus hearing scheduled
for June 5, 2018.  The Report covers the Applications largely—but not exclusively—for the
Eleventh Interim Fee Period (September 1, 2017 through December 31, 2017).

Interim applications for work performed during the Twelfth Interim Fee Period
(January 1, 2018 through March 9, 2018) and for the Final Fee Period (April 29, 2014 through
March 9, 2018) were filed on or around April 23, 2018.  The Fee Committee expects to report on
uncontested fee applications from those time periods in connection with an omnibus hearing to
be scheduled in the fall.

The Fee Committee is aware of the two-page generic *Majority Creditors' Omnibus
Preliminary Objection Regarding Final Fee Applications* [D.I. 13107], which on its face applies
to many of the Final Fee Period applications currently under Fee Committee review.  No

commentary on the objections is required or appropriate at this time, but when and if the objections are fully articulated, the Fee Committee will respond as appropriate.

## SUMMARY

Since the issuance of its last report, dated February 9, 2018, the Fee Committee has reviewed and expresses its recommendation for approval of Applications seeking interim compensation and expenses that aggregate $5,226,311.70 in fees and $321,619.81 in expense reimbursements through December, 2017.  No objections have been filed to the Applications.

To arrive at the recommendations in this Report, the Fee Committee, under the leadership of Chairman Richard Gitlin, has continued to meet, in person, usually on a monthly basis.  At these meetings, the Fee Committee again has engaged in extensive discussions of the Applications, authorized individual draft Letter Reports on most Applications, and discussed and evaluated the responses from the Retained Professionals to the Letter Reports.[1]  On January 22, 2018, the Official Committee of Unsecured Creditors filed the *Notice of Appointment of EFH/EFIH Official Committee Representative to the Fee Committee* [D.I. 12506], designating Howard J. Kaplan of Kaplan Rice LLP as its representative on the Fee Committee.  The Court acknowledged that notice in an order entered on February 1, 2018 [D.I. 12552], and Mr. Kaplan has participated fully in the Eleventh Interim Fee Period review and reporting process outlined in this Report.

Consistent with the previous ten interim fee periods, the Retained Professionals have generally been responsive to the Fee Committee's requests for information and have been cooperative in discussing and resolving areas of concern.  Dialogue with some professionals has been less robust than in prior fee periods or has not happened at all, which may be the result of

---

[1] Capitalized terms not otherwise defined shall have the meanings ascribed in prior Fee Committee Reports.

pending or threatened litigation involving professional fees.  The Fee Committee's review has continued to focus on compliance with the applicable requirements and guidelines established by the Bankruptcy Code, the Executive Office of the U.S. Trustee, and the Fee Committee.  The Fee Committee notes again that professionals generally have continued to achieve increasingly more consistent compliance with these guidelines during the Eleventh Interim Fee Period, requiring fewer adjustments.

Nonetheless, the Fee Committee has again identified some persistent and chronic areas of concern including, for certain professionals:  excessive numbers of attendees at hearings and depositions; time billed for invoicing activities and other administrative tasks that are properly part of a professional's overhead; and unreasonable amounts of time spent on retention and fee application activities.  Other specific issues—such as a lack of sufficient detail in time records, block billing, timekeepers who appear to record time in half- or whole-hour increments (rather than the required tenth-hour increments), and travel expenses—also have been and will continue to be addressed by the Fee Committee—all the way through the final fee applications.

## SUMMARY OF FEES REQUESTED AND APPROVED

The total fees requested on an interim basis and approved or recommended for approval by the Fee Committee to date are set forth below:[2]

| Date(s) [Orders/Docket Nos.] | Fee Period (dates) | Number of Professional Applications | Fees Approved/ Recommended for Approval | Expenses Approved/ Recommended for Approval |
|---|---|---|---|---|
| 3148 December 29, 2014 | 1st Interim (April 29, 2014 – August 31, 2014) | 4 | $12,862,747.75 | $353,843.86 |
| 3365 January 26, 2015 | | 1 | $24,511,927.32 | $1,122,860.04 |

---

[2] A complete schedule of interim fee applications scheduled for hearing on June 5, 2018, along with the Fee Committee's recommended adjustments, is attached as **Exhibit A**.

| Date(s) [Orders/Docket Nos.] | Fee Period (dates) | Number of Professional Applications | Fees Approved/ Recommended for Approval | Expenses Approved/ Recommended for Approval |
|---|---|---|---|---|
| 3597 February 20, 2015 | | 5 | $16,517,565.76 | $820,543.45 |
| 4843 June 24, 2015 | 1st Interim (April 29, 2014 – August 31, 2014 | 6 | $7,660,577.80 | $197,488.77 |
| 7883 February 18, 2016 | | 1 | $1,092,339.62 | $166,506.74 |
| 4843 June 24, 2015 | 2nd Interim (September  – December 2014) | 24 | $58,434,780.10 | $3,063,313.37 |
| 6667 October 26, 2015 | | 1 | $3,134,247.50 | $199,105.35 |
| 7883 February 18, 2016 | | 4 | $1,742,526.76 | $159,344.59 |
| 6667 October 26, 2015 | 3rd Interim (January – April 2015) | 26 | $82,983,949.42 | $4,591,670.45 |
| 7883 February 18, 2016 | | 4 | $4,938,192.06 | $268,426.89 |
| 7883 February 18, 2016 | 4th Interim (May – August 2015) | 26 | $69,933,788.71 | $2,882,804.71 |
| 8824 June 27, 2016 | | 4 | $3,035,668.80 | $236,148.39 |
| 8824 June 27, 2016 | 5th Interim (September – December 2015) | 27 | $52,023,808.54 | $2,451,890.66 |
| 9308 August 16, 2016 | | 4 | $12,418,749.19 | $893,301.63 |
| 9963 October 27, 2016 | | 1 | $342,482.74 | $1,280.87 |
| 9963 October 27, 2016 | 6th Interim (January – April 2016) | 26 | $23,892,006.42 | $1,110,129.24 |
| 11071 March 28, 2017 | | 3 | $5,019,942.25 | $37,375.28 |
| 10706 January 24, 2017 | E-Side 7th Interim (May – August 2015) | 1 | $15,732,906.30 | $530,438.85 |
| 11071 March 28, 2017 | | 16 | $17,781,487.37 | $674,440.02 |
| 11071 March 28, 2017 | T-Side 7th Interim (May 1 – October 3, 2016) | 10 | $9.290,931.97 | $218,769.96 |
| 11436 July 10, 2017 | 8th Interim (September – December 2016) | 13 | $13,683,841.32 | $372,762.95 |
| 12181 November 3, 2017 | 9th Interim (January – April 2017) | 16 | $9,960,069.62 | $564,255.49 |
| 12520 January 25, 3018 | 10th Interim (May – August 2017) | 1 | $10,208.548.00 | $9,945,909.05 |
| 12632 February 14, 2018 | 10th Interim (May – August 2017) | 17 | $4,920,812.11 | $327,149.59 |

| Date(s) [Orders/Docket Nos.] | Fee Period (dates) | Number of Professional Applications | Fees Approved/ Recommended for Approval | Expenses Approved/ Recommended for Approval |
|---|---|---|---|---|
| 12659 February 16, 2018 | 10th Interim (May – August 2017) | 1 | $3,655.00 | $29.00 |
| *Scheduled for Hearing June 5, 2018* | 11th Interim (September – December 2017) | 10 | *$5,099,900.60* | *$286,752.08* |
| 7883 February 18, 2016 | Final Fee Applications | 1 | $300,000.00 | $0.00 |
| 11072 March 28, 2017 | | 10 | $110,680,468.38 | $2,404,213.64 |
| 11090 March 30, 2017 | | 1 | $15,246,311.03 | $574,716.35 |

## APPLICATIONS FOR INTERIM COMPENSATION SCHEDULED FOR HEARING ON JUNE 5, 2018

The ten Applications scheduled to be heard on June 5, 2018—without objection—generally correspond to work performed during the Eleventh Interim Fee Period (September 1, 2017-December 31, 2017).  The issues identified in each Application and their resolutions are summarized below.

### INTERIM FEE APPLICATIONS FOR WORK PERFORMED DURING THE TENTH INTERIM FEE PERIOD: MAY 1, 2017 THROUGH AUGUST 31, 2017

1.   *Tenth Interim Fee Application of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From May 1, 2017 Through August 31, 2017* [D.I. 12584].

On February 5, 2018, EPIQ Bankruptcy Solutions, LLC and EPIQ eDiscovery Solutions ("**Epiq**") filed their Tenth Interim Fee Application seeking $43,100.50 in fees and $211,409.92 in expense reimbursements.  In its Letter Report to Epiq, the Fee Committee recommended deductions for insufficiently described tasks, and expenses lacking documentation.  Epiq subsequently either provided adequate explanation for these issues or agreed to certain adjustments as outlined on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

2.    *Eighth Interim Application of SOLIC Capital Advisors, LLC, Financial Advisor for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred From May 1, 2017 Through August 31, 2017* [D.I. 12282].

On November 28, 2017, SOLIC Capital Advisors, LLC ("**SOLIC**") filed its Eighth Fee Application seeking $378,412.50 in fees and $1,217.40 in expenses.[3]  In its Letter Report to SOLIC, the Fee Committee reserved the right to raise the issue of SOLIC's blended hourly rates but did not identify any other fee or expense issues.  The Fee Committee recommends that the Court approve this Application as filed and outlined on **Exhibit A**, subject to the Fee Committee's right to revisit the blended rate issue in connection with SOLIC's final fee application.

### Interim Fee Applications for Work Performed During the Eleventh Interim Fee Period: September 1, 2017 through December 31, 2017

3.    *Seventh Interim Fee Application of Bielli & Klauder, LLC, Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp., for the Period From September 1, 2017 Through and Including December 31, 2017* [D.I. 12720].

On February 23, 2018, Bielli & Klauder, LLC filed its Seventh Fee Application seeking $34,704.50 in fees and $1,083.70 in expense reimbursements.  The Fee Committee identified a number of fees charged for law clerks.  Bielli & Klauder has agreed to the disallowance of the law clerk fees, and the Fee Committee recommends Court approval of this application as adjusted and as outlined on **Exhibit A**.

---

[3] "In light of the circumstances of EFH Corp.'s chapter 11 case and the desire to limit costs going forward, Donald L. Evans and Billie I. Williamson, EFH Corp.'s disinterested directors, on behalf of EFH Corp., and SOLIC have agreed to modify the[ir] Engagement Letter, effective June 1, 2017, to provide that, in lieu of the [m]onthly [f]ee, SOLIC will be compensated on an hourly basis, subject to the Court's approval…." *Supplemental Declaration of Neil F. Luria in Support of Debtor Energy Future Holding Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of SOLIC Capital Advisors, LLC as Financial Advisor for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to December 18, 2014* [D.I. 11282] at p. 2, ¶ 5.

4.      *Tenth Interim Fee Application of AlixPartners, LLP Seeking
        Compensation for Services Rendered and Reimbursement of Expenses
        Incurred as Restructuring Advisor to the Official Committee of Unsecured
        Creditors of Energy Future Holdings Corporation, Energy Future
        Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc.
        for the Period From September 1, 2017 Through December 31, 2017*
        [D.I. 12646].

On February 15, 2018, AlixPartners, LLP filed its Tenth Fee Application seeking

$4,574.50 in fees and no expense reimbursements.  The Fee Committee identified no issues and

elected not to issue a Letter Report.  The Fee Committee recommends that the Court approve this

Application as filed and outlined on **Exhibit A**.

5.      *Tenth Interim Fee Application of Guggenheim Securities, LLC, Investment
        Banker to the Official Committee of Unsecured Creditors of Energy
        Future Holdings Corporation, Energy Future Intermediate Holding
        Company, LLC, EFIH Finance, Inc., and EECI, Inc. for Allowance of
        Compensation and Reimbursement of Expenses Incurred for the Period
        September 1, 2017 Through December 31, 2017* [D.I. 12647].

On February 15, 2018, Guggenheim Securities, LLC ("**Guggenheim**") filed its Tenth Fee

Application seeking $500,000 in flat fees and $24,200.50 in expense reimbursements.  The

Application reflects the Fee Committee's agreement with Guggenheim to adjust its flat fee

billing by half from its stated contractual rate.  That stipulated adjustment is reflected in the

attached **Exhibit A**, and the Fee Committee recommends the Court approve the fee portion of

application, as adjusted.  The Fee Committee recommends that the Court defer consideration of

Guggenheim's expenses, which consist almost entirely of the firm's own legal fees.

6.      *Tenth Interim Application of Montgomery, McCracken, Walker & Rhoads,
        LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH
        Official Committee for Compensation and Reimbursement of Expenses for
        the Period From September 1, 2017 Through December 31, 2017*
        [D.I. 12640].

On February 15, 2018, Montgomery, McCracken, Walker & Rhoads, LLP

("**Montgomery**") filed its Tenth Interim Fee Application seeking $119,242.50 in fees and

$1,579.39 in expenses.  The Fee Committee identified only one minor billing error, and elected not to issue a Letter Report.  Montgomery agreed to the Fee Committee's requested deduction as set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

> 7.    *Tenth Interim Fee Application of Stevens & Lee, P.C., Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period of September 1, 2018 Through December 31, 2017* [D.I. 12823].

On March 14, 2018, Stevens & Lee, P.C. ("**Stevens & Lee**") filed its Tenth Fee Application seeking $39,187.50 in fees and $356.20 in expense reimbursements.  In its Letter Report to Stevens & Lee, the Fee Committee identified a minor disallowance.  The Fee Committee recommends that the Court approve this Application as adjusted and outlined on the attached **Exhibit A**.

> 8.    *Tenth Interim Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Interim Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From September 1, 2017 Through and Including December 31, 2017* [D.I. 12641].

On February 15, 2018, Sullivan & Cromwell LLP ("**Sullivan**") filed its Tenth Fee Application seeking $449,412.70 in fees and $9,455.95 in expense reimbursements.  In its Letter Report to Sullivan, the Fee Committee identified several issues of continuing concern, including transitory timekeepers and administrative tasks.  Sullivan subsequently either provided adequate explanation or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

9.     *Eleventh Interim Fee Application of Alvarez & Marsal North America,*
       *LLC, in Their Capacity as Restructuring Advisors for the Debtors and*
       *Debtors in Possession, for the Period From September 1, 2017 Through*
       *and Including December 31, 2017* [D.I. 12643].

On February 15, 2018, Alvarez & Marsal North America, LLC filed its Eleventh Fee

Application seeking $215,539.50 in fees and no expense reimbursements.  The Fee Committee

identified a minor billing error and several vaguely described tasks.  Alvarez & Marsal agreed to

the Fee Committee's recommended deductions, and the Fee Committee recommends that the

Court approve this Application as filed and outlined on **Exhibit A**.

10.    *Eleventh Interim Fee Application of Kirkland & Ellis LLP and Kirkland &*
       *Ellis International LLP, Attorneys for the Debtors and Debtors in*
       *Possession, for the Period From September 1, 2017 Through and*
       *Including December 31, 2017* [D.I. 12635].

On February 14, 2014, Kirkland & Ellis LLP ("**Kirkland**") filed its Eleventh Fee

Application seeking $3,442,137.50 in fees and $58,404.97 in expense reimbursements.  In its

Letter Report to Kirkland, the Fee Committee identified particular issues of concern, including

time spent on routine billing and invoicing activities, excessive case monitoring by senior

partners, over-attendance at hearings and board meetings, transitory timekeepers, time

improperly recorded in half- and full-hour increments, and certain expense charges that are not

compensable.  Kirkland subsequently either provided adequate explanation for these issues or

agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the

Court approve this Application as adjusted.

## CONCLUSION

Based on all of the above, the Fee Committee respectfully requests that the Court enter

the order attached as **Exhibit B**, approving on an interim basis and without objection the

Applications outlined in this Report and on the attached **Exhibit A**, subject to the agreed

9

reductions summarized in the exhibit and subject as well to further review and the final fee

application process.

Dated:  May 25, 2018.

**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**


_/s/ William M. Alleman, Jr._
Jennifer R. Hoover, Esquire (5111)
William M. Alleman, Jr., Esquire (5449)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: 302-442-7010
Facsimile: 302-442-7012
E-mail: jhoover@beneschlaw.com
            walleman@beneschlaw.com

- and -

GODFREY & KAHN, S.C.


_/s/ Katherine Stadler_
Katherine Stadler, _Admitted Pro Hac Vice_

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
Telephone: 608-257-3911
Facsimile: 608-257-0609
E-mail: kstadler@gklaw.com

_Attorneys for the Fee Committee_

18973424.3