# **<u>Exhibit A</u>**

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)
**Eleventh Interim Fee Applications (September 1 - December, 2017)**

|  | Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| 1 | EPIQ [D.I. 12584] | 05/01 - 08/31/2017 | $43,100.50 | $92.62 | $211,409.92 | $0.00 | $43,007.88 | $211,409.92 |
| 2 | SOLIC Capital Advisors [D.I. 12282] | 05/01 - 08/31/2017 | $378,412.50 | $0.00 | $1,217.40 | $0.00 | $378,412.50 | $1,217.40 |
| 3 | Bielli & Klauder [D.I. 12720] | 09/01 - 12/31/2017 | $34,704.50 | $0.00 | $1,083.70 | $0.00 | $34,704.50 | $1,083.70 |
| 4 | AlixPartners LLP [D.I. 12646] | 09/01 - 12/31/2017 | $4,574.50 | $0.00 | $0.00 | $0.00 | $4,574.50 | $0.00 |
| 5 | Guggenheim Securities LLC [D.I. 12647] | 09/01 - 12/31/2017 | $500,000.00 | $0.00 | $24,200.50 | *deferred* | $500,000.00 | *deferred* |
| 6 | Montgomery McCracken W&R LLP [D.I. 12640] | 09/01 - 12/31/2017 | $119,242.50 | $540.00 | $1,579.39 | $0.00 | $118,702.50 | $1,579.39 |
| 7 | Stevens & Lee PC [D.I. 12823] | 09/01 -12/31/2017 | $39,187.50 | $495.00 | $356.20 | $0.00 | $38,692.50 | $356.20 |
| 8 | Sullivan & Cromwell LLP [D.I. 12641] | 09/01 - 12/31/2017 | $449,412.70 | $9,617.98 | $9,455.95 | $0.00 | $439,794.72 | $9,455.95 |
| 9 | Alvarez & Marsal North America, LLC [D.I. 12643] | 09/01 - 12/31/2017 | $215,539.50 | $4,660.75 | $0.00 | $0.00 | $210,878.75 | $0.00 |
| 10 | Kirkland & Ellis [D.I. 12635] | 09/01 - 12/31/2017 | $3,442,137.50 | $111,004.75 | $72,316.75 | $10,667.23 | $3,331,132.75 | $61,649.52 |