**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
: 
In re: : Chapter 11
: 
ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] : Case No. 14-10979 (CSS)
: 
: (Jointly Administered)
: 
Debtors. : **Re: D.I. 13107, 13004, 13144**
---------------------------------------------------------------- x

**JOINDER OF ALVAREZ & MARSAL NORTH AMERICA, LLC TO
"PRELIMINARY REPLY OF RICHARDS, LAYTON & FINGER, P.A.
TO 'MAJORITY CREDITORS OMNIBUS PRELIMINARY OBJECTION
REGARDING FINAL FEE APPLICATIONS' [D.I. 13107]" [D.I. 13144]**

Alvarez & Marsal North America, LLC hereby supports and joins (this "Joinder") the *Preliminary Reply of Richards, Layton & Finger, P.A. to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications* [D.I. 13144] (the "Reply") filed by Richards, Layton & Finger, P.A. ("RL&F"), co-counsel to the above-captioned debtors (collectively, the "Debtors"), in preliminary reply to the *Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications*, dated May 14, 2018 [D.I. 13107] (the "Preliminary Objection") filed by Elliott Associates, L.P., Elliott International, L.P., The

---

[1] The Debtors include (i) Energy Future Holdings Corp. ("EFH"), certain of its direct and indirect subsidiaries (together with EFH, the "EFH Debtors"), Energy Future Intermediate Holding Company LLC ("EFIH"), and EFIH Finance, Inc. (together with EFIH, the "EFIH Debtors" and together with the EFH Debtors, the "EFH/EFIH Debtors"), and (ii) Energy Future Competitive Holdings Company LLC and each of its direct and direct subsidiaries that are Debtors in these chapter 11 cases (collectively, the "TCEH Debtors"). The TCEH Debtors emerged from chapter 11 on October 3, 2016. *See Notice of Entry of TCEH Confirmation Order and Occurrence of TCEH Effective Date* [D.I. 9742]. The EFH/EFIH Debtors emerged from chapter 11 on March 9, 2018. *See Notice of Entry of EFH Confirmation Order and Occurrence of EFH Effective Date* [D.I. 12801]. The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Liverpool Limited Partnership, Gatwick Securities LLC, Paloma Partners Management Company, and Sunrise Partners Limited Partnership (collectively the "Majority Creditors").

## BACKGROUND

1. In addition to the facts described in paragraphs 1 through 9 of the RL&F Reply[2], which are incorporated herein by reference, A&M notes that:

   a. On September 16, 2014, the Court entered the *Order Authorizing the Debtors to Retain and Employ Alvarez & Marsal North America, LLC as Restructuring Advisor Nunc Pro Tunc to the Petition Date* [D.I. 2055].

   b. In accordance with the terms of the Sempra Plan and consistent with the Fee Committee Guidelines, on April 23, 2018, A&M filed the *Final Fee Application of Alvarez & Marsal North America, LLC, in their Capacity as Restructuring Advisors for the Debtors and Debtors in Possession for the Period From April 29, 2014 Through and Including March 9, 2018* [D.I. 13004] (the "A&M Final Fee Application") with the Court. Pursuant to the *Notice of Final Fee Application* filed and served contemporaneously with the Final Fee Application, objections, if any, to the Final Fee Application were due to be filed with the Court no later than May 15, 2018 at 4:00 p.m. (Eastern Daylight Time) (the "Objection Deadline").

   c. Prior to the Objection Deadline, the Majority Creditors filed the Preliminary Objection objecting to, among other things, the A&M Final Fee Application.

## JOINDER

2. In joining the Reply, A&M hereby adopts and incorporates herein by reference each of the arguments set forth therein and applies such arguments to the A&M Final Fee

---

[2] Capitalized terms used, but not otherwise defined, herein have the same meanings ascribed to them in the Reply.

Application, except with respect to *footnote* 4 contained in the Reply which does not apply to A&M.  A&M reserves all rights to amend this Joinder, and to appear and be heard at any hearing regarding the Preliminary Objection or A&M's final fee application and to make any further arguments as it deems appropriate.

WHEREFORE, for the reasons set forth in the RL&F Reply, A&M requests that this Court: (i) overrule the Preliminary Objection on the basis that it fails to articulate any legal or factual reason for denying or limiting the relief requested in the A&M Final Fee Application, and (ii) approve the A&M Final Fee Application (subject to any potential agreed modifications to the relief requested in the A&M Final Fee Application by and between A&M and the Fee Committee).

[*Remainder of page intentionally left blank.*]

| | |
|---|---|
| Dated: May 29, 2018<br>New York, New York | **ALVAREZ & MARSAL NORTH AMERICA, LLC**<br><br>*/s/ Daniel M. Feigenbaum*<br>Daniel M. Feigenbaum<br>Deputy General Counsel<br>Alvarez & Marsal North America, LLC<br>600 Madison Avenue<br>New York, New York 10022<br>Telephone: (212) 763-1897 |