IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
: 
In re: : Chapter 11
: 
Energy Future Holdings Corp., *et al.*,[1] : Case No. 14-10979 (CSS)
: 
Debtors. : (Jointly Administered)
: 
: **Re: D.I. 13102**
: 
------------------------------------------------------------ X

**RESERVATION OF RIGHTS OF NEXTERA ENERGY, INC. REGARDING
THE JOINT MOTION OF UMB BANK, N.A., AS INDENTURE TRUSTEE,
AND ELLIOTT TO FIX APPROPRIATE ALLOCATION OF CERTAIN
RESERVES AND EXPENSES AS BETWEEN THE EFH AND EFIH DEBTORS**

NextEra Energy, Inc. ("NextEra") hereby submits this reservation of rights regarding the *Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13102] (the "Allocation Motion").[2] In support hereof, NextEra respectfully states as follows:

**RESERVATION OF RIGHTS**

1. NextEra takes no position on the appropriate allocation of the Material Administrative Expense Claims. NextEra, however, does reserve its rights in respect of the Allocation Motion solely to ensure that any order allocating the Material Administrative Expense Claims is consistent with the E-Side Confirmation Order's requirement that the NextEra Plan Reserve be fully funded in the amount of $275 million.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Allocation Motion.

2. The E-Side Confirmation Order expressly prohibits any allocation of the Material Administrative Expense Claims that would leave EFH administratively insolvent or that would impair the estates' joint obligation to fully fund the NextEra Plan Reserve. *See* E-Side Confirmation Order ¶¶ 150-51. To the extent that any allocation of the Material Administrative Expense Claims would leave EFH unable to fully fund its allocated share of the NextEra Plan Reserve, the E-Side Confirmation Order requires that EFIH bear any shortfall so as to ensure that the NextEra Plan Reserve is fully funded in the amount of $275 million so that the NextEra Termination Fee Claim can be paid in full from the NextEra Plan Reserve if it is ultimately allowed.

3. Counsel for NextEra has engaged in discussions with counsel for the Movants, and we understand from the Movants that they agree that no relief sought by the Allocation Motion is intended to, or will, be inconsistent with the above-noted requirements of the E-Side Confirmation Order. NextEra anticipates that the parties will ultimately be able to agree to appropriate language protecting the NextEra Plan Reserve and the NextEra Termination Fee Claim, which language would be included in any order allocating the Material Administrative Expense Claims. Subject to such language being agreed, NextEra has no objection to the relief sought by the Allocation Motion. Pending the parties' agreement to such language and entry of an order containing such language allocating the Material Administrative Expense Claims, NextEra reserves its rights in respect of the Allocation Motion.

## **CONCLUSION**

Wherefore, NextEra requests that the Court require that any order entered providing for allocation of the Material Administrative Expense Claims be consistent with the E-Side Confirmation Order.

Dated: May 29, 2018
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone:   (302) 467-4400
Facsimile:   (302) 467-4450
Email:  landis@lrclaw.com
         mcguire@lrclaw.com

– and –

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
Eric Daucher (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone:   (212) 408-5100
Facsimile:   (212) 541-5369
Email: howard.seife@nortonrosefulbright.com
       andrew.rosenblatt@nortonrosefulbright.com
       eric.daucher@nortonrosefulbright.com

Robin Ball (admitted *pro hac vice*)
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone:   (213) 892-9200
Facsimile:   (213) 892-9494
Email: robin.ball@nortonrosefulbright.com

*Counsel to NextEra Energy, Inc.*