## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- X

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| **ENERGY FUTURE HOLDINGS CORP.,** | : | **Case No. 14-10979 (CSS)** |
| ***et al.,***[1] | : | |
| | : | |
| Debtor-in-Possession. | : | **(Jointly Administered)** |
| | : | **Re: D.I. 13141** |
| | X | |

------------------------------------------------------------------------- X

### CERTIFICATION OF COUNSEL REGARDING OMNIBUS FEE ORDER

I, William M. Alleman, Jr., counsel to the Fee Committee in the above-captioned cases, hereby certify as follows:

1.       On May 25, 2018, the Fee Committee filed the *Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on June 5, 2018 at 11:00 a.m.* (D.I. 13141) (the "Fee Report").

2.       The same day, counsel for the Fee Committee circulated the proposed order and exhibit attached to the Fee Report (the "Proposed Order") to all retained professionals included in the Proposed Order, with instructions to advise the Fee Committee's counsel by the close of business on Tuesday, May 29, 2018, if the retained professional objected to the entry of the Proposed Order without the need for the noticed June 5, 2018 hearing on uncontested interim fee applications.

3.       All retained professionals affected by the Proposed Order have affirmatively consented to entry of the Proposed Order.

---

[1]       The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

WHEREFORE, the Fee Committee respectfully requests that the Court enter the Proposed Order attached hereto as **Exhibit 1** at its earliest convenience.


Dated:  May 31, 2018
        Wilmington, Delaware

**BENESCH, FRIEDLANDER,**
  **COPLAN & ARONOFF LLP**

  */s/ William M. Alleman, Jr.*
Jennifer R. Hoover (DE Bar No. 5111)
William M. Alleman, Jr. (DE Bar No. 5449)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Phone: (302) 442-7010
Fax: (302) 442-7012
E-mail: jhoover@beneschlaw.com
       walleman@beneschlaw.com

-and-

Katherine Stadler, Esquire (*admitted pro hac vice*)
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*