# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:* | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |
| Debtors.[1] | **Re: D.I. 12926** |

## DECLARATION OF LESLIE M. KELLEHER

Pursuant to 28 U.S.C. § 1746, I, Leslie M. Kelleher, hereby declare under penalty of perjury that the following information is true and correct to the best of my knowledge, information, and belief:

1. I am a member of the law firm Caplin & Drysdale, Chartered ("**Caplin & Drysdale**"). I am a member in good standing of the bars of New York and the District of Columbia. I am admitted to practice in the U.S. Court of Appeals for the Third Circuit, the District of Columbia Court of Appeals, the U.S. District Courts for the Eastern District of New York, Southern District of New York, and the Western District of Pennsylvania, and I am admitted *pro hac vice* this Court and in the Delaware District Court.

2. I make this Declaration in support of the *Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of Claim for Administrative Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases* [D.I. 12926] (the "**Application**"),

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

to explain the financial arrangements between Shirley Fenicle, individually and as successor-in-interest to the estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, individually and as successor-in-interest to the estate of Gino Albini, Denis Bergschneider, and Curtis and Charlotte Liberda (collectively, the "**Certain Asbestos Creditors**") and the law firms that represent them.

3. In the Application, the Certain Asbestos Creditors seek allowance of an administrative claim for compensation for fees for services provided, and expenses incurred, by their attorneys FrankGecker, LLP ("**FrankGecker**"), Hogan McDaniel ("**Hogan McDaniel**"), and Caplin & Drysdale in connection with their representation of the Certain Asbestos Claimants in these bankruptcy cases.

4. In December 2014, Kazan McClain Satterley & Greenwood ("**Kazan McClain**"), counsel for Shirley Fenicle, and Early Lucarelli Sweeney & Meisenkothen ("**Early Lucarelli**"), counsel to Mr. Fahy, retained Hogan McDaniel and FrankGecker to represent Ms. Fenicle and Mr. Fahy in these bankruptcy cases. Subsequently, Kazan McClain, counsel for Curtis Liberda and Charlotte Liberda, retained FrankGecker and Hogan McDaniel to represent Mr. Liberda and Ms. Liberda in connection with these bankruptcy cases.

5. In January 2016, Kazan McClain retained Caplin & Drysdale to represent Ms. Fenicle and Mr. Fahy in these bankruptcy cases.

6. Subsequently, Gori Julian & Associates, P.C. ("**Gori Julian**"), counsel to Mr. Jones, retained Hogan McDaniel to represent Mr. Jones in these bankruptcy cases; the Ruckdeschel Law Firm, counsel to Mr. Heinzmann, retained Hogan McDaniel to represent Mr. Heinzmann in these bankruptcy cases; Early Lucarelli, counsel to Messrs. Bissell, Carlson, and Albini, retained Hogan McDaniel to represent Messrs. Bissell, Carlson, and Albini in these bankruptcy cases; and

Kazan McClain, counsel to Mr. Bergschneider, retained Hogan McDaniel to represent Mr. Bergschneider in these bankruptcy cases.

7.  Kazan McClain, Gori Julian, and Early Lucarelli have paid FrankGecker, Hogan McDaniel, and Caplin & Drysdale for their legal fees and expenses incurred in connection with these cases. Kazan McClain, Gori Julian, and Early Lucarelli do not claim any right to seek reimbursement for those legal fees and expenses from their clients.

The foregoing is true and correct to the best of my knowledge and belief.

EXECUTED on May 31, 2018 in Washington, D.C.

*/s/ Leslie M. Kelleher*
Leslie M. Kelleher
Caplin & Drysdale, Chartered