**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | )  Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | )  Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | )  (Jointly Administered) |
| | ) |

**NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
HEARING ON JUNE 5, 2018 STARTING AT 11:00 A.M. (EDT)[3]**

## I.    RESOLVED MATTERS:

1.    Reorganized EFH Shared Services Debtors' Fiftieth Omnibus (Substantive)
Objection to No Liability and Substantive Duplicate Claims Pursuant to Section
502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and
Local Bankruptcy Rule 3007-1 [D.I. 13081; filed May 4, 2018]

Response/Objection Deadline:        May 18, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:      None.

Related Documents:

i.    Declaration of Ashley Burton in Support of the Reorganized EFH Shared
Services Debtors' Fiftieth Omnibus (Substantive) Objection to No
Liability and Substantive Duplicate Claims Pursuant to Section 502(b) of
the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local
Bankruptcy Rule 3007-1 [D.I. 13082; filed May 4, 2018]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The
location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large
number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete
list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.
A complete list of such information may be obtained on the website of the debtors' claims and noticing
agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

[3] The June 5, 2018 (the "June 5th Hearing") hearing will be held before The Honorable
Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North
Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 11:00 a.m. (EDT). Any
person who wishes to appear telephonically at the June 5th Hearing must contact COURTCALL, LLC at
866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Monday June 4, 2018 to register his/her telephonic
appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005,
Revised April 27, 2009.*

ii.    Declaration of Jodi Ehrenhofer, Senior Director at Alvarez & Marsal, in Support of the Reorganized EFH Shared Services Debtors' Fiftieth Omnibus (Substantive) Objection to No Liability and Substantive Duplicate Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 13083; filed May 4, 2018]

iii.    Notice of Submission of Copies of Proofs of Claim Relating to "Reorganized EFH Shared Services Debtors' Fiftieth Omnibus (Substantive) Objection to No Liability and Substantive Duplicate Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 13114; filed May 16, 2018]

iv.    Certification of No Objection Regarding "Reorganized EFH Shared Services Debtors' Fiftieth Omnibus (Substantive) Objection to No Liability and Substantive Duplicate Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 13081] [D.I. 13127; filed May 21, 2018]

v.    Order Sustaining the Reorganized EFH Shared Services Debtors' Fiftieth Omnibus (Substantive) Objection to No Liability and Substantive Duplicate Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 13130; filed May 22, 2018]

Status: On May 22, 2018, the Court entered an order granting the Reorganized EFH Shared Services Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

2.    Reorganized EFH Shared Services Debtors' Fifty-First Omnibus (Non-Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 13084; filed May 4, 2018]

Response/Objection Deadline:    May 18, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

i.    Declaration of Ashley Burton in Support of the Reorganized EFH Shared Services Debtors' Fifty-First Omnibus (Non-Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 13085; filed May 4, 2018]

    ii.    Certification of No Objection Regarding "Reorganized EFH Shared Services Debtors' Fifty-First Omnibus (Non-Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1" [D.I. 13084] [D.I. 13128; filed May 21, 2018]

    iii.    Order Sustaining the Reorganized EFH Shared Services Debtors' Fifty-First Omnibus (Non-Substantive) Objection to Certain Improperly Asserted Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3001, 3003, and 3007, and Local Bankruptcy Rule 3007-1 [D.I. 13129; filed May 22, 2018]

Status: On May 22, 2018, the Court entered an order granting the Reorganized EFH Shared Services Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

3.    Reorganized EFH Shared Services Debtors' Motion for Entry of Final Decree (A) Closing Their Chapter 11 Cases and (B) Granting Related Relief [D.I. 13086; filed May 4, 2018]

Response/Objection Deadline:    May 18, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

    i.    Certification of No Objection Regarding "Reorganized EFH Shared Services Debtors' Motion for Entry of Final Decree (A) Closing Their Chapter 11 Cases and (B) Granting Related Relief" [D.I. 13086] [D.I. 13131; filed May 22, 2018]

    ii.    Final Decree (A) Closing the EFH Shared Services Debtors' Chapter 11 Cases, and (B) Granting Related Relief [D.I. 13132; filed May 23, 2018]

Status: On May 23, 2018, the Court entered an order granting the Reorganized EFH Shared Services Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

## II.    **CONTESTED MATTERS GOING FORWARD**:

4.    Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of an Administrative Claim for Reimbursement of Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases [D.I. 12926; filed April 9, 2018]

Response/Objection Deadline:    May 14, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.   United States Trustee's Objection to the Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Claim for Reimbursement of Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases (D.I. 12964) [D.I. 13104; filed May 14, 2018]

B.   EFH Plan Administrator Board's Objection to Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Claim for Reimbursement of Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases [D.I. 13105; filed May 14, 2018]

C.   Limited Objection of UMB Bank, N.A., as Indenture Trustee, and Elliott to Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Claim for Reimbursement of Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases [D.I. 13106; filed May 14, 2018]

D.   Fee Committee's Limited Objection to the Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Claim for Reimbursement of Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases [D.I. 13108; filed May 14, 2018]

Related Documents:

i.   Motion of Certain Asbestos Creditors for Order Requiring Reserve for Administrative Expenses Claim [D.I. 12927; filed April 9, 2018]

ii.   Notice Regarding Rescheduled Hearing Date Related to the Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of an Administrative Claim for [sic] Ompensation for Fees for Services Rendered and Reimbursement of Expenses Incurred in Making a Substantial Contribution [D.I. 12938; filed April 12, 2018]

iii.   Notice of Service [D.I. 13065; filed April 30, 2018]

iv.   Notice of Service [D.I. 13099; filed May 11, 2018]

v.   Amended Declaration of Joseph D. Frank in Support of the Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases [D.I. 13122; filed May 21, 2018]

vi.   Reply in Support of Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Claim for

Reimbursement of Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases [D.I. 13160; filed May 31, 2018]

Status: The hearing on this matter will go forward on a contested basis.

5.    Motion of Certain Asbestos Creditors for Order Requiring Reserve for Administrative Expenses Claim [D.I. 12927; filed April 9, 2018]

Response/Objection Deadline:          May 14, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    EFH Plan Administrator Board's Objection to Motion of Certain Asbestos Creditors for Order Requiring Reserve for Administrative Expenses Claim [D.I. 13110; filed May 14, 2018]

Related Documents:

i.     Notice Regarding Rescheduled Hearing Related to the Motion of Certain Asbestos Creditors for Order Requiring Reserve for Administrative Expenses Claim [D.I. 12939; filed April 12, 2018]

ii.    Reply in Support of Motion of Certain Asbestos Creditors for Order Requiring Reserve for Administrative Expenses Claim [D.I. 13161; filed May 31, 2018]

Status: The hearing on this matter will go forward on a contested basis.

6.    Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13102; filed May 13, 2018]

Response/Objection Deadline:          May 29, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    The EFH/EFIH Official Committee's (I) Response to the Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute and (II) Preliminary Objection to the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13146; filed May 29, 2018]

B.    Reservation of Rights of NextEra Energy, Inc. Regarding the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and

5

EFIH Debtors [D.I. 13147; filed May 29, 2018]

C.   EFH Indenture Trustee's (A) Response to Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute and (B) Preliminary Objection with Respect to the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13148; filed May 29, 2018]

D.   Response of the EFH Plan Administrator Board to the "Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors" [D.I. 13150; filed May 29, 2018]

Related Documents:

i.   Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018]

ii.   Preliminary Reply of Deloitte & Touche LLP to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13142; filed May 29, 2018]

iii.   Preliminary Reply of Filsinger Energy Partners to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13143; filed May 29, 2018]

iv.   Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018]

v.   Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]" [D.I. 13145; filed May 29, 2018]

vi.   Notice of Filing of Proposed Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13152; filed May 29, 2018]

vii.   Preliminary Reply of Enoch Kever PLLC to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13153; filed May 29, 2018]

viii.  Preliminary Reply of Thompson & Knight LLP to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13154; filed May 29, 2018]

ix.    Omnibus Reply of UMB Bank, N.A., as Indenture Trustee, and Elliott in Support of their Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13164; filed May 31, 2018]

Status: **This matter will go forward as a status conference only, *provided*, that scheduling issues in connection with this matter will go forward on a contested basis. *See also* D.I. 13113; Agenda Item 7.**

7.    Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute [D.I. 13113; filed May 15, 2018]

Response/Objection Deadline:          May 29, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    The EFH/EFIH Official Committee's (I) Response to the Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute and (II) Preliminary Objection to the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13146; filed May 29, 2018]

B.    EFH Indenture Trustee's (A) Response to Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute and (B) Preliminary Objection with Respect to the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13148; filed May 29, 2018]

C.    Joint Objection of UMB Bank, N.A., as Indenture Trustee, and Elliot to the Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain

Protocols in Connection with the EFH/EFIH Allocation Dispute [D.I. 13149; filed May 29, 2018]

<u>Related Documents</u>:

i.      Notice of Filing of Proposed Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13152; filed May 29, 2018]

ii.     EFH Plan Administrator Board's Reply in Support of the Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute [D.I. 13163; filed May 31, 2018]

<u>Status</u>: The hearing on this matter will go forward on a contested basis.

## III.    <u>UNCONTESTED INTERIM FEE APPLICATIONS</u>:[4]

8.     Interim Fee Applications

<u>Related Documents</u>:

i.      Certification of Counsel Regarding Omnibus Fee Order [D.I. 13158; filed May 31, 2018]

ii.     Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13159; filed May 31, 2018]

<u>Status</u>: On May 31, 2018, the Court entered an order granting the various applicants the relief requested in connection with the interim fee applications listed on **Exhibit A** hereto. Consequently, no hearing with respect to this matter is required.

---

[4]   In accordance with paragraph 7(D) of the *General Chambers Procedures of the United States Bankruptcy Court for the District of Delaware, Dated April 3, 2006*, "[A] representative for each applicant personally familiar with the services rendered and costs incurred that are the subject of the [interim fee application] shall appear in person at the [interim fee hearing] in support of the application. If such person is not local counsel, then arrangements may be made through [CourtCall, LLC] to appear telephonically [at the interim fee hearing]." *See* General Chambers Procedures at ¶ 7(D).

Dated: June 1, 2018
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
          defranceschi@rlf.com
          madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
          stephen.hessler@kirkland.com
          brian.schartz@kirkland.com
          aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
          marc.kieselstein@kirkland.com
          chad.husnick@kirkland.com
          steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board and the*
*Reorganized EFH Shared Services Debtors*

9

**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## INDEX OF INTERIM FEE APPLICATIONS
## <u>TO BE CONSIDERED AT THE JUNE 5, 2018 HEARING</u>

1.  Tenth Interim Fee Application of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from May 1, 2017 Through August 31, 2017 [D.I. 12584; filed February 5, 2018]

    <u>Response/Objection Deadline:</u>      February 27, 2018 at 4:00 p.m. (EST)

    <u>Response/Objection Received:</u>      None.

    <u>Related Documents:</u>

    A.   Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on June 5, 2018 at 11:00 a.m. E.T. [D.I. 13141; filed May 25, 2018]

2.  Eighth Interim Application of SOLIC Capital Advisors, LLC, Financial Advisor for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from May 1, 2017 Through August 31, 2017 [D.I. 12282; filed November 28, 2017]

    <u>Response/Objection Deadline:</u>      December 19, 2017 at 4:00 p.m. (EST)

    <u>Response/Objection Received:</u>      None.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Related Documents:

A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on June 5, 2018 at 11:00 a.m. E.T. [D.I. 13141; filed May 25, 2018]

3.    Seventh Interim Fee Application of Bielli & Klauder, LLC, Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp., for the Period from September 1, 2017 Through and Including December 31, 2017 [D.I. 12720; filed February 23, 2018]

Response/Objection Deadline:    March 16, 2018 at 4:00 p.m. (EDT)

Response/Objection Received:    None.

Related Documents:

A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on June 5, 2018 at 11:00 a.m. E.T. [D.I. 13141; filed May 25, 2018]

4.    Tenth Interim Fee Application of AlixPartners, LLP Seeking Compensation for Services Rendered and Reimbursement of Expenses Incurred as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for the Period from September 1, 2017 Through December 31, 2017 [D.I. 12646; filed February 15, 2018]

Response/Objection Deadline:    March 8, 2018 at 4:00 p.m. (EST)

Response/Objection Received:    None.

Related Documents:

A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on June 5, 2018 at 11:00 a.m. E.T. [D.I. 13141; filed May 25, 2018]

5.    Tenth Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2017 Through December 31, 2017 [D.I. 12647; filed February 15, 2018]

Response/Objection Deadline:    March 8, 2018 at 4:00 p.m. (EST)

Response/Objection Received:    None.

Related Documents:

A.   Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on June 5, 2018 at 11:00 a.m. E.T. [D.I. 13141; filed May 25, 2018]

6.   Tenth Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period from September 1, 2017 Through December 31, 2017 [D.I. 12640; filed February 15, 2018]

Response/Objection Deadline:        March 8, 2018 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.   Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on June 5, 2018 at 11:00 a.m. E.T. [D.I. 13141; filed May 25, 2018]

7.   Tenth Interim Fee Application of Stevens & Lee, P.C., Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period from September 1, 2017 Through December 31, 2017 [D.I. 12823; filed March 14, 2018]

Response/Objection Deadline:        April 4, 2018 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

A.   Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on June 5, 2018 at 11:00 a.m. E.T. [D.I. 13141; filed May 25, 2018]

8.   Tenth Interim Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Interim Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from September 1, 2017 Through and Including December 31, 2017 [D.I. 12641; filed February 15, 2018]

Response/Objection Deadline:        March 8, 2018 at 4:00 p.m. (EST)

Response/Objection Received:        None.

Related Documents:

    A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on June 5, 2018 at 11:00 a.m. E.T. [D.I. 13141; filed May 25, 2018]

9.    Eleventh Interim Fee Application of Alvarez & Marsal North America, LLC, in their Capacity as Restructuring Advisors for the Debtors and Debtors in Possession, for the Period from September 1, 2017 Through and Including December 3, 2017 [D.I. 12643; filed February 15, 2018]

    Response/Objection Deadline:    March 9, 2018 at 4:00 p.m. (EST)

    Response/Objection Received:    None.

    Related Documents:

    A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on June 5, 2018 at 11:00 a.m. E.T. [D.I. 13141; filed May 25, 2018]

10.    Eleventh Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from September 1, 2017 Through and Including December 31, 2017 [D.I. 12635; filed February 14, 2018]

    Response/Objection Deadline:    March 8, 2018 at 4:00 p.m. (EST)

    Response/Objection Received:    None.

    Related Documents:

    A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on June 5, 2018 at 11:00 a.m. E.T. [D.I. 13141; filed May 25, 2018]