## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| *Debtors.* | (Jointly Administered) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     §
                      §     SS:
NEW CASTLE COUNTY     §

Larry Morton, being duly sworn according to law, deposes and says that he is employed by Bayard, P.A., co-counsel for Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and UMB Bank, N.A., as successor Indenture Trustee in the above-captioned cases and that on the 31st day of May, 2018, he caused copies of the following pleading to be served upon the parties listed on Exhibit A via first class mail:

- **Omnibus Reply of UMB Bank, N.A., as Indenture Trustee, and Elliott in Support of Their Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors [D.I. 13164]**

_____
Larry Morton

*SWORN TO AND SUBSCRIBED* before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: June 1, 2018

_____
Notary Public

ERIN E. HENDRY
MY COMMISSION
EXPIRES
Feb. 27, 2021
NOTARY PUBLIC
STATE OF DELAWARE

{BAY:03293258v1}

# Exhibit A

ABRAMS & BAYLISS LLP
(COUNSEL TO GOLDMAN SACHS)
KEVIN G ABRAMS & JOHN M SEAMAN
20 MONTCHANIN RD STE 200
WILMINGTON DE 19807

AKERMAN LLP
(COUNSEL TO SIEMENS)
ATTN: ANDREA S HARTLEY ESQ
98 SE 7TH ST STE 1100
MIAMI FL 33131

ALDINE INDEPENDENT SCHOOL DISTRICT
ATTN: COURTENEY F HARRIS ESQ
14910 ALDINE WESTFIELD RD
HOUSTON TX 77032

AMERICAN STOCK TRANSFER & TRUST CO LLC
ATTN: GENERAL COUNSEL
6201 15TH AVE
BROOKLYN NY 11219

AMERICAN STOCK TRANSFER & TRUST CO LLC
ATTN: PAUL KIM
6201 15TH AVE
BROOKLYN NY 11219

ASHBY & GEDDES PA
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
AD HOC COMMITTEE OF TCEH SECOND LIEN NOTEHOLDERS
ATTN: WILLIAM BOWDEN & GREGORY TAYLOR ESQ
PO BOX 1150
WILMINGTON DE 19899

BAKER BOTTS LLP
(COUNSEL TO CENTERPOINT)
ATTN: JAMES PRINCE; OMAR J ALANIZ
2001 ROSS AVE
DALLAS TX 75201-2980

BALLARD SPAHR LLP
(COUNSEL TO LOUISIANA ENERGY & URENCO)
ATTN: MATTHEW G SUMMERS ESQ
919 N MARKET ST 11TH FL
WILMINGTON DE 19801

BARNES & THORNBURG LLP
(COUNSEL TO GATX CORPORATION)
ATTN: KEVIN G COLLINS ESQ
1000 N WEST ST STE 1500
WILMINGTON DE 19801

BARNES & THORNBURG LLP
(COUNSEL TO GATX CORPORATION)
ATTN: DAVID M POWLEN ESQ
1000 N WEST ST STE 1500
WILMINGTON DE 19801

BARNES & THORNBURG LLP
(COUNSEL TO GATX)
ATTN: KEVIN C DRISCOLL JR ESQ
1 N WACKER DR STE 4400
CHICAGO IL 60606-2833

BAYARD PA
(COUNSEL TO CSC TRUST CO OF DELAWARE, SUCC TTEE
UNDER THE TCEH 11.5% SR SECURED NOTES INDENTURE)
ATTN: NEIL GLASSMAN ESQ
600 N. KING ST., 4TH FLOOR
WILMINGTON DE 19801

BAYARD PA
(COUNSEL TO ELLIOTT)
ATTN: SCOTT D COUSINS, ERIN R FAY, EVAN T MILLER
600 N. KING STREET, 4TH FLOOR
WILMINGTON DE 19801

BENESCH FRIEDLANDER COPLAN & ARONOFF LLP
(COUNSEL TO THERMO FISHER)
ATTN: KEVIN M. CAPUZZI
222 DELAWARE AVE STE 801
WILMINGTON DE 19801-1611

BIELLI & KLAUDER LLC
(COUNSEL TO ENERGY FUTURE HOLDINGS CORP)
ATTN: DAVID M KLAUDER ESQ &
CORY P STEPHENSON ESQ
1204 N KING STREET
WILMINGTON DE 19801

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT)
ATTN: MICHAEL DEBAECKE; STANLEY TARR
1201 MARKET ST STE 800
WILMINGTON DE 19801

BLANK ROME LLP
(COUNSEL TO WILMINGTON TRUST NA-FIRST LIEN AGENT)
ATTN: MICHAEL B SCHAEDLE ESQ
130 N 18TH ST (ONE LOGAN SQUARE)
PHILADELPHIA PA 19103-6998

BRAUNHAGEY & BORDEN LLP
(COUNSEL TO ELLIOTT, LIVERPOOL & PALOMA PARTNERS)
ATTN: J. NOAH HAGEY & KIM BERGER
220 SANSOME STREET, 2ND FLOOR
SAN FRANCISCO CA 94014

BRAUNHAGEY & BORDEN LLP
(COUNSEL TO ELLIOTT, LIVERPOOL & PALOMA PARTNERS)
ATTN: AMY BROWN
7 TIMES SQUARE, 27TH FL
NEW YORK NY 10036-6524

BROWN & CONNERY LLP
(COUNSEL TO SAP INDUSTRIES INC)
ATTN: DONALD K LUDMAN
6 NORTH BROAD ST STE 100
WOODBURY NJ 08096

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: EDWARD WEISFELNER ESQ
7 TIMES SQUARE
NEW YORK NY 10036

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: JEFFREY JONAS, ANDREW STREHLE
ONE FINANCIAL CENTER
BOSTON MA 02111

BROWN RUDNICK LLP
(COUNSEL TO WILMINGTON SAVINGS/WSFS)
ATTN: HOWARD SIEGEL ESQ
185 ASYLUM ST
HARTFORD CT 06103

BROWN RUDNICK LLP
ATTN: JEREMY B. COFFEY
SEVEN TIMES SQUARE
NEW YORK NY 10036

BRYAN CAVE LLP
(COUNSEL TO EFIH SECOND LIEN TRUSTEE)
ATTN: STEPHANIE WICKOUSKI; LAITH J HAMDAN
1290 6TH AVE #33
NEW YORK NY 10104-3300

BRYAN CAVE LLP
ATTN: ROBERT E PEDERSEN ESQ
1290 6TH AVE #33
NEW YORK NY 10104-3300

BUCHALTER NEMER, A PROFESSIONAL LAW CORP
(COUNSEL TO ORACLE)
ATTN: SHAWN M CHRISTIANSON ESQ
55 SECOND ST STE 1700
SAN FRANCISCO CA 94105-3493

BUCHANAN INGERSOLL & ROONEY PC
(COUNSEL TO CATERPILLAR FINANCIAL SERVICES CORP)
ATTN: KATHLEEN A. MURPHY
919 N MARKET ST STE 1500
WILMINGTON DE 19801

CADWALADER WICKERSHAM & TAFT LLP
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC)
ATTN: HOWARD HAWKINS JR; ELLEN M HALSTEADMICHELE
MAMAN & THOMAS J CURTIN ESQ
S.200 LIBERTY
NEW YORK NY 10281

CADWALADER WICKERSHAM & TAFT LLP
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO DEF. MORGAN STANLEY, FPL, INDIAN MESA)
ATTN: MARK C ELLENBERG ESQ
700 6TH STREET, N.W.
WASHINGTON DC 20001

CAPLIN & DRYSDALE, CHARTERED
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO FENICLE, FAHY, AND JONES; HEINZMANN)
ATTN: LESLIE M KELLEHER ESQ & JEANNA KOSKI ESQ
ONE THOMAS CIRCLE, NW, STE 1100
WASHINGTON DC 20005-5802

CHIPMAN BROWN CICERO & COLE LLP
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE)
ATTN: WILLIAM E CHIPMAN JR, MARK D OLIVEREHERCULES PLAZA
1313 N MARKET ST STE 5400
WILMINGTON DE 19801

CIARDI CIARDI & ASTIN
(COUNSEL TO TXU 2007-1 RAILCAR, RED BALL)
ATTN: D ASTIN, J MCLAUGHLIN JR, J MCMAHON JR
1204 N KING STREET
WILMINGTON DE 19801

CITIBANK N.A.
ATTN: OWEN COYLE
1615 BRETT ROAD, OPS III
NEW CASTLE DE 19720

CITIBANK N.A.
ATTN: ZORI MIGLIORINI
388 GREENWICH ST 21ST FL
NEW YORK NY 10013

CITIBANK N.A.
ATTN: ERIC O LIGAN, VICE PRESIDENT
388 GREENWICH ST 32ND FL
NEW YORK NY 10013

CITIBANK N.A.
BANK LOAN SYNDICATIONS DEPARTMENT
1615 BRETT ROAD, BUILDING III
NEW CASTLE DE 19720

CITIBANK N.A.
ATTN: RYAN FALCONER
388 GREENWICH STREET
NEW YORK NY 10013

CITY OF FORT WORTH
ATTN: CHRISTOPHER B. MOSLEY
1000 THROCKMORTON ST
FORT WORTH TX 76102

CLEARY GOTTLIEB STEEN & HAMILTON LLP
(COUNSEL TO J ARON & COMPANY)
ATTN: THOMAS MOLONEY; SEAN O'NEAL; HUMAYUN KHALID
ONE LIBERTY PLAZA
NEW YORK NY 10006

COHEN & GRIGSBY, PC

(COUNSEL TO NOVA CHEMICALS INC)

ATTN: THOMAS D. MAXSON

625 LIBERTY AVE

PITTSBURGH PA 15222-3152

COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX

OFFICE OF THE TEXAS ATTORNEY GENERAL

BANKRUPTCY & COLLECTIONS DIVISION

ATTN: RACHEL OBALDO & JOHN MARK STERN

PO BOX 12548

AUSTIN TX 78711-2548

COMPUTERSHARE TRUST COMPANY NA

ATTN: MICHAEL A SMITH VP

2950 EXPRESS DRIVE S STE 210

ISLANDIA NY 11749

COMPUTERSHARE TRUST COMPANY OF CANADA

ATTN: ALESSANDRA PANSERA

1500, ROBERT-BOURASSA BLVD., 7TH FLOOR

MONTREAL QC H3A 3S8

CANADA

COWLES & THOMPSON

(COUNSEL TO ATMOS ENERGY CORPORATION)

ATTN: STEPHEN C STAPLETON

BANK OF AMERICA PLAZA

901 MAIN ST STE 3900

DALLAS TX 75202

COZEN O'CONNOR

(COUNSEL TO J ARON & COMPANY)

ATTN: MARK E. FELGER

1201 N MARKET ST STE 1001

WILMINGTON DE 19801

CRAVATH SWAINE & MOORE LLP

*** CONSENTED TO ELECTRONIC SERVICE ***

(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING

COMPANY LLC/EFIH)ATTN: MICHAEL A PASKIN ESQ

WORLDWIDE PLAZA

825 EIGHTH AVE

NEW YORK NY 10019-7475

DAVIS POLK & WARDWELL LLP

(COUNSEL TO GOLDMAN SACHS ET AL)

ATTN: MARSHALL HUEBNER; BENJAMIN KAMINETZKY;

ELLIOT MOSKOWITZ; DAMON MEYER

450 LEXINGTON AVE

NEW YORK NY 10017

DECHERT LLP

(COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP)

ATTN: MICHAEL J SAGE & ANDREW C HARMEYER

1095 AVENUE OF THE AMERICAS

NEW YORK NY 10036-6797

DECHERT LLP

(COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP)

ATTN: G. ERIC BRUNSTAD JR

90 STATE HOUSE SQUARE

HARTFORD CT 06103-3702

DEUTSCHE BANK
ATTN: MARCUS M TARKINGTON
60 WALL STREET (NYCC60-0266)
NEW YORK NY 10005-2836

DLA PIPER LLP (US)
(COUNSEL TO DEF. MORGAN STANLEY CAPITAL GRP INC)
ATTN: ASHLEY R. ALTSCHULER; R.CRAIG MARTIN
1201 N MARKET ST STE 2100
WILMINGTON DE 19801

DORSEY & WHITNEY DELAWARE LLP
(COUNSEL TO U.S. BANK NATIONAL ASSOCIATION)
ATTN: ERIC LOPEZ SCHNABEL, ROBERT W. MALLARD &
ALESSANDRA GLORIOSO
300 DELAWARE AVE STE 1010
WILMINGTON DE 19801

DRINKER BIDDLE & REATH LLP
(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)
ATTN: ROBERT K. MALONE
222 DELAWARE AVE STE 1410
WILMINGTON DE 19801-1621

DYKEMA GOSSETT PLLC
(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE)
ATTN: JEFFREY R FINE ESQ
1717 MAIN ST STE 4200
DALLAS TX 75201

EMC CORPORATION
C/O RECEIVABLE MANAGEMENT SERVICES (RMS)
ATTN: RONALD L ROWLAND ESQ, AGENT
305 FELLOWSHIP RD STE 100
MOUNT LAUREL NJ 08054-1232

ENERGY FUTURE HOLDINGS CORP ET AL
ATTN: ANDREW M WRIGHT
1601 BRYAN ST 43RD FL
DALLAS TX 75201

EVERSHEDS SUTHERLAND (US) LLP
(COUNSEL TO TITUS COUNTY FRESH WATER SUPPLY NO 1)
ATTN: LINO MENDIOLA III
ONE AMERICAN CENTER
600 CONGRESS AVE STE 2000
AUSTIN TX 78701

FOLEY & LARDNER LLP
(COUNSEL TO UMB BANK, INDENTURE TRUSTEE)
ATTN: HAROLD KAPLAN ESQ, MARK HEBBELN ESQ
LARS PETERSON ESQ
321 N CLARK ST STE 2800
CHICAGO IL 60654-5313

FOX ROTHSCHILD LLP
(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS)
ATTN: JEFFREY SCHLERF; L. JOHN BIRD
919 N MARKET ST STE 300
WILMINGTON DE 19801

FOX ROTHSCHILD LLP
(COUNSEL TO SEMPRA)
ATTN: JEFFREY M SCHLERF & CARL NEFF
919 N MARKET ST STE 300
WILMINGTON DE 19801

FRANKGECKER LLP
(COUNSEL TO EXPERIAN; THE PI LAW FIRMS/ASBESTOS)
ATTN: JOSEPH D FRANK ESQ AND REED HEILIGMAN ESQ
325 N LASALLE ST STE 625
CHICAGO IL 60654

FRANKGECKER LLP
(COUNSEL TO THE PI LAW FIRMS/ASBESTOS CLAIMANTS)
ATTN: FRANCES GECKER ESQ
325 N LASALLE ST STE 625
CHICAGO IL 60654

FRESHFIELDS BRUCKHAUS DERINGER US LLP
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP)
ATTN: SCOTT TALMADGE, ABBEY WALSH
601 LEXINGTON AVE 31ST FL
NEW YORK NY 10022

FRIED FRANK HARRIS SHRIVER & JACOBSON LLP
(COUNSEL TO FIDELITY MANGEMENT & RESEARCH CO)
ATTN: BRAD E SCHELER ESQ, GARY L KAPLAN ESQ
MATTHEW M ROOSE ESQ
1 NEW YORK PLAZA1 FDR DRIVE
NEW YORK NY 10004

FRIEDLANDER & GORRIS P.A.
(COUNSEL TO ELLIOT, LIVERPOOL & PALOMA PARTNERS)
ATTN: JEFFREY GORRIS & CHRISTOPHER QUINN
1201 N. MARKET ST., SUITE 2200
WILMINGTON DE 19801

GARDERE WYNNE SEWELL LLP
(COUNSEL TO ROMCO EQUIPMENT CO)
ATTN: JOHN P. MELKO & MICHAEL K. RIORDAN
1000 LOUISIANA, STE 3400
HOUSTON TX 77002

GAY MCCALL ISAACKS GORDON & ROBERTS PC
(COUNSEL TO GARLAND INDEPENDENT SCHOOL DISTRICT &
CITY OF GARLAND)
ATTN: DUSTIN L BANKS ESQ
1919 S SHILOH RD STE 310 LB 40
GARLAND TX 75042

GAY MCCALL ISAACKS GORDON & ROBERTS PC
(COUNSEL TO COLLIN COUNTY)
ATTN: DAVID MCCALL ESQ
777 E 15TH ST
PLANO TX 75074

GELLERT SCALI BUSENKELL & BROWN LLC
(COUNSEL TO AURELIUS & SUNRISE PARTNERS LTD PART.)
ATTN: MICHAEL G. BUSENKELL
1201 N ORANGE ST STE 300
WILMINGTON DE 19801

GELLERT SCALI BUSENKELL & BROWN, LLC

*** CONSENTED TO ELECTRONIC SERVICE ***

(COUNSEL TO SUNRISE PARTNERS LIMITED PARTNERSHIP)

ATTN: EVAN W RASSMAN
1201 N ORANGE ST STE 300

WILMINGTON DE 19801


GIBSON DUNN & CRUTCHER LLP

*** CONSENTED TO ELECTRONIC SERVICE ***

(COUNSEL TO BERKSHIRE HATHAWAY ENERGY / BHE)

ATTN: JEFFREY KRAUSE, MICHAEL NEUMEISTER, DANIEL DENNY
333 S GRAND AVE

LOS ANGELES CA 90071-3197


GILLESPIE SANFORD LLP

*** CONSENTED TO ELECTRONIC SERVICE ***

ATTN: HAL K GILLESPIE(COUNSEL TO IBEW LOCAL 2337 - MEMBER CHRIS MORRIS)
4925 GREENVILLE AVE, SUITE 200

DALLAS TX 75206


GLAST PHILLIPS & MURRAY PC

(COUNSEL TO RED BALL OXYGEN COMPANY)

ATTN: JONATHAN L HOWELL PLLC

14801 QUORUM DR STE 500

DALLAS TX 75254


GOODWIN PROCTER LLP

(COUNSEL TO AURELIUS CAPITAL)

ATTN: WILLIAM WEINTRAUB

THE NEW YORK TIMES BUILDING
620 EIGHTH AVENUE

NEW YORK NY 10018


GORI JULIAN & ASSOCIATES PC

*** CONSENTED TO ELECTRONIC SERVICE ***

(COUNSEL TO JOHN H JONES)

ATTN: BARRY JULIAN ESQ AND BETH GORI ESQ
156 N MAIN ST

EDWARDSVILLE IL 62025


GREER HERZ & ADAMS LLP

(COUNSEL TO SOMERVELL CAD)

ATTN: ANDREW J MYTELKA ESQ, MICHAEL ADAMS ESQ
J SCOTT ANDREWS ESQ, JAMES M ROQUEMORE ESQ
1 MOODY PLAZA 18TH FL

GALVESTON TX 77550


GREGORY D WILLARD ESQ

*** CONSENTED TO ELECTRONIC SERVICE ***

(COUNSEL TO AUTOMATIC SYSTEMS INC)

7339 WESTMORELAND DRIVE

SAINT LOUIS MO 63130-4241


HAYNES AND BOONE LLP

(COUNSEL TO AIRGAS USA LLC)

ATTN: TREVOR HOFFMANN ESQ

30 ROCKEFELLER CTR 26TH FL

NEW YORK NY 10112


HAYNES AND BOONE LLP

(COUNSEL TO AIRGAS USA LLC)

ATTN: PATRICK L HUGHES

1221 MCKINNEY ST STE 2100

HOUSTON TX 77010

HAYNES AND BOONE LLP

(COUNSEL TO BNSF RAILWAY COMPANY)

ATTN: IAN T PECK ESQ

2323 VICTORY AVE STE 700

DALLAS TX 75219

HINCKLEY ALLEN

(COUNSEL TO INVENSYS SYSTEMS INC)

ATTN: JENNIFER V. DORAN

28 STATE ST

BOSTON MA 02109

HOGAN MCDANIEL

*** CONSENTED TO ELECTRONIC SERVICE ***

(COUNSEL TO THE RICHARDS GROUP; PI LAW
FIRMS/ASBESTOS CLAIMANTS; JOHN H JONES)ATTN: DANIEL
K HOGAN ESQ AND GARVIN F MCDANIEL ESQ
1311 DELAWARE AVE

WILMINGTON DE 19806

HOGAN MCDANIEL

(COUNSEL TO AD HOC GROUP OF EFH LEGACY
NOTEHOLDER)

ATTN: GARVAN F MCDANIEL ESQ

1311 DELAWARE AVE

WILMINGTON DE 19806

HOGAN MCDANIEL

*** CONSENTED TO ELECTRONIC SERVICE ***

(COUNSEL TO DAVID HEINZMANN)

ATTN: DANIEL K HOGAN ESQ
1311 DELAWARE AVE

WILMINGTON DE 19806

HOLLAND & KNIGHT LLP

(COUNSEL TO TEX-LA ELECTRIC COOPERATIVE OF TEXAS)

ATTN: PHILIP EVANS ESQ

800 17TH ST NW STE 1100

WASHINGTON DC 20006

INTERNAL REVENUE SERVICE

PO BOX 7346

PHILADELPHIA PA 19101-7346

INTERNAL REVENUE SERVICE

DEPARTMENT OF THE TREASURY

OGDEN UT 84201

JACKSON WALKER LLP

(COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT)

ATTN: J. SCOTT ROSE

WESTON CENTRE
112 E PECAN ST STE 2400

SAN ANTONIO TX 78205

JACKSON WALKER LLP

(COUNSEL TO MILAM APPRAISAL DISTRICT)

ATTN: BRUCE J RUZINSKY ESQ &

MATTHEW D CAVENAUGH ESQ
1401 MCKINNEY ST STE 1900

HOUSTON TX 77010

JENNER & BLOCK

*** CONSENTED TO ELECTRONIC SERVICE ***

(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING CO/

EFIH)ATTN: RICHARD LEVIN, ESQ.
919 THIRD AVENUE

NEW YORK NY 10022-3908

JENNER & BLOCK

*** CONSENTED TO ELECTRONIC SERVICE ***

(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING CO/

EFIH)ATTN: VINCENT E LAZAR ESQ
353 N CLARK ST

CHICAGO IL 60654

KASOWITZ BENSON TORRES LLP

(COUNSEL TO AD HOC GROUP OF EFH LEGACY NOTEHOLDER)

ATTN: DAVID ROSNER, ANDREW GLENN, DANIEL FLIMAN
1633 BROADWAY

NEW YORK NY 10019

KELLEY DRYE & WARREN LLP

(COUNSEL TO CSC TRUST OF DE)

ATTN: JAMES CARR, BENJAMINN FEDER & BERT SAYDAH

101 PARK AVENUE

NEW YORK NY 10178

KELLY HART & HALLMAN LLP

(COUNSEL TO ONCOR STEERING COMMITTEE)

ATTN: MICHAEL MCCONNELL ESQ & CLAY TAYLOR ESQ

KATHERINE THOMAS ESQ
201 MAIN ST STE 2500

FORT WORTH TX 76102

KIRKLAND & ELLIS LLP

(COUNSEL TO EFHC DEBTORS)

ATTN: EDWARD SASSOWER PC, STEPHEN HESSLER ESQ

BRIAN E SCHARTZ ESQ
601 LEXINGTON AVE

NEW YORK NY 10022

KIRKLAND & ELLIS LLP

(COUNSEL TO EFHC DEBTORS)

ATTN: JAMES H.M. SPRAYREGEN PC

CHAD HUSNICK ESQ & STEVEN SERAJEDDINI ESQ
300 N LASALLE

CHICAGO IL 60654

KLEHR HARRISON HARVEY BRANZBURG LLP

(COUNSEL TO UMB BANK N.A. INDENTURE TRUSTEE)

ATTN: RAYMOND H LEMISCH ESQ

919 MARKET ST STE 1000

WILMINGTON DE 19801

KRAMER LEVIN NAFTALIS & FRANKEL LLP

(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR)

ATTN: THOMAS MOERS MAYER, GREGORY A HOROWITZ

JOSHUA K BRODY; PHILIP BENTLEY
1177 AVENUE OF THE AMERICAS

NEW YORK NY 10036

LACKEY HERSHMAN LLP

(COUNSEL TO THE RICHARDS GROUP INC)

ATTN: JAMIE R WELTON ESQ

3102 OAK LAWN AVE STE 777

DALLAS TX 75219

LANDIS RATH & COBB LLP
(COUNSEL TO MARATHON MGMT, ALCOA AND
NEXTERA ENERGY RESOURCES)
ATTN: ADAM G LANDIS ESQ, MATTHEW B MCGUIRE ESQ
919 MARKET ST STE 1800
WILMINGTON DE 19801

LAW DEBENTURE TRUST COMPANY OF NEW YORK
ATTN: FRANK GODINO, VP
801 2ND AVE RM 403
NEW YORK NY 10017-8664

LAW OFFICE OF PATRICIA WILLIAMS PREWITT
(COUNSEL TO TARGA GAS; KINDER MORGAN; NAT GAS
PIPELINE OF AMERICA; EL PASO NAT GAS)
ATTN: PATRICIA WILLIAMS PREWITT
10953 VISTA LAKE CT
NAVASOTA TX 77868

LAW OFFICES OF ROBERT E LUNA PC
(COUNSEL TO CARROLLTON-FARMERS BRANCH ISD)
ATTN: ROBERT E LUNA ESQ
4411 N CENTRAL EXPY PMB 271
DALLAS TX 75205-3017

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO TARRANT & DALLAS COUNTY)
ATTN: ELIZABETH WELLER ESQ
2777 N STEMMONS FWY STE 1000
DALLAS TX 75207

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO HARRIS, ANGELINA & FORT BEND COUNTIES)
ATTN: JOHN P DILLMAN ESQ
4828 LOOP CENTRAL DR, STE 600
HOUSTON TX 77081

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO WALNUT SPRINGS ISD, FRANKLIN ISD,
ROBERTSON CTY, LEE CTY, MCLENNAN CTY, FALLS CTY,
ROUND ROCK ISD, NEUCES CTY, LIMESTONE CTY)
ATTN: DIANE WADE SANDERS
2700 VIA FORTUNA DR STE 500
AUSTIN TX 78746

LLOYD GOSSELINK ROCHELLE & TOWNSEND PC
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: GEOFFREY GAY ESQ
816 CONGRESS AVE STE 1900
AUSTIN TX 78701

LOCKE LORD LLP
(COUNSEL TO BP AMERICA PRODUCTION CO)
ATTN: C. DAVIN BOLDISSAR ESQ
601 POYDRAS ST STE 2660
NEW ORLEANS LA 70130

LOCKE LORD LLP
(COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT)
ATTN: PHILIP EISENBERG ESQ
2800 JP MORGAN CHASE TOWER
600 TRAVIS
HOUSTON TX 77002

MANION GAYNOR & MANNING LLP
(COUNSEL TO ONCOR STEERING COMMITTEE)
ATTN: MARC PHILLIPS ESQ
THE NEMOURS BUILDING
1007 N ORANGE ST 10TH FL
WILMINGTON DE 19801

MARGOLIS EDELSTEIN
(COUNSEL TO URS ENERGY & CONSTRUCTION INC)
ATTN: JAMES E HUGGETT & AMY D BROWN
300 DELAWARE AVE STE 800
WILMINGTON DE 19801

MASLON EDELMAN BORMAN & BRAND LLP
(COUNSEL TO US BANK NATIONAL ASSOCIATION)
ATTN: CLARK T WHITMORE, ANA CHILINGARISHVILI
90 S 7TH ST STE 3300
MINNEAPOLIS MN 55402-4140

MCCREARY VESELKA BRAGG & ALLEN PC
(COUNSEL TO TEXAS AD VALOREM TAXING JURISDICTIONS)
ATTN: LEE GORDON
700 JEFFREY WAY STE 100
ROUND ROCK TX 78665

MCELROY DEUTSCH MULVANEY & CARPENTER LLP
(COUNSEL TO TCEH DEBTORS)
ATTN: DAVID P PRIMACK ESQ
300 DELAWARE AVE STE 770
WILMINGTON DE 19801

MCKOOL SMITH
(COUNSEL TO ALCOA)
ATTN: PAUL D MOAK ESQ
600 TRAVIS ST STE 7000
HOUSTON TX 77002

MICHAEL G. SMITH
(COUNSEL TO VALERO TEXAS POWER MARKETING INC)
9857 N 2210 RD
ARAPAHO OK 73620-2123

MILBANK TWEED HADLEY & MCCLOY LLP
(COUNSEL TO CITIBANK NA, TCEH DIP AGENT)
ATTN: DENNIS F DUNNE ESQ, EVAN R FLECK ESQ
28 LIBERTY ST
NEW YORK NY 10005-1413

MISSOURI DEPARTMENT OF REVENUE
BANKRUPTCY UNIT
ATTN: STEVEN A. GINTHER
PO BOX 475
JEFFERSON CITY MO 65105-0475

MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
(COUNSEL TO EFH CREDITORS COMMITTEE)
ATTN: NATALIE RAMSEY, DAVIS LEE WRIGHT, MARK FINK
SIDNEY LIEBESMAN
1105 N MARKET ST 15TH FL
WILMINGTON DE 19801

MORGAN LEWIS & BOCKIUS LLP
(COUNSEL TO PIMCO)
ATTN: JULIA FROST-DAVIES ESQ, C. CARTER ESQ
ONE FEDERAL ST
BOSTON MA 02110-1726

MORRIS JAMES LLP
(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)
ATTN: STEPHEN M MILLER ESQ
PO BOX 2306
WILMINGTON DE 19899-2306

MORRIS NICHOLS ARSHT & TUNNELL LLP
(COUNSEL TO THE 'EFH EQUITY INTEREST HOLDERS')
ATTN: ANDREW REMMING1201 N MARKET ST STE 1600
WILMINGTON DE 19801

MORRISON & FOERSTER LLP
(COUNSEL TO TCEH CREDITORS COMMITTEE)
ATTN: JAMES PECK ESQ, BRETT H MILLER ESQ
LORENZO MARINUZZI ESQ250 W 55TH ST
NEW YORK NY 10019

MUNGER TOLLES & OLSON LLP
(COUNSEL TO TCEH DEBTORS)
ATTN: THOMAS B WALPER ESQ, TODD J ROSEN ESQ;
SETH GOLDMAN ESQ; JOHN W SPIEGEL ESQ
350 S GRAND AVE 50TH FL
LOS ANGELES CA 90071

MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/
ERCOT)
ATTN: KEVIN M LIPPMAN ESQ
500 N AKARD ST STE 3800
DALLAS TX 75201-6659

NAMAN HOWELL SMITH & LEE PLLC
(COUNSEL TO BUFFALO INDUSTRIAL SUPPLY INC)
ATTN: KERRY L HALIBURTON ESQ
PO BOX 1470
WACO TX 76703-1470

NELSON MULLINS RILEY & SCARBOROUGH LLP
(COUNSEL TO MICHELIN NORTH AMERICA INC)
ATTN: JODY A. BEDENBAUGH AND GEORGE B. CAUTHEN
1320 MAIN ST 17TH FL
PO BOX 11070 (29211)
COLUMBIA SC 29201

NIXON PEABODY
(COUNSEL TO AMERICAN STOCK TRANSFER & TRUST CO)
ATTN: RICHARD C PEDONE ESQ; AMANDA D DARWIN ESQ
100 SUMMER ST
BOSTON MA 02110

NORTON ROSE FULBRIGHT
(COUNSEL TO NEXTERA ENERGY RESOURCES LLC)
ATTN: HOWARD SEIFE, DAVID M LEMAY AND
CHRISTY RIVERA ESQS
1301 AVENUE OF THE AMERICAS
NEW YORK NY 10019-6022

O'KELLY & ERNST LLC

(COUNSEL TO FIDELITY)

ATTN: MICHAEL J JOYCE ESQ

901 N MARKET ST 10TH FL

WILMINGTON DE 19801

O'MELVENY & MYERS LLP

(COUNSEL TO APOLLO GLOBAL MANAGEMENT LLC)

ATTN: GEORGE A. DAVIS

7 TIMES SQUARE

NEW YORK NY 10036

O'MELVENY & MYERS LLP

(COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD)

ATTN: PETER FRIEDMAN ESQ AND ANDREW SORKIN ESQ

1625 EYE ST, NW

WASHINGTON DC 20006

O'MELVENY & MYERS LLP

(COUNSEL TO ANGELO GORDON, APOLLO, AND BROOKFIELD)

ATTN: DANIEL S SHAMAH ESQ

7 TIMES SQUARE

NEW YORK NY 10036

OFFICE OF THE TEXAS ATTORNEY GENERAL

(COUNSEL TO PUBLIC UTILITY COMMISSION OF TEXAS)

ATTN: HAL MORRIS & ASHLEY BARTRAM, BANKRUPTCY

PO BOX 12548

AUSTIN TX 78711-2548

OFFICE OF THE TEXAS ATTORNEY GENERAL

(COUNSEL TO TEXAS COMMISSION ON ENVIRONMENTAL QUALITY & RAILROAD COMMISSION)

ATTN: HAL F MORRIS & ASHLEY BARTRAM, BANKRUPTCY

PO BOX 12548

AUSTIN TX 78711-2548

OFFICE OF THE UNITED STATES ATTORNEY

ATTN: DAVID C WEISS

PO BOX 2046

WILMINGTON DE 19899-2046

OFFICE OF THE UNITED STATES TRUSTEE

ATTN: RICHARD L. SCHEPACARTER

J. CALEB BOGGS FEDERAL BUILDING

844 KING STREET, SUITE 2207 - LOCKBOX #35

WILMINGTON DE 19801

OFFICE OF THE UNITED STATES TRUSTEE

U.S. FEDERAL OFFICE BUILDING

ATTN: ANDREA SCHWARTZ

201 VARICK ST STE 1006

NEW YORK NY 10014

ONCOR

*** CONSENTED TO ELECTRONIC SERVICE ***

C/O PAT VILLAREAL LAW

ATTN: PATRICIA VILLAREAL

PACHULSKI STANG ZIEHL & JONES LLP

(COUNSEL TO INDENTURE TRUSTEE OF 11% & 11.75% SR

COMPUTERSHARE TRUST CO)

ATTN: LAURA DAVIS JONES; ROBERT FEINSTEIN
PO BOX 8705

WILMINGTON DE 19899


PATTERSON BELKNAP WEBB & TYLER LLP

(COUNSEL TO LAW DEBENTURE TRUST COMPANY OF NY)

ATTN: DANIEL A LOWENTHAL ESQ; CRAIG W DENT ESQ

BRIAN P GUINEY ESQ
1133 AVENUE OF THE AMERICAS

NEW YORK NY 10036-6710


PAUL WEISS RIFKIND WHARTON & GARRISON LLP

(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)

ATTN: ALAN KORNBERG; KELLEY CORNISH; BRIAN HERMANN
JACOB ADLERSTEIN
1285 AVENUE OF THE AMERICAS

NEW YORK NY 10019


PENSION BENEFIT GUARANTY CORPORATION (PBGC)

OFFICE OF THE CHIEF COUNSEL

ATTN: DESIREE M AMADOR, ATTY

1200 K STREET, NW

WASHINGTON DC 20005-4026


PENSION BENEFIT GUARANTY CORPORATION (PBGC)

ATTN: JON CHATALIAN

OFFICE OF THE CHIEF COUNSEL

1200 K STREET, NW

WASHINGTON DC 20005-4026


PERDUE BRANDON FIELDER COLLINS & MOTT LLP

(COUNSEL TO SOMERVELL COUNTY ET AL)

ATTN: ELIZABETH BANDA CALVO ESQ

500 E BORDER ST STE 640

ARLINGTON TX 76010


PERDUE BRANDON FIELDER COLLINS & MOTT LLP

(COUNSEL TO GALENA PARK ISD)

ATTN: OWEN M SONIK ESQ

1235 N LOOP WEST STE 600

HOUSTON TX 77008


PERDUE BRANDON FIELDER COLLINS & MOTT LLP

(COUNSEL TO YOUNG CTY, GRAHAM ISD, GRAHAM

HOSPITAL DISTRICT & NORTH CENTRAL TEXAS

COLLEGE DISTRICT) ATTN: JEANMARIE BAER
PO BOX 8188

WICHITA FALLS TX 76307


PERDUE BRANDON FIELDER COLLINS & MOTT LLP

(COUNSEL TO ISD: CAMERON, THORNDALE, BUCKHOLTS,

COPPERAS COVE, MCALLEN; HIDALGO COUNTY ET AL)

ATTN: JOHN T BANKS ESQ
3301 NORTHLAND DR STE 505

AUSTIN TX 78731


PERKINS COIE LLP

*** CONSENTED TO ELECTRONIC SERVICE ***

(COUNSEL TO DELAWARE TRUST COMPANY, AS SUCC TTEE

UNDER TCEH 11.5% SENIOR SECURED NOTES
INDENTURE)ATTN: TINA N MOSS ESQ
30 ROCKEFELLER PLAZA 22ND FL

NEW YORK NY 10112-0015

PINCKNEY WEIDINGER URBAN & JOYCE LLC

*** CONSENTED TO ELECTRONIC SERVICE ***

(COUNSEL TO AUTOMATIC SYSTEMS INC)

ATTN: GREGORY T. DONILON, ESQ.
3711 KENNETT PIKE, SUITE 210

GREENVILLE DE 19807


POLSINELLI PC

(COUNSEL TO TCEH CREDITORS COMMITTEE)

ATTN: CHRISTOPHER WARD ESQ, JUSTIN EDELSON ESQ

SHANTI KATONA ESQ
222 DELAWARE AVE STE 1101

WILMINGTON DE 19801


POPE HARDWICKE CHRISTIE SCHELL KELLY & RAY LLP

(COUNSEL TO TARRANT REGIONAL WATER DISTRICT &

NORTH TEXAS MUNICIPAL WATER DISTRICT)ATTN:
MICHAEL L. ATCHLEY; MATTHEW T. TAPLETT
500 W 7TH ST STE 600

FORT WORTH TX 76102


POTTER ANDERSON & CORROON LLP

*** CONSENTED TO ELECTRONIC SERVICE ***

(COUNSEL TO CITIBANK)

ATTN: JEREMY W RYAN, R. STEPHEN MCNEILL
1313 N MARKET ST 6TH FL
PO BOX 951

WILMINGTON DE 19801


PROSKAUER ROSE LLP

(OF COUNSEL TO ENERGY FUTURE HOLDINGS CORP)

ATTN: JEFF J MARWIL, MARK K THOMAS, PETER J YOUNG

70 W MADISON ST #3800

CHICAGO IL 60602


PURDUE AWSUMB & BAUDLER PA

(COUNSEL TO BARR ENGINEERING CO)

ATTN: AMY R BAUDLER

4300 MARKETPOINTE DRIVE, STE 240

MINNEAPOLIS MN 55435


QUARLES & BRADY LLP

(COUNSEL TO TXU 2007-1 RAILCAR LEASING LLC)

ATTN: JOHN A HARRIS

RENAISSANCE ONE
TWO N CENTRAL AVE

PHOENIX AZ 85004-2391


REED SMITH LLP

(COUNSEL TO THE BANK OF NEW YORK MELLON AND THE

BANK OF NEW YORK MELLON TRUST COMPANY NA AS

INDENTURE TRUSTEES)ATTN: KURT F GWYNNE ESQ
1201 MARKET ST STE 1500

WILMINGTON DE 19801


REED SMITH LLP

(COUNSEL TO THE BONY MELLON SOLELY IN ITS CAPACITY

AS TTEE UNDER ENUMERATED TRUST INDENTURE
TRUSTEES)

ATTN: ROBERT P SIMONS ESQ
REED SMITH CENTRE
225 5TH AVE

PITTSBURGH PA 15222


RICHARDS LAYTON & FINGER

(CO-COUNSEL TO EFHC DEBTORS)

ATTN: MARK D COLLINS ESQ

DANIEL J DEFRANCESCHI ESQ, JASON M MADRON ESQ
920 N KING ST

WILMINGTON DE 19801

RIDDELL WILLIAMS P.S.
(COUNSEL TO MICROSOFT)
ATTN: JOSEPH E SHICKICH JR
1001 - 4TH AVE STE 4500
SEATTLE WA 98154

ROPES & GRAY LLP
ATTN: MARK R SOMERSTEIN
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704

ROPES & GRAY LLP
(COUNSEL TO ELLIOTT)
ATTN: KEITH WOFFORD, GREGG GALARDI,
D ROSS MARTIN
1211 AVENUE OF THE AMERICAS
NEW YORK NY 10036-8704

ROSS ARONSTAM & MORITZ LLP
(COUNSEL TO ANGELO GORDON, APOLLO, AND
BROOKFIELD)
ATTN: BRADLEY ARONSTAM, BENJAMIN SCHLADWEILER
ESQS
100 S WEST ST STE 400
WILMINGTON DE 19801

SATTERLEE STEPHENS BURKE & BURKE LLP
(COUNSEL TO MOODY'S ANALYTICS)
ATTN: CHRISTOPHER R BELMONTE ESQ AND
PAMELA A BOSSWICK ESQ
230 PARK AVE
NEW YORK NY 10169

SAUL EWING LLP
(COUNSEL TO ELECTRIC RELIABILITY COUNCIL OF TEXAS/
ERCOT)
ATTN: MARK MINUTI ESQ
1201 N MARKET ST 23RD FL
WILMINGTON DE 19801

SAUL EWING LLP
(COUNSEL TO JOHNSON MATTHEY)
ATTN: LUCIAN B MURLEY ESQ
1201 N MARKET ST 23RD FL
WILMINGTON DE 19801

SCHNADER HARRISON SEGAL & LEWIS LLP
(COUNSEL TO CCP CREDIT ACQUISITION/CENTERBRIDGE)
ATTN: RICHARD A BARKASY ESQ
824 N MARKET ST STE 800
WILMINGTON DE 19801

SEARCY & SEARCY PC
*** CONSENTED TO ELECTRONIC SERVICE ***
(COUNSEL TO D COURTNEY CONSTRUCTION INC)
ATTN: JASON R SEARCY ESQ AND JOSHUA P SEARCY ESQ
PO BOX 3929
LONGVIEW TX 75606

SECURITIES AND EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON DC 20549

SEWARD & KISSEL LLP

(COUNSEL TO WILMINGTON TRUST NA, FIRST LIEN AGENT)

ATTN: JOHN ASHMEAD, KALYAN DAS, ARLENE ALVES

ONE BATTERY PARK PLAZA

NEW YORK NY 10004


SHEARMAN & STERLING LLP

(COUNSEL TO CITIBANK)

ATTN: FREDERIC SOSNICK ESQ, NED S SCHODEK ESQ

599 LEXINGTON AVE

NEW YORK NY 10022


SKADDEN ARPS SLATE MEAGHER & FLOM LLP

(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC)

ATTN: MARK S CHEHI ESQ
PO BOX 636

WILMINGTON DE 19899-0636


SKADDEN ARPS SLATE MEAGHER & FLOM LLP

(COUNSEL TO BOREALIS INFRASTRUCTURE)

ATTN: JAY M GOFFMAN ESQ

4 TIMES SQUARE

NEW YORK NY 10036


SKADDEN ARPS SLATE MEAGHER & FLOM LLP

(COUNSEL TO BOREALIS INFRASTRUCTURE MGMT INC)

ATTN: GEORGE N PANAGAKIS ESQ; CARL T TULLSON ESQ

155 N WACKER DR STE 2700

CHICAGO IL 60606-1720


SMITH KATZENSTEIN & JENKINS LLP

(COUNSEL TO AIRGAS USA LLC & VALERO TEXAS POWER)

ATTN: KATHLEEN M MILLER ESQ

PO BOX 410

WILMINGTON DE 19899


SNELL & WILMER LLP

(COUNSEL TO HEADWATERS RESOURCES INC)

ATTN: DAVID E LETA ESQ

15 W SOUTH TEMPLE, STE 1200

SALT LAKE CITY UT 84101-1547


SQUIRE SANDERS (US) LLP

(COUNSEL TO ARCELORMITTLA USA LLC)

ATTN: STEPHEN D. LERNER & ANDREW M. SIMON

221 E FOURTH ST STE 2900

CINCINNATI OH 45202


STEFFES VINGIELLO & MCKENZIE LLC

(COUNSEL TO SETPOINT INTEGRATED SOLUTIONS)

ATTN: NOEL STEFFES MELANCON ESQ

13702 COURSEY BLVD BLDG 3

BATON ROUGE LA 70817


STEVENS & LEE PC

*** CONSENTED TO ELECTRONIC SERVICE ***

(COUNSEL TO ENERGY FUTURE INTERMEDIATE HOLDING

COMPANY LLC/EFIH)ATTN: JOSEPH H HUSTON JR ESQ
1105 N MARKET ST STE 700

WILMINGTON DE 19801

SULLIVAN & CROMWELL LLP

(COUNSEL TO EFH CREDITORS COMMITTEE)

ATTN: ANDREW G DIETDERICH, BRIAN D GLUECKSTEIN

125 BROAD ST

NEW YORK NY 10004


SULLIVAN HAZELTINE ALLINSON LLC

(COUNSEL TO HENRY PRATT COMPANY LLC)

ATTN: ELIHU E. ALLINSON, III

901 N MARKET ST STE 1300

WILMINGTON DE 19801


TEXAS OFFICE OF PUBLIC UTILITY COUNSEL (OPUC)

BANKRUPTCY & COLLECTIONS DIVISION

ATTN: JASON A STARKS, ASST ATTORNEY GENERAL

PO BOX 12548

AUSTIN TX 78711-2548


THE BANK OF NEW YORK MELLON

TRUST COMPANY

ATTN: RAFAEL MARTINEZ, VP - CSM

601 TRAVIS ST 16TH FL

HOUSTON TX 77002


THE BANK OF NEW YORK MELLON

TRUST COMPANY

ATTN: THOMAS VLAHAKIS, VP

385 RIFLE CAMP RD 3RD FL

WOODLAND PARK NJ 07424


THE BANK OF NEW YORK MELLON

TRUST COMPANY

ATTN: DENNIS ROEMLEIN

601 TRAVIS ST, 16TH FL

HOUSTON TX 77002


THE ROSNER LAW GROUP LLC

(COUNSEL TO MUDRICK CAPITAL MANAGEMENT LP)

ATTN: FEDERICK B ROSNER ESQ

824 MARKET ST STE 810

WILMINGTON DE 19801


THE RUCKDESCHEL LAW FIRM LLC

*** CONSENTED TO ELECTRONIC SERVICE ***

(COUNSEL TO DAVID HEINZMANN)

ATTN: JONATHAN RUCKDESCHEL ESQ

8357 MAIN ST

ELLICOTT  CITY MD 21043


THE UNIVERSITY OF TEXAS SYSTEM

ON BEHALF OF THE UNIVERSITY OF TEXAS AT ARLINGTON

OFFICE OF GENERAL COUNSEL

ATTN: TRACI L COTTON ESQ

201 W SEVENTH ST

AUSTIN TX 78701


THOMPSON COBURN LLP

(COUNSEL TO MARTIN ENGINEERING COMPANY)

ATTN: DAVID D. FARRELL

ONE US BANK PLAZA, STE 3200

SAINT LOUIS MO 63101

TRAVIS COUNTY

ATTN: KAY D. BROCK, ASSISTANT COUNTY ATTORNEY

PO BOX 1748

AUSTIN TX 78767

TROUTMAN SANDERS LLP

(COUNSEL TO WILMINGTON SAVINGS FUND SOCIETY, FSG,

IN ITS CAPACITY AS SUCCESSOR INDENTURE TTEE/WSFS

ATTN: HUGH MCDONALD, LOUIS CURCIO,
BRETT GOODMAN
875 THIRD AVE

NEW YORK NY 10022

TUCKER ARENSBERG, PC

(COUNSEL TO THERMO FISHER)

ATTN: JORDAN S. BLASK, LARA E. SHIPKOVITZ
1500 ONE PPG PLACE

PITTSBURGH PA 15222

TW TELECOM INC (LEVEL 3 COMMUNICATIONS)

ATTN: LEGAL BANKRUPTCY

1025 ELDORADO BLVD

BROOMFIELD CO 80021

UMB BANK N.A.

ATTN: LAURA ROBERSON, VP

2 S BROADWAY STE 600

ST. LOUIS MO 63102

UNION PACIFIC RAILROAD COMPANY

ATTN: MARY ANN KILGORE & JENNIE L. ANDERSON

1400 DOUGLAS ST STOP 1580

OMAHA NE 68179

UNITED STATES DEPARTMENT OF JUSTICE

(ON BEHALF OF UNITED STATES OF AMERICA, DEPT OF

AGRICULTURE, RURAL UTILITIES SERVICE)

ATTN: MATTHEW J TROY CIVIL DIVISION
950 PENNSYLVANIA AVE NW

WASHINGTON DC 20530-0001

UNITED STATES DEPARTMENT OF JUSTICE

(COUNSEL TO THE UNITED STATES OF AMERICA)

ATTN: ARI D KUNOFSKY ESQ & WARD W BENSON ESQ

PO BOX 227 BEN FRANKLIN STATION

WASHINGTON DC 20044

UNITED STATES DEPARTMENT OF JUSTICE

(COUNSEL TO THE UNITED STATES OF AMERICA)

FEDERAL COMMUNICATIONS COMMISSION

ATTN: MATTHEW J TROY, CIVIL DIVISION
PO BOX 875 BEN FRANKLIN STATION

WASHINGTON DC 20044-0875

UNITED STATES DEPARTMENT OF JUSTICE

(COUNSEL TO THE UNITED STATES OF AMERICA)

ENVIRONMENTAL ENFORCEMENT SECTION, ENRD

ATTN: BRANDON ROBERS, TRIAL ATTYS
P.O. BOX 7611

WASHINGTON DC 20044-7611

UNITED STATES DEPARTMENT OF JUSTICE

*** CONSENTED TO ELECTRONIC SERVICE ***

(COUNSEL TO THE U.S. ON BEHALF OF THE

UNITED STATES ENVIRONMENTAL PROTECTION
AGENCY)ENVIRONMENTAL ENFORCEMENT SECTION,
ENRDATTN: DANIEL S. SMITH, SR COUNSEL
PO BOX 7611, BEN FRANKLIN STATION

WASHINGTON DC 20044-7611


VENABLE LLP

(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC)

ATTN: JEFFREY S. SABIN ESQ
1270 AVENUE OF THE AMERICAS 24TH FL

NEW YORK NY 10020


WACHTELL LIPTON ROSEN & KATZ

(COUNSEL TO THE 'EFH EQUITY INTEREST HOLDERS')

ATTN: RICHARD MASON; EMIL KLEINHAUS

51 W 52ND ST

NEW YORK NY 10019


WERB & SULLIVAN

(COUNSEL TO THE KANSAS CITY SOUTHERN RAILWAY)

ATTN: DUANE D WERB ESQ

1225 KING ST

WILMINGTON DE 19801


WHITE & CASE LLP

(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS; AND LAW DEBENTURE)

ATTN: THOMAS LAURIA & MATTHEW BROWN ESQ
200 S BISCAYNE BLVD STE 4900

MIAMI FL 33131


VARNUM LLP

*** CONSENTED TO ELECTRONIC SERVICE ***

(COUNSEL TO APPLABS)

ATTN: MARY KAY SHAVER ESQ
BRIDGEWATER PLACE
PO BOX 352

GRAND RAPIDS MI 49501-0352


VENABLE LLP

(COUNSEL TO PACIFIC INVESTMENT MANAGEMENT CO LLC)

ATTN: JAMIE L. EDMONSON

1201 NORTH MARKET STREET

WILMINGTON DE 19801


WEINSTEIN RADCLIFF LLP

(COUNSEL TO MARIO SINACOLA & SONS EXCAVATING INC)

ATTN: GREGORY M WEINSTEIN ESQ

8350 N CENTRAL EXPY STE 1500

DALLAS TX 75206


WHITE & CASE LLP

(COUNSEL TO AD HOC GROUP OF TCEH UNSECURED
NOTEHOLDERS; AND LAW DEBENTURE)

ATTN: J. CHRISTOPHER SHORE; GREGORY STARNER
1155 AVENUE OF THE AMERICAS

NEW YORK NY 10036


WHITE & CASE LLP

(COUNSEL TO SEMPRA)

ATTN: J CHRISTOPHER SHORE

1221 AVENUE OF THE AMERICAS

NEW YORK NY 10020

WHITEFORD TAYLOR & PRESTON LLC

*** CONSENTED TO ELECTRONIC SERVICE ***

(COUNSEL TO SIMEIO AND BORAL)

ATTN: L KATHERINE GOOD ESQ
THE RENAISSANCE CENTRE
405 N KING ST STE 500

WILMINGTON DE 19801

WILMER CUTLER PICKERING HALE & DORR LLP

(COUNSEL TO MARATHON ASSET MGMT)

ATTN: PHILIP ANKER ESQ & GEORGE SHUSTER ESQ

7 WORLD TRADE CENTER,
205 GREENWICH ST

NEW YORK NY 10007

WILMER CUTLER PICKERING HALE & DORR LLP

(COUNSEL TO MARATHON ASSET MGMT)

ATTN: BENJAMIN LOVELAND ESQ
60 STATE ST

BOSTON MA 02109

WILMER CUTLER PICKERING HALE & DORR LLP

(COUNSEL TO CSC TRUST COMPANY OF DELAWARE)

ATTN: P. ANKER, C. PLATT & G. SHUSTER

250 GREENWICH ST 45TH FL

NEW YORK NY 10007

WILMINGTON SAVINGS FUND SOCIETY

ATTN: PATRICK J HEALY

500 DELAWARE AVENUE

WILMINGTON DE 19801

WILMINGTON TRUST FSB

ATTN: JEFFREY T. ROSE

50 S SIXTH ST STE 1290

MINNEAPOLIS MN 55402

WINSTON & STRAWN LLP

(COUNSEL TO CHICAGO BRIDGE & IRON COMPANY N.V.)

ATTN: DAVID NEIER, ESQ.

200 PARK AVE

NEW YORK NY 10166

WOMAC LAW

(COUNSEL TO 2603 AUGUST INVESTORS LP)

ATTN: BRIAN D WOMAC ESQ

8301 KATY FWY

HOUSTON TX 77024

WOMBLE CARLYLE SANDRIDGE & RICE LLP

(COUNSEL TO CENTERPOINT)

ATTN: MARK L DESGROSSEILLIERS

222 DELAWARE AVE STE 1501

WILMINGTON DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE LLP

(COUNSEL TO HOLT TEXAS LTD D/B/A HOLT CAT)

ATTN: MARK L DESGROSSEILLIERS ESQ

222 DELAWARE AVE STE 1501

WILMINGTON DE 19801

WOMBLE CARLYLE SANDRIDGE & RICE LLP

(COUNSEL TO AMECO, FLUOR, & AMERICAN EQUIPMENT)

ATTN: KEVIN J MANGAN ESQS

222 DELAWARE AVE STE 1501

WILMINGTON DE 19801


WOMBLE CARLYLE SANDRIDGE & RICE LLP

(COUNSEL TO ALLTITE)

ATTN: KEVIN J MANGAN ESQ

222 DELAWARE AVE STE 1501

WILMINGTON DE 19801


YOUNG CONAWAY STARGATT & TAYLOR LLP

(COUNSEL TO AD HOC COMMITTEE OF TCEH FIRST LIEN)

ATTN: PAULINE MORGAN; JOEL WAITE; RYAN
BARTLEY;ANDREW MAGAZINER
1000 N KING ST

WILMINGTON DE 19801