## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: § | | |
| § | | CHAPTER 11 |
| ENERGY FUTURE HOLDERS § | | |
| CORP., *et. al.,* § | | CASE NO. 14-10979 (CSS) |
| § | | |
| DEBTORS.[1] § | | (JOINTLY ADMINISTERED) |
| § | | |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST FOR REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that John P. Melko hereby withdraws his appearance as counsel for ROMCO Equipment Co. ("ROMCO"). Additionally, Mr. Melko requests that service upon him of all future notices and pleadings, electronically or otherwise, be discontinued as the date hereof, and further requests that he be removed from the United States Bankruptcy Court's electronic mailing system electronic (ECF) as counsel for ROMCO.

Dated: June 6, 2018        Foley Gardere
Houston, Texas              Foley & Lardner LLP

                            */s/ John P. Melko*
                            John P. Melko (TX Bar No. 13919600)
                            713-276-5727 (direct dial)
                            713-276-6727 (direct fax)
                            jmelko@foley.com
                            1000 Louisiana, Suite 2000
                            Houston, Texas  77002-5011

                            **ATTORNEY FOR ROMCO EQUIPMENT CO.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Quicksilver Resources Inc. [6163]; Barnett Shale Operating LLC [0257]; Cowtown Drilling, Inc. [8899]; Cowtown Gas Processing L.P. [1404]; Cowtown Pipeline Funding, Inc. [9774]; Cowtown Pipeline L.P. [9769]; Cowtown Pipeline Management, Inc. [9771]; Makarios Resources International Holdings LLC [1765]; Makarios Resources International Inc. [7612]; QPP Holdings LLC [0057]; QPP Parent LLC [8748]; Quicksilver Production Partners GP LLC [2701]; Quicksilver Production Partners LP [9129]; and Silver Stream Pipeline Company LLC [9384]. The Debtors' address is 801 Cherry Street, Suite 4000, Fort Worth, Texas 76102.

4839-2617-5840.1

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of Appearance and Request for Removal from Service List was served on the 6th day of June, 2018 on all parties entitled to receive service through the Court's ECF system.

 

                                              */s/John P. Melko*
                                               John P. Melko