# SIGN-IN SHEET

**CASE NAME:** Energy Future Holdings
**CASE NO:** 14-10979 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 6/5/18 at 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James K Hogan | Hogan McDaniel | Contran Asbestos Creditors |
| Gregg Galardi | Ropes | Elliott/UMB |
| Erin Fay | Bayard | " |
| Matthew McGinnis | Ropes | " |
| McClain Thompson | K&E | PAB |
| Aparna Yenamandra | K&E | PAB |
| Mac Kieselstein | K&E | PAB |
| Mark McKane | K&E | PAB |
| Daniel T. DeFranceschi | RL&F | PAB |
| Jason M Madron | RL&F | PAB |
| Garvan McDaniel | Hogan McDaniel | Ad Hoc EFH Claimants |
| Davis Lee Wright | Montgomery McCracker Walker & Rhoads LLP | EFH/EFIH Committee |
| Brian Glueckstein | Sullivan & Cromwell | " |
| Richard Redcay | Nixon Peabody | American Stock Transf as EFH Trustee |
| Richard L. Schepacarter | USDOJ-OUST | U.S. Trustee |
| Kevin Mann | Cross & Simon | American Stock Transfer |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi

Calendar Date: 06/05/2018
Calendar Time: 11:00 AM ET

#6

1st Revision  Jun 4 2018  1:48PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9017771 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 91133457 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Interested Party, Sempra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9028187 | Mark A. Cody | (312) 269-4392 ext. | Jones Day | Interested Party, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9028210 | Joseph A. Florczak | (312) 269-4123 ext. | Jones Day | Creditor, Oncor Electric Delivery Holdings Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9017779 | Gregg M. Galardi | (212) 596-9139 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9116789 | Erica Goodstein | (718) 921-8180 ext. | American Stock Transfer Company, LLC | Interested Party, American Stock Transfer Trust Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9117488 | Jonas Hagey | (415) 599-0211 ext. | BraunHagey & Borden LLP | Creditor, Elliott, Paloma, et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9117607 | ~~Taylor B.~~ Harrison (John Brigardneas) | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9116265 | Alexa J. Kranzley | (212) 558-7893 ext. | Sullivan & Cromwell LLP | Creditor, Committee of Unsecured Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9116141 | Natalie D. Ramsey | (215) 772-7354 ext. | Montgomery, McCracken, Walker & Rhoads, LLP | Interested Party, The EFH Official Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9116285 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9114725 | Howard Seife | Norton Rose Fulbright US LLP | (212) 318-3287 ext. | Interested Party, NextEra Energy / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9108317 | Daniel S. Shamah | O'Melveny & Myers, LLP | (212) 326-2138 ext. | Interested Party, O'Melveny & Myers, LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9114697 | Charles E. Sieving | NextEra Energy Resources | (561) 691-7575 ext. | Interested Party, NextEra Energy Resources / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9115981 | Nacif Taousse | Kirkland & Ellis LLP | (212) 446-4800 ext. | Debtor, Energy Future Holdings, Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9116888 | Angelo Thalassinos | Reorg Research, Inc. | (212) 588-8890 ext. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9115917 | Andrew D. Wang | Kobre & Kim LLP | (212) 488-1200 ext. | Non-Party, Andrew D. Wang / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9116193 | Brady C. Williamson | Godfrey & Kahn, S.C. | (608) 284-2642 ext. | Interested Party, Fee Committee Counsel / LISTEN ONLY |

*David Mark*