**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Related D.I.** 13102, 13113, 13146, 13149, 13150, 13152, 13163 & 13164 |

# CERTIFICATION OF COUNSEL REGARDING REVISED PROPOSED ORDER SCHEDULING CERTAIN DATES AND DEADLINES AND ESTABLISHING CERTAIN PROTOCOLS IN CONNECTION WITH THE JOINT MOTION OF UMB BANK, N.A., AS INDENTURE TRUSTEE, AND ELLIOTT TO FIX APPROPRIATE ALLOCATION OF CERTAIN RESERVES AND EXPENSES AS BETWEEN THE EFH AND EFIH DEBTORS

I, Erin R. Fay, co-counsel for UMB Bank, N.A., as Indenture Trustee (the "Trustee") for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott," and together with the Trustee, the "Movants"), hereby certify and state as follows regarding the *Revised Proposed Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* (the "Revised Proposed Scheduling Order") attached hereto as Exhibit A:

1. On May 13, 2018, the Movants filed the *Joint Motion of UMB Bank, N.A. as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13102] (the "Allocation Motion").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2.       On May 29, 2019, the Movants filed a *Notice of Proposed Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between EFH and EFIH Debtors* [D.I. 13152] (the "Original Proposed Scheduling Order").

3.       On June 5, 2018, the Court held a hearing at which it scheduled a trial to consider the Allocation Motion for September 5 through September 7, 2018.  The Court further directed the parties to that proceeding—(a) Elliott; (b) the Trustee; (c) the Ad Hoc EFH Claimants (as defined in D.I. 12900); (d) the EFH Indenture Trustee (as defined in D.I. 13148), and (e) the EFH Plan Administrator Board, if the Court approves it becoming a party (collectively, the "Parties")—to prepare and submit a proposed scheduling order.

4.       Pursuant to the Court's direction, Elliott, the Trustee, the EFH Indenture Trustee, and the EFH Plan Administrator Board have agreed upon the Revised Proposed Scheduling Order attached hereto as Exhibit A.  As of the time of this filing, counsel for the Ad Hoc EFH Claimants have not yet indicated whether they agree to all the terms of the Revised Proposed Scheduling Order.  The Movants will supplement and/or amend this filing on Monday, June 11, 2018 if the Ad Hoc EFH Claimants so indicate.

5.       A blackline comparing the Revised Proposed Scheduling Order against the Original Proposed Scheduling Order is attached hereto as Exhibit B.

*[Remainder of Page Intentionally Left Blank]*

WHEREFORE, the Movants respectfully request that the Court enter the Revised Proposed Scheduling Order at its earliest convenience.

Date: June 8, 2018
      Wilmington, Delaware           BAYARD, P.A.

                                                   */s/ Erin R. Fay*
                                                   Scott D. Cousins (No. 3079)
                                                   Erin R. Fay (No. 5268)
                                                   Evan T. Miller (No. 5364)
                                                   600 N. King Street, Suite 400
                                                   Wilmington, DE 19801
                                                   Telephone: (302) 655-5000
                                                   Facsimile: (302) 658-6395
                                                   scousins@bayardlaw.com
                                                   efay@bayardlaw.com
                                                   emiller@bayardlaw.com

                                                   –and–

                                                   ROPES & GRAY LLP
                                                   Keith H. Wofford (admitted *pro hac vice*)
                                                   Gregg M. Galardi
                                                   1211 Avenue of the Americas
                                                   New York, NY 10036-8704
                                                   Telephone: (212) 596-9000
                                                   Facsimile:  (212) 596-9090
                                                   Keith.Wofford@ropesgray.com
                                                   Gregg.Galardi@ropesgray.com

                                                   *Counsel for UMB Bank, N.A., as Trustee, and Elliott*