**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) ) Case No. 14-10979 (CSS) ) (Jointly Administered) |
| Debtors. | ) ) **Related D.I. 13193** |

**NOTICE OF RESCHEDULED DATE IN CONNECTION WITH ORDER
SCHEDULING CERTAIN DATES AND DEADLINES AND ESTABLISHING
CERTAIN PROTOCOLS IN CONNECTION WITH THE JOINT MOTION OF
UMB BANK, N.A., AS INDENTURE TRUSTEE, AND ELLIOTT TO FIX
APPROPRIATE ALLOCATION OF CERTAIN RESERVES AND EXPENSES
AS BETWEEN THE EFH AND EFIH DEBTORS**

PLEASE TAKE NOTICE that on June 11, 2018, the Court entered the *Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13193] (the "Scheduling Order").[2]

PLEASE TAKE FURTHER NOTICE that pursuant to the Scheduling Order, the Parties are required to meet and confer regarding the scope of discovery on or before June 13, 2018 (the "Meet and Confer"). *See* Scheduling Order ¶ 5. The Scheduling Order further provides that the Parties may amend, modify, or supplement certain terms of the Scheduling Order, without

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Scheduling Order.

further order by the Court upon written notice of such amendment or modification. Scheduling Order ¶ 19.

PLEASE TAKE FURTHER NOTICE that the Parties have modified the timing of the Meet and Confer so that such Meet and Confer will occur following the Court's anticipated June 14, 2018 oral ruling as to the participation of the EFH Plan Administrator Board in the Allocation Motion matter. The Meet and Confer will now occur on or before **June 15, 2018**.

Date: June 13, 2018
      Wilmington, Delaware        BAYARD, P.A.

*/s/ Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
scousins@bayardlaw.com
efay@bayardlaw.com
emiller@bayardlaw.com

-and-

ROPES & GRAY LLP
Keith H. Wofford (admitted pro hac vice)
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Keith.Wofford@ropesgray.com
Gregg.Galardi@ropesgray.com

*Counsel for UMB Bank, N.A., as Trustee, and Elliott*