# EXHIBIT A

ORIGINAL

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 12926**<br>) |

## ORDER DENYING SUBSTANTIAL CONTRIBUTION APPLICATION

Upon the *Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of Administrative Claim for Reimbursement of Expenses Incurred in Making a Substantial Contribution in these Chapter 11 Cases* [D.I. 12926] (the "Application") seeking (a) the allowance of an administrative expense claim in favor of Certain Asbestos Creditors (as defined in the Application) in the aggregate amount of up to $4,000,000.00 and (b) related relief; and the Court having found that it has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§157 and 1334; and the Court having found that consideration of the Application and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and the Court having found that due and proper notice of the Application was provided and that such notice was adequate and appropriate under the particular circumstances; and the Court having reviewed the Application, the objections thereto, and the Certain Asbestos Creditors' reply in support of the Application; and the Court having held a hearing on the Application on June 5, 2018; and after due deliberation and sufficient cause appearing, it is hereby ORDERED:

1. The Application is **DENIED WITH PREJUDICE.**

2.  Notwithstanding the possible applicability of Bankruptcy Rules 6004(a), 6004(h), 7062, 9014, or otherwise, the terms and conditions of this Order shall be effective and enforceable immediately upon entry.

3.  The EFH Plan Administrator Board is hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order.

4.  The Court shall retain jurisdiction over any matter or disputes arising from or relating to the interpretation, implementation or enforcement of this Order.

Date: _____June 5_____, 2018
Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2