## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Appeal has been served upon all parties listed below via the court's CM/ECF electronic filing system and/or by placing a copy in the United States mail, first class, postage pre-paid and properly addressed on this 13th day of June, 2018.

/s/ Daniel K. Hogan

**U.S. DEPARTMENT OF JUSTICE**
**OFFICE OF THE U.S. TRUSTEE**
Richard L. Schepacarter
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207
Lockbox 35
Wilmington, DE 19801

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
920 North King Street
Wilmington, DE 19801

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS**
**INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
601 Lexington Avenue
New York, NY 10022-4611

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS**
**INTERNATIONAL LLP**
James H.M. Sprayregen, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654

**BIELLI & KLAUDER, LLC**
David M. Klauder
Cory Stephenson
1204 N. King Street
Wilmington, DE 19801

**PROSKAUER ROSE LLP**
Jeff J. Marwil
Mark K. Thomas
Peter J. Young
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602-4342

**STEVENS & LEE, P.C.**
Joseph H. Huston, Jr.
919 North Market Street, Suite 1300
Wilmington, DE 19801

**CRAVATH, SWAINE AND MOORE**
**LLP**
Michael A. Paskin
Trevor M. Broad
Worldwide Plaza 825 Eighth Avenue
New York, NY 10019-7475

**JENNER & BLOCK**
Richard Levin
919 Third Avenue
New York, NY 10022-3908

**BAYARD, P.A.**
Scott D. Cousins
Erin R. Fay
Evan T. Miller
600 N. King Street, Suite 400
Wilmington, DE 19801

**ROPES & GRAY LLP**
Keith H. Wofford
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704

**BENESCH, FRIEDLANDER,
 COPLAN & ARONOFF LLP**
Jennifer R. Hoover
William M. Alleman, Jr.
222 Delaware Avenue, Suite 801
Wilmington, DE 19801

**GODFREY & KAHN, S.C.**
Katherine Stadler
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719