## IN THE UNITED STATES BANKRUPTCY COURT
## OF THE DISTRICT OF DELAWARE

In re

Energy Future Holdings Corp., *et. al.,*

Debtors.[1]

Chapter 11

Case No. 14-10979 (CSS)

Jointly Administered

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEAL

PLEASE TAKE NOTICE that Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, individually and as successor-in-interest to the Estate of Gino Albini, Denis Bergschneider and Charlotte and Curtis Liberda (collectively the "Appellants"), by and through their undersigned counsel, hereby withdraws the **Notice of Appeal** [Docket No.13198].

Dated:  June 13, 2018

Respectfully Submitted:

*/s/Daniel K. Hogan*_____
Daniel K. Hogan (No. 2814)
HOGAN♦McDANIEL
1311 Delaware Avenue
Wilmington, DE  19806
Telephone:  302-656-7596
Facsimile:  302-656-7599
Email: dkhogan@dkhogan.com

*Attorney for Appellants*

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

1