# CERTIFICATE OF SERVICE

I, Daniel K. Hogan, hereby certify that on June 13, 2018, I caused a copy of the foregoing *Notice of Withdrawal of Notice of Appeal* to be served upon the following via CM/ECF:

/s/ **Daniel K. Hogan**

**U.S. DEPARTMENT OF JUSTICE**
**OFFICE OF THE U.S. TRUSTEE**
Richard L. Schepacarter
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207
Lockbox 35
Wilmington, DE 19801

**RICHARDS, LAYTON & FINGER, P.A**.
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
920 North King Street
Wilmington, DE 19801

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
601 Lexington Avenue
New York, NY 10022-4611

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
James H.M. Sprayregen, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654

**BIELLI & KLAUDER, LLC**
David M. Klauder
Cory Stephenson
1204 N. King Street
Wilmington, DE 19801

**PROSKAUER ROSE LLP**
Jeff J. Marwil
Mark K. Thomas
Peter J. Young
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602-4342

**STEVENS & LEE, P.C**.
Joseph H. Huston, Jr.
919 North Market Street, Suite 1300
Wilmington, DE 19801

**CRAVATH, SWAINE AND MOORE LLP**
Michael A. Paskin
Trevor M. Broad
Worldwide Plaza 825 Eighth Avenue
New York, NY 10019-7475

**JENNER & BLOCK**
Richard Levin
919 Third Avenue
New York, NY 10022-3908

| | |
|---|---|
| **BAYARD, P.A.**<br>Scott D. Cousins<br>Erin R. Fay<br>Evan T. Miller<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801 | **BENESCH, FRIEDLANDER,**<br> **COPLAN & ARONOFF LLP**<br>Jennifer R. Hoover<br>William M. Alleman, Jr.<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE 19801 |
| **ROPES & GRAY LLP**<br>Keith H. Wofford<br>Gregg M. Galardi<br>1211 Avenue of the Americas<br>New York, NY 10036-8704 | **GODFREY & KAHN, S.C**.<br>Katherine Stadler<br>One East Main Street, Suite 500<br>P.O. Box 2719<br>Madison, WI 53701-2719 |