# EXHIBIT A

**ORIGINAL**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 12927** |

## ORDER DENYING MOTION TO SET A RESERVE AS MOOT

Upon the *Motion of Certain Asbestos Creditors for Order Requiring Reserve for Administrative Expenses* [D.I. 12927] (the "Motion") seeking an order that the EFH Plan Administrator Board must establish a reserve of $4,000,000.00 to be used for the payment of the administrative expenses incurred by Certain Asbestos Creditors (as defined in the Motion) in making a substantial contribution in these bankruptcy cases; and the Court having found that it has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§157 and 1334; and the Court having found that consideration of the Motion and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and the Court having found that due and proper notice of the Motion was provided and that such notice was adequate and appropriate under the particular circumstances; and the Court having reviewed the Motion, the objection by the EFH Plan Administrator Board, and the Certain Asbestos Creditors' reply in support of the Motion; and the Court having held a hearing on the Motion on June 5, 2018; and after due deliberation and sufficient cause appearing, it is hereby ORDERED:

1. The Motion is **DENIED AS MOOT**.

2. Notwithstanding the possible applicability of Bankruptcy Rules 6004(a), 6004(h), 7062, 9014, or otherwise, the terms and conditions of this Order shall be effective and enforceable immediately upon entry.

3. The EFH Plan Administrator Board is hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order.

4. The Court shall retain jurisdiction over any matter or disputes arising from or relating to the interpretation, implementation or enforcement of this Order.

Date: _____June 5_____, 2018
Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
United States Bankruptcy Judge