# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: DMC | Date Created: 6/14/2018 |
| Case: 14−10979−CSS | Form ID: van440 | Total: 55 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|
| db | Energy Future Holdings Corp.     Energy Plaza     1601 Bryan Street     Dallas, TX 75201 |
| aty | Andrea Beth Schwartz     U.S. Department of Justice – Office of the U.S. Trustee     U.S. Federal Office Building     201 Varick Street, Rm 1006     New York, NY 10065 |
| aty | Anna Terteryan     Kirkland & Ellis LLP     555 California Street     San Francisco, CA 94104 |
| aty | Anthony V. Sexton     Kirkland & Ellis LLP     300 North LaSalle     Chicago, IL 60654 |
| aty | Aparna Yenamandra     Kirkland & Ellis LLP     601 Lexington Avenue     New York, NY 10022 |
| aty | Barack S. Echols     Kirkland & Ellis LLP     300 North LaSalle     Chicago, IL 60654 |
| aty | Brenton Rogers     Kirkland & Ellis LLP     300 North LaSalle     Chicago, IL 60654 |
| aty | Brian Schartz     c/o Kirkland & Ellis LLP     601 Lexington Avenue     New York, NY 10022 |
| aty | Bridget K. O'Connor     Kirkland & Ellis LLP     655 Fifteenth Street, N.W.     Washington, DC 20005 |
| aty | Bryan M. Stephany     Kirkland & Ellis LLP     655 Fifteenth Street, N.W.     Washington, DC 20005 |
| aty | Chad J. Husnick     Kirkland & Ellis, LLP     300 North LaSalle Street     Chicago, IL 60654 |
| aty | Christopher Michael De Lillo     Richards, Layton & Finger, P. A.     One Rodney Square     920 North King Street     Wilmington, DE 19801 |
| aty | Christopher W. Keegan     Kirkland & Ellis LLP     555 California Street     San Francisco, CA 94104 |
| aty | Daniel J. DeFranceschi     Richards, Layton & Finger     One Rodney Square, P.O. Box 551     Wilmington, DE 19899 |
| aty | David M. Klauder     Bielli & Klauder, LLC     1204 N. King Street     Wilmington, DE 19801 |
| aty | Edward O. Sassower     Kirkland & Ellis LLP     601 Lexington Avenue     New York, NY 10022 |
| aty | Emily E. Geier     Kirkland & Ellis LLP     300 N. LaSalle     Chicago, IL 60654 |
| aty | Iskender H. Catto     McDermott Will & Emery LLP     340 Madison Avenue     New York, NY 10173 |
| aty | Jason M. Madron     Richards, Layton & Finger, P.A.     One Rodney Square     P.O. Box 551     Wilmington, DE 19899 |
| aty | Jeremy L. Graves     GIBSON DUNN & CRUTCHER LLP     1801 California Street     Suite 4200     Denver, CO 80202−2642 |
| aty | Jeremy L. Retherford     Balch & Bingham LLP     1901 Sixth Avenue North     Suite 1500     Birmingham, AL 35203−4602 |
| aty | Jonathan F. Ganter     Kirkland & Ellis LLP     655 Fifteenth Street, N.W.     Washington, DC 20005 |
| aty | Joseph Charles Barsalona II     Richards, Layton & Finger, P.A.     One Rodney Square     920 North King Street     Wilmington, DE 19801 |
| aty | Joseph H. Huston, Jr.     Stevens & Lee     919 North Market Street     Suite 1300     Wilmington, DE 19801 |
| aty | Kevin Allred     Munger Tolles & Olson LLP     355 South Grand Ave.     35th Floor     Los Angeles, CA 90071 |
| aty | Kevin Chang     Kirkland & Ellis LLP     555 California Street     San Francisco, CA 94104 |
| aty | Lary Alan Rappaport     Proskauer Rose LLP     2049 Century Park East     Los Angeles, CA 90067−3206 |
| aty | Linda J. Casey     Office of United States Trustee     844 King Street     Suite 2207     Wilmington, DE 19801 |
| aty | Lisa G. Esayian     Kirkland & Ellis LLP     300 North LaSalle     Chicago, IL 60654 |
| aty | Mark D. Collins     Richards, Layton & Finger, P.A.     One Rodney Square     920 North King Street     Wilmington, DE 19801 |
| aty | Mark E. McKane, Esq.     Kirkland & Ellis LLP     555 California Street     San Francisco, CA 94104 |
| aty | Mark K. Thomas     Proskauer Rose LLP     Three First National Plaza     70 W. Madison Street     Suite 3800     Chicago, IL 60602 |
| aty | McClain Thompson     Kirkland & Ellis LLP     601 Lexington Avenue     New York, NY 10022 |
| aty | Michael A. Firestein     Proskauer Rose LLP     2049 Century Park East     Los Angeles, CA 90067−3206 |
| aty | Michael A. Petrino     Kirkland & Ellis LLP     655 Fifteenth Street, N.W.     Washington, DC 20005 |
| aty | Michael A. Rosenthal     Gibson Dunn & Crutcher LLP     200 Park Avenue     47th Floor     New York, NY 10166 |
| aty | Michael B. Slade     Kirkland & Ellis LLP     300 North LaSalle     Chicago, IL 60654 |
| aty | Michael L. Raiff     Gibson Dunn & Crutcher LLP     2100 McKinney Avenue     Dallas, TX 75201 |
| aty | Michael P. Esser     Kirkland & Ellis LP     555 California Street     San Francisco, CA 94104 |
| aty | P. Stephen Gidiere, III     Balch & Bingham LLP     1901 Sixth Avenue North     Suite 1500     Birmingham, AL 35203−4642 |
| aty | Peter Jonathon Young     Proskauer Rose LLP     70 W. Madison St.     Suite 3800     Chicago, IL 60602 |
| aty | Rebecca Blake Chaikin     601 Lexington Avenue     New York, NY 10022 |
| aty | Richard L. Schepacarter     Office of the United States Trustee     U. S. Department of Justice     844 King Street, Suite 2207     Lockbox #35     Wilmington, DE 19801 |
| aty | Richard M. Cieri     Kirkland & Ellis LLP     601 Lexington Avenue     New York, NY 10022−4611 |
| aty | Richard U.S. Howell     Kirkland & Ellis LLP     300 North LaSalle     Chicago, IL 60654 |
| aty | Sara B. Zablotney     Kirkland & Ellis LLP     601 Lexington Avenue     New York, NY 10022 |
| aty | Stephen E. Hessler     Kirkland & Ellis LLP     601 Lexington Avenue     New York, NY 10022 |
| aty | Steven N. Serajeddini     Kirkland & Ellis LLP     300 North LaSalle     Chicago, IL 60654 |
| aty | Thomas F. Driscoll, III     The Bifferato Firm PA     1007 North Orange Street     4th Floor     Wilmington, DE 19801 |
| aty | Thomas M. Horan     Shaw Fishman Glantz & Towbin LLC     300 Delaware Ave.     Suite 1370     Wilmington, DE 19801 |
| aty | Todd F. Maynes     Kirkland & Ellis LLP     300 North LaSalle     Chicago, IL 60654 |
| aty | Tyler D. Semmelman     Richards, Layton & Finger, P.A.     920 N. King Street     Wilmington, DE 19801 |

| | | | | | |
|---|---|---|---|---|---|
| aty | W. Clark Watson | Balch & Bingham LLP | 1901 Sixth Avenue North | Suite 1500 | Birmingham, AL 35203–4642 |
| aty | William Guerrieri | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |
| aty | Zachary I Shapiro | Richards, Layton & Finger, P.A. | 920 North King Street, P.O. Box 551 | Wilmington, DE 19801 | |

TOTAL: 55