UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979    BK ●  AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order Denying Substantial Contribution Application.

**Docket #:** 13178    **Date Entered:** 6/5/18

Item Transmitted:

| | | | | |
|---|---|---|---|---|
| ✓ | Notice of Appeal | Docket #: 13202 | Date Filed: | 6/13/18 |
| ☐ | Amended Notice of Appeal | Docket #: | Date Filed: | |
| ☐ | Cross Appeal | Docket #: | Date Filed: | |
| ☐ | Motion for Leave to Appeal | Docket #: | Date Filed: | |
| ☐ | Request for Certification of Direct Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

Shirley Fenicle

**Appellee/Cross Appellee**

EFH Plan Administrator Board

**Counsel for Appellant/Cross Appellant:**

Hogan*McDaniel
1311 Delaware Avenue
Wilmington, DE  19806

**Counsel for Appellee/Cross Appellee:**

Richards Layton & Finger P.A.
920 North King Street
Wilmington, DE  19801

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ● | ○ |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ○ | ● |
| ***If Yes, has District Court assigned a Civil Action Number?** | ○ | ● |
| **Civil Action Number:** | | |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 6/14/18     **by:**_____
                              Donna Capell
                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    18-33