# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: DMC | Date Created: 6/14/2018 |
| Case: 14−10979−CSS | Form ID: van440 | Total: 59 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | Energy Future Holdings Corp.   Energy Plaza   1601 Bryan Street   Dallas, TX 75201 |
| aty | Andrea Beth Schwartz   U.S. Department of Justice – Office of the U.S. Trustee   U.S. Federal Office Building   201 Varick Street, Rm 1006   New York, NY 10065 |
| aty | Andrew Glenn Devore   Ropes & Gray LLP   Prudential Tower   800 Boylston Street   Boston, MA 02199−3600 |
| aty | Anna Terteryan   Kirkland & Ellis LLP   555 California Street   San Francisco, CA 94104 |
| aty | Anthony V. Sexton   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 |
| aty | Aparna Yenamandra   Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022 |
| aty | Barack S. Echols   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 |
| aty | Brenton Rogers   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 |
| aty | Brian Schartz   c/o Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022 |
| aty | Bridget K. O'Connor   Kirkland & Ellis LLP   655 Fifteenth Street, N.W.   Washington, DC 20005 |
| aty | Bryan M. Stephany   Kirkland & Ellis LLP   655 Fifteenth Street, N.W.   Washington, DC 20005 |
| aty | Chad J. Husnick   Kirkland & Ellis, LLP   300 North LaSalle Street   Chicago, IL 60654 |
| aty | Christopher Michael De Lillo   Richards, Layton & Finger, P. A.   One Rodney Square   920 North King Street   Wilmington, DE 19801 |
| aty | Christopher W. Keegan   Kirkland & Ellis LLP   555 California Street   San Francisco, CA 94104 |
| aty | Daniel J. DeFranceschi   Richards, Layton & Finger   One Rodney Square, P.O. Box 551   Wilmington, DE 19899 |
| aty | David M. Klauder   Bielli & Klauder, LLC   1204 N. King Street   Wilmington, DE 19801 |
| aty | Edward O. Sassower   Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022 |
| aty | Emily E. Geier   Kirkland & Ellis LLP   300 N. LaSalle   Chicago, IL 60654 |
| aty | Iskender H. Catto   McDermott Will & Emery LLP   340 Madison Avenue   New York, NY 10173 |
| aty | James H.M. Sprayregen   Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022 |
| aty | Jason M. Madron   Richards, Layton & Finger, P.A.   One Rodney Square   P.O. Box 551   Wilmington, DE 19899 |
| aty | Jeff J. Marwil   Proskauer Rose LLP   Three First National Plaza   70 W. Madison Street   Suite 3800   Chicago, IL 60602 |
| aty | Jeremy L. Graves   GIBSON DUNN & CRUTCHER LLP   1801 California Street   Suite 4200   Denver, CO 80202−2642 |
| aty | Jeremy L. Retherford   Balch & Bingham LLP   1901 Sixth Avenue North   Suite 1500   Birmingham, AL 35203−4602 |
| aty | Jonathan F. Ganter   Kirkland & Ellis LLP   655 Fifteenth Street, N.W.   Washington, DC 20005 |
| aty | Joseph Charles Barsalona II   Richards, Layton & Finger, P.A.   One Rodney Square   920 North King Street   Wilmington, DE 19801 |
| aty | Joseph H. Huston, Jr.   Stevens & Lee   919 North Market Street   Suite 1300   Wilmington, DE 19801 |
| aty | Kevin Chang   Kirkland & Ellis LLP   555 California Street   San Francisco, CA 94104 |
| aty | Lary Alan Rappaport   Proskauer Rose LLP   2049 Century Park East   Los Angeles, CA 90067−3206 |
| aty | Linda J. Casey   Office of United States Trustee   844 King Street   Suite 2207   Wilmington, DE 19801 |
| aty | Marc Kieselstein   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 |
| aty | Mark D. Collins   Richards, Layton & Finger, P.A.   One Rodney Square   920 North King Street   Wilmington, DE 19801 |
| aty | Mark E. McKane, Esq.   Kirkland & Ellis LLP   555 California Street   San Francisco, CA 94104 |
| aty | Mark K. Thomas   Proskauer Rose LLP   Three First National Plaza   70 W. Madison Street   Suite 3800   Chicago, IL 60602 |
| aty | McClain Thompson   Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022 |
| aty | Michael A. Firestein   Proskauer Rose LLP   2049 Century Park East   Los Angeles, CA 90067−3206 |
| aty | Michael A. Petrino   Kirkland & Ellis LLP   655 Fifteenth Street, N.W.   Washington, DC 20005 |
| aty | Michael A. Rosenthal   Gibson Dunn & Crutcher LLP   200 Park Avenue   47th Floor   New York, NY 10166 |
| aty | Michael B. Slade   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 |
| aty | Michael L. Raiff   Gibson Dunn & Crutcher LLP   2100 McKinney Avenue   Dallas, TX 75201 |
| aty | Michael P. Esser   Kirkland & Ellis LP   555 California Street   San Francisco, CA 94104 |
| aty | Natalie Hoyer Keller   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 |
| aty | P. Stephen Gidiere, III   Balch & Bingham LLP   1901 Sixth Avenue North   Suite 1500   Birmingham, AL 35203−4642 |
| aty | Peter Jonathon Young   Proskauer Rose LLP   70 W. Madison St.   Suite 3800   Chicago, IL 60602 |
| aty | Rebecca Blake Chaikin   601 Lexington Avenue   New York, NY 10022 |
| aty | Richard L. Schepacarter   Office of the United States Trustee   U. S. Department of Justice   844 King Street, Suite 2207   Lockbox #35   Wilmington, DE 19801 |
| aty | Richard M. Cieri   Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022−4611 |
| aty | Richard U.S. Howell   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 |
| aty | Sara B. Zablotney   Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022 |
| aty | Stephen E. Hessler   Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022 |
| aty | Steven N. Serajeddini   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 |

| | | | | | |
|---|---|---|---|---|---|
| aty | Thomas F. Driscoll, III | The Bifferato Firm PA | 1007 North Orange Street | 4th Floor | Wilmington, DE 19801 |
| aty | Thomas M. Horan | Shaw Fishman Glantz & Towbin LLC | 300 Delaware Ave. | Suite 1370 | Wilmington, DE 19801 |
| aty | Todd F. Maynes | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |
| aty | Tyler D. Semmelman | Richards, Layton & Finger, P.A. | 920 N. King Street | Wilmington, DE 19801 | |
| aty | W. Clark Watson | Balch & Bingham LLP | 1901 Sixth Avenue North | Suite 1500 | Birmingham, AL 35203–4642 |
| aty | William Guerrieri | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |
| aty | William T. Pruitt | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |
| aty | Zachary I Shapiro | Richards, Layton & Finger, P.A. | 920 North King Street, P.O. Box 551 | Wilmington, DE 19801 | |

TOTAL: 59