UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979    BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order Denying Motion To Set A Reserve As Moot.

**Docket #:** 13179    **Date Entered:** 6/5/18

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 13204 | Date Filed: | 6/13/18 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: | |
| ☐ Cross Appeal | Docket #: | Date Filed: | |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: | |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

Shirley Fenicle

**Appellee/Cross Appellee**

EFH Plan Administrator Board

**Counsel for Appellant/Cross Appellant:**

Hogan*McDaniel
1311 Delaware Avenue
Wilmington, DE  19806

**Counsel for Appellee/Cross Appellee:**

Richards Layton & Finger P.A.
920 North King Street
Wilmington, DE  19801

| | Yes | No |
|---|---|---|
| Filing fee paid? | ● | ○ |
| IFP application filed by applicant? | ○ | ● |
| Have additional appeals of the same order been filed? | ○ | ● |
| *If Yes, has District Court assigned a Civil Action Number? | ○ | ● |
| Civil Action Number: | | |

*(continued on next page)*

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 6/14/18     **by:** _____
                              Donna Capell
                              **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:   18-34