## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| Energy Future Holdings Corp., *et. al.* | Case No. 14-10979 (CSS) |
| Debtors.[1] | Jointly Administered |
| | **Re: D.I. No. 13202** |

## APPELLANTS' STATEMENT OF ISSUES ON APPEAL, CERTIFICATE REGARDING TRANSCRIPTS, AND DESIGNATION OF ITEMS TO BE INCLUDED ON THE RECORD ON APPEAL

Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, appellants Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, individually and as successor-in-interest to the Estate of Gino Albini, and Denis Bergschneider, and Charlotte and Curtis Liberda, (collectively the "Appellants"), creditors in the above-captioned chapter 11 cases, respectfully submit this statement of issues to be presented on appeal from the *Order Denying Substantial Contribution Application, dated June 5, 2018 [D.I. No. 13178]* (the "Order"), and (ii) designation of items to be included in the record on appeal.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

**Statement of Issues to be Presented on Appeal**

1.       Did the Bankruptcy Court err in not allowing as an administrative expense the fees and expenses set out in the Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. § 503(b) for Allowance of Claim for Administrative Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases, In re Energy Future Holdings Corp., Case No. 14-10979 (Apr. 9, 2018 Bankr. D. Del.) [Bankr. D.I. 12926] (the "Substantial Contribution Claim")?

2.       Did the Bankruptcy Court err by not deferring a ruling on the Substantial Contribution Claim until final resolution of the related appeal from the Bankruptcy Court's Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., In re Energy Future Holdings Corp., Case No. 14-10979 (Feb. 27, 2018 Bankr. D. Del.) [Bankr. D.I. 12763][2]?

**Designations**

A.       Materials entered into the evidentiary record during the June 5, 2018 evidentiary hearing as well as during the February 26, 2018, confirmation hearings held for the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, And the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code,* including all written direct examinations and demonstrative evidence, as detailed in **Exhibit A**.[3]

---

[2]       See Civil Docket for Case #: 1:18-cv-00381-RGA.

[3]       In connection with previous appeals in these chapter 11 cases, the Appellants previously confirmed with the Office of the Clerk of the Bankruptcy Court that, notwithstanding anything to the contrary set forth in Del. Bankr. L.R. 8009-1 (b), at this time, the Appellants are not to electronically file a copy of each document identified in this designation that does not have a docket number or otherwise appear on the docket in chapter II Case No. 14-10979 (CSS) (Bankr. D. Del.) (including, without limitation, the documents identified in **Exhibit A** attached hereto). To the extent that the Office of the Clerk of the Bankruptcy Court

B.       The following documents filed in the Bankruptcy Court, and transcripts in the

chapter 11 cases:[4]

> 1.    Chapter 11 Voluntary Petition. Filed by Energy Future Holdings Corp; (Case No. 14-10979-CSS). [D.I. No. 1];
>
> 2.    Chapter 11 Voluntary Petition. Filed by LSGT Gas Company LLC; (Case No. 14-11039-CSS). [D.I. No. 1];
>
> 3.    Chapter 11 Voluntary Petition. Filed by EECI, Inc.; (Case No. 14-10992-CSS). [D.I. No. 1];
>
> 4.    Chapter 11 Voluntary Petition. Filed by EEC Holdings, Inc.; (Case No. 14-10990-CSS). [D.I. No. 1];
>
> 5.    Chapter 11 Voluntary Petition. Filed by LSGT SACROC, Inc.; (Case No. 14-11012-CSS). [D.I. No. 1];
>
> 6.    Motion for Joint Administration Filed by 4Change Energy Company, 4Change Energy Holdings LLC, Big Brown 3 Power Company LLC, Big Brown Lignite Company LLC, Big Brown Power Company LLC, Brighten Energy LLC, Brighten Holdings LLC, DeCordova Power Company LLC, EBASCO SERVICES OF CANADA LIMITED, EEC Holdings, Inc., EECI, Inc., EFH Australia (No. 2) Holdings Company, EFH Corporate Services Company, Eagle Mountain Power Company LLC, Energy Future Holdings Corp., TXU Electric Company, Inc., TXU Energy Receivables Company LLC, TXU Energy Retail Company LLC, Texas Competitive Electric Holdings Company LLC, Tradinghouse Power Company LLC. [D.I. No. 17];
>
> 7.    Motion to Continue Customer Programs Motion of Energy Future Holdings Corp., et al., for Entry of (A) An Order Authorizing the Debtors to (I) Maintain and Administer Customer Programs and Customer Agreements, (II) Honor Prepetition Obligations Related Thereto, (III) Pay Certain Expenses on Behalf of Certain Organizations, (IV) Fix the Deadline to File Proofs of Claim for Certain Customer Claims, and (V) Establish Procedures for Notifying Customers of Commencement of the Debtors Chapter 11

---

or the Office of the Clerk of the United States District Court for the District of Delaware would like a paper copy of any of the documents identified in this designation that does not have a docket number or otherwise appear on the docket in chapter 11 Case No. 14-10979 (CSS) (Bankr. D. Del.) (including, without limitation, the documents identified in **Exhibit A**), such documents are available from the Appellants' counsel upon request.

[4]       Each item designated by the Appellants includes all exhibits and other documents included within each entry for such item as they appear on the docket.

Cases, Assumption of Customer Agreement, and the Bar Date for Customer Claims and (B) An Order Authorizing Certain of the Debtors to Assume the Customer Agreements. [D.I. No. 31];

8. Motion to Maintain Bank Accounts Filed by Energy Future Holdings Corp. [D.I. No. 37];

9. Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., *et al.*, in Support of First Day Motions. [D.I. No. 98];

10. Order [INTERIM] Directing Joint Administration of the Debtors' Chapter 11 Cases. [D.I. No. 287];

11. Order (INTERIM) (A) Authorizing the Debtors To (I) Continue Using Their Existing Cash Management System, etc. [D.I. No. 304];

12. Order (INTERIM) Authorizing the Debtors to (A) Maintain and Administer Customer Programs and Customer Agreements, (B) Honor Prepetition Obligations Related Thereto, (C) Pay Certain Expenses on Behalf of Certain Organizations, (D) Fix the Deadline to File Proofs of Claim for Certain Customer Claims, and (E) Establish Procedures for Notifying Customers of Commencement of the Debtors Chapter 11 Cases, Assumption of the Customer Agreements, and the Bar Date for Customer Claims. [D.I. No. 307];

13. Order Approving the Retention and Appointment of Epiq Bankruptcy Solutions, LLC as the Claims and Noticing Agent for the Debtors. [D.I. No. 321];

14. Notice of Appointment of Committee of Unsecured Creditors. [D.I. No. 420];

15. Motion of Energy Future Holdings Corp., *et al.*, for Entry of an Order Authorizing the RSA Debtors to Assume the Restructuring Support Agreement and Modifying the Automatic Stay. [D.I. No. 505];

16. Order (FINAL) (A) Authorizing the Debtors To (I) Continue Using Their Existing Cash Management System, etc. [D.I. No. 801];

17. Order (FINAL) Directing Joint Administration of the Debtors' Chapter 11 Cases (Case No. 14-10979). [D.I. No. 849];

18.    Schedule A, Schedule B, Schedule C, Schedule D, Schedule E, Schedule F, Schedule G, Schedule H, Sum of Schedules Declaration Concerning Energy Futures Holdings Corp. (Case No. 14-10979). [D.I. No. 1237];

19.    Schedules/Statements filed for EEC Holdings, Inc. (Case No. 14-10990). [D.I. No. 1250];

20.    Global Notes and Statement of Limitations, Methods and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities of Affairs. [D.I. No. 1258];

21.    Schedules/Statements filed for EECI, Inc. (Case No. 14-10992). [D.I. No. 1269];

22.    Schedules/Statements filed for LSGT Gas Company LLC. (Case No. 14-11039). [D.I. No. 1272];

23.    Schedules/Statements filed for LSGT SACROC, Inc. (Case No. 14-11012). [D.I. No. 1276];

24.    Statement of Financial Affairs, for Energy Future Holdings Corp. (Case No. 14-10979). [D.I. No. 1345];

25.    Statement of Financial Affairs for EEC Holdings, Inc. (Case No. 14-10990). [D.I. No. 1346];

26.    Statement of Financial Affairs for EECI, Inc. (Case No. 14-10992). [D.I. No. 1349];

27.    Statement of Financial Affairs for LSGT Gas Company LLC. (Case No. 14-11039). [D.I. No. 1377];

28.    Statement of Financial Affairs for LSGT SACROC, Inc. (Case No. 14-11012). [D.I. No. 1379];

29.    Motion to Establish Deadline to File Proofs of Claim (Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form and Manner of Non-Customer Proofs of Claim and Requests for Payment Under Section

503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof). [D.I. No. 1682];

30.    Motion for Leave (Debtors Motion for Leave to File and Serve a Late Reply in Response to Any Objection of a Group of Purported Asbestos Claimants Represented by Montgomery, McCracken, Walker & Rhoads, LLP to the "Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof"). [D.I. No. 1772];

31.    Order Granting Leave to File and Serve a Late Reply in Response to Any Objection of a Group of Purported Asbestos Claimants Represented by Montgomery, McCracken, Walker & Rhoads, LLP to the "Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof". [D.I. No. 1782];

32.    Objection of Certain Asbestos Claimants to the Motion of Energy Future Holdings Corp., *et al.,* for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof. [D.I. No. 1791];

33.    Objection - Corrected of Certain Asbestos Claimants to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(B)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(B)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof. [D.I. No. 1796];

34.    Debtors' Reply in Support of Bar Date with Respect to Asbestos Claims. [D.I. No. 1804];

35.    Notice of Filing of Revised Proposed Form of "Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, (B) Approving the Form of and Manner for Filing Non-Customer Proofs of Claim and Requests for Payment Under Section 503(b)(9) of the Bankruptcy Code, and (C) Approving Notice Thereof". [D. I. No. 1828];

36.    Confidentiality Agreement and Stipulated Protective Order. [D.I. No. 1833];

37.    Order (A) Setting Bar Dates for Filing Non-Customer Proofs of Claim And Request for Payment, (B) Approving the Form of And Manner for Filing Non-Customer Proofs of Claim and Request for Payment, and (C) Approving the Notice. [D.I. No. 1866];

38.    Transcript regarding Hearing Held 8/13/2014. [D.I. No. 1945];

39.    Brief - Supplemental of the Personal Injury Law Firms in Opposition to the Imposition of a Claims Bar Date Affecting Present and Future Asbestos Personal Injury Claimants. [D.I. No. 1983];

40.    Brief (Debtors' Supplemental Brief in Support of Bar Date with Respect to Asbestos Claims). [D.I. No. 1984];

41.    Emergency Motion of Certain Asbestos Claimants to Continue September 16, 2014 Hearing with Respect to the Imposition of a Claims Bar Date Affecting Present and Future Asbestos Personal Injury Claimants). [D.I. No. 2011];

42.    Objection (Debtors Objection to the PI Law Firms Emergency Motion to Continue the September 16, 2014 Hearing with Respect to the Imposition of a Bar Date for Personal Injury Asbestos Claims). [D.I. No. 2012];

43.    Order (I) Granting Emergency Motion of Certain Asbestos Claimants to Continue September 16, 2014 Hearing With Respect To The Imposition Of A Claims Bar Date Affecting Present And Future Asbestos Personal Injury Claimants And (II) Shortening Notice Relating To The Emergency Motion. [D.I. No. 2013];

44.    Transcript of Hearing dated September 16, 2014. [D.I. No. 2081];

45.     Amended Schedule G, Declaration Concerning Debtors Schedules Statement of Financial Affairs for Energy Future Holdings Corp. (Case No. 14-10979). [D.I. No. 2146];

46.     Amended Declaration Concerning Debtors Schedules for LSGT SACROC, Inc. (Case No. 14-11012). [D.I. No. 2168];

47.     Notice of Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities for Debtor EBASCO Services of Canada Limited (Case No. 14-10987). [D.I. No. 2171];

48.     Amended Declaration Concerning Debtors Schedules for EEC Holdings, Inc. (Case No. 14-10990). [D.I. No. 2176];

49.     Amended Schedule G, Declaration Concerning Debtors Schedules for EECI, Inc. (Case No. 14-10992). [D.I. No. 2178];

50.     Amended Schedules/Statements filed: Decl. Concerning Debtors Schedules for LSGT Gas Company LLC. (Case No. 14-11039). [D.I. No. 2210];

51.     Omnibus Tax Memorandum. [D.I. No. 2296];

52.     Notice of Appointment of Committee of Unsecured Creditors. [D.I. No. 2570];

53.     Transcript regarding Hearing Held 10/28/2014 RE: Omnibus. [D.I. No. 2701];

54.     Opinion re Bar Date Motion. [D.I. No. 3183];

55.     Transcript of Hearing Held on January 13, 2015. [D.I. No. 3308];

56.     First Amended Notice of Appointment of Committee of Unsecured Creditors. [D.I. No. 3313];

57.     Reservation of Rights Statement of the EFH Official Committee Regarding Asbestos Claimants with Unmanifested Injuries. [D.I. No. 3329];

58.     Second Amended Notice of Appointment of Committee of Unsecured Creditors. [D.I. No. 3403];

59.     Motion of the EFH Official Committee for Entry of an Order Granting Derivative Standing and Authority to Prosecute and

Settle Claims on Behalf of the Luminant Debtors Estates. [D.I. No. 3605];

60.    Debtors' Omnibus Objection to Standing Motions. [SEALED]. [D.I. No. 3727];

61.    Order (A) Authorizing Partial Repayment of EFIH Second Lien Notes; (B) Approving EFIH DIP Consent; and (C) Authorizing Consent Fee. [D.I. No. 3855];

62.    Notice of Filing of Proposed Form of Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof, dated March 24, 2015. [D.I. No. 3965];

63.    Debtors Supplemental Memorandum of Law with Respect to the Bar Date Motion and in Support of (A) the Form of and Manner for Filing Asbestos Proofs of Claim and (B) the Form and manner of Notice of Bar Date with Respect to Asbestos Proofs of Claim. [D.I. No. 3966];

64.    Declaration of Cameron Azari in Support of the Form and Manner of Notice of Bar Date with Respect to Asbestos Proofs of Claims. [D.I. No. 3967];

65.    Declaration of James Katchadurian in Support of the Bar Date Motion and in Support of (A) the Form of and Manner for Filing Asbestos Proofs of Claim and (B) the Form and manner of Notice of Bar Date with Respect to Asbestos Proofs of Claim. [D.I. No. 3968];

66.    Findings of Fact and Conclusions of Law. [D.I. No. 3984];

67.    Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 4142];

68.    Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 4143];

69.    Energy Future Competitive Holdings Company LLC and Texas Competitive Electric Holdings Company LLC's Statement in Support of Intercompany Settlement Plan. [D.I. No. 4145];

70.    Energy Future Intermediate Holdings Company LLC's Statement in Support of Intercompany Settlement Plan. [D.I. No. 4146];

71.    Statement of Disinterested Directors of Debtors Energy Future Holdings Corp. Regarding Proposed Settlement of Conflict Matters as Part of Proposed Plan of Reorganization. [D.I. No. 4147];

72.    Order (A) Authorizing the Retention and Employment of Kinsella Media, LLC As Asbestos Noticing Expert to The EFH Official Committee Nunc Pro Tunc To March 27, 2015 And (B) Waiving Certain Information Requirements. [D.I. No. 4159];

73.    Notice of Emergency Motion of the EFH Official Committee for Entry of an Order (I) Adjourning the Hearing, Currently Scheduled for June 1, 2015, on the Debtors' Proposed Form of "Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof, dated May 21, 2015. [D.I. No. 4553];

74.    Objection of Energy Future Holdings Corp., et al., to the Emergency Motion of the EFH Official Committee for Entry of an Order (I) Adjourning the Hearing, Currently Scheduled for June 1, 2015, on the Debtors Proposed Form of Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof and (II) Shortening Notice with Respect to the Emergency Motion. [D.I. No. 4565];

75.    Reply in Support of Emergency Motion of the EFH Official Committee for Entry of an Order (I) Adjourning the Hearing, Currently Scheduled for June 1, 2015, on the Debtors Proposed Form of Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof and (II) Shortening Notice with Respect to the Emergency Motion. [D.I. No. 4580];

76.    Order "WITH REVISIONS MADE BY THE COURT" Granting Emergency Motion of The EFH Official Committee For Entry Of An Order (I) Adjourning the Hearing, Currently Scheduled for June 1, 2015, on the Debtors Proposed Form of Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof and (II) Shortening Notice with Respect to the Emergency Motion. [D.I. No. 4581];

77. Objection of the EFH Official Committee to the Debtors' Order (A) Setting the Bart Date for Filing Asbestos Proofs of Claim, (B) Approving the Form and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof. [D.I. No. 4883];

78. Declaration of Cameron Azari in Support of the Debtors Reply to the Objection of the EFH Official Committee to the Debtors Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof. [D.I. No. 4985];

79. Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof. [D.I. No. 4997];

80. Motion of Charlotte Liberda and Curtis Liberda to Appoint Legal Representative. [D.I. No. 5072];

81. Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 5078];

82. Amended Disclosure Statement for the Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 5080];

83. Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof. [D.I. No. 5171];

84. Joinder of Shirley Fenicle, as Successor-In-Interest to The Estate of George Fenicle, and David William Fahy To the Motion of Charlotte and Curtis Liberda to Appoint Legal Representative. [D.I. No. 5194];

85. Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 5197];

86. Objection of Energy Future Holdings Corp., et al., to the Motion of Charlotte Liberda and Curtis Liberda to Appoint Legal Representative and Joinder of Shirley Fenicle, as Successor-In-Interest to the Estate of George Fenicle, and David William Fahy to the Motion of Charlotte and Curtis Liberda to Appoint Legal Representative. [D.I. No. 5209];

87. Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 5244];

88. Disclosure Statement to the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 5246];

89. Order Denying Motion of Charlotte Liberda and Curtis Liberda to Appoint Legal Representative. [D.I. No. 5265];

90. Transcript regarding Hearing Held 8/11/2015. [D.I. No. 5275];

91. Objection of the EFH Official Committee to the Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Approving the Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Vote on the Plan and for Filing Objections to the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents. [D.I. No. 5356];

92. Joinder of Fenicle and Fahy to the Objections of the EFH Official Committee of Unsecured Creditors to the Motion of Energy Future Holdings Corp., Et. Al., for Entry of an Order Approving the Disclosure Statement, et. al. [D.I. No. 5361];

93. Notice of Intent of Shirley Fenicle, as Successor-In-Interest to the Estate of George Fenicle, to Participate in Discovery Related to the Confirmation Proceedings. [D.I. No. 5846];

94. Notice of Intent of David William Fahy to Participate in Discovery Related to the Confirmation Proceedings. [D.I. No. 5912];

95. Debtors' Omnibus Reply to Objections to Disclosure Statement Motion. [D.I. No. 6061];

96. Order Authorizing the Debtors to Enter Into and Perform Under Plan Support Agreement. [D.I. No. 6097];

97. Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 6107];

98.     Disclosure Statement to the Fourth Amended Joint Plan of
        Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant
        to Chapter 11 of the Bankruptcy Code. [D.I. No. 6110];

99.     Fifth Amended Joint Plan of Reorganization of Energy Future
        Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy
        Code. [D.I. No. 6122];

100.    Disclosure Statement to the Fifth Amended Joint Plan of
        Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant
        to Chapter 11 of the Bankruptcy Code. [D.I. No. 6124];

101.    Order (A) Approving the Disclosure Statement, (B) Establishing
        the Voting Record Date, Voting Deadline, and Other Dates, (C)
        Approving Procedures for Soliciting, Receiving, and Tabulating
        Votes on the Plan and for Filing Objections to the Plan, and (D)
        Approving the Manner and Forms of Notice and Other Related
        Documents. [D.I. No. 6131];

102.    Transcript regarding Hearing Held 09/21/2015 RE: Omnibus. [D.I.
        No. 6132];

103.    Supplemental Affidavit of Service on Confidential Parties. [D.I.
        No. 6259];

104.    Notice of Interlocutory Appeal Pursuant to 28 U.S.C. Section 158
        and Federal Rules of Bankruptcy Procedure 8002 and 8003.  [D.I.
        No 6342];

105.    Motion for Leave to Appeal Pursuant to 28 U.S.C. Section
        158(a)(3) (related document [6131]) Filed by Shirley Fenicle, as
        Successor-In-Interest to the Estate of George Fenicle, and David
        William Fahy. [D.I. No. 6344];

106.    Plan Supplement for the Joint Plan of Reorganization of Energy
        Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the
        Bankruptcy Code. [D.I. No. 6544];

107.    Trial Brief and Omnibus Objection of Fenicle and of Fenicle and
        Fahy to (I) Motion of Energy Future Holdings Corp., *et al.*, to
        Approve a Settlement of Litigation Claims and Authorize the
        Debtors to Enter Into and Perform Under The Settlement
        Agreement and (II) Confirmation of The Fifth Amended Joint Plan
        Of Reorganization of Energy Future Holdings Corp., *et al.*
        [SEALED] [D.I. No. 6610];

108.    Objection (Trial Brief and Omnibus Objection of the EFH Official Committee to (I) Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform under the Settlement Agreement and (II) Confirmation of the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code). [D.I. No. 6627];

109.    Debtors' Memorandum of Law in Support of Confirmation of Joint Plan of Reorganization Filed by Energy Future Holdings Corp. [D.I. No. 6647];

110.    Declaration of Brenton A, Rogers, Esq. in Support of the Debtors' Memorandum of Law in Support of Confirmation of Joint Plan of Reorganization. [D.I. No. 6648];

111.    Joinder of Shirley Fenicle, as Successor-In-Interest to the Estate of George Fenicle, and David William Fahy to the Objection of the EFH Official Committee to Notice of Proposed Settlement of EFIH PIK Note Claims of GSO Capital Partners LP and Avenue Capital Management II, L.P. [D.I. No. 6703];

112.    Debtors' Omnibus Reply to Plan Confirmation Objections. [D.I. No. 6817];

113.    Declaration in Support of Brenton A. Rogers, Esq., in Support of the Debtors' Omnibus Reply to Plan Confirmation Objections Filed by Energy Future Holdings Corp. [D.I. No. 6818];

114.    Exhibit(s) (Notice of Filing of Summary of Debtors' Responses to Objections to the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code). [D.I. No. 6819];

115.    Omnibus Reply in Support of Motion of Energy Future Holdings Corp, et al, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement.  [D.I. No. 6820];

116.    Declaration of Brenton A. Rogers, Esq. in Support of the Omnibus Reply in Support of Motion of Energy Future Holdings Corp, et al, to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement. [D.I. No. 6824];

117.    Transcript regarding Hearing Held 11/3/2015 RE: Confirmation. [D.I. No. 6878];

118.    Transcript regarding Hearing Held 11/4/2015 RE: Confirmation (continued). [D.I. No. 6886];

119.    Transcript regarding Hearing Held 11/5/2015 RE: Confirmation (continued).  [D.I. No. 6920];

120.    Transcript regarding Hearing Held 11/6/2015 RE: Confirmation (continued).  [D.I. No. 6925];

121.    Order Denying Motion for Leave to Appeal. [COPY FROM DISTRICT COURT]. [D.I. No. 6986];

122.    Transcript regarding Hearing Held 11/12/2015 RE: Confirmation (continued).  [D.I. No. 6990];

123.    Transcript regarding Hearing Held 11/13/2015 RE: Confirmation (continued).  [D.I. No. 7004];

124.    Supplemental Affidavit of Service. [D.I. No. 7040];

125.    Notice of Settlement Among Debtors, EFH Committee, EFH Notes Trustee, Plan Sponsors, Consenting TCEH First Lien Creditors, and TCEH Committee. [D.I. No. 7090];

126.    Amended Notice of Settlement Among Debtors, EFH Committee, EFH Notes Trustee, Plan Sponsors, Consenting TCEH First Lien Creditors, and TCEH Committee. [D.I. No. 7131];

127.    Order Approving Settlement Among Debtors, EFH Committee, EFH Notes Trustee, And Certain Other Parties. [D.I. No. 7143];

128.    Motion to Approve (Motion for Application of Fed. R. Bankr. P. 7023 to this Proceeding and to Certify a Class Pursuant to FRCP Rule 23) Filed by Michelle Ziegelbaum, Michael Cunningham, Joe Arabie. [D.I. No. 7151];

129.    Transcript regarding Hearing Held 11/25/2015 RE: Confirmation. [D.I. No. 7165];

130.    Amended Motion for Application of Fed. R. Bankr. P. 7023 to this Proceeding and to Certify a Class Pursuant to FRCP Rule 23. [D.I. No. 7185];

131.  Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 7187];

132.  Modified Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 7235];

133.  Order Granting the Motion of Energy Future Holdings Corp., et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter into and Perform Under the Settlement Agreement. [D.I. No. 7243];

134.  Order Confirming the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 7244];

135.  Transcript regarding Hearing Held 12/2/2015 RE: Confirmation (continued). [D.I. No. 7254];

136.  Transcript regarding Hearing Held 12/3/2015 RE: Confirmation (continued). [D.I. No. 7255];

137.  Order (Amended) Confirming the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 7285];

138.  Debtors' Objection to Amended Motion for Application of Fed. R. Bankr. P. 7023 to this Proceeding and to Certify a Class pursuant to FRCP 23. [D.I. No. 7289];

139.  Declaration of Brenton A. Rogers, Esq. in Support of the Debtors' Objection to Amended Motion for Application of Fed. R. Bankr. P. 7023 to this Proceeding and to Certify a Class Pursuant to FRCP Rule 23. [D.I. No. 7290];

140.  Joinder of Shirley Fenicle, as Successor-In-Interest to the Estate of George Fenicle, to the Amended Motion of Michael Cunningham, Joe Arabie and Michelle Ziegelbaum for Application of Fed. R. Bankr. P. 7023 to This Proceeding and to Certify a Class Pursuant to FRCP Rule 23. [D.I. No 7291];

141.  Declaration of James Katchadurian in Support of the Debtors Objection to the Amended Motion for Application of Fed. R. Bankr. P. 7023 to this Proceeding and to Certify a Class Pursuant to FRCP 23. [D.I. No. 7292];

142.    Order Denying the Amended Motion for Application to This
        Proceeding and To Certify A Class. [D.I. No. 7383];

143.    Transcript regarding Hearing Held 12/16/2015 RE:
        Omnibus/Pretrial Conference. [D.I. No. 7407];

144.    Notice of Appeal filed by David William Fahy, Fenicle, Shirley, as
        Successor-In-Interest to the Estate of George Fenicle. [D.I. No.
        7414];

145.    Notice of Appeal from the Order Denying the Amended Motion
        for Application of Fed. R. Bankr. P. 7023 To This Proceeding and
        to Certify a Class Pursuant to FRCP Rule 23. [D.I. No. 7470];

146.    Statement of Issues on Appeal and Designation of Items to be
        Included on the Record on Appeal.  [D.I. No. 7547];

147.    Statement of Issues on Appeal and Designation of Items to Be
        Included on the Record on Appeal.  [D.I. No. 7626];

148.    Motion to Establish Deadline to File Proofs of Claim // Motion of
        Energy Future Holdings Corp., et al., for Entry of an Order (A)
        Setting a Supplemental Bar Date for Ninety Subsequently
        Identified Parties, (B) Approving Notice Thereof, and (C)
        Establishing Related Procedures. [D.I. No. 8150];

149.    Limited Objection of Shirley Fenicle, Individually, and as
        Successor-In-Interest to the Estate of George Fenicle, and David
        William Fahy to Motion of Energy Future Holdings Corp., et al.,
        for Entry of an Order (A) Setting a Supplemental Bar Date for
        Ninety Subsequently Identified Parties, (B) Approving Notice
        Thereof, and (C) Establishing Related Procedure. [D.I. No. 8244];

150.    Debtors Reply in Support of Motion of Energy Future Holdings
        Corp., et al., for Entry of an Order (A) Setting a Supplemental Bar
        Date for Ninety Subsequently Identified Parties, (B) Approving
        Notice Thereof, and (C) Establishing Related Procedures). [D.I.
        No. 8261];

151.    Chapter 11 Plan of Reorganization (Joint Plan of Reorganization of
        Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the
        Bankruptcy Code). [D.I. No. 8355];

152.    Disclosure Statement for the New Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 8356];

153.    Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors Joint Plan of Reorganization and the Approval of Debtors Disclosure Statement. [D.I. No. 8358];

154.    Transcript regarding Hearing Held 11/19/2015 RE: Confirmation (continued).  [D.I. No. 8361];

155.    Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al, Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 8421];

156.    Notice of Intent of David William Fahy to Participate in Disclosure Statement Proceedings and Confirmation Proceedings. [D.I. No. 8441];

157.    Notice of Intent of Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, to Participate in Disclosure Statement Proceedings and Confirmation Proceedings. [D.I. No. 8442];

158.    Objection of Fenicle and Fahy to Motion of Energy Future Holdings Corp., et al., for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Confirmation of Debtors Joint Plan of Reorganization and the Approval of Debtors Disclosure Statement. [D.I. No. 8450];

159.    Order (A) Setting A Supplemental Bar Date for Ninety Subsequently Identified Parties, (B) Approving Notice Thereof, and (C) Establishing Related Procedures. [D.I. No. 8507];

160.    Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With The Confirmation Of Debtors Joint Plan Of Reorganization And The Approval of Debtors Disclosure Statement. [D.I. No. 8514];

161.    Notice of Designation of Supplemental Bar Date in Accordance with "Order (A) Setting a Supplemental Bar Date for Ninety Subsequently Identified Parties, (B) Approving Notice Thereof, and (C) Establishing Related Procedures". [D.I. No. 8553];

162. Chapter 11 Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 8355];

163. Disclosure Statement for the New Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 8356];

164. Amended Chapter 11 Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 8421];

165. Disclosure Statement to the Amended Chapter 11 Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 8423];

166. Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols In Connection With The Confirmation Of Debtors Joint Plan Of Reorganization And The Approval Of Debtors Disclosure Statement. [D.I. No. 8514];

167. Amended Chapter 11 Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 8687];

168. Second Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors. [D.I. No. 8689];

169. Second Amended Chapter 11 Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 8745];

170. Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors. [D.I. No. 8747];

171. Scheduling Order (Supplement) Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With The Confirmation Of Debtors Joint Plan Of Reorganization

And The Approval Of Debtors Disclosure Statement. [D.I. No. 8883];

172.    Motion to Compel Mediation of Disputes Concerning Certain Plan Confirmation Issues. [D.I. No. 8890];

173.    Joinder of Shirley Fenicle, Individually, and as Successor-In-Interest to the Estate of George Fenicle, and David William Fahy to Motion of to Compel Mediation of Disputes Concerning Certain Plan Confirmation Issues. [D.I. No. 8943];

174.    Third Amended Notice of Appointment of Committee of Unsecured Creditors. [D.I. No. 8955];

175.    Order Denying Motion to Compel Mediation of Disputes Concerning Certain Plan Confirmation Issues. [D.I. No. 8957];

176.    Order (SECOND SUPPLEMENT) Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With The Confirmation Of Debtors Joint Plan Of Reorganization And The Approval Of Debtors Disclosure Statement. [D.I. No. 8972];

177.    Notice of Intent to Participate in Disclosure Statement Proceedings and Confirmation Proceedings for New Plan Filed by John H. Jones. [D.I. No. 9165];

178.    Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement. [D.I. No. 9190];

179.    Declaration of William O. Hiltz in Support of the Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement. [D.I. No. 9191];

180.    Declaration of David Ying in Support of Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement. [D.I. No. 9192];

181.    Third Amended Chapter 11 Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 9199];

182.   Disclosure Statement for the Third Amended Joint Plan of Reorganization of Entry Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors. [D.I. No. 9200];

183.   Objection to the Second Amended Joint Plan of Reorganization of Energy Future Holding Corp. et al, Pursuant to Chapter 11 of The Bankruptcy Code, dated June 26, 2016. [D.I. No. 9209];

184.   Debtors Motion in Limine to Preclude E-Side Asbestos Claimants Fenicle and Fahy from Raising Certain Arguments at the TCEH Confirmation Hearing Filed by Energy Future Holdings Corp. [D.I. No. 9219];

185.   Debtors Memorandum of Law in Support of Motion in Limine to Preclude E-Side Asbestos Claimants Fenicle and Fahy from Raising Certain Arguments at the TCEH Confirmation Hearing. [D.I. No. 9220];

186.   Response of Shirley Fenicle and David William Fahy to Debtors Motion in Limine to Preclude E-Side Asbestos Claimants Fenicle and Fahy From Raising Certain Arguments at the TCEH Confirmation Hearing. [D.I. No. 9263];

187.   Order Denying Debtors Motion Limine to Preclude E-Side Asbestos Claimants Fenicle and Fahy from Raising Certain Arguments at the TCEH Confirmation Hearing. [D.I. No. 9283];

188.   Notice of Modifications to Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 9321];

189.   Certification of Counsel Regarding Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors Joint Plan of Reorganization as it Relates to the EFH/EFIH Debtors. [D.I. No. 9373];

190.   Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 9374];

191.   Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With Confirmation

Of The Debtors Joint Plan Of Reorganization As It Relates To The EFH/EFIH Debtors. [D.I. No. 9381];

192.    Joinder of Shirley Fenicle, as Successor-in-Interest to the Estate of George Fenicle, and David William Fahy to the Post-Trial Brief of EFH Indenture Trustee in Support of Objection to Confirmation of Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 9392];

193.    Joinder (Amended) of Shirley Fenicle, as Successor-In-Interest to the Estate of George Fenicle, David William Fahy, and John H. Jones to the Post-Trial Brief of EFH Indenture Trustee in Support of Objection to Confirmation of Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 9394];

194.    Objection of Shirley Fenicle, William Fahy, and John H. Jones to Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into Performance Under Plan Support Agreement. [D.I. No. 9398];

195.    Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors. [D.I. No. 9421];

196.    Letter to The Honorable Christopher S. Sontchi. [SEALED]. [D.I. No. 9483];

197.    Letter to The Honorable Christopher S. Sontchi. [REDACTED]. [D.I. No. 9484];

198.    Objection of Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, David William Fahy, and John H. Jones to the Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of The Bankruptcy Code as It Applies to the EFH Debtors and EFIH Debtors. [D.I. No. 9492];

199.    Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors. [D.I. No. 9493];

200.    Letter from Mark McKane, P.C. to The Honorable Christopher S. Sontchi Concerning Alleged Discovery Dispute With Fenicle and Fahy In Connection With Plan Confirmation With Respect to the EFH and EFIH Debtors. [D.I. No. 9504];

201.    Notice of Appeal from the Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors. [D.I. No. 9521];

202.    Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors. [D.I. No. 9557];

203.    Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement. [D.I. No. 9584];

204.    Transcript Regarding Hearing Held on September 19, 2016. [D.I. No. 9606];

205.    Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 9612];

206.    Disclosure Statement for the Fourth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors. [D.I. No. 9616];

207.    Notice of Agreement to Extend Deadline in Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as It Relates to the EFH/EFIH Debtors. [D.I. No. 9647];

208.    Notice of Appeal of Shirley Fenicle, Individually and as Successor-in-Interest to the Estate of George Fenicle, David William Fahy, and John H. Jones from the Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination FEE, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement. [D.I. No. 9719];

209.  Statement of Issues on Appeal, Certificate Regarding Transcripts, and Designation of Items to be Included on the Record on Appeal. [D.I. No. 9821];

210.  Notice of Intent to Participate in Disclosure Statement Proceedings and Confirmation Proceedings for New Plan Filed by David Heinzmann. [D.I. No. 10030];

211.  Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC, Pursuant to 11 U.S.C. § 1112(b). [D.I. No. 10074];

212.  Memorandum of Law in Support of the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC, Pursuant to 11 U.S.C. § 1112(b). [SEALED]. [D.I. No. 10075];

213.  Memorandum of Law in Support of the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC, Pursuant to 11 U.S.C. § 1112(b). [REDACTED]. [D.I. No. 10076];

214.  Notice of Second Agreement to Extend Deadline in Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as It Relates to the EFH/EFIH Debtors. [D.I. No. 10140];

215.  Objection to Confirmation of Plan. [SEALED]. [D.I. No. 10141];

216.  Objection to Confirmation of Plan. [REDACTED]. [D.I. No. 10142];

217.  Notice of Hearing on the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC, Pursuant to 11 U.S.C. § 1112(b). [D.I. No. 10178];

218.  Notice Regarding Scheduling Order and Commencement of Plan Confirmation Proceedings. [D.I. No. 10235];

219. Supplement to Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Debtors' Joint Plan of Reorganization as It Relates to the EFH/EFIH Debtors. [D.I. No. 10239];

220. Opposition of Energy Future Holdings Corp., et al., to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b). [D.I. No. 10249];

221. Declaration of Jonathan F. Ganter, Esq., in Support of Opposition of Energy Future Holdings Corp. *et al.*, to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC, Pursuant to 11 U.S.C. § 1112(b). [SEALED]. [D.I. No. 10251];

222. Declaration of Jonathan F. Ganter, Esq., in Support of Opposition of Energy Future Holdings Corp. *et al.*, to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC, Pursuant to 11 U.S.C. § 1112(b). [REDACTED]. [D.I. No. 10252];

223. Reply Brief in Support of Motion of Shirley Fenicle, William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b). [SEALED]. [D.I. No. 10273];

224. Reply Brief in Support of Motion of Shirley Fenicle, William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b). [REDACTED]. [D.I. No. 10274];

225. Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 10290];

226. Disclosure Statement for the Fifth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant

to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors. [D.I. No. 10293];

227.    Sur-reply of Energy Future Holdings Corp., et al., to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Company LLC Pursuant to 11 U.S.C. § 1112(b). [D.I. No. 10304];

228.    Declaration of Jonathan F. Ganter, Esq. in Support of Sur-reply of Energy Future Holdings Corp., et al., to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SAROC, Inc., and LSGT Gas Co, LLC. [REDACTED]. [D.I. No. 10305];

229.    Declaration in Support (Declaration of Jonathan F. Ganter, Esq. in Support of Sur-reply of Energy Future Holdings Corp., et al., to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co, LLC). [SEALED]. [D.I. No. 10306];

230.    Transcript of the December 5, 2016 Hearing. [D.I. No. 10324];

231.    Supplemental Order Approving the Revised Schedule for the EFH/EFIH Confirmation Proceedings. [D.I. No. 10327];

232.    Debtors' Post-Hearing Memorandum in Opposition to the Motion to Dismiss the Chapter 11 Petitions of the LSGT Debtors. [D.I. No. 10352];

233.    Post-Hearing Brief in Support of the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. sec 1112(b). [SEALED]. [D.I. No. 10353];

234.    Post-Hearing Brief in Support of the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. sec 1112(b). [REDACTED]. [D.I. No. 10354];

235. Opinion re the Order Denying the Motion to Dismiss. [D.I. No. 10414];

236. Order Denying the Motion to Dismiss. [D.I. No. 10415];

237. Memorandum of Law in Support of the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC, Pursuant to 11 U.S.C. § 1112(b). [Amended Redacted Public Version]. [D.I. No. 10419];

238. Disclosure Statement for the Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors Filed by Energy Future Holdings Corp. [D.I. No. 10446];

239. Sixth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 10453];

240. Notice of Appeal from the Order Denying the Motion to Dismiss. [D.I. No. 10511];

241. Amended Notice of Appeal of Order Denying Motion to Dismiss. [D.I. No. 10513];

242. Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors. [D.I. No. 10535];

243. Amended Disclosure Statement for the Seventh Amended Joint Plan of   Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors. [D.I. No.10564];

244. Statement of Issues on Appeal, Certificate Regarding Transcripts, and Designation of Items to be Included on the Record on Appeal. [D.I. No. 10864];

245. Amended Plan Supplement as it Relates to the EFH Debtors and EFIH Debtors for the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 10729];

246.   Objection of Shirley Fenicle, William Fahy, John H. Jones, and David Heinzmann to Confirmation of the Debtors' Seventh Amended Joint Plan of Reorganization as it Relates to the EFH Debtors and EFIH Debtors, and all exhibits thereto. [SEALED]. [D.I. No. 10756];

247.   Objection of Shirley Fenicle, William Fahy, John H. Jones, and David Heinzmann to Confirmation of the Debtors' Seventh Amended Joint Plan of Reorganization as it Relates to the EFH Debtors and EFIH Debtors, and all exhibits thereto. [REDACTED]. [D.I. No. 10757];

248.   Initial Pretrial Order Concerning Certain Pretrial Procedures. [D.I. No. 10766];

249.   Debtors' Memorandum of Law in Support of Confirmation of the Seventh Amended Joint Plan of Reorganization as it Relates to the EFH Debtors and EFIH Debtors. [D.I. No. 10795];

250.   Declaration of Jonathan F. Ganter, Esq., in Support of Debtors' Memorandum of Law in Support of Confirmation of the Seventh Amended Joint Plan of Reorganization as it Relates to the EFH Debtors and EFIH Debtors, and all exhibits thereto. [D.I. No. 10797];

251.   Order (Joint) Stipulated Final and Pre-Trial Order. [D.I. No. 10819];

252.   Transcript of Pretrial Conference Held on February 13, 2017. [D.I. No. 10826];

253.   Transcript of Hearing Held on February 14, 2017. [D.I. No. 10842];

254.   Chapter 11 Plan of Reorganization (Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code). [D.I. No. 10853];

255.   Certification of Counsel Concerning Order Confirming the Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors Filed by Energy Future Holdings Corp. [D.I. No. 10856];

256.  Order Confirming the Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as It Applies to The EFH Debtors and EFIH Debtors. [D.I. No. 10859];

257.  Transcript of Hearing Held on February 16, 2017. [D.I. No. 10864];

258.  Transcript of Hearing Held on February 17, 2017. [D.I. No. 10865];

259.  Transcript of Hearing Held on February 15, 2017. [D.I. No. 10870];

260.  Notice of Appeal from the Order Confirming the Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors. [D.I. No. 10950];

261.  Clerk's Notice Regarding Filing of Appeal (BAP-17-5). [D.I. No. 10962];

262.  Notice of Docketing Record on Appeal to District Court. Civil Action Number: 17-229; BAP Number: 17-05. [D.I. No. 10969];

263.  Statement of Issues on Appeal (Appellants), Certificate Regarding Transcripts, and Designation of Items to be Included on the Record on Appeal. [D.I. No. 11018];

264.  Notice of Filing of Letters Terminating (A) the NEE Plan Support Agreement and (B) the NEE Merger Agreement. [D.I. No. 11424];

265.  Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee. [D.I. No. 11430];

266.  Declaration of Paul Keglevic in Support of the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee. [D.I. No. 11431];

267.  Declaration of David Ying in Support of the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee.  [D.I. No. 11432];

268.  Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the

EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 11628];

269.    Complaint by Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC against NextEra Energy, Inc. Adversary case 17-50942-CSS. [D.I. No. 11668];

270.    Motion to Intervene of Shirley Fenicle, William Fahy, John H. Jones and David Heinzmann to Intervene Pursuant to Rule 24 of the Federal Rules of Civil Procedure and Rule 7024 of the Federal Rules of Bankruptcy Procedure. [Adversary case 17-50942-CSS. D.I. No. 27];

271.    Reply [Redacted] in Support of Motion of Shirley Fenicle, William Fahy, John H. Jones and David Heinzmann to Intervene Pursuant to Rule 24 of the Federal Rules of Civil Procedure and Rule 7024 of the Federal Rules of Bankruptcy Procedure.  Adversary case 17-50942-CSS. [Adversary case 17-50942-CSS. D.I. No. 65];

272.    Order Denying Asbestos Objections Motion to Intervene. Adversary case 17-50942-CSS. [Adversary case 17-50942-CSS. D.I. No. 69];

273.    Notice of Filing of Amendments to Agreement and Plan of Merger. [D.I. No. 11786];

274.    Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement.  [D.I. No. 11801];

275.    Declaration of Anthony Horton in Support of the Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement. [D.I. No. 11802];

276.    Order (Amended and Superseding) Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With Confirmation Of The First Amended Joint Plan Of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, And The EFH/EFIH Debtors Pursuant To Chapter 11 Of The Bankruptcy Code. [D.I. No. 11835];

277.    Declaration of David Ying in Support of the Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement. [D.I. No. 11852];

278.    Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline And Other Dates, (C) Approving Procedures For Soliciting Receiving, And Tabulating Votes On The Plan, And (D) Approving The Manner And Forms Of Notice And Other Related Documents. [D.I. No. 11870];

279.    Order (CORRECTED) (A) Authorizing Entry into Merger Agreement and Approving Termination Fee, and (B) Authorizing Entry Into and Performance Under Plan Support Agreement. [D.I. No. 11873];

280.    First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 11887];

281.    Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [Solicitation Version]. [D.I. No. 11889];

282.    Supplement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 12104];

283.    Notice of Filing of Plan Supplement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 12105];

284.    Notice of Intent to Participate in Confirmation Proceedings for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code of Robert Albini, individually and as executor

and successor-in-interest of the Estate of Gino Albini. [D.I. No. 12121];

285.    Notice of Intent of Kurt Carlson To Participate in Confirmation Proceedings for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 12122];

286.    Notice of Intent of Harold Bissell To Participate in Confirmation Proceedings for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 12127];

287.    Objection to First Amended Joint Plan, Filed September 11, 2017) of Shirley Fenicle, William Fay, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson and Robert Albini. [D.I. No. 12142];

288.    Notice of Intent to Participate in Confirmation Proceedings for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code of Denis Bergschneider. [D.I. No. 12271];

289.    Order (SUPPLEMENT TO AMENDED AND SUPERSEDING) Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection With Confirmation Of The First Amended Joint Plan Of Reorganization Of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, And The EFH/EFIH Debtors Pursuant To Chapter 11 Of The Bankruptcy Code. [D.I. No. 12279];

290.    Certification of Counsel Regarding Stipulation and Proposed Order with Respect to the Use of the Ankura Report of the Confirmation Proceedings. [D.I. No. 12292];

291.    Stipulation and Proposed Order. [D.I. No. 12294];

292.    [SEALED] Objection to Confirmation of Plan Shirley Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, and Denis Bergschneider [Confidential - Filed Under Temporary Seal Subject to Energy Future Holdings Protective Order]. [D.I. No. 12377];

293.  Objection to Confirmation of Plan [REDACTED] of Shirley
      Fenicle, David William Fahy, John H. Jones, David Heinzmann,
      Harold Bissell, Kurt Carlson, Robert Albini, and Denis
      Bergschneider.  [D.I. No. 12378];

294.  Motion to Join Denis Bergschneider as an Objector to the
      Objection to the First Amended Joint Plan of Reorganization of
      Energy Future Holdings Corp., Energy Future Intermediate
      Holding Company, LLC, and the EFH/EFIH Debtors Pursuant to
      Chapter 11 of the Bankruptcy Code, dated September 11, 2017.
      [D.I. No. 12379];

295.  Notice of Filing of Unsealed Objection of Shirley Fenicle, David
      William Fahy, John H. Jones, David Heinzmann, Harold Bissell,
      Kurt Carlson, Robert Albini and Denis Bergschneider to
      Confirmation of the First Amended Joint Plan of Reorganization of
      Energy Future Holdings Corp., Energy Future Intermediate
      Holding Company, LLC, and the EFH/EFIH Debtors Pursuant to
      Chapter 11 of the Bankruptcy Code; Exhibit A – Gori (John Jones)
      Declaration, Exhibit A-1, Exhibit A-2, Exhibit A-3, Exhibit A-4,
      Exhibit A-5, Exhibit A-6; Exhibit B -  Ruckdeschel (Heinzmann)
      Declaration, Exhibit B-1, Exhibit B-2, Exhibit B-3, Exhibit B-4;
      Exhibit C – Early (Bissell, Carlson, Albini) Declaration, Exhibit C-
      1, Exhibit C-2, Exhibit C-3, Exhibit C-4, Exhibit C-5, Exhibit C-6,
      Exhibit C-7, Exhibit C-8, Exhibit C-9, Exhibit C-10, Exhibit C-11,
      Exhibit C-12, Exhibit C-13, Exhibit C-14, Exhibit C-15, Exhibit C-
      16; Exhibit D – Thiel (Bergschneider) Declaration, Exhibit D-1,
      Exhibit D-2, Exhibit D-3; Exhibit E – Excerpt from Paul Keglevic
      Deposition,  10/13/16; Exhibit F – Email from Veronica Nunn to
      Stacey Dore, 7/6/16; Exhibit G – Forecast of Thomas E. Vasquez,
      10/21/16; Exhibit H – Expert Report of David Ying, 10/21/16.
      [D.I. No. 12500];

296.  Notice of Hearing to Consider Confirmation of the Chapter 11 Plan
      as it Applies to the EFH/EFIH Debtors and Related Matters) Filed
      by Energy Future Holdings Corp.  [D.I. No. 12512];

297.  Certificate of No Objection Regarding the Motion for Joinder of
      Denis Bergschneider as an Objector.  [D.I. No. 12514];

298.  Order Granting Motion for Joinder of Denis Bergschneider. [D.I.
      No. 12515];

299.  Order (Second Supplement to Amended and Superseding)
      Scheduling Certain Hearing Dates and Deadlines and Establishing
      Certain Protocols In Connection With Confirmation Of The First

Amended Joint Plan Of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, And The EFH/EFIH Debtors Pursuant To Chapter 11 Of The Bankruptcy Code. [D.I. No. 12519];

300.    Certification of Counsel Regarding Stipulation and Proposed Order Regarding Certain Evidence in Connection with Confirmation. [D.I. No. 12530];

301.    Order (Stipulation).  [D.I. No. 12547];

302.    Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the Settlement Between the Debtors and Sempra and Approving the Agreed Amendment to the Merger Agreement). [D.I. No. 12571];

303.    Modified First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 12653];

304.    Notice of Filing of Proposed Confirmation Order. [D.I. No. 12655];

305.    Certification of Counsel Regarding Stipulation and Proposed Order Regarding Record Designations for Confirmation Hearing (related document(s) [11887], [12547], [12653]) Filed by Energy Future Holdings Corp.  [D.I. No. 12663];

306.    Debtors Memorandum of Law in Support of Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code.  [D.I. No. 12666];

307.    Sempra Energy's (I) Statement in Support of Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings, Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code and (II) Joinder in the EFH/EFIH Debtors Confirmation Brief. [D.I. No. 12667];

308.    Declaration of Jonathan F. Ganter, Esq. in Support of the Debtors Memorandum of Law in Support of Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and

the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 12668];

309.    Notice of Filing of the First Amended Supplement to the First Amended Joint Chapter 11 Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 12685];

310.    Stipulation and Order. [D.I. No. 12704];

311.    Joint Stipulated Final Pre-Trial Order. [D.I. No. 12712];

312.    Notice of Filing of Amended Proposed Confirmation Order. [D.I. No. 12748];

313.    Notice of Filing of Further Amended Proposed Confirmation Order.  [D.I. No. 12761];

314.    Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code.  [D.I. No. 12763];

315.    Transcript regarding Hearing Held 2/26/18 RE: Confirmation. [D.I. No. 12763];

316.    Transcript regarding Hearing Held 2/27/18 RE: Confirmation Order. [D.I. No. 12771];

317.    Order Approving Stipulation to Extend Certain Deadlines Under the Plan.  [D.I. No. 12795];

318.    Notice of Filing of the Second Amended Supplement to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 12798];

319.    Notice of Appeal Pursuant to 28 U.S.C. 158(a), Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, and Rule 8003-1 of the Local Rules of United States Bankruptcy Court for the District of Delaware from the Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, And the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code. [D.I. No. 12799];

320.  Notice of Effective Date. [D.I. No. 12801];

321.  Clerks Notice Regarding Filing of Appeal. [D.I. No. 12802];

322.  Transmittal of Record on Appeal to District Court. [D.I. No. 12803];

323.  Statement of Issues on Appeal (Appellants) and Designation of Items to be Included in Record on Appeal. [D.I. No. 12843];

324.  Letter from Judge Sontchi. [D.I. No. 12896];

325.  Letter to the Honorable Christopher S. Sontchi in Response to his April 3, 2018 Letter. [D.I. No. 12913];

326.  Motion for Substantial Contribution. [D.I. No. 12926];

327.  Motion to Allow for Order Requiring Reserve for Administrative Expenses Claim. [D.I. No. 12927];

328.  Notice of Adjourned/Rescheduled Hearing. [D.I. No. 12938];

329.  Notice of Adjourned/Rescheduled Hearing. [D.I. No. 12939];

330.  Notice of Service of Discovery filed by EFH Plan Administrator Board. [D.I. No. 13065];

331.  Letter From Judge Sontchi To Gitlin & Company LLC. [D.I. No. 13088];

332.  Notice of Service of Discovery. [D.I. No. 13099];

333.  Amended Declaration in Support (Amended Declaration of Joseph D. Frank in Support of the Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. 503(B) for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution in these Chapter 11 Cases. [D.I. No. 13122];

334.  United States Trustees Objection to the Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. 503(B) for Allowance of Administrative Claim for Reimbursement of Expenses Incurred in Making a Substantial Contribution in these Chapter 11 Cases. [D.I. No. 13104];

335. EFH Plan Administrator Boards Objection to Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. Section 503(b) for Allowance of Administrative Claim for Reimbursement of Expenses Incurred in Making a Substantial Contribution in these Chapter 11 Cases. [D.I. No. 13105];

336. Limited Objection to Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. 503(b) for Allowance of Administrative Claim for Reimbursement of Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases. [D.I. No. 13106];

337. Limited Objection to the Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. 503(b) for Allowance of Administrative Claim for Reimbursement of Expenses Incurred in Making a Substantial Contribution in these Chapter 11 Cases. [D.I. No. 13108];

338. EFH Plan Administrator Boards Objection to Motion of Certain Asbestos Creditors for Order Requiring Reserve for Administrative Expenses Claim. [D.I. No. 13110];

339. Reply in Support of the Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. 503(b) for Allowance of Claim for Administrative Expenses Incurred in Making a Substantial Contribution in These Chapter 11 Cases. [D.I. No. 13160];

340. Reply in Support of Motion of Certain Asbestos Creditors For Order Requiring a Reserve for Administrative Expenses Claim. [D.I. No. 13161];

341. Order Denying Substantial Contribution Application. [D.I. No. 13178];

342. Transcript regarding Hearing Held 06/05/18. [D.I. No. 13184];

343. Notice of Appeal. [D.I. No. 13202];

344. Clerks Notice Regarding Filing of Appeal. [D.I. No. 13206]; and

345. Transmittal of Record on Appeal to District Court. (BAP # 18-33) [D.I. No. 13207].

## Certificate Regarding Transcripts

Pursuant to Rule 8009(b)(1)(A) of the Federal Rules of Bankruptcy Procedure, Appellant hereby files this certificate stating that Appellant is not ordering any transcripts. All transcripts have been prepared and are filed on the docket and are designated in the foregoing designation of the record.

Dated:  June 15, 2018

By:    /s/Daniel K. Hogan
Daniel K. Hogan (DE Bar # 2814)
HOGAN♦MCDANIEL
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7597
Facsimile: (302) 656-7599
dkhogan@dkhogan.com

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, and Robert Albini. individually and as successor-in-interest to the Estate of Gino Albini, Denis Bergschneider, and Charlotte and Curtis Liberda.*

-and-

Leslie M. Kelleher (admitted pro hac vice)
Jeanna M. Koski (admitted pro hac vice)
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005-5802
Telephone: (202) 862-5000

*Counsel for Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, and David William Fahy*

-and-

Steven Kazan (admitted *pro hac vice*)
KAZAN MCCLAIN SATTERLEY &
GREENWOOD
A Professional Law Corporation
Jack London Market
55 Harrison Street, Suite 400
Oakland, CA 94607
Telephone: (510) 302-1000
*Counsel for Shirley Fenicle, individually and*
*as successor-in-interest to the Estate of*
*George Fenicle, and Denis Bergschneider*

# EXHIBIT A

ADMITTED EXHIBITS[5]

**[Page Left Intentionally Blank – Exhibits Continue on Next Page]**

---

[5]    At the February 14, 2017, through February 17, 2017, confirmation hearings, the Bankruptcy Court admitted the Appellants' exhibits on into the evidentiary record.

| TAB | AX # | Description |
|---|---|---|
| 1 | AX001 | Chapter 11 Voluntary Petition. Filed by Energy Future Holdings Corp; Case No. 14-10979-CSS |
| 2 | AX002 | Chapter 11 Voluntary Petition. Filed by LSGT Gas Company LLC; Case No. 14-11039-CSS |
| 3 | AX003 | Chapter 11 Voluntary Petition. Filed by EECI, Inc.; Case No. 14-10992-CSS |
| 4 | AX004 | Chapter 11 Voluntary Petition. Filed by EEC Holdings, Inc.; Case No. 14-10990-CSS |
| 5 | AX005 | Chapter 11 Voluntary Petition. Filed by LSGT SACROC, Inc.; Case No. 14-11012-CSS |
| 6 | AX006 | Declaration of Paul Keglevic, Executive Vice President, Chief Financial Officer, and Co-Chief Restructuring Officer of Energy Future Holdings Corp., et al., in Support of First Day Motions, dated April 29, 2014 [D.I. 98] |
| 7 | AX007 | Order (INTERIM) Directing Joint Administration of The Debtors Chapter 11 Cases |
| 8 | AX008 | Order (FINAL) Directing Joint Administration of the Debtors' Chapter 11 Cases. |
| 9 | AX009 | EEC Holdings, Inc., Schedules |
| 10 | AX010 | EECI, Inc., Schedules (Excerpts) |
| 11 | AX011 | LSGT Gas Company LLC, Schedules |
| 12 | AX012 | LSGT SACROC, Inc., Schedules |
| 13 | AX013 | EEC Holdings, Inc., Statement of Financial Affairs |
| 14 | AX014 | EECI, Inc., Statement of Financial Affairs |
| 15 | AX015 | LSGT Gas Company LLC, Statement of Financial Affairs |
| 16 | AX016 | LSGT SACROC, Inc., Statement of Financial Affairs |
| 17 | AX017 | Debtors Reply in Support of Bar Date with Respect to Asbestos Claims |
| 18 | AX018 | Transcript of the August 13, 2014 Omnibus Hearing |
| 19 | AX019 | LSGT SACROC, Inc., Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities |
| 20 | AX020 | EEC Holdings, Inc., Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities |
| 21 | AX021 | EECI, Inc., Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities |

| TAB | AX # | Description |
|-----|------|-------------|
| 22 | AX022 | LSGT Gas Company LLC, Amendments to Statement of Financial Affairs and Schedules of Assets and Liabilities |
| 23 | AX023 | Notice of Appointment of the Official Committee of Unsecured Creditors |
| 24 | AX024 | Notice of Appointment of Creditors Committee -2nd Amended |
| 25 | AX025 | Emergency Motion of the EFH Official Committee for Entry of an Order (I) Adjourning the Hearing, Currently Scheduled for June 1, 2015, on the Debtors Proposed Form of Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form of and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof and (II) Shortening Notice with Respect to the Emergency Motion |
| 26 | AX026 | Liberda Motion to Allow Appointment of Legal Representative to Represent the Interests of the Unmanifested Claimants |
| 27 | AX027 | Objection of Energy Future Holdings Corp., et al., to the Motion of Charlotte Liberda and Curtis Liberda to Appoint Legal Representative and Joinder of Shirley Fenicle, as Successor-in-Interest to the Estate of George Fenicle, and David William Fahy to the Motion of Charlotte and Curtis Liberda to Appoint Legal Representative |
| 28 | AX028 | Order Denying Motion of Charlotte Liberda and Curtis Liberda to Appoint Legal Representative |
| 29 | AX029 | Shirley Fenicle's Notice of Intent to Participate, Individually and as Successor-in-Interest |
| 30 | AX030 | David William Fahy's Notice of Intent to Participate |
| 31 | AX031 | Objection to Confirmation of Plan and Trial Brief of Shirley Fenicle and David William Fahy |
| 32 | AX032 | Omnibus Reply to Plan Confirmation Objections |
| 33 | AX033 | Notice of Settlement Among Debtors, EFH Committee, EFH Notes Trustee, Plan Sponsors, Consenting TCEH First Lien Creditors, and TCEH Committee |
| 34 | AX034 | Transcript of the December 3, 2015 Confirmation Hearing |
| 35 | AX035 | Notice of Appeal, filed by Shirley Fenicle, as successor-in-interest to The Estate of George Fenicle and David William Fahy |
| 36 | AX036 | Notice of Appeal filed by Michael Cunningham, Joe Arabie, and Michelle Ziegelbaum |
| 37 | AX037 | Declaration of Brenton A. Rogers in Support of Brief of Appellees |

| TAB | AX # | Description |
|-----|------|-------------|
| **38** | AX038 | William Fahy's Notice of Intent to Participate |
| **39** | AX039 | Shirley Fenicle's Notice of Intent to Participate, Individually and as Successor-in-Interest |
| **40** | AX040 | John H. Jones' Notice of Intent to Participate |
| **41** | AX041 | Objection of Shirley Fenicle, William Fahy, and John Jones to the Merger Agreement |
| **42** | AX042 | Objection of Shirley Fenicle, William Fahy, and John Jones to the Disclosure Statement for the Third Amended Joint Plan of Reorganization of Energy Future Holding Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors |
| **43** | AX043 | Order Authorizing Entry Into Merger Agreement |
| **44** | AX044 | Transcript of the September 19, 2016 Hearing Held Before The Honorable Christopher S. Sontchi |
| **45** | AX045 | Notice of Appeal, filed by Shirley Fenicle, Individually and as successor- in-interest to The Estate of George Fenicle, David William Fahy, and John H. Jones |
| **46** | AX046 | David Heinzmann's Notice of Intent to Participate |
| **47** | AX047 | Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b) |
| **48** | AX048 | Memorandum of Law in Support of the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b), with Exhibits (SEALED) |
| **49** | AX049 | Opposition of Energy Future Holdings Corp., et al., to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC Pursuant to 11 U.S.C. § 1112(b) |

| TAB | AX # | Description |
|-----|------|-------------|
| **50** | AX050 | Declaration of Jonathan F. Ganter, Esq. in Support of Opposition of Energy Future Holdings Corp., et al., to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC, with Exhibits (SEALED) |
| **51** | AX051 | Transcript of December 5, 2016 Hearing on the Motion to Dismiss |
| **52** | AX052 | Opinion re Motion to Dismiss |
| **53** | AX053 | Order Denying the Motion to Dismiss |
| **54** | AX054 | Declaration of Paul Keglevic in Support of the Motion of Energy Future Holdings, et al., to Approve a Settlement of Litigation Claims and Authorize the Debtors to Enter Into and Perform Under The Settlement Agreement and Confirmation of the Fifth Amended Plan of Reorganization, October 30, 2015 |
| **55** | AX055 | Notice of Appeal from the Order Denying the Motion to Dismiss |
| **56** | AX056 | Amended Notice of Appeal from the Order Denying the Motion to Dismiss |
| **57** | AX057 | Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code |
| **58** | AX058 | Disclosure Statement for the Seventh Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code |
| **59** | AX059 | Supplemental Affidavit/Declaration of Service of Catherine Henriquez of Epiq Bankruptcy Solutions, LLC (Order (A) Setting Bar Date For Filing Asbestos Proofs of Claim, (B) Approving The Form of and Manner For Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof, dated 11/16/16) |
| **60** | AX060 | Moody's Public Utility Manual 1993, Page 2680 |
| **61** | AX061 | Moody's Public Utility Manual 1994, Pages 2680 and 2688 |
| **62** | AX062 | Texas Utilities Co/TX - Form 10K, filed Mar. 3, 1997(Excerpted) |
| **63** | AX063 | Texas Utilities Co/TX - Form 10K, filed Mar. 24, 1999 |

| TAB | AX # | Description |
|-----|------|-------------|
| 64 | AX064 | Proof of Claim No. 30873 and accompanying documents, filed by Pauline Marie in Case No. 14-10979 (Unmanifested Asbestos Injury Claim Form) |
| 65 | AX065 | Proof of Claim No. 30874 and accompanying documents, filed by Mark Fenicle in Case No. 14-10979 (Unmanifested Asbestos Injury Claim Form) |
| 66 | AX066 | Proof of Claim No. 30875 and accompanying documents, filed by Shirley Fenicle in Case No. 14 10979 (Unmanifested Asbestos Injury Claim Form) |
| 67 | AX067 | Proof of Claim No. 17201 and accompanying attachments, filed by Shirley Fenicle, as successor-in-interest to The Estate of George Fenicle obo The Estate of George Fenicle in Case No. 14-10990 |
| 68 | AX068 | Proof of Claim No. 17202 and accompanying attachments, filed by Shirley Fenicle, as successor-in-interest to The Estate of George Fenicle obo The Estate of George Fenicle in Case No. 14-11039 |
| 69 | AX069 | Proof of Claim No. 17203 and accompanying attachments, filed by Shirley Fenicle, as successor-in-interest to The Estate of George Fenicle obo The Estate of George Fenicle in Case No. 14-11012 |
| 70 | AX070 | Proof of Claim No. 17204 and accompanying attachments, filed by Shirley Fenicle, as successor-in-interest to The Estate of George Fenicle obo The Estate of George Fenicle in Case No. 14-10979 |
| 71 | AX071 | Proof of Claim No. 17205 and accompanying attachments, filed by Shirley Fenicle, as successor-in-interest to The Estate of George Fenicle obo The Estate of George Fenicle in Case No. 14-10992 |
| 72 | AX072 | Proof of Claim No. 16606 and accompanying attachments, filed by David Fahy in Case No. 14-10979 |
| 73 | AX076 | Pre-Trial Declaration of Michael Hunter in Support of Opposition to the Motion of Shirley Fenicle, David William Fahy, John H. Jones, and David Heinzmann to Dismiss Chapter 11 Petitions of Asbestos Debtors EECI, Inc., EEC Holdings, Inc., LSGT SACROC, Inc., and LSGT Gas Co. LLC, with Exhibits |
| 74 | AX078 | Various Board Meeting Minutes/Resignations |
| 75 | AX079 | E-Side Claims History |
| 76 | AX080 | Generating History of EBASCO |

| TAB | AX # | Description |
|-----|------|-------------|
| 77 | AX081 | Asset Purchase Agreement By and Between Enserch Corporation, Ebasco Services, Incorporated, Raytheon Engineers & Constructors, Inc. and United Engineers, Inc., dated November 17, 1993 |
| 78 | AX082 | TXU System Money Pool Guidelines, Mar. 31, 2003 |
| 79 | AX083 | Excel Workbook Calculating Accrued Monthly Interest on the Loan re: October 1, 2004 Promissory Note of $372,400,000.00 from TXU Gas Company to TXU Corp. - January 2007 |
| 80 | AX084 | TXU System Money Pool Guidelines, Mar. 1, 2007 |
| 81 | AX085 | EFH System Money Pool Policy, May 2011 |
| 82 | AX086 | "Project Olympus – Overview of Consolidated Cash Management System" Board Book, June 2013 |
| 83 | AX087 | Minutes of the April 25, 2014 EECI, Inc., Board of Directors Meeting |
| 84 | AX088 | Treatment Summary of EFH Assets and Liabilities, July 2014, Confidential Draft |
| 85 | AX089 | Restructuring Update, Board Book dated October 29, 2014 |
| 86 | AX090 | Minutes of the April 7, 2015 EECI, Inc., and LSGT Gas Company LLC Joint Meeting of Boards of Directors |
| 87 | AX091 | Spreadsheet of EFH Intercompany Balances as of April 30, 2016 |
| 88 | AX092 | Email from Chad Husnick to Christy Rivera, et al re EFH-Asbestos Discussions, May 25, 2016, with attachment |
| 89 | AX093 | Email from Christy Rivera to Emily Greier, et al., re EFH - Asbestos Discussions |
| 90 | AX094 | Email from Emily Greier to Christy Rivera, et al., re EFH – Asbestos Discussion |
| 91 | AX095 | Select Intercompany Balance Descriptions |
| 92 | AX096 | Email from Stacy Dore to Charles Sieving re Follow-Up on Asbestos Diligence Questions |
| 93 | AX097 | Email from Patrick Williams to Andrew Horton, with updated NextEra Due Diligence Tracker |
| 94 | AX098 | NextEra Energy, Inc., Main Due Diligence Log as of Thursday June 16, 2016 |
| 95 | AX099 | Email from Christy Rivera to Emily Greier, et al., re Follow-Up on Asbestos Diligence Questions |
| 96 | AX100 | Corporate Documents and Information for Asbestos Diligence Review |

| TAB | AX # | Description |
|-----|------|-------------|
| 97 | AX101 | Email from Christy Rivera to Emily Greier, et al., re EFH/NextEra: More Diligence Requests |
| 98 | AX102 | Email from Christy Rivera to Emily Greier, et al., re Follow-Up on Asbestos Diligence Questions |
| 99 | AX103_R | Minutes of Joint BoD Teleconferenced Meeting on June 24, 2016 |
| 100 | AX104 | Emails to/from S. Kazan and C. Rivera re Draft Term Sheets |
| 101 | AX105 | Email from Veronica Nunn to Stacey Dore, et al re EFH Asbestos Term Sheet, with EFH Asbestos Term Sheet from Nextera |
| 102 | AX106 | NextEra Energy, Inc., Main Due Diligence Log as of Thursday, July 7, 2016 |
| 103 | AX107 | Email from Charles Sieving to Andy Wright, etc., re Checking In |
| 104 | AX108_R | "Restructuring, Tax, and M&A Update" re Energy Future Holdings, Luminant and TXU Energy Board Book, dated July 22, 2016 |
| 105 | AX109_R | Minutes of Joint BoD Teleconferenced Meeting on July 22, 2016 |
| 106 | AX110_R | Minutes of Joint BoD Teleconferenced Meeting on July 27, 2016 |
| 107 | AX111 | Company Disclosure Letter to Agreement and Plan of Merger, dated July 29, 2016 |
| 108 | AX112 | Email from Mark Brissman to Robert Moussaid, etc., re Estimation Report |
| 109 | AX113 | AON Risk Solutions Board Book – Estimation of EECI, Inc. Asbestos Liabilities as of June 30, 2016, Based on Data as of April 29, 2014 |
| 110 | AX114 | Energy Future Holdings Corp. and Subsidiaries Segment Consolidating Balance Sheet, as of September 30, 2016 |
| 111 | AX115 | Expert Report of Dr. E. Thomas Vasquez, Ph.D. – Forecast of the Cost Resolving All Asbestos- Related Bodily Injury Claims Against Energy Future Holdings Corp. (E-Side), dated October 21, 2016 |
| 112 | AX116 | Updated Expert Report of John Stuart – Hypothetical Liquidation Analysis Support, dated January 20, 2017 |
| 113 | AX117 | Updated Expert Report of David Ying, dated January 20, 2017 |

## FEBRUARY 14-17, 2017 CONFIRMATION HEARING DEMONSTRATIVES

| TAB | D-DEM # | DESCRIPTON |
|-----|---------|------------|
| 114 | D-DEM HORTON 1 | Demonstrative Prepared to Assist Anthony Horton's Testimony, moved into evidence on February 15, 2017 (Day 2), at Tr. 53:13-17. |
| 115 | D-DEM VASQUEZ 1 | Demonstrative Prepared to Assist Thomas Vasquez's Testimony, moved into evidence on February 15, 2017 (Day 2), at Tr. 107:6-18. |
| 116 | D-DEM STUART 1 | Demonstrative Prepared to Assist John Stuart's Testimony, moved into evidence on February 15, 2017 (Day 2), at Tr. 165:23-166:8. |

## FEBRUARY 14-17, 2017 CONFIRMATION HEARING WRITTEN DIRECTS

| TAB | D-DIR | DESCRIPTON |
|-----|-------|------------|
| 117 | D-DIR KEGLEVIC_R | Paul Keglevic's Written Direct Testimony, D-DIR Keglevic_R, served on February 10, 2017, moved into evidence on February 15, 2017 (Day 2) at Tr. 11:11-12:1. |
| 118 | D-DIR YING | David Ying's Written Direct Testimony, D-DIR Ying, served on February 11, 2017, moved into evidence on February 15, 2017 (Day 2) at Tr. 31:21-32:2. |
| 119 | D-DIR HORTON_R | Anthony Horton's Written Direct Testimony, D-DIR Horton_R, served on February 10, 2017, moved into evidence on February 15, 2017 (Day 2) at Tr. 36:4-8. |
| 120 | D-DIR SULLIVAN | Jane Sullivan's Written Direct Testimony, D-DIR Sullivan, served on February 9, 2017, moved into evidence on February 15, 2017 (Day 2) at Tr. 82:2-8. |
| 121 | D-DIR VASQUEZ | Thomas Vasquez's Written Direct Testimony, D-DIR Vasquez, served on February 11, 2017, moved into |

| | | |
|---|---|---|
| | | evidence on February 15, 2017 (Day 2) at Tr. 107:6-18. |
| **122** | D-DIR STUART | John Stuart's Written Direct Testimony, D-DIR Stuart, served on February 11, 2017, moved into evidence on February 15, 2017 (Day 2) at Tr.165:23-166:8. |
| **123** | D-DIR WRIGHT_R | Andrew Wright's Written Direct Testimony, D-DIR Wright_R, served on February 12, 2017, moved into evidence on February 16, 2017 (Day 3) at Tr. 81:24-82:4. |
| **124** | D-DIR HICKSON | Mark Hickson's Written Direct Testimony, DIR Hickson, served on February 10, 2017, moved into evidence on February 16, 2017 (Day 3) at Tr. 12:5-8. |

### FEBRUARY 26, 2018 CONFIRMATION HEARING WRITTEN DIRECTS

| TAB | D-DIR | DESCRIPTON |
|---|---|---|
| **125** | D-DIR ROSENBAUM | Jeffrey Rosenbaum's Declaration, served on February 22, 2018, moved into evidence on February 26, 2018 at Tr. 37:19-38:4. |
| **126** | D-DIR GOODSTEIN | Erica Goodstein's Declaration, served on February 22, 2018, moved into evidence on February 26, 2018 at Tr. 37:19-38:4 |
| **127** | D-DIR HORTON | Anthony Horton's Declaration, D-DIR Horton 2018, served on February 22, 2018, moved into evidence on February 26, 2018 at Tr. 41:12-20 |
| **128** | D-DIR SULLIVAN | Jan Sullivan's Declaration, D-DIR Sullivan 2018, served on February 22, 2018, moved into evidence on February 26, 2018 at Tr. 96:16-24 |
| **129** | D-DIR STUART | John L. Stuart's Declaration, D-DIR Stuart 2018, served on February 22, 2018, moved into evidence on February 26, 2018 at Tr. 99:6-23 |
| **130** | D-DIR YING | David Ying's Declaration, D-DIR Ying 2018, served on February 22, 2018, moved into evidence on February 26, 2018 at Tr.103:1-15 |
| **131** | D-DIR WRIGHT | Andrew M. Wright's Declaration, D-DIR Wright 2018, served on February 22, 2018, moved into evidence on February 26, 2018 at Tr. 116:15-21 |

**FEBRUARY 26, 2018 WITNESS DEMONSTRATIVES**

| Witness Name | Date Testified | Party | Demonstrative ID | Referenced in Examination | Published |
|---|---|---|---|---|---|
| Horton, Anthony | 2/26/2018 | Debtors | D-DEM Horton 1 | Yes | Yes |
| Horton, Anthony | 2/26/2018 | Debtors | D-DEM Horton 2 | Yes | Yes |
| Wright, Andrew M. | 2/26/2018 | Debtors | D-DEM Wright 1 | Yes | Yes |

**FEBRUARY 26, 2018 CONFIRMATION HEARING
EXHIBITS ADMITTING INTO EVIDENCE AT TRIAL[6]**

**[Page Left Intentionally Blank – Exhibits Continue on Next Page]**

---

[6]      At the February 26, 2018, confirmation hearings, the Bankruptcy Court admitted the Appellants' exhibits into the evidentiary record.

| TAB | AX # | Description |
|-----|------|-------------|
| 132 | AX118 | Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form of and Manner For Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof |
| 133 | AX119 | Opinion, Re: Order Denying The Motion to Dismiss |
| 134 | AX120 | Order Denying The Motion to Dismiss |
| 135 | AX121 | Supplemental Affidavit of Service on Confidential Parties |
| 136 | AX122 | Certification of Counsel Concerning Order Confirming the Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors Filed by Energy Future Holdings Corp. |
| 137 | AX123 | Order Confirming The Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code As It Applies To The EFH Debtors and EFIH Debtors. |
| 138 | AX124 | Transcript regarding Hearing Held 2/17/2017. |
| 139 | AX125 | Notice of Appeal from the Order Confirming the Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the EFH Debtors and EFIH Debtors. |
| 140 | AX126 | Statement of Issues on Appeal (Appellants), Certificate Regarding Transcripts, and Designation of Items to be Included on the Record on Appeal |
| 141 | AX127 | Notice of Filing of Letters Terminating (A) the NEE Plan Support Agreement and (B) the NEE Merger Agreement |
| 142 | AX128 | Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee). |
| 143 | AX129 | Declaration of Paul Keglevic in Support of the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee. |
| 144 | AX130 | Declaration of David Ying in Support of the Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee. |
| 145 | AX131 | Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code. |

| TAB | AX # | Description |
|-----|------|-------------|
| 146 | AX132 | Complaint by Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC against NextEra Energy, Inc. Adversary case 17-50942- CSS. |
| 147 | AX133 | Motion to Intervene of Shirley Fenicle, William Fahy, John H. Jones and David Heinzmann to Intervene Pursuant to Rule 24 of the Federal Rules of Civil Procedure and Rule 7024 of the Federal Rules of Bankruptcy Procedure. |
| 148 | AX134 | Reply [Redacted] in Support of Motion of Shirley Fenicle, William Fahy, John H. Jones and David Heinzmann to Intervene Pursuant to Rule 24 of the Federal Rules of Civil Procedure and Rule 7024 of the Federal Rules of Bankruptcy Procedure. Adversary case 17-50942- CSS. |
| 149 | AX135 | Order Denying Asbestos Objections Motion To Intervene. Adversary case 17-50942-CSS. |
| 150 | AX136 | Notice of Filing of Amendments to Agreement and Plan of Merger. |
| 151 | AX137 | Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement. |
| 152 | AX138 | Declaration of Anthony Horton in Support of the Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement. |
| 153 | AX139 | Order (Amended And Superseding) Scheduling Certain Hearing Dates And Deadlines And Establishing Certain Protocols In Connection With Confirmation Of The First Amended Joint Plan Of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, And The EFH/EFIH Debtors Pursuant To Chapter 11 Of The Bankruptcy Code. |
| 154 | AX140 | Declaration of David Ying in Support of the Amended and Superseding Motion of the E- Side Debtors for an Order. |
| 155 | AX141 | Order (A) Approving The EFH Disclosure Statement, (B) Establishing The Voting Record Date, Voting Deadline And Other Dates, (C) Approving Procedures For Soliciting Receiving, And Tabulating Votes On The Plan, And (D) Approving The Manner And Forms Of Notice And Other Related Documents. |

| TAB | AX # | Description |
|-----|------|-------------|
| 156 | AX142 | Order (CORRECTED) (A) Authorizing Entry into Merger Agreement and Approving Termination Fee, and (B) Authorizing Entry Into and Performance Under Plan Support Agreement. |
| 157 | AX143 | First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code. |
| 158 | AX144 | Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [Solicitation Version]. |
| 159 | AX145 | Supplement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code. |
| 160 | AX146 | Notice of Filing of Plan Supplement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code. |
| 161 | AX147 | Notice of Intent To Participate in Confirmation Proceedings for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code of Robert Albini, individually and as executor and successor-in- interest of the Estate of Gino Albini. |
| 162 | AX148 | Notice of Intent of Kurt Carlson To Participate in Confirmation Proceedings for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code. |
| 163 | AX149 | Notice of Intent of Harold Bissell To Participate in Confirmation Proceedings for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code. |

| TAB | AX # | Description |
|-----|------|-------------|
| 164 | AX150 | Objection to First Amended Joint Plan, Filed September 11, 2017) of Shirley Fenicle, William Fay, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson and Robert Albini. |
| 165 | AX151 | Notice of Intent To Participate in Confirmation Proceedings for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code of Denis Bergschneider. |
| 166 | AX152 | Order (SUPPLEMENT TO AMENDED AND SUPERSEDING) Scheduling Certain Hearing Dates And Deadlines And Establishing Certain Protocols In Connection With Confirmation Of The First Amended Joint Plan Of Reorganization Of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, And The EFH/EFIH Debtors Pursuant To Chapter 11 Of The Bankruptcy Code. |
| 167 | AX153 | Certification of Counsel Regarding Stipulation and Proposed Order with Respect to the Use of the Ankura Report of the Confirmation Proceedings. |
| 168 | AX154 | Stipulation and Proposed Order. |
| 169 | AX155 | Objection to Confirmation of Plan [REDACTED] of Shirley Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, and Denis Bergschneider. |
| 170 | AX156 | Motion to Join Denis Bergschneider as an Objector to the Objection to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code, dated September 11, 2017. |
| 171 | AX157 | Notice of Filing of Unsealed Objection of Shirley Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini and Denis Bergschneider to Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code. |
| 172 | AX158 | Notice of Hearing to Consider Confirmation of the Chapter 11 Plan as it Applies to the EFH/EFIH Debtors and Related Matters) Filed by Energy Future Holdings Corp. |
| 173 | AX159 | Certificate of No Objection Regarding The Motion for Joinder of Denis Bergschneider as an Objector. |

| TAB | AX # | Description |
|-----|------|-------------|
| **174** | **AX160** | Order Granting Motion for Joinder of Denis Bergschneider. |
| **175** | **AX161** | Order (Second Supplement To Amended And Superseding) Scheduling Certain Hearing Dates And Deadlines And Establishing Certain Protocols In Connection With Confirmation Of The First Amended Joint Plan Of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, And The EFH/EFIH Debtors Pursuant To Chapter 11 Of The Bankruptcy Code. |
| **176** | **AX162** | Certification of Counsel Regarding Stipulation and Proposed Order Regarding Certain Evidence in Connection with Confirmation (related document(s)[11887]). |
| **177** | **AX163** | Order (Stipulation). |
| **178** | **AX164** | Motion of Energy Future Holdings Corp., et al., for Entry of an Order Approving the Settlement Between the Debtors and Sempra and Approving the Agreed Amendment to the Merger Agreement). |

**[Page Left Intentionally Blank – Exhibits Continue on Next Page]**

## PRIOR RECORD DESIGNATIONS
## AS ORDERED BY THE COURT ON FEBRUARY 23, 2018 [D.I. 12703]
## MOTION TO DISMISS HEARING

| Written Directs |
| --- |
| D-DIR Horton |
| D-DIR Hunter |
| D-DIR Moldovan |

| Demonstratives |
| --- |
| D-DEM Horton 1 |
| D-DEM Horton 2 |

| Exhibits ** | | | |
| --- | --- | --- | --- |
| DX026 | DX243 | DX285 | DX388 |
| DX029 | DX244 | DX292 | DX407 |
| DX068 | DX245 | DX298 | DX433 |
| DX100 | DX246 | DX384 | DX529 |
| DX103 | DX247 | DX385 | DX674 |
| DX104 | DX248 | DX386 | DX675 |
| DX125 | DX258 | DX387 | |

**DX numbers refer to the 2017 Plan confirmation exhibits

| Judicial Notice ** | |
| --- | --- |
| DX020 | DX071 |
| DX054 | DX072 |
| DX055 | DX082 |
| DX057 | DX090 |

**DX numbers refer to the 2017 Plan confirmation exhibits

| Designated Transcripts ** |
| --- |
| 12/5/2016 Hearing Transcript |
| 9/28/2015 Stacey Dore Deposition Transcript |
| 9/25/2015 Donald Evans Deposition Transcript |
| 10/25/2016 Mark Hickson Deposition Transcript |
| 10/18/2016 Anthony Horton Deposition Transcript |
| 10/19/2016 Mike Hunter Deposition Transcript |
| 10/1/2015 Paul Keglevic Deposition Transcript |
| 10/13/2016 Paul Keglevic Deposition Transcript |
| 10/18/2016 Kristopher Moldovan Deposition Transcript |
| 9/30/2015 Billie Williamson Deposition Transcript |
| 10/19/2016 Andy Wright Deposition Transcript |

**Highlighted portions only (as submitted to the Court)

## 2017 PLAN CONFIRMATION

| Written Directs |
| --- |
| D-DIR Keglevic_R |
| D-DIR Ying |
| D-DIR Horton_R |
| D-DIR Sullivan |
| D-DIR Vasquez |
| D-DIR Stuart |
| D-DIR Wright_R |
| D-DIR Hickson |

| Demonstratives |
| --- |
| D-DEM Horton 1 |
| D-DEM Vasquez 1 |
| D-DEM Stuart 1 |

| Designated Transcripts ** |
|---|
| 2/15/2017 Hearing Transcript |
| 2/16/2017 Hearing Transcript |

**Highlighted portions only (as submitted to the Court)

| Exhibits ** | | | | | | | |
|---|---|---|---|---|---|---|---|
| DX001 | DX055 | DX111 | DX166 | DX348 | DX484 | AX012 | AX066 |
| DX002 | DX056 | DX113 | DX167 | DX367 | DX485 | AX013 | AX067 |
| DX003 | DX057 | DX114 | DX168 | DX370 | DX487 | AX014 | AX068 |
| DX004 | DX058 | DX115 | DX169 | DX371 | DX488 | AX015 | AX069 |
| DX005 | DX059 | DX116 | DX170 | DX372 | DX489 | AX016 | AX070 |
| DX006 | DX060 | DX117 | DX171 | DX373 | DX490 | AX017 | AX071 |
| DX007 | DX061 | DX118 | DX172 | DX374 | DX491 | AX018 | AX072 |
| DX008 | DX062 | DX119 | DX173 | DX375 | DX494 | AX019 | AX078 |
| DX009 | DX063 | DX120 | DX174 | DX376 | DX501 | AX020 | AX079 |
| DX010 | DX064 | DX121 | DX175 | DX377 | DX504 | AX021 | AX080 |
| DX011 | DX065 | DX122 | DX176 | DX378 | DX505 | AX022 | AX081 |
| DX012 | DX066 | DX123 | DX177 | DX379 | DX506 | AX023 | AX082 |
| DX013 | DX067 | DX124 | DX178 | DX380 | DX510 | AX024 | AX083 |
| DX014 | DX068 | DX125 | DX179 | DX381 | DX511 | AX025 | AX084 |
| DX015 | DX069 | DX126 | DX180 | DX382 | DX513 | AX026 | AX085 |
| DX016 | DX070 | DX127_R | DX181 | DX383 | DX514 | AX027 | AX086 |
| DX017 | DX071 | DX128_R | DX182 | DX384 | DX515 | AX028 | AX087 |
| DX018 | DX072 | DX129_R | DX183 | DX385 | DX516 | AX029 | AX088 |
| DX019 | DX073 | DX130 | DX184 | DX386 | DX517 | AX030 | AX089 |
| DX020 | DX074 | DX131 | DX185 | DX387 | DX519 | AX031 | AX090 |
| DX021 | DX075 | DX132 | DX186 | DX388 | DX529 | AX032 | AX091 |
| DX022 | DX076 | DX133_R | DX187 | DX390 | DX542 | AX033 | AX092 |
| DX023 | DX077 | DX134_R | DX188 | DX402 | DX552 | AX034 | AX093 |
| DX024 | DX078 | DX135_R | DX224 | DX403 | DX553 | AX035 | AX094 |
| DX025 | DX080 | DX136 | DX225 | DX404 | DX556 | AX036 | AX095 |
| DX026 | DX081 | DX137_R | DX226 | DX405 | DX557 | AX037 | AX096 |
| DX027 | DX082 | DX138 | DX228 | DX407 | DX564 | AX038 | AX097 |
| DX028 | DX083 | DX139 | DX234 | DX418 | DX569 | AX039 | AX098 |
| DX029 | DX084 | DX140 | DX235 | DX419 | DX571 | AX040 | AX099 |
| DX030 | DX085 | DX141 | DX236 | DX420 | DX573 | AX041 | AX100 |
| DX031 | DX086 | DX142_R | DX238 | DX421 | DX631 | AX042 | AX101 |
| DX032 | DX087 | DX143 | DX240 | DX422 | DX659 | AX043 | AX102 |
| DX033 | DX088 | DX144 | DX241 | DX423 | DX660 | AX044 | AX104 |
| DX034 | DX089 | DX145 | DX243 | DX424 | DX661 | AX045 | AX105 |
| DX035 | DX090 | DX146 | DX244 | DX425 | DX662 | AX046 | AX106 |
| DX036 | DX091 | DX147 | DX245 | DX426 | DX663 | AX047 | AX107 |
| DX037 | DX092 | DX148 | DX246 | DX427 | DX664 | AX048 | AX111 |
| DX038 | DX093 | DX149 | DX247 | DX428 | DX668 | AX049 | AX112 |
| DX039 | DX094 | DX150_R | DX248 | DX433 | DX670 | AX050 | AX113 |
| DX040 | DX095 | DX151_R | DX258 | DX435 | DX674 | AX051 | AX114 |
| DX041 | DX096 | DX152_R | DX285 | DX436 | DX675 | AX052 | AX115 |
| DX042 | DX097 | DX153_R | DX289 | DX459 | DX679 | AX053 | AX116 |
| DX043 | DX098 | DX154_R | DX290 | DX460 | DX681 | AX054 | AX117 |
| DX044 | DX099 | DX155 | DX291 | DX461 | AX001 | AX055 | NX013 |
| DX045 | DX100 | DX156 | DX292 | DX462 | AX002 | AX056 | NX014 |
| DX046 | DX101 | DX157 | DX293 | DX463 | AX003 | AX057 | NX051 |
| DX047 | DX102 | DX158 | DX294 | DX464 | AX004 | AX058 | |
| DX048 | DX103 | DX159 | DX295 | DX465 | AX005 | AX059 | |
| DX049 | DX104 | DX160 | DX296 | DX478 | AX006 | AX060 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| DX050 | DX105 | DX161 | DX298 | DX479 | AX007 | AX061 | |
| DX051 | DX106 | DX162 | DX304 | DX480 | AX008 | AX062 | |
| DX052 | DX108 | DX163 | DX306 | DX481 | AX009 | AX063 | |
| DX053 | DX109 | DX164 | DX344 | DX482 | AX010 | AX064 | |
| DX054 | DX110 | DX165 | DX345 | DX483 | AX011 | AX065 | |

**DX, AX, and NX numbers refer to the 2017 Plan confirmation exhibits.