# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                                    **Case No.:** 14–10979–CSS

Energy Future Holdings Corp.

                                                             **Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

_Una O'Boyle_

Una O'Boyle, Clerk of Court

Date: 6/14/18
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                                    Case No. 14-10979-CSS
Energy Future Holdings Corp.                                              Chapter 11
        Debtor
                        **CERTIFICATE OF NOTICE**

District/off: 0311-1        User: DMC          Page 1 of 28          Date Rcvd: Jun 14, 2018
                           Form ID: van440     Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2018.
db        +Energy Future Holdings Corp.,  Energy Plaza,  1601 Bryan Street,  Dallas, TX 75201-3483
aty       +Andrea Beth Schwartz,  U.S. Department of Justice - Office of t,
           U.S. Federal Office Building,  201 Varick Street, Rm 1006,  New York, NY 10014-9449
aty       +Anna Terteryan,  Kirkland & Ellis LLP,  555 California Street,  San Francisco, CA 94104-1603
aty       +Anthony V. Sexton,  Kirkland & Ellis LLP,  300 North LaSalle,  Chicago, IL 60654-5412
aty       +Aparna Yenamandra,  Kirkland & Ellis LLP,  601 Lexington Avenue,  New York, NY 10022-4643
aty       +Barack S. Echols,  Kirkland & Ellis LLP,  300 North LaSalle,  Chicago, IL 60654-5412
aty       +Brenton Rogers,  Kirkland & Ellis LLP,  300 North LaSalle,  Chicago, IL 60654-5412
aty       +Brian Schartz,  c/o Kirkland & Ellis LLP,  601 Lexington Avenue,  New York, NY 10022-4643
aty       +Bridget K. O'Connor,  Kirkland & Ellis LLP,  655 Fifteenth Street, N.W.,
           Washington, DC 20005-5701
aty       +Bryan M. Stephany,  Kirkland & Ellis LLP,  655 Fifteenth Street, N.W.,
           Washington, DC 20005-5701
aty       +Chad J. Husnick,  Kirkland & Ellis, LLP,  300 North LaSalle Street,  Chicago, IL 60654-5412
aty       +Christopher Michael De Lillo,  Richards, Layton & Finger, P. A.,  One Rodney Square,
           920 North King Street,  Wilmington, DE 19801-3300
aty       +Christopher W. Keegan,  Kirkland & Ellis LLP,  555 California Street,
           San Francisco, CA 94104-1603
aty       +Daniel J. DeFranceschi,  Richards, Layton & Finger,  One Rodney Square, P.O. Box 551,
           Wilmington, DE 19899-0551
aty       +Edward O. Sassower,  Kirkland & Ellis LLP,  601 Lexington Avenue,  New York, NY 10022-4643
aty       +Emily E. Geier,  Kirkland & Ellis LLP,  300 N. LaSalle,  Chicago, IL 60654-5412
aty       +Iskender H. Catto,  McDermott Will & Emery LLP,  340 Madison Avenue,
           New York, NY 10173-1922
aty       +Jason M. Madron,  Richards, Layton & Finger, P.A.,  One Rodney Square,  P.O. Box 551,
           Wilmington, DE 19899-0551
aty       +Jeremy L. Graves,  GIBSON DUNN & CRUTCHER LLP,  1801 California Street,  Suite 4200,
           Denver, CO 80202-2694
aty       +Jeremy L. Retherford,  Balch & Bingham LLP,  1901 Sixth Avenue North,  Suite 1500,
           Birmingham, AL 35203-4642
aty       +Jonathan F. Ganter,  Kirkland & Ellis LLP,  655 Fifteenth Street, N.W.,
           Washington, DC 20005-5701
aty       +Joseph Charles Barsalona II,  Richards, Layton & Finger, P.A.,  One Rodney Square,
           920 North King Street,  Wilmington, DE 19801-3300
aty       +Joseph H. Huston, Jr.,  Stevens & Lee,  919 North Market Street,  Suite 1300,
           Wilmington, DE 19801-3092
aty       +Kevin Allred,  Munger Tolles & Olson LLP,  355 South Grand Ave.,  35th Floor,
           Los Angeles, CA 90071-3161
aty       +Kevin Chang,  Kirkland & Ellis LLP,  555 California Street,  San Francisco, CA 94104-1603
aty        Lary Alan Rappaport,  Proskauer Rose LLP,  2049 Century Park East,
           Los Angeles, CA 90067-3206
aty       +Linda J. Casey,  Office of United States Trustee,  844 King Street,  Suite 2207,
           Wilmington, DE 19801-3519
aty       +Lisa G. Esayian,  Kirkland & Ellis LLP,  300 North LaSalle,  Chicago, IL 60654-5412
aty       +Mark D. Collins,  Richards, Layton & Finger, P.A.,  One Rodney Square,
           920 North King Street,  Wilmington, DE 19801-3300
aty       +Mark E. McKane, Esq.,  Kirkland & Ellis LLP,  555 California Street,
           San Francisco, CA 94104-1603
aty       +Mark K. Thomas,  Proskauer Rose LLP,  Three First National Plaza,  70 W. Madison Street,
           Suite 3800,  Chicago, IL 60602-4342
aty       +McClain Thompson,  Kirkland & Ellis LLP,  601 Lexington Avenue,  New York, NY 10022-4643
aty        Michael A. Firestein,  Proskauer Rose LLP,  2049 Century Park East,
           Los Angeles, CA 90067-3206
aty       +Michael A. Petrino,  Kirkland & Ellis LLP,  655 Fifteenth Street, N.W.,
           Washington, DC 20005-5701
aty       +Michael A. Rosenthal,  Gibson Dunn & Crutcher LLP,  200 Park Avenue,  47th Floor,
           New York, NY 10166-4799
aty       +Michael B. Slade,  Kirkland & Ellis LLP,  300 North LaSalle,  Chicago, IL 60654-5412
aty       +Michael L. Raiff,  Gibson Dunn & Crutcher LLP,  2100 McKinney Avenue,  Dallas, TX 75201-2106
aty       +Michael P. Esser,  Kirkland & Ellis LLP,  555 California Street,
           San Francisco, CA 94104-1503
aty        P. Stephen Gidiere, III,  Balch & Bingham LLP,  1901 Sixth Avenue North,  Suite 1500,
           Birmingham, AL  35203-4642
aty       +Peter Jonathon Young,  Proskauer Rose LLP,  70 W. Madison St.,  Suite 3800,
           Chicago, IL 60602-4342
aty       +Rebecca Blake Chaikin,  601 Lexington Avenue,  New York, NY 10022-4611
aty       +Richard L. Schepacarter,  Office of the United States Trustee,  U. S. Department of Justice,
           844 King Street, Suite 2207,  Lockbox #35,  Wilmington, DE 19801-3519
aty       +Richard M. Cieri,  Kirkland & Ellis LLP,  601 Lexington Avenue,  New York, NY 10022-4643
aty       +Richard U.S. Howell,  Kirkland & Ellis LLP,  300 North LaSalle,  Chicago, IL 60654-5412
aty       +Sara B. Zablotney,  Kirkland & Ellis LLP,  601 Lexington Avenue,  New York, NY 10022-4643
aty       +Stephen E. Hessler,  Kirkland & Ellis LLP,  601 Lexington Avenue,  New York, NY 10022-4643
aty       +Steven N. Serajeddini,  Kirkland & Ellis LLP,  300 North LaSalle,  Chicago, IL 60654-5412

```
District/off: 0311-1          User: DMC              Page 2 of 28           Date Rcvd: Jun 14, 2018
                             Form ID: van440          Total Noticed: 55

aty          +Thomas F. Driscoll, III,  The Bifferato Firm PA,   1007 North Orange Street,   4th Floor,
              Wilmington, DE 19801-1242
aty          +Thomas M. Horan,   Shaw Fishman Glantz & Towbin LLC,   300 Delaware Ave.,   Suite 1370,
              Wilmington, DE 19801-1658
aty          +Todd F. Maynes,  Kirkland & Ellis LLP,   300 North LaSalle,  Chicago, IL 60654-5412
aty          +Tyler D. Semmelman,   Richards, Layton & Finger, P.A.,   920 N. King Street,
              Wilmington, DE 19801-3301
aty           W. Clark Watson,  Balch & Bingham LLP,   1901 Sixth Avenue North,  Suite 1500,
              Birmingham, AL  35203-4642
aty          +William Guerrieri,  Kirkland & Ellis LLP,   300 North LaSalle,  Chicago, IL 60654-5412
aty          +Zachary I Shapiro,   Richards, Layton & Finger, P.A.,   920 North King Street, P.O. Box 551,
              Wilmington, DE 19801-3301

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          +E-mail/Text: dklauder@bk-legal.com Jun 14 2018 20:08:35    David M. Klauder,
              Bielli & Klauder, LLC,   1204 N. King Street,  Wilmington, DE 19801-3218
                                                                                      TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2018                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2018 at the address(es) listed below:
        Aaron C Baker    on behalf of Attorney   Godfrey & Kahn, S.C. acb@pgslaw.com
        Aaron C Baker    on behalf of Fee Examiner Richard  Gitlin acb@pgslaw.com
        Aaron H. Stulman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
         capacity as successor Indenture Trustee astulman@wtplaw.com,  clano@wtplaw.com
        Adam  Hiller    on behalf of Creditor   Buffalo Industrial Supply, Inc. ahiller@hillerarban.com
        Adam  Hiller    on behalf of Interested Party   MoreTech, Inc. ahiller@hillerarban.com
        Adam G. Landis   on behalf of Interested Party   Marathon Asset Management, LP landis@lrclaw.com,
         panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
        Adam G. Landis   on behalf of Interested Party   Alcoa Inc. landis@lrclaw.com,
         panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
        Adam G. Landis   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
         Holdings, Inc. landis@lrclaw.com,
         panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
        Adam G. Landis   on behalf of Creditor   NextEra Energy Resources, LLC landis@lrclaw.com,
         panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
        Adam Scott Moskowitz   on behalf of Creditor   ASM Capital IV, L.P. asmcapital@aol.com
        Albert Kass    on behalf of Claims Agent   Kurtzman Carson Consultants LLC
         ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
        Albert Kass    on behalf of Interested Party   Kurtzman Carson Consultants LLC
         ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
        Alessandra Glorioso   on behalf of Creditor   U.S. Bank National Association
         glorioso.alessandra@dorsey.com
        Alexa Kranzley   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
         of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance,
         Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
        Alison R. Ashmore   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc.
         aashmore@dykema.com
        Allison R Axenrod   on behalf of Creditor   Claims Recovery Group LLC
         allison@claimsrecoveryllc.com,  allison@inforuptcy.com;notices@claimsrecoveryllc.com
        Amish R. Doshi   on behalf of Creditor   Oracle America, Inc. amish@doshilegal.com
        Amy Baudler   on behalf of Creditor   Barr Engineering Co. amy@purduelaw.com,  kim@purduelaw.com
        Amy  Brown   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P., The
         Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners Limited
         Partnership brown@braunhagey.com,  levine@braunhagey.com
```

District/off: 0311-1          User: DMC              Page 3 of 28              Date Rcvd: Jun 14, 2018
                              Form ID: van440        Total Noticed: 55

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Ana  Chilingarishvili   on behalf of Creditor    U.S. Bank National Association
          ana.chilingarishvili@maslon.com
          Andrea Beth Schwartz   on behalf of U.S. Trustee    U.S. Trustee andrea.b.schwartz@usdoj.gov
          Andrea Stone Hartley   on behalf of Creditor    Siemens Energy, Inc. f/k/a Siemens Power
          Generation, Inc., and Siemens Demag Delaval Turbomachinery, Inc. andrea.hartley@akerman.com
          Andrew Dean   on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com,
          ann-jerominski-2390@ecf.pacerpro.com
          Andrew Dietderich   on behalf of Creditor Committee    The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com
          Andrew Glenn Devore   on behalf of Interested Party    CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee andrew.devore@ropesgray.com
          Andrew J. Ehrlich   on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
          aehrlich@paulweiss.com,  mao_fednational@paulweiss.com
          Andrew K Glenn   on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
          aglenn@kasowitz.com
          Andrew L Magaziner   on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
          Creditors bankfilings@ycst.com
          Andrew R. Remming   on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG
          Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
          rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
          Angela Ferrante   on behalf of Claims Agent    Garden City Group, LLC Pacerteam@choosegcg.com
          Angela Ferrante   on behalf of Other Prof.    Garden City Group, LLC Pacerteam@choosegcg.com
          Ann M Kashishian   on behalf of Attorney    Chipman Brown Cicero & Cole, LLP akashishian@gelaw.com,
          dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian   on behalf of Creditor    Ad Hoc Committee of EFIH Unsecured Noteholders
          akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian   on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
          Noteholders akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Anna Grace   on behalf of Creditor    UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
          Ari David Kunofsky   on behalf of Creditor    UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
          eastern.taxcivil@usdoj.gov
          Arlene Rene Alves   on behalf of Interested Party    Wilmington Trust, N.A. alves@sewkis.com
          Ashley F. Bartram   on behalf of Interested Party    Public Utility Commission of Texas
          ashley.bartram@oag.texas.gov
          Ashley F. Bartram   on behalf of Interested Party    Texas Commission on Environmental Quality
          ashley.bartram@oag.texas.gov
          Ashley F. Bartram   on behalf of Interested Party    Railroad Commission of Texas
          ashley.bartram@oag.texas.gov
          Ashley Robert Altschuler   on behalf of Defendant    Morgan Stanley Capital Group, Inc.
          ashley.altschuler@dlapiper.com,  ashley-altschuler-8647@ecf.pacerpro.com
          Ashley Robert Altschuler   on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
          ashley.altschuler@dlapiper.com,  ashley-altschuler-8647@ecf.pacerpro.com
          Barry Kleiner   on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
          and The Liverpool Limited Partnership dkleiner@kkwc.com
          Barry G. Felder   on behalf of Interested Party    UMB Bank, N.A., as Trustee bgfelder@foley.com
          Barry G. Felder   on behalf of Creditor    UMB Bank, N.A. bgfelder@foley.com
          Barry G. Felder   on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
          bgfelder@foley.com
          Barry M. Klayman   on behalf of Interested Party    J Aron & Company bklayman@cozen.com
          Benjamin Finestone   on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
          benjaminfinestone@quinnemanuel.com
          Benjamin Finestone   on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
          benjaminfinestone@quinnemanuel.com
          Benjamin Finestone   on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
          benjaminfinestone@quinnemanuel.com
          Benjamin Stewart   on behalf of Creditor    Pinnacle Technical Resources, Inc.
          bstewart@baileybrauer.com,  eharper@baileybrauer.com
          Benjamin J. Schladweiler   on behalf of Creditor    Apollo Advisors VII, L.P.
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
          om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler   on behalf of Defendant    Brookfield Asset Management Private
          Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
          om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler   on behalf of Creditor    Brookfield Asset Management Private
          Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
          om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler   on behalf of Creditor    Angelo Gordon & Co., LP
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
          om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler   on behalf of Defendant    Apollo Advisors VII, L.P.
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
          om;8289576420@filings.docketbird.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Benjamin J. Schladweiler    on behalf of Defendant    Angelo Gordon & Co., LP
  bschladweiler@ramllp.com,
  jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
  om;8289576420@filings.docketbird.com
Bernard George Conaway    on behalf of Creditor    Doyenne Constructors, LLC bgc@conaway-legal.com
Bernard Grover Johnson, III    on behalf of Creditor    Milam Appraisal District
  bjohnson@fisherboyd.com
Bonnie R. Golub    on behalf of Creditor    Evercore Group LLC bgolub@weirpartners.com
Bradley R. Aronstam    on behalf of Creditor    Apollo Advisors VII, L.P. baronstam@ramllp.com,
  hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
  om;5031916420@filings.docketbird.com
Bradley R. Aronstam    on behalf of Other Prof.    Longhorn Capital GS L.P. baronstam@ramllp.com,
  hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
  om;5031916420@filings.docketbird.com
Bradley R. Aronstam    on behalf of Defendant    Angelo Gordon & Co., LP baronstam@ramllp.com,
  hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
  om;5031916420@filings.docketbird.com
Bradley R. Aronstam    on behalf of Interested Party    Titan Investment Holdings LP
  baronstam@ramllp.com,
  hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
  om;5031916420@filings.docketbird.com
Bradley R. Aronstam    on behalf of Creditor    Brookfield Asset Management Private Institutional
  Capital Adviser (Canada), L.P. baronstam@ramllp.com,
  hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
  om;5031916420@filings.docketbird.com
Bradley R. Aronstam    on behalf of Defendant    Brookfield Asset Management Private Institutional
  Capital Adviser (Canada), L.P. baronstam@ramllp.com,
  hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
  om;5031916420@filings.docketbird.com
Bradley R. Aronstam    on behalf of Creditor    Angelo Gordon & Co., LP baronstam@ramllp.com,
  hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
  om;5031916420@filings.docketbird.com
Bradley R. Aronstam    on behalf of Defendant    Apollo Advisors VII, L.P. baronstam@ramllp.com,
  hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
  om;5031916420@filings.docketbird.com
Brett H. Miller    on behalf of Interested Party    The Official Committee of TCEH Unsecured
  Creditors BMiller@mofo.com,  brett-miller-1388@ecf.pacerpro.com
Brian  Schartz    on behalf of Debtor    Energy Future Holdings Corp. bschartz@kirkland.com,
  george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com
Brian  Schartz    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
  bschartz@kirkland.com,
  george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com
Brian  Tong    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C. brian.tong@srz.com
Brian E Farnan    on behalf of Interested Party    Forest Creek Wind Farm, LLC
  bfarnan@farnanlaw.com,  tfarnan@farnanlaw.com
Brian L. Arban    on behalf of Attorney Brian  Arban barban@hillerarban.com
Brian Lucian Kasprzak    on behalf of Interested Party    Fireman's Fund Insurance Company
  bkasprzak@moodklaw.com,  mike@lscd.com
Brian S. Hermann    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
  jadlerstein@paulweiss.com;bhermann@paulweiss.com;mtattnall@paulweiss.com;abernstein@paulweiss.com
  ;aehrlich@paulweiss.com;mturkel@paulweiss.com;kcairns@paulweiss.com;mcolarossi@paulweiss.com;gkro
  up@paulweiss.com
Brian W. Hockett    on behalf of Creditor    Accenture LLP bhockett@thompsoncoburn.com
Bruce J. Ruzinsky    on behalf of Creditor    Milam Appraisal District bruzinsky@jw.com,
  mcavenaugh@jw.com
Camille C. Bent    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
  CCB@stevenslee.com
Carla O. Andres    on behalf of Interested Party    Fee Committee candres@gklaw.com,
  kboucher@gklaw.com;pbrellenthin@gklaw.com
Chad J. Husnick    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
  chusnick@kirkland.com
Chad J. Husnick    on behalf of Debtor    Energy Future Holdings Corp. chusnick@kirkland.com
Chantelle D'nae McClamb    on behalf of Interested Party    Simeio Solutions, Inc.
  mcclambc@ballardspahr.com
Charles J. Brown    on behalf of Creditor    Anadarko Petroleum Corporation cbrown@gsbblaw.com,
  dabernathy@archerlaw.com
Charles J. Brown    on behalf of Interested Party    Emerson Network Power Liebert Services
  cbrown@gsbblaw.com,  dabernathy@archerlaw.com
Chester B. Salomon    on behalf of Creditor    Securitas Security Services USA, Inc.
  csalomon@beckerglynn.com,  mghose@beckerglynn.com;hhill@beckerglynn.com
Christopher  Fong    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
  cfong@nixonpeabody.com
Christopher  Fong    on behalf of Interested Party    American Stock Transfer & Trust Company, LLC
  cfong@nixonpeabody.com
Christopher A. Ward    on behalf of Creditor Committee    The Official Committee of TCEH Unsecured
  Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
Christopher A. Ward    on behalf of Attorney    Morrison & Foerster LLP cward@polsinelli.com,
  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Christopher A. Ward   on behalf of Attorney   Polsinelli PC cward@polsinelli.com,
              LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of Unsecured
              Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher A. Ward   on behalf of Interested Party   The Official Committee of TCEH Unsecured
              Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher A. Ward   on behalf of Financial Advisor   FTI Consulting, Inc. cward@polsinelli.com,
              LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher B. Mosley   on behalf of Creditor   City of Fort Worth
              Chris.Mosley@fortworthtexas.gov,  Sharon.Floyd@fortworthtexas.gov
              Christopher L. Carter   on behalf of Creditor   Pacific Investment Management Co. LLC
              christopher.carter@morganlewis.com
              Christopher M Hayes   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
              Christopher.hayes@kirkland.com
              Christopher Michael De Lillo   on behalf of Debtor   Energy Future Holdings Corp. delillo@rlf.com,
              rbgroup@rlf.com
              Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company
              LLC csimon@crosslaw.com,  smacdonald@crosslaw.com
              Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company,
              LLC csimon@crosslaw.com,  smacdonald@crosslaw.com
              Christopher R. Belmonte   on behalf of Interested Party   Moody's Analytics, Inc.
              cbelmonte@ssbb.com,  pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
              Clark T. Whitmore   on behalf of Creditor   U.S. Bank National Association
              clark.whitmore@maslon.com
              Colin R. Robinson   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
              crobinson@pszjlaw.com,  efile1@pszjlaw.com
              Corby Davin Boldissar   on behalf of Interested Party   BP America Production Company
              dboldissar@lockelord.com
              Cory P. Stephenson   on behalf of Plaintiff   Energy Future Holdings Corp.
              cstephenson@bk-legal.com
              Curtis A Hehn   on behalf of Interested Party   Somervell County Central Appraisal District
              curtishehn@comcast.net
              D. Ross Martin   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee rmartin@ropesgray.com
              Daniel A. Fliman   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
              dfliman@kasowitz.com,  Courtnotices@kasowitz.com
              Daniel A. O'Brien   on behalf of Interested Party   Pacific Investment Management Company LLC
              ("PIMCO") daobrien@venable.com
              Daniel A. O'Brien   on behalf of Creditor   Pacific Investment Management Co. LLC
              daobrien@venable.com
              Daniel B. Denny   on behalf of Interested Party   Berkshire Hathaway Energy Company
              ddenny@gibsondunn.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Utilities Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   LSGT Gas Company LLC defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU SEM Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   NCA Development Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EECI, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH Australia (No. 2) Holdings Company
              RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Retail Services Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Eagle Mountain Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH Renewables Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Retail Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Trading California Company
              RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Valley NG Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Solutions Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Big Brown 3 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH Finance (No. 2) Holdings Company
              RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Brighten Holdings LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   DeCordova Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Lone Star Pipeline Company, Inc.
              defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Southwestern Electric Service Company, Inc.
              RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
              defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Martin Lake 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   4Change Energy Holdings LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Energy Industries Company, Inc.
              rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC
              RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
              RBGroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Daniel J. DeFranceschi   on behalf of Debtor   NCA Resources Development Company LLC
              RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Mining Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Sandow Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Brighten Energy LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH CG Management Company LLC defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Receivables Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Mining Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFIH Finance Inc. defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Generation SVC Company defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH Corporate Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Big Brown Mining Company LLC
              RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH CG Holdings Company LP defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH FS Holdings Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
              defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Monticello 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Big Brown Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Morgan Creek 7 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Collin Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   4Change Energy Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Management Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Lake Creek 3 Power Company LLC
              defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Generation Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   DeCordova II Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Power & Light Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EEC Holdings, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Tradinghouse Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Utilities Electric Company, Inc.
              RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
              defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Renewables Company LLC
              defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Holding Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   TCEH Finance, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Generation MT Company LLC defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Generation Development Company LLC
              defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Receivables Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Valley Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Mineral Development Company LLC
              RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Big Brown Lignite Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant ET Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Holdings Corp. defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   LSGT SACROC, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Lone Star Energy Company, Inc.
              defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Electric Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Texas Electric Service Company, Inc.
              rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Dallas Power & Light Company, Inc. RBGroup@rlf.com
              Daniel K. Astin   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
              jmcmahon@ciardilaw.com
              Daniel K. Hogan   on behalf of Interested Party   The Richards Group, Inc. dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Shirley  Fenicle dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Robert  Albini dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Harold  Bissell dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Michelle  Ziegelbaum dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Creditor John H. Jones dkhogan@dkhogan.com,  gdurstein@dkhogan.com,
              lparalegal@dkhogan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Daniel K. Hogan   on behalf of Interested Party   Brake Supply Company, Inc. dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party John H. Jones dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party   PI Law Firms dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Creditor David  Heinzmann dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Denis  Bergschneider dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party David  Heinzmann dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Kurt  Carlson dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Joe  Arabie dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Michael  Cunningham dkhogan@dkhogan.com,
          gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party   Shirley Fenicle, as Successor-In-Interest to
          the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com, gdurstein@dkhogan.com,
          lparalegal@dkhogan.com
          Daniel S. Shamah   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as
          First Lien Administrative Agent dshamah@omm.com
          Daniel S. Shamah   on behalf of Defendant   Apollo Advisors VII, L.P. dshamah@omm.com
          Daniel S. Shamah   on behalf of Creditor   Angelo Gordon & Co., LP dshamah@omm.com
          Daniel S. Shamah   on behalf of Defendant   Brookfield Asset Management Private Institutional
          Capital Adviser (Canada), L.P. dshamah@omm.com
          Daniel S. Shamah   on behalf of Defendant   Angelo Gordon & Co., LP dshamah@omm.com
          Daniel S. Shamah   on behalf of Creditor   Brookfield Asset Management Private Institutional
          Capital Adviser (Canada), L.P. dshamah@omm.com
          Daniel S. Shamah   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
          Administrative Agent dshamah@omm.com
          Daniel S. Shamah   on behalf of Creditor   Apollo Advisors VII, L.P. dshamah@omm.com
          Daniel Stephen Smith   on behalf of Interested Party   United States on behalf of Environmental
          Protection Agency dan.smith2@usdoj.gov,  efile_ees.enrd@usdoj.gov
          Danielle M. Audette   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
          jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
          Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
          daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
          Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
          daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
          David  Neier   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital Holdings,
          Inc. dneier@winston.com,  dcunsolo@winston.com
          David  Neier   on behalf of Creditor   Chicago Bridge & Iron Company N.V. dneier@winston.com,
          dcunsolo@winston.com
          David  Neier   on behalf of Defendant   NextEra Energy, Inc. dneier@winston.com,
          dcunsolo@winston.com
          David B. Anthony   on behalf of Plaintiff   Third Avenue Management LLC danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   Avenue Capital Management II, LP
          danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
          danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   GSO Capital Partners LP danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
          danthony@bergerharris.com
          David Daniel Farrell   on behalf of Creditor   Martin Engineering Company
          dfarrell@thompsoncoburn.com
          David Edward Leta   on behalf of Creditor   Headwaters Resources, Inc. dleta@swlaw.com,
          wkalawaia@swlaw.com
          David G. Aelvoet   on behalf of Creditor   Ector CAD davida@publicans.com
          David M. Klauder   on behalf of Financial Advisor   SOLIC Capital Advisors, LLC
          dklauder@bk-legal.com
          David M. Klauder   on behalf of Plaintiff   Energy Future Holdings Corp. dklauder@bk-legal.com
          David M. Klauder   on behalf of Debtor   Energy Future Holdings Corp. dklauder@bk-legal.com
          David N. Deaconson   on behalf of Creditor William Jeffrey Herbert deaconson@pakislaw.com
          David P. Primack   on behalf of Financial Advisor   Greenhill & Co., LLC dprimack@mdmc-law.com,
          sshidner@mdmc-law.com;cbassano@mdmc-law.com
          David P. Primack   on behalf of Other Prof.   Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
          sshidner@mdmc-law.com;cbassano@mdmc-law.com
          David P. Primack   on behalf of Interested Party   TCEH Debtors dprimack@mdmc-law.com,
          sshidner@mdmc-law.com;cbassano@mdmc-law.com
          David P. Primack   on behalf of Interested Party   Energy Future Competitive Holdings Company LLC
          dprimack@mdmc-law.com,  sshidner@mdmc-law.com;cbassano@mdmc-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          David P. Primack    on behalf of Interested Party   Texas Competitive Electric Holdings Company
          LLC dprimack@mdmc-law.com,  sshidner@mdmc-law.com;cbassano@mdmc-law.com
          David S. Rosner    on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
          drosner@kasowitz.com,  courtnotices@kasowitz.com
          David W. Carickhoff    on behalf of Interested Party Allen  Shrode dcarickhoff@archerlaw.com,
          de20@ecfcbis.com
          Davis Lee Wright    on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com,
          keith-mangan:mmwr-1628@ecf.pacerpro.com
          Dennis  Dunne, Esq.    on behalf of Interested Party   CITIBANK, N.A. ddunne@millbank.com
          Dennis L. Jenkins    on behalf of Interested Party   CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
          Derek C. Abbott    on behalf of Interested Party   TPG Capital, L.P. dabbott@mnat.com,
          rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Derek C. Abbott    on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
          L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
          rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Derek C. Abbott    on behalf of Interested Party   Texas Energy Future Holdings Limited
          Partnership dabbott@mnat.com,  rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
          Desiree M. Amador    on behalf of Creditor   Pension Benefit Guaranty Corporation
          amador.desiree@pbgc.gov,  efile@pbgc.gov
          Diane W. Sanders    on behalf of Creditor    Franklin ISD austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Nueces County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Walnut Springs ISD austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Robertson County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Limestone County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Falls County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Round Rock ISD austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    Lee County austin.bankruptcy@publicans.com
          Diane W. Sanders    on behalf of Creditor    McLennan County austin.bankruptcy@publicans.com
          Donald K. Ludman    on behalf of Creditor    SAP Industries, Inc. dludman@brownconnery.com
          Duane David Werb    on behalf of Creditor    The Kansas City Southern Railway Company
          maustria@werbsullivan.com;riorii@werbsullivan.com
          Duane David Werb    on behalf of Creditor    BWM Services, LP
          maustria@werbsullivan.com;riorii@werbsullivan.com
          Eboney  Cobb    on behalf of Creditor   Somervell County et al ecobb@pbfcm.com,
          rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
          Edward O. Sassower    on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
          steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patri
          ck.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
          Edward O. Sassower    on behalf of Debtor   Energy Future Holdings Corp.
          steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patri
          ck.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
          Edwin Kevin Camson   camson@drumcapital.com
          Elihu Ezekiel Allinson, III    on behalf of Creditor   Henry Pratt Company, LLC
          ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
          Elizabeth  Banda Calvo    on behalf of Creditor    Somervell County et al rgleason@pbfcm.com,
          ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Elizabeth  Banda Calvo    on behalf of Creditor    Richardson ISD, Crowley ISD rgleason@pbfcm.com,
          ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
          Ellen Slights    on behalf of Creditor    United States/USAO usade.ecfbankruptcy@usdoj.gov
          Ellen M. Halstead    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
          ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
          Ellen M. Halstead    on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
          ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
          Epiq Bankruptcy Solutions LLC   nmrodriguez@epiqsystems.com
          Eric Christopher Daucher    on behalf of Defendant    NextEra Energy, Inc.
          eric.daucher@nortonrosefulbright.com,
          howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonr
          osefulbright.com
          Eric Christopher Daucher    on behalf of Creditor    NextEra Energy Resources, LLC
          eric.daucher@nortonrosefulbright.com,
          howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonr
          osefulbright.com
          Erica J. Richards    on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors erichards@mofo.com,  erica-richards-1053@ecf.pacerpro.com
          Erik  Schneider    on behalf of Interested Party   American Stock Transfer & Trust Company, LLC
          eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
          Erik  Schneider    on behalf of Interested Party   American Stock Transfer & Trust Company LLC
          eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
          Erin A. West    on behalf of Interested Party   Fee Committee ewest@gklaw.com,
          kboucher@gklaw.com;mfuller@gklaw.com;pbrellenthin@gklaw.com
          Erin R Fay    on behalf of Interested Party   Elliott Associates, L.P. efay@bayardlaw.com,
          lmorton@bayardlaw.com
          Erin R Fay    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P. and
          The Liverpool Limited Partnership efay@bayardlaw.com,  lmorton@bayardlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Erin R Fay   on behalf of Plaintiff   Elliott Associates, L.P., Elliott International, L.P. and
  The Liverpool Limited Partnership efay@bayardlaw.com,  lmorton@bayardlaw.com
Erin R Fay   on behalf of Creditor   UMB Bank, N.A. efay@bayardlaw.com,  lmorton@bayardlaw.com
Erin R Fay   on behalf of Interested Party   Ropes & Gray LLP efay@bayardlaw.com,
  lmorton@bayardlaw.com
Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings LLC, Texas
  Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
  Equity Interests in Energy Future Holdings Corp. efay@bayardlaw.com,  lmorton@bayardlaw.com
Erin R Fay   on behalf of Interested Party   The Liverpool Limited Partnership efay@bayardlaw.com,
  lmorton@bayardlaw.com
Erin R Fay   on behalf of Interested Party   Texas Energy Future Capital Holdings, LLC, Texas
  Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
  L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, efay@bayardlaw.com,
  lmorton@bayardlaw.com
Erin R Fay   on behalf of Creditor   UMB Bank, N.A., as Indenture Trustee to the EFIH Senior
  Toggle Notes efay@bayardlaw.com,  lmorton@bayardlaw.com
Erin R Fay   on behalf of Interested Party   Elliott International, L.P. efay@bayardlaw.com,
  lmorton@bayardlaw.com
Erin R Fay   on behalf of Interested Party   UMB Bank, N.A., as Indenture Trustee
  efay@bayardlaw.com,  lmorton@bayardlaw.com
Erin R Fay   on behalf of Interested Party Mary Ann  KIlgore efay@bayardlaw.com,
  lmorton@bayardlaw.com
Erin R Fay   on behalf of Interested Party   Bayard, P.A. efay@bayardlaw.com,
  lmorton@bayardlaw.com
Erin R Fay   on behalf of Interested Party   Interest Holders efay@bayardlaw.com,
  lmorton@bayardlaw.com
Evan  Rassman   on behalf of Creditor   Sunrise Partners Limited Partnership
  evan.rassman@kutakrock.com
Evan  Rassman   on behalf of Creditor   Knife River Corporation-South evan.rassman@kutakrock.com
Evan R. Fleck   on behalf of Interested Party   CITIBANK, N.A. EFleck@milbank.com,
  jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;bzucco@milbank.com;mprice@milbank.com;a
  leblanc@milbank.com;nalmeida@milbank.com;jesseyoder@milbank.com;krookard@milbank.com;mprice@milba
  nk.com
Evan T. Miller   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
  Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
  lmorton@bayardlaw.com
Evan T. Miller   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
  and The Liverpool Limited Partnership emiller@bayardlaw.com,  lmorton@bayardlaw.com
Frances  Gecker   on behalf of Interested Party   PI Law Firms fgecker@fgllp.com,
  csmith@fgllp.com
Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Corporation fmonaco@gsbblaw.com,
  frankmonacojr@gmail.com
Francis A. Monaco,  Jr.   on behalf of Interested Party   American Equipment Company Inc.
  fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
Francis A. Monaco,  Jr.   on behalf of Interested Party   AMECO Inc. fmonaco@gsbblaw.com,
  frankmonacojr@gmail.com
Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Enterprises Inc.
  fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Global Services
  fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
Frederick B. Rosner   on behalf of Interested Party   Mudrick Capital Management L.P.
  rosner@teamrosner.com
G. Alexander Bongartz   on behalf of Interested Party   CSC Trust Company of Delaware, as
  Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
  alexbongartz@paulhastings.com
Garden City Group, LLC   PACERTeam@gardencitygroup.com
Garvan F. McDaniel   on behalf of Interested Party   Contrarian Capital Management, LLC
  gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;lparalegal@dkhogan.com
Garvan F. McDaniel   on behalf of Creditor   Ad Hoc EFIH Claimants gfmcdaniel@dkhogan.com,
  gdurstein@dkhogan.com;lparalegal@dkhogan.com
Garvan F. McDaniel   on behalf of Other Prof.   Kasowitz Benson Torres LLP gfmcdaniel@dkhogan.com,
  gdurstein@dkhogan.com;lparalegal@dkhogan.com
Garvan F. McDaniel   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
  gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;lparalegal@dkhogan.com
Garvan F. McDaniel   on behalf of Interested Party   Caxton Associates LP gfmcdaniel@dkhogan.com,
  gdurstein@dkhogan.com;lparalegal@dkhogan.com
Gary F. Seitz   on behalf of Attorney   Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
George  Davis   on behalf of Creditor   Apollo Global Management, LLC gdavis@omm.com
George  Davis   on behalf of Defendant   Brookfield Asset Management Private Institutional
  Capital Adviser (Canada), L.P. gdavis@omm.com
George  Davis   on behalf of Defendant   Apollo Advisors VII, L.P. gdavis@omm.com
George  Davis   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
  Administrative Agent gdavis@omm.com
George  Davis   on behalf of Defendant   Angelo Gordon & Co., LP gdavis@omm.com
George  Davis   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as First
  Lien Administrative Agent gdavis@omm.com
Gerrit M. Pronske   on behalf of Creditor   Pallas Realty Advisors, Inc. gpronske@pgkpc.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

   GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company as Successor
   Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
   bankserve@bayardlaw.com;lmorton@bayardlaw.com
   GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company, as TCEH First Lien
   Indenture Trustee gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
   GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company
   gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
   GianClaudio  Finizio   on behalf of Interested Party   CSC Trust Company of Delaware, as
   Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
   bankserve@bayardlaw.com;lmorton@bayardlaw.com
   GianClaudio  Finizio   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien
   Indenture Trustee gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
   Gilbert R. Saydah, Jr.   on behalf of Creditor   CSC Trust Company of Delaware, Proposed
   Successor Indenture Trustee gsaydah@kelleydrye.com
   Gregg M. Galardi   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
   and The Liverpool Limited Partnership gregg.galardi@ropesgray.com,
   William.McGee@ropesgray.com;nova.alindogan@ropesgray.com
   Gregory A. Taylor   on behalf of Interested Party   Ad Hoc Committee of TCEH Second Lien
   Noteholders gtaylor@ashby-geddes.com
   Gregory A. Taylor   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
   capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
   Gregory Joseph Flasser   on behalf of Interested Party   Elliott Associates, L.P.
   gflasser@bayardlaw.com,  smacon@bayardlaw.com
   Gregory Joseph Flasser   on behalf of Interested Party   Elliott International, L.P.
   gflasser@bayardlaw.com,  smacon@bayardlaw.com
   Gregory Joseph Flasser   on behalf of Interested Party   The Liverpool Limited Partnership
   gflasser@bayardlaw.com,  smacon@bayardlaw.com
   Gregory M. Starner   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
   jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
   artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
   om
   Gregory M. Weinstein   on behalf of Creditor   Mario Sinacola & Sons Excavating, Inc.
   gweinstein@weinrad.com,  wphillips@weinrad.com;jwitte@weinrad.com;landerson@weinrad.com
   Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
   gstarner@whitecase.com,
   jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
   artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
   om
   Gregory Michael Starner   on behalf of Creditor   Law Debenture Trust Company of New York, in its
   capacity as Indenture Trustee gstarner@whitecase.com,
   jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
   artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
   om
   Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
   gstarner@whitecase.com,
   jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
   artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
   om
   Gregory T. Donilon   on behalf of Creditor   Automatic Systems, Inc. gdonilon@pwujlaw.com
   Hal F. Morris   on behalf of Interested Party   Texas Commission on Environmental Quality
   hal.morris@oag.texas.gov
   Hal F. Morris   on behalf of Interested Party   Public Utility Commission of Texas
   hal.morris@oag.texas.gov
   Hal F. Morris   on behalf of Interested Party   Railroad Commission of Texas
   hal.morris@oag.texas.gov
   Helen Elizabeth Weller   on behalf of Creditor   Wise CAD dallas.bankruptcy@publicans.com,
   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
   Helen Elizabeth Weller   on behalf of Creditor   Cayuga isd dallas.bankruptcy@publicans.com,
   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
   Helen Elizabeth Weller   on behalf of Creditor   Grayson County dallas.bankruptcy@publicans.com,
   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
   Helen Elizabeth Weller   on behalf of Creditor   Dallas County dallas.bankruptcy@publicans.com,
   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
   Helen Elizabeth Weller   on behalf of Creditor   Wise County dallas.bankruptcy@publicans.com,
   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
   Helen Elizabeth Weller   on behalf of Creditor   Upshur County dallas.bankruptcy@publicans.com,
   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
   Helen Elizabeth Weller   on behalf of Creditor   City of bonham dallas.bankruptcy@publicans.com,
   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
   Helen Elizabeth Weller   on behalf of Creditor   Hunt County dallas.bankruptcy@publicans.com,
   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
   Helen Elizabeth Weller   on behalf of Creditor   Hood CAD dallas.bankruptcy@publicans.com,
   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
   Helen Elizabeth Weller   on behalf of Creditor   City of Corinth dallas.bankruptcy@publicans.com,
   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
   Helen Elizabeth Weller   on behalf of Creditor   Jack County dallas.bankruptcy@publicans.com,
   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Helen Elizabeth Weller    on behalf of Creditor    Ector CAD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Northwest ISD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Northeast TX Comm Coll Dist
          dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Angelina County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Rusk County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Brownsboro ISD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Malakoff ISD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Robertson County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Fannin CAD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Walnut Springs ISD
          dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Clay county dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Lee County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Ellis County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of sulphur springs
          dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Fannin county dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Valley View ISD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Irving isd dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Sulphur Springs ISD
          dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Beckville isd dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Archer County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of Coppell dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Morris CAD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Gainesville isd dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Limestone County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Slocum ISD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Fort Bend County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Stephenville ISD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Nueces County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Hopkins County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Cisco College dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Camp cad dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Montague county dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Lamar CAD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Rains County AD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Coppell ISD dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Navarro County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Harris County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
          Beth.weller@lgbs.com:Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Helen Elizabeth Weller    on behalf of Creditor    Falls County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Franklin County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Rockwall Cad dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Smith County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Cherokee CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of carrollton
              dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Kerens ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Red River CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of Stephenville
              dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Van Zandt CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    City of malakoff dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    McLennan County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Red River County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Cisco ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Franklin ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor    Round Rock ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Howard A. Cohen   on behalf of Interested Party    CITIBANK, N.A. hcohen@gibbonslaw.com
              Howard R. Hawkins, Jr.    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
              howard.hawkins@cwt.com,  nyecfnotice@cwt.com
              Howard R. Hawkins, Jr.    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
              howard.hawkins@cwt.com,  nyecfnotice@cwt.com
              Humayun   Khalid   on behalf of Interested Party    J. Aron & Company hkhalid@cgsh.com,
              maofiling@cgsh.com
              Humayun   Khalid   on behalf of Interested Party    J Aron & Company hkhalid@cgsh.com,
              maofiling@cgsh.com
              J Jackson Shrum   on behalf of Creditor    BWM Services, LP jshrum@austriashrum.com
              J Jackson Shrum   on behalf of Creditor    The Kansas City Southern Railway Company
              jshrum@austriashrum.com
              J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company ksticles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
              under the TCEH 11.5% Senior Secured Notes Indenture ksticles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
              Company of Delaware, as Indenture Trustee ksticles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee ksticles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
              Collateral Trustee, ksticles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
              Indenture Trustee ksticles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              J. Kate Stickles    on behalf of Other Prof.    Cole Schotz P.C. ksticles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              J. Kate Stickles    on behalf of Other Prof.    Delaware Trust Company, as First Lien Successor
              Trustee and Collateral Trustee ksticles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com
              J. Kate Stickles    on behalf of Creditor    Delaware Trust Company, as successor indenture trustee
              and collateral trustee, ksticles@coleschotz.com,
              bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;kkarstetter@coleschotz.com;jwhitworth@colesch
              otz.com

District/off: 0311-1          User: DMC                Page 13 of 28              Date Rcvd: Jun 14, 2018
                              Form ID: van440          Total Noticed: 55

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              J. Noah Hagey    on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.,
              The Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners
              Limited Partnership hagey@braunhagey.com,  tong@braunhagey.com;capehart@braunhagey.com
              Jacob A. Adlerstein    on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien
              Creditors jadlerstein@paulweiss.com
              James E. Huggett    on behalf of Creditor   URS Energy & Construction, Inc.
              jhuggett@margolisedelstein.com,  tyeager@margolisedelstein.com
              James E. Huggett    on behalf of Creditor   Oracle America, Inc. jhuggett@margolisedelstein.com,
              tyeager@margolisedelstein.com
              James Halstead Millar    on behalf of Interested Party   CSC Trust Company of Delaware, as
              successor indenture trustee and collateral trustee james.millar@dbr.com,
              Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
              James Michael Peck    on behalf of Interested Party   The Official Committee of TCEH Unsecured
              Creditors jpeck@mofo.com
              James Michael Peck    on behalf of Creditor Committee   The Official Committee of Unsecured
              Creditors jpeck@mofo.com
              James S. Carr    on behalf of Creditor   CSC Trust Company of Delaware, Proposed Successor
              Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
              James S. Yoder    on behalf of Attorney   Salesforce.com, Inc. yoderj@whiteandwilliams.com
              Jamie Lynne Edmonson    on behalf of Creditor   Pacific Investment Management Co. LLC
              jledmonson@venable.com
              Jamie Lynne Edmonson    on behalf of Interested Party   Pacific Investment Management Company LLC
              ("PIMCO") jledmonson@venable.com
              Jarrett Vine    on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
              jvine@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Jarrett Vine    on behalf of Interested Party   The Official Committee of TCEH Unsecured
              Creditors jvine@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Jason A. Gibson    on behalf of Interested Party   Mudrick Capital Management L.P.
              gibson@teamrosner.com
              Jason A. Starks    on behalf of Creditor   Texas Office of Public Utility Counsel
              bk-jstarks@oag.texas.gov,  sherri.simpson@oag.texas.gov
              Jason D. Curry    on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
              sybil.aytch@quarles.com
              Jason M. Liberi    on behalf of Interested Party   Texas Transmission Investment LLC
              jason.liberi@skadden.com,
              christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
              Jason M. Liberi    on behalf of Defendant   Texas Transmission Investment LLC
              jason.liberi@skadden.com,
              christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
              Jason M. Madron    on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
              madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor   Big Brown 3 Power Company LLC madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor   Luminant Mining Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor   Brighten Holdings LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor   TXU Receivables Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor   EFIH Finance Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor   4Change Energy Holdings LLC madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron    on behalf of Attorney   Richards, Layton & Finger, P.A. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor   Big Brown Lignite Company LLC madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor   EFH Australia (No. 2) Holdings Company madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant   Energy Future Holdings Corp. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Plaintiff   Energy Future Holdings Corp. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Defendant   EFH Renewables Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor   Texas Utilities Electric Company, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor   DeCordova II Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor   EFH FS Holdings Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor   Luminant Energy Trading California Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor   Luminant ET Services Company madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron    on behalf of Attorney   Kirkland & Ellis LLP madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant   EFH Finance (No. 2) Holdings Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Jason M. Madron   on behalf of Debtor    Luminant Big Brown Mining Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Generation SVC Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant   EECI, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   EFH Finance (No. 2) Holdings Company madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant   EFH Australia (No. 2) Holdings Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   DeCordova Power Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Texas Power & Light Company, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    TCEH Finance, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Luminant Generation Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Energy Future Holdings Corp. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Generation MT Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    TXU Electric Company, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    TXU Energy Receivables Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Oak Grove Management Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Southwestern Electric Service Company, Inc.
                madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Texas Energy Industries Company, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    EFH CG Management Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Oak Grove Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Collin Power Company LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    EFH Corporate Services Company madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Energy Future Competitive Holdings Company LLC
                madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    EECI, Inc. madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant   LSGT Gas Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant   TXU Receivables Company madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Eagle Mountain Power Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Dallas Power & Light Company, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Martin Lake 4 Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Luminant Holding Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant   Generation Development Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    LSGT Gas Company LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    Texas Utilities Company, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Texas Electric Service Company, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Interested Party   Energy Future Holdings Corp. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Luminant Mineral Development Company LLC madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant   EEC Holdings, Inc. madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Lone Star Pipeline Company, Inc. madron@rlf.com,
                rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor    NCA Development Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor    Valley Power Company LLC madron@rlf.com,
                rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Plaintiff   EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
Jason M. Madron   on behalf of Debtor    Sandow Power Company LLC madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron   on behalf of Defendant    NCA Development Company LLC madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    Luminant Renewables Company LLC madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    4Change Energy Company madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor    Morgan Creek 7 Power Company LLC madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    Luminant Energy Company LLC madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    Big Brown Power Company LLC madron@rlf.com,
 rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor    Brighten Energy LLC madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor    TXU Energy Solutions Company LLC madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    NCA Resources Development Company LLC madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    Generation Development Company LLC madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    Lone Star Energy Company, Inc. madron@rlf.com,
 rbgroup@rlf.com
Jason M. Madron   on behalf of Defendant    EFH FS Holdings Company madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    Oak Grove Mining Company LLC madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    Monticello 4 Power Company LLC madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
 rbgroup@rlf.com
Jason M. Madron   on behalf of Defendant    Energy Future Intermediate Holding Company LLC
 madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor    TXU SEM Company madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    EFH CG Holdings Company LP madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    EFH Renewables Company LLC madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    Valley NG Power Company LLC madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Defendant    LSGT SACROC, Inc. madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Defendant    EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor    Tradinghouse Power Company LLC madron@rlf.com,
 rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor    Lake Creek 3 Power Company LLC madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    TXU Energy Retail Company LLC madron@rlf.com,
 rbgroup@rlf.com
Jason M. Madron   on behalf of Defendant    EBASCO Services of Canada Limited madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    EEC Holdings, Inc. madron@rlf.com,  rbgroup@rlf.com
Jason M. Madron   on behalf of Debtor    Energy Future Intermediate Holding Company LLC
 madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Plan Administrator    EFH Plan Administrator Board madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Other Prof.    KPMG LLP madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    TXU Retail Services Company madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jason M. Madron   on behalf of Debtor    LSGT SACROC, Inc. madron@rlf.com,
 rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Jeffrey C. Wisler   on behalf of Creditor    Cloud Peak Energy Resources LLC
 jwisler@connollygallagher.com
Jeffrey C. Wisler   on behalf of Creditor    Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
 Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
 Seidlets jwisler@connollygallagher.com
Jeffrey C. Wisler   on behalf of Creditor    Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
 Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
 Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
Jeffrey M Gorris   on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.,
 The Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners
 Limited Partnership jspeakman@friedlandergorris.com,
 jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
Jeffrey M. Schlerf   on behalf of Intervenor    Ovation Acquisition I, L.L.C.
 jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
Jeffrey M. Schlerf   on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
 jschlerf@foxrothschild.com,  idensmore@foxrothschild.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             Jeffrey M. Schlerf   on behalf of Interested Party   Sempra Energy jschlerf@foxrothschild.com,
              idensmore@foxrothschild.com
             Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
              jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
             Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
              jschlerf@foxrothschild.com
             Jeffrey R. Fine   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
              jfine@dykema.com,  jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
             Jeffrey R. Fine   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc. jfine@dykema.com,
              jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
             Jeffrey S. Sabin   on behalf of Interested Party   Pacific Investment Management Company LLC
              ("PIMCO") JSSabin@Venable.com
             Jeffrey S. Sabin   on behalf of Creditor   Pacific Investment Management Co. LLC
              JSSabin@Venable.com
             Jennifer Marines   on behalf of Creditor Committee   The Official Committee of Unsecured
              Creditors JMarines@mofo.com
             Jennifer R Sharret   on behalf of Interested Party   Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com,
              corporate-reorg-1149@ecf.pacerpro.com;MWasson@kramerlevin.com
             Jennifer R. Hoover   on behalf of Attorney   Benesch, Friedlander, Coplan & Aronoff, LLP
              jhoover@beneschlaw.com,  docket@beneschlaw.com;lmolinaro@beneschlaw.com
             Jennifer R. Hoover   on behalf of Creditor   Michelin North America Inc. jhoover@beneschlaw.com,
              docket@beneschlaw.com;lmolinaro@beneschlaw.com
             Jennifer R. Hoover   on behalf of Interested Party   Fee Committee jhoover@beneschlaw.com,
              docket@beneschlaw.com;lmolinaro@beneschlaw.com
             Jennifer V. Doran   on behalf of Creditor   Invensys Systems, Inc. jdoran@hinckleyallen.com,
              calirm@haslaw.com;kabarrett@hinckleyallen.com
             Joanna Flynn Newdeck   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
              jnewdeck@akingump.com,  ddunn@akingump.com
             Joanna Flynn Newdeck   on behalf of Interested Party   UMB BANK, N.A., as Trustee
              jnewdeck@akingump.com,  ddunn@akingump.com
             John A. Morris   on behalf of Interested Party   Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
             John D. Demmy   on behalf of Creditor   Rexel, Inc. john.demmy@saul.com,  robyn.warren@saul.com
             John D. Demmy   on behalf of Creditor   City of Dallas, Texas john.demmy@saul.com,
              robyn.warren@saul.com
             John D. Demmy   on behalf of Creditor   AEP Texas Central Company d/b/a American Electric Power
              Company and AEP Texas North Company d/b/a American Electric Power Company john.demmy@saul.com,
              robyn.warren@saul.com
             John G. Harris   on behalf of Plaintiff   Avenue Capital Management II, LP
              jharris@bergerharris.com,  mnicholls@bergerharris.com
             John G. Harris   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
              jharris@bergerharris.com,  mnicholls@bergerharris.com
             John G. Harris   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
              jharris@bergerharris.com,  mnicholls@bergerharris.com
             John G. Harris   on behalf of Plaintiff   Third Avenue Management LLC jharris@bergerharris.com,
              mnicholls@bergerharris.com
             John G. Harris   on behalf of Plaintiff   GSO Capital Partners LP jharris@bergerharris.com,
              mnicholls@bergerharris.com
             John H. Strock   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
              jstrock@foxrothschild.com,  dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
             John M. Seaman   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
              seaman@abramsbayliss.com,  farro@abramsbayliss.com;matthews@abramsbayliss.com
             John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts
              john.stern@oag.texas.gov,  bk-mbecker@oag.texas.gov
             John P. Dillman   on behalf of Creditor   Angelina County houston_bankruptcy@publicans.com
             John P. Dillman   on behalf of Creditor   Fort Bend County houston_bankruptcy@publicans.com
             John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
             John R. Ashmead   on behalf of Interested Party   Wilmington Trust, N.A. ashmead@sewkis.com
             Johnna Darby   on behalf of Interested Party   Steag Energy Services, Inc. jdarby@shawfishman.com
             Jon M. Chatalian   on behalf of Creditor   Pension Benefit Guaranty Corporation
              chatalian.jon@pbgc.gov,  efile@pbgc.gov
             Jonathan L. Howell   on behalf of Creditor   Red Ball Oxygen Company jhowell@gpm-law.com
             Joseph Grey   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
              jgrey@crosslaw.com,  smacdonald@crosslaw.com
             Joseph Charles Barsalona II   on behalf of Debtor   Energy Future Holdings Corp.
              barsalona@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
             Joseph Charles Barsalona II   on behalf of Plaintiff   Energy Future Holdings Corp.
              barsalona@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
             Joseph D. Frank   on behalf of Interested Party   PI Law Firms jfrank@fgllp.com,
              ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
             Joseph D. Frank   on behalf of Creditor   Experian Information Solutions, Inc. jfrank@fgllp.com,
              ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
             Joseph D. Frank   on behalf of Creditor   Experian Marketing Solutions, Inc. jfrank@fgllp.com,
              ccarpenter@fgllp.com;Larry.Thomas@westernunion.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Joseph D. Wright    on behalf of Defendant    NextEra Energy, Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Creditor    NextEra Energy, Inc. and Next Era Energy Capital
            Holdings, Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Interested Party    NextEra Energy, Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
            LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Interested Party    Alcoa Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Creditor    NextEra Energy, Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph H. Huston, Jr.    on behalf of Debtor    Energy Future Holdings Corp. jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity
            as First Lien Administrative Agent jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Oaktree Capital Management, L.P.
            jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Angelo Gordon & Co., LP jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Apollo Management HoldingsLP jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company
            LLC jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral
            Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First
            Lien Administrative Agent jhh@stevenslee.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    Red Ball Oxygen Company jmcmahon@ciardilaw.com,
            mflores@ciardilaw.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC
            jmcmahon@ciardilaw.com, mflores@ciardilaw.com
          Joshua K. Brody    on behalf of Defendant    Computershare Trust Company, N.A.
            jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua K. Brody    on behalf of Defendant    Computershare Trust Company of Canada
            jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua K. Brody    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
            Objectors jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua K. Brody    on behalf of Interested Party    Computershare Trust Company, N.A., and
            Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
            Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua Powers Searcy    on behalf of Creditor    D. Courtney Construction, Inc.
            joshsearcy@jrsearcylaw.com
          Joshua Y. Sturm    on behalf of Creditor    Delaware Trust Company, as successor indenture trustee
            and collateral trustee, joshua.strum@ropesgray.com
          Julia B. Klein    on behalf of Creditor    Mudrick Capital Management, L.P. klein@teamrosner.com
          Julia Bettina Klein    on behalf of Interested Party    Mudrick Capital Management L.P.
            klein@kleinllc.com
          Justin Cory Falgowski    on behalf of Creditor    Texas Big Spring, LP jfalgowski@burr.com
          Justin K. Edelson    on behalf of Interested Party    The Official Committee of TCEH Unsecured
            Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson    on behalf of Creditor Committee    The Official Committee of Unsecured
            Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson    on behalf of Financial Advisor    FTI Consulting, Inc. jedelson@polsinelli.com,
            LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Karen Beth Shaer    on behalf of Other Prof.    Garden City Group, LLC PACERTeam@gardencitygroup.com
          Karen C. Bifferato    on behalf of Interested Party    Pacific Investment Management Company LLC
            ("PIMCO") kbifferato@connollygallagher.com
          Katharine L. Mayer    on behalf of Interested Party    Aetna Inc. kmayer@mccarter.com
          Katharine L. Mayer    on behalf of Interested Party    Aetna Life Insurance Company
            kmayer@mccarter.com
          Katherine Stadler    on behalf of Interested Party    Fee Committee kstadler@gklaw.com,
            kboucher@gklaw.com;pbrellenthin@gklaw.com
          Kathleen A. Murphy    on behalf of Creditor    CATERPILLAR FINANCIAL SERVICES CORP.
            kathleen.murphy@bipc.com, annette.dye@bipc.com
          Kathleen M. Miller    on behalf of Creditor    Valero Texas Power Marketing, Inc.
            kmiller@skjlaw.com, llb@skjlaw.com
          Kathleen M. Miller    on behalf of Creditor    Airgas USA, LLC kmiller@skjlaw.com, llb@skjlaw.com
          Kay Diebel Brock    on behalf of Creditor    Travis County bkecf@co.travis.tx.us

District/off: 0311-1          User: DMC              Page 18 of 28          Date Rcvd: Jun 14, 2018
                             Form ID: van440          Total Noticed: 55

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Keith Howard Wofford    on behalf of Creditor   Elliott Associates, L.P., Elliott International,
             L.P. and The Liverpool Limited Partnership keith.wofford@ropesgray.com,
             keith.wofford@ropesgray.com
          Keith Howard Wofford    on behalf of Interested Party   CSC Trust Company of Delaware, as
             successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
             keith.wofford@ropesgray.com
          Kerry L. Haliburton    on behalf of Creditor   Buffalo Industrial Supply, Inc.
             raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
          Kevin C. Driscoll, Jr.    on behalf of Creditor   GATX Corporation Kevin.Driscoll@btlaw.com,
             donna.dotts@btlaw.com
          Kevin G. Collins    on behalf of Creditor   GATX Corporation kevin.collins@btlaw.com,
             pgroff@btlaw.com;Kathy.lytle@btlaw.com
          Kevin J. Mangan    on behalf of Interested Party   Fluor Corporation kevin.mangan@wbd-us.com,
             Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us
          Kevin J. Mangan    on behalf of Interested Party   Fluor Enterprises Inc. kevin.mangan@wbd-us.com,
             Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us
          Kevin J. Mangan    on behalf of Interested Party   American Equipment Company Inc.
             kevin.mangan@wbd-us.com,  Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
          Kevin J. Mangan    on behalf of Interested Party   AMECO Inc. kevin.mangan@wbd-us.com,
             Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
          Kevin J. Mangan    on behalf of Interested Party   Alltite Inc. kevin.mangan@wbd-us.com,
             Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
          Kevin J. Mangan    on behalf of Interested Party   Fluor Global Services kevin.mangan@wbd-us.com,
             Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
          Kevin M Lippman    on behalf of Creditor   Electric Reliability Council of Texas, Inc.
             klippman@munsch.com,  lpannier@munsch.com
          Kevin M. Capuzzi    on behalf of Creditor   Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
             docket@beneschlaw.com;lmolinaro@beneschlaw.com
          Kimberly Ellen Connolly Lawson    on behalf of Creditor Committee   The Official Committee of
             Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
             LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com,
             bankruptcy-2628@ecf.pacerpro.com
          Kimberly Ellen Connolly Lawson    on behalf of Interested Party   The Bank of New York Mellon, in
             its capacity as the PCRB Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
          Kimberly Ellen Connolly Lawson    on behalf of Creditor   The Bank of New York Mellon, as
             Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
          Kimberly Ellen Connolly Lawson    on behalf of Creditor   The Bank of New York Mellon Trust
             Company, N.A., as Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
          Kizzy Lyn Jarashow    on behalf of Creditor   Aurelius Capital Management, LP
             kjarashow@goodwinprocter.com
          Kristhy M. Peguero    on behalf of Interested Party   Borealis Infrastructure Management Inc. ,
             kgradney@jw.com;ptomasco@jw.com
          Kurt F. Gwynne    on behalf of Interested Party   The Bank of New York Mellon Trust Company, N.A.,
             in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,
             llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurt F. Gwynne    on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
             kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurt F. Gwynne    on behalf of Interested Party   The Bank of New York Mellon, in its capacity as
             the PCRB Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurt F. Gwynne    on behalf of Creditor   The Bank of New York Mellon Trust Company, N.A., as
             Indenture Trustee kgwynne@reedsmith.com,
             llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
          Kurtzman Carson Consultants LLC   info@kccllc.com
          L. John Bird    on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
             learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com
          L. John Bird    on behalf of Intervenor   Ovation Acquisition I, L.L.C. learonjohn.bird@stoel.com,
             docketclerk@stoel.com;april.mellen@stoel.com
          L. John Bird    on behalf of Intervenor   Ovation Acquisition II, L.L.C.
             learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com
          L. Katherine Good    on behalf of Interested Party   Boral Material Technologies, LLC
             kgood@wtplaw.com,  clano@wtplaw.com
          L. Katherine Good    on behalf of Interested Party   Simeio Solutions, Inc. kgood@wtplaw.com,
             clano@wtplaw.com
          Lara E. Shipkovitz    on behalf of Creditor   Thermo Fisher Scientific Inc.
             lshipkovitz@tuckerlaw.com
          Lars A. Peterson    on behalf of Creditor   UMB Bank, N.A. lapeterson@foley.com
          Lars A. Peterson    on behalf of Interested Party   UMB BANK, N.A., as Trustee lapeterson@foley.com
          Laura Davis Jones    on behalf of Interested Party   EFIH Second Lien Indenture Trustee
             ljones@pszjlaw.com,  efilel@pszjlaw.com
          Laura Davis Jones    on behalf of Interested Party   Computershare Trust Company, N.A. and
             Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
             lien notes and the holders thereof. ljones@pszjlaw.com,  efilel@pszjlaw.com
          Laura Davis Jones    on behalf of Interested Party   Second Lien Indenture Trustee and the EFIH
             Second Lien Group ljones@pszjlaw.com
          Laura Davis Jones    on behalf of Plaintiff   Computershare Trust Company, N.A.
             ljones@pszjlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

            Laura Davis Jones   on behalf of Interested Party   Computershare Trust Company, N.A., and
            Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
            Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com,  efile1@pszjlaw.com
            Laura Davis Jones   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
            ljones@pszjlaw.com
            Laura Davis Jones   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee &
            EFIH Second Lien Group ljones@pszjlaw.com
            Laura Davis Jones   on behalf of Interested Party   Second Lien Indenture Trustee
            ljones@pszjlaw.com
            Laura Davis Jones   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
            Objectors ljones@pszjlaw.com
            Laura Davis Jones   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
            Objectors ljones@pszjlaw.com,  efile@pszyj.com
            Laura Davis Jones   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
            ljones@pszjlaw.com,  efile@pszyj.com
            Laurie Selber Silverstein   on behalf of Interested Party   EFIH First Lien DIP Agent
            bankruptcy@potteranderson.com
            Laurie Selber Silverstein   on behalf of Interested Party   Deutsche Bank AG New York Branch
            bankruptcy@potteranderson.com
            Learon John Bird   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
            learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com
            Learon John Bird   on behalf of Creditor   Creditor-Investor Consortium
            learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com
            Lee Harrington   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
            lharrington@nixonpeabody.com
            Lee B. Gordon   on behalf of Creditor   Texas Ad Valorem Taxing Jurisdictions
            cary.cain@mvbalaw.com,  bankruptcy@mvbalaw.com
            Linda J. Casey   on behalf of U.S. Trustee   U.S. Trustee Linda.Casey@usdoj.gov
            Lindsay Zahradka   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
            Noteholders lzahradka@akingump.com
            Lindsay Zahradka   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
            lzahradka@akingump.com
            Lino Mendiola, III   on behalf of Interested Party   Titus County Fresh Waster Supply District
            No. 1 linomendiola@andrewskurth.com
            Lino Mendiola, III   on behalf of Interested Party   Titus County Fresh Water Supply District
            No. 1 linomendiola@andrewskurth.com
            Lisa Cresci McLaughlin   on behalf of Interested Party   Fee Committee mmo@pgmhlaw.com
            Lorenzo Marinuzzi   on behalf of Interested Party   The Official Committee of TCEH Unsecured
            Creditors LMarinuzzi@mofo.com,  lorenzo-marinuzzi-4664@ecf.pacerpro.com
            Lucian Borders Murley   on behalf of Creditor   Accenture LLP luke.murley@saul.com,
            robyn.warren@saul.com
            Lucian Borders Murley   on behalf of Creditor   Johnson Matthey Stationary Emissions Control LLC
            luke.murley@saul.com,  robyn.warren@saul.com
            Marc J. Phillips   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc.
            mphillips@mgmlaw.com
            Marc J. Phillips   on behalf of Creditor   Steering Committee of Cities Served by Oncor
            mphillips@mgmlaw.com
            Marc J. Phillips   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
            mphillips@mgmlaw.com
            Marc Stephen Casarino   on behalf of Creditor   Google Inc. casarinom@whiteandwilliams.com,
            debankruptcy@whiteandwilliams.com
            Maria A. Bove   on behalf of Interested Party   Computershare Trust Company, N.A., and
            Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
            Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
            Maria Aprile Sawczuk   on behalf of Interested Party   Sierra Club marias@restructuringshop.com,
            marias@ecf.courtdrive.com
            Maria Aprile Sawczuk   on behalf of Creditor Miguel Oliveras Caraballo
            marias@restructuringshop.com,  marias@ecf.courtdrive.com
            Mark Minuti   on behalf of Creditor   Electric Reliability Council of Texas, Inc.
            mark.minuti@saul.com,  robyn.warren@saul.com;ecf-9d8e07160ff2@ecf.pacerpro.com
            Mark Andrew Fink   on behalf of Interested Party   The Official Committee of Unsecured Creditors
            of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
            Inc.; and EECI, Inc. (EFH Committee) mfink@mmwr.com,
            ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
            Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
            Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com,
            ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
            Mark Andrew Fink   on behalf of Spec. Counsel   Montgomery, McCracken, Walker & Rhoads, LLP
            mfink@mmwr.com,  ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
            Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
            Finance Inc., and EECI, Inc. mfink@mmwr.com,
            ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
            Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
            Finance, Inc., and EECI, Inc. mfink@mmwr.com,
            ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Mark Charles 2009npfdEllenberg    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy
    Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. mark.ellenberg@cwt.com,
    michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com.
Mark D. Collins    on behalf of Debtor    Energy Future Holdings Corp.
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Mark D. Collins    on behalf of Plaintiff    Energy Future Holdings Corp.
    rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
Mark D. Kotwick    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral Agent
    KOTWICK@SEWKIS.COM
Mark D. Kotwick    on behalf of Interested Party    Wilmington Trust, N.A. kotwick@sewkis.com
Mark D. Kotwick    on behalf of Defendant    Wilmington Trust, N.A. as First Lien Collateral Agent
    and First Lien Administrative Agent KOTWICK@SEWKIS.COM
Mark D. Olivere    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
    olivere@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
Mark D. Olivere    on behalf of Interested Party    Berkshire Hathaway Energy Company
    olivere@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
Mark E. Felger    on behalf of Interested Party    J Aron & Company mfelger@cozen.com,
    MBrickley@cozen.com;mmillis@cozen.com
Mark E. Felger    on behalf of Interested Party    J. Aron & Company mfelger@cozen.com,
    MBrickley@cozen.com;mmillis@cozen.com
Mark F. Hebbeln    on behalf of Interested Party    UMB BANK, N.A., as Trustee mhebbeln@foley.com,
    jsorrels@foley.com,opetukhova@foley.com
Mark F. Hebbeln    on behalf of Creditor    UMB Bank, N.A. mhebbeln@foley.com, jsorrels@foley.com,
    opetukhova@foley.com
Mark F. Rosenberg    on behalf of Creditor Committee    The Official Committee of Unsecured
    Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
    Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com
Mark L. Desgrosseilliers    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
    mark.desgrosseilliers@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Resources Corp.
    mark.desgrosseilliers@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Houston Electric,
    LLC mark.desgrosseilliers@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
Mark S. Chehi    on behalf of Interested Party    Borealis Infrastructure Management Inc.
    mchehi@skadden.com, debank@skadden.com
Matthew B. McGuire    on behalf of Creditor    NextEra Energy, Inc. mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
Matthew B. McGuire    on behalf of Plaintiff    Polygon Distressed Opportunities Master Fund
    mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
Matthew B. McGuire    on behalf of Plaintiff    Marathon Asset Management, LP mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
Matthew B. McGuire    on behalf of Interested Party    Marathon Asset Management, LP
    mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    Polygon Convertible Opportunity Master Fund
    mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    Polygon Distressed Opportunities Master Fund
    mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    NextEra Energy, Inc. and Next Era Energy Capital
    Holdings, Inc. mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
Matthew B. McGuire    on behalf of Plaintiff    Polygon Convertible Opportunity Master Fund
    mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
Matthew B. McGuire    on behalf of Defendant    NextEra Energy, Inc. mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
Matthew B. McGuire    on behalf of Interested Party    Alcoa Inc. ,
    rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    NextEra Energy Resources, LLC mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
Matthew B. McGuire    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
    II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
    rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
Matthew C. Brown    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
    mbrown@whitecase.com
Matthew G. Summers    on behalf of Creditor    URENCO, Inc. summersm@ballardspahr.com,
    chiggesd@ballardspahr.com
Matthew G. Summers    on behalf of Creditor    Louisiana Energy Services, LLC
    summersm@ballardspahr.com, chiggesd@ballardspahr.com
Matthew J. Troy    on behalf of Creditor    United States of America matthew.troy@usdoj.gov
Meredith A. Lahaie    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
    Noteholders mlahaie@akingump.com
Meredith A. Lahaie    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
    mlahaie@akingump.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Michael A. Paskin   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
                mpaskin@cravath.com
              Michael D. DeBaecke   on behalf of Interested Party   Wilmington Trust, N.A.
                debaecke@blankrome.com
              Michael David Debaecke   on behalf of Interested Party   Wilmington Trust, N.A.
                debaecke@blankrome.com
              Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A., as First Lien
                Collateral Agent debaecke@blankrome.com
              Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
                Agent and First Lien Administrative Agent debaecke@blankrome.com
              Michael David Debaecke   on behalf of Creditor   Wilmington Trust, N.A., as Successor TCEH First
                Lien Administrative Agent and Successor TCEH First Lien Collateral Agent debaecke@blankrome.com
              Michael G. Busenkell   on behalf of Interested Party   York Capital Management Global Advisors,
                LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Aurelius Capital Management, LP
                mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor William Jeffrey Herbert mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
                mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Interested Party   Subsequent Settling EFIH PIK Noteholders
                comprised of: York Capital Management Global Advisors, LLC; P. Schoenfeld Asset Management L.P.;
                mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Interested Party   Tannor Partners Credit Fund LP
                mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Sunrise Partners Limited Partnership
                mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Marathon Asset Management, LP
                mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Knife River Corporation-South
                mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Polygon Convertible Opportunity Master Fund
                mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Creditor   Mudrick Capital Management, L.P.
                mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Interested Party   Marathon Asset Management, LP
                mbusenkell@gsbblaw.com
              Michael G. Busenkell   on behalf of Other Prof.   Ad Hoc Group of Non-Settling EFIH PIK
                Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
                Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D mbusenkell@gsbblaw.com
              Michael H. Torkin   on behalf of Creditor Committee   The Official Committee of Unsecured
                Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
                Finance, Inc., and EECI, Inc. (EFH Committee) torkinm@sullcrom.com
              Michael Joseph Joyce   on behalf of Creditor   Certain funds and accounts advised or sub-advised
                by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
              Michael Joseph Joyce   on behalf of Interested Party   certain funds and accounts advised or
                sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
              Michael Joseph Joyce   on behalf of Interested Party   Fidelity Management & Research Company
                mjoyce@oelegal.com
              Michael L. Atchley   on behalf of Creditor   Tarrant Regional Water District
                matchley@popehardwicke.com
              Michael L. Atchley   on behalf of Creditor   Northeast Texas Municipal Water District
                matchley@popehardwicke.com
              Michael P. Esser   on behalf of Debtor   Energy Future Holdings Corp. michael.esser@kirkland.com
              Michael P. Esser   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
                michael.esser@kirkland.com
              Michael P. Esser   on behalf of Plaintiff   Energy Future Holdings Corp.
                michael.esser@kirkland.com
              Michelle McMahon   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
                Objectors mmcmahon@cullenanddykman.com
              Monica S. Blacker   on behalf of Attorney   Jackson Walker LLP mblacker@jw.com,
                tsalter@jw.com;ldooley@jw.com
              Monica S. Blacker   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
                mblacker@jw.com,  tsalter@jw.com;ldooley@jw.com
              Natalie D. Ramsey   on behalf of Creditor Committee   The Official Committee of Unsecured
                Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
                Finance Inc., and EECI, Inc. nramsey@mmwr.com, ECFdocuments@pacerpro.com
              Natalie D. Ramsey   on behalf of Creditor Committee   The Official Committee of Unsecured
                Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
                Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com, ECFdocuments@pacerpro.com
              Neil B. Glassman   on behalf of Interested Party   Delaware Trust Company
                bankserve@bayardfirm.com, nglassman@bayardfirm.com
              Neil B. Glassman   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
                Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
                nglassman@bayardlaw.com;smacon@bayardlaw.com;jalberto@bayardlaw.com;bankserve@bayardlaw.com
              Neil B. Glassman   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien Indenture
                Trustee bankserve@bayardfirm.com, nglassman@bayardfirm.com
              Nicholas D. Mozal   on behalf of Defendant   Angelo Gordon & Co., LP nmozal@ramllp.com
              Nicholas D. Mozal   on behalf of Defendant   Apollo Advisors VII, L.P. nmozal@ramllp.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Nicholas D. Mozal   on behalf of Interested Party   Titan Investment Holdings LP nmozal@ramllp.com
           Nicholas D. Mozal   on behalf of Defendant   Brookfield Asset Management Private Institutional
            Capital Adviser (Canada), L.P. nmozal@ramllp.com
           Nicholas J. Brannick   on behalf of Interested Party   CSC Trust Company of Delaware, as
            successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
            bankruptcy@coleschotz.com:pratkowiak@coleschotz.com:kkarstetter@coleschotz.com:jwhitworth@colesch
            otz.com
           Nicholas J. Brannick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
            Indenture Trustee nbrannick@coleschotz.com,
            bankruptcy@coleschotz.com:pratkowiak@coleschotz.com:kkarstetter@coleschotz.com:jwhitworth@colesch
            otz.com
           Nicholas J. Brannick   on behalf of Plaintiff   Delaware Trust Company nbrannick@coleschotz.com,
            bankruptcy@coleschotz.com:pratkowiak@coleschotz.com:kkarstetter@coleschotz.com:jwhitworth@colesch
            otz.com
           Nick S. Kaluk, III   on behalf of Financial Advisor   Evercore Group L.L.C. nskaluk@debevoise.gove
           Nicole D. Mignone   on behalf of Interested Party   Public Utility Commission of Texas
            nicole.mignone@texasattorneygeneral.gove
           Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company, as Indenture Trustee and
            Collateral Trustee, npernick@coleschotz.com,
            pratkowiak@coleschotz.com:kkarstetter@coleschotz.com:bankruptcy@coleschotz.com:jwhitworth@colesch
            otz.com
           Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
            indenture trustee and collateral trustee npernick@coleschotz.com,
            pratkowiak@coleschotz.com:kkarstetter@coleschotz.com:bankruptcy@coleschotz.com:jwhitworth@colesch
            otz.com
           Norman L. Pernick   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
            Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
            pratkowiak@coleschotz.com:kkarstetter@coleschotz.com:bankruptcy@coleschotz.com:jwhitworth@colesch
            otz.com
           Norman L. Pernick   on behalf of Interested Party   CSC Trust Company of Delaware as Successor
            Indenture Trustee npernick@coleschotz.com,
            pratkowiak@coleschotz.com:kkarstetter@coleschotz.com:bankruptcy@coleschotz.com:jwhitworth@colesch
            otz.com
           Norman L. Pernick   on behalf of Plaintiff   Delaware Trust Company npernick@coleschotz.com,
            pratkowiak@coleschotz.com:kkarstetter@coleschotz.com:bankruptcy@coleschotz.com:jwhitworth@colesch
            otz.com
           Omar J. Alaniz   on behalf of Interested Party   CenterPoint Energy Houston Electric, LLC
            omar.alaniz@bakerbotts.com
           Omar J. Alaniz   on behalf of Interested Party   CenterPoint Energy Resources Corp.
            omar.alaniz@bakerbotts.com
           Owen M. Sonik   on behalf of Creditor   Galena Park Independent School District osonik@pbfcm.com,
            tpope@pbfcm.com:osonik@ecf.inforuptcy.com
           Owen M. Sonik   on behalf of Creditor   Certain Texas Taxing Entities osonik@pbfcm.com,
            tpope@pbfcm.com:osonik@ecf.inforuptcy.com
           Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Tejas Pipeline LLC
            pwp@pattiprewittlaw.com
           Patricia Williams Prewitt   on behalf of Creditor   El Paso Natural Gas Company
            pwp@pattiprewittlaw.com
           Patricia Williams Prewitt   on behalf of Creditor   Targa Gas Marketing LLC
            pwp@pattiprewittlaw.com
           Patricia Williams Prewitt   on behalf of Creditor   Kinder Morgan Texas Pipeline LLC
            pwp@pattiprewittlaw.com
           Patrick L. Hughes   on behalf of Creditor   Airgas USA, LLC patrick.hughes@haynesboone.com
           Pauline K. Morgan   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
            bankfilings@ycst.com
           Peter J. Keane   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee & EFIH
            Second Lien Group pkeane@pszjlaw.com
           Peter Jonathon Young   on behalf of Debtor   Energy Future Holdings Corp. pyoung@proskauer.com
           Peter M. Gilhuly   on behalf of Interested Party   Ernst & Young LLP peter.gilhuly@lw.com,
            adam.malatesta@lw.com
           R. Karl Hill   on behalf of Creditor   Liberty Mutual Insurance Co. khill@svglaw.com,
            spappa@svglaw.com
           R. Stephen McNeill   on behalf of Interested Party   Deutsche Bank Securities Inc.
            bankruptcy@potteranderson.com, bankruptcy@potteranderson.com
           Rachel Obaldo   on behalf of Creditor   Texas Comptroller of Public Accounts
            bk-robaldo@oag.texas.gov, sherri.simpson@oag.texas.gov
           Rachel Ringer   on behalf of Interested Party   Computershare Trust Company, N.A. and
            Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
            lien notes and the holders thereof. rringer@kramerlevin.com,
            ABYowitz@kramerlevin.com:NHertzBunzl@kramerlevin.com:GFrenzel@kramerlevin.com:dbraun@kramerlevin.
            com:corporate-reorg-1449@ecf.pacerpro.com
           Rachel B. Mersky   on behalf of Creditor   Top Line Rental , LLC rmersky@monlaw.com
           Raymond H. Lemisch   on behalf of Defendant   UMB Bank, N.A., as indenture trustee
            rlemisch@klehr.com
           Raymond H. Lemisch   on behalf of Creditor   UMB Bank, N.A. rlemisch@klehr.com
           Raymond H. Lemisch   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
            rlemisch@klehr.com
           Rebecca A. Hayes   on behalf of Creditor   UMB Bank, N.A. rhayes@foley.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Rebecca A. Hayes   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
              rhayes@foley.com
              Reed A. Heiligman   on behalf of Creditor   Experian Marketing Solutions, Inc.
              rheiligman@fgllp.com,  ccarpenter@fgllp.com
              Reed A. Heiligman   on behalf of Interested Party   PI Law Firms rheiligman@fgllp.com,
              ccarpenter@fgllp.com
              Reed A. Heiligman   on behalf of Creditor   Experian Information Solutions, Inc.
              rheiligman@fgllp.com,  ccarpenter@fgllp.com
              Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
              rbarkasy@schnader.com
              Richard A. Barkasy   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
              rbarkasy@schnader.com
              Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
              rbarkasy@schnader.com
              Richard L. Schepacarter   on behalf of U.S. Trustee   U.S. Trustee richard.schepacarter@usdoj.gov
              Robert J. Feinstein   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
              Objectors rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Defendant   Computershare Trust Company, N.A.
              rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Defendant   Computershare Trust Company of Canada
              rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Interested Party   Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
              Robert K. Malone   on behalf of Interested Party   CITIBANK, N.A. robert.malone@dbr.com,
              andrew.groesch@dbr.com
              Ryan M. Bartley   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
              bankfilings@ycst.com
              Ryan M. Bartley   on behalf of Defendant   Vistra Energy Corp. bankfilings@ycst.com
              Sabrina L. Streusand   on behalf of Interested Party Allen   Shrode streusand@slollp.com,
              prentice@slollp.com
              Samuel Lee Moultrie   on behalf of Creditor   RailWorks Track System, Inc. smoultrie@wlblaw.com
              Scott D. Cousins   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
              scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
              Noteholders scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
              and The Liverpool Limited Partnership scousins@bayardlaw.com,
              lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
              scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Sean A. O'Neal   on behalf of Interested Party   J. Aron & Company soneal@cgsh.com,
              maofiling@cgsh.com;afee@cgsh.com
              Sean A. O'Neal   on behalf of Interested Party   J Aron & Company soneal@cgsh.com,
              maofiling@cgsh.com;afee@cgsh.com
              Sean M. Brennecke   on behalf of Defendant   UMB Bank, N.A. sbrennecke@klehr.com,  state@klehr.com
              Shanti M. Katona   on behalf of Creditor Committee   The Official Committee of Unsecured
              Creditors skatona@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Shawn M. Christianson   on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com,
              cmcintire@buchalter.com
              Simon E. Fraser   on behalf of Interested Party   J Aron & Company sfraser@cozen.com
              Simon E. Fraser   on behalf of Creditor   Goldman Sachs Lending Partners LLC sfraser@cozen.com
              Simon E. Fraser   on behalf of Interested Party   J. Aron & Company sfraser@cozen.com
              Simon E. Fraser   on behalf of Defendant   Morgan Stanley Capital Group, Inc. sfraser@cozen.com
              Stacey Kremling   on behalf of Creditor   2603 Augusta Investors, LP stacey@womaclaw.com
              Stacy L. Newman   on behalf of Interested Party   Union Pacific Railroad Company
              snewman@ashby-geddes.com
              Stacy L. Newman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
              capacity as successor Indenture Trustee snewman@ashby-geddes.com
              Stanley B. Tarr   on behalf of Interested Party   Wilmington Trust, N.A. tarr@blankrome.com,
              moody@ecf.inforuptcy.com
              Stephanie Wickouski   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
              Objectors stephanie.wickouski.com,  dortiz@bclplaw.com
              Stephanie Wickouski   on behalf of Interested Party   Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bclplaw.com,
              dortiz@bclplaw.com
              Stephanie Wickouski   on behalf of Defendant   Computershare Trust Company of Canada
              stephanie.wickouski@bclplaw.com,  dortiz@bclplaw.com
              Stephanie Wickouski   on behalf of Defendant   Computershare Trust Company, N.A.
              stephanie.wickouski@bclplaw.com,  dortiz@bclplaw.com
              Stephen Karotkin   on behalf of Plaintiff   Third Avenue Management LLC
              stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen Karotkin   on behalf of Plaintiff   GSO Capital Partners LP stephen.karotkin@weil.com,
              frank.grese@weil.com
              Stephen Karotkin   on behalf of Plaintiff   Avenue Capital Management II, LP
              stephen.karotkin@weil.com,  frank.grese@weil.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Stephen  Karotkin   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
              stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen  Karotkin   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
              stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen C. Stapleton   on behalf of Creditor   Atmos Energy Corporation
              sstapleton@cowlesthompson.com
              Stephen D Lerner   on behalf of Interested Party   ArcelorMittal USA LLC
              stephen.lerner@squirepb.com,  sarah.conley@squirepb.com
              Stephen M. Miller   on behalf of Creditor   Law Debenture Trust Company of New York, in its
              capacity as Indenture Trustee smiller@morrisjames.com,
              wweller@morrisjames.com; jdawson@morrisjames.com
              Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
              Steven N. Serajeddini   on behalf of Debtor   Energy Future Holdings Corp.
              steven.serajeddini@kirkland.com
              Steven N. Serajeddini   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
              steven.serajeddini@kirkland.com
              Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
              stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
              Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
              stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
              Susan E. Kaufman   on behalf of Creditor   Tarrant Regional Water District
              skaufman@skaufmanlaw.com
              Theodore J. Tacconelli   on behalf of Interested Party   Titus County Appraisal District
              ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli   on behalf of Interested Party   Rusk County Appraisal District
              ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli   on behalf of Creditor   Freestone County, Texas
              ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli   on behalf of Interested Party   Freestone County Appraisal District
              ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli   on behalf of Interested Party   Robertson County Appraisal District
              ttacconelli@ferryjoseph.com
              Thomas F. Driscoll, III   on behalf of Debtor   Energy Future Holdings Corp. tdriscoll@tbf.legal,
              mdunwody@tbf.legal
              Thomas J. Moloney   on behalf of Interested Party   J. Aron & Company tmoloney@cgsh.com
              Thomas J. Moloney   on behalf of Interested Party   J Aron & Company tmoloney@cgsh.com
              Thomas M. Horan   on behalf of Debtor   Energy Future Holdings Corp. thoran@shawfishman.com
              Thomas M. Horan   on behalf of Attorney   Shaw Fishman Glantz & Towbin LLC thoran@shawfishman.com
              Thomas M. Horan   on behalf of Plaintiff   Energy Future Holdings Corp. thoran@shawfishman.com
              Thomas M. Horan   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
              thoran@shawfishman.com
              Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
              Agent hooper@sewkis.com
              Thomas Ross Hooper   on behalf of Interested Party   Wilmington Trust, N.A. hooper@sewkis.com
              Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
              Agent and First Lien Administrative Agent hooper@sewkis.com
              Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company as Successor Trustee
              under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
              nvargas@perkinscoie.com; tina-moss-8527@ecf.pacerpro.com; new-york-docketing-1150@ecf.pacerpro.com
              Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
              Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,
              nvargas@perkinscoie.com; tina-moss-8527@ecf.pacerpro.com; new-york-docketing-1150@ecf.pacerpro.com
              Tina Niehold Moss   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
              tmoss@perkinscoie.com,
              nvargas@perkinscoie.com; tina-moss-8527@ecf.pacerpro.com; new-york-docketing-1150@ecf.pacerpro.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Summer Street Trust: Fidelity Capital & Income
              Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Pyramis Global Advisors Trust Company
              daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company
              daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series I: Fidelity Advisor High Income
              Advantage Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series II: Fidelity Advisor Strategic
              Income Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank Ltd. as trustee of Fidelity
              High Yield Bond Open Mother Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Puritan Trust: Fidelity Puritan Fund
              daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Global Bond Series  US Dollar Monthly Income
              US High Yield Pool daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company as Investment
              Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
              daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Master Trust Bank of Japan daluzt@ballardspahr.com,
              chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Variable Insurance Products Fund V: Strategic Income
              Portfolio daluzt@ballardspahr.com,  chiggesd@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Tobey M. Daluz    on behalf of Defendant    Fidelity Investments Canada ULC daluzt@ballardspahr.com,
                chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    FIL Investments International (FII)
                daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Global High
                Income Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity School Street Trust: Fidelity Strategic Income
                daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Japan Trustee Services Bank, Ltd. as trustee of
                Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz    on behalf of Defendant    Fidelity Investments daluzt@ballardspahr.com,
                chiggesd@ballardspahr.com
              Todd Charles Schiltz, Esq    on behalf of Interested Party    CSC Trust Company of Delaware, as
                successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
                cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
              Todd Jeffrey Rosen    on behalf of Interested Party    TCEH Debtors todd.rosen@mto.com
              Traci L. Cotton    on behalf of Creditor    UT System obo UT at Arlington tcotton@utsystem.edu
              Travis J. Ferguson    on behalf of Creditor    NextEra Energy Resources, LLC ferguson@lrclaw.com,
                dellose@lrclaw.com;ramirez@lrclaw.com
              Tyler D. Semmelman    on behalf of Debtor    DeCordova II Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Morgan Creek 7 Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    4Change Energy Company semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
                semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Big Brown Mining Company LLC
                semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Trading California Company
                semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EEC Holdings, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    LSGT Gas Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    NCA Development Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Renewables Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Mining Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Eagle Mountain Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Energy Receivables Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Retail Services Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Electric Company, Inc. semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Martin Lake 4 Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
                semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Lone Star Energy Company, Inc. semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
                semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Energy Future Holdings Corp. semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Big Brown 3 Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Generation Development Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Oak Grove Mining Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Brighten Energy LLC semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Electric Service Company, Inc. semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Generation Company LLC semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Generation SVC Company semmelman@rlf.com,
                rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Mineral Development Company LLC
                semmelman@rlf.com,  rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Tyler D. Semmelman    on behalf of Debtor    Texas Utilities Company, Inc. semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU SEM Company semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Southwestern Electric Service Company, Inc.
                    semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH FS Holdings Company semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Defendant  EFIH Finance Inc. semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    4Change Energy Holdings LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Sandow Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH Renewables Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH CG Management Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Attorney   Kirkland & Ellis LLP semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Generation MT Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TCEH Finance, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Lone Star Pipeline Company, Inc. semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EECI, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    NCA Resources Development Company LLC
                    semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Big Brown Lignite Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Energy Industries Company, Inc.
                    semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Energy Retail Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Dallas Power & Light Company, Inc. semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    DeCordova Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Monticello 4 Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Lake Creek 3 Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Tradinghouse Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Luminant Holding Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Collin Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Texas Power & Light Company, Inc. semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Oak Grove Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Energy Solutions Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Brighten Holdings LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Big Brown Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    TXU Receivables Company semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Valley NG Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Valley Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    LSGT SACROC, Inc. semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH CG Holdings Company LP semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    Oak Grove Management Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
                    semmelman@rlf.com,  rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
                    rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Tyler D. Semmelman    on behalf of Debtor    Luminant ET Services Company semmelman@rlf.com,
              rbgroup@rlf.com
              U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
              Victoria D. Garry    on behalf of Interested Party    Ohio Department of Taxation
              vgarry@ag.state.oh.us
              Vincent E. Lazar    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
              vlazar@jenner.com
              Ward W. Benson    on behalf of Creditor    UNITED STATES OF AMERICA ward.w.benson@usdoj.gov,
              Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
              Ward W. Benson    on behalf of Creditor    United States of America on Behalf of the Internal
              Revenue Service ward.w.benson@usdoj.gov,   Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
              Warren A. Usatine    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee wusatine@coleschotz.com,   kkarstetter@coleschotz.com
              Wendy B. Reilly    on behalf of Creditor    Evercore Group LLC wbreilly@debevoise.com,
              mao-bk-ecf@debevoise.com
              William A. Hazeltine    on behalf of Creditor    Mastercraft Printed Products & Services, Inc.
              Bankruptcy001@sha-llc.com
              William A. Romanowicz    on behalf of Debtor    EECI, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Big Brown Lignite Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    4Change Energy Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Lake Creek 3 Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFIH Finance Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Generation Development Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    LSGT SACROC, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Generation MT Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Big Brown Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Big Brown 3 Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
              rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Brighten Energy LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Texas Utilities Electric Company, Inc.
              rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH CG Management Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
              rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH CG Holdings Company LP rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
              rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Southwestern Electric Service Company, Inc.
              rbgroup@rlf.com
              William A. Romanowicz    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
              rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    LSGT Gas Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH FS Holdings Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Defendant    EFIH Finance Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Brighten Holdings LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Eagle Mountain Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EEC Holdings, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Corporate Services Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    DeCordova Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
              rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Lone Star Energy Company, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Luminant Renewables Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Lone Star Pipeline Company, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    4Change Energy Holdings LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Generation SVC Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Renewables Company LLC rbgroup@rlf.com
              William D. Sullivan    on behalf of Creditor    Capgemini America, Inc. wdsecfnotices@sha-llc.com
              William E Kelleher, Jr    on behalf of Creditor    Westinghouse Electric Company LLC
              wkelleher@cohenlaw.com,   mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
              William E. Chipman, Jr.    on behalf of Interested Party    Berkshire Hathaway Energy Company
              chipman@chipmanbrown.com,   dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              William E. Chipman, Jr.    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
              Noteholders chipman@chipmanbrown.com,   dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              William E. Chipman, Jr.    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
              chipman@chipmanbrown.com,   dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              William F. Taylor, Jr.    on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
              bankruptcydel@mccarter.com,   bankruptcydel@mccarter.com

District/off: 0311-1          User: DMC                Page 28 of 28           Date Rcvd: Jun 14, 2018
                              Form ID: van440          Total Noticed: 55

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William Mark Alleman, Jr    on behalf of Interested Party    Fee Committee WAlleman@beneschlaw.com,
            lmolinaro@beneschlaw.com;docket@beneschlaw.com
          William P. Weintraub    on behalf of Creditor    Aurelius Capital Management, LP
            wweintraub@goodwinproctor.com,   zhassoun@fklaw.com
          William Pierce Bowden    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in
            its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
          Zachary I Shapiro    on behalf of Debtor    Energy Future Holdings Corp. shapiro@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                                                                                    TOTAL: 1012