# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 13102, 13113, 13190, 13191, 13192** |

## CERTIFICATION OF COUNSEL CONCERNING ORDER [REGARDING THE EFH PLAN ADMINISTRATOR BOARD'S PARTICIPATION AS A PARTY TO THE ALLOCATION LITIGATION]

On May 13, 2018, UMB Bank, N.A., as Indenture Trustee (the "Trustee") for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott" and, together with the Trustee, the "Movants") filed the *Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13102] (the "Allocation Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court"). Pursuant to the Allocation Motion, the Movants are seeking entry of an order fixing an appropriate allocation of certain reserves and administrative expenses incurred in the above-captioned chapter 11 cases (the "Allocation Disputes") as between the estate of Energy Future Holdings Corp. ("EFH") and the estate of Energy Future Intermediate Holding Company, LLC ("EFIH"). Pursuant to the *Notice of Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 19516084v.1

*Certain Reserves and Expenses as Between the EFH and EFIH Debtors* filed contemporaneously with the Allocation Motion, objections to the Allocation Motion were to be filed with the Court and served no later than 4:00 p.m. (Eastern Daylight Time) on May 29, 2018 (the "Objection Deadline"), and an initial hearing to consider the Allocation Motion and any objections thereto took place on June 5, 2018 starting at 11:00 a.m. (Eastern Daylight Time) (the "June 5th Hearing").

On May 15, 2018, the EFH Plan Administrator Board (as such term is defined in D.I. 12653) filed the *Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute* [D.I. 13113] (the "Scheduling Motion"[2]) with the Court. Pursuant to the Scheduling Motion, the EFH Plan Administrator Board is seeking entry of an order scheduling certain dates and deadlines and establishing certain protocols in connection with the adjudication of the Allocation Motion and certain matters attendant thereto, and such other related relief as is necessary and proper under the circumstances. Pursuant to the *Notice of "Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute" and Hearing Thereon* filed contemporaneously with the Scheduling Motion, objections to the Scheduling Motion were to be filed with the Court and served no later than the Objection Deadline, and a hearing to consider the Scheduling Motion and any objections thereto took place at the June 5th Hearing.

---

[2] The EFH Plan Administrator Board also filed a proposed form of *Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols In Connection With the EFH/EFIH Allocation Dispute* [D.I. 13113, Ex. A; D.I. 13163, Ex. A] (the "Proposed Scheduling Order") in connection with the Scheduling Motion.

2

RLF1 19516084v.1

Prior to the Objection Deadline, (a) the following parties filed an objection or response to the Allocation Motion: (i) the official committee of unsecured creditors representing the interests of EFH, EFIH, EFIH Finance, Inc., and EECI, Inc. (the "EFH Creditors' Committee") (*see* D.I. 13146), (ii) NextEra Energy, Inc. (*see* D.I. 13147), (iii) the EFH Indenture Trustee (*see* D.I. 13148), (iv) the EFH Plan Administrator Board (*see* D.I. 13150), and (v) the Ad Hoc EFH Claimants (*see* D.I. 13168) (collectively (a)(i)-(v), the "Allocation Objections"); and (b) the following parties filed an objection or response to the Scheduling Motion: (i) the EFH Creditors' Committee (*see* D.I. 13146), (ii) the EFH Indenture Trustee (*see* D.I. 13148), and (iii) the Movants (*see* 13149) (collectively (b)(i)-(iii), the "Scheduling Objections").

At the June 5th Hearing, the Court considered, among other matters, the Allocation Motion (solely with respect to scheduling issues), the Allocation Objections, the Scheduling Motion, and the Scheduling Objections, and heard and considered the arguments of counsel to various parties-in-interest with respect thereto. Following argument, on the record at the June 5th Hearing, the Court (i) made certain rulings in connection with the Allocation Motion (solely with respect to scheduling issues), the Allocation Objections, the Scheduling Motion, and the Scheduling Objections, (ii) deferred ruling on the issue of whether or not the EFH Plan Administrator Board should be permitted to participate as a Participating Party (as such term is defined in the Scheduling Motion) in connection with the litigation of the Allocation Disputes pending further written submissions from the parties, and (iii) directed the parties to settle a revised form of the Proposed Scheduling Order consistent with the Court's bench rulings made at the June 5th Hearing.

In that regard, on June 8, 2018, the Movants submitted an agreed revised form of the Proposed Scheduling Order to the Court for entry under a certification of counsel (*see* D.I.

3

13189). In response to the Movants' June 8, 2018 submission, on June 11, 2018, the Court entered the *Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection With the Joint Motion of UMB Bank, N.A., As Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses As Between the EFH and EFIH Debtors* [D.I. 13193]. As directed by the Court on the record of the June 5th Hearing, also on June 8, 2018, (i) the Movants (*see* D.I. 13190), (ii) the EFH Plan Administrator Board (*see* D.I. 13191), and (iii) the EFH Indenture Trustee (*see* D.I. 13192) each submitted a supplemental letter brief addressing the issue of whether or not the EFH Plan Administrator Board should be permitted to participate as a Participating Party in connection with the litigation of the Allocation Disputes.

On June 14, 2018 starting at 10:00 a.m. (Eastern Daylight Time) (the "June 14th Hearing"), the Court held a telephonic only hearing to issue its ruling as to whether or not the EFH Plan Administrator Board will be permitted to participate as a Participating Party in connection with the litigation of the Allocation Disputes. On the record of the June 14th Hearing, the Court ruled that the EFH Plan Administrator Board shall be permitted to participate as a Participating Party in connection with the litigation of the Allocation Disputes and directed the parties to prepare and submit a form of order consistent with the Court's rulings made on the record of the June 14th Hearing. In that regard, the parties have met and conferred and have prepared a proposed form of order which they believe is consistent with the Court's rulings made on the record of the June 14th Hearing (the "Proposed Order"). A copy of the Proposed Order is attached hereto as **Exhibit A**.

A copy of the Proposed Order has been circulated to counsel to each of (i) the Movants, (ii) the EFH Indenture Trustee, (iii) the Ad Hoc EFH Claimants, and (vi) the EFH Plan

Administrator Board, and the EFH Plan Administrator Board believes that the Proposed Order is unobjectionable for entry to each of the parties to whom it was circulated.

The EFH Plan Administrator Board therefore respectfully requests that the Court enter the Proposed Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: June 18, 2018
Wilmington, Delaware

*/s/ Daniel J. DeFranceschi*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com
             aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

RLF1 19516084v.1