# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b) of the Local Rules of Bankruptcy Practice and Procedure of this Court, Michael J. Sage, G. Eric Brunstad, Jr., and Andrew C. Harmeyer of Dechert LLP and Frederick B. Rosner of The Rosner Law Group LLC respectfully withdraw their appearances as counsel for Mudrick Capital Management, L.P. ("Mudrick") in connection with the above-captioned cases. The undersigned certify that (x) Mudrick has no controversy pending before this Court in connection with these cases, and (y) Mudrick has provided its consent to the withdrawal of counsel. In light of the foregoing, the undersigned request removal from all mailing, ECF, fax, and email notice lists.

Dated: June 19, 2018                                    Respectfully submitted,
       Wilmington, Delaware

**DECHERT LLP**                                         **THE ROSNER LAW GROUP LLC**

Michael J. Sage (*pro hac vice*)                        By: /s/ *Frederick B. Rosner*
G. Eric Brunstad, Jr. (*pro hac vice*)                  Frederick B. Rosner, Esq. (DE 3995)
Andrew C. Harmeyer (*pro hac vice*)                     824 Market Street, Suite 810
1095 Avenue of the Americas                             Wilmington, DE 19801
New York, New York 10036-6797                           (302) 777-1111
Telephone: (212) 698-3500                               rosner@teamrosner.com
Facsimile: (212) 698-3599

{00023477. }