# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) Re: D.I. 13102, 13113, 13190, 13191, 13192 |

## ORDER

Upon the record of the telephonic hearing held June 14, 2018 (the "Hearing") regarding the matters set forth in D.I. 13102, 13113, 13190, 13191, and 13192 in the above-captioned cases; and the Court having found that it has jurisdiction to consider such matters pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that consideration of such matters and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that due and proper notice was provided and that such notice was adequate and appropriate under the particular circumstances; and after due deliberation and sufficient cause appearing, it is hereby ORDERED:

1. For the reasons set forth on the record at the Hearing and to the extent set forth at the Hearing, (a) the EFH Plan Administrator Board shall be a "Party" for purposes of paragraph 2 of the *Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 19526646v.1

*Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13193] (as may be amended from time to time, the "Allocation Scheduling Order"), and (b) Kirkland & Ellis LLP and Richards, Layton & Finger, P.A. are permitted to represent the EFH Plan Administrator Board in its capacity as a "Party" under the Allocation Scheduling Order.

2. Notwithstanding the possible applicability of Bankruptcy Rules 6004(a), 6004(h), 7062, 9014, or otherwise, the terms and conditions of this Order shall be effective and enforceable immediately upon entry.

3. The EFH Plan Administrator Board is hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order.

4. The Court shall retain jurisdiction over any matter or disputes arising from or relating to the interpretation, implementation or enforcement of this Order.

Dated: June 19, 2018
Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge