## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | X | |
| In re | : | **Chapter 11** |
| | : | |
| **ENERGY FUTURE HOLDINGS CORP.** *et al.,* | : | **Case No. 14-10979 (CSS)** |
| | : | |
| **Debtor-in-Possession.** | : | **(Jointly Administered)** |
| | : | |
| | : | Objection deadline: July 10, 2018 at 4:00 p.m. Eastern Time |
| | : | Hearing date: July 16, 2018 at 11:00 a.m. Eastern Time |
| | X | |

## TENTH INTERIM APPLICATION OF RICHARD GITLIN, INDIVIDUALLY, AND AS CHAIRMAN OF GITLIN & COMPANY LLC, AS THE INDEPENDENT MEMBER OF THE FEE COMMITTEE, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED FOR THE PERIOD FROM SEPTEMBER 1, 2017 THROUGH DECEMBER 31, 2017 AND FOR REIMBURSEMENT OF EXPENSES <u>FROM SEPTEMBER 1, 2017 THROUGH DECEMBER 31, 2017</u>

## <u>SUMMARY (LOCAL FORM 101)</u>

| | |
|---|---|
| Name of Applicant: | Richard Gitlin, individually and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee ("the **Applicant**") |
| Authorized to Provide Services to: | Fee Committee |
| Date of Appointment: | August 21, 2014 |
| Period for which compensation and reimbursement is sought: | September 1, 2017 – December 31, 2017 (the "**Compensation Period**") |
| Amount of Compensation sought as actual, reasonable and necessary: | $160,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $3,459.38 |

This is an:  <u> X </u>  interim ___ final application.

The total time expended for fee application preparation is fewer than 10 hours and the compensation requested is $0.

Prior fee applications:

*First Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From August 21, 2014 Through December 31, 2014* [D.I. 3900]
Approved by order dated June 24, 2015 [D.I. 4843]

*Second Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From January 1, 2015 Through April 30, 2015* [D.I. 5013]
Approved by order dated October 26, 2015 [D.I. 6667]

*Third Interim Application of Richard Gitlin, Individually, and as Chairman of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From May 1, 2015 Through August 31, 2015* [D.I. 7714]
Approved by order dated February 18, 2016 [D.I. 7883]

*Fourth Interim Application of Richard Gitlin, Individually, and as Chairman of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From September 1, 2015 Through December 31, 2015* [D.I. 8643]
Approved by order dated June 27, 2016 [D.I. 8824]

*Fifth Interim Application of Richard Gitlin, Individually, and as Chairman of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From January 1, 2016 Through April 30, 2016* [D.I. 9766]
Approved by order dated October 27, 2016 [D.I. 9963]

*Sixth Interim Application of Richard Gitlin, Individually, and as Chairman of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From May 1, 2016 Through August 31, 2016* [D.I. 10973]
Approved by order dated March 28, 2017 [D.I. 11071]

*Seventh and Eighth Interim and Consolidated Applications of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered for the Period From September 1, 2016 Through April 30, 2017* [D.I. 11946]
Approved by order dated November 6, 2017 [D.I. 12190]

*Ninth Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered for the Period from May 1, 2017 Through August 31, 2017* [D.I. 12503]
Approved by order dated February 14, 2018 [D.I. 12632]

## ATTACHMENTS TO FEE APPLICATION

### EXHIBIT A:  DETAILED TIME RECORDS

Detailed records summarizing the services provided by the Applicant are attached to this Application as **Exhibit A**.

### EXHIBIT B:  DETAILED EXPENSE RECORDS—GITLIN & CO., LLC

Attached to this Application as **Exhibit B**, in compliance with Local Rule 2016-2(c)(ii), is a listing of expenses for which the Applicant requests reimbursement.

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | **X** | |
| **In re** | **:** | **Chapter 11** |
| | **:** | |
| **ENERGY FUTURE HOLDINGS CORP.** *et al.,* | **:** | **Case No. 14-10979 (CSS)** |
| | **:** | |
| **Debtor-in-Possession.** | **:** | **(Jointly Administered)** |
| | **:** | |
| | **:** | Objection deadline:  July 10, 2018 at 4:00p.m. Eastern Time |
| | **:** | Hearing date:  July 16, 2018 at 11:00 a.m. Eastern Time |
| | **X** | |

**TENTH INTERIM APPLICATION OF RICHARD GITLIN, INDIVIDUALLY,
AND AS CHAIRMAN OF GITLIN & COMPANY LLC, AS THE INDEPENDENT
MEMBER OF THE FEE COMMITTEE, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED FOR THE PERIOD FROM SEPTEMBER 1, 2017
THROUGH DECEMBER 31, 2017 AND FOR REIMBURSEMENT OF EXPENSES
<u>FROM SEPTEMBER 1, 2017 THROUGH DECEMBER 31, 2017</u>**

**FEE APPLICATION**

Richard Gitlin, individually, and as Chairman of Gitlin & Company LLC, as the

Independent Member of the Fee Committee appointed in these cases, submits this *Tenth Interim*

*Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the*

*Independent Member of the Fee Committee, for Allowance of Compensation for Services*

*Rendered for the Period From September 1, 2017 Through December 31, 2017 and for*

*Reimbursement of Expenses From September 1, 2017 Through December 31, 2017* (the "**Fee**

**Application**") under 11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2016, and Local Rule 2016-2.

Pursuant to the flat fee compensation arrangement established in the *Stipulation and Order*

*Appointing a Fee Committee* [D.I. 1896] (the "**Fee Committee Order**"), the Fee Application

requests interim allowance of compensation for professional services from September 1, 2017

through December 31, 2017 and reimbursement of expenses incurred from September 1, 2017 through December 31, 2017.

The Applicant requests retrospective Court approval for a total of $160,000.00 in fees. This total would, if expressed in terms of an hourly rate, reflect an average rate of $693.39 for the period from September 1 through December 31, 2017 and $909.39 for the period from August 21, 2014 through December 31, 2017.  The Applicant also requests reimbursement of $3,459.38 in out-of-pocket expenses.

## BACKGROUND

1.      On April 29, 2014 (the "**Commencement Date**"), each of the Debtors filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and have been jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      The Court appointed a Fee Committee on August 21, 2014 to execute the duties set forth in the Fee Committee Order, including, among other things, monitoring the fees and expenses incurred by professionals ("**Retained Professionals**") in these chapter 11 cases.  The Fee Committee Order further approved the appointment of Richard A. Gitlin, individually and as Chairman of Gitlin & Company LLC, as the Independent Member and chairperson of the Fee Committee (the "**Chair**").

3.      During the Compensation Period, the Fee Committee reviewed at least 16 interim fee applications from Retained Professionals (corresponding primarily to the Ninth Interim Fee

Period, January 1, 2017 through April 30, 2017) totaling approximately $10.0 million in requested fees for professional services and $593,113 in expense reimbursements.

## THE APPLICANT

4.     The Applicant's background and qualifications were detailed in the *First Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From August 21, 2014 Through December 31, 2014* [D.I. 3900] (the "First Fee Application"), which is incorporated by reference.

## FEE COMMITTEE PROCESS

5.     During the Compensation Period, the Fee Committee met in person at least three times with two meetings taking place in New York.  The Fee Committee continued and completed the review and reporting process with respect to the Ninth Interim Fee Period (January 1, 2017 through April 30, 2017), and began work on the review and reporting process for the Tenth Interim Fee Period (May 1, 2017 through August 31, 2017).

6.     Retained Professionals began filing fee applications for the Tenth Interim Fee Period around October 15, 2017.

7.     The description of the Fee Committee's analytical and reporting process outlined in the First Fee Application [D.I. 3900] generally describes the processes for the Ninth Interim Fee Period.  Those details are incorporated by reference.

8.     As documented in the status report filed with the Court [D.I. 12148] and as a result of the collective efforts of the Fee Committee, the Applicant, and the Retained Professionals, no contested fee hearing has been required to date in these proceedings.  All ninth interim fee period applications were ultimately resolved on a consensual basis.

## DESCRIPTION OF SERVICES PROVIDED

9.      During the Compensation Period, the Chair presided over all Fee Committee meetings—in person on October 18 and December 18, 2017 and by telephone on November 20, 2017.  The Chair designed or approved each meeting agenda and the format and substance for the Reports submitted to each Retained Professional.  He has continued to ask counsel to provide background memoranda and communicate with Retained Professionals to maintain open communication.  In addition, he has conducted numerous individual conferences and conversations with the Fee Committee's members and, on occasion, with the principal counsel for the Retained Professionals.  He has demonstrated an ability to facilitate the resolution of differences, whether in discussions within the Fee Committee or in negotiations with Retained Professionals.

10.      In addition to overseeing the professional fee review process, the Applicant devoted time to responding to multiple requests for meetings and information from Elliott Associates, L.P., Elliott International, L.P., and the Liverpool Limited Partnership (collectively "**Elliott**") and Paloma Partners Management Company and Sunrise Partners Limited Partnership (collectively "**Paloma**").  This work included overseeing the preparation of materials outlining and summarizing the Fee Committee's work, meeting with representatives of Elliott, and extensive communication in response to various demands for information.  It also included responding to the *Majority Creditors' Notice Accepting Appointment of Representative to the EFH Fee Committee* [D.I. 12323], which was later withdrawn, *see* D.I. 12357, and the subsequent *Motion to Appoint a Representative of the Majority Creditors to the Fee Committee* [D.I. 12358] (the "**Elliott Fee Committee Membership Motion**").  With respect to that motion, the Applicant, through counsel, participated in a "meet-and-confer" conference with Elliott representatives, Debtors' counsel, and counsel to Official Committee of Unsecured Creditors of

EFH ("**E-Side UCC Counsel**") and coordinated responses to Elliott's litigation to avoid duplicating positions.  Pursuant to the Applicant's directions, the Fee Committee ultimately prepared a written response to the Elliott Fee Committee Membership Motion and began preparations for a contested hearing on the motion, held on January 8, 2018.

## REQUEST FOR APPROVAL OF COMPENSATION

11.    Interim compensation to professionals is governed by 11 U.S.C. §§ 330 and 331. The Court is authorized to grant "reasonable compensation for actual, necessary services rendered by the [professional person] and reimbursement for actual, necessary expenses."

12.    The Applicant requests that the Court approve this Fee Application, incorporating services and expenses incurred during the Compensation Period, because he has completed his assignment in a timely, efficient and effective manner.

A.    The services of the Applicant have provided direct benefit to the estates, both tangible and intangible, by saving amounts sought for professional services inadvertently, improvidently, or inappropriately billed to the estates.

B.    The services of the Applicant have assisted the Fee Committee, the Court and the U.S. Trustee in fulfilling their own responsibilities, and those same services have helped encourage the Retained Professionals to submit applications for compensation and reimbursement that meet the requirements of the Bankruptcy Code, the U.S. Trustee Guidelines and the local rules of the District of Delaware.

C.    All of the Fee Committee's standards and guidelines applied to other Retained Professionals have also been applied to the Applicant.

13.     The Applicant received a fixed $40,000.00 payment for September through December, 2017.[1]  This flat fee payment was authorized by the Court both in the Fee Committee Order and the *Order Authorizing the Employment and Retention of Godfrey & Kahn, S.C. as Counsel to the Fee Committee* [D.I. 2065] (the "**Godfrey & Kahn Retention Order**").

14.     The aggregate amount of $160,000.00 in flat fees has been conditionally paid to the Chair, subject to the filing of this Application and further order of this Court.  The Applicant now seeks retrospective Court approval of these payments.

15.     There is no agreement or understanding between the Applicant and any other entity for the sharing of compensation to be received.

16.     The services provided were actual and necessary to the administration of the fee examination process in these cases.  The fee review process is a statutory mandate in all chapter 11 cases.  Given the size and complexity of these cases, however, the parties agreed to the creation of a Fee Committee to aid both the U.S. Trustee and the Court.

17.     In reviewing whether a compensation request should be granted, the Court should be guided by the following factors:

> [T]he nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> (A)     The time spent on such services;
>
> (B)     The rates charged for such services;
>
> (C)     Whether the services were necessary to the administration of or beneficial at the time at which the service was rendered toward the completion of a case under this title;

---

[1] Effective June 1, 2017, the Fee Committee counsel and Chair voluntarily began reducing their combined flat monthly fee of $250,000 to $200,000 in recognition of the decreased workload resulting from the conclusion of 11 professionals' engagements.  Of this reduced monthly payment, $160,000 per month has been allocated to Fee Committee counsel and $40,000 per month has been allocated to the Chair.

>(D)    Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed;
>
>(E)    With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
>(F)    Whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than these under this title.

11 U.S.C. § 330.

18.    The requested compensation and reimbursement meet the statutory requirements for allowance.  The Applicant has completed his work in a timely and efficient manner commensurate with the complexity, importance and nature of the issues involved.  The Applicant has demonstrated skill in bankruptcy, generally, and in the bankruptcy fee review context, specifically.

19.    Moreover, the requested compensation is reasonable because it is no more than the customary compensation charged by comparably skilled professionals in other bankruptcy contexts, such as a Chapter 11 examiner.

20.    Accordingly, approval of the requested compensation is warranted.

**REQUEST FOR REIMBURSEMENT OF ACTUAL AND NECESSARY
EXPENSES INCURRED DURING THE EXPENSE REIMBURSEMENT PERIOD**

21.    The Chair incurred total expenses from September 1, 2017 through December 31, 2017 in the amount of $3,459.38.  **Exhibit B** itemizes the Chair's requested expense reimbursement.

22.    The Applicant is not making a profit on any expense incurred as a result of services provided by a third party and has provided no expensed services in-house.

23.     The expenses requested herein have been adjusted to comply with all of the pertinent guidelines and caps the Fee Committee has applied in its evaluation of Retained Professional expenses.  The expenses are actual, reasonable and necessary in light of the scope of the Applicant's appointment to aid in the administration of these cases.

## NOTICE

24.     Notice of this Fee Application has been provided to the parties in interest in accordance with the Interim Compensation Order.  Such notice is sufficient, and no other or further notice need be provided.

25.     No previous request for the relief sought has been made by the Applicant to this or any other Court for these matters.

## CONCLUSION

The Applicant respectfully requests that the Court enter an order retrospectively authorizing interim allowance of compensation for professional services rendered during the Compensation Period in the amount of $160,000.00 and ordering the reimbursement of expenses in the amount of $3,459.38.

Dated:  June 19, 2018.

BENESCH, FRIEDLANDER, COPLAN &
ARONOFF LLP


By:       /s/ Jennifer R. Hoover
          Jennifer R. Hoover (DE Bar No. 5111)
          William M. Alleman, Jr. (DE Bar No. 5449)
          BENESCH, FRIEDLANDER, COPLAN, &
          ARONOFF LLP
          222 Delaware Avenue, Suite 801
          Wilmington, DE 19801
          Phone: (302) 442-7010
          Facsimile: (302) 442-7012
          E-mail: jhoover@beneschlaw.com
          walleman@beneschlaw.com

          Katherine Stadler
          GODFREY & KAHN, S.C.
          One East Main Street, Suite 500
          P.O. Box 2719
          Madison, WI 53701-2719
          Telephone: (608) 257-3911
          Facsimile: (608) 257-0609
          E-mail: kstadler@gklaw.com

          *Attorneys for the Fee Committee*

9

## **CERTIFICATION**

The Chair has reviewed the requirements of Local Rule 2016-2 and certifies that the

motion complies with Local Rule 2016-2 to the extent applicable.

GITLIN & COMPANY LLC                    GODFREY & KAHN, S.C.


___*/s/ Richard A. Gitlin*_____          ___*/s/ Katherine Stadler*_____
Richard A. Gitlin                       Brady C. Williamson
Fee Committee Chair                     Katherine Stadler, *Admitted Pro Hac Vice*

                                        GODFREY & KAHN, S.C.
                                        One East Main Street, Suite 500
                                        P.O. Box 2719
                                        Madison, Wisconsin 53701-2719
                                        Telephone: (608) 257-3911
                                        Facsimile: (608) 257-0609
                                        E-mail: bwilliam@gklaw.com
                                                kstadler@gklaw.com
                                        *Attorneys for the Fee Committee*


18869475.1

10

Energy Future Holdings
Richard Gitlin Time Entries September 2017 Through December 2017
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| 9/1/2017 | 0.50 | Analyze Kirkland & Ellis rate increases. |
| 9/2/2017 | 1.00 | Analyze Debtor obligations under plan support agreement and telephone conference with Godfrey & Kahn. |
| 9/5/2017 | 1.00 | Review status of professional reviews. |
|  | 0.50 | Telephone conference with Godfrey & Kahn on plan and disclosure statement hearing. |
| 9/6/2017 | 1.50 | Review Plan & Disclosure Statement on Fee Committee responsibilities and telephone conference with Godfrey & Kahn. |
|  | 1.00 | Participation by telephone on Plan & Disclosure Statement hearing. |
|  | 0.50 | Review changes to Disclosure Statement. |
|  | 0.50 | Telephone conference with Godfrey & Kahn on Fee Committee objections to Plan & Disclosure Statement. |
|  | 0.50 | Review Support Agreement Fee provisions. |
| 9/7/2017 | 1.00 | Review Ch. 11 schedule and coordination and planning of Fee Committee meetings. |
|  | 0.50 | Review memorandum to Fee Committee and telephone conference with Godfrey & Kahn. |
| 9/8/2017 | 1.00 | Analyze fixed payment professionals in light of Plan & Disclosure Statement. |
|  | 1.00 | Preparation for next Fee Committee meeting including analysis on rate increases. |
|  | 0.50 | Telephone conference with Godfrey & Kahn on Evercore fees. |
| 9/9/2017 | 1.00 | Review and analysis of Evercore proposal and telephone conference with Godfrey & Kahn. |
| 9/11/2017 | 1.00 | Review Guggenheim's recent monthly activities and analysis on compromise proposal. |
|  | 1.00 | Telephone conference with Tony Horton on Evercore and analysis on next step with Evercore negotiations |
|  | 1.00 | Prepare for meeting with Elliott and telephone conference with Godfrey & Kahn. |
|  | 0.50 | Review open items and telephone conference with Godfrey & Kahn. |
| 9/12/2017 | 0.50 | Planning for future Fee Committee meetings and telephone conference with Godfrey & Kahn. |
| 9/14/2017 | 0.50 | Review status of press inquiry and telephone conference with Godfrey & Kahn. |
|  | 0.50 | Review rate increase issue and telephone conference with Godfrey & Kahn. |
| 9/15/2017 | 0.50 | Analyze appropriate press interaction. |
|  | 0.50 | Review SOLIC and Proskauer budgets. |
|  | 1.50 | Prepare for meeting with Kirkland & Ellis including review of response of Kirkland & Ellis to Fee Committee and telephone conference with Godfrey & Kahn. |
| 9/18/2017 | 1.00 | Analyze response to Kirkland & Ellis letter and telephone conference with Godfrey & Kahn. |
|  | 0.50 | Review status of Evercore and Guggenheim negotiations. |
|  | 1.00 | Planning for November meeting of the Fee Committee. |
|  | 0.50 | Review open items and telephone conference with Godfrey & Kahn. |
| 9/19/2017 | 1.50 | Review data and analysis of Kirkland fees and telephone conference with Godfrey & Kahn. |

Energy Future Holdings
Richard Gitlin Time Entries September 2017 Through December 2017
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 0.50 | Analyze NextEra breakup fee litigation and telephone conference with Godfrey & Kahn. |
| 9/21/2017 | 1.00 | Analyze response to Kirkland & Ellis rate increase letter. |
| | 1.00 | Review law on rate increases. |
| | 1.00 | Prepare for Elliott meeting and telephone conference with Godfrey & Kahn. |
| 9/22/2017 | 1.50 | Prepare for meetings with Kirkland & Ellis and Elliott. |
| | 0.50 | Planning for November Fee Committee meeting and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review revised data charts for Kirkland & Ellis meeting. |
| 9/23/2017 | 1.00 | Review materials for Kirkland & Ellis meeting and telephone conference with Godfrey & Kahn. |
| 9/25/2017 | 1.00 | Review additional date for Kirkland & Ellis meeting. |
| | 1.00 | Analyze Evercore's proposal and preparation for Evercore meeting. |
| | 0.50 | Telephone conference with Godfrey & Kahn on Elliott and Evercore. |
| | 1.00 | Analyze Kirkland & Ellis' request to release hold-back amounts and telephone conference with Godfrey & Kahn. |
| 9/26/2017 | 1.00 | Preparation for Evercore meeting. |
| | 1.50 | Analyze rate increase issues. |
| | 1.00 | Attend Evercore meeting. |
| | 1.00 | Review materials and preparation for Elliott meeting. |
| | 1.00 | Attend Elliott meeting. |
| | 1.00 | Analyze approach to future coordination with Elliott and ways to input their thoughts into the process. |
| | 0.50 | Telephone conference with Godfrey & Kahn on Evercore and Elliott. |
| | 4.50 | Non-working travel. |
| 9/27/2017 | 0.50 | Preparation and update telephone call with Tony Horton. |
| | 0.50 | Telephone conference with Peter Kravitz on rate increases and analysis of his suggestions. |
| | 1.50 | Analyze methods to settle rate increase issue. |
| | 0.50 | Telephone conferences with Godfrey & Kahn on rate increases and Elliott. |
| | 0.50 | Review memorandum on rate increase. |
| 9/28/2017 | 1.00 | Analyze plan to monitor fees during PUC approval process. |
| | 1.00 | Review Elliott's information requests and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review agenda for October Fee Committee meeting. |
| | 1.00 | Analyze potential resolution of fee disputes and telephone conference with Godfrey & Kahn. |
| 9/29/2017 | 1.00 | Development of plan to monitor fees prior to confirmation and telephone conference with Godfrey & Kahn. |
| | 1.00 | Analyze materials in preparation for Kirkland & Ellis October 3 meeting and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review draft memorandum to professionals. |
| 9/30/2017 | 1.00 | Planning for October and November Fee Committee meetings. |

Energy Future Holdings
Richard Gitlin Time Entries September 2017 Through December 2017
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| | 56.50 | **September Total** |
| 10/1/2017 | 2.00 | Review law on rate increases, legal memos, and review of data charts in preparation for October 3 meeting with Kirkland and Ellis. |
| 10/2/2017 | 1.00 | Assessment of program to obtain projected professional fees through confirmation. |
| | 0.50 | Telephone conference with Godfrey & Kahn in preparation for October 3 Kirkland & Ellis meeting. |
| 10/3/2017 | 2.50 | Review revised data charts and Kirkland & Ellis materials in preparation for Kirkland & Ellis meeting and telephone conferences with Godfrey & Kahn. |
| | 1.00 | Attend conference with Kirkland & Ellis. |
| | 1.00 | Analyze material presented by Kirkland & Ellis. |
| | 1.00 | Review position on rate increase and telephone conference with Godfrey & Kahn. |
| | 4.00 | Non-working travel. |
| 10/4/2017 | 1.00 | Analyze managing fees through confirmation process. |
| | 1.00 | Review of issues with Kirkland & Ellis, results of meeting and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review draft memorandum to professionals. |
| 10/6/2017 | 0.50 | Review draft agenda and index of documents for October 18 Fee Committee meeting. |
| | 1.00 | Analyze Evercore fees and telephone conference with Godfrey & Kahn. |
| 10/7/2017 | 0.50 | Review Kirkland & Ellis response letter on ninth interim. |
| 10/9/2017 | 1.00 | Review bullet points on Kirkland & Ellis rate increases and analyze additional data and telephone conference with Godfrey & Kahn. |
| 10/10/2017 | 1.00 | Prepare for the October 18 Fee Committee meeting. |
| | 1.00 | Analyze charts on Kirkland &Ellis rate increase and Fee Committee position. |
| 10/11/2017 | 1.00 | Analyze Evercore's settlement proposal. |
| | 0.50 | Prepare for October 18 Fee Committee meeting and telephone conference with Godfrey & Kahn. |
| | 0.50 | Telephone conference with Godfrey & Kahn on hourly rate increase data. |
| 10/12/2017 | 1.00 | Analysis of Kirkland & Ellis rate increase charts and assessment of settlement options. |
| | 1.50 | Review legal analysis on Evercore success and sales fees in preparation for Evercore meeting and telephone conference with Godfrey & Kahn. |
| 10/13/2017 | 0.50 | Analyze tax issue regarding Vista. |
| | 0.50 | Prepare for October 18 Fee Committee meeting. |
| | 1.00 | Review issues on Kirkland & Ellis lawyer fees in bankruptcy and other practice areas and telephone conference with Godfrey & Kahn. |
| 10/14/2017 | 0.50 | Telephone conference with Godfrey & Kahn and preparation for October 18 Fee Committee meeting. |
| 10/15/2017 | 1.50 | Review materials for October 18 Fee Committee meeting. |
| | 0.50 | Analyze settlement options for Kirkland & Ellis and telephone conference with Godfrey & Kahn. |
| 10/16/2017 | 1.00 | Review issues regarding Evercore success and sale fees. |
| | 1.00 | Analyze charts on Kirkland & Ellis rate increases and consideration of settlement proposals. |
| | 0.50 | Telephone conference with Godfrey & Kahn on Evercore and Kirkland & Ellis. |

Energy Future Holdings
Richard Gitlin Time Entries September 2017 Through December 2017
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 10/17/2017 | 1.00 | Further analysis on Evercore transaction fee and telephone conference with Godfrey & Kahn. |
| | 1.00 | Prepare for Fee Committee meeting and telephone call with Godfrey & Kahn. |
| 10/18/2017 | 2.00 | Preparation for Fee Committee meeting. |
| | 1.00 | Analyze settlement approaches to Guggenheim and Evercore. |
| | 1.50 | Preparation for meeting with Debtor regarding Evercore and Kirkland & Ellis. |
| | 0.50 | Conference with Debtor. |
| | 1.50 | Attend Fee Committee meeting. |
| | 0.50 | Review SOLIC budget for November. |
| | 0.50 | Planning regarding documentation of Evercore deal. |
| | 1.50 | Non-working travel. |
| 10/19/2017 | 0.50 | Telephone conference with Godfrey & Kahn on Evercore. |
| | 0.50 | Review status of tax dispute with Vista. |
| | 1.00 | Analyze approach to Kirkland & Ellis rate increase negotiations. |
| | 3.00 | Non-working travel. |
| 10/20/2017 | 1.00 | Review of settlement strategy and status for fixed fee professionals. |
| 10/21/2017 | 1.00 | Analyze Evercore's approach to reduction of monthly payments. |
| | 0.50 | Telephone conference with Godfrey & Kahn on open issues. |
| 10/23/2017 | 2.00 | Review law regarding standard for rate increases. |
| | 1.00 | Preparation for Kirkland & Ellis meeting and telephone conference with Godfrey & Kahn. |
| 10/24/2017 | 1.50 | Analyze rate increase data in preparation for Kirkland & Ellis meeting. |
| 10/25/2017 | 2.00 | Review revised hourly rate charts, law on rate increases and development of approach to Kirkland & Ellis meeting. |
| | 0.50 | Telephone conferences with Godfrey & Kahn on rate increase. |
| 10/26/2017 | 1.00 | Preparation for Kirkland & Ellis meeting. |
| | 0.50 | Telephone conference with Godfrey & Kahn on Kirkland & Ellis. |
| | 1.00 | Attend Kirkland & Ellis meeting. |
| | 5.50 | Non-working travel. |
| 10/27/2017 | 0.50 | Review report for Court for ninth interim. |
| | 1.00 | Analyze settlement options for Guggenheim. |
| | 1.00 | Review Evercore terms of agreement. |
| | 0.50 | Review draft of Evercore terms. |
| | 1.00 | Analysis of potential mediators for Kirkland & Ellis dispute. |
| | 0.50 | Review PUC position regarding Sempra. |
| | 0.50 | Telephone conferences with Godfrey & Kahn on Guggenheim, Evercore and mediation. |
| 10/30/2017 | 1.00 | Review open issues regarding Evercore and telephone conference with Godfrey & Kahn. |
| | 0.50 | Planning for next Fee Committee meetings. |
| 10/31/2017 | 1.00 | Focus on plan to resolve open issues with Evercore. |

Energy Future Holdings
Richard Gitlin Time Entries September 2017 Through December 2017
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
|  | 73.00 | **October Total** |
| 11/1/2017 | 1.00 | Analysis of modifications to Evercore deal and telephone conference with Godfrey & Kahn. |
| 11/2/2017 | 0.50 | Review timing for remaining fee applications. |
| 11/3/2017 | 0.50 | Review Elliott's requests and telephone conference with Godfrey & Kahn. |
|  | 1.00 | Planning for fee process through effective date and review of memorandum plus telephone conference with Godfrey & Kahn. |
|  | 1.00 | Planning for next Fee Committee meetings. |
| 11/4/2017 | 1.00 | Analysis of possible mediators for Kirkland & Ellis dispute and telephone conference with Godfrey & Kahn. |
| 11/6/2017 | 0.50 | Review Evercore settlement status. |
|  | 0.50 | Review Elliott's requests regarding fees. |
|  | 0.50 | Telephone conference with Godfrey & Kahn on scheduling and Elliott. |
|  | 0.50 | Review Evercore letter agreement. |
| 11/7/2017 | 0.50 | Planning for Fee Committee meeting and telephone conference with Godfrey & Kahn. |
| 11/8/2017 | 1.00 | Analyze terms of settlement for Evercore and telephone conference with Godfrey & Kahn. |
|  | 1.00 | Assessment of data required to review rate increases and telephone conference with Godfrey & Kahn. |
|  | 0.50 | Review agenda and index of materials for November 20 Fee Committee meeting. |
| 11/9/2017 | 0.50 | Analyze Evercore letter. |
|  | 1.00 | Review Elliott issues and telephone conference with Godfrey & Kahn. |
| 11/10/2017 | 1.50 | Assessment of options to change composition of the Fee Committee and telephone conference with Godfrey & Kahn. |
| 11/11/2017 | 1.00 | Analyze response to requests by Elliott and telephone conference with Godfrey & Kahn. |
|  | 0.50 | Planning for Fee Committee meeting and telephone conference with Godfrey & Kahn. |
|  | 2.00 | Analysis of standards for changing Fee Committee composition and telephone conference with Godfrey & Kahn. |
|  | 0.50 | Planning for Fee Committee meeting. |
| 11/13/2017 | 1.50 | Analyze Elliott's requests and telephone conference with Godfrey & Kahn. |
|  | 1.00 | Review issues regarding Fee Committee replacement of creditor representative. |
|  | 0.50 | Review draft memorandum to Elliott. |
|  | 0.50 | Review draft agenda and plan for Fee Committee meeting. |
| 11/14/2017 | 1.00 | Analysis of Elliott's possible role on Fee Committee. |
|  | 0.50 | Conference call regarding Elliott's requests. |
| 11/15/2017 | 1.50 | Development of response to Elliott and telephone conferences with Godfrey & Kahn and Kirkland & Ellis. |
|  | 0.50 | Telephone conference with Godfrey & Kahn on schedule and agenda. |
| 11/16/2017 | 1.00 | Review issues regarding Evercore's proposed settlement. |
|  | 1.50 | Analyze response to Braun Hagey request and telephone conference with Godfrey & Kahn. |

Energy Future Holdings

Richard Gitlin Time Entries September 2017 Through December 2017

Exhibit A

| Date | Hours | Description |
|---|---|---|
| 11/17/2017 | 2.00 | Review materials and preparation for Fee Committee meeting. |
| | 0.50 | Review status of Sempra bid. |
| 11/19/2017 | 1.00 | Review latest correspondence from Elliott, analyze response and telephone conference with Godfrey & Kahn. |
| | 1.50 | Prepare for Fee Committee meeting on November 20. |
| 11/20/2017 | 0.50 | Review issues on rate increases. |
| | 1.00 | Analysis of Fee Committee position on Elliott. |
| | 1.50 | Attend Fee Committee meeting by telephone. |
| | 0.50 | Review proposed response to Elliott. |
| 11/21/2017 | 1.00 | Analyze response to Elliott and review redraft of memorandum. |
| | 0.50 | Telephone conferences with Godfrey & Kahn on Elliott response. |
| 11/22/2017 | 1.00 | Analyze creditor committee role and telephone conference with Sullivan & Cromwell. |
| | 1.00 | Review Fee Committee position on change of member representing creditors. |
| 11/26/2017 | 1.00 | Review status of Fee Committee position on Elliott and telephone conference with Godfrey & Kahn. |
| | 0.50 | Planning for December Fee Committee meeting. |
| 11/27/2017 | 1.50 | Further analysis on Elliott and change of composition of Fee Committee meeting. |
| 11/28/2017 | 1.50 | Analysis and telephone conferences with Godfrey & Kahn on Elliott issues. |
| 11/29/2017 | 1.00 | Analyze response and review of draft response to Elliott. |
| 11/30/2017 | 0.50 | Telephone conference and analysis regarding Elliott and response. |
| | **44.50** | **November Total** |
| 12/1/2017 | 0.50 | Review status of budgets. |
| | 1.00 | Review request of Indenture Trustee. |
| | 1.00 | Analyze position regarding Elliott. |
| 12/2/2017 | 1.00 | Review issues regarding Elliott and telephone conference with Godfrey & Kahn. |
| 12/4/2017 | 1.50 | Review requests of Elliott, analysis of response and telephone conference with Godfrey & Kahn. |
| 12/5/2017 | 0.50 | Review status of budgets. |
| | 1.00 | Analyze change of Fee Committee composition. |
| | 1.00 | Preparation for Fee Committee meeting. |
| 12/6/2017 | 1.50 | Review issues regarding Elliott joining Fee Committee and telephone conference with Godfrey & Kahn. |
| | 1.00 | Review issues to be discussed at next Fee Committee meeting. |
| | 1.00 | Planning for meeting with Kirkland & Ellis on rate increases. |
| | 0.50 | Review status of professionals' plans through the effective date. |
| 12/7/2017 | 1.00 | Analysis of Elliott's position and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review draft report to Fee Committee. |
| 12/8/2017 | 2.00 | Analysis of Elliott's filings attempting to appoint Elliott to the Fee Committee and telephone conference with Godfrey & Kahn. |
| | 1.50 | Telephone conferences with Godfrey & Kahn and Kirkland & Ellis and development of response to Elliott's self-appointment to Fee Committee. |

Energy Future Holdings
Richard Gitlin Time Entries September 2017 Through December 2017
Exhibit A

| Date | Hours | Description |
|---|---|---|
| 12/9/2017 | 1.00 | Analysis of Elliott's position and telephone conference with Godfrey & Kahn. |
| 12/10/2017 | 1.00 | Analysis of rate increase data and issues and telephone conference with Kirkland & Ellis. |
| | 2.50 | Review issue on Elliott's attempt to appoint themselves to Fee Committee, analysis of Fee Committee strategy and telephone conference with Godfrey & Kahn. |
| 12/11/2017 | 0.50 | Review issues regarding NextEra termination fee. |
| | 0.50 | Review issues on shared services with TCEH. |
| | 1.50 | Analysis of Court's comments on Elliott's self-appointment, review of next steps and telephone conference with Godfrey & Kahn. |
| 12/12/2017 | 1.00 | Analyze issues regarding Kirkland & Ellis and telephone conference with Godfrey & Kahn. |
| | 1.00 | Analysis of Fee Committee's actions regarding composition of Fee Committee. |
| 12/13/2017 | 1.00 | Review issues to be discussed at the December 18 Fee Committee meeting. |
| 12/14/2017 | 2.00 | Review materials for and preparation for Fee Committee meeting. |
| | 1.00 | Preparation for Kirkland & Ellis conference call on rate increases. |
| 12/15/2017 | 1.00 | Review Fee Committee schedules, preparation for December 18 Fee Committee meeting and telephone conference with Godfrey & Kahn. |
| 12/16/2017 | 1.00 | Review issues on appointment of replacement to Fee Committee and Fee Committee strategy and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review of agenda for Fee Committee meeting and telephone conference with Godfrey & Kahn. |
| | 1.00 | Preparation for Kirkland & Ellis meeting. |
| 12/17/2017 | 1.50 | Analysis of Elliott motion regarding Fee Committee composition and Fee Committee response. |
| 12/18/2017 | 1.50 | Preparation for Fee Committee meeting. |
| | 1.00 | Conference with Godfrey & Kahn on Elliott and analysis regarding response to their requests. |
| | 1.00 | Planning for Kirkland & Ellis meeting. |
| | 1.50 | Attend Fee Committee meeting. |
| | 0.50 | Conference with U.S. Trustee regarding open issues. |
| | 1.00 | Post Fee Committee analysis regarding response to Elliott and telephone conference with Godfrey & Kahn. |
| | 1.00 | Conference with Kirkland & Ellis and analysis regarding rate increase issue. |
| | 2.00 | Non-working travel. |
| 12/19/2017 | 1.00 | Analyze plan for case until effective date and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review of letter from Elliott. |
| | 1.50 | Preparation for response to Elliott motion to join the Fee Committee. |
| | 3.00 | Non-working travel. |
| 12/20/2017 | 1.00 | Analyze alternatives regarding composition of Fee Committee regarding creditor representative. |
| 12/21/2017 | 1.00 | Evaluation of position of Kirkland & Ellis regarding rate increase. |
| | 1.50 | Planning for dispute regarding composition of Fee Committee. |

Energy Future Holdings
Richard Gitlin Time Entries September 2017 Through December 2017
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| | 0.50 | Review memorandum to Fee Committee. |
| 12/22/2017 | 2.00 | Review and analyze Elliott production request and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review status of plan fee process through effective date. |
| 12/23/2017 | 1.00 | Analyze position on rate increases and telephone conference with Godfrey & Kahn. |
| 12/24/2017 | 1.00 | Review response to Elliott production request and telephone conference with Godfrey & Kahn. |
| 12/26/2017 | 2.50 | Planning for issues regarding Fee Committee Composition, planning for hearing on Elliott's motion, review of issues regarding Elliott discovery request and telephone conference with Godfrey & Kahn. |
| 12/27/2017 | 1.00 | Analyze rate increase issues and telephone conference with Kirkland & Ellis. |
| | 1.00 | Review issues regarding Elliott, including status of discovery requests and telephone conference with Godfrey & Kahn. |
| | 0.50 | Analysis regarding management of future fees. |
| 12/28/2017 | 1.50 | Review and analysis regarding response to Elliott and planning for Fee Committee composition hearing. |
| 12/29/2017 | 1.50 | Evaluation of proposed compromise proposed by Elliott, analysis of position of Fee Committee for Court hearing and telephone conference with Godfrey & Kahn. |
| 12/30/2017 | 1.00 | Analysis regarding response to Elliott and review of draft response. |
| 12/31/2017 | 1.00 | Further analysis and review of redraft of response to Elliott and telephone conference with Godfrey & Kahn. |
| | **68.50** | **December Total** |
| | | |
| | **242.50** | **GRAND TOTAL** |
| | (11.75) | 1/2 of non-working travel hours |
| | 230.75 | |
| | | |
| | $693.39 | Blended Rate for the period from September 1 through December 31, 2017 |
| | $909.39 | Blended Rate for the period from August 21, 2014 through December 31, 2017 |

**EXHIBIT B**

Gitlin & Company, LLC

Detailed Expense Records

September 1, 2017 through December 31, 2017

| Receipt | Category | Date | Expense Amount | Description |
|:---:|---|:---:|---:|---|
| * | Driver Dan | 9/22/2017 | $240.00 | Transport from West Hartford CT to NYC |
| * | Uber | 9/26/2017 | $11.92 | Transport from West Hartford CT to train |
| * | Amtrak | 9/26/2017 | $61.25 | Train HFD to NYC |
| * | Driver Dan | 9/27/2017 | $120.00 | Transport from NYC to West Hartford CT |
| * | Staples | 10/1/2017 | $61.91 | Shipping and copies |
| * | Driver Dan | 10/13/2017 | $190.00 | Transport West Hartford CT to NYC |
| * | Delta Airlines | 10/18/2017 | $456.40 | Airfare PBI to LGA to PBI |
| * | The Quin | 10/18-19/2017 | $500.00 | Hotel |
| * | Taxi | 10/18/2017 | $54.67 | Transport airport to hotel |
| * | Taxi | 10/19/2017 | $8.16 | Transport to meeting |
| * | PBI Airport | 10/19/2017 | $26.00 | Airport parking |
| * | Uber | 10/19/2017 | $45.00 | Transport to airport |
| * | Delta Airlines | 10/26/2017 | $563.40 | Airfare PBI to LGA to PBI |
| * | Taxi | 10/26/2017 | $54.06 | Transport airport to meeting |
| * | PBI Airport | 10/26/2017 | $13.00 | Airport parking |
| * | Uber | 10/26/2017 | $46.25 | Transport meeting to airport |
| * | JetBlue | 12/18/2017 | $196.20 | Airfare PBI to EWR |
| * | Uber | 12/18/2017 | $54.57 | Transport airport to NYC |
| * | The London | 12/18-19/2017 | $392.86 | Hotel |
| * | Uber | 12/19/2017 | $42.17 | Transport to airport |
| * | American Airlines | 12/19/2017 | $286.20 | Airfare LGA to PBI |
| * | Taxi | 12/18/2017 | $9.36 | Transport to meeting |
| * | PBI Airport | 12/19/2017 | $26.00 | Airport parking |

**$3,459.38 Application Total**