## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- X

In re                                    **:**             **Chapter 11**

                                         **:**

**ENERGY FUTURE HOLDINGS CORP.** *et al.,*[1]   **:**            **Case No. 14-10979 (CSS)**

                                         **:**

             **Debtor-in-Possession.**       **:**            **(Jointly Administered)**

                                         **:**

                                       **:**   **Objection deadline:  July 10, 2018 at 4:00 pm**
                                         **:**   **Eastern Time**
                                         **:**   **Hearing date: July 16, 2018 at 11:00 am Eastern**
                                         **:**   **Time**

------------------------------------------------------------------------- X

### NOTICE OF INTERIM FEE APPLICATION

**PLEASE TAKE NOTICE** that Richard Gitlin, individually, and as Chairman of Gitlin &
Company LLC (the "Applicant") has filed the *Tenth Interim Application of Richard Gitlin,
Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee
Committee, for Allowance of Compensation for Services Rendered for the Period from September
1, 2017 through December 31, 2017 and for Reimbursement of Expenses from September 1, 2017
through December 31, 2017* (the "Interim Fee Application").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Interim Fee
Application must be made in accordance with the *Order Establishing Procedures for Interim
Compensation and Reimbursement of Expenses for Professionals,* dated September 16, 2014 [D.I.
2066], and must be filed with the Clerk of the United States Bankruptcy Court for the District of
Delaware, 824 N. Market Street, Wilmington, Delaware 19801, and be served upon and received

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the
Debtors' service address is 160 I Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these
chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their
federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the
website of the debtors' claims and noticing agent at http://www.efocaseinfo.com.

11283442

by (i) the above-captioned debtors and debtors in possession (collectively, the "Debtors"), Energy Future Holdings Corp., *et al.,* 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Roberta A. DeAngelis, the United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod; (vii) counsel to the Official Committee of TCEH Unsecured Creditors (the "Committee"), Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Brett H. Miller and Lorenzo Marinuzzi; (viii) co-counsel to the Committee, Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, Attn: Christopher A. Ward and (ix) counsel for the Fee Committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler, by **July 10, 2018 at 4:00 p.m.** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE INTERIM FEE APPLICATION WILL TAKE PLACE BEFORE THE HONORABLE CHRISTOPHER S.

SONTCHI, U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR,

COURTROOM 6, WILMINGTON, DE 19801 ON **JULY 16, 2018 AT 11:00 A.M.**

    **PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE BY THE OBJECTION DEADLINE, THE RELIEF REQUESTED IN THE INTERIM FEE APPLICATION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING.**

Date  June 19, 2018
Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN
   & ARONOFF LLP**

_/s/ Jennifer R. Hoover_
Jennifer R. Hoover, Esquire (No. 5111)
William M. Alleman, Jr., Esquire  (No. 5449)
222 Delaware Avenue, Suite 801
Wilmington, Delaware 19801
Telephone:  (302) 442-7010
Facsimile:   (302) 442-7012
jhoover@beneschlaw.com
walleman@beneschlaw.com

-and-

Katherine Stadler, Esquire _(admitted pro hac vice)_
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
Madison, Wisconsin 53703
Phone: (608) 257-3911
Fax: (608) 257-0609
E-mail: kstadler@gklaw.com

_Attorneys for the Fee Committee_