**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| | : Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., | : (Jointly Administered) |
| *et al.*,[1] | : |
| | : **Objection deadline: July 10, 2018 at 4:00 pm** |
| Debtors. | : **Eastern Time** |
| | : **Hearing date: July 16, 2018 at 11:00 am** |
| | : **Eastern Time** |

**COVER SHEET FOR**
**FIFTH INTERIM FEE APPLICATION OF BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP FOR INTERIM COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL**
**TO THE ENERGY FUTURE HOLDINGS CORP. FEE COMMITTEE FOR**
<u>**THE PERIOD SEPTEMBER 1, 2017 THROUGH DECEMBER 31, 2017**</u>

| | |
|---|---|
| Name of Applicant: | Benesch, Friedlander, Coplan & Aronoff LLP |
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp. Fee Committee |
| Date of Retention: | May 16, 2016 *nunc pro tunc* to April 7, 2016 |
| Period for which Compensation and Reimbursement of Expenses is Sought: | September 1, 2017 through December 31, 2017 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $5,259.50 |
| Amount of Expense Reimbursement Sought As Actual, Reasonable, and Necessary: | $54.30 |
| Total Requested: | $5,313.80 |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## PREVIOUSLY FILED FEE STATEMENTS

| Monthly Fee Statements | | Requested | | Received | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 10/7/2016 | 4/7/2016-4/30/2016 | $6,309.50 | $0.00 | $5,047.50 | $0.00 |
| 10/7/2016 | 5/1/2016-5/31/2016 | $1,462.50 | $4.30 | $1,170.00 | $4.30 |
| 10/7/2016 | 6/1/2016-6/30/2016 | $2,640.00 | $5.00 | $2,112.00 | $5.00 |
| 10/7/2016 | 8/1/2016-8/31/2016 | $2,952.00 | $11.60 | $2,361.60 | $11.60 |
| 11/1/2016 | 9/1/2016-9/30/2016 | $4,494.50 | $8.00 | $3,595.60 | $8.00 |
| 12/1/2016 | 10/1/2016-10/31/2016 | $6,434.00 | $45.10 | $5,147.20 | $45.10 |
| 3/1/2017 | 11/1/2016-12/31/2016 | $4,649.50 | $57.70 | $4,649.50 | $57.70 |

| Interim Fee Applications | | Requested | | Received | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 2/28/2017 | 4/7/2016-8/31/2016 | $13,364.00 | $20.90 | $13,364.00 | $20.90 |
| 3/15/2017 | 9/1/2016-12/31/2016 | $15,578.00 | $110.60 | $15,578.00 | $110.60 |
| 6/16/2017 | 1/1/2017-4/30/2017 | $10,284.50 | $64.85 | $10,284.50 | $64.85 |
| 1/25/2018 | 5/1/2017-8/31/2017 | $3,655.00 | $29.00 | $0 | $0 |

## TIMEKEEPER SUMMARY
### (September 1, 2017 through December 31, 2017)

| Name of Professional | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jennifer R. Hoover, Esquire | Partner since 2012. Member of the DE Bar since 2007. Member of the PA Bar since 2001. | $510.00 | 1.90 | $1,035.50 |
| Jennifer R. Hoover, Esquire | Partner since 2012. Member of the DE Bar since 2007. Member of the PA Bar since 2001. | $545.00 | .80 | $408.00 |
| William M. Alleman, Jr., Esquire | Associate since 2015. Member of the DE Bar since 2010. | $335.00 | 3.50 | $1,295.00 |
| William M. Alleman, Jr., Esquire | Associate since 2015. Member of the DE Bar since 2010. | $370.00 | 1.40 | $469.00 |
| Celeste A. Hartman, Paralegal | Paralegal since 1977 | $285.00 | 3.30 | $940.50 |
| LouAnne Molinaro, Paralegal | Paralegal since 2017 | $285.00 | 3.90 | $1,111.50 |

| | | |
|---|---|---|
| **TOTAL** | **14.80** | **$5,259.50** |
| **BLENDED RATE** | | **$355.37** |

**COMPENSATION BY PROJECT CATEGORY**
**(September 1, 2017 through December 31, 2017)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Energy Future Holdings Official Fee Committee | .60 | $222.00 |
| Case Administration | .80 | $436.00 |
| Fee Applications-Others | 7.70 | $2,470.50 |
| Fee Applications-Benesch | 5.20 | $1,936.50 |
| Fee Application Objections - Others | .30 | $85.50 |
| Litigation | .20 | $109.00 |
| **Totals** | **14.80** | **$5,259.50** |

**EXPENSE SUMMARY**
**(September 1, 2017 through December 31, 2017)**

| Expense Category | Provider | Total Fees |
|---|---|---|
| Court Research/Document Charges | Pacer | $26.80 |
| Duplication In-house @10 cents per page | n/a | $2.50 |
| Delivery Services | DLS Discovery | $25.00 |
| **Totals** | | **$54.30** |

*[Remainder of Page Intentionally Blank]*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., | :  (Jointly Administered) |
| *et al.*,[1] | : |
|  | : **Objection deadline:  July 10, 2018 at 4:00 pm** |
| Debtors. | : **Eastern Time** |
|  | : **Hearing date: July 16, 2018 at 11:00 am** |
|  | : **Eastern Time** |

**FIFTH INTERIM FEE APPLICATION OF BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP FOR INTERIM COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL
TO THE ENERGY FUTURE HOLDINGS CORP. FEE COMMITTEE FOR
THE PERIOD SEPTEMBER 1, 2017 THROUGH DECEMBER 31, 2017**

Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") hereby submits the *Fifth Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period September 1, 2017 through December 31, 2017* (the "Fifth Interim Fee Application") for professional services rendered as counsel for the Energy Future Holdings Corp. Fee Committee (the "Fee Committee").  In support of this Fifth Interim Fee Application, Benesch respectfully represents as follows:

**Jurisdiction**

1.      The Court has jurisdiction over this matter under 28 U.S.C. § 157 and 1334.  This is a core proceeding within the meaning of 28 U.S.C. §§ 157(b)(2).  Venue of this chapter 11 case in this district is proper under 28 U.S.C. §§ 1408 and 1409.

---

[1]      The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2.      Pursuant to sections 327, 330, and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Employment and Retention of Benesch, Friedlander, Coplan & Aronoff, LLP as Delaware Counsel to the Fee Committee* (D.I. 8448) (the "Retention Order"), the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* (D.I. 2066) (the "Interim Compensation Order"), the *Stipulation and Order Appointing a Fee Committee* (D.I. 1896) (the "Fee Committee Order"), and Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), Benesch, as Delaware counsel to the Fee Committee, hereby files its Fifth Interim Fee Application for allowance and payment (to the extent not already paid) of (i) compensation in the amount of $3,655.00 for the reasonable and necessary legal services Benesch rendered to the Fee Committee from September 1, 2017 through December 31, 2017  (the "Fee Period") and (ii) $29.00 for actual and necessary expenses Benesch incurred during the Fee Period.

**Itemization of Services Rendered and Disbursements Incurred**

3.      The Cover Sheet for this Fifth Interim Fee Application provides a breakdown of the professionals that worked on this case, their hourly rate, the total hours each worked, and the blended rate of all professionals.  Attached to this Fifth Interim Fee Application as **Exhibit A** is a copy of the invoice which provides a further breakdown of the billing for each professional listed in the Cover Sheet.  It also provides a breakdown by category of the work done. The Cover Sheet also provides a breakdown of expenses incurred for the services rendered.  This same information is contained in **Exhibit B**, attached hereto.  Expenses incurred but not yet billed to the firm will be included in future Fee Applications.

2

**Monthly Fee Statements**

4.      Pursuant to the procedures set forth in the Interim Compensation Order, professionals may apply for monthly compensation and reimbursement (each such statement, a "Monthly Fee Statement"), and the notice parties listed in the Interim Compensation Order may object to such request. If no notice party objects to a professional's Monthly Fee Statement within 21 days after the date of service of the Monthly Fee Statement, the professional may submit to the Court a certification of no objection, whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested. Benesch did not file any Monthly Fee Statements for compensation during this Fee Period.

5.      Pursuant to the Interim Compensation Order, within 45 days of the end of the quarter, professionals are to file and serve upon the notice parties a request (an "Interim Fee Application") for interim Court approval and allowance of the Monthly Fee Statements filed during the period covered by the Interim Fee Application.  If the Court grants the relief requested by the Interim Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses covered by that Interim Fee Application less any amounts previously paid in connection with Monthly Fee Statements.  Any payment made pursuant to the Monthly Fee Statements or any Interim Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

6.      This Fifth Interim Fee Application, which is submitted in accordance with the Interim Compensation Order, is the fifth interim application for compensation for services rendered that Benesch has filed with the Court in connection with these cases, and covers the Fee Period of September 1, 2017 through December 31, 2017.

**Proposed Payment Allocation**

3

7.      Paragraph 2(b) of the Interim Compensation Order requires Professionals to allocate the fees and expenses sought in their Applications among (a) Energy Future Holdings Corp. and (b) Energy Future Intermediate Holding Company LLC and each of their direct subsidiaries that are Debtors in these chapter 11 cases.  Since Texas Competitive Holdings Company LLC's Plan of Reorganization has been confirmed, as Delaware counsel to the Fee Committee the compensation earned and expenses incurred by Benesch should be allocated evenly amongst the remaining Debtors.

<u>**Summary of Legal Services Rendered**</u>

8.      Benesch has rendered legal services to the Fee Committee on a regular basis during the Fee Period, including time spent on the following:

      i.   <u>Energy Futures Holdings Official Fee Committee</u> –  (Fees:  $222.00 - Total Hours:  0.60)
This category represents time spent on matters directly related to the Fee Committee.

      ii.   <u>Case Administration</u> – (Fees:  $436.00 - Total Hours:  0.80 )
This category represents time spent maintaining the docket, reviewing pleadings, and general administrative matters.

      iii.   <u>Fee Applications-Others</u> – (Fees:  $2,470.50  - Total Hours:  7.70)
This category represents time spent reviewing and filing the Fee Committee reports, proposed interim compensation orders, and the interim compensation applications for the Fee Committee and Godfrey & Kahn, P.C.  Time was also spent preparing fee binders for hearings on the professionals' fee applications and related matters.

      iv.   <u>Fee Applications-Benesch</u> – (Fees:  $1,936.50 - Total Hours:  5.20)
This category represents time spent coordinating the preparation and filing of Benesch's fourth interim fee application as Delaware counsel to the Fee Committee and related matters.

      v.   <u>Fee Application Objections-Others</u> – (Fees:  $85.50 - Total Hours:  .30)

This category represents time spent monitoring for objections and preparing and filing certificates of no objection for Fee Committee and Godfrey & Kahn, P.C. fee applications.

vi. <u>Litigation</u> – (Fees: $109.00 - Total Hours: .20)
This category represents time spent preparing for case filings.

9.      While every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Fifth Interim Fee Application due to delays caused by accounting and processing during the Fee Period.  Benesch reserves the right to make further application for allowance of such fees and expenses not included herein. Subsequent Fee Applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Rules, the Fee Committee Order, and the Interim Compensation Order.

WHEREFORE, Benesch requests allowance and payment (to the extent not already paid) of (i) its fees included in this Fifth Interim Fee Application in the amount of $5,259.50 and (ii) expenses amount of $54.30, for a total of $5,313.80, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated:  June 20, 2018

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

 _/s/ Jennifer R. Hoover_
Jennifer R. Hoover, Esquire (No. 5111)
William M. Alleman, Jr., Esquire (No. 5449)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
(302) 442-7010 (telephone)
(302) 442-7012 (facsimile)
jhoover@beneschlaw.com
walleman@beneschlaw.com

*Delaware Counsel for the Energy Future
Holdings Corp. Fee Committee*

5

## CERTIFICATION OF RESPONSIBLE ATTORNEY

Pursuant to the Guidelines for Applications for Compensation and Reimbursement of Expenses Adopted by the Executive Office for the United States Trustees Pursuant to the Bankruptcy Reform Act 1994, effective January 30, 1996 ("U.S.T. Guidelines") and Local Rule 2016-2, the undersigned, as responsible attorney, certifies (a) I have read the foregoing application, (b) to the best of my knowledge, information, and belief formed after reasonable inquiry, the compensation and expense reimbursement sought conforms with the U.S.T. Guidelines and the Local Rules, and (c) the compensation and expense reimbursement requested are billed at rates and in accordance with practices no less favorable to the Debtors than those customarily employed by Benesch generally.


Dated:  June 20, 2018

**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**


 */s/ Jennifer R. Hoover*
Jennifer R. Hoover, Esquire (No. 5111)

*Delaware Counsel for the Energy Future*
*Holdings Corp. Fee Committee*