# Exhibit A

Energy Futures Holdings Official Fee Committee

FEE STATEMENT FOR SERVICES RENDERED
AND EXPENSES INCURRED BY
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
FOR THE PERIOD SEPTEMBER 1, 2017  THROUGH DECEMBER 31, 2017

| Service Category | Tab |
|---|---|
| Energy Futures Holdings Official Fee Committee . . . . . . . . . . . . . . | 1 |
| Case Administration . . . . . . . . . . . . . . | 2 |
| Fee Applications -- Others . . . . . . . . . . . . . . | 3 |
| Fee Applications -- Benesch . . . . . . . . . . . . . . | 4 |
| Fee Application Objections -- Others . . . . . . . . . . . . . . | 5 |
| Litigation . . . . . . . . . . . . . . | 6 |

Expenses

| General . . . . . . . . . . . . . . | 7 |

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
SUMMARY OF SERVICES RENDERED
SEPTEMBER 1, 2017  THROUGH DECEMBER 31, 2017

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $545.00 | 1.90 | $1,035.50 |
| JENNIFER R HOOVER | (JRH) | $510.00 | 0.80 | $408.00 |
| | | | 2.70 | $1,443.50 |
| **ASSOCIATE** | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $370.00 | 3.50 | $1,295.00 |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $335.00 | 1.40 | $469.00 |
| | | | 4.90 | $1,764.00 |
| **PARALEGAL** | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 3.30 | $940.50 |
| LOUANNE MOLINARO | (LM ) | $285.00 | 3.90 | $1,111.50 |
| | | | 7.20 | $2,052.00 |
| | | TOTAL: | 14.80 | $5,259.50 |

Combined Average Hourly Rate:   $355.37

Energy Futures Holdings Official Fee Committee

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2017

| Date | Atty | Services | Hours |
|---|---|---|---|
| 12/19/17 | WMA | Review motion to appoint new creditor to fee committee; e-mails with J. Hoover regarding same | 0.40 |
| 12/22/17 | WMA | Review document requests from Elliott; e-mails with J. Hoover regarding same | 0.10 |
| 12/27/17 | WMA | E-mails with K. Stadler regarding document requests from Elliott | 0.10 |

Energy Futures Holdings Official Fee Committee

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| ASSOCIATE | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $370.00 | 0.60 | $222.00 |
| | | | 0.60 | $222.00 |
| | | TOTAL: | 0.60 | $222.00 |

Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2017

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 10/11/17 | JRH | Review emails from counsel regarding status of matter | 0.10 |
| 10/12/17 | JRH | Emails to/from counsel regarding status | 0.20 |
| 12/22/17 | JRH | Review request for production and emails with W. Alleman regarding same | 0.20 |
| 12/31/17 | JRH | Initial review of draft response of the fee committee to the Eliot matter | 0.30 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $545.00 | 0.80 | $436.00 |
| | | | 0.80 | $436.00 |
| | | TOTAL: | 0.80 | $436.00 |

Fee Applications -- Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2017

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/18/17 | WMA | E-mails with K. Boucher and C. Hartman regarding filing of G&K fee application | 0.10 |
| 09/26/17 | WMA | Review and comment on and coordinate filing of combined 7th and 8th interim fee applications of G&K | 0.40 |
| 09/26/17 | WMA | Review and comment on and coordinate filing of G&K's final fee app regarding non-retained professionals | 0.60 |
| 09/26/17 | CAH | Review of emails from K. Boucher; draft notices for fee applications; assist with filing two fee applications for Godfrey & Kahn and one for Gitlin | 0.80 |
| 09/27/17 | CAH | Calendar all dates associated with Gitlin and Godfrey & Kahn fee applications | 0.20 |
| 10/18/17 | WMA | Conf. with L. Molinaro and calls with K. Boucher regarding G&K and Gitlin fee order matters | 0.20 |
| 10/25/17 | WMA | Review and comment on CoC and draft interim and final orders for G&K and Gitlin fee applications; e-mail K. Boucher regarding same; conf. with L. Molinaro regarding fee binders | 0.50 |
| 10/27/17 | WMA | E-mais with K. Stadler regarding G&K and Gitlin fee applications and fee summary report | 0.10 |
| 10/30/17 | WMA | E-mails with K. Boucher regarding fee binder; review and comment on and coordinate filing of CoC for fee orders | 0.40 |
| 10/30/17 | WMA | Review and comment on fee summary report and coordinate filing of same | 0.50 |
| 10/30/17 | LM | Worked with client and W. Alleman to prepare Certification of Counsel Regarding Omnibus Fee Orders and Fee Committees Summary Report Concerning Uncontested Fee Applications; e-filed same and arranged for service (0.50); Prepared, e-filed and served Certification of Counsel Regarding Omnibus Fee Orders and Fee Committee's Summary Report; worked on Fee Application Binder and fee chart (2.00) | 2.50 |
| 10/31/17 | WMA | Review and comment on fee chart and fee binder for chambers and conf. with L. Molinaro regarding same; review e-mail from K. Stadler regarding same | 0.40 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 10/31/17 | LM | Finished fee application binder and sent to Judge Sontchi's Chambers | 0.50 |
| 11/02/17 | WMA | Review and revise CoC for omnibus fee orders and coordinate filing and delivery of same | 0.50 |

Fee Applications -- Others

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| ASSOCIATE | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $370.00 | 2.60 | $962.00 |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $335.00 | 1.10 | $368.50 |
| | | | 3.70 | $1,330.50 |
| PARALEGAL | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 1.00 | $285.00 |
| LOUANNE MOLINARO | (LM ) | $285.00 | 3.00 | $855.00 |
| | | | 4.00 | $1,140.00 |
| | | TOTAL: | 7.70 | $2,470.50 |

Fee Applications -- Benesch

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2017

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/13/17 | CAH | Mark up pro forma to conform to local rules | 0.40 |
| 09/13/17 | CAH | Confer with L. Molinaro and complete draft of Benesch's 4th interim fee application | 0.70 |
| 09/13/17 | CAH | Email to S. Houchins regarding payments made | 0.20 |
| 09/14/17 | WMA | Review and comment on draft Benesch fee app | 0.30 |
| 09/14/17 | CAH | Complete 4th interim fee application and send to W. Alleman to review | 0.30 |
| 09/18/17 | CAH | Revise fee application based upon revised categories | 0.20 |
| 09/26/17 | JRH | Review and comment on three fee applications and coordinate filing | 0.50 |
| 09/27/17 | CAH | Email BFC&A fee application to J. Hoover for review | 0.20 |
| 09/29/17 | JRH | Meeting with C. Hartman to discuss upcoming applications | 0.30 |
| 10/03/17 | JRH | Conference call with T. Haren regarding fee procedures (special counsel to debtor) | 0.20 |
| 10/12/17 | WMA | Coordinating response to Debtors' request for fee accruals and estimates; e-mails with P. Venter regarding same | 0.30 |
| 10/12/17 | LM | Follow-up regarding status of fee applications | 0.20 |
| 10/18/17 | LM | Discuss CNO with W. Alleman | 0.10 |
| 10/25/17 | LM | Discuss fee application binder with W. Alleman; draft fee application binder cover and index | 0.30 |
| 10/27/17 | LM | Worked on fee application binder | 0.10 |
| 10/30/17 | JRH | Review emails regarding status and fee committee summary report | 0.20 |
| 10/30/17 | LM | Discussed status of fee application binder with W. Alleman | 0.10 |
| 10/31/17 | JRH | Review emails and status related to Energy Future Holdings fee binder | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 11/02/17 | JRH | Review and comment on COC and form of order | 0.30 |
| 11/28/17 | LM | Communicate with W. Alleman and accounting regarding accounts receivable | 0.10 |

Fee Applications -- Benesch

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| JENNIFER R HOOVER | (JRH) | $545.00 | 0.90 | $490.50 |
| JENNIFER R HOOVER | (JRH) | $510.00 | 0.80 | $408.00 |
| | | | 1.70 | $898.50 |
| **ASSOCIATE** | | | | |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $370.00 | 0.30 | $111.00 |
| WILLIAM M. ALLEMAN, JR. | (WMA) | $335.00 | 0.30 | $100.50 |
| | | | 0.60 | $211.50 |
| **PARALEGAL** | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 2.00 | $570.00 |
| LOUANNE MOLINARO | (LM ) | $285.00 | 0.90 | $256.50 |
| | | | 2.90 | $826.50 |
| | | TOTAL: | 5.20 | $1,936.50 |

Fee Application Objections -- Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2017

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 09/18/17 | CAH | Review of email from K. Boucher and respond; review of further email from W. Alleman | 0.30 |

Fee Application Objections -- Others

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARALEGAL | | | | |
| CELESTE A. HARTMAN | (CAH) | $285.00 | 0.30 | $85.50 |
| | | | 0.30 | $85.50 |
| | | TOTAL: | 0.30 | $85.50 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH DECEMBER 31, 2017

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 12/27/17 | JRH | Emails regarding upcoming filings | 0.20 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| JENNIFER R HOOVER | (JRH) | $545.00 | 0.20 | $109.00 |
| | | | 0.20 | $109.00 |
| | | TOTAL: | 0.20 | $109.00 |

# Exhibit B

SUMMARY OF EXPENSES INCURRED FOR THE PERIOD
SEPTEMBER 1, 2017  THROUGH DECEMBER 31, 2017

| Expense | Amount |
|---|---|
| Document Reproduction | $2.50 |
| Delivery Fee - Outside | $25.00 |
| Court Case Mgmt charges-Pacer | $26.80 |
| TOTAL: | $54.30 |

**Document Reproduction**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 09/29/17 | CAH | Document Reproduction 25 copies | 2.50 |
| | | TOTAL: | $2.50 |

**Delivery Fee - Outside**

| Date | User | Description | Amount |
|------|------|-------------|-------:|
| 09/12/17 | CAH | Delivery Fee - Outside - Vendor: DLS Discovery, LLC 8/21 | 7.50 |
| 11/14/17 | WMA | Delivery Fee - Outside - Vendor: DLS Discovery, LLC 11/2 | 7.50 |
| 11/14/17 | LM | Delivery Fee - Outside - Vendor: DLS Discovery, LLC 10/31 | 5.00 |
| 12/08/17 | WMA | Delivery Fee - Outside - Vendor: DLS Discovery, LLC 11/14 | 5.00 |
| | | TOTAL: | $25.00 |

**Court Case Mgmt charges-Pacer**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 10/12/17 | XXX | Court Case Mgmt charges-Pacer | 0.20 |
| 10/12/17 | XXX | Court Case Mgmt charges-Pacer | 1.70 |
| 10/12/17 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 10/18/17 | XXX | Court Case Mgmt charges-Pacer | 0.90 |
| 10/18/17 | XXX | Court Case Mgmt charges-Pacer | 0.30 |
| 10/18/17 | XXX | Court Case Mgmt charges-Pacer | 0.70 |
| 10/18/17 | XXX | Court Case Mgmt charges-Pacer | 0.10 |
| 10/18/17 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 10/18/17 | XXX | Court Case Mgmt charges-Pacer | 0.40 |
| 10/18/17 | XXX | Court Case Mgmt charges-Pacer | 2.50 |
| 10/18/17 | XXX | Court Case Mgmt charges-Pacer | 0.20 |
| 10/18/17 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 10/18/17 | XXX | Court Case Mgmt charges-Pacer | 0.60 |
| 10/25/17 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 10/25/17 | XXX | Court Case Mgmt charges-Pacer | 0.10 |
| 10/31/17 | XXX | Court Case Mgmt charges-Pacer | 1.00 |
| 10/31/17 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 10/31/17 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 10/31/17 | XXX | Court Case Mgmt charges-Pacer | 0.10 |
|  |  | TOTAL: | $26.80 |