IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | : Chapter 11<br>:<br>: Case No. 14-10979 (CSS)<br>:  (Jointly Administered)<br>:<br>: **Objection deadline:  July 10, 2018 at 4:00 pm**<br>: **Eastern Time**<br>: **Hearing date: July 16, 2018 at 11:00 am**<br>: **Eastern Time** |

**NOTICE OF FIFTH INTERIM FEE APPLICATION OF BENESCH,
FRIEDLANDER, COPLAN & ARONOFF LLP**

PLEASE TAKE NOTICE that Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch") has filed the *Fifth Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period September 1, 2017 through December 31, 2017* (the "Fifth Interim Fee Application").

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Fifth Interim Fee Application must be made in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals*, dated September 16, 2014 (D.I. 2066) (the "Interim Compensation Order"), and must be filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, Wilmington, Delaware 19801, and be served upon and received by (i) the above-captioned debtors and debtors in possession (collectively, the "Debtors"), Energy Future Holdings Corp., *et al.*, 1601 Bryan Street, 43rd Floor, Dallas, TX, 75201, Attn: Andrew M. Wright and Cecily Gooch; (ii) co-counsel to the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

11219641

Debtors, Kirkland & Ellis LLP, 601 Lexington Avenue, New York, NY 10022, Attn: Brian E. Schartz and Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654, Attn: Chad Husnick; (iii) co-counsel to the Debtors, Richards, Layton & Finger, P.A., 920 North King Street, Wilmington, DE 19801, Attn: Daniel J. DeFranceschi and Jason M. Madron; (iv) Andrew Vara, acting United States Trustee for Region 3, J. Caleb Boggs Federal Building, 844 King Street, Room 2207, Wilmington, DE 19801, Attn: Richard L. Schepacarter and U.S. Department of Justice, Office of the U.S. Trustee, U.S. Federal Building, 201 Varick Street, Room 1006, New York, NY 10014, Attn: Andrea B. Schwartz; (v) counsel for the agent of the EFIH First Lien DIP Financing Facility, Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, Attn: Ned Schodek and Fredric Sosnick; (vi) counsel for the agent of the TCEH DIP Financing Facility, Milbank, Tweed, Hadley & McCloy LLP, 1 Chase Manhattan Plaza, New York, NY 10005, Attn: Evan Fleck and Matthew Brod; (vii) counsel to the Official Committee of TCEH Unsecured Creditors (the "Committee"), Morrison & Foerster LLP, 250 W. 55th Street, New York, NY 10019, Attn: Brett H. Miller and Lorenzo Marinuzzi; (viii) co-counsel to the Committee, Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, DE 19801, Attn: Christopher A. Ward and (ix) counsel to the fee committee, Godfrey & Kahn, S.C., One East Main Street, Madison, WI 53703, Attn: Katherine Stadler, by no later than **4:00 p.m. (Eastern Time) on July 10, 2018** (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE FIFTH INTERIM FEE APPLICATION WILL TAKE PLACE BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, U.S. BANKRUPTCY COURT, 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM 6, WILMINGTON, DE 19801 ON **JULY 16, 2018 at 11:00 A.M.**.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE BY THE OBJECTION DEADLINE, THE RELIEF REQUESTED IN THE FIFTH INTERIM FEE APPLICATION MAY BE GRANTED WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  June 20, 2018

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

 */s/ Jennifer R. Hoover*
Jennifer R. Hoover, Esquire (No. 5111)
William M. Alleman, Jr., Esquire (No. 5449)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
(302) 442-7010 (telephone)
(302) 442-7012 (facsimile)
jhoover@beneschlaw.com
walleman@beneschlaw.com

*Delaware Counsel for the Energy Future Holdings Corp. Fee Committee*