## **CERTIFICATE OF SERVICE**

I, Erin R. Fay, hereby certify that on this 21st day of June, 2018, I caused copies of the

**Notice of Appeal** to be served via first class mail on the parties listed below:

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
920 North King Street
Wilmington, DE 19801

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
601 Lexington Avenue
New York, NY 10022-4611

James H.M. Sprayregen, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654

HOGAN MCDANIEL
Garvan F. McDaniel, Esq.
1311 Delaware Avenue
Wilmington, Delaware 19806

KASOWITZ BENSON TORRES LLP
David S. Rosner
Andrew K. Glenn
1633 Broadway
New York, New York 10019

CROSS & SIMON, LLC
Christopher P. Simon
1105 North Market Street, Suite 901
Wilmington, Delaware 19801

{BAY:03306835v1}

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110

                                                          */s/   Erin R. Fay*
                                                              Erin R. Fay (No. 5268)