# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 20, 2018, counsel to American Stock Transfer & Trust Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by EFH Future Holdings Corp. caused a true and accurate copy of the following document to be served via electronic mail upon the parties listed on the attached service list:

- The EFH Indenture Trustee's (A) Joinder to the Ad Hoc EFH Claimant's Requests for Production of Documents in Connection with the Allocation Motion; and (B) Requests for Production of Documents to UMB Bank N.A. in Connection with Allocation Motion;

- The EFH Indenture Trustee's (A) Joinder to the Ad Hoc EFH Claimant's Requests for Production of Documents in Connection with the Allocation Motion; and (B) Requests for Production of Documents to the EFH Plan Administration Board in Connection with Allocation Motion; and

- The EFH Indenture Trustee's (A) Joinder to the Ad Hoc EFH Claimant's Requests for Production of Documents in Connection with the Allocation Motion; and (B) Requests for Production of Documents to Elliot in Connection with Allocation Motion.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| Dated: Wilmington, DE<br>June 21, 2018 | **CROSS & SIMON, LLC**<br><br>By: /s/*Christopher P. Simon*<br>Christopher P. Simon (No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>csimon@crosslaw.com<br><br>- and –<br><br>NIXON PEABODY LLP<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 345-1000<br>Facsimile: (617) 345-1300<br>adarwin@nixonpeabody.com<br>rpedone@nixonpeabody.com<br>eschneider@nixonpeabody.com<br><br>-and-<br><br>Christopher J. Fong<br>437 Madison Avenue<br>New York, NY 10022<br>Telephone: 212-940-3724<br>Facsimile: 855-900-8613<br>cfong@nixonpeabody.com<br><br>*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee* |

## SERVICE LIST

Matthew L. McGinnis, Esq.
Katelyn Saner, Esq.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-3600
Matthew.McGinnis@ropesgray.com
Katelyn.Saner@ropesgray.com

Jason M. Madron, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Madron@RLF.com

David S. Rosner, Esq.
David J. Mark, Esq.
Andrew K. Glenn, Esq.
Andrew H. Elkin, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York,  New York 10019
DRosner@kasowitz.com
DMark@kasowitz.com
AGlenn@kasowitz.com
AElkin@kasowitz.com

McClain Thompson, Esq.
Aparna Yenamandra, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
mcclain.thompson@kirkland.com
Aparna.Yenamandra@kirkland.com

Mark McKane P.C.
Anna Terteryan, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, California 94104
mmckane@kirkland.com
anna.terteryan@kirkland.com

Bryan M. Stephany, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street,  N.W
Washington, D.C. 20005-5793
bstephany@kirkland.com

Gregg M. Galardi, Esq.
Daniel G. Egan, Esq.
Christian Reigstad, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York  10036-8704
Gregg.Galardi@ropesgray.com
Daniel.Egan@ropesgray.com
Christian.Reigstad@ropesgray.com

Erin R. Fay, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
efay@bayardlaw.com