# Notice Recipients

District/Off: 0311−1    User: DMC    Date Created: 6/21/2018
Case: 14−10979−CSS    Form ID: van440    Total: 10

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | | |
|---|---|---|---|---|---|
| aty | Andrea Beth Schwartz | U.S. Department of Justice – Office of the U.S. Trustee | U.S. Federal Office Building | 201 Varick Street, Rm 1006 | New York, NY 10065 |
| aty | Brian Schartz | c/o Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022 | |
| aty | Edward O. Sassower | Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022 | |
| aty | James H.M. Sprayregen | Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022 | |
| aty | Jason M. Madron | Richards, Layton & Finger, P.A. | One Rodney Square | P.O. Box 551 | Wilmington, DE 19899 |
| aty | Linda J. Casey | Office of United States Trustee | 844 King Street | Suite 2207 | Wilmington, DE 19801 |
| aty | Mark D. Collins | Richards, Layton & Finger, P.A. | One Rodney Square | 920 North King Street | Wilmington, DE 19801 |
| aty | Richard L. Schepacarter | Office of the United States Trustee | U. S. Department of Justice | 844 King Street, Suite 2207    Lockbox #35 | Wilmington, DE 19801 |
| aty | Stephen E. Hessler | Kirkland & Ellis LLP | 601 Lexington Avenue | New York, NY 10022 | |
| aty | Steven N. Serajeddini | Kirkland & Ellis LLP | 300 North LaSalle | Chicago, IL 60654 | |

TOTAL: 10