**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

## NOTICE OF SERVICE

Please take notice that upon information and belief on June 21, 2018, a copy of 1) Ad Hoc EFH Claimants' First Set of Requests for Production of Documents Directed to UMB Bank, N.A. and Elliott; and (2) Ad Hoc EFH Claimants' First Set of Requests for Production of Documents Directed to the EFH Plan Administrator Board were caused to be served on the following via email.

Anna Terteryan, Esq.
Mark McKane, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Email: anna.terteryan@kirkland.com
mmckane@kirkland.com

Erin R. Fay, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
Email: efay@bayardlaw.com

Morgan C. Nighan, Esq.
Richard Pedone, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
Email: mnighan@nixonpeabody.com
rpedone@nixonpeabody.com

Bryan M. Stephany, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Email: bstephany@kirkland.com

Aparna Yenamandra, Esq.
McClain Thompson, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
Email: aparna.yenamandra@kirkland.com
mcclain.thompson@kirkland.com

Jason M. Madron, Esq.
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801
Email: madron@rlf.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

1

Daniel G. Egan, Esq.
Gregg M. Galardi, Esq,
Christian Reigstad, Esq.
Matthew McGinnis, Esq.
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036-8704
Email: daniel.egan@ropesgray.com
gregg.galardi@ropesgray.com
christian.reigstad@ropesgray.com
matthew.mcginnis@ropesgray.com


Dated: June 21, 2018
       Wilmington, Delaware

                                    /s/Garvan F. McDaniel
                                    Garvan F. McDaniel (DE #4167)
                                    HOGAN♦McDANIEL
                                    1311 Delaware Avenue
                                    Wilmington, DE 19806
                                    Telephone: (302) 656-7540
                                    Facsimile: (302) 656-7599
                                    gfmcdaniel@dkhogan.com

                                          -and-

`                                    KASOWITZ BENSON TORRES LLP
                                    Andrew Glenn, Esq.
                                    David S. Rosner, Esq.
                                    Andrew K. Glenn, Esq.
                                    David J. Mark, Esq.
                                    Andrew H. Elkin, Esq.
                                    1633 Broadway
                                    New York, New York 10019
                                    Telephone:  (212) 506-1700
                                    Facsimile: (212) 506-1800
                                    Email: drosner@kasowitz.com
                                            aglenn@kasowitz.com
                                            dmark@kasowitz.com
                                            aelkin@kasowitz.com