UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979       BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order. (related document(s)13102, 13113, 13190, 13191, 13192)

**Docket #:** 13221       **Date Entered:** 6/19/18

Item Transmitted:

| | | | |
|---|---|---|---|
| ✓ Notice of Appeal | Docket #: 13229 | Date Filed: 6/21/18 |
| ☐ Amended Notice of Appeal | Docket #: | Date Filed: |
| ☐ Cross Appeal | Docket #: | Date Filed: |
| ☐ Motion for Leave to Appeal | Docket #: | Date Filed: |
| ☐ Request for Certification of Direct Appeal | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**

Elliott Associates, L.P., et al. and
UMB Bank, N.A.

**Appellee/Cross Appellee**

EFH Plan Administrator Board,
Ad Hoc EFH Claimants and EFH Indenture Trustee

**Counsel for Appellant/Cross Appellant:**

BAYARD, P.A.
600 N. King Street, Suite 400
Wilmington, DE  19801

**Counsel for Appellee/Cross Appellee:**

Richards Layton & Finger
Hogan McDaniel
Cross & Simon, LLC

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ● | ○ |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ○ | ● |
| ***If Yes, has District Court assigned a Civil Action Number?** | ○ | ● |
| **Civil Action Number:** | | |

(continued on next page)

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 6/21/18        **by:** Donna Capell
_____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    18-36