# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors*.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>Re: D.I. 13221 |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that UMB Bank, N.A., as Indenture Trustee (the "Trustee") for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott" and, together with the Trustee, the "Appellants"), hereby appeal to the United States District Court for the District of Delaware under 28 U.S.C. § 158(a)(1), and Fed. R. Bankr. P. 8002 and 8003 from the June 19, 2018 Order [D.I. 13221] by the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware authorizing (a) the PAB to be a "Party" for purposes of paragraph 2 of the Allocation Scheduling Order [D.I. 13193], and (b) Kirkland & Ellis LLP and Richards, Layton & Finger, P.A. to represent the PAB in its capacity as a "Party" under the Allocation Scheduling Order, attached hereto as Exhibit A (the "Participation Order"), including without limitation, any and all orders, judgments, decrees, decisions, rulings and opinions that may subsequently be entered regarding or

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

merged into the Participation Order.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the judgment, order, or decree from which the Appellants appeal, and the names, addresses, and telephone numbers of their attorneys are as follows:

|   | **Party** | **Attorney** |
|---|---|---|
| 1. | Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership | **BAYARD, P.A.**<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Evan T. Miller (No. 5364)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br><br>- and-<br><br>**ROPES & GRAY LLP**<br>Keith H. Wofford<br>Gregg M. Galardi<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000 |
| 2. | UMB Bank, N.A. | **BAYARD, P.A.**<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Evan T. Miller (No. 5364)<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br><br>- and-<br><br>**ROPES & GRAY LLP**<br>Keith H. Wofford<br>Gregg M. Galardi<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000 |

| | | |
|---|---|---|
| 3. | EFH Plan Administrator Board | **RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (DE Bar No. 2981)<br>Daniel J. DeFranceschi (DE Bar No. 2732)<br>Jason M. Madron (DE Bar No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 651-7700<br><br>- and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler<br>Brian E. Schartz<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Telephone: (212) 446-4800<br><br>-and-<br><br>James H.M. Sprayregen, P.C.<br>Chad J. Husnick, P.C.<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, IL 60654<br>Telephone: (312) 862-2000 |
| 4. | Ad Hoc EFH Claimants | **HOGAN MCDANIEL**<br>Garvan F. McDaniel, Esq. (No. 4167)<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br><br>- and-<br><br>**KASOWITZ BENSON TORRES LLP**<br>David S. Rosner<br>Andrew K. Glenn<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700 |

| 5. | EFH Indenture Trustee | **CROSS & SIMON, LLC**<br>Christopher P. Simon (No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br><br>- and-<br><br>**NIXON PEABODY LLP**<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 345-1000 |

Dated: June 21, 2018
      Wilmington, Delaware

              **BAYARD, P.A.**

              */s/ Erin R. Fay*
              Scott D. Cousins (No. 3079)
              Erin R. Fay (No. 5268)
              Evan T. Miller (No. 5364)
              600 N. King Street, Suite 400
              Wilmington, DE 19801
              Telephone: (302) 655-5000
              Facsimile: (302) 658-6395
              scousins@bayardlaw.com
              efay@bayardlaw.com
              emiller@bayardlaw.com

              – and –

              **ROPES & GRAY LLP**
              Keith H. Wofford (admitted *pro hac vice*)
              Gregg M. Galardi
              1211 Avenue of the Americas
              New York, NY 10036-8704
              Telephone:   (212) 596-9000
              Facsimile:   (212) 596-9090
              Keith.Wofford@ropesgray.com
              Gregg.Galardi@ropesgray.com

              *Counsel for UMB Bank, N.A., as Trustee, and Elliott*

**<u>Exhibit A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors.[1] ) | (Jointly Administered) |
| ) | |
| ) | **Re: D.I. 13102, 13113, 13190, 13191, 13192** |
| ) | |

## ORDER

Upon the record of the telephonic hearing held June 14, 2018 (the "Hearing") regarding the matters set forth in D.I. 13102, 13113, 13190, 13191, and 13192 in the above-captioned cases; and the Court having found that it has jurisdiction to consider such matters pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that consideration of such matters and the relief requested therein is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having found that venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that due and proper notice was provided and that such notice was adequate and appropriate under the particular circumstances; and after due deliberation and sufficient cause appearing, it is hereby ORDERED:

1. For the reasons set forth on the record at the Hearing and to the extent set forth at the Hearing, (a) the EFH Plan Administrator Board shall be a "Party" for purposes of paragraph 2 of the *Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 19526646v.1

*Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13193] (as may be amended from time to time, the "Allocation Scheduling Order"), and (b) Kirkland & Ellis LLP and Richards, Layton & Finger, P.A. are permitted to represent the EFH Plan Administrator Board in its capacity as a "Party" under the Allocation Scheduling Order.

2.  Notwithstanding the possible applicability of Bankruptcy Rules 6004(a), 6004(h), 7062, 9014, or otherwise, the terms and conditions of this Order shall be effective and enforceable immediately upon entry.

3.  The EFH Plan Administrator Board is hereby authorized and empowered to take all actions necessary to implement the relief granted in this Order.

4.  The Court shall retain jurisdiction over any matter or disputes arising from or relating to the interpretation, implementation or enforcement of this Order.

Dated: June 19, 2018
Wilmington, Delaware

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge

2

RLF1 19526646v.1

## **CERTIFICATE OF SERVICE**

I, Erin R. Fay, hereby certify that on this 21st day of June, 2018, I caused copies of the

**Notice of Appeal** to be served via first class mail on the parties listed below:

RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
920 North King Street
Wilmington, DE 19801

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
601 Lexington Avenue
New York, NY 10022-4611

James H.M. Sprayregen, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654

HOGAN MCDANIEL
Garvan F. McDaniel, Esq.
1311 Delaware Avenue
Wilmington, Delaware 19806

KASOWITZ BENSON TORRES LLP
David S. Rosner
Andrew K. Glenn
1633 Broadway
New York, New York 10019

CROSS & SIMON, LLC
Christopher P. Simon
1105 North Market Street, Suite 901
Wilmington, Delaware 19801

2

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110

                                                  /s/  *Erin R. Fay*
                                                     Erin R. Fay (No. 5268)