## **EXHIBIT D**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,[1]<br><br>    *Debtors.* | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: D.I. \_\_\_** |

**ORDER GRANTING MOVANTS' MOTION FOR
STAY PENDING APPEAL**

Upon the motion (the "Motion to Stay")[2] of UMB Bank, N.A., as Indenture Trustee (the "Trustee") for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott" and, together with the Trustee, the "Movants") for entry of an order staying the effect of the bankruptcy court's order dated June 19, 2018 authorizing the PAB to participate as a party-litigant in the Allocation Dispute [D.I. 13221] (the "Order"); the Court having determined that granting the relief requested in the Motion to Stay is appropriate; and it appearing that due and adequate notice of the Motion to Stay has been given under the circumstances, and that no other or further notice need be given; and after due deliberation and sufficient cause appearing therefore, it is hereby **ORDERED**:

    1.    The Motion to Stay is **GRANTED**.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Stay.

-2-

2. The Order is hereby stayed pending resolution of Movants' appeal of the Order or such time as all appeals of the Order have been exhausted, or the time to file such appeals has expired.

3. Notwithstanding the possible applicability of Bankruptcy Rules 6004(a), 6004(h), 7062, 9014, or otherwise, the terms and condition of this order shall be effective and enforceable immediately upon entry.

4. The Court shall retain jurisdiction over any matter or disputes arising from or relating to the interpretation, implementation or enforcement of this order.

Dated: _____, 2018
       Wilmington, Delaware

                                              _____
                                              THE HONORABLE CHRISTOPHER S. SONTCHI
                                              UNITED STATES BANKRUPTCY JUDGE