# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors.* | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Re: D.I. \_\_\_** |

## ORDER SHORTENING
## NOTICE WITH RESPECT TO THE [STAY MOTION]

Upon the motion (the "Motion to Shorten")[1] of UMB Bank, N.A., as Indenture Trustee (the "Trustee") for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott" and, together with the Trustee, the "Movants") for an order shortening the notice period with respect to the Stay Motion; and it appearing that the Court has jurisdiction over this matter; and it further appearing that cause exists to grant the relief requested in the Motion to Shorten; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that the Motion to Shorten is **GRANTED**; and it is further

**ORDERED** that the Court will consider the Stay Motion and the relief requested therein at a hearing scheduled on _____, **2018 at _____ \_\_.m. (ET)**; and it is further

**ORDERED** that objections, if any, to the relief sought in the Stay Motion shall be filed and served before_____, **2018 at _____ \_\_.m. (ET)**; and it is further

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten.

2

**ORDERED** that this Court shall, and hereby does, retain jurisdiction with respect to all matters arising from or related to the interpretation and/or implementation of this Order.

Dated: _____, 2018
       Wilmington, Delaware

                                                                       _____
                                                                       THE HONORABLE CHRISTOPHER S. SONTCHI
                                                                       UNITED STATES BANKRUPTCY JUDGE