## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| *Debtors.* | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 13221 and 13229** |

### APPELLANTS' JOINT STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL FROM THE JUNE 19, 2018 PARTICIPATION ORDER

UMB Bank, N.A., as Indenture Trustee (the "Trustee") for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott" and, together with the Trustee, "Appellants"), hereby provide, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the following joint statement of issues and designation of the items to be included in the record in connection with Appellants' appeal from the Order entered on June 19, 2018 by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") authorizing (a) the EFH Plan Administrator Board (the "PAB") to be a "Party" for purposes of paragraph 2 of the Allocation Scheduling Order, and (b) Kirkland & Ellis LLP and Richards, Layton & Finger, P.A. to represent the PAB in its

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

capacity as a "Party" under the Allocation Scheduling Order, [D.I. 13221] (the "Participation Order").[2]

<h2 align="center">STATEMENT OF ISSUES ON APPEAL</h2>

1.    Whether the Bankruptcy Court erred by authorizing the PAB to participate as a party-litigant in contested proceedings between creditors of the estate of Energy Future Holdings Corp. ("EFH"), on the one hand, and creditors of the estate of Energy Future Intermediate Holding Company, LLC ("EFIH" and together with EFH, the "E-Side Debtors") on the other hand, in a dispute regarding the allocation of certain material administrative expenses between those two estates, even though the E-Side Debtors' chapter 11 plan of reorganization and related documents do not expressly authorize such participation and the PAB acts as a fiduciary to each of the adverse creditor bodies.

<h2 align="center">DESIGNATION OF RECORD ON APPEAL</h2>

Appellants hereby designate the following items to be included in the record on appeal, which includes all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

| | Item | Filing/Entry Date | Docket No.[3] |
|---|---|---|---|
| 1. | Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement | 07/23/2014 | 1683 |
| 2. | Notice of Filing of Stipulation and Agreed Order Regarding a Protocol for Certain Case Matters. | 08/29/2014 | 1947 |

---

[2]   Capitalized terms used but not defined herein have the meanings ascribed to them in the Participation Order.

[3]   Unless otherwise indicated, all references herein to "Docket No." shall be to the docket maintained for *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS).

| 3.  | Response to the Statement of the United States Trustee in Opposition to Entry of an Order Approving Stipulation Regarding Protocol for Certain Case Matters | 09/15/2014 | 2014 |
|-----|---|---|---|
| 4.  | Debtors' Reply to the Statement of the United States Trustee in Opposition to the Entry of a Stipulated Order on Certain Case Matters | 09/15/2014 | 2018 |
| 5.  | Amended Notice of Agenda of Matters Scheduled for Hearing Filed by Energy Future Holdings Corp. | 09/15/2014 | 2025 |
| 6.  | Order And Stipulation Regarding A Protocol For Certain Case Matters | 09/16/2014 | 2051 |
| 7.  | Transcript of the Hearing Held on September 16, 2014 | 09/18/2014 | 2081 |
| 8.  | Objection of Delaware Trust Company, as Indenture Trustee, to Debtors' Motion for Approval of Bidding Procedures | 10/10/2014 | 2385 |
| 9.  | Transcript of the Hearing Held on November 3, 2014 | 11/04/2014 | 2699 |
| 10. | Statement of the Disinterested Directors of Debtor Energy Future Holdings Corp. Regarding Proposed Settlement of Conflict Matters as Part of Proposed Plan of Reorganization | 04/14/2015 | 4147 |
| 11. | First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 09/11/2017 | 11887 |
| 12. | Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 09/11/2017 | 11889 |
| 13. | Certification of Ballots | 11/01/2017 | 12164 |

| | | | |
|---|---|---|---|
| 14. | Modified First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 02/15/2018 | 12653 |
| 15. | Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 02/27/2018 | 12763 |
| 16. | Notice of Filing of Cash Projections and Allocation Proposals for Energy Future Holdings Corp., and Energy Future Intermediate Holding Company LLC | 02/28/2018 | 12769 |
| 17. | Transcript of the Hearing Held on February 26, 2018 | 03/01/2018 | 12770 |
| 18. | Notice of Filing of the Second Amended Supplement to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 03/08/2018 | 12798 |
| 19. | Letter Regarding Request for Status Conference Regarding Administrative Expense Application | 03/26/2018 | 12853 |
| 20. | Letter from Marc Kieselstein, P.C. to The Honorable Christopher S. Sontchi Regarding D.I. 12671 and D.I. 12844 and Related March 28, 2018 Status Conference | 03/27/2018 | 12866 |
| 21. | Letter from Gregg M. Galardi to the Honorable Christopher S. Sontchi Regarding D.I. 12866 | 03/28/2018 | 12870 |
| 22. | Transcript of the Hearing Held on March 28, 2018 | 03/29/2018 | 12887 |
| 23. | Rule 2019 Statement Filed by Ropes & Gray LLP, Bayard, P.A. | 04/03/2018 | 12895 |

| 24. | Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors | 05/13/2018 | 13102 |
|---|---|---|---|
| 25. | Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute | 05/15/2018 | 13113 |
| 26. | Joint Objection of UMB Bank, N.A., as Indenture Trustee, and Elliot to the Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute | 05/29/2018 | 13149 |
| 27. | Response of the EFH Plan Administrator Board to the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors | 05/29/2018 | 13150 |
| 28. | Notice of Filing of Proposed Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors | 05/29/2018 | 13152 |
| 29. | EFH Plan Administrator Board's Reply in Support of the Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute | 05/31/2018 | 13163 |
| 30. | Omnibus Reply Of UMB Bank, N.A., As Indenture Trustee, And Elliott In Support Of Their Joint Motion To Fix Appropriate Allocation Of Certain Reserves And Expenses As Between The EFH And EFIH Debtors | 05/31/2018 | 13164 |
| 31. | Transcript of the Hearing Held on June 5, 2018 | 06/06/2018 | 13184 |

| 32. | Letter from Gregg M. Galardi to the Honorable Christopher S. Sontchi regarding EFH Plan Administrator Board's Proposed Participation in the Allocation Dispute | 06/11/2018 | 13190 |
|---|---|---|---|
| 33. | Letter from Marc Kieselstein, P.C. to The Honorable Christopher S. Sontchi Following June 5, 2018 Hearing Concerning the EFH Plan Administrator Board's Requested Participation in the Allocation Litigation | 06/11/2018 | 13191 |
| 34. | Letter to The Honorable Christopher S. Sontchi from Richard C. Pedone, Esq. Regarding Allocation Dispute | 06/11/2018 | 13192 |
| 35. | Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols In Connection With the Joint Motion of UMB Bank NA as Indenture Trustee and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors. | 06/11/2018 | 13193 |
| 36. | Order | 06/19/2018 | 13221 |
| 37. | Notice of Appeal | 06/21/2018 | 13229 |
| 38. | Transcript of the Hearing Held on June 14, 2018 | 06/14/2018 | 13235-3 |
| 39. | Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott For Stay of Order Authorizing EFH Plan Administrator Board to Participate in the Allocation Dispute | 06/22/2018 | 13235 |
| 40. | Motion of UMB Bank, N.A., As Indenture Trustee, and Elliott For Entry of an Order Shortening Notice With Respect to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott For Stay of Order Authorizing EFH Plan Administrator Board to Participate in the Allocation Dispute. | 06/22/2018 | 13236 |

Appellants reserve the right to amend, modify, and/or supplement the foregoing issues and designations.

## CERTIFICATION REGARDING TRANSCRIPTS

Pursuant to Rule 8009(b)(1) of the Federal Rules of Bankruptcy Procedure, Appellants hereby certify that they are not ordering any transcripts. All transcripts have been prepared and are filed on the docket and are designated in the foregoing designation of the record.

Wilmington, Delaware
Date: June 22, 2018

**BAYARD, P.A.**

*/s/ Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
scousins@bayardlaw.com
efay@bayardlaw.com
emiller@bayardlaw.com

–and–

**ROPES & GRAY LLP**
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile:  (212) 596-9090
Gregg.Galardi@ropesgray.com

*Counsel for UMB Bank, N.A., as Trustee, and Elliott*