# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                            **Case No.:**14–10979–CSS

Energy Future Holdings Corp.

                                                      **Chapter:**11


### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.


_Una O'Boyle_

Una O'Boyle, Clerk of Court

Date: 6/21/18
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:
Energy Future Holdings Corp.
            Debtor

Case No. 14-10979-CSS
Chapter 11

### CERTIFICATE OF NOTICE

District/off: 0311-1          User: DMC              Page 1 of 27          Date Rcvd: Jun 21, 2018
                             Form ID: van440        Total Noticed: 10

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 23, 2018.
aty          +Andrea Beth Schwartz,   U.S. Department of Justice - Office of t,
              U.S. Federal Office Building,   201 Varick Street, Rm 1006,  New York, NY 10014-9449
aty          +Brian Schartz,  c/o Kirkland & Ellis LLP,   601 Lexington Avenue,  New York, NY 10022-4643
aty          +Edward O. Sassower,  Kirkland & Ellis LLP,   601 Lexington Avenue,  New York, NY 10022-4643
aty          +James H.M. Sprayregen,  Kirkland & Ellis LLP,   601 Lexington Avenue,
              New York, NY 10022-4643
aty          +Jason M. Madron,   Richards, Layton & Finger, P.A.,   One Rodney Square,  P.O. Box 551,
              Wilmington, DE 19899-0551
aty          +Linda J. Casey,   Office of United States Trustee,  844 King Street,   Suite 2207,
              Wilmington, DE 19801-3519
aty          +Mark D. Collins,   Richards, Layton & Finger, P.A.,   One Rodney Square,
              920 North King Street,   Wilmington, DE 19801-3300
aty          +Richard L. Schepacarter,   Office of the United States Trustee,  U. S. Department of Justice,
              844 King Street, Suite 2207,   Lockbox #35,   Wilmington, DE 19801-3519
aty          +Stephen E. Hessler,   Kirkland & Ellis LLP,   601 Lexington Avenue,  New York, NY 10022-4643
aty          +Steven N. Serajeddini,   Kirkland & Ellis LLP,   300 North LaSalle,  Chicago, IL 60654-5412

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                       TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2018                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 21, 2018 at the address(es) listed below:
              Aaron C Baker   on behalf of Attorney   Godfrey & Kahn, S.C. acb@pgslaw.com
              Aaron C Baker   on behalf of Fee Examiner Richard  Gitlin acb@pgslaw.com
              Aaron H. Stulman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
               capacity as successor Indenture Trustee astulman@wtplaw.com,  clano@wtplaw.com
              Adam  Hiller   on behalf of Interested Party   MoreTech, Inc. ahiller@hillerarban.com
              Adam  Hiller   on behalf of Creditor   Buffalo Industrial Supply, Inc. ahiller@hillerarban.com
              Adam G. Landis   on behalf of Interested Party   Marathon Asset Management, LP landis@lrclaw.com,
               panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
              Adam G. Landis   on behalf of Interested Party   Alcoa Inc. landis@lrclaw.com,
               panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
              Adam G. Landis   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
               Holdings, Inc. landis@lrclaw.com,
               panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
              Adam G. Landis   on behalf of Creditor   NextEra Energy Resources, LLC landis@lrclaw.com,
               panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
              Adam Scott Moskowitz   on behalf of Creditor   ASM Capital IV, L.P. asmcapital@aol.com
              Albert  Kass   on behalf of Claims Agent   Kurtzman Carson Consultants LLC
               ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
              Albert  Kass   on behalf of Interested Party   Kurtzman Carson Consultants LLC
               ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
              Alessandra  Glorioso   on behalf of Creditor   U.S. Bank National Association
               glorioso.alessandra@dorsey.com
              Alexa  Kranzley   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
               of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance,
               Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
              Alison R. Ashmore   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc.
               aashmore@dykema.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
    Allison R Axenrod    on behalf of Creditor    Claims Recovery Group LLC
      allison@claimsrecoveryllc.com,  allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
    Amish R. Doshi    on behalf of Creditor    Oracle America, Inc. amish@doshilegal.com
    Amy  Baudler    on behalf of Creditor    Barr Engineering Co. amy@purduelaw.com,  kim@purduelaw.com
    Amy  Brown    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P., The
    Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners Limited
    Partnership brown@braunhagey.com,  levine@braunhagey.com
    Ana  Chilingarishvili    on behalf of Creditor    U.S. Bank National Association
    ana.chilingarishvili@maslon.com
    Andrea Beth Schwartz    on behalf of U.S. Trustee    U.S. Trustee andrea.b.schwartz@usdoj.gov
    Andrea Stone Hartley    on behalf of Creditor    Siemens Energy, Inc. f/k/a Siemens Power
    Generation, Inc., and Siemens Demag Delaval Turbomachinery, Inc. andrea.hartley@akerman.com
    Andrew  Dean    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com,
    ann-jerominski-2390@ecf.pacerpro.com
    Andrew Dietderich    on behalf of Creditor Committee    The Official Committee of Unsecured
    Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
    Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com
    Andrew Glenn Devore    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
    indenture trustee and collateral trustee andrew.devore@ropesgray.com
    Andrew J. Ehrlich    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
    aehrlich@paulweiss.com,  mao_fednational@paulweiss.com
    Andrew K Glenn    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
    aglenn@kasowitz.com
    Andrew L Magaziner    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
    Creditors bankfilings@ycst.com
    Andrew R. Remming    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG
    Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
    rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
    Angela  Ferrante    on behalf of Claims Agent    Garden City Group, LLC Pacerteam@choosegcg.com
    Angela  Ferrante    on behalf of Other Prof.    Garden City Group, LLC Pacerteam@choosegcg.com
    Ann M Kashishian    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
    akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
    Ann M Kashishian    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
    Noteholders akashishian@gelaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
    Ann M Kashishian    on behalf of Attorney    Chipman Brown Cicero & Cole, LLP akashishian@gelaw.com,
    dero@chipmanbrown.com;mccloskey@chipmanbrown.com
    Anna  Grace    on behalf of Creditor    UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
    Ari David Kunofsky    on behalf of Creditor    UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
    eastern.taxcivil@usdoj.gov
    Arlene Rene Alves    on behalf of Interested Party    Wilmington Trust, N.A. alves@sewkis.com
    Ashley F. Bartram    on behalf of Interested Party    Texas Commission on Environmental Quality
    ashley.bartram@oag.texas.gov
    Ashley F. Bartram    on behalf of Interested Party    Public Utility Commission of Texas
    ashley.bartram@oag.texas.gov
    Ashley F. Bartram    on behalf of Interested Party    Railroad Commission of Texas
    ashley.bartram@oag.texas.gov
    Ashley Robert Altschuler    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
    ashley.altschuler@dlapiper.com,  ashley-altschuler-8647@ecf.pacerpro.com
    Ashley Robert Altschuler    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
    ashley.altschuler@dlapiper.com,  ashley-altschuler-8647@ecf.pacerpro.com
    Barry  Kleiner    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
    and The Liverpool Limited Partnership dkleiner@kkwc.com
    Barry G. Felder    on behalf of Interested Party    UMB BANK, N.A., as Trustee bgfelder@foley.com
    Barry G. Felder    on behalf of Creditor    UMB Bank, N.A. bgfelder@foley.com
    Barry G. Felder    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
    bgfelder@foley.com
    Barry M. Klayman    on behalf of Interested Party    J Aron & Company bklayman@cozen.com
    Benjamin  Finestone    on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
    benjaminfinestone@quinnemanuel.com
    Benjamin  Finestone    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
    benjaminfinestone@quinnemanuel.com
    Benjamin  Finestone    on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
    benjaminfinestone@quinnemanuel.com
    Benjamin  Stewart    on behalf of Creditor    Pinnacle Technical Resources, Inc.
    bstewart@baileybrauer.com,  eharper@baileybrauer.com
    Benjamin J. Schladweiler    on behalf of Creditor    Apollo Advisors VII, L.P.
    bschladweiler@ramllp.com,
    jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
    om;8289576420@filings.docketbird.com
    Benjamin J. Schladweiler    on behalf of Defendant    Brookfield Asset Management Private
    Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
    jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
    om;8289576420@filings.docketbird.com
    Benjamin J. Schladweiler    on behalf of Defendant    Angelo Gordon & Co., LP
    bschladweiler@ramllp.com,
    jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
    om;8289576420@filings.docketbird.com

District/off: 0311-1          User: DMC              Page 3 of 27          Date Rcvd: Jun 21, 2018
                              Form ID: van440         Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Benjamin J. Schladweiler   on behalf of Creditor   Brookfield Asset Management Private
               Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
               om;8289576420@filings.docketbird.com
              Benjamin J. Schladweiler   on behalf of Creditor   Angelo Gordon & Co., LP
               bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
               om;8289576420@filings.docketbird.com
              Benjamin J. Schladweiler   on behalf of Defendant   Apollo Advisors VII, L.P.
               bschladweiler@ramllp.com,
               jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
               om;8289576420@filings.docketbird.com
              Bernard George Conaway   on behalf of Creditor   Doyenne Constructors, LLC bgc@conaway-legal.com
              Bernard Grover Johnson, III   on behalf of Creditor   Milam Appraisal District
               bjohnson@fisherboyd.com
              Bonnie R. Golub   on behalf of Creditor   Evercore Group LLC bgolub@weirpartners.com
              Bradley R. Aronstam   on behalf of Creditor   Apollo Advisors VII, L.P. baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
               om;5031916420@filings.docketbird.com
              Bradley R. Aronstam   on behalf of Other Prof.   Longhorn Capital GS L.P. baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
               om;5031916420@filings.docketbird.com
              Bradley R. Aronstam   on behalf of Defendant   Angelo Gordon & Co., LP baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
               om;5031916420@filings.docketbird.com
              Bradley R. Aronstam   on behalf of Interested Party   Titan Investment Holdings LP
               baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
               om;5031916420@filings.docketbird.com
              Bradley R. Aronstam   on behalf of Creditor   Brookfield Asset Management Private Institutional
               Capital Adviser (Canada), L.P. baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
               om;5031916420@filings.docketbird.com
              Bradley R. Aronstam   on behalf of Defendant   Brookfield Asset Management Private Institutional
               Capital Adviser (Canada), L.P. baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
               om;5031916420@filings.docketbird.com
              Bradley R. Aronstam   on behalf of Creditor   Angelo Gordon & Co., LP baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
               om;5031916420@filings.docketbird.com
              Bradley R. Aronstam   on behalf of Defendant   Apollo Advisors VII, L.P. baronstam@ramllp.com,
               hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
               om;5031916420@filings.docketbird.com
              Brett H. Miller   on behalf of Interested Party   The Official Committee of TCEH Unsecured
               Creditors BMiller@mofo.com,  brett-miller-1388@ecf.pacerpro.com
              Brian  Schartz   on behalf of Debtor   Energy Future Holdings Corp. bschartz@kirkland.com,
               george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com
              Brian  Schartz   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
               bschartz@kirkland.com,
               george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com
              Brian  Tong   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C. brian.tong@srz.com
              Brian E Farnan   on behalf of Interested Party   Forest Creek Wind Farm, LLC
               bfarnan@farnanlaw.com,  tfarnan@farnanlaw.com
              Brian L. Arban   on behalf of Attorney Brian  Arban barban@hillerarban.com
              Brian Lucian Kasprzak   on behalf of Interested Party   Fireman's Fund Insurance Company
               bkasprzak@moodklaw.com,  mike@lscd.com
              Brian S. Hermann   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
               jadlerstein@paulweiss.com;bhermann@paulweiss.com;mattnall@paulweiss.com;abernstein@paulweiss.com
               ;aehrlich@paulweiss.com;mturkel@paulweiss.com;kcairns@paulweiss.com;mcolarossi@paulweiss.com;gkro
               up@paulweiss.com
              Brian W. Hockett   on behalf of Creditor   Accenture LLP bhockett@thompsoncoburn.com
              Bruce J. Ruzinsky   on behalf of Creditor   Milam Appraisal District bruzinsky@jw.com,
               mcavenaugh@jw.com
              Camille C. Bent   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
               CCB@stevenslee.com
              Carla O. Andres   on behalf of Interested Party   Fee Committee candres@gklaw.com,
               kboucher@gklaw.com;pbrellenthin@gklaw.com
              Chad J. Husnick   on behalf of Debtor   Energy Future Holdings Corp. chusnick@kirkland.com
              Chad J. Husnick   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
               chusnick@kirkland.com
              Chantelle D'nae McClamb   on behalf of Interested Party   Simeio Solutions, Inc.
               mcclambc@ballardspahr.com
              Charles J. Brown   on behalf of Creditor   Anadarko Petroleum Corporation cbrown@gsbblaw.com,
               dabernathy@archerlaw.com
              Charles J. Brown   on behalf of Interested Party   Emerson Network Power Liebert Services
               cbrown@gsbblaw.com,  dabernathy@archerlaw.com
              Chester B. Salomon   on behalf of Creditor   Securitas Security Services USA, Inc.
               csalomon@beckerglynn.com,  mghose@beckerglynn.com;hhill@beckerglynn.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

         Christopher  Fong   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
          cfong@nixonpeabody.com
         Christopher  Fong   on behalf of Interested Party   American Stock Transfer & Trust Company, LLC
          cfong@nixonpeabody.com
         Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of TCEH Unsecured
          Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
         Christopher A. Ward   on behalf of Attorney   Morrison & Foerster LLP cward@polsinelli.com,
          LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
         Christopher A. Ward   on behalf of Attorney   Polsinelli PC cward@polsinelli.com,
          LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
         Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
         Christopher A. Ward   on behalf of Interested Party   The Official Committee of TCEH Unsecured
          Creditors cward@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
         Christopher A. Ward   on behalf of Financial Advisor   FTI Consulting, Inc. cward@polsinelli.com,
          LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
         Christopher B. Mosley   on behalf of Creditor   City of Fort Worth
          Chris.Mosley@fortworthtexas.gov,  Sharon.Floyd@fortworthtexas.gov
         Christopher L. Carter   on behalf of Creditor   Pacific Investment Management Co. LLC
          christopher.carter@morganlewis.com
         Christopher M Hayes   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
          Christopher.hayes@kirkland.com
          Christopher Michael De Lillo   on behalf of Debtor   Energy Future Holdings Corp. delillo@rlf.com,
          rbgroup@rlf.com
         Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company
          LLC csimon@crosslaw.com,  smacdonald@crosslaw.com
         Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company,
          LLC csimon@crosslaw.com,  smacdonald@crosslaw.com
         Christopher R. Belmonte   on behalf of Interested Party   Moody's Analytics, Inc.
          cbelmonte@ssbb.com,  pbosswick@ssbb.com;managingclerk@ssbb.com,asnow@ssbb.com
         Clark T. Whitmore   on behalf of Creditor   U.S. Bank National Association
          clark.whitmore@maslon.com
          Colin R. Robinson   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
          crobinson@pszjlaw.com,  efile1@pszjlaw.com
         Corby Davin Boldissar   on behalf of Interested Party   BP America Production Company
          dboldissar@lockelord.com
          Cory P. Stephenson   on behalf of Plaintiff   Energy Future Holdings Corp.
          cstephenson@bk-legal.com
         Curtis A Hehn   on behalf of Interested Party   Somervell County Central Appraisal District
          curtishehn@comcast.net
         D. Ross Martin   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
          indenture trustee and collateral trustee rmartin@ropesgray.com
         Daniel A. Fliman   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
          dfliman@kasowitz.com,  Courtnotices@kasowitz.com
         Daniel A. O'Brien   on behalf of Creditor   Pacific Investment Management Co. LLC
          daobrien@venable.com
         Daniel A. O'Brien   on behalf of Interested Party   Pacific Investment Management Company LLC
          ("PIMCO") daobrien@venable.com
         Daniel B. Denny   on behalf of Interested Party   Berkshire Hathaway Energy Company
          ddenny@gibsondunn.com
         Daniel J. DeFranceschi   on behalf of Debtor   LSGT Gas Company LLC defranceschi@rlf.com,
          RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
         Daniel J. DeFranceschi   on behalf of Debtor   TXU SEM Company rbgroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   NCA Development Company LLC RBGroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   EECI, Inc. RBGroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   TXU Retail Services Company rbgroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Mining Company LLC RBGroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   Eagle Mountain Power Company LLC RBGroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   EFH Renewables Company LLC RBGroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Retail Company LLC rbgroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Trading California Company
          RBGroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   Luminant Generation Company LLC RBGroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   Valley NG Power Company LLC rbgroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Solutions Company LLC rbgroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   Big Brown 3 Power Company LLC RBGroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   EFH Finance (No. 2) Holdings Company
          RBGroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   Brighten Holdings LLC RBGroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   DeCordova Power Company LLC RBGroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   Lone Star Pipeline Company, Inc.
          defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
         Daniel J. DeFranceschi   on behalf of Debtor   Southwestern Electric Service Company, Inc.
          RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
          defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
         Daniel J. DeFranceschi   on behalf of Debtor   Martin Lake 4 Power Company LLC RBGroup@rlf.com
         Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Power Company LLC RBGroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Daniel J. DeFranceschi   on behalf of Debtor    Generation MT Company LLC defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    Generation Development Company LLC
               defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    4Change Energy Holdings LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Texas Energy Industries Company, Inc.
               rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    NCA Resources Development Company LLC
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant Mining Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Sandow Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Brighten Energy LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EFH CG Management Company LLC defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    TXU Receivables Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EFIH Finance Inc. defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    Generation SVC Company defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    EFH Corporate Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant Big Brown Mining Company LLC
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EFH CG Holdings Company LP defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    EFH FS Holdings Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Energy Future Intermediate Holding Company LLC
               defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    Monticello 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Big Brown Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Morgan Creek 7 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Collin Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    4Change Energy Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Oak Grove Management Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Lake Creek 3 Power Company LLC
               defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    DeCordova II Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Texas Power & Light Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant Energy Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    EEC Holdings, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Texas Utilities Electric Company, Inc.
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
               defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant Renewables Company LLC
               defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    EFH Australia (No. 2) Holdings Company
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant Holding Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    TCEH Finance, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Valley Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant Mineral Development Company LLC
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Big Brown Lignite Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Luminant ET Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Energy Future Holdings Corp. defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    LSGT SACROC, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Lone Star Energy Company, Inc.
               defranceschi@rlf.com,  RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Texas Electric Service Company, Inc.
               rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Dallas Power & Light Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor    Texas Utilities Company, Inc. RBGroup@rlf.com
              Daniel K. Astin   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
               jmcmahon@ciardilaw.com
              Daniel K. Hogan   on behalf of Interested Party Harold  Bissell dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Michelle  Ziegelbaum dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Daniel K. Hogan   on behalf of Creditor John H. Jones dkhogan@dkhogan.com,  gdurstein@dkhogan.com,
               lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party   Brake Supply Company, Inc. dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party John H. Jones dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party   PI Law Firms dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Creditor David  Heinzmann dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Denis  Bergschneider dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party David  Heinzmann dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Kurt  Carlson dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Joe  Arabie dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Shirley  Fenicle dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Robert  Albini dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Michael  Cunningham dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party   Shirley Fenicle, as Successor-In-Interest to
               the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com, gdurstein@dkhogan.com,
               lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party   The Richards Group, Inc. dkhogan@dkhogan.com,
               gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel S. Shamah   on behalf of Defendant   Apollo Advisors VII, L.P. dshamah@omm.com
              Daniel S. Shamah   on behalf of Creditor   Angelo Gordon & Co., LP dshamah@omm.com
              Daniel S. Shamah   on behalf of Defendant   Brookfield Asset Management Private Institutional
               Capital Adviser (Canada), L.P. dshamah@omm.com
              Daniel S. Shamah   on behalf of Defendant   Angelo Gordon & Co., LP dshamah@omm.com
              Daniel S. Shamah   on behalf of Creditor   Brookfield Asset Management Private Institutional
               Capital Adviser (Canada), L.P. dshamah@omm.com
              Daniel S. Shamah   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
               Administrative Agent dshamah@omm.com
              Daniel S. Shamah   on behalf of Creditor   Apollo Advisors VII, L.P. dshamah@omm.com
              Daniel S. Shamah   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as
               First Lien Administrative Agent dshamah@omm.com
              Daniel Stephen Smith   on behalf of Interested Party   United States on behalf of Environmental
               Protection Agency dan.smith2@usdoj.gov,  efile_ees.enrd@usdoj.gov
              Danielle M. Audette   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
               jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
              Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
               daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
              Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
               daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
              David  Neier   on behalf of Creditor   Chicago Bridge & Iron Company N.V. dneier@winston.com,
               dcunsolo@winston.com
              David  Neier   on behalf of Defendant   NextEra Energy, Inc. dneier@winston.com,
               dcunsolo@winston.com
              David  Neier   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital Holdings,
               Inc. dneier@winston.com,  dcunsolo@winston.com
              David B. Anthony   on behalf of Plaintiff   Avenue Capital Management II, LP
               danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
               danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff   GSO Capital Partners LP danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
               danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff   Third Avenue Management LLC danthony@bergerharris.com
              David Daniel Farrell   on behalf of Creditor   Martin Engineering Company
               dfarrell@thompsoncoburn.com
              David Edward Leta   on behalf of Creditor   Headwaters Resources, Inc. dleta@swlaw.com,
               wkalawaia@swlaw.com
              David G. Aelvoet   on behalf of Creditor   Ector CAD davida@publicans.com
              David M. Klauder   on behalf of Financial Advisor   SOLIC Capital Advisors, LLC
               dklauder@bk-legal.com
              David M. Klauder   on behalf of Plaintiff   Energy Future Holdings Corp. dklauder@bk-legal.com
              David M. Klauder   on behalf of Debtor   Energy Future Holdings Corp. dklauder@bk-legal.com
              David N. Deaconson   on behalf of Creditor William Jeffrey Herbert deaconson@pakislaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

David P. Primack    on behalf of Other Prof.   Munger, Tolles & Olson LLP dprimack@mdmc-law.com, sshidner@mdmc-law.com;cbassano@mdmc-law.com
David P. Primack    on behalf of Financial Advisor    Greenhill & Co., LLC dprimack@mdmc-law.com, sshidner@mdmc-law.com;cbassano@mdmc-law.com
David P. Primack    on behalf of Interested Party   TCEH Debtors dprimack@mdmc-law.com, sshidner@mdmc-law.com;cbassano@mdmc-law.com
David P. Primack    on behalf of Interested Party   Energy Future Competitive Holdings Company LLC dprimack@mdmc-law.com, sshidner@mdmc-law.com;cbassano@mdmc-law.com
David P. Primack    on behalf of Interested Party   Texas Competitive Electric Holdings Company LLC dprimack@mdmc-law.com, sshidner@mdmc-law.com;cbassano@mdmc-law.com
David S. Rosner    on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders drosner@kasowitz.com, courtnotices@kasowitz.com
David W. Carickhoff    on behalf of Interested Party Allen   Shrode dcarickhoff@archerlaw.com, de20@ecfcbis.com
Davis Lee Wright    on behalf of Creditor Committee   The Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com, keith-mangan-mmwr-1628@ecf.pacerpro.com
Dennis Dunne, Esq.    on behalf of Interested Party   CITIBANK, N.A. ddunne@millbank.com
Dennis L. Jenkins    on behalf of Interested Party   CSC Trust Company of Delaware, as successor indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
Derek C. Abbott    on behalf of Interested Party   TPG Capital, L.P. dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
Derek C. Abbott    on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG Capital, L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com, rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
Derek C. Abbott    on behalf of Interested Party   Texas Energy Future Holdings Limited Partnership dabbott@mnat.com,  rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
Desiree M. Amador    on behalf of Creditor   Pension Benefit Guaranty Corporation amador.desiree@pbgc.gov, efile@pbgc.gov
Diane W. Sanders    on behalf of Creditor   Nueces County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor   Lee County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor   Walnut Springs ISD austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor   Robertson County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor   Limestone County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor   Falls County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor   Round Rock ISD austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor   McLennan County austin.bankruptcy@publicans.com
Diane W. Sanders    on behalf of Creditor   Franklin ISD austin.bankruptcy@publicans.com
Donald K. Ludman    on behalf of Creditor   SAP Industries, Inc. dludman@brownconnery.com
Duane David Werb    on behalf of Creditor   BWM Services, LP maustria@werbsullivan.com;riorii@werbsullivan.com
Duane David Werb    on behalf of Creditor   The Kansas City Southern Railway Company maustria@werbsullivan.com;riorii@werbsullivan.com
Eboney Cobb    on behalf of Creditor   Somervell County et al ecobb@pbfcm.com, rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
Edward O. Sassower    on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patrick.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
Edward O. Sassower    on behalf of Debtor   Energy Future Holdings Corp. steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patrick.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
Edwin Kevin Camson    camson@drumcapital.com
Elihu Ezekiel Allinson, III    on behalf of Creditor   Henry Pratt Company, LLC ZAllinson@SHA-LLC.com, ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
Elizabeth Banda Calvo    on behalf of Creditor   Somervell County et al rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
Elizabeth Banda Calvo    on behalf of Creditor   Richardson ISD, Crowley ISD rgleason@pbfcm.com, ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
Ellen Slights    on behalf of Creditor   United States/USAO usade.ecfbankruptcy@usdoj.gov
Ellen M. Halstead    on behalf of Defendant   Morgan Stanley Capital Group, Inc. ellen.halstead@cwt.com, joshua.arnold@cwt.com;nyecfnotice@cwt.com
Ellen M. Halstead    on behalf of Interested Party   Morgan Stanley Capital Group, Inc. ellen.halstead@cwt.com, joshua.arnold@cwt.com;nyecfnotice@cwt.com
Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
Eric Christopher Daucher    on behalf of Defendant   NextEra Energy, Inc. eric.daucher@nortonrosefulbright.com, howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonrosefulbright.com
Eric Christopher Daucher    on behalf of Creditor   NextEra Energy Resources, LLC eric.daucher@nortonrosefulbright.com, howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonrosefulbright.com
Erica J. Richards    on behalf of Creditor Committee   The Official Committee of Unsecured Creditors erica-richards@mofo.com, erica-richards-1053@ecf.pacerpro.com
Erik Schneider    on behalf of Interested Party   American Stock Transfer & Trust Company LLC eschneider@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Erik   Schneider    on behalf of Interested Party    American Stock Transfer & Trust Company, LLC
          eschneider@nixonpeabody.com, bos.managing.clerk@nixonpeabody.com, mnighan@nixonpeabody.com,
          Erin A. West    on behalf of Interested Party    Fee Committee  ewest@gklaw.com,
          kboucher@gklaw.com;mfuller@gklaw.com;pbrellenthin@gklaw.com
          Erin R Fay    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P. and
          The Liverpool Limited Partnership  efay@bayardlaw.com,  lmorton@bayardlaw.com
          Erin R Fay    on behalf of Plaintiff    Elliott Associates, L.P., Elliott International, L.P. and
          The Liverpool Limited Partnership  efay@bayardlaw.com,  lmorton@bayardlaw.com
          Erin R Fay    on behalf of Creditor    UMB Bank, N.A. efay@bayardlaw.com, lmorton@bayardlaw.com
          Erin R Fay    on behalf of Interested Party    Ropes & Gray LLP efay@bayardlaw.com,
          lmorton@bayardlaw.com
          Erin R Fay    on behalf of Interested Party    Texas Energy Future Capital Holdings LLC, Texas
          Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
          Equity Interests in Energy Future Holdings Corp. efay@bayardlaw.com,  lmorton@bayardlaw.com
          Erin R Fay    on behalf of Interested Party    The Liverpool Limited Partnership efay@bayardlaw.com,
          lmorton@bayardlaw.com
          Erin R Fay    on behalf of Interested Party    Texas Energy Future Capital Holdings, LLC, Texas
          Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
          L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, efay@bayardlaw.com,
          lmorton@bayardlaw.com
          Erin R Fay    on behalf of Interested Party    Elliott Associates, L.P. efay@bayardlaw.com,
          lmorton@bayardlaw.com
          Erin R Fay    on behalf of Creditor    UMB Bank, N.A., as Indenture Trustee to the EFIH Senior
          Toggle Notes efay@bayardlaw.com,  lmorton@bayardlaw.com
          Erin R Fay    on behalf of Interested Party    Elliott International, L.P. efay@bayardlaw.com,
          lmorton@bayardlaw.com
          Erin R Fay    on behalf of Interested Party    UMB Bank, N.A., as Indenture Trustee
          efay@bayardlaw.com,  lmorton@bayardlaw.com
          Erin R Fay    on behalf of Interested Party Mary Ann  KIlgore efay@bayardlaw.com,
          lmorton@bayardlaw.com
          Erin R Fay    on behalf of Interested Party    Bayard, P.A. efay@bayardlaw.com,
          lmorton@bayardlaw.com
          Erin R Fay    on behalf of Interested Party    Interest Holders efay@bayardlaw.com,
          lmorton@bayardlaw.com
          Evan   Rassman    on behalf of Creditor    Sunrise Partners Limited Partnership
          evan.rassman@kutakrock.com
          Evan   Rassman    on behalf of Creditor    Knife River Corporation-South evan.rassman@kutakrock.com
          Evan R. Fleck    on behalf of Interested Party    CITIBANK, N.A. EFleck@milbank.com,
          jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;bzucco@milbank.com;mprice@milbank.com;a
          leblanc@milbank.com;nalmeida@milbank.com;jesseyoder@milbank.com;krookard@milbank.com;mprice@milba
          nk.com
          Evan T. Miller    on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
          Trustee under the TCEH 11.5% Senior Secured Notes Indenture emiller@bayardlaw.com,
          lmorton@bayardlaw.com
          Evan T. Miller    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
          and The Liverpool Limited Partnership emiller@bayardlaw.com,  lmorton@bayardlaw.com
          Frances   Gecker    on behalf of Interested Party    PI Law Firms fgecker@fgllp.com,
          csmith@fgllp.com
          Francis A. Monaco,   Jr.    on behalf of Interested Party    Fluor Corporation fmonaco@gsbblaw.com,
          frankmonacojr@gmail.com
          Francis A. Monaco,   Jr.    on behalf of Interested Party    American Equipment Company Inc.
          fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
          Francis A. Monaco,   Jr.    on behalf of Interested Party    AMECO Inc. fmonaco@gsbblaw.com,
          frankmonacojr@gmail.com
          Francis A. Monaco,   Jr.    on behalf of Interested Party    Fluor Enterprises Inc.
          fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
          Francis A. Monaco,   Jr.    on behalf of Interested Party    Fluor Global Services
          fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
          Frederick Brian Rosner    on behalf of Interested Party    Mudrick Capital Management L.P.
          rosner@teamrosner.com
          Frederick Brian Rosner    on behalf of Creditor    Mudrick Capital Management, L.P.
          rosner@teamrosner.com
          G. Alexander Bongartz    on behalf of Interested Party    CSC Trust Company of Delaware, as
          Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
          alexbongartz@paulhastings.com
          Garden City Group, LLC    PACERTeam@gardencitygroup.com
          Garvan F. McDaniel    on behalf of Interested Party    Contrarian Capital Management, LLC
          gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;lparalegal@dkhogan.com
          Garvan F. McDaniel    on behalf of Creditor    Ad Hoc EFH Claimants gfmcdaniel@dkhogan.com,
          gdurstein@dkhogan.com;lparalegal@dkhogan.com
          Garvan F. McDaniel    on behalf of Other Prof.    Kasowitz Benson Torres LLP gfmcdaniel@dkhogan.com,
          gdurstein@dkhogan.com;lparalegal@dkhogan.com
          Garvan F. McDaniel    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
          gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;lparalegal@dkhogan.com
          Garvan F. McDaniel    on behalf of Interested Party    Caxton Associates LP gfmcdaniel@dkhogan.com,
          gdurstein@dkhogan.com;lparalegal@dkhogan.com
          Gary F. Seitz    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

         George  Davis   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as First
         Lien Administrative Agent gdavis@omm.com
         George  Davis   on behalf of Creditor   Apollo Global Management, LLC gdavis@omm.com
         George  Davis   on behalf of Defendant   Brookfield Asset Management Private Institutional
         Capital Adviser (Canada), L.P. gdavis@omm.com
         George  Davis   on behalf of Defendant   Apollo Advisors VII, L.P. gdavis@omm.com
         George  Davis   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
         Administrative Agent gdavis@omm.com
         George  Davis   on behalf of Defendant   Angelo Gordon & Co., LP gdavis@omm.com
         Gerrit M. Pronske   on behalf of Creditor   Pallas Realty Advisors, Inc. gpronske@pgkpc.com
         GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company as Successor
         Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
         bankserve@bayardlaw.com;lmorton@bayardlaw.com
         GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company, as TCEH First Lien
         Indenture Trustee gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
         GianClaudio  Finizio   on behalf of Interested Party   Delaware Trust Company
         gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
         GianClaudio  Finizio   on behalf of Interested Party   CSC Trust Company of Delaware, as
         Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
         bankserve@bayardlaw.com;lmorton@bayardlaw.com
         GianClaudio  Finizio   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien
         Indenture Trustee gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
         Gilbert R. Saydah, Jr.   on behalf of Creditor   CSC Trust Company of Delaware, Proposed
         Successor Indenture Trustee gsaydah@kelleydrye.com
         Gregg M. Galardi   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
         and The Liverpool Limited Partnership gregg.galardi@ropesgray.com,
         William.McGee@ropesgray.com;nova.alindogan@ropesgray.com
         Gregory A. Taylor   on behalf of Creditor   Ad Hoc Committee of TCEH Second Lien
         Noteholders gtaylor@ashby-geddes.com
         Gregory A. Taylor   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
         capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
         Gregory Joseph Flasser   on behalf of Interested Party   Elliott Associates, L.P.
         gflasser@bayardlaw.com,  smacon@bayardlaw.com
         Gregory Joseph Flasser   on behalf of Interested Party   Elliott International, L.P.
         gflasser@bayardlaw.com,  smacon@bayardlaw.com
         Gregory Joseph Flasser   on behalf of Interested Party   The Liverpool Limited Partnership
         gflasser@bayardlaw.com,  smacon@bayardlaw.com
         Gregory M. Starner   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
         jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
         artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.com
         Gregory M. Weinstein   on behalf of Creditor   Mario Sinacola & Sons Excavating, Inc.
         gweinstein@weinrad.com,  wphillips@weinrad.com;jwitte@weinrad.com;landerson@weinrad.com
         Gregory Michael Starner   on behalf of Creditor   Law Debenture Trust Company of New York, in its
         capacity as Indenture Trustee gstarner@whitecase.com,
         jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
         artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
         om
         Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
         gstarner@whitecase.com,
         jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
         artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
         om
         Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
         gstarner@whitecase.com,
         jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
         artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
         om
         Gregory T. Donilon   on behalf of Creditor   Automatic Systems, Inc. gdonilon@pwujlaw.com
         Hal F. Morris   on behalf of Interested Party   Texas Commission on Environmental Quality
         hal.morris@oag.texas.gov
         Hal F. Morris   on behalf of Interested Party   Public Utility Commission of Texas
         hal.morris@oag.texas.gov
         Hal F. Morris   on behalf of Interested Party   Railroad Commission of Texas
         hal.morris@oag.texas.gov
         Helen Elizabeth Weller   on behalf of Creditor   Jack County dallas.bankruptcy@publicans.com,
         Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
         Helen Elizabeth Weller   on behalf of Creditor   Ector CAD dallas.bankruptcy@publicans.com,
         Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
         Helen Elizabeth Weller   on behalf of Creditor   Northwest ISD dallas.bankruptcy@publicans.com,
         Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
         Helen Elizabeth Weller   on behalf of Creditor   Northeast TX Comm Coll Dist
         dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
         Helen Elizabeth Weller   on behalf of Creditor   Angelina County dallas.bankruptcy@publicans.com,
         Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
         Helen Elizabeth Weller   on behalf of Creditor   Rusk County dallas.bankruptcy@publicans.com,
         Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Helen Elizabeth Weller    on behalf of Creditor     Brownsboro ISD dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Malakoff ISD dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Robertson County dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Fannin CAD dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Harris County dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Walnut Springs ISD
               dallas.bankrupcty@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Kaufman County dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Clay County dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Lee County dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Ellis County dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     City of sulphur springs
               dallas.bankrupcty@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Fannin county dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Valley View ISD dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Irving isd dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Sulphur Springs ISD
               dallas.bankrupcty@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Beckville isd dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Archer County dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     City of Coppell dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Morris CAD dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Gainesville isd dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Limestone County dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Slocum ISD dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Red River County dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Franklin ISD dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Fort Bend County dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Stephenville ISD dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Nueces County dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Hopkins County dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Cisco College dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Camp cad dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Montague county dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Lamar CAD dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Rains County AD dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Coppell ISD dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Navarro County dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Wise County dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Upshur County dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Tarrant County dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Falls County dallas.bankrupcty@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Helen Elizabeth Weller    on behalf of Creditor     Franklin County dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Rockwall Cad dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Smith County dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Cherokee CAD dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     City of carrollton
               dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Kerens ISD dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     City of bonham dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Red River CAD dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     City of Stephenville
               dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Van Zandt CAD dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     City of malakoff dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Hunt County dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     McLennan County dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Cisco ISD dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Round Rock ISD dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Hood CAD dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     City of Corinth dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Wise CAD dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Cayuga isd dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Grayson County dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Helen Elizabeth Weller    on behalf of Creditor     Dallas County dallas.bankruptcy@publicans.com,
               Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
              Howard A. Cohen   on behalf of Interested Party    CITIBANK, N.A. hcohen@gibbonslaw.com
              Howard R. Hawkins, Jr.   on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
               howard.hawkins@cwt.com, nyecfnotice@cwt.com
              Howard R. Hawkins, Jr.   on behalf of Defendant    Morgan Stanley Capital Group, Inc.
               howard.hawkins@cwt.com, nyecfnotice@cwt.com
              Humayun  Khalid  on behalf of Interested Party    J. Aron & Company hkhalid@cgsh.com,
               maofiling@cgsh.com
              Humayun  Khalid  on behalf of Interested Party    J Aron & Company hkhalid@cgsh.com,
               maofiling@cgsh.com
              J Jackson Shrum   on behalf of Creditor    BWM Services, LP jshrum@austriashrum.com
              J Jackson Shrum   on behalf of Creditor    The Kansas City Southern Railway Company
               jshrum@austriashrum.com
              J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
               under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com
              J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
               Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com
              J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
               indenture trustee and collateral trustee kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com
              J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
               Collateral Trustee, kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com
              J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
               Indenture Trustee kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com
              J. Kate Stickles    on behalf of Other Prof.    Cole Schotz P.C. kstickles@coleschotz.com,
               bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
               otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              J. Kate Stickles   on behalf of Other Prof.   Delaware Trust Company, as First Lien Successor
                     Trustee and Collateral Trustee kstickles@coleschotz.com,
                     bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                     otz.com
              J. Kate Stickles   on behalf of Creditor   Delaware Trust Company, as successor indenture trustee
                     and collateral trustee, kstickles@coleschotz.com,
                     bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                     otz.com
              J. Kate Stickles   on behalf of Plaintiff   Delaware Trust Company kstickles@coleschotz.com,
                     bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                     otz.com
              J. Noah Hagey   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.,
                     The Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners
                     Limited Partnership hagey@braunhagey.com,  tong@braunhagey.com;capehart@braunhagey.com
              Jacob A. Adlerstein   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien
                     Creditors jadlerstein@paulweiss.com
              James E. Huggett   on behalf of Creditor   URS Energy & Construction, Inc.
                     jhuggett@margolisedelstein.com,  tyeager@margolisedelstein.com
              James E. Huggett   on behalf of Creditor   Oracle America, Inc. jhuggett@margolisedelstein.com,
                     tyeager@margolisedelstein.com
              James Halstead Millar   on behalf of Interested Party   CSC Trust Company of Delaware, as
                     successor indenture trustee and collateral trustee james.millar@dbr.com,
                     Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
              James Michael Peck   on behalf of Interested Party   The Official Committee of TCEH Unsecured
                     Creditors jpeck@mofo.com
              James Michael Peck   on behalf of Creditor Committee   The Official Committee of Unsecured
                     Creditors jpeck@mofo.com
              James S. Carr   on behalf of Creditor   CSC Trust Company of Delaware, Proposed Successor
                     Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
              James S. Yoder   on behalf of Attorney   Salesforce.com, Inc. yoderj@whiteandwilliams.com
              Jamie Lynne Edmonson   on behalf of Creditor   Pacific Investment Management Co. LLC
                     jledmonson@venable.com
              Jamie Lynne Edmonson   on behalf of Interested Party   Pacific Investment Management Company LLC
                     ("PIMCO") jledmonson@venable.com
              Jarrett Vine   on behalf of Creditor Committee   The Official Committee of Unsecured Creditors
                     jvine@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Jarrett Vine   on behalf of Interested Party   The Official Committee of TCEH Unsecured
                     Creditors jvine@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Jason A. Gibson   on behalf of Interested Party   Mudrick Capital Management L.P.
                     gibson@teamrosner.com
              Jason A. Starks   on behalf of Creditor   Texas Office of Public Utility Counsel
                     bk-jstarks@oag.texas.gov,  sherri.simpson@oag.texas.gov
              Jason D. Curry   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
                     sybil.aytch@quarles.com
              Jason M. Liberi   on behalf of Interested Party   Texas Transmission Investment LLC
                     jason.liberi@skadden.com,
                     christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
              Jason M. Liberi   on behalf of Defendant   Texas Transmission Investment LLC
                     jason.liberi@skadden.com,
                     christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
              Jason M. Madron   on behalf of Debtor   EFIH Finance Inc. madron@rlf.com,
                     rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   4Change Energy Holdings LLC madron@rlf.com,
                     rbgroup@rlf.com
              Jason M. Madron   on behalf of Plaintiff   Energy Future Holdings Corp. madron@rlf.com,
                     rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant   EFH Renewables Company LLC madron@rlf.com,
                     rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Texas Utilities Electric Company, Inc. madron@rlf.com,
                     rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   DeCordova II Power Company LLC madron@rlf.com,
                     rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   EFH FS Holdings Company madron@rlf.com,
                     rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Texas Electric Service Company, Inc. madron@rlf.com,
                     rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Luminant Energy Trading California Company madron@rlf.com,
                     rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Luminant ET Services Company madron@rlf.com,
                     rbgroup@rlf.com
              Jason M. Madron   on behalf of Attorney   Kirkland & Ellis LLP madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant   EFH Finance (No. 2) Holdings Company madron@rlf.com,
                     rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Valley Power Company LLC madron@rlf.com,
                     rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Luminant Big Brown Mining Company LLC madron@rlf.com,
                     rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

District/off: 0311-1        User: DMC              Page 13 of 27           Date Rcvd: Jun 21, 2018
                           Form ID: van440         Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jason M. Madron   on behalf of Debtor   Generation SVC Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant   EECI, Inc. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EFH Finance (No. 2) Holdings Company madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant   EFH Australia (No. 2) Holdings Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   DeCordova Power Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Texas Power & Light Company, Inc. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   TCEH Finance, Inc. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Luminant Generation Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Energy Future Holdings Corp. madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Generation MT Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   TXU Electric Company, Inc. madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   TXU Energy Receivables Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Oak Grove Management Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Southwestern Electric Service Company, Inc.
           madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Texas Energy Industries Company, Inc. madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
           madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Oak Grove Mining Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EFH CG Management Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Oak Grove Power Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Collin Power Company LLC madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   EFH Corporate Services Company madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
           madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EECI, Inc. madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant   LSGT Gas Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant   TXU Receivables Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Valley NG Power Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Eagle Mountain Power Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Dallas Power & Light Company, Inc. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Martin Lake 4 Power Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Luminant Holding Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant   Generation Development Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   LSGT Gas Company LLC madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Texas Utilities Company, Inc. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   LSGT SACROC, Inc. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Interested Party   Energy Future Holdings Corp. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Luminant Mineral Development Company LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant   EEC Holdings, Inc. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Lone Star Pipeline Company, Inc. madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   NCA Development Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Plaintiff   EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason M. Madron    on behalf of Debtor    Sandow Power Company LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Attorney   Richards, Layton & Finger, P.A. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Defendant    NCA Development Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Renewables Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    4Change Energy Company madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Morgan Creek 7 Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Luminant Energy Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Big Brown Power Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Brighten Energy LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    TXU Energy Solutions Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    NCA Resources Development Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Generation Development Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Lone Star Energy Company, Inc. madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Big Brown Lignite Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant    EFH FS Holdings Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Monticello 4 Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
               madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    TXU SEM Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EFH CG Holdings Company LP madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EFH Renewables Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Defendant    LSGT SACROC, Inc. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EFH Australia (No. 2) Holdings Company madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant    EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Tradinghouse Power Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Lake Creek 3 Power Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    TXU Energy Retail Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Defendant    EBASCO Services of Canada Limited madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    EEC Holdings, Inc. madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
               madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Plan Administrator    EFH Plan Administrator Board madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Other Prof.   KPMG LLP madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    TXU Retail Services Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
               madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Big Brown 3 Power Company LLC madron@rlf.com,
               rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    Luminant Mining Company LLC madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Debtor    Brighten Holdings LLC madron@rlf.com,  rbgroup@rlf.com
              Jason M. Madron    on behalf of Debtor    TXU Receivables Company madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron    on behalf of Defendant    Energy Future Holdings Corp. madron@rlf.com,
               rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jeffrey C. Wisler    on behalf of Creditor    Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
               Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
               Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
              Jeffrey C. Wisler    on behalf of Creditor    Cloud Peak Energy Resources LLC
               jwisler@connollygallagher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

          Jeffrey C. Wisler   on behalf of Creditor   Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
           Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
           Seidlets jwisler@connollygallagher.com
          Jeffrey M Gorris   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.,
           The Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners
           Limited Partnership jspeakman@friedlandergorris.com,
           jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
          Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
           jschlerf@foxrothschild.com, idensmore@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
           jschlerf@foxrothschild.com, idensmore@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party   Sempra Energy jschlerf@foxrothschild.com,
           idensmore@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
           jschlerf@foxrothschild.com, idensmore@foxrothschild.com
          Jeffrey M. Schlerf   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
           jschlerf@foxrothschild.com
          Jeffrey R. Fine   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
           jfine@dykema.com, jrf5825@gmail.com,aashmore@dykema.com,pelliot@dykema.com
          Jeffrey R. Fine   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc. jfine@dykema.com,
           jrf5825@gmail.com,aashmore@dykema.com,pelliot@dykema.com
          Jeffrey S. Sabin   on behalf of Creditor   Pacific Investment Management Co. LLC
           JSSabin@Venable.com
          Jeffrey S. Sabin   on behalf of Interested Party   Pacific Investment Management Company LLC
           ("PIMCO") JSSabin@Venable.com
          Jennifer Marines   on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors JMarines@mofo.com
          Jennifer R Sharret   on behalf of Interested Party   Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com,
           corporate-reorg-1449@ecf.pacerpro.com;MWasson@kramerlevin.com
          Jennifer R. Hoover   on behalf of Creditor   Michelin North America Inc. jhoover@beneschlaw.com,
           docket@beneschlaw.com;lmolinaro@beneschlaw.com
          Jennifer R. Hoover   on behalf of Attorney   Benesch, Friedlander, Coplan & Aronoff, LLP
           jhoover@beneschlaw.com, docket@beneschlaw.com;lmolinaro@beneschlaw.com
          Jennifer R. Hoover   on behalf of Interested Party   Fee Committee jhoover@beneschlaw.com,
           docket@beneschlaw.com;lmolinaro@beneschlaw.com
          Jennifer V. Doran   on behalf of Creditor   Invensys Systems, Inc. jdoran@hinckleyallen.com,
           calirm@haslaw.com;kabarrett@hinckleyallen.com
          Joanna Flynn Newdeck   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
           jnewdeck@akingump.com, ddunn@akingump.com
          Joanna Flynn Newdeck   on behalf of Interested Party   UMB BANK, N.A., as Trustee
           jnewdeck@akingump.com, ddunn@akingump.com
          John A. Morris   on behalf of Interested Party   Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
          John D. Demmy   on behalf of Creditor   City of Dallas, Texas john.demmy@saul.com,
           robyn.warren@saul.com
          John D. Demmy   on behalf of Creditor   Rexel, Inc. john.demmy@saul.com, robyn.warren@saul.com
          John D. Demmy   on behalf of Creditor   AEP Texas Central Company d/b/a American Electric Power
           Company and AEP Texas North Company d/b/a American Electric Power Company john.demmy@saul.com,
           robyn.warren@saul.com
          John G. Harris   on behalf of Plaintiff   Avenue Capital Management II, LP
           jharris@bergerharris.com, mnicholls@bergerharris.com
          John G. Harris   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
           jharris@bergerharris.com, mnicholls@bergerharris.com
          John G. Harris   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
           jharris@bergerharris.com, mnicholls@bergerharris.com
          John G. Harris   on behalf of Plaintiff   Third Avenue Management LLC jharris@bergerharris.com,
           mnicholls@bergerharris.com
          John G. Harris   on behalf of Plaintiff   GSO Capital Partners LP jharris@bergerharris.com,
           mnicholls@bergerharris.com
          John H. Strock   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
           jstrock@foxrothschild.com, dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
          John M. Seaman   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
           seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com
          John Mark Stern   on behalf of Creditor   Texas Comptroller of Public Accounts
           john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov
          John P. Dillman   on behalf of Creditor   Angelina County houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor   Fort Bend County houston_bankruptcy@publicans.com
          John P. Dillman   on behalf of Creditor   Harris County houston_bankruptcy@publicans.com
          John R. Ashmead   on behalf of Interested Party   Wilmington Trust, N.A. ashmead@sewkis.com
          Johnna Darby   on behalf of Interested Party   Steag Energy Services, Inc.
           jdarby@foxrothschild.com, idensmore@foxrothschild.com
          Jon M. Chatalian   on behalf of Creditor   Pension Benefit Guaranty Corporation
           chatalian.jon@pbgc.gov, efile@pbgc.gov
          Jonathan L. Howell   on behalf of Creditor   Red Ball Oxygen Company jhowell@gpm-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Joseph  Grey    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
            jgrey@crosslaw.com,  smacdonald@crosslaw.com
          Joseph Charles Barsalona II    on behalf of Debtor    Energy Future Holdings Corp.
            barsalona@rlf.com,  rbgroup@rlf.com:ann-jerominski-2390@ecf.pacerpro.com
          Joseph Charles Barsalona II    on behalf of Plaintiff    Energy Future Holdings Corp.
            barsalona@rlf.com,  rbgroup@rlf.com:ann-jerominski-2390@ecf.pacerpro.com
          Joseph D. Frank    on behalf of Interested Party    PI Law Firms jfrank@fgllp.com,
            ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Frank    on behalf of Creditor    Experian Information Solutions, Inc. jfrank@fgllp.com,
            ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Frank    on behalf of Creditor    Experian Marketing Solutions, Inc. jfrank@fgllp.com,
            ccarpenter@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Wright    on behalf of Interested Party    Alcoa Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Defendant    NextEra Energy, Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Creditor    NextEra Energy, Inc. and Next Era Energy Capital
            Holdings, Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Interested Party    NextEra Energy, Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
            LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright    on behalf of Creditor    NextEra Energy, Inc. wright@lrclaw.com,
            dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity
            as First Lien Administrative Agent jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Oaktree Capital Management, L.P.
            jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Angelo Gordon & Co., LP jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Apollo Management HoldingsLP jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company
            LLC jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral
            Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Creditor    Wilmington Trust, N.A., in its capacity as First
            Lien Administrative Agent jhh@stevenslee.com
          Joseph H. Huston, Jr.    on behalf of Debtor    Energy Future Holdings Corp. jhh@stevenslee.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    Red Ball Oxygen Company jmcmahon@ciardilaw.com,
            mflores@ciardilaw.com
          Joseph J. McMahon, Jr.    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC
            jmcmahon@ciardilaw.com,  mflores@ciardilaw.com
          Joshua K. Brody    on behalf of Defendant    Computershare Trust Company of Canada
            jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua K. Brody    on behalf of Defendant    Computershare Trust Company, N.A.
            jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua K. Brody    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
            Objectors jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua K. Brody    on behalf of Interested Party    Computershare Trust Company, N.A., and
            Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
            Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
            adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
            .pacerpro.com
          Joshua Powers Searcy    on behalf of Creditor    D. Courtney Construction, Inc.
            joshsearcy@jrsearcylaw.com
          Joshua Y. Sturm    on behalf of Creditor    Delaware Trust Company, as successor indenture trustee
            and collateral trustee, joshua.strum@ropesgray.com
          Julia B. Klein    on behalf of Creditor    Mudrick Capital Management, L.P. klein@teamrosner.com
          Julia Bettina Klein    on behalf of Interested Party    Mudrick Capital Management L.P.
            klein@kleinllc.com
          Justin Cory Falgowski    on behalf of Creditor    Texas Big Spring, LP jfalgowski@burr.com
          Justin K. Edelson    on behalf of Interested Party    The Official Committee of TCEH Unsecured
            Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson    on behalf of Creditor Committee    The Official Committee of Unsecured
            Creditors jedelson@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson    on behalf of Financial Advisor    FTI Consulting, Inc. jedelson@polsinelli.com,
            LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Karen Beth Shaer    on behalf of Other Prof.    Garden City Group, LLC PACERTeam@gardencitygroup.com
          Karen C. Bifferato    on behalf of Interested Party    Pacific Investment Management Company LLC
            ("PIMCO") kbifferato@connollygallagher.com
          Katharine L. Mayer    on behalf of Interested Party    Aetna Inc. kmayer@mccarter.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Katharine L. Mayer    on behalf of Interested Party    Aetna Life Insurance Company
                kmayer@mccarter.com
              Katherine Stadler    on behalf of Interested Party    Fee Committee kstadler@gklaw.com,
                kboucher@gklaw.com;pbrellenthin@gklaw.com
              Kathleen A. Murphy    on behalf of Creditor    CATERPILLAR FINANCIAL SERVICES CORP.
                kathleen.murphy@bipc.com,    annette.dye@bipc.com
              Kathleen M. Miller    on behalf of Creditor    Valero Texas Power Marketing, Inc.
                kmiller@skjlaw.com,    llb@skjlaw.com
              Kathleen M. Miller    on behalf of Creditor    Airgas USA, LLC kmiller@skjlaw.com,    llb@skjlaw.com
              Kay Diebel Brock    on behalf of Creditor    Travis County bkecf@co.travis.tx.us
              Keith Howard Wofford    on behalf of Creditor    Elliott Associates, L.P., Elliott International,
                L.P. and The Liverpool Limited Partnership keith.wofford@ropesgray.com,
                keith.wofford@ropesgray.com
              Keith Howard Wofford    on behalf of Interested Party    CSC Trust Company of Delaware, as
                successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
                keith.wofford@ropesgray.com
              Kerry L. Haliburton    on behalf of Creditor    Buffalo Industrial Supply, Inc.
                raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com
              Kevin C. Driscoll, Jr.    on behalf of Creditor    GATX Corporation Kevin.Driscoll@btlaw.com,
                donna.dotts@btlaw.com
              Kevin G. Collins    on behalf of Creditor    GATX Corporation kevin.collins@btlaw.com,
                pgroff@btlaw.com;Kathy.lytle@btlaw.com
              Kevin J. Mangan    on behalf of Interested Party    American Equipment Company Inc.
                kevin.mangan@wbd-us.com,    Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Kevin J. Mangan    on behalf of Interested Party    AMECO Inc. kevin.mangan@wbd-us.com,
                Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Kevin J. Mangan    on behalf of Interested Party    Alltite Inc. kevin.mangan@wbd-us.com,
                Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Kevin J. Mangan    on behalf of Interested Party    Fluor Global Services kevin.mangan@wbd-us.com,
                Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Kevin J. Mangan    on behalf of Interested Party    Fluor Corporation kevin.mangan@wbd-us.com,
                Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Kevin J. Mangan    on behalf of Interested Party    Fluor Enterprises Inc. kevin.mangan@wbd-us.com,
                Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Kevin M Lippman    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
                klippman@munsch.com,    lpannier@munsch.com
              Kevin M. Capuzzi    on behalf of Creditor    Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
                docket@beneschlaw.com;lmolinaro@beneschlaw.com
              Kimberly Ellen Connolly Lawson    on behalf of Interested Party    The Bank of New York Mellon, in
                its capacity as the PCRB Trustee klawson@reedsmith.com,    bankruptcy-2628@ecf.pacerpro.com
              Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon, as
                Indenture Trustee klawson@reedsmith.com,    bankruptcy-2628@ecf.pacerpro.com
              Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon Trust
                Company, N.A., as Indenture Trustee klawson@reedsmith.com,    bankruptcy-2628@ecf.pacerpro.com
              Kimberly Ellen Connolly Lawson    on behalf of Creditor Committee    The Official Committee of
                Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
                LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com,
                bankruptcy-2628@ecf.pacerpro.com
              Kizzy Lyn Jarashow    on behalf of Creditor    Aurelius Capital Management, LP
                kjarashow@goodwinprocter.com
              Kristhy M. Peguero    on behalf of Interested Party    Borealis Infrastructure Management Inc. ,
                kgradney@jw.com;ptomasco@jw.com
              Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon Trust Company, N.A.,
                in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,
                llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
                kgwynne@reedsmith.com,    llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon, in its capacity as
                the PCRB Trustee kgwynne@reedsmith.com,    llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
                Indenture Trustee kgwynne@reedsmith.com,
                llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Kurtzman Carson Consultants LLC    info@kccllc.com
              L. John Bird    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
                learonjohn.bird@stoel.com,    docketclerk@stoel.com;april.mellen@stoel.com
              L. John Bird    on behalf of Intervenor    Ovation Acquisition I, L.L.C. learonjohn.bird@stoel.com,
                docketclerk@stoel.com;april.mellen@stoel.com
              L. John Bird    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
                learonjohn.bird@stoel.com,    docketclerk@stoel.com;april.mellen@stoel.com
              L. Katherine Good    on behalf of Interested Party    Boral Material Technologies, LLC
                kgood@wtplaw.com,    clano@wtplaw.com
              L. Katherine Good    on behalf of Interested Party    Simeio Solutions, Inc. kgood@wtplaw.com,
                clano@wtplaw.com
              Lara E. Shipkovitz    on behalf of Creditor    Thermo Fisher Scientific Inc.
                lshipkovitz@tuckerlaw.com
              Lars A. Peterson    on behalf of Interested Party    UMB BANK, N.A., as Trustee lapeterson@foley.com
              Lars A. Peterson    on behalf of Creditor    UMB Bank, N.A. lapeterson@foley.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Laura  Davis  Jones    on behalf of Interested Party     Second Lien Indenture Trustee and the EFIH
    Second Lien Group ljones@pszjlaw.com
Laura  Davis  Jones    on behalf of Plaintiff     Computershare Trust Company, N.A.
    ljones@pszjlaw.com
Laura  Davis  Jones    on behalf of Interested Party     Computershare Trust Company, N.A., and
    Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
    Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com,  efile1@pszjlaw.com
Laura  Davis  Jones    on behalf of Interested Party     EFIH 2nd Lien Notes Indenture Trustee
    ljones@pszjlaw.com
Laura  Davis  Jones    on behalf of Interested Party     EFIH Second Lien Notes Indenture Trustee &
    EFIH Second Lien Group ljones@pszjlaw.com
Laura  Davis  Jones    on behalf of Interested Party     Computershare Trust Company, N.A. and
    Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
    lien notes and the holders thereof. ljones@pszjlaw.com, efile1@pszjlaw.com
Laura  Davis  Jones    on behalf of Interested Party     Second Lien Indenture Trustee
    ljones@pszjlaw.com
Laura  Davis  Jones    on behalf of Interested Party     Indenture Trustee and the EFIH 2nd Lien
    Objectors ljones@pszjlaw.com
Laura  Davis  Jones    on behalf of Interested Party     EFIH Second Lien Indenture Trustee
    ljones@pszjlaw.com,  efile1@pszjlaw.com
Laura Davis  Jones    on behalf of Interested Party     Indenture Trustee and the EFIH 2nd Lien
    Objectors ljones@pszjlaw.com,  efile@pszyj.com
Laura Davis  Jones    on behalf of Interested Party     EFIH 2nd Lien Notes Indenture Trustee
    ljones@pszjlaw.com,  efile@pszyj.com
Laurie Selber Silverstein    on behalf of Interested Party     EFIH First Lien DIP Agent
    bankruptcy@potteranderson.com
Laurie Selber Silverstein    on behalf of Interested Party     Deutsche Bank AG New York Branch
    bankruptcy@potteranderson.com
Learon John  Bird    on behalf of Interested Party     Ad Hoc Group of TCEH Unsecured Noteholders
    learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com
Learon John  Bird    on behalf of Creditor     Creditor-Investor Consortium
    learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com
Lee  Harrington    on behalf of Interested Party     American Stock Transfer & Trust Company LLC
    lharrington@nixonpeabody.com
Lee B. Gordon    on behalf of Creditor     Texas Ad Valorem Taxing Jurisdictions
    cary.cain@mvbalaw.com,  bankruptcy@mvbalaw.com
Linda J. Casey    on behalf of U.S. Trustee     U.S. Trustee Linda.Casey@usdoj.gov
Lindsay  Zahradka    on behalf of Interested Party     Ad Hoc Committee of EFIH Unsecured
    Noteholders lzahradka@akingump.com
Lindsay  Zahradka    on behalf of Interested Party     EFIH Second Lien DIP Commitment Parties
    lzahradka@akingump.com
Lino  Mendiola, III    on behalf of Interested Party     Titus County Fresh Waster Supply District
    No. 1 linomendiola@andrewskurth.com
Lino  Mendiola, III    on behalf of Interested Party     Titus County Fresh Water Supply District
    No. 1 linomendiola@andrewskurth.com
Lisa Cresci McLaughlin    on behalf of Interested Party     Fee Committee mmo@pgmhlaw.com
Lorenzo  Marinuzzi    on behalf of Interested Party     The Official Committee of TCEH Unsecured
    Creditors LMarinuzzi@mofo.com,  lorenzo-marinuzzi-4664@ecf.pacerpro.com
Lucian Borders Murley    on behalf of Creditor     Accenture LLP luke.murley@saul.com,
    robyn.warren@saul.com
Lucian Borders Murley    on behalf of Creditor     Johnson Matthey Stationary Emissions Control LLC
    luke.murley@saul.com,  robyn.warren@saul.com
Marc J. Phillips    on behalf of Creditor     Bluebonnet Electric Cooperative, Inc.
    mphillips@mgmlaw.com
Marc J. Phillips    on behalf of Creditor     Tex-La Electric Cooperative of Texas, Inc.
    mphillips@mgmlaw.com
Marc J. Phillips    on behalf of Creditor     Steering Committee of Cities Served by Oncor
    mphillips@mgmlaw.com
Marc Stephen Casarino    on behalf of Creditor     Google Inc. casarinom@whiteandwilliams.com,
    debankruptcy@whiteandwilliams.com
Maria A. Bove    on behalf of Interested Party     Computershare Trust Company, N.A., and
    Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
    Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
Maria Aprile Sawczuk    on behalf of Interested Party     Sierra Club marias@restructuringshop.com,
    marias@ecf.courtdrive.com
Maria Aprile Sawczuk    on behalf of Creditor Miguel Oliveras Caraballo
    marias@restructuringshop.com,  marias@ecf.courtdrive.com
Mark  Minuti    on behalf of Creditor     Electric Reliability Council of Texas, Inc.
    mark.minuti@saul.com,  robyn.warren@saul.com;ecf-9d8e07160ff2@ecf.pacerpro.com
Mark Andrew Fink    on behalf of Interested Party     The Official Committee of Unsecured Creditors
    of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
    Inc.; and EECI, Inc. (EFH Committee) mfink@mmwr.com,
    ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
Mark Andrew Fink    on behalf of Creditor Committee     The Official Committee of Unsecured
    Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
    Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com,
    ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Mark Andrew Fink    on behalf of Spec. Counsel   Montgomery, McCracken, Walker & Rhoads, LLP
            mfink@mmwr.com,   ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
          Mark Andrew Fink    on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
            Finance Inc., and EECI, Inc. mfink@mmwr.com,
            ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
          Mark Andrew Fink    on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
            Finance, Inc., and EECI, Inc.  mfink@mmwr.com,
            ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
          Mark Charles 2009npfdEllenberg   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy
            Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. mark.ellenberg@cwt.com,
            michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com
          Mark D. Collins    on behalf of Debtor   Energy Future Holdings Corp.
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins    on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Kotwick    on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral Agent
            KOTWICK@SEWKIS.COM
          Mark D. Kotwick    on behalf of Interested Party   Wilmington Trust, N.A. kotwick@sewkis.com
          Mark D. Kotwick    on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral Agent
            and First Lien Administrative Agent KOTWICK@SEWKIS.COM
          Mark D. Olivere    on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
            olivere@chipmanbrown.com,  dero@chipmanbrown.com;mcclosky@chipmanbrown.com
          Mark D. Olivere    on behalf of Interested Party   Berkshire Hathaway Energy Company
            olivere@chipmanbrown.com,  dero@chipmanbrown.com;mcclosky@chipmanbrown.com
          Mark E. Felger    on behalf of Interested Party   J. Aron & Company mfelger@cozen.com,
            MBrickley@cozen.com;mmillis@cozen.com
          Mark E. Felger    on behalf of Interested Party   J Aron & Company mfelger@cozen.com,
            MBrickley@cozen.com;mmillis@cozen.com
          Mark F. Hebbeln    on behalf of Interested Party   UMB BANK, N.A., as Trustee mhebbeln@foley.com,
            jsorrels@foley.com,opetukhova@foley.com
          Mark F. Hebbeln    on behalf of Creditor   UMB Bank, N.A. mhebbeln@foley.com,  jsorrels@foley.com,
            opetukhova@foley.com
          Mark F. Rosenberg    on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
            Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com
          Mark L. Desgrosseilliers    on behalf of Interested Party   CenterPoint Energy Houston Electric,
            LLC mark.desgrosseilliers@wbd-us.com,  Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
          Mark L. Desgrosseilliers    on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
            mark.desgrosseilliers@wbd-us.com,  Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
          Mark L. Desgrosseilliers    on behalf of Interested Party   CenterPoint Energy Resources Corp.
            mark.desgrosseilliers@wbd-us.com,  Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
          Mark S. Chehi    on behalf of Interested Party   Borealis Infrastructure Management Inc.
            mchehi@skadden.com, debank@skadden.com
          Matthew B. McGuire    on behalf of Creditor   NextEra Energy, Inc. mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Plaintiff   Marathon Asset Management, LP mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Interested Party   Marathon Asset Management, LP
            mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor   Polygon Convertible Opportunity Master Fund
            mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor   Polygon Distressed Opportunities Master Fund
            mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Plaintiff   Polygon Distressed Opportunities Master Fund
            mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
            Holdings, Inc. mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Plaintiff   Polygon Convertible Opportunity Master Fund
            mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Defendant   NextEra Energy, Inc. mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Interested Party   Alcoa Inc. ,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor   NextEra Energy Resources, LLC mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
            II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew C. Brown    on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
            mbrown@whitecase.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Matthew G. Summers   on behalf of Creditor    URENCO, Inc. summersm@ballardspahr.com,
             chiggesd@ballardspahr.com
            Matthew G. Summers   on behalf of Creditor    Louisiana Energy Services, LLC
             summersm@ballardspahr.com,  chiggesd@ballardspahr.com
            Matthew J. Troy   on behalf of Creditor    United States of America matthew.troy@usdoj.gov
            Meredith A. Lahaie   on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
             Noteholders mlahaie@akingump.com
            Meredith A. Lahaie   on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
             mlahaie@akingump.com
            Michael A. Paskin   on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
             mpaskin@cravath.com
            Michael D. DeBaecke   on behalf of Interested Party    Wilmington Trust, N.A.
             debaecke@blankrome.com
            Michael David Debaecke   on behalf of Defendant    Wilmington Trust, N.A., as First Lien
             Collateral Agent debaecke@blankrome.com
            Michael David Debaecke   on behalf of Defendant    Wilmington Trust, N.A. as First Lien Collateral
             Agent and First Lien Administrative Agent debaecke@blankrome.com
            Michael David Debaecke   on behalf of Creditor    Wilmington Trust, N.A., as Successor TCEH First
             Lien Administrative Agent and Successor TCEH First Lien Collateral Agent debaecke@blankrome.com
            Michael David Debaecke   on behalf of Interested Party    Wilmington Trust, N.A.
             debaecke@blankrome.com
            Michael G. Busenkell   on behalf of Creditor    Polygon Distressed Opportunities Master Fund
             mbusenkell@gsbblaw.com
            Michael G. Busenkell   on behalf of Interested Party    Subsequent Settling EFIH PIK Noteholders
             comprised of: York Capital Management Global Advisors, LLC; P. Schoenfeld Asset Management L.P.;
             mbusenkell@gsbblaw.com
            Michael G. Busenkell   on behalf of Interested Party    Tannor Partners Credit Fund LP
             mbusenkell@gsbblaw.com
            Michael G. Busenkell   on behalf of Creditor    Sunrise Partners Limited Partnership
             mbusenkell@gsbblaw.com
            Michael G. Busenkell   on behalf of Creditor    Marathon Asset Management, LP
             mbusenkell@gsbblaw.com
            Michael G. Busenkell   on behalf of Creditor    Knife River Corporation-South
             mbusenkell@gsbblaw.com
            Michael G. Busenkell   on behalf of Creditor    Polygon Convertible Opportunity Master Fund
             mbusenkell@gsbblaw.com
            Michael G. Busenkell   on behalf of Interested Party    York Capital Management Global Advisors,
             LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
            Michael G. Busenkell   on behalf of Creditor    Mudrick Capital Management, L.P.
             mbusenkell@gsbblaw.com
            Michael G. Busenkell   on behalf of Creditor    Aurelius Capital Management, LP
             mbusenkell@gsbblaw.com
            Michael G. Busenkell   on behalf of Creditor William Jeffrey Herbert mbusenkell@gsbblaw.com
            Michael G. Busenkell   on behalf of Interested Party    Marathon Asset Management, LP
             mbusenkell@gsbblaw.com
            Michael G. Busenkell   on behalf of Other Prof.    Ad Hoc Group of Non-Settling EFIH PIK
             Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
             Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D mbusenkell@gsbblaw.com
            Michael H. Torkin   on behalf of Creditor Committee    The Official Committee of Unsecured
             Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
             Finance, Inc., and EECI, Inc. (EFH Committee) torkinm@sullcrom.com
            Michael Joseph Joyce   on behalf of Creditor    Certain funds and accounts advised or sub-advised
             by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
            Michael Joseph Joyce   on behalf of Interested Party    certain funds and accounts advised or
             sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
            Michael Joseph Joyce   on behalf of Interested Party    Fidelity Management & Research Company
             mjoyce@oelegal.com
            Michael L. Atchley   on behalf of Creditor    Tarrant Regional Water District
             matchley@popehardwicke.com
            Michael L. Atchley   on behalf of Creditor    Northeast Texas Municipal Water District
             matchley@popehardwicke.com
            Michael P. Esser   on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
             michael.esser@kirkland.com
            Michael P. Esser   on behalf of Plaintiff    Energy Future Holdings Corp.
             michael.esser@kirkland.com
            Michael P. Esser   on behalf of Debtor    Energy Future Holdings Corp. michael.esser@kirkland.com
            Michelle McMahon   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
             Objectors mmcmahon@cullenanddykman.com
            Monica S. Blacker   on behalf of Attorney    Jackson Walker LLP mblacker@jw.com,
             tsalter@jw.com;ldooley@jw.com
            Monica S. Blacker   on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
             mblacker@jw.com,  tsalter@jw.com;ldooley@jw.com
            Natalie D. Ramsey   on behalf of Creditor Committee    The Official Committee of Unsecured
             Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
             Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com, ECFdocuments@pacerpro.com
            Natalie D. Ramsey   on behalf of Creditor Committee    The Official Committee of Unsecured
             Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
             Finance Inc., and EECI, Inc. nramsey@mmwr.com,  ECFdocuments@pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Neil B. Glassman    on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
        Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
        nglassman@bayardlaw.com;smacon@bayardlaw.com;jalberto@bayardlaw.com;bankserve@bayardlaw.com
Neil B. Glassman    on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien Indenture
        Trustee bankserve@bayardfirm.com,  nglassman@bayardfirm.com
Neil B. Glassman    on behalf of Interested Party    Delaware Trust Company
        bankserve@bayardfirm.com,  nglassman@bayardfirm.com
Nicholas D. Mozal    on behalf of Defendant    Angelo Gordon & Co., LP nmozal@ramllp.com
Nicholas D. Mozal    on behalf of Defendant    Apollo Advisors VII, L.P. nmozal@ramllp.com
Nicholas D. Mozal    on behalf of Interested Party    Titan Investment Holdings LP nmozal@ramllp.com
Nicholas D. Mozal    on behalf of Defendant    Brookfield Asset Management Private Institutional
        Capital Adviser (Canada), L.P. nmozal@ramllp.com
Nicholas J. Brannick    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
        Indenture Trustee nbrannick@coleschotz.com,
        bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
Nicholas J. Brannick    on behalf of Plaintiff    Delaware Trust Company nbrannick@coleschotz.com,
        bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
Nicholas J. Brannick    on behalf of Interested Party    CSC Trust Company of Delaware, as
        successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
        bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
Nick S. Kaluk, III    on behalf of Financial Advisor    Evercore Group L.L.C. nskaluk@debevoise.com
Nicole D. Mignone    on behalf of Interested Party    Public Utility Commission of Texas
        nicole.mignone@texasattorneygeneral.gove
Norman L. Pernick    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
        Collateral Trustee, npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
Norman L. Pernick    on behalf of Plaintiff    Delaware Trust Company npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
Norman L. Pernick    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
        indenture trustee and collateral trustee npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
Norman L. Pernick    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
        Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
Norman L. Pernick    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
        Indenture Trustee npernick@coleschotz.com,
        pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
Omar J. Alaniz    on behalf of Interested Party    CenterPoint Energy Resources Corp.
        omar.alaniz@bakerbotts.com
Omar J. Alaniz    on behalf of Interested Party    CenterPoint Energy Houston Electric, LLC
        omar.alaniz@bakerbotts.com
Owen M. Sonik    on behalf of Creditor    Galena Park Independent School District osonik@pbfcm.com,
        tpope@pbfcm.com;osonik@ecf.inforuptcy.com
Owen M. Sonik    on behalf of Creditor    Certain Texas Taxing Entities osonik@pbfcm.com,
        tpope@pbfcm.com;osonik@ecf.inforuptcy.com
Patricia Williams Prewitt    on behalf of Creditor    Kinder Morgan Tejas Pipeline LLC
        pwp@pattiprewittlaw.com
Patricia Williams Prewitt    on behalf of Creditor    El Paso Natural Gas Company
        pwp@pattiprewittlaw.com
Patricia Williams Prewitt    on behalf of Creditor    Targa Gas Marketing LLC
        pwp@pattiprewittlaw.com
Patricia Williams Prewitt    on behalf of Creditor    Kinder Morgan Texas Pipeline LLC
        pwp@pattiprewittlaw.com
Patrick L. Hughes    on behalf of Creditor    Airgas USA, LLC patrick.hughes@haynesboone.com
Pauline K. Morgan    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
        bankfilings@ycst.com
Peter J. Keane    on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee & EFIH
        Second Lien Group pkeane@pszjlaw.com
Peter Jonathon Young    on behalf of Debtor    Energy Future Holdings Corp. pyoung@proskauer.com
Peter M. Gilhuly    on behalf of Interested Party    Ernst & Young LLP peter.gilhuly@lw.com,
        adam.malatesta@lw.com
R. Karl Hill    on behalf of Creditor    Liberty Mutual Insurance Co. khill@svglaw.com,
        spappa@svglaw.com
R. Stephen McNeill    on behalf of Interested Party    Deutsche Bank Securities Inc.
        bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com
Rachel Obaldo    on behalf of Creditor    Texas Comptroller of Public Accounts
        bk-robaldo@oag.texas.gov,  sherri.simpson@oag.texas.gov
Rachel Ringer    on behalf of Interested Party    Computershare Trust Company, N.A. and
        Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
        lien notes and the holders thereof. rringer@kramerlevin.com,
        ABywitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;GFrenzel@kramerlevin.com;dbraun@kramerlevin.
        com;corporate-reorg-1449@ecf.pacerpro.com
Rachel B. Mersky    on behalf of Creditor    Top Line Rental , LLC rmersky@monlaw.com
Raymond H. Lemisch    on behalf of Defendant    UMB Bank, N.A., as indenture trustee
        rlemisch@klehr.com
Raymond H. Lemisch    on behalf of Creditor    UMB Bank, N.A. rlemisch@klehr.com
Raymond H. Lemisch    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
        rlemisch@klehr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Rebecca A. Hayes   on behalf of Creditor    UMB Bank, N.A. rhayes@foley.com
          Rebecca A. Hayes   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
           rhayes@foley.com
          Reed A. Heiligman   on behalf of Creditor    Experian Marketing Solutions, Inc.
           rheiligman@fgllp.com,  ccarpenter@fgllp.com
          Reed A. Heiligman   on behalf of Interested Party   PI Law Firms rheiligman@fgllp.com,
           ccarpenter@fgllp.com
          Reed A. Heiligman   on behalf of Creditor    Experian Information Solutions, Inc.
           rheiligman@fgllp.com,  ccarpenter@fgllp.com
          Richard A. Barkasy   on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
           rbarkasy@schnader.com
          Richard A. Barkasy   on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
           rbarkasy@schnader.com
          Richard A. Barkasy   on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
           rbarkasy@schnader.com
          Richard L. Schepacarter   on behalf of U.S. Trustee    U.S. Trustee richard.schepacarter@usdoj.gov
          Robert J. Feinstein   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
           Objectors rfeinstein@pszjlaw.com
          Robert J. Feinstein   on behalf of Defendant    Computershare Trust Company, N.A.
           rfeinstein@pszjlaw.com
          Robert J. Feinstein   on behalf of Defendant    Computershare Trust Company of Canada
           rfeinstein@pszjlaw.com
          Robert J. Feinstein   on behalf of Interested Party    Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
          Robert K. Malone   on behalf of Interested Party    CITIBANK, N.A. robert.malone@dbr.com,
           andrew.groesch@dbr.com
          Ryan M. Bartley   on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
           bankfilings@ycst.com
          Ryan M. Bartley   on behalf of Defendant    Vistra Energy Corp. bankfilings@ycst.com
          Sabrina L. Streusand   on behalf of Interested Party Allen   Shrode streusand@slollp.com,
           prentice@slollp.com
          Samuel Lee Moultrie   on behalf of Creditor    RailWorks Track System, Inc. smoultrie@wlblaw.com
          Scott D. Cousins   on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
           scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
          Scott D. Cousins   on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
           Noteholders scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
          Scott D. Cousins   on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
           and The Liverpool Limited Partnership scousins@bayardlaw.com,
           lmorton@bayardlaw.com;tstoner@bayardlaw.com
          Scott D. Cousins   on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
           scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
          Sean A. O'Neal   on behalf of Interested Party    J. Aron & Company soneal@cgsh.com,
           maofiling@cgsh.com;afee@cgsh.com
          Sean A. O'Neal   on behalf of Interested Party    J Aron & Company soneal@cgsh.com,
           maofiling@cgsh.com;afee@cgsh.com
          Sean M. Brennecke   on behalf of Creditor    UMB Bank, N.A. sbrennecke@klehr.com,  state@klehr.com
          Shanti M. Katona   on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors skatona@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Shawn M. Christianson   on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
           cmcintire@buchalter.com
          Simon E. Fraser   on behalf of Interested Party    J Aron & Company sfraser@cozen.com
          Simon E. Fraser   on behalf of Creditor    Goldman Sachs Lending Partners LLC sfraser@cozen.com
          Simon E. Fraser   on behalf of Interested Party    J. Aron & Company sfraser@cozen.com
          Simon E. Fraser   on behalf of Defendant    Morgan Stanley Capital Group, Inc. sfraser@cozen.com
          Stacey  Kremling   on behalf of Creditor    2603 Augusta Investors, LP stacey@womaclaw.com
          Stacy L. Newman   on behalf of Interested Party    Union Pacific Railroad Company
           snewman@ashby-geddes.com
          Stacy L. Newman   on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
           capacity as successor Indenture Trustee snewman@ashby-geddes.com
          Stanley B. Tarr   on behalf of Interested Party    Wilmington Trust, N.A. tarr@blankrome.com,
           moody@ecf.inforuptcy.com
          Stephanie  Wickouski   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
           Objectors stephanie.wickouski@bclplaw.com,  dortiz@bclplaw.com
          Stephanie  Wickouski   on behalf of Interested Party    Computershare Trust Company, N.A., and
           Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
           Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bclplaw.com,
           dortiz@bclplaw.com
          Stephanie  Wickouski   on behalf of Defendant    Computershare Trust Company of Canada
           stephanie.wickouski@bclplaw.com,  dortiz@bclplaw.com
          Stephanie  Wickouski   on behalf of Defendant    Computershare Trust Company, N.A.
           stephanie.wickouski@bclplaw.com,  dortiz@bclplaw.com
          Stephen  Karotkin   on behalf of Plaintiff    Third Avenue Management LLC
           stephen.karotkin@weil.com,  frank.grese@weil.com
          Stephen  Karotkin   on behalf of Plaintiff    GSO Capital Partners LP stephen.karotkin@weil.com,
           frank.grese@weil.com
          Stephen  Karotkin   on behalf of Plaintiff    Avenue Capital Management II, LP
           stephen.karotkin@weil.com,  frank.grese@weil.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Stephen  Karotkin    on behalf of Plaintiff   P. Schoenfeld Asset Management LP
               stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen  Karotkin    on behalf of Plaintiff   York Capital Management Global Advisors, LLC
               stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen C. Stapleton   on behalf of Creditor   Atmos Energy Corporation
               sstapleton@cowlesthompson.com
              Stephen D Lerner   on behalf of Interested Party   ArcelorMittal USA LLC
               stephen.lerner@squirepb.com,  sarah.conley@squirepb.com
              Stephen M. Miller   on behalf of Creditor   Law Debenture Trust Company of New York, in its
               capacity as Indenture Trustee smiller@morrisjames.com,
               wweller@morrisjames.com; jdawson@morrisjames.com
              Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
              Steven N. Serajeddini   on behalf of Debtor   Energy Future Holdings Corp.
               steven.serajeddini@kirkland.com
              Steven N. Serajeddini   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
               steven.serajeddini@kirkland.com
              Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
               stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
              Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
               stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
              Susan E. Kaufman   on behalf of Creditor   Tarrant Regional Water District
               skaufman@skaufmanlaw.com
              Theodore J. Tacconelli   on behalf of Interested Party   Titus County Appraisal District
               ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli   on behalf of Interested Party   Rusk County Appraisal District
               ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli   on behalf of Creditor   Freestone County, Texas
               ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli   on behalf of Interested Party   Freestone County Appraisal District
               ttacconelli@ferryjoseph.com
              Theodore J. Tacconelli   on behalf of Interested Party   Robertson County Appraisal District
               ttacconelli@ferryjoseph.com
              Thomas F. Driscoll, III   on behalf of Debtor   Energy Future Holdings Corp. tdriscoll@tbf.legal,
               mdunwody@tbf.legal
              Thomas J. Moloney   on behalf of Interested Party   J Aron & Company tmoloney@cgsh.com
              Thomas J. Moloney   on behalf of Interested Party   J. Aron & Company tmoloney@cgsh.com
              Thomas M. Horan   on behalf of Debtor   Energy Future Holdings Corp. thoran@foxrothschild.com,
               idensmore@foxrothschild.com
              Thomas M. Horan   on behalf of Attorney   Shaw Fishman Glantz & Towbin LLC
               thoran@foxrothschild.com,  idensmore@foxrothschild.com
              Thomas M. Horan   on behalf of Plaintiff   Energy Future Holdings Corp. thoran@foxrothschild.com,
               idensmore@foxrothschild.com
              Thomas M. Horan   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
               thoran@foxrothschild.com,  idensmore@foxrothschild.com
              Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
               Agent hooper@sewkis.com
              Thomas Ross Hooper   on behalf of Interested Party   Wilmington Trust, N.A. hooper@sewkis.com
              Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
               Agent and First Lien Administrative Agent hooper@sewkis.com
              Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company as Successor Trustee
               under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
               nvargas@perkinscoie.com; tina-moss-8527@ecf.pacerpro.com; new-york-docketing-1150@ecf.pacerpro.com
              Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
               Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,
               nvargas@perkinscoie.com; tina-moss-8527@ecf.pacerpro.com; new-york-docketing-1150@ecf.pacerpro.com
              Tina Niehold Moss   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
               tmoss@perkinscoie.com,
               nvargas@perkinscoie.com; tina-moss-8527@ecf.pacerpro.com; new-york-docketing-1150@ecf.pacerpro.com
              Tobey M. Daluz   on behalf of Defendant   Pyramis Global Advisors Trust Company
               daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company
               daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series I: Fidelity Advisor High Income
               Advantage Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series II: Fidelity Advisor Strategic
               Income Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank Ltd. as trustee of Fidelity
               High Yield Bond Open Mother Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Puritan Trust: Fidelity Puritan Fund
               daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Global Bond Series  US Dollar Monthly Income
               US High Yield Pool daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company as Investment
               Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
               daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
              Tobey M. Daluz   on behalf of Defendant   Master Trust Bank of Japan daluzt@ballardspahr.com,
               chiggesd@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Tobey M. Daluz    on behalf of Defendant    Variable Insurance Products Fund V: Strategic Income
           Portfolio daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Investments Canada ULC daluzt@ballardspahr.com,
           chiggesd@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    FIL Investments International (FII)
           daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Global High
           Income Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity School Street Trust: Fidelity Strategic Income
           daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Japan Trustee Services Bank, Ltd. as trustee of
           Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Investments daluzt@ballardspahr.com,
           chiggesd@ballardspahr.com
          Tobey M. Daluz    on behalf of Defendant    Fidelity Summer Street Trust: Fidelity Capital & Income
           Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Todd Charles Schiltz, Esq    on behalf of Interested Party    CSC Trust Company of Delaware, as
           successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
           cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
          Todd Jeffrey Rosen    on behalf of Interested Party    TCEH Debtors todd.rosen@mto.com
          Traci L. Cotton    on behalf of Creditor    UT System obo UT at Arlington tcotton@utsystem.edu
          Travis J. Ferguson    on behalf of Creditor    NextEra Energy Resources, LLC ferguson@lrclaw.com,
           dellose@lrclaw.com;ramirez@lrclaw.com
          Tyler D. Semmelman    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
           semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Trading California Company
           semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    EEC Holdings, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    LSGT Gas Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    NCA Development Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Lone Star Pipeline Company, Inc. semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    EECI, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Renewables Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Mining Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Eagle Mountain Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    TXU Energy Receivables Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    TXU Retail Services Company semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    TXU Electric Company, Inc. semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Martin Lake 4 Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
           semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Lone Star Energy Company, Inc. semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
           semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
           semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Energy Future Holdings Corp. semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Big Brown 3 Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Generation Development Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Oak Grove Mining Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Brighten Energy LLC semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Texas Electric Service Company, Inc. semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Generation Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Generation SVC Company semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Mineral Development Company LLC
           semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Texas Utilities Company, Inc. semmelman@rlf.com,
           rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
```
          Tyler D. Semmelman    on behalf of Debtor    TXU SEM Company semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Southwestern Electric Service Company, Inc.
              semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    EFH FS Holdings Company semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Defendant  EFIH Finance Inc. semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    4Change Energy Holdings LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Sandow Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    EFH Renewables Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Valley Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    EFH CG Management Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Attorney   Kirkland & Ellis LLP semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Generation MT Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant ET Services Company semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    TCEH Finance, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Morgan Creek 7 Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    NCA Resources Development Company LLC
              semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Big Brown Lignite Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Texas Energy Industries Company, Inc.
              semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    TXU Energy Retail Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Dallas Power & Light Company, Inc. semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    DeCordova Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Monticello 4 Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Lake Creek 3 Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Tradinghouse Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Big Brown Mining Company LLC
              semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Energy Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Luminant Holding Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Collin Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Texas Power & Light Company, Inc. semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Oak Grove Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    TXU Energy Solutions Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Brighten Holdings LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Big Brown Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    TXU Receivables Company semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Valley NG Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    LSGT SACROC, Inc. semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    EFH CG Holdings Company LP semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    Oak Grove Management Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
              semmelman@rlf.com,  rbgroup@rlf.com
          Tyler D. Semmelman    on behalf of Debtor    EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
              rbgroup@rlf.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Tyler D. Semmelman    on behalf of Debtor    DeCordova II Power Company LLC semmelman@rlf.com,
              rbgroup@rlf.com
              Tyler D. Semmelman    on behalf of Debtor    4Change Energy Company semmelman@rlf.com,
              rbgroup@rlf.com
              U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
              Victoria D. Garry    on behalf of Interested Party    Ohio Department of Taxation
              vgarry@ag.state.oh.us
              Vincent E. Lazar    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
              vlazar@jenner.com
              Ward W. Benson    on behalf of Creditor    UNITED STATES OF AMERICA ward.w.benson@usdoj.gov,
              Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
              Ward W. Benson    on behalf of Creditor    United States of America on Behalf of the Internal
              Revenue Service ward.w.benson@usdoj.gov,  Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
              Warren A. Usatine    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
              indenture trustee and collateral trustee wusatine@coleschotz.com,  kkarstetter@coleschotz.com
              Wendy B. Reilly    on behalf of Creditor    Evercore Group LLC wbreilly@debevoise.com,
              mao-bk-ecf@debevoise.com
              William A. Hazeltine    on behalf of Creditor    Mastercraft Printed Products & Services, Inc.
              Bankruptcy001@sha-llc.com
              William A. Romanowicz    on behalf of Debtor    4Change Energy Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Lake Creek 3 Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFIH Finance Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Big Brown 3 Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
              rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Brighten Energy LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Texas Utilities Electric Company, Inc.
              rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH CG Management Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
              rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH CG Holdings Company LP rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
              rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Southwestern Electric Service Company, Inc.
              rbgroup@rlf.com
              William A. Romanowicz    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
              rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Corporate Services Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    LSGT Gas Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH FS Holdings Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Defendant    EFIH Finance Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Brighten Holdings LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Eagle Mountain Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EEC Holdings, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Generation Development Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    DeCordova Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
              rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    LSGT SACROC, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Lone Star Energy Company, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Generation MT Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Luminant Renewables Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Lone Star Pipeline Company, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    4Change Energy Holdings LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Big Brown Power Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Generation SVC Company rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EFH Renewables Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    EECI, Inc. rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    Big Brown Lignite Company LLC rbgroup@rlf.com
              William A. Romanowicz    on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
              William D. Sullivan    on behalf of Creditor    Capgemini America, Inc. wdsecfnotices@sha-llc.com
              William E Kelleher, Jr    on behalf of Creditor    Westinghouse Electric Company LLC
              wkelleher@cohenlaw.com,  mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
              William E. Chipman, Jr.    on behalf of Interested Party    Berkshire Hathaway Energy Company
              chipman@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              William E. Chipman, Jr.    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
              Noteholders chipman@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
              William E. Chipman, Jr.    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
              chipman@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com

District/off: 0311-1          User: DMC                    Page 27 of 27              Date Rcvd: Jun 21, 2018
                             Form ID: van440              Total Noticed: 10

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
       William F. Taylor, Jr.   on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
       bankruptcydel@mccarter.com,   bankruptcydel@mccarter.com
       William Mark Alleman, Jr   on behalf of Interested Party    Fee Committee WAlleman@beneschlaw.com,
       lmolinaro@beneschlaw.com;docket@beneschlaw.com
       William P. Weintraub   on behalf of Creditor    Aurelius Capital Management, LP
       wweintraub@goodwinproctor.com,   zhassoun@fklaw.com
       William Pierce Bowden   on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in
       its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
       Zachary I Shapiro   on behalf of Debtor    Energy Future Holdings Corp. shapiro@rlf.com,
       rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                   TOTAL: 1013