**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>**Re: D.I. No. 13240** |

**THE EFH INDENTURE TRUSTEE'S JOINDER TO OPPOSITION OF THE EFH PLAN ADMINISTRATOR BOARD TO
MOTION FOR ENTRY OF ORDER SHORTENING NOTICE WITH RESPECT TO MOTION FOR STAY OF ORDER AUTHORIZING EFH PLAN ADMINISTRATOR BOARD'S PARTICIPATION IN THE ALLOCATION DISPUTE**

American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by Energy Future Holdings Corp. ("EFH Corp."), by its undersigned counsel, hereby joins in the *Opposition of the EFH Plan Administrator Board to Motion for Entry of Order Shortening Notice with Respect to Motion for Stay of Order Authorizing EFH Plan Administrator Board's Participation in the Allocation Dispute* [D.I. No. 13240.] The EFH Indenture Trustee reserves the right to amend this joinder as necessary.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

1

Dated: Wilmington, DE  
      June 25, 2018

**CROSS & SIMON, LLC**

By: /s/ *Christopher P. Simon*  
Christopher P. Simon (Del. Bar No. 3697)  
1105 North Market Street, Suite 901  
Wilmington, Delaware 19801  
Telephone: (302) 777-4200  
Facsimile: (302) 777-4224  
csimon@crosslaw.com

- and –

**NIXON PEABODY LLP**  
Amanda D. Darwin  
Richard C. Pedone  
Erik Schneider  
100 Summer Street  
Boston, Massachusetts 02110  
Telephone: (617) 345-1000  
Facsimile: (617) 345-1300  
adarwin@nixonpeabody.com  
rpedone@nixonpeabody.com

-and-

Christopher J. Fong  
437 Madison Avenue  
New York, NY 10022  
Telephone: 212-940-3724  
Facsimile: 855-900-8613  
cfong@nixonpeabody.com

*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

4834-1876-1067.1