IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP. *et al.,*[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered)<br><br>**Hearing Date: July 16, 2018 @ 11:00 a.m.**<br>**Obj. Deadline: July 9, 2018 @ 4:00 p.m.** |

**NOTICE OF HEARING ON JOINT MOTION OF UMB BANK, N.A., AS INDENTURE TRUSTEE, AND ELLIOTT FOR STAY OF ORDER AUTHORIZING EFH PLAN ADMINISTRATOR BOARD TO PARTICIPATE IN THE ALLOCATION DISPUTE**

PLEASE TAKE NOTICE that on June 22, 2018, UMB Bank, N.A., as Indenture Trustee (the "Trustee") for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott" and, together with the Trustee, the "Movants"), by and through their undersigned counsel, filed with the United States Bankruptcy Court for the District of Delaware (the "Court") the *Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Stay of Order Authorizing EFH Plan Administrator Board to Participate in the Allocation Dispute* [D.I. 13235] (the "Motion").

PLEASE TAKE FURTHER NOTICE that a hearing to consider the relief sought in the Motion will be held on **July 16, 2018 at 11:00 a.m. (ET)** before the Honorable Christopher S. Sontchi United States Bankruptcy Judge, at the Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{BAY:03310144v1}

PLEASE TAKE FURTHER NOTICE that pursuant to this Notice, objections, if any, must be filed on or before **July 9, 2018 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO PROPERLY FILE AND SERVE A RESPONSE ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Wilmington, Delaware
Date: June 25, 2018

**BAYARD, P.A.**

*/s/ Erin R. Fay*_____
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
scousins@bayardlaw.com
efay@bayardlaw.com
emiller@bayardlaw.com

–and–

**ROPES & GRAY LLP**
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile:  (212) 596-9090
Gregg.Galardi@ropesgray.com

*Counsel for Elliott and UMB Bank, N.A., as Trustee*