**SERVICE LIST**

Matthew L. McGinnis, Esq.
Katelyn Saner, Esq.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-3600
Matthew.McGinnis@ropesgray.com
Katelyn.Saner@ropesgray.com

Jason M. Madron, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Madron@RLF.com

David S. Rosner, Esq.
David J. Mark, Esq.
Andrew K. Glenn, Esq.
Andrew H. Elkin, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York,  New York 10019
DRosner@kasowitz.com
DMark@kasowitz.com
AGlenn@kasowitz.com
AElkin@kasowitz.com

McClain Thompson, Esq.
Aparna Yenamandra, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
mcclain.thompson@kirkland.com
Aparna.Yenamandra@kirkland.com

Mark McKane P.C.
Anna Terteryan, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, California 94104
mmckane@kirkland.com
anna.terteryan@kirkland.com

Bryan M. Stephany, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street,  N.W
Washington, D.C. 20005-5793
bstephany@kirkland.com

Gregg M. Galardi, Esq.
Daniel G. Egan, Esq.
Christian Reigstad, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York  10036-8704
Gregg.Galardi@ropesgray.com
Daniel.Egan@ropesgray.com
Christian.Reigstad@ropesgray.com

Erin R. Fay, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
efay@bayardlaw.com