# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
|  | **Re: D.I. 13215** |

## THE EFH PLAN ADMINISTRATOR BOARD'S
## LIMITED OBJECTION AND COUNTER-DESIGNATION
## OF ITEMS TO BE INCLUDED ON THE RECORD ON APPEAL

Pursuant to rule 8009 of the Federal Rules of Bankruptcy Procedure and rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the EFH Plan Administrator Board (the "PAB") respectfully submits this limited objection and counter-designation of items to be included in the record in connection with the appeal of Shirley Fenicle, individually and as successor-in-interest to the Estate of George Fenicle, David William Fahy, John H. Jones, David Heinzmann, Harold Bissell, Kurt Carlson, Robert Albini, individually and as successor-in-interest to the Estate of Gino Albini, Denis Bergschneider, and Charlotte and Curtis Liberda (collectively, the "Appellants") from the *Order Denying Motion to Set a Reserve as Moot*, dated June 5, 2018 [D.I. 13179] of the United States Bankruptcy Court for the District of Delaware (the "Court") (Sontchi, J.).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**Limited Objection to Certain Items Designated by Appellants**

On June 15, 2018, the Appellants filed a *Statement of Issues on Appeal, Certificate Regarding Transcripts, and Designation of Items to Be Included on the Record on Appeal* [D.I 13215].  At Item No. 326, the Appellants designated the "Motion for Substantial Contribution[] [D.I. No. 12926]," which includes certain attorney declarations incorporated therein.  At Item No. 333, the Appellants designated the "Amended Declaration in Support (Amended Declaration of Joseph D. Frank in Support of the Application of Certain Asbestos Creditors Pursuant to 11 U.S.C. 503(B) for Allowance of Administrative Expenses Incurred in Making a Substantial Contribution in these Chapter 11 Cases[] [D.I. No. 13122]," which is an amended version of one of the attorney declarations incorporated within D.I. 12926.  Ahead of the June 5, 2018 hearing before the Bankruptcy Court, counsel to the Appellants and counsel to the PAB agreed to certain modifications to the attorney declarations found at D.I. 12926-2, D.I. 12926-13, and D.I. 13122.  Counsel memorialized those agreed-upon modifications on the record at the June 5, 2018 hearing at pages 84-87 of the transcript (which Appellants designated at Item No. 342).  Accordingly, the PAB objects to the Appellants' use of the attorney declarations at D.I. 12926-2, D.I. 12926-13, and D.I. 13122 in any manner inconsistent with the memorialized agreement of counsel.

**Designation of Additional Items to be Included in the Record on Appeal**[2]

In addition to those items designated by the Appellants, the PAB designates:

---

[2] All items designated herein include all exhibits, schedules, attachments, and other documents included within each docket entry for such item.  The PAB reserves the right to amend this designation of additional items to be included in the record on appeal.  It is the PAB's understanding and belief that all items designated by the Appellants include all exhibits and other documents included within each entry for such item.  If this is incorrect, the PAB hereby designates all exhibits and other documents related to the documents designated by the Appellants.

(a)     The Docket Sheet for *In re Energy Future Holdings Corp.*, Case 14-10979 (CSS) (Bankr. D. Del.).

(b)     The following docketed items in *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (CSS) (Bankr. D. Del.):

| **D.I.** | **Date** | **Description** |
|---|---|---|
| **4983** | 7/13/2015 | Debtors' Reply to the Objection of the EFH Official Committee to the Debtors Order (A) Setting Bar Date for Filing Asbestos Proofs of Claim, (B) Approving the Form and Manner for Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof |
| **5191** | 7/1/2015 | Joinder of Shirley Fenicle, as Successor-In-Interest To The Estate of George Fenicle, and David William Fahy To the Motion of Charlotte and Curtis Liberda to Appoint Legal Representative |
| **5220** | 8/6/2015 | Rule 2019 Statement of the Ad Hoc Committee of PI Claimants |
| **5937** | 9/11/2015 | Affidavit/Declaration of Service (of Konstantina Haidopoulos re: Order (A) Setting Bar Date For Filing Asbestos Proofs of Claim, (B) Approving The Form of and Manner For Filing Asbestos Proofs of Claim, and (C) Approving Notice Thereof) |
| **13067** | 4/30/2018 | Post-Confirmation Quarterly Summary Report[3] |

(c)     The following hearing transcripts in *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (CSS) (Bankr. D. Del.):

| **Date** | **Description** |
|---|---|
| **10/21/2014** | Hearing Transcript |
| **10/28/2014** | Hearing Transcript |
| **8/11/2015** | Hearing Transcript |
| **9/21/2015** | Hearing Transcript |
| **5/23/2016** | Hearing Transcript |
| **8/17/2016** | Hearing Transcript |
| **8/18/2016** | Hearing Transcript |

---

[3] The PAB reserves the right to use any portion of the record designated herein, including but not limited to D.I. 13067, in opposition to the *Motion of Appellants to Remove Appeal from Mediation and Expedite Briefing and Hearing*, *Shirley Fenicle, et al., v. The EFH Plan Administrator Board, et al.*, Case No. 18-cv-00878 (D. Del.) (RGA) [D.I. 5].

3

| Date | Description |
|---|---|
| **8/26/2016** | Hearing Transcript |
| **11/15/2016** | Hearing Transcript |
| **12/14/2016** | Hearing Transcript |
| **12/15/2016** | Hearing Transcript |
| **1/3/2017** | Hearing Transcript |
| **1/4/2017** | Hearing Transcript |
| **1/26/2017** | Hearing Transcript |

(d) The following exhibits admitted into evidence at the February 28, 2018 confirmation hearing held before the Court in *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (CSS) (Bankr. D. Del.):

| No. | Date | Description |
|---|---|---|
| **DX1000** | 02/15/18 | Modified First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| **DX1001** | 09/07/17 | Order (CORRECTED) (A) Authorizing Entry into Merger Agreement and Approving Termination Fee, and (B) Authorizing Entry Into and Performance Under Plan Support Agreement |
| **DX1002** | 10/03/17 | Amendment 1 to the Agreement and Plan of Merger |
| **DX1003** | 02/15/18 | Amendment 2 to the Agreement and Plan of Merger |
| **DX1004** | 02/14/18 | Order Approving the Settlement Between the Debtors and Sempra and Approving the Agreed Amendment to the Merger Agreement |
| **DX1005** | 10/20/17 | Plan Supplement for the First Amended Joint Plan of Reorganization |
| **DX1006** | 09/11/17 | First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code) [Solicitation Version] |
| **DX1007** | 09/11/17 | Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code [Solicitation Version] |

RLF1 19589512v.1

| No. | Date | Description |
|---|---|---|
| **DX1008** | 09/06/17 | Order (A) Approving The EFH Disclosure Statement, (B) Establishing The Voting Record Date, Voting Deadline And Other Dates, (C) Approving Procedures For Soliciting Receiving, And Tabulating Votes On The Plan, And (D) Approving The Manner And Forms Of Notice And Other Related Documents |
| **DX1009** | 09/05/17 | First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| **DX1010** | 09/05/17 | Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| **DX1011** | 09/01/17 | Declaration of David Ying in Support of the Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement |
| **DX1012** | 08/23/17 | Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement |
| **DX1013** | 08/23/17 | Declaration of Anthony Horton in Support of the Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee and (B) Authorizing Entry into and Performance Under the Plan Support Agreement |
| **DX1014** | 08/23/17 | First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| **DX1015** | 08/23/17 | Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| **DX1017** | 08/16/17 | Notice of Disapproval of the BHE Merger Agreement and Rejection of the BHE Plan |
| **DX1018** | 07/20/17 | Notice of Filing of "Exhibit E" (Liquidation Analysis) to "Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code" [D.I. 11427] |
| **DX1019** | 07/11/17 | Notice That the NextEra Plan and NextEra Plan Confirmation Order Have Been Rendered Null and Void |

| **No.** | **Date** | **Description** |
|---|---|---|
| **DX1020** | 07/10/17 | Notice of Filing of (A) Letter Terminating the PIK Plan Support Agreement and (B) Additional "Cleansing" Materials Under That Certain Confidentiality Agreement with Elliott Capital Management |
| **DX1021** | 07/10/17 | Notice of Filing a Letter in Reply to Debtors Notice of Termination of the Agreement and Plan of Merger |
| **DX1022** | 07/07/17 | Notice of Filing of Letters Terminating (A) the NEE Plan Support Agreement and (B) the NEE Merger Agreement Filed by Energy Future Holdings Corp. |
| **DX1024** | 07/07/17 | Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| **DX1025** | 07/07/17 | Disclosure Statement for the Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| **DX1029** | 10/09/17 | 2017-10-09 Restructuring Update |
| **DX1030** | 09/22/17 | 2017-10-09 Minutes of Meeting of Joint Boards |
| **DX1031** | 09/22/17 | 2017-10-09 Restructuring Update |
| **DX1032** | 09/22/17 | 2017-10-09 Restructuring Update - Appendix |
| **DX1033** | 09/05/17 | 2017-09-05 Minutes of Meeting of Joint Boards |
| **DX1034** | 08/20/17 | 2017-08-20 Minutes of Meeting of Joint Boards |
| **DX1035** | 08/20/17 | 2017-08-20 Restructuring Update |
| **DX1036** | 08/18/17 | 2017-08-18 Minutes of Meeting of Joint Boards |
| **DX1037** | 08/18/17 | 2017-08-18 Restructuring Update |
| **DX1038** | 08/11/17 | 2017-08-11 Minutes of Meeting of Joint Boards |
| **DX1039** | 08/11/17 | 2017-08-11 Restructuring Update |
| **DX1040** | 07/28/17 | 2017-07-28 Minutes of Meeting of Joint Boards |
| **DX1041** | 07/28/17 | 2017-07-28 Restructuring Update |
| **DX1042** | 07/20/17 | 2017-07-20 Minutes of Meeting of Joint Boards |
| **DX1043** | 07/20/17 | 2017-07-20 Restructuring Update |
| **DX1044** | 07/14/17 | 2017-07-14 Minutes of Meeting of Joint Boards |
| **DX1045** | 07/14/17 | 2017-07-14 Restructuring Update |
| **DX1046** | 07/06/17 | 2017-07-06 Minutes of Meeting of Joint Boards |
| **DX1047** | 07/06/17 | 2017-07-06 Restructuring Update |
| **DX1048** | 06/30/17 | 2017-06-30 Minutes of Meeting of Joint Boards |
| **DX1049** | 06/30/17 | 2017-06-30 Restructuring Update |
| **DX1050** | 06/21/17 | 2017-06-21 Minutes of Meeting of Joint Boards |
| **DX1051** | 06/16/17 | 2017-06-16 Minutes of Meeting of Joint Boards |

RLF1 19589512v.1

| **No.** | **Date** | **Description** |
|---|---|---|
| **DX1052** | 06/16/17 | 2017-06-16 Restructuring Update |
| **DX1053** | 06/02/17 | 2017-06-02 Minutes of Meeting of Joint Boards |
| **DX1054** | 06/02/17 | 2017-06-02 Restructuring Update |
| **DX1055** | 05/18/17 | 2017-05-18 Agenda of Meeting of Joint Boards |
| **DX1056** | 05/18/17 | 2017-05-18 Minutes of Meeting of Joint Boards |
| **DX1057** | 05/18/17 | 2017-05-18 Restructuring Update |
| **DX1058** | 05/16/17 | 2017-05-16 Minutes of Meeting of Joint Boards |
| **DX1059** | 05/16/17 | 2017-05-16 Restructuring Update |
| **DX1060** | 05/12/17 | 2017-05-12 Minutes of Meeting of Joint Boards |
| **DX1061** | 05/12/17 | 2017-05-12 Restructuring Update |
| **DX1062** | 05/10/17 | 2017-05-10 Minutes of Meeting of Joint Boards |
| **DX1063** | 05/10/17 | 2017-05-10 Restructuring Update |
| **DX1064** | 05/01/17 | 2017-05-01 Restructuring Update |
| **DX1065** | 04/17/17 | 2017-04-17 Minutes of Meeting of Joint Boards |
| **DX1066** | 04/17/17 | 2017-04-17 Restructuring Update |
| **DX1067** | 04/03/17 | 2017-04-03 Minutes of Meeting of Joint Boards |
| **DX1068** | 04/03/17 | 2017-04-03 Restructuring Update |
| **DX1069** | 02/28/17 | 2017-02-28 Minutes of Meeting of Joint Boards |
| **DX1070** | 02/28/17 | 2017-02-28 Restructuring Update |
| **DX1071** | 01/20/17 | 2017-01-20 Minutes of Meeting of Joint Boards |
| **DX1072** | 12/16/16 | 2016-12-16 Minutes of Meeting of Joint Boards |
| **DX1073** | 04/10/15 | 2015-04-10 Approval of Filing the Plan of Reorganization, Disclosure Statement, Disclosure Statement Motion, and Scheduling Motion |
| **DX1074** | N/A | Asbestos Bar Date Notice |
| **DX1075** |  | Notice of Supplemental Bar Date for Ninety Subsequently Identified Parties |
| **DX1076** | 07/30/14 | Ebasco Asbestos Litigation Chart |
| **DX1077** |  | Ebasco Corporate History |
| **DX1080** | 10/21/16 | Forecast of the Cost of Resolving All Asbestos-Related Bodily Injury Claims Against Energy Future Holdings Corp. (E-Side) of Thomas E. Vasquez, Ph.D. |
| **DX1084** | 01/17/18 | Sempra Form 8-K (Jan. 17, 2018) |
| **DX1085** | 01/12/18 | Sempra Form 8-K (Jan. 12, 2018) |
| **DX1093** | 01/23/18 | Stipulation re PUCT Application |
| **DX1094** | 02/01/18 | Notice of Unanimous Stipulation |
|  | 02/23/18 | Stipulation and Order [D.I. 12703] |

RLF1 19589512v.1

| **No.** | **Date** | **Description** |
|---|---|---|
|  | 12/01/17 | Stipulation and Proposed Order [D.I. 12294] |

[*Remainder of page intentionally left blank.*]

Dated: June 29, 2018  Respectfully submitted,
Wilmington, Delaware

/s/ Jason M. Madron
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

**KIRKLAND & ELLIS LLP**
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C. (*pro hac vice*)
Chad J. Husnick, P.C. (*pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

- and -

Aparna Yenamandra (*pro hac vice*)
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

- and -

Mark McKane, P.C. (*pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Counsel to the EFH Plan Administrator Board*