# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>　　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 29, 2018, counsel to American Stock Transfer & Trust Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by EFH Future Holdings Corp. caused a true and accurate copy of *The EFH Indenture Trustee's Confidential Preliminary Statement Concerning the Joint Motion of UMB Bank and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* was served via electronic mail upon the parties listed on the attached service list:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Dated: Wilmington, DE
July 2, 2018

**CROSS & SIMON, LLC**

By: /s/*Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and -

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com
eschneider@nixonpeabody.com

- and -

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

## SERVICE LIST

Matthew L. McGinnis, Esq.
Katelyn Saner, Esq.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-3600
Matthew.McGinnis@ropesgray.com
Katelyn.Saner@ropesgray.com

David S. Rosner, Esq.
David J. Mark, Esq.
Andrew H. Elkin, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York,  New York 10019
DRosner@kasowitz.com
DMark@kasowitz.com
AElkin@kasowitz.com

Mark McKane P.C.
Anna Terteryan, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, California 94104
mmckane@kirkland.com
anna.terteryan@kirkland.com

Gregg M. Galardi, Esq.
Daniel G. Egan, Esq.
Christian Reigstad, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York  10036-8704
Gregg.Galardi@ropesgray.com
Daniel.Egan@ropesgray.com
Christian.Reigstad@ropesgray.com

Jason M. Madron, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Madron@RLF.com

McClain Thompson, Esq.
Aparna Yenamandra, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
mcclain.thompson@kirkland.com
Aparna.Yenamandra@kirkland.com

Bryan M. Stephany, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street,  N.W
Washington, D.C. 20005-5793
bstephany@kirkland.com

Erin R. Fay, Esq.
Evan T. Miller, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
efay@bayardlaw.com
emiller@bayardlaw.com