IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on June 29, 2018, the Ad Hoc EFH Claimants[2] and American Stock Transfer & Trust Company, LLC as successor trustee to The Bank of New York Mellon Trust Company, N.A. under the indentures for certain notes issued by EFH Future Holdings Corp. caused a true and accurate copy of the following documents to be served via electronic mail upon the parties listed on the attached service list:

- Notice of Subpoena *duces tecum* (Billie Ida Williamson); and

- Notice of Subpoena *duces tecum* (Charles H. Cremens).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Ad Hoc EFH Claimants include (a) Alta Fundamental Advisers LLC, (b) Angelo, Gordon & Co., L.P., (c) Apollo Management Holdings L.P., (d) Brookfield Asset Management Inc., (e) Contrarian Capital Management, LLC, and (f) Farmstead Capital Management, LLC, and each of their related funds. Verified Statement of Kasowitz Benson Torres LLP and Hogan ♦ McDaniel Pursuant to Bankruptcy Rule 2019 [D.I. No. 12900] at 1.

| | |
|---|---|
| Dated: Wilmington, DE<br>July 2, 2018 | **CROSS & SIMON, LLC**<br><br>By: /s/*Christopher P. Simon*<br>Christopher P. Simon (No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>csimon@crosslaw.com<br><br>- and –<br><br>NIXON PEABODY LLP<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 345-1000<br>Facsimile: (617) 345-1300<br>adarwin@nixonpeabody.com<br>rpedone@nixonpeabody.com<br>eschneider@nixonpeabody.com<br><br>-and-<br><br>Christopher J. Fong<br>437 Madison Avenue<br>New York, NY 10022<br>Telephone: 212-940-3724<br>Facsimile: 855-900-8613<br>cfong@nixonpeabody.com<br><br>*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee* |

**SERVICE LIST**

| | |
|---|---|
| Matthew L. McGinnis, Esq.<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts  02199-3600<br>Matthew.McGinnis@ropesgray.com | Jason M. Madron, Esq.<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Madron@RLF.com |
| David S. Rosner, Esq.<br>Andrew K. Glenn, Esq.<br>Andrew H. Elkin, Esq.<br>Gavin D. Schryver, Esq.<br>Kasowitz Benson Torres LLP<br>1633 Broadway<br>New York,  New York 10019<br>DRosner@kasowitz.com<br>AGlenn@kasowitz.com<br>AElkin@kasowitz.com<br>gschryver@kasowitz.com | McClain Thompson, Esq.<br>Aparna Yenamandra, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>mcclain.thompson@kirkland.com<br>Aparna.Yenamandra@kirkland.com |
| Mark McKane P.C.<br>Anna Terteryan, Esq.<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, California 94104<br>mmckane@kirkland.com<br>anna.terteryan@kirkland.com | Bryan M. Stephany, Esq.<br>Kirkland & Ellis LLP<br>655 Fifteenth Street,  N.W<br>Washington, D.C. 20005-5793<br>bstephany@kirkland.com |
| Gregg M. Galardi, Esq.<br>Daniel G. Egan, Esq.<br>Christian Reigstad, Esq.<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York  10036-8704<br>Gregg.Galardi@ropesgray.com<br>Daniel.Egan@ropesgray.com<br>Christian.Reigstad@ropesgray.com | Erin R. Fay, Esq.<br>Evan T. Miller, Esq.<br>Bayard, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>efay@bayardlaw.com<br>emiller@bayardlaw.com |