# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
## TO BE REMOVED FROM SERVICE LISTS AND ELECTRONIC NOTICING

PLEASE WITHDRAW the appearance of L. John Bird, Esquire, formerly of Fox Rothschild LLP, as counsel for the Ad Hoc Group of TCEH Unsecured Noteholders in the above matter, including electronic noticing.

Dated:   July 3, 2018

**FOX ROTHSCHILD LLP**

By:   */s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (DE No. 3047)
919 N. Market Street, Suite 300
Wilmington, DE  19801
Telephone: (302) 654-7444
Facsimile: (302) 656-8920
jschlerf@foxrothschild.com

*Counsel for Ad Hoc Group of TCEH Unsecured Noteholders*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://efhcaseinfo.com.