IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 13238** |

THE APPELLEE'S COUNTER-DESIGNATION OF
ITEMS TO BE INCLUDED ON THE RECORD ON APPEAL

Pursuant to rule 8009 of the Federal Rules of Bankruptcy Procedure and rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the EFH Plan Administrator Board (the "Appellee"), respectfully submits this counter-designation of additional items to be included in the record in connection with the appeal of Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and UMB Bank, N.A. (collectively, the "Appellants") from the *Order*, entered June 19, 2018 [D.I. 13221] (the "Participation Order"), by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") authorizing (a) the Appellee to be a "Party" for purposes of paragraph 2 of the *Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection With the Joint Motion of UMB Bank, N.A., As Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses As Between the EFH and EFIH Debtors* [D.I. 13193] (the "Allocation Scheduling Order"), and (b) Kirkland

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

& Ellis LLP and Richards, Layton & Finger, P.A. to represent the Appellee in its capacity as a "Party" under the Allocation Scheduling Order.

### Designation of Additional Items to be Included in the Record on Appeal[2]

On June 22, 2018, the Appellants filed *Appellants' Joint Statement of Issues and Designation of Items to Be Included in the Record on Appeal from the June 19, 2018 Participation Order* [D.I. 13238]. In addition to those items designated by the Appellants, the Appellee designates the following docketed items in *In re Energy Future Holdings Corp., et al.*, Case No. 14-10979 (CSS) (Bankr. D. Del.):

| **D.I.** | **Date** | **Description** |
|---|---|---|
| **1819** | 8/12/2014 | Order Authorizing Certain of the Debtors to Continue Honoring Obligations to Retirees and Non-Insider Employees on Account of Non-Qualified Benefit Programs |
| **2052** | 9/16/2014 | Order Authorizing The Retention And Employment Of Kirkland & Ellis LLP And Kirkland & Ellis International LLP & As Attorneys For The Debtors And Debtors In Possession Effective *Nunc Pro Tunc* To The Petition Date |
| **2539** | 10/24/2014 | Order Authorizing The Debtors To Retain And Employ Richards, Layton & Finger, P.A. As Co-Counsel Effective *Nunc Pro Tunc* To the Petition Date |
| **4633** | 6/1/2015 | Order (Second) Authorizing Certain of the Debtors to Honor Obligations to Certain Retirees on Account of Non-Qualified Benefit Programs |
| **12801** | 3/9/2018 | Notice of Effective Date |
| **12900** | 4/4/2018 | Verified Statement of Kasowitz Benson Torres LLP and Hogan McDaniel Pursuant to Bankruptcy Rule 2019 |
| **13107** | 5/14/2018 | Majority Creditors Omnibus Preliminary Objection Regarding Final Fee Applications |

---

[2] All items designated herein include all exhibits, schedules, attachments, and other documents included within each docket entry for such item. The Appellee reserves the right to amend this designation of additional items to be included in the record on appeal. It is the Appellee's understanding and belief that all items designated by the Appellants include all exhibits and other documents included within each entry for such item. If this is incorrect, the Appellee hereby designates all exhibits and other documents related to the documents designated by the Appellants.

RLF1 19613982v.1

| **D.I.** | **Date** | **Description** |
|---|---|---|
| 13231 | 6/21/2018 | Notice of Service of (i) The EFH Indenture Trustees (A) Joinder to the Ad Hoc EFH Claimants Requests for Production of Documents in Connection with the Allocation Motion; and (B) Requests for Production of Documents to UMB Bank N.A. in Connection with Allocation Motion; (ii) The EFH Indenture Trustees (A) Joinder to the Ad Hoc EFH Claimants Requests for Production of Documents in Connection with the Allocation Motion; and (B) Requests for Production of Documents to the EFH Plan Administration Board in Connection with Allocation Motion; and (iii) The EFH Indenture Trustees (A) Joinder to the Ad Hoc EFH Claimants Requests for Production of Documents in Connection with the Allocation Motion; and (B) Requests for Production of Documents to Elliot in Connection with Allocation Motion |
| 13233 | 6/21/2018 | Notice of Service of Ad Hoc EFH Claimants First Set of Requests for Production of Documents Directed to UMB Bank, N.A. and Elliott; and (2) Ad Hoc EFH Claimants First Set of Requests for Production of Documents Directed to the EFH Plan Administrator Board |
| 13240 | 6/25/2018 | Opposition of the EFH Plan Administrator Board to Motion for Entry of Order Shortening Notice With Respect to Motion for Stay of Order Authorizing EFH Plan Administrator Boards Participation in the Allocation Dispute |
| 13241 | 6/25/2018 | Order Denying Motion to Shorten Time |
| 13244 | 6/25/2018 | Notice of Hearing on Joint Motion Of UMB Bank, N.A., As Indenture Trustee, And Elliott For Stay Of Order Authorizing EFH Plan Administrator Board To Participate In The Allocation Dispute |
| 13252 | 6/28/2018 | Notice of Service Re: Request for Interrogatories and Production of Documents |
| 13260 | 7/6/2018 | Notice of Service Re: EFH Plan Administrator Board's Responses and Objections |

## Reservation

The Appellee reserves the right to amend, modify, and/or supplement the foregoing designations.

[*Remainder of page intentionally left blank.*]

RLF1 19613982v.1

| | |
|---|---|
| Dated: July 6, 2018<br>Wilmington, Delaware | By: _____*/s/ Jason M. Madron*_____<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, DE 19801<br>Telephone:    (302) 651-7700<br>Facsimile:    (302) 651-7701 |

-and-

**KIRKLAND & ELLIS LLP**
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone:  (312) 862-2000

Mark E. McKane, P.C. (admitted *pro hac vice*)
Michael P. Esser (admitted *pro hac vice*)
Anna Terteryan (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:  (415) 439-1400

Bryan M. Stephany (admitted *pro hac vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone:  (202) 879-5000

Aparna Yenamandra (admitted *pro hac vice*)
McClain Thompson (admitted *pro hac vice*)
601 Lexington Ave.
New York, NY 10022
Telephone:  (212) 446-4800

*Counsel to EFH Plan Administrator Board*