IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date (Requested):** |
| | ) | **July 16, 2018 at 11:00 a.m.** |
| | ) | |
| | ) | **Objection Deadline (Requested):** |
| | ) | **July 12, 2018 at 11:59 p.m.** |

## NOTICE OF MOTIONS AND PROPOSED HEARING

**PLEASE TAKE NOTICE THAT**, on July 6, 2018, the EFH Plan Administrator Board (the "PAB") filed the attached *Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Manager Incurred in Connection With the EFH/EFIH Allocation Dispute* (the "Motion to Authorize"), with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE THAT**, on July 6, 2018, the PAB also filed the *Motion of EFH Plan Administrator Board for Entry of An Order Shortening Notice and Setting Response and Objection Deadline* (the "Motion to Shorten"), pursuant to which the PAB has

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 19616550v.1

requested approval of a shortened notice period and objection and reply deadlines relating to the Motion to Authorize.

**PLEASE TAKE FURTHER NOTICE THAT**, if the Bankruptcy Court grants the relief requested in the Motion to Shorten, (i) a hearing to consider the Motion to Authorize will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **Monday, July 16, 2018 starting at 11:00 a.m. (Eastern Daylight Time)**; (ii) objections to approval of the Motion to Authorize, if any, shall be filed and served on the undersigned co-counsel to the PAB no later than **Thursday, July 12, 2018 at 11:59 p.m. (Eastern Daylight Time)**; and (iii) notwithstanding Fed. R. Bankr. P. 9006(a), the deadline to reply to any objection to the Motion shall be **Saturday, July 14, 2018 at 12:00 p.m. (noon) (Eastern Daylight Time)**.

**PLEASE TAKE FURTHER NOTICE THAT**, if the Bankruptcy Court denies the relief requested in the Motion to Shorten, parties in interest will receive separate notice of the court-approved objection deadline and hearing date for the Motion to Authorize.

*[Remainder of page intentionally left blank]*

Dated: July 6, 2018
Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com
             aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*