# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Hearing Date:** |
| | ) **July 16, 2018 at 11:00 a.m.** |
| | ) **Objection Deadline:** |
| | ) **July 12, 2018 at 11:59 p.m.** |

## NOTICE OF "MOTION OF EFH PLAN ADMINISTRATOR BOARD FOR AUTHORIZATION TO REIMBURSE THIRD-PARTY DISCOVERY FEES AND EXPENSES OF FORMER DIRECTORS, OFFICERS, AND MANAGER INCURRED IN CONNECTION WITH THE EFH/EFIH ALLOCATION DISPUTE" AND HEARING THEREON

PLEASE TAKE NOTICE that, on July 6, 2018, the EFH Plan Administrator Board (the "PAB") filed the **Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Manager Incurred in Connection With the EFH/EFIH Allocation Dispute** [D.I. 13262] (the "Motion to Authorize") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). **You were previously served with a copy of the Motion to Authorize**.

PLEASE TAKE FURTHER NOTICE that, on July 6, 2018, the PAB also filed the **Motion of EFH Plan Administrator Board for Entry of An Order Shortening Notice and Setting Response and Objection Deadline** [D.I. 13263] (the "Motion to Shorten"),

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 19618492v.1

pursuant to which the PAB requested approval of a shortened notice period and objection deadline relating to the Motion to Authorize. **You were previously served with a copy of the Motion to Shorten.**

PLEASE TAKE FURTHER NOTICE that, on July 9, 2018, the Bankruptcy Court entered its **Order Shortening Notice and Setting Response Deadline** [D.I. 13264] (the "Order Shortening Notice") in connection with the Motion to Shorten. A copy of the Order Shortening Notice is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, in accordance with the Order Shortening Notice, (i) a hearing to consider the Motion to Authorize will be held before The Honorable Christopher S. Sontchi at the Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **Monday, July 16, 2018 starting at 11:00 a.m. (Eastern Daylight Time)**, (ii) objections to the Motion to Authorize must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned co-counsel for the PAB on or before **Thursday, July 12, 2018 at 11:59 p.m. (Eastern Daylight Time)**, and (iii) notwithstanding Fed. R. Bankr. P. 9006(a), the deadline to file replies to any objection to the Motion to Authorize is **Saturday, July 14, 2018 at 12:00 p.m. (noon) (Eastern Daylight Time)**.

*[Remainder of page intentionally left blank.]*

2

RLF1 19618492v.1

Dated: July 9, 2018
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com
             aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*