## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED
### FOR HEARING ON JULY 16, 2018 STARTING AT 11:00 A.M. (EDT)[2]

**I.  WITHDRAWN MATTER:**

1.  Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Stay of Order Authorizing EFH Plan Administrator Board to Participate in the Allocation Dispute [D.I. 13235; filed June 22, 2018]

    Response/Objection Deadline:    July 9, 2018 at 4:00 p.m. (EDT)

    Responses/Objections Received:   None.

    Related Documents:

    i.  Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Entry of an Order Shortening Notice with Respect to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Stay of Order Authorizing EFH Plan Administrator Board's Participation in the Allocation Dispute [D.I. 13236; filed June 22, 2018]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The July 16, 2018 (the "July 16th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 11:00 a.m. (EDT). Any person who wish to appear telephonically at the July 16th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Friday, July 13, 2018** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

ii. Opposition of the EFH Plan Administrator Board to Motion for Entry of Order Shortening Notice with Respect to Motion for Stay of Order Authorizing EFH Plan Administrator Board's Participation in the Allocation Dispute [D.I. 13240; filed June 25, 2018]

iii. Order [D.I. 13241; filed June 25, 2018]

iv. The EFH Indenture Trustee's Joinder to Opposition of the EFH Plan Administrator Board to Motion for Entry of Order Shortening Notice with Respect to Motion for Stay of Order Authorizing EFH Plan Administrator Board's Participation in the Allocation Dispute [D.I. 13242; filed June 25, 2018]

v. Notice of Hearing on Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Stay of Order Authorizing EFH Plan Administrator Board to Participate in the Allocation Dispute [D.I. 13244; filed June 25, 2018]

vi. Notice of Withdrawal of Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Stay of Order Authorizing EFH Plan Administrator Boards Participation in the Allocation Dispute [D.I. 13266; filed July 9, 2018]

Status: On July 9, 2018, UMB Bank, N.A., as Indenture Trustee and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership withdrew this matter. Consequently, no hearing with respect to this matter is required.

## II. MATTER GOING FORWARD:

2. Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Manager Incurred in Connection with the EFH/EFIH Allocation Dispute [D.I. 13262; filed July 6, 2018]

Response/Objection Deadline:   July 12, 2018 at 11:59 p.m. (EDT)

Responses/Objections Received:   None at this time.

Related Documents:

i. Motion of EFH Plan Administrator Board for Entry of an Order Shortening Notice and Setting Response and Objection Deadline [D.I. 13263; filed July 6, 2018]

ii. Order Shortening Notice and Setting Response Deadline [D.I. 13264; filed July 9, 2018]

      iii.    Notice of "Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Manager Incurred in Connection with the EFH/EFIH Allocation Dispute" and Hearing Thereon [D.I. 13265; filed July 9, 2018]

Status: The hearing on this matter will go forward.

## III. UNCONTESTED INTERIM FEE APPLICATIONS:[3]

    3.    Interim Fee Applications

    Related Documents:

      i.    Certification of Counsel Regarding Omnibus Fee Order [D.I. 13273; filed July 11, 2018]

Status: On July 11, 2018, the Fee Committee filed a certification of counsel attaching a form of agreed omnibus interim fee order in connection with the interim fee applications listed on **Exhibit A** hereto. Consequently, a hearing with respect to this matter is required only to the extent that the Court has any questions or concerns.

*[Remainder of page intentionally left blank.]*

---

[3] In accordance with paragraph 7(D) of the *General Chambers Procedures of the United States Bankruptcy Court for the District of Delaware, Dated April 3, 2006*, "[A] representative for each applicant personally familiar with the services rendered and costs incurred that are the subject of the [interim fee application] shall appear in person at the [interim fee hearing] in support of the application. If such person is not local counsel, then arrangements may be made through [CourtCall, LLC] to appear telephonically [at the interim fee hearing]." *See* General Chambers Procedures at ¶ 7(D).

Dated: July 12, 2018
      Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
      defranceschi@rlf.com
      madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
      stephen.hessler@kirkland.com
      brian.schartz@kirkland.com
      aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
      marc.kieselstein@kirkland.com
      chad.husnick@kirkland.com
      steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## INDEX OF INTERIM FEE APPLICATIONS
## TO BE CONSIDERED AT THE JULY 16, 2018 HEARING

1. Tenth Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered for the Period from September 1, 2017 Through December 31, 2017 and for Reimbursement of Expenses from September 1, 2017 Through December 31, 2017 [D.I. 13226; filed June 19, 2018]

    Response/Objection Deadline:    July 10, 2018 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

2. Tenth Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 1, 2017 Through December 31, 2017 [D.I. 13227; filed June 19, 2018]

    Response/Objection Deadline:    July 10, 2018 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

- 2 -

3.      Fifth Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period September 1, 2017 Through December 31, 2017 [D.I. 13228; filed June 20, 2018]

        <u>Response/Objection Deadline:</u>     July 10, 2018 at 4:00 p.m. (EDT)

        <u>Response/Objection Received:</u>     None.