# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Stevens & Lee, P.C. and Jenner & Block, LLP hereby enter their appearance as counsel to **Charles H. Cremens**.

Neither this Notice of Appearance, any subsequent appearance (by pleading or otherwise), nor any participation in or in connection with this case is intended to or should be deemed to waive any (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any related case, controversy or proceedings, or any right to arbitration; (iii) right to have the reference withdrawn in any matter subject to mandatory or discretionary withdrawal; (iv) right to contest jurisdiction or appropriate venue in this case or any proceeding related to this case; or (v) other rights, claims, actions, defenses, setoffs or recoupments which exist pursuant to agreement, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Date:  July 12, 2018                              STEVENS & LEE, P.C.

/s/ *Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
Stevens & Lee, P.C.
919 North Market Street, Suite 1300
Wilmington, DE  19801
Telephone: (302) 425-3310
Fax: (610) 371-7972
Email: jhh@stevenslee.com

       and

Richard Levin
Jenner & Block, LLP
919 Third Avenue
Tel: (212) 891-1600
rlevin@jenner.com

       and

Vincent E. Lazar
Jenner & Block, LLP
353 N. Clark Street
Chicago, IL 60654
Tel: (312) 923-2989
Email: vlazar@jenner.com

*Attorneys for Charles H. Cremens*

**CERTIFICATE OF SERVICE**

The undersigned certifies that on July 12, 2018, he caused a true copy of the foregoing *Notice of Appearance and Demand for Service of Notices and Pleadings* to be served electronically upon all parties in interested registered to receive notice through the Court's CM/ECF System

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
