# EXHIBIT A

| Applicant | Compensation Period | Interim Fees Requested | Interim Expenses Requested | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|
| Gitlin & Co. LLC & Richard Gitlin [D.I. 13226] | 9/1/2017 – 12/31/2017 | $160,000.00 | $3,459.38 | $160,000.00 | $3,459.38 |
| Godfrey & Kahn, S.C. [D.I. 13227] | 9/1/2017 – 12/31/2017 | $640,000.00 | $16,504.64 | $640,000.00 | $16,504.64 |
| Benesch, Friedlander, Coplan & Aronoff LLP [D.I. 13228] | 9/1/2017 – 12/31/2017 | $5,259.50 | $54.30 | $5,259.50 | $54.30 |