**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**LIMITED RESPONSE OF AD HOC EFH CLAIMANTS TO MOTION OF EFH PLAN ADMINISTRATOR BOARD FOR AUTHORIZATION TO REIMBURSE THIRD-PARTY DISCOVERY FEES AND EXPENSES**

The Ad Hoc EFH Claimants,[1] by and through their undersigned counsel Kasowitz Benson Torres LLP and Hogan ♦ McDaniel, hereby submit their limited response to the *Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Manager* [*sic*] *Incurred in Connection with the EFH/EFIH Allocation Dispute* [D.I. 13262] (the "Motion").

The Ad Hoc EFH Claimants support the relief requested in the Motion with respect to the reimbursement of the Former Disinterested Directors and Managers' Fees and Expenses as set forth therein.[2] (Motion, ¶¶ 14-18). Additionally, to the extent that any Former Directors and Officers obtain reimbursement from the PAB, the Ad Hoc EFH Claimants submit that the rights of those Former Directors and Officers to obtain indemnification against Sempra should be subrogated to the PAB. The Ad Hoc EFH Claimants do not take a position as to the other relief sought in the Motion.

---

[1] The Ad Hoc EFH Claimants include (a) Alta Fundamental Advisers LLC, (b) Angelo, Gordon & Co., L.P., (c) Apollo Management Holdings L.P., (d) Brookfield Asset Management Inc., (e) Contrarian Capital Management, LLC, and (f) Farmstead Capital Management, LLC, and each of their related funds. *Verified Statement of Kasowitz Benson Torres LLP and Hogan ♦ McDaniel Pursuant to Bankruptcy Rule 2019* [D.I. No. 12900] at 1.

[2] Terms not defined herein shall have the meanings ascribed to them in the Motion.

Dated: July 12, 2018
      Wilmington, Delaware

                        By: */s/ Garvan F. McDaniel*
                        HOGAN ♦ MCDANIEL
                        Garvan F. McDaniel, Esq. (DE #4167)
                        1311 Delaware Avenue
                        Wilmington, Delaware 19806
                        Telephone:  (302) 656-7540
                        Facsimile:  (302) 656-7599
                        Email:  gfmcdaniel@dkhogan.com

                              – and –

                        KASOWITZ BENSON TORRES LLP
                        David S. Rosner, Esq.
                        Andrew K. Glenn, Esq.
                        Gavin D. Schryver, Esq.
                        David J. Mark, Esq.
                        Andrew H. Elkin, Esq.
                        1633 Broadway
                        New York, New York 10019
                        Telephone:  (212) 506-1700
                        Facsimile:  (212) 506-1800
                        Email:  drosner@kasowitz.com
                                aglenn@kasowitz.com
                                gschryver@kasowitz.com
                                dmark@kasowitz.com
                                aelkin@kasowitz.com

                        *Co-Counsel to the Ad Hoc EFH Claimants*