IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) |
|  | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) |
|  | ) Case No. 14-10979 (CSS) |
| *Debtors.* | ) |
|  | ) (Jointly Administered) |
|  | ) |
|  | ) **Hearing Date:  July 16, 2018 at 11:00 am** |
|  | ) **Objection Deadline: July 12, 2018 at 11:59 pm** |

## CERTIFICATE OF SERVICE

I, David M. Klauder, certify that on July 12, 2018, I caused a true and correct copy of *The Former Disinterested Directors of Energy Future Holdings Corp. Statement In support of, and Reservation of Rights with respect to, the Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Manager Incurred In Connection with the EFH/EFIH Allocation Dispute* to be served via Electronic Mail upon those on the attached service list.

**BIELLI & KLAUDER, LLC**

Dated: July 12, 2018

*/s/ David M. Klauder*
David M. Klauder (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: 302-803-4600
Fax: 302-397-2557
dklauder@bk-legal.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

-and-

**PROSKAUER ROSE LLP**

Michael A. Firestein (admitted pro hac vice)
Peter J. Young (admitted pro hac vice)
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206
Telephone:   (310) 284-5661
Facsimile:   (310) 557-2193
Email:       mfirestein@proskauer.com
             pyoung@proskauer.com

-and-

Mark K. Thomas (admitted pro hac vice)
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602
Telephone:   (312) 962-3550
Facsimile:   (312) 962-3551
Email:       mthomas@proskauer.com

*Co-Counsel to the Former Disinterested Directors of Energy Future Holdings Corp.*