**SERVICE LIST**

| | | |
|---|---|---|
| Amanda D. Darwin, Esq.<br>Richard C. Pedone, Esq.<br>Erik Schneider, Esq.<br>Nixon Peabody LLP<br>100 Summer Street<br>Boston, MA 02100<br>adarwin@nixonpeabody.com<br>rpedone@nixonpeabody.com<br>eschneider@nixonpeabody.com | Keith H. Wofford, Esq.<br>Gregg M. Galardi, Esq.<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>keith.wofford@ropesgray.com<br>gregg.galardi@ropesgray.com | David Rosner, Esq.<br>Andrew Glenn, Esq.<br>Kasowitz Benson Torres & Friedman<br>1633 Broadway, 22nd Floor<br>New York, NY 10019<br>drosner@kasowitz.com<br>aglenn@kasowitz.com |
| Mark D. Collins, Esq.<br>Daniel J. DeFranceschi, Esq.<br>Jason M. Madron, Esq.<br>Richards Layton & Finger, P.A.<br>920 North King Street<br>Wilmington, DE 19801<br>collins@rlf.com<br>defranceschi@rlf.com<br>madron@rlf.com | Edward O. Sassower, Esq.<br>Stephen E. Hessler, Esq.<br>Brian E. Schartz, Esq.<br>Aparna Yenamandra, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>edward.sassower@kirkland.com<br>stephen.hessler@kirkland.com<br>brian.schartz@kirkland.com<br>aparna.yenamandra@kirkland.com | James H.M Sprayregen, Esq.<br>Marc Kieselstein, Esq.<br>Steven N. Serajeddini, Esq.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL, 60654<br>james.sprayregen@kirkland.com<br>marc.kieselstein@kirkland.com<br>steven.serajeddini@kirkland.com |
| Mark E. McKane, Esq.<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>mark.mckane@kirkland.com | | |