## CERTIFICATE OF SERVICE

Joseph H. Huston, Jr., hereby certifies that on July 12, 2018, he caused a true copy of the foregoing Response and Reservation of Rights to be served electronically upon all parties in interest who have requested notice through the Court's CM/ECF System.

*/s/  Joseph H. Huston, Jr.*
Joseph H. Huston, Jr.

105052.4

SL1 1531738v1 109285.00014