**CERTIFICATE OF SERVICE**

I, Erin R. Fay, hereby certify that on this 12th day of July, 2018, I electronically filed the *Objection of UMB Bank, N.A., as Indenture Trustee, and Elliott to Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Managers Incurred in Connection with the EFH/EFIH Allocation Dispute* and caused a copy to be served upon all parties listed below via the manner listed thereon.

                                                                      */s/ Erin R. Fay*
                                                                      Erin R. Fay (No. 5268)

**Via Hand Delivery:**

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
920 North King Street
Wilmington, DE 19801

**Via First-Class Mail:**

**KIRKLAND & ELLIS LLP**
Edward O. Sassower, P.C.
Stephen E. Hessler, P.C.
Brian E. Schartz, P.C.
Aparna Yenamandra
601 Lexington Avenue
New York, NY 10022-4611

**KIRKLAND & ELLIS LLP**
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Steven N. Serajeddini
Chad J. Husnick, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654