# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## NOTICE OF SERVICE

Please take notice that upon information and belief on July 12, 2018, a copy of Ad Hoc EFH Claimants' Limited Response to Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses was caused to be served on the following parties listed below via CM/ECF.

Anna Terteryan, Esq.
Mark McKane, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Email: anna.terteryan@kirkland.com
mmckane@kirkland.com

Erin R. Fay, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
Email: efay@bayardlaw.com

Morgan C. Nighan, Esq.
Richard Pedone, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
Email: mnighan@nixonpeabody.com
rpedone@nixonpeabody.com

Daniel G. Egan, Esq.

Bryan M. Stephany, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Email: bstephany@kirkland.com

Aparna Yenamandra, Esq.
McClain Thompson, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
Email: aparna.yenamandra@kirkland.com
mcclain.thompson@kirkland.com

Jason M. Madron, Esq.
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801
Email: madron@rlf.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

1

Gregg M. Galardi, Esq,
Christian Reigstad, Esq.
Matthew McGinnis, Esq.
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036-8704
Email: daniel.egan@ropesgray.com
gregg.galardi@ropesgray.com
christian.reigstad@ropesgray.com
matthew.mcginnis@ropesgray.com


Dated:  July 13, 2018
         Wilmington, Delaware

                                                /s/Garvan F. McDaniel
Garvan F. McDaniel (DE #4167)
HOGAN♦McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
gfmcdaniel@dkhogan.com

      -and-

KASOWITZ BENSON TORRES LLP
`Andrew Glenn, Esq.
David S. Rosner, Esq.
Andrew K. Glenn, Esq.
David J. Mark, Esq.
Andrew H. Elkin, Esq.
1633 Broadway
New York, New York 10019
Telephone:  (212) 506-1700
Facsimile: (212) 506-1800
Email: drosner@kasowitz.com
      aglenn@kasowitz.com
      dmark@kasowitz.com
      aelkin@kasowitz.com