# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR HEARING ON JULY 16, 2018 STARTING AT 11:00 A.M. (EDT)[3]

**I.   WITHDRAWN MATTER:**

1. Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Stay of Order Authorizing EFH Plan Administrator Board to Participate in the Allocation Dispute [D.I. 13235; filed June 22, 2018]

   Response/Objection Deadline:   July 9, 2018 at 4:00 p.m. (EDT)

   Responses/Objections Received:   None.

   Related Documents:

   i. Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Entry of an Order Shortening Notice with Respect to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Stay of Order Authorizing EFH Plan Administrator Board's Participation in the Allocation Dispute [D.I. 13236; filed June 22, 2018]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

[3] The July 16, 2018 (the "July 16th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 11:00 a.m. (EDT). Any person who wished to appear telephonically at the July 16th Hearing must **have** contacted COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Friday, July 13, 2018 to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

  ii. Opposition of the EFH Plan Administrator Board to Motion for Entry of Order Shortening Notice with Respect to Motion for Stay of Order Authorizing EFH Plan Administrator Board's Participation in the Allocation Dispute [D.I. 13240; filed June 25, 2018]

  iii. Order [D.I. 13241; filed June 25, 2018]

  iv. The EFH Indenture Trustee's Joinder to Opposition of the EFH Plan Administrator Board to Motion for Entry of Order Shortening Notice with Respect to Motion for Stay of Order Authorizing EFH Plan Administrator Board's Participation in the Allocation Dispute [D.I. 13242; filed June 25, 2018]

  v. Notice of Hearing on Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Stay of Order Authorizing EFH Plan Administrator Board to Participate in the Allocation Dispute [D.I. 13244; filed June 25, 2018]

  vi. Notice of Withdrawal of Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Stay of Order Authorizing EFH Plan Administrator Boards Participation in the Allocation Dispute [D.I. 13266; filed July 9, 2018]

  Status: On July 9, 2018, UMB Bank, N.A., as Indenture Trustee and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership withdrew this matter. Consequently, no hearing with respect to this matter is required.

## II. *CONTESTED* MATTER GOING FORWARD:

2. Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Manager Incurred in Connection with the EFH/EFIH Allocation Dispute [D.I. 13262; filed July 6, 2018]

  Response/Objection Deadline:  July 12, 2018 at 11:59 p.m. (EDT)

  Responses/Objections Received:

  A. **Limited Response of Ad Hoc EFH Claimants to Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses [D.I. 13278; filed July 12, 2018]**

  B. **The Former Disinterested Directors of Energy Future Holdings Corp. Statement in Support of, and Reservation of Rights with Respect to, the Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former**

2

        **Directors, Officers, and Manager Incurred in Connection with the EFH/EFIH Allocation Dispute [D.I. 13279; filed July 12, 2018]**

  C.  **Response and Reservation of Rights with Respect to Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Manager Incurred in Connection with the EFH/EFIH Allocation Dispute [D.I. 13280; filed July 12, 2018]**

  D.  **Objection of UMB Bank, N.A., as Indenture Trustee, and Elliott to Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Managers Incurred in Connection with the EFH/EFIH Allocation Dispute [D.I. 13282; filed July 12, 2018]**

Related Documents:

  i.  Motion of EFH Plan Administrator Board for Entry of an Order Shortening Notice and Setting Response and Objection Deadline [D.I. 13263; filed July 6, 2018]

  ii.  Order Shortening Notice and Setting Response Deadline [D.I. 13264; filed July 9, 2018]

  iii.  Notice of "Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Manager Incurred in Connection with the EFH/EFIH Allocation Dispute" and Hearing Thereon [D.I. 13265; filed July 9, 2018]

Status: The hearing on this matter will go forward **on a contested basis**.

## III. UNCONTESTED INTERIM FEE APPLICATIONS:[4]

3.  Interim Fee Applications

Related Documents:

  i.  Certification of Counsel Regarding Omnibus Fee Order [D.I. 13273; filed July 11, 2018]

---

[4] In accordance with paragraph 7(D) of the *General Chambers Procedures of the United States Bankruptcy Court for the District of Delaware, Dated April 3, 2006*, "[A] representative for each applicant personally familiar with the services rendered and costs incurred that are the subject of the [interim fee application] shall appear in person at the [interim fee hearing] in support of the application. If such person is not local counsel, then arrangements may be made through [CourtCall, LLC] to appear telephonically [at the interim fee hearing]." *See* General Chambers Procedures at ¶ 7(D).

    ii.    **Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13277; filed July 12, 2018]**

<u>Status</u>: **On July 12, 2018, the Court entered an omnibus interim fee order in connection with the interim fee applications listed on <u>Exhibit A</u> hereto. Consequently, a hearing with respect to this matter is not required.**

*[Remainder of page intentionally left blank.]*

4

RLF1 19642969v.1

Dated:   July 13, 2018
         Wilmington, Delaware

        **RICHARDS, LAYTON & FINGER, P.A.**
        Mark D. Collins (No. 2981)
        Daniel J. DeFranceschi (No. 2732)
        Jason M. Madron (No. 4431)
        920 North King Street
        Wilmington, Delaware 19801
        Telephone:  (302) 651-7700
        Facsimile:  (302) 651-7701
        Email:      collins@rlf.com
                    defranceschi@rlf.com
                    madron@rlf.com

        -and-

        **KIRKLAND & ELLIS LLP**
        **KIRKLAND & ELLIS INTERNATIONAL LLP**
        Edward O. Sassower, P.C. (admitted *pro hac vice*)
        Stephen E. Hessler, P.C. (admitted *pro hac vice*)
        Brian E. Schartz, P.C. (admitted *pro hac vice*)
        Aparna Yenamandra (admitted *pro hac vice*)
        601 Lexington Avenue
        New York, New York 10022-4611
        Telephone:  (212) 446-4800
        Facsimile:  (212) 446-4900
        Email:      edward.sassower@kirkland.com
                    stephen.hessler@kirkland.com
                    brian.schartz@kirkland.com
                    aparna.yenamandra@kirkland.com

        -and-

        James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
        Marc Kieselstein, P.C. (admitted *pro hac vice*)
        Chad J. Husnick, P.C. (admitted *pro hac vice*)
        Steven N. Serajeddini (admitted *pro hac vice*)
        300 North LaSalle
        Chicago, Illinois 60654
        Telephone:  (312) 862-2000
        Facsimile:  (312) 862-2200
        Email:      james.sprayregen@kirkland.com
                    marc.kieselstein@kirkland.com
                    chad.husnick@kirkland.com
                    steven.serajeddini@kirkland.com

        *Co-Counsel to the EFH Plan Administrator Board*