**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## INDEX OF INTERIM FEE APPLICATIONS
## TO BE CONSIDERED AT THE JULY 16, 2018 HEARING

1.  Tenth Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered for the Period from September 1, 2017 Through December 31, 2017 and for Reimbursement of Expenses from September 1, 2017 Through December 31, 2017 [D.I. 13226; filed June 19, 2018]

    Response/Objection Deadline:      July 10, 2018 at 4:00 p.m. (EDT)

    Response/Objection Received:      None.

2.  Tenth Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period from September 1, 2017 Through December 31, 2017 [D.I. 13227; filed June 19, 2018]

    Response/Objection Deadline:      July 10, 2018 at 4:00 p.m. (EDT)

    Response/Objection Received:      None.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3.   Fifth Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period September 1, 2017 Through December 31, 2017 [D.I. 13228; filed June 20, 2018]

Response/Objection Deadline:       July 10, 2018 at 4:00 p.m. (EDT)

Response/Objection Received:       None.

RLF1 19619907v.1