## CERTIFICATE OF SERVICE

I, Jeffrey M. Schlerf, hereby certify that on the 14th day of July, 2018, I caused copies of Sempra Energy's Response To Elliott Parties' Objection To The Motion Of EFH Plan Administrator Board For Authorization To Reimburse Third-Party Discovery Fees And Expenses Of Former Directors, Officers, And Manager Incurred In Connection With The EFH/EFIH Allocation Dispute to be served upon the parties on the attached service list as noted thereon.

*/s/ Jeffrey M. Schlerf*
Jeffrey M. Schlerf (No. 3047)

**Service List**

**VIA HAND DELIVERY**
Scott D. Cousins
Erin R. Fay
Evan T. Miller
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
Gregg M. Galardi
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704

**VIA HAND DELIVERY**
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
920 North King Street
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**
KIRKLAND & ELLIS LLP
Edward O. Sassower, P.C.
Stephen E. Hessler, P.C.
Brian E. Schartz, P.C.
Aparna Yenamandra
601 Lexington Avenue
New York, NY 10022-4611

**VIA FIRST CLASS MAIL**
KIRKLAND & ELLIS LLP
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Steven N. Serajeddini
Chad J. Husnick, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654