**SIGN-IN SHEET**

CASE NAME: _Energy Future_
CASE NO: 14-10979(CSS)

COURTROOM LOCATION: 6
DATE: 7/16/18   AT 11:00 A.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Cross Galerdi | Lopez + Gray Beyard | EFsH + UMB |
| Erin Fay | | " |
| Mark Mckune | Kirkland & Ellis | Debtors |
| Aaron Sena andra | " | " |
| Pat Venter | " | " |
| Jason Madron | " | " |
| Corey Stephenson | Richards Layton & Finger P.A. | Dis Directors EFH |
| Mark Thomas | Belli Klander | " |
| Gregg Gistel | Proskauer Rose | |
| T. Christophe Shore | While & Case | Seqer Reorg |
| Peter Sybel | For R.W.Wd | " |
| Garvan McDaniel | Hogan McDaniel | Ad Hoc EFH Claimants |
| Richard Pedoro | Visa Renber | EFH Indure Truste AST |
| Joseph H. Huston, Jr. | Stevens + Lee | Charles Cremens |
| Richard Levin | Jenner + Black | " |
| Richard L. Schepacarter | USDOJ -OUST | US Trustee |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

U.S. Bankruptcy Court-District of Delaware

Confirmed Telephonic Appearance Schedule

Honorable Christopher S. Sontchi

#6

| Calendar Date: | 07/16/2018 |
|---|---|
| Calendar Time: | 11:00 AM ET |

*Amended Calendar  Jul 16 2018  5:26AM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9186153 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9193042 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Interested Party, Sempra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9194232 | Eric C. Daucher | (212) 408-5405 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9186140 | Gregg M. Galardi | (212) 596-9139 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9193730 | Taylor B. Harrison | (212) 390-7831 ext. | Merger Market | Interested Party, Mergermarket / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9194191 | Daniel K. Hogan | (302) 656-7597 ext. | Hogan McDaniel | Interested Party, Shirley Fenicle / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9195678 | Anthony Horton | (302) 651-7687 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Corp / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9193716 | Christian Jensen | (212) 558-3036 ext. | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9195662 | Marc Kieselstein | (312) 862-3029 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9191430 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9187863 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9191784 | Mark K. Thomas | (312) 962-3560 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corporation / LIVE |

| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9195663 | Patrick Venter | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9168440 | Brady C. Williamson | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LISTEN ONLY |

Andrew Elkin

Marco Montemayor