

ONE EAST MAIN STREET, SUITE 500 • POST OFFICE BOX 2719
MADISON, WISCONSIN 53701-2719
TEL•608.257.3911  FAX•608.257.0609
WWW•GKLAW.COM

July 17, 2018

Hon. Christopher S. Sontchi
United States Bankruptcy Court
District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801

    *In re Energy Future Holdings Corp. et al.*
    Case No. 14-10979 (CSS)

    U.S. Bankruptcy Court
    for the District of Delaware

Dear Judge Sontchi:

    Please allow this letter to serve as the Fee Committee's status report on the final stages of the fee review process for Retained Professionals, preceding the anticipated submission of a final report and fee hearing this fall. In addition, after extended discussion at its July 12, 2018 and previous meetings, this letter outlines the Fee Committee's intended approach to the section 503(b) review process.

    In adopting the approach outlined here, the Fee Committee, its chair and counsel have considered the submissions of the section 503(b) Applicants and have met in person or by phone with each Applicant's professionals and representatives. The Fee Committee is unanimous in its support for this approach, but not all of the Applicants agree. Therefore, before the Fee Committee undertakes the review in earnest, it asks that the Court schedule a status conference to allow the principal parties to comment on the Fee Committee's proposed approach.

*12th Interim and Final Fee Application Status*

    The Retained Professionals now have filed both 12th interim fee period (January 1-March 9, 2018) and final fee applications. No interim fee and expense application has been contested. One interested party has filed an omnibus objection [D.I. 13107] to many, but not all, of the final fee applications, though preliminarily and without detail. The Fee Committee is now reporting on the 12th interim period applications and plans to submit a summary report requesting Court approval on agreed and adjusted amounts in September. A comprehensive summary report on final fee applications will follow, along with a request for a final fee hearing date in October.

OFFICES IN MILWAUKEE, MADISON, WAUKESHA, GREEN BAY AND APPLETON, WISCONSIN AND WASHINGTON, D.C.
GODFREY & KAHN, S.C. IS A MEMBER OF TERRALEX,® A WORLDWIDE NETWORK OF INDEPENDENT LAW FIRMS.

Judge Christopher Sontchi
July 17, 2018
Page 2

*Substantial Contribution Submissions*

The Fee Committee has received section 503(b) administrative expense claim requests from three parties (34 individual professionals), totaling more than $70 million. Because the Bankruptcy Code provides for the reimbursement of the fees and expenses incurred by "creditors" and "indenture trustees," rather than individual professionals, the three "Applicants" are Fidelity Management and Research Company ("Fidelity") (requesting reimbursement for the services of four professionals), American Stock Transfer & Trust Company, LLC ("AST&T") (six professionals), and Elliott Associates, L.P., Elliott International, L.P., and the Liverpool Limited Partnership (collectively, "Elliott") (24 professionals).

The Fee Committee will review each application and each professional's services for reasonableness and necessity, making an appropriate recommendation to the Court, as it did for the T-side substantial contribution claimants. *See* [D.I. 9257, 11413]. However, because the underlying foundation of each Applicant's substantial contribution claim is not the same, the Fee Committee has concluded that each application requires a slightly different approach.

*The Fidelity Claim*

Fidelity's professional fees, for services provided from March 24, 2014 through and including February 28, 2018, were the subject of a March 24, 2017 order [D.I. 11050] (the "Fidelity Order") finding that Fidelity had made a substantial contribution to the plan confirmed in February, 2017. Though that plan of reorganization never took effect, the Fee Committee considers the Fidelity Order to be final. As such, the Fee Committee proposes to subject the Fidelity Application to a reasonableness and necessity review similar to that employed with respect to the T-Side substantial contribution applicants.

*The AST&T & Elliott Claims*

With respect to both the AST&T and Elliott applications, the Court has asked the Fee Committee to perform an "enhanced review" that examines the underlying substantial contribution justification for each task. *See* [D.I. 12896] and Tr. Feb. 26, 2018 [D.I. 12770] at p. 237, l. 22—p. 239, l. 9. The Fee Committee is prepared to do that, applying the well-established Third Circuit precedent under section 503(b) in addition to its reasonableness and necessity review.

AST&T requests reimbursement of fees for professional services performed from the outset of these cases in March 2014 through the Sempra plan effective date—March 9, 2018. At least a portion of AST&T's fees were subject to substantial contribution findings and orders in connection with two previous plans of reorganization. These fees, ultimately, are subject to the Court's last substantial contribution finding embodied in the (now effective) Sempra plan confirmation order. However, the Fee Committee will consider the two prior substantial contribution findings as a material factor in its evaluation of the AST&T applications.

Judge Christopher Sontchi
July 17, 2018
Page 3

      Elliott seeks reimbursement for professional fees incurred from March 30, 2017 through February 28, 2018.  The Court found that Elliott made a substantial contribution in connection with the Sempra plan confirmation, Tr. Feb. 26, 2018 [D.I. 12770] at p. 237, l. 22—p. 239, l. 9, but instructed the Fee Committee first to evaluate what portion of the professional services constitutes substantial contribution, and then to perform a reasonableness and necessity determination.  The Fee Committee will do so consistent with the Court's instruction, the applicable orders, and the related hearing transcripts.

      Because some of the substantial contribution Applicants have taken issue with the Fee Committee's outlined approach, the Fee Committee asks for the Court's guidance on these important issues and matters.  We ask that the Court schedule a status conference so the Fee Committee can more fully articulate its position and each of the parties can have the opportunity to express their views to the Court.

      Very truly yours,

      GODFREY & KAHN, S.C.

      */s/Katherine Stadler*
      Katherine Stadler
      *Counsel to the Fee Committee*

cc:  Parties on the accompanying service list.

19212690.4

**SERVICE LIST**
In re Energy Future Holdings Corp. et al.
Case No. 14-10979 (CSS)

Lee Harrington
Amanda D. Darwin
Erik Schneider
George Skelly
Richard Pedone
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110
E-mail:
lharrington@nixonpeabody.com
eschneider@nixonpeabody.com
gskelly@nixonpeabody.com
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com


J. Kate Stickles
Cole Schotz P.C.
500 Delaware Avenue, Suite 1410
Wilmington, DE 19801
kstickles@coleschotz.com


Christopher P. Simon
Cross & Simon, LLC
1105 North market Street
Suite 901
Wilmington, Delaware 19801
Email**:**  csimon@crosslaw.com


Philip D. Anker
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Philip.Anker@wilmerhale.com

James H. Millar
Drinker Biddle & Reath LLP
1177 Avenue of the Americas
41st Floor
New York, NY 10036-2714
James.Millar@dbr.com

Brad Eric Scheler
Fried Frank
One New York Plaza
New York, New York 10004-1980
Brad.Eric.Scheler@friedfrank.com

Michael J. Joyce
O'Kelly Ernst & Joyce, LLC
901 N. Market Street
10th Floor
Wilmington, DE 19801
mjoyce@oelegal.com

Matthew M. Roose
Fried Frank
One New York Plaza
New York, New York 10004
Matthew.roose@friedfrank.com

Steven Z. Szanzer
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Steven.szanzer@davispolk.com

Gregg M. Galardi
Daniel Egan
Keith H. Wofford
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036-8704
Gregg.Galardi@ropesgray.com
Daniel.egan@ropesgray.com
Keith.wofford@ropesgray.com

19223015.1