**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 20, 2018 STARTING AT 1:00 P.M. (EDT)[2]**

**I.    CONTESTED EVIDENTIARY MATTER GOING FORWARD:**

1.    Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Manager Incurred in Connection with the EFH/EFIH Allocation Dispute [D.I. 13262; filed July 6, 2018]

Response/Objection Deadline:          July 12, 2018 at 11:59 p.m. (EDT)

Reply Deadline:          July 14, 2018 at 12:00 p.m. (noon) (EDT)

Responses/Objections Received:

A.    Limited Response of Ad Hoc EFH Claimants to Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses [D.I. 13278; filed July 12, 2018]

B.    The Former Disinterested Directors of Energy Future Holdings Corp. Statement in Support of, and Reservation of Rights with Respect to, the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The July 20, 2018 (the "July 20th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 1:00 p.m. (EDT). Any person who wish to appear telephonically at the July 20th Hearing must contact COURTCALL, LLC at **866-582-6878** prior to **12:00 p.m. (noon) (EDT) on Thursday, July 19, 2018** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Manager Incurred in Connection with the EFH/EFIH Allocation Dispute [D.I. 13279; filed July 12, 2018]

C.    Response and Reservation of Rights with Respect to Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Manager Incurred in Connection with the EFH/EFIH Allocation Dispute [D.I. 13280; filed July 12, 2018]

D.    Objection of UMB Bank, N.A., as Indenture Trustee, and Elliott to Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Managers Incurred in Connection with the EFH/EFIH Allocation Dispute [D.I. 13282; filed July 12, 2018]

Related Documents:

i.    Motion of EFH Plan Administrator Board for Entry of an Order Shortening Notice and Setting Response and Objection Deadline [D.I. 13263; filed July 6, 2018]

ii.    Order Shortening Notice and Setting Response Deadline [D.I. 13264; filed July 9, 2018]

iii.    Notice of "Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Manager Incurred in Connection with the EFH/EFIH Allocation Dispute" and Hearing Thereon [D.I. 13265; filed July 9, 2018]

iv.    Sempra Energy's Response to Elliott Parties' Objection to the Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Managers Incurred in Connection with the EFH/EFIH Allocation Dispute [D.I. 13286; filed July 14, 2018]

v.    EFH Plan Administrator Board's Reply in Support of the Motion of the EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Managers Incurred in Connection with the EFH/EFIH Allocation Dispute [D.I. 13287; filed July 14, 2018]

Status:    Consistent with the record of the hearing held before the Court in connection with this matter on July 16, 2018, further evidentiary proceedings with respect to this matter will go forward at the hearing.

2

Dated:    July 18, 2018
          Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

RLF1 19661484v.1