IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on July 16, 2018, the Ad Hoc EFH Claimants[2] and American Stock Transfer & Trust Company, LLC as successor trustee to The Bank of New York Mellon Trust Company, N.A. under the indentures for certain notes issued by EFH Future Holdings Corp. caused a true and accurate copy of the following documents to be served via electronic mail upon the parties listed on the attached service list:

- Notice of Deposition of Elliott Associates, L.P.;

- Notice of Deposition of Elliott International, L.P.;

- Notice of Deposition of The Liverpool Limited Partnership;

- Notice of Deposition of UMB Bank, N.A.;

- Notice of Deposition of Jeffrey Rosenbaum;

- Notice of Subpoena for Deposition of Charles H. Cremens;

- Notice of Subpoena for Deposition of Donald L. Evans;

- Notice of Subpoena for Deposition of Billie I. Williamson;

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

[2] The Ad Hoc EFH Claimants include (a) Alta Fundamental Advisers LLC, (b) Angelo, Gordon & Co., L.P., (c) Apollo Management Holdings L.P., (d) Brookfield Asset Management Inc., (e) Contrarian Capital Management, LLC, and (f) Farmstead Capital Management, LLC, and each of their related funds. Verified Statement of Kasowitz Benson Torres LLP and Hogan ♦ McDaniel Pursuant to Bankruptcy Rule 2019 [D.I. No. 12900] at 1.

- Notice of Subpoena for Deposition of Anthony Horton;

- Notice of Subpoena for Deposition of Paul M. Keglevic; and

- Notice of Subpoena for Deposition of Evercore Group L.L.C.

Dated: Wilmington, DE
July 18, 2018

**CROSS & SIMON, LLC**

By: /s/*Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com
eschneider@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co- Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

2

## SERVICE LIST

Matthew L. McGinnis, Esq.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-3600
Matthew.McGinnis@ropesgray.com

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
collins@rlf.com
defranceschi@rlf.com
Madron@RLF.com

David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Gavin D. Schryver, Esq.
David J. Mark, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York,  New York 10019
DRosner@kasowitz.com
AGlenn@kasowitz.com
gschryver@kasowitz.com
dmark@kasowitz.com

McClain Thompson, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
mcclain.thompson@kirkland.com

Marc Kieselstein P.C.
Chad J. Husnick, P.C.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com

Mark McKane P.C.
Kirkland & Ellis LLP
555 California Street
San Francisco, California 94104
mmckane@kirkland.com

Bryan M. Stephany, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street,  N.W
Washington, D.C. 20005-5793
bstephany@kirkland.com

Gregg M. Galardi, Esq.
Daniel G. Egan, Esq.
Christian Reigstad, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York  10036-8704
Gregg.Galardi@ropesgray.com
Daniel.Egan@ropesgray.com
Christian.Reigstad@ropesgray.com

2

| | |
|---|---|
| Matthew L. McGinnis, Esq. | Erin R. Fay, Esq. |
| Katelyn Saner, Esq. | Bayard, P.A. |
| Ropes & Gray LLP | 600 N. King Street, Suite 400 |
| Prudential Tower | Wilmington, Delaware 19801 |
| 800 Boylston Street | efay@bayardlaw.com |
| Boston, Massachusetts 02199 | |
| Matthew.McGinnis@ropesgray.com | |
| Katelyn.Saner@ropesgray.com | |