# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO:** 14-10979 (CSS)
**COURTROOM LOCATION:** 6
**DATE:** 7/20/18 at 1:00 P.M.

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| M McKane | Kirkland & Ellis LLP | EFH Plan Admin. Board |
| A. Yenumula | " | " |
| M. Thompson | " | " |
| Daniel DeFrancheschi | Richards, Layton & Finger, P.A. | " |
| G. Galardi | Ropes & Gray | Elliott + UMB |
| Andrew Sugeon | " | " |
| Eric Fox | Byrd | " |
| Garvan McDaniel | Hogan McDaniel | Ad Hoc EFH Claimants |
| E. Neil | Fox Rothschild | " |
| Chris Shore | White & Case | Sempra |
| David Klauder | Bielli & Klauder | Former DDs of EFIH Corp. |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**Calendar Date:** 07/20/2018
**Calendar Time:** 01:00 PM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

Re-sent Calendar  Jul 20 2018 7:32AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9204504 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9202112 | Eric C. Daucher | (212) 408-5405 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9205108 | Andrew H. Elkin | (212) 542-4756 ext. | Kasowitz, Benson & Torres LLP | Creditor, EFH / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9203203 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9204497 | Gregg M. Galardi | (212) 596-9139 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9205816 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9204370 | Daniel K. Hogan | (302) 656-7597 ext. | Hogan McDaniel | Interested Party, Shirley Fenicle / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9202899 | Christian P. Jensen | (212) 558-4362 ext. | Sullivan & Cromwell LLP | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9198795 | Howard Kaplan | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9206972 ~~Marc Kieselstein~~ Hannah Kupsky | (312) 862-3029 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9202901 | Vincent Lazar | (312) 923-2889 ext. | Jenner & Block LLP | Interested Party, Charles H. Cremens / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9204610 | Joseph A. Pack | (305) 995-5278 ext. | White & Case LLP | Interested Party, Sempra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9204365 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9201949 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9205116 | Daniel S. Shamah | (212) 326-2138 ext. | O'Melveny & Myers, LLP | Interested Party, O'Melveny & Myers, LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9204410 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9198010 | Brady C. Williamson | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LISTEN ONLY |