IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | : | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

**NOTICE OF SERVICE OF RESPONSES AND OBJECTIONS TO THE AD HOC EFH CLAIMANTS' SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE <u>(OR ADVERSARY PROCEEDING) TO CHARLES H. CREMENS</u>**

PLEASE TAKE NOTICE that on July 18, 2018, counsel to Charles H. Cremens, the former disinterested manager of Energy Future Intermediate Holding Company LLC ("EFIH") caused true and correct copies of *The Energy Future Intermediate Holding Company LLC Former Disinterested Manager's Responses and Objections to the Ad Hoc EFH Claimants' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) to Charles H. Cremens* to be served through the court's CM/ECF System by electronic mail upon the parties identified on the attached service list.

Dated: July 21, 2018

STEVENS & LEE, P.C.

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
919 North Market Street, Suite 1300
Wilmington, Delaware 19801
Tel:   (302) 425-3310
Fax:   (610) 371-7927

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

SL1 1532599v1 109285.00014

Email: jhh@stevenslee.com

-and-

JENNER & BLOCK, LLP
Richard Levin (*admitted pro hac vice* )
919 Third Avenue
New York, NY 10022
Phone: (212) 891-1600
rlevin@jenner.com

-and-

JENNER & BLOCK, LLP
Vincent E. Lazar (*admitted pro hac vice*)
353 N. Clark St.
Chicago, IL  60654
Phone: (312) 222-9350
vlazar@jenner.com

*Counsel to Charles H. Cremens, Former Disinterested Manager of Energy Future Intermediate Holding Company LLC*

**SERVICE LIST**

| | |
|---|---|
| Matthew L. McGinnis, Esq.<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts 02199-3600<br>Matthew.McGinnis@ropesgray.com | Mark McKane P.C.<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, California 94104<br>mmckane@kirkland.com |
| Mark D. Collins, Esq.<br>Daniel J. DeFranceschi, Esq.<br>Jason M. Madron, Esq.<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>collins@rlf.com<br>defranceschi@rlf.com<br>Madron@RLF.com | Bryan M. Stephany, Esq.<br>Kirkland & Ellis LLP<br>655 Fifteenth Street, N.W<br>Washington, D.C. 20005-5793<br>bstephany@kirkland.com |
| David S. Rosner, Esq.<br>Andrew K. Glenn, Esq.<br>Gavin D. Schryver, Esq.<br>David J. Mark, Esq.<br>Kasowitz Benson Torres LLP<br>1633 Broadway<br>New York, New York 10019<br>DRosner@kasowitz.com<br>AGlenn@kasowitz.com<br>gschryver@kasowitz.com<br>dmark@kasowitz.com | Gregg M. Galardi, Esq.<br>Daniel G. Egan, Esq.<br>Christian Reigstad, Esq.<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>Gregg.Galardi@ropesgray.com<br>Daniel.Egan@ropesgray.com<br>Christian.Reigstad@ropesgray.com |
| McClain Thompson, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>mcclain.thompson@kirkland.com | Matthew L. McGinnis, Esq.<br>Katelyn Saner, Esq.<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts 02199<br>Matthew.McGinnis@ropesgray.com<br>Katelyn.Saner@ropesgray.com |
| Marc Kieselstein P.C.<br>Chad J. Husnick, P.C.<br>Kirkland & Ellis LLP | Erin R. Fay, Esq.<br>Bayard, P.A.<br>600 N. King Street, Suite 400 |

| | |
|---|---|
| 300 North LaSalle<br>Chicago, Illinois 60654<br>marc.kieselstein@kirkland.com<br>chad.husnick@kirkland.com | Wilmington, Delaware 19801<br>efay@bayardlaw.com<br>Andrew Lichtman, Esq.<br>Jenner & Block LLP<br>919 Third Avenue<br>New York, NY  10022-3908<br>ALichtman@jenner.com |

SL1 1532599v1 109285.00014