## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| ENERGY FUTURE ) | |
| HOLDINGS CORP., *et al.*, ) | Case No. 14-10979 (CSS) |
| ) | |
| *Debtors*.[1] ) | (Jointly Administered) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that the documents listed below were served on June 29, 2018 via electronic mail upon parties listed on the attached Exhibit A:

- Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Bankruptcy Case directed to Non-Party Alvarez & Marsal North America, LLC[2]

- Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Bankruptcy Case directed to Non-Party Filsinger Energy Partners Inc.[3]

- Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Bankruptcy Case directed to Non-Party Official Committee of Unsecured Creditors of EFH, EFIH, EFIH Finance, Inc. and EECI, Inc.[4]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] This document was also served on the same date and method upon: Sarah Jensen, Esq., Alvarez & Marsal, 600 Madison Avenue, 8th Floor, New York, NY 10022, Email: sarah.jensen@alvarezandmarsal.com

[3] This document was also served on the same date and method upon: Pamela Morin, Filsinger Energy Partners Inc., 90 Madison Street, Suite 600, Denver, CO 80206, Email: pamm@filsingerenergy.com

[4] This document was also served on the same date and method upon: Brian D. Glueckstein, Esq., Andrew G. Dietderich, Esq., Alexa J. Kranzley, Esq., Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, Email:gluecksteinb@sullcrom.com, dietdericha@sullcrom.com, kranzleya@sullcrom.com

{BAY:03326694v1}

- Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Bankruptcy Case directed to Non-Party Charles H. Cremens

- Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Bankruptcy Case directed to Non-Party Donald Evans

- Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Bankruptcy Case directed to Non-Party Billie Williamson

- Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Bankruptcy Case directed to Non-Party Kirkland & Ellis LLP

- Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Bankruptcy Case directed to Non-Party Evercore Group L.L.C.

- Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Bankruptcy Case directed to Non-Party Deloitte & Touche LLP[5]

In addition, on June 29, 2018, the Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Bankruptcy Case directed to Non-Party Evercore Group L.L.C. was served on Evercore Group L.L.C. via process server, proof of service for which is attached hereto as Exhibit B.

In addition, on June 29, 2018, the Subpoena to Produce Documents, Information, or Objects or To Permit Inspection of Premises in a Bankruptcy Case directed to Non-Party Deloitte & Touche LLP was served on Deloitte & Touche LLP via process server, proof of service for which is attached hereto Exhibit C.

---

[5] This document was also served on the same date and method upon: Linda Beyer, Esq., Deloitte & Touche LLP, 2 Jericho Plaza # 3, Jericho, NY 11753 Email: lbeyer@deloitte.com

{BAY:03326694v1}

Dated: July 24, 2018
      Wilmington, Delaware

BAYARD, P.A.

*/s/ Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
600 N. King Street, Suite 400
Wilmington, Delaware 19801
Phone: (302) 655-5000
Facsimile: (302) 658-6395
Email: scousins@bayardlaw.com
      efay@bayardlaw.com
-and-
ROPES & GRAY LLP
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email:  Gregg.Galardi@ropesgray.com

*Counsel to Elliott Associates, L.P.,*
*Elliott International, L.P. and The Liverpool*
*Limited Partnership*

**Exhibit A**

Morgan C. Nighan, Esq.
Richard C. Pedone, Esq.
Erik Schneider, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110
Email: mnighan@nixonpeabody.com
           adarwin@nixonpeabody.com
           rpedone@nixonpeabody.com
           eschneider@nixonpeabody.com

Jason M. Madron, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Email: madron@RLF.com

David S. Rosner, Esq.
David J. Mark, Esq.
Andrew K. Glenn, Esq.
Andrew H. Elkin, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Email: DRosner@kasowitz.com
           DMark@kasowitz.com
           AGlenn@kasowitz.com
           AElkin@kasowitz.com

McClain Thompson, Esq.
Aparna Yenamandra, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
Email: mcclain.thompson@kirkland.com
           Aparna.Yenamandra@kirkland.com

Mark McKane P.C.
Anna Terteryan, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, California 94104
Email: mmckane@kirkland.com
           anna.terteryan@kirkland.com

Bryan M. Stephany, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W
Washington, D.C. 20005-5793
Email: bstephany@kirkland.com

Marc Kieslstein, Esq.
Chad J. Husnick, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Email: marc.kieselstein@kirkland.com
           chad.husnick@kirkland.com

# Exhibit B

{BAY:03326694v1}

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: EVERCORE GROUP LLC
on *(date)* 06/29/18 .

☒ I served the subpoena by delivering a copy to the named person as follows: EVERCORE GROUP LLC
C/O THE CORPORATION TRUST COMPANY, 1209 ORANGE ST., WILMINGTON, DE 19801
ACCEPTED: AMY MCLAREN (AUTH PERSON) on *(date)* 06/29/2018 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date: 06/29/18

_____
*Server's signature*

KEVIN KEOUGH         PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS
PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information concerning attempted service, etc.:
SERVED WITH SCHEDULE A

**<u>Exhibit C</u>**

{BAY:03326694v1}

B2570 (Form 2570 – Subpoena to Produce Documents, Information, or Objects or To Permit Inspection in a Bankruptcy Case or Adversary Proceeding) (Page 2)

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: DELOITTE & TOUCHE LLP
on *(date)* 06/29/18 .

☒ I served the subpoena by delivering a copy to the named person as follows: DELOITTE & TOUCHE LLP
C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808
ACCEPTED: LYNANNE GARES(AUTH PERSON) on *(date)* 06/29/2018 ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Date:  06/29/18

*Server's signature*

KEVIN S. DUNN         PROCESS SERVER
*Printed name and title*

BRANDYWINE PROCESS SERVERS
PO BOX 1360, WILMINGTON, DE 19899
*Server's address*

Additional information concerning attempted service, etc.:
SERVED WITH SCHEDULE A