**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| ENERGY FUTURE ) | |
| HOLDINGS CORP., *et al.*, ) | Case No. 14-10979 (CSS) |
| ) | |
| *Debtors*.[1] ) | (Jointly Administered) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that the documents listed below were served on July 16, 2018 via electronic mail upon parties listed on the attached Exhibit A:

- Notice of Subpoena to Testify at Deposition Directed to Non-Party Charles H. Cremens[2]

- Notice of Subpoena to Testify at Deposition Directed to Non-Party Alvarez & Marsal North America, LLC[3]

- Notice of Subpoena to Testify at Deposition Directed to Non-Party Billie I. Williamson[4]

- Notice of Subpoena to Testify at Deposition Directed to Non-Party Anthony R. Horton

- Notice of Subpoena to Testify at Deposition Directed to Non-Party Donald L. Evans[5]

- Notice of Subpoena to Testify at Deposition Directed to Non-Party Paul M. Keglevic

- Notice of Subpoena to Testify at Deposition Directed to Non-Party Deloitte & Touche LLP[6]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] This document was also served on the same date and method upon: Richard Levin, Esq., Andrew Lichtman, Esq., Vincent Lazar, Esq., Jenner & Block LLP, 919 Third Avenue, New York, NY 10022, Email: rlevin@jenner.com, alichtman@jenner.com, vlazar@jenner.com

[3] This document was also served on the same date and method upon: Sarah Jensen, Esq., Alvarez & Marsal, 600 Madison Avenue, 8th Floor, New York, NY 10022, Email: sarah.jensen@alvarezandmarsal.com

[4] This document was also served on the same date and method upon: Mark K. Thomas, Esq., Michael A. Firestein, Esq., Proskauer Rose LLP, 70 West Madison, Suite 3800, Chicago, IL 60602, Email: thomas@proskauer.com and mfirestein@proskauer.com

[5] This document was also served on the same date and method upon: Mark K. Thomas, Esq., Michael A. Firestein, Esq., Proskauer Rose LLP, 70 West Madison, Suite 3800, Chicago, IL 60602, Email: thomas@proskauer.com and mfirestein@proskauer.com

{BAY:03325779v1}

- Notice of Subpoena to Testify at Deposition Directed to Non-Party Evercore Group L.L.C.[7]

- Notice of Subpoena to Testify at Deposition Directed to Non-Party Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc.[8]

- Notice of Subpoena to Testify at Deposition Directed to Non-Parties Kirkland & Ellis LLP and Kirkland & Ellis International LLP

- Notice of Subpoena to Testify at Deposition Directed to Non-Party Filsinger Energy Partners[9]

- Notice of Deposition of Ad Hoc EFH Claimants Pursuant to Fed. R. Civ. P. 30(b)(6)

- Notice of Deposition of the Plan Administrator Board Pursuant to Fed. R. Civ. P. 30(b)(6)

In addition, on July 17, 2018, the Notice of Subpoena to Testify at Deposition Directed to Non-Party Evercore Group L.L.C. was served on Evercore Group L.L.C. via process server, proof of service for which is attached hereto <u>Exhibit B</u>.

---

[6] This document was also served on the same date and method upon: Linda Beyer, Esq., Deloitte & Touche LLP, 2 Jericho Plaza # 3, Jericho, NY 11753 Email: lbeyer@deloitte.com

[7] This document was also served on the same date and method upon: Richard A. Chesley, Esq., Jamila Willis, Esq., DLA Piper LLP (US), 1251 Avenue of the Americas, New York, NY 10020, Email: richard.chesley@dlapiper.com, jamila.willis@dlapiper.com

[8] This document was also served on the same date and method upon: Brian D. Glueckstein, Esq., Andrew G. Dietderich, Esq., Alexa J. Kranzley, Esq., Sullivan & Cromwell LLP, 125 Broad Street, New York, NY 10004, Email:gluecksteinb@sullcrom.com, dietdericha@sullcrom.com, kranzleya@sullcrom.com

[9] This document was also served on the same date and method upon: Patrick J. Casey, Esq., Fox Rothschild LLP 1225 17th Street, Suite 2200, Denver, CO 80202, Email: pcasey@foxrothschild.com

{BAY:03325779v1}

| | |
|---|---|
| Dated: July 25, 2018<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Erin R. Fay*<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware  19801<br>Phone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>Email: scousins@bayardlaw.com<br>            efay@bayardlaw.com<br><br>-and-<br><br>ROPES & GRAY LLP<br>Gregg M. Galardi<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile: (212) 596-9090<br>Email:   Gregg.Galardi@ropesgray.com<br><br>*Counsel to Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and UMB Bank, N.A., as Trustee* |

# **Exhibit A**

Christopher P. Simon, Esq.
Cross & Simon, LLC
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Email: csimon@crosslaw.com

Morgan C. Nighan, Esq.
Amanda D. Darwin, Esq.
Richard C. Pedone, Esq.
Erik Schneider, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, Massachusetts 02110
Email: mnighan@nixonpeabody.com
         adarwin@nixonpeabody.com
         rpedone@nixonpeabody.com
         eschneider@nixonpeabody.com

Christopher J. Fong, Esq.
Nixon Peabody LLP
437 Madison Avenue
New York, NY 10022
Email: cfong@nixonpeabody.com

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Email: collins@rlf.com
         defranceschi@rlf.com
         madron@RLF.com

McClain Thompson, Esq.
Aparna Yenamandra, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
Email: mcclain.thompson@kirkland.com
         Aparna.Yenamandra@kirkland.com

David S. Rosner, Esq.
David J. Mark, Esq.
Andrew K. Glenn, Esq.
Andrew H. Elkin, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York, New York 10019
Email: DRosner@kasowitz.com
         DMark@kasowitz.com
         AGlenn@kasowitz.com
         AElkin@kasowitz.com

Mark McKane P.C.
Anna Terteryan, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, California 94104
Email: mmckane@kirkland.com
         anna.terteryan@kirkland.com

Bryan M. Stephany, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W
Washington, D.C. 20005-5793
Email: bstephany@kirkland.com

Marc Kieslstein, Esq.
Chad J. Husnick, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Email: marc.kieselstein@kirkland.com
         chad.husnick@kirkland.com

Garvan F. McDaniel, Esq.
Hogan♦McDaniel
1311 Delaware Avenue
Wilmington, DE 19806
Email: gfmcdaniel@dkhogan.com

{BAY:03325779v1}

# Exhibit B

{BAY:03325779v1}

B 257 (Page 2) [12/01/13]

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)*: __THE EVERCORE GROUP L.L.C.__
on *(date)* __07/17/2018__ .

[✓] I served the subpoena by delivering a copy to the named person as follows: __C/O THE CORPORATION TRUST CO. 1209 ORANGE ST. WILMINGTON, DE 19801 (AS REGISTERED AGENT)    ACCEPTED BY: AMY MCLAREN (authorized person)__ on *(date)* __07/17/2018__ ; or

[ ] I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the milage allowed by law, in the amount of $ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true and correct.

Executed on __07/17/2018__
(Date)

*(Signature of Server)*

KEVIN S. DUNN
(Printed name and title)
BRANDYWINE PROCESS SERVERS, LTD
PO BOX 1360 WILMIINGTON, DE 19899
(Server's address)

Additional information concerning attempted service, etc.:

ALSO SERVED SCHEDULE A

B 257