# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket Nos. 13262, 13263, 13264, 13278,** |
| | ) **13279, 13280 & 13282** |

**CERTIFICATE OF COUNSEL REGARDING**
**PROPOSED ORDER AUTHORIZING THE EFH PLAN**
**ADMINISTRATOR BOARD TO REIMBURSE THE FEES AND**
**EXPENSES OF FORMER DIRECTORS AND OFFICERS SOLELY**
**IN CONNECTION WITH THE EFH/EFIH ALLOCATION DISPUTE**

The undersigned hereby certifies as follows:

1. On July 6, 2018, The EFH Plan Administrator Board (the "PAB") filed the *Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Manager Incurred in Connection With the EFH/EFIH Allocation Dispute* [D.I. 13262] (the "Motion"). A form of proposed order (the "Proposed Order") granting the relief requested in the Motion was attached thereto as Exhibit A.

2. Contemporaneously with the filing of the Motion, the PAB also filed a motion to shorten the notice and objection periods thereto [D.I. 13263] (the "Motion to Shorten").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. On July 9, 2018, the Court entered an order [D.I. 13264] granting the relief requested in the Motion to Shorten, which set July 12, 2018 at 11:59 p.m. (EDT) as the deadline by which parties in interest could file objections to the relief sought in the Motion (the "Objection Deadline") and scheduled a hearing to consider the relief requested therein for July 16, 2018 at 11:00 a.m. (EDT) (the "Contested Hearing").

4. Prior to the Objection Deadline, the Ad Hoc EFH Committee, the Former Disinterested Directors of Energy Futures Holdings Corp. and the former disinterested manager of Energy Future Intermediate Holding Company LLC each filed papers in support of the Motion [D.I. 13278, 13279 & 13280] and UMB Bank, N.A., Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, the "Objecting Parties") filed an objection to the Motion [D.I. 13282].

5. At the conclusion of the Contested Hearing on July 16, 2018, the Court determined that the PAB had the authority to pay from the EFH Plan Administration Trust for the Former Directors and Officers' Fees and Expenses incurred in connection with the EFH/EFIH Allocation Dispute for the reasons stated on the record. However, the Court required an evidentiary hearing on whether the PAB's decision to make such payments was an abuse of discretion (the "Evidentiary Hearing," and together with the Contested Hearing, collectively the "Hearing"). The Court then scheduled the Evidentiary Hearing for July 20, 2018 at 1:00 p.m. (EDT).

6. For the reasons set forth on the record made at the Evidentiary Hearing, the Court granted the relief requested in the Motion subject to the PAB's submission of a revised form of order (the "Revised Order") under certificate of counsel which reflects the Court's ruling at the Hearing and is acceptable to the parties.

7. Consistent with that record, the PAB has prepared the Revised Order, which is attached hereto as **Exhibit A**. The Revised Order has been circulated to, and is acceptable to, the Ad Hoc EFH Committee, the Former Disinterested Directors of Energy Futures Holdings Corp., the former disinterested manager of Energy Future Intermediate Holding Company LLC and the Objecting Parties. For the convenience of the Court and all parties in interest, a blackline comparing the Revised Order against the Proposed Order is attached hereto as **Exhibit B**.

WHEREFORE, the PAB respectfully requests that the Court enter the Revised Order, attached hereto as **Exhibit A**, at its earliest convenience.

[*Signature page follows.*]

| | |
|---|---|
| Dated: July 25, 2018<br>Wilmington, Delaware | */s/ Joseph C. Barsalona II*<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>Joseph C. Barsalona II (No. 6102)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone:   (302) 651-7700<br>Facsimile:    (302) 651-7701<br>Email:          collins@rlf.com<br>                     defranceschi@rlf.com<br>                     madron@rlf.com<br>                     barsalona@rlf.com |

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:          edward.sassower@kirkland.com
                     stephen.hessler@kirkland.com
                     brian.schartz@kirkland.com
                     aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:          james.sprayregen@kirkland.com
                     marc.kieselstein@kirkland.com
                     steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*