IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) |

## **NOTICE OF SERVICE**

Please take notice that upon information and belief on July 24, 2018, a copy of Ad Hoc EFH Claimants' Responses and Objections to UMB Bank, N.A., as Indenture Trustee; and Elliot's Notice of Deposition of Ad Hoc EFH Claimants Pursuant to Fed. R. Civ P 30(b)(6) were caused to be served on the following via email.

Chad J. Husnick, Esq.
Mark McKane, Esq..
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Email: chusnick@kirkland.com
mmckane@kirkland.com

Marc Kieselstein, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
mkieselstein@kirkland.com

Erin R. Fay, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
Email: efay@bayardlaw.com

Christopher Fong, Esq.
Morgan C. Nighan, Esq.
Richard Pedone, Esq.
Nixon Peabody LLP
100 Summer Street

Bryan M. Stephany, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Email: bstephany@kirkland.com

Aparna Yenamandra, Esq.
McClain Thompson, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
Email: aparna.yenamandra@kirkland.com
mcclain.thompson@kirkland.com

Jason M. Madron, Esq.
Mark D. Collins, Esq.
Daniel J. DeFranceschi
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801
Email: madron@rlf.com
collins@rlf.com
defranceschi@rlf.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Boston, MA 02110-2131
Email: mnighan@nixonpeabody.com
rpedone@nixonpeabody.com
cfong@nixonpeabody.com

Daniel G. Egan, Esq.
Gregg M. Galardi, Esq,
Christian Reigstad, Esq.
Matthew McGinnis, Esq.
Katelyn Saner, Esq.
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036-8704
Email: daniel.egan@ropesgray.com
gregg.galardi@ropesgray.com
christian.reigstad@ropesgray.com
matthew.mcginnis@ropesgray.com
katelyn.saner@ropesgray.com

Dated:  July 26, 2018
            Wilmington, Delaware

Christopher P. Simon, Esq.
Cross & Simon, LLC
1105 North Market Street
Suite 901
Wilmington, DE 19801
Email: csimon@crosslaw.com

/s/Garvan F. McDaniel        __
Garvan F. McDaniel (DE #4167)
HOGAN♦McDANIEL
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
gfmcdaniel@dkhogan.com

         -and-

KASOWITZ BENSON TORRES LLP
David S. Rosner, Esq.
Andrew K. Glenn, Esq.
David J. Mark, Esq.
Andrew H. Elkin, Esq.
Gavin D. Schryver, Esq.
1633 Broadway
New York, New York 10019 `
Telephone:  (212) 506-1700
Facsimile: (212) 506-1800
Email: drosner@kasowitz.com
           aglenn@kasowitz.com
           dmark@kasowitz.com
           aelkin@kasowitz.com
           gschryver@kasowitz.com