**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | : | Chapter 11 |
|  | : |  |
|  | : | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., | : | (Jointly Administered) |
| *et al.*,[1] | : |  |
|  | : | **Re: D.I. 13295** |
| Debtors. | : |  |

**NOTICE OF STATUS CONFERENCE**

PLEASE TAKE NOTICE that the Court has scheduled a status conference regarding the section 503(b) fee claim review process for August 27, 2018, at 2:00 p.m. (ET).

Dated: July 26, 2018

**BENESCH, FRIEDLANDER,**
   **COPLAN & ARONOFF LLP**

 */s/ William M. Alleman, Jr.*
Jennifer R. Hoover, Esquire (No. 5111)
William M. Alleman, Jr., Esquire (No. 5449)
222 Delaware Ave., Suite 801
Wilmington, DE 19801
(302) 442-7010 (telephone)
(302) 442-7012 (facsimile)
jhoover@beneschlaw.com
walleman@beneschlaw.com

-and-

Katherine Stadler, Esquire (*admitted pro hac vice*)
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, Wisconsin 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

11388758