## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR *TELEPHONIC ONLY* HEARING ON AUGUST 1, 2018 STARTING AT 11:00 A.M. (EDT)[2]

> ### *APPEARANCES AT THE AUGUST 1, 2018 HEARING (INCLUDING OF DELAWARE COUNSEL) WERE TO BE TELEPHONE*

> ### *AS NO MATTERS REMAIN SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

## I.    INITIAL PRE-TRIAL CONFERENCE (EFH/EFIH ALLOCATION DISPUTE):

1.    Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13102; filed May 13, 2018]

Response/Objection Deadline:        May 29, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    The EFH/EFIH Official Committee's (I) Response to the Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute and (II) Preliminary Objection to the Joint Motion of UMB Bank, N.A., as Indenture Trustee,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The August 1, 2018 hearing was scheduled to be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 11:00 a.m. (EDT).

and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13146; filed May 29, 2018]

B.  Reservation of Rights of NextEra Energy, Inc. Regarding the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13147; filed May 29, 2018]

C.  EFH Indenture Trustee's (A) Response to Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute and (B) Preliminary Objection with Respect to the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13148; filed May 29, 2018]

D.  Response of the EFH Plan Administrator Board to the "Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors" [D.I. 13150; filed May 29, 2018]

E.  Statement and Preliminary Objection of Ad Hoc EFH Claimants to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13168; filed June 1, 2018]

F.  Limited Preliminary Statement of Kirkland and Ellis LLP as Debtors' Counsel in Response to the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13255; filed June 29, 2018]

Related Documents:

i.  Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018]

ii.  Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute [D.I. 13113; filed May 15, 2018]

iii.  Preliminary Reply of Deloitte & Touche LLP to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13142; filed May 29, 2018]

2

iv.  Preliminary Reply of Filsinger Energy Partners to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13143; filed May 29, 2018]

v.  Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018]

vi.  Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]" [D.I. 13145; filed May 29, 2018]

vii.  Notice of Filing of Proposed Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13152; filed May 29, 2018]

viii.  Preliminary Reply of Enoch Kever PLLC to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13153; filed May 29, 2018]

ix.  Preliminary Reply of Thompson & Knight LLP to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13154; filed May 29, 2018]

x.  Omnibus Reply of UMB Bank, N.A., as Indenture Trustee, and Elliott in Support of their Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13164; filed May 31, 2018]

xi.  Letter from Gregg M. Galardi to the Honorable Christopher S. Sontchi regarding EFH Plan Administrator Boards Proposed Participation in the Allocation Dispute [D.I. 13190; filed June 11, 2018]

xii.  Letter from Marc Kieselstein, P.C. to The Honorable Christopher S. Sontchi Following June 5, 2018 Hearing Concerning the EFH Plan Administrator Board's Requested Participation in the Allocation Litigation [D.I. 13191; filed June 11, 2018]

xiii.  Letter to The Honorable Christopher S. Sontchi from Richard C. Pedone, Esq. Regarding Allocation Dispute [D.I. 13192; filed June 11, 2018]

xiv.  Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain

3

Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13193; filed June 11, 2018] (the "Scheduling Order")

xv.   Notice of Rescheduled Date in Connection with Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13197; filed June 13, 2018]

xvi.   Order [D.I. 13221; filed June 19, 2018]

xvii.   Notice of Appeal [D.I. 13229; filed June 21, 2018]

xviii.   Appellants' Joint Statement of Issues and Designation of Items to be Included in the Record on Appeal from the June 19, 2018 Participation Order [D.I. 13238; filed June 22, 2018]

xix.   Opposition of the EFH Plan Administrator Board to Motion for Entry of Order Shortening Notice with Respect to Motion for Stay of Order Authorizing EFH Plan Administrator Board's Participation in the Allocation Dispute [D.I. 13240; filed June 25, 2018]

xx.   The EFH Indenture Trustee's Joinder to Opposition of the EFH Plan Administrator Board to Motion for Entry of Order Shortening Notice with Respect to Motion for Stay of Order Authorizing EFH Plan Administrator Board's Participation in the Allocation Dispute [D.I. 13242; filed June 25, 2018]

xxi.   The Appellee's Counter-Designation of Items to be Included on the Record on Appeal [D.I. 13261; filed July 6, 2018]

Status:   By agreement of the parties, and with permission from Chambers, the initial pre-trial conference with respect to the EFH/EFIH Allocation Dispute (as such term is defined in the Scheduling Order) is adjourned and will now take place *by telephone* on Monday, August 6, 2018 starting at 11:00 a.m. (EDT).

*[Remainder of page intentionally left blank]*

4

Dated: July 30, 2018
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:     (302) 651-7700
Facsimile:     (302) 651-7701
Email:     collins@rlf.com
     defranceschi@rlf.com
     madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:     edward.sassower@kirkland.com
     stephen.hessler@kirkland.com
     brian.schartz@kirkland.com
     aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:     james.sprayregen@kirkland.com
     marc.kieselstein@kirkland.com
     chad.husnick@kirkland.com
     steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

5