# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**VERIFIED AMENDED STATEMENT OF KASOWITZ BENSON TORRES LLP AND HOGAN ♦ MCDANIEL PURSUANT TO BANKRUPTCY RULE 2019**

Kasowitz Benson Torres LLP ("Kasowitz") and Hogan ♦ McDaniel ("HM") make the following amended statement (the "Amended Statement") pursuant to Rule 2019 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") in connection with the above-captioned jointly administered chapter 11 cases of Energy Future Holdings Corp. ("EFH") and its affiliated reorganized debtors (collectively, the "Debtors").

1. Kasowitz is a law firm that maintains its principal office at 1633 Broadway, New York, New York 10019 and has additional offices throughout the United States. HM is a law firm that maintains its principal office at 1311 Delaware Avenue, Wilmington, Delaware 19806.

2. On April 4, 2018, Kasowitz and HM filed the *Verified Statement of Kasowitz Benson Torres LLP and Hogan ♦ McDaniel Pursuant to Bankruptcy Rule 2019* [D.I. 12900] (the "Original Statement").

3. In March 2018, (a) Alta Fundamental Advisers LLC, (b) Angelo, Gordon & Co., L.P., (c) Apollo Management Holdings L.P., (d) Brookfield Asset Management Inc. ("Brookfield"), (e) Contrarian Capital Management, LLC ("Contrarian"), and (f) Farmstead

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. A complete list of Debtors and their respective tax identification numbers may be found at http://www.efhcaseinfo.com.

Capital Management, LLC, and certain of the foregoing entities' related funds (collectively, the "Ad Hoc EFH Claimants") engaged Kasowitz and HM in these cases.

4. Since filing the Original Statement, (i) Contrarian is no longer a member of the Ad Hoc EFH Claimants, and (ii) Brookfield advised counsel that its disclosable economic interests in TCEH Settlement Claims are $108,680,000 rather than $116,400,000.

5. Accordingly, in accordance with Bankruptcy Rule 2019, based upon information Ad Hoc EFH Claimants have provided to counsel, Exhibit A hereto lists the names, addresses and "the nature and amount of each disclosable economic interest" in EFH that Ad Hoc EFH Claimants hold or manage. The Ad Hoc EFH Claimants have advised counsel that they do not hold any disclosable economic interests in EFH beyond those set forth on Exhibit A.

6. Nothing in this Amended Statement (or Exhibit A hereto) is intended or should be construed to constitute (a) a waiver or release of any claims filed or to be filed against, or interests in, any of the above-captioned Debtors held by the Ad Hoc EFH Claimants, their affiliates, or any other entity, or (b) an admission with respect to any fact or legal theory. Nothing in this Amended Statement should be construed as a limitation upon, or waiver of, any rights of the Ad Hoc EFH Claimants to assert, file, and/or amend any proof of claim in accordance with applicable law and any orders entered in these jointly administered chapter 11 cases.

7. As of the date hereof, neither Kasowitz nor HM holds any claims against or interests in EFH or any of the other Debtors in these jointly administered chapter 11 cases.

8. Kasowitz and HM reserve the right to further revise, supplement, and/or amend this Amended Statement as need be, including but not limited to, if the disclosable economic

interests set forth herein change in any material respect or other EFH claimants join the Ad Hoc EFH Claimants.

Dated: July 31, 2018
       Wilmington, Delaware

                    HOGAN ♦ MCDANIEL

                    By: */s/ Garvan F. McDaniel*
                    Garvan F. McDaniel, Esq. (DE #4167)
                    1311 Delaware Avenue
                    Wilmington, Delaware 19806
                    Telephone: (302) 656-7540
                    Facsimile: (302) 656-7599
                    Email: gfmcdaniel@dkhogan.com

                          – and –

                    KASOWITZ BENSON TORRES LLP
                    David S. Rosner, Esq.
                    Andrew K. Glenn, Esq.
                    1633 Broadway
                    New York, New York 10019
                    Telephone: (212) 506-1700
                    Facsimile: (212) 506-1800
                    Email: drosner@kasowitz.com
                           aglenn@kasowitz.com

                    *Co-Counsel to the Ad Hoc EFH Claimants*

## Exhibit A

| Entity[1] | Address | Holdings |
|---|---|---|
| Alta Fundamental Advisers LLC | 777 3rd Avenue<br>19th Floor<br>New York, New York 10017 | $37,000,000 of TCEH Settlement Claims[2]<br><br>$431,000 of EFH Unexchanged Note Claims |
| Angelo, Gordon & Co., L.P. | 245 Park Avenue<br>26th Floor<br>New York, New York 10167 | $29,998,129 of TCEH Settlement Claims |
| Apollo Management Holdings L.P. | 9 West 57th Street<br>43rd Floor<br>New York, New York 10019 | $3,177,302,078 of TCEH First Lien Claims[3] |
| Brookfield Asset Management Inc. | Brookfield Place<br>181 Bay Street<br>Suite 300<br>Toronto, Ontario, Canada M5J 2T3 | $108,680,000 of TCEH Settlement Claims |
| Farmstead Capital Management, LLC | 7 North Broad Street<br>3rd Floor<br>Ridgewood, New Jersey 07450 | $99,629,698 of TCEH Settlement Claims |

---

[1] The listed entities hold the listed disclosable economic interests, or act as investment advisor or manager to funds and/or accounts or their respective subsidiaries or affiliates that hold the listed disclosable economic interests.

[2] The holders of TCEH Settlement Claims, including the TCEH Supporting First Lien Creditors, are entitled to participate in a Pro Rata share in certain recoveries from EFH. *Order Confirming the Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [D.I. 9421], Ex. A (the "Plan"), Art. III.B.12.

[3] Pursuant to the terms of the Plan and the Disclosure Statement, Apollo Management Holdings L.P. estimates that it holds approximately $87,000,000 of TCEH Settlement Claims, which are included within this figure. Plan, Art. III.B.12; *Third Amended Disclosure Statement for the Second Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al., Pursuant to Chapter 11 of the Bankruptcy Code as it Applies to the TCEH Debtors and EFH Shared Services Debtors* [D.I. 8747] (the "Disclosure Statement") at 36.