## **CERTIFICATE OF SERVICE**

I, Garvan F. McDaniel, hereby certify that on the 31th day of July, 2018, I caused a true and correct copy of the foregoing document to be served via CM/ECF.

/s/Garvan F. McDaniel
Garvan F. McDaniel, Esq. (#4167)
HOGAN♦McDANIEL