## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: <u>Energy Future Intermediate Holding Company LLC</u>    Bank: <u>Citibank, N.A.</u>

Bankruptcy Number: <u>14-11008</u>         Account Number: <u>xxxx2464-xxxxxxxx4768</u>

Date of Confirmation: <u>2/27/18</u>         Account Type: <u>Professional Fees Escrow - Checking</u>

Reporting Period (month/year): <u>Q2 2018 – 4/1/2018 - 6/30/2018</u>

|  |  |
|---|---|
| Beginning Cash Balance | $ 44,788,962.30 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 0.00 |
| Collection of Accounts Receivable: | $ 0.00 |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 |
| Sale of Debtor's Assets: | $ 0.00 |
| Capital Infusion pursuant to the Plan: | $ 0.00 |
| Total of cash received: | $ 0.00 |

Total of cash available:                    $ 44,788,962.30

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 2,931,976.66 |
| All other disbursements made in the ordinary course: | $ 0.00 |
| Total Disbursements | $ 2,931,976.66 |

Ending Cash Balance                    $ 41,856,985.64

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7/31/2018         Anthony R. Horton – Plan Administrator Board
Date              Name/Title   A R Horton

Debtor: <u>Energy Future Intermediate Holding Company LLC</u>
Case Number: <u>14-11008</u>

RLF1 3255743v.1

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: <u>Energy Future Holdings Corp.</u>   Bank: <u>Citibank, N.A.</u>

Bankruptcy Number: <u>14-10979</u>   Account Number: <u>xxxx2464-xxxxxxxx5768</u>

Date of Confirmation: <u>2/27/18</u>   Account Type: <u>Professional Fees Escrow - Checking</u>

Reporting Period (month/year): <u>Q2 2018 – 4/1/2018 - 6/30/2018</u>

| | | |
|---|---|---|
| Beginning Cash Balance | | $ 20,506,121.68 |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales (interest on cash balances): | $ 30,000.00 | |
| Collection of Accounts Receivable: | $ 0.00 | |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 | |
| Sale of Debtor's Assets: | $ 0.00 | |
| Capital Infusion pursuant to the Plan: | $ 0.00 | |
| Total of cash received: | $ 30,000.00 | |
| Total of cash available: | | $ 20,536,121.68 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0.00 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 2,589,471.87 | |
| All other disbursements made in the ordinary course: | $ 0.00 | |
| Total Disbursements | | $ 2,589,471.87 |
| Ending Cash Balance | | $ 17,946,649.81 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

<u>7/31/2018</u>   <u>Anthony R. Horton – Plan Administrator Board</u>
Date   Name/Title  *[signature]*

Debtor: <u>Energy Future Holdings Corp.</u>
Case Number: <u>14-10979</u>

RLF1 3255743v.1

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Energy Future Intermediate Holding Company LLC    Bank: Citibank, N.A.

Bankruptcy Number: 14-11008    Account Number: xxxx2464-xxxxxxxx9768

Date of Confirmation: 2/27/18    Account Type: Escrow - Checking

Reporting Period (month/year): Q2 2018 – 4/1/2018 - 6/30/2018

| | |
|---|---:|
| Beginning Cash Balance | $ 361,126,538.51 |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales (interest on cash balances): | $ 46,391.38 |
| Collection of Accounts Receivable: | $ 0.00 |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 |
| Sale of Debtor's Assets: | $ 0.00 |
| Capital Infusion pursuant to the Plan: | $ 0.00 |
| Total of cash received: | $ 46,391.38 |
| Total of cash available: | $ 361,172,929.89 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 250,325.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 698,581.47 |
| All other disbursements made in the ordinary course: | $ 12,273.95 |
| Total Disbursements | $ 961,180.42 |
| Ending Cash Balance | $ 360,211,749.47 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7/31/2018    Anthony R. Horton – Plan Administrator Board
Date         Name/Title    [signature]

Debtor: Energy Future Intermediate Holding Company LLC
Case Number: 14-11008

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Energy Future Holdings Corp.   Bank: Citibank, N.A.

Bankruptcy Number: 14-10979   Account Number: xxxx2464-xxxxxxxx0768

Date of Confirmation: 2/27/18   Account Type: Escrow - Checking

Reporting Period (month/year): Q2 2018 – 4/1/2018 - 6/30/2018

Beginning Cash Balance   $ 280,172,068.87

All receipts received by the debtor:

Cash Sales (interest on cash balances):   $ 23,548.66

Collection of Accounts Receivable (net in payables):   $ 437,481.81

Proceeds from Litigation (settlement or otherwise):   $ 0.00

Sale of Debtor's Assets:   $ 0.00

Capital Infusion pursuant to the Plan (transfer from EFIH escrow checking):   $ 1,620,000.00

Total of cash received:   $ 2,081,030.47

Total of cash available:   $ 282,253,099.34

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:   $ 72,228,015.47

Disbursements made pursuant to the administrative claims of bankruptcy professionals:   $ 594,719.92

All other disbursements made in the ordinary course:   $ 489,800.14

Total Disbursements   $ 73,312,535.53

Ending Cash Balance   $ 208,940,563.81

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

7/31/2018   Anthony R. Horton – Plan Administrator Board
Date   Name/Title

Debtor: Energy Future Holdings Corp.
Case Number: 14-10979

RLF1 3255743v.1