The Tremble Family
2010 Wineberry Drive
Katy, Texas 77450

July 24, 2018

FILED
2018 JUL 30 AM 9:29
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

HONORABLE JUDGE CHRISTOPHER S. SONTCHI
United States Bankruptcy Court
District of Delaware
824 North Market Street, 5th Floor
Wilmington, DE 19801

Reference: Energy Future Holdings Corp., et al
Case No. 14-10979 (CSS)

U.S. Bankruptcy Court for the District of Delaware

In re: Billie Murphy Tremble, Sharon Tremble Donaldson, Selia Tremble Shawkey,
    Wilmer Forrest Tremble, Jr.
    Claim Numbers: 37811, 37810, 37809, 37808

TO THE HONORABLE JUDGE SONTCHI,

Please allow this letter to serve as request for disbursement and compensation of funds owed to the Trembles.

The trustee appointed to oversee the plan administration trust of organized debtor Energy Future Holdings Corp. has the authority to make distributions from the trust, a Delaware bankruptcy judge ruled Monday, but the court reserved the right to determine if the trustee's decision were a reasonable exercise of that authority... Re: EFH Plan Trustee Can Decide Payments With Court Review -- Law360 (July 16, 2018, 10:08 PM EDT)

It is with great respect, admiration, and appreciation that we ask the HONORABLE JUDGE SONTCHI to grant immediate release of our funds. We thank you for your time and consideration.

Respectfully yours,

The Tremble Family

1