## **EXHIBIT B**

**August 1, 2018 Email from B. Stephany to C. Reigstad and M. McGinnis**

RLF1 19810784v.1

# Thompson, McClain

| | |
|---|---|
| **From:** | Stephany, Bryan M. |
| **Sent:** | Wednesday, August 1, 2018 4:40 PM |
| **To:** | Reigstad, Christian |
| **Cc:** | *Matthew.McGinnis@ropesgray.com |
| **Subject:** | RE: EFH - PAB 30(b)(6) |

Chris -- apologies for the delayed response, I've been in meetings all day and just now catching up on email.  Short answer is that we will be serving amended responses and objections that I think / hope will address your concerns.  We're working to get those out asap.  Feel free to call my cell if you have any questions or would like to discuss.  Thanks.

Bryan M. Stephany
-----------------------------------------------------------
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Washington, D.C. 20005
T +1 202 879 5998  M +1 607 227 1561
-----------------------------------------------------------
 <mailto:bryan.stephany@kirkland.com> bryan.stephany@kirkland.com

From: Reigstad, Christian <Christian.Reigstad@ropesgray.com>
Sent: Wednesday, August 1, 2018 10:27 AM
To: Stephany, Bryan M. <bstephany@kirkland.com>
Cc: *Matthew.McGinnis@ropesgray.com <Matthew.McGinnis@ropesgray.com>
Subject: EFH - PAB 30(b)(6)

Bryan:

As previewed on our call yesterday, we need to reach a resolution quickly on the PAB's objections in light of the fast-approaching pre-trial conference and deposition dates.  Accordingly, please let us know by 5pm ET today whether the PAB intends to stand on its objections to producing a witness in response to Topics 1-4, 8-11, and 13-17.  In the absence of a prompt satisfactory resolution we intend to seek relief from the Court.

Best,

Chris

1

Christian Reigstad
ROPES & GRAY LLP
T +1 212 596 9726
1211 Avenue of the Americas
New York, NY 10036-8704
 <mailto:Christian.Reigstad@ropesgray.com> Christian.Reigstad@ropesgray.com
 <https://urldefense.proofpoint.com/v2/url?u=http-
3A__www.ropesgray.com&d=DwMGaQ&c=d4QUMdAn6M0Mbv3jzCCgJ4TWUi-bKfYzDU5LNH0X26s&r=3-
XJ9vpg6BMMNEvqi9JCe6aMw-RQRZ9NXc494ol-AiI&m=YsQa59J9OkxVQhSyKRBejJuWL52deWNP-
pJVMPrZZpU&s=ZXBIxdEduroDy-6u_OdcTv6kiV3UGK4EHtPzdQiN0i4&e=> www.ropesgray.com


This message (including attachments) is privileged and confidential. If you are not the intended recipient, please delete it without further distribution and reply to the sender that you have received the message in error.