# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,[1]<br><br>*Debtors.* | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>) |

## CERTIFICATION OF COUNSEL REGARDING
## ORDER APPROVING JOINT STIPULATION

I, Erin R. Fay, co-counsel to UMB Bank, N.A., as Indenture Trustee for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott and UMB") respectfully certifies and states as follows regarding the attached *Order Approving Joint Stipulation* (the "Proposed Order"):

1. On July 16, 2018, Elliott and UMB served Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "Kirkland") with a deposition subpoena (the "Subpoena") related to the allocation matter pending before this Court.

2. On July 22, 2018, Kirkland served its responses and objections to the Subpoena. Thereafter, the parties met and conferred regarding the Subpoena. As a result of such discussions, the parties resolved certain of Kirkland's objections to the Subpoena by agreeing to limit certain topics for inquiry at the deposition and limiting certain testimony that may be offered at trial in the allocation matter.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{BAY:03332106v1}

3. Kirkland and Elliott and UMB memorialized their agreement in the *Joint Stipulation* attached to the Proposed Order (the "Stipulation"). All of the Parties (as defined in the Order at D.I. 13193) have reviewed and agreed to the Proposed Order and Stipulation.

Wherefore, Elliott and UMB respectfully request that the Court enter the Proposed Order approving the Stipulation at the Court's earliest convenience.

Wilmington, Delaware
Date: August 3, 2018

**BAYARD, P.A.**

*/s/ Erin R. Fay*_____
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
scousins@bayardlaw.com
efay@bayardlaw.com
emiller@bayardlaw.com

  –and–

**ROPES & GRAY LLP**
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile:  (212) 596-9090
Gregg.Galardi@ropesgray.com

*Counsel for Elliott and UMB Bank, N.A., as Trustee*