## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| *Debtors.* | (Jointly Administered) |

## ORDER APPROVING JOINT STIPULATION

Upon consideration of *Joint Stipulation* (the "Stipulation");[2] and the Court finding after due deliberation that good and sufficient cause exists for granting the relief requested in the Stipulation, therefore;

**IT IS HEREBY ORDERED THAT:**

1.       The Stipulation attached to this Order as Exhibit 1 is APPROVED.

2.       This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: _____, 2018
      Wilmington, Delaware

_____
The Honorable Christopher S. Sontchi
Chief United States Bankruptcy Judge

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to such terms in the Stipulation.

## Exhibit 1

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re | ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) |
| ENERGY FUTURE <br> HOLDINGS CORP., *et al.*,[1] | |
| *Debtors.* | |

## <u>JOINT STIPULATION</u>

WHEREAS, on May 13, 2018, Elliott Associates, L.P., Elliott International, L.P., the Liverpool Limited Partnership, and UMB Bank, N.A., as Indenture Trustee (collectively, "<u>Movants</u>") filed the *Joint Motion of UMB Bank, N.A., as Indenture Trustee and to Fix Appropriate Allocation of Certain Reserves and Expenses Between the EFH and EFIH Debtors* [D.I. 13102] (the "<u>Allocation Motion</u>");

WHEREAS, on June 11, 2018, the Court entered the *Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13193] (the "<u>Scheduling Order</u>") to govern the proceedings regarding the Allocation Motion, including all related discovery (the "<u>Allocation Schedule</u>");

WHEREAS, on July 16, 2018, pursuant to the Scheduling Order, Movants served Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "<u>Kirkland</u>") with a

---

[1]  The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

deposition notice pursuant to rule 30(b)(6) of the Federal Rules of Civil Procedure (the "Federal Rules");

WHEREAS, a three day trial on the Allocation Dispute is scheduled to commence before the Court on September 5, 2018 (the Allocation Dispute Hearing");

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel, subject to approval of the Court, that:

1. Kirkland, along with the Parties specified in the Scheduling Order (the "Participating Parties," and together and collectively with Kirkland, the "Stipulation Parties") hereby agree and stipulate that the Federal Rule 30(b)(6) deposition notice issued to Kirkland is deemed amended to no longer seek testimony on Topics 1, 11, 12, 13, 15, 16, 17, or 18 (the "Excluded Topics"), other than testimony regarding the allocation of professional fees incurred in connection with the Excluded Topics as set forth in Topics 5 and 9.

2. The Stipulation Parties further agree that no Kirkland witness will offer testimony at the Allocation Dispute Hearing scheduled to begin on September 5, 2018 with respect to the Excluded Topics, other than testimony regarding the allocation of Kirkland's professional fees incurred in connection with the Excluded Topics as set forth in Topics 5 and 9.

3. The Participating Parties reserve the right to (i) admit into evidence any statements made by Kirkland personnel in any prior proceedings in these chapter 11 cases, including but not limited to in support of any court orders, or in any pleadings, motions and related documents, deposition and hearing transcripts, and exhibits with respect to the Excluded Topics, *provided however* that the Participating Parties reserve the right to argue relevance of such evidence, specifically pursuant to Federal Rules of Evidence 401, 403, and 408; (ii) advance arguments regarding the Excluded Topics using such evidence; (iii) elicit testimony

from any witness other than a Kirkland witness concerning the Excluded Topics; and (iv) offer rebuttal testimony concerning the Excluded Topics, *provided, however*, that any Participating Party seeking to introduce rebuttal testimony from a Kirkland witness on the Excluded Topics must immediately notify all other Participating Parties of both its intent to do so as well as the substance of such rebuttal testimony, and make any such Kirkland witness providing such rebuttal testimony available for a deposition in advance of eliciting such testimony and that the Parties will make reasonable good faith efforts to ensure that rebuttal testimony will not delay the schedule, consistent with the Court's prior rulings on the Allocation Schedule, *and further provided* that the Participating Parties reserve any and all objections they may have to any such rebuttal testimony.

*[Signature Pages Continued]*

**BAYARD, P.A.**

/s/ Erin R. Fay_____
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395

  - and -

**ROPES & GRAY LLP**
Gregg M. Galardi
Matthew L. McGinnis (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile:  (212) 596-9090

*Counsel for Elliott and UMB Bank, N.A., as
Trustee*

**KIRKLAND & ELLIS LLP**

/s/ Bryan M. Stephany
Mark E. McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4800

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

*Counsel to Kirkland & Ellis LLP and Kirkland
& Ellis International LLP*

**RICHARDS, LAYTON & FINGER, P.A.**

/s/ Jason M. Madron_____
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

  -and -

**KIRKLAND & ELLIS LLP**
James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Mark E. McKane, P.C. (admitted *pro hac vice*)
Michael P. Esser (admitted *pro hac vice*)
Anna Terteryan (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400

Bryan M. Stephany (admitted *pro hac vice*)
655 Fifteenth Street, N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000

Aparna Yenamandra (admitted *pro hac vice*)
McClain Thompson (admitted *pro hac vice*)
601 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-4800

*Counsel to EFH Plan Administrator Board*

**KASOWITZ BENSON TORRES LLP**

*/s/ Andrew K. Glenn__*
David S. Rosner
Andrew K. Glenn
1633 Broadway
New York, New York 10019

- and -

**HOGAN MCDANIEL**
Garvan F. McDaniel, Esq.
1311 Delaware Avenue
Wilmington, Delaware 19806

*Counsel to the Ad Hoc EFH Claimants*

**CROSS & SIMON, LLC**

*/s/ Christopher P. Simon____*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801

- and -

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110

*Counsel to the EFH Indenture Trustee*