## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,[1]<br><br>*Debtors.* | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

### ORDER APPROVING JOINT STIPULATION

Upon consideration of *Joint Stipulation* (the "<u>Stipulation</u>");[2] and the Court finding after due deliberation that good and sufficient cause exists for granting the relief requested in the Stipulation, therefore;

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation attached to this Order as <u>Exhibit 1</u> is APPROVED.

2. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

Dated: August 6, 2018
Wilmington, Delaware

The Honorable Christopher S. Sontchi
Chief United States Bankruptcy Judge

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the meanings ascribed to such terms in the Stipulation.