**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Related D.I.  13193** |
| | ) |
| | ) |

**CERTIFICATION OF COUNSEL REGARDING AMENDED ORDER
SCHEDULING CERTAIN DATES AND DEADLINES AND ESTABLISHING
CERTAIN PROTOCOLS IN CONNECTION WITH THE JOINT MOTION OF
UMB BANK, N.A., AS INDENTURE TRUSTEE, AND ELLIOTT TO FIX
APPROPRIATE ALLOCATION OF CERTAIN RESERVES AND
EXPENSES AS BETWEEN THE EFH AND EFIH DEBTORS**

I, Erin R. Fay, co-counsel for UMB Bank, N.A., as Indenture Trustee (the "Trustee") for

the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P.,

Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott," and

together with the Trustee, the "Movants"), hereby certify and state as follows regarding the

*Amended Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in*

*Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix*

*Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH*

*Debtors* (the "Revised Scheduling Order") attached hereto as Exhibit A:

1.      On May 13, 2018, the Movants filed the *Joint Motion of UMB Bank, N.A. as*

*Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses*

*as Between the EFH and EFIH Debtors* [D.I. 13102] (the "Allocation Motion").

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{BAY:03334773v1}

2.      Following a hearing before this Court on June 5, 2018, the Court directed the parties to the allocation proceeding—(a) Elliott; (b) the Trustee; (c) the Ad Hoc EFH Claimants (as defined in D.I. 12900); (d) the EFH Indenture Trustee (as defined in D.I. 13148), and (e) the EFH Plan Administrator Board (collectively, the "Parties")—to prepare and submit a proposed scheduling order.

3.      Pursuant to the Court's direction, on June 8, 2018, the Parties submitted an agreed proposed scheduling order and on June 11, 2018, this Court entered the *Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols In Connection With the Joint Motion of UMB Bank NA as Indenture Trustee and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13193] (the "Initial Scheduling Order").

4.      On August 6, 2018, this Court held an initial pretrial conference in the allocation proceeding.  At the pretrial conference, certain revisions to the Initial Scheduling Order were discussed.  Following the initial pretrial, the Parties further discussed and have agreed upon the Revised Scheduling Order attached hereto as Exhibit A.

5.      A blackline comparing the Revised Scheduling Order against the Initial Scheduling Order is attached hereto as Exhibit B.

WHEREFORE, the Movants respectfully request that the Court enter the Revised Scheduling Order at its earliest convenience.

Date: August 8, 2018
      Wilmington, Delaware            BAYARD, P.A.

                                             */s/ Erin R. Fay*
                                             Scott D. Cousins (No. 3079)
                                             Erin R. Fay (No. 5268)
                                             Evan T. Miller (No. 5364)
                                             600 N. King Street, Suite 400
                                             Wilmington, DE 19801
                                             Telephone: (302) 655-5000
                                             Facsimile: (302) 658-6395
                                             scousins@bayardlaw.com
                                             efay@bayardlaw.com
                                             emiller@bayardlaw.com

                                             –and–

                                             ROPES & GRAY LLP
                                             Keith H. Wofford (admitted *pro hac vice*)
                                             Gregg M. Galardi
                                             1211 Avenue of the Americas
                                             New York, NY 10036-8704
                                             Telephone: (212) 596-9000
                                             Facsimile:  (212) 596-9090
                                             Keith.Wofford@ropesgray.com
                                             Gregg.Galardi@ropesgray.com

                                             *Counsel for UMB Bank, N.A., as Trustee,*
                                             *and Elliott*