# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Notice of Appeal* has been served upon all parties listed below via the court's CM/ECF electronic filing system and/or by placing a copy in the United States mail, first class, postage pre-paid and properly addressed on this 9th day of August, 2018.

                                          */s/ Erin R. Fay*
                                          Erin R. Fay

**U.S. DEPARTMENT OF JUSTICE**
**OFFICE OF THE U.S. TRUSTEE**
Richard L. Schepacarter
J. Caleb Boggs Federal Building
844 N. King Street, Room 2207, Lockbox 35
Wilmington, DE 19801

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
920 North King Street
Wilmington, DE 19801

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
601 Lexington Avenue
New York, NY 10022-4611

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
James H.M. Sprayregen, P.C.
Mark Kieselstein, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654

**BIELLI & KLAUDER, LLC**
David M. Klauder
Cory Stephenson
1204 N. King Street
Wilmington, DE 19801

**PROSKAUER ROSE LLP**
Mark K. Thomas
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602

**PROSKAUER ROSE LLP**
Michael A. Firestein
Peter J. Young
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067

**STEVENS & LEE, P.C.**
Joseph H. Huston, Jr.
919 North Market Street, Suite 1300
Wilmington, DE 19801

**JENNER & BLOCK**
Richard Levin
919 Third Avenue
New York, NY 10022

**JENNER & BLOCK**
Vincent E. Lazar
353 North Clark Street
Chicago, Illinois 60654

**WHITE & CASE LLP**
Thomas E. Lauria
Matthew C. Brown
Southeast Financial Center, Suite 4900
200 South Biscayne Boulevard
Miami, FL 33131

**WHITE & CASE LLP**
J. Christopher Shore
1221 Avenue of the Americas
New York, NY 10020

**HOGAN MCDANIEL**
Garvan F. McDaniel, Esq.
1311 Delaware Avenue
Wilmington, DE 19806

**KASOWITZ BENSON TORRES LLP**
David S. Rosner
Andrew K. Glenn
Gavin D. Schryver
David J. Mark
Andrew H. Elkin
1633 Broadway
New York, NY 10019

**FOX ROTHSCHILD LLP**
Jeffrey M. Schlerf
Carl D. Neff
919 North Market Street, Suite 300
Wilmington, DE 19801