# Notice Recipients

District/Off: 0311−1                     User: LeslieM                      Date Created: 8/10/2018
Case: 14−10979−CSS                   Form ID: van440                   Total: 4

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
aty          Andrea Beth Schwartz          U.S. Department of Justice – Office of the U.S. Trustee          U.S. Federal Office
             Building          201 Varick Street, Rm 1006          New York, NY 10065
aty          Daniel J. DeFranceschi          Richards, Layton & Finger          One Rodney Square, P.O. Box 551          Wilmington,
             DE 19899
aty          Linda J. Casey          Office of United States Trustee          844 King Street          Suite 2207          Wilmington, DE
             19801
aty          Richard L. Schepacarter          Office of the United States Trustee          U. S. Department of Justice          844 King
             Street, Suite 2207          Lockbox #35          Wilmington, DE 19801

                                                                                                                TOTAL: 4