UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:**                          BK       AP

If AP, related BK case number:

**Title of Order Appealed:**

**Docket #:**                    **Date Entered:**

Item Transmitted:

| | | |
|---|---|---|
| **Notice of Appeal** | Docket #: | Date Filed: |
| **Amended Notice of Appeal** | Docket #: | Date Filed: |
| **Cross Appeal** | Docket #: | Date Filed: |
| **Motion for Leave to Appeal** | Docket #: | Date Filed: |
| **Request for Certification of Direct Appeal** | Docket #: | Date Filed: |

**Appellant/Cross Appellant:**                                **Appellee/Cross Appellee**

**Counsel for Appellant/Cross Appellant:**                    **Counsel for Appellee/Cross Appellee:**

| | | |
|---|---|---|
| **Filing fee paid?** | Yes | No |
| **IFP application filed by applicant?** | Yes | No |
| **Have additional appeals of the same order been filed?** | Yes | No |
| ***If Yes, has District Court assigned a Civil Action Number?** | Yes | No |
| **Civil Action Number:** | | |

(continued on next page)

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:**                              **by:**_____
                                          **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:

| | |
|---|---|
| EFH Plan Administrator Board | **RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, Delaware 19801 |
| Ad Hoc EFH Claimants | **HOGAN MCDANIEL**<br>Garvan F. McDaniel, Esq. (No. 4167)<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806 |
| Former EFH Disinterested Directors (Donald L. Evans and Billie I. Williamson) | **BIELLI & KLAUDER, LLC**<br><br>David M. Klauder (No. 5769)<br>Cory P. Stephenson (No. 6097)<br>1204 North King Street<br>Wilmington, Delaware 19801 |
| EFIH Disinterested Manager (Charles H. Cremens) | **STEVENS & LEE, P.C.**<br>Joseph H. Huston, Jr. (No. 4035)<br>919 North Market Street, Suite 1300<br>Wilmington, Delaware 19801 |
| Sempra Energy | **FOX ROTHSCHILD LLP**<br>Jeffrey M. Schlerf (No. 3047)<br>Carl D. Neff (No. 4895)<br>919 North Market Street, Suite 300<br>Wilmington, Delaware 19801 |