**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) ) ) ) ) ) ) ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | | Case No. 14-10979 (CSS) |
| | | (Jointly Administered) |
| *Debtors*.[1] | | **Re: D.I. 13322** |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that UMB Bank, N.A., as Indenture Trustee (the "Trustee") for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott" and, together with the Trustee, the "Appellants"), hereby appeal to the United States District Court for the District of Delaware under 28 U.S.C. § 158(a)(1), and Fed. R. Bankr. P. 8002 and 8003 from the *Order Authorizing the EFH Plan Administrator Board to Reimburse the Fees and Expenses of Former Directors and Officers Solely in Connection with the EFH/EFIH Allocation Dispute* [D.I. 13322] entered on July 26, 2018 by the Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, attached hereto as **Exhibit A**, including without limitation, any and all order, judgments, decrees, decisions, rulings, and opinions that may be subsequently entered regarding or merged into such Order.

**PLEASE TAKE FURTHER NOTICE** that the names of all parties to the judgment,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

order, or decree from which the Appellants appeal, and the names, addresses, and telephone numbers of their attorneys are as follows:

|   | **Party** | **Attorney** |
|---|---|---|
| 1. | Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership | **BAYARD, P.A.**<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Evan T. Miller (No. 5364)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br><br>- and-<br><br>**ROPES & GRAY LLP**<br>Gregg M. Galardi<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>Telephone: (212) 596-9000 |
| 2. | UMB Bank, N.A. | **BAYARD, P.A.**<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>Evan T. Miller (No. 5364)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>Telephone: (302) 655-5000<br><br>- and-<br><br>**ROPES & GRAY LLP**<br>Gregg M. Galardi<br>1211 Avenue of the Americas<br>New York, New York 10036-8704<br>Telephone: (212) 596-9000 |
| 3. | EFH Plan Administrator Board | **RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700 |

|   |   |   |
|---|---|---|
|   |   | - and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler, P.C.<br>Brian E. Schartz, P.C.<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br><br>-and-<br><br>James H.M. Sprayregen, P.C.<br>Mark Kieselstein, P.C.<br>Chad J. Husnick, P.C.<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000 |
| 4. | Ad Hoc EFH Claimants | **HOGAN MCDANIEL**<br>Garvan F. McDaniel, Esq. (No. 4167)<br>1311 Delaware Avenue<br>Wilmington, Delaware 19806<br>Telephone: (302) 656-7540<br><br>- and-<br><br>**KASOWITZ BENSON TORRES LLP**<br>David S. Rosner<br>Andrew K. Glenn<br>Gavin D. Schryver<br>David J. Mark<br>Andrew H. Elkin<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700 |

| | | |
|---|---|---|
| 5. | Former EFH Disinterested Directors (Donald L. Evans and Billie I. Williamson) | **BIELLI & KLAUDER, LLC**<br>David M. Klauder (No. 5769)<br>Cory P. Stephenson (No. 6097)<br>1204 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 803-4600<br><br> - and-<br><br>**PROSKAUER ROSE LLP**<br>Michael A. Firestein<br>Peter J. Young<br>2049 Century Park East, 32nd Floor<br>Los Angeles, California 90067-3206<br>Telephone: (310) 284-5661<br><br> - and-<br><br>Mark. K. Thomas<br>Three First National Plaza<br>70 West Madison Street, Suite 3800<br>Chicago, Illinois 60602<br>Telephone: (312) 962-3550 |
| 6. | EFIH Disinterested Manager (Charles H. Cremens) | **STEVENS & LEE, P.C.**<br>Joseph H. Huston, Jr. (No. 4035)<br>919 North Market Street, Suite 1300<br>Wilmington, Delaware 19801<br>Telephone: (302) 425-3310<br><br> - and-<br><br>**JENNER & BLOCK, LLP**<br>Richard Levin<br>919 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 891-1600<br><br> - and-<br><br>Vincent E. Lazar<br>353 North Clark Street<br>Chicago, Illinois 60654<br>Telephone: (312) 222-9350 |

| 7. | Sempra Energy | **FOX ROTHSCHILD LLP**<br>Jeffrey M. Schlerf (No. 3047)<br>Carl D. Neff (No. 4895)<br>919 North Market Street, Suite 300<br>Wilmington, Delaware 19801<br>Telephone: (302) 654-7444<br><br> - and-<br><br>**WHITE & CASE LLP**<br>Thomas E. Lauria<br>Matthew C. Brown<br>Southeast Financial Center, Suite 4900<br>200 South Biscayne Boulevard<br>Miami, Florida 33131<br>Telephone: (305) 371-2700<br><br> - and-<br><br>J. Christopher Shore<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 819-8200 |

Dated: August 9, 2018
      Wilmington, Delaware

                         **BAYARD, P.A.**

                         */s/ Erin R. Fay*
                         Scott D. Cousins (No. 3079)
                         Erin R. Fay (No. 5268)
                         600 N. King Street, Suite 400
                         Wilmington, DE 19801
                         Telephone: (302) 655-5000
                         Facsimile: (302) 658-6395
                         scousins@bayardlaw.com
                         efay@bayardlaw.com

                         – and –

                         **ROPES & GRAY LLP**
                         Gregg M. Galardi
                         1211 Avenue of the Americas
                         New York, NY 10036-8704
                         Telephone:   (212) 596-9000
                         Facsimile:    (212) 596-9090
                         Gregg.Galardi@ropesgray.com

                         *Counsel for UMB Bank, N.A., as Trustee, and Elliott*