Case 14-10979-CSS Doc 13354 Filed 08/10/18 Page 1 of 1

IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Energy Future Holdings Corp. et al.

| | |
|---|---|
| Elliot Associates, L.P., et al | |
| Appellants, | Civil Action No. 18-1225 UNA |
| v. | |
| EFH Plan Administrator Board, et al | Bankruptcy Case No. 14-10979<br>BAP No. 18-40 |
| Appellees, | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 8/9/2018 was docketed in the District Court on 8/10/2018:

**Order Authorizing the EFH Plan Administrator Board to Reimburse the Fees and Expenses of Former Directors and Officers Solely in Connection with the EFH/EFIH Allocation Dispute**

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

                                        John A. Cerino
                                        Clerk of Court

Date: August 10, 2018
CC. U.S. Bankruptcy Court
      Counsel via CM/ECF