**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br>**Related to Docket No. 13007** |

**NOTICE OF FILING AMENDED FINAL FEE APPLICATION**

**PLEASE TAKE NOTICE THAT** Stevens & Lee, P.C. ("S&L") has today filed the attached *Amended Final Fee Application of Stevens & Lee, P.C., Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period from November 26, 2014 through March 9, 2018* (the "Amended Final Fee Application") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), requesting that the Court enter an order (a) awarding S&L final compensation for professional and paraprofessional services provided during the Fee Period in the amount of $526,545.50 and reimbursement of actual, reasonable and necessary expenses incurred in the Fee Period in the amount of $4,706.72; (b) authorizing and directing EFIH to remit payment to S&L for such fees and expenses; (c) authorizing and directing the payment of any amounts previously approved by the Court as to which payment has been withheld; and (d) granting such other relief as is appropriate under the circumstances.

The Amended Final Fee Application is being filed solely to correct a clerical error in the calculation of the final amount of compensation requested in 4 places in its Final Fee Application. As set forth at paragraph 31 of the Final Fee Application, after the Effective Date, S&L continued to render services in connection with filing its own fee applications and those of its fellow professionals for EFIH,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

and that "S&L has conservatively estimated the cost of those services to be $8,000.00, and is including a request for compensation for such services in this Final Fee Application." S&L neglected, however to add that amount to the total compensation requested and is filing this amendment solely to correct that oversight in the amounts stated in the Final Fee Application. A blackline of the affected pages is attached

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Amended Final Fee Application will be held on a date and time to be determined in October 2018 before the Honorable Christopher S. Sontchi, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware, 19801. Only those objections made in writing and timely filed and received in accordance with the Administrative Order will be considered by the Bankruptcy Court at such hearing.

Dated: August 10, 2018

**STEVENS & LEE, P.C.**

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
919 North Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone:     (302) 425-3310
Facsimile:      (610) 371-7972
Email:            jhh@stevenslee.com

*Independent Delaware Counsel for Energy Future Intermediate Holding Company LLC*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[2][1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**AMENDED SUMMARY COVER SHEET TO THE FINAL FEE APPLICATION OF OF STEVENS & LEE, P.C., SPECIAL COUNSEL FOR ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, FOR THE PERIOD NOVEMBER 26, 2014 THROUGH MARCH 9, 2018**

| | |
|---|---|
| Name of applicant: | Stevens & Lee, P.C. |
| Authorized to provide services to: | **Energy Future Intermediate Holding Company LLC**, Debtor and Debtor in Possession |
| Petition Date: | April 29, 2014 |
| Date of Retention [Docket No. 3278]: | January 13, 2015, *nunc pro tunc* to November 26, 2014 |
| Period for which compensation and reimbursement is sought in the Fee Application: | November 26, 2014 through March 9, 2018 |
| Amount of final compensation sought as actual, Reasonable, and Necessary for the Fee Period: | $~~521,295.50~~526,545.50[2] |

---

[2][1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] This amount includes $8,000 in estimated compensation for services rendered after the Effective Date related to the preparation, filing, and service of S&L's final fee application and those of its fellow

4

2676109.1

~~04/23/2018 SL1 1519441v1 109285.00006~~ SL1 1528712v1 109285.00006

| | |
|---|---|
| Amount of Expense Reimbursement Sought as Actual, Reasonable, and Necessary for the Fee Period: | $4,706.72 |
| Total Compensation and Expense Reimbursement Requested for the Fee Period: | $~~526,002.22~~531,252.22 |
| Blended rate in this application for all attorneys: | $474.00 |
| Blended rate in this application for all timekeepers: | $362.50 |

| Prior Interim Fee Applications and Adjustments: | | | | | |
|---|---|---|---|---|---|
| | | Requested | | Approved | |
| Date [Docket No.] | Interim Fee Period | Fees | Expenses | Fees | Expenses |
| 02/26/2015 [Dkt. 3664] | *First IFP* 11/26/14-12/31/2014 | 21,186.00 | 37.00 | 20,434.90 | 37.00 |
| 06/15/2015 [Dkt. 4758] | *Second IFP* 1/1/15 – 04/30/2015 | ~~53,968.00~~53,968.00[3] | 708.77 | 51,605.50 | 697.05 |
| 10/16/2015 [Dkt. 6502] | *Third IFP* 5/1/15 – 8/31/2015 | 57,185.50 | 825.09 | 53,973.00 | 801.90 |
| 02/15/2016 [Dkt. 7846] | *Fourth IFP* 9/1/15 – 12/31/2015 | 106,643.00 | 831.60 | $106,030.00 | 831.60 |
| 06/16/2016 [Dkt. 8744] | *Fifth IFP* 1/1/16 – 04/30/2016 | 28,127.50 | 463.15 | 27,879.00 | 463.15 |
| 10/20/2016 [Dkt. 9903] | *Sixth IFP* 5/1/16 – 08/31/2016 | 37,005.00 | 255.90 | 37,005.00 | 255.90 |
| 03/10/2017 [Dkt. 10988] | *Seventh IFP* 9/1/16 – 12/31/2016 | 39,389.50 | 112.54 | 36,837.50 | 112.54 |
| 07/18/2017 [Dkt. 11498] | *Eighth IFP* 1/1/17 – 04/30/2017 | 43,204.50 | 269.45 | $42,378.00 | 269.45 |
| 10/26/2017 [Dkt. 12117] | *Ninth IFP* 5/1/17 – 08/31/2017 | 68,404.50 | 723.66 | 68,404.50 | 723.66 |
| 03/14/2018 [Dkt. 12823] | *Tenth IFP* 9/1/17 – 12/31/2017 | 39,187.50 | 356.20 | 38,692.50 | 356.20 |
| 04/23/2018 [Dkt. 12988] | *Eleventh IFP* 1/1/18 – 3/9/2018 | 24,244.50 | 168.40 | *Pending* | *Pending* |
| TOTAL | | 518,545.00 | | $483,239.90 | 4548.45 |
| Total fees and expenses approved by interim orders to date: | | | | | |

---

professionals serving as independent advisors to debtor EFIH
[3] Voluntary reduction of $2,750 in February 2015

*Summary of Past Requests for Compensation and Prior Payments*

| | |
|---|---|
| Total Amount of Compensation Previously Requested Under the Interim Compensation Order to Date: | $521,295.50 |
| Total Amount of Expense Reimbursement Previously Requested Under the Interim Compensation Order to Date: | $4,706.72 |
| Total Compensation Approved Under the Interim Compensation Order to Date: | $483,239.90 |
| Total Amount of Expense Reimbursement Approved Under the Interim Compensation Order to Date: | $4,548.45 |
| Total Allowed Compensation Paid to Date: | $469,974.29 |
| Total Allowed Expenses Paid to Date: | $4,498.02 |
| Compensation Sought in this Application Already Paid Under the Interim Compensation Order But Not Yet Allowed: | $0.00 |
| Expenses Sought In This Application Already Paid Under the Interim Compensation Order But Not Yet Allowed: | $0.00 |

Dated: ~~April 23,~~ August 10, 2018    **STEVENS & LEE, P.C.**

*/s/ Joseph H. Huston, Jr.*
Joseph H. Huston, Jr. (No. 4035)
919 North Market Street, Suite 1300
Wilmington, Delaware 19801
Telephone:   (302) 425-3310
Facsimile:    (610) 371-7972
Email:          jhh@stevenslee.com

*Independent Counsel for Energy Future Intermediate Holding Company LLC*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**AMENDED FINAL FEE APPLICATION OF STEVENS & LEE, P.C. SPECIAL COUNSEL FOR ENERGY FUTURE INTERMEDIATE HOLDING COMPANY LLC, FOR THE PERIOD NOVEMBER 26, 2014 THROUGH MARCH 9, 2018**

Stevens & Lee, P.C. ("**S&L**"), special counsel to debtor and debtor in possession Energy Future Intermediate Holding Company LLC ("**EFIH**" or "**Debtor**"), submits this amended Final fee application ("**Final Fee Application**") for allowance of compensation for professional services provided in the amount of $~~521,295.50~~ 526,545.50[2] and reimbursement of actual and necessary expenses in the amount of $4,706.72 that S&L incurred for the period November 26, 2014 through March 9, 2018 (the "**Fee Period**"). In support of this Final Fee Application, S&L submits the declaration of Joseph Huston, in the practice leader and primary attorney for S&L, which is attached as **Exhibit A** and incorporated by this reference. In further support of this Final Fee Application, S&L respectfully states as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] This amount includes $8,000 in estimated compensation for services rendered after the Effective Date related to the preparation, filing, and service of S&L's final fee application and those of its fellow professionals serving as independent advisors to debtor EFIH