# UNITED STATES BANKRUPTCY COURT
## District of Delaware
### 824 Market Street, 3rd Floor
### Wilmington, DE 19801

**In Re:**                                                    **Case No.:** 14–10979–CSS

Energy Future Holdings Corp.

                                                             **Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.

*Una O'Boyle*
_____

Una O'Boyle, Clerk of Court

Date: 8/10/18
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                            Case No. 14-10979-CSS
Energy Future Holdings Corp.                                      Chapter 11
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1        User: LeslieM        Page 1 of 27        Date Rcvd: Aug 10, 2018
                           Form ID: van440       Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2018.
aty            +Andrea Beth Schwartz,    U.S. Department of Justice - Office of t,
                U.S. Federal Office Building,    201 Varick Street, Rm 1006,    New York, NY 10014-9449
aty            +Daniel J. DeFranceschi,    Richards, Layton & Finger,    One Rodney Square, P.O. Box 551,
                Wilmington, DE 19899-0551
aty            +Linda J. Casey,    Office of United States Trustee,    844 King Street,    Suite 2207,
                Wilmington, DE 19801-3519
aty            +Richard L. Schepacarter,    Office of the United States Trustee,    U. S. Department of Justice,
                844 King Street, Suite 2207,    Lockbox #35,    Wilmington, DE 19801-3519

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) is furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                        Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2018 at the address(es) listed below:
        Aaron C Baker    on behalf of Attorney    Godfrey & Kahn, S.C. acb@pgslaw.com
        Aaron C Baker    on behalf of Fee Examiner Richard  Gitlin acb@pgslaw.com
        Aaron H. Stulman    on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
        capacity as successor Indenture Trustee astulman@wtplaw.com,    clano@wtplaw.com
        Adam  Hiller    on behalf of Interested Party    MoreTech, Inc. ahiller@hillerarban.com
        Adam  Hiller    on behalf of Creditor    Buffalo Industrial Supply, Inc. ahiller@hillerarban.com
        Adam G. Landis    on behalf of Interested Party    Marathon Asset Management, LP landis@lrclaw.com,
        panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
        Adam G. Landis    on behalf of Interested Party    Alcoa Inc. landis@lrclaw.com,
        panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
        Adam G. Landis    on behalf of Creditor    NextEra Energy, Inc. and Next Era Energy Capital
        Holdings, Inc. landis@lrclaw.com,
        panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
        Adam G. Landis    on behalf of Creditor    NextEra Energy Resources, LLC landis@lrclaw.com,
        panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
        Adam Scott Moskowitz    on behalf of Creditor    ASM Capital IV, L.P. asmcapital@aol.com
        Albert Kass    on behalf of Claims Agent    Kurtzman Carson Consultants LLC
        ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
        Albert Kass    on behalf of Interested Party    Kurtzman Carson Consultants LLC
        ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
        Alessandra  Glorioso    on behalf of Creditor    U.S. Bank National Association
        glorioso.alessandra@dorsey.com
        Alexa  Kranzley    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
        of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance,
        Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
        Alison R. Ashmore    on behalf of Creditor    Bluebonnet Electric Cooperative, Inc.
        aashmore@dykema.com
        Allison R Axenrod    on behalf of Creditor    Claims Recovery Group LLC
        allison@claimsrecoveryllc.com,  allison@inforuptcy.com;notices@claimsrecoveryllc.com
        Amish R. Doshi    on behalf of Creditor    Oracle America, Inc. amish@doshilegal.com
        Amy  Baudler    on behalf of Creditor    Barr Engineering Co. amy@purduelaw.com,  kim@purduelaw.com
        Amy  Brown    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P., The
        Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners Limited
        Partnership brown@braunhagey.com,    levine@braunhagey.com

District/off: 0311-1        User: LeslieM              Page 2 of 27              Date Rcvd: Aug 10, 2018
                           Form ID: van440           Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Ana Chilingarishvili  on behalf of Creditor   U.S. Bank National Association
           ana.chilingarishvili@maslon.com
          Andrea Beth Schwartz  on behalf of U.S. Trustee   U.S. Trustee andrea.b.schwartz@usdoj.gov
          Andrea Stone Hartley  on behalf of Creditor   Siemens Energy, Inc. f/k/a Siemens Power
           Generation, Inc., and Siemens Demag Delaval Turbomachinery, Inc. andrea.hartley@akerman.com
          Andrew Dean   on behalf of Debtor   Energy Future Holdings Corp. rbgroup@rlf.com,
           ann-jerominski-2390@ecf.pacerpro.com
          Andrew Dietderich  on behalf of Creditor Committee   The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com
          Andrew Glenn Devore  on behalf of Interested Party   CSC Trust Company of Delaware, as successor
           indenture trustee and collateral trustee andrew.devore@ropesgray.com
          Andrew J. Ehrlich  on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
           aehrlich@paulweiss.com,  mao_fednational@paulweiss.com
          Andrew K Glenn  on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
           aglenn@kasowitz.com
          Andrew L Magaziner  on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien
           Creditors bankfilings@ycst.com
          Andrew R. Remming  on behalf of Interested Party   Kohlberg Kravis Roberts & Co. L.P., TPG
           Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
           rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
          Angela Ferrante  on behalf of Claims Agent   Garden City Group, LLC Pacerteam@choosegcg.com
          Angela Ferrante  on behalf of Other Prof.   Garden City Group, LLC Pacerteam@choosegcg.com
          Ann M Kashishian  on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
           amk@kashishianlaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian  on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
           Noteholders amk@kashishianlaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian  on behalf of Attorney   Chipman Brown Cicero & Cole, LLP amk@kashishianlaw.com,
           dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Anna Grace  on behalf of Creditor   UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
          Ari David Kunofsky  on behalf of Creditor   UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
           eastern.taxcivil@usdoj.gov
          Arlene Rene Alves  on behalf of Interested Party   Wilmington Trust, N.A. alves@sewkis.com
          Ashley F. Bartram  on behalf of Interested Party   Texas Commission on Environmental Quality
           ashley.bartram@oag.texas.gov
          Ashley F. Bartram  on behalf of Interested Party   Public Utility Commission of Texas
           ashley.bartram@oag.texas.gov
          Ashley F. Bartram  on behalf of Interested Party   Railroad Commission of Texas
           ashley.bartram@oag.texas.gov
          Ashley Robert Altschuler  on behalf of Defendant   Morgan Stanley Capital Group, Inc.
           ashley.altschuler@dlapiper.com,  ashley-altschuler-8647@ecf.pacerpro.com
          Ashley Robert Altschuler  on behalf of Interested Party   Morgan Stanley Capital Group, Inc.
           ashley.altschuler@dlapiper.com,  ashley-altschuler-8647@ecf.pacerpro.com
          Barry Kleiner  on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
           and The Liverpool Limited Partnership dkleiner@kkwc.com
          Barry G. Felder  on behalf of Interested Party   UMB BANK, N.A., as Trustee bgfelder@foley.com
          Barry G. Felder  on behalf of Creditor   UMB Bank, N.A. bgfelder@foley.com
          Barry G. Felder  on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
           bgfelder@foley.com
          Barry M. Klayman  on behalf of Interested Party   J Aron & Company bklayman@cozen.com
          Benjamin Finestone  on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
           benjaminfinestone@quinnemanuel.com
          Benjamin Finestone  on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
           benjaminfinestone@quinnemanuel.com
          Benjamin Finestone  on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
           benjaminfinestone@quinnemanuel.com
          Benjamin Stewart  on behalf of Creditor   Pinnacle Technical Resources, Inc.
           bstewart@baileybrauer.com,  eharper@baileybrauer.com
          Benjamin J. Schladweiler  on behalf of Creditor   Apollo Advisors VII, L.P.
           bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler  on behalf of Defendant   Brookfield Asset Management Private
           Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler  on behalf of Defendant   Angelo Gordon & Co., LP
           bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler  on behalf of Creditor   Brookfield Asset Management Private
           Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler  on behalf of Creditor   Angelo Gordon & Co., LP
           bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com

District/off: 0311-1          User: LeslieM          Page 3 of 27          Date Rcvd: Aug 10, 2018
                              Form ID: van440        Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Benjamin J. Schladweiler    on behalf of Defendant    Apollo Advisors VII, L.P.
          bschladweiler@ramllp.com,
          jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
          om;8289576420@filings.docketbird.com
          Bernard George Conaway    on behalf of Creditor    Doyenne Constructors, LLC bgc@conaway-legal.com
          Bernard Grover Johnson, III    on behalf of Creditor    Milam Appraisal District
          bjohnson@fisherboyd.com
          Bonnie R. Golub    on behalf of Creditor    Evercore Group LLC bgolub@weirpartners.com
          Bradley R. Aronstam    on behalf of Creditor    Apollo Advisors VII, L.P. baronstam@ramllp.com,
          hgibbons@ramllp.com jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
          om;5031916420@filings.docketbird.com
          Bradley R. Aronstam    on behalf of Other Prof.    Longhorn Capital GS L.P. baronstam@ramllp.com,
          hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
          om;5031916420@filings.docketbird.com
          Bradley R. Aronstam    on behalf of Defendant    Angelo Gordon & Co., LP baronstam@ramllp.com,
          hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
          om;5031916420@filings.docketbird.com
          Bradley R. Aronstam    on behalf of Interested Party    Titan Investment Holdings LP
          baronstam@ramllp.com,
          hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
          om;5031916420@filings.docketbird.com
          Bradley R. Aronstam    on behalf of Creditor    Brookfield Asset Management Private Institutional
          Capital Adviser (Canada), L.P. baronstam@ramllp.com,
          hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
          om;5031916420@filings.docketbird.com
          Bradley R. Aronstam    on behalf of Defendant    Brookfield Asset Management Private Institutional
          Capital Adviser (Canada), L.P. baronstam@ramllp.com,
          hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
          om;5031916420@filings.docketbird.com
          Bradley R. Aronstam    on behalf of Creditor    Angelo Gordon & Co., LP baronstam@ramllp.com,
          hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
          om;5031916420@filings.docketbird.com
          Bradley R. Aronstam    on behalf of Defendant    Apollo Advisors VII, L.P. baronstam@ramllp.com,
          hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
          om;5031916420@filings.docketbird.com
          Brett H. Miller    on behalf of Interested Party    The Official Committee of TCEH Unsecured
          Creditors BMiller@mofo.com, brett-miller-1388@ecf.pacerpro.com
          Brian Schartz    on behalf of Debtor    Energy Future Holdings Corp. bschartz@kirkland.com,
          george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com
          Brian Schartz    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
          bschartz@kirkland.com,
          george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com
          Brian Tong    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C. brian.tong@srz.com
          Brian E Farnan    on behalf of Interested Party    Forest Creek Wind Farm, LLC
          bfarnan@farnanlaw.com, tfarnan@farnanlaw.com
          Brian L. Arban    on behalf of Attorney Brian Arban barban@hillerarban.com
          Brian Lucian Kasprzak    on behalf of Interested Party    Fireman's Fund Insurance Company
          bkasprzak@moodklaw.com, mike@lscd.com
          Brian S. Hermann    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
          jadlerstein@paulweiss.com;bhermann@paulweiss.com;mtattnall@paulweiss.com;abernstein@paulweiss.com
          ;aehrlich@paulweiss.com;mturkel@paulweiss.com;mcolarossi@paulweiss.com;gkroup@paulweiss.com
          Brian W. Hockett    on behalf of Creditor    Accenture LLP bhockett@thompsoncoburn.com
          Bruce J. Ruzinsky    on behalf of Creditor    Milam Appraisal District bruzinsky@jw.com,
          mcavenaugh@jw.com
          Camille C. Bent    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
          CCB@stevenslee.com
          Carla O. Andres    on behalf of Interested Party    Fee Committee candres@gklaw.com,
          kboucher@gklaw.com
          Chad J. Husnick    on behalf of Debtor    Energy Future Holdings Corp. chusnick@kirkland.com
          Chad J. Husnick    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
          chusnick@kirkland.com
          Chantelle D'nae McClamb    on behalf of Interested Party    Simeio Solutions, Inc.
          mcclambc@ballardspahr.com
          Charles J. Brown    on behalf of Creditor    Anadarko Petroleum Corporation cbrown@gsbblaw.com,
          dabernathy@archerlaw.com
          Charles J. Brown    on behalf of Interested Party    Emerson Network Power Liebert Services
          cbrown@gsbblaw.com, dabernathy@archerlaw.com
          Chester B. Salomon    on behalf of Creditor    Securitas Security Services USA, Inc.
          csalomon@beckerglynn.com, mghose@beckerglynn.com;hhill@beckerglynn.com
          Christopher Fong    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
          cfong@nixonpeabody.com
          Christopher Fong    on behalf of Interested Party    American Stock Transfer & Trust Company, LLC
          cfong@nixonpeabody.com
          Christopher A. Ward    on behalf of Attorney    Morrison & Foerster LLP cward@polsinelli.com,
          LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Christopher A. Ward    on behalf of Attorney    Polsinelli PC cward@polsinelli.com,
          LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
           Christopher A. Ward   on behalf of Interested Party   The Official Committee of TCEH Unsecured
            Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
           Christopher A. Ward   on behalf of Financial Advisor   FTI Consulting, Inc. cward@polsinelli.com,
            LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
           Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of TCEH Unsecured
            Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
           Christopher B. Mosley   on behalf of Creditor   City of Fort Worth
            Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov
           Christopher L. Carter   on behalf of Creditor   Pacific Investment Management Co. LLC
            christopher.carter@morganlewis.com
           Christopher M Hayes   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
            Christopher.hayes@kirkland.com
           Christopher Michael De Lillo   on behalf of Debtor   Energy Future Holdings Corp. delillo@rlf.com,
            rbgroup@rlf.com
           Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company
            LLC csimon@crosslaw.com, smacdonald@crosslaw.com
           Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company,
            LLC csimon@crosslaw.com, smacdonald@crosslaw.com
           Christopher R. Belmonte   on behalf of Interested Party   Moody's Analytics, Inc.
            cbelmonte@ssbb.com, pbosswick@ssbb.com;managingclerk@ssbb.com,asnow@ssbb.com
           Clark T. Whitmore   on behalf of Creditor   U.S. Bank National Association
            clark.whitmore@maslon.com
           Colin R. Robinson   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
            crobinson@pszjlaw.com, efile1@pszjlaw.com
           Corby Davin Boldissar   on behalf of Interested Party   BP America Production Company
            dboldissar@lockelord.com
           Cory P. Stephenson   on behalf of Plaintiff   Energy Future Holdings Corp.
            cstephenson@bk-legal.com
           Curtis A Hehn   on behalf of Interested Party   Somervell County Central Appraisal District
            curtishehn@comcast.net
           D. Ross Martin   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
            indenture trustee and collateral trustee rmartin@ropesgray.com
           Daniel A. Fliman   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
            dfliman@kasowitz.com, Courtnotices@kasowitz.com
           Daniel A. O'Brien   on behalf of Creditor   Pacific Investment Management Co. LLC
            daobrien@venable.com
           Daniel A. O'Brien   on behalf of Interested Party   Pacific Investment Management Company LLC
            ("PIMCO") daobrien@venable.com
           Daniel B. Denny   on behalf of Interested Party   Berkshire Hathaway Energy Company
            ddenny@gibsondunn.com
           Daniel J. DeFranceschi   on behalf of Debtor   LSGT Gas Company LLC defranceschi@rlf.com,
            RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
           Daniel J. DeFranceschi   on behalf of Debtor   TXU SEM Company rbgroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   NCA Development Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   EECI, Inc. RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   TXU Retail Services Company rbgroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   Eagle Mountain Power Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   Luminant Generation Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   EFH Renewables Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Retail Company LLC rbgroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Trading California Company
            RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   Valley NG Power Company LLC rbgroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Solutions Company LLC rbgroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   Big Brown 3 Power Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   EFH Finance (No. 2) Holdings Company
            RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   Brighten Holdings LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   DeCordova Power Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   Lone Star Pipeline Company, Inc.
            defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
           Daniel J. DeFranceschi   on behalf of Debtor   Generation MT Company LLC defranceschi@rlf.com,
            RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
           Daniel J. DeFranceschi   on behalf of Debtor   Southwestern Electric Service Company, Inc.
            RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   Generation Development Company LLC
            defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
           Daniel J. DeFranceschi   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
            defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
           Daniel J. DeFranceschi   on behalf of Debtor   Martin Lake 4 Power Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Power Company LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   4Change Energy Holdings LLC RBGroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   Texas Energy Industries Company, Inc.
            rbgroup@rlf.com
           Daniel J. DeFranceschi   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC
            RBGroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Daniel J. DeFranceschi   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
              RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    NCA Resources Development Company LLC
              RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Mining Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Sandow Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Brighten Energy LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    EFH CG Management Company LLC defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    TXU Receivables Company rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    EFIH Finance Inc. defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    Generation SVC Company defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    EFH Corporate Services Company RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Big Brown Mining Company LLC
              RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    EFH CG Holdings Company LP defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    EFH FS Company Holdings RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Energy Future Intermediate Holding Company LLC
              defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    Monticello 4 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Big Brown Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Morgan Creek 7 Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Collin Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    4Change Energy Company RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Oak Grove Management Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Lake Creek 3 Power Company LLC
              defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    DeCordova II Power Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Power & Light Company, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Energy Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    EEC Holdings, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    EFH Australia (No. 2) Holdings Company
              RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Oak Grove Mining Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Utilities Electric Company, Inc.
              RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
              defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Renewables Company LLC
              defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Holding Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    TCEH Finance, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Valley Power Company LLC rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant Mineral Development Company LLC
              RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Big Brown Lignite Company LLC RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Luminant ET Services Company RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Energy Future Holdings Corp. defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    LSGT SACROC, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Lone Star Energy Company, Inc.
              defranceschi@rlf.com,   RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Daniel J. DeFranceschi   on behalf of Debtor    TXU Electric Company, Inc. rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Electric Service Company, Inc.
              rbgroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Dallas Power & Light Company, Inc. RBGroup@rlf.com
          Daniel J. DeFranceschi   on behalf of Debtor    Texas Utilities Company, Inc. RBGroup@rlf.com
          Daniel K. Astin   on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
              jmcmahon@ciardilaw.com
          Daniel K. Hogan   on behalf of Interested Party Harold  Bissell dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Michelle  Ziegelbaum dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Creditor John H. Jones dkhogan@dkhogan.com,  gdurstein@dkhogan.com,
              lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party  Brake Supply Company, Inc. dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party John H. Jones dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com

District/off: 0311-1          User: LeslieM              Page 6 of 27              Date Rcvd: Aug 10, 2018
                             Form ID: van440             Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Daniel K. Hogan   on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
           gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party   PI Law Firms dkhogan@dkhogan.com,
           gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Creditor David  Heinzmann dkhogan@dkhogan.com,
           gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Denis  Bergschneider dkhogan@dkhogan.com,
           gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party David  Heinzmann dkhogan@dkhogan.com,
           gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Shirley  Fenicle dkhogan@dkhogan.com,
           gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Kurt  Carlson dkhogan@dkhogan.com,
           gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Joe  Arabie dkhogan@dkhogan.com,
           gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Robert  Albini dkhogan@dkhogan.com,
           gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party Michael  Cunningham dkhogan@dkhogan.com,
           gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party   Shirley Fenicle, as Successor-In-Interest to
           the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com,  gdurstein@dkhogan.com,
           lparalegal@dkhogan.com
          Daniel K. Hogan   on behalf of Interested Party   The Richards Group, Inc. dkhogan@dkhogan.com,
           gdurstein@dkhogan.com,lparalegal@dkhogan.com
          Daniel S. Shamah   on behalf of Defendant   Apollo Advisors VII, L.P. dshamah@omm.com
          Daniel S. Shamah   on behalf of Creditor   Angelo Gordon & Co., LP dshamah@omm.com
          Daniel S. Shamah   on behalf of Defendant   Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. dshamah@omm.com
          Daniel S. Shamah   on behalf of Defendant   Angelo Gordon & Co., LP dshamah@omm.com
          Daniel S. Shamah   on behalf of Creditor   Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. dshamah@omm.com
          Daniel S. Shamah   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
           Administrative Agent dshamah@omm.com
          Daniel S. Shamah   on behalf of Creditor   Apollo Advisors VII, L.P. dshamah@omm.com
          Daniel S. Shamah   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as
           First Lien Administrative Agent dshamah@omm.com
          Daniel Stephen Smith   on behalf of Interested Party   United States on behalf of Environmental
           Protection Agency dan.smith2@usdoj.gov,  efile_ees.enrd@usdoj.gov
          Danielle M. Audette   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
           jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
          Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
           daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
          Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
           daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
          David  Neier   on behalf of Creditor   Chicago Bridge & Iron Company N.V. dneier@winston.com,
           dcunsolo@winston.com
          David  Neier   on behalf of Defendant   NextEra Energy, Inc. dneier@winston.com,
           dcunsolo@winston.com
          David  Neier   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital Holdings,
           Inc. dneier@winston.com,  dcunsolo@winston.com
          David B. Anthony   on behalf of Plaintiff   Avenue Capital Management II, LP
           danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
           danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   GSO Capital Partners LP danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
           danthony@bergerharris.com
          David B. Anthony   on behalf of Plaintiff   Third Avenue Management LLC danthony@bergerharris.com
          David Daniel Farrell   on behalf of Creditor   Martin Engineering Company
           dfarrell@thompsoncoburn.com
          David Edward Leta   on behalf of Creditor   Headwaters Resources, Inc. dleta@swlaw.com,
           wkalawaia@swlaw.com
          David G. Aelvoet   on behalf of Creditor   Ector CAD davida@publicans.com
          David M. Klauder   on behalf of Financial Advisor   SOLIC Capital Advisors, LLC
           dklauder@bk-legal.com
          David M. Klauder   on behalf of Plaintiff   Energy Future Holdings Corp. dklauder@bk-legal.com
          David M. Klauder   on behalf of Debtor   Energy Future Holdings Corp. dklauder@bk-legal.com
          David M. Klauder   on behalf of Interested Party   Former Disinterested Directors of Energy
           Future Holdings Corp. dklauder@bk-legal.com
          David N. Deaconson   on behalf of Creditor William Jeffrey Herbert deaconson@pakislaw.com
          David P. Primack   on behalf of Other Prof.   Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
           sshidner@mdmc-law.com;cbassano@mdmc-law.com
          David P. Primack   on behalf of Financial Advisor   Greenhill & Co., LLC dprimack@mdmc-law.com,
           sshidner@mdmc-law.com;cbassano@mdmc-law.com
          David P. Primack   on behalf of Interested Party   TCEH Debtors dprimack@mdmc-law.com,
           sshidner@mdmc-law.com;cbassano@mdmc-law.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              David P. Primack    on behalf of Interested Party    Energy Future Competitive Holdings Company LLC
               dprimack@mdmc-law.com,  sshidner@mdmc-law.com;cbassano@mdmc-law.com
              David P. Primack    on behalf of Interested Party    Texas Competitive Electric Holdings Company
               LLC dprimack@mdmc-law.com,  sshidner@mdmc-law.com;cbassano@mdmc-law.com
              David S. Rosner    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
               drosner@kasowitz.com,  courtnotices@kasowitz.com
              David W. Carickhoff    on behalf of Interested Party Allen   Shrode dcarickhoff@archerlaw.com,
               de20@ecfcbis.com
              Davis Lee Wright    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
               Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com,
               keith-mangan-mmwr-1628@ecf.pacerpro.com
              Dennis Dunne, Esq.    on behalf of Interested Party    CITIBANK, N.A. ddunne@millbank.com
              Dennis L. Jenkins    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
               indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
              Derek C. Abbott    on behalf of Interested Party    TPG Capital, L.P. dabbott@mnat.com,
               rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
              Derek C. Abbott    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
               L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
               rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
              Derek C. Abbott    on behalf of Interested Party    Texas Energy Future Holdings Limited
               Partnership dabbott@mnat.com,  rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
              Desiree M. Amador    on behalf of Creditor    Pension Benefit Guaranty Corporation
               amador.desiree@pbgc.gov,  efile@pbgc.gov
              Diane W. Sanders    on behalf of Creditor    Nueces County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Lee County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Walnut Springs ISD austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Robertson County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Limestone County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Falls County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Round Rock ISD austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    McLennan County austin.bankruptcy@publicans.com
              Diane W. Sanders    on behalf of Creditor    Franklin ISD austin.bankruptcy@publicans.com
              Donald K. Ludman    on behalf of Creditor    SAP Industries, Inc. dludman@brownconnery.com
              Duane David Werb    on behalf of Creditor    BWM Services, LP
               maustria@werbsullivan.com;riorii@werbsullivan.com
              Duane David Werb    on behalf of Creditor    The Kansas City Southern Railway Company
               maustria@werbsullivan.com;riorii@werbsullivan.com
              Eboney Cobb    on behalf of Creditor    Somervell County et al ecobb@pbfcm.com,
               rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
              Edward O. Sassower    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
               steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patri
               ck.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
              Edward O. Sassower    on behalf of Debtor    Energy Future Holdings Corp.
               steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patri
               ck.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
              Edwin Kevin Camson    camson@drumcapital.com
              Elihu Ezekiel Allinson, III    on behalf of Creditor    Henry Pratt Company, LLC
               ZAllinson@SHA-LLC.com,  ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
              Elizabeth Banda Calvo    on behalf of Creditor    Somervell County et al ebcalvo@pbfcm.com,
               ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Elizabeth Banda Calvo    on behalf of Creditor    Richardson ISD, Crowley ISD rgleason@pbfcm.com,
               ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
              Ellen Slights    on behalf of Creditor    United States/USAO usade.ecfbankruptcy@usdoj.gov
              Ellen M. Halstead    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
               ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
              Ellen M. Halstead    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
               ellen.halstead@cwt.com,  joshua.arnold@cwt.com;nyecfnotice@cwt.com
              Epiq Bankruptcy Solutions LLC    nmrodriguez@epiqsystems.com
              Eric Christopher Daucher    on behalf of Defendant    NextEra Energy, Inc.
               eric.daucher@nortonrosefulbright.com,
               howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonr
               osefulbright.com
              Eric Christopher Daucher    on behalf of Creditor    NextEra Energy Resources, LLC
               eric.daucher@nortonrosefulbright.com,
               howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonr
               osefulbright.com
              Erica J. Richards    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors erichards@mofo.com,  erica-richards-1053@ecf.pacerpro.com
              Erik Schneider    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
               eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
               bnassif@nixonpeabody.com,
              Erik Schneider    on behalf of Interested Party    American Stock Transfer & Trust Company, LLC
               eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
               bnassif@nixonpeabody.com,
              Erin A. West    on behalf of Interested Party    Fee Committee ewest@gklaw.com,
               kboucher@gklaw.com;mfuller@gklaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Erin R Fay    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P. and
      The Liverpool Limited Partnership efay@bayardlaw.com,    lmorton@bayardlaw.com
    Erin R Fay    on behalf of Plaintiff    Elliott Associates, L.P., Elliott International, L.P. and
      The Liverpool Limited Partnership efay@bayardlaw.com,    lmorton@bayardlaw.com
    Erin R Fay    on behalf of Creditor    UMB Bank, N.A. efay@bayardlaw.com, lmorton@bayardlaw.com
    Erin R Fay    on behalf of Interested Party    Ropes & Gray LLP efay@bayardlaw.com,
      lmorton@bayardlaw.com
    Erin R Fay    on behalf of Interested Party    Texas Energy Future Capital Holdings LLC, Texas
      Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
      Equity Interests in Energy Future Holdings Corp. efay@bayardlaw.com,    lmorton@bayardlaw.com
    Erin R Fay    on behalf of Interested Party    The Liverpool Limited Partnership efay@bayardlaw.com,
      lmorton@bayardlaw.com
    Erin R Fay    on behalf of Interested Party    Elliott Associates, L.P. efay@bayardlaw.com,
      lmorton@bayardlaw.com
    Erin R Fay    on behalf of Interested Party    Texas Energy Future Capital Holdings, LLC, Texas
      Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
      L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, efay@bayardlaw.com,
      lmorton@bayardlaw.com
    Erin R Fay    on behalf of Creditor    UMB Bank, N.A., as Indenture Trustee to the EFIH Senior
      Toggle Notes efay@bayardlaw.com,    lmorton@bayardlaw.com
    Erin R Fay    on behalf of Interested Party    Elliott International, L.P. efay@bayardlaw.com,
      lmorton@bayardlaw.com
    Erin R Fay    on behalf of Interested Party    UMB Bank, N.A., as Indenture Trustee
      efay@bayardlaw.com,    lmorton@bayardlaw.com
    Erin R Fay    on behalf of Interested Party Mary Ann  KIlgore efay@bayardlaw.com,
      lmorton@bayardlaw.com
    Erin R Fay    on behalf of Interested Party    Bayard, P.A. efay@bayardlaw.com,
      lmorton@bayardlaw.com
    Erin R Fay    on behalf of Interested Party    Interest Holders efay@bayardlaw.com,
      lmorton@bayardlaw.com
    Evan  Rassman    on behalf of Creditor    Sunrise Partners Limited Partnership
      evan.rassman@kutakrock.com
    Evan  Rassman    on behalf of Creditor    Knife River Corporation-South evan.rassman@kutakrock.com
    Evan R. Fleck    on behalf of Interested Party    CITIBANK, N.A. EFleck@milbank.com,
      jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;bzucco@milbank.com;mprice@milbank.com;a
      leblanc@milbank.com;nalmeida@milbank.com;jesseyoder@milbank.com;krookard@milbank.com;mprice@milba
      nk.com
    Evan T. Miller    on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
      Trustee under the TCEH 11.5% Senior Secured Notes emiller@bayardlaw.com,
      lmorton@bayardlaw.com
    Evan T. Miller    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
      and The Liverpool Limited Partnership emiller@bayardlaw.com,    lmorton@bayardlaw.com
    Frances  Gecker    on behalf of Interested Party    PI Law Firms fgecker@fgllp.com,
      csmith@fgllp.com
    Francis A. Monaco,  Jr.    on behalf of Interested Party    Fluor Corporation fmonaco@gsbblaw.com,
      frankmonacojr@gmail.com
    Francis A. Monaco,  Jr.    on behalf of Interested Party    American Equipment Company Inc.
      fmonaco@gsbblaw.com,    frankmonacojr@gmail.com
    Francis A. Monaco,  Jr.    on behalf of Interested Party    AMECO Inc. fmonaco@gsbblaw.com,
      frankmonacojr@gmail.com
    Francis A. Monaco,  Jr.    on behalf of Interested Party    Fluor Enterprises Inc.
      fmonaco@gsbblaw.com,    frankmonacojr@gmail.com
    Francis A. Monaco,  Jr.    on behalf of Interested Party    Fluor Global Services
      fmonaco@gsbblaw.com,    frankmonacojr@gmail.com
    Frederick Brian Rosner    on behalf of Interested Party    Mudrick Capital Management L.P.
      rosner@teamrosner.com
    Frederick Brian Rosner    on behalf of Creditor    Mudrick Capital Management, L.P.
      rosner@teamrosner.com
    G. Alexander Bongartz    on behalf of Interested Party    CSC Trust Company of Delaware, as
      Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
      alexbongartz@paulhastings.com
    Garden City Group, LLC    PACERTeam@gardencitygroup.com
    Garvan F. McDaniel    on behalf of Interested Party    Contrarian Capital Management, LLC
      gfmcdaniel@dkhogan.com,    gdurstein@dkhogan.com;lparalegal@dkhogan.com
    Garvan F. McDaniel    on behalf of Creditor    Ad Hoc EFH Claimants gfmcdaniel@dkhogan.com,
      gdurstein@dkhogan.com;lparalegal@dkhogan.com
    Garvan F. McDaniel    on behalf of Other Prof.    Kasowitz Benson Torres LLP gfmcdaniel@dkhogan.com,
      gdurstein@dkhogan.com;lparalegal@dkhogan.com
    Garvan F. McDaniel    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
      gfmcdaniel@dkhogan.com,    gdurstein@dkhogan.com;lparalegal@dkhogan.com
    Garvan F. McDaniel    on behalf of Interested Party    Caxton Associates LP gfmcdaniel@dkhogan.com,
      gdurstein@dkhogan.com;lparalegal@dkhogan.com
    Gary F. Seitz    on behalf of Attorney    Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
    George  Davis    on behalf of Defendant    Wilmington Trust, N.A., solely in its capacity as First
      Lien Administrative Agent gdavis@omm.com
    George  Davis    on behalf of Creditor    Apollo Global Management, LLC gdavis@omm.com
    George  Davis    on behalf of Defendant    Brookfield Asset Management Private Institutional
      Capital Adviser (Canada), L.P. gdavis@omm.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          George Davis   on behalf of Defendant   Apollo Advisors VII, L.P. gdavis@omm.com
          George Davis   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
           Administrative Agent gdavis@omm.com
          George Davis   on behalf of Defendant   Angelo Gordon & Co., LP gdavis@omm.com
          Gerrit M. Pronske   on behalf of Creditor   Pallas Realty Advisors, Inc. gpronske@pgkpc.com
          GianClaudio Finizio   on behalf of Interested Party   Delaware Trust Company as Successor
           Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
           bankserve@bayardlaw.com;lmorton@bayardlaw.com
          GianClaudio Finizio   on behalf of Interested Party   Delaware Trust Company, as TCEH First Lien
           Indenture Trustee gfinizio@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com
          GianClaudio Finizio   on behalf of Interested Party   Delaware Trust Company
           gfinizio@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com
          GianClaudio Finizio   on behalf of Interested Party   CSC Trust Company of Delaware, as
           Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
           bankserve@bayardlaw.com;lmorton@bayardlaw.com
          GianClaudio Finizio   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien
           Indenture Trustee gfinizio@bayardlaw.com, bankserve@bayardlaw.com;lmorton@bayardlaw.com
          Gilbert R. Saydah, Jr.   on behalf of Creditor   CSC Trust Company of Delaware, Proposed
           Successor Indenture Trustee gsaydah@kelleydrye.com
          Gregg M. Galardi   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
           and The Liverpool Limited Partnership gregg.galardi@ropesgray.com,
           William.McGee@ropesgray.com;nova.alindogan@ropesgray.com
          Gregory A. Taylor   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
           capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
          Gregory A. Taylor   on behalf of Interested Party   Ad Hoc Committee of TCEH Second Lien
           Noteholders gtaylor@ashby-geddes.com
          Gregory Joseph Flasser   on behalf of Interested Party   Elliott Associates, L.P.
           gflasser@bayardlaw.com, smacon@bayardlaw.com
          Gregory Joseph Flasser   on behalf of Interested Party   Elliott International, L.P.
           gflasser@bayardlaw.com, smacon@bayardlaw.com
          Gregory Joseph Flasser   on behalf of Interested Party   The Liverpool Limited Partnership
           gflasser@bayardlaw.com, smacon@bayardlaw.com
          Gregory M. Starner   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
           jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
           artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
           om
          Gregory M. Weinstein   on behalf of Creditor   Mario Sinacola & Sons Excavating, Inc.
           gweinstein@weinrad.com, wphillips@weinrad.com;jwitte@weinrad.com;landerson@weinrad.com
          Gregory Michael Starner   on behalf of Creditor   Law Debenture Trust Company of New York, in its
           capacity as Indenture Trustee gstarner@whitecase.com,
           jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
           artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
           om
          Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
           gstarner@whitecase.com,
           jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
           artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
           om
          Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
           gstarner@whitecase.com,
           jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
           artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
           om
          Gregory T. Donilon   on behalf of Creditor   Automatic Systems, Inc. gdonilon@pwujlaw.com
          Hal F. Morris   on behalf of Interested Party   Texas Commission on Environmental Quality
           hal.morris@oag.texas.gov
          Hal F. Morris   on behalf of Interested Party   Public Utility Commission of Texas
           hal.morris@oag.texas.gov
          Hal F. Morris   on behalf of Interested Party   Railroad Commission of Texas
           hal.morris@oag.texas.gov
          Helen Elizabeth Weller   on behalf of Creditor   Ector CAD dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Northwest ISD dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Northeast TX Comm Coll Dist
           dallas.bankruptcy@publicans.com, Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Angelina County dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Rusk County dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Brownsboro ISD dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Harris County dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Malakoff ISD dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller   on behalf of Creditor   Robertson County dallas.bankruptcy@publicans.com,
           Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Helen Elizabeth Weller   on behalf of Creditor    Fannin CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Walnut Springs ISD
              dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Clay county dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Lee County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Ellis County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    City of sulphur springs
              dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Fannin county dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Valley View ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Irving isd dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Sulphur Springs ISD
              dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Beckville isd dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Red River County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Archer County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    City of Coppell dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Morris CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Gainesville isd dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Franklin ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Limestone County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Slocum ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Fort Bend County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Stephenville ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Nueces County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Hopkins County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Cisco College dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Camp cad dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Montague county dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Lamar CAD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Rains County AD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Wise County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Coppell ISD dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Upshur County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Navarro County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    City of bonham dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Falls County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Franklin County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Rockwall Cad dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
           Helen Elizabeth Weller   on behalf of Creditor    Smith County dallas.bankruptcy@publicans.com,
              Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Helen Elizabeth Weller    on behalf of Creditor    Cherokee CAD dallas.bankruptcy@publicans.com,
                  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of carrollton
                  dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Kerens ISD dallas.bankruptcy@publicans.com,
                  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Red River CAD dallas.bankruptcy@publicans.com,
                  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of Stephenville
                  dallas.bankruptcy@publicans.com,   Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Hunt County dallas.bankruptcy@publicans.com,
                  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Van Zandt CAD dallas.bankruptcy@publicans.com,
                  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of malakoff dallas.bankruptcy@publicans.com,
                  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Hood CAD dallas.bankruptcy@publicans.com,
                  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    McLennan County dallas.bankruptcy@publicans.com,
                  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    City of Corinth dallas.bankruptcy@publicans.com,
                  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Cisco ISD dallas.bankruptcy@publicans.com,
                  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Round Rock ISD dallas.bankruptcy@publicans.com,
                  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Wise CAD dallas.bankruptcy@publicans.com,
                  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Cayuga isd dallas.bankruptcy@publicans.com,
                  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Grayson County dallas.bankruptcy@publicans.com,
                  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
                  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Helen Elizabeth Weller    on behalf of Creditor    Jack County dallas.bankruptcy@publicans.com,
                  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
          Howard A. Cohen    on behalf of Interested Party    CITIBANK, N.A. hcohen@gibbonslaw.com
          Howard R. Hawkins, Jr.    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
                  howard.hawkins@cwt.com,  nyecfnotice@cwt.com
          Howard R. Hawkins, Jr.    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
                  howard.hawkins@cwt.com,  nyecfnotice@cwt.com
          Humayun Khalid    on behalf of Interested Party    J. Aron & Company hkhalid@cgsh.com,
                  maofiling@cgsh.com
          Humayun Khalid    on behalf of Interested Party    J Aron & Company hkhalid@cgsh.com,
                  maofiling@cgsh.com
          J Jackson Shrum    on behalf of Creditor    BWM Services, LP jshrum@austriashrum.com
          J Jackson Shrum    on behalf of Creditor    The Kansas City Southern Railway Company
                  jshrum@austriashrum.com
          J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
                  under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                  otz.com
          J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
                  Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                  otz.com
          J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
                  indenture trustee and collateral trustee kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                  otz.com
          J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
                  Collateral Trustee, kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                  otz.com
          J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
                  Indenture Trustee kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                  otz.com
          J. Kate Stickles    on behalf of Other Prof.    Cole Schotz P.C. kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                  otz.com
          J. Kate Stickles    on behalf of Other Prof.    Delaware Trust Company, as First Lien Successor
                  Trustee and Collateral Trustee kstickles@coleschotz.com,
                  bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
                  otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          J. Kate Stickles    on behalf of Creditor    Delaware Trust Company, as successor indenture trustee
            and collateral trustee, kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com
          J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company kstickles@coleschotz.com,
            bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
            otz.com
          J. Noah Hagey    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.,
            The Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners
            Limited Partnership hagey@braunhagey.com,  tong@braunhagey.com;capehart@braunhagey.com
          Jacob A. Adlerstein    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
            Creditors jadlerstein@paulweiss.com
          James E. Huggett    on behalf of Creditor    URS Energy & Construction, Inc.
            jhuggett@margolisedelstein.com,  tyeager@margolisedelstein.com
          James E. Huggett    on behalf of Creditor    Oracle America, Inc. jhuggett@margolisedelstein.com,
            tyeager@margolisedelstein.com
          James Halstead Millar    on behalf of Interested Party    CSC Trust Company of Delaware, as
            successor indenture trustee and collateral trustee james.millar@dbr.com,
            Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
          James Michael Peck    on behalf of Interested Party    The Official Committee of TCEH Unsecured
            Creditors jpeck@mofo.com
          James Michael Peck    on behalf of Creditor Committee    The Official Committee of Unsecured
            Creditors jpeck@mofo.com
          James S. Carr    on behalf of Creditor    CSC Trust Company of Delaware, Proposed Successor
            Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          James S. Yoder    on behalf of Attorney    Salesforce.com, Inc. yoderj@whiteandwilliams.com
          Jamie Lynne Edmonson    on behalf of Creditor    Pacific Investment Management Co. LLC
            jledmonson@venable.com
          Jamie Lynne Edmonson    on behalf of Interested Party    Pacific Investment Management Company LLC
            ("PIMCO") jledmonson@venable.com
          Jarrett Vine    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
            jvine@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Jarrett Vine    on behalf of Interested Party    The Official Committee of TCEH Unsecured
            Creditors jvine@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Jason A. Gibson    on behalf of Interested Party    Mudrick Capital Management L.P.
            gibson@teamrosner.com
          Jason A. Starks    on behalf of Creditor    Texas Office of Public Utility Counsel
            bk-jstarks@oag.texas.gov,  sherri.simpson@oag.texas.gov
          Jason D. Curry    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
            sybil.aytch@quarles.com
          Jason M. Liberi    on behalf of Interested Party    Texas Transmission Investment LLC
            jason.liberi@skadden.com,
            christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Liberi    on behalf of Defendant    Texas Transmission Investment LLC
            jason.liberi@skadden.com,
            christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Madron    on behalf of Debtor    EFIH Finance Inc. madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    4Change Energy Holdings LLC madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Texas Utilities Electric Company, Inc. madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    DeCordova II Power Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Valley Power Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    EFH FS Holdings Company madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Luminant Energy Trading California Company madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Luminant ET Services Company madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron    on behalf of Attorney    Kirkland & Ellis LLP madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron    on behalf of Defendant    EFH Finance (No. 2) Holdings Company madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Luminant Big Brown Mining Company LLC madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Generation SVC Company madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Defendant    EECI, Inc. madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    EFH Finance (No. 2) Holdings Company madron@rlf.com,
            rbgroup@rlf.com
          Jason M. Madron    on behalf of Defendant    EFH Australia (No. 2) Holdings Company madron@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    DeCordova Power Company LLC madron@rlf.com,
            rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jason M. Madron   on behalf of Debtor   Texas Power & Light Company, Inc. madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   TCEH Finance, Inc. madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Luminant Generation Company LLC madron@rlf.com,
             rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Energy Future Holdings Corp. madron@rlf.com,
             rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Generation MT Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   TXU Electric Company, Inc. madron@rlf.com,
             rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   TXU Energy Receivables Company LLC madron@rlf.com,
             rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Oak Grove Management Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Southwestern Electric Service Company, Inc.
             madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Texas Energy Industries Company, Inc. madron@rlf.com,
             rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Oak Grove Mining Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
             madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   EFH CG Management Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Oak Grove Power Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Collin Power Company LLC madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   EFH Corporate Services Company madron@rlf.com,
             rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Valley NG Power Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
             madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   EECI, Inc. madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant   LSGT Gas Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Defendant   TXU Receivables Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Eagle Mountain Power Company LLC madron@rlf.com,
             rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Dallas Power & Light Company, Inc. madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   LSGT SACROC, Inc. madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Martin Lake 4 Power Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Luminant Holding Company LLC madron@rlf.com,
             rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant   Generation Development Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   LSGT Gas Company LLC madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Texas Utilities Company, Inc. madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Interested Party   Energy Future Holdings Corp. madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Attorney   Richards, Layton & Finger, P.A. madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Luminant Mineral Development Company LLC madron@rlf.com,
             rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant   EEC Holdings, Inc. madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Lone Star Pipeline Company, Inc. madron@rlf.com,
             rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   NCA Development Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Plaintiff   EFIH Finance Inc. madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Sandow Power Company LLC madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Defendant   NCA Development Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   Luminant Renewables Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron   on behalf of Debtor   4Change Energy Company madron@rlf.com,  rbgroup@rlf.com
          Jason M. Madron   on behalf of Debtor   Morgan Creek 7 Power Company LLC madron@rlf.com,
             rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Jason M. Madron    on behalf of Debtor    Luminant Energy Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Big Brown Power Company LLC madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Brighten Energy LLC madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Big Brown Lignite Company LLC madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    TXU Energy Solutions Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    NCA Resources Development Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Generation Development Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Lone Star Energy Company, Inc. madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Defendant    EFH FS Holdings Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Monticello 4 Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
              madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    EFH Australia (No. 2) Holdings Company madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    TXU SEM Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    EFH CG Holdings Company LP madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    EFH Renewables Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Defendant    LSGT SACROC, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Defendant    EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Tradinghouse Power Company LLC madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Lake Creek 3 Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    TXU Energy Retail Company LLC madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Defendant    EBASCO Services of Canada Limited madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Texas Electric Service Company, Inc. madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    EEC Holdings, Inc. madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
              madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Defendant    Energy Future Holdings Corp. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Plan Administrator    EFH Plan Administrator Board madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Other Prof.    KPMG LLP madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    TXU Retail Services Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
              madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Big Brown 3 Power Company LLC madron@rlf.com,
              rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    Luminant Mining Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Plaintiff    Energy Future Holdings Corp. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Defendant    EFH Renewables Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Brighten Holdings LLC madron@rlf.com,   rbgroup@rlf.com
          Jason M. Madron    on behalf of Debtor    TXU Receivables Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jeffrey C. Wisler    on behalf of Creditor    Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
              Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
              Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
          Jeffrey C. Wisler    on behalf of Creditor    Cloud Peak Energy Resources LLC
              jwisler@connollygallagher.com
          Jeffrey C. Wisler    on behalf of Creditor    Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
              Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
              Seidlets jwisler@connollygallagher.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Jeffrey M Gorris    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.,
         The Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners
         Limited Partnership jspeakman@friedlandergorris.com,
         jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
Jeffrey M. Schlerf    on behalf of Intervenor    Ovation Acquisition I, L.L.C.
         jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
Jeffrey M. Schlerf    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
         jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
Jeffrey M. Schlerf    on behalf of Interested Party    Sempra Energy jschlerf@foxrothschild.com,
         idensmore@foxrothschild.com
Jeffrey M. Schlerf    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
         jschlerf@foxrothschild.com,  idensmore@foxrothschild.com
Jeffrey M. Schlerf    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
         jschlerf@foxrothschild.com
Jeffrey R. Fine    on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
         jfine@dykema.com,  jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
Jeffrey R. Fine    on behalf of Creditor    Bluebonnet Electric Cooperative, Inc. jfine@dykema.com,
         jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
Jeffrey S. Sabin    on behalf of Creditor    Pacific Investment Management Co. LLC
         JSSabin@Venable.com
Jeffrey S. Sabin    on behalf of Interested Party    Pacific Investment Management Company LLC
         ("PIMCO") JSSabin@Venable.com
Jennifer Marines    on behalf of Creditor Committee    The Official Committee of Unsecured
         Creditors JMarines@mofo.com
Jennifer R Sharret    on behalf of Interested Party    Computershare Trust Company, N.A., and
         Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
         Secured Second Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com,
         corporate-reorg-1449@ecf.pacerpro.com;MWasson@kramerlevin.com
Jennifer R. Hoover    on behalf of Creditor    Michelin North America Inc. jhoover@beneschlaw.com,
         docket@beneschlaw.com;lmolinaro@beneschlaw.com
Jennifer R. Hoover    on behalf of Attorney    Benesch, Friedlander, Coplan & Aronoff, LLP
         jhoover@beneschlaw.com,  docket@beneschlaw.com;lmolinaro@beneschlaw.com
Jennifer R. Hoover    on behalf of Interested Party    Fee Committee jhoover@beneschlaw.com,
         docket@beneschlaw.com;lmolinaro@beneschlaw.com
Jennifer V. Doran    on behalf of Creditor    Invensys Systems, Inc. jdoran@hinckleyallen.com,
         calirm@haslaw.com;kabarrett@hinckleyallen.com
Joanna Flynn Newdeck    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
         jnewdeck@akingump.com,  ddunn@akingump.com
Joanna Flynn Newdeck    on behalf of Interested Party    UMB BANK, N.A., as Trustee
         jnewdeck@akingump.com,  ddunn@akingump.com
John A. Morris    on behalf of Interested Party    Computershare Trust Company, N.A., and
         Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
         Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
John D. Demmy    on behalf of Creditor    Rexel, Inc. john.demmy@saul.com,  robyn.warren@saul.com
John D. Demmy    on behalf of Creditor    City of Dallas, Texas john.demmy@saul.com,
         robyn.warren@saul.com
John D. Demmy    on behalf of Creditor    AEP Texas Central Company d/b/a American Electric Power
         Company and AEP Texas North Company d/b/a American Electric Power Company john.demmy@saul.com,
         robyn.warren@saul.com
John G. Harris    on behalf of Plaintiff    Avenue Capital Management II, LP
         jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris    on behalf of Plaintiff    York Capital Management Global Advisors, LLC
         jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris    on behalf of Plaintiff    P. Schoenfeld Asset Management LP
         jharris@bergerharris.com,  mnicholls@bergerharris.com
John G. Harris    on behalf of Plaintiff    Third Avenue Management LLC jharris@bergerharris.com,
         mnicholls@bergerharris.com
John G. Harris    on behalf of Plaintiff    GSO Capital Partners LP jharris@bergerharris.com,
         mnicholls@bergerharris.com
John H. Strock    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
         jstrock@foxrothschild.com,  dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
John M. Seaman    on behalf of Interested Party    Goldman Sachs & Co. and certain affiliates
         seaman@abramsbayliss.com,  farro@abramsbayliss.com;matthews@abramsbayliss.com
John Mark Stern    on behalf of Creditor    Texas Comptroller of Public Accounts
         john.stern@oag.texas.gov,  bk-mbecker@oag.texas.gov
John P. Dillman    on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com
John P. Dillman    on behalf of Creditor    Fort Bend County houston_bankruptcy@publicans.com
John P. Dillman    on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
John R. Ashmead    on behalf of Interested Party    Wilmington Trust, N.A. ashmead@sewkis.com
Johnna Darby    on behalf of Interested Party    Steag Energy Services, Inc.
         jdarby@foxrothschild.com,  idensmore@foxrothschild.com
Jon M. Chatalian    on behalf of Creditor    Pension Benefit Guaranty Corporation
         chatalian.jon@pbgc.gov,  efile@pbgc.gov
Jonathan L. Howell    on behalf of Creditor    Red Ball Oxygen Company jhowell@gpm-law.com
Joseph  Grey    on behalf of Interested Party    American Stock Transfer & Trust Company LLC
         jgrey@crosslaw.com,  smacdonald@crosslaw.com
Joseph Charles Barsalona II    on behalf of Debtor    Energy Future Holdings Corp.
         barsalona@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Joseph Charles Barsalona II   on behalf of Plaintiff   Energy Future Holdings Corp.
          barsalona@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Joseph D. Frank   on behalf of Interested Party   PI Law Firms jfrank@fgllp.com,
          mmatlock@fgllp.com;csmith@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Frank   on behalf of Creditor   Experian Information Solutions, Inc. jfrank@fgllp.com,
          mmatlock@fgllp.com;csmith@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Frank   on behalf of Creditor   Experian Marketing Solutions, Inc. jfrank@fgllp.com,
          mmatlock@fgllp.com;csmith@fgllp.com;Larry.Thomas@westernunion.com
          Joseph D. Wright   on behalf of Interested Party   Alcoa Inc. wright@lrclaw.com,
          dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright   on behalf of Defendant   NextEra Energy, Inc. wright@lrclaw.com,
          dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
          Holdings, Inc. wright@lrclaw.com,
          dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright   on behalf of Interested Party   NextEra Energy, Inc. wright@lrclaw.com,
          dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
          LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,
          dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph D. Wright   on behalf of Creditor   NextEra Energy, Inc. wright@lrclaw.com,
          dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
          Joseph H. Huston, Jr.   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity
          as First Lien Administrative Agent jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Creditor   Oaktree Capital Management, L.P.
          jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Creditor   Angelo Gordon & Co., LP jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Creditor   Apollo Management HoldingsLP jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Interested Party   Charles H. Cremens. jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company
          LLC jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Debtor   Energy Future Holdings Corp. jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
          Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
          Joseph H. Huston, Jr.   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First
          Lien Administrative Agent jhh@stevenslee.com
          Joseph J. McMahon, Jr.   on behalf of Creditor   Red Ball Oxygen Company jmcmahon@ciardilaw.com,
          mflores@ciardilaw.com
          Joseph J. McMahon, Jr.   on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC
          jmcmahon@ciardilaw.com,  mflores@ciardilaw.com
          Joshua K. Brody   on behalf of Defendant   Computershare Trust Company of Canada
          jbrody@kramerlevin.com,
          adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
          .pacerpro.com
          Joshua K. Brody   on behalf of Defendant   Computershare Trust Company, N.A.
          jbrody@kramerlevin.com,
          adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
          .pacerpro.com
          Joshua K. Brody   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
          Objectors jbrody@kramerlevin.com,
          adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
          .pacerpro.com
          Joshua K. Brody   on behalf of Interested Party   Computershare Trust Company, N.A., and
          Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
          Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
          adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
          .pacerpro.com
          Joshua Powers Searcy   on behalf of Creditor   D. Courtney Construction, Inc.
          joshsearcy@jrsearcylaw.com
          Joshua Y. Sturm   on behalf of Creditor   Delaware Trust Company, as successor indenture trustee
          and collateral trustee, joshua.strum@ropesgray.com
          Julia B. Klein   on behalf of Creditor   Mudrick Capital Management, L.P. klein@teamrosner.com
          Julia Bettina Klein   on behalf of Interested Party   Mudrick Capital Management L.P.
          klein@kleinllc.com
          Justin Cory Falgowski   on behalf of Creditor   Texas Big Spring, LP jfalgowski@burr.com
          Justin K. Edelson   on behalf of Interested Party   The Official Committee of TCEH Unsecured
          Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Justin K. Edelson   on behalf of Financial Advisor   FTI Consulting, Inc. jedelson@polsinelli.com,
          LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Karen Beth Shaer   on behalf of Other Prof.   Garden City Group, LLC PACERTeam@gardencitygroup.com
          Karen C. Bifferato   on behalf of Interested Party   Pacific Investment Management Company LLC
          ("PIMCO") kbifferato@connollygallagher.com
          Katharine L. Mayer   on behalf of Interested Party   Aetna Inc. kmayer@mccarter.com
          Katharine L. Mayer   on behalf of Interested Party   Aetna Life Insurance Company
          kmayer@mccarter.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Katherine  Stadler    on behalf of Interested Party    Fee Committee kstadler@gklaw.com,
    kboucher@gklaw.com

Kathleen A. Murphy    on behalf of Creditor    CATERPILLAR FINANCIAL SERVICES CORP.
    kathleen.murphy@bipc.com,  annette.dye@bipc.com

Kathleen M. Miller    on behalf of Creditor    Airgas USA, LLC kmiller@skjlaw.com,  llb@skjlaw.com

Kathleen M. Miller    on behalf of Creditor    Valero Texas Power Marketing, Inc.
    kmiller@skjlaw.com,  llb@skjlaw.com

Kay Diebel Brock    on behalf of Creditor    Travis County bkecf@co.travis.tx.us

Keith Howard Wofford    on behalf of Creditor    Elliott Associates, L.P., Elliott International,
    L.P. and The Liverpool Limited Partnership keith.wofford@ropesgray.com,
    keith.wofford@ropesgray.com

Keith Howard Wofford    on behalf of Interested Party    CSC Trust Company of Delaware, as
    successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
    keith.wofford@ropesgray.com

Kerry L. Haliburton    on behalf of Creditor    Buffalo Industrial Supply, Inc.
    raquel@namanhowell.com;karen@namanhowell.com;belinda@namanhowell.com

Kevin C. Driscoll, Jr.    on behalf of Creditor    GATX Corporation Kevin.Driscoll@btlaw.com,
    donna.dotts@btlaw.com

Kevin G. Collins    on behalf of Creditor    GATX Corporation kevin.collins@btlaw.com,
    pgroff@btlaw.com;Kathy.lytle@btlaw.com

Kevin J. Mangan    on behalf of Interested Party    American Equipment Company Inc.
    kevin.mangan@wbd-us.com,  Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com

Kevin J. Mangan    on behalf of Interested Party    AMECO Inc. kevin.mangan@wbd-us.com,
    Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com

Kevin J. Mangan    on behalf of Interested Party    Alltite Inc. kevin.mangan@wbd-us.com,
    Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com

Kevin J. Mangan    on behalf of Interested Party    Fluor Global Services kevin.mangan@wbd-us.com,
    Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com

Kevin J. Mangan    on behalf of Interested Party    Fluor Corporation kevin.mangan@wbd-us.com,
    Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com

Kevin J. Mangan    on behalf of Interested Party    Fluor Enterprises Inc. kevin.mangan@wbd-us.com,
    Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com

Kevin M Lippman    on behalf of Creditor    Electric Reliability Council of Texas, Inc.
    klippman@munsch.com,  lpannier@munsch.com

Kevin M. Capuzzi    on behalf of Creditor    Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
    docket@beneschlaw.com;lmolinaro@beneschlaw.com

Kimberly Ellen Connolly Lawson    on behalf of Interested Party    The Bank of New York Mellon, in
    its capacity as the PCRB Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com

Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon, as
    Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com

Kimberly Ellen Connolly Lawson    on behalf of Creditor    The Bank of New York Mellon Trust
    Company, N.A., as Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com

Kimberly Ellen Connolly Lawson    on behalf of Creditor Committee    The Official Committee of
    Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
    LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com,
    bankruptcy-2628@ecf.pacerpro.com

Kizzy Lyn Jarashow    on behalf of Creditor    Aurelius Capital Management, LP
    kjarashow@goodwinprocter.com

Kristhy M. Peguero    on behalf of Interested Party    Borealis Infrastructure Management Inc. ,
    kgradney@jw.com;ptomasco@jw.com

Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon Trust Company, N.A.,
    in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,
    llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
    kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne    on behalf of Interested Party    The Bank of New York Mellon, in its capacity as
    the PCRB Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurt F. Gwynne    on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
    Indenture Trustee kgwynne@reedsmith.com,
    llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com

Kurtzman Carson Consultants LLC    info@kccllc.com

L. John Bird    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
    learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com

L. John Bird    on behalf of Intervenor    Ovation Acquisition I, L.L.C. learonjohn.bird@stoel.com,
    docketclerk@stoel.com;april.mellen@stoel.com

L. John Bird    on behalf of Intervenor    Ovation Acquisition II, L.L.C.
    learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com

L. Katherine Good    on behalf of Interested Party    Boral Material Technologies, LLC
    kgood@wtplaw.com,  clano@wtplaw.com

L. Katherine Good    on behalf of Interested Party    Simeio Solutions, Inc. kgood@wtplaw.com,
    clano@wtplaw.com

Lara E. Shipkovitz    on behalf of Creditor    Thermo Fisher Scientific Inc.
    lshipkovitz@tuckerlaw.com

Lars A. Peterson    on behalf of Interested Party    UMB BANK, N.A., as Trustee lapeterson@foley.com

Lars A. Peterson    on behalf of Creditor    UMB Bank, N.A. lapeterson@foley.com

Laura Davis Jones    on behalf of Interested Party    Second Lien Indenture Trustee and the EFIH
    Second Lien Group ljones@pszjlaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Laura  Davis  Jones   on behalf of Plaintiff   Computershare Trust Company, N.A.
               ljones@pszjlaw.com
          Laura  Davis  Jones   on behalf of Interested Party    Computershare Trust Company, N.A., and
          Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
          Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com,  efile1@pszjlaw.com
          Laura  Davis  Jones   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
               ljones@pszjlaw.com
          Laura  Davis  Jones   on behalf of Interested Party    Computershare Trust Company, N.A. and
          Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
          lien notes and the holders thereof. ljones@pszjlaw.com,  efile1@pszjlaw.com
          Laura  Davis  Jones   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee &
          EFIH Second Lien Group ljones@pszjlaw.com
          Laura  Davis  Jones   on behalf of Interested Party    Second Lien Indenture Trustee
               ljones@pszjlaw.com
          Laura  Davis  Jones   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
          Objectors ljones@pszjlaw.com
          Laura  Davis  Jones   on behalf of Interested Party   EFIH Second Lien Indenture Trustee
               ljones@pszjlaw.com,  efile1@pszjlaw.com
          Laura Davis  Jones  on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
          Objectors ljones@pszjlaw.com,  efile@pszyj.com
          Laura Davis  Jones   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
          ljones@pszjlaw.com,  efile@pszyj.com
          Laurie Selber Silverstein   on behalf of Interested Party   EFIH First Lien DIP Agent
               bankruptcy@potteranderson.com
          Laurie Selber Silverstein   on behalf of Interested Party   Deutsche Bank AG New York Branch
               bankruptcy@potteranderson.com
          Learon John  Bird   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
               learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com
          Learon John  Bird   on behalf of Creditor   Creditor-Investor Consortium
               learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com
          Lee Harrington   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
               lharrington@nixonpeabody.com
          Lee B. Gordon   on behalf of Creditor   Texas Ad Valorem Taxing Jurisdictions
               cary.cain@mvbalaw.com,  bankruptcy@mvbalaw.com
          Linda J. Casey   on behalf of U.S. Trustee   U.S. Trustee Linda.Casey@usdoj.gov
          Lindsay  Zahradka   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
          Noteholders lzahradka@akingump.com
          Lindsay  Zahradka   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
               lzahradka@akingump.com
          Lino  Mendiola, III   on behalf of Interested Party   Titus County Fresh Waster Supply District
          No. 1 linomendiola@andrewskurth.com
          Lino  Mendiola, III   on behalf of Interested Party   Titus County Fresh Water Supply District
          No. 1 linomendiola@andrewskurth.com
          Lisa Cresci McLaughlin   on behalf of Interested Party   Fee Committee mmo@pgmhlaw.com
          Lorenzo  Marinuzzi   on behalf of Interested Party   The Official Committee of TCEH Unsecured
          Creditors LMarinuzzi@mofo.com,  lorenzo-marinuzzi-4664@ecf.pacerpro.com
          Lucian Borders Murley   on behalf of Creditor   Accenture LLP luke.murley@saul.com,
               robyn.warren@saul.com
          Lucian Borders Murley   on behalf of Creditor   Johnson Matthey Stationary Emissions Control LLC
               luke.murley@saul.com,  robyn.warren@saul.com
          Marc J. Phillips   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc.
               mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
               mphillips@mgmlaw.com
          Marc J. Phillips   on behalf of Creditor   Steering Committee of Cities Served by Oncor
               mphillips@mgmlaw.com
          Marc Stephen Casarino   on behalf of Creditor   Google Inc. casarinom@whiteandwilliams.com,
               debankruptcy@whiteandwilliams.com
          Maria A. Bove   on behalf of Interested Party   Computershare Trust Company, N.A., and
          Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
          Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
          Maria Aprile Sawczuk   on behalf of Interested Party   Sierra Club marias@restructuringshop.com,
               marias@ecf.courtdrive.com
          Maria Aprile Sawczuk   on behalf of Creditor Miguel Oliveras Caraballo
               marias@restructuringshop.com,  marias@ecf.courtdrive.com
          Mark  Minuti   on behalf of Creditor   Electric Relaibility Council of Texas, Inc.
               mark.minuti@saul.com,  robyn.warren@saul.com;ecf-9d8e07160ff2@ecf.pacerpro.com
          Mark Andrew Fink   on behalf of Interested Party   The Official Committee of Unsecured Creditors
          of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
          Inc.; and EECI, Inc. (EFH Committee) mfink@mmwr.com,
               ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
          Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
          Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
          Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com,
               ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
          Mark Andrew Fink   on behalf of Spec. Counsel   Montgomery, McCracken, Walker & Rhoads, LLP
               mfink@mmwr.com,  ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Mark Andrew Fink    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
           Finance Inc., and EECI, Inc. mfink@mmwr.com,
           ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
          Mark Andrew Fink    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. mfink@mmwr.com,
           ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
          Mark Charles 2009npfdEllenberg    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy
           Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. mark.ellenberg@cwt.com,
           michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com
          Mark D. Collins    on behalf of Debtor    Energy Future Holdings Corp.
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Collins    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Mark D. Kotwick    on behalf of Defendant    Wilmington Trust, N.A., as First Lien Collateral Agent
           KOTWICK@SEWKIS.COM
          Mark D. Kotwick    on behalf of Interested Party    Wilmington Trust, N.A. kotwick@sewkis.com
          Mark D. Kotwick    on behalf of Defendant    Wilmington Trust, N.A. as First Lien Collateral Agent
           and First Lien Administrative Agent KOTWICK@SEWKIS.COM
          Mark D. Olivere    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
           olivere@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Mark D. Olivere    on behalf of Interested Party    Berkshire Hathaway Energy Company
           olivere@chipmanbrown.com, dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Mark E. Felger    on behalf of Interested Party    J. Aron & Company mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com
          Mark E. Felger    on behalf of Interested Party    J Aron & Company mfelger@cozen.com,
           MBrickley@cozen.com;mmillis@cozen.com
          Mark F. Hebbeln    on behalf of Interested Party    UMB BANK, N.A., as Trustee mhebbeln@foley.com,
           jsorrels@foley.com,opetukhova@foley.com
          Mark F. Hebbeln    on behalf of Creditor    UMB Bank, N.A. mhebbeln@foley.com, jsorrels@foley.com,
           opetukhova@foley.com
          Mark F. Rosenberg    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com
          Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Houston Electric,
           LLC mark.desgrosseilliers@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
          Mark L. Desgrosseilliers    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
           mark.desgrosseilliers@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
          Mark L. Desgrosseilliers    on behalf of Interested Party    CenterPoint Energy Resources Corp.
           mark.desgrosseilliers@wbd-us.com, Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
          Mark S. Chehi    on behalf of Interested Party    Borealis Infrastructure Management Inc.
           mchehi@skadden.com, deban@skadden.com
          Matthew B. McGuire    on behalf of Plaintiff    Marathon Asset Management, LP mcguire@lrclaw.com,
           rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Interested Party    Marathon Asset Management, LP
           mcguire@lrclaw.com,
           rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor    Polygon Convertible Opportunity Master Fund
           mcguire@lrclaw.com,
           rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor    Polygon Distressed Opportunities Master Fund
           mcguire@lrclaw.com,
           rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Plaintiff    Polygon Distressed Opportunities Master Fund
           mcguire@lrclaw.com,
           rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor    NextEra Energy, Inc. and Next Era Energy Capital
           Holdings, Inc. mcguire@lrclaw.com,
           rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Plaintiff    Polygon Convertible Opportunity Master Fund
           mcguire@lrclaw.com,
           rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Defendant    NextEra Energy, Inc. mcguire@lrclaw.com,
           rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Interested Party    Alcoa Inc. ,
           rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor    NextEra Energy Resources, LLC mcguire@lrclaw.com,
           rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
           II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
           rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew B. McGuire    on behalf of Creditor    NextEra Energy, Inc. mcguire@lrclaw.com,
           rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
          Matthew C. Brown    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
           mbrown@whitecase.com
          Matthew G. Summers    on behalf of Creditor    URENCO, Inc. summersm@ballardspahr.com,
           chiggesd@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
       Matthew G. Summers   on behalf of Creditor   Louisiana Energy Services, LLC
       summersm@ballardspahr.com,  chiggesd@ballardspahr.com
       Matthew J. Troy   on behalf of Creditor   United States of America matthew.troy@usdoj.gov
       Meredith A. Lahaie   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
       Noteholders mlahaie@akingump.com
       Meredith A. Lahaie   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
       mlahaie@akingump.com
       Michael A. Paskin   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
       mpaskin@cravath.com
       Michael D. DeBaecke   on behalf of Interested Party   Wilmington Trust, N.A.
       debaecke@blankrome.com
       Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A., as First Lien
       Collateral Agent debaecke@blankrome.com
       Michael David Debaecke   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
       Agent and First Lien Administrative Agent debaecke@blankrome.com
       Michael David Debaecke   on behalf of Creditor   Wilmington Trust, N.A., as Successor TCEH First
       Lien Administrative Agent and Successor TCEH First Lien Collateral Agent debaecke@blankrome.com
       Michael David Debaecke   on behalf of Interested Party   Wilmington Trust, N.A.
       debaecke@blankrome.com
       Michael G. Busenkell   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
       mbusenkell@gsbblaw.com
       Michael G. Busenkell   on behalf of Interested Party   Subsequent Settling EFIH PIK Noteholders
       comprised of: York Capital Management Global Advisors, LLC; P. Schoenfeld Asset Management L.P.;
       mbusenkell@gsbblaw.com
       Michael G. Busenkell   on behalf of Interested Party   Tannor Partners Credit Fund LP
       mbusenkell@gsbblaw.com
       Michael G. Busenkell   on behalf of Creditor   Sunrise Partners Limited Partnership
       mbusenkell@gsbblaw.com
       Michael G. Busenkell   on behalf of Creditor   Marathon Asset Management, LP
       mbusenkell@gsbblaw.com
       Michael G. Busenkell   on behalf of Interested Party   York Capital Management Global Advisors,
       LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
       Michael G. Busenkell   on behalf of Creditor   Knife River Corporation-South
       mbusenkell@gsbblaw.com
       Michael G. Busenkell   on behalf of Creditor   Polygon Convertible Opportunity Master Fund
       mbusenkell@gsbblaw.com
       Michael G. Busenkell   on behalf of Creditor   Mudrick Capital Management, L.P.
       mbusenkell@gsbblaw.com
       Michael G. Busenkell   on behalf of Creditor   Aurelius Capital Management, LP
       mbusenkell@gsbblaw.com
       Michael G. Busenkell   on behalf of Creditor William Jeffrey Herbert mbusenkell@gsbblaw.com
       Michael G. Busenkell   on behalf of Interested Party   Marathon Asset Management, LP
       mbusenkell@gsbblaw.com
       Michael G. Busenkell   on behalf of Other Prof.   Ad Hoc Group of Non-Settling EFIH PIK
       Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
       Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D mbusenkell@gsbblaw.com
       Michael H. Torkin   on behalf of Creditor Committee   The Official Committee of Unsecured
       Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
       Finance, Inc., and EECI, Inc. (EFH Committee) torkinm@sullcrom.com
       Michael Joseph Joyce   on behalf of Creditor   Certain funds and accounts advised or sub-advised
       by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
       Michael Joseph Joyce   on behalf of Interested Party   certain funds and accounts advised or
       sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
       Michael Joseph Joyce   on behalf of Interested Party   Fidelity Management & Research Company
       mjoyce@oelegal.com
       Michael L. Atchley   on behalf of Creditor   Tarrant Regional Water District
       matchley@popehardwicke.com
       Michael L. Atchley   on behalf of Creditor   Northeast Texas Municipal Water District
       matchley@popehardwicke.com
       Michael P. Esser   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
       michael.esser@kirkland.com
       Michael P. Esser   on behalf of Plaintiff   Energy Future Holdings Corp.
       michael.esser@kirkland.com
       Michael P. Esser   on behalf of Debtor   Energy Future Holdings Corp. michael.esser@kirkland.com
       Michelle McMahon   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
       Objectors mmcmahon@cullenanddykman.com
       Monica S. Blacker   on behalf of Attorney   Jackson Walker LLP mblacker@jw.com,
       tsalter@jw.com;ldooley@jw.com
       Monica S. Blacker   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
       mblacker@jw.com,  tsalter@jw.com;ldooley@jw.com
       Natalie D. Ramsey   on behalf of Creditor Committee   The Official Committee of Unsecured
       Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
       Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com,  ECFdocuments@pacerpro.com
       Natalie D. Ramsey   on behalf of Creditor Committee   The Official Committee of Unsecured
       Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
       Finance Inc., and EECI, Inc. nramsey@mmwr.com,  ECFdocuments@pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Neil B. Glassman    on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
           Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
           nglassman@bayardlaw.com;smacon@bayardlaw.com;jalberto@bayardlaw.com;bankserve@bayardlaw.com
          Neil B. Glassman    on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien Indenture
           Trustee bankserve@bayardfirm.com,   nglassman@bayardfirm.com
          Neil B. Glassman    on behalf of Interested Party    Delaware Trust Company
           bankserve@bayardfirm.com,   nglassman@bayardfirm.com
          Nicholas D. Mozal    on behalf of Defendant    Angelo Gordon & Co., LP nmozal@ramllp.com
          Nicholas D. Mozal    on behalf of Defendant    Apollo Advisors VII, L.P. nmozal@ramllp.com
          Nicholas D. Mozal    on behalf of Interested Party    Titan Investment Holdings LP nmozal@ramllp.com
          Nicholas D. Mozal    on behalf of Defendant    Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. nmozal@ramllp.com
          Nicholas J. Brannick    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
           Indenture Trustee nbrannick@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
          Nicholas J. Brannick    on behalf of Plaintiff    Delaware Trust Company nbrannick@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
          Nicholas J. Brannick    on behalf of Interested Party    CSC Trust Company of Delaware, as
           successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
          Nick S. Kaluk, III    on behalf of Financial Advisor    Evercore Group L.L.C. nskaluk@debevoise.com
          Nicole D. Mignone    on behalf of Interested Party    Public Utility Commission of Texas
           nicole.mignone@texasattorneygeneral.gove
          Norman L. Pernick    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
           Collateral Trustee, npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
          Norman L. Pernick    on behalf of Plaintiff    Delaware Trust Company npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
          Norman L. Pernick    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
           indenture trustee and collateral trustee npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
          Norman L. Pernick    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
           Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
          Norman L. Pernick    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
           Indenture Trustee npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
          Omar J. Alaniz    on behalf of Interested Party    CenterPoint Energy Resources Corp.
           omar.alaniz@bakerbotts.com
          Omar J. Alaniz    on behalf of Interested Party    CenterPoint Energy Houston Electric, LLC
           omar.alaniz@bakerbotts.com
          Owen M. Sonik    on behalf of Creditor    Galena Park Independent School District osonik@pbfcm.com,
           tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Owen M. Sonik    on behalf of Creditor    Certain Texas Taxing Entities osonik@pbfcm.com,
           tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Patricia Williams Prewitt    on behalf of Creditor    Kinder Morgan Tejas Pipeline LLC
           pwp@pattiprewittlaw.com
          Patricia Williams Prewitt    on behalf of Creditor    El Paso Natural Gas Company
           pwp@pattiprewittlaw.com
          Patricia Williams Prewitt    on behalf of Creditor    Targa Gas Marketing LLC
           pwp@pattiprewittlaw.com
          Patricia Williams Prewitt    on behalf of Creditor    Kinder Morgan Texas Pipeline LLC
           pwp@pattiprewittlaw.com
          Patrick L. Hughes    on behalf of Creditor    Airgas USA, LLC patrick.hughes@haynesboone.com
          Pauline K. Morgan    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
           bankfilings@ycst.com
          Peter J. Keane    on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee & EFIH
           Second Lien Group pkeane@pszjlaw.com
          Peter Jonathon Young    on behalf of Debtor    Energy Future Holdings Corp. pyoung@proskauer.com
          Peter M. Gilhuly    on behalf of Interested Party    Ernst & Young LLP peter.gilhuly@lw.com,
           adam.malatesta@lw.com
          R. Karl Hill    on behalf of Creditor    Liberty Mutual Insurance Co. khill@svglaw.com,
           spappa@svglaw.com,cwalters@svglaw.com
          R. Stephen McNeill    on behalf of Interested Party    Deutsche Bank Securities Inc.
           bankruptcy@potteranderson.com,   bankruptcy@potteranderson.com
          Rachel Obaldo    on behalf of Creditor    Texas Comptroller of Public Accounts
           bk-robaldo@oag.texas.gov,   sherri.simpson@oag.texas.gov
          Rachel Ringer    on behalf of Interested Party    Computershare Trust Company, N.A. and
           Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
           lien notes and the holders thereof. rringer@kramerlevin.com,
           ABywitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;GFrenzel@kramerlevin.com;dbraun@kramerlevin.
           com;corporate-reorg-1449@ecf.pacerpro.com
          Rachel B. Mersky    on behalf of Creditor    Top Line Rental , LLC rmersky@monlaw.com
          Raymond H. Lemisch    on behalf of Defendant    UMB Bank, N.A., as indenture trustee
           rlemisch@klehr.com
          Raymond H. Lemisch    on behalf of Creditor    UMB Bank, N.A. rlemisch@klehr.com
          Raymond H. Lemisch    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
           rlemisch@klehr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Rebecca A. Hayes    on behalf of Creditor    UMB Bank, N.A. rhayes@foley.com
              Rebecca A. Hayes    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
               rhayes@foley.com
              Reed A. Heiligman    on behalf of Creditor    Experian Marketing Solutions, Inc.
               rheiligman@fgllp.com,  ccarpenter@fgllp.com
              Reed A. Heiligman    on behalf of Interested Party    PI Law Firms rheiligman@fgllp.com,
               ccarpenter@fgllp.com
              Reed A. Heiligman    on behalf of Creditor    Experian Information Solutions, Inc.
               rheiligman@fgllp.com,  ccarpenter@fgllp.com
              Richard A. Barkasy   on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
               rbarkasy@schnader.com
              Richard A. Barkasy   on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
               rbarkasy@schnader.com
              Richard A. Barkasy   on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
               rbarkasy@schnader.com
              Richard L. Schepacarter   on behalf of U.S. Trustee    U.S. Trustee richard.schepacarter@usdoj.gov
              Robert J. Feinstein   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
               Objectors rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Defendant    Computershare Trust Company, N.A.
               rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Defendant    Computershare Trust Company of Canada
               rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
              Robert K. Malone    on behalf of Interested Party    CITIBANK, N.A. robert.malone@dbr.com,
               andrew.groesch@dbr.com
              Ryan M. Bartley    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
               bankfilings@ycst.com
              Ryan M. Bartley    on behalf of Defendant    Vistra Energy Corp. bankfilings@ycst.com
              Sabrina L. Streusand   on behalf of Interested Party Allen  Shrode streusand@slollp.com,
               prentice@slollp.com
              Samuel Lee Moultrie   on behalf of Creditor    RailWorks Track System, Inc. smoultrie@wlblaw.com
              Scott D. Cousins    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
               scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
               Noteholders scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
               and The Liverpool Limited Partnership scousins@bayardlaw.com,
               lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
               scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Sean A. O'Neal   on behalf of Interested Party    J. Aron & Company soneal@cgsh.com,
               maofiling@cgsh.com;afee@cgsh.com
              Sean A. O'Neal   on behalf of Interested Party    J Aron & Company soneal@cgsh.com,
               maofiling@cgsh.com;afee@cgsh.com
              Sean M. Brennecke   on behalf of Creditor    UMB Bank, N.A. sbrennecke@klehr.com,  state@klehr.com
              Shanti M. Katona    on behalf of Creditor Committee    The Official Committee of Unsecured
               Creditors skatona@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Shawn M. Christianson   on behalf of Creditor    Oracle America, Inc. schristianson@buchalter.com,
               cmcintire@buchalter.com
              Simon E. Fraser   on behalf of Interested Party    J Aron & Company sfraser@cozen.com
              Simon E. Fraser   on behalf of Creditor    Goldman Sachs Lending Partners LLC sfraser@cozen.com
              Simon E. Fraser   on behalf of Interested Party    J. Aron & Company sfraser@cozen.com
              Simon E. Fraser   on behalf of Defendant    Morgan Stanley Capital Group, Inc. sfraser@cozen.com
              Stacey  Kremling   on behalf of Creditor    2603 Augusta Investors, LP stacey@womaclaw.com
              Stacy L. Newman   on behalf of Interested Party    Union Pacific Railroad Company
               snewman@ashby-geddes.com
              Stacy L. Newman   on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in its
               capacity as successor Indenture Trustee snewman@ashby-geddes.com
              Stanley B. Tarr   on behalf of Creditor    Wilmington Trust, N.A. tarr@blankrome.com,
               moody@ecf.inforuptcy.com
              Stephanie  Wickouski   on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
               Objectors stephanie.wickouski@bclplaw.com,  dortiz@bclplaw.com
              Stephanie  Wickouski   on behalf of Interested Party    Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bclplaw.com,
               dortiz@bclplaw.com
              Stephanie  Wickouski   on behalf of Defendant    Computershare Trust Company of Canada
               stephanie.wickouski@bclplaw.com,  dortiz@bclplaw.com
              Stephanie  Wickouski   on behalf of Defendant    Computershare Trust Company, N.A.
               stephanie.wickouski@bclplaw.com,  dortiz@bclplaw.com
              Stephen  Karotkin   on behalf of Plaintiff    Third Avenue Management LLC
               stephen.karotkin@weil.com,  frank.grese@weil.com
              Stephen  Karotkin   on behalf of Plaintiff    GSO Capital Partners LP stephen.karotkin@weil.com,
               frank.grese@weil.com
              Stephen  Karotkin   on behalf of Plaintiff    Avenue Capital Management II, LP
               stephen.karotkin@weil.com,  frank.grese@weil.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          Stephen  Karotkin   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
          stephen.karotkin@weil.com,  frank.grese@weil.com
          Stephen  Karotkin   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
          stephen.karotkin@weil.com,  frank.grese@weil.com
          Stephen C. Stapleton   on behalf of Creditor   Atmos Energy Corporation
          sstapleton@cowlesthompson.com
          Stephen D Lerner   on behalf of Interested Party   ArcelorMittal USA LLC
          stephen.lerner@squirepb.com,  sarah.conley@squirepb.com
          Stephen M. Miller   on behalf of Creditor   Law Debenture Trust Company of New York, in its
          capacity as Indenture Trustee smiller@morrisjames.com,
          wweller@morrisjames.com; jdawson@morrisjames.com
          Steven A. Ginther   on behalf of Creditor   Missouri Department of Revenue deecf@dor.mo.gov
          Steven N. Serajeddini   on behalf of Debtor   Energy Future Holdings Corp.
          steven.serajeddini@kirkland.com
          Steven N. Serajeddini   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
          steven.serajeddini@kirkland.com
          Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
          stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
          Stuart M. Brown   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
          stuart.brown@dlapiper.com,  stuart-brown-7332@ecf.pacerpro.com
          Susan E. Kaufman   on behalf of Creditor   Tarrant Regional Water District
          skaufman@skaufmanlaw.com
          Theodore J. Tacconelli   on behalf of Interested Party   Titus County Appraisal District
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Interested Party   Rusk County Appraisal District
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Creditor   Freestone County, Texas
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Interested Party   Freestone County Appraisal District
          ttacconelli@ferryjoseph.com
          Theodore J. Tacconelli   on behalf of Interested Party   Robertson County Appraisal District
          ttacconelli@ferryjoseph.com
          Thomas F. Driscoll, III   on behalf of Debtor   Energy Future Holdings Corp. tdriscoll@tbf.legal,
          mdunwody@tbf.legal
          Thomas J. Moloney   on behalf of Interested Party   J Aron & Company tmoloney@cgsh.com
          Thomas J. Moloney   on behalf of Interested Party   J. Aron & Company tmoloney@cgsh.com
          Thomas M. Horan   on behalf of Debtor   Energy Future Holdings Corp. thoran@foxrothschild.com,
          idensmore@foxrothschild.com
          Thomas M. Horan   on behalf of Attorney   Shaw Fishman Glantz & Towbin LLC
          thoran@foxrothschild.com,  idensmore@foxrothschild.com
          Thomas M. Horan   on behalf of Plaintiff   Energy Future Holdings Corp. thoran@foxrothschild.com,
          idensmore@foxrothschild.com
          Thomas M. Horan   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
          thoran@foxrothschild.com,  idensmore@foxrothschild.com
          Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
          Agent hooper@sewkis.com
          Thomas Ross Hooper   on behalf of Interested Party   Wilmington Trust, N.A. hooper@sewkis.com
          Thomas Ross Hooper   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral
          Agent and First Lien Administrative Agent hooper@sewkis.com
          Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company as Successor Trustee
          under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com,
          nvargas@perkinscoie.com; tina-moss-8527@ecf.pacerpro.com; new-york-docketing-1150@ecf.pacerpro.com
          Tina Niehold Moss   on behalf of Interested Party   Delaware Trust Company, f/k/a CSC Trust
          Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com,
          nvargas@perkinscoie.com; tina-moss-8527@ecf.pacerpro.com; new-york-docketing-1150@ecf.pacerpro.com
          Tina Niehold Moss   on behalf of Creditor   The Bank of New York Mellon, as Indenture Trustee
          tmoss@perkinscoie.com,
          nvargas@perkinscoie.com; tina-moss-8527@ecf.pacerpro.com; new-york-docketing-1150@ecf.pacerpro.com
          Tobey M. Daluz   on behalf of Defendant   Pyramis Global Advisors Trust Company
          daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company
          daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series I: Fidelity Advisor High Income
          Advantage Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series II: Fidelity Advisor Strategic
          Income Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank Ltd. as trustee of Fidelity
          High Yield Bond Open Mother Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Puritan Trust: Fidelity Puritan Fund
          daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Global Bond Series   US Dollar Monthly Income
          US High Yield Pool daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company as Investment
          Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
          daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
          Tobey M. Daluz   on behalf of Defendant   Master Trust Bank of Japan daluzt@ballardspahr.com,
          chiggesd@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Tobey M. Daluz   on behalf of Defendant   Variable Insurance Products Fund V: Strategic Income
 Portfolio daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Fidelity Investments Canada ULC daluzt@ballardspahr.com,
 chiggesd@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   FIL Investments International (FII)
 daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Fidelity Summer Street Trust: Fidelity Global High
 Income Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Fidelity School Street Trust: Fidelity Strategic Income
 daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank, Ltd. as trustee of
 Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Fidelity Investments daluzt@ballardspahr.com,
 chiggesd@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Fidelity Summer Street Trust: Fidelity Capital & Income
 Fund daluzt@ballardspahr.com,  chiggesd@ballardspahr.com
Todd Charles Schiltz, Esq   on behalf of Interested Party   CSC Trust Company of Delaware, as
 successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
 cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
Todd Jeffrey Rosen   on behalf of Interested Party   TCEH Debtors todd.rosen@mto.com
Traci L. Cotton   on behalf of Creditor   UT System obo UT at Arlington tcotton@utsystem.edu
Travis J. Ferguson   on behalf of Creditor   NextEra Energy Resources, LLC ferguson@lrclaw.com,
 dellose@lrclaw.com;ramirez@lrclaw.com
Tyler D. Semmelman   on behalf of Defendant   Energy Future Intermediate Holding Company LLC
 semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Luminant Energy Trading California Company
 semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   EEC Holdings, Inc. semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   EECI, Inc. semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   LSGT Gas Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   NCA Development Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Luminant Renewables Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Luminant Mining Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Eagle Mountain Power Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   TXU Energy Receivables Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   TXU Retail Services Company semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   TXU Electric Company, Inc. semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Martin Lake 4 Power Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
 semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Lone Star Energy Company, Inc. semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
 semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
 semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Energy Future Holdings Corp. semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Big Brown 3 Power Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Generation Development Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Oak Grove Mining Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Brighten Energy LLC semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Texas Electric Service Company, Inc. semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Luminant Generation Company LLC semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Generation SVC Company semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Luminant Mineral Development Company LLC
 semmelman@rlf.com,  rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Texas Utilities Company, Inc. semmelman@rlf.com,
 rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   TXU SEM Company semmelman@rlf.com,  rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

                Tyler D. Semmelman      on behalf of Debtor    Southwestern Electric Service Company, Inc.
                 semmelman@rlf.com,     rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    EFH FS Holdings Company semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Defendant   EFIH Finance Inc. semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Valley Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    4Change Energy Holdings LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Sandow Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    EFH Renewables Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Luminant ET Services Company semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    EFH CG Management Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Morgan Creek 7 Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Attorney   Kirkland & Ellis LLP semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Generation MT Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    TCEH Finance, Inc. semmelman@rlf.com,   rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    NCA Resources Development Company LLC
                 semmelman@rlf.com,     rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Big Brown Lignite Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Texas Energy Industries Company, Inc.
                 semmelman@rlf.com,     rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Luminant Big Brown Mining Company LLC
                 semmelman@rlf.com,     rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    TXU Energy Retail Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Dallas Power & Light Company, Inc. semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    DeCordova Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Monticello 4 Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Lake Creek 3 Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Tradinghouse Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Luminant Energy Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Luminant Holding Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    EFIH Finance Inc. semmelman@rlf.com,   rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Collin Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Texas Power & Light Company, Inc. semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Oak Grove Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    TXU Energy Solutions Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Brighten Holdings LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Big Brown Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    TXU Receivables Company semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Valley NG Power Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    LSGT SACROC, Inc. semmelman@rlf.com,   rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    EFH CG Holdings Company LP semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    Oak Grove Management Company LLC semmelman@rlf.com,
                 rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    EFH Australia (No. 2) Holdings Company
                 semmelman@rlf.com,     rbgroup@rlf.com
                Tyler D. Semmelman      on behalf of Debtor    EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
                 rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Tyler D. Semmelman   on behalf of Debtor   DeCordova II Power Company LLC semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman   on behalf of Debtor   4Change Energy Company semmelman@rlf.com,
           rbgroup@rlf.com
          Tyler D. Semmelman   on behalf of Debtor   Lone Star Pipeline Company, Inc. semmelman@rlf.com,
           rbgroup@rlf.com
          U.S. Trustee   USTPRegion03.WL.ECF@USDOJ.GOV
          Victoria D. Garry   on behalf of Interested Party   Ohio Department of Taxation
           vgarry@ag.state.oh.us
          Vincent E. Lazar   on behalf of Spec. Counsel   Energy Future Intermediate Holding Company LLC
           vlazar@jenner.com
          Vincent E. Lazar   on behalf of Interested Party   Charles H. Cremens. vlazar@jenner.com
          Ward W. Benson   on behalf of Creditor   UNITED STATES OF AMERICA ward.w.benson@usdoj.gov,
           Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
          Ward W. Benson   on behalf of Creditor   United States of America on Behalf of the Internal
           Revenue Service ward.w.benson@usdoj.gov,  Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
          Warren A. Usatine   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
           indenture trustee and collateral trustee wusatine@coleschotz.com,  pratkowiak@coleschotz.com
          Wendy B. Reilly   on behalf of Creditor   Evercore Group LLC wbreilly@debevoise.com,
           mao-bk-ecf@debevoise.com
          William A. Hazeltine   on behalf of Creditor   Mastercraft Printed Products & Services, Inc.
           Bankruptcy001@sha-llc.com
          William A. Romanowicz   on behalf of Debtor   Lake Creek 3 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   EFIH Finance Inc. rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Big Brown 3 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
           rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Brighten Energy LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Texas Utilities Electric Company, Inc.
           rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   EFH CG Management Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
           rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   EFH Corporate Services Company rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   EFH CG Holdings Company LP rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   EFH Australia (No. 2) Holdings Company
           rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Southwestern Electric Service Company, Inc.
           rbgroup@rlf.com
          William A. Romanowicz   on behalf of Defendant   Energy Future Intermediate Holding Company LLC
           rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Tradinghouse Power Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   TXU Energy Retail Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   LSGT Gas Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   EFH FS Holdings Company rbgroup@rlf.com
          William A. Romanowicz   on behalf of Defendant   EFIH Finance Inc. rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Brighten Holdings LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Generation Development Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Eagle Mountain Power Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   EEC Holdings, Inc. rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   LSGT SACROC, Inc. rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   DeCordova Power Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
           rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Energy Future Holdings Corp. rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   TXU Energy Receivables Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Generation MT Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Lone Star Energy Company, Inc. rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Big Brown Power Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Luminant Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Lone Star Pipeline Company, Inc. rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   4Change Energy Holdings LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Generation SVC Company rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   EFH Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   EECI, Inc. rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   Big Brown Lignite Company LLC rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   TXU Electric Company, Inc. rbgroup@rlf.com
          William A. Romanowicz   on behalf of Debtor   4Change Energy Company rbgroup@rlf.com
          William D. Sullivan   on behalf of Creditor   Capgemini America, Inc. wdsecfnotices@sha-llc.com
          William E Kelleher, Jr   on behalf of Creditor   Westinghouse Electric Company LLC
           wkelleher@cohenlaw.com,  mgraeb@cohenlaw.com,bfilings@cohenlaw.com.
          William A. Chipman, Jr.   on behalf of Interested Party   Berkshire Hathaway Energy Company
           chipman@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          William E. Chipman, Jr.   on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
           Noteholders chipman@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com

District/off: 0311-1          User: LeslieM          Page 27 of 27          Date Rcvd: Aug 10, 2018
                             Form ID: van440        Total Noticed: 4

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William E. Chipman, Jr.   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
            chipman@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          William F. Taylor, Jr.   on behalf of Creditor   Cellco Partnership d/b/a Verizon Wireless
            bankruptcydel@mccarter.com,  bankruptcydel@mccarter.com
          William Mark Alleman, Jr   on behalf of Interested Party   Fee Committee WAlleman@beneschlaw.com,
            lmolinaro@beneschlaw.com;docket@beneschlaw.com
          William P. Weintraub   on behalf of Creditor   Aurelius Capital Management, LP
            wweintraub@goodwinproctor.com,  zhassoun@fklaw.com
          William Pierce Bowden   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in
            its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
          Zachary I Shapiro   on behalf of Debtor   Energy Future Holdings Corp. shapiro@rlf.com,
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                                                                              TOTAL: 1016