# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

|  |  |  |
|---|---|---|
| Mark McKane, P.C.<br>To Call Writer Directly:<br>(415) 439-1473<br>mark.mckane@kirkland.com | 555 California Street<br>San Francisco, CA 94104<br><br>(415) 439-1400<br><br>www.kirkland.com | Facsimile:<br>(415) 439-1500 |

August 14, 2018

**By eFiling and Hand Delivery**

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge
United States Bankruptcy Court
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

      Re:    *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Dear Judge Sontchi:

      I write on behalf of the EFH Plan Administrator Board (the "PAB") pursuant to Paragraph 7.c. of the *Amended Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13347], dated August 8, 2018 (the "Scheduling Order"), in connection with the *Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors*, dated May 13, 2018 [D.I. 13102] (the "Allocation Motion"), to request entry of a schedule governing expert discovery.

      UMB Bank, N.A., as Indenture Trustee for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, Elliott Associates, L.P., Elliott International, L.P., the Liverpool Limited Partnership, and the Ad Hoc EFH Unsecured Creditors have identified three experts who are expected to testify at any hearing on the Allocation Motion. This Court has recognized that participating parties should have "reasonable access to what people are testifying about and the basis for that" (August 6, 2018 Trial Tr. 26:5-6), and Paragraph 7.c. of the Scheduling Order requires participating parties to "meet and confer regarding written disclosure, reports, mode of testimony, and deposition (including scheduling) of such expert(s) . . . and, failing agreement, shall jointly seek Court intervention."

      Counsel for the PAB has reached out to counsel for participating parties seeking to offer expert testimony to propose a schedule that is consistent with the interest of providing reasonable access to information necessary to evaluate experts' opinions, and the interest of all participating

# KIRKLAND & ELLIS LLP

The Honorable Christopher S. Sontchi
August 14, 2018
Page 2

parties to complete discovery before the August 27, 2018 deadline for final written submissions regarding the Allocation Motion (the "Submission Deadline"). The participating parties are working to reach a consensual schedule and discussions are continuing.

The PAB believes expert reports should be exchanged well in advance of any expert depositions so that participating parties have sufficient time to analyze such disclosures and meaningfully prepare for depositions. The PAB further believes that such depositions should be sufficiently in advance of the Submission Deadline so that participating parties can account for information learned in those depositions in their submissions and provide the Court with the most-developed record available leading up to the hearing on the Allocation Motion. The PAB submits that the schedule proposed below (the "Proposed Schedule") adequately accounts for those interests in light of the upcoming Submission Deadline:

- **Saturday, August 18, 2018** shall be the date by which participating parties shall engage in the simultaneous exchange of reports prepared by initial expert witnesses. The reports must satisfy the requirements of Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

- **Tuesday, August 21, 2018** shall be the date by which participating parties shall engage in the simultaneous exchange of reports prepared by rebuttal expert witnesses. The report must satisfy the requirements of Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure.

- **Friday, August 24, 2018** shall be the deadline by which all expert discovery relating to the Allocation Motion, including depositions of initial and rebuttal experts, shall be complete.

For the reasons set forth above, the PAB respectfully requests that the Court enter the Proposed Schedule. Participating parties will continue working to reach an agreement on the expert discovery schedule in advance of the hearing on such matters on August 16, 2018, and will update the Court in advanced of the hearing as necessary.

Sincerely,

*/s/ Mark McKane, P.C.*

Mark McKane, P.C.