# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | Case No. 14-10979 (CSS) |
| ) | |
| Debtors. ) | (Jointly Administered) |
| ) | |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR *TELEPHONIC* HEARING ON AUGUST 16, 2018 STARTING AT 3:00 P.M. (EDT)[3]

***** *AT THE DIRECTION OF THE COURT, THE START TIME OF THE HEARING HAS CHANGED. THE HEARING WILL NOW TAKE PLACE ON AUGUST 16, 2018 STARTING AT 3:00 P.M. (EDT)* *****

*APPEARANCES AT THE AUGUST 16, 2018 HEARING (INCLUDING OF DELAWARE COUNSEL) ARE BY TELEPHONE*

I. **RESOLVED MATTER:**

1. Motion of EFH Plan Administrator Board and Reorganized TCEH Debtors for Entry of an Order Further Enlarging the Period Within Which the EFH Plan Administrator Board and Reorganized TCEH Debtors May Remove Certain Actions [D.I. 13293; filed July 16, 2018]

   Response/Objection Deadline:    July 30, 2018 at 4:00 p.m. (EDT)

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

[3] The August 16, 2018 (the "August 16th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at **3:00 p.m. (EDT). Notwithstanding anything to the contrary set forth in the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*, at the direction of Chambers, all parties wishing to appear at the August 16th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to 12:00 p.m. (noon) (EDT) on Thursday, August 16, 2018** to register his/her telephonic appearance.

RLF1 19865334v.1

Responses/Objections Received: None.

Related Documents:

i. Re-Notice of "Motion of EFH Plan Administrator Board and Reorganized TCEH Debtors for Entry of an Order Further Enlarging the Period Within Which the EFH Plan Administrator Board and Reorganized TCEH Debtors May Remove Certain Actions" and Hearing Thereon [D.I. 13297; filed July 17, 2018]

ii. Certification of No Objection Regarding "Motion of EFH Plan Administrator Board and Reorganized TCEH Debtors for Entry of an Order Further Enlarging the Period Within Which the EFH Plan Administrator Board and Reorganized TCEH Debtors May Remove Certain Actions" [D.I. 13293] [D.I. 13345; filed August 7, 2018]

iii. Order Further Enlarging the Period Within Which the EFH Plan Administrator Board and Reorganized TCEH Debtors May Remove Certain Actions [D.I. 13348; filed August 8, 2018]

Status: On August 8, 2018, the Court entered an order granting the EFH Plan Administrator Board and Reorganized TCEH Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

## II. ALLOCATION LITIGATION EXPERT DISCOVERY SCHEDULING MATTER:

2. **Letter from Mark McKane, P.C. to The Honorable Christopher S. Sontchi Regarding Potential Dispute Under Allocation Scheduling Order with Respect to Expert Witness Reports and Depositions [D.I. 13361; filed August 14, 2018]**

   Response/Objection Deadline: August 16, 2018 at 12:00 p.m. (noon) (EDT)

   Responses/Objections Received: None at this time.

   Related Documents:

   i. **Amended Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors [D.I. 13347; filed August 8, 2018]**

   Status: The hearing on this matter will go forward.

Dated: August 15, 2018
      Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:       collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:       edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:       james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board and the Reorganized TCEH Debtors*