# EXHIBIT A

{932.002-W0052086.}

EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS | ) | Case No. 14-10979 (CSS) |
| CORP., et al., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Re: Docket No. 12844 |

## ORDER

For the reasons set forth in the Court's opinion dated August 1, 2018, it is hereby ordered that *Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliot to (i) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (ii) Grant Summary Judgement Denying and Disallowing Such Administrative Expense* filed on March 23, 2018, is GRANTED.

Christopher S. Sontchi
Chief United States Bankruptcy Judge

Dated: August 1, 2018