# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

555 California Street
San Francisco, CA 94104
United States

Mark McKane, P.C.
To Call Writer Directly:
+1 415 439 1473

mark.mckane@kirkland.com

+1 415 439 1400

www.kirkland.com

Facsimile:
+1 415 439 1500

August 16, 2018

**By eFiling and Hand Delivery**

The Honorable Christopher S. Sontchi
United States Bankruptcy Judge
United States Bankruptcy Court
824 North Market Street, 5th Floor
Wilmington, Delaware 19801

Re:   *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS)

Dear Judge Sontchi:

I write on behalf of the EFH Plan Administrator Board (the "PAB") pursuant to Paragraph 7.c. of the *Amended Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13347], dated August 8, 2018 (the "Scheduling Order"), in connection with the *Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors*, dated May 13, 2018 [D.I. 13102] (the "Allocation Motion"), to update the Court on the matters addressed in my letter dated August 14, 2018.

Participating parties have continued to meet and confer regarding the extent and timing of expert disclosures in connection with the Allocation Motion pursuant to Paragraph 7.c. of the Scheduling Order, and have resolved the issues raised in my August 14 letter. In lieu of a telephonic hearing on such matters on August 16, 2018, the participating parties will be requesting entry of a proposed further amended scheduling order, to be filed under certification of counsel, reflecting the following revised dates and deadlines:

- **Sunday, August 19, 2018, at 4 PM (Prevailing Eastern Time)** shall be the deadline for UMB Bank, N.A., as Indenture Trustee for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018 (the "EFH Indenture Trustee") and Elliott Associates, L.P., Elliott International, L.P., the Liverpool Limited Partnership (collectively, "Elliott") to serve written affirmative expert disclosures for the testimony of Howard Abrams and Bradley Robins on participating parties. Any such disclosures shall include:

# KIRKLAND & ELLIS LLP

The Honorable Christopher S. Sontchi
August 16, 2018
Page 2

- A summary of the facts (and the sources of such facts) and opinions as well as the bases for such opinions to which the witness is expected to testify;
- The facts, data, law, or policy considered by the witness in forming his/her opinions;
- Any exhibits that will be used to summarize or support them;
- A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and
- A statement of the compensation to be paid for the study and testimony in the case.

- **Monday, August 20, 2018, at 4 PM (Prevailing Eastern Time)** shall be the deadline for the Ad Hoc EFH Unsecured Creditors to serve written affirmative expert disclosures for the testimony of Steven Strom on participating parties. Any such disclosures shall include:

    - A summary of the facts (and the sources of such facts) and opinions as well as the bases for such opinions to which the witness is expected to testify;
    - The facts, data, law, or policy considered by the witness in forming his/her opinions;
    - Any exhibits that will be used to summarize or support them;
    - A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and
    - A statement of the compensation to be paid for the study and testimony in the case.

- **Wednesday, August 22, 2018, at 4 PM (Prevailing Eastern Time)** shall be the deadline for participating parties to serve written rebuttal expert disclosures. Any such disclosures shall include:

    - A summary of the facts (and the sources of such facts) and opinions as well as the bases for such opinions to which the witness is expected to testify;
    - The facts, data, law, or policy considered by the witness in forming his/her opinions;
    - Any exhibits that will be used to summarize or support them;
    - A list of all other cases in which, during the previous 4 years, the witness testified as an expert at trial or by deposition; and
    - A statement of the compensation to be paid for the study and testimony in the case.

# KIRKLAND & ELLIS LLP

The Honorable Christopher S. Sontchi
August 16, 2018
Page 3

- **Monday, August 27, 2018**, shall be the date by which expert depositions must be completed; *provided however*, to the extent that the EFH Indenture Trustee timely discloses a rebuttal expert witness, the deposition of such rebuttal expert witness shall take place on **Tuesday, August 28, 2018**.

- **Thursday, August 30, 2018, at 12 PM (Prevailing Eastern Time)** shall be the deadline for each participating party to file a final written submission objecting to the Allocation Motion or, in the case of Elliott and the EFH Indenture Trustee, a final written submission. Final written submissions shall not exceed 40 pages.

In addition, participating parties have tentatively agreed, subject to confirmed witness availability, that depositions of expert witnesses shall take place as follows:

- **Thursday, August 23, 2018**, shall be the date of Howard Abrams's deposition;

- **Friday, August 24, 2018**, shall be the date of Bradley Robins's deposition;

- **Monday, August 27, 2018**, shall be the date of Steven Strom's deposition; and

- **Tuesday, August 28, 2018**, shall be the date of the deposition of the EFH Indenture Trustee's rebuttal expert witness, if any.

In light of the participating parties' resolution of the issues raised in my August 14, 2018, letter, the participating parties respectfully request that the telephonic hearing scheduled for tomorrow, August 16, 2018, be taken off calendar. Of course, should your Honor still wish to conduct a telephonic hearing on these matters, we will certainly appear at such hearing and be prepared to discuss these matters further.

Sincerely,

*/s/ Mark McKane, P.C.*

Mark McKane, P.C.