# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: DMC | Date Created: 8/16/2018 |
| Case: 14−10979−CSS | Form ID: van440 | Total: 12 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | |
|---|---|
| aty | Andrea Beth Schwartz   U.S. Department of Justice – Office of the U.S. Trustee   U.S. Federal Office Building   201 Varick Street, Rm 1006   New York, NY 10065 |
| aty | Chad J. Husnick   Kirkland & Ellis, LLP   300 North LaSalle Street   Chicago, IL 60654 |
| aty | Daniel J. DeFranceschi   Richards, Layton & Finger   One Rodney Square, P.O. Box 551   Wilmington, DE 19899 |
| aty | Edward O. Sassower   Kirkland & Ellis LLP   601 Lexington Avenue   New York, NY 10022 |
| aty | Erin R Fay   Bayard, P.A.   600 North King Street   Suite 400   Wilmington, DE 19801 |
| aty | Evan T. Miller   Bayard, P.A.   600 North King Street   Suite 400   Wilmington, DE 19801 |
| aty | Gregg M. Galardi   Ropes & Gray LLP   1211 Avenue of the Americas   New York, NY 10036 |
| aty | Jason M. Madron   Richards, Layton & Finger, P.A.   One Rodney Square   P.O. Box 551   Wilmington, DE 19899 |
| aty | Linda J. Casey   Office of United States Trustee   844 King Street   Suite 2207   Wilmington, DE 19801 |
| aty | Marc Kieselstein   Kirkland & Ellis LLP   300 North LaSalle   Chicago, IL 60654 |
| aty | Mark D. Collins   Richards, Layton & Finger, P.A.   One Rodney Square   920 North King Street   Wilmington, DE 19801 |
| aty | Richard L. Schepacarter   Office of the United States Trustee   U. S. Department of Justice   844 King Street, Suite 2207   Lockbox #35   Wilmington, DE 19801 |

TOTAL: 12