UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979         BK ●  AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order Granting Joint Motion of UMB Bank, N.A. as Indenture Trustee and Elliot to Dismiss Application of NextEra Energy Inc. for Allowance and Payment of Administrative Expense or in the Alternative Grant Summary Judgment Denying and Disallowing Such Administrative Expense.

**Docket #:** 13333         **Date Entered:** 8/1/18

Item Transmitted:

| | | | | | |
|---|---|---|---|---|---|
| ✓ | Notice of Appeal | Docket #: | 13363 | Date Filed: | 8/15/18 |
| ☐ | Amended Notice of Appeal | Docket #: | | Date Filed: | |
| ☐ | Cross Appeal | Docket #: | | Date Filed: | |
| ☐ | Motion for Leave to Appeal | Docket #: | | Date Filed: | |
| ☐ | Request for Certification of Direct Appeal | Docket #: | | Date Filed: | |

**Appellant/Cross Appellant:**

NextEra Energy

**Appellee/Cross Appellee**

Elliott Associates, L.P., et al.
UMB Bank, N.A.
EFH Plan Administrator Board

**Counsel for Appellant/Cross Appellant:**

Landis Rath & Cobb
919 Market Street
Suite 1800
Wilmington, DE  19801

**Counsel for Appellee/Cross Appellee:**

Bayard, P.A.
and
Richards Layton & Finger

| | Yes | No |
|---|---|---|
| **Filing fee paid?** | ● | ○ |
| **IFP application filed by applicant?** | ○ | ● |
| **Have additional appeals of the same order been filed?** | ○ | ● |
| ***If Yes, has District Court assigned a Civil Action Number?** | ○ | ● |
| **Civil Action Number:** | | |

(continued on next page)

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 8/16/18     **by:** Donna Capell _____
                           **Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    18-42