IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------- X
In re:                                                          :   Chapter 11
                                                                :
Energy Future Holdings Corp., *et al.*,[1]                      :   Case No. 14-10979 (CSS)
                                                                :
        Debtors.        :   (Jointly Administered)
                                                                :
                                                                :   Re: D.I. 13363
---------------------------------------------------------------- X

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                              ) SS
NEW CASTLE COUNTY  )

Anthony C. Dellose, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to NextEra Energy, Inc. in the above captioned bankruptcy case, and on the 15th day of August, 2018, he caused a copy of the below listed pleading to be served to the attached service list in the manner so indicated.

**Notice of Appeal [D.I. 13363];**

_____
Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 16th day of August 2018.

_____
Notary Public

[Notary seal: RAMWATTIE RAMIREZ, MY COMMISSION EXPIRES ON 02-14-2019, NOTARY PUBLIC, STATE OF DELAWARE]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{932.002-W0052100.}

**HAND DELIVERY**
BAYARD, P.A.
Scott D. Cousins
Erin R. Fay
Evan T. Miller
600 N. King Street, Suite 400
Wilmington, DE 19801

**U.S. MAIL**
ROPES & GRAY LLP
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704

**HAND DELIVERY**
RICHARDS, LAYTON & FINGER, P.A.
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
920 North King Street
Wilmington, Delaware 19801

**U.S. MAIL**
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
James H.M. Sprayregen, P.C.
Mark Kieselstein, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654

**U.S. MAIL**
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
601 Lexington Avenue
New York, NY 10022-4611