## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON AUGUST 27, 2018 STARTING AT 2:00 P.M. (EDT)[2]

### I.    STATUS CONFERENCE:

1.    Notice of Status Conference [D.I. 13323; filed July 26, 2018]

Response/Objection Deadline:          N/A

Responses/Objections Received:          N/A

Related Documents:

i.    December 3, 2015 Hearing Transcript [D.I. 7255; filed December 8, 2015] (*see* Page 78)

ii.    February 17, 2017 Hearing Transcript [D.I. 10865; filed February 21, 2017] (*see* Pages 20-22)

iii.    Order Allowing Administrative Expense Claim for Fidelity Management & Research Company's Substantial Contribution Pursuant to Sections

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The August 27, 2018 (the "August 27th Hearing") hearing will be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 2:00 p.m. (EDT). Any person who wishes to appear telephonically at the August 27th Hearing must contact COURTCALL, LLC at 866-582-6878 prior to **12:00 p.m. (noon) (EDT) on Friday, August 24, 2018** to register his/her telephonic appearance in accordance with the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018.*

503(b)(3)(d) and 503(b)(4) of the Bankruptcy Code [D.I. 11050; filed March 24, 2017]

iv.     February 26, 2018 Hearing Transcript [D.I. 12770; filed March 1, 2018] (*see* Pages 237-238)

v.      Letter from Judge Sontchi [D.I. 12896; filed April 3, 2018]

vi.     Letter from Judge Sontchi to Gitlin & Company LLC [D.I. 13088; filed May 8, 2018]

vii.    Status Report [D.I. 13295; filed July 17, 2018] (the "Status Report")

viii.   Letter to the Honorable Christopher S. Sontchi from Gregg M. Galardi Regarding Substantial Contribution Fee Request Status Conference [D.I. 13385; filed August 23, 2018]

Status: A status conference with respect to the matters discussed in the Status Report will go forward at the hearing.

*[Remainder of page intentionally left blank.]*

2

Dated:  August 23, 2018
        Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:      (302) 651-7700
Facsimile:      (302) 651-7701
Email:          collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com
                aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

3