# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |

## NOTICE OF SERVICE OF "THE EFH PLAN ADMINISTRATOR BOARD'S NOTICE OF DISCLOSURE OF PRELIMINARY WITNESS LIST"

PLEASE TAKE NOTICE that, in accordance with paragraph 9(a) of the *Second Amended Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors*, dated August 17, 2018 [D.I. 13373], on August 22, 2018, counsel to the EFH Plan Administrator Board, caused a true and correct copy of *The EFH Plan Administrator Board's Notice of Disclosure of Preliminary Witness List* to be served on the below-listed parties in the manner so indicated:

**VIA EMAIL**

Richard C. Pedone
Morgan Nighan
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA 02100
rpedone@nixonpeabody.com
mnighan@nixonpeabody.com

**VIA EMAIL**

Christopher Fong
**NIXON PEABODY LLP**
55 West 46th Street
New York, NY 10036-4120
cfong@nixonpeabody.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 19902645v.1

**VIA EMAIL**

Gregg M. Galardi
Peter L. Welsh
Christian Reigstad
Daniel G. Egan
**ROPES &GRAY LLP**
1211 Avenue of the Americas
New York, NY 10036-8704
Gregg.Galardi@ropesgray.com
Peter.Welsh@ropesgray.com
Christian.Reigstad@ropesgray.com
Daniel.Egan@ropesgray.com

**VIA EMAIL**

Matthew L. McGinnis
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston Street
Boston, MA 02199
Matthew.McGinnis@ropesgray.com

**VIA EMAIL**

Erin R. Fay
**BAYARD, P.A.**
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Efay@bayardlaw.com

**VIA EMAIL**

David Rosner
Andrew H. Elkin
**KASOWITZ, BENSON, TORRES & FRIEDMAN**
1633 Broadway, 22nd Floor
New York, NY 10019
DRosner@kasowitz.com
AElkin@kasowitz.com

**VIA EMAIL**

Garvan F. McDaniel
**HOGAN♦McDANIEL**
1311 Delaware Avenue
Wilmington, DE 19806
gmcdaniel@dkhogan.com

**VIA EMAIL**

Christopher P. Simon
**CROSS & SIMON, LLC**
1105 North Market Street, Suite 901
Wilmington, DE 19801
csimon@crosslaw.com

[*Remainder of page intentionally left blank.*]

Dated: August 23, 2018
      Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

-and-

Mark E. McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500
Email:          mark.mckane@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*