# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*[1]<br><br>    *Debtors*, | ) <br> ) Chapter 11 <br> ) <br> ) Case No. 14-10979 (CSS) <br> ) <br> ) (Jointly Administered) <br> ) |
| ELLIOTT ASSOCIATES, L.P., ELLIOTT INTERNATIONAL, L.P., THE LIVERPOOL LIMITED PARTNERSHIP, AND UMB BANK, N.A.<br><br>    *Appellants*,<br><br>v.<br><br>ENERGY FUTURE HOLDINGS CORPORATION PLAN ADMINISTRATOR BOARD, *et al.*,<br><br>    *Appellees*. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 18-01225 (RGA) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**APPELLANTS' JOINT STATEMENT OF ISSUES AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL FROM ORDER AUTHORIZING THE EFH PLAN ADMINISTRATOR BOARD TO REIMBURSE THE FEES AND EXPENSES OF FORMER DIRECTORS AND OFFICERS SOLELY IN CONNECTION WITH THE EFH/EFIH ALLOCATION DISPUTE**

UMB Bank, N.A., as Indenture Trustee (the "Trustee") for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott" and, together with the Trustee, "Appellants"), hereby provide, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

United States Bankruptcy Court for the District of Delaware, the following joint statement of issues and designation of the items to be included in the record in connection with Appellants' appeal from the *Order Authorizing the EFH Plan Administrator Board to Reimburse the Fees and Expenses of Former Directors and Officers Solely in Connection With the EFH/EFIH Allocation Dispute* [D.I. 13322] (the "Reimbursement Order")[2] by the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

## STATEMENT OF ISSUES ON APPEAL

1. Whether the Bankruptcy Court erred by finding that the EFH Plan Administration Trust Agreement unambiguously grants the EFH Plan Administrator Board the discretion to pay fees and expenses incurred by the Former Directors and Officers in connection with the Motion or the Allocation Dispute, including in connection with third-party discovery related thereto.

2. Whether the Bankruptcy Court erred by finding that the EFH Plan Administrator Board's decision to pay fees and expenses of the Former Directors and Officers in connection with the Motion or the Allocation Dispute, including in connection with third-party discovery related thereto, is a reasonable exercise of the EFH Plan Administrator Board's discretion.

## DESIGNATION OF RECORD ON APPEAL

Appellants hereby designate the following items to be included in the record on appeal, which includes all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

---

[2] Capitalized terms used but not defined herein have the meanings ascribed to them in the Reimbursement Order.

| | Item | Filing/Entry Date | Docket No./Exhibit No.[3] |
|---|---|---|---|
| 1. | Order (CORRECTED) (A) Authorizing Entry into Merger Agreement and Approving Termination Fee, and (B) Authorizing Entry Into and Performance Under Plan Support Agreement | 09/07/2017 | 11873 |
| 2. | Agreement and Plan of Merger by and among Sempra Energy, Power Play Merger Sub I, Inc., Energy Future Intermediate Holding Company LLC, and Energy Future Holdings Corp. | 09/07/2017 | 11873-1 |
| 3. | EFH Plan Administration Trust Agreement | 03/08/2018 | 12798-4 |
| 4. | Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 02/27/2018 | 12763 |
| 5. | First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 02/27/2018 | 12763-1 |
| 6. | Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors | 05/13/2018 | 13102 |
| 7. | Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute | 05/15/2018 | 13113 |

---

[3] Unless otherwise indicated, all references herein to "Docket No." shall be to the docket maintained for *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS). Documents listed as exhibits (PAB Ex. __) were admitted into evidence at the July 20, 2018 hearing held before the Bankruptcy Court in *In re Energy Future Holdings Corp., et al.,* Case No. 14-10979 (CSS) (Bankr. D. Del.).

| | | | |
|---|---|---|---|
| 8. | Joint Objection of UMB Bank, N.A., as Indenture Trustee, and Elliot to the Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute | 05/29/2018 | 13149 |
| 9. | Response of the EFH Plan Administrator Board to the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors | 05/29/2018 | 13150 |
| 10. | Notice of Filing of Proposed Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors | 05/29/2018 | 13152 |
| 11. | EFH Plan Administrator Board's Reply in Support of the Motion of the EFH Plan Administrator Board for Entry of an Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the EFH/EFIH Allocation Dispute | 05/31/2018 | 13163 |
| 12. | Omnibus Reply Of UMB Bank, N.A., As Indenture Trustee, And Elliott In Support Of Their Joint Motion To Fix Appropriate Allocation Of Certain Reserves And Expenses As Between The EFH And EFIH Debtors | 05/31/2018 | 13164 |
| 13. | Transcript of the Hearing Held on June 5, 2018 | 06/06/2018 | 13184 |
| 14. | Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols In Connection With the Joint Motion of UMB Bank, N.A. as Indenture Trustee and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors | 06/11/2018 | 13193 |

| | | | |
|---|---|---|---|
| 15. | Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Manager Incurred in Connection with EFH/EFHI Allocation Dispute | 7/6/2018 | 13262 |
| 16. | Motion of EFH Plan Administrator Board for Entry of an Order Shortening Notice and Setting Response and Objection Deadline | 7/6/2018 | 13263 |
| 17. | Order Shortening Notice and Setting Response Deadline | 7/9/2018 | 13264 |
| 18. | Limited Response of Ad Hoc EFH Claimants to Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses | 7/12/2018 | 13278 |
| 19. | The Former Disinterested Directors of Energy Future Holdings Corp. Statement in Support of, and Reservation of Rights with Respect to, the Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Manager Incurred in Connection with the EFH/EFIH Allocation Dispute | 7/12/2018 | 13279 |
| 20. | Response and Reservation of Rights by Charles Cremens to With Respect To Motion Of EFH Plan Administrator Board For Authorization To Reimburse Third-Party Discovery Fees, etc. | 7/12/2018 | 13280 |
| 21. | Objection of UMB Bank, N.A., as Indenture Trustee, and Elliott to Motion of EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Managers Incurred in Connection with the EFH/EFIH Allocation Dispute | 7/12/2018 | 13282 |

| | | | |
|---|---|---|---|
| 22. | Sempra Energy's Response To Elliott Parties' Objection To The Motion Of EFH Plan Administrator Board For Authorization To Reimburse Third-Party Discovery Fees And Expenses Of Former Directors, Officers, And Manager Incurred In Connection With The EFH/EFIH Allocation Dispute | 7/14/2018 | 13286 |
| 23. | EFH Plan Administrator Board's Reply in Support of the Motion of the EFH Plan Administrator Board for Authorization to Reimburse Third-Party Discovery Fees and Expenses of Former Directors, Officers, and Managers Incurred in Connection with the EFH/EFIH Allocation Dispute | 7/14/2018 | 13287 |
| 24. | July 6, 2018 T. Horton Handwritten Notes | 7/20/2018 | PAB Ex. 7 |
| 25. | The Energy Future Intermediate Holding Company LLC Former Disinterested Manager's Responses and Objections to the Ad Hoc EFH Claimants' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) To Charles H. Cremens | 7/20/2018 | PAB Ex. 8 |
| 26. | The Energy Future Intermediate Holding Company LLC Former Disinterested Manager's Responses and Objections to UMB Bank, N.A., as Indenture Trustee, and Elliott's Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding) To Charles H. Cremens | 7/20/2018 | PAB Ex. 9 |
| 27. | Donald Evans's Objections and Responses to Subpoena to Produce Documents | 7/20/2018 | PAB Ex. 10 |
| 28. | Donald Evans's Objections and Responses to Subpoena to Produce Documents | 7/20/2018 | PAB Ex. 11 |
| 29. | Billie I. Williamson's Objections and Responses to Subpoena to Produce Documents | 7/20/2018 | PAB Ex. 12 |
| 30. | Billie I. Williamson's Objections and Responses to Subpoena to Produce Documents | 7/20/2018 | PAB Ex. 13 |
| 31. | Transcript regarding Hearing Held 7/16/18 | 07/23/2018 | 13307 |

| 32. | Transcript regarding Hearing Held 7/20/18 | 07/24/2018 | 13308 |
|---|---|---|---|
| 33. | Order Authorizing the EFH Plan Administrator Board To Reimburse The Fees and Expenses of Former Directors and Officers Solely in Connection With The EFH/EFIH Allocation Dispute | 7/26/2018 | 13322 |
| 34. | Notice of Appeal | 8/9/2018 | 13350 |

Appellants reserve the right to amend, modify, and/or supplement the foregoing issues and designations.

## CERTIFICATION REGARDING TRANSCRIPTS

Pursuant to Rule 8009(b)(1) of the Federal Rules of Bankruptcy Procedure, Appellants hereby certify that they are not ordering any transcripts. All transcripts have been prepared and are filed on the docket and are designated in the foregoing designation of the record.

Wilmington, Delaware
August 23, 2018

**BAYARD, P.A.**
*/s/ Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
scousins@bayardlaw.com
efay@bayardlaw.com
emiller@bayardlaw.com

–and–

**ROPES & GRAY LLP**
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Gregg.Galardi@ropesgray.com

*Counsel for UMB Bank, N.A., as Trustee, and Elliott*