**CERTIFICATE OF SERVICE**

I, Erin R. Fay, hereby certify that on this 23rd day of August, 2018, I caused copies of **Appellants' Joint Statement of Issues and Designation of Items to be Included in the Record on Appeal from Order Authorizing the EFH Plan Administrator Board to Reimburse the Fees and Expenses of Former Directors and Officers Solely in Connection with the EFH/EFIH Allocation Dispute** to be served via first class mail on the parties listed on the attached Exhibit A:

*/s/   Erin R. Fay*
Erin R. Fay (No. 5268)

# Exhibit A

Richards, Layton & Finger, P.A.
Mark D. Collins
Daniel J. DeFranceschi
Jason M. Madron
One Rodney Square
920 North King Street
Wilmington, DE 19801

Hogan McDaniel
Garvan F. McDaniel
1311 Delaware Avenue
Wilmington, DE 19806

Bielli & Klauder, LLC
David M. Klauder
Cory Preston Stephenson
1204 N. King Street
Wilmington, DE 19801

Stevens & Lee
Joseph H. Huston , Jr.
919 North Market Street
Suite 1300
Wilmington, DE 19801

Fox Rothschild LLP
Jeffrey M. Schlerf
Carl Douglas Neff
919 North Market Street, Suite 300
P.O. Box 2323
Wilmington, DE 19801

Kirkland & Ellis LLP
Marc Kieslstein, Esq.
300 North LaSalle
Chicago, IL 60654

Kirkland & Ellis LLP
Mark McKane P.C.
Michael P. Esser, Esq.
555 California Street
San Francisco, California 94104

Kirkland & Ellis LLP
Aparna Yenamandra, Esq.
601 Lexington Avenue
New York, New York 10022-4611

Kasowitz Benson Torres LLP
Matthew B. Stein, Esq.
David J. Mark, Esq.
Andrew H. Elkin, Esq.
1633 Broadway
New York, New York 10019

Mar Proskauer Rose LLP
Mark K. Thomas, Esq.
Three First National Plaza
70 W. Madison Street, Suite 3800
Chicago, IL 60602

Proskauer Rose LLP
Michael A. Firestein, Esq.
Peter J. Young, Esq.
2049 Century Park East, 32nd Floor
Los Angeles, CA 90067-3206

Jenner & Block, LLP
Richard Levin, Esq.
919 Third Avenue
New York, NY 10022

Jenner & Block, LLP
Vincent E. Lazar, Esq.
353 N. Clark Street
Chicago, IL 60654

White & Case LLP
Thomas E Lauria, Esq.
Matthew C. Brown, Esq.
Southeast Financial Center, Suite 4900
200 South Biscayne Blvd.
Miami, FL 33131

White & Case LLP
J. Christopher Shore, Esq.
1221 Avenue of the Americas
New York, NY 10020