# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

### AD HOC EFH CLAIMANTS' *MOTION IN LIMINE* TO EXCLUDE THE TESTIMONY OF HOWARD ABRAMS AND BRADLEY ROBINSON

Pursuant to Federal Rules of Evidence 104(a), 401, 402, and 702, made applicable to this matter by Federal Rule of Bankruptcy Procedure 9017, and the *Second Amended Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13373], the Ad Hoc EFH Claimants, by and through their undersigned counsel, hereby move *in limine* (the "Motion") to exclude the testimony of Howard Abrams and Bradley Robinson, who have been designated by Elliott Associates, L.P., Elliott International, L.P., the Liverpool Limited Partnership (collectively, "Elliott"), and UMB Bank, N.A. ("UMB"). In further support of the Motion, the Ad Hoc EFH Claimants rely upon the accompanying *Ad Hoc EFH Claimants' Memorandum of Law in Support of Motion in Limine to Exclude Testimony of Howard Abrams and Bradley Robins*, filed contemporaneously herewith.

WHEREFORE, the Ad Hoc EFH Claimants respectfully request that the Court enter an order, substantially in the form attached hereto as <u>Exhibit A</u>, granting and such other and further relief as the court may deem just and proper.

Dated: August 24, 2018
      Wilmington, Delaware

          HOGAN ♦ MCDANIEL
          By: /s/ *Garvan F. McDaniel*
          Garvan F. McDaniel, Esq. (DE #4167)
          1311 Delaware Avenue
          Wilmington, Delaware 19806
          Telephone: (302) 656-7540
          Facsimile: (302) 656-7599
          Email: gfmcdaniel@dkhogan.com

          – and –

          KASOWITZ BENSON TORRES LLP
          David S. Rosner, Esq.
          Andrew K. Glenn, Esq.
          Matthew B. Stein, Esq.
          Gavin D. Schryver, Esq.
          David J. Mark, Esq.
          Shai Schmidt, Esq.
          Andrew H. Elkin, Esq.
          1633 Broadway
          New York, New York 10019
          Telephone: (212) 506-1700
          Facsimile: (212) 506-1800
          Email: drosner@kasowitz.com
                   aglenn@kasowitz.com
                   mstein@kasowitz.com
                   gschryver@kasowitz.com
                   dmark@kasowitz.com
                   sschmidt@kasowitz.com
                   aelkin@kasowitz.com

          *Co-Counsel to the Ad Hoc EFH Claimants*