**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING AD HOC EFH CLAIMANTS' MOTION *IN LIMINE*
TO EXCLUDE THE TESTIMONY OF HOWARD ABRAMS AND BRADLEY ROBINS**

Upon the motion dated August 24, 2018 (the "Motion") of the Ad Hoc EFH Claimants, for entry of an order pursuant to Federal Rules of Evidence 104(a), 401, 402, and 702 excluding the testimony of Howard Abrams and Bradley Robins, who have been designated as expert witnesses by Elliott Associates, L.P., Elliott International, L.P., the Liverpool Limited Partnership and UMB Bank, N.A.; and the Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(b) and 1334, and authority to grant the evidentiary relief requested pursuant to Federal Rules of Evidence 104(a), 401, 402, and 702; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§1408 and 1409; and due and proper notice of the Motion having been provided to the parties pursuant to the *Second Amended Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13373], and no other or further notice being required; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor it is hereby:

ORDERED that the Motion is GRANTED as set forth herein; and it is further

ORDERED that the testimony of Howard Abrams and Bradley Robins shall be excluded.

Dated: _____, 2018
       Wilmington, Delaware

                                          _____
                                          THE HONORABLE CHRISTOPHER S. SONTCHI
                                          UNITED STATES BANKRUPTCY JUDGE