**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS | ) | Case No.: 14-10979 (CSS) |
| CORP., *et al.*, | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Deadline: August 27, 2018** |
| | ) | **Hearing Date: August 30, 2018 @ 2:00 p.m. ET** |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE**, that on August 24, 2018 the Ad Hoc EFH Claimants filed the attached *Motion In Limine to Exclude the Testimony of Howard Abrams and Bradley Robinson* (the "Motion") with the United States Bankruptcy Court for the District of Delaware.

**You are required to file a response to the attached Motion on or before August 27, 2018.**

At the same time, you must also serve a copy of the response upon the Ad Hoc EFH Claimants' attorney:

> Garvan McDaniel
> HOGAN♦McDANIEL
> 1311 Delaware Avenue
> Wilmington, DE 19806

HEARING ON THE MOTION WILL BE HELD ON AUGUST 30, 2018, AT 2:00 P.M. EASTERN TIME.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.


Date:  August 24, 2018                    BY:   */s/Garavn F. McDaniel*
                                                 Garvan F. McDaniel (DE Bar #4167)