IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>(Jointly Administered) |

**DECLARATION OF ANDREW K. GLENN IN SUPPORT OF
AD HOC EFH CLAIMANTS' MOTION *IN LIMINE*
TO EXCLUDE THE TESTIMONY OF HOWARD ABRAMS AND BRADLEY ROBINS**

ANDREW K. GLENN, hereby declares, pursuant to 28 U.S.C. § 1746, that the following is true and correct to the best of his knowledge, information and belief:

1. I am a member of the law firm Kasowitz Benson Torres LLP, counsel for the Ad Hoc EFH Claimants in the above-captioned proceedings. I make this declaration to present the Court with the attached documents in connection with the *Ad Hoc EFH Claimants' Motion in Limine to Exclude the Testimony of Howard Abrams and Bradley Robins*, filed contemporaneously herewith.

2. Attached hereto as Exhibit 1 is ███████████████████████████████████████
███████████████████████████████████.

3. Attached hereto as Exhibit 2 is ███████████████████████████████████████
███████████████████████████████████.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the deposition of Charles H. Cremens, dated August 3, 2018.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the deposition of Jeremy Matican, dated August 9, 2018.

6. Attached hereto as <u>Exhibit 5</u> is a true and correct copy of excerpts of the deposition of Anthony R. Horton, dated August 9, 2018.

7. Attached hereto as <u>Exhibit 6</u> is a true and correct copy of the Tax Matters Agreement by and among Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., EFH Merger Co., LLC and Tex Energy LLC, dated as of October 3, 2016.

8. Attached hereto as <u>Exhibit 7</u> is a true and correct copy of the Declaration of Howard Abrams.

9. Attached hereto as <u>Exhibit 8</u> is a true and correct copy of excerpts of the deposition of Howard Abrams, dated August 23, 2018.

10. Attached hereto as <u>Exhibit 9</u> is a true and correct copy of the Declaration of Bradley A. Robins.

August 24, 2018

                                                /s/ *Andrew K. Glenn*
                                                Andrew K. Glenn