**<u>Exhibit 4</u>**

1                    J. MATICAN

2      Q.    Got it.  So you're anticipating my
3 next couple of questions.
4            So did Evercore -- strike that.  Did
5 Evercore in fact pursue -- strike that.
6            Do you prefer "non-taxable"?
7 "tax-efficient"?  Which phraseology would you
8 use?
9      A.    "Tax-efficient" would be fine.
10     Q.    Did Evercore pursue only tax-efficient
11 transactions for the disposition of the debtors'
12 assets?
13     A.    No.
14     Q.    At any time did Evercore provide any
15 teaser to potential bidders that contemplated a
16 taxable transaction at EFIH?
17     A.    I don't recall the specifics of the
18 teaser.
19     Q.    So you can't recall one way or the
20 other sitting here today; is that right?
21     A.    Correct.
22     Q.    Did Evercore ever receive any term
23 sheets that contemplated a taxable transaction
24 at EFIH?
25     A.    Based on my recollection, the answer

1              J. MATICAN

2   is no with respect to third-party bidders,

3   strategic financial players, et cetera.

4       Q.   Okay.  What about with non-third-party

5   bidders?

6       A.   With respect to existing creditors, my

7   recollection is no.

8       Q.   So, sorry, so the answer to the

9   question just, no, did Evercore ever receive any

10  term sheets for a taxable transaction at EFIH?

11      A.   My recollection is no.

12      Q.   Okay.  Did Evercore ever do any

13  analysis of the recoveries of creditors in the

14  event of a taxable transaction at EFIH?

15      A.   Not to my recollection.

16      Q.   If Evercore had been solely retained

17  by EFIH, would it have done such an analysis?

18           MR. CHESLEY:  Object to the form.

19      A.   That's speculation.  We weren't

20  retained solely by EFIH.  That wasn't our role.

21      Q.   Okay.  So you don't know?

22      A.   I can't speak to that as I sit here

23  today.

24           MR. CHESLEY:  Speak up a little bit if

25      you can.