# SIGN-IN SHEET

CASE NAME: EFH
CASE NO: (CSS) 14-10979

COURTROOM LOCATION: 6
DATE: 8/27/18 at 2:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Joyce | O'Kelly Ernst & Joyce | EFH |
| Richard Pedone | Nixon Peabody | AST as Indenture Trustee |
| Katherine Stadler | Godfrey + Kahn, S.C. | Fee Committee |
| Richard Gitlin — Fee Examiner | Gitlin + Co. LLC | |
| Bill Aileman | Benesch | Fee Committee |
| Steven Serazer | Davis Polk & Wardell | Reorg. Mercury folks |
| Gregg Galardi | Ropes & Gray | Elliott Morgan |
| Richard L. Schepacarter | USDOJ – OUST | U.S. Trustee |
| Ena Es | Beyerd | Elliott Mansment |
| Kevin Mann | Cross & Simon | AST |
| Jason M. Madron | Richard Layton + Finger | EFH Plan Administrator Board |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**Calendar Date:** 08/27/2018
**Calendar Time:** 02:00 PM ET

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Re-sent Calendar  Aug 27 2018 10:11AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9276427 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9279199 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9276428 | Gregg M. Galardi | (212) 596-9139 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9274986 | Daniel K. Hogan | (302) 656-7597 ext. | Hogan McDaniel | Interested Party, Shirley Fenicle / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9276578 | Patrick J. Holohan | (646) 412-5336 ext. | Mergermarket | Interested Party, Debtwire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9274230 | Christian P. Jensen | (212) 558-4362 ext. | Sullivan & Cromwell | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9272649 | Demetra L. Liggins | (713) 951-5884 ext. | Thompson & Knight LLP | Specially Appearing For, Energy Future Holdings / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9274077 | Morgan Nighan | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9274075 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9276626 | Matthew M. Roose | (212) 859-8029 ext. | Fried, Frank, Harris, Shriver & Jacobson LLP | Interested Party, Fidelity Management & Research Company / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9279255 | George Skelly | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9276551 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |

Peggy Drasal ext. 802    CourtConfCal2009    Page 1 of 2

| | | | | | |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9274979 | Patricia J. Villareal | (214) 507-9418 ext. | Pat Villareal Law | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9279345 | Erin A. West | (608) 284-2654 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9278075 | Brady C. Williamson | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9276852 | Aparna Yenamandra | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |