# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on August 24, 2018, a true and correct copy of *The Ad Hoc EFH Claimants' Motion in Limine to Exclude the Testimony of Howard Abrams and Bradley Robinson* [Docket No. 13392] was caused to be served upon the following parties via email:

Chad J. Husnick, Esq.
Mark McKane, Esq..
Michael P. Esser, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Email: chusnick@kirkland.com
mmckane@kirkland.com
michael.esser@kirkland.com

Marc Kieselstein, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
mkieselstein@kirkland.com

Erin R. Fay, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
Email: efay@bayardlaw.com

Bryan M. Stephany, Esq.
Kirkland & Ellis LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005-5793
Email: bstephany@kirkland.com

Aparna Yenamandra, Esq.
McClain Thompson, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
Email: aparna.yenamandra@kirkland.com
mcclain.thompson@kirkland.com

Jason M. Madron, Esq.
Mark D. Collins, Esq.
Daniel J. DeFranceschi
Richards Layton & Finger
920 North King Street

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Christopher Fong, Esq.f
Morgan C. Nighan, Esq.
Richard Pedone, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
Email: mnighan@nixonpeabody.com
rpedone@nixonpeabody.com
cfong@nixonpeabody.com

Daniel G. Egan, Esq.
Gregg M. Galardi, Esq,
Christian Reigstad, Esq.
Matthew McGinnis, Esq.
Katelyn Saner, Esq.
Peter L. Welsh, Esq.
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036-8704
Email: daniel.egan@ropesgray.com
gregg.galardi@ropesgray.com
christian.reigstad@ropesgray.com
matthew.mcginnis@ropesgray.com
katelyn.saner@ropesgray.com
peter.welsh@ropesgray.com

Wilmington, DE 19801
Email: madron@rlf.com
collins@rlf.com
defranceschi@rlf.com

Christopher P. Simon, Esq.
Cross & Simon, LLC
1105 North Market Street
Suite 901
Wilmington, DE 19801
Email: csimon@crosslaw.com

Dated: August 27, 2018
    Wilmington, Delaware

Respectfully submitted,

*/s/Garvan F. McDaniel*
Garvan F. McDaniel (DE Bar No.4167)
**HOGAN♦MCDANIEL**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: gmcdaniel@dkhogan.com