IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

```
------------------------------------------------- X
In re:                                           :    Chapter 11
                                                 :
Energy Future Holdings Corp., et al.,[1]         :    Case No. 14-10979 (CSS)
                                                 :
                               Debtors.          :    (Jointly Administered)
                                                 :
                                                 :    Re: D.I. 13333
------------------------------------------------- X
NextEra Energy, Inc.                             :
                                                 :
                               Appellant,        :
                                                 :
v.                                               :    Civil Action No. 18-01253 (RGA)
                                                 :
Elliott Associates, L.P., Elliott International, :
L.P., The Liverpool Limited Partnership, UMB     :
Bank, N.A., and EFH Plan Administrator Board     :
                                                 :
                               Appellees.        :
                                                 :
------------------------------------------------- X
```

**APPELLANT NEXTERA ENERGY, INC.'S STATEMENT OF
ISSUES AND DESIGNATION OF RECORD ON APPEAL
FROM THE AUGUST 1, 2018 SUMMARY JUDGMENT ORDER**

NextEra Energy, Inc. ("NextEra" or "Appellant"), pursuant to Rule 8009 of the Federal

Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and

Procedure of the United States Bankruptcy Court for the District of Delaware, hereby designates

the following statement of issues and items to be included in the record on appeal in connection

with Appellant's appeal from this Court's order dated August 1, 2018 [D.I. 13333] (the

---

[1]     The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the
debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these
chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four
digits of their federal tax identification numbers is not provided herein.  A complete list of such information
may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

"Summary Judgment Order") granting the joint motion (the "Summary Judgment Motion")[2] of UMB Bank, N.A., as Indenture Trustee (the "Trustee"), and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott" and, together with the Trustee, the "Appellees") to dismiss or, in the alternative, grant summary judgment denying and disallowing the *Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Claim*[3] [D.I. 12671].

## STATEMENT OF ISSUES PRESENTED ON APPEAL

NextEra intends at this time to raise the following issues on appeal:

1. Whether the Bankruptcy Court erred in disallowing NextEra's $60 million administrative expense claim based on the provisions of the Merger Agreement when the plain terms of the Merger Agreement permitted NextEra to recover an administrative expense claim.

2. Assuming arguendo that the Merger Agreement does prevent NextEra from recovering an administrative expense claim (which it does not), whether the Bankruptcy Court erred in concluding that NextEra was still bound by that prohibition notwithstanding the Bankruptcy Court's prior order materially modifying the agreement's key Termination Fee provisions, thereby holding NextEra bound to a version of the Merger Agreement to which it never agreed.

3. Did the Bankruptcy Court err in dismissing, on a motion for summary judgment, NextEra's request for an administrative expense claim where there existed a genuine issue of

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Summary Judgment Motion.

[3] The administrative expense claim asserted by NextEra in the application was asserted "in the alternative" to NextEra's Termination Fee claim, which is currently on appeal before the United States Court of Appeals for the Third Circuit. If NextEra prevails on its appeal before the Third Circuit and the Termination Fee claim is ultimately allowed, then the $60 million administrative expense claim that is the subject of this appeal will be rendered unnecessary.

material fact as to whether NextEra provided a benefit to the EFH estate in attempting to close the $18 billion transaction for the acquisition of the Debtors' interest in Oncor, and where the Bankruptcy Court ignored NextEra's request to conduct discovery on material issues.

## DESIGNATION OF ITEMS FOR THE RECORD ON APPEAL

Appellant hereby designates the following items to be included in the record on appeal, which includes all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

| | Date | Docket No. | Title |
|---|---|---|---|
| | | | *In re: Energy Future Holdings Corp.*, Case No.: 14-10979-CSS |
| 1. | | 9584, Ex. 1 | Agreement and Plan of Merger (dated July 29, 2016, as amended on September 18, 2016) between, among others, the Debtors and NextEra |
| 2. | 08/03/2016 | 9190 | Motion of the EFH/EFIH Debtors For Order (A) Authorizing Entry Into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry Into and Performance Under Plan Support Agreement |
| 3. | 08/04/2016 | 9191 | Declaration of William O. Hiltz in Support of the Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement |
| 4. | 08/04/2016 | 9192 | Declaration of David Ying in Support of the Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement |
| 5. | 09/19/2016 | 9584 | Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement |

|  | Date | Docket No. | Title |
|---|---|---|---|
| 6. | 09/21/2016 | 9606 | Transcript of the hearing held before the Court on September 19, 2016, including referenced demonstratives used by Debtors (D-Dem 1, D-Dem 2, and D-Dem 3) |
| 7. | 09/28/2016 | 9693 | Transcript of the hearing held before the Court on September 26, 2016 |
| 8. | 07/07/2017 | 11424 | The Debtors' Letters Terminating (A) the Plan Support Agreement by and among the EFH/EFIH Debtors, the Fidelity Funds, and NEE and (B) the Merger Agreement by and among Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, NextEra Energy, Inc., and EFH Merger Co., LLC |
| 9. | 07/10/2017 | 11441 | NextEra Letter in Reply to Debtors' Notice of Termination of the Agreement and Plan of Merger |
| 10. | 07/28/2017 | 11630 | Transcript of the hearing held before the Court on July 26, 2017 |
| 11. | 07/29/2017 | 11636 | The Elliott Funds' Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee |
| 12. | 07/31/2017 | 11649 | Application of NextEra Energy, Inc. for Payment of Administrative Expense Claim |
| 13. | 07/31/2017 | 11650 | Declaration of Howard Seife in Support of Application of NextEra Energy, Inc. for Payment of Administrative Claim |
| 14. | 08/02/2017 | 11666 | The Elliott Funds' Preliminary Objection to the Application of NextEra Energy, Inc. for Payment of Administrative Claim |
| 15. | 08/03/2017 | 11668 | Adversary Complaint Energy Future Holdings Corp. and Energy Future Intermediate Holding Company, LLC against NextEra Energy, Inc. |
| 16. | 08/23/2017 | 11801 | Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry Into the Merger Agreement and Approving the Termination Fee, and (B) Authorizing Entry Into and Performance Under the Plan Support Agreement |

| | Date | Docket No. | Title |
|---|---|---|---|
| 17. | 09/07/2017 | 11873 | Corrected Order (A) Authorizing Entry Into Merger Agreement and Approving Termination Fee, and (B) Authorizing Entry Into and Performance Under Plan Support Agreement |
| 18. | 09/07/2017 | 11876 | Objection of NextEra Energy, Inc. to the Elliott Funds' Motion to Reconsider In Part the September 19, 2016 Order Approving the NextEra Termination Fee |
| 19. | 09/07/2017 | 11878 | Declaration of Howard Seife in Support of Objection of NextEra Energy, Inc. to Motion to Reconsider In Part the September 19, 2016 Order Approving the NextEra Termination Fee |
| 20. | 09/07/2017 | 11879 | The Debtors' Objection to Elliott Funds Motion to Reconsider in Part the September 19, 2016 Order [Docket No.9584] Approving the NextEra Termination Fee |
| 21. | 09/11/2017 | 11887 | First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 22. | 09/11/2017 | 11889 | Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 23. | 09/14/2017 | 11905 | The Elliott Funds' Reply Supporting Their Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee |
| 24. | 09/20/2017 | 11921 | Transcript of the hearing held before the Court on September 19, 2017 |
| 25. | 09/29/2017 | 11969 | Transcript of the hearing held before the Court on September 27, 2017 |
| 26. | 10/03/2017 | 11998 | Opinion on the Elliott Funds' Motion for Reconsideration of an Order Approving, Among Other Things, a Termination Fee in the Amount of $275 million |

|  | Date | Docket No. | Title |
|---|---|---|---|
| 27. | 10/18/2017 | 12075 | Order Granting the Motion to Reconsider of Elliott Associates, L.P. and Denying the Application of NextEra Energy Inc. for Payment of Administrative Claim |
| 28. | 10/20/2017 | 12105 | Supplement to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 29. | 10/30/2017 | 12139 | Preliminary Limited Objection of NextEra Energy, Inc. to First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 30. | 10/30/2017 | 12141 | NextEra's Notice of Appeal Regarding Order Granting the Motion to Reconsider of Elliott Associates, L.P. and Denying the Application of NextEra Energy Inc. for Payment of Administrative Claim |
| 31. | 10/30/2017 | 12145 | Reservation of Rights of UMB Bank, N.A. to Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code |
| 32. | 11/10/2017 | 12222 | Certification to Court of Appeals by All Parties |
| 33. | 11/10/2017 | 12224 | Joint Supplemental Statement on Certification |
| 34. | 11/16/2017 | 12243 | NextEra's Motion to Stay the Reconsideration Order Pending Appeal |
| 35. | 11/30/2017 | 12287 | Objection of the EFH/EFIH Debtors to NextEra's Motion to Stay the Reconsideration Order Pending Appeal |
| 36. | 11/30/2017 | 12288 | Elliott Funds' Objection to NextEra Energy, Inc.'s Motion to Stay the Reconsideration Order Pending Appeal |
| 37. | 12/06/2017 | 12308 | NextEra's Reply in Support of its Motion to Stay the Reconsideration Order Pending Appeal |
| 38. | 12/12/2017 | 12333 | Transcript of the Hearing Held on December 11, 2017 |

|     | Date       | Docket No. | Title                                                                                                                                                                                                                                   |
| --- | ---------- | ---------- | ------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------ |
| 39. | 12/12/2017 | 12334      | Amended Order Denying NextEra's Motion to Stay the Reconsideration Order Pending Appeal                                                                                                                                                   |
| 40. | 12/19/2017 | 12369      | Objection of NextEra Energy, Inc. to First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 41. | 12/22/2017 | 12393      | Final Reservation of Rights of UMB Bank, N.A. to Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code                                     |
| 42. | 02/15/2018 | 12653      | Modified First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code                              |
| 43. | 02/15/2018 | 12655      | Notice of Filing of Proposed Confirmation Order                                                                                                                                                                                          |
| 44. | 02/16/2018 | 12664      | NextEra's Motion in Limine to Preclude the Testimony of Michael Kramer                                                                                                                                                                   |
| 45. | 02/17/2018 | 12665      | The Elliott Funds' Reply to Objection of NextEra Energy, Inc. to First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 46. | 02/17/2018 | 12666      | Debtors' Memorandum of Law in Support of Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 47. | 02/20/2018 | 12671      | Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Claim                                                                                                                                                     |
| 48. | 02/20/2018 | 12674      | The Debtors' Opposition to NextEra's Motion in Limine to Preclude the Testimony of Michael Kramer                                                                                                                                         |
| 49. | 02/20/2018 | 12676      | The Elliott Funds' Opposition to NextEra's Motion in Limine to Preclude the Testimony of Michael Kramer                                                                                                                                   |

|  | Date | Docket No. | Title |
|---|---|---|---|
| 50. | 02/22/2018 | 12685 | First Amended Supplement to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 51. | 02/22/2018 | 12692 | Order Granting Motion in Limine to Preclude the Testimony of Michael Kramer |
| 52. | 02/23/2018 | 12699 | Transcript of the hearing held before the Court on February 22, 2018 |
| 53. | 02/25/2018 | 12748 | Notice of Filing of Amended Proposed Confirmation Order |
| 54. | 02/25/2018 | 12749 | Notice of Filing NextEra Energy Inc.'s Proposed Confirmation Order Modifications |
| 55. | 02/27/2018 | 12761 | Notice of Filing of Further Amended Proposed Confirmation Order |
| 56. | 02/27/2018 | 12763 | Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 57. | 03/01/2018 | 12770 | Transcript of the hearing held before the Court on February 26, 2018 |
| 58. | 03/01/2018 | 12771 | Transcript of the hearing held before the Court on February 27, 2018 |
| 59. | 03/23/2018 | 12844 | Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense Filed by Elliott Associates, L.P., Elliott International, L.P. and The Liverpool Limited Partnership. |
| 60. | 03/26/2018 | 12853 | NextEra Energy, Inc.'s Letter Regarding Request for Status Conference Regarding Administrative Expense Application |
| 61. | 03/27/2018 | 12859 | Letter from UMB Bank, N.A and Elliott Regarding NextEra Energy, Inc.'s Request for Status Conference Regarding Administrative Expense Application |

| | Date | Docket No. | Title |
|---|---|---|---|
| 62. | 03/27/2018 | 12866 | Letter from EFH Plan Administrator Board Regarding D.I. 12671 and D.I. 12844 and Related March 28, 2018 Status Conference |
| 63. | 03/29/2018 | 12887 | Transcript of the hearing held before the Court on March 28, 2018 |
| 64. | 04/11/2018 | 12935 | Objection of NextEra Energy, Inc. to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense |
| 65. | 04/11/2018 | 12936 | Declaration of Howard Seife in Support of Objection of NextEra Energy, Inc. to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense |
| 66. | 04/11/2018 | 12937 | Declaration of Mark Hickson in Support of Objection of NextEra Energy, Inc. to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense |
| 67. | 04/18/2018 | 12969 | EFH Plan Administrator Boards Reply in Support of the Motion to (I) Dismiss Application of NextEra Energy, Inc., for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense |
| 68. | 04/18/2018 | 12970 | Reply of UMB Bank, N.A., as Indenture Trustee, and Elliott in Support of Their Joint Motion to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense |

| | Date | Docket No. | Title |
|---|---|---|---|
| 69. | 08/01/2018 | 13332 | Opinion on Joint Motion of UMB Bank, N.A. as Indenture Trustee and Elliot to Dismiss Application of NextEra Energy Inc. for Allowance and Payment of Administrative Expense or in the Alternative Grant Summary Judgment Denying and Disallowing Such Administrative Expense |
| 70. | 08/01/2018 | 13333 | Order Granting Joint Motion of UMB Bank, N.A. as Indenture Trustee and Elliot to Dismiss Application of NextEra Energy Inc. for Allowance and Payment of Administrative Expense or in the Alternative Grant Summary Judgment Denying and Disallowing Such Administrative Expense |
| 71. | 08/15/2018 | 13363 | Notice of Appeal Regarding Order Granting Joint Motion of UMB Bank, N.A. as Indenture Trustee and Elliot to Dismiss Application of NextEra Energy Inc. for Allowance and Payment of Administrative Expense or in the Alternative Grant Summary Judgment Denying and Disallowing Such Administrative Expense |

Appellant reserves the right to amend, modify, and/or supplement the foregoing issues and designations.

## CERTIFICATION REGARDING TRANSCRIPTS

Pursuant to Rule 8009(b)(1) of the Federal Rules of Bankruptcy Procedure, Appellant hereby certifies that it is not ordering any transcripts. All transcripts have been prepared and are filed on the docket and are designated in the foregoing designation of the record.

Dated: August 29, 2018
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mcguire@lrclaw.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
Eric Daucher (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: howard.seife@nortonrosefulbright.com
       andrew.rosenblatt@nortonrosefulbright.com
       eric.daucher@nortonrosefulbright.com

Robin Ball (admitted pro hac vice)
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213)892-9200
Facsimile: (213) 892-9494
Email : robin.ball@nortonrosefulbright.com

*Counsel to Appellant NextEra Energy, Inc.*