# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | Hearing Date:  August 30, 2018 at 2:00 p.m. |

## NOTICE OF FILING OF JOINT STIPULATED FINAL PRE-TRIAL ORDER

PLEASE TAKE FURTHER NOTICE that, on May 13, 2018, Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership and UMB Bank, N.A., as Indenture Trustee filed the *Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13102] (the "Allocation Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that, on August 17, 2018, the Court entered the *Second Amended Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13373] (the "Scheduling Order") in connection with the Allocation Motion.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

PLEASE TAKE FURTHER NOTICE that paragraph 9(e) of the Scheduling Order provides that "[Wednesday, August 29, 2018] shall be the deadline by which the Parties must submit a proposed joint pretrial order per Local Bankruptcy Rule 7016-2(d)".

PLEASE TAKE FURTHER NOTICE that, consistent with the terms of the Scheduling Order, the EFH Plan Administrator Board (the "PAB") hereby files the attached *Joint Stipulated Final Pre-Trial Order* (the "Draft Pre-Trial Order"). A copy of the Draft Pre-Trial Order is attached hereto as **Exhibit A**.

PLEASE TAKE FURTHER NOTICE that, the Draft Pre-Trial Order was negotiated by and between the Parties[2] and, with the exception of the terms set forth in paragraphs 2, 8, and 15 of the Draft Pre-Trial Order, is agreed to by and between the Parties.

PLEASE TAKE FURTHER NOTICE that a *telephonic only hearing* to consider, among other things, entry of the Draft Pre-Trial Order, is currently scheduled be held before The Honorable Christopher S. Sontchi at the Court, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 on **Thursday, August 30, 2018 starting at 2:00 p.m. (Eastern Daylight Time)** (the "August 30th Hearing").

PLEASE TAKE FURTHER NOTICE that, to the extent that the PAB makes further revisions to the Draft Pre-Trial Order prior to the August 30th Hearing, the PAB will present a further blacklined copy of such revised documents to the Court either at or before the August 30th Hearing.

[*Remainder of page intentionally left blank.*]

---

[2] Capitalized terms used, but not otherwise defined, herein shall be ascribed the same meanings given to them in the Scheduling Order.

Dated: August 29, 2018
    Wilmington, Delaware           */s/ Jason M. Madron*
**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              steven.serajeddini@kirkland.com

-and-

Mark E. McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:   (415) 439-1400
Facsimile:   (415) 439-1500
Email:       mark.mckane@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*