# CERTIFICATE OF SERVICE

I, Christopher P. Simon, hereby certify that on August 30, 2018, I caused a true and correct copy of *The EFH Indenture Trustee's Pretrial Written Submission in Connection with Joint Motion of UMB Bank, N.A. as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH Corp. and EFIH Debtors* to be served upon all interested parties via CM/ECF and upon the parties listed on the attached service list via electronic mail and first class mail.

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)

**SERVICE LIST**

Matthew L. McGinnis, Esq.
Katelyn Saner, Esq.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-3600
Matthew.McGinnis@ropesgray.com
Katelyn.Saner@ropesgray.com

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
collins@rlf.com
defranceschi@rlf.com
Madron@RLF.com

David S. Rosner, Esq.
Matthew B. Stein, Esq.
David J. Mark, Esq.
Andrew K. Glenn, Esq.
Andrew H. Elkin, Esq.
Gavin D. Schryver, Esq.
Shai Schmidt, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York,  New York 10019
DRosner@kasowitz.com
mstein@kasowitz.com
DMark@kasowitz.com
AGlenn@kasowitz.com
AElkin@kasowitz.com
gschryver@kasowitz.com
sschmidt@kasowitz.com

McClain Thompson, Esq.
Edward O. Sassower, P.C.
Stephen E. Hessler , Esq.
Brian E. Schartz, Esq.
Aparna Yenamandra, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
mcclain.thompson@kirkland.com
edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com
Aparna.Yenamandra@kirkland.com

Mark McKane P.C.
Michael P. Esser, Esq.
Austin Klar, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, California 94104
mmckane@kirkland.com
michael.esser@kirkland.com
austin.klar@kirkland.com

James H.M. Sprayregen, P.C.
Marc Kieselstein, P.C.
Chad J. Husnick , Esq.
Steven N. Serajeddini, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
chad.husnick@kirkland.com
steven.serajeddini@kirkland.com

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Daniel G. Egan, Esq.<br>Christian Reigstad, Esq.<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York  10036-8704<br>Gregg.Galardi@ropesgray.com<br>Daniel.Egan@ropesgray.com<br>Christian.Reigstad@ropesgray.com | Erin R. Fay, Esq.<br>Bayard, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>efay@bayardlaw.com |
| Peter L. Welsh, Esq.<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts  02199-3600<br>Peter.Welsh@ropesgray.com | Garvan F. McDaniel, Esq.<br>Hogan ♦ McDaniel<br>1311 Delaware Avenue<br>Wilmington, DE 19806<br>gmcdaniel@dkhogan.com |