# Court Conference

**U.S. Bankruptcy Court-District of Delaware**
**Confirmed Telephonic Appearance Schedule**
**Honorable Christopher S. Sontchi**

Calendar Date: 08/30/2018
Calendar Time: 02:00 PM ET

#6

Amended Calendar  Aug 30 2018  9:43AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9287472 | Peg A. Brickley | (267) 979-0991 ext. | Dow Jones & Co. | Interested Party, Dow Jones & Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9266044 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Interested Party, Sempra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9282841 | Eric C. Daucher | (212) 408-5405 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9283589 | Daniel DeFranceschi | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9276503 | Andrew H. Elkin | (212) 542-4756 ext. | Kasowitz, Benson & Torres LLP | Creditor, EFH / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9283621 | Christopher Esbrook | (312) 319-7680 ext. | Esbrook Law | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9283551 | Michael Esser | (415) 439-1400 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9283684 | Erin Fay | (302) 429-4253 ext. | Bayard P.A. | Interested Party, Elliott Funds L.P. et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9283481 | Michael Firestein | (310) 284-5661 ext. | Proskauer Rose LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9276505 | Andrew Glenn | (212) 506-1747 ext. | Kasowitz Benson & Torres LLP | Creditor, Farmstead Capital Management, LLC et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9286206 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9287384 | Daniel K. Hogan | (302) 656-7597 ext. | Hogan McDaniel | Interested Party, Shirley Fenicle / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9280491 | Christian P. Jensen | (212) 558-4362 ext. | Sullivan & Cromwell | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9274605 | Deborah Kennedy | (303) 291-2339 ext. | Perkins Coie LLP | Interested Party, Delaware Trust Company / LIVE |

| Case Name | Case # | Proceeding | App ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9284919 | Marc Kieselstein | (312) 862-3029 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9283578 | Austin Klar | (415) 439-1867 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9283472 | David M. Klauder | (302) 803-4600 ext. | Bielli & Klauder, LLC | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9282975 | Vincent Lazar | (312) 923-2989 ext. | Jenner & Block LLP | Witness, Charles Cremens / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9287464 | Scott J. Leonhardt | (302) 777-1111 ext. | The Rosner Law Group LLC | Interested Party, Paul Keglevic and Anthony Horton / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9283596 | Jason M. Madron | (302) 651-7793 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9279795 | Kevin S. Mann | (302) 777-4200 ext. | Cross & Simon, LLC | Creditor, American Stock Transfer and Trust Company / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9276502 | Garvan McDaniel | (302) 656-7540 ext. | Hogan McDaniel | Creditor, Farmstead Capital Management, LLC et al / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9287303 | Matthew L. McGinnis | (617) 951-7567 ext. 00 | Ropes & Gray, LLP | Creditor, Elliott Management Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9283535 | Mark E. McKane | (415) 439-1400 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9275162 | Pamela S. Morin | (303) 974-5884 ext. | Pamela S. Morin - In Pro Per/Pro Se | Accountant, FILSINGER ENERGY PARTNERS / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9282892 | Morgan Nighan | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9282866 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9276508 | David Rosner | (212) 506-1726 ext. | Kasowitz Benson & Torres LLP | Client, Ad Hac Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9283029 | Daniel S. Shamah | (212) 326-2138 ext. | O'Melveny & Myers, LLP | Interested Party, O'Melveny & Myers, LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9283004 | Matthew Stein | (212) 506-1717 ext. | Kasowitz Benson & Torres LLP | Creditor, AD HOC EMH Claimants / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9284839 | Angelo Thalassinos | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9284832 | Patricia J. Villareal | (214) 507-9418 ext. | Pat Villareal Law | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9283570 | Aparna Yenamandra | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 (17-5178) | Hearing | 9269966 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Interested Party, Elliot Management Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 (17-5178) | Hearing | 9269977 | Gregg M. Galardi | (212) 596-9139 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |