# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |
| | **Re: D.I. 13102, 13412** |

## CERTIFICATION OF COUNSEL CONCERNING
## JOINT STIPULATED FINAL PRE-TRIAL ORDER

On May 13, 2018, Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership and UMB Bank, N.A., as Indenture Trustee (collectively, the "Movants") filed the *Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13102] (the "Allocation Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Pursuant to the Allocation Motion, the Movants are seeking entry of an order fixing an appropriate allocation of certain reserves and administrative expenses incurred in the above-captioned chapter 11 cases as between the estate of Energy Future Holdings Corp. and the estate of Energy Future Intermediate Holding Company, LLC.

On August 17, 2018, the Bankruptcy Court entered the *Second Amended Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2

*Debtors* [D.I. 13373] (the "Scheduling Order") in connection with the Allocation Motion. Paragraph 9(e) of the Scheduling Order provides that "[Wednesday, August 29, 2018] shall be the deadline by which the Parties must submit a proposed joint pretrial order per Local Bankruptcy Rule 7016-2(d)". Consistent with the terms of the Scheduling Order, on August 29, 2018, the EFH Plan Administrator Board (the "PAB") filed a proposed form of Joint Stipulated Final Pre-Trial Order (the "Draft Pre-Trial Order") with the Bankruptcy Court. *See* D.I. 13412.

Consistent with paragraph 9(f) of the Scheduling Order, on August 30, 2018 starting at 2:00 p.m. (Eastern Daylight Time) (the "August 30th Hearing"), the Bankruptcy Court held a final pre-trial conference in connection with the EFH/EFIH Allocation Dispute (as such term is defined in the Scheduling Order) to address, among other issues, the disputed issues set forth at paragraphs 2, 8, and 15 of the Draft Pre-Trial Order. On the record of the August 30th Hearing, the Bankruptcy Court issued various rulings in connection with the parties' disputed proposed pre-trial procedures with respect to the trial scheduled to take place on September 5, 6, and 7, 2018 in connection with the EFH/EFIH Allocation Dispute.

Based on the Bankruptcy Court's various rulings made on the record of the August 30th Hearing, counsel for the PAB prepared a revised proposed form of *Joint Stipulated Final Pre-Trial Order* (the "Final Pre-Trial Order"). A copy of the Final Pre-Trial Order is attached hereto as **Exhibit A**. A redline of the Final Pre-Trial Order marked against the Draft Pre-Trial Order is attached hereto as **Exhibit B**. Counsel to the PAB circulated a copy of the Final Pre-Trial Order to counsel to each of (i) the Movants, (ii) the Ad Hoc EFH Claimants, and (iii) the EFH Indenture Trustee, and each of those parties has confirmed that the Final Pre-Trial Order is acceptable for submission to the Bankruptcy Court for entry.

2

The PAB therefore respectfully requests that the Bankruptcy Court enter the Final Pre-Trial Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

Dated: August 31, 2018
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
 defranceschi@rlf.com
 madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
 stephen.hessler@kirkland.com
 brian.schartz@kirkland.com
 aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
 marc.kieselstein@kirkland.com
 steven.serajeddini@kirkland.com

-and-

Mark E. McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500
Email:    mark.mckane@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*