**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND
DEMAND FOR SERVICE OF NOTICES AND PAPERS**

**PLEASE TAKE NOTICE** that the attorneys set forth below hereby appear as counsel for Anthony Horton and Paul Keglevic (together, the "Former Directors and Officers"), and demand, pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 1109(b) and 342 of Title 11 of the United States Code, as amended (the "Bankruptcy Code"), that all notices given in the above-captioned cases and all papers served or required to be served in the above-captioned cases, be given to and served upon the undersigned attorneys, at the addresses set forth below:

| | |
|---|---|
| Christopher J. Esbrook | Frederick B. Rosner (DE #3995) |
| ESBROOK LAW LLC | Scott J. Leonhardt (DE #4885) |
| 161 N. Clark, Floor 16 | THE ROSNER LAW GROUP LLC |
| Chicago, IL 60601 | 824 N. Market Street, Suite 810 |
| Telephone: 312-319-7681 | Wilmington, Delaware 19801 |
| christopher.esbrook@esbrooklaw.com | Telephone: 302-777-1111 |
| | Email: rosner@teamrosner.com |
| | leonhardt@teamrosner.com |

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{00024066.2 }

whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that this appearance and demand for notice is neither intended as nor is it a consent of either of the Former Directors and Officers to the jurisdiction and/or venue of the Bankruptcy Court nor, specifically, but not limited to, a waiver of (i) the Former Directors and Officers' right to trial by jury in any proceeding so triable herein, or in any case, controversy or proceeding related hereto, (ii) either of the Former Directors and Officers' right to have an Article III judge adjudicate in the first instance any case, proceeding, matter or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution, (iii) either of the Former Directors and Officers' right to have the reference withdrawn by the District Court in any case, proceeding, matter or controversy subject to mandatory or discretionary withdrawal or (iv) any other rights, claims, actions, defenses, set-offs, or recoupments to which the Former Directors and Officers are or may be entitled to under any agreement, in law, or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments the Former Directors and Officers expressly reserve.

Dated: September 4, 2018
      Wilmington, Delaware

By: **THE ROSNER LAW GROUP LLC**

*/s/ Scott J. Leonhardt*
Frederick B. Rosner (DE #3995)
Scott J. Leonhardt (DE #4885)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Telephone:  302-777-1111
Email: rosner@teamrosner.com
leonhardt@teamrosner.com

-and-

**ESBROOK LAW LLC**
Christopher J. Esbrook, Esquire
161 N. Clark, Floor 16
Chicago, IL 60601
Telephone: 312-319-7681
christopher.esbrook@esbrooklaw.com

*Counsel for Anthony Horton and Paul Keglevic*

3

{00024066.2 }