**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Christopher J. Esbrook, Esquire of Esbrook Law LLC to represent Anthony Horton and Paul Keglevic in this action.

Dated: September 4, 2018       **THE ROSNER LAW GROUP LLC**

*/s/ Scott J. Leonhardt*
Scott J. Leonhardt (DE No. 4885)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel:  (302) 777-1111
Email: leonhardt@teamrosner.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

{00024065. }

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: September 4, 2018

*/s/ Christopher J. Esbrook*
Christopher J. Esbrook
ESBROOK LAW LLC
161 N. Clark, Floor 16
Chicago, IL 60601
Telephone: (312) 319-7681
christopher.esbrook@esbrooklaw.com

{00024065. }