**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., | ) | Case No. 14-10979 (CSS) |
| *et al*., | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Matthew B. Stein, Esq., of Kasowitz Benson Torres LLP, 1633 Broadway, New York, NY, 10019, to represent the Ad Hoc EFH Claimants in this action.

Dated: September 4, 2018

**HOGAN♦McDANIEL**

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (DE #4167)
1311 Delaware Avenue
Wilmington, DE 19806
Telephone: (302) 656-7596
gfmcdaniel@dkhogan.com
*Counsel for the Ad Hoc EFH Claimants*

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 9/01/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 4, 2018

*/s/ Matthew B. Stein, Esq.*
Matthew B. Stein, Esq. (NY Bar #4179479)
Kasowitz Benson Torres LLP
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1794
Email: MStein@kasowitz.com
*Counsel for the Ad Hoc EFH Claimants*

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's Motion for Admission *Pro Hac Vice* is granted.