**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | Case No. 14-10979 (CSS) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 4th of September, 2018, the Motion and Order for Admission Pro Hac Vice of Gavin D. Schryver, of Kasowitz Benson Torres LLP, to represent the Ad Hoc EFH Claimants was served via CM/ECF upon all other parties registered for electronic service in the United States Bankruptcy Court, District of Delaware.

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel (#4167)