# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on August 31, 2018, counsel to American Stock Transfer & Trust Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by EFH Future Holdings Corp. caused true and accurate copies of the following documents to be served via electronic mail upon the parties listed on the attached service list:

- The EFH Indenture Trustee's Joinder to the Ad Hoc EFH Claimants' Affirmative Designations of Prior Testimony; and

- The EFH Indenture Trustee's Joinder to the Ad Hoc EFH Claimants' Counter Designations and Objections to Affirmative Deposition Testimony Designations.

**PLEASE TAKE FURTHER NOTICE** that on September 2, 2018, counsel to American Stock Transfer & Trust Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by EFH Future Holdings Corp. caused a true and accurate copy of the following document to be served via electronic mail upon the parties listed on the attached service list:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

- The EFH Indenture Trustee's Joinder to the Ad Hoc EFH Claimants' Objections to Affirmative Designations of Prior Testimony.

**PLEASE TAKE FURTHER NOTICE** that on September 3, 2018, counsel to American Stock Transfer & Trust Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by EFH Future Holdings Corp. caused true and accurate copies of the following documents to be served via electronic mail upon the parties listed on the attached service list:

- The EFH Indenture Trustee's Joinder to the Ad Hoc EFH Claimants' Objections to Counter Designations of Deposition Testimony;

- The EFH Indenture Trustee's Joinder to the Ad Hoc EFH Claimants' Objections to Counter Designations of Trial Testimony; and

- The EFH Indenture Trustee's Joinder to the Ad Hoc EFH Claimants' Objection to Written Direct Testimony of Anthony Horton.

| | |
|---|---|
| Dated: Wilmington, DE<br>September 4, 2018 | **CROSS & SIMON, LLC**<br><br>By: /s/*Christopher P. Simon*<br>Christopher P. Simon (No. 3697)<br>1105 North Market Street, Suite 901<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-4200<br>Facsimile: (302) 777-4224<br>csimon@crosslaw.com<br><br>- and –<br><br>NIXON PEABODY LLP<br>Amanda D. Darwin<br>Richard C. Pedone<br>Erik Schneider<br>100 Summer Street<br>Boston, Massachusetts 02110<br>Telephone: (617) 345-1000<br>Facsimile: (617) 345-1300<br>adarwin@nixonpeabody.com<br>rpedone@nixonpeabody.com<br>eschneider@nixonpeabody.com |

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

**SERVICE LIST**

| | |
|---|---|
| Matthew L. McGinnis, Esq.<br>Katelyn Saner, Esq.<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts  02199-3600<br>Matthew.McGinnis@ropesgray.com<br>Katelyn.Saner@ropesgray.com | Mark D. Collins, Esq.<br>Daniel J. DeFranceschi, Esq.<br>Jason M. Madron, Esq.<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>collins@rlf.com<br>defranceschi@rlf.com<br>Madron@RLF.com |
| David S. Rosner, Esq.<br>Matthew B. Stein, Esq.<br>David J. Mark, Esq.<br>Andrew K. Glenn, Esq.<br>Andrew H. Elkin, Esq.<br>Gavin D. Schryver, Esq.<br>Shai Schmidt, Esq.<br>Kasowitz Benson Torres LLP<br>1633 Broadway<br>New York,  New York 10019<br>DRosner@kasowitz.com<br>mstein@kasowitz.com<br>DMark@kasowitz.com<br>AGlenn@kasowitz.com<br>AElkin@kasowitz.com<br>gschryver@kasowitz.com<br>sschmidt@kasowitz.com | McClain Thompson, Esq.<br>Aparna Yenamandra, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>mcclain.thompson@kirkland.com<br>Aparna.Yenamandra@kirkland.com |
| Mark McKane P.C.<br>Michael P. Esser, Esq.<br>Austin Klar, Esq.<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, California 94104<br>mmckane@kirkland.com<br>michael.esser@kirkland.com<br>austin.klar@kirkland.com | Marc Kieselstein P.C.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>marc.kieselstein@kirkland.com |

2

| | |
|---|---|
| Gregg M. Galardi, Esq.<br>Daniel G. Egan, Esq.<br>Christian Reigstad, Esq.<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, New York  10036-8704<br>Gregg.Galardi@ropesgray.com<br>Daniel.Egan@ropesgray.com<br>Christian.Reigstad@ropesgray.com | Erin R. Fay, Esq.<br>Bayard, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, Delaware 19801<br>efay@bayardlaw.com |
| Peter L. Welsh, Esq.<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts  02199-3600<br>Peter.Welsh@ropesgray.com | Garvan F. McDaniel, Esq.<br>Hogan ♦ McDaniel<br>1311 Delaware Avenue<br>Wilmington, DE 19806<br>gmcdaniel@dkhogan.com |