IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| ENERGY FUTURE ) | |
| HOLDINGS CORP., *et al.*, ) | Case No. 14-10979 (CSS) |
| ) | |
| *Debtors*.[1] ) | (Jointly Administered) |
| ) | |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that, in accordance with the *Second Amended Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13373] (the "Second Amended Scheduling Order") the following documents were served on August 28, 2018 via electronic mail upon parties listed on the attached Exhibit A:

- *Movants' Notice of Objections to Exhibit Lists for the September 5, 2018 Hearing in Connection with the Joint Motion of UMB Bank, N. A. as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors*

- *Elliott and UMB's Affirmative Deposition Designations*

*[Remainder of Page Intentionally Left Blank]*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{BAY:03347061v1}

Dated:  September 4, 2018
       Wilmington, Delaware

BAYARD, P.A.

*/s/ Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
600 N. King Street, Suite 400
Wilmington, Delaware  19801
Phone: (302) 655-5000
Facsimile: (302) 658-6395
Email: scousins@bayardlaw.com
       efay@bayardlaw.com
       emiller@bayardlaw.com

-and-

ROPES & GRAY LLP
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email:   Gregg.Galardi@ropesgray.com

*Counsel to Elliott Associates, L.P., Elliott International, L.P. and The Liverpool Limited Partnership*

# Exhibit A

Cross & Simon, LLC
Christopher P. Simon, Esq.
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Email: csimon@crosslaw.com

Nixon Peabody LLP
Richard C. Pedone, Esq.
Morgan Nighan, Esq.
100 Summer Street
Boston, Massachusetts 02110
Email: rpedone@nixonpeabody.com
         mnighan@nixonpeabody.com

Nixon Peabody LLP
Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Email: cfong@nixonpeabody.com

Richards, Layton & Finger, PA
Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Email: collins@rlf.com
         defranceschi@rlf.com
         madron@RLF.com

Hogan♦McDaniel
Garvan F. McDaniel, Esq.
1311 Delaware Avenue
Wilmington, DE 19806
Email: gfmcdaniel@dkhogan.com

Kirkland & Ellis LLP
Marc Kieslstein, Esq.
300 North LaSalle
Chicago, IL 60654
Email: marc.kieselstein@kirkland.com

Kasowitz Benson Torres LLP
Matthew B. Stein, Esq.
David J. Mark, Esq.
Andrew H. Elkin, Esq.
Gavin D. Schryver, Esq.
Shai Schmidt, Esq.
1633 Broadway
New York, New York 10019
Email: MStein@kasowitz.com
         DMark@kasowitz.com
         AElkin@kasowitz.com
         gschryver@kasowitz.com
         sschmidt@kasowitz.com

Kirkland & Ellis LLP
McClain Thompson, Esq.
Aparna Yenamandra, Esq.
601 Lexington Avenue
New York, New York 10022-4611
Email: mcclain.thompson@kirkland.com
         Aparna.Yenamandra@kirkland.com

Kirkland & Ellis LLP
Mark McKane P.C.
Michael P. Esser, Esq.
Austin Klar, Esq.
555 California Street
San Francisco, California 94104
Email: mmckane@kirkland.com
         michael.esser@kirkland.com
         austin.klar@kirkland.com