IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., et al. | : | Case No.: 14-10979 (CSS) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Re: Docket No.: 13392 |
| | : | |

## ORDER

Upon consideration of *Ad Hoc EFH Claimants' Motion in Limine to Exclude the Testimony of Howard Abrams and Bradley Robinson* (D.I. 13392) filed on August 24, 2018 (the "Motion"); the Court having reviewed the Motion and the joinder and objection thereto (D.I. 13395 and 13399, respectively); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motion was sufficient notice under the circumstances; and (iv) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED THAT, the Motion is DENIED.

Christopher S. Sontchi
Chief United States Bankruptcy Judge

Date: September 4, 2018