# Court Conference

| Calendar Date: | 09/04/2018 |
|---|---|
| Calendar Time: | 11:30 AM ET |

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

Amended Calendar Sep 4 2018 7:28AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9291401 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9288657 | Daniel DeFranceschi | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9288408 | Andrew H. Elkin | (212) 542-4756 ext. | Kasowitz, Benson & Torres LLP | Creditor, EFH / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9293259 | Erin Fay | (302) 429-4253 ext. | Bayard P.A. | Interested Party, Elliott Funds L.P. et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9291375 | Gregg M. Galardi | (212) 596-9139 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9288403 | Andrew Glenn | (212) 506-1747 ext. | Kasowitz Benson & Torres LLP | Creditor, Farmstead Capital Management, LLC et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9288562 | Christian P. Jensen | (212) 558-4362 ext. | Sullivan & Cromwell | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9288660 | Jason M. Madron | (302) 651-7793 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9293244 | Matthew L. McGinnis | (617) 951-7567 ext. 00 | Ropes & Gray, LLP | Creditor, Elliott Management Corp./ LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9288652 | Mark E. McKane | (415) 439-1400 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9288425 | Garvan McDaniel | (302) 656-7540 ext. | Hogan McDaniel | Creditor, Farmstead Capital Management, LLC et al / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9293301 | Morgan Nighan | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9293296 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |

| | | | | | |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9288392 | David Rosner | (212) 506-1726 ext. | Kasowitz Benson & Torres LLP | Client, Ad Hoc Committee / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9288416 | Daniel S. Shamah | (212) 326-2138 ext. | O'Melveny & Myers, LLP | Interested Party, O'Melveny & Myers, LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9288414 | Matthew Stein | (212) 506-1717 ext. | Kasowitz Benson & Torres LLP | Creditor, AD HOC EMH Claimants / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9290842 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9291326 | Brady C. Williamson | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9288655 | Aparna Yenamandra | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| Energy Future Holdings Corp. | 17-10979 | Hearing | 9288647 | Marc Kieselstein | (312) 862-3029 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |