**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) |

**MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*
PURSUANT TO DEL. BANKR. L.R. 9010-1**

       1.    Jason M. Madron, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the admission *pro hac vice* of Austin Klar (the "Admittee") of Kirkland & Ellis LLP, 555 California Street, San Francisco, California 94104, to represent the EFH Plan Administrator Board in the above-captioned cases. The Admittee is a member in good standing of the Bar of the State of California, and is admitted to practice before the United States District Court for the Northern and Central Districts of California, and the United States Court of Appeals for the Ninth Circuit.

Dated: September 4, 2018
       Wilmington, Delaware

                                                   */s/ Jason M. Madron*
                                                   Jason M. Madron (Bar No. 4431)
                                                   RICHARDS, LAYTON & FINGER, P.A.
                                                   One Rodney Square
                                                   920 North King Street
                                                   Wilmington, Delaware 19801
                                                   Telephone:    (302) 651-7700
                                                   Facsimile:     (302) 651-7701
                                                   E-mail:          Madron@rlf.com

**ORDER GRANTING MOTION**

       IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

2. Pursuant to Local Rule 9010-1, the Admittee certifies that he is eligible for admission to this Court, is admitted to practice and in good standing in the jurisdictions shown in paragraph 1 above, submits to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the course of, or in the preparation of, these cases as provided in Local Rule 9010-1, and has access to, or has acquired, a copy of the Local Rules and is generally familiar with those Local Rules. In accordance with the *Revised Standing Order for District Fund*, effective September 1, 2016, the Admittee further certifies that the annual fee of $25.00 has been paid to the Clerk's Office of the United States District Court for the District of Delaware prior to the filing of this motion.

             */s/ Austin Klar*
Austin Klar
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, California 94104
Telephone:   (415) 439-1400
Facsimile:   (415) 439-1500
E-mail:   austin.klar@kirkland.com