IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**NOTICE OF SERVICE OF "THE EFH PLAN ADMINISTRATOR BOARD'S OBJECTIONS TO COUNTER DESIGNATIONS OF DEPOSITION TESTIMONY"**

PLEASE TAKE NOTICE that, in accordance with paragraph 14(c) of the *Joint Stipulated Final Pre-Trial Order*, entered August 31, 2018 [D.I. 13426], on September 3, 2018, counsel to the EFH Plan Administrator Board, caused a true and correct copy of **The EFH Plan Administrator Board's Objections to Counter Designations of Deposition Testimony** to be served on the below-listed parties in the manner so indicated:

**VIA EMAIL**

Richard C. Pedone
Morgan Nighan
**NIXON PEABODY LLP**
100 Summer Street
Boston, MA 02100
rpedone@nixonpeabody.com
mnighan@nixonpeabody.com

**VIA EMAIL**

Christopher Fong
**NIXON PEABODY LLP**
55 West 46th Street
New York, NY 10036-4120
cfong@nixonpeabody.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 19938332v.1

| | |
|---|---|
| **VIA EMAIL**<br><br>Gregg M. Galardi<br>Peter L. Welsh<br>Christian Reigstad<br>Daniel G. Egan<br>**ROPES &GRAY LLP**<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Gregg.Galardi@ropesgray.com<br>Peter.Welsh@ropesgray.com<br>Christian.Reigstad@ropesgray.com<br>Daniel.Egan@ropesgray.com | **VIA EMAIL**<br><br>David Rosner<br>Andrew Glenn<br>David J. Mark<br>Andrew H. Elkin<br>Gavin D. Schryver<br>**KASOWITZ, BENSON, TORRES & FRIEDMAN**<br>1633 Broadway, 22nd Floor<br>New York, NY 10019<br>DRosner@kasowitz.com<br>AGlenn@kasowitz.com<br>DMark@kasowitz.com<br>AElkin@kasowitz.com<br>GSchryver@kasowitz.com |
| **VIA EMAIL**<br><br>Matthew L. McGinnis<br>Katelyn Saner<br>**ROPES & GRAY LLP**<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>Matthew.McGinnis@ropesgray.com<br>Katelyn.Saner@ropesgray.com | **VIA EMAIL**<br><br>Garvan F. McDaniel<br>**HOGAN♦McDANIEL**<br>1311 Delaware Avenue<br>Wilmington, DE 19806<br>gmcdaniel@dkhogan.com |
| **VIA EMAIL**<br><br>Erin R. Fay<br>**BAYARD, P.A.**<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>Efay@bayardlaw.com | **VIA EMAIL**<br><br>Christopher P. Simon<br>**CROSS & SIMON, LLC**<br>1105 North Market Street, Suite 901<br>Wilmington, DE 19801<br>csimon@crosslaw.com |

*[Remainder of page intentionally left blank.]*

Dated: September 4, 2018
       Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900
Email:       edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

-and-

Mark E. McKane, P.C. (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:   (415) 439-1400
Facsimile:    (415) 439-1500
Email:          mark.mckane@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*