# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on September 4, 2018, counsel to American Stock Transfer & Trust Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by EFH Future Holdings Corp. caused a true and accurate copy of *The EFH Indenture Trustee's Joinder to the Ad Hoc EFH Claimants' Objections to Written Direct Testimony of Jeffrey Rosenbaum* to be served via electronic mail upon the parties listed on the attached service list.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Dated: Wilmington, DE
September 5, 2018

**CROSS & SIMON, LLC**

By: /s/*Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and -

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com
eschneider@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co-Counsel to American Stock Transfer & Trust Company, LLC, as Indenture Trustee*

**SERVICE LIST**

| | |
|---|---|
| Matthew L. McGinnis, Esq.<br>Katelyn Saner, Esq.<br>Ropes & Gray LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, Massachusetts 02199-3600<br>Matthew.McGinnis@ropesgray.com<br>Katelyn.Saner@ropesgray.com | Mark D. Collins, Esq.<br>Daniel J. DeFranceschi, Esq.<br>Jason M. Madron, Esq.<br>Richards, Layton & Finger, PA<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>collins@rlf.com<br>defranceschi@rlf.com<br>Madron@RLF.com |
| David S. Rosner, Esq.<br>Matthew B. Stein, Esq.<br>David J. Mark, Esq.<br>Andrew K. Glenn, Esq.<br>Andrew H. Elkin, Esq.<br>Gavin D. Schryver, Esq.<br>Shai Schmidt, Esq.<br>Kasowitz Benson Torres LLP<br>1633 Broadway<br>New York, New York 10019<br>DRosner@kasowitz.com<br>mstein@kasowitz.com<br>DMark@kasowitz.com<br>AGlenn@kasowitz.com<br>AElkin@kasowitz.com<br>gschryver@kasowitz.com<br>sschmidt@kasowitz.com | McClain Thompson, Esq.<br>Aparna Yenamandra, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>mcclain.thompson@kirkland.com<br>Aparna.Yenamandra@kirkland.com |
| Mark McKane P.C.<br>Michael P. Esser, Esq.<br>Austin Klar, Esq.<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, California 94104<br>mmckane@kirkland.com<br>michael.esser@kirkland.com<br>austin.klar@kirkland.com | Marc Kieselstein P.C.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>marc.kieselstein@kirkland.com |

Gregg M. Galardi, Esq.
Daniel G. Egan, Esq.
Christian Reigstad, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York  10036-8704
Gregg.Galardi@ropesgray.com
Daniel.Egan@ropesgray.com
Christian.Reigstad@ropesgray.com

Peter L. Welsh, Esq.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-3600
Peter.Welsh@ropesgray.com

Erin R. Fay, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
efay@bayardlaw.com

Garvan F. McDaniel, Esq.
Hogan ♦ McDaniel
1311 Delaware Avenue
Wilmington, DE 19806
gmcdaniel@dkhogan.com

2