**SIGN-IN SHEET**

**CASE NAME:** EFH
**CASE NO: (CSS) 14-10979**

**COURTROOM LOCATION:** 6
**DATE:** 9/5/18 at 9:30 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Kevin Mann | Cross & Simon | AST |
| Gregg Galardi | Ropes & Gray | Elliott & UMB |
| Matthew McGinnis | " | " |
| Daniel Egan | | |
| Erin Fay | Bayard | |
| David Rosner | Kasowitz Benson | Ad Hoc EFH |
| Andrew Glenn | " | " |
| Matt Stein | " | " |
| Shai Schmidt | " | " |
| Gavin Schryver | " | " |
| David Mark | " | " |
| Andrew Elkin | " | " |
| Garvan McDaniel | Hogan McDaniel | " |
| Rich Pedone | Nixon Peabody LLP | American Stock Trans / EFH Indenture Trustee |
| Morgan Nighan | " | |
| Christian Reigstad | Ropes & Gray | Elliott + UMB |
| Peter Welsh | " | " |
| Daniel T. DeFrancesch | Richard Layton & Finger | Plan Administrator Board |
| Jason M. Madron | " | " |
| Scott Leonhardt | Rosner Law Group | Horton + Kaybuir |

# Court Conference

**Calendar Date:** 09/05/2018
**Calendar Time:** 09:30 AM ET

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Christopher S. Sontchi
### #6

2nd Revision  Sep 4 2018 3:57PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9291403 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9295334 | Robin D. Ball | (213) 892-9366 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9290452 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Interested Party, Sempra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9294054 | Jeremy Carton | (212) 319-1778 ext. | Alta Fundamental Advisors | Interested Party, Alta Fundamental Advisors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9294122 | Bryan Chew | (212) 978-1766 ext. | Brookfield Asset Management | Interested Party, Brookfield Asset Management / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9294106 | Ming Dang | (212) 822-0451 ext. | Apollo LP | Interested Party, Apollo, LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9291382 | Gregg M. Galardi | (212) 596-9139 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9294079 | Kevin Hanrahan | (212) 692-2290 ext. | Angelo Gordon & Co., LP | Interested Party, Angelo Gordon & Co., LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9295068 | Patrick J. Holohan | (646) 412-5336 ext. | Mergermarket | Interested Party, Debtwire / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9294141 | Rajesh Jegadeesh | (212) 515-3479 ext. | Apollo Management | Interested Party, Apollo Management / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9289973 | Christian P. Jensen | (212) 558-4362 ext. | Sullivan & Cromwell | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9294088 | Joseph Lenz | (212) 692-2019 ext. | Angelo, Gordon & Co., L.P. | Interested Party, Angelo, Gordon & Co., L.P. / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | | Brookfield Asset Management | Interested Party, Brookfield Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9294150 Jingwen Liu | (212) 978-1766 ext. | |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9295226 Jeremy Matican | (212) 822-7526 ext. | Evercore Group, LLC | Client, DLA Piper US, LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9290301 Tina Moss | (212) 262-6910 ext. | Perkins Coie LLP | Creditor, Delaware Trust Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9293537 David Nguyen | (212) 708-2847 ext. | Jefferies | Financial Advisor, David Nguyen / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9295156 Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9294156 Michael C. Scott | (201) 493-3999 ext. | Farmstead Capital Management | Interested Party, Michael C. Scott / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9293319 Daniel S. Shamah | (212) 326-2138 ext. | O'Melveny & Myers, LLP | Interested Party, O'Melveny & Myers, LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9293385 Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9293329 Patricia J. Villareal | (214) 507-9418 ext. | Pat Villareal Law | Interested Party, Oncor Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9291303 Brady C. Williamson | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9295190 Jamila Willis | (212) 335-4969 ext. | DLA Piper US, LLP | Interested Party, DLA Piper US, LLP / LISTEN ONLY |

Patrick Vinter
Maria Chutchian   Merger Market