IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., et al. | : | Case No. 14-10979 (CSS) |
| | : | |
| Debtors. | : | |
| | : | |

### ORDER

Upon consideration of *The EFH Plan Administrator Board's Counter Designations and Objection to Designations of Trial Testimony* (*see* D.I. 13436) served on September 2, 2018 (the "Objection"); the Court having reviewed the Objection to the testimony of William Hiltz on October 17, 2014 (the "Transcript") at 168:8-169:17[1] (*see* D.I. 2510); the Court having heard argument related to the Objection on September 4, 2018 (the "Hearing"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Motion was sufficient notice under the circumstances; and (iv) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED THAT, for the reasons set forth of the record at the Hearing, the Objection to the testimony of Mr. Hiltz set forth on the Transcript at 168:8-169:17 is hereby SUSTAINED and the testimony is excluded.

Christopher S. Sontchi
Chief United States Bankruptcy Judge

Date: September 5, 2018

---

[1] Transcript citation refers to page:line.