# SIGN-IN SHEET

**CASE NAME:** EFH
**CASE NO: (CSS) 14-10979**
**COURTROOM LOCATION:** 6
**DATE:** 9/6/18 at 9:30 AM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Morgan Nighan | Nixon Peabody | American Stock Transfer |
| Richard Pedone | Nixon Peabody | American Stock Transfer |
| Chris Simon | Cross & Simon | American Stock Transfer |
| Cross Galardi | Ropes + Gray | Elliott + UMB |
| Matthew McGinnis | " | " |
| Daniel Egan | " | " |
| Andrew Snyder | " | " |
| Erin Kay | Bayard | " |
| Scott Leonhardt | Bayard | " |
| Ann Texteryan | Rosner Law Group | Horton + Keglevic |
| Mark McKane | Kirkland & Ellis | PAB |
| David Rosner | " | " |
| Andrew Glenn | Kasowitz | Ad Hoc |
| Gavin Schryver | " | " |
| Andrew Elkin | " | " |
| Grayson McDaniel | " | " |
| Daniel J. DeFranceschi | Horan McDaniel | " |
| Jason M. Madron | Richards Layton + Finger | EFH Plan Administrator Board |
| | " | " |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

Calendar Date: 09/06/2018
Calendar Time: 09:30 AM ET

2nd Revision  Sep 6 2018 6:22AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9291409 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9290973 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Interested Party, Sempra Energy / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9295292 | Eric C. Daucher | (212) 408-5405 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9291389 | Gregg M. Galardi  *in court* | (212) 596-9139 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9299211 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9289975 | Christian P. Jensen | (212) 558-4362 ext. | Sullivan & Cromwell | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9295246 | Jeremy Matican | (212) 822-7526 ext. | Evercore Group, LLC | Client, DLA Piper US, LLP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9290305 | Tina Moss | (212) 262-6910 ext. | Perkins Coie LLP | Creditor, Delaware Trust Co. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9293544 | David Nguyen | (212) 708-2847 ext. | Jefferies | Financial Advisor, David Nguyen / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9295163 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9296477 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9299162 | Nacif Taousse | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings, Corp. / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9299157 | McClain Thompson | (415) 439-1864 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9296339 | Patrick Venter | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9293330 | Patricia J. Villareal | (214) 507-9418 ext. | Pat Villareal Law | Interested Party, Oncor Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9295197 | Jamila Willis | (212) 335-4969 ext. | DLA Piper US, LLP | Interested Party, DLA Piper US, LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9299160 | Aparna Yenamandra | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |