**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
In re                                                                )          Chapter 11
                                                                          )          Case No. 14-10979 (CSS)
ENERGY FUTURE HOLDINGS CORP., *et al.,*[1]   )
                                                                          )          (Jointly Administered)
                                               Debtors.          )
_____)

# NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on August 31, 2018, pursuant to paragraph 14(b) of the Joint Stipulated Pre-Trial Order [Docket No. 13426], a true and correct copy of *The Ad Hoc EFH Claimants' Objections to Affirmative Designations of Trial Testimony, The Ad Hoc EFH Claimants' Objections to Affirmative Deposition Designations,* and *The Ad Hoc EFH Claimants' Counter Designations and Objections to Affirmative Deposition Testimony Designations* were caused to be served upon the following parties via email:

| | |
|---|---|
| Mark McKane, Esq.. | McClain Thompson, Esq. |
| Austin Klar, Esq. | Kirkland & Ellis LLP |
| Kirkland & Ellis LLP | 601 Lexington Avenue |
| 555 California Street | New York, NY 10022-4611 |
| San Francisco, CA 94104 | Email: mcclain.thompson@kirkland.com |
| Email: mmckane@kirkland.com | |
| austin.klar@kirkland.com | Jason M. Madron, Esq. |
| | Mark D. Collins, Esq. |
| Marc Kieselstein, Esq. | Daniel J. DeFranceschi |
| Kirkland & Ellis LLP | Richards Layton & Finger |
| 300 North LaSalle | 920 North King Street |
| Chicago, IL 60654 | Wilmington, DE 19801 |
| mkieselstein@kirkland.com | Email: madron@rlf.com |
| | collins@rlf.com |
| | defranceschi@rlf.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Erin R. Fay, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
Email: efay@bayardlaw.com

Christopher Fong, Esq.
Morgan C. Nighan, Esq.
Richard Pedone, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
Email: cfong@nixonpeabody.com
mnighan@nixonpeabody.com
rpedone@nixonpeabody.com

Gregg M. Galardi, Esq,
Christian Reigstad, Esq.
Matthew McGinnis, Esq.
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036-8704
Email: gregg.galardi@ropesgray.com
christian.reigstad@ropesgray.com
matthew.mcginnis@ropesgray.com

Christopher P. Simon, Esq.
Cross & Simon, LLC
1105 North Market Street
Suite 901
Wilmington, DE 19801
Email: csimon@crosslaw.com

Dated: September 6, 2018
　　　　Wilmington, Delaware

Respectfully submitted,

*/s/Garvan F. McDaniel*
Garvan F. McDaniel (DE Bar No.4167)
**HOGAN♦MCDANIEL**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: gmcdaniel@dkhogan.com