**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on September 3, 2018, a true and correct copy of *The Ad Hoc EFH Claimants' Objections to the Written Direct Testimony of Anthony Horton* was caused to be served upon the following parties via email:

Mark McKane, Esq..
Michael P. Esser, Esq
Anna Terteryan, Esq.
Austin Klar, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Email: mmckane@kirkland.com
michael.esser@kirkland.com
anna.terteryan@kirkland.com
austin.klar@kirkland.com

Marc Kieselstein, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
mkieselstein@kirkland.com

Erin R. Fay, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
Email: efay@bayardlaw.com

McClain Thompson, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
Email: mcclain.thompson@kirkland.com

Jason M. Madron, Esq.
Mark D. Collins, Esq.
Daniel J. DeFranceschi
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801
Email: madron@rlf.com
collins@rlf.com
defranceschi@rlf.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Brianna Nassif, Esq.
Morgan C. Nighan, Esq.
Richard Pedone, Esq.
Christopher Fong, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
Email: bnassif@nixonpeabody.com
mnighan@nixonpeabody.com
rpedone@nixonpeabody.com
cfong@nixonpeabody.com

Gregg M. Galardi, Esq,
Christian Reigstad, Esq.
Matthew McGinnis, Esq.
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036-8704
Email: gregg.galardi@ropesgray.com
christian.reigstad@ropesgray.com
matthew.mcginnis@ropesgray.com

Dated: September 6, 2018
     Wilmington, Delaware  Respectfully submitted,

*/s/Garvan F. McDaniel*
Garvan F. McDaniel (DE Bar No.4167)
**HOGAN♦MCDANIEL**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: gmcdaniel@dkhogan.com