## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.,*[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

### NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on September 2, 2018, pursuant to paragraph 15(b) of the Joint Stipulated Pre-Trial Order [Docket No. 13426], a true and correct copy of *The Ad Hoc EFH Claimants' Objections to Affirmative Designations of Prior Testimony* was caused to be served upon the following parties via email:

Mark McKane, Esq.
Austin Klar, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Email: mmckane@kirkland.com
austin.klar@kirkland.com

Marc Kieselstein, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
mkieselstein@kirkland.com

McClain Thompson, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
Email: mcclain.thompson@kirkland.com

Jason M. Madron, Esq.
Mark D. Collins, Esq.
Daniel J. DeFranceschi
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801
Email: madron@rlf.com
collins@rlf.com
defranceschi@rlf.com

Erin R. Fay, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
Email: efay@bayardlaw.com

Christopher P. Simon, Esq.
Cross & Simon, LLC
1105 North Market Street
Suite 901
Wilmington, DE 19801
Email: csimon@crosslaw.com

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| Christopher Fong, Esq. | Gregg M. Galardi, Esq, |
| Morgan C. Nighan, Esq. | Christian Reigstad, Esq. |
| Richard Pedone, Esq. | Matthew McGinnis, Esq. |
| Nixon Peabody LLP | Ropes & Gray |
| 100 Summer Street | 1211 Avenue of the Americas |
| Boston, MA 02110-2131 | New York, NY 10036-8704 |
| Email: cfong@nixonpeabody.com | Email: gregg.galardi@ropesgray.com |
| mnighan@nixonpeabody.com | christian.reigstad@ropesgray.com |
| rpedone@nixonpeabody.com | matthew.mcginnis@ropesgray.com |

Dated: September 6, 2018
      Wilmington, Delaware

Respectfully submitted,

*/s/Garvan F. McDaniel*
Garvan F. McDaniel (DE Bar No.4167)
**HOGAN♦MCDANIEL**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: gmcdaniel@dkhogan.com