**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) | |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on September 3, 2018, pursuant to paragraphs 14(c) and 15(c) of the Joint Stipulated Final Pre-Trial Order [Docket No. 13426], a true and correct copy of *The Ad Hoc EFH Claimants' Objections to the PAB's/Movants' Counter Designations of Deposition Testimony,* and *The Ad Hoc EFH Claimants' Objections to the PAB's/Movants' Counter Designations of Prior Trial Testimony* were caused to be served upon the following parties via email:

Austin Klar, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, CA 94104
Email: austin.klar@kirkland.com

Marc Kieselstein, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
mkieselstein@kirkland.com

Erin R. Fay, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, DE 19801
Email: efay@bayardlaw.com

McClain Thompson, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022-4611
Email: mcclain.thompson@kirkland.com

Christopher P. Simon, Esq.
Cross & Simon, LLC
1105 North Market Street
Suite 901
Wilmington, DE 19801
Email: csimon@crosslaw.com

Jason M. Madron, Esq.
Mark D. Collins, Esq.
Daniel J. DeFranceschi
Richards Layton & Finger
920 North King Street
Wilmington, DE 19801

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Email: madron@rlf.com
collins@rlf.com
defranceschi@rlf.com

Daniel G. Egan, Esq.
Gregg M. Galardi, Esq,
Christian Reigstad, Esq.
Matthew McGinnis, Esq.
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036-8704
Email: daniel.egan@ropesgray.com
gregg.galardi@ropesgray.com
christian.reigstad@ropesgray.com
matthew.mcginnis@ropesgray.com

Dated: September 6, 2018
Wilmington, Delaware

Brianna Nassif, Esq.
Christopher Fong, Esq.
Morgan C. Nighan, Esq.
Richard Pedone, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
Email: bnassif@nixonpeabody.com
cfong@nixonpeabody.com
mnighan@nixonpeabody.com
rpedone@nixonpeabody.com

Respectfully submitted,

*/s/Garvan F. McDaniel*
Garvan F. McDaniel (DE Bar No.4167)
**HOGAN♦MCDANIEL**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: gmcdaniel@dkhogan.com