**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
In re                                                                    )     Chapter 11
                                                                              )     Case No. 14-10979 (CSS)
ENERGY FUTURE HOLDINGS CORP., *et al.,*[1]  )
                                                                              )     (Jointly Administered)
                                          Debtors.              )
_____)

**NOTICE OF SERVICE**

**PLEASE TAKE NOTICE** that on September 2, 2018, pursuant to paragraph 11 of the Joint Stipulated Pre-Trial Order [Docket No. 13426], a true and correct copy of *The Ad Hoc EFH Claimants' Written Direct Examination of Steven Strom* was caused to be served upon the following parties via email:

| | |
|---|---|
| Mark McKane, Esq.. | McClain Thompson, Esq. |
| Austin Klar, Esq. | Kirkland & Ellis LLP |
| Kirkland & Ellis LLP | 601 Lexington Avenue |
| 555 California Street | New York, NY 10022-4611 |
| San Francisco, CA 94104 | Email: mcclain.thompson@kirkland.com |
| Email: mmckane@kirkland.com | |
| austin.klar@kirkland.com | Jason M. Madron, Esq. |
| | Mark D. Collins, Esq. |
| Marc Kieselstein, Esq. | Daniel J. DeFranceschi |
| Kirkland & Ellis LLP | Richards Layton & Finger |
| 300 North LaSalle | 920 North King Street |
| Chicago, IL 60654 | Wilmington, DE 19801 |
| mkieselstein@kirkland.com | Email: madron@rlf.com |
| | collins@rlf.com |
| | defranceschi@rlf.com |
| | |
| | Christopher P. Simon, Esq. |
| Erin R. Fay, Esq. | Cross & Simon, LLC |
| Bayard, P.A. | 1105 North Market Street |
| 600 N. King Street, Suite 400 | Suite 901 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Email: efay@bayardlaw.com | Email: csimon@crosslaw.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| Christopher Fong, Esq. | Gregg M. Galardi, Esq, |
| Morgan C. Nighan, Esq. | Christian Reigstad, Esq. |
| Richard Pedone, Esq. | Matthew McGinnis, Esq. |
| Nixon Peabody LLP | Ropes & Gray |
| 100 Summer Street | 1211 Avenue of the Americas |
| Boston, MA 02110-2131 | New York, NY 10036-8704 |
| Email: cfong@nixonpeabody.com | Email: gregg.galardi@ropesgray.com |
| mnighan@nixonpeabody.com | christian.reigstad@ropesgray.com |
| rpedone@nixonpeabody.com | matthew.mcginnis@ropesgray.com |

Dated: September 6, 2018
      Wilmington, Delaware       Respectfully submitted,

*/s/Garvan F. McDaniel*
Garvan F. McDaniel (DE Bar No.4167)
**HOGAN♦MCDANIEL**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: gmcdaniel@dkhogan.com