**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>      Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered |

**NOTICE OF SERVICE**

  **PLEASE TAKE NOTICE** that on September 6, 2018, counsel to American Stock Transfer & Trust Company, LLC ("AST"), as successor trustee to The Bank of New York Mellon Trust Company, N.A. (in such capacity, the "EFH Indenture Trustee") under the indentures for certain notes issued by EFH Future Holdings Corp. caused a true and accurate copy of *The EFH Indenture Trustee's Joinder to the Ad Hoc EFH Claimants' Revised Designations of the September 4, 2018 Deposition of Anthony Horton* to be served via electronic mail upon the parties listed on the attached service list.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

Dated: Wilmington, DE
      September 7, 2018

**CROSS & SIMON, LLC**

By: /s/*Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and -

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com
eschneider@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co-Counsel to American Stock Transfer & Trust*
*Company, LLC, as Indenture Trustee*

2

## SERVICE LIST

Matthew L. McGinnis, Esq.
Katelyn Saner, Esq.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-3600
Matthew.McGinnis@ropesgray.com
Katelyn.Saner@ropesgray.com

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
collins@rlf.com
defranceschi@rlf.com
Madron@RLF.com

David S. Rosner, Esq.
Matthew B. Stein, Esq.
David J. Mark, Esq.
Andrew K. Glenn, Esq.
Andrew H. Elkin, Esq.
Gavin D. Schryver, Esq.
Shai Schmidt, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York,  New York 10019
DRosner@kasowitz.com
mstein@kasowitz.com
DMark@kasowitz.com
AGlenn@kasowitz.com
AElkin@kasowitz.com
gschryver@kasowitz.com
sschmidt@kasowitz.com

McClain Thompson, Esq.
Aparna Yenamandra, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
mcclain.thompson@kirkland.com
Aparna.Yenamandra@kirkland.com

Mark McKane P.C.
Michael P. Esser, Esq.
Austin Klar, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, California 94104
mmckane@kirkland.com
michael.esser@kirkland.com
austin.klar@kirkland.com

Marc Kieselstein P.C.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
marc.kieselstein@kirkland.com

2

Gregg M. Galardi, Esq.
Daniel G. Egan, Esq.
Christian Reigstad, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York  10036-8704
Gregg.Galardi@ropesgray.com
Daniel.Egan@ropesgray.com
Christian.Reigstad@ropesgray.com

Peter L. Welsh, Esq.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-3600
Peter.Welsh@ropesgray.com

Erin R. Fay, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
efay@bayardlaw.com

Garvan F. McDaniel, Esq.
Hogan ♦ McDaniel
1311 Delaware Avenue
Wilmington, DE 19806
gmcdaniel@dkhogan.com