**SIGN-IN SHEET**

**CASE NAME: EFH**
**CASE NO: (CSS) 14-10979**

**COURTROOM LOCATION: 6**
**DATE: 9/7/18 at 9:30 AM**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Garvan McDaniel | Hogan McDaniel | Ad Hoc |
| David Mark | Kasowitz Benson Torres | " |
| Andrew Glenn | " | " |
| David Rosner | " | " |
| Shai Schmidt | " | " |
| Matt Stein | " | " |
| Andrew Elkin | " | " |
| Gavin Schryver | " | " |
| Morgan C Nighan | Nixon Peabody | American Stock Transfer |
| Richard Pedone | " | " |
| Chris Simon | Cross & Simon | American Stock Transfer |
| Daniel Hogan | Hogan McDaniel | Frank Fahey Ires Hrormann etc |
| David F DeFranceschi | Richard Layton + Finger | EFH Plan Administrator Board |
| Jason M Madron | " | " |
| Scott Leonhardt | Rosner Law Group | Hooton + Keglevic |
| Cross Gelardi | Ropes + Gray | Elliott + UMB |
| Nathan McGinnis | " | " |
| Peter Leslie | " | " |
| Erin Fay | Bayard | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

U.S. Bankruptcy Court-District of Delaware

Confirmed Telephonic Appearance Schedule

Honorable Christopher S. Sontchi

#6

| Calendar Date: | 09/07/2018 |
|---|---|
| Calendar Time: | 09:30 AM ET |

*1st Revision  Sep  6 2018  3:11PM*

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9291410 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9290925 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Debtor, Engery Future Holdings Corp / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9298308 | Jeremy Carton | (212) 319-1778 ext. | Alta Fundamental Advisors | Interested Party, Alta Fundamental Advisors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9299354 | Bryan Chew | (212) 978-1766 ext. | Brookfield Asset Management | Interested Party, Brookfield Asset Management / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9299342 | Ming Dang | (212) 822-0451 ext. | Apollo LP | Interested Party, Apollo, LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9295303 | Eric C. Daucher | (212) 408-5405 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9291393 | Gregg M. Galardi | (212) 596-9139 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9299323 | Kevin Hanrahan | (212) 692-2290 ext. | Angelo Gordon & Co., LP | Interested Party, Angelo Gordon & Co., LP / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9300930 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9299335 | Rajesh Jegadeesh | (212) 515-3479 ext. | Apollo Management | Interested Party, Apollo Management / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9289977 | Christian P. Jensen | (212) 558-4362 ext. | Sullivan & Cromwell | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9299328 | Joseph Lenz | (212) 692-2019 ext. | Angelo, Gordon & Co., L.P. | Interested Party, Angelo, Gordon & Co., L.P. / LISTEN ONLY |

*In court* (handwritten)

Raymond Reyes ext. 881

CourtConfCal2009

Page 1 of 2

| Company | Case | Hearing | | ID | Name | Phone | Firm | Interested Party |
|---|---|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9299346 | Jingwen Liu | (212) 978-1766 ext. | Brookfield Asset Management | Interested Party, Brookfield Asset Management / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9295257 | Jeremy Matican | (212) 822-7526 ext. | Evercore Group, LLC | Client, DLA Piper US, LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9290306 | Tina Moss | (212) 262-6910 ext. | Perkins Coie LLP | Creditor, Delaware Trust Co. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9293546 | David Nguyen | (212) 708-2847 ext. | Jefferies | Financial Advisor, David Nguyen / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9295167 | Erik Schneider | (617) 345-1112 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9299362 | Michael C. Scott | (201) 493-3999 ext. | Farmstead Capital Management | Interested Party, Michael C. Scott / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9299301 | Daniel S Shamah | (212) 326-2138 ext. | O'Melveny & Myers, LLP | Interested Party, O'Melveny & Myers. LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9299394 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9299165 | Nacif Taousse | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings, Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9299158 | McClain Thompson | (415) 439-1864 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9296343 | Patrick Venter | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9293331 | Patricia J. Villareal | (214) 507-9418 ext. | Pat Villareal Law | Interested Party, Oncor Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9295204 | Jamila Willis | (212) 335-4969 ext. | DLA Piper US, LLP | Interested Party, DLA Piper US, LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing - In Court | | 9299161 | Aparna Yenamandra | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |