# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) |
|  | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) |
|  | ) Case No. 14-10979 (CSS) |
| Debtors. | ) |
|  | ) (Jointly Administered) |
|  | ) |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE* PURSUANT TO DEL. BANKR. L.R. 9010-1

1. Jason M. Madron, a member in good standing of the Bar of the State of Delaware, admitted to practice before the United States District Court for the District of Delaware, moves, pursuant to rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the admission *pro hac vice* of Austin Klar (the "Admittee") of Kirkland & Ellis LLP, 555 California Street, San Francisco, California 94104, to represent the EFH Plan Administrator Board in the above-captioned cases. The Admittee is a member in good standing of the Bar of the State of California, and is admitted to practice before the United States District Court for the Northern and Central Districts of California, and the United States Court of Appeals for the Ninth Circuit.

Dated: September 4, 2018
Wilmington, Delaware

*/s/ Jason M. Madron*
Jason M. Madron (Bar No. 4431)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:   (302) 651-7701
E-mail:       Madron@rlf.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: September 10th, 2018
Wilmington, Delaware

CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE