## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | |
| ENERGY FUTURE HOLDINGS CORP., *et al*, | Chapter 11 |
| Debtors. | Case No. 14-10979 (CSS) |
| | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the below certification, counsel moves the admission pro hac vice of Christian Reigstad, Esquire of Ropes & Gray LLP, to represent Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and UMB Bank, N.A., as Indenture Trustee for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018 in the above-captioned cases.

Dated: September 4, 2018  
      Wilmington, Delaware

*/s/ Erin R. Fay*  
Erin R. Fay (No. 5268)  
BAYARD, P.A.  
600 N. King Street, Suite 400  
Wilmington, Delaware  19801  
(302) 655-5000

### CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York submit to the disciplinary jurisdiction of this Court for any alleged misconduct, which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Christian Reigstad*  
Christian Reigstad, Esquire  
ROPES & GRAY LLP  
1211 Avenue of the Americas  
New York, NY 10036  
(212) 596-9723

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

**Dated: September 10th, 2018**  
**Wilmington, Delaware**  
{BAY:03349256v1}

**CHRISTOPHER S. SONTCHI**  
**UNITED STATES BANKRUPTCY JUDGE**