# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors.[1] | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: D.I. 12071, 12520** |

## CERTIFICATION OF COUNSEL
## REGARDING CORRECTED ORDER AWARDING
## INTERIM ALLOWANCE OF COMPENSATION FOR
## SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES

The undersigned hereby certifies and states as follows regarding the *Corrected Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses* (the "Corrected Tenth Interim Fee Order") attached hereto as **Exhibit 1**:

1.    On October 17, 2017, Kirkland & Ellis, LLP and Kirkland & Ellis International, LLP (together, "Kirkland") filed the *Tenth Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and the Debtors in Possession, for the Period from May 1, 2017 Through and Including August 31, 2017* [D.I. 12071] (the "Tenth Interim Fee Application") with this Court.[2]    Pursuant to the Tenth Interim Fee Application, Kirkland was seeking entry of an order of this Court approving, on an interim basis, fees and expenses incurred by Kirkland during the period from May 1, 2017 to August 31, 2017.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined herein, have the same meanings ascribed to them in the Tenth Interim Fee Application.

2.      On January 25, 2018, this Court entered its *Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses* [D.I. 12071] (the "Tenth Interim Fee Order").

3.      Kirkland requested in the Tenth Interim Fee Application that this Court approve, on an interim basis, $10,460,423.14 in fees and expenses, which Kirkland subsequently agreed to reduce to $10,197,784.19 pursuant to negotiations with the Fee Committee.  The Tenth Interim Fee Order, however, inadvertently stated that Kirkland had only requested approval of $10,208,548.00 in fees and expenses, of which this Court approved $9,945,909.05 (reflecting the voluntary write-down Kirkland agreed to pursuant to negotiations with the Fee Committee).

4.      Kirkland hereby submits to this Court the Corrected Tenth Interim Fee Order, which correctly reflects the fees and expenses that Kirkland negotiated approval for, on an interim basis, with the Fee Committee in connection with the Tenth Interim Fee Application.

5.      A blackline comparing the Tenth Interim Fee Order against the Corrected Tenth Interim Fee Order is attached hereto as **Exhibit 2**.  The Corrected Tenth Interim Fee Order and the related blackline have been circulated to, and are acceptable to, counsel to the Fee Committee.

WHEREFORE, Kirkland respectfully requests that the Court enter the Corrected Tenth Interim Fee Order at its earliest convenience.

*[Remainder of page intentionally left blank.]*

2

Dated: September 11, 2018
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:     (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

3