# EXHIBIT 2

Blackline

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |
| | ) **Re: D.I. 12071, 12520** |

## CORRECTED ORDER AWARDING INTERIM ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES

This matter coming before the Court on the tenth interim fee application of Kirkland & Ellis, LLP and Kirkland & Ellis International, LLP (collectively, "Kirkland") [D.I. 12071] (the "Tenth Fee Application"), pursuant to sections 330(a) and 331 of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, rule 2016 of the Federal Rules of Bankruptcy Procedure and rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, for the interim allowance of certain fees, including all holdbacks, and expenses incurred by the Applicant for the specific period of time set forth in the Application (the "Compensation Period"), filed in accordance with the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals* [D.I. 2066] (the "Interim Compensation Order") and the *Stipulation and Order Approving a Fee Committee* [D.I. 1896]; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Tenth Fee Application

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

and the hearing thereon was adequate under the circumstances; and (c) all parties with notice of the Tenth Fee Application have been afforded the opportunity to be heard on the First Fee Application, and no objections having been filed; and the Court having previously entered the *Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses*, dated January 25, 2018 [D.I. 12071] (the "Original Fee Order") in connection with the Tenth Fee Application; now therefor

IT IS HEREBY ORDERED THAT:

1. The fees and expenses requested in the Tenth Fee Application are approved on an interim basis, to the extent set forth on the attached **Exhibit A.**

2. Kirkland is allowed (a) interim fees for services rendered during the Compensation Period and (b) interim reimbursement for actual and necessary expenses incurred during the Compensation Period, each in the respective amounts set forth on the attached **Exhibit A**.

3. To the extent not already paid pursuant to the Interim Compensation Order, the Debtors are hereby authorized and directed to pay Kirkland 100% of the fees and 100% of the expenses listed on **Exhibit A**.

4. Nothing herein shall prejudice Kirkland or the Fee Committee with respect to the remainder of the fees and expenses requested in the Tenth Fee Application that are not reflected in **Exhibit A**.

4.5. This Order amends and supersedes the Original Fee Order in its entirety.

Dated: ~~January~~September        , 2018
Wilmington, Delaware
                                                        _____
                                                        THE HONORABLE CHRISTOPHER S. SONTCHI
                                                        CHIEF UNITED STATES BANKRUPTCY JUDGE

2

## Exhibit A
## In re: Energy Future Holdings Corp., *et al*
## Case No. 14-10979 (CSS)

| Applicant | Compensation Period | Interim Fees and Expenses Requested | Interim Fees and Expenses Approved |
|---|---|---|---|
| Kirkland & Ellis, LLP and Kirkland & Ellis International, LLP D.I. 12071 | May 1, 2017 - August 31, 2017 | ~~$10,208,548.00~~ $10,460,423.14 | ~~$9,945,909.05~~ $10,197,784.19 |

RLF1 19967684v.1