<u>Exhibit A</u>
<u>In re: Energy Future Holdings Corp., *et al*</u>
Case No. 14-10979 (CSS)

| Applicant | Compensation Period | Interim Fees and Expenses Requested | Interim Fees and Expenses Approved |
|---|---|---|---|
| Kirkland & Ellis, LLP and Kirkland & Ellis International, LLP D.I. 12071 | May 1, 2017 - August 31, 2017 | $10,460,423.14 | $10,197,784.19 |

RLF1 19967684v.1