**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*<br><br>    *Debtors*, | )<br>) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: D.I. 13333 & 13406**<br>) |

**UMB BANK'S AND ELLIOTT'S DESIGNATION OF ADDITIONAL ITEMS TO BE
INCLUDED IN THE RECORD ON APPEAL FROM THE AUGUST 1, 2018 ORDER
GRANTING THE JOINT MOTION TO (I) DISMISS APPLICATION OF NEXTERA
ENERGY, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE
EXPENSE OR, IN THE ALTERNATIVE, (II) GRANT SUMMARY JUDGMENT
DENYING AND DISALLOWING SUCH ADMINISTRATIVE EXPENSE**

UMB Bank, N.A., as Indenture Trustee ("UMB Bank") for the unsecured 11.25%/12.25%

Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The

Liverpool Limited Partnership (collectively, "Elliott") hereby designate, pursuant to Rule 8009

of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 8009-1 of the

Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the

District of Delaware, the following additional items (including any and all exhibits and addenda

attached thereto and filed therewith and all documents incorporated by reference therein) to be

included in the record in connection with the appeal of NextEra Energy, Inc. ("NextEra") from

this Court's Order, entered on August 1, 2018 [D.I. 13333] (the "Order"), granting the *Joint

Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to (i) Dismiss Application of

NextEra Energy, Inc. for Allowance and Payment of Administrative Expense or, in the

Alternative, (ii) Grant Summary Judgment Denying and Disallowing Such Administrative

Expense*:

| | Item | Filing/Entry Date | Docket No.[1] |
|---|---|---|---|
| 1. | Notice of Filing Third Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code | 08/05/2016 | 9199 |
| 2. | Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al.*, Pursuant to Chapter 11 of the Bankruptcy Code | 02/17/2017 | 10853 |
| 3. | Notice of Order Entered by the Public Utility Commission of Texas in the Administrative Proceeding Related to the Change of Control Application of Oncor Electric Delivery Company, LLC *et al.* | 04/13/2017 | 11152 |
| 4. | Notice of Order Entered by the Public Utility Commission of Texas in the Administrative Proceeding Related to the Change of Control Application of Oncor Electric Delivery Company, LLC *et al.* | 06/09/2017 | 11325 |
| 5. | Notice of Order Entered by the Public Utility Commission of Texas in the Administrative Proceeding Related to the Change of Control Application of Oncor Electric Delivery Company, LLC *et al.* | 06/29/2017 | 11398 |
| 6. | Motion of the EFH/EFIH Debtors for Order Authorizing Entry into Merger Agreement and Approving Termination Fee | 07/07/2017 | 11430 |
| 7. | Declaration of Erin R. Fay Filed in Connection with The Elliott Funds' Motion to Reconsider In Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee | 07/29/2017 | 11638 |
| 8. | Stipulation and Order Regarding Elliott's Motion to Reconsider | 08/10/2017 | 11716 |

---

[1]   Unless otherwise indicated, all references herein to "Docket No." shall be to the docket maintained for *In re Energy Future Holdings Corp.*, Case No. 14-10979 (CSS).

| 9. | EFH/EFIH Debtors' Reply to Objections to Motion for Order Authorizing Entry into Merger Agreement and Approving Termination Fee | 08/16/2017 | 11761 |
|---|---|---|---|
| 10. | Transcript of the Hearing Held Before the Court on February 23, 2018 | 02/27/2018 | 12759 |
| 11. | Notice of Filing of the Second Amended Supplement to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code | 03/08/2018 | 12798 |
| 12. | Notice of Entry of EFH Confirmation Order and Occurrence of EFH Effective Date | 03/09/2018 | 12801 |
| 13. | Letter from UMB Bank, N.A. and Elliott Regarding NextEra Energy, Inc.'s Request for Status Conference Regarding Administrative Expense Application | 03/28/2018 | 12870 |
| 14. | Notice of Completion of Briefing | 04/24/2018 | 13028 |

## RESERVATION OF RIGHTS

UMB Bank and Elliott expressly reserve the right to (i) amend, modify, and supplement the foregoing designations, (ii) object to or otherwise move to strike some or all of the items designated by NextEra or any other party to be included in the record on appeal from the Order, and (iii) present a counterstatement of the issues on appeal in their appellate brief pursuant to Bankruptcy Rule 8014(b).

Wilmington, Delaware
Dated: September 12, 2018

                       **BAYARD, P.A.**

                       */s/ Erin R. Fay*_____
                       Scott D. Cousins (No. 3079)
                       Erin R. Fay (No. 5268)
                       600 N. King Street, Suite 400
                       Wilmington, DE 19801
                       Telephone: (302) 655-5000
                       Facsimile: (302) 658-6395
                       scousins@bayardlaw.com
                       efay@bayardlaw.com

                         –and–

                       **ROPES & GRAY LLP**
                       Gregg M. Galardi
                       Daniel G. Egan
                       1211 Avenue of the Americas
                       New York, NY 10036-8704
                       Telephone: (212) 596-9000
                       Facsimile:  (212) 596-9090
                       Gregg.Galardi@ropesgray.com
                       Daniel.Egan@ropesgray.com

                       **ROPES & GRAY LLP**
                       Matthew L. McGinnis
                       Prudential Tower
                       800 Boylston Street
                       Boston, MA 02199-3600
                       Telephone: (617) 951-7000
                       Facsimile: (617) 951-7050
                       Matthew.McGinnis@ropesgray.com

                       *Counsel for UMB Bank, N.A., as Trustee, and Elliott*