# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: D.I. 13487** |

## EFH PLAN ADMINISTRATOR BOARD'S JOINDER TO "UMB BANK'S AND ELLIOTT'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL FROM THE AUGUST 1, 2018 ORDER GRANTING THE JOINT MOTION TO (I) DISMISS APPLICATION OF NEXTERA ENERGY, INC. FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE OR, IN THE ALTERNATIVE, (II) GRANT SUMMARY JUDGMENT DENYING AND DISALLOWING SUCH ADMINISTRATIVE EXPENSE" [D.I. 13487]

The EFH Plan Administrator Board (the "PAB") hereby supports and expressly joins in *UMB Bank's and Elliott's Designation of Additional Items to Be Included in the Record on Appeal From the August 1, 2018 Order Granting the Joint Motion to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense Or, In the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense*, dated September 12, 2018 [D.I. 13487] (the "Counter-Designation") filed by UMB Bank, N.A., as Indenture Trustee ("UMB Bank") for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott") listing additional items (including any and all exhibits and addenda attached thereto and filed therewith and all documents incorporated by

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

reference therein) to be included in the record in connection with the appeal of NextEra Energy, Inc. ("NextEra") from this Court's Order, entered on August 1, 2018 [D.I. 13333] (the "Order"), granting the *Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to (i) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense or, in the Alternative, (ii) Grant Summary Judgment Denying and Disallowing Such Administrative Expense*, filed on March 23, 2018 [D.I. 12844] by UMB Bank and Elliott.

## RESERVATION OF RIGHTS

The PAB expressly reserves the right to (i) amend, modify, and supplement the items listed in the Counter-Designation, (ii) object to or otherwise move to strike some or all of the items designated by NextEra or any other party to be included in the record on appeal from the Order, and (iii) present a counterstatement of the issues on appeal in their appellate brief pursuant to Fed. R. Bankr. P. 8014(b).

*[Remainder of page intentionally left blank.]*

Dated: September 12, 2018
       Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com
    aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    steven.serajeddini@kirkland.com

-and-

3

Mark E. McKane, P.C. (admitted *pro hac vice*)
Michael P. Esser (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:   (415) 439-1400
Facsimile:    (415) 439-1500
Email:         mark.mckane@kirkland.com
                 michael.esser@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*