IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors*. | )<br>)<br>)  Chapter 11<br>)<br>)  Case No. 14-10979 (CSS)<br>)<br>)  (Jointly Administered)<br>)<br>)  **Related D.I. 13487**<br>)<br>)<br>) |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      §
                       §    SS:
NEW CASTLE COUNTY      §

Erin Hendry, being duly sworn according to law, deposes and says that she is employed by Bayard, P.A., co-counsel for Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, and UMB Bank, N.A., as successor Indenture Trustee in the above-captioned cases and that on the 12th day of September, 2018, she caused copies of the **UMB Bank's and Elliott's Designation of Additional Items to be Included in the Record on Appeal From The August 1, 2018 Order Granting the Joint Motion to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense [D.I. 13487]** to be served upon the parties listed in the manner indicated:

**VIA HAND DELIVERY AND ELECTRONIC MAIL:**
Landis Rath & Cobb LLP
Adam G. Landis
Matthew B. McGuire
919 Market Street, Suite 1800
P.O. Box 2087
Wilmington, DE 19899
(302) 467-4400
Email: landis@lrclaw.com
mcguire@lrclaw.com

Richards, Layton & Finger, PA
Mark David Collins
Daniel J. DeFranceschi
Jason Michael Madron
One Rodney Square
920 N. King Street, Suite 600
Wilmington, DE 19801
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

**VIA OVERNIGHT MAIL AND ELECTRONIC MAIL:**
Kirkland & Ellis LLP
Marc Kieslstein, Esq.
300 North LaSalle
Chicago, IL 60654
Email: marc.kieselstein@kirkland.com

Kirkland & Ellis LLP
Mark McKane P.C.
Michael P. Esser, Esq.
555 California Street
San Francisco, California 94104
Email: mmckane@kirkland.com
       michael.esser@kirkland.com

Kirkland & Ellis LLP
Aparna Yenamandra, Esq.
601 Lexington Avenue
New York, New York 10022-4611
Email: aparna.yenamandra@kirkland.com

Norton Rose Fulbright US LLP
Howard Seife
Andrew Rosenblatt
Eric Daucher
1301 Avenue of the Americas
New York, New York 10019
Email: howard.seife@nortonrosefulbright.com
andrew.rosenblatt@nortonrosefulbright.com
eric.daucher@nortonrosefulbright.com

Norton Rose Fulbright US LLP
Robin Ball
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Email: robin.ball@nortonrosefulbright.com

Erin Hendry

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State and County aforesaid, on the day and year aforesaid.

Dated: September 13, 2018

Notary Public

{BAY:03355650v1}