# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
|  | ) |
| Debtors.[1] | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 13331** |

## EFH PLAN ADMINISTRATOR BOARD'S RESPONSE
## TO TREMBLE FAMILY LETTER, DATED JULY 24, 2018

The EFH Plan Administrator Board (the "PAB") files this response to the *Letter Regarding Release of Funds*, dated July 24, 2018 [D.I. 13331] (the "Trembles' Letter"), and filed with the United States Bankruptcy Court for the District of Delaware (the "Court") by Sharon Tremble Donaldson, Selia Tremble Shawkey, Billie Murphy Tremble, Wilmer Forrest Tremble, Jr. (the "Trembles") on July 30, 2018. In support of this response, the PAB respectfully submits as follows:

### OPPOSITION

1. On August 18, 2014, the Court entered an order (the "General Bar Date Order") establishing October 27, 2014, at 5:00 p.m. (prevailing Eastern Time) (the "General Bar Date") as the final date and time for all persons and entities holding or asserting a claim against the Debtors arising on or before the Petition Date to file proofs of claim in these chapter 11 cases (with certain exceptions inapplicable to the Trembles Claims (as defined below)) [D.I. 1866].

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 20012724v.1

2.	On July 30, 2018, the Trembles filed with this Court the Trembles' Letter, requesting that this Court grant "immediate release" of their funds. The funds that the Trembles refer to are in connection with the following claim numbers: 37811, 37810, 37809, and 37808 (the "Tremble Claims"). The Trembles filed the proofs of claim required to account for the Tremble Claims on April 6, 2018, approximately three years and five months after the General Bar Date, and have failed to make a showing of excusable neglect justifying such late filings. Consequently, the Trembles have failed to abide by the General Bar Date set by this Court in its General Bar Date Order.

3.	Accordingly, the Tremble Claims were expunged on the effective date [D.I. 12801] of the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12653] (the "Plan"),[2] pursuant to Article VII.F thereof,[3] and the Trembles are entitled to no relief from the Court in response to the Trembles' Letter.

4.	In the event that the Court excuses the Tremble Claims' procedural defect, for the avoidance of doubt, the PAB hereby reserves all of its rights to object to the late-filed Tremble Claims on substantive bases.

---

[2] Article VII.F of the Plan provides, in relevant part, that "**any and all Proofs of Claim Filed after the Bar Date shall be deemed disallowed and expunged as of the EFH Effective Date** without any further notice to or action, order, or approval of the Bankruptcy Court, and Holders of such Claims may not receive any distributions on account of such Claims, unless on or before the Confirmation Hearing such late Claim has been deemed timely Filed by a Final Order." Plan, Art. VII.F.

[3] Even assuming, *arguendo*, that the Tremble Claims are still valid and eligible for distributions pursuant to the Plan, paragraph 151 of the *Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, And The EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12763] (the "Confirmation Order") explicitly provides that no distribution to the holders of allowed claims against EFH can be made until entry of the NEE Allocation Order (as defined in the Confirmation Order).

Dated: September 18, 2018
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com
             aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

Co-Counsel to the EFH Plan Administrator Board