**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors*. | )<br>)<br>)  Chapter 11<br>)<br>)  Case No. 14-10979 (CSS)<br>)  (Jointly Administered)<br>)<br>)  <u>Hearing Date</u>:  October 12, 2018 at 2:00 p.m. (ET)<br>)  <u>Objection Deadline</u>:  October 3, 2018 at 4:00 p.m. (ET)<br>) |

**NOTICE OF JOINT MOTION OF UMB BANK, N.A., AS INDENTURE TRUSTEE, AND ELLIOTT TO DIRECT THE EFH PLAN ADMINISTRATOR BOARD TO RELEASE AND DISTRIBUTE ALL FUNDS IN THE NEE PLAN RESERVE**

PLEASE TAKE NOTICE that on September 19, 2018, UMB Bank, N.A., as Indenture Trustee (the "<u>Trustee</u>") for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "<u>Elliott</u>" and, together with the Trustee, the "<u>Movants</u>"), filed with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") the *Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute All Funds in the NEE Plan Reserve* (the "<u>Motion</u>").

PLEASE TAKE FURTHER NOTICE that, a hearing on the Motion will be held on **October 12, 2018 at 2:00 p.m. (ET)** before the Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge, at the Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, objections to the Motion or the relief requested therein must be filed on or before **October 3, 2018 at 4:00 p.m. (ET)** (the "<u>Objection Deadline</u>") with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the

{BAY:03359445v1}

same time, you must serve a copy of the response upon the undersigned counsel to the Movants so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO PROPERLY FILE AND SERVE A RESPONSE ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated:  September 19, 2018<br>Wilmington, Delaware | BAYARD, P.A.<br><br>*/s/ Erin R. Fay*<br>Scott D. Cousins (No. 3079)<br>Erin R. Fay (No. 5268)<br>600 N. King Street, Suite 400<br>Wilmington, Delaware  19801<br>Phone: (302) 655-5000<br>Facsimile: (302) 658-6395<br>scousins@bayardlaw.com<br>efay@bayardlaw.com<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Gregg M. Galardi<br>Daniel G. Egan<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000<br>Facsimile:  (212) 596-9090<br>Gregg.Galardi@ropesgray.com<br>Daniel.Egan@ropesgray.com<br><br>**ROPES & GRAY LLP**<br>Matthew L. McGinnis<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199-3600<br>Telephone: (617) 951-7000<br>Facsimile: (617) 951-7050<br>Matthew.McGinnis@ropesgray.com<br><br>*Counsel for Elliott and UMB Bank, N.A., as Trustee* |