**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: D.I. 13469** |

**CERTIFICATION OF COUNSEL CONCERNING**
**AMENDED AND SUPERSEDING STIPULATION AND ORDER**

On May 13, 2018, Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership and UMB Bank, N.A., as Indenture Trustee (collectively, the "Movants") filed the *Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13102] (the "Allocation Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). Pursuant to the Allocation Motion, the Movants are seeking entry of an order fixing an appropriate allocation of certain reserves and administrative expenses incurred in the above-captioned chapter 11 cases as between the estate of Energy Future Holdings Corp. and the estate of Energy Future Intermediate Holding Company, LLC.

On August 17, 2018, the Bankruptcy Court entered the *Second Amended Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH*

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Debtors* [D.I. 13373] (the "Scheduling Order") in connection with the Allocation Motion.

On August 31, 2018, the Bankruptcy Court entered the *Joint Stipulated Pre-Trial Order* [D.I. 13426] (the "Pretrial Order") in connection with the September 5-7, 2018 trial on the Allocation Motion. The Scheduling Order and Pretrial Order together established various protocols and deadlines in connection with, among other matters, the exchange and admission of exhibits and deposition designations. In that regard, the Parties[2] engaged in a series of meet-and-confer sessions and ultimately reached consensus on the admission of exhibits and deposition designations. To that end, on September 7, 2018, the Bankruptcy Court entered the *Stipulation and Order* [D.I. 13469] (the "Stipulation and Order") regarding the admission of certain exhibits and deposition designations in connection with the litigation of the Allocation Motion.

As discussed on the record of the hearing held before the Bankruptcy Court on September 7, 2018 (see generally Transcript of Record at pp. 152-154, In re Energy Future Holdings Corp., *et al.*, Case No. 14-10979 (CSS) (Bankr. D. Del. Sept. 7, 2018)), the Parties have continued to make agreed-upon revisions to the deposition designations in response to the Bankruptcy Court's evidentiary rulings and the Parties' agreements. In that regard, counsel for the PAB has prepared that certain *Amended and Superseding Stipulation and Order* (the "Amended Stipulation and Order"). A copy of the Amended Stipulation and Order is attached hereto as **Exhibit A**. A redline of the Amended Stipulation and Order marked against the Stipulation and Order is attached hereto as **Exhibit B**. Counsel to the PAB circulated a copy of the Amended Stipulation and Order to counsel to each of the Parties, all of whom have confirmed that the Amended Stipulation and Order is acceptable for submission to the Bankruptcy Court for entry.

---

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Pretrial Order.

The PAB therefore respectfully requests that the Bankruptcy Court enter the Amended Stipulation and Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

[*Remainder of page intentionally left blank.*]

Dated: September 20, 2018
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
defranceschi@rlf.com
madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: edward.sassower@kirkland.com
stephen.hessler@kirkland.com
brian.schartz@kirkland.com
aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: james.sprayregen@kirkland.com
marc.kieselstein@kirkland.com
steven.serajeddini@kirkland.com

-and-

Mark E. McKane, P.C. (admitted *pro hac vice*)
Michael P. Esser (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: mark.mckane@kirkland.com
michael.esser@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*