# Exhibit B

## (Redline)

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

**AMENDED AND SUPERSEDING STIPULATION AND ORDER**

**WHEREAS**, on May 13, 2018, the Elliott Funds and UMB Bank, N.A. filed the *Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13102];

**WHEREAS**, on August 17, 2018, the Court entered the *Second Amended Order Scheduling Certain Dates and Deadlines and Establishing Certain Protocols in Connection with the Allocation Motion* (the "Scheduling Order") [D.I. 13373];

**WHEREAS**, on August 31, 2018, the Court entered the *Joint Stipulated Pre-Trial Order* in connection with the September 5-7, 2018 hearing on the Allocation Motion (the "Pretrial Order") [D.I. 13426];

**WHEREAS**, the Scheduling Order and Pretrial Order established various protocols and deadlines in connection with the exchange and admission of exhibits and deposition designations;

**WHEREAS**, the parties ~~have~~ engaged in a series of meet-and-confers and ~~have substantially narrowed~~ultimately reached consensus on the ~~scope~~admission of ~~disputes regarding~~ exhibits and deposition designations;

**WHEREAS**, on September 7, 2018, the Court entered the *Stipulation and Order* [D.I. 13469] regarding the admission of certain exhibits and deposition designations;

**WHEREAS**, as discussed on the record on September 7, 2018, the parties have continued to make agreed-upon revisions to the deposition designations in response to the Court's evidentiary rulings and the parties' agreements; and

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel, subject to approval of the Court, and upon approval of the Court, it is so-ordered that the exhibits and deposition designations set forth in **Appendix A** hereto are admitted into evidence or judicially noticed, as specified therein, and such order shall supersede and amend D.I. 13469 in all respects.

*[Remainder of page intentionally left blank.]*

Dated: September 7,[_], 2018
Wilmington, Delaware

By: /s/ Mark E. McKane P.C.

**RICHARDS, LAYTON & FINGER, P.A**.
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, DE 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200

Mark E. McKane, P.C. (admitted *pro hac vice*)
Michael P. Esser (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

*Co-Counsel to the EFH Plan Administrator Board*

Dated:  September ~~7,~~[__], 2018

/s/ Gregg M. Galardi

**BAYARD, P.A.**
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
scousins@bayardlaw.com
efay@bayardlaw.com
emiller@bayardlaw.com

– and –

**ROPES & GRAY LLP**
Keith H. Wofford (admitted *pro hac vice*)
Gregg M. Galardi (admitted *pro hac vice*)
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
keith.wofford@ropesgray.com
gregg.galardi@ropesgray.com

*Counsel for Elliott and UMB Bank, N.A., as Trustee*

Dated:  September ~~7,~~[_], 2018

/s/ Andrew K. Glenn

**HOGAN MCDANIEL**
Garvan F. McDaniel, Esq. (DE #4167)
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540
Facsimile: (302) 656-7599
Email: gfmcdaniel@dkhogan.com

– and –

**KASOWITZ BENSON TORRES LLP**
David S. Rosner, Esq.
Andrew K. Glenn, Esq.
Gavin D. Schryver, Esq.
David J. Mark, Esq.
Andrew H. Elkin, Esq.
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800
Email: drosner@kasowitz.com
aglenn@kasowitz.com
gschryver@kasowitz.com
dmark@kasowitz.com
aelkin@kasowitz.com

*Co-Counsel to the Ad Hoc EFH Claimants*

Dated:  September ~~7,~~[___], 2018

/s/ Richard C. Pedone

**CROSS & SIMON, LLC**
Christopher P. Simon (Del. Bar No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

- and –

**NIXON PEABODY LLP**
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000
Facsimile: (617) 345-1300
adarwin@nixonpeabody.com
rpedone@nixonpeabody.com

-and-

Christopher J. Fong
437 Madison Avenue
New York, NY 10022
Telephone: 212-940-3724
Facsimile: 855-900-8613
cfong@nixonpeabody.com

*Co-Counsel to American Stock Transfer &*
 *Trust Company, LLC, as Indenture Trustee*

SO ORDERED this _____ day of
September, 2018

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
CHIEF UNITED STATES BANKRUPTCY JUDGE

**<u>APPENDIX A</u>**

# **APPENDIX A-1**

## **DEPOSITION DESIGNATIONS**

## **APPENDIX A-2**

## **ELLIOTT EXHIBITS**

**APPENDIX A-3**

**AD HOC EFH CLAIMANTS/EFH INDENTURE TRUSTEE EXHIBITS**

## APPENDIX A-4

## PAB EXHIBITS