# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re: D.I. 13457 |

## CERTIFICATION OF COUNSEL CONCERNING ORDER EXTENDING THE DEADLINE TO FILE AND SERVE OBJECTIONS TO CLAIMS AGAINST OR INTERESTS IN THE EFH DEBTORS OR THE EFIH DEBTORS

On September 5, 2018, the EFH Plan Administrator Board (the "PAB") filed the *EFH Plan Administrator Board's Motion for Entry of an Order Extending the Deadline to File and Serve Objections to Claims Against Or Interests in the EFH/EFIH Debtors* [D.I. 13457] (the "Extension Motion") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court"). Pursuant to the Extension Motion, the PAB is seeking entry of an order extending the deadline by which the PAB and/or the Reorganized EFH/EFIH Debtors[2] must file and serve objections to Claims against or Interests in the EFH Debtors and/or the EFIH Debtors by 180 days, through and including March 4, 2019.

Pursuant to the *Notice of "Plan Administrator Board's Motion for Entry of an Order Extending the Deadline to File and Serve Objections to Claims Against Or Interests in the*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall be given the same meanings ascribed to them in the Extension Motion.

*EFH/EFIH Debtors" and Hearing Thereon*, filed and served contemporaneously with the Extension Motion, objections or responses to the Extension Motion were to be filed and served no later than 4:00 p.m. (Eastern Daylight Time) on September 19, 2018 (the "Objection Deadline"). A hearing to consider the Extension Motion is currently scheduled to take place before the Bankruptcy Court on October 2, 2018 starting at 10:00 a.m. (Eastern Daylight Time). *See* D.I. 13511.

Prior to the Objection Deadline, counsel to the Reorganized EFH/EFIH Debtors provided an informal response (the "Informal Response") in connection with the Extension Motion. Other than the Informal Response, the PAB received no other responses or objections to the Extension Motion, nor do any objections to the Extension Motion appear on the Bankruptcy Court's docket in the above-captioned chapter 11 cases.

Based on various communications by and between counsel to the PAB and counsel to the Reorganized EFH/EFIH Debtors, the PAB has prepared a revised form of order (the "Revised Order") in connection with the Extension Motion reflecting the parties' agreed resolution of the Informal Objection. A copy of the Revised Order is attached hereto as **Exhibit A**. A redline, comparing the Revised Order against the form of order originally filed along with the Extension Motion is attached hereto as **Exhibit B**.

The Revised Order has been circulated, and is acceptable for entry, to (i) counsel to the PAB; and (ii) counsel to the Reorganized EFH/EFIH Debtors.

The PAB therefore respectfully requests that the Bankruptcy Court enter the Revised Order, substantially in the form attached hereto as **Exhibit A**, at its earliest convenience.

*[Remainder of page intentionally left blank.]*

RLF1 20026614v.1

Dated: September 20, 2018
Wilmington, Delaware

/s/ [signature]

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com
    aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    chad.husnick@kirkland.com
    steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*