## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: D.I. 13457** |

## ORDER EXTENDING THE DEADLINE TO
## FILE AND SERVE OBJECTIONS TO CLAIMS AGAINST
## OR INTERESTS IN THE EFH DEBTORS OR THE EFIH DEBTORS

Upon the motion (the "Motion")[2] of the EFH Plan Administrator Board for entry of an

order (this "Order"): (a) extending the deadline to file and serve objections to Claims against or

Interests in the EFH Debtors and/or the EFIH Debtors by 180 days, through and including March

4, 2019; and (b) granting related relief; and the Court having found that it has jurisdiction over

this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core

proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of these

cases and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the

Court having found that the relief requested in the Motion is in the best interests of the

Reorganized EFH/EFIH Debtors', their creditors, and other parties in interest; and the Court

having found that the EFH Plan Administrator Board provided appropriate notice of the Motion

and the opportunity for a hearing on the Motion under the circumstances; and the Court having

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings ascribed to them in the Motion.

reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing, if any, before the Court (the "Hearing"); and the Court having determined that the legal and factual bases set forth in the Motion and at the Hearing (if any was held) establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The Claims Objection Deadline is extended, through and including March 4, 2019.

3.      This Order shall otherwise be subject to the Confirmation Order [D.I. 12763], including paragraph 133 thereof, and shall also be subject to and without prejudice to the rights of: (a) the EFH Plan Administrator Board and/or the Reorganized EFH/EFIH Debtors to request further extensions of the Claims Objection Deadline pursuant to the terms of the Plan, and/or (b) the Reorganized TCEH Debtors to request further extensions to the TCEH Claims Objection Deadline (as defined in the Motion).

4.      Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of the Local Rules are satisfied by such notice.

5.      Notwithstanding the possible applicability of Bankruptcy Rules 6004(h), 7062, 9014 or otherwise, the terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

7.      The EFH Plan Administrator Board is authorized to take all actions necessary to

effectuate the relief granted pursuant to this Order in accordance with the Motion.

8.      The Court retains exclusive jurisdiction with respect to all matters arising from or

related to the implementation of this Order.

Dated: September 21st, 2018
        Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
CHIEF UNITED STATES BANKRUPTCY JUDGE

3