# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |

## REORGANIZED TCEH DEBTORS' NOTICE OF SERVICE OF SUBPOENA
### (Sabine River Authority of Texas)

TO:  John D. Demmy
**SAUL EWING ARNSTEIN
 & LEHR LLP**
1201 North Market Street, Suite 2300
Wilmington, DE 19801
Email: john.demmy@saul.com

-and-

Mark Baggett
**CITY ATTORNEY OF THE CITY OF DALLAS**
General Litigation
7BN Dallas City Hall
1500 Marilla Street
Dallas, TX 75201
Email: mark.baggett@dallascityhall.com

YOU ARE HEREBY NOTIFIED that, in connection with the *Objection of Energy Future Holdings Corp., et al., to Proof of Claim 13319 Filed By the City of Dallas*, filed on August 26, 2016 [D.I. 9409] in the above-captioned chapter 11 cases, on September 21, 2018,

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

RLF1 20020487v.1

the undersigned co-counsel to the Reorganized TCEH Debtors has issued and intends to serve a subpoena, in the form attached hereto as **Exhibit A**, upon the following person(s):

1. **Sabine River Authority of Texas
   Lake Fork Division
   353 Private Road 5183
   Quitman, TX 75783**

*[Remainder of page intentionally left blank.]*

Dated: September 21, 2018
      Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:   collins@rlf.com
            defranceschi@rlf.com
            madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   edward.sassower@kirkland.com
            stephen.hessler@kirkland.com
            brian.schartz@kirkland.com
            aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   james.sprayregen@kirkland.com
            marc.kieselstein@kirkland.com
            chad.husnick@kirkland.com
            steven.serajeddini@kirkland.com

-and-

Mark E. McKane, P.C. (admitted *pro hac vice*)
Michael P. Esser (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:   (415) 439-1400
Facsimile:    (415) 439-1500
Email:         mark.mckane@kirkland.com
                    michael.esser@kirkland.com

*Co-Counsel to the Reorganized TCEH Debtors*