**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | x | |
| In re | : | **Chapter 11** |
| | : | |
| ENERGY FUTURE HOLDINGS CORP. *et al.*, | : | **Case No. 14-10979 (CSS)** |
| | : | |
| Debtors-in-Possession. | : | **(Jointly Administered)** |
| | : | |
| | x | Hearing Date:  October 2, 2018 at 10:00 a.m. E.T. |

**FEE COMMITTEE'S SUMMARY REPORT CONCERNING**
**UNCONTESTED INTERIM FEE APPLICATIONS FOR**
**HEARING ON OCTOBER 2, 2018 AT 10:00 A.M. E.T.**

TO:   THE HONORABLE CHRISTOPHER S. SONTCHI,
        UNITED STATES BANKRUPTCY JUDGE:

The Fee Committee appointed in the above-captioned chapter 11 cases (the "**Fee**

**Committee**") respectfully submits this summary report (the "**Report**") concerning 21 interim fee

applications (each an "**Application**" and, collectively, the "**Applications**") and requests that the

Applications be approved on an uncontested basis at or before the omnibus hearing scheduled for

October 2, 2018.  The Report covers the Applications largely—but not exclusively—for the

Twelfth Interim Fee Period (January 1, 2018 through March 9, 2018).  The Twelfth Interim Fee

Period was the last interim period for these cases, concluding with the occurrence of the effective

date of the E-Side plan of reorganization.

Applications for work performed during the Final Fee Period (April 29, 2014 through

March 9, 2018) were filed on or around April 23, 2018.  The Fee Committee elected to bifurcate

its evaluation and reporting on the Twelfth Interim Fee Period and Final Fee Period

Applications.  The Fee Committee will report on uncontested Final Fee Period applications, as

well as uncontested section 503(b) "substantial contribution" applications, in connection with a
final fee hearing scheduled for November 13, 2018.

**SUMMARY**

Since the issuance of its last report, dated May 25, 2018, the Fee Committee has reviewed
and expresses its recommendation for approval of Applications seeking interim compensation
and expenses that aggregate $6,327,612.50 in fees and $483,576.07 in expense reimbursements
through March 9, 2018.  No objections have been filed to the Applications.

To arrive at the recommendations in this Report, the Fee Committee, under the leadership
of Chairman Richard Gitlin, has continued to meet, in person, usually on a monthly basis.  At
these meetings, the Fee Committee again has engaged in extensive discussions of the
Applications, authorized individual draft Letter Reports on most Applications, and discussed and
evaluated the responses from the Retained Professionals to the Letter Reports.[1]

Consistent with the previous eleven interim fee periods, the Retained Professionals have
generally been responsive to the Fee Committee's requests for information and have been
cooperative in discussing and resolving areas of concern.  Consideration of several Twelfth
Interim Fee Period applications, the subject of ongoing dialogue between the Fee Committee and
some of the Retained Professionals, has been deferred for reporting in connection with the Final
Fee Period Applications.  The Fee Committee's review has continued to focus on compliance
with the applicable requirements and guidelines established by the Bankruptcy Code, the
Executive Office of the U.S. Trustee, and the Fee Committee.  The Fee Committee notes again
that professionals generally continued to achieve increasingly more consistent compliance with

---

[1] Capitalized terms not otherwise defined shall have the meanings ascribed in prior Fee Committee Reports.

these guidelines during the abbreviated Twelfth Interim Fee Period, generally requiring only

modest adjustments.

## SUMMARY OF FEES REQUESTED AND APPROVED

The total fees requested on an interim basis and approved or recommended for approval

by the Fee Committee to date are set forth below:[2]

| Date(s) [Orders/Docket Nos.] | Fee Period (dates) | Number of Professional Applications | Fees Approved/ Recommended for Approval | Expenses Approved/ Recommended for Approval |
|---|---|---|---|---|
| 3148 December 29, 2014 | 1st Interim (April 29, 2014 – August 31, 2014) | 4 | $12,862,747.75 | $353,843.86 |
| 3365 January 26, 2015 | | 1 | $24,511,927.32 | $1,122,860.04 |
| 3597 February 20, 2015 | | 5 | $16,517,565.76 | $820,543.45 |
| 4843 June 24, 2015 | 1st Interim (April 29, 2014 – August 31, 2014) | 6 | $7,660,577.80 | $197,488.77 |
| 7883 February 18, 2016 | | 1 | $1,092,339.62 | $166,506.74 |
| 4843 June 24, 2015 | 2nd Interim (September – December 2014) | 24 | $58,434,780.10 | $3,063,313.37 |
| 6667 October 26, 2015 | | 1 | $3,134,247.50 | $199,105.35 |
| 7883 February 18, 2016 | | 4 | $1,742,526.76 | $159,344.59 |
| 6667 October 26, 2015 | 3rd Interim (January – April 2015) | 26 | $82,983,949.42 | $4,591,670.45 |
| 7883 February 18, 2016 | | 4 | $4,938,192.06 | $268,426.89 |
| 7883 February 18, 2016 | 4th Interim (May – August 2015) | 26 | $69,933,788.71 | $2,882,804.71 |
| 8824 June 27, 2016 | | 4 | $3,035,668.80 | $236,148.39 |
| 8824 June 27, 2016 | 5th Interim (September – December 2015) | 27 | $52,023,808.54 | $2,451,890.66 |
| 9308 August 16, 2016 | | 4 | $12,418,749.19 | $893,301.63 |
| 9963 October 27, 2016 | | 1 | $342,482.74 | $1,280.87 |
| 9963 October 27, 2016 | 6th Interim (January – April 2016) | 26 | $23,892,006.42 | $1,110,129.24 |

[2] A complete schedule of interim fee applications scheduled for hearing on October 2, 2018, along with the Fee Committee's recommended adjustments, is attached as **Exhibit A**.

3

| Date(s) [Orders/Docket Nos.] | Fee Period (dates) | Number of Professional Applications | Fees Approved/ Recommended for Approval | Expenses Approved/ Recommended for Approval |
|---|---|---|---|---|
| 11071 March 28, 2017 | | 3 | $5,019,942.25 | $37,375.28 |
| 10706 January 24, 2017 | E-Side 7th Interim (May – August 2015) | 1 | $15,732,906.30 | $530,438.85 |
| 11071 March 28, 2017 | | 16 | $17,781,487.37 | $674,440.02 |
| 11071 March 28, 2017 | T-Side 7th Interim (May 1 – October 3, 2016) | 10 | $9.290,931.97 | $218,769.96 |
| 11436 July 10, 2017 | 8th Interim (September – December 2016) | 13 | $13,683,841.32 | $372,762.95 |
| 12181 November 3, 2017 | 9th Interim (January – April 2017) | 16 | $9,960,069.62 | $564,255.49 |
| 12520 January 25, 3018 | 10th Interim (May – August 2017) | 1 | $10,208.548.00 | $9,945,909.05 |
| 12632 February 14, 2018 | 10th Interim (May – August 2017) | 17 | $4,920,812.11 | $327,149.59 |
| 12659 February 16, 2018 | 10th Interim (May – August 2017) | 1 | $3,655.00 | $29.00 |
| 13159 June 5, 2018 | 11th Interim (September – December 2017) | 10 | $5,099,900.60 | $286,752.08 |
| *Scheduled for Hearing October 2, 2018* | 12th Interim (January 1 – March 9, 2018) | 21 | $7,014,248.40 | $472,811.80 |
| 7883 February 18, 2016 | Final Fee Applications | 1 | $300,000.00 | $0.00 |
| 11072 March 28, 2017 | | 10 | $110,680,468.38 | $2,404,213.64 |
| 11090 March 30, 2017 | | 1 | $15,246,311.03 | $574,716.35 |

## APPLICATIONS FOR INTERIM COMPENSATION
## SCHEDULED FOR HEARING ON OCTOBER 2, 2018

The 21 Applications scheduled to be heard on October 2, 2018—without objection—generally correspond to work performed during the Twelfth Interim Fee Period (January 1, 2018-March 9, 2018). The issues identified in each Application and their resolutions are summarized below.

## INTERIM FEE APPLICATIONS FOR WORK PERFORMED DURING
## INTERIM FEE PERIODS PRIOR TO THE TWELFTH

1.  *Eleventh Interim and Final Fee Application of Epiq Bankruptcy Solutions,
    LLC and Epiq eDiscovery Solutions for Allowance of an Administrative
    Claim for Compensation and Reimbursement of Expenses Incurred From
    September 1, 2017 Through March 9, 2018 and the Final Fee Period of
    April 29, 2014 to March 9, 2018* [D.I. 13017].[3]

On April 23, 2018, EPIQ Bankruptcy Solutions, LLC and EPIQ eDiscovery Solutions

("**Epiq**") filed their Eleventh Interim Fee Application seeking $53,760.00 in fees and

$308,996.96 in expense reimbursements.  In its Letter Report to Epiq, the Fee Committee

recommended minor deductions for non-compensable billing activities, non-reimbursable inter-

office travel, and insufficiently described tasks.  Epiq subsequently either provided adequate

explanation for these issues or agreed to certain adjustments as outlined on **Exhibit A**.  The Fee

Committee recommends that the Court approve this Application as adjusted.

2.  *Seventh Interim Fee Statement of Goldin Associates, LLC for Allowance of
    an Administrative Claim for Compensation and Reimbursement of
    Expenses Incurred From September 1, 2018 Through March 9, 2018*
    [D.I. 12993].

On April 23, 2018, Goldin Associates, LLC ("**Goldin**") filed its Seventh Interim Fee

Application seeking $300,000.00 in fees and $1,868.48 in expense reimbursements.  Also on

April 23, 2018, Goldin filed the *Final Fee Application of Goldin Associates, LLC for Allowance

of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From*

---

[3] The Fee Committee asked Retained Professionals to file separate Twelfth Interim and Final Fee Applications, though Epiq did not do so.  This Report addresses only the interim component of Epiq's submission, which covers both the eleventh and twelfth interim fee periods—September 1, 2017 through March 9, 2018.  The Final Fee Application portion of the submission will be reported separately in connection with the November 13, 2018 final fee hearing.

*December 11, 2014 Through March 9, 2018* [D.I. 12996] ("**Goldin's Final Fee Application**")

seeking a total of $4,450,000 in professional fees.[4]

Throughout these cases, the Fee Committee closely monitored the blended hourly rates of

all flat fee professionals to help ensure the continued reasonableness of flat fee arrangements,

and reached an agreement with Goldin to reduce its requested fees in recognition of periods of

relative inactivity on these cases.  Pursuant to that agreement, Goldin has agreed to accept a total

of $4,225,000.00 in monthly flat fees in full satisfaction of its professional fee claim.  The Fee

Committee believes that this resolution represents reasonable compensation for Goldin's services

to the EFIH independent directors and now recommends approval of the Seventh Interim Fee

Application, as adjusted and enumerated on **Exhibit A**.[5]

3.      *Ninth Interim Fee Application of Richards, Layton & Finger, P.A.,*
   *Co-Attorneys for the Debtors and Debtors in Possession, for the Period*
   *From January 1, 2017 Through and Including April 30, 2017*
   [D.I. 12942].

On April 12, 2018, Richards, Layton & Finger, P.A. ("**RLF**") filed its Ninth Interim Fee

Application seeking $498,560.50 in fees and $39,423.95 in expense reimbursements.  In its

Letter Report to RLF,[6] the Fee Committee identified minor issues of concern, including

non-compensable billing activities and administrative tasks performed by professionals.  RLF

---

[4] As noted at paragraph 19 of Goldin's Final Fee Application, Goldin was entitled to request $5,893,548.00 in flat fees plus a $1 million Contingent Fee.  *See Order Approving the Employment of Goldin Associates, LLC as Special Financial Advisor to Energy Future Intermediate Holding Company LLC Under Section 327(a) of the Bankruptcy Code, Effective Nunc Pro Tunc to December 11, 2014* [D.I. 3277] (the "**Goldin Retention Order**").

[5] Prior to filing its Seventh Interim Fee Application and its Final Fee Application, Goldin had requested and obtained Court approval of flat fees totaling only $3,150,000.  *See Sixth Interim Fee Statement of Goldin Associates, LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred From May 1, 2016 Through August 31, 2016* [D.I. 9825].  The Exhibit to this summary report, therefore, recommends the allowance of an additional $775,000 in monthly flat fees, for a total of $1,075,000.00.

[6] Since RLF submitted its 9th through 12th interim fee applications at roughly the same time, the Fee Committee elected to issue a single consolidated letter report addressing those four applications.

subsequently provided supplemental information and agreed to certain adjustments set forth on

**Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

4.  *Tenth Interim Fee Application of Richards, Layton & Finger, P.A.,
    Co-Attorneys for the Debtors and Debtors in Possession, for the Period
    From May 1, 2017 Through and Including August 31, 2017* [D.I. 12945].

On April 12, 2018, RLF also filed its Tenth Interim Fee Application seeking $529,062.00

in fees and $20,818.85 in expense reimbursements.  In its consolidated Letter Report to RLF, the

Fee Committee identified minor issues of concern, including non-compensable billing activities

and administrative tasks performed by professionals.  RLF subsequently provided supplemental

information and agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee

recommends that the Court approve this Application as adjusted.

5.  *Eleventh Interim Fee Application of Richards, Layton & Finger, P.A.,
    Co-Attorneys for the Debtors and Debtors in Possession, for the Period
    From September 1, 2017 Through and Including December 31, 2017*
    [D.I. 12949].

On April 13, 2018, RLF filed its Eleventh Interim Fee Application seeking $279,201.00

in fees and $12,372.48 in expense reimbursements.  In its consolidated Letter Report to RLF, the

Fee Committee identified minor issues of concern, including non-compensable billing activities

and administrative tasks performed by professionals.  RLF subsequently provided supplemental

information and agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee

recommends that the Court approve this Application as adjusted.

6.  *Fifth Interim Fee Application of Greenberg Traurig, LLP, as Special
    Counsel for Certain Energy-Related Transactional Matters for the
    Debtors and Debtors in Possession, for the Period From January 1, 2017
    Through and Including July 31, 2017* [D.I. 13011].

On April 23, 2018, Greenberg Traurig, LLP ("**Greenberg**") filed its Fifth Fee

Application seeking $41,335.00 in fees and no expense reimbursements.  In its Letter Report to

Greenberg, the Fee Committee identified a single non-compensable billing activity.  Greenberg

agreed to the adjustment set forth on **Exhibit A** to address this concern.  The Fee Committee

recommends that the Court approve this Application as adjusted.

> 7.     *Ninth Interim Application of SOLIC Capital Advisors, LLC, Financial Advisor for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred From September 1, 2017 Through December 31, 2017* [D.I. 12924].

On April 9, 2017, SOLIC Capital Advisors, LLC ("**SOLIC**") filed its Ninth Fee

Application seeking $102,306.50 in fees and $1,413.31 in expenses.  In its Letter Report to

SOLIC, the Fee Committee reserved the right to raise the issue of SOLIC's blended hourly rates

but did not identify any other fee or expense issues.[7]  The Fee Committee recommends that the

Court approve this Application as filed and outlined on **Exhibit A**, subject to the Fee

Committee's right to revisit the blended rate issue in connection with SOLIC's final fee

application.

> 8.     *Eighth Interim Fee Application of Jenner & Block LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period September 1, 2017 Through March 9, 2018* [D.I. 12974].

On April 19, 2018, Jenner & Block LLP ("**Jenner**") filed its Eighth Fee Application

seeking $94,032.00 in fees and $1,616.34 in expense reimbursements.  In its Letter Report to

Jenner, the Fee Committee identified no significant issues.  The Fee Committee recommends that

the Court approve this Application as filed and outlined on **Exhibit A**.

---

[7] SOLIC's fixed fee retention agreement was converted to an hourly-rate basis effective on June 1, 2017. *Supplemental Declaration of Neil F. Luria in Support of Debtor Energy Future Holding Corp.'s Application for Entry of an Order Authorizing the Retention and Employment of SOLIC Capital Advisors, LLC as Financial Advisor for Debtor and Debtor in Possession Energy Future Holdings Corp. Effective Nunc Pro Tunc to December 18, 2014* [D.I. 11282] at p. 2, ¶ 5.

9.      *Tenth Interim Fee Application of Cravath, Swaine & Moore LLP*
        *Independent Counsel for Energy Future Intermediate Holding Company*
        *LLC, for the Period September 1, 2017 Through March 9, 2018*
        [D.I. 12975].

On April 19, 2018, Cravath, Swaine & Moore LLP ("**Cravath**") filed its Tenth Fee

Application seeking $100,364.00 in fees and $123.22 in expense reimbursements.  In its Letter

Report to Cravath, the Fee Committee identified a minor issue involving a transitory timekeeper.

Cravath subsequently agreed to the disallowance of the questioned charges, and the Fee

Committee now recommends that the Court approve this Application as adjusted and noted on

**Exhibit A**.

10.     *Eleventh Interim Application for Compensation for Services Rendered and*
        *Reimbursement of Expenses of Deloitte & Touche LLP as Independent*
        *Auditor to the Debtors and Debtors-in-Possession for the Period of*
        *September 1, 2017 Through December 31, 2017* [D.I. 12561].

On February 1, 2018, Deloitte & Touche LLP ("**Deloitte**") filed its Eleventh Interim Fee

Application seeking $317,287.50 in fees and no expenses.  In its Letter Report to Deloitte, the

Fee Committee identified several issues of concern, including non-compensable billing activities

and minor billing errors.  Deloitte subsequently either provided adequate explanation for these

issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends

that the Court approve this Application as adjusted.

11.     *Seventh and Final Fee Application of Thompson & Knight LLP, Special*
        *Tax Counsel for the Debtors and Debtors in Possession* [D.I. 13024].[8]

On April 24, 2018, Thompson & Knight LLP ("**Thompson & Knight**") filed its Seventh

Fee Application seeking $127,142.80 in fees and $10.20 in expense reimbursements.  In its

---

[8] The Fee Committee asked Retained Professionals to file separate Twelfth Interim and Final Fee Applications, though Thompson & Knight did not do so.  This Report addresses only the interim component of Thompson & Knight's submission.  The Final Fee Application portion of the submission will be reported separately in connection with the November 13, 2018 final fee hearing.

Letter Report to Thompson & Knight, the Fee Committee identified several minor computational errors and a number of non-compensable billing activities.  Thompson & Knight subsequently either provided adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

12.    *First Interim[9] and Final Fee Application of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Accounting and Tax Advisors to the Debtors and Debtors in Possession for the Interim Period From December 1, 2017 Through March 9, 2018 and the Final Period from December 1, 2017 Through March 9, 2018* [D.I. 13008].[10]

On April 23, 2018, KPMG LLP ("**KPMG**") filed its First Fee Application seeking $578,243.70[11] in fees and $7,972.44 in expense reimbursements.  In its Letter Report to KPMG, the Fee Committee identified excessive meeting attendance, inefficient project management and staffing, paraprofessional tasks inappropriately performed by more senior personnel, and one minor billing error.  KPMG subsequently either provided adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

---

[9] KPMG was initially retained by EFH Corporate Services, which emerged from bankruptcy on October 3, 2016. *See Notice of Entry of TCEH Confirmation Order and Occurrence of TCEH Effective Date* [D.I. 9742].  KPMG submitted a final fee application for its work on the TCEH cases [D.I. 10404] which was allowed, with adjustments, in a final order entered on March 30, 2017 [D.I. 11090].  KPMG was subsequently asked by the E-Side debtors to perform additional services, *see Fourth Supplemental Declaration of Thomas D. Bibby* [D.I. 12627], necessitating this application.

[10] The Fee Committee asked Retained Professionals to file separate fee applications for the interim and final fee periods, though KPMG did not do so.  This Report addresses only the interim component of KPMG's submission. The Final Fee Application portion of the submission will be reported separately in connection with the November 13, 2018 final fee hearing.

[11] This total includes $15,271.80 in fees for work performed after the effective date for preparation of the final fee application.  The Fee Committee has verified and adjusted, as necessary, the recommended fees for those services and includes them in the totals reported here.

### INTERIM FEE APPLICATIONS FOR WORK PERFORMED DURING THE TWELFTH INTERIM FEE PERIOD: JANUARY 1, 2018 THROUGH MARCH 9, 2018

13. *Eighth Interim Fee Application of Bielli & Klauder, LLC, Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp., for the Period From January 1, 2018 Through and Including March 9, 2018* [D.I. 13015].

On April 23, 2018, Bielli & Klauder, LLC ("**Bielli & Klauder**") filed its Eighth Fee Application seeking $21,358.00 in fees and $209.55 in expense reimbursements. The Fee Committee identified a single double-billed time entry. Bielli & Klauder has agreed to the disallowance of the double-billed time entry, and the Fee Committee recommends Court approval of this application as adjusted and as outlined on **Exhibit A**.

14. *Eleventh Interim Fee Application of AlixPartners, LLP Seeking Compensation for Services Rendered and Reimbursement of Expenses Incurred as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for the Period From January 1, 2018 Through March 9, 2018* [D.I. 12978].

On April 19, 2018, AlixPartners, LLP ("AlixPartners") filed its Eleventh Fee Application seeking $1,818.00 in fees and no expense reimbursements. The Fee Committee identified no issues and elected not to issue a Letter Report. The Fee Committee recommends that the Court approve this Application as filed and outlined on **Exhibit A**.

15. *Eleventh Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period From January 1, 2018 Through March 9, 2018* [D.I. 12968].

On April 18, 2018, Montgomery, McCracken, Walker & Rhoads, LLP ("**Montgomery**") filed its Tenth Interim Fee Application seeking $68,145.50 in fees and $973.82 in expenses. The Fee Committee identified several minor billing errors, but elected not to issue a Letter Report.

Montgomery agreed to the Fee Committee's requested deduction as set forth on **Exhibit A**.  The

Fee Committee recommends that the Court approve this Application as adjusted.

> 16.    *Eleventh Interim Fee Application of Stevens & Lee, P.C., Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period of January 1, 2018 Through March 9, 2018* [D.I. 12988].

On April 23, 2018, Stevens & Lee, P.C. ("**Stevens & Lee**") filed its Eleventh Fee

Application seeking $24,244.50 in fees and $168.40 in expense reimbursements.  In its Letter

Report to Stevens & Lee, the Fee Committee identified no issues of concern.  The Fee

Committee recommends that the Court approve this Application as filed and outlined on the

attached **Exhibit A**.

> 17.    *Eleventh Interim Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Interim Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period From January 1, 2018 Through and Including March 9, 2018* [D.I. 12982].

On April 20, 2018, Sullivan & Cromwell LLP ("**Sullivan**") filed its Eleventh Fee

Application seeking $213,805.00 in fees and $2,762.54 in expense reimbursements.  The Fee

Committee identified several minor instances of vague task descriptions but elected not to issue a

letter report.  Sullivan agreed to certain adjustments set forth on **Exhibit A** to address this

concern.  The Fee Committee recommends that the Court approve this Application as adjusted.

> 18.    *Twelfth Interim Fee Application of Alvarez & Marsal North America, LLC, in Their Capacity as Restructuring Advisors for the Debtors and Debtors in Possession, for the Period From January 1, 2018 Through and Including March 9, 2018* [D.I. 12967].

On April 18, 2018, Alvarez & Marsal North America, LLC ("**Alvarez & Marsal**") filed

its Twelfth Fee Application seeking $77,067.50 in fees and $2,005.50 in expense

reimbursements.  The Fee Committee identified a minor expense issue, Alvarez & Marsal agreed

to the Fee Committee's recommended deduction, and the Fee Committee recommends that the Court approve this Application as filed and outlined on **Exhibit A**.

19.     *Twelfth Interim Application for Compensation for Services Rendered and Reimbursement of Expenses of Deloitte & Touche LLP as Independent Auditor to the Debtors and Debtors-in-Possession for the Period of January 1, 2018 Through March 9, 2018* [D.I. 12943].

On April 12, 2018, Deloitte & Touche LLP ("**Deloitte**") filed its Twelfth Interim Fee Application seeking $77,191.50 in fees and no expenses.  In its Letter Report to Deloitte, the Fee Committee identified several issues of concern, including non-compensable billing activities and minor billing errors.  Deloitte subsequently either provided adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

20.     *Twelfth Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period From January 1, 2018 Through and Including March 9, 2018* [D.I. 12961].

On April 17, 2018, Kirkland & Ellis LLP ("**Kirkland**") filed its Twelfth Fee Application seeking $2,576,688.00 in fees and $63,195.02 in expense reimbursements.  In its Letter Report to Kirkland, the Fee Committee identified particular issues of concern, including time spent on routine billing and invoicing activities, excessive case monitoring by senior partners, over-attendance at hearings, and certain expense charges that are not compensable.  Kirkland subsequently either provided adequate explanation for these issues or agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee recommends that the Court approve this Application as adjusted.

21.    *Twelfth Interim Fee Application of Richards, Layton & Finger, P.A.,*
       *Co-Attorneys for the Debtors and Debtors in Possession, for the Period*
       *From January 1, 2018 Through and Including March 9, 2018*
       [D.I. 12977].

On April 19, 2018, RLF filed its Twelfth Interim Fee Application seeking $245,999.50 in

fees and $19,645.01 in expense reimbursements.  In its consolidated Letter Report to RLF, the

Fee Committee identified minor issues of concern, including non-compensable billing activities

and administrative tasks performed by professionals.  RLF subsequently provided supplemental

information and agreed to certain adjustments set forth on **Exhibit A**.  The Fee Committee

recommends that the Court approve this Application as adjusted.

## CONCLUSION

Based on all of the above, the Fee Committee respectfully requests that the Court enter

the order attached as **Exhibit B**, approving on an interim basis and without objection the

Applications outlined in this Report and on the attached **Exhibit A**, subject to the agreed

reductions summarized in the exhibit and subject as well to further review and the final fee

application process.

Dated:  September 25, 2018.

                         **BENESCH, FRIEDLANDER,**
                            **COPLAN & ARONOFF LLP**


                             */s/ William M. Alleman, Jr.*
                         Jennifer R. Hoover, Esquire (5111)
                         William M. Alleman, Jr., Esquire (5449)
                         222 Delaware Avenue, Suite 801
                         Wilmington, DE 19801
                         Telephone: 302-442-7010
                         Facsimile: 302-442-7012
                         E-mail: jhoover@beneschlaw.com
                                 walleman@beneschlaw.com

- and -

GODFREY & KAHN, S.C.

___*/s/ Katherine Stadler*_____
Katherine Stadler, *Admitted Pro Hac Vice*

GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
Telephone: 608-257-3911
Facsimile: 608-257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

19519593.2