# **<u>Exhibit A</u>**

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)
**Twelfth Interim Fee Applications**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| 1 | EPIQ [D.I. 13017] | 09/01/2017 - 03/09/2018 | $53,760.00 | $677.71 | $308,996.96 | $0.00 | $53,082.29 | $308,996.96 |
| 2 | Goldin Associates LLC [D.I. 12993] | 09/01/2016 - 03/09/2018 | $300,000.00 | $0.00 | $1,868.48 | $0.00 | $1,075,000.00 **FN1** | $1,868.48 |
| 3 | Richards, Layton, & Finger [D.I. 12942] | 01/01 - 04/30/2017 | $498,560.50 | $3,724.37 | $39,423.95 | $1,264.91 | $494,836.13 | $38,159.04 |
| 4 | Greenberg Traurig [D.I. 13011] | 01/01 - 07/31/2017 | $41,335.00 | $297.50 | $0.00 | $0.00 | $41,037.50 | $0.00 |
| 5 | Richards, Layton, & Finger [D.I. 12945] | 05/01 - 08/31/2017 | $529,062.00 | $3,724.36 | $20,818.85 | $1,264.91 | $525,337.64 | $19,553.94 |
| 6 | Richards, Layton, & Finger [D.I. 12949] | 09/01 - 12/31/2017 | $279,201.00 | $3,724.36 | $12,372.48 | $1,264.90 | $275,476.64 | $11,107.58 |
| 7 | SOLIC Capital Advisors [D.I. 12924] | 09/01 - 12/31/2017 | $102,306.50 | $0.00 | $1,413.31 | $0.00 | $102,306.50 | $1,413.31 |
| 8 | Jenner & Block [D.I. 12974] | 09/01 - 03/09/2018 | $94,032.00 | $0.00 | $1,616.34 | $0.00 | $94,032.00 | $1,616.34 |
| 9 | Cravath Swaine & Moore LLP [D.I. 12975] | 09/01 - 03/09/2018 | $100,364.00 | $2,364.00 | $123.22 | $0.00 | $98,000.00 | $123.22 |
| 10 | Deloitte & Touche LLP [D.I. 12561] | 09/01 - 12/31/2017 | $317,287.50 | $2,333.00 | $0.00 | $0.00 | $314,954.50 | $0.00 |
| 11 | Thompson & Knight [D.I. 13024] | 05/01/2016 - 03/09/2018 | $127,142.80 | $6,570.00 | $10.20 | $0.00 | $120,572.80 | $10.20 |
| 12 | KPMG [D.I. 13008] | 12/01/2017 - 03/09/2018 | $578,243.70 **FN2** | $1,821.60 | $7,972.44 | $0.00 | $576,422.10 | $7,972.44 |
| 13 | Bielli & Klauder [D.I. 13015] | 01/01 - 03/09/2018 | $21,358.00 | $35.00 | $209.55 | $0.00 | $21,323.00 | $209.55 |
| 14 | AlixPartners LLP [D.I. 12978] | 01/01 - 03/09/2018 | $1,818.00 | $0.00 | $0.00 | $0.00 | $1,818.00 | $0.00 |
| 15 | Montgomery McCracken W&R LLP [D.I. 12968] | 01/01 - 03/09/2018 | $68,145.50 | $135.00 | $973.82 | $0.00 | $68,010.50 | $973.82 |
| 16 | Stevens & Lee PC [D.I. 12988] | 01/01 - 03/09/2018 | $24,244.50 | $0.00 | $168.40 | $0.00 | $24,244.50 | $168.40 |
| 17 | Sullivan & Cromwell LLP [D.I. 12982] | 01/01 - 03/09/2018 | $213,805.00 | $1,215.60 | $2,762.54 | $0.00 | $212,589.40 | $2,762.54 |
| 18 | Alvarez & Marsal North America, LLC [D.I. 12967] | 01/01 - 03/09/2018 | $77,067.50 | $33.24 | $2,005.50 | $0.00 | $77,034.26 | $2,005.50 |
| 19 | Deloitte & Touche LLP [D.I. 12943] | 01/01 - 03/09/2018 | $77,191.50 | $1,866.00 | $0.00 | $0.00 | $75,325.50 | $0.00 |
| 20 | Kirkland & Ellis [D.I. 12961] | 01/01 - 03/09/2018 | $2,576,688.00 | $56,118.00 | $63,195.02 | $5,704.65 | $2,520,570.00 | $57,490.37 |
| 21 | Richards, Layton, & Finger (D.I. 12977] | 01/01 - 03/09/2018 | $245,999.50 | $3,724.36 | $19,645.01 | $1,264.90 | $242,275.14 | $18,380.11 |

**FN1** - This recommendation includes $775,000 in additional monthly flat fee billing that Goldin has agreed to accept in full satisfaction of its professional fee claim in these cases. *See Fee Committee's Summary Report Concerning Uncontested Interim Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. ("Summary Report")* at p. 5, ¶ 2.

**FN2** - This total request includes $15,371.80 in documented post-Effective Date fee application preparation charges. *See Summary Report* at p. 10, ¶ 12.