UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | : | Chapter 11 |
|  | : |  |
| **ENERGY FUTURE HOLDINGS CORP.,** *et al.*,[1] | : | Case No. 14-10979 (CSS) |
|  | : |  |
| Debtor-in-Possession. | : | (Jointly Administered) |
|  | : | Re: D.I. 13519 |
|  | : |  |
|  | : | Hearing date: October 2, 2018 at 11:00 a.m. E.S.T. |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS FEE ORDER

I, Jennifer R. Hoover, counsel to the Fee Committee in the above-captioned cases, hereby certify as follows:

1. On September 25, 2018, the Fee Committee filed the *Fee Committee's Summary Report Concerning Uncontested Fee Applications* for hearing on October 2, 2018 at 11:00 a.m. [D.I. 13519] (the "Fee Report").

2. The same day, the undersigned circulated the proposed order and exhibit attached to the Fee Report (the "Proposed Order and Exhibit A") to all retained professionals included in the Proposed Order and Exhibit A, with instructions to advise the Fee Committee's counsel by the close of business on Wednesday, September 26, 2018, if the retained professional objected to the entry of the order without the need for the noticed October 2, 2018 hearing on uncontested interim fee applications.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

3. In the Proposed Order and Exhibit A, filed with the Fee Report, one professional requested a change to ¶ 3 of the order, replacing the word "Debtors" with "EFH Plan Administrator Board (as such term is defined in D.I. 12653)."

4. Attached hereto as **Exhibit A** is a Revised Proposed Order and Exhibit A incorporating the changes disclosed in ¶ 3, *supra*.

5. Attached hereto as **Exhibit B** is a redline showing the Revised Proposed Order and Exhibit A compared to the original Proposed Order and Exhibit A submitted on September 25, 2018 with the Fee Committee's Fee Report.

6. All affected retained professionals have either affirmatively consented to entry of the Proposed Order and Exhibit A or have not contacted counsel for the Fee Committee to state an objection as of this filing.

[Remainder of Page Intentionally Blank]

WHEREFORE, the Fee Committee respectfully requests that the Court enter the Proposed Order and Exhibit A attached to this Certification of Counsel as **Exhibit A** at its earliest convenience.

Dated:  September 27, 2018         **BENESCH, FRIEDLANDER, COPLAN**
        Wilmington, Delaware         **& ARONOFF LLP**

   */s/ Jennifer R. Hoover*
Jennifer R. Hoover (DE Bar No. 5111)
William M. Alleman, Jr. (DE Bar No. 5449)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: jhoover@beneschlaw.com
      walleman@beneschlaw.com

-and-

Katherine Stadler, Esquire (*admitted pro hac vice*)
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, W*isconsin* 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

19557927.2