**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
|  |  |
|---|---|
| In re ) | Chapter 11 |
| ) | Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] ) |  |
| ) | (Jointly Administered) |
| Debtors. ) |  |
| ) |  |

_____

**NOTICE OF SERVICE OF THE AD HOC EFH CLAIMANTS'**
**PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

**PLEASE TAKE NOTICE** that on September 27, 2018, a true and correct copy of *The Ad Hoc EFH Claimants' Proposed Findings of Fact and Conclusions of Law* [Docket No. 13523] was caused to be served upon the following parties via email:

| | |
|---|---|
| Mark McKane, Esq.<br>Michael P. Esser, Esq.<br>Kirkland & Ellis LLP<br>555 California Street<br>San Francisco, CA 94104<br>Email: mmckane@kirkland.com<br>michael.esser@kirkland.com | Aparna Yenamandra, Esq.<br>McClain Thompson, Esq.<br>Patrick Venter, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022-4611<br>Email: aparna.yenamandra@kirkland.com<br>mcclain.thompson@kirkland.com<br>patrick.venter@kirkland.com |
| Erin R. Fay, Esq.<br>Bayard, P.A.<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Email: efay@bayardlaw.com | Jason M. Madron, Esq.<br>Richards Layton & Finger<br>920 North King Street<br>Wilmington, DE 19801<br>Email: madron@rlf.com |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on an interim basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

| | |
|---|---|
| Morgan C. Nighan, Esq. | Daniel G. Egan, Esq. |
| Richard Pedone, Esq. | Gregg M. Galardi, Esq, |
| Brianna Nassif, Esq. | Matthew McGinnis, Esq. |
| Nixon Peabody LLP | Ropes & Gray |
| 100 Summer Street | 1211 Avenue of the Americas |
| Boston, MA 02110-2131 | New York, NY 10036-8704 |
| Email: mnighan@nixonpeabody.com | Email: daniel.egan@ropesgray.com |
| rpedone@nixonpeabody.com | gregg.galardi@ropesgray.com |
| bnassif@nixonpeabody.com | matthew.mcginnis@ropesgray.com |

Dated: September 28, 2018
      Wilmington, Delaware

Respectfully submitted,

*/s/Garvan F. McDaniel*
Garvan F. McDaniel (DE Bar No.4167)
**HOGAN♦MCDANIEL**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: gmcdaniel@dkhogan.com