## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br><br>Jointly Administered<br><br>**Re: Docket No. 13524** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE      )
                                           ) SS
COUNTY OF NEW CASTLE  )

Stephanie MacDonald, being duly sworn according to law, deposes and says that she is employed by the law firm of Cross & Simon, LLC, counsel for American Stock Transfer & Trust Company, LLC, as successor trustee to The Bank of New York Mellon Trust Company, N.A. in the above-captioned case, and that on the 27th day of September, 2018, she caused copies of the *EFH Indenture Trustee's Joinder and Supplemental Proposed Findings of Fact and Conclusions of Law in Connection with Joint Motion of UMB Bank, N.A. as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH Corp. and EFIH Debtors* [D.I. 13524] to be served via electronic mail upon the parties listed on the attached service list.

Stephanie MacDonald

Sworn to and subscribed before me this 28th day of September, 2018.

Notary Public

My Commission Expires: 9/5/19

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which the debtors have requested joint administration, a complete list of the debtors and the last four digits of their federal tax identification Numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' proposed claims and noticing agent at http://www.efhcaseinfo.com.

## SERVICE LIST

Matthew L. McGinnis, Esq.
Katelyn Saner, Esq.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-3600
Matthew.McGinnis@ropesgray.com
Katelyn.Saner@ropesgray.com

Mark D. Collins, Esq.
Daniel J. DeFranceschi, Esq.
Jason M. Madron, Esq.
Richards, Layton & Finger, PA
One Rodney Square
920 North King Street
Wilmington, Delaware 19801
collins@rlf.com
defranceschi@rlf.com
Madron@RLF.com

David S. Rosner, Esq.
Matthew B. Stein, Esq.
David J. Mark, Esq.
Andrew K. Glenn, Esq.
Andrew H. Elkin, Esq.
Gavin D. Schryver, Esq.
Shai Schmidt, Esq.
Kasowitz Benson Torres LLP
1633 Broadway
New York,  New York 10019
DRosner@kasowitz.com
mstein@kasowitz.com
DMark@kasowitz.com
AGlenn@kasowitz.com
AElkin@kasowitz.com
gschryver@kasowitz.com
sschmidt@kasowitz.com

McClain Thompson, Esq.
Aparna Yenamandra, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022-4611
mcclain.thompson@kirkland.com
Aparna.Yenamandra@kirkland.com

Mark McKane P.C.
Michael P. Esser, Esq.
Austin Klar, Esq.
Kirkland & Ellis LLP
555 California Street
San Francisco, California 94104
mmckane@kirkland.com
michael.esser@kirkland.com
austin.klar@kirkland.com

Marc Kieselstein P.C.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
marc.kieselstein@kirkland.com

Gregg M. Galardi, Esq.
Daniel G. Egan, Esq.
Christian Reigstad, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, New York  10036-8704
Gregg.Galardi@ropesgray.com
Daniel.Egan@ropesgray.com
Christian.Reigstad@ropesgray.com

Erin R. Fay, Esq.
Bayard, P.A.
600 N. King Street, Suite 400
Wilmington, Delaware 19801
efay@bayardlaw.com

Peter L. Welsh, Esq.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts  02199-3600
Peter.Welsh@ropesgray.com

Garvan F. McDaniel, Esq.
Hogan ♦ McDaniel
1311 Delaware Avenue
Wilmington, DE 19806
gmcdaniel@dkhogan.com