IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., et al. | : | Case No.: 14-10979 (CSS) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Docket Nos.: 13331 |

## ORDER

Upon consideration of the letter motion of the Tremble Family [D.I. 13331] dated July 24, 2018 and filed on July 30, 2018 (the "Tremble Family Motion"); the Court having reviewed the Tremble Family Motion, as well as *EFH Plan Administrator Board's Response to Tremble Family Letter, Dated July 24, 2018* [D.I. 13495] (the "Response"); the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Tremble Family Motion were sufficient notice under the circumstances; and (iv) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED that:

1. The Tremble Family Motion is DENIED for the reasons set forth in the Response, which the Court adopts in full.

2. The Court retains jurisdiction over all matters arising from or related to this Order.

*[signature]*

Christopher S. Sontchi
Chief United States Bankruptcy Judge

Date: September 28, 2018