## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | Case No. 14-10979 (CSS) |
| Debtors. | (Jointly Administered) |

## NOTICE OF *AMENDED*[2] AGENDA OF MATTERS SCHEDULED FOR
## HEARING ON OCTOBER 2, 2018 STARTING AT 10:00 A.M. (EDT)[3]

> ***** *AS NO MATTERS REMAIN SCHEDULED TO GO FORWARD, THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT* *****

## I.    RESOLVED MATTER:

1. · EFH Plan Administrator Board's Motion for Entry of an Order Extending the Deadline to File and Serve Objections to Claims Against or Interests in the EFH/EFIH Debtors [D.I. 13457; filed September 5, 2018]

    Response/Objection Deadline:    September 19, 2018 at 4:00 p.m. (EDT)

    Responses/Objections Received:    None.

    Related Documents:

    i.    Re-Notice of "EFH Plan Administrator Board's Motion for Entry of an Order Extending the Deadline to File and Serve Objections to Claims Against or Interests in the EFH/EFIH Debtors" and Hearing Thereon [D.I. 13511; filed September 20, 2018]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] **Amended items appear in bold.**

[3] The October 2, 2018 hearing **was scheduled to** be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EDT).

      ii.    Certification of Counsel Concerning Order Extending the Deadline to File and Serve Objections to Claims Against or Interests in the EFH Debtors or the EFIH Debtors [D.I. 13512; filed September 20, 2018]

      iii.    Order Extending the Deadline to File and Serve Objections to Claims Against or Interests in the EFH Debtors or the EFIH Debtors [D.I. 13513; filed September 21, 2018]

    Status: On September 21, 2018, the Court entered an order granting the EFH Plan Administrator Board and Reorganized TCEH Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

## II.    <u>UNCONTESTED[4] INTERIM FEE APPLICATIONS</u>:

    2.    Interim Fee Applications

      <u>Related Documents</u>:

      i.    Certification of Counsel Regarding Omnibus Fee Order [D.I. 13520; filed September 27, 2018]

      ii.    Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13527; filed September 28, 2018]

    Status: On September 28, 2018, the Court entered an order granting the various applicants the relief requested in connection with the interim fee applications listed on **Exhibit A** hereto. Consequently, no hearing with respect to this matter is required.

*[Remainder of page intentionally left blank.]*

---

[4] On May 14, 2018, Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, Gatwick Securities LLC, Paloma Partners Management Company, and Sunrise Partners Limited Partnership filed the *Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications* [D.I. 13107] (the "Preliminary Objection"). Although the Preliminary Objection relates to the fee applications of each of (i) Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions (D.I. 13017); (ii) Thompson & Knight LLP (D.I. 13024); and (iii) KPMG LLP (D.I. 13008) listed on **Exhibit A** hereto, such Preliminary Objection only relates to the final fee application component of the applications listed on **Exhibit A** hereto, and not the interim fee application component scheduled for consideration at the October 2nd Hearing. Consequently, the Preliminary Objection is not listed on **Exhibit A** hereto.

Dated: September 28, 2018
       Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

3

## EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) | Case No. 14-10979 (CSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**INDEX OF INTERIM FEE APPLICATIONS
TO BE CONSIDERED AT THE OCTOBER 2, 2018 HEARING**

1.    Eleventh Interim and Final Fee Application of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses for the Interim Fee Period of September 1, 2017 Through March 9, 2018 and the Final Fee Period of April 29, 2014 to March 9, 2018 [D.I. 13017; filed April 23, 2018]

Response/Objection Deadline:        May 15, 2018 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

2.    Seventh Interim Fee Statement of Goldin Associates, LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from September 1, 2016 Through March 9, 2018 [D.I. 12993; filed April 23, 2018]

Response/Objection Deadline:        May 14, 2018 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Related Documents:

    A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

3.    Ninth Interim Fee Application of Richards, Layton & Finger, P.A., Co-Attorneys for the Debtors and Debtors in Possession, for the Period from January 1, 2017 Through and Including April 30, 2017 [D.I. 12942; filed April 12, 2018]

    Response/Objection Deadline:    May 4, 2018 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

    Related Documents:

    A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

4.    Tenth Interim Fee Application of Richards, Layton & Finger, P.A., Co-Attorneys for the Debtors and Debtors in Possession, for the Period from May 1, 2017 Through and Including August 31, 2017 [D.I. 12945; filed April 12, 2018]

    Response/Objection Deadline:    May 4, 2018 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

    Related Documents:

    A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

5.    Eleventh Interim Fee Application of Richards, Layton & Finger, P.A., Co-Attorneys for the Debtors and Debtors in Possession, for the Period from September 1, 2017 Through and Including December 31, 2017 [D.I. 12949; filed April 13, 2018]

    Response/Objection Deadline:    May 7, 2018 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

Related Documents:

    A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

6.    Fifth Interim Fee Application of Greenberg Traurig, LLP, as Special Counsel for Certain Energy-Related Transactional Matters for the Debtors and Debtors-in-Possession, for the Interim Period from January 1, 2017 Through and Including July 31, 2017 [D.I. 13011; filed April 23, 2018]

    Response/Objection Deadline:    May 15, 2018 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

    Related Documents:

    A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

7.    Ninth Interim Application of SOLIC Capital Advisors, LLC, Financial Advisor for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from September 1 2017 Through December 31, 2017 [D.I. 12924; filed April 9, 2018]

    Response/Objection Deadline:    April 30, 2018 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

    Related Documents:

    A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

8.    Eighth Interim Fee Application of Jenner & Block LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period September 1, 2017 Through March 9, 2018 [D.I. 12974; filed April 19, 2018]

    Response/Objection Deadline:    May 10, 2018 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

Related Documents:

A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

9.    Tenth Interim Fee Application of Cravath, Swaine & Moore LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period September 1, 2017 Through March 9, 2018 [D.I. 12975; filed April 19, 2018]

Response/Objection Deadline:    May 10, 2018 at 4:00 p.m. (EDT)

Response/Objection Received:    None.

Related Documents:

A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

10.    Eleventh Interim Fee Application for Compensation for Services Rendered and Reimbursement of Expenses of Deloitte & Touche LLP as Independent Auditor to the Debtors and Debtors-in-Possession for the Period of September 1, 2017 Through December 31, 2017 [D.I. 12561; filed February 1, 2018]

Response/Objection Deadline:    February 22, 2018 at 4:00 p.m. (EST)

Response/Objection Received:    None.

Related Documents:

A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

11.    Seventh and Final Fee Application of Thompson & Knight LLP, Special Tax Counsel for the Debtors and Debtors in Possession for the Period from May 1, 2016 Through March 9, 2018 [D.I. 13024; filed April 24, 2018]

Response/Objection Deadline:    May 15, 2018 at 4:00 p.m. (EDT)

Response/Objection Received:    None.

Related Documents:

A.   Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

12.   First Interim and Final Fee Application of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Accounting and Tax Advisors to the Debtors and Debtors in Possession for the Interim Period from December 1, 2017 Through March 9, 2018 and the Final Period from December 1, 2017 Through March 9, 2018 [D.I. 13008; filed April 23, 2018]

Response/Objection Deadline:        May 15, 2018 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.   Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

13.   Eighth Interim Fee Application of Bielli & Klauder, LLC, Co-Counsel for Debtor and Debtor in Possession Energy Future Holdings Corp., for the Period from January 1, 2018 Through and Including March 9, 2018 [D.I. 13015; filed April 23, 2018]

Response/Objection Deadline:        March 14, 2018 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

A.   Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

14.   Eleventh Interim Fee Application of AlixPartners, LLP Seeking Compensation for Services Rendered and Reimbursement of Expenses Incurred as Restructuring Advisor to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance Inc., and EECI, Inc. for the Period from January 1, 2018 Through March 9, 2018 [D.I. 12978; filed April 19, 2018]

Response/Objection Deadline:        March 10, 2018 at 4:00 p.m. (EDT)

Response/Objection Received:        None.

Related Documents:

    A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

15.    Eleventh Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period from January 1, 2018 Through March 9, 2018 [D.I. 12968; filed April 18, 2018]

    Response/Objection Deadline:    March 9, 2018 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

    Related Documents:

    A.    Notice of Filing of Amended Exhibit to Eleventh Interim Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Bankruptcy Counsel and Conflicts Counsel to the EFH Official Committee for Compensation and Reimbursement of Expenses for the Period from January 1, 2018 Through March 9, 2018 [D.I. 12976; filed April 19, 2018]

    B.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

16.    Eleventh Interim Fee Application of Stevens & Lee, P.C., Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period from January 1, 2018 Through March 9, 2018 [D.I. 12988; filed April 23, 2018]

    Response/Objection Deadline:    March 14, 2018 at 4:00 p.m. (EDT)

    Response/Objection Received:    None.

    Related Documents:

    A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

17.    Eleventh Interim Fee Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for the Period from January 1, 2018 Through and Including March 9, 2018 [D.I. 12982; filed April 20, 2018]

    Response/Objection Deadline:    March 11, 2018 at 4:00 p.m. (EDT)

Response/Objection Received:     None.

Related Documents:

A.     Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

18.     Twelfth Interim Fee Application of Alvarez & Marsal North America, LLC, in Their Capacity as Restructuring Advisors for the Debtors and Debtors in Possession, for the Period from January 1, 2018 Through and Including March 9, 2018 [D.I. 12967; filed April 18, 2018]

Response/Objection Deadline:     March 10, 2018 at 4:00 p.m. (EDT)

Response/Objection Received:     None.

Related Documents:

A.     Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

19.     Twelfth Interim Fee Application for Compensation for Services Rendered and Reimbursement of Expenses of Deloitte & Touche LLP as Independent Auditor to the Debtors and Debtors-in-Possession for the Period of January 1, 2018 Through March 9, 2018 [D.I. 12943; filed April 12, 2018]

Response/Objection Deadline:     March 4, 2018 at 4:00 p.m. (EDT)

Response/Objection Received:     None.

Related Documents:

A.     Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

20.     Twelfth Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from January 1, 2018 Through and Including March 9, 2018 [D.I. 12961; filed April 17, 2018]

Response/Objection Deadline:     March 9, 2018 at 4:00 p.m. (EDT)

Response/Objection Received:     None.

Related Documents:

A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]

21.    Twelfth Interim Fee Application of Richards, Layton & Finger, P.A., Co-Attorneys for the Debtors and Debtors in Possession, for the Period from January 1, 2018 Through and Including March 9, 2018 [D.I. 12977; filed April 19, 2018]

Response/Objection Deadline:          May 11, 2018 at 4:00 p.m. (EDT)

Response/Objection Received:          None.

Related Documents:

A.    Fee Committee's Summary Report Concerning Uncontested Fee Applications for Hearing on October 2, 2018 at 10:00 a.m. E.T. [D.I. 13519; filed September 25, 2018]