## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------- X

|  |  |  |
|---|---|---|
| In re | : | **Chapter 11** |
|  | : |  |
| ENERGY FUTURE HOLDINGS CORP. *et al.*, | : | **Case No. 14-10979 (CSS)** |
|  | : |  |
| Debtor-in-Possession. | : | **(Jointly Administered)** |
|  | : |  |
|  | : | Objection deadline: October 23, 2018 at 4:00 p.m. Eastern Time |
|  | : | Hearing date: November 13, 2018 at 11:00 a.m. Eastern Time |

------------------------------------------------------------- X

## ELEVENTH INTERIM APPLICATION OF RICHARD GITLIN, INDIVIDUALLY, AND AS CHAIRMAN OF GITLIN & COMPANY LLC, AS THE INDEPENDENT MEMBER OF THE FEE COMMITTEE, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES <u>INCURRED FROM JANUARY 1, 2018 THROUGH APRIL 30, 2018</u>

## <u>SUMMARY (LOCAL FORM 101)</u>

| | |
|---|---|
| Name of Applicant: | Richard Gitlin, individually and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee ("the **Applicant**") |
| Authorized to Provide Services to: | Fee Committee |
| Date of Appointment: | August 21, 2014 |
| Period for which compensation and reimbursement is sought: | January 1, 2018 – April 30, 2018 (the "**Compensation Period**") |
| Amount of Compensation sought as actual, reasonable and necessary: | $160,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $3,101.43 |

This is an: _X_ interim ___ final application.

Prior fee applications:

*First Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From August 21, 2014 Through December 31, 2014* [D.I. 3900]
Approved by order dated June 24, 2015 [D.I. 4843]

*Second Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From January 1, 2015 Through April 30, 2015* [D.I. 5013]
Approved by order dated October 26, 2015 [D.I. 6667]

*Third Interim Application of Richard Gitlin, Individually, and as Chairman of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From May 1, 2015 Through August 31, 2015* [D.I. 7714]
Approved by order dated February 18, 2016 [D.I. 7883]

*Fourth Interim Application of Richard Gitlin, Individually, and as Chairman of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From September 1, 2015 Through December 31, 2015* [D.I. 8643]
Approved by order dated June 27, 2016 [D.I. 8824]

*Fifth Interim Application of Richard Gitlin, Individually, and as Chairman of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From January 1, 2016 Through April 30, 2016* [D.I. 9766]
Approved by order dated October 27, 2016 [D.I. 9963]

*Sixth Interim Application of Richard Gitlin, Individually, and as Chairman of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From May 1, 2016 Through August 31, 2016* [D.I. 10973]
Approved by order dated March 28, 2017 [D.I. 11071]

*Seventh and Eighth Interim and Consolidated Applications of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered for the Period From September 1, 2016 Through April 30, 2017* [D.I. 11946]
Approved by order dated November 6, 2017 [D.I. 12190]

*Ninth Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered for the Period from May 1, 2017 Through August 31, 2017* [D.I. 12503]
Approved by order dated February 14, 2018 [D.I. 12632]

*Tenth Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered for the Period from September 1, 2017 Through December 31, 2017* [D.I. 13226]
Approved by order dated February 14, 2018 [D.I. 13277]

## ATTACHMENTS TO FEE APPLICATION

### EXHIBIT A:  DETAILED TIME RECORDS

Detailed records summarizing the services provided by the Applicant are attached to this Application as **Exhibit A**.

### EXHIBIT B:  DETAILED EXPENSE RECORDS—GITLIN & CO., LLC

Attached to this Application as **Exhibit B**, in compliance with Local Rule 2016-2(c)(ii), is a listing of expenses for which the Applicant requests reimbursement.

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

-------------------------------------------------- X

In re                                           :        **Chapter 11**
                                                :
**ENERGY FUTURE HOLDINGS CORP.** *et al.*,       :        **Case No. 14-10979 (CSS)**
                                                :
        **Debtor-in-Possession.**                :        **(Jointly Administered)**
                                                :
                                                :        Objection deadline:  October 23, 2018 at 4:00 p.m.
                                                :        Eastern Time
                                                :        Hearing date:  November 13, 2018 at 11:00 a.m.
-------------------------------------------------- X        Eastern Time

**ELEVENTH INTERIM APPLICATION OF RICHARD GITLIN, INDIVIDUALLY,
AND AS CHAIRMAN OF GITLIN & COMPANY LLC, AS THE INDEPENDENT
MEMBER OF THE FEE COMMITTEE, FOR ALLOWANCE OF COMPENSATION
FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES
<u>INCURRED FOR THE PERIOD FROM JANUARY 1, 2018 THROUGH APRIL 30, 2018</u>**

**FEE APPLICATION**

Richard Gitlin, individually, and as Chairman of Gitlin & Company LLC, as the

Independent Member of the Fee Committee appointed in these cases, submits this *Eleventh*

*Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC,*

*as the Independent Member of the Fee Committee, for Allowance of Compensation for Services*

*Rendered for the Period From January 1, 2018 Through April 30, 2018 and for Reimbursement*

*of Expenses From January 1, 2018 Through April 30, 2018* (the "**Fee Application**") under

11 U.S.C. §§ 330 and 331, Fed. R. Bankr. P. 2016, and Local Rule 2016-2.  Pursuant to the flat

fee compensation arrangement established in the *Stipulation and Order Appointing a Fee*

*Committee* [D.I. 1896] (the "**Fee Committee Order**"), the Fee Application requests interim

allowance of compensation for professional services and reimbursement of expenses incurred

from January 1, 2018 through April 30, 2018.

The Applicant requests retrospective Court approval for a total of $160,000.00 in fees. This total would, if expressed in terms of an hourly rate, reflect an average rate of $691.89 for the period from January 1 through April 30, 2018 and $888.18 for the period from August 21, 2014 through April 30, 2018.  The Applicant also requests reimbursement of $3,101.43 in out-of-pocket expenses.

## BACKGROUND

1.      On April 29, 2014 (the "**Commencement Date**"), each of the Debtors filed a voluntary petition under chapter 11 of title 11 of the United States Code (the "**Bankruptcy Code**").  The Debtors' chapter 11 cases have been consolidated for procedural purposes only and have been jointly administered pursuant to Rule 1015(b) of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**").  The Debtors are authorized to operate their businesses and manage their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.      The Court appointed a Fee Committee on August 21, 2014 to execute the duties set forth in the Fee Committee Order, including, among other things, monitoring the fees and expenses incurred by professionals ("**Retained Professionals**") in these chapter 11 cases.  The Fee Committee Order further approved the appointment of Richard A. Gitlin, individually and as Chairman of Gitlin & Company LLC, as the Independent Member and chairperson of the Fee Committee (the "**Chair**").

3.      During the Compensation Period, the Fee Committee reviewed at least 18 interim fee applications from Retained Professionals (corresponding primarily to the Tenth Interim Fee Period, May 1, 2017 through August 31, 2017) totaling approximately $16.2 million in requested fees for professional services and $657,944.27 in expense reimbursements.

## THE APPLICANT

4.      The Applicant's background and qualifications were detailed in the *First Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From August 21, 2014 Through December 31, 2014* [D.I. 3900] (the "First Fee Application"), which is incorporated by reference.

## FEE COMMITTEE PROCESS

5.      During the Compensation Period, the Fee Committee met at least four times, with two meetings taking place in person in New York, one meeting taking place in person in Wilmington, and one meeting by telephone.  The Fee Committee continued and completed the review and reporting process with respect to the Tenth Interim Fee Period (May 1, 2017 through August 31, 2017), and began work on the review and reporting process for the Eleventh Interim Fee Period (September 1, 2017 through December 31, 2017).

6.      Retained Professionals began filing fee applications for the Eleventh Interim Fee Period around February 14, 2018.

7.      The description of the Fee Committee's analytical and reporting process outlined in the First Fee Application [D.I. 3900] generally describes the processes for the Tenth Interim Fee Period.  Those details are incorporated by reference.

8.      As documented in the status report filed with the Court [D.I. 12611] and as a result of the collective efforts of the Fee Committee, the Applicant, and the Retained Professionals, no contested fee hearing has been required to date in these proceedings.  All tenth interim fee period applications were ultimately resolved on a consensual basis.

## DESCRIPTION OF SERVICES PROVIDED

9.      During the Compensation Period, the Chair presided over all Fee Committee meetings—in person on January 18, February 28, and April 19, 2018 and by telephone on January 3, 2018.  The Chair designed or approved each meeting agenda and the format and substance for the Reports submitted to each Retained Professional.  He has continued to ask counsel to provide background memoranda and communicate with Retained Professionals to maintain open communication.  In addition, he has conducted numerous individual conferences and conversations with the Fee Committee's members and, on occasion, with the principal counsel for the Retained Professionals.  He has demonstrated an ability to facilitate the resolution of differences, whether in discussions within the Fee Committee or in negotiations with Retained Professionals.

10.     In addition to overseeing the professional fee review process, the Applicant devoted time to responding to the *Motion to Appoint a Representative of the Majority Creditors to the Fee Committee* [D.I. 12358], and attending a contested hearing on that motion on January 8, 2018.  After the hearing, the Applicant spent significant time providing orientation information and background materials to Howard Kaplan, who joined the Fee Committee on behalf of the Official Committee of Unsecured Creditors on January 22, 2018.  *See Notice of Appointment of EFH/EFIH Official Committee Representative to the Fee Committee* [D.I. 12506].

## REQUEST FOR APPROVAL OF COMPENSATION

11.     Interim compensation to professionals is governed by 11 U.S.C. §§ 330 and 331. The Court is authorized to grant "reasonable compensation for actual, necessary services rendered by the [professional person] and reimbursement for actual, necessary expenses."

12.     The Applicant requests that the Court approve this Fee Application, incorporating services and expenses incurred during the Compensation Period, because he has completed his assignment in a timely, efficient and effective manner.

A.     The services of the Applicant have provided direct benefit to the estates, both tangible and intangible, by saving amounts sought for professional services inadvertently, improvidently, or inappropriately billed to the estates.

B.     The services of the Applicant have assisted the Fee Committee, the Court and the U.S. Trustee in fulfilling their own responsibilities, and those same services have helped encourage the Retained Professionals to submit applications for compensation and reimbursement that meet the requirements of the Bankruptcy Code, the U.S. Trustee Guidelines and the local rules of the District of Delaware.

C.     All of the Fee Committee's standards and guidelines applied to other Retained Professionals have also been applied to the Applicant.

13.     The Applicant received a fixed $40,000.00 payment for January through April, 2018.[1]  This flat fee payment was authorized by the Court both in the Fee Committee Order and the *Order Authorizing the Employment and Retention of Godfrey & Kahn, S.C. as Counsel to the Fee Committee* [D.I. 2065] (the "**Godfrey & Kahn Retention Order**").

14.     The aggregate amount of $160,000.00 in flat fees has been conditionally paid to the Chair, subject to the filing of this Application and further order of this Court.  The Applicant now seeks retrospective Court approval of these payments.

---

[1] Effective June 1, 2017, the Fee Committee counsel and Chair voluntarily began reducing their combined flat monthly fee of $250,000 to $200,000 in recognition of the decreased workload resulting from the conclusion of 11 professionals' engagements.  Of this reduced monthly payment, $160,000 per month has been allocated to Fee Committee counsel and $40,000 per month has been allocated to the Chair.

5

15.     There is no agreement or understanding between the Applicant and any other entity for the sharing of compensation to be received.

16.     The services provided were actual and necessary to the administration of the fee examination process in these cases.  The fee review process is a statutory mandate in all chapter 11 cases.  Given the size and complexity of these cases, however, the parties agreed to the creation of a Fee Committee to aid both the U.S. Trustee and the Court.

17.     In reviewing whether a compensation request should be granted, the Court should be guided by the following factors:

> [T]he nature, the extent, and the value of such services, taking into account all relevant factors, including—
>
> (A)     The time spent on such services;
>
> (B)     The rates charged for such services;
>
> (C)     Whether the services were necessary to the administration of or beneficial at the time at which the service was rendered toward the completion of a case under this title;
>
> (D)     Whether the services were performed within a reasonable amount of time commensurate with the complexity, importance, and nature of the problem, issue or task addressed;
>
> (E)     With respect to a professional person, whether the person is board certified or otherwise has demonstrated skill and experience in the bankruptcy field; and
>
> (F)     Whether the compensation is reasonable, based on the customary compensation charged by comparably skilled practitioners in cases other than these under this title.

11 U.S.C. § 330.

18.     The requested compensation and reimbursement meet the statutory requirements for allowance.  The Applicant has completed his work in a timely and efficient manner commensurate with the complexity, importance and nature of the issues involved.  The Applicant

has demonstrated skill in bankruptcy, generally, and in the bankruptcy fee review context, specifically.

19.     Moreover, the requested compensation is reasonable because it is no more than the customary compensation charged by comparably skilled professionals in other bankruptcy contexts, such as a Chapter 11 examiner.

20.     Accordingly, approval of the requested compensation is warranted.

## REQUEST FOR REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED DURING THE EXPENSE REIMBURSEMENT PERIOD

21.     The Chair incurred total expenses from January 1, 2018 through April 30, 2018 in the amount of $3,101.43.  **Exhibit B** itemizes the Chair's requested expense reimbursement.

22.     The Applicant is not making a profit on any expense incurred as a result of services provided by a third party and has provided no expensed services in-house.

23.     The expenses requested herein have been adjusted to comply with all of the pertinent guidelines and caps the Fee Committee has applied in its evaluation of Retained Professional expenses.  The expenses are actual, reasonable and necessary in light of the scope of the Applicant's appointment to aid in the administration of these cases.

## NOTICE

24.     Notice of this Fee Application has been provided to the parties in interest in accordance with the Interim Compensation Order.  Such notice is sufficient, and no other or further notice need be provided.

25.     No previous request for the relief sought has been made by the Applicant to this or any other Court for these matters.

## **CONCLUSION**

The Applicant respectfully requests that the Court enter an order retrospectively authorizing interim allowance of compensation for professional services rendered during the Compensation Period in the amount of $160,000.00 and ordering the reimbursement of expenses in the amount of $3,101.43.

Dated:  October 2, 2018.

<div style="margin-left: 40%;">

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

By:      */s/ Jennifer R. Hoover*
Jennifer R. Hoover (DE Bar No. 5111)
William M. Alleman, Jr. (DE Bar No. 5449)
BENESCH, FRIEDLANDER, COPLAN, & ARONOFF LLP
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: jhoover@beneschlaw.com
          walleman@beneschlaw.com

Katherine Stadler
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

</div>

## **CERTIFICATION**

The Chair has reviewed the requirements of Local Rule 2016-2 and certifies that the

motion complies with Local Rule 2016-2 to the extent applicable.

GITLIN & COMPANY LLC                    GODFREY & KAHN, S.C.


   */s/ Richard A. Gitlin*                           */s/ Katherine Stadler*                  
Richard A. Gitlin                          Brady C. Williamson
Fee Committee Chair                        Katherine Stadler, *Admitted Pro Hac Vice*

                                           GODFREY & KAHN, S.C.
                                           One East Main Street, Suite 500
                                           P.O. Box 2719
                                           Madison, WI 53701-2719
                                           Telephone: (608) 257-3911
                                           Facsimile: (608) 257-0609
                                           E-mail: bwilliam@gklaw.com
                                                   kstadler@gklaw.com
                                           *Attorneys for the Fee Committee*

19556716.1

Energy Future Holdings

Richard Gitlin Time Entries January 2018 Through April 2018

Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| 1/1/2018 | 1.50 | Analysis of response to Elliott motion regarding Fee Committee membership. |
| 1/2/2018 | 1.00 | Review memoranda and data regarding rate increases. |
| | 2.00 | Analysis of Fee Committee response to Elliott and telephone conferences with Godfrey & Kahn. |
| | 0.50 | Review positions of Fee Committee members. |
| 1/3/2018 | 1.00 | Review Debtor and Creditor Committee response to Elliott motion. |
| | 1.50 | Analysis of law regarding rate increases. |
| | 1.00 | Analysis of issues regarding procedures for January 8 hearing on Elliott motion. |
| | 1.00 | Analysis of Elliott submission and telephone conference with Godfrey & Kahn. |
| | 2.00 | Prepare for and participate in Fee Committee conference call regarding Elliott motion. |
| 1/4/2018 | 0.50 | Review process for 9th interim applications. |
| | 1.00 | Preparation regarding response to Elliott motion. |
| 1/5/2018 | 1.50 | Review background of candidates for the creditor position on the Fee Committee. |
| | 1.00 | Review issues regarding role of Peter Kravitz on the Fee Committee and telephone conference with Mr. Kravitz. |
| | 1.00 | Analysis of Brown Hagey filing and response. |
| | 2.00 | Prepare for hearing on Elliott motion including conference call with Godfrey & Kahn. |
| 1/6/2018 | 3.50 | Review all pleadings for the January 8 hearing and preparation of remarks to the Court. |
| | 1.00 | Review latest filings of Elliott and telephone conference with Godfrey & Kahn. |

Energy Future Holdings

Richard Gitlin Time Entries January 2018 Through April 2018

Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 1.00 | Analysis on appropriate replacement for Mr. Kravitz if ordered by the Court. |
| 1/7/2018 | 3.00 | Preparation for January 8 hearing, review of law on transition of Fee Committee member, preparation of remarks and telephone conference with Godfrey & Kahn. |
| 1/8/2018 | 2.50 | Prepare for Court hearing and remarks to the Court on Fee Committee motion of Elliott. |
| | 1.00 | Planning conference with Godfrey & Kahn for hearing. |
| | 3.00 | Attend hearing on motion of Elliott. |
| | 0.50 | Telephone conference with Mr. Kravitz on hearing. |
| | 1.50 | Plan for selection process of new member of the Fee Committee and integration of new member to work of the Fee Committee. |
| | 4.00 | Non-working travel. |
| 1/9/2018 | 1.00 | Review work-plan status for professionals through confirmation and telephone conference with Godfrey & Kahn. |
| | 1.00 | Telephone conference with Godfrey & Kahn and analyze selection considerations for new Fee Committee member. |
| | 0.50 | Review draft agenda for next Fee Committee meeting. |
| | 0.50 | Review minutes of Fee Committee meeting. |
| | 0.50 | Review process for remainder of case. |
| 1/10/2018 | 1.00 | Review and comment on draft order and stipulation regarding Fee Committee. |
| | 0.50 | Review draft email to all professionals. |
| 1/11/2018 | 0.50 | Review draft revised order for the Fee Committee and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review progress on work plan for rest of case. |

Energy Future Holdings
Richard Gitlin Time Entries January 2018 Through April 2018
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 0.50 | Review Richards Layton work plan and work plan of Sullivan. |
| 1/12/2018 | 1.00 | Assessment of Fee Committee creditor representative candidate and telephone conference with Godfrey & Kahn. |
| | 1.00 | Review professional responses for work plans. |
| 1/13/2018 | 0.50 | Assess Fee Committee candidates and telephone conference with Godfrey & Kahn. |
| 1/15/2018 | 1.50 | Preparation for January 18 Fee Committee meeting and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review status of order regarding Fee Committee. |
| | 1.00 | Review status of each professional and plan going forward. |
| 1/16/2018 | 1.00 | Review issues on revised order and stipulation and telephone conference with Godfrey & Kahn. |
| | 0.50 | Analysis on appropriate candidate for Fee Committee meeting. |
| | 0.50 | Preparation for Fee Committee meeting. |
| 1/17/2018 | 1.00 | Review updated stipulation from Sullivan and telephone conference with Godfrey & Kahn. |
| | 2.00 | Review materials for January 18 Fee Committee meeting. |
| | 0.50 | Analysis of implications of Third Circuit acceptance of NextEra |
| | 0.50 | Review draft protective order. |
| 1/18/2018 | 1.00 | Analyze terms of order that complies with decision of the Court. |
| | 1.50 | Preparation for Fee Committee meeting. |
| | 1.00 | Planning meeting with Godfrey & Kahn. |
| | 1.50 | Attend Fee Committee meeting. |

Energy Future Holdings
Richard Gitlin Time Entries January 2018 Through April 2018
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| | 0.50 | Review fee request of Mr. Kravitz and telephone conference with him. |
| | 1.00 | Post-meeting follow up including interactions with Sullivan & Cromwell by Godfrey & Kahn. |
| | 3.00 | Non-working travel. |
| 1/19/2018 | 1.00 | Analysis of Sullivan response to Fee Committee's position, telephone conference with Godfrey & Kahn on response and telephone conference with Sullivan on response. |
| | 0.50 | Analyze information requested by Mr. Kravitz. |
| | 1.00 | Analyze proposed new member for Fee Committee. |
| | 3.00 | Non-working travel. |
| 1/20/2018 | 1.00 | Review revised order and telephone conference with Godfrey & Kahn. |
| 1/21/2018 | 1.00 | Analysis of open issues with Kirkland & Ellis and telephone conference with Godfrey & Kahn. |
| | 0.50 | Coordination with Debtor and U.S. Trustee regarding terms of order. |
| | 1.00 | Review projected aggregate fees and analysis on schedule for review. |
| 1/22/2018 | 1.50 | Planning for integration of Howard Kaplan into the work of the Fee Committee. |
| | 0.50 | Coordination on terms of the proposed order and stipulation. |
| 1/23/2018 | 1.00 | Review materials for background on case for Mr. Kaplan and planning for meeting with Sullivan. |
| | 0.50 | Telephone conference with Mr. Kaplan on background of Fee Committee. |
| | 0.50 | Review changes to order and stipulation. |
| 1/24/2018 | 0.50 | Review counter-proposal of Richard Levin and telephone conference with Godfrey & Kahn. |

Energy Future Holdings
Richard Gitlin Time Entries January 2018 Through April 2018
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
|  | 0.50 | Review latest order draft on appointment of members to Fee Committee. |
|  | 0.50 | Review proposed Kirkland & Ellis settlement. |
| 1/25/2018 | 1.00 | Review issues and status regarding appointment of creditor representative to Fee Committee and telephone conference with Godfrey & Kahn. |
|  | 0.50 | Analysis of implications of competing orders. |
|  | 0.50 | Review status of Sempra deal. |
| 1/26/2018 | 1.00 | Preparation for introductory meeting with Mr. Kaplan and Brian Glueckstein. |
| 1/28/2018 | 0.50 | Review issues regarding Fee Committee and telephone conference with Godfrey & Kahn. |
| 1/29/2018 | 0.50 | Review new scheduling order. |
|  | 1.00 | Analysis of two competing orders and telephone conference with Godfrey & Kahn. |
| 1/30/2018 | 1.00 | Review Braun letter to the Court, analysis of response and telephone conference with Godfrey & Kahn. |
|  | 1.00 | Draft notes on response to letter and telephone conference with Godfrey & Kahn. |
|  | 0.50 | Telephone conference with Mr. Kaplan regarding fees for his role on the Fee Committee. |
|  | 1.00 | Analysis of issues related to fees to Mr. Kaplan. |
|  | 1.00 | Planning for meeting with Mr. Kaplan. |
| 1/31/2018 | 0.50 | Review proposed response to Braun letter. |
|  | 1.00 | Review and analyze response of Kirkland & Ellis and comments on  proposed order. |
|  | 0.50 | Review draft of Fee Committee letter to the Court. |

Energy Future Holdings

Richard Gitlin Time Entries January 2018 Through April 2018

Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| | 0.50 | Analyze position of U.S. Trustee to orders. |
| | **93.50** | **January Total** |
| 2/1/2018 | 1.00 | Review order and revised order of Court and telephone conference with Godfrey & Kahn. |
| | 1.00 | Analysis of plan to integrate Howard Kaplan into work of the Fee Committee. |
| | 1.00 | Conference call with Godfrey & Kahn, Howard Kaplan and Brian Glueckstein and assess next steps. |
| 2/2/2018 | 0.50 | Review items for memorandum to Mr. Kaplan and telephone conference with Godfrey & Kahn. |
| 2/3/2018 | 0.50 | Planning for meeting with Mr. Kaplan and telephone conference with Godfrey & Kahn. |
| 2/5/2018 | 0.50 | Review projected timeline for fee review. |
| | 1.00 | Analyze lines of communication under order appointing new Fee Committee member. |
| | 1.00 | Analyze procedure to protect confidential information. |
| | 1.00 | Prepare for meeting with Mr. Kaplan and Godfrey & Kahn. |
| | 2.00 | Attend meeting with Mr. Kaplan and Godfrey & Kahn. |
| | 0.50 | Review status of report to the Court on uncontested fees. |
| | 5.00 | Non-working travel. |
| 2/7/2018 | 0.50 | Review Fee Committee schedule for current fee applications. |
| | 0.50 | Review draft agenda for February 28 Fee Committee meeting. |
| | 0.50 | Review draft summary report for February 16 hearing and telephone conference with Godfrey & Kahn. |

Energy Future Holdings
Richard Gitlin Time Entries January 2018 Through April 2018
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| 2/8/2018 | 0.50 | Planning for February 28 Fee Committee meeting. |
| 2/10/2018 | 1.00 | Review U.S. Trustee 503(b) objections, assessment of Fee Committee position and telephone conference with Godfrey & Kahn. |
| 2/12/2018 | 0.50 | Planning for Court hearing on February 16. |
| 2/13/2018 | 1.50 | Analyze issues regarding sharing of information with Sullivan, review of draft memorandum on confidentiality and telephone conference with Godfrey & Kahn. |
| | 0.50 | Planning for Mr. Kaplan meeting with Godfrey & Kahn. |
| | 0.50 | Analyze Peter Kravitz request for fees. |
| 2/14/2018 | 0.50 | Review Fee Committee schedule. |
| | 0.50 | Analyze process of communication with Sullivan and Fee Committee. |
| 2/16/2018 | 0.50 | Assess preparations for meeting with Godfrey & Kahn and Mr. Kaplan. |
| | 0.50 | Review 503(b) issues and telephone conference with Godfrey & Kahn. |
| | 1.00 | Participate by phone in scheduling conference call with the Court and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review status of NextEra fee issue. |
| 2/19/2018 | 1.00 | Prepare for Fee Committee meeting on February 28 including review of agenda and document list. |
| | 0.50 | Review Proskauer March budget. |
| | 0.50 | Telephone conference with Godfrey & Kahn on Kaplan meeting and next steps. |
| 2/20/2018 | 1.00 | Preparation for 503(b) review and telephone conference with Godfrey & Kahn. |
| | 1.00 | Review confirmation references to objections of the Fee Committee. |
| 2/21/2018 | 1.00 | Review confirmation process and issues. |

Energy Future Holdings

Richard Gitlin Time Entries January 2018 Through April 2018

Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| | 0.50 | Review revised agenda and document list for February 28 Fee Committee meeting. |
| 2/22/2018 | 1.00 | Analysis of Fee Committee process in light of plan for confirmation and telephone conference with Godfrey & Kahn. |
| 2/23/2018 | 1.00 | Review results of scheduling hearing and planning for next Fee Committee meeting and telephone conference with Godfrey & Kahn. |
| | 1.00 | Analyze scope of 503(b) claims and approach of Fee Committee. |
| 2/24/2018 | 1.50 | Review materials for February 28 Fee Committee meeting. |
| | 1.50 | Analyze case law regarding investment banker fees under section 328. |
| | 0.50 | Review confidentiality issue. |
| 2/26/2018 | 0.50 | Review NextEra plan issues. |
| | 1.50 | Analyze approach to 503(b) issues and professionals that likely will apply under 503(b) |
| | 1.00 | Planning for Fee Committee meeting on February 28. |
| | 0.50 | Review confirmation decision and telephone conference with Godfrey & Kahn. |
| | 1.00 | Assess substantial contribution part of Judge Sontchi's confirmation decision. |
| 2/17/2018 | 0.50 | Review clarification by Court of NextEra reserve issues. |
| | 0.50 | Review Evercore status and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review T-Side 503(b) firms and process. |
| | 1.00 | Review order approving Ch. 11 plan with particular reference to responsibilities of the Fee Committee. |
| | 1.00 | Conference with Godfrey & Kahn on planning for post-confirmation Fee Committee process. |

Energy Future Holdings
Richard Gitlin Time Entries January 2018 Through April 2018
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 1.00 | Conference with Mr. Kaplan and Godfrey & Kahn on integration of Mr. Kaplan into Fee Committee work. |
| 2/28/2018 | 1.00 | Prepare for Fee Committee meeting. |
| | 1.00 | Analyze implementation of 503(b) process in light of substantial contribution decision of the Court. |
| | 2.00 | Attend Fee Committee meeting. |
| | 0.50 | Review transcript of confirmation regarding fee process. |
| | 0.50 | Review PUC process and proposed order. |
| | 1.00 | Planning for review process for remaining 11th and 12th interim and final fee applications. |
| | 4.00 | Non-working travel. |
| | **55.50** | **February Total** |
| 3/1/2018 | 0.50 | Coordinate scheduling with Godfrey & Kahn. |
| 3/5/2018 | 1.00 | Planning for process of reviewing remaining fee applications. |
| | 0.50 | Review draft memorandum to retained professionals. |
| 3/6/2018 | 1.00 | Coordinate final review process and telephone conference with Godfrey & Kahn. |
| 3/7/2018 | 1.00 | Review issues on confidentiality process for Howard Kaplan and telephone conference with Godfrey & Kahn. |
| 3/8/2018 | 1.00 | Review and comment on memoranda to both retained professionals and 503(b) applicants. |
| | 0.50 | Review materials on Texas regulating process. |
| | 0.50 | Additional analysis on standards for 503(b) applications. |

Energy Future Holdings
Richard Gitlin Time Entries January 2018 Through April 2018
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| 3/9/2018 | 1.00 | Review Notice of Confirmation and analysis on Effective Date and analysis on timeline for fee review process. |
| | 0.50 | Analyze confidentiality process for Howard Kaplan. |
| | 0.50 | Review redraft of memorandum to retained professionals. |
| | 0.50 | Telephone conferences with Godfrey & Kahn on memorandum and confidentiality process. |
| 3/10/2018 | 1.00 | Review fee issues, process, memoranda and telephone conference with Godfrey & Kahn. |
| | 0.50 | Planning for meeting with Howard Kaplan. |
| 3/11/2018 | 1.50 | Review best process for Howard Kaplan to communicate with Creditors' Committee, and, if appropriate, Elliott, analysis of confidentiality terms and telephone conference with Godfrey & Kahn. |
| | 0.50 | Telephone conference with Godfrey & Kahn and Howard Kaplan on confidentiality. |
| | 0.50 | Review 503(b) memorandum and U.S. Trustee comments. |
| | 0.50 | Analysis of issues raised by Howard Kaplan. |
| 3/13/2018 | 1.50 | Analysis on approach to 503(b) applicants and roles played by them in the case. |
| | 1.00 | Planning for review process and telephone conference with Godfrey & Kahn. |
| 3/15/2018 | 1.00 | Develop plan to review 503(b) applicants and analyze scheduling. |
| 3/19/2018 | 1.50 | Review list of substantial contribution claims and analyze likely value of their participation to the estate. |
| | 1.00 | Review open issues on 11th fee period and telephone conference with Godfrey & Kahn. |

Energy Future Holdings
Richard Gitlin Time Entries January 2018 Through April 2018
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| | 1.00 | Review representation for American Stock and Delaware Trust and issues related to 503(b) applications for them. |
| | 0.50 | Review draft memoranda to Howard Kaplan. |
| 3/20/2018 | 0.50 | Telephone conference with Godfrey & Kahn and analyze updated memorandum on process going forward. |
| | 1.00 | Review background activities of professionals going to seek 503(b), who they represented, what stage, etc. |
| | 1.00 | Planning for future Fee Committee meetings and telephone conference with Godfrey & Kahn. |
| 3/21/2018 | 1.00 | Analyze Proskauer fee issues and documents needed to review. |
| | 0.50 | Telephone conference with Godfrey & Kahn on Proskauer and status memorandum. |
| 3/22/2018 | 1.00 | Analyze Proskauer fees. |
| | 0.50 | Planning for next Fee Committee meeting. |
| 3/23/2018 | 2.00 | Review background and documents on Proskauer fees. |
| | 0.50 | Analyze Goldin request for additional fees and telephone conference with Godfrey & Kahn. |
| 3/25/2018 | 1.00 | Analysis by requests for information by Robert Miller on behalf of Unsecured Creditors' Committee and telephone conference with Godfrey & Kahn. |
| 3/27/2018 | 0.50 | Analysis of Mr. Miller's request for information and telephone conference with Godfrey & Kahn. |
| | 1.00 | Review status of open fee applications and timing of process. |
| | 1.00 | Planning for telephone call with Elliott. |
| 3/28/2018 | 0.50 | Review response to Brian Glueckstein on Miller's information requests. |

Energy Future Holdings
Richard Gitlin Time Entries January 2018 Through April 2018
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 1.00 | Analyze charts of status of fixed fee professionals and open issues and telephone conference with Godfrey & Kahn. |
| | 0.50 | review results of NextEra hearing administrative fee request and telephone conference with Godfrey & Kahn. |
| | 1.00 | Preparation and telephone conference with Elliott on Evercore. |
| | 1.00 | Review information on all fees paid to date and telephone conference with Godfrey & Kahn. |
| 3/29/2018 | 0.50 | Review final note to Brian Gluekstein on Miller requests. |
| | 0.50 | Review results of District Court's action on TCEH allocation dispute. |
| | 1.00 | Review open issues on fixed fee professionals and timing of resolution. |
| | 0.50 | Review coordination with Howard Kaplan and telephone conference with Godfrey & Kahn. |
| 3/30/2018 | 0.50 | Follow up on Evercore's tentative agreement. |
| 3/31/2018 | 0.50 | Planning for next Fee Committee meeting. |
| | **39.50** | **March Total** |
| 4/3/2018 | 1.50 | Review Evercore fees, legal issues and telephone conference with David Ying. |
| | 0.50 | Review items for agenda for next Fee Committee meeting. |
| 4/4/2018 | 1.50 | Analyze standards for 503(b) review including review of law. |
| | 0.50 | Review agenda and planning for April 19 Fee Committee meeting. |
| | 1.00 | Analyze Evercore fees and terms of agreement. |
| | 0.50 | Review Elliott holdings on EFH. |
| 4/5/2018 | 1.50 | Review Proskauer fees and current issues. |

Energy Future Holdings
Richard Gitlin Time Entries January 2018 Through April 2018
Exhibit A

| Date | Hours | Description |
|---|---|---|
| | 1.50 | Analyze 503(b) standards for applications, telephone conference with Ropes & Gray, telephone conference with Godfrey & Kahn and draft letter to the Court. |
| | 1.00 | Review confidentiality agreement with Evercore, telephone conference with Brad Feingerts and telephone conference with Evercore. |
| 4/6/2018 | 1.00 | Analyze Evercore fees and standards under 328. |
| | 0.50 | Telephone conference with Howard Kaplan on Evercore and Elliott. |
| | 1.00 | Planning for April 19 Fee Committee meeting. |
| | 0.50 | Analyze confidentiality agreement on documents under seal and telephone conference with Godfrey & Kahn. |
| 4/7/2018 | 0.50 | Review revised agenda for April 19 Fee Committee meeting. |
| 4/9/2018 | 1.00 | Analyze Goldin request for additional fees including charts regarding hours. |
| 4/10/2018 | 1.00 | Analyze asbestos claim for $4 million of substantial contribution. |
| | 1.00 | Analyze response to Hagey requests for information. |
| | 0.50 | Analyze Evercore calculation of settlement amount. |
| 4/11/2018 | 0.50 | Review overall reductions of Fee Committee process. |
| | 0.50 | Analyze information to be supplied to creditors. |
| 4/12/2018 | 0.50 | Review status of dispute over NextEra $59.5 million administrative claim. |
| | 1.00 | Preparation for April 19 Fee Committee meeting including review of draft agenda and index of documents. |
| | 1.00 | Review Kirkland and Proskauer for September through December 2017. |
| | 0.50 | Telephone conference with Godfrey & Kahn on Kirkland and Proskauer. |
| 4/13/2018 | 0.50 | Review Evercore settlement numbers and planning for telephone call with Elliott. |

Energy Future Holdings
Richard Gitlin Time Entries January 2018 Through April 2018
Exhibit A

| Date | Hours | Description |
|------|-------|-------------|
| | 0.50 | Analyze debtor position on Fee Committee. |
| | 0.50 | Analyze Ropes & Gray correspondence and telephone conference with Godfrey & Kahn. |
| 4/15/2018 | 1.00 | Analyze approach to issues in Ropes & Gray letter and telephone conference with Godfrey & Kahn. |
| 4/16/2018 | 1.00 | Planning for Fee Committee meeting and telephone conference with Godfrey & Kahn. |
| | 1.00 | Review terms of settlement agreement with Evercore and telephone conference with Elliott. |
| 4/17/2018 | 1.00 | Analyze Evercore settlement and telephone conference with David Ying. |
| | 2.00 | Review materials for Fee Committee meeting on April 19 and telephone conference with Godfrey & Kahn. |
| 4/18/2018 | 1.50 | Preparation for Fee Committee meeting. |
| | 1.00 | Analyze communicating with and sharing information with Elliott. |
| | 1.50 | Review law regarding 503(b) and assessment of process for applicants. |
| | 0.50 | Analyze Proskauer response letter. |
| | 1.00 | Planning for future Fee Committee meetings and schedule of Court hearings. |
| 4/19/2018 | 1.00 | Analyze Goldin request for additional fees. |
| | 1.50 | Planning for Fee Committee meeting including conference with Godfrey & Kahn. |
| | 2.00 | Attend Fee Committee meeting. |
| | 1.00 | Review post-meeting actions and telephone conference with Godfrey & Kahn. |
| | 0.50 | Review status of NextEra administrative claim litigation. |
| | 4.50 | Non-working travel. |

Energy Future Holdings

Richard Gitlin Time Entries January 2018 Through April 2018

Exhibit A

| Date | Hours | Description |
|---|---|---|
| 4/20/2018 | 1.00 | Review issues involving Elliott and telephone conference with U.S. Trustee and Godfrey & Kahn. |
|  | 1.00 | Analyze 503(b) issues and review of draft of Godfrey & Kahn memorandum. |
| 4/23/2018 | 2.50 | Analyze case law for 503(b), review revised memorandum to 503(b) applicants, telephone conference with Ropes & Gray and telephone conference with Godfrey & Kahn. |
| 4/24/2018 | 0.50 | Review status of 275 NextEra litigation. |
| 4/27/2018 | 1.50 | Analyze issues regarding conflict decision process by Proskauer, strategy on resolving remainder of Proskauer fee requests and telephone conference with Godfrey & Kahn. |
|  | 1.00 | Review email requests from Braun Hagey, analyze standards for communication with them and conference call with Godfrey & Kahn and Howard Kaplan. |
|  | 0.50 | Review Fidelity 503(b) submission. |
| 4/30/2018 | 1.00 | Analyze negotiations with Guggenheim and Golden on fixed fees. |
|  | 1.50 | Review Fidelity 503(b) claim, analyze standard for review and telephone conference with Godfrey & Kahn. |
|  | 54.50 | April Total |
|  |  |  |
|  | 243.00 | GRAND TOTAL |
|  | (11.75) | 1/2 of non-working travel hours |
|  | 231.25 |  |
|  |  |  |
|  | $691.89 | Blended Rate for the period from January 1, 2018 through April 30, 2018 |
|  | $888.18 | Blended Rate for the period from August 21, 2014 through April 30, 2018 |

**EXHIBIT B**

Gitlin & Company, LLC

Detailed Expense Records

January 1, 2018 through April 30, 2018

| Receipt | Category | Date | Expense Amount | Description |
|---|---|---|---|---|
| * | American Airlines | 1/8/2018 | $170.20 | Airfare FLL to PHL |
| * | American Airlines | 1/8/2018 | $92.20 | Airfare PHL to FLL |
| | Taxi | 1/8/2018 | $100.00 | Transport to and from airport/home |
| | Taxi | 1/18/2018 | $50.00 | Transport from home to airport |
| * | Taxi | 1/18/2018 | $95.00 | Transport from Newark to NYC |
| * | JetBlue | 1/18/2018 | $113.30 | Airfare FLL to Newark |
| * | The London | 1/19/2018 | $283.31 | Hotel |
| * | Uber | 1/19/2018 | $35.60 | Transport to airport |
| * | Delta | 2/5/2018 | $524.60 | Airfare FLL to NYC to FLL |
| | Taxi | 2/5/2018 | $100.00 | Transport to and from airport/home |
| * | Peninsula Hotel | 2/27/2018 | $433.81 | Hotel |
| * | JetBlue | 2/28/2018 | $201.30 | Airfare NYC to FL |
| * | Taxi | 2/28/2018 | $40.55 | Transport to airport |
| * | Parking | 2/28/2018 | $26.00 | Parking in FL |
| * | American Airlines | 2/28/2018 | $92.30 | Airfare PHL to FL (flight cxl'd, meeting location changed) |
| * | Delta | 4/18/2018 | $187.20 | Airfare PBI to LGA |
| * | Lotte NY Palace | 4/18/2018 | $473.00 | Hotel |
| * | Taxi | 4/18/2018 | $57.06 | Transport from airport |
| * | Parking | 4/19/2018 | $26.00 | Parking in FL |

**$3,101.43 Application Total**