# Exhibit A

Energy Futures Holdings Official Fee Committee

FEE STATEMENT FOR SERVICES RENDERED
AND EXPENSES INCURRED BY
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
FOR THE PERIOD JANUARY 1, 2018    THROUGH APRIL 30, 2018

Service Category                                                   Tab

    Energy Futures Holdings Official Fee Committee  . . . . . . . . . . . . . .  1

    Case Administration                            . . . . . . . . . . . . . .  2

    Fee Applications -- Others                     . . . . . . . . . . . . . .  3

    Fee Applications -- Benesch                    . . . . . . . . . . . . . .  4

    Court Appearances                              . . . . . . . . . . . . . .  5

    Employment Applications                        . . . . . . . . . . . . . .  6

    Litigation                                     . . . . . . . . . . . . . .  7

Expenses

    General                                        . . . . . . . . . . . . . .  8

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
SUMMARY OF SERVICES RENDERED
JANUARY 1, 2018    THROUGH APRIL 30, 2018

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| Jennifer R. Hoover | (JRH) | $545.00 | 8.20 | $4,469.00 |
| | | | 8.20 | $4,469.00 |
| **ASSOCIATE** | | | | |
| William M. Alleman, Jr. | (WMA) | $370.00 | 8.40 | $3,108.00 |
| Kevin M. Capuzzi | (KMC) | $370.00 | 5.50 | $2,035.00 |
| | | | 13.90 | $5,143.00 |
| **PARALEGAL** | | | | |
| Louanne Molinaro | (LM ) | $285.00 | 7.60 | $2,166.00 |
| | | | 7.60 | $2,166.00 |
| | | TOTAL: | 29.70 | $11,778.00 |

Combined Average Hourly Rate:   $396.57

Energy Futures Holdings Official Fee Committee

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2018

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/02/18 | WMA | Review and comment on draft response to Elliott motion; conf. with J. Hoover regarding same; e-mail K. Stadler regarding same and hearing prep | 0.70 |
| 01/03/18 | WMA | Review final response to Elliott motion and coordinate filing of same | 0.30 |
| 01/05/18 | LM | Print documents and make hearing binder for 1/8/17 hearing | 1.00 |
| 01/06/18 | WMA | Review reply in support of Elliott motion and related declaration | 0.30 |
| 01/31/18 | WMA | Review Elliott letter to court re fee committee; review and coordinate filing of fee committee reply letter and e-mails with K. Stadler regarding same | 0.50 |
| 01/31/18 | LM | E-file letter and prepare service of same to Judge Sontchi and 2002 list; multiple emails regarding same | 0.50 |
| 02/09/18 | LM | File Examiner's Report; draft and file notice of withdrawal; re-file Examiner's Report; emails regarding same | 0.50 |
| 04/05/18 | WMA | Review letter response to Judge Sontchi and coordinate filing of same | 0.20 |

Energy Futures Holdings Official Fee Committee

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **ASSOCIATE** | | | | |
| William M. Alleman, Jr. | (WMA) | $370.00 | 2.00 | $740.00 |
| | | | 2.00 | $740.00 |
| **PARALEGAL** | | | | |
| Louanne Molinaro | (LM ) | $285.00 | 2.00 | $570.00 |
| | | | 2.00 | $570.00 |
| | | TOTAL: | 4.00 | $1,310.00 |

Case Administration

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2018

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/02/18 | JRH | Review and comment on fee committee's response to the motion to appoint a representative to the fee committee | 0.50 |
| 01/03/18 | LM | Efile response of fee committee | 0.20 |
| 01/05/18 | JRH | Review reply in support of motion to appoint a representative to fee committee | 0.50 |
| 01/31/18 | JRH | Review draft letter to fee committee; coordinate regarding filing and service (.5) | 0.50 |
| 02/07/18 | JRH | Attention to status of matter (.2) | 0.20 |
| 04/05/18 | LM | E-file letter from R. Gitlin to Judge Sontchi; call court regarding courtesy copy of same | 0.20 |

Case Administration

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| Jennifer R. Hoover | (JRH) | $545.00 | 1.70 | $926.50 |
| | | | 1.70 | $926.50 |
| **PARALEGAL** | | | | |
| Louanne Molinaro | (LM ) | $285.00 | 0.40 | $114.00 |
| | | | 0.40 | $114.00 |
| | | TOTAL: | 2.10 | $1,040.50 |

Fee Applications -- Others

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2018

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/11/18 | WMA | Review K. Boucher e-mail regarding fee application schedule | 0.10 |
| 01/22/18 | JRH | Review and coordinate regarding filing of fee applications | 0.50 |
| 01/22/18 | WMA | Reveiw and comment on and coordinate filing of interim Gitlin fee application | 0.40 |
| 01/22/18 | WMA | Review and comment on and coordinate filing of G&K interim fee application | 0.30 |
| 01/25/18 | WMA | E-mails with L. Molinaro regarding fee binders | 0.10 |
| 02/02/18 | WMA | E-mails with L. Molinaro and K. Boucher regarding fee binder for chambers | 0.10 |
| 02/05/18 | WMA | Review and comment on draft fee binder for Court | 0.40 |
| 02/06/18 | WMA | Respond to e-mails and call from J.Hoover regarding fee hearing and status of binder | 0.20 |
| 02/07/18 | WMA | Review and comment on corrected fee binder | 0.30 |
| 02/07/18 | WMA | Respond to K. Boucher questions regarding 2/16 fee hearing; e-mails with K. Stadler regarding same | 0.20 |
| 02/07/18 | LM | Finish pulling together fee application binder and prepare binder for service on court | 0.20 |
| 02/08/18 | WMA | E-mails with J. Madron, K. Stadler regarding 2/16 fee hearing; calls with chambers regarding 2/16 date | 0.40 |
| 02/09/18 | WMA | Review, comment on, and coordinate filing of fee report | 0.90 |
| 02/12/18 | WMA | Conferences with J. Hoover, K. Capuzzi regarding fee hearing | 0.10 |
| 02/13/18 | WMA | Call from L. Molinaro regarding CoCs for fee orders; call J. Hoover regarding same | 0.10 |
| 02/13/18 | WMA | Review and comment on draft CoC for omnibus fee order and coordinate filing of same | 0.70 |
| 02/15/18 | WMA | Review as-entered omnibus fee order; review agenda for fee hearing; e-mails with L. Molinaro regarding same | 0.20 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/15/18 | LM | Download and save documents from docket; draft certificate of counsel | 0.70 |
| 02/16/18 | LM | E-file certificate of counsel and prepare same for service to Chambers | 0.30 |

Fee Applications -- Others

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| Jennifer R. Hoover | (JRH) | $545.00 | 0.50 | $272.50 |
| | | | 0.50 | $272.50 |
| ASSOCIATE | | | | |
| William M. Alleman, Jr. | (WMA) | $370.00 | 4.50 | $1,665.00 |
| | | | 4.50 | $1,665.00 |
| PARALEGAL | | | | |
| Louanne Molinaro | (LM ) | $285.00 | 1.20 | $342.00 |
| | | | 1.20 | $342.00 |
| | | TOTAL: | 6.20 | $2,279.50 |

Fee Applications -- Benesch

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2018

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/05/18 | JRH | Review agenda for Mondays hearing and emails with K. Stadler regarding hearing preparations (.2); coordinate with L. Molinaro regarding binder preparation (.1); review email from K. Stadler regarding status and potential filing (.10) | 0.40 |
| 01/08/18 | JRH | Confer with K. Capuzzi on status of Energy Future Holdings hearing and results of hearing | 0.20 |
| 01/10/18 | JRH | Conference call with K. Capuzzi regarding results of hearing (.1); emails with K. Boucher regarding filing of fee application (.2) | 0.30 |
| 01/16/18 | JRH | Emails to/from Godfrey Kahn regarding status of fee application filing | 0.20 |
| 01/17/18 | JRH | Prepare fourth interim fee application and emails to/from Godfrey Kahn regarding same | 1.50 |
| 01/17/18 | LM | Review emails regarding fee applications | 0.10 |
| 01/18/18 | JRH | Emails regarding status | 0.20 |
| 01/22/18 | LM | E-file fee applications; emails regarding same | 0.50 |
| 01/24/18 | JRH | Review and finalize Benesch interim application and coordinate filing | 0.20 |
| 01/24/18 | WMA | Conference with J. Hoover regarding Benesch interim fee application objection deadline, hearing dates, etc | 0.10 |
| 01/24/18 | LM | Prepare and e-file fee application and forward to vendor for service | 0.30 |
| 01/25/18 | JRH | Attention to amended interim fee application | 0.50 |
| 01/29/18 | LM | Draft table of contents for fee application binder | 0.50 |
| 01/30/18 | JRH | Review email regarding status of filing | 0.10 |
| 01/31/18 | WMA | Review e-mail from P. Venter regarding professional fee accruals; internal research regarding same; respond | 0.30 |
| 02/02/18 | LM | Assemble fee application binder | 1.00 |
| 02/06/18 | JRH | Review and confer with L. Molinaro regarding fee binder | 0.50 |

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 02/06/18 | LM | Search for orders to update fee chart for fee application binder | 0.30 |
| 02/07/18 | LM | Finish pulling together fee application binder and prepare binder for service on court | 0.20 |
| 02/12/18 | WMA | E-mail K. Stadler regarding omnibus fee order as it relates to Benesch fees | 0.10 |
| 02/12/18 | LM | Verify numbers on omnibus order | 0.20 |
| 02/13/18 | JRH | Review and comment on COC and coordinate filing | 0.30 |
| 02/13/18 | LM | Talk to K. Boucher regarding CNO/COC; discuss same with W. Alleman; efile certification of counsel | 0.90 |
| 02/15/18 | JRH | Review and revise COC for Benesch fees and coordinate with W. Alleman (.3) | 0.30 |
| 02/15/18 | WMA | Conferences with L. Molinaro regarding CoC for Benesch interim fee application (.2); revise draft CoC and proposed order (.3); e-mails with Debtors and UST regarding same (.1) | 0.70 |
| 02/16/18 | JRH | Review Energy Future filing and coordinate filing | 0.30 |
| 02/16/18 | WMA | Finalize and coordinate filing of CoC for Benesch interim application | 0.20 |
| 03/09/18 | WMA | Call from J. Hoover and e-mails with K. Boucher and K. Stadler regarding final fee app process; review draft memo to professionals regarding same | 0.20 |
| 04/05/18 | JRH | Review letter and confer with W. Alleman regarding filing | 0.10 |
| 04/10/18 | JRH | Review status and status of fee application | 0.20 |

Fee Applications -- Benesch

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| Jennifer R. Hoover | (JRH) | $545.00 | 5.30 | $2,888.50 |
| | | | 5.30 | $2,888.50 |
| ASSOCIATE | | | | |
| William M. Alleman, Jr. | (WMA) | $370.00 | 1.60 | $592.00 |
| | | | 1.60 | $592.00 |
| PARALEGAL | | | | |
| Louanne Molinaro | (LM ) | $285.00 | 4.00 | $1,140.00 |
| | | | 4.00 | $1,140.00 |
| | | TOTAL: | 10.90 | $4,620.50 |

Court Appearances

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2018

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/05/18 | KMC | Review hearing objection | 0.10 |
| 01/05/18 | KMC | Communicate with W. Alleman regarding hearing matters | 0.10 |
| 01/08/18 | KMC | Attend hearing on Elliot fee committee motion | 3.30 |
| 01/08/18 | KMC | Communicate with J. Hoover and W. Alleman regarding outcome of hearing on Elliot fee committee motion | 0.20 |

Court Appearances

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| ASSOCIATE | | | | |
| Kevin M. Capuzzi | (KMC) | $370.00 | 3.70 | $1,369.00 |
| | | | 3.70 | $1,369.00 |
| | | TOTAL: | 3.70 | $1,369.00 |

Employment Applications

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2018

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 03/06/18 | WMA | E-mails with P. Venter, J. Hoover regarding engagement agreements with plan administrator | 0.10 |
| 03/08/18 | WMA | Emails with P. Venter and J. Hoover regarding engagement letter | 0.20 |
| 03/14/18 | JRH | Prepare post emergence engagement letter | 0.50 |

Employment Applications

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| **PARTNER** | | | | |
| Jennifer R. Hoover | (JRH) | $545.00 | 0.50 | $272.50 |
| | | | 0.50 | $272.50 |
| **ASSOCIATE** | | | | |
| William M. Alleman, Jr. | (WMA) | $370.00 | 0.30 | $111.00 |
| | | | 0.30 | $111.00 |
| | | TOTAL: | 0.80 | $383.50 |

Litigation

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2018

| Date | Atty | Services | Hours |
|------|------|----------|-------|
| 01/02/18 | KMC | Review response to Elliot motion | 0.60 |
| 01/03/18 | JRH | Review final version of response prior to filing | 0.20 |
| 01/05/18 | KMC | Review Debtor and Creditors' Committee objections to Elliot fee committee motion | 0.70 |
| 01/05/18 | KMC | Review Elliot reply to Elliot fee committee motion | 0.50 |

Litigation

| Attorney Name | | Hourly Rate | Hours | Amount |
|---|---|---|---|---|
| PARTNER | | | | |
| Jennifer R. Hoover | (JRH) | $545.00 | 0.20 | $109.00 |
| | | | 0.20 | $109.00 |
| ASSOCIATE | | | | |
| Kevin M. Capuzzi | (KMC) | $370.00 | 1.80 | $666.00 |
| | | | 1.80 | $666.00 |
| | | TOTAL: | 2.00 | $775.00 |

SUMMARY OF EXPENSES INCURRED FOR THE PERIOD
JANUARY 1, 2018    THROUGH APRIL 30, 2018

| Expense | Amount |
|---|---|
| Travel Ground | $124.00 |
| Outside Professional Services | $15.00 |
| Court Case Mgmt charges-Pacer | $21.80 |
| TOTAL: | $160.80 |

**Travel Ground**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 01/31/18 | KMC | Travel Ground - Vendor: Roadrunner Express, Inc. INV 2420 CAR TO AIRPORT FOR K. STADLER AFTER HEARING | 124.00 |

|  |  | TOTAL: | $124.00 |

**Outside Professional Services**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 02/08/18 | LM | Outside Professional Services - Vendor: DLS Discovery, LLC 1/31 | 5.00 |
| 02/28/18 | LM | Outside Professional Services - Vendor: DLS Discovery, LLC | 5.00 |
| 02/28/18 | LM | Outside Professional Services - Vendor: DLS Discovery, LLC | 5.00 |
| | | TOTAL: | $15.00 |

**Court Case Mgmt charges-Pacer**

| Date | User | Description | Amount |
|------|------|-------------|--------|
| 01/17/18 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 01/22/18 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 01/22/18 | XXX | Court Case Mgmt charges-Pacer | 0.90 |
| 01/22/18 | XXX | Court Case Mgmt charges-Pacer | 1.00 |
| 01/31/18 | XXX | Court Case Mgmt charges-Pacer | 0.20 |
| 02/02/18 | XXX | Court Case Mgmt charges-Pacer | 0.10 |
| 02/02/18 | XXX | Court Case Mgmt charges-Pacer | 0.90 |
| 02/02/18 | XXX | Court Case Mgmt charges-Pacer | 0.20 |
| 02/05/18 | XXX | Court Case Mgmt charges-Pacer | 0.10 |
| 02/05/18 | XXX | Court Case Mgmt charges-Pacer | 0.20 |
| 02/05/18 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 02/06/18 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 02/06/18 | XXX | Court Case Mgmt charges-Pacer | 0.20 |
| 02/09/18 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| 02/15/18 | XXX | Court Case Mgmt charges-Pacer | 3.00 |
| | | TOTAL: | $21.80 |