# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
:
In re:                                             :    Chapter 11
:
Energy Future Holdings Corp.,                      :    Case No. 14-10979 (CSS)
:
                                     Debtor.      :
:
:
---------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
## TO BE REMOVED FROM SERVICE LISTS AND ELECTRONIC NOTICING

PLEASE WITHDRAW the appearance of L. John Bird, Esquire, formerly of Fox Rothschild LLP, as counsel for Ad Hoc Group of TCEH Noteholders, Ovation Acquisition I, L.L.C., Ovation Acquisition II, L.L.C., and Creditor-Investor Consortium in the above matter, including electronic noticing.

Dated:   October 3, 2018

                                    **FOX ROTHSCHILD LLP**

                        By:    */s/ Jeffrey M. Schlerf*
                               Jeffrey M. Schlerf (DE No. 3047)
                               919 N. Market Street, Suite 300
                               Wilmington, DE  19801
                               Telephone: (302) 654-7444
                               Facsimile: (302) 656-8920
                               jschlerf@foxrothschild.com