# ADDENDUM B



US POSTAGE $02.03 First-Class
Mailed From 78701
01/07/2015
032A 0061616629

JACKSON, SJOBERG, MCCARTHY & TOWNSEND, L.L.P.
711 WEST 7TH STREET
AUSTIN, TEXAS 78701-2785

To:

Sharon Trimble Donaldson
2610 Wineberry Dr
Katy, TX 77450