IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Energy Future Holdings Corp., et al. | : | Case No.: 14-10979 (CSS) |
| | : | Jointly Administered |
| | : | |
| Debtors. | : | Docket Nos.: 13331 |
| | : | |

## **AMENDED ORDER**

Upon consideration of the letter motion of the Tremble Family [D.I. 13331] dated July 24, 2018 and filed on July 30, 2018 (the "Tremble Family Motion"); the Court having reviewed the Tremble Family Motion, as well as *EFH Plan Administrator Board's Response to Tremble Family Letter, Dated July 24, 2018* [D.I. 13495] (the "Response"); the Court having denied the Tremble Family Motion [D.I. 13532] on September 28 2018 (the "Tremble Order"); the Court having received the *Tremble Family Response to EFH Plan Administrator Board* [D.I. 13543] (the "Tremble Reply") filed on October 3, 2018; the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), (iii) notice of the Tremble Family Motion were sufficient notice under the circumstances; and (iv) the Court has judicial power to enter a final order.

IT IS HEREBY ORDERED that:

1.      The Court entered the Tremble Order prior to having received the Tremble Reply.  However, upon receipt, the Court reviewed the Tremble Reply for additional information and arguments in support of the Tremble Family's claims.  The Court

reiterates its previous ruling that the Tremble Family Motion is DENIED for the reasons set forth in the Response, which the Court adopts in full.

    2.    All arguments in the Tremble Reply are also OVERRULED and DENIED *in toto*.

    3.    The Court retains jurisdiction over all matters arising from or related to this mended Order.

_____
Christopher S. Sontchi
Chief United States Bankruptcy Judge

Date:  October 3, 2018