# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | : Chapter 11 |
|  | : |
|  | : Case No. 14-10979 (CSS) |
| ENERGY FUTURE HOLDINGS CORP., | : (Jointly Administered) |
| *et al.*,[1] | : |
|  | : |
| Debtors. | : **Objection deadline: October 23, 2018 at 4:00 pm Eastern Time** |
|  | : **Hearing date: November 13, 2018 at 11:00 am Eastern Time** |

## AMENDED COVER SHEET FOR
## SIXTH INTERIM FEE APPLICATION OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE COUNSEL TO THE ENERGY FUTURE HOLDINGS CORP. FEE COMMITTEE FOR <u>THE PERIOD JANUARY 1, 2018 THROUGH APRIL 30, 2018</u>

| | |
|---|---|
| Name of Applicant: | Benesch, Friedlander, Coplan & Aronoff LLP |
| Authorized to Provide Professional Services to: | Energy Future Holdings Corp. Fee Committee |
| Date of Retention: | May 16, 2016 *nunc pro tunc* to April 7, 2016 |
| Period for which Compensation and Reimbursement of Expenses is Sought: | January 1, 2018 through April 30, 2018 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary: | $11,778.00 |
| Amount of Expense Reimbursement Sought As Actual, Reasonable, and Necessary: | $160.80 |
| Total Requested: | $11,938.80 |

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

## PREVIOUSLY FILED FEE STATEMENTS

| Monthly Fee Statements | | Requested | | Received | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 10/7/2016 | 4/7/2016-4/30/2016 | $6,309.50 | $0.00 | $5,047.50 | $0.00 |
| 10/7/2016 | 5/1/2016-5/31/2016 | $1,462.50 | $4.30 | $1,170.00 | $4.30 |
| 10/7/2016 | 6/1/2016-6/30/2016 | $2,640.00 | $5.00 | $2,112.00 | $5.00 |
| 10/7/2016 | 8/1/2016-8/31/2016 | $2,952.00 | $11.60 | $2,361.60 | $11.60 |
| 11/1/2016 | 9/1/2016-9/30/2016 | $4,494.50 | $8.00 | $3,595.60 | $8.00 |
| 12/1/2016 | 10/1/2016-10/31/2016 | $6,434.00 | $45.10 | $5,147.20 | $45.10 |
| 3/1/2017 | 11/1/2016-12/31/2016 | $4,649.50 | $57.70 | $4,649.50 | $57.70 |

| Interim Fee Applications | | Requested | | Received | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 2/28/2017 | 4/7/2016-8/31/2016 | $13,364.00 | $20.90 | $13,364.00 | $20.90 |
| 3/15/2017 | 9/1/2016-12/31/2016 | $15,578.00 | $110.60 | $15,578.00 | $110.60 |
| 6/16/2017 | 1/1/2017-4/30/2017 | $10,284.50 | $64.85 | $10,284.50 | $64.85 |
| 1/25/2018 | 5/1/2017-8/31/2017 | $3,655.00 | $29.00 | $0 | $0 |
| 6/20/2018 | 9/1/2017-12/31/2017 | $15,259.50 | $54.30 | $0 | $0 |

## TIMEKEEPER SUMMARY
## (January 1, 2018 through April 30, 2018)

| Name of Professional | Position with the Applicant and Number of Years in that Position | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jennifer R. Hoover, Esquire | Partner since 2012. Member of the DE Bar since 2007.  Member of the PA Bar since 2001. | $545.00 | 8.2 | $4,469.00 |
| William M. Alleman, Jr., Esquire | Associate since 2015. Member of the DE Bar since 2010. | $370.00 | 8.4 | $3,108.00 |
| Kevin M. Capuzzi, Esquire | Associate since 2015. Member of the DE Bar since 2010. | $370.00 | 5.5 | $2,035.08 |
| LouAnne Molinaro, Paralegal | Paralegal since 2017 | $285.00 | 7.6 | $2,166.00 |
| TOTAL | | | 29.7 | $11,778.00 |
| BLENDED RATE | | | | $396.57 |

11564701

**COMPENSATION BY PROJECT CATEGORY**
**(January 1, 2018 through April 30, 2018)**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Energy Future Holdings Official Fee Committee | 4.0 | $1,310.00 |
| Case Administration | 2.1 | $1,040.50 |
| Fee Applications-Others | 6.2 | $2,279.50 |
| Fee Applications-Benesch | 10.9 | $4,620.50 |
| Court Appearances | 3.7 | $1,369.00 |
| Employment Applications | .8 | $383.50 |
| Litigation | 2.0 | $775.00 |
| **Totals** | **29.7** | **$11,778.00** |

**EXPENSE SUMMARY**
**(January 1, 2018 through April 30, 2018)**

| Expense Category | Provider | Total Fees |
|---|---|---|
| Travel Ground | Roadrunner Express | $124.00 |
| Outside Professional Services | DLS Discovery | $15.00 |
| Court Research/Document Charges | Pacer | $21.80 |
| **Totals** | | **$160.80** |

*[Remainder of Page Intentionally Blank]*