IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 13497** |

## EFH PLAN ADMINISTRATOR BOARD'S RESPONSE TO "JOINT MOTION OF UMB BANK, N.A., AS INDENTURE TRUSTEE, AND ELLIOTT TO DIRECT THE EFH PLAN ADMINISTRATOR BOARD TO RELEASE AND DISTRIBUTE ALL FUNDS IN THE NEE PLAN RESERVE"

The EFH Plan Administrator Board (the "PAB") files this response (this "Response") to the *Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute All Funds in the NEE Plan Reserve*, filed September 19, 2018 [D.I. 13497] (the "Motion") filed by UMB Bank, N.A., as indenture trustee for the EFIH unsecured 11.25%/12.25% Senior Toggle Notes due 2018 and Elliott Associates, L.P., Elliott International L.P., and The Liverpool Limited Partnership (collectively, "Elliott" and, together with UMB, the "Movants") with the United States Bankruptcy Court for the District of Delaware (the "Court"). In support of this Response, the PAB respectfully submits as follows:[2]

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms used, but not defined, herein shall have the same meanings set forth in the Motion.

1

RLF1 20130948v.1

## RESPONSE

1. Seven months have passed since the EFH Effective Date and over half a billion dollars in unsecured creditor distributions remain in the EFH/EFIH Cash Distribution Account. While much of the holdback in Plan distributions is attributable to the pending EFH/EFIH Allocation Dispute, the NEE Plan Reserve also operates as a substantial holdback on Plan distributions for EFH/EFIH unsecured creditors.

2. The EFH/EFIH Debtors agreed to exercise their discretion and support the creation of the NEE Plan Reserve in connection with the Confirmation Hearing. At that time, the EFH/EFIH Debtors believed supporting the NEE Plan Reserve was in the best interests of the EFH and EFIH estates for a number of reasons, including: (a) NextEra's pending Third Circuit appeal on the Reconsideration Order and (b) the professed desire of the EFH/EFIH Debtors' key stakeholders (including the Movants) to confirm the Plan and consummate the Sempra transaction as soon as reasonably practicable, in order to terminate the debilitating interest accrual at EFIH.

3. Importantly, however, the EFH/EFIH Debtors successfully advocated for the inclusion of a safety valve provision in the Confirmation Order, allowing the Court to revisit the NEE Plan Reserve "for good cause shown"—in other words, a recognition that facts and circumstances could change (as they so often have in these chapter 11 cases) in a manner warranting a re-evaluation of the NEE Plan Reserve. Confirmation Order, ¶ 154.

4. Facts and circumstances *may* have possibly changed, warranting a re-visitation of the NEE Plan Reserve. On September 13, 2018, the Third Circuit—in a two-to-one opinion—affirmed the Reconsideration Order. *NextEra Energy, Inc. v. Elliott Assocs., L.P. (In re Energy Future Holdings Corp.)*, No. 18-1109, 2018 WL 4354741 at *12 (3d Cir. Sept. 13, 2018). On September 27, 2018, NextEra filed its petition for rehearing or rehearing *en banc* of the Third

2

Circuit's decision. *Petition for Rehearing or Rehearing En Banc*, No. 18-1109 (3d Cir. Sept. 27, 2018) (the "Rehearing Petition"). Additionally, on August 1, 2018, this Court entered an order denying and disallowing the NextEra Expense Application [D.I. 13332] (the "NextEra Expense Application Denial"). NextEra has appealed the NextEra Expense Application Denial to the District Court, which has set a briefing schedule agreed to by the parties to the appeal. *See* D.I. 23 in Civil Action No. 18-1253 (RGA) (D. Del.).

5.  Counsel to the EFH/EFIH Debtors contemplated such a change in such facts and circumstances at the time of the Confirmation Hearing, stating:

> "If the Third Circuit affirms [the Reconsideration Order] and expressly says there is no benefit to the estate. . .**and the Court denies rehearing en banc,** and they stake a cert petition on a non-circuit split issue on a final, non-appealable order, it is very hard for [the PAB] to understand how we couldn't release at least some portion of the $275 [million]."

Counsel to the EFH/EFIH Debtors, Hr'g Tr. Feb. 26, 2018, 169:20-170:5.

6.  The PAB continues to support the statements made by counsel to the EFH/EFIH Debtors at the Confirmation Hearing. For that reason, the PAB hereby supports the following modifications to the NEE Plan Reserve:

- *If the Rehearing Petition is Denied On or Before October 19, 2018.* If the Third Circuit denies the Rehearing Petition on or before the date to consider approval of the Motion (October 19, 2018), then the PAB supports the relief requested in the form of order filed along with the Motion (the "Order") and believes the Order should authorize and direct the PAB to (a) release the NEE Plan Reserve to the EFH/EFIH Cash Distribution Account sub-accounts for distributions to Holders of Allowed Unsecured Claims against EFH and EFIH and (b) to make partial Plan distributions to such Holders, in each case as soon as practicable following the date on which the Order becomes a final, non-appealable Order. Under this circumstance, releasing the entire NEE Plan Reserve is appropriate because the likelihood of NextEra prevailing in its appeal of the Reconsideration Order rests solely on its ability to obtain a favorable ruling from the Supreme Court and obtaining reversal of the NextEra Application Denial.

- *If the Rehearing Petition is Granted On or Before October 19, 2018.* If the Third Circuit grants the Rehearing Petition on or before October 19, 2018, then the PAB

3

believes the relief requested in the Order should be denied without prejudice and the Court should order a status conference to be held as soon as practicable following a decision by the Third Circuit on the merits.

- ***If the Rehearing Petition is Neither Granted Nor Denied Before October 19, 2018.*** If the Third Circuit does not rule on the Rehearing Petition before October 19, 2018, the PAB would support entry of a form of order ordering that the NEE Plan Reserve shall be released in full for the benefit of Holders of Allowed Unsecured Claims against EFH and EFIH upon the Third Circuit's denial of the Rehearing Petition (and upon the date such denial becomes a final, non-appealable order). This form of order is consistent with confirmation orders regularly entered by bankruptcy courts which include various conditions precedent to effectiveness.

*[Remainder of page intentionally left blank.]*

Dated: October 16, 2018
Wilmington, Delaware

/s/ Jason M. Madron

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:    (302) 651-7701
Email:         collins@rlf.com
                defranceschi@rlf.com
                madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:         edward.sassower@kirkland.com
                stephen.hessler@kirkland.com
                brian.schartz@kirkland.com
                aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:         james.sprayregen@kirkland.com
                marc.kieselstein@kirkland.com
                chad.husnick@kirkland.com
                steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*