UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-1109
_____

In re: ENERGY FUTURE HOLDINGS CORP., et al,
Debtors

NEXTERA ENERGY, INC.,
Appellant

_____

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
(Bankruptcy Case No. 14-10979)
Bankruptcy Judge: Honorable Christopher S. Sontchi

_____

Argued
April 19, 2018

_____

Before: GREENAWAY, JR., RENDELL, and FUENTES, *Circuit Judges*.

_____

JUDGMENT
_____

This case came to be considered on the record from the United States Bankruptcy Court for the District of Delaware pursuant to 28 U.S.C. § 158(d)(2) and was argued on April 19, 2018.  On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the Bankruptcy Court entered October 18, 2017 is AFFIRMED.  All of the above in accordance with the Opinion of this Court.  Costs are taxed against Appellant.

ATTEST:

s/ Patricia S. Dodszuweit
Clerk

Dated:  September 13, 2018

OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**




UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

September 13, 2018

Thomas M. Buchanan
Winston & Strawn
1700 K Street, N.W.
Washington, DC 20006

Eric C. Daucher
Norton Rose Fulbright
1301 Avenue of the Americas
New York, NY 10019

Daniel J. DeFranceschi
Richards Layton & Finger
920 North King Street
One Rodney Square
Wilmington, DE 19801

Jonathan R. Ference-Burke
Ropes & Gray
2009 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006

Jonathan S. Franklin
Norton Rose Fulbright
799 9th Street, N.W.
Suite 1000
Washington, DC 20001

Gregg M. Galardi
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036

Douglas Hallward-Driemeier
Ropes & Gray
2009 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006

Jason M. Madron
Richards Layton & Finger
920 North King Street
One Rodney Square
Wilmington, DE 19801

Matthew B. McGuire
Landis Rath & Cobb
919 Market Street
Suite 1800, P.O. Box 2087
Wilmington, DE 19899

Mark E. McKane
Kirkland & Ellis
555 California Street
Suite 2700
San Francisco, CA 94104

Andrew R. Rosenblatt
Norton Rose Fulbright
1301 Avenue of the Americas
New York, NY 10019

Howard Seife
Norton Rose Fulbright
1301 Avenue of the Americas
New York, NY 10019

Keith H. Wofford
Ropes & Gray
1211 Avenue of the Americas
New York, NY 10036


RE: In re: Energy Future Holdings, et al
Case Number: 18-1109
District Court Case Number: 1-17-cv-01546
District Court Case Number: 1-14-bk-10979

ENTRY OF JUDGMENT
===

Today, **September 13, 2018** the Court entered its judgment in the above-captioned matter pursuant to Fed. R. App. P. 36.

If you wish to seek review of the Court's decision, you may file a petition for rehearing. The procedures for filing a petition for rehearing are set forth in Fed. R. App. P. 35 and 40, 3rd Cir. LAR 35 and 40, and summarized below.

Time for Filing:
14 days after entry of judgment.
45 days after entry of judgment in a civil case if the United States is a party.

Form Limits:
3900 words if produced by a computer, with a certificate of compliance pursuant to Fed. R. App. P. 32(g).
15 pages if hand or type written.

Attachments:
A copy of the panel's opinion and judgment only.
Certificate of service.
Certificate of compliance if petition is produced by a computer.
No other attachments are permitted without first obtaining leave from the Court.

Unless the petition specifies that the petition seeks only panel rehearing, the petition will be construed as requesting both panel and en banc rehearing. Pursuant to Fed. R. App. P. 35(b)(3), if separate petitions for panel rehearing and rehearing en banc are submitted, they will be treated as a single document and will be subject to the form limits as set forth in Fed. R. App. P. 35(b)(2). If only panel rehearing is sought, the Court's rules do not provide for the subsequent filing of a petition for rehearing en banc in the event that the petition seeking only panel rehearing is denied.

A party who is entitled to costs pursuant to Fed.R.App.P. 39 must file an itemized and verified bill of costs within 14 days from the entry of judgment. The bill of costs must be submitted on the proper form which is available on the court's website.

A mandate will be issued at the appropriate time in accordance with the Fed. R. App. P. 41.

Please consult the Rules of the Supreme Court of the United States regarding the timing and requirements for filing a petition for writ of certiorari.

Very truly yours,


s/ Patricia S. Dodszuweit
Clerk


By: James King
Case Manager
267-299-4958