IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
In re:                                     :  Chapter 11
                                           :
Energy Future Holdings Corp., *et al.*,[1] :  Case No. 14-10979 (CSS)
                                           :
         Debtors.                          :  (Jointly Administered)
                                           :
                                           :  **Re: D.I. 13561**
                                           :
------------------------------------------------------------ X

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE     )
                      ) SS
NEW CASTLE COUNTY     )

Anthony C. Dellose, being duly sworn according to law, deposes and says that he is employed by the law firm of Landis Rath & Cobb LLP, counsel to NextEra Energy, Inc. in the above captioned bankruptcy case, and on the 16th day of October, 2018, he caused a copy of the below listed pleading to be served to the attached service list in the manner so indicated.

**Objection of NextEra Energy, Inc. to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute All Funds in the NEE Plan Reserve [D.I. 13561]**

Anthony C. Dellose

SWORN TO AND SUBSCRIBED before me this 17th day of October 2018.

Notary Public

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

{932.002-W0052573.}

**Energy Future Holdings Corp.,** *et al.*
Case No. 14-10979 (CSS)

{932.002-W0042195.}

*VIA HAND DELIVERY*
ROPES &GRAY LLP
Gregg M. Galardi
Daniel G. Egan
1211 Avenue of the Americas
New York, NY 10036-8704
*Counsel for UMB Bank, N.A., as Trustee, and Elliott*

*VIA HAND DELIVERY*
ROPES &GRAY LLP
Matthew L. McGinnis
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
*Counsel for UMB Bank, N.A., as Trustee, and Elliott*

*VIA HAND DELIVERY*
BAYARD, P.A.
Scott D. Cousins
Erin R. Fay
Evan T. Miller
600 N. King Street, Suite 400
Wilmington, DE 19801
*Counsel for UMB Bank, N.A., as Trustee, and Elliott*

*VIA HAND DELIVERY*
United States Trustee
Attn: Richard L. Schepacarter, Esq.
Attn: Andrea B. Schwartz, Esq.
844 King Street, Suite 2207
Wilmington, DE 19801