**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: D.I. 13497, 13560, 13561** |
| | ) |

**MOTION OF UMB BANK, N.A., AS INDENTURE TRUSTEE, AND ELLIOTT FOR
LEAVE TO FILE LATE REPLY TO RESPONSES REGARDING THE JOINT
MOTION TO DIRECT THE EFH PLAN ADMINISTRATOR BOARD TO RELEASE
AND DISTRIBUTE ALL FUNDS IN THE NEE PLAN RESERVE**

UMB Bank, N.A., as Indenture Trustee ("UMB") for the unsecured 11.25%/12.25%

Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The

Liverpool Limited Partnership (collectively, "Elliott" and, together with UMB, the "Movants"),

respectfully move (the "Motion for Leave") this Court for entry of an order substantially in the

form attached hereto as Exhibit A, granting the Movants leave to file the reply attached hereto as

Exhibit B (the "Reply") in further support of the *Joint Motion of UMB Bank, N.A., as Indenture*

*Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute all*

*Funds in the NEE Plan Reserve* [D.I. 13497] (the "Motion")[2] and in response to: (i) the *EFH*

*Plan Administrator Board's Response to "Joint Motion of UMB Bank, N.A., as Indenture*

*Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute all*

*Funds in the NEE Plan Reserve"* [D.I. 13560] (the "PAB Response"); and (ii) the *Objection of*

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the
debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these
chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four
digits of their federal tax identification numbers is not provided herein. A complete list of such information
may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the
Motion.

*NextEra Energy, Inc. to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute all Funds in the NEE Plan Reserve* [D.I. 13561] (the "NEE Objection" and, together with the PAB Response, the "Responses"). In support of this Motion for Leave, the Movants respectfully represent as follows:

## JURISDICTION AND VENUE

1.      This Court has jurisdiction to consider this Motion for Leave pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012. This is a core proceeding under 28 U.S.C. § 157(b). Venue in the District of Delaware is proper under 28 U.S.C. §§ 1408 and 1409.

2.      Pursuant to Rule 9013-1(f) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Movants consent to the entry of a final judgment or order with respect to this Motion for Leave if it is determined that the Court would lack Article III jurisdiction to enter such final order or judgment absent consent of the parties.

3.      The statutory and legal predicates for the relief requested herein are sections 102 and 105(a) of title 11 of the United States Code, §§ 101–1532 (as amended, the "Bankruptcy Code"), Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Local Rule 9006-1(d).

## RELEVANT BACKGROUND

4.      The relevant factual and procedural background is set forth in the Motion and the Reply, which are fully incorporated by reference as if set forth herein. In summary, the Motion seeks an order directing the PAB to release and distribute the $275 million and any accrued

interest presently being held in the NEE Plan Reserve to unsecured creditors of EFH and EFIH in accordance with the Plan.

5.      The Motion was initially scheduled to be heard on October 12, 2018 at 2:00 p.m. (ET) with objections to be filed and served on or before October 3, 2018 at 4:00 p.m. (ET).  At the request of NextEra Energy, Inc. ("NextEra"), the Court agreed to move the hearing on the Motion to October 19, 2018 and, as an accommodation to NextEra, the Movants agreed to move the deadline for filing and serving objections to the Motion to October 16, 2018 at 4:00 p.m. (the "Objection Deadline").  The Responses were filed by the Objection Deadline.

**RELIEF REQUESTED**

6.      By this Motion for Leave, the Movants seek leave to file the Reply, attached hereto as Exhibit B, in further support of the Motion and in reply to the Responses beyond the deadline provided in the Local Rules.

**BASIS FOR RELIEF REQUESTED**

7.      Local Rule 9006-1(d) provides that reply papers "shall be served so as to be received by 4:00 pm. prevailing Eastern Time the day prior to the deadline for filing the agenda." Del. Bankr. L.R. 9006-1(d).

8.      The hearing regarding the Motion is scheduled to occur on Friday, October 19, 2018 at 1:00 p.m. (ET) (the "Hearing") and the *Notice of Agenda of Matters Scheduled for Hearing on October 19, 2018 Starting at 1:00 p.m. (EDT)* was filed on October 17, 2018.  *See* D.I. 13562.

9.      Accordingly, under Local Rule 9006-1(d), the Movants' Reply was to be filed and served on or before October 16, 2018 at 4:00 p.m. (ET), the same time as the Objection Deadline for the Responses.

10.      By this Motion for Leave, the Movants seek authority to file the Reply beyond the

deadline provided in Local Rule 9006-1(d).  The Movants have worked diligently to prepare the Reply in a timely manner following the filing of the Responses and submit that the Reply will assist the Court in properly evaluating the issues raised in the Motion and the Responses.

11.     Moreover, the Movants submit that good cause and compelling circumstances exist to support leave to file the Reply because: (i) the PAB and NextEra have assented to the filing of the Reply on or before October 18, 2018 at 12:00 p.m. (ET); (ii) the Reply will assist the Court and the parties in defining, and the Court in deciding, the issues presented by the Motion and the bases for the relief requested therein; (iii) it was impracticable under the circumstances for Movants to file a Reply by the deadline otherwise set forth in Local Rule 9006-1(d) given that such deadline coincided with the Objection Deadline; and (iv) the delay in filing the Reply and this Motion for Leave is minimal under the circumstances.

## NOTICE

12.     Notice of this Motion for Leave has been provided to (a) counsel to the PAB, (b) counsel to NextEra, (c) the Office of the United States Trustee for the District of Delaware, and (d) parties entitled to receive notice in these chapter 11 cases pursuant to Bankruptcy Rule 2002.  In light of the nature of the relief requested herein, the Movants respectfully submit that no other or further notice is required.

*[Remainder of Page Intentionally Left Blank]*

## CONCLUSION

WHEREFORE, the Movants respectfully request that the Court enter an order, substantially in the form annexed hereto as Exhibit A, granting: (i) the Movants leave to file the Reply and (ii) such other and further relief as is just and proper.

Wilmington, Delaware
Date: October 18, 2018

BAYARD, P.A.

/s/ Erin R. Fay
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
600 N. King Street, Suite 400
Wilmington, Delaware  19801
Phone: (302) 655-5000
Facsimile: (302) 658-6395
Email: scousins@bayardlaw.com
        efay@bayardlaw.com

-and-

ROPES & GRAY LLP
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Email: Gregg.Galardi@ropesgray.com

*Counsel for Elliott and UMB Bank, N.A., as Trustee*