IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 1896, 12552** |

**CERTIFICATION OF COUNSEL REGARDING CLARIFICATIONS
TO THE FEE COMMITTEE STIPULATION [D.I. 12552]**

On August 21, 2014, the United States Bankruptcy Court for the District of Delaware (the "Court") entered the *Stipulation and Order Appointing a Fee Committee* [D.I. 1896] (the "Original Fee Committee Order"). Section G of the Original Fee Committee Order stated the following:

> "The Fee Committee and each Fee Committee Member are hereby indemnified by the Debtors for losses or costs of defense incurred as a result of acts taken or omitted, in each case in good faith, in the performance of their duties as a Fee Committee Member."

Original Fee Committee Order, ¶ G(2).

On February 1, 2018, the Court entered an order modifying the Original Fee Committee Order [D.I. 12552] (the "Modified Fee Committee Order"). The Modified Fee Committee Order included the exact same language set forth in Section G of the Original Fee Committee Order, in Section G(2). Modified Fee Committee Order, ¶ G(2).

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

Both the Original Fee Committee Order and the Modified Fee Committee Order required the *Debtors*[2] to indemnify the Fee Committee and each Fee Committee Member for losses or costs of defense incurred as a result of acts taken or omitted, in each case in good faith, in the performance of their duties as a Fee Committee Member. As a technical matter, following the EFH Effective Date, the "Debtors" no longer exist and the *Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* does not expressly address the assumption of indemnification obligations set forth in prior orders of the Court.

As a result, the EFH Plan Administrator Board has conferred with (a) counsel to the Fee Committee; (b) counsel to the EFH/EFIH Official Committee; and (c) the Office of the United States Trustee for the District of Delaware (the "U.S. Trustee") regarding certain limited, additional clarifications to the Modified Fee Committee Order making clear that the EFH Plan Administrator Board has assumed the indemnification obligations set forth in Section G(2) of the Original Fee Committee Order and the Modified Fee Committee Order following the EFH Effective Date. In that regard, attached hereto as **Exhibit A** is a proposed form of order (the "Proposed Order"). For the convenience of the Court and other parties-in-interest, a redline comparing the Proposed Order against the Modified Fee Committee Order is attached hereto as **Exhibit B**. The EFH Plan Administrator Board, the Fee Committee, the EFH/EFIH Official Committee, and the U.S. Trustee do not object to the entry of the Proposed Order.

---

[2] Capitalized terms used, but not otherwise defined, herein shall have the same meanings given to such terms in the Original Fee Committee Order or the Modified Fee Committee Order, as applicable.

2

The EFH Plan Administrator Board therefore respectfully requests that the Court enter the Proposed Order at its earliest convenience.[3]

*[Remainder of page intentionally left blank.]*

---

[3] The parties remain available should the Court wish to convene a teleconference to discuss the Proposed Order.

RLF1 20144675v.1

Dated: October 18, 2018
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:   (302) 651-7700
Facsimile:   (302) 651-7701
Email:       collins@rlf.com
             defranceschi@rlf.com
             madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:       edward.sassower@kirkland.com
             stephen.hessler@kirkland.com
             brian.schartz@kirkland.com
             aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:       james.sprayregen@kirkland.com
             marc.kieselstein@kirkland.com
             chad.husnick@kirkland.com
             steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

RLF1 20144675v.1