**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 13497, 13560, 13561** |
| | ) |

**ORDER GRANTING MOTION OF UMB BANK, N.A., AS INDENTURE  TRUSTEE, AND ELLIOTT FOR LEAVE TO FILE LATE REPLY TO RESPONSES REGARDING THE JOINT MOTION TO DIRECT THE EFH PLAN ADMINISTRATOR BOARD TO RELEASE AND DISTRIBUTE ALL FUNDS IN THE NEE PLAN RESERVE**

Upon the motion (the "Motion for Leave")[2] for an order authorizing the Movants to file the Reply, all as more fully set forth in the Motion for Leave; and the Court having subject matter jurisdiction to consider the Motion for Leave and grant the relief requested therein pursuant to 28 U.S.C. §§ 157(b) and 1334; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that notice of the Motion for Leave as set forth therein is sufficient, and that no other or further notice need be provided; and the Court having determined that the legal and factual bases set forth in the Motion for Leave establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1.    The Motion for Leave is GRANTED as set forth herein.

---

[1]    The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]    Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion to Shorten

2.    The Movants are authorized to file the Reply with this Court.

3.    This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.

Dated: October 19, 2018
    Wilmington, Delaware

_____
THE HONORABLE CHRISTOPHER S. SONTCHI
CHIEF UNITED STATES BANKRUPTCY JUDGE