# SIGN-IN SHEET

**CASE NAME:** Energy Future
**CASE NO:** (CSS) 14-10979
**COURTROOM LOCATION:** 6
**DATE:** 10/19/18 at 1:00 PM

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Matthew McGuire | Carolis Roth & Cobb | Western |
| Howard Seife | Norton Rose Fulbright | ↓ |
| Eric Michel | " | |
| Mark McKane | Kirkland & Ellis | Plan Administrator Board |
| Jason N. Madron | Richards Layton & Finger | " |
| Gregg Galardi | Ropes & Gray | Elliott + UMB |
| [illegible] | Bayard | " |
| Morgan Hylton | Nixon Peabody | American Stock Transfer |
| C. Naylor | Fox Rothschild | Seaport Group |
| Kevin Mann | Cross & Simon | American Stock Transfer |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

**Calendar Date:** 10/19/2018
**Calendar Time:** 01:00 PM ET

U.S. Bankruptcy Court-District of Delaware
Confirmed Telephonic Appearance Schedule
Honorable Christopher S. Sontchi
#6

2nd Revision  Oct 19 2018 6:56AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9378131 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Engery Future Holdings Corp. | 14-10979 | Hearing | 9380870 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Creditor/Claimant, Sempra Engery / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9381192 | Andrew H. Elkin | (212) 542-4756 ext. | Kasowitz, Benson & Torres LLP | Creditor, EFH / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9381179 | Andrew Glenn | (212) 506-1747 ext. | Kasowitz Benson & Torres LLP | Creditor, Farmstead Capital Management, LLC et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9352759 | ~~Brian D. Glueckstein~~ Alexa Kranzley | (212) 558-1635 ext. | Sullivan & Cromwell | Creditor, Official Committee of Unsecured Creditors / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9384433 | Taylor B. Harrison | (212) 390-7831 ext. | Mergermarket | Interested Party, Mergermarket / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9380886 | Daniel K. Hogan | (302) 656-7597 ext. | Hogan McDaniel | Interested Party, Shirley Fenicle / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9381135 | Garvan McDaniel | (302) 656-7540 ext. | Hogan McDaniel | Creditor, Farmstead Capital Management, LLC et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9383042 | Patrick Mohan | (646) 390-5739 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9381016 | David Nguyen | (212) 708-2847 ext. | Jefferies | Financial Advisor, David Nguyen / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9378496 | Morgan Nighan | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9378483 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9381208 | David Rosner | (212) 506-1726 ext. | Kasowitz Benson & Torres LLP | Client, Ad Hac Committee / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9378481 | Richard Schepacarter | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Richard Schepacarter / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9381214 | Daniel S. Shamah | (212) 326-2138 ext. | O'Melveny & Myers, LLP | Interested Party, O'Melveny & Myers, LLP / LIVE |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9384435 | Charles E. Sieving | (561) 691-7575 ext. | NextEra Energy Resources | Interested Party, NextEra Energy Resources / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9378505 | George Skelly | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9347762 | Nacif Taousse | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings, Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9369680 | Patricia J. Villareal | (214) 507-9418 ext. | Pat Villareal Law | Interested Party, Oncor Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | | 9385392 | Aparna Yenamandra | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |

Garvin McDaniel