# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., et al., [1] | Case No. 14-10979 (CSS) |
|  | Jointly Administered |
| Debtors |  |

## NOTICE OF CHANGE OF FIRM NAME

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Epiq Bankruptcy Solutions, LLC is now known as Epiq Corporate Restructuring, LLC. The firm and its associates' addresses, e-mail addresses, phone numbers, and fax numbers have not been affected by this change. Please take notice of this change and update your records accordingly.

Dated
Respectfully submitted,

EPIQ CORPORATE RESTRUCTURING, LLC
Lorri Staal, Esq.
777 Third Avenue, 12th Floor
New York, New York 10017
Telephone: (646) 282-2500
Facsimile: (646) 282-2501
Email: Lorri.Staal@epiqglobal.com

---

1. The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com