IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: D.I. 13514** |

**NOTICE OF PROOF OF SERVICE OF SUBPOENA
[SABINE RIVER AUTHORITY OF TEXAS]**

To:  John D. Demmy
     **SAUL EWING ARNSTEIN
     & LEHR LLP**
     1201 North Market Street, Suite 2300
     Wilmington, DE 19801
     Email: john.demmy@saul.com

     Mark Baggett
     **CITY ATTORNEY OF THE CITY OF DALLAS**
     General Litigation
     7BN Dallas City Hall
     1500 Marilla Street
     Dallas, TX 75201
     Email: mark.baggett@dallascityhall.com

PLEASE TAKE NOTICE that, on September 21, 2018, pursuant to rules 9014 and 9016 of the Federal Rules of Bankruptcy Procedure and rules 30(b)(6) and 45 of the Federal Rules of Civil Procedure, the undersigned co-counsel to the Reorganized TCEH Debtors[2], caused a true and

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] As such term is defined in the *First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code*, dated February 15, 2018 [Ex. A; D.I. 12763].

RLF1 20157216v.1

correct copy of a subpoena [Ex. A; D.I. 13514] (the "Subpoena") for the production of certain documents by Sabine River Authority of Texas ("Sabine") to be served on Sabine via overnight delivery. *See* Ex. D; D.I. 13549.

PLEASE TAKE FURTHER NOTICE that, on September 24, 2018, the undersigned co-counsel to the Reorganized TCEH Debtors, caused a true and correct copy of the Subpoena to be served on Sabine via personal service of process. The Reorganized TCEH Debtors shall cause a true and correct copy of the fully executed Proof of Service attached to the Subpoena to be served upon Sabine on October 22, 2018, in the form attached hereto as **Exhibit A**, by the method indicated below:

## OVERNIGHT DELIVERY

Sabine River Authority of Texas
Lake Fork Division
353 Private Road 5183
Quitman, TX 75783

*[Remainder of page intentionally left blank.]*

Dated: October 22, 2018
Wilmington, Delaware

/s/ *[signature]*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:        collins@rlf.com
              defranceschi@rlf.com
              madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:        edward.sassower@kirkland.com
              stephen.hessler@kirkland.com
              brian.schartz@kirkland.com
              aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:        james.sprayregen@kirkland.com
              marc.kieselstein@kirkland.com
              chad.husnick@kirkland.com
              steven.serajeddini@kirkland.com

-and-

Mark E. McKane, P.C. (admitted *pro hac vice*)
Michael P. Esser (admitted *pro hac vice*)
555 California Street
San Francisco, CA 94104
Telephone:   (415) 439-1400
Facsimile:    (415) 439-1500
Email:          mark.mckane@kirkland.com
                   michael.esser@kirkland.com

*Co-Counsel to the Reorganized TCEH Debtors*

4