# Exhibit A

| | | | | | | |
|---|---|---|---|---|---|---|
| JASON M. MADRON<br>RICHARDS, LAYTON & FINGER, P.A.<br>920 NORTH KING STREET  WILMINGTON, DE 19801<br>Attorney For: DEBTORS | | | | | | FOR COURT USE ONLY |
| TELEPHONE NO.: (302) 651-7550 | | | FAX NO. (Optional): | | | |
| E-MAIL ADDRESS (Optional): | | | | | | |

UNITED STATES BANKRUPTCY COURT
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , DE
BRANCH NAME: DISTRICT OF DELAWARE

Plaintiff: IN RE ENERGY FUTURE HOLDINGS CORP.
Defendant:

| | | | | | |
|---|---|---|---|---|---|
| | | | | | CASE NUMBER:<br>14-10979 |
| **PROOF OF SERVICE** | HEARING DATE:<br>10/22/2018 | DAY: | TIME:<br>12:00 pm | DEPT.: | Ref No. or File No.:<br>14356-125 |

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION
I SERVED COPIES OF THE FOLLOWING DOCUMENTS:

SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A BANKRUPTCY CASE (OR ADVERSARY PROCEEDING)

PARTY SERVED: SABINE RIVER AUTHORITY OF TEXAS, LAKE FORK DIVISION
PERSON SERVED: TROY HENRY - SUPERVISOR
DATE & TIME OF DELIVERY: 09/24/2018
12:00 pm
ADDRESS, CITY, AND STATE: 353 PRIVATE ROAD 5183
QUITMAN, TX 75783

MANNER OF SERVICE:
Personal Service - By personally delivering copies.

Fee for Service:
County:
Registration No.:
Nationwide Legal, LLC (12-234648)
859 Harrison St., STE A
San Francisco, CA 94107
(415) 351-0400
Ref: 14356-125

I declare under penalty of perjury under the laws of The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on September 24, 2018.

Signature: *(signed)*
JEREMY CASE

982(a)(23)                                        PROOF OF SERVICE

Order#: 3453831/General