# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| **ENERGY FUTURE HOLDINGS CORP.,** *et al.*,[1] | : | Case No. 14-10979 (CSS) |
| Debtors. | : | (Jointly Administered) Re: D.I. 13539, 13540, 13541, and 13546 |
| | : | Hearing date: November 13, 2018 at 11:00 a.m. Eastern Time |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS FEE ORDER

I, William M. Alleman, Jr., counsel to the Fee Committee in the above-captioned cases, hereby certify as follows:

1. On October 2, 2018, the undersigned filed the *Eleventh Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services and for Reimbursement of Expenses From January 1, 2018 Through April 30, 2018* [D.I. 13539]; the *Eleventh Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period From January 1, 2018 Through April 30, 2018* [D.I. 13540]; and the *Sixth Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period January 1, 2018 Through April 30, 2018* [D.I. 13541 and amended cover sheet D.I. 13546].

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these Chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

2.  The deadline for objections to the above-referenced interim fee applications was October 23, 2018 at 4:00 p.m. Eastern Time and no objections have been filed with the Court or received by the applicants.

3.  Attached hereto as **Exhibit A** is a Proposed Order for the allowance of the fees and expenses requested in the above-referenced fee applications.

4.  Counsel for the Debtors and the U.S. Trustee's office have reviewed the Proposed Order attached as **Exhibit A** and have no objection to its entry.

WHEREFORE, the Fee Committee respectfully requests that the Court enter the Proposed Order attached to this Certification of Counsel as **Exhibit A** at its earliest convenience.

Dated: October 24, 2018
Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

 /s/ William M. Alleman, Jr.
Jennifer R. Hoover (DE Bar No. 5111)
William M. Alleman, Jr. (DE Bar No. 5449)
222 Delaware Avenue, Suite 801
Wilmington, DE 19801
Phone: (302) 442-7010
Fax: (302) 442-7012
E-mail: jhoover@beneschlaw.com
           walleman@beneschlaw.com

-and-

Katherine Stadler, Esquire (*admitted pro hac vice*)
GODFREY & KAHN, S.C.
One East Main Street, Suite 500
P.O. Box 2719
Madison, WI 53701-2719
Telephone: (608) 257-3911
Facsimile: (608) 257-0609
E-mail: kstadler@gklaw.com

*Attorneys for the Fee Committee*

19684573.1