## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>) (Jointly Administered)<br>)<br>)<br>) **Re: D.I. 13497**<br>) |

### CERTIFICATION OF COUNSEL REGARDING ORDER GRANTING JOINT MOTION OF UMB BANK, N.A., AS INDENTURE TRUSTEE, AND ELLIOTT TO DIRECT THE EFH PLAN ADMINISTRATOR BOARD TO RELEASE AND DISTRIBUTE ALL FUNDS IN THE NEE PLAN RESERVE

I, Erin R. Fay, co-counsel for UMB Bank, N.A., as Indenture Trustee (the "Trustee") for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott," and together with the Trustee, the "Movants"), hereby certify and state as follows regarding the *Order Granting Joint Motion Of UMB Bank, N.A., As Indenture Trustee, And Elliott To Direct The EFH Plan Administrator Board To Release And Distribute All Funds In The NEE Plan Reserve* (the "Proposed Order") attached hereto as Exhibit A:

1.      On September 19, 2018, the Movants filed the *Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute all Funds in the NEE Plan Reserve* [D.I. 13497] ("Motion").[2]

2.      On October 16, 2018, the PAB filed a response to the Motion and NextEra

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Energy, Inc. ("NextEra") filed an objection to the Motion [D.I. 13561].  On October 18, 2018, the Movants filed a reply in support of the Motion [D.I. 13570].

3.      On October 19, 2018, the Court held a hearing on the Motion.  Following argument of the parties, the Court directed that, in the event the United States Court of Appeals for the Third Circuit (the "Third Circuit") entered an order denying the petition for rehearing filed by NextEra, the Court would grant the Motion and enter an order eliminating the NEE Plan Reserve, such order to be effective fourteen (14) days after its entry.

4.      On October 24, 2018, the Third Circuit entered an order denying NextEra's petition for rehearing.

5.      The Movants circulated the Proposed Order, which Movants believe is consistent with the Court's instructions at the October 19, 2018 hearing, to counsel to NextEra and the PAB.  The Movants and the PAB have agreed to the Proposed Order.  NextEra has represented that it does not consent to paragraph 5 of the form of the Proposed Order and that NextEra will submit its own proposed form of order.

WHEREFORE, the Movants respectfully request that the Court enter the Proposed Order at its earliest convenience.

Date: October 24, 2018
      Wilmington, Delaware        BAYARD, P.A.

*/s/ Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
600 N. King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
Facsimile: (302) 658-6395
scousins@bayardlaw.com
efay@bayardlaw.com

–and–

ROPES & GRAY LLP
Gregg M. Galardi
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile: (212) 596-9090
Gregg.Galardi@ropesgray.com

*Counsel to the Movants*

## EXHIBIT A

**(Proposed Order)**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re | ) Chapter 11 |
|  | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
|  | ) |
| *Debtors.* | ) (Jointly Administered) |
|  | ) |
|  | ) **Re: D.I. 13497** |

**ORDER GRANTING JOINT MOTION OF UMB BANK, N.A., AS INDENTURE
TRUSTEE, AND ELLIOTT TO DIRECT THE EFH PLAN ADMINISTRATOR BOARD
TO RELEASE AND DISTRIBUTE ALL FUNDS IN THE NEE PLAN RESERVE**

Upon the motion (the "Motion")[2] of UMB Bank, N.A., as Indenture Trustee (the "UMB")

for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P.,

Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott" and,

together with UMB, the "Movants") for entry of an order authorizing and directing the PAB to

release the full amount of the NEE Plan Reserve and distribute such funds to unsecured creditors

in accordance with the Plan; and the Court having jurisdiction to consider the Motion and the

relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and consideration of the Motion

and the relief requested therein being a core proceeding pursuant to 28 U.S.C. §157(b); and due

and adequate notice of the Motion having been given under the circumstances, and no other or

further notice need be given; and a hearing having been held on October 19, 2018 to consider the

relief requested in the Motion (the "Hearing"); and the United States Court of Appeals for the

Third Circuit (the "Third Circuit") having entered an order on October 24, 2018 denying the

---

[1]   The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810.  The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201.  Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein.  A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2]   Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

*Petition for Rehearing or Rehearing En Banc* filed by NextEra Energy, Inc. in Case No. 18-1109 pending in the Third Circuit; and, after due deliberation and for the reasons set forth at the Hearing, the Court having found that good cause exists for the relief requested in the Motion,

**IT IS HEREBY ORDERED THAT**:

1.      The Motion is GRANTED as set forth herein.

2.      Paragraph 150 of the *Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12763] (the "Confirmation Order") shall not be binding on the PAB or any other party-in-interest.

3.      The PAB and the Disbursing Agents, as applicable, are authorized and directed to make distributions to Holders of Allowed Claims in Classes A4-A11, B5, and B6 in accordance with the terms of the Plan (the "Initial Distribution"); *provided*, *however*, that such distribution shall not (a) include funds attributable to the E-Side Committee Professional Fee Claims, the Debtors' Professional Fee Claims, and the Elliott Substantial Contribution Claim (each as defined in [D.I. 13102]) (the "EFH/EFIH Allocation Dispute") and (b) include the Cash at EFH or EFIH, as applicable, necessary to satisfy all Allowed Administrative Claims against EFIH (if any), Allowed Priority Claims against EFIH (if any), Allowed Administrative Claims against EFH (if any), and Allowed Priority Claims against EFH (if any), as applicable.

4.      The PAB shall (a) provide to counsel for the Movants and the EFH Notes Trustee, on a professionals' eyes only basis, the amount of the Initial Distribution to Holders of Allowed Claims in Classes A4-A11 (in the aggregate) and Classes B5 and B6 (in the aggregate) prior to making the Initial Distribution and (b) be authorized and directed to make a second distribution

to such Holders following entry of an order that has not been stayed resolving the EFH/EFIH

Allocation Dispute.

     5.     This Order shall be effective on the date that is fourteen (14) days after the date of

its entry.

     6.     This Court shall retain jurisdiction to hear and determine all matters arising from

or related to the implementation, interpretation, or enforcement of this Order.


Dated: _____, 2018
      Wilmington, Delaware

              _____
              HONORABLE CHRISTOPHER S. SONTCHI
              CHIEF UNITED STATES BANKRUPTCY JUDGE