## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS ) CORP., *et al.*,[1] ) | Bankruptcy Case No. 14-10979 (CSS) |
| *Debtors.* ) ) ) ) ) | (Jointly Administered) |
| | Re: D.I. 13497, 13560, 13561 |

### CERTIFICATION OF COUNSEL

I, Matthew B. McGuire, co-counsel to NextEra Energy, Inc. ("NextEra") in the above-captioned cases, hereby certify and state as follows:

1. On September 19, 2018, Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott") and UMB Bank, N.A., as Indenture Trustee, ("UMB") filed the *Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute all Funds in the NEE Plan Reserve* [D.I. 13497].

2. During a hearing held on October 19, 2018, the Court ruled, over NextEra's objection, that it would eliminate the NEE Plan Reserve in its entirety if the United States Court of Appeals for the Third Circuit were to issue an order denying NextEra's petition for a rehearing in Third Circuit case number 18-1109, and that Elliott would be permitted at that time to submit an order under certification of counsel to that effect.

3. On October 24, 2018, the Third Circuit denied NextEra's petition for a rehearing.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

-2-

4.  Counsel for NextEra, counsel for Elliott and UMB, and counsel for the EFH Plan Administrator Board thereafter exchanged proposals regarding a form of order, but were unable to agree on a form of order that was acceptable to all parties. Thereafter, Elliott and UMB submitted their proposed form of order under certification of counsel, acknowledging that it was supported by Elliott, UMB, and the EFH Plan Administrator Board, but not supported by NextEra.

5.  Attached as Exhibit A hereto is a copy of the form of order that NextEra believes is appropriate in light of this Court's October 19, 2018 oral ruling.

6.  Attached as Exhibit B hereto is a redline comparison of NextEra's proposed form of order against the proposed order submitted by Elliott and UMB.

7.  Accordingly, NextEra respectfully requests that the Court enter NextEra's proposed form of order at its earliest convenience.

Dated: October 24, 2018
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email:  landis@lrclaw.com
        mcguire@lrclaw.com

– and –

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: howard.seife@nortonrosefulbright.com

Robin Ball (admitted *pro hac vice*)
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
Email: robin.ball@nortonrosefulbright.com

*Counsel to NextEra Energy, Inc.*