# EXHIBIT 1

| Applicant | Compensation Period | Interim Fees Requested | Interim Expenses Requested | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|
| Richard Gitlin, individually and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee [D.I. 13539] | 01/01/2018 – 04/30/2018 | $160,000.00 | $3,101.43 | $160,000.00 | $3,101.43 |
| Godfrey & Kahn, S.C., Counsel to the Fee Committee [D.I. 13540] | 01/01/2018 – 04/30/2018 | $640,000.00 | $17,864.20 | $640,000.00 | $17,864.20 |
| Benesch, Friedlander, Coplan & Aronoff LLP, Delaware Counsel to the Fee Committee [D.I. 13541 and amended cover sheet D.I. 13546] | 01/01/2018 – 04/30/2018 | $11,778.00 | $160.80 | $11,778.00 | $160.80 |