**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) ) | Case No. 14-10979 (CSS) |
| Debtors.[1] | ) ) ) ) | (Jointly Administered) |

## NOTICE OF *TELEPHONIC ONLY* HEARING

PLEASE TAKE NOTICE that, the United States Bankruptcy Court for the District of Delaware (the "Court") shall hold a *telephonic only* hearing in the above-captioned chapter 11 cases to deliver its bench ruling with respect to the matters litigated in connection with the *Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors*, filed on May 13, 2018 [D.I. 13102] by Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership and UMB Bank, N.A., as Indenture Trustee (with written findings of fact and conclusions of law to be entered by the Court at a later date) before The Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge, at the Court on **Friday, October 26, 2018 starting at 2:00 p.m.** (**Eastern Daylight Time**) (the "Telephonic Hearing").

PLEASE TAKE FURTHER NOTICE that, notwithstanding anything to the contrary set forth in the *Instructions for Telephonic Appearances Effective January 5, 2005, Revised May 11, 2018*, at the direction of Chambers, all parties wishing to appear at the Telephonic Hearing must contact CourtCall via telephone (for callers calling from within the United States of America: 866-

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

582-6878; for callers calling from outside of the United States of America:  310-743-1886) or facsimile (for parties sending facsimiles from within the United States of America:  866-533-2946; for parties sending facsimiles from outside of the United States of America:  310-743-1850) **at any time prior to the commencement of the Telephonic Hearing** to register their telephonic appearances.

[*Remainder of page intentionally left blank.*]

Dated: October 26, 2018
    Wilmington, Delaware

*/s/ Jason M. Madron*

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:  (302) 651-7700
Facsimile:  (302) 651-7701
Email:  collins@rlf.com
    defranceschi@rlf.com
    madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  edward.sassower@kirkland.com
    stephen.hessler@kirkland.com
    brian.schartz@kirkland.com
    aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:  james.sprayregen@kirkland.com
    marc.kieselstein@kirkland.com
    steven.serajeddini@kirkland.com

-and-

        Mark E. McKane, P.C. (admitted *pro hac vice*)
        Michael P. Esser (admitted *pro hac vice*)
        555 California Street
        San Francisco, CA 94104
        Telephone:    (415) 439-1400
        Facsimile:     (415) 439-1500
        Email:         mark.mckane@kirkland.com
                          michael.esser@kirkland.com

        *Co-Counsel to the EFH Plan Administrator Board*