# Court Conference

**Calendar Date:** 10/26/2018
**Calendar Time:** 02:00 PM ET

## U.S. Bankruptcy Court-District of Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Christopher S. Sontchi
#6

Amended Calendar   Oct 26 2018 10:27AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Appearing | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400198 | Arlene R. Alves | (212) 574-1204 ext. | Seward & Kissel LLP | Creditor/Claimant, Wilmington Trust as TCEH First Lien Agent / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400064 | Sam N. Ashuraey | (212) 596-9340 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LISTEN ONLY |
| | | Engery Future Holdings Corp. | 14-10979 | Hearing | 9400189 | Matthew C. Brown | (305) 995-5250 ext. | White & Case LLP | Creditor/Claimant, Sempra Engery / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400165 | Alix Brozman | (646) 213-7400 ext. | Reorg Research, Inc. | Interested Party, Reorg Research, Inc. / LISTEN ONLY |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400090 | Eric C. Daucher | (212) 408-5405 ext. | Norton Rose Fulbright US LLP | Interested Party, Nextera Energy / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400158 | Daniel DeFranceschi | (302) 651-7700 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400133 | Andrew H. Elkin | (212) 542-4756 ext. | Kasowitz, Benson & Torres LLP | Creditor, EFH / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400067 | Christopher Esbrook | (312) 319-7680 ext. | Esbrook Law | Interested Party, Paul Keglevic and Anthony Horton / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400065 | Erin Fay | (302) 429-4253 ext. | Bayard P.A. | Interested Party, Elliott Funds L.P. et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400059 | Gregg M. Galardi | (212) 596-9139 ext. | Ropes & Gray LLP | Creditor, Elliott Management Corporation / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400147 | Andrew Glenn | (212) 506-1747 ext. | Kasowitz Benson & Torres LLP | Creditor, Farmstead Capital Management, LLC et al / LIVE |
| | | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400145 | Brian D. Glueckstein | (212) 558-1635 ext. | Sullivan & Cromwell | Creditor, Official Committee of Unsecured Creditors / LIVE |

| Peggy Drasal ext. 802 | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400330 | Chad J. Husnick | (312) 862-2009 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400138 | Marc Kieselstein | (312) 862-3029 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400066 | Scott J. Leonhardt | (302) 777-1111 ext. | The Rosner Law Group LLC | Interested Party, Paul Keglevic and Anthony Horton / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400161 | Jason M. Madron | (302) 651-7793 ext. | Richards, Layton & Finger, P.A. | Debtor, Energy Future Holdings Corp. / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400131 | Garvan McDaniel | (302) 656-7540 ext. | Hogan McDaniel | Creditor, Farmstead Capital Management, LLC et al / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400062 | Matthew L. McGinnis | (617) 951-7567 ext. 00 | Ropes & Gray, LLP | Creditor, Elliott Management Corp. / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400149 | Mark E. McKane | (415) 439-1400 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400396 | Stephen Miller | (302) 888-6800 ext. | Morris James LLP | Interested Party, Law Debenture Trust Company of New York / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400068 | Richard Pedone | (617) 345-6139 ext. | Nixon Peabody LLP | Creditor, American Stock Transfer / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400446 | Rachael Ringer | (212) 715-9506 ext. | Kramer Levin Naftalis & Frankel LLP | Trustee, Computer Share / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400157 | David Rosner | (212) 506-1726 ext. | Kasowitz Benson & Torres LLP | Client, Ad Hac Committee / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400209 | Richard Schepacarter | (302) 573-6491 ext. | Office of the United States Trustee | U.S. Trustee, Richard Schepacarter / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400610 | Jeffrey M. Schlerf | (302) 622-4212 ext. | Fox Rothschild LLP | Creditor, Sempra Energy / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400166 | Michael C. Scott | (201) 493-3999 ext. | Farmstead Capital Management | Interested Party, Michael C. Scott / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400162 | Daniel S. Shamah | (212) 326-2138 ext. | O'Melveny & Myers, LLP | Interested Party, O'Melveny & Myers, LLP / LIVE |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400403 | Charles E. Sieving | (561) 691-7575 ext. | NextEra Energy Resources | Interested Party, NextEra Energy Resources / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400194 | Christopher P. Simon | (302) 777-4200 ext. | Cross & Simon, LLC | Creditor, American Stock Transfer & Trust Company / LISTEN ONLY |
| | Energy Future Holdings Corp. | 14-10979 | Hearing | 9400186 | Jessica Steinhagen | (212) 588-8890 ext. | Reorg Research, Inc. | Interested Party, Reorg Research / LISTEN ONLY |

| | | | | | |
|---|---|---|---|---|---|
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9400164 | McClain Thompson | (415) 439-1864 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9400213 | Patricia J. Villareal | (214) 507-9418 ext. | Pat Villareal Law | Interested Party, Oncor Electric / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9400248 | Brady C. Williamson | (608) 284-2642 ext. | Godfrey & Kahn, S.C. | Interested Party, Fee Committee Counsel / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9400445 | Jamila Willis | (212) 335-4969 ext. | DLA Piper US, LLP | Interested Party, DLA Piper US, LLP / LISTEN ONLY |
| Energy Future Holdings Corp. | 14-10979 | Hearing | 9400153 | Aparna Yenamandra | (212) 446-4800 ext. | Kirkland & Ellis LLP | Debtor, Energy Future Holdings Corp. / LIVE |