## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: <u>Energy Future Holdings Corp.</u>     Bank: <u>Citibank, N.A.</u>

Bankruptcy Number: <u>14-10979</u>     Account Number: <u>xxxx2464-xxxxxxxx0768</u>

Date of Confirmation: <u>2/27/18</u>     Account Type: <u>Escrow - Checking</u>

Reporting Period (month/year): <u>Q3 2018 – 7/1/2018 - 9/30/2018</u>

| | |
|---|---:|
| Beginning Cash Balance | <u>$ 208,940,563.81</u> |

All receipts received by the debtor:

| | |
|---|---:|
| Cash Sales (interest on cash balances): | <u>$869,783.83</u> |
| Collection of Accounts Receivable (net in payables): | <u>$ 10,492.97</u> |
| Proceeds from Litigation (settlement or otherwise): | <u>$ 0.00</u> |
| Sale of Debtor's Assets: | <u>$ 0.00</u> |
| Capital Infusion pursuant to the Plan: | <u>$ 0.00</u> |
| Total of cash received: | <u>$ 880,276.80</u> |
| Total of cash available: | <u>$ 209,820,840.61</u> |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---:|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | <u>$ 581,631.41</u> |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | <u>$1,387,372.98</u> |
| All other disbursements made in the ordinary course: | <u>$ 23,708.09</u> |
| Total Disbursements | <u>$ 1,992,712.48</u> |
| Ending Cash Balance | <u>$ 207,828,128.13</u> |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

<u>10/31/2018</u>     <u>Anthony R. Horton – Plan Administrator Board</u>
Date     Name/Title  *[signature]*

Debtor: <u>Energy Future Holdings Corp.</u>
Case Number: <u>14-10979</u>

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: <u>Energy Future Intermediate Holding Company LLC</u>    Bank: <u>Citibank, N.A.</u>

Bankruptcy Number: <u>14-11008</u>    Account Number: <u>xxxx2464-xxxxxxxx9768</u>

Date of Confirmation: <u>2/27/18</u>    Account Type: <u>Escrow - Checking</u>

Reporting Period (month/year): <u>Q3 2018 – 7/1/2018 - 9/30/2018</u>

| | |
|---|---|
| Beginning Cash Balance | $ 360,211,749.47 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales (interest on cash balances): | $ 1,500,042.52 |
| Collection of Accounts Receivable: | $ 0.00 |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 |
| Sale of Debtor's Assets: | $ 0.00 |
| Capital Infusion pursuant to the Plan: | $ 0.00 |
| Total of cash received: | $ 1,500,042.52 |
| Total of cash available: | $ 361,711,791.99 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 39,279.19 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $1,839,068.39 |
| All other disbursements made in the ordinary course: | $ 19,517.95 |
| Total Disbursements | $ 1,897,865.53 |
| Ending Cash Balance | $ 359,813,926.46 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

<u>10/31/2018</u>    <u>Anthony R. Horton – Plan Administrator Board</u>
Date    Name/Title  *[signature]*

Debtor: <u>Energy Future Intermediate Holding Company LLC</u>
Case Number: <u>14-11008</u>

RLF1 3255743v.1

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Energy Future Holdings Corp.        Bank: Citibank, N.A.

Bankruptcy Number: 14-10979        Account Number: xxxx2464-xxxxxxxx5768

Date of Confirmation: 2/27/18        Account Type: Professional Fees Escrow - Checking

Reporting Period (month/year): Q3 2018 – 7/1/2018 - 9/30/2018

| | | |
|---|---|---|
| Beginning Cash Balance | | $ 17,946,649.81 |

All receipts received by the debtor:

| | | |
|---|---|---|
| Cash Sales (interest on cash balances): | $ 75,054.11 | |
| Collection of Accounts Receivable: | $ 0.00 | |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 | |
| Sale of Debtor's Assets: | $ 0.00 | |
| Capital Infusion pursuant to the Plan: | $ 0.00 | |
| Total of cash received: | $ 75,054.11 | |
| Total of cash available: | | $ 18,021,703.92 |

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | | |
|---|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0.00 | |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $ 46,002.00 | |
| All other disbursements made in the ordinary course: | $ 0.00 | |
| Total Disbursements | | $ 46,002.00 |
| Ending Cash Balance | | $ 17,975,701.92 |

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/31/2018        Anthony R. Horton – Plan Administrator Board
Date              Name/Title  _Anthy K Hutn/ PA B_

Debtor: Energy Future Holdings Corp.
Case Number: 14-10979

RLF1 3255743v.1

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Energy Future Intermediate Holding Company LLC    Bank: Citibank, N.A.

Bankruptcy Number: 14-11008    Account Number: xxxx2464-xxxxxxxx4768

Date of Confirmation: 2/27/18    Account Type: Professional Fees Escrow - Checking

Reporting Period (month/year): Q3 2018 – 7/1/2018 - 9/30/2018

| | | |
|---|---|---|
| Beginning Cash Balance | | $ 41,856,985.64 |

All receipts received by the debtor:

| | |
|---|---|
| Cash Sales: | $ 174,351.90 |
| Collection of Accounts Receivable: | $ 0.00 |
| Proceeds from Litigation (settlement or otherwise): | $ 0.00 |
| Sale of Debtor's Assets: | $ 0.00 |
| Capital Infusion pursuant to the Plan: | $ 0.00 |
| Total of cash received: | $ 174,054.90 |

Total of cash available: $ 42,031,337.54

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

| | |
|---|---|
| Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals: | $ 0.00 |
| Disbursements made pursuant to the administrative claims of bankruptcy professionals: | $18,567.85 |
| All other disbursements made in the ordinary course: | $ 0.00 |
| Total Disbursements | $ 18,567.85 |

Ending Cash Balance    $ 42,012,769.69

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

10/31/2018              Anthony R. Horton – Plan Administrator Board
Date                    Name/Title   _A Horton /PAB_

Debtor: Energy Future Intermediate Holding Company LLC
Case Number: 14-11008

RLF1 3255743v.1

| ASSETS | September 30, 2018 |
|---|---|
| Cash (Unrestricted) | 627,630,526.20 |
| Cash (Restricted) | |
| Accounts Receivable (Net) (accrued interest on cash balances) | 797,226.86 |
| Inventory | |
| Notes Receivable | |
| Prepaid Expenses | |
| Other (Attach List) – Investments in nonqualified benefit plan trusts | 28,882,197.57 |
| Total Current Assets | 657,309,950.63 |
| **Property, Plant & Equipment** | |
| Real Property & Improvements | |
| Machinery & Equipment | |
| Furniture, fixtures & Office Equipment | |
| Vehicles | |
| Leasehold Improvements | |
| Less: Accumulated Depreciation/Depletion | |
| Total Property, Plant & Equipment | |
| Due from Affiliates & Insiders | |
| Other (Attach List) | |
| Total Assets | 657,309,950.63 |
| **Liabilities Not Subject to Compromise (Post-petition Liabilities)** | |
| Accounts Payable (Includes 503B fees) | 43,346,549.21 |
| Taxes Payable | |
| Notes Payable | |
| Professional Fees | 59,685,812.33 |
| Secured Debt | |
| Due to Affiliates & Insiders | |
| Other (Attach List) – current employee benefit liabilities | 1,081,226.92 |
| Total Post-petition Liabilities | 104,113,588.46 |
| **Liabilities Subject to Compromise (Pre-petition Liabilities)** | |
| Secured Debt - Per Plan | |
| Priority Debt - Per Plan | |
| Unsecured Debt - Per Plan (includes $99,388,458.52 interest) | 1,909,804,165.91 |
| Other (Attach List) - Per Plan[1] | 726,596,114.39 |
| Total Pre-petition Liabilities | 2,636,400,280.30 |
| Total Liabilities | 2,740,513,868.76 |
| **Equity** | |
| Common Stock | |
| Retained Earnings (Deficit) | |
| Total Equity (Deficit) | |
| Total Liabilities & Owners' Equity | |

[1] Includes $700,000,000 settlement with prior affiliate, $26,459,756.32 nonqualified benefit plan liabilities and $136,358.07 prepetition miscellaneous accounts payable.

RLF1 3255743v.1