UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 18-1109

_____

In re:  ENERGY FUTURE HOLDINGS CORP., et al,
Debtors

NEXTERA ENERGY, INC.,
Appellant

_____

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE
(Bankruptcy Case No. 14-10979)
Bankruptcy Judge: Honorable Christopher S. Sontchi

_____

Argued
April 19, 2018

_____

Before: GREENAWAY, JR., RENDELL, and FUENTES, *Circuit Judges*.

_____

JUDGMENT

_____

This case came to be considered on the record from the United States Bankruptcy Court for the District of Delaware pursuant to 28 U.S.C. § 158(d)(2) and was argued on April 19, 2018.  On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the order of the Bankruptcy Court entered October 18, 2017 is AFFIRMED.  All of the above in accordance with the Opinion of this Court. Costs are taxed against Appellant.

ATTEST:


s/ Patricia S. Dodszuweit
Clerk

Dated:  September 13, 2018

Certified as a true copy and issued in lieu of a formal mandate on _____11/01/2018_____

Teste: *Patricia S. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**