OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**

UNITED STATES COURT OF APPEALS
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



November 1, 2018

John A. Cerino
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

RE: In re: Energy Future Holdings, et al
Case Number: 18-1109
District Court Case Number: 1-17-cv-01546
District Court Case Number: 1-14-bk-10979

Dear District Court Clerk,
Enclosed herewith is the certified judgment together with copy of the opinion in the above-captioned case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,

s/ Patricia S. Dodszuweit
Clerk

By: James King
Case Manager
267-299-4958

cc:   Thomas M. Buchanan
      Eric C. Daucher

Daniel J. DeFranceschi
Jonathan R. Ference-Burke
Jonathan S. Franklin
Gregg M. Galardi
Douglas Hallward-Driemeier
Jason M. Madron
Matthew B. McGuire
Mark E. McKane
Andrew R. Rosenblatt
Howard Seife
Keith H. Wofford