**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>ENERGY FUTURE HOLDINGS CORP., *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 14-10979 (CSS)<br>) (Jointly Administered)<br>)<br>)<br>) **Re: D.I. 13102, 13599**<br>) |

**CERTIFICATION OF COUNSEL REGARDING ORDER FIXING**
**APPROPRIATE ALLOCATION OF CERTAIN RESERVES**
**AND EXPENSES AS BETWEEN THE EFH AND EFIH DEBTORS**

I, Erin R. Fay, co-counsel for UMB Bank, N.A., as Indenture Trustee (the "Trustee") for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "Elliott," and together with the Trustee, the "Movants"), hereby certify and state as follows regarding the *Order Fixing Appropriate Allocation Of Certain Reserves And Expenses As Between The EFH And EFIH Debtors* (the "Proposed Order") attached hereto as Exhibit A:

1. On May 13, 2018, the Movants filed the *Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13102] ("Allocation Motion").

2. On August 30, 2018, the Movants, the PAB,[2] the Ad Hoc EFH Claimants, and the EFH Trustee filed final written submissions in connection with the Allocation Motion [D.I.

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the Debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, a complete list of the Debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the Debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the *Findings of Fact and Conclusions of Law on Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors* [D.I. 13599].

{BAY:03386327v1}

13413, 13416, 13415, 13417].

3.     On September 5-7, 2018, the Court held a three-day evidentiary hearing on the merits of the Allocation Motion.

4.     On October 31, 2018, the Court issued its findings of fact and conclusions of law with regard to the Allocation Motion and therein directed that the parties submit an order under certification of counsel. *See* D.I. 13599.

5.     Counsel to the Movants, the PAB, the Ad Hoc EFH Claimants, and the EFH Trustee have reviewed the Proposed Order and approved the Proposed Order as to form.

WHEREFORE, the Movants respectfully request that the Court enter the Proposed Order at its earliest convenience.

Date: November 5, 2018
      Wilmington, Delaware                    BAYARD, P.A.

                                              */s/ Erin R. Fay*
                                              Scott D. Cousins (No. 3079)
                                              Erin R. Fay (No. 5268)
                                              600 N. King Street, Suite 400
                                              Wilmington, DE 19801
                                              Telephone: (302) 655-5000
                                              Facsimile: (302) 658-6395
                                              scousins@bayardlaw.com
                                              efay@bayardlaw.com

                                              –and–

                                              ROPES & GRAY LLP
                                              Gregg M. Galardi
                                              1211 Avenue of the Americas
                                              New York, NY 10036-8704
                                              Telephone: (212) 596-9000
                                              Facsimile: (212) 596-9090
                                              Gregg.Galardi@ropesgray.com

                                              *Counsel to the Movants*