# **<u>Exhibit 1</u>**

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)
**Interim Fee Applications**

| | Applicant | Compensation Period | Interim Fees Requested | Fee Committee's Fee Adjustments | Interim Expenses Requested | Fee Committee's Expense Adjustments | Interim Fees Approved | Interim Expenses Approved |
|---|---|---|---|---|---|---|---|---|
| 1 | Guggenheim Securities LLC [D.I. 11345] | 01/01 - 4/30/2017 | PREVIOUSLY | APPROVED | $50,420.50 | $0.00 | | $50,420.50 |
| 2 | Guggenheim Securities LLC [D.I. 11972] | 05/01 - 08/31/2017 | PREVIOUSLY | APPROVED | $17,250.05 | $0.00 | | $17,250.05 |
| 3 | Guggenheim Securities LLC [D.I. 12647] | 09/01 - 12/31/2017 | PREVIOUSLY | APPROVED | $24,200.50 | $0.00 | | $24,200.50 |
| 4 | Guggenheim Securities LLC [D.I. 12997] | 01/01 - 03/09/2018 | $5,832,123.66 | $0.00 | $32,089.50 | $0.00 | $5,832,123.66 | $32,089.50 |
| 5 | SOLIC Capital Advisors [D.I. 12960] | 01/01 - 03/09/2018 | $72,689.00 | $6,950.00 | $0.00 | $0.00 | $65,739.00 | $0.00 |

18828623.1