IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| ENERGY FUTURE HOLDINGS CORP., *et al.*, | ) Case No. 14-10979 (CSS) |
| Debtors.[1] | ) (Jointly Administered) |

**OMNIBUS ORDER AWARDING FINAL COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES**

This matter coming before the Court on the requests for fees for final allowance of certain fees for services rendered, including holdbacks, and reimbursement of expenses incurred, as described on **Exhibit 1** hereto (the "**Substantial Contribution Fee Requests**") in accordance with the *Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code* [D.I. 12763] (the "**Confirmation Order**") and the *Order Allowing Administrative Expense Claim for Fidelity Management & Research Company's Substantial Contribution Pursuant to Sections 503(b)(3)(D) and 503(b)(4) of the Bankruptcy Code* [D.I. 11050] (the "**Fidelity Substantial Contribution Order**"), pursuant to sections 503(b)(3), (4), or (5) of the Bankruptcy Code, 11 U.S.C. §§ 101-1532, which Substantial Contribution Fee Requests were submitted in accordance with the Confirmation Order, the Fidelity Substantial Contribution Order, and the Order and the *Stipulation and Order Approving a Fee Committee* [D.I. 1896] (the "**Fee**

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, which are being jointly administered on a final basis, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

**Committee Order");**[2] and the Court having reviewed the omnibus report filed by the Fee Committee (as such term is defined in the Fee Committee Order) with respect to each of the Substantial Contribution Fee Requests (*see* D.I. ____); and the Fee Committee and requesting creditor groups (the "**Requesting Creditors**")[3] having engaged in discussions regarding the Substantial Contribution Fee Requests, in accordance with the Confirmation Order and the Fidelity Substantial Contribution Order, and determined that certain negotiated reductions (which included agreed fixed-percentage reductions) in the amount of such fees and expenses requested are the most expeditious means of resolving any objections by the Fee Committee thereto; and the Court finding that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the Substantial Contribution Fee Requests and the hearing thereon was adequate under the circumstances; and (c) all parties with notice of the Substantial Contribution Fee Requests have been afforded the opportunity to be heard on the Substantial Contribution Fee Requests, and no objections having been filed; now therefore

IT IS HEREBY ORDERED THAT:

1. The Substantial Contribution Fee Requests are GRANTED on a final basis in the amounts set forth on **Exhibit 1** hereto.

2. Each Requesting Creditor is allowed, as reasonable fees and actual and necessary expenses, (a) final compensation for services rendered during the period subject to its Substantial Contribution Fee Request in the amount of the Fees Approved with respect to such Requesting Creditor as set forth on **Exhibit 1** hereto and (b) final reimbursement for expenses

---

[2] Superseded by *Order Amending Stipulation and Order Appointing Fee Committee and Granting Related Relief* [D.I. 12552] and *Further Amended Stipulation and Order Appointing a Fee Committee* [D.I. 13574] (together, the "**Amended Fee Committee Order**").

[3] The three Requesting Creditors are: 1. Fidelity Management & Research Company; 2. American Stock Transfer & Trust Company, LLC, in its capacity as indenture trustee under the EFH Note Indentures; and 3. Elliott Associates, L.P,. Elliott International, L.P., and The Liverpool Limited Partnership.

incurred during such period in the amount of the Expenses Approved with respect to such Requesting Creditor as set forth on **Exhibit 1** hereto.

3. To the extent not already paid pursuant to the Confirmation Order or the Fidelity Substantial Contribution Order, the EFH Plan Administrator Board is hereby authorized and directed to pay each Requesting Creditor, by wire transfer to an account specified by each Requesting Creditor, 100 percent of the Fees Approved and 100 percent of the Expenses Approved with respect to such Requesting Creditor as set forth on **Exhibit 1** hereto.

Dated: November 6, 2018
Wilmington, Delaware

THE HONORABLE CHRISTOPHER S. SONTCHI
UNITED STATES BANKRUPTCY JUDGE

19734361.1