# **Exhibit 1**

Energy Future Holdings
Substantial Contribution Fee Requests/Pursuant to Court Order
Recommended for Court Approval

### Fidelity 503(b) Requests

| # | Professional | Fees Requested | Fee Committee's Fee Adjustments | Expenses Requested | Fee Committee's Expense Adjustments | Total Requested | Fees Approved | Expenses Approved | Total Approved |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Fried, Frank, Harris, Shriver & Jacobson LLP | $9,859,050.50 | $985,905.05 | $306,830.61 | $30,683.06 | $10,165,881.11 | $8,873,145.45 | $276,147.55 | $9,149,293.00 |
| 2. | O'Kelly Ernst & Joyce, LLC | $48,113.00 | $4,811.30 | $686.14 | $68.61 | $48,799.14 | $43,301.70 | $617.53 | $43,919.23 |
| 3. | Cross & Simon LLC | $208,930.00 | $20,893.00 | $4,788.71 | $478.87 | $213,718.71 | $188,037.00 | $4,309.84 | $192,346.84 |
| 4. | Perella Weinberg Partners L.P. | $9,600,000.00 | $960,000.00 | $56,926.89 | $5,692.69 | $9,656,926.89 | $8,640,000.00 | $51,234.20 | $8,691,234.20 |
| | | $19,716,093.50 | $1,971,609.35 | $369,232.35 | $36,923.24 | $20,085,325.85 | $17,744,484.15 | $332,309.12 | $18,076,793.27 |

*Administrative claim granted up to $20 million.*

### American Stock Transfer & Trust Company 503(b) Requests

| # | Professional | Fees Requested | Fee Committee's Fee Adjustments | Expenses Requested | Fee Committee's Expense Adjustments | Total Requested | Fees Approved | Expenses Approved | Total Approved |
|---|---|---|---|---|---|---|---|---|---|
| 1 | American Stock Transfer & Trust Company, LLC | $765,800.00 | $114,870.00 | $0.00 | $0.00 | $765,800.00 | $650,930.00 | $0.00 | $650,930.00 |
| 2. | Nixon Peabody LLP | $14,318,324.92 | $2,147,748.74 | $474,999.16 | $71,249.87 | $14,793,324.08 | $12,170,576.18 | $403,749.29 | $12,574,325.47 |
| 3. | Mesirow Financial | $1,446,838.50 | $217,025.78 | $5,114.15 | $767.12 | $1,451,952.65 | $1,229,812.73 | $4,347.03 | $1,234,159.75 |
| 4. | Baker Tilly Virchow Krause, LLP | $1,918,616.75 | $287,792.51 | $15,558.43 | $2,333.76 | $1,934,175.18 | $1,630,824.24 | $13,224.67 | $1,644,048.90 |
| 5. | Greenridge Financial Services LLC | $239,802.50 | $35,970.38 | $9,622.83 | $1,443.42 | $249,425.33 | $203,832.13 | $8,179.41 | $212,011.53 |
| 6. | Cross & Simon LLC | $208,930.00 | $31,339.50 | $4,788.71 | $718.31 | $213,718.71 | $177,590.50 | $4,070.40 | $181,660.90 |
| | | $18,898,312.67 | $2,834,746.90 | $510,083.28 | $76,512.49 | $19,408,395.95 | $16,063,565.77 | $433,570.79 | $16,497,136.56 |

*Administrative claim granted up to $20 million.*

### Elliott 503(b) Requests

| # | Professional | Fees Requested | Fee Committee's Fee Adjustments | Expenses Requested | Fee Committee's Expense Adjustments | Total Requested | Fees Approved | Expenses Approved | Total Approved |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Baker Botts LLP | $130,225.00 | $13,022.50 | $232.89 | $23.29 | $130,457.89 | $117,202.50 | $209.60 | $117,412.10 |
| 2. | Bayard, P.A. | $341,695.00 | $34,169.50 | $37,534.47 | $3,753.45 | $379,229.47 | $307,525.50 | $33,781.02 | $341,306.52 |
| 3. | CT Corporation | $39,762.15 | $3,976.22 | $41,658.00 | $4,165.80 | $81,420.15 | $35,785.94 | $37,492.20 | $73,278.14 |
| 4. | Ducera Partners LLC | $2,500,000.00 | $250,000.00 | $10,527.00 | $1,052.70 | $2,510,527.00 | $2,250,000.00 | $9,474.30 | $2,259,474.30 |
| 5. | Duggins Wren Mann & Romero, LLP | $535,866.50 | $53,586.65 | $31,168.54 | $3,116.85 | $567,035.04 | $482,279.85 | $28,051.69 | $510,331.54 |
| 6. | Green Island LLC | $78,000.00 | $7,800.00 | $0.00 | $0.00 | $78,000.00 | $70,200.00 | $0.00 | $70,200.00 |
| 7. | Johnson Strategies, LLC | $102,321.43 | $10,232.14 | $0.00 | $0.00 | $102,321.43 | $92,089.29 | $0.00 | $92,089.29 |
| 8. | Kleinberg, Kaplan, Wolff & Cohen, P.C. | $160,451.94 | $16,045.19 | $191.04 | $19.10 | $160,642.98 | $144,406.75 | $171.94 | $144,578.68 |
| 9. | Maples and Calder | $3,988.75 | $398.88 | $3,225.15 | $322.52 | $7,213.90 | $3,589.88 | $2,902.64 | $6,492.51 |
| 10. | McGuire Woods Consulting | $100,000.00 | $10,000.00 | $2,300.00 | $230.00 | $102,300.00 | $90,000.00 | $2,070.00 | $92,070.00 |
| 11. | Moelis & Company LLC | $9,097,500.00 | $909,750.00 | $173,734.31 | $17,373.43 | $9,271,234.31 | $8,187,750.00 | $156,360.88 | $8,344,110.88 |
| 12. | Moody's Investors Service, Inc. | $390,000.00 | $39,000.00 | $0.00 | $0.00 | $390,000.00 | $351,000.00 | $0.00 | $351,000.00 |
| 13. | PA Consulting Group, Inc. | $187,256.25 | $18,725.63 | $2,800.75 | $280.08 | $190,057.00 | $168,530.63 | $2,520.68 | $171,051.30 |
| 14. | Prosek LLC | $96,537.50 | $9,653.75 | $570.50 | $57.05 | $97,108.00 | $86,883.75 | $513.45 | $87,397.20 |
| 15. | Richards Kibbe & Orbe LLP | $1,944.11 | $194.41 | $0.00 | $0.00 | $1,944.11 | $1,749.70 | $0.00 | $1,749.70 |
| 16. | Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP | $30,375.00 | $3,037.50 | $22.89 | $2.29 | $30,397.89 | $27,337.50 | $20.60 | $27,358.10 |
| 17. | Ropes & Gray LLP | $16,870,839.60 | $1,687,083.96 | $525,979.57 | $52,597.96 | $17,396,819.17 | $15,183,755.64 | $473,381.61 | $15,657,137.25 |
| 18. | Schulte Roth & Zabel LLP | $1,725.50 | $172.55 | $0.00 | $0.00 | $1,725.50 | $1,552.95 | $0.00 | $1,552.95 |
| 19. | Elliott Management Corporation | $0.00 | $0.00 | $528,454.51 | $52,845.45 | $528,454.51 | $0.00 | $475,609.06 | $475,609.06 |
| | | $30,668,488.73 | $3,066,848.87 | $1,358,399.62 | $135,839.96 | $32,026,888.35 | $27,601,639.86 | $1,222,559.66 | $28,824,199.52 |

*Administrative claim granted up to $35 million.*

| Cumulative Totals | $69,282,894.90 | $7,873,205.12 | $2,237,715.25 | $249,275.69 | $71,520,610.15 | $61,409,689.78 | $1,988,439.56 | $63,398,129.34 |