# **<u>Exhibit A</u>**

**EXHIBIT A**

In re: Energy Future Holdings Corp., et al.
Case No. 14-10979(CSS)
**Final Fee Applications**

| # | Applicant | Detail Exhibit Number | Compensation Period | Fees Requested | Fee Committee's Fee Adjustments | Expenses Requested | Fee Committee's Expense Adjustments | FINAL Fees Approved | FINAL Expenses Approved |
|---|---|---|---|---|---|---|---|---|---|
| 1 | Bielli & Klauder [D.I. 13018] | D1 | 10/01/2015 - 03/09/2018 | $257,887.50 | $3,155.60 | $2,042.60 | $34.80 | $254,731.90 | $2,007.80 |
| 2 | Jenner & Block [D.I. 12985] | D2 | 05/08/2015 -03/09/2018 | $1,817,193.50 | $0.00 | $28,671.30 | $0.00 | $1,824,313.00 | $28,671.30 |
| 3 | AlixPartners LLP [D.I. 12912] | D3 | 11/20/2014 - 03/09/2018 | $3,155,346.65 + | $247.19 | $388,448.66 | $752.20 | $3,155,593.84 | $387,696.46 |
| 4 | Cravath Swaine & Moore LLP [D.I.12983] | D4 | 11/16/2014 - 03/09/2018 | $5,655,576.92 | $2,364.00 | $53,853.42 | $0.00 | $5,653,213.12 | $53,853.42 |
| 5 | Guggenheim Securities LLC [D.I. 12998] | D5 | 11/12/2014 - 03/09/2018 | $13,740,456.99 | $0.00 | $412,390.46 | $0.00 | $13,740,456.99 | $412,390.46 |
| 6 | Montgomery McCracken W&R LLP [D.I. 12986] | D6 | 11/05/2014 - 03/09/2018 | $5,612,419.49 | $674.99 | $227,384.01 | $0.00 | $5,611,744.50 | $227,384.01 |
| 7 | Stevens & Lee PC [D.I. 13007 and 13355] | D7 | 11/26/2014 - 03/09/2018 | $526,545.50 | $7,139.10 | $4,706.72 + | $10.13 | $519,406.40 | $4,716.85 |
| 8 | Goldin Associates LLC [D.I. 12996] | D8 | 12/11/2014 - 03/09/2018 | $4,450,000.00 | $225,000.00 | $45,842.30 | $0.03 | $4,225,000.00 | $45,842.33 |
| 9 | Sullivan & Cromwell LLP [D.I. 13002] | D9 | 11/5/2014 - 03/09/2018 | $23,663,509.29 | $10,833.58 | $805,851.62 | $0.00 | $23,652,675.71 | $805,851.62 |
| 10 | KPMG [D.I. 13008] | D10 | 12/01/2017 - 03/09/2018 | $578,243.70 | $1,821.60 | $7,972.44 | $0.00 | $576,422.10 | $7,972.44 |
| 11 | SOLIC Capital Advisors [D.I. 13009] | D11 | 12/18/2014 - 03/09/2018 | $6,243,730.58 | $6,949.99 | $123,690.62 | $0.00 | $6,236,780.59 | $123,690.62 |
| 12 | Thompson & Knight [D.I. 13024] | D12 | 04/29/2014 - 03/09/2018 | $3,120,193.87 + | $120,572.00 FN1 | $20,834.50 + | $10.20 FN2 | $3,240,765.87 | $20,844.70 |
| 13 | Greenberg Traurig [D.I. 13013] | D13 | 11/02/2015 - 07/31/2017 | $676,614.50 | $297.50 | $7,060.39 | $0.30 | $676,317.00 | $7,060.09 |
| 14 | Enoch Kever (TCEH) [D.I. 13020] | D14 | 03/15/2015 - 03/09/2018 | $2,307,195.48 | $29,330.98 | $77,136.71 | $0.00 | $2,277,864.50 | $76,984.65 |
| 15 | Enoch Kever (EFH/EFIH) [D.I. 13023] | D14 | 03/01/2015 - 03/09/2018 | $1,285,905.00 | $29,330.98 | $7,695.34 | $0.00 | $1,256,574.02 | $7,695.34 |
| 16 | Alvarez & Marsal North America, LLC [D.I. 13004] | D15 | 04/29/2014 - 03/09/2018 | $29,108,072.37 | $4,693.99 | $1,183,348.76 | $0.00 | $29,103,378.38 | $1,183,348.76 |
| 17 | Deloitte & Touche LLP [D.I. 13010] | D16 | 04/29/2014 - 03/09/2018 | $23,269,745.50 | $4,199.00 | $0.00 | $0.00 | $23,265,546.50 | $0.00 |
| 18 | Evercore [D.I. 13140] | D17 | 04/29/2014 - 03/09/2018 | $47,500,000.00 | $0.00 | $1,016,922.83 + | $2,331.60 | $47,500,000.00 | $1,019,254.43 |
| 19 | Filsinger Energy Partners [D.I. 13005] | D18 | 04/29/2014 - 03/09/2018 | $28,112,537.75 | $0.00 | $1,237,717.42 | $0.00 | $28,112,537.75 | $1,237,717.42 |
| 20 | EPIQ [D.I. 13017] | D19 | 04/29/2014 - 03/09/2018 | $1,262,596.35 | $5,980.23 | $2,308,718.29 | $0.00 | $1,256,616.12 | $2,308,718.29 |
| 21 | Richards, Layton & Finger [D.I. 13016] | D20 | 04/29/2014 - 03/09/2018 | $7,230,701.50 | $81,292.20 | $646,533.83 | $58,253.94 | $7,149,409.30 | $588,279.89 |

FN1 - Allowed interim fees from seventh - twelfth interim fee periods not included in final fee request.
FN2 - Allowed interim expenses from seventh - twelfth interim fee periods not included in final fee request.

1882362.1