## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| ENERGY FUTURE HOLDINGS CORP., *et al.*,[1] | ) Case No. 14-10979 (CSS) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

### NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
### HEARING ON NOVEMBER 13, 2018 STARTING AT 10:00 A.M. (EST)[2]

---

*AS NO MATTERS REMAIN SCHEDULED TO GO FORWARD,*
*THE HEARING HAS BEEN CANCELLED WITH PERMISSION FROM THE COURT*

---

## I.   RESOLVED MATTERS:

1.   Reorganized TCEH Debtors' Motion for Entry of an Order Further Extending the Deadline to File and Serve Objections to Claims Against or Interests in the TCEH Debtors [D.I. 13537; filed October 1, 2018]

Response/Objection Deadline:      October 15, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

a.   Certification of No Objection Regarding "Reorganized TCEH Debtors' Motion for Entry of an Order Further Extending the Deadline to File and Serve Objections to Claims Against or Interests in the TCEH Debtors" [D.I. 13537] [D.I. 13605; filed November 5, 2018]

b.   Order Further Extending the Deadline to File and Serve Objections to Claims Against or Interests in the TCEH Debtors [D.I. 13607; filed

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

[2] The November 13, 2018 hearing was scheduled to be held before The Honorable Christopher S. Sontchi at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 5th Floor, Courtroom 6, Wilmington, Delaware 19801 beginning at 10:00 a.m. (EST).

November 6, 2018]

Status: On November 6, 2018, the Court entered an order granting the Reorganized TCEH Debtors the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

2.      Eleventh Interim Application of Richard Gitlin, Individually, and as Chairman of Gitlin & Company LLC, as the Independent Member of the Fee Committee, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred from January 1, 2018 Through April 30, 2018 [D.I. 13539; filed October 2, 2018]

Response/Objection Deadline:          October 23, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

a.      Certification of Counsel Regarding Omnibus Fee Order [D.I. 13581; filed October 24, 2018]

b.      Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13585; filed October 25, 2018]

Status: On October 25, 2018, the Court entered an order granting the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

3.      Eleventh Interim Application of Godfrey & Kahn, S.C., Counsel to the Fee Committee, for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses Incurred from January 1, 2018 Through April 30, 2018 [D.I. 13540; filed October 2, 2018]

Response/Objection Deadline:          October 23, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

a.      Certification of Counsel Regarding Omnibus Fee Order [D.I. 13581; filed October 24, 2018]

b.      Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13585; filed October 25, 2018]

Status: On October 25, 2018, the Court entered an order granting the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

4. Sixth Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period January 1, 2018 Through April 30, 2018 [D.I. 13541; filed October 2, 2018]

Response/Objection Deadline:     October 23, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:     None.

Related Documents:

a. Amended Cover Sheet for Sixth Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Interim Compensation for Services Rendered and Reimbursement of Expenses as Delaware Counsel to the Energy Future Holdings Corp. Fee Committee for the Period January 1, 2018 Through April 30, 2018 [D.I. 13546; filed October 4, 2018]

b. Certification of Counsel Regarding Omnibus Fee Order [D.I. 13581; filed October 24, 2018]

c. Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13585; filed October 25, 2018]

Status: On October 25, 2018, the Court entered an order granting the relief requested in connection with this matter. Consequently, no hearing with respect to this matter is required.

## II.  **UNCONTESTED FINAL FEE APPLICATIONS:**

5. Final Fee Application of Bielli & Klauder, LLC, Co-Counsel for Debtor and Debtors in Possession Energy Future Holdings Corp., for the Period from October 1, 2015 Through and Including March 9, 2018 [D.I. 13018; filed April 23, 2018]

Response/Objection Deadline:     May 14, 2018 at 4:00 p.m. (EDT)

Preliminary Response Received:

A. Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018]

3

Preliminary Replies Filed:

i.    Preliminary Reply of Deloitte & Touche LLP to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13142; filed May 29, 2018]

ii.    Preliminary Reply of Filsinger Energy Partners to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13143; filed May 29, 2018]

iii.    Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018]

iv.    Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]" [D.I. 13145; filed May 29, 2018]

v.    Preliminary Reply of Enoch Kever PLLC to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13153; filed May 29, 2018]

vi.    Preliminary Reply of Thompson & Knight LLP to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13154; filed May 29, 2018]

Related Documents:

a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] (the "Fee Committee's Final Report")

b.    Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13610; filed November 6, 2018] (the "Omnibus Final Fee Order")

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

6.    Final Fee of AlixPartners, LLP as Restructuring Advisor to the Official Committee of Unsecured Creditors for Services Rendered and Reimbursement of Expenses for the Period from November 20, 2014 Through March 9, 2018 [D.I. 13012; filed April 23, 2018]

Response/Objection Deadline:        May 14, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.      Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018] *(see agenda item #5A)*

Preliminary Replies Filed:

i.      Preliminary Reply of Deloitte & Touche LLP to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13142; filed May 29, 2018] *(see agenda item #5i)*

ii.     Preliminary Reply of Filsinger Energy Partners to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13143; filed May 29, 2018] *(see agenda item #5ii)*

iii.    Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018] *(see agenda item #5iii)*

iv.     Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]" [D.I. 13145; filed May 29, 2018] *(see agenda item #5iv)*

v.      Preliminary Reply of Enoch Kever PLLC to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13153; filed May 29, 2018] *(see agenda item #5v)*

vi.     Preliminary Reply of Thompson & Knight LLP to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13154; filed May 29, 2018] *(see agenda item #5vi)*

Related Documents:

a.      Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.      Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13610; filed November 6, 2018] *(see agenda item #5b)*

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order granting the applicant the relief requested in connection with this matter

5

consistent with the Fee Committee's Final Report.    Consequently, no hearing with respect to this matter is required.

7.    Final Fee Application of Montgomery, McCracken, Walker & Rhoads, LLP as Delaware Counsel and Conflicts Counsel for the Official Committee of Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc., for Services Rendered and Reimbursement of Expenses Incurred for the Period November 5, 2014 Through March 9, 2018 [D.I. 12986; filed April 20, 2018]

Response/Objection Deadline:          May 11, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:       None.

Related Documents:

a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.    Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13610; filed November 6, 2018] *(see agenda item #5b)*

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report.    Consequently, no hearing with respect to this matter is required.

8.    Final Fee Application of Stevens & Lee, P.C., Special Counsel for Energy Future Intermediate Holding Company LLC, for the Period from November 26, 2014 Through March 9, 2018 [D.I. 13007; filed April 23, 2018]

Response/Objection Deadline:          May 14, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018] *(see agenda item #5A)*

6

<u>Preliminary Replies Filed</u>:

i.      Preliminary Reply of Deloitte & Touche LLP to Majority Creditors'
        Omnibus Preliminary Objection Regarding Final Fee Applications [D.I.
        13142; filed May 29, 2018] *(see agenda item #5i)*

ii.     Preliminary Reply of Filsinger Energy Partners to "Majority Creditors'
        Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I.
        13107] [D.I. 13143; filed May 29, 2018] *(see agenda item #5ii)*

iii.    Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority
        Creditors' Omnibus Preliminary Objection Regarding Final Fee
        Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018] *(see agenda
        item #5iii)*

iv.     Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply
        of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus
        Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]"
        [D.I. 13145; filed May 29, 2018] *(see agenda item #5iv)*

v.      Preliminary Reply of Enoch Kever PLLC to "Majority Creditors'
        Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I.
        13107] [D.I. 13153; filed May 29, 2018] *(see agenda item #5v)*

vi.     Preliminary Reply of Thompson & Knight LLP to "Majority Creditors'
        Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I.
        13107] [D.I. 13154; filed May 29, 2018] *(see agenda item #5vi)*

<u>Related Documents</u>:

a.      Amended Final Fee Application of Stevens & Lee, P.C., Special Counsel
        for Energy Future Intermediate Holding Company LLC, for the Period
        from November 26, 2014 Through March 9, 2018 [D.I. 13355; filed
        August 10, 2018]

b.      Fee Committee's Summary Report Concerning Uncontested Interim and
        Final Fee Applications and Substantial Contribution Fee Requests for
        Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed
        November 2, 2018] *(see agenda item #5a)*

c.      Omnibus Order Awarding Final Requests for Allowance of Compensation
        for Services Rendered and for Reimbursement of Expenses [D.I. 13610;
        filed November 6, 2018] *(see agenda item #5b)*

<u>Status</u>: On November 6, 2018, the Court entered the Omnibus Final Fee Order
        granting the applicant the relief requested in connection with this matter
        consistent with the Fee Committee's Final Report. Consequently, no
        hearing with respect to this matter is required.

9.      Final Application of Sullivan & Cromwell LLP as Counsel to the EFH Committee for Approval and Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period from November 5, 2014 Through and Including the Effective Date [D.I. 13002; filed April 23, 2018]

Response/Objection Deadline:          May 14, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:        None.

Related Documents:

a.      Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.      Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13610; filed November 6, 2018] *(see agenda item #5b)*

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

10.     Final Interim and Final Fee Application of KPMG LLP for Compensation for Services Rendered and Reimbursement of Expenses as Bankruptcy Accounting and Tax Advisors to the Debtors and Debtors in Possession for the Interim Period from December 1, 2017 Through March 9, 2018 and the Final Period from December 1, 2017 Through March 9, 2018 [D.I. 13008; filed April 23, 2018]

Response/Objection Deadline:          May 15, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.      Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018] *(see agenda item #5A)*

Preliminary Replies Filed:

i.      Preliminary Reply of Deloitte & Touche LLP to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13142; filed May 29, 2018] *(see agenda item #5i)*

ii.     Preliminary Reply of Filsinger Energy Partners to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13143; filed May 29, 2018] *(see agenda item #5ii)*

8

iii.    Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018] *(see agenda item #5iii)*

iv.    Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]" [D.I. 13145; filed May 29, 2018] *(see agenda item #5iv)*

v.    Preliminary Reply of Enoch Kever PLLC to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13153; filed May 29, 2018] *(see agenda item #5v)*

vi.    Preliminary Reply of Thompson & Knight LLP to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13154; filed May 29, 2018] *(see agenda item #5vi)*

Related Documents:

a.    Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13527; filed September 28, 2018]

b.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

c.    Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13610; filed November 6, 2018] *(see agenda item #5b)*

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report.  Consequently, no hearing with respect to this matter is required.

11.    Seventh and Final Fee Application of Thompson & Knight LLP, Special Tax Counsel for the Debtors and Debtors in Possession for the Interim Period from May 1, 2016 Through March 9, 2018, and the Final Period from April 29, 2014 Through March 9, 2018 [D.I. 13024; filed April 24, 2018]

Response/Objection Deadline:        May 15, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

9

A.    Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018] *(see agenda item #5A)*

Preliminary Replies Filed:

i.    Preliminary Reply of Deloitte & Touche LLP to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13142; filed May 29, 2018] *(see agenda item #5i)*

ii.    Preliminary Reply of Filsinger Energy Partners to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13143; filed May 29, 2018] *(see agenda item #5ii)*

iii.    Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018] *(see agenda item #5iii)*

iv.    Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]" [D.I. 13145; filed May 29, 2018] *(see agenda item #5iv)*

v.    Preliminary Reply of Enoch Kever PLLC to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13153; filed May 29, 2018] *(see agenda item #5v)*

vi.    Preliminary Reply of Thompson & Knight LLP to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13154; filed May 29, 2018] *(see agenda item #5vi)*

Related Documents:

a.    Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13527; filed September 28, 2018] *(see agenda item #10a)*

b.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

c.    Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13610; filed November 6, 2018] *(see agenda item #5b)*

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order granting the applicant the relief requested in connection with this matter

10

consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

12. Final Fee Application of Greenberg Traurig LLP, as Special Counsel for Certain Energy-Related Transactional Matters for the Debtors and Debtors-in-Possession for Services Rendered and Reimbursement of Expenses for the Period from November 2, 2015 Through and Including July 31, 2017 [D.I. 13013; filed April 23, 2018]

Response/Objection Deadline:        May 15, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018] *(see agenda item #5A)*

Preliminary Replies Filed:

i.    Preliminary Reply of Deloitte & Touche LLP to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13142; filed May 29, 2018] *(see agenda item #5i)*

ii.    Preliminary Reply of Filsinger Energy Partners to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13143; filed May 29, 2018] *(see agenda item #5ii)*

iii.    Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018] *(see agenda item #5iii)*

iv.    Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]" [D.I. 13145; filed May 29, 2018] *(see agenda item #5iv)*

v.    Preliminary Reply of Enoch Kever PLLC to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13153; filed May 29, 2018] *(see agenda item #5v)*

vi.    Preliminary Reply of Thompson & Knight LLP to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13154; filed May 29, 2018] *(see agenda item #5vi)*

Related Documents:

a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for

11

Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.    Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13610; filed November 6, 2018] *(see agenda item #5b)*

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

13.    Final Fee Application of Enoch Kever PLLC, Special Counsel to the Debtors and Debtors in Possession (TCEH), for Services Rendered and Reimbursement of Expenses for the Period from March 1, 2015 Through and Including March 9, 2018 [D.I. 13020; filed April 23, 2018]

Response/Objection Deadline:         May 15, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018] *(see agenda item #5A)*

Preliminary Replies Filed:

i.    Preliminary Reply of Deloitte & Touche LLP to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13142; filed May 29, 2018] *(see agenda item #5i)*

ii.    Preliminary Reply of Filsinger Energy Partners to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13143; filed May 29, 2018] *(see agenda item #5ii)*

iii.    Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018] *(see agenda item #5iii)*

iv.    Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]" [D.I. 13145; filed May 29, 2018] *(see agenda item #5iv)*

v.    Preliminary Reply of Enoch Kever PLLC to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13153; filed May 29, 2018] *(see agenda item #5v)*

vi. Preliminary Reply of Thompson & Knight LLP to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13154; filed May 29, 2018] *(see agenda item #5vi)*

Related Documents:

a. Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b. Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13610; filed November 6, 2018] *(see agenda item #5b)*

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

14. Final Fee Application of Enoch Kever PLLC, Special Counsel to the Debtors and Debtors in Possession (EFH/EFIH), for Services Rendered and Reimbursement of Expenses for the Period from March 1, 2015 Through and Including March 9, 2018 [D.I. 13023; filed April 23, 2018]

Response/Objection Deadline:     May 15, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

A. Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018] *(see agenda item #5A)*

Preliminary Replies Filed:

i. Preliminary Reply of Deloitte & Touche LLP to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13142; filed May 29, 2018] *(see agenda item #5i)*

ii. Preliminary Reply of Filsinger Energy Partners to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13143; filed May 29, 2018] *(see agenda item #5ii)*

iii. Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018] *(see agenda item #5iii)*

iv.    Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]" [D.I. 13145; filed May 29, 2018] *(see agenda item #5iv)*

v.    Preliminary Reply of Enoch Kever PLLC to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13153; filed May 29, 2018] *(see agenda item #5v)*

vi.    Preliminary Reply of Thompson & Knight LLP to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13154; filed May 29, 2018] *(see agenda item #5vi)*

Related Documents:

a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.    Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13610; filed November 6, 2018] *(see agenda item #5b)*

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

15.    Final Fee Application of Alvarez & Marsal North America, LLC, in their Capacity as Restructuring Advisors for the Debtors and Debtors in Possession, for the Period from April 29, 2014 Through and Including March 9, 2018 [D.I. 13004; filed April 23, 2018]

Response/Objection Deadline:          May 15, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018] *(see agenda item #5A)*

Preliminary Replies Filed:

i.    Preliminary Reply of Deloitte & Touche LLP to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13142; filed May 29, 2018] *(see agenda item #5i)*

ii.     Preliminary Reply of Filsinger Energy Partners to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13143; filed May 29, 2018] *(see agenda item #5ii)*

iii.    Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018] *(see agenda item #5iii)*

iv.     Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]" [D.I. 13145; filed May 29, 2018] *(see agenda item #5iv)*

v.      Preliminary Reply of Enoch Kever PLLC to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13153; filed May 29, 2018] *(see agenda item #5v)*

vi.     Preliminary Reply of Thompson & Knight LLP to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13154; filed May 29, 2018] *(see agenda item #5vi)*

Related Documents:

a.      Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.      Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13610; filed November 6, 2018] *(see agenda item #5b)*

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

16.     Final Fee Application for Compensation for Services Rendered of Deloitte & Touche LLP as Independent Auditor to the Debtors and Debtors-in-Possession for the Period of April 29, 2014 Through March 9, 2018 [D.I. 13010; filed April 23, 2018]

Response/Objection Deadline:        May 15, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

15

A.    Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018] *(see agenda item #5A)*

Preliminary Replies Filed:

i.    Preliminary Reply of Deloitte & Touche LLP to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13142; filed May 29, 2018] *(see agenda item #5i)*

ii.    Preliminary Reply of Filsinger Energy Partners to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13143; filed May 29, 2018] *(see agenda item #5ii)*

iii.    Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018] *(see agenda item #5iii)*

iv.    Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]" [D.I. 13145; filed May 29, 2018] *(see agenda item #5iv)*

v.    Preliminary Reply of Enoch Kever PLLC to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13153; filed May 29, 2018] *(see agenda item #5v)*

vi.    Preliminary Reply of Thompson & Knight LLP to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13154; filed May 29, 2018] *(see agenda item #5vi)*

Related Documents:

a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.    Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13610; filed November 6, 2018] *(see agenda item #5b)*

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report.  Consequently, no hearing with respect to this matter is required.

16

17.     Final Fee Application of Filsinger Energy Partners as Energy Consultants to the Debtors and Debtors in Possession, for Services Rendered and Reimbursement of Expenses for the Period from April 29, 2014 Through and Including March 9, 2018 [D.I. 13005; filed April 23, 2018]

Response/Objection Deadline:        May 15, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.      Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018] *(see agenda item #5A)*

Preliminary Replies Filed:

i.      Preliminary Reply of Deloitte & Touche LLP to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13142; filed May 29, 2018] *(see agenda item #5i)*

ii.     Preliminary Reply of Filsinger Energy Partners to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13143; filed May 29, 2018] *(see agenda item #5ii)*

iii.    Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018] *(see agenda item #5iii)*

iv.     Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]" [D.I. 13145; filed May 29, 2018] *(see agenda item #5iv)*

v.      Preliminary Reply of Enoch Kever PLLC to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13153; filed May 29, 2018] *(see agenda item #5v)*

vi.     Preliminary Reply of Thompson & Knight LLP to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13154; filed May 29, 2018] *(see agenda item #5vi)*

Related Documents:

a.      Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.      Omnibus Order Awarding Final Requests for Allowance of Compensation

17

for Services Rendered and for Reimbursement of Expenses [D.I. 13610; filed November 6, 2018] *(see agenda item #5b)*

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

18.    Eleventh Interim and Final Fee Application of Epiq Bankruptcy Solutions, LLC and Epiq eDiscovery Solutions for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses for the Interim Fee Period of September 1, 2017 Through March 9, 2018 and the Final Fee Period of April 29, 2014 to March 9, 2018 [D.I. 13017; filed April 23, 2018]

Response/Objection Deadline:        May 15, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018] *(see agenda item #5A)*

Preliminary Replies Filed:

i.    Preliminary Reply of Deloitte & Touche LLP to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13142; filed May 29, 2018] *(see agenda item #5i)*

ii.    Preliminary Reply of Filsinger Energy Partners to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13143; filed May 29, 2018] *(see agenda item #5ii)*

iii.    Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018] *(see agenda item #5iii)*

iv.    Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]" [D.I. 13145; filed May 29, 2018] *(see agenda item #5iv)*

v.    Preliminary Reply of Enoch Kever PLLC to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13153; filed May 29, 2018] *(see agenda item #5v)*

vi.    Preliminary Reply of Thompson & Knight LLP to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13154; filed May 29, 2018] *(see agenda item #5vi)*

18

Related Documents:

a.  Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13527; filed September 28, 2018] *(see agenda item #10a)*

b.  Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

c.  Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13610; filed November 6, 2018] *(see agenda item #5b)*

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

19.  Final Fee Application of Richards, Layton & Finger, P.A. as Co-Counsel to the Debtors and Debtors in Possession for Services Rendered and Reimbursement of Expenses for the Period from April 29, 2014 Through March 9, 2018 [D.I. 13016; filed April 23, 2018]

Response/Objection Deadline:          May 15, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.  Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018] *(see agenda item #5A)*

Preliminary Replies Filed:

i.  Preliminary Reply of Deloitte & Touche LLP to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13142; filed May 29, 2018] *(see agenda item #5i)*

ii.  Preliminary Reply of Filsinger Energy Partners to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13143; filed May 29, 2018] *(see agenda item #5ii)*

iii.  Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018] *(see agenda item #5iii)*

19

iv.    Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]" [D.I. 13145; filed May 29, 2018] *(see agenda item #5iv)*

v.    Preliminary Reply of Enoch Kever PLLC to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13153; filed May 29, 2018] *(see agenda item #5v)*

vi.    Preliminary Reply of Thompson & Knight LLP to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13154; filed May 29, 2018] *(see agenda item #5vi)*

Related Documents:

a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.    Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13610; filed November 6, 2018] *(see agenda item #5b)*

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

20.    Final Fee Application of Goldin Associates, LLC for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses Incurred from December 11, 2014 Through March 9, 2018 [D.I. 12996; filed April 23, 2018]

Response/Objection Deadline:    May 15, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018] *(see agenda item #5A)*

Preliminary Replies Filed:

i.      Preliminary Reply of Deloitte & Touche LLP to Majority Creditors'
        Omnibus Preliminary Objection Regarding Final Fee Applications [D.I.
        13142; filed May 29, 2018] *(see agenda item #5i)*

ii.     Preliminary Reply of Filsinger Energy Partners to "Majority Creditors'
        Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I.
        13107] [D.I. 13143; filed May 29, 2018] *(see agenda item #5ii)*

iii.    Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority
        Creditors' Omnibus Preliminary Objection Regarding Final Fee
        Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018] *(see agenda
        item #5iii)*

iv.     Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply
        of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus
        Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]"
        [D.I. 13145; filed May 29, 2018] *(see agenda item #5iv)*

v.      Preliminary Reply of Enoch Kever PLLC to "Majority Creditors'
        Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I.
        13107] [D.I. 13153; filed May 29, 2018] *(see agenda item #5v)*

vi.     Preliminary Reply of Thompson & Knight LLP to "Majority Creditors'
        Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I.
        13107] [D.I. 13154; filed May 29, 2018] *(see agenda item #5vi)*

Related Documents:

a.      Fee Committee's Summary Report Concerning Uncontested Interim and
        Final Fee Applications and Substantial Contribution Fee Requests for
        Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed
        November 2, 2018] *(see agenda item #5a)*

b.      Omnibus Order Awarding Final Requests for Allowance of Compensation
        for Services Rendered and for Reimbursement of Expenses [D.I. 13610;
        filed November 6, 2018] *(see agenda item #5b)*

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order
        granting the applicant the relief requested in connection with this matter
        consistent with the Fee Committee's Final Report.  Consequently, no
        hearing with respect to this matter is required.

21.     Final Fee Application of Jenner & Block LLP Independent Counsel for Energy
        Future Intermediate Holding Company LLC, for the Period from May 18, 2015
        Through March 9, 2018 [D.I. 12985; filed April 20, 2018]

21

Response/Objection Deadline:     May 11, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.    Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018] *(see agenda item #5A)*

Preliminary Replies Filed:

i.    Preliminary Reply of Deloitte & Touche LLP to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13142; filed May 29, 2018] *(see agenda item #5i)*

ii.    Preliminary Reply of Filsinger Energy Partners to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13143; filed May 29, 2018] *(see agenda item #5ii)*

iii.    Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018] *(see agenda item #5iii)*

iv.    Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]" [D.I. 13145; filed May 29, 2018] *(see agenda item #5iv)*

v.    Preliminary Reply of Enoch Kever PLLC to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13153; filed May 29, 2018] *(see agenda item #5v)*

vi.    Preliminary Reply of Thompson & Knight LLP to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13154; filed May 29, 2018] *(see agenda item #5vi)*

Related Documents:

a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.    Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13610; filed November 6, 2018] *(see agenda item #5b)*

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order granting the applicant the relief requested in connection with this matter

consistent with the Fee Committee's Final Report.   Consequently, no hearing with respect to this matter is required.

22.   Final Fee Application of Cravath, Swaine & Moore LLP Independent Counsel for Energy Future Intermediate Holding Company LLC, for the Period November 16, 2014 Through March 9, 2018 [D.I. 12983; filed April 20, 2018]

Response/Objection Deadline:        May 11, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.   Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018] *(see agenda item #5A)*

Preliminary Replies Filed:

i.   Preliminary Reply of Deloitte & Touche LLP to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13142; filed May 29, 2018] *(see agenda item #5i)*

ii.   Preliminary Reply of Filsinger Energy Partners to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13143; filed May 29, 2018] *(see agenda item #5ii)*

iii.   Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018] *(see agenda item #5iii)*

iv.   Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]" [D.I. 13145; filed May 29, 2018] *(see agenda item #5iv)*

v.   Preliminary Reply of Enoch Kever PLLC to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13153; filed May 29, 2018] *(see agenda item #5v)*

vi.   Preliminary Reply of Thompson & Knight LLP to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13154; filed May 29, 2018] *(see agenda item #5vi)*

Related Documents:

a.   Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

23

b.  Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13610; filed November 6, 2018] *(see agenda item #5b)*

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

23.  Final Fee Application of Guggenheim Securities, LLC as Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. for Services Rendered and Reimbursement of Expenses for the Period from November 12, 2014 Through and Including March 9, 2018 [D.I. 12998; filed April 23, 2018]

Response/Objection Deadline:       May 14, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:       None.

Related Documents:

a.  Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.  Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13610; filed November 6, 2018] *(see agenda item #5b)*

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

24.  Final Fee Application of SOLIC Capital Advisors, LLC, as Financial Advisors to the Debtor for Services Rendered and Reimbursement of Expenses for the Period from December 18, 2014 Through and Including March 9, 2018 [D.I. 13009; filed April 23, 2018]

Response/Objection Deadline:       May 14, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:

A.  Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13107; filed May 14, 2018] *(see agenda item #5A)*

24

Preliminary Replies Filed:

i.  Preliminary Reply of Deloitte & Touche LLP to Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications [D.I. 13142; filed May 29, 2018] *(see agenda item #5i)*

ii. Preliminary Reply of Filsinger Energy Partners to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13143; filed May 29, 2018] *(see agenda item #5ii)*

iii. Preliminary Reply of Richards, Layton & Finger, P.A. to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13144; filed May 29, 2018] *(see agenda item #5iii)*

iv. Joinder of Alvarez & Marsal North America, LLC to "Preliminary Reply of Richards, Layton & Finger, P.A. to 'Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications' [D.I. 13107]" [D.I. 13145; filed May 29, 2018] *(see agenda item #5iv)*

v.  Preliminary Reply of Enoch Kever PLLC to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13153; filed May 29, 2018] *(see agenda item #5v)*

vi. Preliminary Reply of Thompson & Knight LLP to "Majority Creditors' Omnibus Preliminary Objection Regarding Final Fee Applications" [D.I. 13107] [D.I. 13154; filed May 29, 2018] *(see agenda item #5vi)*

Related Documents:

a.  Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.  Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13610; filed November 6, 2018] *(see agenda item #5b)*

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

25. Final Fee Application of Evercore Group L.L.C., as Investment Banker and Financial Advisor to the Debtors, for Allowance of an Administrative Claim for Compensation and Reimbursement of Expenses for the Period from April 29, 2014 Through and Including March 9, 2018 [D.I. 13140; filed April 24, 2018]

25

Response/Objection Deadline:        June 15, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:      None.

Related Documents:

a.      Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.      Omnibus Order Awarding Final Requests for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13610; filed November 6, 2018] *(see agenda item #5b)*

Status: On November 6, 2018, the Court entered the Omnibus Final Fee Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

## III.   **FIDELITY MANAGEMENT & RESEARCH COMPANY SECTION 503(b) FEE ALLOWANCE REQUESTS:**

26.     Fried, Frank, Harris, Shriver & Jacobson LLP

Response/Objection Deadline:        N/A

Responses/Objections Received:      None.

Related Documents:

a.      Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.      Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] (the "Omnibus 503(b) Order")

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

27.     O'Kelly Ernst & Joyce, LLC

Response/Objection Deadline:        N/A

26

Responses/Objections Received:      None.

Related Documents:

a.   Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.   Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report.  Consequently, no hearing with respect to this matter is required.

28.   Cross & Simon LLC

Response/Objection Deadline:      N/A

Responses/Objections Received:      None.

Related Documents:

a.   Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.   Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report.  Consequently, no hearing with respect to this matter is required.

29.   Perella Weinberg Partners L.P.

Response/Objection Deadline:      N/A

Responses/Objections Received:      None.

27

Related Documents:

a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.    Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

## IV.    AMERICAN STOCK TRANSFER & TRUST COMPANY LLC SECTION 503(b) FEE ALLOWANCE REQUESTS:

30.    American Stock Transfer & Trust Company, LLC

Response/Objection Deadline:        N/A

Responses/Objections Received:        None.

Related Documents:

a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.    Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

31.    Nixon Peabody LLP

Response/Objection Deadline:        N/A

Responses/Objections Received:        None.

28

Related Documents:

a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.    Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

32.    Mesirow Financial LLP

Response/Objection Deadline:        N/A

Responses/Objections Received:      None.

Related Documents:

a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.    Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

33.    Baker Tilly Virchow Krause, LLP

Response/Objection Deadline:        N/A

Responses/Objections Received:      None.

Related Documents:

a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for

29

Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.      Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

34.    Greenridge Financial Services LLC

Response/Objection Deadline:        N/A

Responses/Objections Received:      None.

Related Documents:

a.      Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.      Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

35.    Cross & Simon LLC

Response/Objection Deadline:        N/A

Responses/Objections Received:      None.

Related Documents:

a.      Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.      Omnibus Order Awarding Final Compensation for Services Rendered and

for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

## V.    **ELLIOTT ASSOCIATES, L.P., ELLIOTT INTERNATIONAL, L.P. AND THE LIVERPOOL LIMITED PARTNERSHIP SECTION 503(b) FEE ALLOWANCE REQUESTS:**

36.    Baker & Botts LLP

Response/Objection Deadline:        N/A

Responses/Objections Received:        None.

Related Documents:

a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.    Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

37.    Bayard, P.A.

Response/Objection Deadline:        N/A

Responses/Objections Received:        None.

Related Documents:

a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

      b.     Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

38.    CT Corporation

Response/Objection Deadline:     N/A

Responses/Objections Received:     None.

Related Documents:

      a.     Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

      b.     Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

39.    Ducera Partners LLC

Response/Objection Deadline:     N/A

Responses/Objections Received:     None.

Related Documents:

      a.     Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

      b.     Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

40.   Duggins Wren Mann & Romero, LLP

Response/Objection Deadline:     N/A

Responses/Objections Received:    None.

Related Documents:

a.   Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.   Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

41.   Green Island LLC

Response/Objection Deadline:     N/A

Responses/Objections Received:    None.

Related Documents:

a.   Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.   Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

33

42.    Johnson Strategies, LLC

   Response/Objection Deadline:        N/A

   Responses/Objections Received:      None.

   Related Documents:

   a.    Fee Committee's Summary Report Concerning Uncontested Interim and
         Final Fee Applications and Substantial Contribution Fee Requests for
         Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed
         November 2, 2018] *(see agenda item #5a)*

   b.    Omnibus Order Awarding Final Compensation for Services Rendered and
         for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018]
         *(see agenda item #26b)*

   Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order
         granting the applicant the relief requested in connection with this matter
         consistent with the Fee Committee's Final Report.   Consequently, no
         hearing with respect to this matter is required.

43.    Kleinberg, Kaplan, Wolff & Cohen, P.C.

   Response/Objection Deadline:        N/A

   Responses/Objections Received:      None.

   Related Documents:

   a.    Fee Committee's Summary Report Concerning Uncontested Interim and
         Final Fee Applications and Substantial Contribution Fee Requests for
         Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed
         November 2, 2018] *(see agenda item #5a)*

   b.    Omnibus Order Awarding Final Compensation for Services Rendered and
         for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018]
         *(see agenda item #26b)*

   Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order
         granting the applicant the relief requested in connection with this matter
         consistent with the Fee Committee's Final Report.   Consequently, no
         hearing with respect to this matter is required.

44.    Maples & Calder

   Response/Objection Deadline:        N/A

Responses/Objections Received:     None.

Related Documents:

a.  Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.  Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

45.  McGuire Woods Consulting

Response/Objection Deadline:     N/A

Responses/Objections Received:     None.

Related Documents:

a.  Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.  Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

35

46.    Moelis & Company LLC

    Response/Objection Deadline:    N/A

    Responses/Objections Received:    None.

    Related Documents:

    a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

    b.    Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

    Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

47.    Moody's Investors Service, Inc.

    Response/Objection Deadline:    N/A

    Responses/Objections Received:    None.

    Related Documents:

    a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

    b.    Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

    Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

48.    PA Consulting Group, Inc.

    Response/Objection Deadline:    N/A

36

Responses/Objections Received:      None.

Related Documents:

a.      Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.      Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

49.   Prosek LLC

Response/Objection Deadline:      N/A

Responses/Objections Received:      None.

Related Documents:

a.      Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.      Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

50.   Richards, Kibbe & Orbe LLP

Response/Objection Deadline:      N/A

Responses/Objections Received:     None.

Related Documents:

a.   Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.   Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report.  Consequently, no hearing with respect to this matter is required.

51.   Robbins, Russell, Englert, Orseck, Utereiner & Sauber LLP

Response/Objection Deadline:       N/A

Responses/Objections Received:     None.

Related Documents:

a.   Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.   Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report.  Consequently, no hearing with respect to this matter is required.

52.   Ropes & Gray LLP

Response/Objection Deadline:       N/A

Responses/Objections Received:     None.

38

Related Documents:

a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.    Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

53.    Schulte Roth & Zabel LLP

Response/Objection Deadline:        N/A

Responses/Objections Received:        None.

Related Documents:

a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.    Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

54.    Elliott Management Corporation

Response/Objection Deadline:        N/A

Responses/Objections Received:        None.

Related Documents:

a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for

Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.    Omnibus Order Awarding Final Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13609; filed November 6, 2018] *(see agenda item #26b)*

Status: On November 6, 2018, the Court entered the Omnibus 503(b) Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report.   Consequently, no hearing with respect to this matter is required.

## VI.   UNCONTESTED INTERIM FEE APPLICATIONS:

55.    Eighth Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2017 Through April 30, 2017 [D.I. 11345; filed June 14, 2017]

Response/Objection Deadline:     July 5, 2017 at 4:00 p.m. (EDT)

Responses/Objections Received:     None.

Related Documents:

a.    Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 12632; filed February 14, 2018]

b.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

c.    Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13608; filed November 6, 2018] ("Omnibus Interim Fee Order")

Status: On November 6, 2018, the Court entered the Omnibus Interim Fee Order granting the applicant modified relief in connection with this matter consistent with the Fee Committee's Final Report.   Consequently, no hearing with respect to this matter is required.

56.    Ninth Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH

40

Finance Inc., and EECI, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period May 1, 2017 Through August 31, 2017 [D.I. 11972; filed September 29, 2017]

Response/Objection Deadline:    October 20, 2017 at 4:00 p.m. (EDT)

Responses/Objections Received:    None.

Related Documents:

a.    Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13632; filed February 14, 2018] *(see agenda item #55a)*

b.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

c.    Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13608; filed November 6, 2018] *(see agenda item #55b)*

Status: On November 6, 2018, the Court entered the Omnibus Interim Fee Order granting the applicant modified relief in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

57.    Tenth Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period September 1, 2017 Through December 31, 2017 [D.I. 12647; filed February 15, 2018]

Response/Objection Deadline:    March 8, 2018 at 4:00 p.m. (EST)

Responses/Objections Received:    None.

Related Documents:

a.    Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13159; filed May 31, 2018]

b.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for

Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

c.    Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13608; filed November 6, 2018] *(see agenda item #55b)*

Status: On November 6, 2018, the Court entered the Omnibus Interim Fee Order granting the applicant modified relief in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

58.    Eleventh Interim Fee Application of Guggenheim Securities, LLC, Investment Banker to the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company LLC, EFIH Finance Inc., and EECI, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period January 1, 2018 Through March 9, 2018 [D.I. 12997; filed April 23, 2018]

Response/Objection Deadline:          May 14, 2018 at 4:00 p.m. (EDT)

Responses/Objections Received:       None.

Related Documents:

a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.    Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13608; filed November 6, 2018] *(see agenda item #55b)*

Status: On November 6, 2018, the Court entered the Omnibus Interim Fee Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report. Consequently, no hearing with respect to this matter is required.

59.    Tenth Interim Application of SOLIC Capital Advisors, LLC, as Financial Advisor for Debtor Energy Future Holdings Corp., for Compensation for Services Rendered and Reimbursement of Expenses Incurred from January 1, 2018 Through March 9, 2018 [D.I. 12960; filed April 17, 2018]

Response/Objection Deadline:          May 8, 2018 at 4:00 p.m. (EDT)

<u>Responses/Objections Received</u>:    None.

<u>Related Documents</u>:

a.    Fee Committee's Summary Report Concerning Uncontested Interim and Final Fee Applications and Substantial Contribution Fee Requests for Hearing on November 13, 2018 at 10:00 a.m. E.T. [D.I. 13602; filed November 2, 2018] *(see agenda item #5a)*

b.    Omnibus Order Awarding Interim Allowance of Compensation for Services Rendered and for Reimbursement of Expenses [D.I. 13608; filed November 6, 2018] *(see agenda item #55b)*

<u>Status</u>: On November 6, 2018, the Court entered the Omnibus Interim Fee Order granting the applicant the relief requested in connection with this matter consistent with the Fee Committee's Final Report.  Consequently, no hearing with respect to this matter is required.

*[Remainder of page intentionally left blank.]*

Dated: November 7, 2018
      Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**
Mark D. Collins (No. 2981)
Daniel J. DeFranceschi (No. 2732)
Jason M. Madron (No. 4431)
920 North King Street
Wilmington, Delaware 19801
Telephone:    (302) 651-7700
Facsimile:    (302) 651-7701
Email:    collins@rlf.com
        defranceschi@rlf.com
        madron@rlf.com

-and-

**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward O. Sassower, P.C. (admitted *pro hac vice*)
Stephen E. Hessler, P.C. (admitted *pro hac vice*)
Brian E. Schartz, P.C. (admitted *pro hac vice*)
Aparna Yenamandra (admitted *pro hac vice*)
601 Lexington Avenue
New York, New York 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    edward.sassower@kirkland.com
        stephen.hessler@kirkland.com
        brian.schartz@kirkland.com
        aparna.yenamandra@kirkland.com

-and-

James H.M. Sprayregen, P.C. (admitted *pro hac vice*)
Marc Kieselstein, P.C. (admitted *pro hac vice*)
Chad J. Husnick, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini (admitted *pro hac vice*)
300 North LaSalle
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:    james.sprayregen@kirkland.com
        marc.kieselstein@kirkland.com
        chad.husnick@kirkland.com
        steven.serajeddini@kirkland.com

*Co-Counsel to the EFH Plan Administrator Board*

RLF1 20257910v.1