IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ X
In re:                                                       :   Chapter 11
                                                             :
Energy Future Holdings Corp., *et al.*,[1]                   :   Case No. 14-10979 (CSS)
                                                             :
                    Debtors.                                 :   (Jointly Administered)
                                                             :
                                                             :   **Re: D.I. 13584**
                                                             :
------------------------------------------------------------ X

## NOTICE OF APPEAL

Notice is hereby given that NextEra Energy, Inc. (the "Appellant"), a party in interest in the above-captioned chapter 11 cases, files this Notice of Appeal pursuant to 28 U.S.C. §§ 158(a), Rules 8002 and 8003 of the Federal Rules of Bankruptcy Procedure, and Rule 8003-1 of the Local Rules of United States Bankruptcy Court for the District of Delaware from the *Order Granting the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute All Funds in the NEE Plan Reserve*, dated October 25, 2018 [D.I. 13584] (the "Order").

The names of all parties to the judgment, order, or decree from which the Appellant appeals, and the names, addresses, and telephone numbers of their attorneys are as follows:

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

| Party | Attorney |
|---|---|
| Elliott Associates, L.P., Elliott International, L.P., and the Liverpool Limited Partnership | **BAYARD, P.A.**<br>Scott D. Cousins<br>Erin R. Fay<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Gregg M. Galardi<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000 |
| UMB Bank, N.A. | **BAYARD, P.A.**<br>Scott D. Cousins<br>Erin R. Fay<br>600 N. King Street, Suite 400<br>Wilmington, DE 19801<br>Telephone: (302) 655-5000<br><br>-and-<br><br>**ROPES & GRAY LLP**<br>Gregg M. Galardi<br>1211 Avenue of the Americas<br>New York, NY 10036-8704<br>Telephone: (212) 596-9000 |

| Party | Attorney |
|---|---|
| EFH Plan Administrator Board | **RICHARDS, LAYTON & FINGER, P.A.**<br>Mark D. Collins (No. 2981)<br>Daniel J. DeFranceschi (No. 2732)<br>Jason M. Madron (No. 4431)<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br><br>- and-<br><br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>Edward O. Sassower, P.C.<br>Stephen E. Hessler, P.C.<br>Brian E. Schartz, P.C.<br>Aparna Yenamandra<br>601 Lexington Avenue<br>New York, New York 10022-4611<br>Telephone: (212) 446-4800<br><br>-and-<br><br>James H.M. Sprayregen, P.C.<br>Mark Kieselstein, P.C.<br>Chad J. Husnick, P.C.<br>Steven N. Serajeddini<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000 |

| Party | Attorney |
|---|---|
| NextEra Energy, Inc. | **LANDIS RATH & COBB LLP**<br>Adam G. Landis<br>Matthew B. McGuire<br>919 Market Street, Suite 1800<br>Wilmington, Delaware 19801<br>Telephone: (302) 467-4400<br><br>-and-<br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Howard Seife<br>Andrew Rosenblatt<br>Eric Daucher<br>1301 Avenue of the Americas<br>New York, New York 10019<br>Telephone: (212) 408-5100<br><br>Robin Ball<br>555 South Flower Street, 41st Floor<br>Los Angeles, California 90071<br>Telephone: (213) 892-9200 |

Pursuant to Federal Rule of Bankruptcy Procedure 8003, a copy of the Order is attached hereto as **Exhibit A**. This Notice of Appeal is also accompanied by the prescribed fee.

**[Remainder of Page Intentionally Left Blank]**

Dated: November 8, 2018
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ *Matthew B. McGuire*

Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
       mcguire@lrclaw.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
Eric Daucher (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: howard.seife@nortonrosefulbright.com
       andrew.rosenblatt@nortonrosefulbright.com
       eric.daucher@nortonrosefulbright.com

Robin Ball (admitted *pro hac vice*)
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213)892-9200
Facsimile: (213) 892-9494
Email : robin.ball@nortonrosefulbright.com

*Counsel to Appellant NextEra Energy, Inc.*