# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: DMC | Date Created: 11/8/2018 |
| Case: 14−10979−CSS | Form ID: van440 | Total: 14 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| aty | Andrea Beth Schwartz | U.S. Department of Justice – Office of the U.S. Trustee    U.S. Federal Office Building    201 Varick Street, Rm 1006    New York, NY 10065 |
| aty | Brian Schartz | c/o Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | Daniel J. DeFranceschi | Richards, Layton & Finger    One Rodney Square, P.O. Box 551    Wilmington, DE 19899 |
| aty | Erin R Fay | Bayard, P.A.    600 North King Street    Suite 400    Wilmington, DE 19801 |
| aty | Gregg M. Galardi | Ropes & Gray LLP    1211 Avenue of the Americas    New York, NY 10036 |
| aty | Howard Seife | Chadbourne & Parke LLP    30 Rockefeller Plaza    New York, NY 10112 |
| aty | James H.M. Sprayregen | Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 |
| aty | Jason M. Madron | Richards, Layton & Finger, P.A.    One Rodney Square    P.O. Box 551    Wilmington, DE 19899 |
| aty | Linda J. Casey | Office of United States Trustee    844 King Street    Suite 2207    Wilmington, DE 19801 |
| aty | Mark D. Collins | Richards, Layton & Finger, P.A.    One Rodney Square    920 North King Street    Wilmington, DE 19801 |
| aty | Matthew B. McGuire | Landis Rath & Cobb LLP    P.O. Box 2087    919 Market Street, Suite 1800    Wilmington, DE 19899 |
| aty | Matthew B. McGuire | Landis Rath & Cobb LLP    P.O. Box 2087    919 Market Street, Suite 1800    Wilmington, DE 19899 |
| aty | Richard L. Schepacarter | Office of the United States Trustee    U. S. Department of Justice    844 King Street, Suite 2207    Lockbox #35    Wilmington, DE 19801 |
| aty | Stephen E. Hessler | Kirkland & Ellis LLP    601 Lexington Avenue    New York, NY 10022 |

TOTAL: 14