UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

## APPEAL TRANSMITTAL SHEET

**Case Number:** 14-10979    BK ● AP ○

If AP, related BK case number:

**Title of Order Appealed:** Order (With Revisions by the Court) Granting Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute All Funds in the NEE Plan Reserve.

**Docket #:** 13584    **Date Entered:** 10/25/18

Item Transmitted:

| | | | | |
|---|---|---|---|---|
| ✓ | Notice of Appeal | Docket #: 13612 | Date Filed: | 11/8/18 |
| ☐ | Amended Notice of Appeal | Docket #: | Date Filed: | |
| ☐ | Cross Appeal | Docket #: | Date Filed: | |
| ☐ | Motion for Leave to Appeal | Docket #: | Date Filed: | |
| ☐ | Request for Certification of Direct Appeal | Docket #: | Date Filed: | |

**Appellant/Cross Appellant:**

NextEra Energy, Inc.

**Appellee/Cross Appellee**

Elliott Associates, L.P., et al.
UMB Bank, N.A.
EFH Plan Administrator Board

**Counsel for Appellant/Cross Appellant:**

Landis Rath & Cobb LLP
919 Market Street
Suite 1800
Wilmington, DE 19801

**Counsel for Appellee/Cross Appellee:**

Bayard, P.A.
Richards Layton & Finger

| | | |
|---|---|---|
| **Filing fee paid?** | Yes ● | No ○ |
| **IFP application filed by applicant?** | Yes ○ | No ● |
| **Have additional appeals of the same order been filed?** | Yes ○ | No ● |
| ***If Yes, has District Court assigned a Civil Action Number?** | Yes ○ | No ● |
| **Civil Action Number:** | | |

(continued on next page)

**Notes:**

*I hereby certify that all designated items are available electronically through CM/ECF.*

**Date:** 11/9/18     **by:** Donna Capell  _____
**Deputy Clerk**

Bankruptcy Court Appeal (BAP) Number:    18-51