# UNITED STATES BANKRUPTCY COURT
## District of Delaware
## 824 Market Street, 3rd Floor
## Wilmington, DE 19801

**In Re:**                                                    **Case No.:** 14–10979–CSS

Energy Future Holdings Corp.

                                                              **Chapter:** 11


### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that a Notice of Appeal has been filed in the above mentioned case. The Notice of Appeal, as well as the related documents are available for view by registered PACER users. They can also be viewed at the clerk's office.


_Una O'Boyle_

Una O'Boyle, Clerk of Court

Date: 11/8/18
(VAN–440)

United States Bankruptcy Court
District of Delaware

In re:                                                          Case No. 14-10979-CSS
Energy Future Holdings Corp.                                    Chapter 11
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0311-1        User: DMC          Page 1 of 27        Date Rcvd: Nov 08, 2018
                           Form ID: van440     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 10, 2018.
aty         +Andrea Beth Schwartz,   U.S. Department of Justice - Office of t,
              U.S. Federal Office Building,   201 Varick Street, Rm 1006,   New York, NY 10014-9449
aty         +Brian Schartz,  c/o Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643
aty         +Daniel J. DeFranceschi,   Richards, Layton & Finger,   One Rodney Square, P.O. Box 551,
              Wilmington, DE 19899-0551
aty         +Erin R Fay,   Bayard, P.A.,   600 North King Street,   Suite 400,   Wilmington, DE 19801-3722
aty         +Gregg M. Galardi,   Ropes & Gray LLP,   1211 Avenue of the Americas,   New York, NY 10036-8704
aty         +Howard Seife,   Chadbourne & Parke LLP,   30 Rockefeller Plaza,   New York, NY 10112-0015
aty         +James H.M. Sprayregen,   Kirkland & Ellis LLP,   601 Lexington Avenue,
              New York, NY 10022-4643
aty         +Jason M. Madron,   Richards, Layton & Finger, P.A.,   One Rodney Square,   P.O. Box 551,
              Wilmington, DE 19899-0551
aty         +Linda J. Casey,   Office of United States Trustee,   844 King Street,   Suite 2207,
              Wilmington, DE 19801-3519
aty         +Mark D. Collins,   Richards, Layton & Finger, P.A.,   One Rodney Square,
              920 North King Street,   Wilmington, DE 19801-3300
aty         +Matthew B. McGuire,   Landis Rath & Cobb LLP,   P.O. Box 2087,   919 Market Street, Suite 1800,
              Wilmington, DE 19801-3033
aty         +Richard L. Schepacarter,   Office of the United States Trustee,   U. S. Department of Justice,
              844 King Street, Suite 2207,   Lockbox #35,   Wilmington, DE 19801-3519
aty         +Stephen E. Hessler,   Kirkland & Ellis LLP,   601 Lexington Avenue,   New York, NY 10022-4643

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                          TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Matthew B. McGuire,   Landis Rath & Cobb LLP,   P.O. Box 2087,   919 Market Street, Suite 1800,
              Wilmington, DE 19801-3033
                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 10, 2018                        Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 8, 2018 at the address(es) listed below:
              Aaron C Baker   on behalf of Attorney   Godfrey & Kahn, S.C. acb@pgslaw.com
              Aaron C Baker   on behalf of Fee Examiner Richard  Gitlin acb@pgslaw.com
              Aaron H. Stulman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
              capacity as successor Indenture Trustee astulman@wtplaw.com,   lhuber@wtplaw.com
              Adam  Hiller   on behalf of Creditor   Buffalo Industrial Supply, Inc. ahiller@hillerarban.com
              Adam  Hiller   on behalf of Interested Party   MoreTech, Inc. ahiller@hillerarban.com
              Adam G. Landis   on behalf of Interested Party   Marathon Asset Management, LP landis@lrclaw.com,
              panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
              Adam G. Landis   on behalf of Interested Party   Alcoa Inc. landis@lrclaw.com,
              panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
              Adam G. Landis   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
              Holdings, Inc. landis@lrclaw.com,
              panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
              Adam G. Landis   on behalf of Creditor   NextEra Energy Resources, LLC landis@lrclaw.com,
              panchak@lrclaw.com;brown@lrclaw.com;Ramirez@lrclaw.com;dellose@lrclaw.com;schierbaum@lrclaw.com
              Adam Scott Moskowitz   on behalf of Creditor   ASM Capital IV, L.P. asmcapital@aol.com
              Albert  Kass   on behalf of Claims Agent   Kurtzman Carson Consultants LLC
              ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com
              Albert  Kass   on behalf of Interested Party   Kurtzman Carson Consultants LLC
              ECFpleadings@kccllc.com,  ecfpleadings@kccllc.com

District/off: 0311-1          User: DMC              Page 2 of 27          Date Rcvd: Nov 08, 2018
                             Form ID: van440         Total Noticed: 13

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Alessandra  Glorioso    on behalf of Creditor    U.S. Bank National Association
           glorioso.alessandra@dorsey.com
          Alexa  Kranzley    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
           of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH Finance,
           Inc., and EECI, Inc. (EFH Committee) kranzleya@sullcrom.com
          Alison R. Ashmore    on behalf of Creditor    Bluebonnet Electric Cooperative, Inc.
           aashmore@dykema.com
          Allison R Axenrod    on behalf of Creditor    Claims Recovery Group LLC
           allison@claimsrecoveryllc.com,  allison@ecf.inforuptcy.com;notices@claimsrecoveryllc.com
          Amish R. Doshi    on behalf of Creditor    Oracle America, Inc. amish@doshilegal.com
          Amy  Baudler    on behalf of Creditor    Barr Engineering Co. amy@purduelaw.com,  kim@purduelaw.com
          Amy  Brown    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P., The
           Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners Limited
           Partnership brown@braunhagey.com,  levine@braunhagey.com
          Ana  Chilingarishvili    on behalf of Creditor    U.S. Bank National Association
           ana.chilingarishvili@maslon.com
          Andrea Beth Schwartz    on behalf of U.S. Trustee    U.S. Trustee andrea.b.schwartz@usdoj.gov
          Andrea Stone Hartley    on behalf of Creditor    Siemens Energy, Inc. f/k/a Siemens Power
           Generation, Inc., and Siemens Demag Delaval Turbomachinery, Inc. andrea.hartley@akerman.com
          Andrew  Dean    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com,
           ann-jerominski-2390@ecf.pacerpro.com
          Andrew Dietderich    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) dietdericha@sullcrom.com
          Andrew Glenn Devore    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
           indenture trustee and collateral trustee andrew.devore@ropesgray.com
          Andrew J. Ehrlich    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
           aehrlich@paulweiss.com,  mao_fednational@paulweiss.com
          Andrew K Glenn    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
           aglenn@kasowitz.com
          Andrew L Magaziner    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
           Creditors bankfilings@ycst.com
          Andrew R. Remming    on behalf of Creditor    Kohlberg Kravis Roberts & Co. L.P., TPG
           Capital, L.P., Goldman, Sachs & Co. and Associated Individuals aremming@mnat.com,
           rfusco@mnat.com;aconway@mnat.com;mdecarli@mnat.com
          Ann M Kashishian    on behalf of Attorney    Chipman Brown Cicero & Cole, LLP amk@kashishianlaw.com,
           dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured Noteholders
           amk@kashishianlaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Ann M Kashishian    on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
           Noteholders amk@kashishianlaw.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
          Anna  Grace    on behalf of Creditor    UNITED STATES OF AMERICA Anna.E.Grace@usdoj.gov
          Ari David Kunofsky    on behalf of Creditor    UNITED STATES OF AMERICA ari.d.kunofsky@usdoj.gov,
           eastern.taxcivil@usdoj.gov
          Arlene Rene Alves    on behalf of Interested Party    Wilmington Trust, N.A. alves@sewkis.com
          Ashley F. Bartram    on behalf of Interested Party    Texas Commission on Environmental Quality
           ashley.bartram@oag.texas.gov
          Ashley F. Bartram    on behalf of Interested Party    Public Utility Commission of Texas
           ashley.bartram@oag.texas.gov
          Ashley F. Bartram    on behalf of Interested Party    Railroad Commission of Texas
           ashley.bartram@oag.texas.gov
          Ashley Robert Altschuler    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
           ashley.altschuler@dlapiper.com,  ashley-altschuler-8647@ecf.pacerpro.com
          Ashley Robert Altschuler    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
           ashley.altschuler@dlapiper.com,  ashley-altschuler-8647@ecf.pacerpro.com
          Barry  Kleiner    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.
           and The Liverpool Limited Partnership dkleiner@kkwc.com
          Barry G. Felder    on behalf of Interested Party    UMB BANK, N.A., as Trustee bgfelder@foley.com
          Barry G. Felder    on behalf of Creditor    UMB Bank, N.A. bgfelder@foley.com
          Barry G. Felder    on behalf of Interested Party    UMB Bank, N.A., as indenture trustee
           bgfelder@foley.com
          Barry M. Klayman    on behalf of Interested Party    J Aron & Company bklayman@cozen.com
          Benjamin Finestone    on behalf of Creditor    Centerbridge Special Credit Partners, II, L.P.
           benjaminfinestone@quinnemanuel.com
          Benjamin  Finestone    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C.
           benjaminfinestone@quinnemanuel.com
          Benjamin  Finestone    on behalf of Creditor    Centerbridge Special Credit Partners, L.P.
           benjaminfinestone@quinnemanuel.com
          Benjamin  Stewart    on behalf of Creditor    Pinnacle Technical Resources, Inc.
           bstewart@baileybrauer.com,  eharper@baileybrauer.com
          Benjamin J. Schladweiler    on behalf of Creditor    Apollo Advisors VII, L.P.
           bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler    on behalf of Defendant    Brookfield Asset Management Private
           Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com

District/off: 0311-1          User: DMC              Page 3 of 27              Date Rcvd: Nov 08, 2018
                             Form ID: van440          Total Noticed: 13

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Benjamin J. Schladweiler    on behalf of Defendant    Angelo Gordon & Co., LP
           bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler    on behalf of Creditor    Brookfield Asset Management Private
           Institutional Capital Adviser (Canada), L.P. bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler    on behalf of Creditor    Angelo Gordon & Co., LP
           bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com
          Benjamin J. Schladweiler    on behalf of Defendant    Apollo Advisors VII, L.P.
           bschladweiler@ramllp.com,
           jlano@ramllp.com;hgibbons@ramllp.com;dkrech@ramllp.com;jsullivan@ramllp.com;ckwiatkowski@ramllp.c
           om;8289576420@filings.docketbird.com
          Bernard George Conaway    on behalf of Creditor    Doyenne Constructors, LLC bgc@conaway-legal.com
          Bernard Grover Johnson, III    on behalf of Creditor    Milam Appraisal District
           bjohnson@fisherboyd.com
          Bonnie R. Golub    on behalf of Creditor    Evercore Group LLC bgolub@weirpartners.com
          Bradley R. Aronstam    on behalf of Creditor    Apollo Advisors VII, L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
          Bradley R. Aronstam    on behalf of Other Prof.    Longhorn Capital GS L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
          Bradley R. Aronstam    on behalf of Defendant    Angelo Gordon & Co., LP baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
          Bradley R. Aronstam    on behalf of Interested Party    Titan Investment Holdings LP
           baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
          Bradley R. Aronstam    on behalf of Creditor    Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
          Bradley R. Aronstam    on behalf of Defendant    Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
          Bradley R. Aronstam    on behalf of Creditor    Angelo Gordon & Co., LP baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
          Bradley R. Aronstam    on behalf of Defendant    Apollo Advisors VII, L.P. baronstam@ramllp.com,
           hgibbons@ramllp.com;jlano@ramllp.com;jsullivan@ramllp.com;dkrech@ramllp.com;ckwiatkowski@ramllp.c
           om;5031916420@filings.docketbird.com
          Brett H. Miller    on behalf of Interested Party    The Official Committee of TCEH Unsecured
           Creditors BMiller@mofo.com,    brett-miller-1388@ecf.pacerpro.com
          Brian Schartz    on behalf of Debtor    Energy Future Holdings Corp. bschartz@kirkland.com,
           george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com
          Brian Schartz    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
           bschartz@kirkland.com,
           george.klidonas@kirkland.com;hannah.kupsky@kirkland.com;nacif.taousse@kirkland.com
          Brian Tong    on behalf of Creditor    CCP Credit Acquisition Holdings, L.L.C. brian.tong@srz.com
          Brian E Farnan    on behalf of Interested Party    Forest Creek Wind Farm, LLC
           bfarnan@farnanlaw.com,    tfarnan@farnanlaw.com
          Brian L. Arban    on behalf of Attorney Brian    Arban barban@hillerarban.com
          Brian Lucian Kasprzak    on behalf of Interested Party    Fireman's Fund Insurance Company
           bkasprzak@moodklaw.com,    mike@lscd.com
          Brian S. Hermann    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
           jadlerstein@paulweiss.com;bhermann@paulweiss.com;mtattnall@paulweiss.com;abernstein@paulweiss.com
           ;aehrlich@paulweiss.com;mturkel@paulweiss.com;mcolarossi@paulweiss.com;gkroup@paulweiss.com
          Brian W. Hockett    on behalf of Creditor    Accenture LLP bhockett@thompsoncoburn.com
          Bruce J. Ruzinsky    on behalf of Creditor    Milam Appraisal District bruzinsky@jw.com,
           mcavenaugh@jw.com
          Camille C. Bent    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
           CCB@stevenslee.com
          Carla O. Andres    on behalf of Interested Party    Fee Committee candres@gklaw.com,
           kboucher@gklaw.com
          Chad J. Husnick    on behalf of Debtor    Energy Future Holdings Corp. chusnick@kirkland.com
          Chad J. Husnick    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
           chusnick@kirkland.com
          Chantelle D'nae McClamb    on behalf of Interested Party    Simeio Solutions, Inc.
           mcclambc@ballardspahr.com,    lanoc@ballardspahr.com
          Charles J. Brown    on behalf of Creditor    Anadarko Petroleum Corporation cbrown@gsbblaw.com,
           dabernathy@archerlaw.com

District/off: 0311-1         User: DMC              Page 4 of 27          Date Rcvd: Nov 08, 2018
                             Form ID: van440        Total Noticed: 13

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Charles J. Brown   on behalf of Interested Party   Emerson Network Power Liebert Services
               cbrown@gsbblaw.com, dabernathy@archerlaw.com
              Chester B. Salomon   on behalf of Creditor   Securitas Security Services USA, Inc.
               csalomon@beckerglynn.com, mghose@beckerglynn.com;hhill@beckerglynn.com
              Christopher Fong   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
               cfong@nixonpeabody.com
              Christopher Fong   on behalf of Interested Party   American Stock Transfer & Trust Company, LLC
               cfong@nixonpeabody.com
              Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of TCEH Unsecured
               Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher A. Ward   on behalf of Attorney   Morrison & Foerster LLP cward@polsinelli.com,
               LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher A. Ward   on behalf of Attorney   Polsinelli PC cward@polsinelli.com,
               LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher A. Ward   on behalf of Creditor Committee   The Official Committee of Unsecured
               Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher A. Ward   on behalf of Interested Party   The Official Committee of TCEH Unsecured
               Creditors cward@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher A. Ward   on behalf of Financial Advisor   FTI Consulting, Inc. cward@polsinelli.com,
               LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Christopher B. Mosley   on behalf of Creditor   City of Fort Worth
               Chris.Mosley@fortworthtexas.gov, Sharon.Floyd@fortworthtexas.gov
              Christopher L. Carter   on behalf of Creditor   Pacific Investment Management Co. LLC
               christopher.carter@morganlewis.com
              Christopher M Hayes   on behalf of Interested Party   Goldman Sachs & Co. and certain affiliates
               Christopher.hayes@kirkland.com
              Christopher Michael De Lillo   on behalf of Debtor   Energy Future Holdings Corp. delillo@rlf.com,
               rbgroup@rlf.com
              Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company
               LLC csimon@crosslaw.com, smacdonald@crosslaw.com
              Christopher Page Simon   on behalf of Interested Party   American Stock Transfer & Trust Company,
               LLC csimon@crosslaw.com, smacdonald@crosslaw.com
              Christopher R. Belmonte   on behalf of Interested Party   Moody's Analytics, Inc.
               cbelmonte@ssbb.com, pbosswick@ssbb.com,managingclerk@ssbb.com,asnow@ssbb.com
              Clark T. Whitmore   on behalf of Creditor   U.S. Bank National Association
               clark.whitmore@maslon.com
              Colin R. Robinson   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
               crobinson@pszjlaw.com, efile1@pszjlaw.com
              Corby Davin Boldissar   on behalf of Interested Party   BP America Production Company
               dboldissar@lockelord.com
              Cory P. Stephenson   on behalf of Plaintiff   Energy Future Holdings Corp.
               cstephenson@bk-legal.com
              Curtis A Hehn   on behalf of Interested Party   Somervell County Central Appraisal District
               curtishehn@comcast.net
              D. Ross Martin   on behalf of Interested Party   CSC Trust Company of Delaware, as successor
               indenture trustee and collateral trustee rmartin@ropesgray.com
              Daniel A. Fliman   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
               dfliman@kasowitz.com, Courtnotices@kasowitz.com
              Daniel A. O'Brien   on behalf of Creditor   Pacific Investment Management Co. LLC
               daobrien@venable.com
              Daniel A. O'Brien   on behalf of Interested Party   Pacific Investment Management Company LLC
               ("PIMCO") daobrien@venable.com
              Daniel B. Denny   on behalf of Interested Party   Berkshire Hathaway Energy Company
               ddenny@gibsondunn.com
              Daniel J. DeFranceschi   on behalf of Debtor   LSGT Gas Company LLC defranceschi@rlf.com,
               RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU SEM Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   NCA Development Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EECI, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Retail Services Company rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Eagle Mountain Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH Renewables Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Oak Grove Mining Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Retail Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Energy Trading California Company
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Valley NG Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   TXU Energy Solutions Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Big Brown 3 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Luminant Generation Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   EFH Finance (No. 2) Holdings Company
               RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Brighten Holdings LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   DeCordova Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi   on behalf of Debtor   Lone Star Pipeline Company, Inc.
               defranceschi@rlf.com, RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi   on behalf of Debtor   Southwestern Electric Service Company, Inc.
               RBGroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Daniel J. DeFranceschi    on behalf of Debtor      Energy Future Competitive Holdings Company LLC
              defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor      Martin Lake 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Oak Grove Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      4Change Energy Holdings LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Texas Energy Industries Company, Inc.
              rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Generation MT Company LLC defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor      Generation Development Company LLC
              defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor      Tradinghouse 3 & 4 Power Company LLC
              RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
              RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      NCA Resources Development Company LLC
              RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Luminant Mining Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Sandow Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Brighten Energy LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      EFH CG Management Company LLC defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor      TXU Receivables Company rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      EFIH Finance Inc. defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor      Generation SVC Company defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor      EFH Corporate Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Luminant Big Brown Mining Company LLC
              RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      EFH CG Holdings Company LP defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor      EFH FS Holdings Company RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Energy Future Intermediate Holding Company LLC
              defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor      Monticello 4 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Big Brown Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Morgan Creek 7 Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Collin Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      4Change Energy Company RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      EBASCO SERVICES OF CANADA LIMITED RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Oak Grove Management Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Lake Creek 3 Power Company LLC
              defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor      DeCordova II Power Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Texas Power & Light Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Luminant Energy Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      EEC Holdings, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Tradinghouse Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Texas Utilities Electric Company, Inc.
              RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Texas Competitive Electric Holdings Company LLC
              defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor      Luminant Renewables Company LLC
              defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor      Luminant Holding Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      TCEH Finance, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      EFH Australia (No. 2) Holdings Company
              RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      TXU Energy Receivables Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Valley Power Company LLC rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Luminant Mineral Development Company LLC
              RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Big Brown Lignite Company LLC RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Luminant ET Services Company RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Energy Future Holdings Corp. defranceschi@rlf.com,
              RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor      LSGT SACROC, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Lone Star Energy Company, Inc.
              defranceschi@rlf.com,    RBGroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Daniel J. DeFranceschi    on behalf of Debtor      TXU Electric Company, Inc. rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Texas Electric Service Company, Inc.
              rbgroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Dallas Power & Light Company, Inc. RBGroup@rlf.com
              Daniel J. DeFranceschi    on behalf of Debtor      Texas Utilities Company, Inc. RBGroup@rlf.com
              Daniel K. Astin    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC dastin@ciardilaw.com,
              jmcmahon@ciardilaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Daniel K. Hogan   on behalf of Interested Party Harold  Bissell dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Michelle  Ziegelbaum dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Creditor John H. Jones dkhogan@dkhogan.com,  gdurstein@dkhogan.com,
              lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party   Brake Supply Company, Inc. dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party David William Fahy dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party John H. Jones dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Charlotte and Curtis  Liberda dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party   PI Law Firms dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Creditor David Heinzmann dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Denis  Bergschneider dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party David  Heinzmann dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Kurt  Carlson dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Joe  Arabie dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Shirley  Fenicle dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Michael  Cunningham dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party Robert  Albini dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party   Shirley Fenicle, as Successor-In-Interest to
              the Estate of George Fenicle,and David William Fahy dkhogan@dkhogan.com,  gdurstein@dkhogan.com,
              lparalegal@dkhogan.com
              Daniel K. Hogan   on behalf of Interested Party   The Richards Group, Inc. dkhogan@dkhogan.com,
              gdurstein@dkhogan.com,lparalegal@dkhogan.com
              Daniel S. Shamah   on behalf of Defendant   Apollo Advisors VII, L.P. dshamah@omm.com
              Daniel S. Shamah   on behalf of Creditor   Angelo Gordon & Co., LP dshamah@omm.com
              Daniel S. Shamah   on behalf of Defendant   Brookfield Asset Management Private Institutional
              Capital Adviser (Canada), L.P. dshamah@omm.com
              Daniel S. Shamah   on behalf of Defendant   Angelo Gordon & Co., LP dshamah@omm.com
              Daniel S. Shamah   on behalf of Creditor   Brookfield Asset Management Private Institutional
              Capital Adviser (Canada), L.P. dshamah@omm.com
              Daniel S. Shamah   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
              Administrative Agent dshamah@omm.com
              Daniel S. Shamah   on behalf of Creditor   Apollo Advisors VII, L.P. dshamah@omm.com
              Daniel S. Shamah   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as
              First Lien Administrative Agent dshamah@omm.com
              Daniel Stephen Smith   on behalf of Interested Party   United States on behalf of Environmental
              Protection Agency dan.smith2@usdoj.gov,  efile_ees.enrd@usdoj.gov
              Danielle M. Audette   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
              jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
              Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
              daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
              Danielle Marie Audette   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
              daudette@whitecase.com,  jdisanti@whitecase.com;mco@whitecase.com;jason.bartlett@whitecase.com
              David  Neier   on behalf of Creditor   Chicago Bridge & Iron Company N.V. dneier@winston.com,
              dcunsolo@winston.com
              David  Neier   on behalf of Defendant   NextEra Energy, Inc. dneier@winston.com,
              dcunsolo@winston.com
              David  Neier   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital Holdings,
              Inc. dneier@winston.com,  dcunsolo@winston.com
              David B. Anthony   on behalf of Plaintiff   Avenue Capital Management II, LP
              danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff   York Capital Management Global Advisors, LLC
              danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff   GSO Capital Partners LP danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff   P. Schoenfeld Asset Management LP
              danthony@bergerharris.com
              David B. Anthony   on behalf of Plaintiff   Third Avenue Management LLC danthony@bergerharris.com
              David Daniel Farrell   on behalf of Creditor   Martin Engineering Company
              dfarrell@thompsoncoburn.com
              David Edward Leta   on behalf of Creditor   Headwaters Resources, Inc. dleta@swlaw.com,
              wkalawaia@swlaw.com
              David G. Aelvoet   on behalf of Creditor   Ector CAD davida@publicans.com
              David M. Klauder   on behalf of Financial Advisor   SOLIC Capital Advisors, LLC
              dklauder@bk-legal.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            David M. Klauder    on behalf of Plaintiff    Energy Future Holdings Corp. dklauder@bk-legal.com
            David M. Klauder    on behalf of Debtor    Energy Future Holdings Corp. dklauder@bk-legal.com
            David M. Klauder    on behalf of Interested Party    Former Disinterested Directors of Energy
             Future Holdings Corp. dklauder@bk-legal.com
            David N. Deaconson    on behalf of Creditor William Jeffrey Herbert deaconson@pakislaw.com
            David P. Primack    on behalf of Other Prof.    Munger, Tolles & Olson LLP dprimack@mdmc-law.com,
             sshidner@mdmc-law.com;cbassano@mdmc-law.com
            David P. Primack    on behalf of Financial Advisor    Greenhill & Co., LLC dprimack@mdmc-law.com,
             sshidner@mdmc-law.com;cbassano@mdmc-law.com
            David P. Primack    on behalf of Interested Party    TCEH Debtors dprimack@mdmc-law.com,
             sshidner@mdmc-law.com;cbassano@mdmc-law.com
            David P. Primack    on behalf of Interested Party    Energy Future Competitive Holdings Company LLC
             dprimack@mdmc-law.com,   sshidner@mdmc-law.com;cbassano@mdmc-law.com
            David P. Primack    on behalf of Interested Party    Texas Competitive Electric Holdings Company
             LLC dprimack@mdmc-law.com,   sshidner@mdmc-law.com;cbassano@mdmc-law.com
            David S. Rosner    on behalf of Interested Party    Ad Hoc Group of EFH Legacy Noteholders
             drosner@kasowitz.com,   courtnotices@kasowitz.com
            David W. Carickhoff    on behalf of Interested Party Allen    Shrode dcarickhoff@archerlaw.com,
             de20@ecfcbis.com
            Davis Lee Wright    on behalf of Creditor Committee    The Official Committee of Unsecured
             Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
             Finance, Inc., and EECI, Inc. (EFH Committee) dwright@mmwr.com,
             keith-mangan-mmwr-1628@ecf.pacerpro.com
            Dennis Dunne, Esq.    on behalf of Interested Party    CITIBANK, N.A. ddunne@millbank.com
            Dennis L. Jenkins    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
             indenture trustee and collateral trustee dennis.jenkins@wilmerhale.com
            Derek C. Abbott    on behalf of Interested Party    TPG Capital, L.P. dabbott@mnat.com,
             rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
            Derek C. Abbott    on behalf of Interested Party    Kohlberg Kravis Roberts & Co. L.P., TPG Capital,
             L.P., Goldman, Sachs & Co. and Associated Individuals dabbott@mnat.com,
             rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
            Derek C. Abbott    on behalf of Interested Party    Texas Energy Future Holdings Limited
             Partnership dabbott@mnat.com,   rfusco@mnat.com;mdecarli@mnat.com;aconway@mnat.com
            Desiree M. Amador    on behalf of Creditor    Pension Benefit Guaranty Corporation
             amador.desiree@pbgc.gov,   efile@pbgc.gov
            Diane W. Sanders    on behalf of Creditor    Franklin ISD austin.bankruptcy@publicans.com
            Diane W. Sanders    on behalf of Creditor    Nueces County austin.bankruptcy@publicans.com
            Diane W. Sanders    on behalf of Creditor    Walnut Springs ISD austin.bankruptcy@publicans.com
            Diane W. Sanders    on behalf of Creditor    Lee County austin.bankruptcy@publicans.com
            Diane W. Sanders    on behalf of Creditor    Robertson County austin.bankruptcy@publicans.com
            Diane W. Sanders    on behalf of Creditor    Limestone County austin.bankruptcy@publicans.com
            Diane W. Sanders    on behalf of Creditor    Falls County austin.bankruptcy@publicans.com
            Diane W. Sanders    on behalf of Creditor    Round Rock ISD austin.bankruptcy@publicans.com
            Diane W. Sanders    on behalf of Creditor    McLennan County austin.bankruptcy@publicans.com
            Donald K. Ludman    on behalf of Creditor    SAP Industries, Inc. dludman@browconnery.com
            Duane David Werb    on behalf of Creditor    BWM Services, LP
             maustria@werbsullivan.com;riorii@werbsullivan.com
            Duane David Werb    on behalf of Creditor    The Kansas City Southern Railway Company
             maustria@werbsullivan.com;riorii@werbsullivan.com
            Eboney Cobb    on behalf of Creditor    Somervell County et al ecobb@pbfcm.com,
             rgleason@pbfcm.com;ecobb@ecf.inforuptcy.com
            Edward O. Sassower    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
             steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patri
             ck.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
            Edward O. Sassower    on behalf of Debtor    Energy Future Holdings Corp.
             steven.serajeddini@kirkland.com;aparna.yenamandra@kirkland.com;natasha.hwangpo@kirkland.com;patri
             ck.venter@kirkland.com;matthew.fagen@kirkland.com;ciara.foster@kirkland.com
            Edwin Kevin Camson    camson@drumcapital.com
            Elihu Ezekiel Allinson, III    on behalf of Creditor    Henry Pratt Company, LLC
             ZAllinson@SHA-LLC.com,   ecf@williamdsullivanllc.com;KDavis@SHA-LLC.com;hcoleman@sha-llc.com
            Elizabeth Banda Calvo    on behalf of Creditor    Somervell County et al ebcalvo@pbfcm.com,
             ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
            Elizabeth Banda Calvo    on behalf of Creditor    Richardson ISD, Crowley ISD rgleason@pbfcm.com,
             ebcalvo@pbfcm.com;ebcalvo@ecf.inforuptcy.com
            Ellen Slights    on behalf of Creditor    United States/USAO usade.ecfbankruptcy@usdoj.gov
            Ellen M. Halstead    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
             ellen.halstead@cwt.com,   joshua.arnold@cwt.com;nyecfnotice@cwt.com
            Ellen M. Halstead    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
             ellen.halstead@cwt.com,   joshua.arnold@cwt.com;nyecfnotice@cwt.com
            Epiq Corporate Restructuring, LLC    nmrodriguez@epiqsystems.com
            Eric Christopher Daucher    on behalf of Defendant    NextEra Energy, Inc.
             eric.daucher@nortonrosefulbright.com,
             howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonr
             osefulbright.com
            Eric Christopher Daucher    on behalf of Creditor    NextEra Energy Resources, LLC
             eric.daucher@nortonrosefulbright.com,
             howard.seife@nortonrosefulbright.com;robin.ball@nortonrosefulbright.com;andrew.rosenblatt@nortonr
             osefulbright.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

        Erica J. Richards    on behalf of Creditor Committee   The Official Committee of Unsecured
        Creditors erichards@mofo.com,  erica-richards-1053@ecf.pacerpro.com
        Erik  Schneider   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
        eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
        bnassif@nixonpeabody.com,
        Erik  Schneider   on behalf of Interested Party   American Stock Transfer & Trust Company, LLC
        eschneider@nixonpeabody.com,  bos.managing.clerk@nixonpeabody.com,mnighan@nixonpeabody.com,
        bnassif@nixonpeabody.com,
        Erin A. West    on behalf of Interested Party   Fee Committee ewest@gklaw.com,
        kboucher@gklaw.com;sshank@gklaw.com
        Erin R Fay    on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P. and
        The Liverpool Limited Partnership efay@bayardlaw.com,  lmorton@bayardlaw.com;smacon@bayardlaw.com
        Erin R Fay    on behalf of Plaintiff   Elliott Associates, L.P., Elliott International, L.P. and
        The Liverpool Limited Partnership efay@bayardlaw.com,  lmorton@bayardlaw.com;smacon@bayardlaw.com
        Erin R Fay    on behalf of Creditor   UMB Bank, N.A. efay@bayardlaw.com,
        lmorton@bayardlaw.com;smacon@bayardlaw.com
        Erin R Fay    on behalf of Interested Party   Ropes & Gray LLP efay@bayardlaw.com,
        lmorton@bayardlaw.com;smacon@bayardlaw.com
        Erin R Fay    on behalf of Interested Party   Texas Energy Future Capital Holdings LLC, Texas
        Energy Future Holdings Limited Partnership, and Certain Other Direct or Indirect Holders of
        Equity Interests in Energy Future Holdings Corp. efay@bayardlaw.com,
        lmorton@bayardlaw.com;smacon@bayardlaw.com
        Erin R Fay    on behalf of Interested Party   The Liverpool Limited Partnership efay@bayardlaw.com,
        lmorton@bayardlaw.com;smacon@bayardlaw.com
        Erin R Fay    on behalf of Interested Party   Texas Energy Future Capital Holdings, LLC, Texas
        Energy Future Holdings Limited Partnership, Kohlberg Kravis Roberts & Co. L.P., KKR 2006 Fund
        L.P., TPG Global, LLC, TPG Partners V, L.P., TPG Capital, efay@bayardlaw.com,
        lmorton@bayardlaw.com;smacon@bayardlaw.com
        Erin R Fay    on behalf of Creditor   UMB Bank, N.A., as Indenture Trustee to the EFIH Senior
        Toggle Notes efay@bayardlaw.com,  lmorton@bayardlaw.com;smacon@bayardlaw.com
        Erin R Fay    on behalf of Interested Party   Elliott International, L.P. efay@bayardlaw.com,
        lmorton@bayardlaw.com;smacon@bayardlaw.com
        Erin R Fay    on behalf of Interested Party   Elliott Associates, L.P. efay@bayardlaw.com,
        lmorton@bayardlaw.com;smacon@bayardlaw.com
        Erin R Fay    on behalf of Interested Party   UMB Bank, N.A., as Indenture Trustee
        efay@bayardlaw.com,  lmorton@bayardlaw.com;smacon@bayardlaw.com
        Erin R Fay    on behalf of Interested Party Mary Ann  KIlgore efay@bayardlaw.com,
        lmorton@bayardlaw.com;smacon@bayardlaw.com
        Erin R Fay    on behalf of Interested Party   Bayard, P.A. efay@bayardlaw.com,
        lmorton@bayardlaw.com;smacon@bayardlaw.com
        Erin R Fay    on behalf of Interested Party   Interest Holders efay@bayardlaw.com,
        lmorton@bayardlaw.com;smacon@bayardlaw.com
        Evan  Rassman   on behalf of Creditor   Knife River Corporation-South erassman@gsbblaw.com
        Evan  Rassman   on behalf of Creditor   Sunrise Partners Limited Partnership erassman@gsbblaw.com
        Evan R. Fleck   on behalf of Interested Party   CITIBANK, N.A. EFleck@milbank.com,
        jbrewster@milbank.com;mbrod@milbank.com;chahm@milbank.com;bzucco@milbank.com;mprice@milbank.com;a
        leblanc@milbank.com;nalmeida@milbank.com;jesseyoder@milbank.com;krookard@milbank.com;mprice@milba
        nk.com
        Evan T. Miller   on behalf of Interested Party   CSC Trust Company of Delaware, as Successor
        Trustee under the TCEH 11.5% Senior Secured Notes emiller@bayardlaw.com,
        lmorton@bayardlaw.com
        Evan T. Miller   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
        and The Liverpool Limited Partnership emiller@bayardlaw.com,  lmorton@bayardlaw.com
        Frances  Gecker   on behalf of Interested Party   PI Law Firms fgecker@fgllp.com,
        csmith@fgllp.com
        Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Corporation fmonaco@gsbblaw.com,
        frankmonacojr@gmail.com
        Francis A. Monaco,  Jr.   on behalf of Interested Party   American Equipment Company Inc.
        fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
        Francis A. Monaco,  Jr.   on behalf of Interested Party   AMECO Inc. fmonaco@gsbblaw.com,
        frankmonacojr@gmail.com
        Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Enterprises Inc.
        fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
        Francis A. Monaco,  Jr.   on behalf of Interested Party   Fluor Global Services
        fmonaco@gsbblaw.com,  frankmonacojr@gmail.com
        Frederick Brian Rosner   on behalf of Interested Party   Mudrick Capital Management L.P.
        rosner@teamrosner.com
        Frederick Brian Rosner   on behalf of Creditor   Mudrick Capital Management, L.P.
        rosner@teamrosner.com
        G. Alexander Bongartz   on behalf of Interested Party   CSC Trust Company of Delaware, as
        Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture
        alexbongartz@paulhastings.com
        Garden City Group, LLC    PACERTeam@gardencitygroup.com
        Garvan F. McDaniel   on behalf of Interested Party   Contrarian Capital Management, LLC
        gfmcdaniel@dkhogan.com, gdurstein@dkhogan.com;lparalegal@dkhogan.com
        Garvan F. McDaniel   on behalf of Creditor   Ad Hoc EFH Claimants gfmcdaniel@dkhogan.com,
        gdurstein@dkhogan.com;lparalegal@dkhogan.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Garvan F. McDaniel   on behalf of Other Prof.   Kasowitz Benson Torres LLP gfmcdaniel@dkhogan.com,
    gdurstein@dkhogan.com;lparalegal@dkhogan.com
Garvan F. McDaniel   on behalf of Interested Party   Ad Hoc Group of EFH Legacy Noteholders
    gfmcdaniel@dkhogan.com,  gdurstein@dkhogan.com;lparalegal@dkhogan.com
Garvan F. McDaniel   on behalf of Interested Party   Caxton Associates LP gfmcdaniel@dkhogan.com,
    gdurstein@dkhogan.com;lparalegal@dkhogan.com
Gary F. Seitz   on behalf of Attorney   Gellert Scali Busenkell & Brown LLC gseitz@gsbblaw.com
George Davis   on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity as First
    Lien Administrative Agent gdavis@omm.com
George Davis   on behalf of Creditor   Apollo Global Management, LLC gdavis@omm.com
George Davis   on behalf of Defendant   Brookfield Asset Management Private Institutional
    Capital Adviser (Canada), L.P. gdavis@omm.com
George Davis   on behalf of Defendant   Apollo Advisors VII, L.P. gdavis@omm.com
George Davis   on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First Lien
    Administrative Agent gdavis@omm.com
George Davis   on behalf of Defendant   Angelo Gordon & Co., LP gdavis@omm.com
Gerrit M. Pronske   on behalf of Creditor   Pallas Realty Advisors, Inc. gpronske@pgkpc.com
GianClaudio Finizio   on behalf of Interested Party   Delaware Trust Company as Successor
    Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
    bankserve@bayardlaw.com;lmorton@bayardlaw.com
GianClaudio Finizio   on behalf of Interested Party   Delaware Trust Company, as TCEH First Lien
    Indenture Trustee gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
GianClaudio Finizio   on behalf of Interested Party   Delaware Trust Company
    gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
GianClaudio Finizio   on behalf of Interested Party   CSC Trust Company of Delaware, as
    Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture gfinizio@bayardlaw.com,
    bankserve@bayardlaw.com;lmorton@bayardlaw.com
GianClaudio Finizio   on behalf of Plaintiff   Delaware Trust Company, as TCEH First Lien
    Indenture Trustee gfinizio@bayardlaw.com,  bankserve@bayardlaw.com;lmorton@bayardlaw.com
Gilbert R. Saydah, Jr.   on behalf of Creditor   CSC Trust Company of Delaware, Proposed
    Successor Indenture Trustee gsaydah@ckrlaw.com
Gregg M. Galardi   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
    and The Liverpool Limited Partnership gregg.galardi@ropesgray.com,
    William.McGee@ropesgray.com/nova.alindogan@ropesgray.com
Gregory A. Taylor   on behalf of Interested Party   Ad Hoc Committee of TCEH Second Lien
    Noteholders gtaylor@ashby-geddes.com
Gregory A. Taylor   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
    capacity as successor Indenture Trustee gtaylor@ashby-geddes.com
Gregory Joseph Flasser   on behalf of Interested Party   Elliott Associates, L.P.
    gflasser@bayardlaw.com,  smacon@bayardlaw.com
Gregory Joseph Flasser   on behalf of Interested Party   Elliott International, L.P.
    gflasser@bayardlaw.com,  smacon@bayardlaw.com
Gregory Joseph Flasser   on behalf of Interested Party   The Liverpool Limited Partnership
    gflasser@bayardlaw.com,  smacon@bayardlaw.com
Gregory M. Starner   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders ,
    jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
    artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
    om
Gregory M. Weinstein   on behalf of Creditor   Mario Sinacola & Sons Excavating, Inc.
    gweinstein@weinrad.com,  wphillips@weinrad.com;jwitte@weinrad.com;landerson@weinrad.com
Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition II, L.L.C.
    gstarner@whitecase.com,
    jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
    artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
    om
Gregory Michael Starner   on behalf of Creditor   Law Debenture Trust Company of New York, in its
    capacity as Indenture Trustee gstarner@whitecase.com,
    jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
    artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
    om
Gregory Michael Starner   on behalf of Intervenor   Ovation Acquisition I, L.L.C.
    jdisanti@whitecase.com;mco@whitecase.com;erin.smith@whitecase.com;mshepherd@whitecase.com;jason.b
    artlett@whitecase.com;aaron.colodny@whitecase.com;tamara.vanheel@whitecase.com;mbrown@whitecase.c
    om
Gregory T. Donilon   on behalf of Creditor   Automatic Systems, Inc. gdonilon@pwujlaw.com
Hal F. Morris   on behalf of Interested Party   Texas Commission on Environmental Quality
    hal.morris@oag.texas.gov
Hal F. Morris   on behalf of Interested Party   Public Utility Commission of Texas
    hal.morris@oag.texas.gov
Hal F. Morris   on behalf of Interested Party   Railroad Commission of Texas
    hal.morris@oag.texas.gov
Helen Elizabeth Weller   on behalf of Creditor   Jack County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com/Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Ector CAD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com/Dora.Casiano-Perez@lgbs.com
Helen Elizabeth Weller   on behalf of Creditor   Northwest ISD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com/Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

    Helen Elizabeth Weller   on behalf of Creditor    Northeast TX Comm Coll Dist
    dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Angelina County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Rusk County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Brownsboro ISD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Malakoff ISD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Robertson County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Fannin CAD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Walnut Springs ISD
    dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Kaufman County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Clay county dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Harris County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Lee County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Ellis County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    City of sulphur springs
    dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Fannin county dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Valley View ISD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Irving isd dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Sulphur Springs ISD
    dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Beckville isd dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Archer County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    City of Coppell dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Morris CAD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Gainesville isd dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Limestone County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Slocum ISD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Fort Bend County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Stephenville ISD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Red River County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Nueces County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Franklin ISD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Hopkins County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Cisco College dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Camp cad dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Montague county dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Lamar CAD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Rains County AD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Coppell ISD dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Navarro County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
    Helen Elizabeth Weller   on behalf of Creditor    Tarrant County dallas.bankruptcy@publicans.com,
    Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
        Helen Elizabeth Weller    on behalf of Creditor    Falls County dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Franklin County dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Wise County dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Upshur County dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Rockwall Cad dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Smith County dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Cherokee CAD dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    City of carrollton
        dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Kerens ISD dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Red River CAD dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    City of Stephenville
        dallas.bankruptcy@publicans.com,  Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    City of bonham dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Van Zandt CAD dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    City of malakoff dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    McLennan County dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Hunt County dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Cisco ISD dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Round Rock ISD dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Wise CAD dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Cayuga isd dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Grayson County dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Hood CAD dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    Dallas County dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Helen Elizabeth Weller    on behalf of Creditor    City of Corinth dallas.bankruptcy@publicans.com,
        Beth.weller@lgbs.com;Dora.Casiano-Perez@lgbs.com
        Howard A. Cohen    on behalf of Interested Party    CITIBANK, N.A. hcohen@gibbonslaw.com
        Howard R. Hawkins, Jr.    on behalf of Interested Party    Morgan Stanley Capital Group, Inc.
        howard.hawkins@cwt.com, nyecfnotice@cwt.com
        Howard R. Hawkins, Jr.    on behalf of Defendant    Morgan Stanley Capital Group, Inc.
        howard.hawkins@cwt.com, nyecfnotice@cwt.com
        Humayun Khalid    on behalf of Interested Party    J. Aron & Company hkhalid@cgsh.com,
        maofiling@cgsh.com
        Humayun Khalid    on behalf of Interested Party    J Aron & Company hkhalid@cgsh.com,
        maofiling@cgsh.com
        J Jackson Shrum    on behalf of Creditor    BWM Services, LP jshrum@austriashrum.com
        J Jackson Shrum    on behalf of Creditor    The Kansas City Southern Railway Company
        jshrum@austriashrum.com
        J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company as Successor Trustee
        under the TCEH 11.5% Senior Secured Notes Indenture kstickles@coleschotz.com,
        bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
        otz.com
        J. Kate Stickles    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
        Company of Delaware, as Indenture Trustee kstickles@coleschotz.com,
        bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
        otz.com
        J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
        indenture trustee and collateral trustee kstickles@coleschotz.com,
        bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
        otz.com
        J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
        Collateral Trustee, kstickles@coleschotz.com,
        bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
        otz.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

          J. Kate Stickles    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
           Indenture Trustee kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com
          J. Kate Stickles    on behalf of Other Prof.    Cole Schotz P.C. kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com
          J. Kate Stickles    on behalf of Other Prof.    Delaware Trust Company, as First Lien Successor
           Trustee and Collateral Trustee kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com
          J. Kate Stickles    on behalf of Creditor    Delaware Trust Company, as successor indenture trustee
           and collateral trustee, kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com
          J. Kate Stickles    on behalf of Plaintiff    Delaware Trust Company kstickles@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com;kkarstetter@colesch
           otz.com
          Jacob A. Adlerstein    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien
           Creditors jadlerstein@paulweiss.com
          James E. Huggett    on behalf of Creditor    URS Energy & Construction, Inc.
           jhuggett@margolisedelstein.com, tyeager@margolisedelstein.com
          James E. Huggett    on behalf of Creditor    Oracle America, Inc. jhuggett@margolisedelstein.com,
           tyeager@margolisedelstein.com
          James Halstead Millar    on behalf of Interested Party    CSC Trust Company of Delaware, as
           successor indenture trustee and collateral trustee james.millar@dbr.com,
           Daniel.Northrop@dbr.com;Marita.Erbeck@dbr.com
          James Michael Peck    on behalf of Interested Party    The Official Committee of TCEH Unsecured
           Creditors jpeck@mofo.com
          James Michael Peck    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors jpeck@mofo.com
          James S. Carr    on behalf of Creditor    CSC Trust Company of Delaware, Proposed Successor
           Indenture Trustee KDWBankruptcyDepartment@kelleydrye.com;MVicinanza@ecf.inforuptcy.com
          James S. Yoder    on behalf of Attorney    Salesforce.com, Inc. yoderj@whiteandwilliams.com
          Jamie Lynne Edmonson    on behalf of Creditor    Pacific Investment Management Co. LLC
           jledmonson@venable.com
          Jamie Lynne Edmonson    on behalf of Interested Party    Pacific Investment Management Company LLC
           ("PIMCO") jledmonson@venable.com
          Jarrett Vine    on behalf of Creditor Committee    The Official Committee of Unsecured Creditors
           jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Jarrett Vine    on behalf of Interested Party    The Official Committee of TCEH Unsecured
           Creditors jvine@polsinelli.com, LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
          Jason A. Gibson    on behalf of Interested Party    Mudrick Capital Management L.P.
           gibson@teamrosner.com
          Jason A. Starks    on behalf of Creditor    Texas Office of Public Utility Counsel
           bk-jstarks@oag.texas.gov, sherri.simpson@oag.texas.gov
          Jason D. Curry    on behalf of Creditor    TXU 2007-1 Railcar Leasing LLC jason.curry@quarles.com,
           sybil.aytch@quarles.com
          Jason M. Liberi    on behalf of Interested Party    Texas Transmission Investment LLC
           jason.liberi@skadden.com,
           christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Liberi    on behalf of Defendant    Texas Transmission Investment LLC
           jason.liberi@skadden.com,
           christopher.heaney@skadden.com;debank@skadden.com;wendy.lamanna@skadden.com
          Jason M. Madron    on behalf of Debtor    EFIH Finance Inc. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    4Change Energy Holdings LLC madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron    on behalf of Defendant    Energy Future Holdings Corp. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Plaintiff    Energy Future Holdings Corp. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Defendant    EFH Renewables Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Texas Utilities Electric Company, Inc. madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    DeCordova II Power Company LLC madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    EFH FS Holdings Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Luminant Energy Trading California Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
          Jason M. Madron    on behalf of Debtor    Luminant ET Services Company madron@rlf.com,
           rbgroup@rlf.com
          Jason M. Madron    on behalf of Attorney    Kirkland & Ellis LLP madron@rlf.com, rbgroup@rlf.com
          Jason M. Madron    on behalf of Defendant    EFH Finance (No. 2) Holdings Company madron@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

District/off: 0311-1          User: DMC              Page 13 of 27          Date Rcvd: Nov 08, 2018
                             Form ID: van440        Total Noticed: 13

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Jason M. Madron   on behalf of Debtor   Texas Electric Service Company, Inc. madron@rlf.com,
              rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Luminant Big Brown Mining Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Generation SVC Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Defendant   EECI, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   EFH Finance (No. 2) Holdings Company madron@rlf.com,
              rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Valley Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Defendant   EFH Australia (No. 2) Holdings Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   DeCordova Power Company LLC madron@rlf.com,
              rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Texas Power & Light Company, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   TCEH Finance, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Luminant Generation Company LLC madron@rlf.com,
              rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Energy Future Holdings Corp. madron@rlf.com,
              rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Generation MT Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   TXU Electric Company, Inc. madron@rlf.com,
              rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   TXU Energy Receivables Company LLC madron@rlf.com,
              rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Oak Grove Management Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Southwestern Electric Service Company, Inc.
              madron@rlf.com,  rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Texas Energy Industries Company, Inc. madron@rlf.com,
              rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
              madron@rlf.com,  rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   EFH CG Management Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Oak Grove Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Collin Power Company LLC madron@rlf.com,  rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   EFH Corporate Services Company madron@rlf.com,
              rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Oak Grove Mining Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
              madron@rlf.com,  rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   EECI, Inc. madron@rlf.com,  rbgroup@rlf.com
            Jason M. Madron   on behalf of Defendant   LSGT Gas Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Defendant   TXU Receivables Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Eagle Mountain Power Company LLC madron@rlf.com,
              rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Dallas Power & Light Company, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Valley NG Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Martin Lake 4 Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Luminant Holding Company LLC madron@rlf.com,
              rbgroup@rlf.com
            Jason M. Madron   on behalf of Defendant   Generation Development Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   LSGT Gas Company LLC madron@rlf.com,  rbgroup@rlf.com
            Jason M. Madron   on behalf of Debtor   Texas Utilities Company, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Interested Party   Energy Future Holdings Corp. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Jason M. Madron   on behalf of Debtor   Luminant Mineral Development Company LLC madron@rlf.com,
              rbgroup@rlf.com
            Jason M. Madron   on behalf of Defendant   EEC Holdings, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Jason M. Madron   on behalf of Debtor   Lone Star Pipeline Company, Inc. madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   LSGT SACROC, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   NCA Development Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Plaintiff   EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Sandow Power Company LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant   NCA Development Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Luminant Renewables Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   4Change Energy Company madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Attorney   Richards, Layton & Finger, P.A. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Morgan Creek 7 Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Luminant Energy Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Big Brown Power Company LLC madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Brighten Energy LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   TXU Energy Solutions Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   NCA Resources Development Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Generation Development Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Lone Star Energy Company, Inc. madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant   EFH FS Holdings Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Monticello 4 Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   EBASCO SERVICES OF CANADA LIMITED madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Big Brown Lignite Company LLC madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant   Energy Future Intermediate Holding Company LLC
              madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   TXU SEM Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   EFH CG Holdings Company LP madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   EFH Renewables Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant   LSGT SACROC, Inc. madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Defendant   EFIH Finance Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Tradinghouse Power Company LLC madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Lake Creek 3 Power Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   TXU Energy Retail Company LLC madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Defendant   EBASCO Services of Canada Limited madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   EFH Australia (No. 2) Holdings Company madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   EEC Holdings, Inc. madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
              madron@rlf.com,   rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Plan Administrator   EFH Plan Administrator Board madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Other Prof.   KPMG LLP madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   TXU Retail Services Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
              madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Big Brown 3 Power Company LLC madron@rlf.com,
              rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   Luminant Mining Company LLC madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
              Jason M. Madron   on behalf of Debtor   Brighten Holdings LLC madron@rlf.com,   rbgroup@rlf.com
              Jason M. Madron   on behalf of Debtor   TXU Receivables Company madron@rlf.com,
              rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
           Jeffrey C. Wisler   on behalf of Creditor    Cloud Peak Energy Resources LLC
            jwisler@connollygallagher.com
           Jeffrey C. Wisler   on behalf of Creditor    Pete Tinkham, Mike McCall, Homer J. Gibbs, Billy
            Ranton, Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, Curt
            Seidlits, Wes Taylor and Jeff Weiser jwisler@connollygallagher.com
           Jeffrey C. Wisler   on behalf of Creditor    Pete Tinkham, Mike McCall, Jarrell Gibbs, Bill Ranton,
            Michael Blevins, Michael McNally, Liz LaValley, Richard Wistrand, Susan Atteridge, and Curt
            Seidlets jwisler@connollygallagher.com
           Jeffrey M Gorris   on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P.,
            The Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners
            Limited Partnership jspeakman@friedlandergorris.com,
            jgorris@friedlandergorris.com;aschmidt@friedlandergorris.com
           Jeffrey M. Schlerf   on behalf of Intervenor    Ovation Acquisition I, L.L.C.
            jschlerf@foxrothschild.com, idensmore@foxrothschild.com
           Jeffrey M. Schlerf   on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
            jschlerf@foxrothschild.com, idensmore@foxrothschild.com
           Jeffrey M. Schlerf   on behalf of Interested Party    Sempra Energy jschlerf@foxrothschild.com,
            idensmore@foxrothschild.com
           Jeffrey M. Schlerf   on behalf of Intervenor    Ovation Acquisition II, L.L.C.
            jschlerf@foxrothschild.com, idensmore@foxrothschild.com
           Jeffrey M. Schlerf   on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
            jschlerf@foxrothschild.com
           Jeffrey R. Fine   on behalf of Creditor    Tex-La Electric Cooperative of Texas, Inc.
            jfine@dykema.com,  jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
           Jeffrey R. Fine   on behalf of Creditor    Bluebonnet Electric Cooperative, Inc. jfine@dykema.com,
            jrf5825@gmail.com,aashmore@dykema.com,pelliott@dykema.com
           Jeffrey S. Sabin   on behalf of Creditor    Pacific Investment Management Co. LLC
            JSSabin@Venable.com
           Jeffrey S. Sabin   on behalf of Interested Party    Pacific Investment Management Company LLC
            ("PIMCO") JSSabin@Venable.com
           Jennifer Marines   on behalf of Creditor Committee    The Official Committee of Unsecured
            Creditors JMarines@mofo.com
           Jennifer R Sharret   on behalf of Interested Party    Computershare Trust Company, N.A., and
            Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
            Secured Second Lien Notes due 2021 and the 11.75% Senio jsharret@kramerlevin.com,
            corporate-reorg-1449@ecf.pacerpro.com;MWasson@kramerlevin.com
           Jennifer R. Hoover   on behalf of Creditor    Michelin North America Inc. jhoover@beneschlaw.com,
            debankruptcy@beneschlaw.com
           Jennifer R. Hoover   on behalf of Attorney    Benesch, Friedlander, Coplan & Aronoff, LLP
            jhoover@beneschlaw.com, debankruptcy@beneschlaw.com
           Jennifer R. Hoover   on behalf of Interested Party    Fee Committee jhoover@beneschlaw.com,
            debankruptcy@beneschlaw.com
           Jennifer V. Doran   on behalf of Creditor    Invensys Systems, Inc. jdoran@hinckleyallen.com,
            calirm@haslaw.com;kabarrett@hinckleyallen.com
           Joanna Flynn Newdeck   on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
            jnewdeck@akingump.com, ddunn@akingump.com
           Joanna Flynn Newdeck   on behalf of Interested Party    UMB BANK, N.A., as Trustee
            jnewdeck@akingump.com, ddunn@akingump.com
           John A. Morris   on behalf of Interested Party    Computershare Trust Company, N.A., and
            Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
            Secured Second Lien Notes due 2021 and the 11.75% Senio jmorris@pszjlaw.com
           John D. Demmy   on behalf of Creditor    City of Dallas, Texas john.demmy@saul.com,
            robyn.warren@saul.com
           John D. Demmy   on behalf of Creditor    Rexel, Inc. john.demmy@saul.com, robyn.warren@saul.com
           John D. Demmy   on behalf of Creditor    AEP Texas Central Company d/b/a American Electric Power
            Company and AEP Texas North Company d/b/a American Electric Power Company john.demmy@saul.com,
            robyn.warren@saul.com
           John G. Harris   on behalf of Plaintiff    Avenue Capital Management II, LP
            jharris@bergerharris.com, mnicholls@bergerharris.com
           John G. Harris   on behalf of Plaintiff    York Capital Management Global Advisors, LLC
            jharris@bergerharris.com, mnicholls@bergerharris.com
           John G. Harris   on behalf of Plaintiff    P. Schoenfeld Asset Management LP
            jharris@bergerharris.com, mnicholls@bergerharris.com
           John G. Harris   on behalf of Plaintiff    Third Avenue Management LLC jharris@bergerharris.com,
            mnicholls@bergerharris.com
           John G. Harris   on behalf of Plaintiff    GSO Capital Partners LP jharris@bergerharris.com,
            mnicholls@bergerharris.com
           John H. Strock   on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
            jstrock@foxrothschild.com, dkemp@foxrothschild.com;brian-oneill-fox-5537@ecf.pacerpro.com
           John M. Seaman   on behalf of Interested Party    Goldman Sachs & Co. and certain affiliates
            seaman@abramsbayliss.com, farro@abramsbayliss.com;matthews@abramsbayliss.com
           John Mark Stern   on behalf of Creditor    Texas Comptroller of Public Accounts
            john.stern@oag.texas.gov, bk-mbecker@oag.texas.gov
           John P. Dillman   on behalf of Creditor    Angelina County houston_bankruptcy@publicans.com
           John P. Dillman   on behalf of Creditor    Fort Bend County houston_bankruptcy@publicans.com
           John P. Dillman   on behalf of Creditor    Harris County houston_bankruptcy@publicans.com
           John R. Ashmead   on behalf of Interested Party    Wilmington Trust, N.A. ashmead@sewkis.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Johnna Darby    on behalf of Interested Party   Steag Energy Services, Inc.
               jdarby@foxrothschild.com,  idensmore@foxrothschild.com
              Jon M. Chatalian    on behalf of Creditor   Pension Benefit Guaranty Corporation
               chatalian.jon@pbgc.gov,  efile@pbgc.gov
              Jonathan L. Howell    on behalf of Creditor   Red Ball Oxygen Company jhowell@gpm-law.com
              Joseph Grey    on behalf of Interested Party   American Stock Transfer & Trust Company LLC
               jgrey@crosslaw.com,  smacdonald@crosslaw.com
              Joseph Charles Barsalona II    on behalf of Debtor   Energy Future Holdings Corp.
               jbarsalona@mnat.com,  aconway@mnat.com;mmaddox@mnat.com;rfusco@mnat.com
              Joseph Charles Barsalona II    on behalf of Plaintiff   Energy Future Holdings Corp.
               jbarsalona@mnat.com,  aconway@mnat.com;mmaddox@mnat.com;rfusco@mnat.com
              Joseph D. Frank    on behalf of Interested Party   PI Law Firms jfrank@fgllp.com,
               mmatlock@fgllp.com;csmith@fgllp.com;Larry.Thomas@westernunion.com
              Joseph D. Frank    on behalf of Creditor   Experian Information Solutions, Inc. jfrank@fgllp.com,
               mmatlock@fgllp.com;csmith@fgllp.com;Larry.Thomas@westernunion.com
              Joseph D. Frank    on behalf of Creditor   Experian Marketing Solutions, Inc. jfrank@fgllp.com,
               mmatlock@fgllp.com;csmith@fgllp.com;Larry.Thomas@westernunion.com
              Joseph D. Wright    on behalf of Interested Party   Alcoa Inc. wright@lrclaw.com,
               dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
              Joseph D. Wright    on behalf of Defendant   NextEra Energy, Inc. wright@lrclaw.com,
               dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
              Joseph D. Wright    on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
               Holdings, Inc. wright@lrclaw.com,
               dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
              Joseph D. Wright    on behalf of Interested Party   NextEra Energy, Inc. wright@lrclaw.com,
               dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
              Joseph D. Wright    on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind II,
               LP, and NWP Indian Mesa Wind Farm, L.P. wright@lrclaw.com,
               dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
              Joseph D. Wright    on behalf of Creditor   NextEra Energy, Inc. wright@lrclaw.com,
               dellose@lrclaw.com;raucci@lrclaw.com;rogers@lrclaw.com;panchak@lrclaw.com;rogers@lrclaw.com
              Joseph H. Huston, Jr.    on behalf of Defendant   Wilmington Trust, N.A., solely in its capacity
               as First Lien Administrative Agent jhh@stevenslee.com
              Joseph H. Huston, Jr.    on behalf of Creditor   Oaktree Capital Management, L.P.
               jhh@stevenslee.com
              Joseph H. Huston, Jr.    on behalf of Creditor   Angelo Gordon & Co., LP jhh@stevenslee.com
              Joseph H. Huston, Jr.    on behalf of Creditor   Apollo Management HoldingsLP jhh@stevenslee.com
              Joseph H. Huston, Jr.    on behalf of Interested Party   Charles H. Cremens. jhh@stevenslee.com
              Joseph H. Huston, Jr.    on behalf of Spec. Counsel   Energy Future Intermediate Holding Company
               LLC jhh@stevenslee.com
              Joseph H. Huston, Jr.    on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral
               Agent and First Lien Administrative Agent, et al., jhh@stevenslee.com
              Joseph H. Huston, Jr.    on behalf of Creditor   Wilmington Trust, N.A., in its capacity as First
               Lien Administrative Agent jhh@stevenslee.com
              Joseph H. Huston, Jr.    on behalf of Debtor   Energy Future Holdings Corp. jhh@stevenslee.com
              Joseph J. McMahon, Jr.    on behalf of Creditor   Red Ball Oxygen Company jmcmahon@ciardilaw.com,
               mflores@ciardilaw.com
              Joseph J. McMahon, Jr.    on behalf of Creditor   TXU 2007-1 Railcar Leasing LLC
               jmcmahon@ciardilaw.com,  mflores@ciardilaw.com
              Joshua K. Brody    on behalf of Defendant   Computershare Trust Company of Canada
               jbrody@kramerlevin.com,
               adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
               .pacerpro.com
              Joshua K. Brody    on behalf of Defendant   Computershare Trust Company, N.A.
               jbrody@kramerlevin.com,
               adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
               .pacerpro.com
              Joshua K. Brody    on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
               Objectors jbrody@kramerlevin.com,
               adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
               .pacerpro.com
              Joshua K. Brody    on behalf of Interested Party   Computershare Trust Company, N.A., and
               Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
               Secured Second Lien Notes due 2021 and the 11.75% Senio jbrody@kramerlevin.com,
               adove@kramerlevin.com;ghorowitz@kramerlevin.com;gfrenzel@kramerlevin.com;corporate-reorg-1449@ecf
               .pacerpro.com
              Joshua Powers Searcy    on behalf of Creditor   D. Courtney Construction, Inc.
               joshsearcy@jrsearcylaw.com
              Joshua Y. Sturm    on behalf of Creditor   Delaware Trust Company, as successor indenture trustee
               and collateral trustee, joshua.strum@ropesgray.com
              Julia B. Klein    on behalf of Creditor   Mudrick Capital Management, L.P. klein@teamrosner.com
              Julia Bettina Klein    on behalf of Interested Party   Mudrick Capital Management L.P.
               klein@kleinllc.com
              Justin Cory Falgowski    on behalf of Creditor   Texas Big Spring, LP jfalgowski@burr.com
              Justin K. Edelson    on behalf of Interested Party   The Official Committee of TCEH Unsecured
               Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Justin K. Edelson    on behalf of Creditor Committee   The Official Committee of Unsecured
               Creditors jedelson@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Justin K. Edelson   on behalf of Financial Advisor    FTI Consulting, Inc. jedelson@polsinelli.com,
              LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Karen Beth Shaer   on behalf of Other Prof.    Garden City Group, LLC PACERTeam@gardencitygroup.com
              Karen C. Bifferato   on behalf of Interested Party    Pacific Investment Management Company LLC
              ("PIMCO") kbifferato@connollygallagher.com
              Katharine L. Mayer   on behalf of Interested Party    Aetna Inc. kmayer@mccarter.com
              Katharine L. Mayer   on behalf of Interested Party    Aetna Life Insurance Company
              kmayer@mccarter.com
              Katherine Stadler   on behalf of Interested Party    Fee Committee kstadler@gklaw.com,
              kboucher@gklaw.com
              Kathleen A. Murphy   on behalf of Creditor    CATERPILLAR FINANCIAL SERVICES CORP.
              kathleen.murphy@bipc.com,  annette.dye@bipc.com
              Kathleen M. Miller   on behalf of Creditor    Valero Texas Power Marketing, Inc.
              kmiller@skjlaw.com,  llb@skjlaw.com
              Kathleen M. Miller   on behalf of Creditor    Airgas USA, LLC kmiller@skjlaw.com,  llb@skjlaw.com
              Kay Diebel Brock   on behalf of Creditor    Travis County bkecf@co.travis.tx.us
              Keith Howard Wofford   on behalf of Creditor    Elliott Associates, L.P., Elliott International,
              L.P. and The Liverpool Limited Partnership keith.wofford@ropesgray.com,
              keith.wofford@ropesgray.com
              Keith Howard Wofford   on behalf of Interested Party    CSC Trust Company of Delaware, as
              successor indenture trustee and collateral trustee keith.wofford@ropesgray.com,
              keith.wofford@ropesgray.com
              Kerry L. Haliburton   on behalf of Creditor    Buffalo Industrial Supply, Inc.
              raquel@namanhowell.com;namanhowell.com;belinda@namanhowell.com
              Kevin C. Driscoll, Jr.   on behalf of Creditor    GATX Corporation Kevin.Driscoll@btlaw.com,
              donna.dotts@btlaw.com
              Kevin G. Collins   on behalf of Creditor    GATX Corporation kevin.collins@btlaw.com,
              pgroff@btlaw.com;Kathy.lytle@btlaw.com
              Kevin J. Mangan   on behalf of Interested Party    Fluor Enterprises Inc. kevin.mangan@wbd-us.com,
              Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Kevin J. Mangan   on behalf of Interested Party    American Equipment Company Inc.
              kevin.mangan@wbd-us.com,  Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Kevin J. Mangan   on behalf of Interested Party    AMECO Inc. kevin.mangan@wbd-us.com,
              Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Kevin J. Mangan   on behalf of Interested Party    Alltite Inc. kevin.mangan@wbd-us.com,
              Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Kevin J. Mangan   on behalf of Interested Party    Fluor Global Services kevin.mangan@wbd-us.com,
              Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Kevin J. Mangan   on behalf of Interested Party    Fluor Corporation kevin.mangan@wbd-us.com,
              Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
              Kevin M Lippman   on behalf of Creditor    Electric Reliability Council of Texas, Inc.
              klippman@munsch.com,  lpannier@munsch.com
              Kevin M. Capuzzi   on behalf of Creditor    Thermo Fisher Scientific Inc. kcapuzzi@beneschlaw.com,
              debankruptcy@beneschlaw.com
              Kimberly Ellen Connolly Lawson   on behalf of Interested Party    The Bank of New York Mellon, in
              its capacity as the PCRB Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
              Kimberly Ellen Connolly Lawson   on behalf of Creditor    The Bank of New York Mellon, as
              Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
              Kimberly Ellen Connolly Lawson   on behalf of Creditor    The Bank of New York Mellon Trust
              Company, N.A., as Indenture Trustee klawson@reedsmith.com,  bankruptcy-2628@ecf.pacerpro.com
              Kimberly Ellen Connolly Lawson   on behalf of Creditor Committee    The Official Committee of
              Unsecured Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company,
              LLC, EFIH Finance, Inc., and EECI, Inc. (EFH Committee) klawson@reedsmith.com,
              bankruptcy-2628@ecf.pacerpro.com
              Kizzy Lyn Jarashow   on behalf of Creditor    Aurelius Capital Management, LP
              kjarashow@goodwinprocter.com
              Kristhy M. Peguero   on behalf of Interested Party    Borealis Infrastructure Management Inc. ,
              kgradney@jw.com;ptomasco@jw.com
              Kurt F. Gwynne   on behalf of Interested Party    The Bank of New York Mellon Trust Company, N.A.,
              in its capacity as the EFCh 2037 Notes Trustee kgwynne@reedsmith.com,
              llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Kurt F. Gwynne   on behalf of Creditor    The Bank of New York Mellon, as Indenture Trustee
              kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Kurt F. Gwynne   on behalf of Interested Party    The Bank of New York Mellon, in its capacity as
              the PCRB Trustee kgwynne@reedsmith.com,  llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Kurt F. Gwynne   on behalf of Creditor    The Bank of New York Mellon Trust Company, N.A., as
              Indenture Trustee kgwynne@reedsmith.com,
              llankford@reedsmith.com;bankruptcy-2628@ecf.pacerpro.com
              Kurtzman Carson Consultants LLC    info@kccllc.com
              L. John Bird   on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
              learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com
              L. John Bird   on behalf of Intervenor    Ovation Acquisition I, L.L.C. learonjohn.bird@stoel.com,
              docketclerk@stoel.com;april.mellen@stoel.com
              L. John Bird   on behalf of Intervenor    Ovation Acquisition II, L.L.C.
              learonjohn.bird@stoel.com,  docketclerk@stoel.com;april.mellen@stoel.com
              L. Katherine Good   on behalf of Interested Party    Boral Material Technologies, LLC
              kgood@wtplaw.com
              L. Katherine Good   on behalf of Interested Party    Simeio Solutions, Inc. kgood@wtplaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Lara E. Shipkovitz   on behalf of Creditor   Thermo Fisher Scientific Inc.
              lshipkovitz@tuckerlaw.com
              Lars A. Peterson   on behalf of Creditor   UMB Bank, N.A. lpeterson@lowis-gellen.com
              Lars A. Peterson   on behalf of Interested Party   UMB BANK, N.A., as Trustee
              lpeterson@lowis-gellen.com
              Laura Davis Jones   on behalf of Interested Party   Second Lien Indenture Trustee and the EFIH
              Second Lien Group ljones@pszjlaw.com
              Laura Davis Jones   on behalf of Plaintiff   Computershare Trust Company, N.A.
              ljones@pszjlaw.com
              Laura Davis Jones   on behalf of Interested Party   Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio ljones@pszjlaw.com, efile1@pszjlaw.com
              Laura Davis Jones   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
              ljones@pszjlaw.com
              Laura Davis Jones   on behalf of Interested Party   EFIH Second Lien Notes Indenture Trustee &
              EFIH Second Lien Group ljones@pszjlaw.com
              Laura Davis Jones   on behalf of Interested Party   Second Lien Indenture Trustee
              ljones@pszjlaw.com
              Laura Davis Jones   on behalf of Interested Party   Computershare Trust Company, N.A. and
              Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
              lien notes and the holders thereof. ljones@pszjlaw.com, efile1@pszjlaw.com
              Laura Davis Jones   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
              Objectors ljones@pszjlaw.com
              Laura Davis Jones   on behalf of Interested Party   EFIH Second Lien Indenture Trustee
              ljones@pszjlaw.com, efile1@pszjlaw.com
              Laura Davis Jones   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
              Objectors ljones@pszjlaw.com, efile@pszyj.com
              Laura Davis Jones   on behalf of Interested Party   EFIH 2nd Lien Notes Indenture Trustee
              ljones@pszjlaw.com, efile@pszyj.com
              Laurie Selber Silverstein   on behalf of Interested Party   EFIH First Lien DIP Agent
              bankruptcy@potteranderson.com
              Laurie Selber Silverstein   on behalf of Interested Party   Deutsche Bank AG New York Branch
              bankruptcy@potteranderson.com
              Learon John Bird   on behalf of Interested Party   Ad Hoc Group of TCEH Unsecured Noteholders
              learonjohn.bird@stoel.com, docketclerk@stoel.com;april.mellen@stoel.com
              Lee Harrington   on behalf of Interested Party   American Stock Transfer & Trust Company LLC
              lharrington@nixonpeabody.com
              Lee B. Gordon   on behalf of Creditor   Texas Ad Valorem Taxing Jurisdictions
              cary.cain@mvbalaw.com, bankruptcy@mvbalaw.com
              Linda J. Casey   on behalf of U.S. Trustee   U.S. Trustee Linda.Casey@usdoj.gov
              Lindsay Zahradka   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured
              Noteholders lzahradka@akingump.com
              Lindsay Zahradka   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
              lzahradka@akingump.com
              Lino Mendiola, III   on behalf of Interested Party   Titus County Fresh Waster Supply District
              No. 1 linomendiola@andrewskurth.com
              Lino Mendiola, III   on behalf of Interested Party   Titus County Fresh Water Supply District
              No. 1 linomendiola@andrewskurth.com
              Lisa Cresci McLaughlin   on behalf of Interested Party   Fee Committee mmo@pgmhlaw.com
              Lorenzo Marinuzzi   on behalf of Interested Party   The Official Committee of TCEH Unsecured
              Creditors LMarinuzzi@mofo.com, lorenzo-marinuzzi-4664@ecf.pacerpro.com
              Lorri Staal   on behalf of Other Prof.   Garden City Group, LLC Pacerteam@choosegcg.com,
              lorri.staal@choosegcg.com
              Lorri Staal   on behalf of Claims Agent   Garden City Group, LLC Pacerteam@choosegcg.com,
              lorri.staal@choosegcg.com
              Lucian Borders Murley   on behalf of Creditor   Accenture LLP luke.murley@saul.com,
              robyn.warren@saul.com
              Lucian Borders Murley   on behalf of Creditor   Johnson Matthey Stationary Emissions Control LLC
              luke.murley@saul.com, robyn.warren@saul.com
              Marc J. Phillips   on behalf of Creditor   Bluebonnet Electric Cooperative, Inc.
              mphillips@mgmlaw.com
              Marc J. Phillips   on behalf of Creditor   Tex-La Electric Cooperative of Texas, Inc.
              mphillips@mgmlaw.com
              Marc J. Phillips   on behalf of Creditor   Steering Committee of Cities Served by Oncor
              mphillips@mgmlaw.com
              Marc Stephen Casarino   on behalf of Creditor   Google Inc. casarinom@whiteandwilliams.com,
              debankruptcy@whiteandwilliams.com
              Maria A. Bove   on behalf of Interested Party   Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio mbove@pszjlaw.com
              Maria Aprile Sawczuk   on behalf of Interested Party   Sierra Club marias@restructuringshop.com,
              marias@ecf.courtdrive.com
              Maria Aprile Sawczuk   on behalf of Creditor Miguel Oliveras Caraballo
              marias@restructuringshop.com, marias@ecf.courtdrive.com
              Mark Minuti   on behalf of Creditor   Electric Reliability Council of Texas, Inc.
              mark.minuti@saul.com, robyn.warren@saul.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
            Mark Andrew Fink   on behalf of Interested Party   The Official Committee of Unsecured Creditors
            of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC; EFIH Finance,
            Inc.; and EECI, Inc. (EFH Committee) mfink@mmwr.com,
            ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
            Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
            Finance, Inc., and EECI, Inc. (EFH Committee) mfink@mmwr.com,
            ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
            Mark Andrew Fink   on behalf of Spec. Counsel   Montgomery, McCracken, Walker & Rhoads, LLP
            mfink@mmwr.com, ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
            Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
            Finance Inc., and EECI, Inc. mfink@mmwr.com,
            ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
            Mark Andrew Fink   on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
            Finance, Inc., and EECI, Inc. mfink@mmwr.com,
            ECFdocuments@pacerpro.com;keith-mangan-7332@ecf.pacerpro.com
            Mark Charles 2009npfdEllenberg   on behalf of Creditor   FPL Energy Pecos Wind I, LP, FLP Energy
            Pecos Wind II, LP, and NWP Indian Mesa Wind Farm, L.P. mark.ellenberg@cwt.com,
            michele.maman@cwt.com;nyecfnotice@cwt.com;kathryn.borgeson@cwt.com
            Mark D. Collins   on behalf of Debtor   Energy Future Holdings Corp.
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Mark D. Collins   on behalf of Plaintiff   Energy Future Intermediate Holding Company LLC
            rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
            Mark D. Kotwick   on behalf of Defendant   Wilmington Trust, N.A., as First Lien Collateral Agent
            KOTWICK@SEWKIS.COM
            Mark D. Kotwick   on behalf of Interested Party   Wilmington Trust, N.A. kotwick@sewkis.com
            Mark D. Kotwick   on behalf of Defendant   Wilmington Trust, N.A. as First Lien Collateral Agent
            and First Lien Administrative Agent KOTWICK@SEWKIS.COM
            Mark D. Olivere   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
            olivere@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
            Mark D. Olivere   on behalf of Interested Party   Berkshire Hathaway Energy Company
            olivere@chipmanbrown.com,  dero@chipmanbrown.com;mccloskey@chipmanbrown.com
            Mark E. Felger   on behalf of Interested Party   J. Aron & Company mfelger@cozen.com,
            MBrickley@cozen.com;mmillis@cozen.com
            Mark E. Felger   on behalf of Interested Party   J Aron & Company mfelger@cozen.com,
            MBrickley@cozen.com;mmillis@cozen.com
            Mark F. Hebbeln   on behalf of Interested Party   UMB BANK, N.A., as Trustee mhebbeln@foley.com,
            jsorrels@foley.com,opetukhova@foley.com
            Mark F. Hebbeln   on behalf of Creditor   UMB Bank, N.A. mhebbeln@foley.com,  jsorrels@foley.com,
            opetukhova@foley.com
            Mark F. Rosenberg   on behalf of Creditor Committee   The Official Committee of Unsecured
            Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
            Finance, Inc., and EECI, Inc. (EFH Committee) rosenbergm@sullcrom.com
            Mark L. Desgrosseilliers   on behalf of Interested Party   HOLT Texas, Ltd. d/b/a Holt Cat
            mark.desgrosseilliers@wbd-us.com,  Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
            Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Resources Corp.
            mark.desgrosseilliers@wbd-us.com,  Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
            Mark L. Desgrosseilliers   on behalf of Interested Party   CenterPoint Energy Houston Electric,
            LLC mark.desgrosseilliers@wbd-us.com,  Heidi.sasso@wbd-us.com;chadd.fitzgerald@wbd-us.com
            Mark S. Chehi   on behalf of Interested Party   Borealis Infrastructure Management Inc.
            mchehi@skadden.com,  debank@skadden.com
            Matthew B. McGuire   on behalf of Creditor   NextEra Energy, Inc. mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
            Matthew B. McGuire   on behalf of Plaintiff   Marathon Asset Management, LP mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
            Matthew B. McGuire   on behalf of Interested Party   Marathon Asset Management, LP
            mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
            Matthew B. McGuire   on behalf of Creditor   Polygon Convertible Opportunity Master Fund
            mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
            Matthew B. McGuire   on behalf of Creditor   Polygon Distressed Opportunities Master Fund
            mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
            Matthew B. McGuire   on behalf of Plaintiff   Polygon Distressed Opportunities Master Fund
            mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
            Matthew B. McGuire   on behalf of Creditor   NextEra Energy, Inc. and Next Era Energy Capital
            Holdings, Inc. mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
            Matthew B. McGuire   on behalf of Plaintiff   Polygon Convertible Opportunity Master Fund
            mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
            Matthew B. McGuire   on behalf of Defendant   NextEra Energy, Inc. mcguire@lrclaw.com,
            rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

     Matthew B. McGuire    on behalf of Interested Party    Alcoa Inc. ,
     rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
     Matthew B. McGuire    on behalf of Creditor    NextEra Energy Resources, LLC mcguire@lrclaw.com,
     rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
     Matthew B. McGuire    on behalf of Creditor    FPL Energy Pecos Wind I, LP, FLP Energy Pecos Wind
     II, LP, and NWP Indian Mesa Wind Farm, L.P. mcguire@lrclaw.com,
     rogers@lrclaw.com;dellose@lrclaw.com;panchak@lrclaw.com;schierbaum@lrclaw.com;ramirez@lrclaw.com
     Matthew C. Brown    on behalf of Interested Party    Ad Hoc Group of TCEH Unsecured Noteholders
     mbrown@whitecase.com
     Matthew G. Summers    on behalf of Creditor    URENCO, Inc. summersm@ballardspahr.com,
     lanoc@ballardspahr.com
     Matthew G. Summers    on behalf of Creditor    Louisiana Energy Services, LLC
     summersm@ballardspahr.com,  lanoc@ballardspahr.com
     Matthew J. Troy    on behalf of Creditor    United States of America matthew.troy@usdoj.gov
     Meredith A. Lahaie    on behalf of Interested Party    Ad Hoc Committee of EFIH Unsecured
     Noteholders mlahaie@akingump.com
     Meredith A. Lahaie    on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
     mlahaie@akingump.com
     Michael A. Paskin    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
     mpaskin@cravath.com
     Michael D. DeBaecke    on behalf of Interested Party    Wilmington Trust, N.A.
     debaecke@blankrome.com
     Michael David Debaecke    on behalf of Interested Party    Wilmington Trust, N.A.
     debaecke@blankrome.com
     Michael David Debaecke    on behalf of Defendant    Wilmington Trust, N.A., as First Lien
     Collateral Agent debaecke@blankrome.com
     Michael David Debaecke    on behalf of Defendant    Wilmington Trust, N.A. as First Lien Collateral
     Agent and First Lien Administrative Agent debaecke@blankrome.com
     Michael David Debaecke    on behalf of Creditor    Wilmington Trust, N.A., as Successor TCEH First
     Lien Administrative Agent and Successor TCEH First Lien Collateral Agent debaecke@blankrome.com
     Michael G. Busenkell    on behalf of Creditor    Polygon Distressed Opportunities Master Fund
     mbusenkell@gsbblaw.com
     Michael G. Busenkell    on behalf of Interested Party    Subsequent Settling EFIH PIK Noteholders
     comprised of: York Capital Management Global Advisors, LLC; P. Schoenfeld Asset Management L.P.;
     mbusenkell@gsbblaw.com
     Michael G. Busenkell    on behalf of Interested Party    Tannor Partners Credit Fund LP
     mbusenkell@gsbblaw.com
     Michael G. Busenkell    on behalf of Creditor    Sunrise Partners Limited Partnership
     mbusenkell@gsbblaw.com
     Michael G. Busenkell    on behalf of Creditor    Marathon Asset Management, LP
     mbusenkell@gsbblaw.com
     Michael G. Busenkell    on behalf of Creditor    Knife River Corporation-South
     mbusenkell@gsbblaw.com
     Michael G. Busenkell    on behalf of Creditor    Polygon Convertible Opportunity Master Fund
     mbusenkell@gsbblaw.com
     Michael G. Busenkell    on behalf of Interested Party    York Capital Management Global Advisors,
     LLC and P. Schoenfeld Asset Management L.P. mbusenkell@gsbblaw.com
     Michael G. Busenkell    on behalf of Creditor    Mudrick Capital Management, L.P.
     mbusenkell@gsbblaw.com
     Michael G. Busenkell    on behalf of Creditor    Aurelius Capital Management, LP
     mbusenkell@gsbblaw.com
     Michael G. Busenkell    on behalf of Creditor William Jeffrey Herbert mbusenkell@gsbblaw.com
     Michael G. Busenkell    on behalf of Interested Party    Marathon Asset Management, LP
     mbusenkell@gsbblaw.com
     Michael G. Busenkell    on behalf of Other Prof.    Ad Hoc Group of Non-Settling EFIH PIK
     Noteholders comprised of York Capital Management Global Advisors, LLC, P. Schoenfeld Asset
     Management L.P., Polygon Convertible Opportunity Master Fund, Polygon D mbusenkell@gsbblaw.com
     Michael H. Torkin    on behalf of Creditor Committee    The Official Committee of Unsecured
     Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
     Finance, Inc., and EECI, Inc. (EFH Committee) torkinm@sullcrom.com
     Michael Joseph Joyce    on behalf of Creditor    Certain funds and accounts advised or sub-advised
     by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
     Michael Joseph Joyce    on behalf of Interested Party    certain funds and accounts advised or
     sub-advised by Fidelity Management & Research Company or its affiliates mjoyce@oelegal.com
     Michael Joseph Joyce    on behalf of Interested Party    Fidelity Management & Research Company
     mjoyce@oelegal.com
     Michael L. Atchley    on behalf of Creditor    Tarrant Regional Water District
     matchley@popehardwicke.com
     Michael L. Atchley    on behalf of Creditor    Northeast Texas Municipal Water District
     matchley@popehardwicke.com
     Michael P. Esser    on behalf of Plaintiff    Energy Future Intermediate Holding Company LLC
     michael.esser@kirkland.com
     Michael P. Esser    on behalf of Plaintiff    Energy Future Holdings Corp.
     michael.esser@kirkland.com
     Michael P. Esser    on behalf of Debtor    Energy Future Holdings Corp. michael.esser@kirkland.com
     Michelle McMahon    on behalf of Interested Party    Indenture Trustee and the EFIH 2nd Lien
     Objectors mmcmahon@cullenanddykman.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Monica S. Blacker    on behalf of Attorney    Jackson Walker LLP mblacker@jw.com,
           tsalter@jw.com;ldooley@jw.com
          Monica S. Blacker    on behalf of Interested Party    HOLT Texas, Ltd. d/b/a Holt Cat
           mblacker@jw.com,  tsalter@jw.com;ldooley@jw.com
          Natalie D. Ramsey    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company, LLC, EFIH
           Finance, Inc., and EECI, Inc. (EFH Committee) nramsey@mmwr.com,  ECFdocuments@pacerpro.com
          Natalie D. Ramsey    on behalf of Creditor Committee    The Official Committee of Unsecured
           Creditors of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, EFIH
           Finance Inc., and EECI, Inc. nramsey@mmwr.com,  ECFdocuments@pacerpro.com
          Neil B. Glassman    on behalf of Interested Party    CSC Trust Company of Delaware, as Successor
           Trustee under the TCEH 11.5% Senior Secured Notes Indenture bankserve@bayardlaw.com,
           nglassman@bayardlaw.com;smacon@bayardlaw.com;jalberto@bayardlaw.com;bankserve@bayardlaw.com
          Neil B. Glassman    on behalf of Plaintiff    Delaware Trust Company, as TCEH First Lien Indenture
           Trustee bankserve@bayardfirm.com,  nglassman@bayardfirm.com
          Neil B. Glassman    on behalf of Interested Party    Delaware Trust Company
           bankserve@bayardfirm.com,  nglassman@bayardfirm.com
          Nicholas D. Mozal    on behalf of Defendant    Angelo Gordon & Co., LP nmozal@ramllp.com
          Nicholas D. Mozal    on behalf of Defendant    Apollo Advisors VII, L.P. nmozal@ramllp.com
          Nicholas D. Mozal    on behalf of Interested Party    Titan Investment Holdings LP nmozal@ramllp.com
          Nicholas D. Mozal    on behalf of Defendant    Brookfield Asset Management Private Institutional
           Capital Adviser (Canada), L.P. nmozal@ramllp.com
          Nicholas J. Brannick    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
           Indenture Trustee nbrannick@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
          Nicholas J. Brannick    on behalf of Plaintiff    Delaware Trust Company nbrannick@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
          Nicholas J. Brannick    on behalf of Interested Party    CSC Trust Company of Delaware, as
           successor indenture trustee and collateral trustee nbrannick@coleschotz.com,
           bankruptcy@coleschotz.com;pratkowiak@coleschotz.com;jwhitworth@coleschotz.com
          Nick S. Kaluk, III    on behalf of Financial Advisor    Evercore Group L.L.C. nskaluk@debevoise.com
          Nicole D. Mignone    on behalf of Interested Party    Public Utility Commission of Texas
           nicole.mignone@texasattorneygeneral.gove
          Noah Hagey    on behalf of Creditor    Elliott Associates, L.P., Elliott International, L.P., The
           Liverpool Limited Partnership, Paloma Partners Management Company and Sunrise Partners Limited
           Partnership hagey@braunhagey.com,  tong@braunhagey.com;capehart@braunhagey.com
          Norman L. Pernick    on behalf of Plaintiff    Delaware Trust Company, as Indenture Trustee and
           Collateral Trustee, npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
          Norman L. Pernick    on behalf of Plaintiff    Delaware Trust Company npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
          Norman L. Pernick    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
           indenture trustee and collateral trustee npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
          Norman L. Pernick    on behalf of Interested Party    Delaware Trust Company, f/k/a CSC Trust
           Company of Delaware, as Indenture Trustee npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
          Norman L. Pernick    on behalf of Interested Party    CSC Trust Company of Delaware as Successor
           Indenture Trustee npernick@coleschotz.com,
           pratkowiak@coleschotz.com;bankruptcy@coleschotz.com;jwhitworth@coleschotz.com
          Omar J. Alaniz    on behalf of Interested Party    CenterPoint Energy Resources Corp.
           omar.alaniz@bakerbotts.com
          Omar J. Alaniz    on behalf of Interested Party    CenterPoint Energy Houston Electric, LLC
           omar.alaniz@bakerbotts.com
          Owen M. Sonik    on behalf of Creditor    Galena Park Independent School District osonik@pbfcm.com,
           tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Owen M. Sonik    on behalf of Creditor    Certain Texas Taxing Entities osonik@pbfcm.com,
           tpope@pbfcm.com;osonik@ecf.inforuptcy.com
          Patricia Williams Prewitt    on behalf of Creditor    Kinder Morgan Tejas Pipeline LLC
           pwp@pattiprewittlaw.com
          Patricia Williams Prewitt    on behalf of Creditor    El Paso Natural Gas Company
           pwp@pattiprewittlaw.com
          Patricia Williams Prewitt    on behalf of Creditor    Targa Gas Marketing LLC
           pwp@pattiprewittlaw.com
          Patricia Williams Prewitt    on behalf of Creditor    Kinder Morgan Texas Pipeline LLC
           pwp@pattiprewittlaw.com
          Patrick L. Hughes    on behalf of Creditor    Airgas USA, LLC patrick.hughes@haynesboone.com
          Pauline K. Morgan    on behalf of Interested Party    Ad Hoc Committee of TCEH First Lien Creditors
           bankfilings@ycst.com
          Peter J. Keane    on behalf of Interested Party    EFIH Second Lien Notes Indenture Trustee & EFIH
           Second Lien Group pkeane@pszjlaw.com
          Peter Jonathon Young    on behalf of Debtor    Energy Future Holdings Corp. pyoung@proskauer.com
          Peter M. Gilhuly    on behalf of Interested Party    Ernst & Young LLP peter.gilhuly@lw.com,
           adam.malatesta@lw.com
          R. Karl Hill    on behalf of Creditor    Liberty Mutual Insurance Co. khill@svglaw.com,
           spappa@svglaw.com,cwalters@svglaw.com
          R. Stephen McNeill    on behalf of Interested Party    Deutsche Bank Securities Inc.
           bankruptcy@potteranderson.com,  bankruptcy@potteranderson.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

              Rachel   Obaldo   on behalf of Creditor   Texas Comptroller of Public Accounts
              bk-robaldo@oag.texas.gov,  sherri.simpson@oag.texas.gov
              Rachel   Ringer    on behalf of Interested Party   Computershare Trust Company, N.A. and
              Computershare Trust Company of Canada, in their capacity as indenture trustee, for the second
              lien notes and the holders thereof. rringer@kramerlevin.com,
              AByowitz@kramerlevin.com;NHertzBunzl@kramerlevin.com;GFrenzel@kramerlevin.com;dbraun@kramerlevin.
              com;corporate-reorg-1449@ecf.pacerpro.com
              Rachel B. Mersky   on behalf of Creditor   Top Line Rental , LLC rmersky@monlaw.com
              Raymond H. Lemisch   on behalf of Defendant   UMB Bank, N.A., as indenture trustee
              rlemisch@klehr.com
              Raymond H. Lemisch   on behalf of Creditor   UMB Bank, N.A. rlemisch@klehr.com
              Raymond H. Lemisch   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
              rlemisch@klehr.com
              Rebecca A. Hayes   on behalf of Creditor   UMB Bank, N.A. rhayes@foley.com
              Rebecca A. Hayes   on behalf of Interested Party   UMB Bank, N.A., as indenture trustee
              rhayes@foley.com
              Reed A. Heiligman   on behalf of Creditor   Experian Marketing Solutions, Inc.
              rheiligman@fgllp.com,  ccarpenter@fgllp.com
              Reed A. Heiligman   on behalf of Interested Party   PI Law Firms rheiligman@fgllp.com,
              ccarpenter@fgllp.com
              Reed A. Heiligman   on behalf of Creditor   Experian Information Solutions, Inc.
              rheiligman@fgllp.com,  ccarpenter@fgllp.com
              Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, L.P.
              rbarkasy@schnader.com
              Richard A. Barkasy   on behalf of Creditor   CCP Credit Acquisition Holdings, L.L.C.
              rbarkasy@schnader.com
              Richard A. Barkasy   on behalf of Creditor   Centerbridge Special Credit Partners, II, L.P.
              rbarkasy@schnader.com
              Richard L. Schepacarter   on behalf of U.S. Trustee   U.S. Trustee richard.schepacarter@usdoj.gov
              Robert J. Feinstein   on behalf of Interested Party   Indenture Trustee and the EFIH 2nd Lien
              Objectors rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Defendant   Computershare Trust Company, N.A.
              rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Defendant   Computershare Trust Company of Canada
              rfeinstein@pszjlaw.com
              Robert J. Feinstein   on behalf of Interested Party   Computershare Trust Company, N.A., and
              Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior
              Secured Second Lien Notes due 2021 and the 11.75% Senio rfeinstein@pszjlaw.com
              Robert K. Malone   on behalf of Interested Party   CITIBANK, N.A. robert.malone@dbr.com,
              andrew.groesch@dbr.com
              Ryan M. Bartley   on behalf of Interested Party   Ad Hoc Committee of TCEH First Lien Creditors
              bankfilings@ycst.com
              Ryan M. Bartley   on behalf of Defendant   Vistra Energy Corp. bankfilings@ycst.com
              Sabrina L. Streusand   on behalf of Interested Party Allen   Shrode streusand@slollp.com,
              prentice@slollp.com
              Samuel Lee Moultrie   on behalf of Creditor   RailWorks Track System, Inc. smoultrie@wlblaw.com
              Scott D. Cousins   on behalf of Interested Party   Ad Hoc Committee of EFIH Unsecured Noteholders
              scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Intervenor-Defendant   Ad Hoc Committee of EFIH Unsecured
              Noteholders scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Creditor   Elliott Associates, L.P., Elliott International, L.P.
              and The Liverpool Limited Partnership scousins@bayardlaw.com,
              lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott D. Cousins   on behalf of Interested Party   EFIH Second Lien DIP Commitment Parties
              scousins@bayardlaw.com,  lmorton@bayardlaw.com;tstoner@bayardlaw.com
              Scott J. Leonhardt   on behalf of Interested Party Paul   Keglevic leonhardt@teamrosner.com
              Scott J. Leonhardt   on behalf of Interested Party Anthony   Horton leonhardt@teamrosner.com
              Sean A. O'Neal   on behalf of Interested Party   J. Aron & Company soneal@cgsh.com,
              maofiling@cgsh.com;afee@cgsh.com
              Sean A. O'Neal   on behalf of Interested Party   J Aron & Company soneal@cgsh.com,
              maofiling@cgsh.com;afee@cgsh.com
              Sean M. Brennecke   on behalf of Creditor   UMB Bank, N.A. sbrennecke@klehr.com,  state@klehr.com
              Shanti M. Katona   on behalf of Creditor Committee   The Official Committee of Unsecured
              Creditors skatona@polsinelli.com,  LSuprum@Polsinelli.com;delawaredocketing@polsinelli.com
              Shawn M. Christianson   on behalf of Creditor   Oracle America, Inc. schristianson@buchalter.com,
              cmcintire@buchalter.com
              Simon E. Fraser   on behalf of Interested Party   J Aron & Company sfraser@cozen.com
              Simon E. Fraser   on behalf of Creditor   Goldman Sachs Lending Partners LLC sfraser@cozen.com
              Simon E. Fraser   on behalf of Interested Party   J. Aron & Company sfraser@cozen.com
              Simon E. Fraser   on behalf of Defendant   Morgan Stanley Capital Group, Inc. sfraser@cozen.com
              Stacey Kremling   on behalf of Creditor   2603 Augusta Investors, LP stacey@womaclaw.com
              Stacy L. Newman   on behalf of Interested Party   Union Pacific Railroad Company
              snewman@ashby-geddes.com
              Stacy L. Newman   on behalf of Interested Party   Wilmington Savings Fund Society, FSB, in its
              capacity as successor Indenture Trustee snewman@ashby-geddes.com
              Stanley B. Tarr   on behalf of Interested Party   Wilmington Trust, N.A. tarr@blankrome.com,
              moody@ecf.inforuptcy.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

Stephanie Wickouski on behalf of Interested Party Indenture Trustee and the EFIH 2nd Lien Objectors stephanie.wickouski@bclplaw.com, dortiz@bclplaw.com
Stephanie Wickouski on behalf of Interested Party Computershare Trust Company, N.A., and Computershare Trust Company of Canada in their capacity as indenture trustee for the 11% Senior Secured Second Lien Notes due 2021 and the 11.75% Senio stephanie.wickouski@bclplaw.com, dortiz@bclplaw.com
Stephanie Wickouski on behalf of Defendant Computershare Trust Company of Canada stephanie.wickouski@bclplaw.com, dortiz@bclplaw.com
Stephanie Wickouski on behalf of Defendant Computershare Trust Company, N.A. stephanie.wickouski@bclplaw.com, dortiz@bclplaw.com
Stephen Karotkin on behalf of Plaintiff Third Avenue Management LLC stephen.karotkin@weil.com, frank.grese@weil.com
Stephen Karotkin on behalf of Plaintiff GSO Capital Partners LP stephen.karotkin@weil.com, frank.grese@weil.com
Stephen Karotkin on behalf of Plaintiff Avenue Capital Management II, LP stephen.karotkin@weil.com, frank.grese@weil.com
Stephen Karotkin on behalf of Plaintiff P. Schoenfeld Asset Management LP stephen.karotkin@weil.com, frank.grese@weil.com
Stephen Karotkin on behalf of Plaintiff York Capital Management Global Advisors, LLC stephen.karotkin@weil.com, frank.grese@weil.com
Stephen C. Stapleton on behalf of Creditor Atmos Energy Corporation sstapleton@cowlesthompson.com
Stephen D Lerner on behalf of Interested Party ArcelorMittal USA LLC stephen.lerner@squirepb.com, sarah.conley@squirepb.com
Stephen M. Miller on behalf of Creditor Law Debenture Trust Company of New York, in its capacity as Indenture Trustee smiller@morrisjames.com, wweller@morrisjames.com;jdawson@morrisjames.com
Steven A. Ginther on behalf of Creditor Missouri Department of Revenue deecf@dor.mo.gov
Steven N. Serajeddini on behalf of Debtor Energy Future Holdings Corp. steven.serajeddini@kirkland.com
Steven N. Serajeddini on behalf of Plaintiff Energy Future Intermediate Holding Company LLC steven.serajeddini@kirkland.com
Stuart M. Brown on behalf of Interested Party Ad Hoc Committee of EFIH Unsecured Noteholders stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
Stuart M. Brown on behalf of Interested Party Ad Hoc Committee of TCEH First Lien Creditors stuart.brown@dlapiper.com, stuart-brown-7332@ecf.pacerpro.com
Susan E. Kaufman on behalf of Creditor Tarrant Regional Water District skaufman@skaufmanlaw.com
Theodore J. Tacconelli on behalf of Interested Party Titus County Appraisal District ttacconelli@ferryjoseph.com
Theodore J. Tacconelli on behalf of Interested Party Rusk County Appraisal District ttacconelli@ferryjoseph.com
Theodore J. Tacconelli on behalf of Creditor Freestone County, Texas ttacconelli@ferryjoseph.com
Theodore J. Tacconelli on behalf of Interested Party Freestone County Appraisal District ttacconelli@ferryjoseph.com
Theodore J. Tacconelli on behalf of Interested Party Robertson County Appraisal District ttacconelli@ferryjoseph.com
Thomas F. Driscoll, III on behalf of Debtor Energy Future Holdings Corp. tdriscoll@tbf.legal, mdunwody@tbf.legal
Thomas J. Moloney on behalf of Interested Party J. Aron & Company tmoloney@cgsh.com
Thomas J. Moloney on behalf of Interested Party J Aron & Company tmoloney@cgsh.com
Thomas M. Horan on behalf of Debtor Energy Future Holdings Corp. thoran@foxrothschild.com, idensmore@foxrothschild.com
Thomas M. Horan on behalf of Attorney Shaw Fishman Glantz & Towbin LLC thoran@foxrothschild.com, idensmore@foxrothschild.com
Thomas M. Horan on behalf of Plaintiff Energy Future Holdings Corp. thoran@foxrothschild.com, idensmore@foxrothschild.com
Thomas M. Horan on behalf of Plaintiff Energy Future Intermediate Holding Company LLC thoran@foxrothschild.com, idensmore@foxrothschild.com
Thomas Ross Hooper on behalf of Defendant Wilmington Trust, N.A., as First Lien Collateral Agent hooper@sewkis.com
Thomas Ross Hooper on behalf of Interested Party Wilmington Trust, N.A. hooper@sewkis.com
Thomas Ross Hooper on behalf of Defendant Wilmington Trust, N.A. as First Lien Collateral Agent and First Lien Administrative Agent hooper@sewkis.com
Tina Niehold Moss on behalf of Creditor The Bank of New York Mellon, as Indenture Trustee tmoss@perkinscoie.com, nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
Tina Niehold Moss on behalf of Interested Party Delaware Trust Company as Successor Trustee under the TCEH 11.5% Senior Secured Notes Indenture tmoss@perkinscoie.com, nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
Tina Niehold Moss on behalf of Interested Party Delaware Trust Company, f/k/a CSC Trust Company of Delaware, as Indenture Trustee tmoss@perkinscoie.com, nvargas@perkinscoie.com;tina-moss-8527@ecf.pacerpro.com;new-york-docketing-1150@ecf.pacerpro.com
Tobey M. Daluz on behalf of Defendant Fidelity Summer Street Trust: Fidelity Capital & Income Fund daluzt@ballardspahr.com, lanoc@ballardspahr.com
Tobey M. Daluz on behalf of Defendant Pyramis Global Advisors Trust Company daluzt@ballardspahr.com, lanoc@ballardspahr.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company
    daluzt@ballardspahr.com, lanoc@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series I: Fidelity Advisor High Income
    Advantage Fund daluzt@ballardspahr.com, lanoc@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Fidelity Advisor Series II: Fidelity Advisor Strategic
    Income Fund daluzt@ballardspahr.com, lanoc@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank Ltd. as trustee of Fidelity
    High Yield Bond Open Mother Fund daluzt@ballardspahr.com, lanoc@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Fidelity Puritan Trust: Fidelity Puritan Fund
    daluzt@ballardspahr.com, lanoc@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Fidelity Global Bond Series  US Dollar Monthly Income
    US High Yield Pool daluzt@ballardspahr.com, lanoc@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Fidelity Management & Research Company as Investment
    Manager for Japan Trustee Services Bank, Ltd. Re: Fidelity High Yield Bond Open Mother Fund
    daluzt@ballardspahr.com, lanoc@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Master Trust Bank of Japan daluzt@ballardspahr.com,
    lanoc@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Variable Insurance Products Fund V: Strategic Income
    Portfolio daluzt@ballardspahr.com, lanoc@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Fidelity Investments Canada ULC daluzt@ballardspahr.com,
    lanoc@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   FIL Investments International (FII)
    daluzt@ballardspahr.com, lanoc@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Fidelity Summer Street Trust: Fidelity Global High
    Income Fund daluzt@ballardspahr.com, lanoc@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Fidelity School Street Trust: Fidelity Strategic Income
    daluzt@ballardspahr.com, lanoc@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Japan Trustee Services Bank, Ltd. as trustee of
    Fidelity Strategic Income Mother Fund daluzt@ballardspahr.com, lanoc@ballardspahr.com
Tobey M. Daluz   on behalf of Defendant   Fidelity Investments daluzt@ballardspahr.com,
    lanoc@ballardspahr.com
Todd Charles Schiltz, Esq   on behalf of Interested Party   CSC Trust Company of Delaware, as
    successor indenture trustee and collateral trustee todd.schiltz@dbr.com,
    cathlyn.cantelmi@dbr.com;marita.erbeck@dbr.com;Jennifer.Roussil@dbr.com
Todd Jeffrey Rosen   on behalf of Interested Party   TCEH Debtors todd.rosen@mto.com
Traci L. Cotton   on behalf of Creditor   UT System obo UT at Arlington tcotton@utsystem.edu
Travis J. Ferguson   on behalf of Creditor   NextEra Energy Resources, LLC ferguson@lrclaw.com,
    dellose@lrclaw.com;ramirez@lrclaw.com
Tyler D. Semmelman   on behalf of Defendant   Energy Future Intermediate Holding Company LLC
    semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Luminant Energy Trading California Company
    semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   EEC Holdings, Inc. semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   LSGT Gas Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   NCA Development Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Luminant Renewables Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Luminant Mining Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Eagle Mountain Power Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Lone Star Pipeline Company, Inc. semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   TXU Energy Receivables Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   EECI, Inc. semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   TXU Retail Services Company semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   TXU Electric Company, Inc. semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Martin Lake 4 Power Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Energy Future Intermediate Holding Company LLC
    semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Lone Star Energy Company, Inc. semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Texas Competitive Electric Holdings Company LLC
    semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Energy Future Competitive Holdings Company LLC
    semmelman@rlf.com, rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Energy Future Holdings Corp. semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Big Brown 3 Power Company LLC semmelman@rlf.com,
    rbgroup@rlf.com
Tyler D. Semmelman   on behalf of Debtor   Tradinghouse 3 & 4 Power Company LLC semmelman@rlf.com,
    rbgroup@rlf.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

| | | |
|---|---|---|
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Generation Development Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Oak Grove Mining Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman | on behalf of Debtor | Brighten Energy LLC semmelman@rlf.com,  rbgroup@rlf.com |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Texas Electric Service Company, Inc. semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Luminant Generation Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Generation SVC Company semmelman@rlf.com, |
| Tyler D. Semmelman semmelman@rlf.com,  rbgroup@rlf.com | on behalf of Debtor | Luminant Mineral Development Company LLC |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Texas Utilities Company, Inc. semmelman@rlf.com, |
| Tyler D. Semmelman | on behalf of Debtor | TXU SEM Company semmelman@rlf.com,  rbgroup@rlf.com |
| Tyler D. Semmelman semmelman@rlf.com,  rbgroup@rlf.com | on behalf of Debtor | Southwestern Electric Service Company, Inc. |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | EFH FS Holdings Company semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Defendant | EFIH Finance Inc. semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | 4Change Energy Holdings LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Sandow Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | EFH Renewables Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | EFH CG Management Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Attorney | Kirkland & Ellis LLP semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Valley Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Generation MT Company semmelman@rlf.com, |
| Tyler D. Semmelman | on behalf of Debtor | TCEH Finance, Inc. semmelman@rlf.com,  rbgroup@rlf.com |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Luminant ET Services Company semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Morgan Creek 7 Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman semmelman@rlf.com,  rbgroup@rlf.com | on behalf of Debtor | NCA Resources Development Company LLC |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Big Brown Lignite Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman semmelman@rlf.com,  rbgroup@rlf.com | on behalf of Debtor | Texas Energy Industries Company, Inc. |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | TXU Energy Retail Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Dallas Power & Light Company, Inc. semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | DeCordova Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Monticello 4 Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Lake Creek 3 Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Tradinghouse Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Luminant Energy Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Luminant Holding Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | EBASCO SERVICES OF CANADA LIMITED semmelman@rlf.com, |
| Tyler D. Semmelman semmelman@rlf.com,  rbgroup@rlf.com | on behalf of Debtor | Luminant Big Brown Mining Company LLC |
| Tyler D. Semmelman | on behalf of Debtor | EFIH Finance Inc. semmelman@rlf.com,  rbgroup@rlf.com |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Collin Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Texas Power & Light Company, Inc. semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Oak Grove Power Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | TXU Energy Solutions Company LLC semmelman@rlf.com, |
| Tyler D. Semmelman rbgroup@rlf.com | on behalf of Debtor | Brighten Holdings LLC semmelman@rlf.com, |

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
               Tyler D. Semmelman    on behalf of Debtor    Big Brown Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
               Tyler D. Semmelman    on behalf of Debtor    TXU Receivables Company semmelman@rlf.com,
                    rbgroup@rlf.com
               Tyler D. Semmelman    on behalf of Debtor    Valley NG Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
               Tyler D. Semmelman    on behalf of Debtor    LSGT SACROC, Inc. semmelman@rlf.com,   rbgroup@rlf.com
               Tyler D. Semmelman    on behalf of Debtor    EFH CG Holdings Company LP semmelman@rlf.com,
                    rbgroup@rlf.com
               Tyler D. Semmelman    on behalf of Debtor    Oak Grove Management Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
               Tyler D. Semmelman    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
                    semmelman@rlf.com,   rbgroup@rlf.com
               Tyler D. Semmelman    on behalf of Debtor    EFH Finance (No. 2) Holdings Company semmelman@rlf.com,
                    rbgroup@rlf.com
               Tyler D. Semmelman    on behalf of Debtor    DeCordova II Power Company LLC semmelman@rlf.com,
                    rbgroup@rlf.com
               Tyler D. Semmelman    on behalf of Debtor    4Change Energy Company semmelman@rlf.com,
                    rbgroup@rlf.com
               U.S. Trustee    USTPRegion03.WL.ECF@USDOJ.GOV
               Victoria D. Garry    on behalf of Interested Party    Ohio Department of Taxation
                    vgarry@ag.state.oh.us
               Vincent E. Lazar    on behalf of Spec. Counsel    Energy Future Intermediate Holding Company LLC
                    vlazar@jenner.com
               Vincent E. Lazar    on behalf of Interested Party    Charles H. Cremens. vlazar@jenner.com
               Ward W. Benson    on behalf of Creditor    UNITED STATES OF AMERICA ward.w.benson@usdoj.gov,
                    Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
               Ward W. Benson    on behalf of Creditor    United States of America on Behalf of the Internal
                    Revenue Service ward.w.benson@usdoj.gov,  Eastern.Taxcivil@usdoj.gov;james.j.wilkinson@usdoj.gov
               Warren A. Usatine    on behalf of Interested Party    CSC Trust Company of Delaware, as successor
                    indenture trustee and collateral trustee wusatine@coleschotz.com,  pratkowiak@coleschotz.com
               Wendy B. Reilly    on behalf of Creditor    Evercore Group LLC wbreilly@debevoise.com,
                    mao-bk-ecf@debevoise.com
               William A. Hazeltine    on behalf of Creditor    Mastercraft Printed Products & Services, Inc.
                    Bankruptcy001@sha-llc.com
               William A. Romanowicz    on behalf of Debtor    4Change Energy Company rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    Lake Creek 3 Power Company LLC rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    EBASCO SERVICES OF CANADA LIMITED rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    EFIH Finance Inc. rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    Big Brown 3 Power Company LLC rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    Energy Future Competitive Holdings Company LLC
                    rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    Brighten Energy LLC rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    Texas Utilities Electric Company, Inc.
                    rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    EFH CG Management Company LLC rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    Energy Future Intermediate Holding Company LLC
                    rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    EFH CG Holdings Company LP rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    EFH Australia (No. 2) Holdings Company
                    rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    Southwestern Electric Service Company, Inc.
                    rbgroup@rlf.com
               William A. Romanowicz    on behalf of Defendant    Energy Future Intermediate Holding Company LLC
                    rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    Tradinghouse Power Company LLC rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    TXU Energy Retail Company LLC rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    EFH Corporate Services Company rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    LSGT Gas Company LLC rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    EFH FS Holdings Company rbgroup@rlf.com
               William A. Romanowicz    on behalf of Defendant    EFIH Finance Inc. rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    Brighten Holdings LLC rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    Eagle Mountain Power Company LLC rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    EEC Holdings, Inc. rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    DeCordova Power Company LLC rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    Tradinghouse 3 & 4 Power Company LLC rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    Texas Competitive Electric Holdings Company LLC
                    rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    Generation Development Company LLC rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    TXU Energy Receivables Company LLC rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    EFH Finance (No. 2) Holdings Company rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    LSGT SACROC, Inc. rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    Lone Star Energy Company, Inc. rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    Energy Future Holdings Corp. rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    Luminant Renewables Company LLC rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    Lone Star Pipeline Company, Inc. rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    Generation MT Company LLC rbgroup@rlf.com
               William A. Romanowicz    on behalf of Debtor    4Change Energy Holdings LLC rbgroup@rlf.com

District/off: 0311-1          User: DMC                Page 27 of 27          Date Rcvd: Nov 08, 2018
                             Form ID: van440           Total Noticed: 13

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          William A. Romanowicz    on behalf of Debtor     Generation SVC Company rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor     EFH Renewables Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor     Big Brown Power Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor     EECI, Inc. rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor     Big Brown Lignite Company LLC rbgroup@rlf.com
          William A. Romanowicz    on behalf of Debtor     TXU Electric Company, Inc. rbgroup@rlf.com
          William D. Sullivan   on behalf of Creditor    Capgemini America, Inc. wdsecfnotices@sha-llc.com
          William E Kelleher, Jr    on behalf of Creditor    Westinghouse Electric Company LLC
           wkelleher@cohenlaw.com,  mgraeb@cohenlaw.com,bfilings@cohenlaw.com,
          William E. Chipman, Jr.   on behalf of Interested Party    Berkshire Hathaway Energy Company
           chipman@chipmanbrown.com,  dero@chipmanbrown.com
          William E. Chipman, Jr.   on behalf of Intervenor-Defendant    Ad Hoc Committee of EFIH Unsecured
           Noteholders chipman@chipmanbrown.com,  dero@chipmanbrown.com
          William E. Chipman, Jr.   on behalf of Interested Party    EFIH Second Lien DIP Commitment Parties
           chipman@chipmanbrown.com,  dero@chipmanbrown.com
          William F. Taylor, Jr.   on behalf of Creditor    Cellco Partnership d/b/a Verizon Wireless
           bankruptcydel@mccarter.com,  bankruptcydel@mccarter.com
          William Mark Alleman, Jr   on behalf of Interested Party    Fee Committee WAlleman@beneschlaw.com,
           debankruptcy@beneschlaw.com
          William P. Weintraub   on behalf of Creditor    Aurelius Capital Management, LP
           wweintraub@goodwinproctor.com,  zhassoun@fklaw.com
          William Pierce Bowden   on behalf of Interested Party    Wilmington Savings Fund Society, FSB, in
           its capacity as successor Indenture Trustee wbowden@ashby-geddes.com
          Zachary I Shapiro   on behalf of Debtor    Energy Future Holdings Corp. shapiro@rlf.com,
           rbgroup@rlf.com;ann-jerominski-2390@ecf.pacerpro.com
                                                                              TOTAL: 1017