IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

IN RE: Energy Future Holdings Corp., et al.

| | |
|---|---|
| NextEra Energy, Inc. | |
| Appellant, | Civil Action No. 18-1769 UNA |
| v. | |
| Elliott Associates, L.P., Elliott International, L.P., Liverpool Limited Partnership, et al. | Bankruptcy Case No. 14-10979 CSS<br>BAP No. 18-51 |
| Appellees, | |

## NOTICE OF DOCKETING

A Notice of Appeal of the following order of the Bankruptcy Court dated 10/25/2018 was docketed in the District Court on 11/9/2018:

**Order Granting Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute All Funds in the NEE Plan Reserve**

In accordance with the Standing Order of the Court dated September 11, 2012, this case shall be referred to a United States Magistrate Judge to determine the appropriateness of mediation. Briefing will be deferred.

Documents prepared for mediation shall be submitted directly to the mediator and should not be filed with the Clerk's Office. Any attorneys of record who are not members of the Bar of this Court shall associate with local counsel in accordance with District of Delaware Local Rule 83.5. Upon the request of a Judge or a mediator, counsel shall supply paper copies of the designated record.

John A. Cerino
Clerk of Court

Date: November 9, 2018
CC. U.S. Bankruptcy Court
Counsel via CM/ECF