IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re<br><br>ENERGY FUTURE<br>HOLDINGS CORP., *et al.*,<br><br>*Debtors*. | Chapter 11<br><br>Case No. 14-10979 (CSS)<br>(Jointly Administered)<br><br><u>Hearing Date</u>:  **December 17, 2018 at 11:00 a.m. (ET)**<br><u>Objection Deadline</u>:  **November 28, 2018 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION OF UMB BANK, N.A., AS INDENTURE TRUSTEE, AND ELLIOTT FOR ENTRY OF AN ORDER AMENDING THE (A) FINDINGS OF FACT AND CONCLUSIONS OF LAW ON JOINT MOTION TO FIX APPROPRIATE ALLOCATION OF CERTAIN RESERVES AND EXPENSES AS BETWEEN THE EFH AND EFIH DEBTORS AND (B) ORDER FIXING APPROPRIATE ALLOCATION OF CERTAIN RESERVES AND EXPENSES AS BETWEEN THE EFH AND EFIH DEBTORS**

PLEASE TAKE NOTICE that on November 14, 2018, UMB Bank, N.A., as Indenture Trustee (the "<u>Trustee</u>") for the unsecured 11.25%/12.25% Senior Toggle Notes due 2018, and Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership (collectively, "<u>Elliott</u>" and, together with the Trustee, the "<u>Movants</u>"), filed with the United States Bankruptcy Court for the District of Delaware (the "<u>Court</u>") the *Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Entry of an Order Amending the (A) Findings of Fact and Conclusions of Law on Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors and (B) Order Fixing Appropriate Allocation of Certain Reserves and Expenses as Between The EFH and EFIH Debtors* (the "<u>Motion</u>").

PLEASE TAKE FURTHER NOTICE that, a hearing on the Motion will be held on **December 17, 2018 at 11:00 a.m. (ET)** before the Honorable Christopher S. Sontchi, Chief United States Bankruptcy Judge, at the Court, 824 Market Street, 5th Floor, Courtroom No. 6, Wilmington, Delaware 19801.

PLEASE TAKE FURTHER NOTICE that, objections to the Motion or the relief requested therein must be filed on or before **November 28, 2018 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, you must serve a copy of the response upon the undersigned counsel to the Movants so as to be received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO PROPERLY FILE AND SERVE A RESPONSE ON OR BEFORE THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated:  November 14, 2018
Wilmington, Delaware

BAYARD, P.A.

*/s/ Erin R. Fay*
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
600 N. King Street, Suite 400
Wilmington, Delaware  19801
Phone: (302) 655-5000
Facsimile: (302) 658-6395
scousins@bayardlaw.com
efay@bayardlaw.com

-and-

**ROPES & GRAY LLP**
Gregg M. Galardi
Daniel G. Egan
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000
Facsimile:  (212) 596-9090
Gregg.Galardi@ropesgray.com
Daniel.Egan@ropesgray.com