# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Notice of Appeal* has been served upon all parties listed below via United States mail, first class on this 19th day of November, 2018.

*/s/ Erin R. Fay*
Erin R. Fay

| | |
|---|---|
| **U.S. DEPARTMENT OF JUSTICE** **OFFICE OF THE U.S. TRUSTEE** Richard L. Schepacarter J. Caleb Boggs Federal Building 844 N. King Street, Room 2207, Lockbox 35 Wilmington, DE 19801 | **HOGAN MCDANIEL** Garvan F. McDaniel, Esq. 1311 Delaware Avenue Wilmington, DE 19806 |
| **RICHARDS, LAYTON & FINGER, P.A.** Mark D. Collins Daniel J. DeFranceschi Jason M. Madron 920 North King Street Wilmington, DE 19801 | **KASOWITZ BENSON TORRES LLP** David S. Rosner Andrew K. Glenn Gavin D. Schryver David J. Mark Andrew H. Elkin 1633 Broadway New York, NY 10019 |
| **KIRKLAND & ELLIS LLP** **KIRKLAND & ELLIS INTERNATIONAL LLP** Edward O. Sassower, P.C. Stephen E. Hessler Brian E. Schartz 601 Lexington Avenue New York, NY 10022-4611 | **CROSS & SIMON, LLC** Christopher P. Simon 1105 North Market Street, Suite 901 Wilmington, DE 19801 |
| **KIRKLAND & ELLIS LLP** **KIRKLAND & ELLIS INTERNATIONAL LLP** James H.M. Sprayregen, P.C. Mark Kieselstein, P.C. Chad J. Husnick, P.C. Steven N. Serajeddini 300 North LaSalle Chicago, IL 60654 | **NIXON PEABODY LLP** Amanda D. Darwin Richard C. Pedone Erik Schneider 100 Summer Street Boston, Massachusetts 02110 |