Counsel for Appellant #1 (continued from cover page):

-and-

ROPES & GRAY LLP
Gregg M. Galardi
Matthew L. McGinnis
Daniel G. Egan
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

Counsel for Appellant (#2):

UMB Bank, N.A.

BAYARD, P.A.
Scott D. Cousins (No. 3079)
Erin R. Fay (No. 5268)
Evan T. Miller (No. 5364)
222 Delaware Avenue, Suite 900
Wilmington, DE 19801
Telephone: (302) 655-5000

-and-

ROPES & GRAY LLP
Gregg M. Galardi
Matthew L. McGinnis
Daniel G. Egan
1211 Avenue of the Americas
New York, NY 10036-8704
Telephone: (212) 596-9000

Counsel for Appellees (continued from cover page):

- and –

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
Edward O. Sassower, P.C.
Stephen E. Hessler
Brian E. Schartz
 601 Lexington Avenue
New York, NY 10022-4611
Telephone: (212) 446-4800

-and-

James H.M. Sprayregen, P.C.
Chad J. Husnick, P.C.
Steven N. Serajeddini
300 North LaSalle
Chicago, IL 60654
Telephone: (312) 862-2000

Ad Hoc EFH Claimants

HOGAN MCDANIEL
Garvan F. McDaniel, Esq. (No. 4167)
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656-7540

- and-

KASOWITZ BENSON TORRES LLP
David S. Rosner
Andrew K. Glenn
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700

EFH Indenture Trustee

CROSS & SIMON, LLC
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200

- and-

NIXON PEABODY LLP
Amanda D. Darwin
Richard C. Pedone
Erik Schneider
100 Summer Street
Boston, Massachusetts 02110
Telephone: (617) 345-1000