# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: LeslieM | Date Created: 11/20/2018 |
| Case: 14−10979−CSS | Form ID: van440 | Total: 4 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

aty      Andrea Beth Schwartz      U.S. Department of Justice – Office of the U.S. Trustee      U.S. Federal Office Building      201 Varick Street, Rm 1006      New York, NY 10065

aty      Linda J. Casey      Office of United States Trustee      844 King Street      Suite 2207      Wilmington, DE 19801

aty      Mark D. Collins      Richards, Layton & Finger, P.A.      One Rodney Square      920 North King Street      Wilmington, DE 19801

aty      Richard L. Schepacarter      Office of the United States Trustee      U. S. Department of Justice      844 King Street, Suite 2207      Lockbox #35      Wilmington, DE 19801

TOTAL: 4