# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- X
In re:                                                     :    Chapter 11
                                                           :
Energy Future Holdings Corp., *et al.*,[1]                 :    Case No. 14-10979 (CSS)
                                                           :
             Debtors.                      :    (Jointly Administered)
                                                           :
                                                           :
---------------------------------------------------------- X
NextEra Energy, Inc.                                       :
                                                           :
             Appellant,                    :
                                                           :
v.                                                         :    Civil Action No. 18-01769 (RGA)
                                                           :
Elliott Associates, L.P., Elliott International,           :
L.P., The Liverpool Limited Partnership, UMB               :
Bank, N.A., and EFH Plan Administrator Board               :
                                                           :
             Appellees.                    :
                                                           :
---------------------------------------------------------- X

## APPELLANT NEXTERA ENERGY, INC.'S STATEMENT OF ISSUE AND DESIGNATION OF RECORD ON APPEAL FROM THE OCTOBER 25, 2018 ORDER RELEASING THE NEE PLAN RESERVE

NextEra Energy, Inc. ("NextEra" or "Appellant"), pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure and Rule 8009-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, hereby designates the following statement of issue and items to be included in the record on appeal in connection with Appellant's appeal from the *Order Granting the Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and*

---

[1] The last four digits of Energy Future Holdings Corp.'s tax identification number are 8810. The location of the debtors' service address is 1601 Bryan Street, Dallas, Texas 75201. Due to the large number of debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the debtors and the last four digits of their federal tax identification numbers is not provided herein. A complete list of such information may be obtained on the website of the debtors' claims and noticing agent at http://www.efhcaseinfo.com.

*Distribute All Funds in the NEE Plan Reserve*, dated October 25, 2018 [D.I. 13584] (the "Order").

## STATEMENT OF ISSUE PRESENTED ON APPEAL

NextEra intends at this time to raise the following issue on appeal:

1. On February 27, 2018, the Bankruptcy Court entered an order that confirmed a chapter 11 plan of reorganization for Energy Future Holdings Corp. and certain of its affiliated debtors and established a $275 million reserve to ensure a source of payment for NextEra's disputed administrative claim against those debtors. Elliott appealed that order, challenging the propriety of the reserve and the criteria for its release. While that appeal was pending, Elliott filed a motion with the Bankruptcy Court requesting that the reserve be voided and released in its entirety, which the Bankruptcy Court granted. Given that the effect of the Order releasing the reserve was to interfere with this Court's consideration of Elliott's pending appeal, was the Bankruptcy Court divested of jurisdiction to rule on Elliott's motion?

## DESIGNATION OF ITEMS FOR THE RECORD ON APPEAL

Appellant hereby designates the following items to be included in the record on appeal, which includes all exhibits and addenda attached thereto and filed therewith and all documents incorporated by reference therein:

|    | Date | Docket No. | Title |
| --- | --- | --- | --- |
| *In re: Energy Future Holdings Corp.*, Case No.: 14-10979-CSS (Bankr. D. Del.) | | | |
| 1. | 08/03/2016 | 9190 | Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement |

| | **Date** | **Docket No.** | **Title** |
|---|---|---|---|
| 2. | 08/04/2016 | 9191 | Declaration of William O. Hiltz in Support of the Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement |
| 3. | 08/04/2016 | 9192 | Declaration of David Ying in Support of the Motion of the EFH/EFIH Debtors for Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement |
| 4. | 09/14/2016 | 9536 | EFH/EFIH Debtors Omnibus Reply to Objections to Motion of Energy Future Holdings Corp., et al., for Entry of an Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement |
| 5. | 09/19/2016 | 9584 | Order (A) Authorizing Entry into Merger Agreement, (B) Approving Termination Fee, and (C) Authorizing Entry into and Performance Under Plan Support Agreement |
| 6. | 09/19/2016 | 9584, Ex. 1 | Agreement and Plan of Merger (dated July 29, 2016, as amended on September 18, 2016) between, among others, the Debtors and NextEra |
| 7. | 09/21/2016 | 9606 | Transcript of the hearing held before the Court on September 19, 2016, including referenced demonstratives used by Debtors (D-Dem 1, D-Dem 2, and D-Dem 3) |
| 8. | 09/28/2016 | 9693 | Transcript of the hearing held before the Court on September 26, 2016 |
| 9. | 02/17/2017 | 10853 | Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code |
| 10. | 02/17/2017 | 10859 | Order Confirming the Eighth Amended Joint Plan of Reorganization of Energy Future Holdings Corp., *et al*., Pursuant to Chapter 11 of the Bankruptcy Code |
| 11. | 02/21/2017 | 10865 | Transcript of the hearing held before the Court on February 17, 2017 |
| 12. | 04/18/2017 | 11167 | Transcript of the hearing held before the Court on April 17, 2017 |

|     | **Date**   | **Docket No.** | **Title** |
| --- | ---------- | -------------- | --------- |
| 13. | 07/07/2017 | 11424 | The Debtors' Letters Terminating (A) the Plan Support Agreement by and among the EFH/EFIH Debtors, the Fidelity Funds, and NEE and (B) the Merger Agreement by and among Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, NextEra Energy, Inc., and EFH Merger Co., LLC |
| 14. | 07/07/2017 | 11426 | Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 15. | 07/10/2017 | 11441 | NextEra's Letter in Reply to Debtors' Notice of Termination of the Agreement and Plan of Merger |
| 16. | 07/11/2017 | 11446 | Notice that the NextEra Plan and NextEra Plan Confirmation Order Have Been Rendered Null and Void |
| 17. | 07/28/2017 | 11630 | Transcript of the hearing held before the Court on July 26, 2017 |
| 18. | 07/29/2017 | 11636 | The Elliott Funds' Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee |
| 19. | 07/31/2017 | 11649 | Application of NextEra Energy, Inc. for Payment of Administrative Expense Claim |
| 20. | 07/31/2017 | 11650 | Declaration of Howard Seife in Support of Application of NextEra Energy, Inc. for Payment of Administrative Claim |
| 21. | 08/02/2017 | 11666 | The Elliott Funds' Preliminary Objection to the Application of NextEra Energy, Inc. for Payment of Administrative Claim |
| 22. | 08/03/2017 | 11668 | Adversary Complaint Energy Future Holdings Corp. and Energy Future Intermediate Holding Company, LLC against NextEra Energy, Inc. |
| 23. | 08/23/2017 | 11801 | Amended and Superseding Motion of the E-Side Debtors for an Order (A) Authorizing Entry into the Merger Agreement and Approving the Termination Fee, and (B) Authorizing Entry into and Performance Under the Plan Support Agreement |

|     | **Date**   | **Docket No.** | **Title** |
| --- | ---------- | -------------- | --------- |
| 24. | 08/29/2017 | 11835 | Amended and Superseding Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIJ Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 25. | 9/06/2017  | 11870 | Order (A) Approving the EFH Disclosure Statement, (B) Establishing the Voting Record Date, Voting Deadline, and Other Dates, (C) Approving Procedures for Soliciting, Receiving, and Tabulating Votes on the Plan, and (D) Approving the Manner and Forms of Notice and Other Related Documents |
| 26. | 09/07/2017 | 11873 | Corrected Order (A) Authorizing Entry into Merger Agreement and Approving Termination Fee, and (B) Authorizing Entry into and Performance Under Plan Support Agreement |
| 27. | 09/07/2017 | 11876 | Objection of NextEra Energy, Inc. to the Elliott Funds' Motion to Reconsider in Part the September 19, 2016 Order Approving the NextEra Termination Fee |
| 28. | 09/07/2017 | 11878 | Declaration of Howard Seife in Support of Objection of NextEra Energy, Inc. to Motion to Reconsider in Part the September 19, 2016 Order Approving the NextEra Termination Fee |
| 29. | 09/07/2017 | 11879 | The Debtors' Objection to Elliott Funds Motion to Reconsider in Part the September 19, 2016 Order [Docket No.9584] Approving the NextEra Termination Fee |
| 30. | 09/11/2017 | 11887 | First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 31. | 09/11/2017 | 11889 | Disclosure Statement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |

|     | **Date**   | **Docket No.** | **Title** |
| --- | ---------- | -------------- | --------- |
| 32. | 09/14/2017 | 11905 | The Elliott Funds' Reply Supporting Their Motion to Reconsider in Part the September 19, 2016 Order [Dkt. No. 9584] Approving the NextEra Termination Fee |
| 33. | 09/20/2017 | 11921 | Transcript of the hearing held before the Court on September 19, 2017 |
| 34. | 09/29/2017 | 11969 | Transcript of the hearing held before the Court on September 27, 2017 |
| 35. | 10/03/2017 | 11998 | Opinion on the Elliott Funds' Motion for Reconsideration of an Order Approving, Among Other Things, a Termination Fee in the Amount of $275 million |
| 36. | 10/18/2017 | 12075 | Order Granting the Motion to Reconsider of Elliott Associates, L.P. and Denying the Application of NextEra Energy, Inc. for Payment of Administrative Claim |
| 37. | 10/20/2017 | 12104 | Supplement for the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 38. | 10/20/2017 | 12105 | Supplement to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 39. | 10/30/2017 | 12138 | Notice of Intent of NextEra Energy, Inc. to Participate in Confirmation Proceedings |
| 40. | 10/30/2017 | 12139 | Preliminary Limited Objection of NextEra Energy, Inc. to First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 41. | 10/30/2017 | 12141 | NextEra's Notice of Appeal Regarding Order Granting the Motion to Reconsider of Elliott Associates, L.P. and Denying the Application of NextEra Energy, Inc. for Payment of Administrative Claim |

|     | **Date** | **Docket No.** | **Title** |
|---|---|---|---|
| 42. | 10/30/2017 | 12145 | Reservation of Rights of UMB Bank, N.A. to Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code |
| 43. | 11/10/2017 | 12222 | Certification to Court of Appeals by All Parties |
| 44. | 11/10/2017 | 12224 | Joint Supplemental Statement on Certification |
| 45. | 11/16/2017 | 12243 | NextEra's Motion to Stay the Reconsideration Order Pending Appeal |
| 46. | 11/28/2017 | 12279 | Supplement to Amended and Superseding Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIJ Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 47. | 11/30/2017 | 12287 | Objection of the EFH/EFIH Debtors to NextEra's Motion to Stay the Reconsideration Order Pending Appeal |
| 48. | 11/30/2017 | 12288 | Elliott Funds' Objection to NextEra Energy, Inc.'s Motion to Stay the Reconsideration Order Pending Appeal |
| 49. | 11/30/2017 | 12289 | Objection of the Official Committee of Unsecured Creditors of Energy Future Holdings Corporation, Energy Future Intermediate Holding Company, LLC, EFIH Finance, Inc., and EECI, Inc. to NextEra's Motion to Stay the Reconsideration Order Pending Appeal |
| 50. | 12/06/2017 | 12308 | NextEra's Reply in Support of its Motion to Stay the Reconsideration Order Pending Appeal |
| 51. | 12/12/2017 | 12333 | Transcript of the Hearing Held on December 11, 2017 |
| 52. | 12/12/2017 | 12334 | Amended Order Denying NextEra's Motion to Stay the Reconsideration Order Pending Appeal |

|     | **Date** | **Docket No.** | **Title** |
|-----|----------|----------------|-----------|
| 53. | 12/19/2017 | 12369 | Objection of NextEra Energy, Inc. to First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 54. | 12/19/2017 | 12370 | Declaration of Howard Seife in Support of NextEra's Objection to Confirmation of the Plan |
| 55. | 12/22/2017 | 12393 | Final Reservation of Rights of UMB Bank, N.A. to Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., et al. Pursuant to Chapter 11 of the Bankruptcy Code |
| 56. | 01/25/2018 | 12519 | Second Supplement to Amended and Superseding Order Scheduling Certain Hearing Dates and Deadlines and Establishing Certain Protocols in Connection with Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIJ Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 57. | 02/15/2018 | 12653 | Modified First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 58. | 02/15/2018 | 12655 | Notice of Filing of Proposed Confirmation Order |
| 59. | 02/16/2018 | 12664 | NextEra's Motion in Limine to Preclude the Testimony of Michael Kramer |
| 60. | 02/17/2018 | 12665 | The Elliott Funds' Reply to Objection of NextEra Energy, Inc. to First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 61. | 02/17/2018 | 12666 | Debtors' Memorandum of Law in Support of Confirmation of the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |

|     | **Date**   | **Docket No.** | **Title** |
| --- | ---------- | -------------- | --------- |
| 62. | 02/20/2018 | 12669 | Transcript of the hearing held before the Court on February 16, 2018 |
| 63. | 02/20/2018 | 12671 | Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Claim |
| 64. | 02/20/2018 | 12674 | The Debtors' Opposition to NextEra's Motion in Limine to Preclude the Testimony of Michael Kramer |
| 65. | 02/20/2018 | 12676 | The Elliott Funds' Opposition to NextEra's Motion in Limine to Preclude the Testimony of Michael Kramer |
| 66. | 02/22/2018 | 12685 | First Amended Supplement to the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holdings Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 67. | 02/22/2018 | 12692 | Order Granting Motion in Limine to Preclude the Testimony of Michael Kramer |
| 68. | 02/23/2018 | 12699 | Transcript of the hearing held before the Court on February 22, 2018 |
| 69. | 02/25/2018 | 12748 | Notice of Filing of Amended Proposed Confirmation Order |
| 70. | 02/25/2018 | 12749 | Notice of Filing NextEra Energy, Inc.'s Proposed Confirmation Order Modifications |
| 71. | 02/27/2018 | 12759 | Transcript of the Hearing Held Before the Court on February 23, 2018 |
| 72. | 02/27/2018 | 12761 | Notice of Filing of Further Amended Proposed Confirmation Order |
| 73. | 02/27/2018 | 12763 | Order Confirming the First Amended Joint Plan of Reorganization of Energy Future Holdings Corp., Energy Future Intermediate Holding Company LLC, and the EFH/EFIH Debtors Pursuant to Chapter 11 of the Bankruptcy Code |
| 74. | 02/28/2018 | 12769 | Notice of Filing of Cash Projections and Allocation Proposals for Energy Future Holdings Corp., and Energy Future Intermediate Holding Company LLC |
| 75. | 03/01/2018 | 12770 | Transcript of the hearing held before the Court on February 26, 2018 |
| 76. | 03/01/2018 | 12771 | Transcript of the hearing held before the Court on February 27, 2018 |

|     | **Date**   | **Docket No.** | **Title** |
|-----|------------|----------------|-----------|
| 77. | 03/09/2018 | 12801 | Notice of Entry of EFH Confirmation Order and Occurrence of EFH Effective Date |
| 78. | 03/16/2018 | 12830 | Elliott's Amended Notice of Appeal Regarding February 27, 2018 Confirmation Order |
| 79. | 03/23/2018 | 12844 | Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense |
| 80. | 03/23/2018 | 12848 | UMB Bank's Notice of Appeal Regarding February 27, 2018 Confirmation Order |
| 81. | 03/26/2018 | 12853 | NextEra Energy, Inc.'s Letter Regarding Request for Status Conference Regarding Administrative Expense Application |
| 82. | 03/27/2018 | 12859 | Letter from UMB Bank, N.A. and Elliott Regarding NextEra Energy, Inc.'s Request for Status Conference Regarding Administrative Expense Application |
| 83. | 03/27/2018 | 12864 | Elliott's Statement of Issues and Designation of Items to be Included in the Record on Appeal from the February 27, 2018 Confirmation Order |
| 84. | 03/27/2018 | 12866 | Letter from EFH Plan Administrator Board Regarding D.I. 12671 and D.I. 12844 and Related March 28, 2018 Status Conference |
| 85. | 03/28/2018 | 12870 | Letter from UMB Bank, N.A. and Elliott Regarding NextEra Energy, Inc.'s Request for Status Conference Regarding Administrative Expense Application |
| 86. | 03/29/2018 | 12887 | Transcript of the hearing held before the Court on March 28, 2018 |
| 87. | 03/30/2018 | 12889 | UMB Bank, N.A.'s Statement of Issues and Designation of Items to be Included in the Record on Appeal from the February 27, 2018 Confirmation Order |
| 88. | 04/10/2018 | 12930 | NextEra's Designation of Additional Items to be Included in the Record on Appeal from the February 27, 2018 Confirmation Order |
| 89. | 04/10/2018 | 12931 | The Appellees Counter-Designation of Items to be Included on the Record on Appeal |

|     | **Date** | **Docket No.** | **Title** |
| --- | --- | --- | --- |
| 90. | 04/11/2018 | 12935 | Objection of NextEra Energy, Inc. to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense |
| 91. | 04/11/2018 | 12936 | Declaration of Howard Seife in Support of Objection of NextEra Energy, Inc. to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense |
| 92. | 04/11/2018 | 12937 | Declaration of Mark Hickson in Support of Objection of NextEra Energy, Inc. to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense |
| 93. | 04/18/2018 | 12969 | EFH Plan Administrator Board's Reply in Support of the Motion to (I) Dismiss Application of NextEra Energy, Inc., for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense |
| 94. | 04/18/2018 | 12970 | Reply of UMB Bank, N.A., as Indenture Trustee, and Elliott in Support of Their Joint Motion to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense, or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense |
| 95. | 05/13/2018 | 13102 | Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors |

|      | **Date**   | **Docket No.** | **Title** |
|------|------------|----------------|-----------|
| 96.  | 08/01/2018 | 13332 | Opinion on Joint Motion of UMB Bank, N.A., as Indenture Trustee and Elliott to Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense or in the Alternative Grant Summary Judgment Denying and Disallowing Such Administrative Expense |
| 97.  | 08/01/2018 | 13333 | Order Granting Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense or in the Alternative Grant Summary Judgment Denying and Disallowing Such Administrative Expense |
| 98.  | 08/15/2018 | 13363 | NextEra's Notice of Appeal Regarding Order Granting Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense or in the Alternative Grant Summary Judgment Denying and Disallowing Such Administrative Expense |
| 99.  | 08/29/2018 | 13406 | Appellant NextEra Energy, Inc.'s Statement of Issues and Designation of Record on Appeal from the August 1, 2018 Summary Judgment Order |
| 100. | 09/12/2018 | 13487 | UMB Bank's and Elliott's Designation of Additional Items to be Included in the Record on Appeal from the August 1, 2018 Order Granting the Joint Motion to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense |
| 101. | 09/12/2018 | 13488 | EFH Plan Administrator Board's Joinder to "UMB Bank's and Elliott's Designation of Additional Items to be Included in the Record on Appeal from the August 1, 2018 Order Granting the Joint Motion to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense" |
| 102. | 09/19/2018 | 13496 | Transcript of the hearing held before the Court on September 18, 2018 |

|  | **Date** | **Docket No.** | **Title** |
|---|---|---|---|
| 103. | 09/19/2018 | 13497 | Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute All Funds in the NEE Plan Reserve |
| 104. | 09/24/2018 | 13517 | Letter Regarding Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute All Funds in the NEE Plan Reserve |
| 105. | 10/16/2018 | 13560 | EFH Plan Administrator Board's Response to "Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute All Funds in the NEE Plan Reserve" |
| 106. | 10/16/2018 | 13561 | Objection of NextEra Energy, Inc. to Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute All Funds in the NEE Plan Reserve |
| 107. | 10/17/2018 | 13563 | Third Circuit Precedential Opinion and Judgment |
| 108. | 10/18/2018 | 13570 | Motion for Leave to File Late Reply to Responses Regarding the Joint Motion to Direct the EFH Plan Administrator Board to Release and Distribute All Funds in the NEE Plan Reserve |
| 109. | 10/19/2018 | 13575 | Order Granting Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott for Leave to File Late Reply to Responses Regarding the Joint Motion to Direct the EFH Plan Administrator Board to Release and Distribute All Funds in the NEE Plan Reserve |
| 110. | 10/23/2018 | 13580 | Transcript of the hearing held before the Court on October 19, 2018 |
| 111. | 10/24/2018 | 13582 | Elliott's and UMB Bank's Certification of Counsel Regarding Order Granting Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute All Funds in the NEE Plan Reserve |
| 112. | 10/24/2018 | 13583 | NextEra's Certification of Counsel Regarding Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute All Funds in the NEE Plan Reserve |

| | **Date** | **Docket No.** | **Title** |
|---|---|---|---|
| 113. | 10/25/2018 | 13584 | Order Granting Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute All Funds in the NEE Plan Reserve |
| 114. | 10/31/2018 | 13599 | Findings of Fact and Conclusions of Law on Joint Motion to Fix Appropriate Allocation of Certain Reserves and Expenses as Between the EFH and EFIH Debtors |
| 115. | 11/01/2018 | 13601 | Third Circuit Mandate Affirming Bankruptcy Court Order |
| 116. | 11/08/2018 | 13612 | NextEra's Notice of Appeal Regarding Order Granting Joint Motion of UMB Bank, N.A., as Indenture Trustee, and Elliott to Direct the EFH Plan Administrator Board to Release and Distribute All Funds in the NEE Plan Reserve |
| | *NextEra Energy, Inc. v. Elliott Associates, L.P., et al., Case No. 18-1109 (3d. Cir.)* | | |
| 117. | 02/12/2018 | N/A | Appellant NextEra's Opening Brief |
| 118. | 03/05/2018 | N/A | Brief of Debtors-Appellees |
| 119. | 03/05/2018 | N/A | Brief of Appellees Elliott Associates, L.P., Elliott International, L.P., and The Liverpool Limited Partnership |
| 120. | 03/20/2018 | N/A | Appellant NextEra's Reply Brief |
| 121. | 09/13/2018 | N/A | Third Circuit Precedential Opinion and Judgment |
| 122. | 09/27/2018 | N/A | NextEra's Petition for Rehearing or Rehearing *En Banc* |
| 123. | 10/24/2018 | N/A | Third Circuit Order Denying NextEra's Petition for Rehearing or Rehearing *En Banc* |
| 124. | 11/01/2018 | N/A | Third Circuit Mandate Affirming Bankruptcy Court Order |
| | *Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership and UMB Bank, N.A. v. Energy Future Holdings Corp., et al., Case No. 18-00400-RGA (D. Del.)* | | |
| 125. | 03/14/2018 | 1 | Notice of Appeal |
| 126. | 03/16/2018 | 4 | Amended Notice of Appeal |

| | **Date** | **Docket No.** | **Title** |
|---|---|---|---|
| 127. | 03/19/2018 | 5 | Amended Notice of Appeal |
| 128. | 03/27/2018 | 6 | Elliott's Statement of Issues and Designation of Items to be Included in the Record on Appeal from the February 27, 2018 Confirmation Order |
| 129. | 04/10/2018 | 18 | The Appellees' Counter-Designation of Items to be Included on the Record on Appeal |
| 130. | 04/25/2018 | 22 | NextEra's Designation of Additional Items to be Included in the Record on Appeal from the February 27, 2018 Confirmation Order |
| 131. | 05/18/2018 | 28 | Joint Opening Brief of Appellants UMB Bank, N.A., as Indenture Trustee, Elliott Associates, L.P., Elliott International, L.P. and The Liverpool Limited Partnership |
| 132. | 06/18/2018 | 31 | Brief of Appellee NextEra Energy, Inc. |
| 133. | 06/18/2018 | 33 | Brief of Appellee EFH Plan Administrator Board |
| 134. | 07/02/2018 | 40 | Joint Reply Brief of Appellants UMB Bank, N.A., as Indenture Trustee, Elliott Associates, L.P., Elliott International, L.P. and The Liverpool Limited Partnership |
| ***NextEra Energy, Inc. v. Elliott Associates, L.P., Elliott International, L.P., The Liverpool Limited Partnership, UMB Bank, N.A., and EFH Plan Administrator Board, Case No. 18-01253-RGA (D. Del.)*** | | | |
| 135. | 08/16/2018 | 1 | Notice of Appeal |
| 136. | 08/29/2018 | 12 | Appellant NextEra Energy, Inc.'s Statement of Issues and Designation of Record on Appeal from the August 1, 2018 Summary Judgment Order |
| 137. | 09/12/2018 | 13 | UMB Bank's and Elliott's Designation of Additional Items to be Included in the Record on Appeal from the August 1, 2018 Order Granting the Joint Motion to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense |

| | Date | Docket No. | Title |
|---|---|---|---|
| 138. | 09/12/2018 | 14 | EFH Plan Administrator Board's Joinder to "UMB Bank's and Elliott's Designation of Additional Items to be Included in the Record on Appeal from the August 1, 2018 Order Granting the Joint Motion to (I) Dismiss Application of NextEra Energy, Inc. for Allowance and Payment of Administrative Expense or, in the Alternative, (II) Grant Summary Judgment Denying and Disallowing Such Administrative Expense" |
| 139. | 11/09/2018 | 24 | Opening Brief of NextEra Energy, Inc. |

Appellant reserves the right to amend, modify, and/or supplement the foregoing issue and designations.

**CERTIFICATION REGARDING TRANSCRIPTS**

Pursuant to Rule 8009(b)(1) of the Federal Rules of Bankruptcy Procedure, Appellant hereby certifies that it is not ordering any transcripts. All transcripts have been prepared and are filed on the docket and are designated in the foregoing designation of the record.

**[REMAINDER OF PAGE LEFT BLANK INTETIONALLY]**

Dated: November 21, 2018
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Matthew B. McGuire*
Adam G. Landis (No. 3407)
Matthew B. McGuire (No. 4366)
919 Market Street, Suite 1800
Wilmington, Delaware 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450
Email: landis@lrclaw.com
      mcguire@lrclaw.com

-and-

**NORTON ROSE FULBRIGHT US LLP**
Howard Seife (admitted *pro hac vice*)
Andrew Rosenblatt (admitted *pro hac vice*)
Eric Daucher (admitted *pro hac vice*)
1301 Avenue of the Americas
New York, New York 10019
Telephone: (212) 408-5100
Facsimile: (212) 541-5369
Email: howard.seife@nortonrosefulbright.com
      andrew.rosenblatt@nortonrosefulbright.com
      eric.daucher@nortonrosefulbright.com

Robin Ball (admitted *pro hac vice*)
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
Email: robin.ball@nortonrosefulbright.com

*Counsel to Appellant NextEra Energy, Inc.*